R. Andrew Free
Law Office of R. Andrew Free
PO Box 90568
Nashville, TN 37209

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Raul Novoa, individually and on behalf of all others similarly situated, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 5:17-cv-02514-JGB-SHK |
| v. THE GEO GROUP, INC. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Free, Robert Andrew

*Applicant's Name (Last Name, First Name & Middle Initial*

(844) 321-3221                    (615) 829-8959

*Telephone Number*              *Fax Number*

Andrew@ImmigrantCivilRights.com

*E-Mail Address*

of  Law Office of R. Andrew Free
P.O. Box 90568
Nashville, TN 37209

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff Raul Novoa

*Name(s) of Party(ies) Represent*          ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐*Other:*

**and designating as Local Counsel**

Ahdoot, Robert R.

*Designee's Name (Last Name, First Name & Middle Initial*

172098                    310-474-9111          310-474-8585

*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*

rahdoot@ahdootwolfson.com

*E-Mail Address*

of  Ahdoot & Wolfson, PC
10728 Lindbrook Drive
Los Angeles, California 90024

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:     ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: December 28, 2017**

**Jesus G. Bernal, U.S. District Judge**

G-64 Order (05/16)     (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 1