Lydia A. Wright, Esq.
Burns Charest, LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raul Novoa, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br>v.<br><br>THE GEO GROUP, INC.<br><br>Defendant(s). | CASE NUMBER<br><br>5:17-cv-02514-JGB-SHK<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Wright, Lydia A.                                        of    Burns Charest, LLP
*Applicant's Name (Last Name, First Name & Middle Initial*         365 Canal Street, Suite 1170
504-799-2845                      504-881-1765                 New Orleans, LA 70130
*Telephone Number*                *Fax Number*
lwright@burnscharest.com
*E-Mail Address*                                                *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff Raul Novoa

*Name(s) of Party(ies) Represent*        ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐*Other:*

**and designating as Local Counsel**

Ahdoot, Robert R.                                      of    Ahdoot & Wolfson, PC
*Designee's Name (Last Name, First Name & Middle Initial*        10728 Lindbrook Drive
172098            310-474-9111         310-474-8585            Los Angeles, California 90024
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
rahdoot@ahdootwolfson.com
*E-Mail Address*                                                *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒**GRANTED**

☐DENIED:    ☐    for failure to pay the required fee.

☐    for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐    for failure to complete Application: _____

☐    pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐    pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐    because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: December 28, 2017**

_____
**Jesus G. Bernal, U.S. District Judge**

G-64 Order (05/16)        (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*        Page 1 of 1