Korey A. Nelson, Esq.
Burns Charest, LLP
365 Canal St., Suite 1170
New Orleans, LA 70130

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Raul Novoa, individually and behalf of all other similarly situated, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 5:17-cv-02514-JGB-SHK |
| v.<br>The GEO Group, Inc.<br><br>Defendant(s). | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Nelson, Korey A.

*Applicant's Name (Last Name, First Name & Middle Initial*

504-799-2845                    504-881-1765

*Telephone Number*            *Fax Number*

knelson@burnscharest.com

*E-Mail Address*

of   Burns Charest, LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff Raul Novoa

*Name(s) of Party(ies) Represent*          ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐*Other:*

**and designating as Local Counsel**

Ahdoot, Robert R.

*Designee's Name (Last Name, First Name & Middle Initial*

172098                    310-474-9111          310-474-8585

*Designee's Cal. Bar No.*      *Telephone Number*      *Fax Number*

rahdoot@ahdootwolfson.com

*E-Mail Address*

of   Ahdoot & Wolfson, PC
10728 Lindbrook Drive
Los Angeles, California 90024

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒**GRANTED**

☐DENIED:    ☐   for failure to pay the required fee.

☐   for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐   for failure to complete Application: _____

☐   pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐   pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐   because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: December 28, 2017**

**Jesus G. Bernal, U.S. District Judge**