LESLEY HOLMES (BAR NO. 271903)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
lesley.swanson.holmes@nortonrosefulbright.com

Attorneys for Defendant
**THE GEO GROUP, INC.**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Civil Action No. 5:17-cv-02514-JGB<br><br>**DEFENDANT THE GEO GROUP, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES**<br><br>Date: March 26, 2018<br>Time: 9:00 am.<br>Courtroom: 1<br>Judge: The Honorable Jesus G. Bernal<br><br>*[Filed concurrently with Memorandum of Points and Authorities; Declaration of Lesley Holmes; and [Proposed] Order]*<br><br>Complaint Filed: 12/19/17 |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 26, 2018, at 9:00 a.m., or as soon thereafter as the parties may be heard, before The Honorable Jesus G. Bernal, in Courtroom 1 of the above-entitled Court, located at 3470 Twelfth Street, Riverside, California 92501, Defendant The GEO Group, Inc. ("GEO") will and hereby does move to dismiss the Complaint ("Complaint") filed by Plaintiff Raul Novoa, individually and on behalf of all others similarly situated ("Plaintiff"), pursuant to Rules 8(a) and 12(b)(6) of the Federal Rules of Civil Procedure.

This Motion is made on the grounds that the Complaint fails to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. This Motion is made following the conference of counsel pursuant to L.R. 7-3.

Because leave to amend would be futile, GEO requests that the Complaint be dismissed with prejudice and without leave to amend. This Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the concurrently filed Declaration of Lesley Holmes, the pleadings and papers on file herein, and upon such matters as may be presented to the Court at the hearing on this Motion.

Dated:   February 16, 2018

LESLEY HOLMES
**NORTON ROSE FULBRIGHT US LLP**


By */s/ Lesley Holmes*
LESLEY HOLMES
Attorneys for Defendant
THE GEO GROUP, INC.