# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Civil Action No. 5:17-cv-02514-JGB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE GEO GROUP, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES**<br><br>Date: March 26, 2018<br>Time: 9:00 am.<br>Courtroom: 1<br>Judge: The Honorable Jesus G. Bernal<br><br>*[Filed concurrently with Notice of Motion to Dismiss; Memorandum of Points and Authorities; and Declaration of Lesley Holmes]*<br><br>Complaint Filed: 12/19/17 |

## [PROPOSED] ORDER

Having considered Defendant The GEO Group, Inc.'s ("GEO") Motion to Dismiss Plaintiff's Complaint ("Motion"), Plaintiff's Opposition, and GEO's Reply thereto, the arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED:

    1. The Motion is granted without leave to amend.

**IT IS SO ORDERED.**

Dated: _____, 2018

_____
HON. JESUS G. BERNAL
U.S. DISTRICT COURT JUDGE