Name and address:
Charles A. Deacon
Norton Rose Fulbright US LLP
300 Convent Street, Suite 2100
San Antonio, TX 78205-3792
(210) 224-5575/(210) 270-7205
charlie.deacon@nortonrosefulbright.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raul Novoa, individually and on behalf of all others similarly situated,<br><br>                   v.            Plaintiff(s)<br><br>The GEO Group, Inc.,<br><br>                      Defendant(s). | CASE NUMBER<br><br>5:17-cv-02514-JGB-SHKx<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Deacon, Charles A.          of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(210) 224-5575         (210) 270-7205

*Telephone Number*      *Fax Number*

charlie.deacon@nortonrosefulbright.com

        *E-Mail Address*

| Norton Rose Fulbright US LLP |
|---|
| 300 Convent Street, Suite 2100 |
| San Antonio, TX 78205-3792 |

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

The GEO Group, Inc.

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Holmes, Lesley         of

*Designee's Name (Last Name, First Name & Middle Initial)*

271903    (213) 892-9200    (213) 892-9494

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

lesley.swanson.holmes@nortonrosefulbright.com

        *E-Mail Address*

| Norton Rose Fulbright US LLP |
|---|
| 555 South Flower Street, Forty-First Floor |
| Los Angeles, CA 90071 |

*Firm/Agency Name & Address*

## HEREBY ORDERS THAT the Application be:

☐ **GRANTED.**

☐ **DENIED:** ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application: _____

    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

                           _____
                           **U.S. District Judge/U.S. Magistrate Judge**