Name and address:
Charles A. Deacon
Norton Rose Fulbright US LLP
300 Convent Street, Suite 2100
San Antonio, TX 78205-3792
(210) 224-5575/(210) 270-7205
charlie.deacon@nortonrosefulbright.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Raul Novoa, individually and on behalf of all others similarly situated, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 5:17-cv-02514-JGB-SHKx |
| v. | |
| The GEO Group, Inc., | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Deacon, Charles A.                                                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(210) 224-5575                     (210) 270-7205

*Telephone Number*          *Fax Number*

charlie.deacon@nortonrosefulbright.com

*E-Mail Address*

> Norton Rose Fulbright US LLP
> 300 Convent Street, Suite 2100
> San Antonio, TX 78205-3792
>
> *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

The GEO Group, Inc.

*Name(s) of Party(ies) Represented*          ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Holmes, Lesley                                                    of

*Designee's Name (Last Name, First Name & Middle Initial)*

271903          (213) 892-9200          (213) 892-9494

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

lesley.swanson.holmes@nortonrosefulbright.com

*E-Mail Address*

> Norton Rose Fulbright US LLP
> 555 South Flower Street, Forty-First Floor
> Los Angeles, CA 90071
>
> *Firm/Agency Name & Address*

## HEREBY ORDERS THAT the Application be:

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated    March 15, 2018

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1