Name and address:
Mark Emery
Norton Rose Fulbright US LLP
799 9th Street NW, Suite 1000
Washington, D.C. 20001-4501
mark.emery@nortonrosefulbright.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raul Novoa, individually and on behalf of all others similarly situated,<br><br>v.<br>Plaintiff(s)<br><br>The GEO Group, Inc.,<br><br>Defendant(s). | CASE NUMBER<br><br>5:17-cv-02514-JGB-SHKx<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Emery, Mark                                                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 662-0200                    (202) 662-4643

*Telephone Number*          *Fax Number*

mark.emery@nortonrosefulbright.com

*E-Mail Address*

Norton Rose Fulbright US LLP
799 9th Street NW, Suite 1000
Washington, D.C. 20001-4501

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

The GEO Group, Inc.

*Name(s) of Party(ies) Represented*          ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Holmes, Lesley                                                of

*Designee's Name (Last Name, First Name & Middle Initial)*

271903          (213) 892-9200          (213) 892-9494

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

lesley.swanson.holmes@nortonrosefulbright.com

*E-Mail Address*

Norton Rose Fulbright US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, CA 90071

*Firm/Agency Name & Address*

## HEREBY ORDERS THAT the Application be:

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application: _____

    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**