Name and address:
Mark Emery
Norton Rose Fulbright US LLP
799 9th Street NW, Suite 1000
Washington, D.C. 20001-4501
mark.emery@nortonrosefulbright.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Raul Novoa, individually and on behalf of all others similarly situated,<br><br>v.<br><br>The GEO Group, Inc., | CASE NUMBER<br><br>5:17-cv-02514-JGB-SHKx |
|---|---|
| Plaintiff(s)<br><br>Defendant(s). | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Emery, Mark
_____
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 662-0200          (202) 662-4643
_____
*Telephone Number          Fax Number*

mark.emery@nortonrosefulbright.com
_____
*E-Mail Address*

of

Norton Rose Fulbright US LLP
799 9th Street NW, Suite 1000
Washington, D.C. 20001-4501

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

The GEO Group, Inc.
_____

*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Holmes, Lesley
_____
*Designee's Name (Last Name, First Name & Middle Initial)*

271903      (213) 892-9200      (213) 892-9494
_____
*Designee's Cal. Bar No.      Telephone Number      Fax Number*

lesley.swanson.holmes@nortonrosefulbright.com
_____
*E-Mail Address*

of

Norton Rose Fulbright US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

      ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

      ☐ for failure to complete Application: _____

      ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

      ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

      ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated     March 19, 2018
_____

_____
**U.S. District Judge/U.S. Magistrate Judge**