UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 17-2514 JGB (SHKx)** | Date | March 26, 2018 |
| Title | *Raul Novoa v. The GEO Group, Inc.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Adele C. Frazier |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | Mark Emery |
| | Charle A. Deacon |

**Proceedings:**   Defendant's Motion to Dismiss  (Doc. No. 20);
               Order Directing Parties to Submit Supplemental Briefs

   Case called.  Counsel for Defendants make an appearance.  There is no appearance by Plaintiff.  The Court is informed that due to an emergency hearing, counsel forPlaintiff is not able to make an appearance.   The Court orders counsel to meet and confer and agree on a new hearing date in the month of May.  Counsel shall submit a stipulation and proposed order.

   Further, the Court directs the parties to file supplemental briefing, no longer than five pages in length, on which of California's Industrial Welfare Commission's minimum wage orders could apply to Plaintiff (and the putative class members) or why none of the wage orders is applicable. The parties should submit such briefing no later than March 30, 2018.

**IT IS SO ORDERED.**