# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, individually and on behalf of all others similarly situated, *Plaintiff*, v. **THE GEO GROUP, INC.**, *Defendant.* | Civil Action No. 5:17−cv−02514−JGB−SHKx **JOINT STIPULATION TO RESET HEARING DATE ON DEFENDANT'S MOTION TO DISMISS** |

As directed by this Court, counsel in the above-captioned matter have met and conferred regarding the reset hearing date for Defendants' Motion to Dismiss[1] in the above-captioned matter. The parties respectfully request that the hearing on Defendants' Motion to Dismiss be reset for Monday, May 14, 2018 at 9:00 am.

Dated:  March 28, 2018

For Plaintiff:

*/s/ Korey A. Nelson*
Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
LA Bar # 30002
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

---

[1] ECF No. 20.

1  For Defendant:                    /s/ Lesley Holmes
2                                    Lesley Holmes (BAR NO. 271903)
                                     lesley.swanson.holmes@nortonrosefulbright.com
3                                    **NORTON ROSE FULBRIGHT US LLP**
                                     555 South Flower Street
4                                    Forty-First Floor
                                     Los Angeles, California 90071
5                                    Telephone: (213) 892-9200
                                     Facsimile: (213) 892-9494
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

2

**CERTIFICATE OF SERVICE**

On March 28, 2018, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

> /s/ Korey A. Nelson
> Korey A. Nelson (admitted *pro hac vice*)
> Louisiana Bar No. 30002
> knelson@burnscharest.com
> **BURNS CHAREST LLP**
> 365 Canal Street, Suite 1170
> New Orleans, LA 70130
> Telephone: (504) 799-2845
> Facsimile: (504) 881-1765