UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17−cv−02514−JGB−SHKx<br><br>**[PROPOSED] ORDER RESETTING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS** |

**[PROPOSED] ORDER**

This matter having come before the Court upon the parties' Joint Stipulation to Reset Hearing Date on Defendants' Motion to Dismiss,

It is hereby ORDERED that the hearing on Defendants' Motion to Dismiss is reset for Monday, May 14, 2018 at 9:00 am.

DATED this ___ day of _____, 2018.

_____
Hon. Judge Bernal