UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, individually and on behalf of all others similarly situated, | Case No.:  5:17-cv-02514-JGB-SHKx |
| Plaintiff, | **ORDER RESETTING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| THE GEO GROUP, INC. | |
| Defendant. | |

This matter having come before the Court upon the parties' Joint Stipulation to Reset Hearing date on Defendants' Motion to Dismiss,

It is hereby ORDERED that the hearing on Defendants' Motion to Dismiss is reset for Monday May 14, 2018 at 9:00 a.m.

IT IS SO ORDERED.

Dated: March 28, 2018

Honorable Jesus G. Bernal
United States District Court Judge