UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 17-02514-JGB (SHKx) | Date | May 14, 2018 |
| Title | *Raul Novoa v. The GEO Group, Inc.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Lisa Gonzalez |
|---|---|
| Relief Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Korey A. Nelson<br>Lydia A. Wright<br>R. Andrew Free<br>Vanessa Shakib | Mark Emery |

**Proceedings:**   MOTION TO DISMISS COMPLAINT (Dkt. No. 20)

    The case is called and counsel state their appearances. The Court confers with counsel and hears oral argument. Counsel is ordered to file supplemental briefing, no more than 7 pages in length and due no later than one week from today.

    **IT IS SO ORDERED.**