LESLEY HOLMES (BAR NO. 271903)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:    (213) 892-9494
lesley.swanson.holmes@nortonrosefulbright.com

MARK EMERY (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
799 9th Street NW Suite 100
Washington, DC 20001-4501
Telephone: (202) 662-0200
Facsimile: (202) 662-4643
mark.emery@nortonrosefulbright.com

CHARLES A. DEACON (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
300 Convent Street Suite 2100
San Antonio, TX 78205-3792
Telephone:  (210) 270-7133
Facsimile:  (210) 270-7205
charlie.deacon@nortonrosefulbright.com

Attorneys for Defendant
THE GEO GROUP, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No.: 5:17-cv-02514-JGB-SHKx<br><br>**DECLARATION OF LESLEY HOLMES IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S SUPPLEMENTAL BRIEFING TO ADDRESS THE APPLICABILITY OF CALIFORNIA MINIMUM WAGE ORDERS TO PLAINTIFF'S CLAIM**<br><br>Date: May 14, 2018<br>Time: 9:00 a.m.<br>Judge: The Honorable Jesus G. Bernal<br>Ctrm: 1<br><br>Complaint Filed: 12/19/17 |

5:17-cv-02514-JGB-SHKx

DOCUMENT PREPARED ON RECYCLED PAPER

DECLARATION OF LESLEY HOLMES IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S SUPPLEMENTAL BRIEFING TO ADDRESS THE APPLICABILITY OF CALIFORNIA MINIMUM WAGE ORDERS TO PLAINTIFF'S CLAIM

# DECLARATION OF LESLEY HOLMES

I, Lesley Holmes, declare as follows:

1. I am an attorney at law, duly licensed to practice before all courts of the state of California, and a senior associate with the law firm of Norton Rose Fulbright US LLP, attorneys of record for Defendant The GEO Group, Inc. ("GEO"). I make this declaration based on my own personal knowledge of the facts stated below, and, if called on to testify, I could and would testify competently thereto. I submit this declaration in support of GEO's Supplemental Briefing To Address The Applicability Of California Minimum Wage Orders To Plaintiff's Claim.

2. Attached hereto as **Exhibit A** is a true and correct copy of correspondence sent on behalf of California's Division of Labor Standards Enforcement regarding Occupational Wage Orders v. Order 5, dated July 22, 1997.

3. Attached hereto as **Exhibit B** is a true and correct copy of correspondence sent on behalf of California's Division of Labor Standards Enforcement regarding Grounds for Imposition of Individual Liability for Unpaid Wates, dated June 18, 2002.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 21st day of May, 2018, at Los Angeles, California.

*/s/ Lesley Holmes*
Lesley Holmes

29948297.1   - 2 -   5:17-cv-02514-JGB-SHKx
DECLARATION OF LESLEY HOLMES IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S SUPPLEMENTAL BRIEFING TO ADDRESS THE APPLICABILITY OF CALIFORNIA MINIMUM WAGE ORDERS TO PLAINTIFF'S CLAIM

DOCUMENT PREPARED ON RECYCLED PAPER