1                    UNITED STATES DISTRICT COURT

2                   CENTRAL DISTRICT OF CALIFORNIA

3                          WESTERN DIVISION

4          THE HON. JUDGE JESUS G. BERNAL, JUDGE PRESIDING

5

6    RAUL NOVOA,                        )
                                        )
7                        Plaintiff,     )
                                        )
8            vs.                        ) NO. EDCV17-2514-JGB
                                        )
9    THE GEO GROUP, INC.,               )
                                        )
10                       Defendant.     )
     _____)

11

12

13

14            REPORTER'S TRANSCRIPT OF PROCEEDINGS

15                    Riverside, California

16                    Monday, May 14, 2018

17

18

19

20

21

22          LISA M. GONZALEZ, CSR No. 5920, CCRR
                    U.S. District Courthouse
23          350 West 1st Street - Suite 4455
                 Los Angeles, California 90012
24                      213.894.2979
                    www.lisamariecsr.com

25

```
1   APPEARANCES:

2


3   FOR THE PLAINTIFF:    LAW OFFICES OF ANDREW FREE
                          BY:  R. ANDREW FREE, ESQ.
4                         P.O. Box 90568
                          Nashville, TN  37209
5                          (844) 321-3221

6


7   FOR THE DEFENDANT:    NORTON, ROSE, FULBRIGHT
                          BY:  BY:  MARK EMERY, ESQ.
8                         799 9th Street
                          Suite 1000
9                         Washington, DC  20001-4501
                          (202) 662-0210

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    **Riverside, California; Monday, May 14, 2018;**

2                    **9:30 A.M.**

3                     **-oOo-**

4          THE CLERK:  Calling Item 3 on the calendar, case

5    number ED CV 17-2514, *Raul Novoa versus the GEO Group, Inc.*

6          Counsel, please state your name for the record.

7          MR. FREE:  Good morning, Your Honor.  Andrew Free

8    for Mr. Novoa.

9          THE COURT:  Good morning.

10         MR. EMERY:  Good morning, Your Honor.  Mark Emery

11   for the GEO Group.

12         THE COURT:  Good morning.

13         So this is -- this case is really interesting, and

14   it presents some novel questions of law which appears to be

15   questions of first impression, at least in this circuit.

16         So I've read the papers, and I guess where I'm

17   stuck on, and where I need a little help from you in

18   deciding is whether or not this wage order that has to do

19   with -- I guess it's Wage Order No. 5, as cited in the

20   supplemental briefing -- pertains to the detainees in a

21   civil context by a private entity that is running an

22   immigration detention facility.

23         So I saw the cases from Colorado in the Fifth

24   Circuit which pretty clearly state that as to detainees --

25   first of all, this *Menocal versus GEO Group*, those pertain

1    to immigration detainees, do they?

2         MR. FREE:  Yes, Your Honor.

3         THE COURT:  And that court, which is a district

4    court in Colorado, in 2016 determined that, at least under

5    Colorado law, that those detainees were not employees for

6    purposes of Colorado minimum wage law?

7         MR. FREE:  That's correct, Your Honor.

8         THE COURT:  You have to stand when you speak.

9         How is this case distinguishable from that?  Not

10   that I'm bound by that, but I want to know if you think it's

11   distinguishable.

12        MR. FREE:  Sure, Your Honor.  To begin, the order

13   on which Judge Kane relied in *Menocal* was a Colorado order

14   pertaining to inmates, prison inmates, in the Colorado

15   Department of Corrections system and in Colorado's jails.

16        THE COURT:  So you think that decision was wrongly

17   decided?

18        MR. FREE:  I do.

19        THE COURT:  And because of that distinction, you

20   think there's a distinction to be made between people who

21   are held pursuant to a commission of crimes as opposed to

22   persons who are in civil detention?

23        MR. FREE:  Precisely.

24        THE COURT:  Why should that distinction be?

25        MR. FREE:  There are many reasons, but I'll

1    explain a few.  The first is the purpose of detention.  In

2    the criminal context, the purpose of detention is

3    punishment; and as such, detainees can be made to work.

4    There's an exemption in the Thirteenth Amendment that

5    covers --

6              THE COURT:  Even California does that with state

7    prisoners; correct?

8              MR. FREE:  They do.  And GEO has pointed to the

9    California wage order and said that that should -- the

10   California exemption to its minimum wage law.  The reason

11   that misses the mark is that when we put human beings in

12   civil immigration detention, as opposed to criminal

13   detention -- I'm talking about sentence servers and pretrial

14   detainees -- immigration detainees do not have the same

15   panoply of Constitutional and statutory rights.  That is,

16   they do not have right to criminal Gideon counsel.  They

17   have to find their own lawyers and pay for them.  They don't

18   have a right to a jury trial; they don't have a right to a

19   speedy trial; they don't have a host of rights; and, as a

20   result, there are protections, additional protections for

21   those immigrant detainees under the due process clause.

22             THE COURT:  So you're saying because penal

23   detainees have additional Constitutional rights that civil

24   detainees do not have, then they should be considered

25   employees?

1          MR. FREE:  No.  I'm saying they're distinct.  I'm

2     saying that these two detention regimes are distinct.  The

3     only reason you can detain a non citizen for civil removal

4     proceedings is if you can show either by statute, or to an

5     immigration judge, that they're a danger to society and

6     they're a flight risk that can't be mitigated.

7          THE COURT:  They're distinct.  Why does that

8     distinction make a difference?

9          MR. FREE:  Because it means that they can't be

10     forced to work.  It means that their labor performed for a

11     detention center, and most particularly in this case, for a

12     private company, belongs to them; and *Hale*, the Ninth

13     Circuit case teaches that, as does *Mayberg*, which is cited

14     by another division of this court.

15          When you are a civil immigration detainee, you

16     cannot be made to work with the exception, perhaps -- we

17     don't concede this -- but with the exception perhaps of the

18     four, discrete tasks that are laid out in ICE

19     performance-based National Detention Standard 5.8.  These

20     are housekeeping tasks:  Stack newspapers, make your bunk

21     bed, keep the wall free and the dividers free of things and

22     clean up the floor of debris.

23          THE COURT:  So the defendants make the argument,

24     which is a pretty strong argument, that the wage order at

25     issue contemplates that the services be offered to the

1  general public.

2          Can you think of any other context in which it's a

3  non-penal institution in which services are not generally

4  offered to the public, and where the persons are detained

5  and can't leave, and they're considered employees?

6          MR. FREE:  So the sexually predator case is right

7  on point.  This is *Mayberg versus Gonzales*.  This is a

8  person who has been civilly committed, not criminally

9  committed, and it discusses the fact that because -- even

10 though he's performing those tasks in that facility -- he's

11 not making license plates; he is not working for an Internet

12 marketer; he is doing work within that civil detention

13 context -- and what the Court said, based on binding

14 Ninth Circuit precedent, is that his labor belongs to him.

15 He is working for compensation, and that compensation does

16 not exempt him from FLSA.

17         Now, the question here is not the FLSA, the

18 question here is the California minimum wage law, and we

19 contend that the California minimum wage law is sweeping in

20 its scope, and it does not exclude people unless there are

21 specific exclusions.

22         THE COURT:  Which none of the exclusions here

23 apply?

24         MR. FREE:  Correct.

25         THE COURT:  How do you respond to that sexual

1  predator civil commitment case that the Ninth Circuit has

2  determined to be subject to FLSA?

3       Is there a distinction in your mind between

4  somebody being eligible under the FLSA, as opposed to the

5  California minimum wage law?

6       MR. EMERY:  There should be no difference,

7  Your Honor.  Really what the issue boils down to is whether

8  any federal detainee in either an ICE facility or our

9  facilities would be eligible to be employed under the --

10       THE COURT:  How do you deal with the case that he

11  just cited in which it was determined apparently that a

12  sexually violent predator in civil commitment who is not

13  free to leave can seek the protection of FLSA?  How is that

14  factually or legally distinguishable from this case?

15       MR. EMERY:  I think that's a very remote

16  precedent, Your Honor.  That involves people who are

17  detained for a particular medical reason.  I think the work

18  program was structured differently.  And the Ninth Circuit

19  precedent that they're relying on, the *Hale* decision, really

20  doesn't get that far.  Both *Mayberg* itself was dicta.  It

21  was decided on qualified immunity grounds.  The *Hale*

22  decision as well.  If you want me to talk more about that.

23  I mean that pertains to prisoners.  It doesn't -- it doesn't

24  affirmatively hold what they're asking --

25       THE COURT:  There's at least one case that they've

1  cited in which there's a context of civil commitment, people

2  not free to leave, services not generally offered to the

3  public; right?  Aren't those the requirements that you say

4  that Wage Order 5 needs to meet in order for somebody to be

5  a minimum-wage eligible employee?

6          MR. EMERY:  Again, Your Honor, the way that this

7  issue is framed is crucial here.  Neither of these --

8  neither Wage Order 5, nor the catch-all order applies

9  because the fundamental issue is whether any federal

10  immigration detainee can be an employee under California

11  state law.  The wage order doesn't establish that.

12          THE COURT:  Let me stop you there.  Why doesn't

13  the wage order establish that?  I mean, I'm reading from the

14  wage order.  It basically -- it has to be read liberally,

15  obviously.  It basically says that -- let me find it here.

16  The public housekeeping industry under Wage Order 5, public

17  housekeeping industry, is broadly defined as "any industry,

18  business, or establishment which provides meals, housing, or

19  maintenance services..."

20          So you meet that language; right?  You're an

21  industry that provides housing and meals.

22          MR. EMERY:  I don't think we're an industry that

23  provides housing and meals.  We perform -- we contract with

24  Immigration and Customs Enforcement.

25          THE COURT:  Are you not responsible for providing

1   housing and meals to the detainees?  Isn't that your

2   responsibility?

3           MR. EMERY:  Detainees are -- detainees are cared

4   for at our facility under guidelines that are set forth by

5   Immigration and Customs Enforcement, detailed guidelines.

6           THE COURT:  But you're responsible for providing

7   the housing and the meals?

8           MR. EMERY:  We provide housing and -- yes, we

9   provide --

10          THE COURT:  And if you didn't, you would be sued

11  for not providing housing and meals.  I mean, you can't not

12  provide meals.

13          MR. EMERY:  I mean, it's a hypothetical situation,

14  Your Honor.  Who would be suing us?  We know what are -- we

15  know what the requirements are under -- that ICE sets forth

16  for us.

17          THE COURT:  And part of the requirements is to

18  provide meals?

19          MR. EMERY:  Yes.

20          THE COURT:  It doesn't say anything in the wage

21  order that those services have to be made available or

22  offered to the public?

23          MR. EMERY:  But I think, respectfully, Your Honor,

24  I think we're focusing on the wrong things here.  If we look

25  under -- we look under 2(p), we see "public housekeeping

1    industry."  It means industry, business, and it goes through

2    a number of different hypotheticals.  We have catering; we

3    have banquets; we have schools; we have colleges; this is a

4    pretty extensive list here.  Nowhere is found federal

5    immigration detainees in the custody of ICE who are a

6    federal contract facility.

7         Now, ICE operates some 20 different detention

8    facilities in California.  If the legislature had wanted to

9    reach this, it could have done it.  In fact, you're probably

10   well aware of the big lawsuit brought by the United States

11   against the State of California.  The legislature has been

12   active in trying to -- in trying to pass legislation that

13   would reach a situation like federal contract facilities.

14   It hasn't done that.

15        To use this public housekeeping order to try to

16   apply it to this situation really would be going too far.  I

17   would suggest, Your Honor, that the right place to look and

18   if there's nothing else, I can try to focus on today --

19        THE COURT:  Go ahead.  You're entitled to your

20   argument.  You can make it.

21        MR. EMERY:  -- is to emphasize the INS General

22   Counsel opinion that we attached to our opening motion.

23   This motion is absolutely important.  It was the INS opinion

24   from 1992, which is really sort of at the dawn of the era of

25   using private contract facilities.  It expressly pertains to

1    both ICE facilities and private contract facilities.

2             And what it lays out is the agency's understanding

3    of its own framework.  It's Congress that has said when and

4    how much detainees will be paid through an allowance.

5    Congress has never said that state minimum wage law should

6    determine how federal immigration detainees should be paid.

7             Second of all, the specific question that -- I'm

8    talking about Genco 92.8.  The specific questions that it

9    raises is whether -- if hypothetically detainess were

10   considered to be employees whether it would violate IRCA.

11   IRCA, as you know, prohibits the hiring of unauthorized

12   aliens.  What was the answer?  The answer is:  They're not

13   employees.  Detainees are not employees because they do work

14   for institutional maintenance and not for compensation.

15   They don't participate in the general -- general work force.

16   They are not wage-seeking earners that are in a market

17   economy.  This was what the FLSA precedents have said over

18   and over again.  This was also persuasive to Judge Kane in

19   the *Menocal* case.

20            So to come back to this, I think the key issue is

21   that detainees at our facilities are not employable.  Most

22   of them -- take Mr. Novoa as an example.  Mr. Novoa came to

23   our facility from a Los Angeles Sheriff's jail.  He was

24   there because of multiple criminal convictions, and he was

25   referred to ICE.  When he came to our facility, he was put

1  under a final removal order by an immigration judge.  That

2  makes him per se ineligible for unemployment.  This is

3  8 C.F.R. 1001.1(p).

4  So even though Mr. Novoa came in with a rare

5  status of a permanent lawful resident, that status was

6  revoked automatically on the basis of his final removal

7  order.  So what Mr. Novoa is asking to do here with respect

8  to the minimum wage claim is to ask the Court to go back and

9  retroactively construct an employment relationship --

10  THE COURT:  You know the arguments that the

11  plaintiff makes, which is that IRCA addresses the penalties

12  to be levied against the employer, not the employee.

13  So if somebody illegally hires undocumented

14  persons, then those persons are entitled to certain

15  protections.  It is the employer who is sanctioned under

16  IRCA for illegally hiring them in the first place.  Just

17  because there's penalties assessed against the employers

18  doesn't mean that the protections against the employee

19  disappear.

20  MR. EMERY:  First of all, we never hired them.

21  And we never hired Mr. Novoa or any other --

22  THE COURT:  But if you're trying to use IRCA, IRCA

23  focuses on the sanctions to be levied against employers, not

24  the employability of undocumented citizens.

25  MR. EMERY:  I understand the point you're making,

1   Your Honor, but this also exactly presents what the

2   preemption issue is here.  That -- if we're going to pretend

3   and go back like they are employees since 2011, then we have

4   to go all the way on it.  If Mr. Novoa or another detainee

5   had come in and said, "Gee, I want you to hire me like you

6   hire all of your other employees," we would have said,

7   "Okay.  Show us your employment authorization."  There's --

8   nowhere in the complaint in this case is there a single

9   allegation that Mr. Novoa had work authorization; that he

10  ever could have been employed at our facility.

11        THE COURT:  But there are allegations in the

12  complaint that he was compelled to work, or else he would be

13  additionally punished.  How do you balance those two?

14        MR. EMERY:  First of all, no one is compelled to

15  work at our facility.  It's a voluntary work program.  All

16  of the allegations in this complaint pertain to the

17  voluntary work program, which ICE expressly says is a

18  voluntary program.  I understand that there are allegations

19  that go further than that.

20        THE COURT:  Those allegations at this point, I

21  must treat as true.

22        MR. EMERY:  I would say also, though, that again

23  this raises a preemption point that we -- I can give you the

24  exact provisions from the -- from the ICE policies.  It is

25  lawful, it is entirely lawful under ICE policy and ICE does

1    this in their facilities, too, that if a detainee refuses to

2    perform certain housekeeping chores or something of that

3    order, that they can be -- that they can be disciplined.

4    ICE tells us that this is what the policy is.  How can we be

5    in a position of simply letting people -- simply letting

6    people work or not work -- right? -- without any kind of

7    adherence to the policies.

8            That said, I do think it's important to keep in

9    mind that the allegations here pertain to a voluntary work

10   program.  To the extent that there's an allegation that GEO

11   has taken some improper step, I think this raises all the

12   preemption issues.

13           THE COURT:  How do you respond to that?

14           MR. FREE:  Your Honor, I'm going to try and track

15   the argument sequentially, just so we can make sure we're

16   dealing with each one.  So the first question as to GEO's

17   obligation to provide for meals and housing is set forth by

18   statute.  It's a statute that GEO cites.  It's at U.S.C.

19   1103(a)11(A) and then (B).  And it specifically says that

20   the service, immigration, can contract with state or local

21   Government for the provision and care of people who are in

22   their custody.  So that's their statutory requirement.

23           With respect to the INS General Counsel opinion,

24   there's a lot to say here, but I want to confine the

25   analysis to five points.  The first is the question that was

