# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Civil No.  5:17-cv-02514-JGB-SHKx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE GEO GROUP, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES**<br><br>Date: August 20, 2018<br>Time: 9:00 am.<br>Courtroom: 1<br>Judge: The Honorable Jesus G. Bernal<br><br>*[Filed concurrently with Notice of Motion to Dismiss FAC; Memorandum of Points and Authorities; and Declaration of Lesley Holmes]*<br><br>FAC Filed: July 6, 2018 |

DOCUMENT PREPARED
ON RECYCLED PAPER

73185257.1

5:17-cv-02514-JGB-SHKx

# [PROPOSED] ORDER

Having considered Defendant The GEO Group, Inc.'s ("GEO") Motion to Dismiss Plaintiff's First Amended Complaint ("Motion"), Plaintiff's Opposition, and GEO's Reply thereto, the arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED:

1. The Motion is granted without leave to amend.

**IT IS SO ORDERED.**

Dated: _____, 2018

_____
HON. JESUS G. BERNAL
U.S. DISTRICT COURT JUDGE