Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

Counsel for Plaintiff
**Additional Counsel on Signature Page.**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| **RAUL NOVOA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant.* | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Date: August 20, 2018<br>Time: 9:00 am<br>Courtroom: 1<br>Judge: The Honorable Jesus G. Bernal |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

As supplemental authority in support of his Opposition to GEO's Second Motion to Dismiss, Plaintiff respectfully submits the attached opinion issued on August 6, 2018 in *Nwauzor et al. v. The GEO Group, Inc.*, 3:17-cv-05769-RJB (W.D. Wash.). *Nwauzor*,

formerly captioned *Chen v. The GEO Group, Inc.*, is a challenge to GEO's failure to pay the Washington minimum wage to civil immigration detainees at its facility in Tacoma.[1]

In its opinion, the U.S. District Court for the Western District of Washington denied GEO's motion to dismiss on grounds of derivative sovereign immunity under *Yearsley v. W.A. Ross Constr. Co.*, 309 U.S. 18 (1940). The *Nwauzor* Court concluded that:

> Applied here, as to the first Yearsley prong, a relevant inquiry for immunity to attach is whether the government must have authorized only a $1 per day wage rate for detainees participating in the Volunteer Worker Program (VWP) at the Northwest Detention Center (NWDC), or if, in addition, whether the government must have also authorized an exception to the requirement that GEO must abide by the "most stringent" of "applicable federal, state and local labor laws"; and if so, whether that authority was validly conferred. Also relevant is whether the government did, in fact, authorize the $1 per day wage rate.
>
> Resolving these issues, at least at this stage, appears to be intertwined with the merits of the case. The record on these issues may not yet be fully developed. The Court should refrain from reaching their merits at present.

*Id.* at 2.

The court also rejected GEO's request for "fresh consideration" of arguments the court had already considered and decided in prior orders. *Id.* at 3 (denying GEO's motion to dismiss based on preemption, the applicability of the Washington Minimum Wage Act, and failure to join ICE and DHS).

---

[1] **Exhibit A**: Order on Defendant The GEO Group, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint, *Nwauzor v. The GEO Group, Inc.*, 3:17-cv-05769-RJB (W.D. Wash. Aug. 6, 2018). *See also* **Exhibit B**: Transcript of the Oral Argument, *Nwauzor v. The GEO Group, Inc.*, 3:17-cv-05769-RJB (W.D. Wash. Aug. 2, 2018).

| | | |
|---|---|---|
| Dated: | August 7, 2018 | */s/ Korey Nelson* |

Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
LA Bar # 30002
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
LA Bar # 37926
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

R. Andrew Free (admitted *pro hac vice*)
andrew@immigrantcivilrights.com
TN Bar # 030513
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959

Robert Ahdoot (CA Bar # 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Vanessa Shakib (CA Bar # 287339)
vshakib@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone:  (310) 474-9111
Fax:  (310) 474-8585

Nicole Ramos (admitted *pro hac vice*)
nicole@alotrolado.org
NY Bar # 4660445
**AL OTRO LADO**
511 E. San Ysidro Blvd., # 333

San Ysidro, CA 92173
Telephone: (619) 786-4866

Will Thompson (CA Bar # 289012)
wthompson@burnscharest.com
Warren Burns (admitted *pro hac vice*)
wburns@burnscharest.com
TX Bar # 24053119
Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

***Attorneys for Plaintiffs.***

**CERTIFICATE OF SERVICE**

On August 7, 2018, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

*/s/ Korey Nelson*
Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765