LESLEY HOLMES (BAR NO. 271903)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:    (213) 892-9494
lesley.swanson.holmes@nortonrosefulbright.com

MARK EMERY (*PRO HAC VICE*)
**NORTON ROSE FULBRIGHT US LLP**
799 9th Street NW Suite 100
Washington, D.C. 20001-4501
Telephone: (202) 662-0200
Facsimile: (202) 662-4643
mark.emery@nortonrosefulbright.com

CHARLES A. DEACON (*PRO HAC VICE*)
**NORTON ROSE FULBRIGHT US LLP**
300 Convent Street Suite 2100
San Antonio, TX 78205-3792
Telephone:  (210) 270-7133
Facsimile:  (210) 270-7205
charlie.deacon@nortonrosefulbright.com

ATTORNEYS FOR DEFENDANT
THE GEO GROUP, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No.  5:17-cv-02514-JGB-SHKx<br><br>**DEFENDANT THE GEO GROUP, INC.'S ANSWER TO PLAINTIFF'S REPLY COUNTERCLAIM FOR RETALIATION**<br><br>Amended Complaint Filed: 7/6/18<br>Reply Counterclaim Filed:  7/24/18 |

1 | THE GEO GROUP, INC.,

2 |         Counter-Claimant,

3 | v.

4 |

5 | RAUL NOVOA, individually and on behalf of all others similarly situated,

6 |

7 |         Counter-Defendant.

8 |

9 |     Defendant The GEO Group, Inc. ("GEO") answers the Reply Counterclaim

for retaliation ("Reply Counterclaim"; Dkt. #50) of Plaintiff Raul Novoa,

10 | individually and on behalf of all others similarly situated ("Plaintiff"), and states its

11 | affirmative defenses, as follows:

12 |

13 |                              **JURISDICTION**

14 |     1.    GEO denies that the Court has subject matter jurisdiction over this

15 | suit.

16 |     2.    Plaintiff alleges that the Court has jurisdiction over this case based on

17 | his allegations and GEO's citizenship.  GEO has no basis to affirm or deny the

18 | factual averments regarding jurisdiction under the Class Action Fairness Act, 28

19 | U.S.C. § 1332(d), and therefore denies them.  GEO further denies that the Court has

20 | subject matter jurisdiction over this suit.

21 |     3.    GEO admits that to the extent the Court has jurisdiction, venue is

22 | proper in this District.  GEO denies the remaining allegations set forth in Paragraph

23 | 3 of the Reply Counterclaim.

24 |     4.    GEO admits that it conducts business in Adelanto, San Bernardino

25 | County, California.  GEO denies the remaining allegations set forth in Paragraph 4

26 | of the Reply Counterclaim.

27 |     5.    Paragraph 5 of the Reply Counterclaim refers to Plaintiff's request for

28 | the Court to exercise supplemental jurisdiction over his state law claims.  GEO is

without knowledge or information sufficient to form a belief as to Plaintiff's requests.  GEO denies that the Court has supplemental jurisdiction over this suit.

**PARTIES**

6.     GEO admits that ICE detained Plaintiff at the Adelanto Facility for a period of time and that he received $1 per day as an allowance for participating in the Voluntary Work Program.  GEO is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth as Paragraph 6 of the Reply Counterclaim and accordingly denies the truth of the allegations.

7.     GEO admits it is a for-profit Florida corporation providing correctional, detention, and community reentry services.  GEO's principal office is located at 621 NW 53rd Street, Suite 700, Boca Raton, Florida, 33487.

**COUNT VI**

**Retaliation**

8.     GEO denies the allegations set forth in Paragraph 8 of the Reply Counterclaim.  Plaintiff has failed to state a claim for retaliation because Plaintiff was never an employee of GEO and GEO was never his employer.

9.     GEO admits that ICE detained Plaintiff at the Adelanto Facility for a period of time.   GEO is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth as Paragraph 9 of the Reply Counterclaim and accordingly denies the truth of the allegations.

10.    Paragraph 10 of the Reply Counterclaim states Plaintiff's understanding of the nature of the action rather than alleging any facts for GEO to admit or deny.  To the extent any facts are alleged, GEO denies the allegations in Paragraph 10 of the Reply Counterclaim.

11.    GEO admits the allegations set forth in Paragraph 11 of the Reply Counterclaim.

12.    GEO denies the allegations set forth in Paragraph 12 of the Reply Counterclaim.

DOCUMENT PREPARED ON RECYCLED PAPER

GEO GROUP, INC.'S ANSWER TO PLAINTIFF'S REPLY COUNTERCLAIM

13.     GEO denies the allegations set forth in Paragraph 13 of the Reply Counterclaim.  Plaintiff has failed to state a claim for retaliation because Plaintiff was never an employee of GEO and GEO was never his employer.

14.     GEO admits that its counterclaims are brought against the entire putative class or classes certified by the Court.  GEO denies the truth of the remaining allegations set forth in Paragraph 14 of the Reply Counterclaim.

15.     Paragraph 15 of the Reply Counterclaim states Plaintiff's characterization of the nature of the action rather than alleging any facts for GEO admit or deny.  To the extent any facts are alleged, GEO denies the allegations in Paragraph 15 of the Reply Counterclaim.

16.     GEO admits that it asserted in its Petition for Permission to Appeal Class Certification in *Menocal et al. v. The GEO Group, Inc.*, No. 14-02887 (10th Cir. Mar. 13, 2017) that the district court's certification of a class comprising all people detained at the Facility over the past ten years poses a potentially catastrophic risk to GEO's ability to honor its contracts with the federal government, particularly given its role as a federal contractor.  GEO denies the truth of the remaining allegations set forth in Paragraph 16 of the Reply Counterclaim.

