Name and address:
Robert J. Herrington (SBN 234417)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
TEL: 310-586-7800; FAX: 310-586-7800

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Raul Novoa

Plaintiff(s)

v.

The GEO Group, Inc.

Defendant(s).

CASE NUMBER
5:17-cv-02514-JGB-SHK

ORDER ON APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Schipma, Scott A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-331-3141              202-261-0195
*Telephone Number*        *Fax Number*

schipmas@gtlaw.com
*E-Mail Address*

of GREENBERG TRAURIG, LLP
2101 L Street N.W., Suite 1000
Washington, D.C. 20037

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
The GEO Group, Inc.

*Name(s) of Party(ies) Represented*     ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Herrington, Robert J.
*Designee's Name (Last Name, First Name & Middle Initial)*

234417            310-586-7700       310-586-7800
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

herringtonr@gtlaw.com
*E-Mail Address*

of GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application:
      ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
      ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
      ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated September 4, 2018

U.S. District Judge

G–64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1


American LegalNet, Inc.
www.FormsWorkFlow.com