**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

**HONORABLE JESUS G. BERNAL, U.S. DISTRICT JUDGE**

```
RAUL NOVOA, individually and on  )
behalf of all others similarly   )
situated,                        )
              Plaintiff,         )
                                 )
       vs.                       ) CASE NO. 17-2514-JGB(SHKx)
                                 )
THE GEO GROUP, INC.,             )
                                 )
              Defendant.         )
_____)
```

**REPORTER'S TRANSCRIPT OF ORAL PROCEEDINGS**
RIVERSIDE, CALIFORNIA
MONDAY, AUGUST 27, 2018
11:00 a.m.

---

**ADELE FRAZIER, CSR 9690, CRR, RMR**
Federal Official Court Reporter
United States District Court
3470 Twelfth Street
Riverside, California 92501
adelefraziercsr@gmail.com

```
 1   APPEARANCES OF COUNSEL:

 2


 3   For the Plaintiff:

 4           BURNS CHAREST
             BY:  KOREY A. NELSON
 5                LYDIA A. WRIGHT
             365 Canal Street, Suite 1170
 6           New Orleans, Louisiana 70130
                  and
 7           LAW OFFICE OF R. ANDREW FREE
             BY:  R. ANDREW FREE
 8           P.O. Box 90568
             Nashville, Tennessee 37209
 9                and
             AHDOOT & WOLFSON
10           BY:  TINA WOLFSON
             10728 Lindbrook Drive
11           Los Angeles, California 90024-3102

12


13   For the Defendant:

14           NORTON, ROSE & FULBRIGHT
             BY:  LESLEY SWANSON HOLMES
15           555 South Flower Street, 41st Floor
             Los Angeles, California 90071
16                and
             GREENBERG TRAURIG
17           BY:  ROBERT J. HERRINGTON
             1840 Century Park East, Suite 1900
18           Los Angeles, California 90067

19

20

21

22

23

24

25
```

```
 1            RIVERSIDE, CALIFORNIA; MONDAY, AUGUST 27, 2018
 2                            11:00 A.M.
 3            THE COURTROOM DEPUTY:  Calling case EDCR 17-2514-JGB,
 4   Raul Nova vs. The GEO Group, Inc.  Counsel, please state your
 5   appearances.
 6            MR. FREE:  Good morning, your Honor.  Andrew Free for
 7   Mr. Novoa.
 8            THE COURT:  Good morning.
 9            MS. WOLFSON:  Good morning, your Honor.  Tina Wolfson
10   and Theodore Maya of Ahdoot and Wolfson for the plaintiff.
11            THE COURT:  Good morning.
12            MS. WRIGHT:  Good morning, your Honor.  Lydia Wright
13   of Burns Charest for the plaintiff.
14            THE COURT:  Good morning.
15            MR. NELSON:  Korey Nelson for the plaintiffs.
16            THE COURT:  Good morning.
17            MS. HOLMES:  Good morning, your Honor.  Lesley Holmes
18   of Norton, Rose, Fulbright on behalf of the defendant.
19            THE COURT:  Good morning.
20            MR. HERRINGTON:  Good morning, your Honor.  I'm the
21   new person in this party.  My name is Rob Herrington and I'm
22   from Greenberg Traurig.  We just entered our appearance on
23   Friday.
24            THE COURT:  Good morning to you.
25            Very well.  The matter is on today for a scheduling
```

1  conference. I have reviewed documents. Apparently, you each
2  asked for separate trial dates. The defendants request a date
3  in 2020 and the plaintiffs request a date in 2019, September.
4  You also both proposed separate briefing schedules for motions
5  for class certification. Let me tell you this, I intend to
6  follow my normal practice, which is to set a trial date one
7  year out from today's date and a deadline on a hearing for
8  motions that are non-discovery motions, so that includes the
9  date to be heard on motions for summary judgment and/or class
10 certification.
11         So if you want to agree on a briefing schedule for
12 any motion, be it class certification or summary judgment,
13 within the deadline for the hearing that I set, then I will
14 approve it, but neither of you have done that. So this
15 encourages you, I hope, to meet and confer and speak to each
16 other about the proper way of proceeding given that there will
17 be motions probably regarding summary judgment or class
18 certification.
19         So I will set the following dates:
20         The last date to be heard on non-discovery motions
21 will be Monday, July 1st, 2019, at 9:00 a.m. So that's the
22 last date. Obviously, you can be heard before that date, but
23 that will be the last day to be heard on any non-discovery
24 motion;
25         I will also set a trial date in this case one year

