Warren Tavares Burns
Burns Charest, LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raul Novoa, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant(s). | CASE NUMBER<br><br>5:17-CV-02514-JGB-SHK<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Burns, Warren T.                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

Burns Charest, LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202

469-904-4550                    469-444-5002

*Telephone Number*          *Fax Number*

wburns@burnscharest.com

*E-Mail Address*                    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Raul Novoa

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Ahdoot, Robert R.                    of

*Designee's Name (Last Name, First Name & Middle Initial)*

Ahdoot & Wolfson, PC
10728 Lindbrook Drive
Los Angeles, California 90024

172098          310-474-9111          310-474-8585

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

rahdoot@ahdootwolfson.com

*E-Mail Address*                    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated**    October 9, 2018

_____
**U.S. District Judge/U.S. Magistrate Judge**

G–64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1