Daniel Henry Charest
Burns Charest, LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raul Novoa, individually and on behalf of all others similarly situated, <br><br> Plaintiff(s) <br><br> v. <br><br> THE GEO GROUP, INC., <br><br> Defendant(s). | CASE NUMBER <br><br> 5:17-CV-02514-JGB-SHK <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE _PRO HAC VICE_** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case _Pro Hac Vice_ filed by**

Charest, Daniel H.                                          of

_Applicant's Name (Last Name, First Name & Middle Initial)_

469-904-4550                    469-444-5002

_Telephone Number          Fax Number_

dcharest@burnscharest.com

_E-Mail Address_

Burns Charest, LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202

_Firm/Agency Name & Address_

**for permission to appear and participate in this case on behalf of**

Raul Novoa

_Name(s) of Party(ies) Represented_          ☒ _Plaintiff(s)_  ☐ _Defendant(s)_  ☐ _Other:_ _____

**and designating as Local Counsel**

Ahdoot, Robert R.                                          of

_Designee's Name (Last Name, First Name & Middle Initial)_

172098             310-474-9111             310-474-8585

_Designee's Cal. Bar No.   Telephone Number        Fax Number_

rahdoot@ahdootwolfson.com

_E-Mail Address_

Ahdoot & Wolfson, PC
10728 Lindbrook Drive
Los Angeles, California 90024

_Firm/Agency Name & Address_

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated**          October 9, 2018

_____

**U.S. District Judge/U.S. Magistrate Judge**

G–64 ORDER (5/16)     (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE _PRO HAC VICE_          Page 1 of 1