# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL NOVOA | CASE NUMBER: |
| Plaintiff(s), | 5:17–cv–02514–JGB–SHK |
| v. | |
| THE GEO GROUP, INC. | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __10/12/2018__

Document Number(s):   __82__

Title of Document(s):   __Stipulated Protective Order for the Deposition of David Venturella__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: "Other Filings" – Stipulations – Protective Order

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _October 15, 2018_       By:  _/s/ Angelique Dominguez  951–328–4471_
                                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(10/13) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS