## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br><br>**JOINT STIPULATION TO EXTEND TIME TO AMEND THE PLEADINGS OR ADD NEW PARTIES BY SIXTY DAYS** |

## [PROPOSED] ORDER

This matter having come before the Court upon the parties' Joint Stipulation to Extend Time to Amend the Pleadings or Add New Parties by Sixty Days,

It is hereby ORDERED that the last date to amend the pleadings or add new parties is reset for December 22, 2018.


DATED this ____ day of _____, 2018.


_____

Hon. Judge Bernal