Name and address:

Robert J. Herrington (SBN 234417)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
TEL: 310-586-7700; FAX: 310-586-7800

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Raul Novoa | CASE NUMBER |
|---|---|
| | 5:17-cv-02514-JGB-SHK |
| Plaintiff(s) | |
| v. | |
| The GEO Group, Inc. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Ellison, Dawn A..                                          of

*Applicant's Name (Last Name, First Name & Middle Initial)*

| GREENBERG TRAURIG, LLP |
|---|
| 2101 L Street N.W., Suite 1000 |
| Washington, D.C. 20037 |

202-331-3100                    202-331-3101
*Telephone Number*          *Fax Number*

ellisond@gtlaw.com
*E-Mail Address*                                    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

The GEO Group, Inc.

*Name(s) of Party(ies) Represented*        ☐ *Plaintiff(s)*  ☒ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Herrington, Robert J.                                    of

*Designee's Name (Last Name, First Name & Middle Initial)*

| GREENBERG TRAURIG, LLP |
|---|
| 1840 Century Park East, Suite 1900 |
| Los Angeles, CA 90067 |

234417          310-586-7700          310-586-7800
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

herringtonr@gtlaw.com
*E-Mail Address*                                    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
　　　　　☐ for failure to complete Application: _____
　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
　　　　　☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**
HON. JESUS G. BERNAL

G–64 ORDER (5/16)   **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***   Page 1 of 1


American LegalNet, Inc.
www.FormsWorkFlow.com