UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**RAUL NOVOA**, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

**THE GEO GROUP, INC.**,

Defendants.

Case No. 5:17-CV-02514-JGB-SHK

**ORDER TO EXTEND TIME TO AMEND THE PLEADINGS OR ADD NEW PARTIES BY SIXTY DAYS**

This matter having come before the Court upon the parties' Joint Stipulation to Extend Time to Amend the Pleadings or Add New Parties by Sixty Days,

It is hereby ORDERED that the last date to amend the pleadings or add new parties is reset for December 22, 2018

Dated: October 19, 2018

Hon. Jesus G. Bernal

United States District Judge