# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL NOVOA,<br><br>Plaintiff(s)<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant(s) | CASE NUMBER:<br><br>EDCV 17-02514-JGB (SHK)<br><br>MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Kewalramani

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

Telephonic Status Conference set for October 22, 2018 at 3:00 p.m. regarding a discovery dispute. Parties who will attend should dial: (888) 273-3658 Access Code: 1621321

Dated: 10/22/2018

By: D. Castellanos 951-328-4466
Deputy Clerk