Name and address:
Robert J. Herrington (SBN 234417)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
TEL: 310-586-7700; FAX: 310-586-7800

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Raul Novoa

Plaintiff(s)

v.

The GEO Group, Inc.

Defendant(s).

CASE NUMBER
5:17-cv-02514-JGB-SHK

### ORDER ON APPLICATION
### OF NON-RESIDENT ATTORNEY TO APPEAR
### IN A SPECIFIC CASE *PRO HAC VICE*

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Ellison, Dawn A..

*Applicant's Name (Last Name, First Name & Middle Initial)*

202-331-3100                202-331-3101
*Telephone Number*          *Fax Number*

ellisond@gtlaw.com

*E-Mail Address*

of   GREENBERG TRAURIG, LLP
     2101 L Street N.W., Suite 1000
     Washington, D.C. 20037

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

The GEO Group, Inc.

*Name(s) of Party(ies) Represented*        ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Herrington, Robert J.

*Designee's Name (Last Name, First Name & Middle Initial)*

234417          310-586-7700          310-586-7800
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

herringtonr@gtlaw.com

*E-Mail Address*

of   GREENBERG TRAURIG, LLP
     1840 Century Park East, Suite 1900
     Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid,** ☐ be refunded ☐ not be refunded.

**Dated**   October 19, 2018

**U.S. District Judge**
**HON. JESUS G. BERNAL**

G–64 ORDER (5/16)   **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***   Page 1 of 1


American LegalNet, Inc.
www.FormsWorkFlow.com