Name and address:
Robert J. Herrington (SBN 234417)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
TEL: 310-586-7700; FAX: 310-586-7800

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Raul Novoa

_____ Plaintiff(s)

v.

The GEO Group, Inc.

_____ Defendant(s).

CASE NUMBER
5:17-cv-02514-JGB-SHK

### ORDER ON APPLICATION
### OF NON-RESIDENT ATTORNEY TO APPEAR
### IN A SPECIFIC CASE *PRO HAC VICE*

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Stouck, Jerry                                              of
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-331-3100                    202-331-3101
*Telephone Number*            *Fax Number*

stouckj@gtlaw.com
*E-Mail Address*

GREENBERG TRAURIG, LLP

2101 L Street N.W., Suite 1000

Washington, D.C. 20037

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

The GEO Group, Inc.

*Name(s) of Party(ies) Represented*                    ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Herrington, Robert J.                                      of
*Designee's Name (Last Name, First Name & Middle Initial)*

234417              310-586-7700          310-586-7800
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

herringtonr@gtlaw.com
*E-Mail Address*

GREENBERG TRAURIG, LLP

1840 Century Park East, Suite 1900

Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[x] GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated**     October 23, 2018

U.S. District Judge
HON. JESUS G. BERNAL


American LegalNet, Inc.
www.FormsWorkFlow.com