UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 17-02514-JGB (SHKx)** | Date: | October 22, 2018 |
|---|---|---|---|

Title:    *Raul Novoa v. The GEO Group, Inc.*

Present: The Honorable    Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | XTR Chambers |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Andrew Free | Scott Schipma |
| Lydia Wright | Robert Freund |
| | Dawn Ellison |
| | Andrea D'Ambra |

**Proceedings:    TELEPHONIC PROCEEDINGS RE: INFORMAL DISOCVERY DISPUTE**

At the request of the parties, the Court held a telephonic conference regarding a discovery dispute.  The Court has received and reviewed the parties' informal joint correspondence with respect to the issues of  whether the *Touhy* regulations, 6 C.F.R. § 5.41 et seq., apply to GEO and, relatedly, whether GEO and Mr. Venturella must abide by certain restrictions placed by U.S. Immigration and Customs Enforcement.  Attorney Andrew Free and Lydia Wright appeared on behalf of plaintiff.  Attorney Scott Schipma, Robert Freund, Dawn Ellison and Andrea D'Ambra appeared on behalf of defendants.  Following discussion between the Court and counsel, the moving party may file a motion with the Court pursuant to Local Rule 37**.**

**IT IS SO ORDERED**

CIVIL MINUTES—GENERAL

| Initials of Deputy Clerk | DC |
|---|---|
| Time in Court | : 22 |