GREENBERG TRAURIG LLP
Robert J. Herrington (SBN 234417)
herringtonr@gtlaw.com
Robert S. Freund (SBN 287566)
freundr@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Scott A. Schipma (*pro hac vice*)
schipmas@gtlaw.com
2101 L Street, N.W.
Washington, DC 20037
Telephone: (202) 331-3141

Attorneys for Defendant
THE GEO GROUP, INC.

(Additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL NOVOA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>*Defendant*. | Civil No.: 5:17-cv-02514-JGB-SHKx<br><br>Hon.   Judge Jesus G. Bernal<br>Hon.   Magistrate Judge Shashi H. Kewalramani<br><br>**STIPULATION TO DISMISS DEFENDANT'S COUNTERCLAIM WITH PREJUDICE AND AMEND DEFENDANT'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT AND ANSWER TO PLAINTIFF'S REPLY COUNTERCLAIM FOR RETALIATION** |

1

STIPULATION TO DISMISS COUNTERCLAIM WITH PREJUDICE AND AMEND ANSWERS

WDC 373823575v1

This Stipulation is entered into by and between Plaintiff and Counterdefendant Raul Novoa ("Plaintiff" or "Novoa"), on the one hand, and Defendant and Counterclaimant The GEO Group, Inc. ("GEO"), on the other hand (collectively, the "Parties"), as of November 12, 2018, through their undersigned counsel of record. This Stipulation is made with reference to the following recitals.

## **RECITALS**

1. Plaintiff filed the Complaint in this action on December 17, 2017 (Dkt. No. 1).

2. Defendant filed an Answer and two Counterclaims on July 3, 2018 (Dkt. No. 45).

3. Plaintiff filed an Amended Complaint on July 6, 2018 (Dkt. No. 49) and Affirmative Defenses, Answer to Defendant's Counterclaims, and Reply Counterclaim on July 24, 2018 (Dkt. No. 50).

4. Defendant filed an Answer and Counterclaims to Plaintiff's Amended Complaint on July 20, 2018. It also filed an Answer to Plaintiff's Reply Counterclaim on August 14, 2018.

5. GEO desires to withdraw Counterclaim One (Offset/Unjust Enrichment) and amend its Answer to Plaintiff's Complaint and Plaintiff's Reply Counterclaim (collectively, "Defendant's Answers") to conform to this withdrawal. Defendant's Answers contain affirmative defenses that complement its Offset/Unjust Enrichment counterclaim. Defendant no longer seeks to assert these affirmative defenses. A copy of the proposed "FIRST AMENDED ANSWER AND COUNTERCLAIM TO PLAINTIFF'S FIRST AMENDED COMPLAINT" and "DEFENDANT THE GEO GROUP, INC.'S FIRST AMENDED ANSWER TO PLAINTIFF'S REPLY COUNTERCLAIM FOR RETALIATION" are attached hereto as Exhibits A and B, respectively.

**IT IS HEREBY STIPULATED AND AGREED:**

1. In accordance with Rule 15(a) of the Federal Rules of Civil Procedure, GEO's Counterclaim for Offset/Unjust Enrichment shall be dismissed with prejudice. GEO's Counterclaim for Declaratory Judgment will remain.

2. GEO will amend its Answer to Plaintiff's Amended Complaint and Answer to Plaintiff's Reply Counterclaim to reflect the withdrawal of its Counterclaim for Offset/Unjust Enrichment and to revise its affirmative defenses accordingly.

