LESLEY HOLMES (BAR NO. 271903)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
lesley.swanson.holmes@nortonrosefulbright.com

MARK EMERY (*PRO HAC VICE*)
**NORTON ROSE FULBRIGHT US LLP**
799 9th Street NW Suite 100
Washington, D.C. 20001-4501
Telephone: (202) 662-0200
Facsimile: (202) 662-4643
mark.emery@nortonrosefulbright.com

ATTORNEYS FOR DEFENDANT
THE GEO GROUP, INC.
(Additional counsel listed on next page)

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL NOVOA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>*Defendant*. | Civil No.: 5:17-cv-02514-JGB-SHKx<br><br>Hon.  Judge Jesus G. Bernal<br>Hon.  Magistrate Judge Shashi H. Kewalramani<br><br>**ORDER GRANTING STIPULATION TO DISMISS DEFENDANT'S COUNTERCLAIM WITH PREJUDICE AND AMENDING DEFENDANT'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT AND ANSWER TO PLAINTIFF'S REPLY COUNTERCLAIM FOR RETALIATION** |

1  CHARLES A. DEACON (*PRO HAC VICE*)
   **NORTON ROSE FULBRIGHT US LLP**
2  300 Convent Street Suite 2100
   San Antonio, TX 78205-3792
3  Telephone:  (210) 270-7133
   Facsimile:  (210) 270-7205
4  charlie.deacon@nortonrosefulbright.com

5  ROBERT J. HERRINGTON (BAR NO. 234417)
   ROBERT FREUND (BAR NO. 287566)
6  **GREENBERG TRAURIG, LLP**
   1840 Century Park East, Suite 1900
7  Los Angeles, California 90067-2121
   Telephone: 310.586.7700
8  Facsimile: 310.586.7800
   herringtonr@gtlaw.com
9  freundr@gtlaw.com

10 SCOTT A. SCHIPMA (*PRO HAC VICE*)
   **GREENBERG TRAURIG, LLP**
11 2101 L Street NW, Suite 1000
   Washington, DC 20037
12 Telephone: 202.331.3100
   Facsimile: 202.331.3101
13 schipmas@gtlaw.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
ORDER ON STIPULATION TO DISMISS COUNTERCLAIM WITH
PREJUDICE AND AMEND DEFENDANT'S ANSWERS

*Error! Unknown document property name.*

This matter having come before the Court upon the parties' Stipulation Dismissing Defendant's Counterclaim with Prejudice and Amending Defendant's Answer to Plaintiff's Amended Complaint and Answer to Plaintiff's Reply Counterclaim for Retaliation,

It is hereby ORDERED that Defendant's counterclaim for Offset/Unjust Enrichment shall be dismissed with prejudice and Defendant shall amend its Answer and Counterclaim to Plaintiff's Complaint and Answer to Plaintiff's Reply Counterclaim for Retaliation to reflect withdrawal of its counterclaim.

DATED:  November 30, 2018

_____
Hon. Jesus G. Bernal
United States District Judge