# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL NOVOA<br><br>Plaintiff(s),<br><br>v.<br><br>THE GEO GROUP, INC.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:17–cv–02514–JGB–SHK<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __12/3/2018__

Document Number(s):   __102__

Title of Document(s):   __Affidavit of Service__

**ERROR(S) WITH DOCUMENT:**

Case number is incorrect or missing.

Correct case number is 5:17–cv–2514 JGB(SPx)

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _December 3, 2018_        By: _/s/ Angelique Dominguez  951–328–4471_
                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**