LESLEY HOLMES (BAR NO. 271903)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
lesley.swanson.holmes@nortonrosefulbright.com

MARK EMERY (*PRO HAC VICE*)
**NORTON ROSE FULBRIGHT US LLP**
799 9th Street NW Suite 100
Washington, D.C. 20001-4501
Telephone: (202) 662-0200
Facsimile: (202) 662-4643
mark.emery@nortonrosefulbright.com

Attorneys for Defendant
THE GEO GROUP, INC.

(Additional counsel listed on next page)

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAUL NOVOA, individually and on behalf of all others similarly situated,<br><br>　　*Plaintiff*,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>　　*Defendant*.<br><br>THE GEO GROUP, INC.,<br><br>　　*Counter-Claimant*,<br><br>v.<br><br>RAUL NOVOA, individually and on behalf of all others similarly situated,<br><br>　　*Counter-Defendant*. | CASE NO. 5:17-cv-02514-JGB-SHKx<br><br>**DEFENDANT THE GEO GROUP, INC.'S FIRST AMENDED ANSWER TO PLAINTIFF'S REPLY COUNTERCLAIM FOR RETALIATION**<br><br>JUDGE: Hon. Jesus G. Bernal<br><br>**DEMAND FOR JURY TRIAL**<br><br>Amended Complaint Filed: 7/6/18 |

CHARLES A. DEACON (*PRO HAC VICE*)
**NORTON ROSE FULBRIGHT US LLP**
300 Convent Street Suite 2100
San Antonio, TX 78205-3792
Telephone: (210) 270-7133
Facsimile: (210) 270-7205
charlie.deacon@nortonrosefulbright.com

ROBERT J. HERRINGTON (BAR NO. 234417)
ROBERT FREUND (BAR NO. 287566)
**GREENBERG TAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
herringtonr@gtlaw.com
freundr@gtlaw.com

SCOTT A. SCHIPMA (*PRO HAC VICE*)
**GREENBERG TAURIG, LLP**
2101 L Street NW, Suite 1000
Washington, DC 20037
Telephone: 202.331.3100
Facsimile: 202.331.3101
schipmas@gtlaw.com

---

THE GEO GROUP, INC.'S FIRST AMENDED ANSWER TO PLAINTIFF'S
REPLY COUNTERCLAIM FOR RETALIATION

Defendant The GEO Group, Inc. ("GEO") answers the Reply Counterclaim for retaliation ("Reply Counterclaim"; Dkt. #50) of Plaintiff Raul Novoa, individually and on behalf of all others similarly situated ("Plaintiff"), and states its affirmative defenses, as follows:

## JURISDICTION

1. GEO denies that the Court has subject matter jurisdiction over this suit.

2. Plaintiff alleges that the Court has jurisdiction over this case based on his allegations and GEO's citizenship. GEO has no basis to affirm or deny the factual averments regarding jurisdiction under the Class Action Fairness Act, 28 U.S.C. § 1332(d), and therefore denies them. GEO further denies that the Court has subject matter jurisdiction over this suit.

3. GEO admits that to the extent the Court has jurisdiction, venue is proper in this District. GEO denies the remaining allegations set forth in Paragraph 3 of the Reply Counterclaim.

4. GEO admits that it conducts business in Adelanto, San Bernardino County, California. GEO denies the remaining allegations set forth in Paragraph 4 of the Reply Counterclaim.

5. Paragraph 5 of the Reply Counterclaim refers to Plaintiff's request for the Court to exercise supplemental jurisdiction over his state law claims. GEO is without knowledge or information sufficient to form a belief as to Plaintiff's requests. GEO denies that the Court has supplemental jurisdiction over this suit.

## PARTIES

6. GEO admits that ICE detained Plaintiff at the Adelanto Facility for a period of time and that he received $1 per day as an allowance for participating in the Voluntary Work Program. GEO is without knowledge or information sufficient to form a belief as to the

truth of the remaining allegations set forth as Paragraph 6 of the Reply Counterclaim and accordingly denies the truth of the allegations.

7.  GEO admits it is a for-profit Florida corporation providing correctional, detention, and community reentry services.  GEO's principal office is located at 621 NW 53rd Street, Suite 700, Boca Raton, Florida, 33487.

## COUNT VI

### Retaliation

8.  GEO denies the allegations set forth in Paragraph 8 of the Reply Counterclaim. Plaintiff has failed to state a claim for retaliation because Plaintiff was never an employee of GEO and GEO was never his employer.

9.  GEO admits that ICE detained Plaintiff at the Adelanto Facility for a period of time.  GEO is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth as Paragraph 9 of the Reply Counterclaim and accordingly denies the truth of the allegations.

10.  Paragraph 10 of the Reply Counterclaim states Plaintiff's understanding of the nature of the action rather than alleging any facts for GEO to admit or deny.  To the extent any facts are alleged, GEO denies the allegations in Paragraph 10 of the Reply Counterclaim.

11.  GEO admits the allegations set forth in Paragraph 11 of the Reply Counterclaim.

12.  GEO denies the allegations set forth in Paragraph 12 of the Reply Counterclaim.

13.  GEO denies the allegations set forth in Paragraph 13 of the Reply Counterclaim.  Plaintiff has failed to state a claim for retaliation because Plaintiff was never an employee of GEO and GEO was never his employer.

