Lesley Holmes                          SBN: 271903
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, 41st Floor
Los Angeles, CA 90071
TELEPHONE NO.: 213-892-9200

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL NOVOA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant(s) | CASE NUMBER<br>5:17-cv-02514-JGB-SHKx<br><br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

THE GEO GROUP, INC.                    ☐ Plaintiff  ☒ Defendant  ☐ Other
_____
*Name of Party*

to substitute  Robert J. Herrington of Greenberg Traurig, LLP                                who is

☒ Retained Counsel      ☐ Counsel appointed by the Court (Criminal cases only)      ☐ Pro Se

1840 Century Park East, Suite 1900
_____
*Street Address*

Los Angeles                                    herringtonr@gtlaw.com
_____                    _____
*City, State, Zip*                                      *E-Mail Address*

310-586-7700                    310-586-7800                    234417
_____        _____        _____
*Telephone Number*              *Fax Number*                    *State Bar Number*

as attorney of record instead of  Lesley Holmes
_____
*List **all** attorneys from same firm or agency who are withdrawing.*

Charles A. Deacon, PHV
_____

Mark Emery, PHV
_____

**is hereby**      ☐ **GRANTED**      ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                                                                    U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (09/17)          **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**