**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

RAUL NOVOA and JAIME CAMPOS FUENTES, individually and on behalf of all others similarly situated,

    *Plaintiff,*

v.

THE GEO GROUP, INC.,

    *Defendant.*

THE GEO GROUP, INC.,

    *Counter-Claimant,*

v.

RAUL NOVOA, individually and on behalf of all others similarly situated,

    *Counter-Defendant.*

CASE NO.  5:17-cv-02514-JGB-SHKx

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT

Having reviewed the parties' Stipulation to Extend Time to Respond to Second Amended Complaint, the Court finds that there is good cause to grant the request. Therefore, it is hereby **ORDERED:**

Defendant GEO's deadline to respond to Plaintiffs' Second Amended Complaint shall be extended by 21 days through and including January 28, 2019.

**IT IS SO ORDERED.**

Dated:  January __, 2019

_____
Hon. Jesus G. Bernal
United States District Judge

2

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO
RESPOND TO SECOND AMENDED COMPLAINT