Lesley Holmes                    SBN: 271903
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, 41st Floor
Los Angeles, CA 90071
TELEPHONE NO.: 213-892-9200

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RAUL NOVOA, Individually and on behalf of all others similarly situated,

                               Plaintiff(s)

v.

THE GEO GROUP, INC.,

                              Defendant(s)

CASE NUMBER
5:17-cv-02514-JGB-SHKx

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

The Court hereby orders that the request of:

THE GEO GROUP, INC.
*Name of Party*

☐ Plaintiff  ☒ Defendant  ☐ Other

to substitute Robert J. Herrington of Greenberg Traurig, LLP who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

1840 Century Park East, Suite 1900
*Street Address*

Los Angeles                                    herringtonr@gtlaw.com
*City, State, Zip*                              *E-Mail Address*

310-586-7700           310-586-7800           234417
*Telephone Number*      *Fax Number*           *State Bar Number*

as attorney of record instead of  Lesley Holmes
*List **all** attorneys from same firm or agency who are withdrawing.*

Charles A. Deacon, PHV

Mark Emery, PHV

**is hereby**   ☒ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   January 10, 2019                *[signature]*
                                         U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (09/17)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY