# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raul Novoa, <br> Plaintiff(s) <br> v. <br> The GEO Group, Inc., <br> Defendant(s) | CASE NUMBER: <br> 5:17-cv-02514-JGB-SHKx <br><br> **MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Kewalramani

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

A Telephonic Conference is scheduled in this matter for February 12, 2019 at 1:00 ~~a.m.~~/p.m.
Dial: **(888) 273-3658** Enter: **Access Code**: **1621321#**

Follow prompted voice messages and bypass the message "to join conference as the host..." by pressing **#.**

Dated: 2/5/2019

By: I. Vazquez
Deputy Clerk