UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 17-02514-JGB (SHKx) | Date: | February 12, 2019 |
|---|---|---|---|

Title: *Raul Novoa v. The GEO Group, Inc.*

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| I. Vazquez | XTR Chambers |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):
   Theodore W. Maya
   Andrew Free

Attorney(s) Present for Defendant(s):
   Dawn Ellison
   Alexander L. Linhardt

**Proceedings:** **TELEPHONIC PROCEEDINGS RE: INFORMAL DISCOVERY DISPUTE**

At the request of the parties, the Court held a telephonic conference regarding a discovery dispute. Attorney Theodore W. Maya and Andrew Free appeared on behalf of plaintiffs. Attorney Dawn Ellison and Alexander L. Linhardt appeared on behalf of defendant. Following discussion between the Court and counsel, the Court set a briefing schedule.

An opening brief, limited to 10 pages in length, shall be filed by plaintiffs' counsel no later than February 19, 2019. A responsive brief, limited to 10 pages in length, shall be filed by defendant's counsel no later than February 26, 2019. An optional reply brief, limited to 5 pages in length, may be filed by plaintiffs' counsel no later than March 4, 2019.

The Court will take the matter under submission and will notify the parties if an additional hearing is necessary.

**IT IS SO ORDERED.**