HOLLAND & KNIGHT LLP
Christina T. Tellado (SBN 298597)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: 213.896.2400
Fax: 213.896.2450
E-mail: christina.tellado@hklaw.com

Attorneys for Defendant
THE GEO GROUP, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL NOVOA and JAMIE CAMPOS FUENTES, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>*Defendant*.<br><br>THE GEO GROUP, INC.,<br><br>*Counter-Claimant*,<br><br>v.<br><br>RAUL NOVOA and JAIME CAMPOS FUENTES, individually and on behalf of all others similarly situated,<br><br>*Counter-Defendants*. | Case No.: 5:17-cv-02514-JGB-SHKx<br><br>[Assigned to the Honorable Jesus G. Bernal]<br><br>**NOTICE OF APPEARANCE OF CHRISTINA T. TELLADO ON BEHALF OF DEFENDANT THE GEO GROUP, INC.**<br><br>Amended Complaint Filed: 12/24/18 |

- 1 -
NOTICE OF APPEARANCE OF CHRISTINA T. TELLADO ON BEHALF OF
DEFENDANT THE GEO GROUP, INC.

**TO THE COURT, AND TO PLAINTIFFS RAUL NOVOA AND JAMIE CAMPOS FUENTES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** of the appearance of Christina T. Tellado of Holland & Knight LLP as counsel of record for and on behalf of Defendant THE GEO GROUP, INC. ("Defendant") in the above-captioned action.  Defendant hereby files this Notice of Appearance for purposes of identification of counsel of record and updating the service list.

It is respectfully requested that, going forward, the below be included in the service list for Defendant for all pleadings and notices in the above-captioned action:

>HOLLAND & KNIGHT LLP
>Christina T. Tellado (SBN 298597)
>400 South Hope Street, 8th Floor
>Los Angeles, CA  90071
>Telephone:  213.896.2400
>Fax:  213.896.2450
>E-mail:  christina.tellado@hklaw.com

DATED:  March 4, 2019         Holland & Knight LLP

By */s/ Christina T. Tellado*
HOLLAND & KNIGHT LLP
Christina T. Tellado
Attorneys for Defendant
The GEO Group, Inc.