ROBERT J. HERRINGTON (BAR NO. 234417)
ALEX L. LINHARDT (BAR NO. 303669)
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
herringtonr@gtlaw.com
linhardta@gtlaw.com

SCOTT A. SCHIPMA (*PRO HAC VICE*)
**GREENBERG TRAURIG, LLP**
2101 L Street NW, Suite 1000
Washington, DC 20037
Telephone: 202.331.3100
Facsimile: 202.331.3101
schipmas@gtlaw.com

ATTORNEYS FOR DEFENDANT
THE GEO GROUP, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL NOVOA and JAIME CAMPOS FUENTES, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>    *Defendant*. | CASE NO.  5:17-cv-02514-JGB-SHKx<br><br>**ORDER GRANTING STIPULATION TO MODIFY THE SCHEDULING ORDER**<br><br>[Filed concurrently with Stipulation and the Declaration of Alex Linhardt]<br><br>JUDGE:  Hon. Jesus G. Bernal |
| THE GEO GROUP, INC.,<br><br>    *Counter-Claimant*,<br><br>v.<br><br>RAUL NOVOA, individually and on behalf of all others similarly situated,<br><br>    *Counter-Defendant*. | SAC Filed:  December 24, 2018<br>Current Trial Date:  August 27, 2019<br>Proposed Trial Date:  February 25, 2020<br><br>NOTE: CHANGES MADE BY THE COURT |

ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO
MODIFY THE SCHEDULING ORDER

The Court, having considered the parties' Stipulation to Modify the Scheduling Order and the Declaration of Alex L. Linhardt, and good cause appearing therefore, hereby approves the stipulation and orders as follows:

The Scheduling Order is modified as follows:

| | |
|---|---|
| Expert Disclosure (Initial): | September 17, 2019 |
| Expert Disclosure (Rebuttal): | October 1, 2019 |
| All Discovery Cutoff (including hearing discovery motions): | October 15, 2019 |
| Last Date to Conduct Settlement Conference: | November 13, 2019 |
| Last Date to Hear Non-Discovery Motions: | January 10, 2020 |
| Final Pretrial Conference & Hearings on Motions in *Limine*: | **February 10, 2020 @ 11:00 a.m.** |
| Trial Date: | **February 25, 2020 @ 9:00 a.m.** |

**IT IS SO ORDERED.**

Dated:  February 25, 2019

_____
Hon. Jesus G. Bernal
United States District Judge

---

ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO MODIFY THE SCHEDULING ORDER

2