**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAUL NOVOA, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>THE GEO GROUP, INC.<br><br>Defendant(s) | CASE NUMBER<br><br>5:17-cv-02514-JGB-SHKx<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

The GEO Group, Inc.        ☐ Plaintiff  ☒ Defendant  ☐ Other
_Name of Party_

to substitute  Christina T. Tellado, Holland & Knight LLP                                who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

400 South Hope Street, 8th Floor
_Street Address_

Los Angeles, CA 90071                    christina.tellado@hklaw.com
_City, State, Zip_                         _E-Mail Address_

(213) 896-2400              (213) 896-2450              298597
_Telephone Number_           _Fax Number_              _State Bar Number_

as attorney of record instead of  Scott A. Schipma (PHV); Jerry Stouck (PHV); Dawn A. Ellison (PHV);
_List **all** attorneys from same firm or agency who are withdrawing._
Robert J. Herrington (CA 234417); Robert Sean Freund (CA 287566); Alexander L. Linhardt (CA 303669)

GREENBERG TRAURIG, LLP

**is hereby**    ☒ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                            U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (09/17)        **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**