**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAUL NOVOA, individually and on behalf of all others similarly situated, <br><br> Plaintiff(s) <br><br> v. <br><br> THE GEO GROUP, INC. <br><br> Defendant(s) | CASE NUMBER <br><br> 5:17-cv-02514-JGB-SHKx <br><br><br> **ORDER ON REQUEST FOR APPROVAL** <br> **OF SUBSTITUTION OR WITHDRAWAL** <br> **OF ATTORNEY** |

The Court hereby orders that the request of:

The GEO Group, Inc.      ☐ Plaintiff  ☒ Defendant  ☐ Other _____
*Name of Party*

to substitute  Christina T. Tellado, Holland & Knight LLP     who is

☒ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

400 South Hope Street, 8th Floor
*Street Address*

Los Angeles, CA 90071          christina.tellado@hklaw.com
*City, State, Zip*                *E-Mail Address*

(213) 896-2400        (213) 896-2450        298597
*Telephone Number*       *Fax Number*        *State Bar Number*

as attorney of record instead of  Scott A. Schipma (PHV); Jerry Stouck (PHV); Dawn A. Ellison (PHV);
*List **all** attorneys from same firm or agency who are withdrawing.*

Robert J. Herrington (CA 234417); Robert Sean Freund (CA 287566); Alexander L. Linhardt (CA 303669)

GREENBERG TRAURIG, LLP

**is hereby**     ☒ **GRANTED**     ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated    March 13, 2019 _____

_____
U. S. District Judge