UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 17-02514-JGB (SHKx)** | Date: | March 19,2019 |
| Title: | ***Raul Novoa v. The GEO Group, Inc.*** | | |

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Court Smart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Andrew Free | Not Present |
| Theodore Maya | |

**Proceedings:      RE: MOTION FOR ORDER REGARDING DEFENDANT'S ABILITY TO REDACT AND WITHHOLD DOCMENTS [ECF NO. 118]**

The Court held a hearing regarding Plaintiff's Motion for Order Regarding Defendant's Ability to Redact and Withhold Documents. Electronic Case Filing Number ("ECF No.") 118, Motion.  Attorney Andrew Free and Theodore Maya appeared on behalf of plaintiff.  Attorneys for Defendants were not present.  Plaintiff's attorneys as well as the Court attempted to reach Attorney Stacey Wang and left a message.

In light of the recent attorney change, the Court will afford the opportunity for Plaintiffs to contact Defendants for reimbursement of travel costs.  In addition, Plaintiff may submit a 1-page letter brief by **Friday, March 22, 2019** regarding any new arguments that the parties would like to raise related to the discovery issue before the Court.  Defendants will then have the opportunity to reply by **Wednesday, March 27, 2019**.  Furthermore, the parties are to contact the Court soon after to notify the Court of hearing date.

**IT IS SO ORDERED**

| Initials of Deputy Clerk | DC |
|---|---|
| Time in Court | : 12 |