Name and address:
Carolyn P. Short
Holland & Knight LLP
2929 Arch Street,
Suite 800
Philadelphia, PA 19104

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raul Novoa, individually and on behalf of all others similarly situated,<br><br>                                         v.                    Plaintiff(s) | CASE NUMBER<br><br>5:17-cv-02514-JGB-SHK |
| The GEO Group, Inc.<br><br>                                                Defendant(s). | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Short, Carolyn P.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(215) 252-9553
*Telephone Number*

(215) 867-6070
*Fax Number*

Carolyn.Short@hklaw.com
*E-Mail Address*

of

Holland & Knight LLP
2929 Arch Street, Suite 800
Philadelphia, PA, 19104

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

The GEO Group, Inc.

*Name(s) of Party(ies) Represented*     ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Wang, Stacey H.
*Designee's Name (Last Name, First Name & Middle Initial)*

245195
*Designee's Cal. Bar No.*

(213) 896-2480
*Telephone Number*

(213) 896-2450
*Fax Number*

stacey.wang@hklaw.com
*E-Mail Address*

of

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
      ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
      ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated   March 22, 2019

_____
U.S. District Judge