HOLLAND & KNIGHT LLP
   Carolyn P. Short (*pro hac vice*)
2929 Arch Street, Suite 800
Philadelphia, PA 19104
Telephone (215) 252-9553
Facsimile (215) 867-6070
Email: carolyn.Short@hklaw.com

   Stacey H. Wang (SBN 245195)
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone (213) 896-2400
Facsimile  (213) 896-2450
E-mail: stacey.wang@hklaw.com

*Attorneys for Defendant, The GEO Group, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA** and **JAIME CAMPOS FUENTES**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>Defendant.<br><br>**THE GEO GROUP, INC.**,<br><br>Counter-plaintiff,<br><br>v.<br><br>**RAUL NOVOA** and **JAIME CAMPOS FUENTES**, individually and on behalf of all others similarly situated,<br><br>Counter-defendants. | CASE NO. 5:17-CV-02514-JGB-SHKx<br><br>Hon. Shashi H. Kewalramani<br><br>DISCOVERY MATTER<br><br>DECLARATION OF STACEY H. WANG REGARDING DISCOVERY HEARING ON MARCH 19, 2019 |

1

DECLARATION OF STACEY H. WANG

# DECLARATION OF STACEY H. WANG

I, Stacey H. Wang, hereby declare and state:

1. I am a partner in the Los Angeles office of Holland & Knight LLP, counsel for Defendant The GEO Group, Inc. ("GEO"). I have personal knowledge of the matters contained herein and I would and could testify competently to the contents of this declaration.

2. Having heard the audiotape of the discovery hearing held on March 19, 2019, and having reviewed the Court's minute order (Doc. 133), I make this declaration to explain our absence at the hearing and the investigation I conducted which leads me to conclude that neither my firm nor GEO's prior counsel received notice of the hearing.

3. My firm first appeared in this case on March 4, 2019. (Doc. 121.) My individual appearance was filed on Friday, March 15, 2019. (Doc. 127.) In advance of my appearance, however, I reviewed the docket and various pleadings in this matter, and my office had conferred with GEO's prior counsel as part of the transition of counsel. GEO's prior counsel filed a request to withdraw on March 12, 2019 (Doc. 125), which was granted by the District Judge on March 13, 2019 (Doc. 126).

4. I was aware that a telephonic hearing had taken place on February 12, 2019, on the discovery issue Plaintiffs raised regarding GEO's ability to redact and withhold documents. The relevant excerpt from this Court's order following that conference is copied here as follows:

> An opening brief, limited to 10 pages in length, shall be filed by plaintiffs' counsel no later than February 19, 2019. A responsive brief, limited to 10 pages in length, shall be filed by defendant's counsel no later than February 26, 2019. An optional reply brief, limited to 5 pages in length, may be filed by plaintiffs' counsel no later than March 4, 2019.
>
> The Court will take the matter under submission and will notify the parties if an additional hearing is necessary.
>
> IT IS SO ORDERED.

1

DECLARATION OF STACEY H. WANG

(Doc. 116.)

5. Specifically, the last sentence of the Order provided that the matter was "under submission" after the ordered briefing and the Court would "notify the parties if an additional hearing is necessary." Thereafter, the docket reflects that the parties filed their papers in accordance with the briefing schedule. (Docs. 118, 120, 123.)

6. On March 19, 2019, at 9:51 a.m., Plaintiff's counsel, Theodore Maya, left a message for me asking if I would be appearing at the discovery hearing. When I received this message later that morning, I also had received a message from the Courtroom Deputy Clerk regarding the hearing. I returned the Courtroom Deputy's call and left a message advising that I did not see a hearing reflected on the docket and was looking into the matter.

7. I called Mr. Maya immediately thereafter and explained that, to my knowledge, neither I nor anyone at my firm had received notice of the hearing, but that I was looking into the issue. I asked him what notice he had received of the hearing. He advised that notice of the hearing was in Plaintiff's motion that was filed after the Court's order.

8. I reviewed Plaintiff's opening brief (Doc. 118) and it states in the notice: "*Should the Court hear argument on this matter*, Plaintiffs have noticed it for hearing on March 19, 2019, at 10:00 a.m. …" (Doc. 118 at p. 2) (emphasis added). This appears to be some kind of a request for argument responding to the Court's order at Doc. 116, although not in the usual procedure of filing a request/application with a separate proposed order. In addition, the docket entry itself for the motion does not set forth a hearing date as would normally be the case when a party files a noticed motion.

9. Given that the Court had ordered the matter "submitted" following briefing, and had expressly stated that no further hearing would be held unless so notified (*see* Doc. 116), the caption of the parties' briefing should have so noted, *e.g.*, along the lines of "No argument unless ordered by the Court per Doc. 116," or left

2
DECLARATION OF STACEY H. WANG

the date blank, or at the very least indicate that the March 19th date was a "requested" date on the caption to avoid any confusion. In my view, attempting to notice a hearing after the Court had expressly ordered the matter submitted without further argument unless the Court so orders is a violation of the Court order.

10. My office checked with GEO's prior counsel and, after they indicated that they were not aware of a discovery hearing scheduled in this matter, I specifically requested that each of the prior firm's attorneys check for voice messages from the Court regarding the scheduling of the hearing. I am informed, and based thereon believe, that prior counsel did not receive any such calls.

11. I also checked with my office staff and my colleague who had appeared in the matter prior to me and am informed, and based thereon believe, that my firm did not receive notice of the hearing.

12. Based on Mr. Maya's explanation to me that the notice of the hearing was in purportedly in Plaintiffs' papers filed after the Court's Order, it does not appear that Plaintiffs' counsel ever contacted GEO's counsel until the call from Mr. Maya to me, nine minutes before the hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on March 23, 2019, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　/s/ *Stacey H. Wang*
　　　　　　　　　　　　　　　　　　Stacey H. Wang

3
DECLARATION OF STACEY H. WANG

# PROOF OF SERVICE

State of California      )
                         )  ss.
County of Los Angeles    )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 South Hope Street, 8th Floor, Los Angeles, California 90071.

On **March 25, 2019,** I served the document described as DECLARATION OF STACEY H. WANG REGARDING DISCOVERY HEARING ON MARCH 19, 2019 on the interested parties in this action:

**[x] By Electronic Transfer to the CM/ECF System**

    In accordance with Federal Rules of Civil Procedure 5(d) (3), Local Rule 5-3.2, and General Order 07-08, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Central District of California' Case Management and Electronic Case Filing (CM/ECF) system on this date. It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system. The transmission was reported as complete and without error.

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **March 25, 2019,** at Los Angeles, California.

                                                */s/ Elena Zyalyukova*
                                                Elena Zyalyukova

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450

4
DECLARATION OF STACEY H. WANG