UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 17-02514-JGB (SHKx) | Date: | April 11, 2019 |
|---|---|---|---|

Title: *Raul Novoa v. The GEO Group, Inc.*

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Theodore W. Maya | Stacey Wang |
| Andrew Free | |

**Proceedings:** TELEPHONIC PROCEEDINGS RE: DISCOVERY DISPUTE

At the request of the parties, the Court held a telephonic conference regarding a discovery dispute, specifically the timeframe for completing the production of documents. Attorneys Andrew Free and Theodore W. Maya appeared on behalf of plaintiffs. Attorney Stacey Wang appeared on behalf of defendant. Following discussion between the Court and counsel, the Court determined that at this time the deadline for production of documents is premature. However, the Court will revisit the issue until the scheduled hearing of April 25, 2019. Until then, the parties are to file a protective order by April 12, 2019.

As such, the Court will take the matter under submission until after the scheduled April 25, 2019 hearing.

**IT IS SO ORDERED.**

| Page 1 | CIVIL MINUTES—GENERAL | Initials of Deputy Clerk | DC |
|---|---|---|---|
| | | Time in Court | 35 |