```
 1   asked is:  Does the work performed in a service facility
 2   subject the service itself to the IRCA sanctions?  And so
 3   the General Counsel -- and that was within the INA.  The
 4   General Counsel of the INS implementing the Immigration and
 5   Nationality Act came to the answer that no, it doesn't.  And
 6   the first reason -- they analyzed the regulation,
 7   8 CFR 274a.1(f) and (1)(g), what's an employer; what's an
 8   employee?  The first rationale, the detainee performs work
 9   for institutional maintenance, not compensation.
10            So, first of all, this General Counsel opinion
11   gets no deference because it happened after litigation, and
12   it was the agency's position taken following litigation.
13   The agency actually cites a January 6, 1992, Court of
14   Federal Claims decision.  And this was issued -- the General
15   Counsel opinion was issued in February of 1992.  It was the
16   agency's litigation position, so it gets no deference.
17            The second part, though, is that the
18   performance-based national detention standards that my
19   friend was offering to the Court say the first expected
20   outcome of a voluntary work program is that detainees --
21   this is number 1, quote:  "Detainees may have opportunities
22   to work and earn money while confined."  Well, ninety-two,
23   the General Counsel said that detainee performs work for
24   institutional maintenance, not compensation.  So the
25   agency's position is internally inconsistent and has evolved
```

1  over time.

2          THE COURT:  Does it have to do with the nature of

3  the work?  So certain maintenance work may be deemed work

4  that should be not compensated and other work may be deemed

5  to be compensated?

6          MR. FREE:  It does, Your Honor.  And this is

7  another place where I think we trip up and I think are

8  talking past one another.

9          THE COURT:  Does your case rise or fall on whether

10 the program is voluntary or not?

11         MR. FREE:  The TVPA case does.  The forced labor

12 case under the California and Federal Trafficking Victim

13 Protection Act --

14         THE COURT:  Not the minimum wage case?

15         MR. FREE:  No, it doesn't, no.

16         THE COURT:  Why?

17         MR. FREE:  Because they're performing work, and

18 whether they're performing it under a forced context or a

19 voluntary context, we don't have to show that for the

20 purposes of the California minimum wage law or the wage

21 order.

22         ICE has also said, and GEO has agreed, within its

23 contract what personal housekeeping is required, and so it

24 is not the case that the allegations in our complaint about

25 the work program which ICE distinguishes from the housing

1  sanitation policies that are at issue in *Menocal*, for

2  instance, it is not the case that those things, these

3  housekeeping chores, can be forced upon detainees.

4         Mr. Novoa has served for ten hours a day, seven

5  days a week as a barber.  That's not housekeeping.  That was

6  done under the $1 a day program.  He served as a janitor

7  cleaning up other communal areas.  That's not housekeeping.

8  Housekeeping are the four specific tasks we talked about

9  before.

10        With respect to work authorization, this is

11 perhaps where the labyrinth of immigration laws most hurts

12 GEO's case, and I don't begrudge my friend the

13 misunderstanding because, as the late Judge Newman said,

14 immigration statutes are second only to the tax code in

15 complexity.

16        274a.12 is what governs work authorization, not

17 any of the statutes that they've cited.  And detainees,

18 people who are in Adelanto, have a variety of ways to be

19 work-authorized.  We don't have to make an allegation that

20 Mr. Novoa was work-authorized in order for him to recover

21 under minimum wage law --

22        THE COURT:  Is your argument, then, that these

23 detainees could have work authorizations and would be able

24 to work if they were not in custody?

25        MR. FREE:  Precisely.  And the reason that matters

1    is because GEO has raised a conflict preemption argument.

2    They have said that it is impossible to comply with IRCA's

3    employment verification provisions and the California

4    minimum wage law's minimum wage.  We think that analysis

5    turns the whole thing on its head because IRCA doesn't

6    determine who's an employee.  As Your Honor noted, it

7    determines who's going to get sanctioned for hiring them.

8         So it amounts to:  We can't possibly be held

9    liable under the minimum wage law because if we did, we were

10   breaking federal law, and that's not preemption.  That's

11   nowhere near preemption.  They bear the burden.  That's the

12   Supreme Court's decision in *Pliva*.

13        And I noticed in the reply, GEO has said that the

14   presumption preemption doesn't apply in immigration cases.

15   That's one of their point headings.  That's false.

16   *Medtronic versus Lohr* at page 485, the Supreme Court says it

17   applies in all preemption cases and that presumption has not

18   been overcome here.  Congress hasn't occupied the field

19   either through IRCA or through 1555(d) --

20        THE COURT:  I tend to agree with you on the

21   preemption argument.  What I'm stuck on is what I started

22   with, which is whether or not the specific wage order in

23   this case covers persons who are civilly detained and a

24   detainer, a private facility, that doesn't offer its

25   services to the general public.