17.     GEO denies the allegations set forth in Paragraph 17 of the Reply Counterclaim.  Plaintiff has failed to state a claim for retaliation because Plaintiff was never an employee of GEO and GEO was never his employer.

18.     GEO denies the allegations set forth in Paragraph 18 of the Reply Counterclaim.

19.     GEO denies the allegations set forth in Paragraph 19 of the Reply Counterclaim.

20.     GEO denies the allegations set forth in Paragraph 20 of the Reply Counterclaim.

21.     GEO denies the allegations set forth in Paragraph 21 of the Reply Counterclaim.

Document Prepared
on Recycled Paper

GEO GROUP, INC.'S ANSWER TO PLAINTIFF'S REPLY COUNTERCLAIM

22. GEO denies the allegations set forth in Paragraph 22 of the Reply Counterclaim. Plaintiff has failed to state a claim for retaliation because Plaintiff was never an employee of GEO and GEO was never his employer.

23. GEO denies the allegations set forth in Paragraph 23 of the Reply Counterclaim. Plaintiff has failed to state a claim for retaliation because Plaintiff was never an employee of GEO and GEO was never his employer.

24. Paragraph 24 of the Reply Counterclaim contains Plaintiff's characterization of the nature of the action rather than averring any facts for GEO to admit or deny and calls for a legal conclusion to which no response is necessary. To the extent this paragraph alleges any facts or a response is necessary, GEO denies the allegations in Paragraph 24 of the Reply Counterclaim.

25. GEO denies the allegations set forth in Paragraph 25 of the Reply Counterclaim. Plaintiff has failed to state a claim for retaliation because Plaintiff was never an employee of GEO and GEO was never his employer.

## **PRAYER FOR RELIEF**

WHEREFORE, GEO respectfully requests:

1. That Plaintiff take nothing by the Reply Counterclaim;

2. A dismissal of the Reply Counterclaim with prejudice and an award of GEO's reasonable attorneys' fees to the extent permitted by law;

3. Judgment in favor of GEO and against Plaintiff;

4. Costs of suit herein; and

5. Such other and further relief, legal and equitable, that the Court may deem proper.

In answering the Prayer for Relief, GEO denies that Plaintiff and the Class Members are entitled to any of the relief they seek. GEO denies that this matter is suitable for class certification. GEO affirmatively alleges that Plaintiff lacks standing to assert claims on behalf of other individuals, that Plaintiff lacks standing to seek declaratory and/or injunctive relief, and that Plaintiff is not a proper class

1    representative.

2    **AFFIRMATIVE DEFENSES**

3    **FIRST AFFIRMATIVE DEFENSE**

4    Plaintiff's Reply Counterclaim fails to allege facts sufficient to constitute a

5    cause of action against GEO.

6    **SECOND AFFIRMATIVE DEFENSE**

7    GEO has immunity from this lawsuit.

8    **THIRD AFFIRMATIVE DEFENSE**

9    Plaintiff seeks relief barred by the statute of limitations.

10    **FOURTH AFFIRMATIVE DEFENSE**

11    Plaintiff's claim is pre-empted by federal law.

12    **FIFTH AFFIRMATIVE DEFENSE**

13    Plaintiff has failed to join parties that should be joined under Federal Rule of

14    Civil Procedure 19.

15    **SIXTH AFFIRMATIVE DEFENSE**

16    Plaintiff's alleged injuries and damages, if any, were caused by the acts of a

17    third party who has not been named a party to this action and over whom GEO had

18    no control.

19    **SEVENTH AFFIRMATIVE DEFENSE**

20    Plaintiff's requested relief violates the law, and is otherwise impossible to

21    attain in conformance with the law.

22    **EIGHTH AFFIRMATIVE DEFENSE**

23    Plaintiff lacks standing to brings the claims asserted in the Reply

24    Counterclaim.

25    **NINTH AFFIRMATIVE DEFENSE**

26    Plaintiff's claim is not ripe.

27    **TENTH AFFIRMATIVE DEFENSE**

28    Plaintiff's claim is not justiciable.

DOCUMENT PREPARED
ON RECYCLED PAPER

GEO GROUP, INC.'S ANSWER TO PLAINTIFF'S REPLY COUNTERCLAIM

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff has unclean hands.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiff has unreasonably delayed his request for relief, to GEO's prejudice, such that his claims are barred by the defense of laches.

### THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff is barred from seeking equitable relief to the extent an adequate remedy exists at law.

### FOURTEENTH AFFIRMATIVE DEFENSE

GEO is entitled to an offset from any award to Plaintiff and/or putative class members of payment for unpaid minimum wages, for payment for work not performed in an reasonable manner and/or work performed outside of GEO's control and/or direction, and for costs incurred in caring for the Plaintiff and other detainees who participated in the Voluntary Work Program and for the costs of operating the Voluntary Work Program.

### FIFTEENTH AFFIRMATIVE DEFENSE

GEO reserves the right to amend its Answer to Plaintiff's Reply Counterclaim to assert additional defenses, withdraw defenses, and/or add counterclaims as may become necessary after reasonable opportunity, or discovery has occurred, up through and including trial in this matter.


Dated: August 14, 2018          LESLEY HOLMES
         MARK EMERY
         CHARLES A. DEACON
         **NORTON ROSE FULBRIGHT US LLP**


         By */s/ Lesley Holmes*
         LESLEY HOLMES
         Attorneys for The GEO Group, Inc.

DOCUMENT PREPARED ON RECYCLED PAPER

GEO GROUP, INC.'S ANSWER TO PLAINTIFF'S REPLY COUNTERCLAIM