1    out from today's date.  And, again, there will have to be good
2    cause to extend that date.  But that date for trial is
3    August 27th, 2019, at 9:00 a.m. in this courtroom.  And I will
4    set it for a jury trial.  And I will set the 15-day trial
5    length estimate.  Of course that will depend on whether or not
6    a class is certified in this case;
7           The date for the final pretrial conference and any
8    hearing on motions in limine is August 12th, 2019, at
9    11:00 a.m.  There is a limit on the number of motions in
10   limine that I will consider, so please check my standing order
11   for that limit;
12          The last date to conduct the settlement conference in
13   this case -- that will be through the assigned magistrate judge
14   -- that date will be May 13, 2019.  Of course that is the date
15   to conduct at least one.  You're free to conduct as many either
16   before or after that date, but at least one by that date;
17          The discovery cutoff date, and the last day to be
18   heard on discovery motions, will be April 15, 2019;
19          If experts are retained, initial disclosures will be
20   due on March 18th, 2019.  Rebuttal disclosures will be due on
21   April 1st, 2019;
22          The last date to move for leave to amend the
23   pleadings or add parties will be October 22nd, 2018.
24          So I -- you know, I will ask you about settlement.  I
25   wouldn't expect there would be many advanced discussions

1   regarding settlement since there are so many undetermined
2   issues.  Have you touched upon the issue of settlement at all?
3              MR. FREE:  Your Honor, during our meet and confer we
4   raised the issue, and I think we're willing to talk, but I
5   don't think that the time is right, yet.
6              MS. HOLMES:  That's right, your Honor.  It was
7   broached on the phone call for the 26(f) conference, and I just
8   don't know that it's time yet to have those discussions.
9              THE COURT:  Very well.  Hopefully, at some point
10  there will be.  I realize this case involves some unsettled
11  issues of law.  It may very well be both sides' decision to see
12  them through, but you can always hope.
13             Any other issues that he need to take up today?  Are
14  there any outstanding issues which you are having trouble with
15  that I should address today?
16             MS. HOLMES:  The only thing I would like to add, your
17  Honor, is the reason why GEO proposed a more lengthy schedule
18  is because we do have this issue of ICE review on document
19  production, and it's somewhat out of our hands.  So that can,
20  at times, prolong the document production process.  And I just
21  wanted to make sure that your Honor was aware of that.
22             THE COURT:  Very well.  I hadn't really considered
23  that, but I will consider that and any difficulties you have in
24  any possible extension of the dates that I've set.  Also, I
25  will advise you to go to the magistrate judge and obtain any

1   orders that you wish to be obtained if it can expedite the
2   process with ICE or any other agency that you would seek
3   documents from.
4           So, obviously, I don't want to hinder your
5   opportunity to timely produce documents, but I'll be cognizant
6   of that going forward and extending any dates that I might have
7   extend.
8           Any other issues?
9           MS. HOLMES:  Not from us, your Honor.
10          MR. FREE:  Not from the plaintiffs, your Honor.
11          THE COURT:  Very well.  Thank you very much.
12          MS. HOLMES:  Thank you, your Honor.
13          (Proceedings Concluded.)

CERTIFICATE OF OFFICIAL REPORTER

I, ADELE C. FRAZIER, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

DATED THIS 6th DAY OF SEPTEMBER, 2018

/s/ ADELE C. FRAZIER
_____
ADELE C. FRAZIER, CSR No. 9690, CRR, RMR
FEDERAL OFFICIAL COURT REPORTER