3. Plaintiff reserves his right to seek fees and costs arising out of his defense of the counterclaim. He additionally reserves the right to pursue any claims arising out of either counterclaim.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted this 29th day of November, 2018.

| | |
|---|---|
| **AHDOOT AND WOLFSON PC** | **GREENBERG TRAURIG LLP** |
| /s/ Theodore Maya <br> Theodore Maya <br> Robert Ahdoot <br> Tina Wolfson <br> 10728 Lindbrook Drive <br> Los Angeles, CA 90024 <br> Telephone: 310-474-9111 <br> Facsimile:: 310-474-8585 <br> Email:rahdoot@ahdootwolfson.com <br>         twolfson@ahdootwolfson.com <br>         tmaya@ahdootwolfson.com | /s/ Robert J. Herrington <br> Robert J. Herrington <br> 1840 Century Park East <br> Suite 1900 <br> Los Angeles, CA 90067 <br> (310) 586-7700 <br> herringtonr@gtlaw.com |
| **LAW OFFICES OF R ANDREW FREE** <br> R Andrew Free <br> 2004 8th Avenue South <br> Nashville, TN 37209 <br> Telephone: 844-321-3221 <br> Facsimile: 615-829-8959 <br> Email: andrew@immigrantcivilrights.com | **GREENBERG TRAURIG LLP** <br> Scott A. Schipma (*pro hac vice*) <br> 2101 L Street, N.W. <br> Washington, DC 20037 <br> (202)-331-3141 <br> schipmas@gtlaw.com |
| **BURNS CHAREST LLP** <br> William B Thompson <br> Warren Burns <br> 900 Jackson Street Suite 500 <br> Dallas, TX 75202 <br> Telephone: 469-904-4550 <br> Facsimile: 469-444-5002 <br> Email:wthompson@burnscharest.com <br> Email: wburns@burnscharest.com | **NORTON ROSE FULBRIGHT US LLP** <br> Andrea L. D'Ambra (*pro hac vice*) <br> 1301 Avenue of the Americas <br> New York, NY 10019 <br> Telephone: (212) 318-3000 <br> Facsimile: (212) 318-3400 <br> andrea.dambra@nortonrosefulbright.com |
| **BURNS CHAREST LLP** <br> Korey A Nelson <br> Lydia A Wright <br> Charles J. Gower <br> 365 Canal Street Suite 1170 <br> New Orleans, LA 70130 <br> Telephone: 504-799-2845 <br> Facsimile: 504-881-1765 | **NORTON ROSE FULBRIGHT US LLP** <br> Lesley Holmes (Bar No. 271903) <br> 555 South Flower Street <br> Forty-First Floor <br> Los Angeles, California 90071 <br> Telephone:    (213) 892-9200 <br> Facsimile:    (213) 892-9494 <br> lesley.swanson.holmes@nortonrosefulbright.com |

| | |
|---|---|
| Email:knelson@burnscharest.com<br>        lwright@burnscharest.com<br>        jgower@burnscharest.com<br><br>**AL OTRO LADO**<br>Nicole Ramos<br>511 E. San Ysidro Blvd., #33<br>San Ysidro, CA 92173<br>Telephone: 619-786-4866<br>Email: Nicole @alotrolado.org<br><br>**ATTORNEYS FOR PLAINTIFF RAUL NOVOA** | **NORTON ROSE FULBRIGHT US LLP**<br>Charles A. Deacon (*pro hac vice*)<br>300 Convent St.<br>San Antonio, Texas 78205<br>Telephone: (210) 270-7133<br>Facsimile: (210) 270-7205<br>charlie.deacon@nortonrosefulbright.com<br><br>**NORTON ROSE FULBRIGHT US LLP**<br>Mark Emery (*pro hac vice*)<br>799 9th Street NW, Suite 1000<br>Washington, DC 20001-4501<br>Telephone: (202) 662-0210<br>Facsimile: (202) 662-4643<br>mark.emery@nortonrosefulbright.com<br><br>**ATTORNEYS FOR DEFENDANT THE GEO GROUP, INC.** |

 I, Robert J. Herrington, certify pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i) that the content of this Stipulation Dismissing Counterclaim with Prejudice and Amending Defendant's Answer to Plaintiff's Amended Complaint and Answer to Plaintiff's Reply Counterclaim for Retaliation is acceptable to all parties signing this stipulation and that all parties have authorized the filing.

Dated: November 29, 2018  GREENBERG TRAURIG, LLP

           By: */s/ Robert J. Herrington*

           Attorneys for Defendant The Geo Group, Inc.