THE GEO GROUP, INC.'S FIRST AMENDED ANSWER TO PLAINTIFF'S
REPLY COUNTERCLAIM FOR RETALIATION

14. GEO admits that its counterclaims are brought against the entire putative class or classes certified by the Court. GEO denies the truth of the remaining allegations set forth in Paragraph 14 of the Reply Counterclaim.

15. Paragraph 15 of the Reply Counterclaim states Plaintiff's characterization of the nature of the action rather than alleging any facts for GEO admit or deny. To the extent any facts are alleged, GEO denies the allegations in Paragraph 15 of the Reply Counterclaim.

16. GEO admits that it asserted in its Petition for Permission to Appeal Class Certification in *Menocal et al. v. The GEO Group, Inc.*, No. 14-02887 (10th Cir. Mar. 13, 2017) that the district court's certification of a class comprising all people detained at the Facility over the past ten years poses a potentially catastrophic risk to GEO's ability to honor its contracts with the federal government, particularly given its role as a federal contractor. GEO denies the truth of the remaining allegations set forth in Paragraph 16 of the Reply Counterclaim.

17. GEO denies the allegations set forth in Paragraph 17 of the Reply Counterclaim. Plaintiff has failed to state a claim for retaliation because Plaintiff was never an employee of GEO and GEO was never his employer.

18. GEO denies the allegations set forth in Paragraph 18 of the Reply Counterclaim.

19. GEO denies the allegations set forth in Paragraph 19 of the Reply Counterclaim.

20. GEO denies the allegations set forth in Paragraph 20 of the Reply Counterclaim.

21. GEO denies the allegations set forth in Paragraph 21 of the Reply Counterclaim.

22. GEO denies the allegations set forth in Paragraph 22 of the Reply Counterclaim. Plaintiff has failed to state a claim for retaliation because Plaintiff was never an employee of GEO and GEO was never his employer.

23. GEO denies the allegations set forth in Paragraph 23 of the Reply Counterclaim. Plaintiff has failed to state a claim for retaliation because Plaintiff was never an employee of GEO and GEO was never his employer.

24. Paragraph 24 of the Reply Counterclaim contains Plaintiff's characterization of the nature of the action rather than averring any facts for GEO to admit or deny and calls for a legal conclusion to which no response is necessary. To the extent this paragraph alleges any facts or a response is necessary, GEO denies the allegations in Paragraph 24 of the Reply Counterclaim.

25. GEO denies the allegations set forth in Paragraph 25 of the Reply Counterclaim. Plaintiff has failed to state a claim for retaliation because Plaintiff was never an employee of GEO and GEO was never his employer.

## PRAYER FOR RELIEF

WHEREFORE, GEO respectfully requests:

1. That Plaintiff take nothing by the Reply Counterclaim;

2. A dismissal of the Reply Counterclaim with prejudice and an award of GEO's reasonable attorneys' fees to the extent permitted by law;

3. Judgment in favor of GEO and against Plaintiff;

4. Costs of suit herein; and

5. Such other and further relief, legal and equitable, that the Court may deem proper.

In answering the Prayer for Relief, GEO denies that Plaintiff and the Class Members are entitled to any of the relief they seek. GEO denies that this matter is suitable for class certification. GEO affirmatively alleges that Plaintiff lacks standing to assert claims on behalf of other individuals, that Plaintiff lacks standing to seek declaratory and/or injunctive

THE GEO GROUP, INC.'S FIRST AMENDED ANSWER TO PLAINTIFF'S
REPLY COUNTERCLAIM FOR RETALIATION

relief, and that Plaintiff is not a proper class representative.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Reply Counterclaim fails to allege facts sufficient to constitute a cause of action against GEO.

### SECOND AFFIRMATIVE DEFENSE

GEO has immunity from this lawsuit.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff seeks relief barred by the statute of limitations.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claim is pre-empted by federal law.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff has failed to join parties that should be joined under Federal Rule of Civil Procedure 19.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's alleged injuries and damages, if any, were caused by the acts of a third party who has not been named a party to this action and over whom GEO had no control.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's requested relief violates the law, and is otherwise impossible to attain in conformance with the law.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff lacks standing to brings the claims asserted in the Reply Counterclaim.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff's claim is not ripe.

### TENTH AFFIRMATIVE DEFENSE

Plaintiff's claim is not justiciable.

THE GEO GROUP, INC.'S FIRST AMENDED ANSWER TO PLAINTIFF'S REPLY COUNTERCLAIM FOR RETALIATION

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff has unclean hands.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff has unreasonably delayed his request for relief, to GEO's prejudice, such that his claims are barred by the defense of laches.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff is barred from seeking equitable relief to the extent an adequate remedy exists at law.

## FOURTEENTH AFFIRMATIVE DEFENSE

GEO reserves the right to amend its Answer to Plaintiff's Reply Counterclaim to assert additional defenses, withdraw defenses, and/or add counterclaims as may become necessary after reasonable opportunity, or discovery has occurred, up through and including trial in this matter.

Dated: November 29, 2018

LESLEY HOLMES
MARK EMERY
CHARLES A. DEACON
**NORTON ROSE FULBRIGHT US LLP**

ROBERT J. HERRINGTON
SCOTT A. SCHIPMA
**GREENBERG TRAURIG, LLP**

By   /s/ Robert J. Herrington
　　　Robert J. Herrington
　　　Attorneys for Defendant
　　　The GEO Group, Inc.

THE GEO GROUP, INC.'S FIRST AMENDED ANSWER TO PLAINTIFF'S REPLY COUNTERCLAIM FOR RETALIATION