```
 1              So I find it -- and I think their strongest

 2    argument is that it can't.  That the wage order applies to

 3    sort of the types of institutions which are specifically

 4    listed in the wage order -- and your argument is that is not

 5    exhaustive -- and that the wage order should be read

 6    liberally; and if you read through the actual words of the

 7    wage order, there's meal and housing provided; so,

 8    therefore, the wage order should apply to a detention

 9    facility.

10              But there isn't a specific case or authority that

11    tells me that in the detention context in which services are

12    not generally offered to the public, this wage order

13    applies.  And that's where I'm stuck on.

14              Now, you cited this other case.  I'm going to have

15    to look at that case a little more carefully.  And that's

16    what I was looking for in the order for supplemental

17    briefing, some kind of authority to tell me that this wage

18    order which seems to be not -- if you take a first glance at

19    it, it can't -- intuitively it's not the intent of the

20    legislature to apply to a custodial setting.  I mean, that's

21    not what I think of when the California legislature sat down

22    and wrote down the wage order.  But the wage order on its

23    face and by its words seems to apply to this context, and

24    yet there isn't authority which tells me that it definitely

25    does.  And that's where I'm stuck.
```

1          MR. FREE:  I have three quick responses that might

2    unstick you.  The first, you can look at Judge Brian's

3    opinions in the *Washington versus GEO* case and the *Chen*

4    *versus GEO* case, and I think Judge Brian does an adroit job

5    at sifting through why the purpose of state minimum wage

6    laws, the purpose of labor regulation doesn't just require a

7    specific listing of who's covered.  In fact, work is covered

8    and that makes sense.

9          The second point here is that Judge Kane and the

10   *Alvarado Guevara* court missed one of the key purposes of the

11   minimum wage.  It's not just to ensure that the people who

12   are not getting the minimum wage aren't suffering from

13   substandard working conditions, it's to ensure that the

14   employers who are paying substandard minimum wages aren't

15   undercutting competition.  And that's not discussed anywhere

16   in *Alvarado Guevara* or in Judge Kane's otherwise wonderful

17   decision in *Menocal*.

18         The point here is that GEO is a for-profit company

19   that every day detains 1,950 people at Adelanto.  They have

20   5 percent of the nation's detained immigrant population on

21   any given day; and last year they had 30 percent of the

22   deaths in detention, but they are doing this at a profit.

23   And when they have to make their staffing plan, when they

24   have to tell ICE how many janitors are we going to have, and

25   instead of having a janitor, they pay Raul Novoa $1 a day,

1   they're undercutting the market rates in San Bernardino.

2   They're taking labor that could be compensated at at least

3   the minimum wage --

4        THE COURT:  No other person would get themselves

5   into immigration custody to do a janitor's job.

6        MR. FREE:  Sure.  It's not a lure to employment.

7   We're not talking about necessarily protecting just the

8   wages of the wage earners, we're talking about protecting

9   the market, the labor market.

10        THE COURT:  But again, what's the definition of

11   the market?  The definition of the market is people who are

12   detained in immigration detention, because nobody else can

13   access that market.

14        MR. FREE:  We respectfully disagree.  GEO does

15   have people who clean up in certain parts of the Adelanto

16   facility, and they could have people who clean up and serve

17   as barbers and serve as food service workers and serve as

18   medical clean-up people there --

19        THE COURT:  So you're saying the market is for GEO

20   employees who would otherwise have to do that job?

21        MR. FREE:  The market is for work performed.  The

22   market is for a need that is demonstrated.  Up until now,

23   GEO has treated this labor as a readily available supply

24   that can be used at its discretion essentially because

25   they've treated it as not belonging to the people there.

1    And in so doing, they have artificially suppressed the

2    amount of employment that comes from this facility.

3              THE COURT:  Let me -- let me -- I'll give you the

4    last word.

5              MR. FREE:  Thank you, Your Honor.

6              MR. EMERY:  Your Honor, one of the reasons why I

7    put focus on the General Counsel's opinion again is because

8    my client's been doing this for close to 30 years.  We work

9    side by side every single day with ICE, and there's a bit of

10   a misimpression that we need to clear up.  Again, there are

11   ICE-run facilities and there are ICE-contract facilities;

12   they all operate under the same rules.  And even at our

13   ICE-contract facilities, everything we do is under ICE's

14   guidance.

15             ICE sets the rules; ICE decides how much will be

16   paid for things; ICE supervises.  Their offices are there.

17   There are ICE officers walking the halls every day.  And to

18   think that there's some kind of systematic wage theft and

19   forced labor that's going on right under ICE's nose really

20   just goes past the bounds of credibility.

21             THE COURT:  Their argument -- and I realize your

22   position.  Their argument is that your client is a

23   for-profit institution so it's different than the Government

24   running it because you have an incentive to get tasks done

25   under -- by not paying for those tasks because that will

 1   increase your profit.  Because if those tasks were not done

 2   by inmates, you would have to have them done by somebody

 3   else and pay them the right wage.  I think that's their

 4   argument.

 5          MR. EMERY:  It's wrong, because this is detention.

 6   Detention is unlike anything else.  It's not another wage

 7   market that you go into.  It's not like people who are

 8   working housekeeping jobs.  Detention requires its own

 9   logic.  ICE and its predecessor institutions have been doing

10   this a long time.  We've been doing this a long time.  The

11   voluntary work program as it's set out and the other

12   challenged housekeeping policies all have reasons.  If

13   you've ever been to a detention facility -- I'd be glad to

14   take you on a tour of one if you want to --

15          THE COURT:  I have.

16          MR. EMERY:  There's an order that has to be there,

17   and the idea that GEO would somehow be bringing in outside

18   employees to come in and do daily maintenance while the

19   detainees sit around and watch, that's not how it works.

20   There are reasons for this.

21          And at some point, we need to listen to what

22   Congress said about this.  In 1950, Congress said:  This is

23   what we have to say about -- about detainee employees.  It's

24   an allowance.  And for years they appropriated $1 per day at

25   it.  Our understanding is that still is under the agency's

1  guidance, the agency's discretion.  And there's no reason

2  why state minimum wage laws, which could be different in

3  every single state, should be the determining word on how

4  and whether immigration detainees should be paid.

5          THE COURT:  Let me tell you this.  I'm maybe a

6  little bit closer to making up my mind on this, but I'm

7  still struggling with it.  So if you wish, you know what my

8  central sticking point is.  If you want to address that more

9  specifically in a supplemental brief, I'll let you file a

10  brief of no more than seven pages in length, to be filed no

11  later than a week from today.

12          MR. EMERY:  Thank you, Your Honor.  Can I just --

13  I'm glad to go look at the transcript, too, but could we

14  get --

15          THE COURT:  So the issue that I'm having trouble

16  with is in interpreting this Wage Order No. 5.  So what is

17  the interplay -- so as I read that wage order, it seems to

18  me that you provide the services that make that wage order

19  active, which you provide housing and meals.  But part of

20  your argument is that those wage orders should not apply

21  because it's not an institution that provides its services

22  to the general public, as I understand it, and it's a

23  detention facility; right?  So that is different.  That wage

24  order does not apply to that type of institution.

25          One, because it's a custodial institution.  Its

1    services are not offered to the general public, and it's

2    just different than what the wage order contemplates as to

3    the industries that it's meant to cover.  So I want some

4    argument and/or authority where similar situations in which

5    that wage order has been applied, or not applied, to an

6    institution that is similar.  Perhaps another civil

7    commitment-type of institution which services are not

8    offered to the general public and the persons in that

9    institution are not free to leave; right?

10            And then any kind of argument or interplay between

11   how courts in the Ninth Circuit or in California, more

12   particularly, have interpreted the scope and breadth of this

13   wage order as to analogous circumstances.  And that's been

14   my primary point.  I'm siding with the plaintiffs on the

15   preemption argument.  I don't think it's preempted.  I don't

16   think IRCA does it, but I am really concerned about this

17   particular point.  So if you can address that point.

18            Thank you, Counsel.

19            MR. EMERY:  Thank you, Your Honor.

20            MR. FREE:  Thank you, Your Honor.

21        *(Thereupon, at 10:03 a.m., proceedings adjourned.)*

22

23                        *-oOo-*

24

25

1

2

3                              *CERTIFICATE*

4

5              *I hereby certify that pursuant to Section 753,*

6    *Title 28, United States Code, the foregoing is a true and*

7    *correct transcript of the stenographically reported*

8    *proceedings held in the above-entitled matter and that the*

9    *transcript format is in conformance with the regulations of*

10   *the Judicial Conference of the United States.*

11

12   *Date:  May 17, 2018*

13

14                                   *Lisa M. Gonzalez*
                         */s/_____*
15                       *Lisa M. Gonzalez, U.S. Court Reporter*
                         *CSR No. 5920*
16

17

18

19

20

21

22

23

24

25

**MR. EMERY: [20]** 3/9 8/5 8/14 9/5
9/21 10/2 10/7 10/12 10/18 10/22
11/20 13/19 13/24 14/13 14/21 23/5
24/4 24/15 25/11 26/18
**MR. FREE: [21]** 3/6 4/1 4/6 4/11 4/17
4/24 5/7 5/25 7/5 7/23 15/13 17/5
17/10 17/14 18/24 20/25 22/5 22/13
22/20 23/4 26/19
**THE CLERK: [1]** 3/3
**THE COURT: [38]**

## $

**$1 [3]** 18/6 21/25 24/24

## -

**-o0o [1]** 3/3
**-oOo [1]** 26/23

## /

**/s [1]** 27/14

## 0

**0210 [1]** 2/9

## 1

**1,950 [1]** 21/19
**1000 [1]** 2/8
**1001.1 [1]** 13/3
**10:03 [1]** 26/21
**11 [1]** 15/19
**1103 [1]** 15/19
**14 [2]** 1/16 3/1
**1555 [1]** 19/19
**17 [1]** 27/12
**17-2514 [1]** 3/5
**1950 [1]** 24/22
**1992 [3]** 11/24 16/13 16/15
**1st [1]** 1/23

## 2

**20 [1]** 11/7
**20001-4501 [1]** 2/9
**2011 [1]** 14/3
**2016 [1]** 4/4
**2018 [3]** 1/16 3/1 27/12
**202 [1]** 2/9
**213.894.2979 [1]** 1/24
**2514 [1]** 3/5
**274a.1 [1]** 16/7
**274a.12 [1]** 18/16
**28 [1]** 27/6

## 3

**30 [2]** 21/21 23/8
**321-3221 [1]** 2/5
**3221 [1]** 2/5
**350 [1]** 1/23
**37209 [1]** 2/4

## 4

**4455 [1]** 1/23
**4501 [1]** 2/9
**485 [1]** 19/16

## 5

**5 percent [1]** 21/20

**5.8 [1]** 6/19
**5520 [1]** 1/22 27/16

## 6

**662-0210 [1]** 2/9

## 7

**753 [1]** 27/5
**799 [1]** 2/8

## 8

**8 C.F.R [1]** 13/3
**8 CFR 274a.1 [1]** 16/7
**844 [1]** 2/5

## 9

**90012 [1]** 1/23
**90568 [1]** 2/4
**92.8 [1]** 12/8
**9:30 [1]** 3/2
**9th [1]** 2/8

## A

**a.m [2]** 3/2 26/21
**able [1]** 18/23
**about [11]** 5/13 8/22 12/8 17/24 18/8
22/7 22/8 24/22 24/23 24/23 26/16
**above [1]** 27/8
**above-entitled [1]** 27/8
**absolutely [1]** 11/23
**access [1]** 22/13
**Act [2]** 16/5 17/13
**active [2]** 11/12 25/19
**actual [1]** 20/6
**actually [1]** 16/13
**additional [2]** 5/20 5/23
**additionally [1]** 14/13
**address [2]** 25/8 26/17
**addresses [1]** 13/11
**Adelanto [3]** 18/18 21/19 22/15
**adherence [1]** 15/7
**adjourned [1]** 26/21
**adroit [1]** 21/4
**affirmatively [1]** 8/24
**after [1]** 16/11
**again [6]** 9/6 12/18 14/22 22/10 23/7
23/10
**against [5]** 11/11 13/12 13/17 13/18
13/23
**agency [1]** 16/13
**agency's [6]** 12/2 16/12 16/16 16/25
24/25 25/1
**agree [1]** 19/20
**agreed [1]** 17/22
**ahead [1]** 11/19
**aliens [1]** 12/12
**all [13]** 3/25 9/8 12/7 13/20 14/4 14/6
14/14 14/15 15/11 16/10 19/17 23/12
24/12
**allegation [3]** 14/9 15/10 18/19
**allegations [6]** 14/11 14/16 14/18
14/20 15/9 17/24
**allowance [2]** 12/4 24/24
**also [4]** 12/18 14/1 14/22 17/22
**Alvarado [2]** 21/10 21/16
**am [1]** 26/16
**Amendment [1]** 5/4
**amount [1]** 23/2

**amounts [1]** 19/8
**analysis [2]** 15/25 19/4
**analyzed [1]** 16/6
**and/or [1]** 26/4
**ANDREW [3]** 2/3 2/3 3/7
**Angeles [2]** 1/23 12/23
**another [6]** 6/14 14/4 17/7 17/8 24/6
26/6
**answer [3]** 12/12 12/12 16/5
**any [9]** 7/2 8/8 9/9 9/17 13/21 15/6
18/17 21/21 26/10
**anything [2]** 10/20 24/6
**anywhere [1]** 21/15
**apparently [1]** 8/11
**APPEARANCES [1]** 2/1
**appears [1]** 3/14
**applied [2]** 26/5 26/5
**applies [4]** 9/8 19/17 20/2 20/13
**apply [8]** 7/23 11/16 19/14 20/8 20/20
20/23 25/20 25/24
**appropriated [1]** 24/24
**are [50]**
**areas [1]** 18/7
**aren't [3]** 9/3 21/12 21/14
**argument [16]** 6/23 6/24 11/20 15/15
18/22 19/1 19/21 20/2 20/4 23/21
23/22 24/4 25/20 26/4 26/10 26/15
**arguments [1]** 13/10
**around [1]** 24/19
**artificially [1]** 23/1
**as [28]**
**ask [1]** 13/8
**asked [1]** 16/1
**asking [2]** 8/24 13/7
**assessed [1]** 13/17
**attached [1]** 11/22
**authority [4]** 20/10 20/17 20/24 26/4
**authorization [4]** 14/7 14/9 18/10
18/16
**authorizations [1]** 18/23
**authorized [2]** 18/19 18/20
**automatically [1]** 13/6
**available [2]** 10/21 22/23
**aware [1]** 11/10

## B

**back [3]** 12/20 13/8 14/3
**balance [1]** 14/13
**banquets [1]** 11/3
**barber [1]** 18/5
**barbers [1]** 22/17
**based [3]** 6/19 7/13 16/18
**basically [2]** 9/14 9/15
**basis [1]** 13/6
**be [49]**
**bear [1]** 19/11
**because [23]** 4/19 5/22 6/9 7/9 9/9
12/13 12/24 13/17 16/11 17/17 18/13
19/1 19/5 19/9 22/12 22/24 23/7 23/24
23/25 24/1 24/5 25/21 25/25
**bed [1]** 6/21
**been [10]** 7/8 11/11 14/10 19/18 23/8
24/9 24/10 24/13 26/5 26/13
**before [1]** 18/9
**begin [1]** 4/12
**begrudge [1]** 18/12

**B**

**being [1]** 8/4
**beings [1]** 5/11
**belonging [1]** 22/25
**belongs [2]** 6/12 7/14
**BERNAL [1]** 1/4
**Bernardino [1]** 22/1
**between [3]** 4/20 8/3 26/10
**big [1]** 11/10
**binding [1]** 7/13
**bit [2]** 23/9 25/6
**boils [1]** 8/7
**both [2]** 8/20 12/1
**bound [1]** 4/10
**bounds [1]** 23/20
**Box [1]** 2/4
**breadth [1]** 26/12
**breaking [1]** 19/10
**Brian [1]** 21/4
**Brian's [1]** 21/2
**brief [2]** 25/9 25/10
**briefing [2]** 3/20 20/17
**bringing [1]** 24/17
**broadly [1]** 9/17
**brought [1]** 11/10
**bunk [1]** 6/20
**burden [1]** 19/11
**business [2]** 9/18 11/1

**C**

**C.F.R [1]** 13/3
**calendar [1]** 3/4
**CALIFORNIA [18]** 1/2 1/15 1/23 3/1
5/6 5/9 5/10 7/18 7/19 8/5 9/10 11/8
11/11 17/12 17/20 19/3 20/21 26/11
**Calling [1]** 3/4
**came [4]** 12/22 12/25 13/4 16/5
**can [20]** 5/3 6/3 6/4 7/2 8/3 10/20
11/18 11/20 14/23 15/3 15/3 15/4
15/15 15/20 18/3 21/2 22/12 22/24
25/12 26/17
**can try [1]** 11/18
**can't [7]** 6/6 6/9 7/5 10/11 19/8 20/2
20/19
**cannot [1]** 6/16
**care [1]** 15/21
**cared [1]** 10/3
**carefully [1]** 20/15
**case [25]** 3/4 3/13 4/9 6/11 6/13 7/6
8/1 8/10 8/14 8/25 12/19 14/8 17/9
17/11 17/12 17/14 17/24 18/2 18/12
19/23 20/10 20/14 20/15 21/3 21/4
**cases [3]** 3/23 19/14 19/17
**catch [1]** 9/8
**catch-all [1]** 9/8
**catering [1]** 11/2
**CCRR [1]** 1/22
**center [1]** 6/11
**central [2]** 1/2 25/8
**certain [4]** 13/14 15/2 17/3 22/15
**CERTIFICATE [1]** 27/3
**certify [1]** 27/5
**CFR [1]** 16/7
**challenged [1]** 24/12
**Chen [1]** 21/3
**chores [2]** 15/2 18/3
**circuit [7]** 3/15 3/24 6/13 7/14 8/1 8/18

26/11
**circumstances [1]** 26/9
**cited [6]** 3/19 6/13 8/11 9/1 18/17
20/14
**cites [2]** 15/18 16/13
**citizen [1]** 6/3
**citizens [1]** 13/24
**civil [11]** 3/21 4/22 5/12 5/23 6/3 6/15
7/12 8/1 8/12 9/1 26/6
**civilly [1]** 7/8 19/23
**claim [1]** 13/8
**Claims [1]** 16/14
**clause [1]** 5/21
**clean [4]** 6/22 22/15 22/16 22/18
**clean-up [1]** 22/18
**cleaning [1]** 18/7
**clear [1]** 23/10
**clearly [1]** 3/24
**client [1]** 23/22
**client's [1]** 23/8
**close [1]** 23/8
**closer [1]** 25/6
**code [2]** 18/14 27/6
**colleges [1]** 11/3
**Colorado [6]** 3/23 4/4 4/5 4/6 4/13
4/14
**Colorado's [1]** 4/15
**come [3]** 12/20 14/5 24/18
**comes [1]** 23/2
**commission [1]** 4/21
**commitment [4]** 8/1 8/12 9/1 26/7
**commitment-type [1]** 26/7
**committed [2]** 7/8 7/9
**communal [1]** 18/7
**company [2]** 6/12 21/18
**compelled [2]** 14/12 14/14
**compensated [3]** 17/4 17/5 22/2
**compensation [5]** 7/15 7/15 12/14
16/9 16/24
**competition [1]** 21/15
**complaint [4]** 14/8 14/12 14/16 17/24
**complexity [1]** 18/15
**comply [1]** 19/2
**concede [1]** 6/17
**concerned [1]** 26/16
**conditions [1]** 21/13
**Conference [1]** 27/10
**confine [1]** 15/24
**confined [1]** 16/22
**conflict [1]** 19/1
**conformance [1]** 27/9
**Congress [5]** 12/3 12/5 19/18 24/22
24/22
**considered [3]** 5/24 7/5 12/10
**Constitutional [2]** 5/15 5/23
**construct [1]** 13/9
**contemplates [2]** 6/25 26/2
**contend [1]** 7/19
**context [9]** 3/21 5/2 7/2 7/13 9/1 17/18
17/19 20/11 20/23
**contract [9]** 9/23 11/6 11/13 11/25
12/1 15/20 17/23 23/11 23/13
**convictions [1]** 12/24
**correct [4]** 4/7 5/7 7/24 27/7
**Corrections [1]** 4/15
**could [7]** 11/9 14/10 18/23 22/2 22/16
25/2 25/13

**counsel [10]** 3/6 5/16 11/22 15/23
16/23 17/6 17/7 23/2 26/22 26/25
**Counsel's [1]** 23/7
**court [14]** 1/1 3/9 4/3 4/4 4/24 6/14
7/13 13/8 16/13 16/19 17/16 19/16
21/10 27/15
**Court's [1]** 19/12
**Courthouse [1]** 1/22
**courts [1]** 26/11
**cover [1]** 26/3
**covered [2]** 21/7 21/7
**covers [2]** 5/5 19/23
**credibility [1]** 23/20
**crimes [1]** 4/21
**criminal [4]** 5/2 5/12 5/16 12/24
**criminally [1]** 7/8
**crucial [1]** 9/7
**CSR [2]** 1/22 27/15
**custodial [2]** 20/20 25/25
**custody [4]** 11/5 15/22 18/24 22/5
**Customs [2]** 9/24 10/5
**CV [1]** 3/5

**D**

**daily [1]** 24/18
**danger [1]** 6/5
**Date [1]** 27/12
**dawn [1]** 11/24
**day [8]** 18/4 18/6 21/19 21/21 21/25
23/9 23/17 24/24
**days [1]** 18/5
**DC [1]** 2/9
**deal [1]** 8/10
**dealing [1]** 15/16
**deaths [1]** 21/22
**debris [1]** 6/22
**decided [2]** 4/17 8/21
**decides [1]** 23/15
**deciding [1]** 3/18
**decision [6]** 4/16 8/19 8/22 16/14
19/12 21/17
**deemed [2]** 17/3 17/4
**Defendant [2]** 1/10 2/7
**defendants [1]** 6/23
**deference [2]** 16/11 16/16
**defined [1]** 9/17
**definitely [1]** 20/24
**definition [2]** 22/10 22/11
**demonstrated [1]** 22/22
**Department [1]** 4/15
**detailed [1]** 10/5
**detain [1]** 6/3
**detained [5]** 7/4 8/17 19/23 21/20
22/12
**detainee [8]** 6/15 8/8 9/10 14/4 15/1
16/8 16/23 24/23
**detainees [25]** 3/20 3/24 4/1 4/5 5/3
5/14 5/14 5/21 5/23 5/24 10/1 10/3
10/3 11/5 12/4 12/6 12/13 12/21 16/20
16/21 18/3 18/17 18/23 24/19 25/4
**detainer [1]** 19/24
**detainess [1]** 12/9
**detains [1]** 21/19
**detention [21]** 3/22 4/22 5/1 5/2 5/12
5/13 6/2 6/11 6/19 7/12 11/7 16/18
20/8 20/11 21/22 22/12 24/5 24/6 24/8
24/13 25/23

## D

**detention facility [1]** 24/13
**determine [2]** 12/6 19/6
**determined [3]** 4/4 8/2 8/11
**determines [1]** 19/7
**determining [1]** 25/3
**dicta [1]** 8/20
**did [1]** 19/9
**didn't [1]** 10/10
**difference [2]** 6/8 8/6
**different [6]** 11/2 11/7 23/23 25/2 25/23 26/2
**differently [1]** 8/18
**disagree [1]** 22/14
**disappear [1]** 13/19
**disciplined [1]** 15/3
**discrete [1]** 6/18
**discretion [2]** 22/24 25/1
**discussed [1]** 21/15
**discusses [1]** 7/9
**distinct [3]** 6/1 6/2 6/7
**distinction [5]** 4/19 4/20 4/24 6/8 8/3
**distinguishable [3]** 4/9 4/11 8/14
**distinguishes [1]** 17/25
**district [4]** 1/1 1/2 1/22 4/3
**dividers [1]** 6/21
**division [2]** 1/3 6/14
**do [19]** 3/18 4/1 4/18 5/8 5/14 5/16 5/24 7/25 8/10 12/13 13/7 14/13 15/8 15/13 17/2 22/5 22/20 23/13 24/18
**does [16]** 5/6 6/7 6/13 7/15 7/20 14/25 16/1 17/2 17/6 17/9 17/11 20/25 21/4 22/14 25/24 26/16
**doesn't [13]** 8/20 8/23 8/23 9/11 9/12 10/20 13/18 16/5 17/15 19/5 19/14 19/24 21/6
**doing [6]** 7/12 21/22 23/1 23/8 24/9 24/10
**don't [11]** 5/17 5/18 5/19 6/17 9/22 12/15 17/19 18/12 18/19 26/15 26/15
**done [6]** 11/9 11/14 18/6 23/24 24/1 24/2
**down [3]** 8/7 20/21 20/22
**due [1]** 5/21

## E

**each [1]** 15/16
**earn [1]** 16/22
**earners [2]** 12/16 22/8
**economy [1]** 12/17
**ED [1]** 3/5
**EDCV17 [1]** 1/8
**EDCV17-2514-JGB [1]** 1/8
**either [2]** 6/4 8/8 19/19
**eligible [3]** 8/4 8/9 9/5
**else [5]** 11/18 14/12 22/12 24/3 24/6
**EMERY [2]** 2/7 3/10
**emphasize [1]** 11/21
**employability [1]** 13/24
**employable [1]** 12/21
**employed [2]** 8/9 14/10
**employee [6]** 9/5 9/10 13/12 13/18 16/8 19/6
**employees [11]** 4/5 5/25 7/5 12/10 12/13 12/13 14/3 14/6 22/20 24/18 24/23
**employer [3]** 13/12 13/15 16/7

**employers [3]** 13/17 13/23 21/14
**employment [5]** 13/19 21/25 22/6 23/2
**Enforcement [2]** 9/24 10/5
**ensure [2]** 21/11 21/13
**entirely [1]** 14/25
**entitled [3]** 11/19 13/14 27/8
**entity [1]** 3/21
**era [1]** 11/24
**ESQ [2]** 2/3 2/7
**essentially [1]** 22/24
**establish [2]** 9/11 9/13
**establishment [1]** 9/18
**even [4]** 5/6 7/9 13/4 23/12
**ever [2]** 14/10 24/13
**every [4]** 21/19 23/9 23/17 25/3
**everything [1]** 23/13
**evolved [1]** 16/25
**exact [1]** 14/24
**exactly [1]** 14/1
**example [1]** 12/22
**exception [2]** 6/16 6/17
**exclude [1]** 7/20
**exclusions [2]** 7/21 7/22
**exempt [1]** 7/16
**exemption [2]** 5/4 5/10
**exhaustive [1]** 20/5
**expected [1]** 16/19
**explain [1]** 5/1
**expressly [2]** 11/25 14/17
**extensive [1]** 11/4
**extent [1]** 15/10

## F

**face [1]** 20/23
**facilities [11]** 8/9 11/8 11/13 11/25 12/1 12/1 12/21 15/1 23/11 23/11 23/13
**facility [16]** 3/22 7/10 8/8 10/4 11/6 12/23 12/25 14/10 14/15 16/1 19/24 20/9 22/16 23/2 24/13 25/23
**fact [3]** 7/9 11/9 21/7
**factually [1]** 8/14
**fall [1]** 17/9
**false [1]** 19/15
**far [2]** 8/20 11/16
**February [1]** 16/15
**federal [9]** 8/8 9/9 11/4 11/6 11/13 12/6 16/14 17/12 19/10
**few [1]** 5/1
**field [1]** 19/18
**Fifth [1]** 3/23
**file [1]** 25/9
**filed [1]** 25/10
**final [2]** 13/1 13/6
**find [3]** 5/17 9/15 20/1
**first [14]** 3/15 3/25 5/1 13/16 13/20 14/14 15/16 15/25 16/6 16/8 16/10 16/19 20/18 21/2
**five [1]** 15/25
**flight [1]** 6/6
**floor [1]** 6/22
**FLSA [6]** 7/16 7/17 8/2 8/4 8/13 12/17
**focus [2]** 11/18 23/7
**focuses [1]** 13/23
**focusing [1]** 10/24
**following [1]** 16/12

**food [1]** 22/17
**force [1]** 12/15
**forced [5]** 6/10 17/11 17/18 18/3 23/19
**foregoing [1]** 27/6
**format [1]** 27/9
**forth [3]** 10/4 10/15 15/17
**found [1]** 11/4
**four [2]** 6/18 18/8
**framed [1]** 9/7
**framework [1]** 12/3
**free [11]** 2/3 2/3 3/7 4/23 6/9 6/21 6/21 8/13 9/2 17/17 26/9
**friend [2]** 16/19 18/12
**FULBRIGHT [1]** 2/7
**fundamental [1]** 9/9
**further [1]** 14/19

## G

**Gee [1]** 14/5
**Genco [1]** 12/8
**general [15]** 7/1 11/21 12/15 12/15 15/23 16/3 16/4 16/10 16/14 16/23 19/25 23/7 25/22 26/1 26/8
**generally [3]** 7/3 9/2 20/12
**GEO [17]** 1/9 3/5 3/11 3/25 5/8 15/10 15/18 17/22 19/1 19/13 21/3 21/4 21/18 22/14 22/19 22/23 24/17
**GEO's [2]** 15/16 18/12
**get [5]** 8/20 19/7 22/4 23/24 25/14
**gets [2]** 16/11 16/16
**getting [1]** 21/12
**Gideon [1]** 5/16
**give [2]** 14/23 23/3
**given [1]** 21/21
**glad [2]** 24/13 25/13
**glance [1]** 20/18
**go [7]** 11/19 13/8 14/3 14/4 14/19 24/7 25/13
**goes [2]** 11/1 23/20
**going [7]** 11/16 14/2 15/14 19/7 20/14 21/24 23/19
**Gonzales [1]** 7/7
**Gonzales [1]** 7/7
**GONZALEZ [3]** 1/22 27/14 27/15
**Good [4]** 3/7 3/9 3/10 3/12
**Government [2]** 15/21 23/23
**governs [1]** 18/16
**grounds [1]** 8/21
**GROUP [4]** 1/9 3/5 3/11 3/25
**guess [1]** 3/16 3/19
**Guevara [2]** 21/10 21/16
**guidance [2]** 23/14 25/1
**guidelines [2]** 10/4 10/5

## H

**had [4]** 11/8 14/5 14/9 21/21
**Hale [3]** 6/12 8/19 8/21
**halls [1]** 23/17
**happened [1]** 16/11
**has [19]** 3/18 5/8 7/8 8/1 9/14 11/11 12/3 12/5 15/11 16/25 17/22 17/22 18/4 19/1 19/13 19/17 22/23 24/16 26/5
**has agreed [1]** 17/22
**hasn't [2]** 11/14 19/18
**have [44]**
**having [2]** 21/25 25/15

## H

he [12]  7/11 7/12 7/15 8/10 12/23 12/24 12/25 12/25 14/9 14/12 14/12 18/6
he's [2]  7/10 7/10
head [1]  19/5
headings [1]  19/15
held [3]  4/21 19/8 27/8
help [1]  3/17
here [14]  7/17 7/18 7/22 9/7 9/15 10/24 11/4 13/7 14/2 15/9 15/24 19/18 21/9 21/18
hereby [1]  27/5
him [4]  7/14 7/16 13/2 18/20
hire [2]  14/5 14/6
hired [3]  13/20 13/21
hires [1]  13/13
hiring [3]  12/11 13/16 19/7
his [2]  7/14 13/6
hold [1]  8/24
HON [1]  1/4
Honor [20]  3/7 3/10 4/2 4/7 4/12 8/7 8/16 9/6 10/14 10/23 11/17 14/1 15/14 17/6 19/6 23/5 23/6 25/12 26/19 26/20
host [1]  5/19
hours [1]  18/4
housekeeping [13]  6/20 9/16 9/17 10/25 11/5 15/2 17/23 18/3 18/5 18/7 18/8 24/8 24/12
housing [11]  9/18 9/21 9/23 10/1 10/7 10/8 10/11 15/17 17/25 20/7 25/19
how [14]  4/9 7/25 8/10 8/13 12/4 12/6 14/13 15/4 15/13 21/24 23/15 24/19 25/3 26/11
human [1]  5/11
hurts [1]  18/11
hypothetical [1]  10/13
hypothetically [1]  12/9
hypotheticals [1]  11/2

## I

I'd [1]  24/13
I'll [1]  4/25 23/3 25/9
I'm [17]  3/16 4/10 5/13 6/1 6/1 9/13 12/7 15/14 19/21 20/13 20/14 20/25 25/5 25/6 25/13 25/15 26/14
I've [1]  3/16
ICE [24]  6/18 8/8 10/15 11/5 11/7 12/1 12/25 14/17 14/24 14/25 14/25 15/4 17/22 17/25 21/24 23/9 23/11 23/11 23/13 23/15 23/15 23/16 23/17 24/9
ICE's [2]  23/13 23/19
ICE-contract [2]  23/11 23/13
ICE-run [1]  23/11
idea [1]  24/17
illegally [2]  13/13 13/16
immigrant [2]  5/21 21/20
immigration [20]  3/22 4/1 5/12 5/14 6/5 6/15 9/10 9/24 10/5 11/5 12/6 13/1 15/20 16/4 18/11 18/14 19/14 22/5 22/12 25/4
immunity [1]  8/21
implementing [1]  16/4
important [2]  11/23 15/8
impossible [1]  19/2
impression [1]  3/15
improper [1]  15/11

## INA

INA [1]  16/3
inaction [1]  9/5
incentive [1]  23/24
inconsistent [1]  16/25
increase [1]  24/1
industries [1]  26/3
industry [7]  9/16 9/17 9/17 9/21 9/22 11/1 11/1
ineligible [1]  13/2
inmates [3]  4/14 4/14 24/2
INS [4]  11/21 11/23 15/23 16/4
instance [1]  18/2
instead [1]  21/25
institution [8]  7/3 23/23 25/21 25/24 25/25 26/6 26/7 26/9
institutional [3]  12/14 16/9 16/24
institutions [2]  20/3 24/9
intent [1]  20/19
interesting [1]  3/13
internally [1]  16/25
Internet [1]  7/11
interplay [1]  25/17 26/10
interpreted [1]  26/12
interpreting [1]  25/16
intuitively [1]  20/19
involves [1]  8/16
IRCA [10]  12/10 12/11 13/11 13/16 13/22 13/22 16/2 19/5 19/19 26/16
IRCA's [1]  19/2
is [103]
is the [1]  15/25
isn't [3]  10/1 20/10 20/24
issue [8]  6/25 8/7 9/7 9/9 12/20 14/2 18/1 25/15
issued [2]  16/14 16/15
issues [1]  15/12
it [59]
it's [25]  3/19 4/10 7/2 10/13 12/3 14/15 15/8 15/18 15/18 20/19 21/11 21/13 22/6 23/23 24/5 24/6 24/7 24/11 24/23 25/21 25/22 25/25 25/25 26/1 26/3 26/15
Item [1]  3/4
its [13]  5/10 7/20 12/3 17/22 19/5 19/24 20/22 20/23 22/24 24/8 24/9 25/21 25/25
itself [2]  8/20 16/2

## J

jail [1]  12/23
jails [1]  4/15
janitor [2]  18/6 21/25
janitor's [1]  22/5
janitors [1]  21/24
January [1]  16/13
JESUS [1]  1/4
JGB [1]  1/8
job [3]  21/4 22/5 22/20
jobs [1]  24/8
judge [11]  1/4 1/4 4/13 6/5 12/18 13/1 18/13 21/2 21/4 21/9 21/16
Judicial [1]  27/10
jury [1]  5/18
just [9]  8/11 13/16 15/15 21/6 21/11 22/7 23/20 25/12 26/2

## K

Kane [3]  4/13 12/18 21/9

## Kane's

Kane's [1]  21/16
Kcep [2]  6/25 15/24
key [2]  12/20 21/10
kind [4]  15/6 20/17 23/18 26/10
know [6]  4/10 10/14 10/15 12/11 13/10 25/7

## L

labor [8]  6/10 7/14 17/11 21/6 22/2 22/9 22/23 23/19
labyrinth [1]  18/11
laid [1]  6/18
language [1]  9/20
last [2]  21/21 23/4
late [1]  18/13
later [1]  25/11
law [25]  2/3 3/14 4/5 4/6 5/10 7/18 7/19 8/5 9/11 12/5 17/20 18/21 19/9 19/10
law's [1]  19/4
lawful [3]  13/5 14/25 14/25
laws [3]  18/11 21/6 25/2
lawsuit [1]  11/10
lawyers [1]  5/17
least [4]  3/15 4/4 8/25 22/2
leave [4]  7/5 8/13 9/2 26/9
legally [1]  8/14
legislation [1]  11/12
legislature [4]  11/8 11/11 20/20 20/21
let [6]  9/12 9/15 23/3 23/3 25/5 25/9
letting [2]  15/5 15/5
levied [2]  13/12 13/23
liable [1]  19/9
liberally [2]  9/14 20/6
license [1]  7/11
like [4]  11/13 14/3 14/5 24/7
LISA [3]  1/22 27/14 27/15
list [1]  11/4
listed [1]  20/4
listen [1]  24/21
listing [1]  21/7
litigation [3]  16/11 16/12 16/16
little [3]  3/17 20/15 25/6
local [1]  15/20
logic [1]  24/9
Lohr [1]  19/16
long [2]  24/10 24/10
look [6]  10/24 10/25 11/17 20/15 21/2 25/13
looking [1]  20/16
Los [2]  1/23 12/23
Los Angeles [1]  12/23
lot [1]  15/24
lure [1]  22/6

## M

made [4]  4/20 5/3 6/16 10/21
maintenance [6]  9/19 12/14 16/9 16/24 17/3 24/18
make [8]  6/8 6/20 6/23 11/20 15/15 18/19 21/23 25/18
makes [3]  13/2 13/11 21/8
making [3]  7/11 13/25 25/6
many [2]  4/25 21/24
mark [3]  2/7 3/10 5/11

## M

**market [11]** 12/16 22/1 22/9 22/9 22/11 22/11 22/13 22/19 22/21 22/22 24/7
**marketer [1]** 7/12
**matter [1]** 27/8
**matters [1]** 18/25
**may [6]** 1/16 3/1 16/21 17/3 17/4 27/12
**maybe [1]** 25/5
**Mayberg [3]** 6/13 7/7 8/20
**me [11]** 8/22 9/12 9/15 14/5 20/11 20/17 20/24 23/3 23/3 25/5 25/18
**meal [1]** 20/7
**meals [10]** 9/18 9/21 9/23 10/1 10/7 10/11 10/12 10/18 15/17 25/19
**mean [6]** 8/23 9/13 10/11 10/13 13/18 20/20
**means [3]** 6/9 6/10 11/1
**meant [1]** 26/3
**medical [2]** 8/17 22/18
**Medtronic [1]** 19/16
**meet [2]** 9/4 9/20
**Menocal [5]** 3/25 4/13 12/19 18/1 21/17
**might [1]** 21/1
**mind [1]** 8/3 15/9 25/6
**minimum [20]** 4/6 5/10 7/18 7/19 8/5 9/5 12/5 13/8 17/14 17/20 18/21 19/4 19/4 19/9 21/5 21/11 21/12 21/14 22/3 25/2
**minimum-wage [1]** 9/5
**misimpression [1]** 23/10
**missed [1]** 21/10
**misses [1]** 5/11
**misunderstanding [1]** 18/13
**mitigated [1]** 6/6
**Monday [2]** 1/16 3/1
**money [1]** 16/22
**more [5]** 8/22 20/15 25/8 25/10 26/11
**morning [4]** 3/7 3/9 3/10 3/12
**most [3]** 6/11 12/21 18/11
**motion [2]** 11/22 11/23
**MR [5]** 4/23 6/9 13/21 17/17 18/20
**Mr. [8]** 3/8 12/22 12/22 13/4 13/7 14/4 14/9 18/4
**Mr. Novoa [8]** 3/8 12/22 12/22 13/4 13/7 14/4 14/9 18/4
**much [2]** 12/4 23/15
**multiple [1]** 12/24
**must [1]** 14/21
**my [6]** 16/18 18/12 23/8 25/6 25/7 26/14

## N

**name [1]** 3/6
**Nashville [1]** 2/4
**nation's [1]** 21/20
**national [2]** 6/19 16/18
**Nationality [1]** 16/5
**nature [1]** 17/2
**near [1]** 19/11
**necessarily [1]** 22/7
**need [4]** 3/17 22/22 23/10 24/21
**needs [1]** 9/4
**neither [2]** 9/7 9/8
**never [3]** 12/5 13/20 13/21
**Newman [1]** 18/13

**newspapers [1]** 6/20
**Newton [1]** 16/22
**ninety-two [1]** 16/22
**Ninth [5]** 6/12 7/14 8/1 8/18 26/11
**Ninth Circuit [4]** 7/14 8/1 8/18 26/11
**no [17]** 1/8 1/22 3/19 6/1 8/6 14/14 16/5 16/11 16/16 17/15 17/15 22/4 25/1 25/10 25/10 25/16 27/15
**nobody [1]** 22/12
**non [2]** 6/3 7/3
**non-penal [1]** 7/3
**none [1]** 7/22
**NORTON [1]** 2/7
**nose [1]** 23/19
**not [64]**
**noted [1]** 19/6
**nothing [1]** 11/18
**noticed [1]** 19/13
**novel [1]** 3/14
**NOVOA [13]** 1/6 3/5 3/8 12/22 12/22 13/4 13/7 13/21 14/4 14/9 18/4 18/20 21/25
**now [4]** 7/17 11/7 20/14 22/22
**nowhere [3]** 11/4 14/8 19/11
**number [3]** 3/5 11/2 16/21

## O

**o0o [1]** 3/3
**obligation [1]** 15/17
**obviously [1]** 9/1
**occupied [1]** 19/18
**offer [1]** 19/24
**offered [7]** 6/25 7/4 9/2 10/22 20/12 26/1 26/8
**offering [1]** 16/19
**officers [1]** 23/17
**offices [2]** 2/3 23/16
**Okay [1]** 14/7
**one [9]** 8/25 14/14 15/16 17/8 19/15 21/10 23/6 24/14 25/25
**only [2]** 6/3 18/14
**oOo [1]** 26/23
**opening [1]** 11/22
**operate [1]** 23/12
**operates [1]** 11/7
**opinion [6]** 11/22 11/23 15/23 16/10 16/15 23/7
**opinions [1]** 21/3
**opportunities [1]** 16/21
**opposed [3]** 4/21 5/12 8/4
**order [40]**
**order which [1]** 20/18
**orders [1]** 25/20
**other [8]** 7/2 13/21 14/6 17/4 18/7 20/14 22/4 24/11
**otherwise [2]** 21/16 22/20
**our [11]** 8/8 10/4 11/22 12/21 12/23 12/25 14/10 14/15 17/24 23/12 24/25
**out [3]** 6/18 12/2 24/11
**outcome [1]** 16/20
**outside [1]** 24/17
**over [3]** 12/17 12/18 17/1
**overcome [1]** 19/18
**own [3]** 5/17 12/3 24/8

## P

**P.O [1]** 2/4

**page [1]** 19/16
**pages [1]** 25/10
**paid [4]** 12/4 12/6 23/16 25/4
**panoply [1]** 5/15
**papers [1]** 3/16
**part [3]** 10/17 16/17 25/19
**participate [1]** 12/15
**particular [2]** 8/17 26/11
**particularly [2]** 6/11 26/12
**parts [1]** 22/15
**pass [1]** 11/12
**past [2]** 17/8 23/20
**pay [3]** 5/17 21/25 24/3
**paying [2]** 21/14 23/25
**penal [2]** 5/22 7/3
**penalties [2]** 13/11 13/17
**people [16]** 4/20 7/20 8/16 9/1 15/5 15/6 15/21 18/18 21/11 21/19 22/11 22/15 22/16 22/18 22/25 24/7
**per [2]** 13/2 24/24
**percent [2]** 21/20 21/21
**perform [2]** 9/23 15/2
**performance [2]** 6/19 16/18
**performance-based [2]** 6/19 16/18
**performed [3]** 6/10 16/1 22/21
**performing [3]** 7/10 17/17 17/18
**performs [2]** 16/8 16/23
**perhaps [6]** 6/16 6/17 18/11 26/6
**permanent [1]** 13/5
**person [2]** 7/8 22/4
**personal [1]** 17/23
**persons [6]** 4/22 7/4 13/14 13/14 19/23 26/8
**persuasive [1]** 12/18
**pertain [3]** 3/25 14/16 15/9
**pertaining [1]** 4/14
**pertains [3]** 3/20 8/23 11/25
**place [3]** 11/17 13/16 17/7
**plaintiff [3]** 1/7 2/3 13/11
**plaintiffs [1]** 26/14
**plan [1]** 21/23
**plates [1]** 7/11
**please [1]** 3/6
**Pliva [1]** 19/12
**point [12]** 7/7 13/25 14/20 14/23 19/15 21/9 21/18 24/21 25/8 26/14 26/17
**pointed [1]** 5/8
**points [1]** 15/25
**policies [4]** 14/24 15/7 18/1 24/12
**policies all [1]** 24/12
**policy [2]** 14/25 15/4
**population [1]** 21/20
**position [5]** 15/5 16/12 16/16 16/25 23/22
**possibly [1]** 19/8
**precedent [3]** 7/14 8/16 8/19
**precedents [1]** 12/17
**Precisely [2]** 4/23 18/25
**predator [3]** 7/6 8/1 8/12
**predecessor [1]** 24/9
**preempted [1]** 26/15
**preemption [10]** 14/2 14/23 15/12 19/1 19/10 19/11 19/14 19/17 19/21 26/15
**presents [2]** 3/14 14/1
**PRESIDING [1]** 1/4

## P

presumption [2] 19/14 19/17
pretend [1] 14/2
pretrial [1] 5/13
pretty [3] 3/24 6/24 11/4
primary [1] 26/14
prison [1] 4/14
prisoners [2] 5/7 8/23
private [5] 3/21 6/12 11/25 12/1 19/24
probably [1] 11/9
proceedings [4] 1/14 6/4 26/21 27/8
process [1] 5/21
profit [2] 21/18 21/22 23/23 24/1
program [10] 8/18 14/15 14/17 14/18
  15/10 16/20 17/10 17/25 18/6 24/11
prohibits [1] 12/11
protecting [2] 22/7 22/8
protection [2] 8/13 17/13
protections [4] 5/20 5/20 13/15 13/18
provide [7] 10/8 10/9 10/12 10/18
  15/17 25/18 25/19
provided [1] 20/7
provides [4] 9/18 9/21 9/23 25/21
providing [3] 9/25 10/6 10/11
provision [1] 15/21
provisions [2] 14/24 19/3
public [13] 7/1 7/4 9/3 9/16 9/16 10/22
  10/25 11/15 19/25 20/12 25/22 26/1
  26/8
punished [1] 14/13
punishment [1] 5/3
purpose [4] 5/1 5/2 21/5 21/6
purposes [3] 4/6 17/20 21/10
pursuant [2] 4/21 27/5
put [3] 5/11 12/25 23/7

## Q

qualified [1] 8/21
question [5] 7/17 7/18 12/7 15/16
  15/25
questions [3] 3/14 3/15 12/8
quick [1] 21/1
quote [1] 16/21

## R

raised [1] 19/1
raises [3] 12/9 14/23 15/11
rare [1] 13/4
rates [1] 22/1
rationale [1] 16/8
RAUL [3] 1/6 3/5 21/25
reach [2] 11/9 11/13
read [3] 3/16 9/14 20/5 20/6 25/17
readily [1] 22/23
reading [1] 9/13
realize [1] 23/21
really [7] 3/13 8/7 8/19 11/16 11/24
  23/19 26/16
reason [6] 5/10 6/3 8/17 16/6 18/25
  25/1
reasons [4] 4/25 23/6 24/12 24/20
record [1] 3/6
recover [1] 18/20
referred [1] 12/25
refuses [1] 15/1
regimes [1] 6/2
regulation [2] 16/6 21/6

regulations [1] 27/9
relationship [1] 11/9
relied [1] 4/13
relying [1] 8/19
remote [1] 8/15
removal [3] 6/3 13/1 13/6
reply [1] 19/13
reported [1] 27/7
Reporter [1] 27/15
REPORTER'S [1] 1/14
require [1] 21/6
required [1] 17/23
requirement [1] 15/22
requirements [3] 9/3 10/15 10/17
requires [1] 24/8
resident [1] 13/5
respect [3] 13/7 15/23 18/10
respectfully [2] 10/23 22/14
respond [2] 7/25 15/13
responses [1] 21/1
responsibility [1] 10/2
responsible [2] 9/25 10/6
result [1] 5/20
retroactively [1] 13/9
revoked [1] 13/6
right [12] 5/16 5/18 5/18 7/6 9/3 9/20
  11/17 15/6 23/19 24/3 25/23 26/9
rights [3] 5/15 5/19 5/23
rise [1] 17/9
risk [1] 6/6
Riverside [2] 1/15 3/1
ROSE [1] 2/7
rules [2] 23/12 23/15
run [1] 23/11
running [2] 3/21 23/24

## S

said [15] 5/9 7/13 12/3 12/5 12/17 14/5
  14/6 15/8 16/23 17/22 18/13 19/2
  19/13 24/22 24/22
same [2] 5/14 23/12
San [1] 22/1
sanctioned [2] 13/15 19/7
sanctions [2] 13/23 16/2
sanitation [1] 18/1
sat [1] 20/21
saw [1] 3/23
say [6] 9/3 10/20 14/22 15/24 16/19
  24/23
saying [4] 5/22 6/1 6/2 22/19
says [4] 9/15 14/17 15/19 19/16
says that [1] 9/15
schools [1] 11/3
scope [2] 7/20 26/12
se [1] 13/2
second [4] 12/7 16/17 18/14 21/9
Section [1] 27/5
see [1] 10/25
seek [1] 8/13
seeking [1] 12/16
seems [3] 20/18 20/23 25/17
sense [1] 21/8
sentence [1] 5/13
sequentially [1] 15/15
serve [3] 22/16 22/17 22/17
served [2] 18/4 18/6
servers [1] 5/13

service [4] 15/20 16/1 16/2 22/17
services [13] 6/23 20/9 20/9 20/21
  19/25 20/11 25/18 25/21 26/1 26/7
set [3] 10/4 15/17 24/11
sets [2] 10/15 23/15
setting [1] 20/20
seven [2] 18/4 25/10
sexual [1] 7/25
sexually [2] 7/6 8/12
Sheriff's [1] 12/23
should [12] 4/24 5/9 5/24 8/6 12/5
  12/6 17/4 20/5 20/8 25/3 25/4 25/20
show [3] 6/4 14/7 17/19
side [2] 23/9 23/9
siding [1] 26/14
sifting [1] 21/5
similar [2] 26/4 26/6
simply [2] 15/5 15/5
since [1] 14/3
single [3] 14/8 23/9 25/3
sit [1] 24/19
situation [3] 10/13 11/13 11/16
situations [1] 26/4
so [34]
society [1] 6/5
some [7] 3/14 11/7 15/11 20/17 23/18
  24/21 26/3
somebody [4] 8/4 9/4 13/13 24/2
somehow [1] 24/17
something [1] 15/2
sort [2] 11/24 20/3
speak [1] 4/8
specific [7] 7/21 12/7 12/8 18/8 19/22
  20/10 21/7
specifically [3] 15/19 20/3 25/9
speedy [1] 5/19
Stack [1] 6/20
staffing [1] 21/23
stand [1] 4/8
Standard [1] 6/19
standards [1] 16/18
started [1] 19/21
state [10] 3/6 3/24 5/6 9/11 11/11 12/5
  15/20 21/5 25/2 25/3
STATES [1] 1/1 11/10 27/6 27/10
status [2] 13/5 13/5
statute [3] 6/4 15/18 15/18
statutes [2] 18/14 18/17
statutory [2] 5/15 15/22
stenographically [1] 27/7
step [1] 15/11
sticking [1] 25/8
still [2] 24/25 25/7
stop [1] 9/12
Street [2] 1/23 2/8
strong [1] 6/24
strongest [1] 20/1
structured [1] 8/18
struggling [1] 25/7
stuck [4] 3/17 19/21 20/13 20/25
subject [2] 8/2 16/2
substandard [2] 21/13 21/14
such [1] 5/3
sued [1] 10/10
suffering [1] 21/12
suggest [1] 11/17
suing [1] 10/14

**S**

Suite [2]  1/23 2/8
supervises [1]  23/16
supplemental [3]  3/20 20/16 25/9
supply [1]  22/23
suppressed [1]  23/1
Supreme [2]  19/12 19/16
sure [3]  4/12 15/15 22/6
sweeping [1]  7/19
system [1]  4/15
systematic [1]  23/18

**T**

take [3]  12/22 20/18 24/14
taken [1]  15/11 16/12
taking [1]  22/2
talk [1]  8/22
talked [1]  18/8
talking [5]  5/13 12/8 17/8 22/7 22/8
tasks [7]  6/18 6/20 7/10 18/8 23/24
23/25 24/1
tax [1]  18/14
teaches [1]  6/13
tell [3]  20/17 21/24 25/5
tells [3]  15/4 20/11 20/24
ten [1]  18/4
tend [1]  19/20
than [1]  14/19 23/23 25/10 25/11 26/2
Thank [5]  23/5 25/12 26/18 26/19
26/20
that [166]
that's [19]  4/7 8/15 15/22 18/5 18/7
19/10 19/10 19/11 19/15 19/15 20/13
20/15 20/20 20/25 21/15 23/19 24/3
24/19 26/13
theft [1]  23/18
their [12]  5/17 6/10 15/1 15/22 15/22
19/15 20/1 21/23 23/16 23/21 23/22
24/3
them [8]  5/17 6/12 12/22 13/16 13/20
19/7 24/2 24/3
themselves [1]  22/4
then [6]  5/24 13/14 14/3 15/19 18/22
26/10
there [20]  4/25 5/20 7/20 8/3 8/6 9/12
12/24 14/8 14/11 14/18 20/10 20/24
22/18 22/25 23/10 23/11 23/16 23/17
24/16 24/20
there's [14]  4/20 5/4 8/25 9/1 11/18
13/17 14/7 15/10 15/24 20/7 23/9
23/18 24/16 25/1
therefore [1]  20/8
Thereupon [1]  26/21
these [5]  6/2 6/19 9/7 18/2 18/22
they [29]
they're [12]  6/1 6/5 6/6 6/7 7/5 8/19
8/24 12/12 17/17 17/18 22/1 22/2
they've [3]  8/25 18/17 22/25
thing [1]  19/5
things [4]  6/21 10/24 18/2 23/16
think [22]  4/10 4/16 4/20 7/2 8/15 8/17
9/22 10/23 10/24 12/20 15/8 15/11
17/7 17/7 19/4 20/1 20/21 21/4 23/18
24/3 26/15 26/16
Thirteenth [1]  5/4
this [55]
those [13]  3/25 4/5 5/21 7/10 9/3

10/21 13/14 14/13 14/20 18/2 23/25
24/16 24/20
though [4]  7/10 13/4 14/22 16/17
three [1]  21/1
through [6]  11/1 12/4 19/19 19/19
20/6 21/5
through 1555 [1]  19/19
time [3]  17/1 24/10 24/10
Title [1]  27/6
TN [1]  2/4
today [2]  11/18 25/11
too [3]  4/16 15/1 25/13
tour [1]  24/14
track [1]  15/14
Trafficking [1]  17/12
transcript [4]  1/14 25/13 27/7 27/9
treat [1]  14/21
treated [2]  22/23 22/25
trial [2]  5/18 5/19
trip [1]  17/7
trouble [1]  25/15
true [2]  14/21 27/6
try [3]  11/15 11/18 15/14
trying [3]  11/12 11/12 13/22
turns [1]  19/5
TVPA [1]  17/11
two [3]  6/2 14/13 16/22
type [2]  25/24 26/7
types [1]  20/3

**U**

U.S [2]  1/22 27/15
U.S.C [1]  15/18
unauthorized [1]  12/11
under [23]  4/4 5/21 8/4 8/9 9/10 9/16
10/4 10/15 10/25 10/25 13/1 13/15
14/25 17/12 17/18 18/6 18/21 19/9
23/12 23/13 23/19 23/25 24/25
undercutting [2]  21/15 22/1
understand [3]  13/25 14/18 25/22
understanding [2]  12/2 24/25
undocumented [2]  13/13 13/24
unemployment [1]  13/2
UNITED [4]  1/1 11/10 27/6 27/10
United States [1]  11/10
unless [1]  7/20
unlike [1]  24/6
unstick [1]  21/2
until [1]  22/22
up [9]  6/22 17/7 18/7 22/15 22/16
22/18 22/22 23/10 25/6
upon [1]  18/3
us [4]  10/14 10/16 14/7 15/4
use [2]  11/15 13/22
used [1]  22/24
using [1]  11/25

**V**

variety [1]  18/18
verification [1]  19/3
versus [6]  3/5 3/25 7/7 19/16 21/3
21/4
very [1]  8/15
Victim [1]  17/12
violate [1]  12/10
violent [1]  8/12
voluntary [8]  14/15 14/17 14/18 15/9

16/20 17/10 17/19 24/11

**W**

wage [54]
wage-seeking [1]  12/16
wages [2]  21/14 22/8
walking [1]  23/17
wall [1]  6/21
want [7]  4/10 8/22 14/5 15/24 24/14
25/8 26/3
wanted [1]  11/8
was [25]  4/13 4/16 8/11 8/18 8/20 8/21
11/23 12/12 12/17 12/18 12/23 12/24
12/25 13/5 14/12 15/25 16/3 16/12
16/14 16/15 16/15 16/19 18/5 18/20
20/16
Washington [2]  2/9 21/3
watch [1]  24/19
way [2]  9/6 14/4
ways [1]  18/18
we [40]
we're [6]  9/22 10/24 14/2 15/15 22/7
22/8
We've [1]  24/10
week [2]  18/5 25/11
well [3]  8/22 11/10 16/22
were [5]  4/5 12/9 18/24 19/9 24/1
West [1]  1/23
WESTERN [1]  1/3
what [22]  7/13 8/7 8/24 10/14 10/15
10/2 12/12 12/17 13/7 14/1 15/4 17/23
18/16 19/21 19/21 20/16 20/21 24/21
24/23 25/7 25/16 26/2
what's [3]  16/7 16/7 22/10
when [8]  4/8 5/11 6/15 12/3 12/25
20/21 21/23 21/23
where [8]  3/16 3/17 7/4 17/7 18/11
20/13 20/25 26/4
whether [9]  3/18 8/7 9/9 12/9 12/10
17/9 17/18 19/22 25/4
which [25]  3/14 3/24 4/3 4/13 6/13
6/24 7/2 7/3 7/22 8/11 9/1 9/18 11/24
13/11 14/17 17/25 19/22 20/3 20/11
20/18 20/24 25/2 25/19 26/4 26/7
while [2]  16/22 24/18
who [18]  4/20 4/22 7/8 8/12 8/16
10/14 11/5 13/15 15/21 18/18 19/23
21/11 21/14 22/11 22/15 22/16 22/20
24/7
who's [3]  19/6 19/7 21/7
whole [1]  19/5
why [7]  4/24 6/7 9/12 17/16 21/5 23/6
25/2
will [3]  12/4 23/15 23/25
wish [1]  25/7
within [3]  7/12 16/3 17/22
without [1]  15/6
wonderful [1]  21/16
word [2]  23/4 25/3
words [2]  20/6 20/23
work [36]
work-authorized [2]  18/19 18/20
workers [1]  22/17
working [4]  7/11 7/15 21/13 24/8
works [1]  24/19
would [15]  8/9 10/10 10/14 11/13
11/16 11/17 12/10 14/6 14/12 14/22

## W

**would... [5]**  18/23 22/4 22/20 24/2
 24/17
**wrong [2]**  10/24 24/5
**wrongly [1]**  4/16
**wrote [1]**  20/22
**www.lisamariecsr.com [1]**  1/24

## Y

**year [1]**  21/21
**years [2]**  23/8 24/24
**yes [3]**  4/2 10/8 10/19
**yet [1]**  20/24
**you [54]**
**you're [8]**  5/22 9/20 10/6 11/9 11/19
 13/22 13/25 22/19
**you've [1]**  24/13
**your [34]**
**Your Honor [10]**  3/10 4/12 8/7 9/6
 10/14 10/23 11/17 15/14 19/6 23/6