Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Theodore W Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone:  (310) 474-9111
Fax:  (310) 474-8585

Counsel for Plaintiffs
*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA** and **JAIME CAMPOS FUENTES**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Case No. 5:17-cv-02514-JGB-SHKx<br><br>**PLAINTIFFS' STATEMENT RE PROTECTIVE ORDER**<br><br>[Discovery Dispute]<br><br>Hon. Shashi H. Kewalramani, presiding |

1

1    Plaintiffs hoped to submit a joint protective order with Defendant that would
2    substantially match the one the parties previously spent months negotiating.  However,
3    following the Court's April 11, 2019 Order requiring the parties to submit such a
4    protective order today, April 12 (Dkt. 144), counsel for GEO returned to Plaintiffs'
5    counsel an edited version of the previously agreed-upon protective order, which
6    included revisions that would allow U.S. Immigration and Customs Enforcement
7    ("ICE") to dictate the scope and pace of discovery in this litigation.  *See* Exhibit 2:
8    L.Wright Ltr. to S.Wang.

9    Accordingly, Plaintiffs hereby submit the protective order previously negotiated
10   by the parties in this litigation.  *See* Exhibit 1, Proposed Protective Order. Plaintiffs and
11   GEO reached agreement on this protective order as of February 28, 2019.

12   While the protective order submitted as Exhibit 1 was under negotiation, GEO
13   negotiated another protective order in *Menocal v. The GEO Group*, Inc., Case No. 14-cv-
14   02887 (D. Colo.).  Accordingly, GEO requested that Plaintiffs in this case wait to enter
15   a protective order until the *Menocal* protective order was negotiated, so that the two
16   protective orders would be similar.  Plaintiffs, in good faith, agreed to GEO's request.
17   GEO and the *Menocal* plaintiffs entered their Amended Stipulated Protective Order
18   Concerning Confidential Information on November 26, 2018.

19   GEO now contends that the protective order in this case — unlike the protective
20   order in *Menocal* — is subject to edits, input, and control by its contracting partner, ICE.
21   There is no basis in the law for GEO's position that ICE may dictate the scope or pace
22   of discovery in this litigation.  *See* Exhibit 2, 4/12/19 L.Wright Ltr. to S.Wang, at 1.

23   Accordingly, Plaintiffs respectfully request that the Court enter the protective
24   order as negotiated by the Parties in this case on February 28, 2019.  Alternatively,

Plaintiffs request that the matter be added to the agenda for decision at the upcoming hearing on April 25.

Dated: April 12, 2019        /s/ *Theodore Maya*
Robert Ahdoot (CA Bar # 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Theodore W Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone:  (310) 474-9111
Fax:  (310) 474-8585

Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
LA Bar # 30002
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
LA Bar # 37926
C. Jacob Gower (admitted *pro hac vice*)
jgower@burnscharest.com
LA Bar # 34564
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

R. Andrew Free (admitted *pro hac vice*)
andrew@immigrantcivilrights.com
TN Bar # 030513
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959

Nicole Ramos (admitted *pro hac vice*)
nicole@alotrolado.org
NY Bar # 4660445
**AL OTRO LADO**
511 E. San Ysidro Blvd., # 333
San Ysidro, CA 92173
Telephone: (619) 786-4866

Will Thompson (CA Bar # 289012)
wthompson@burnscharest.com
Warren Burns (admitted *pro hac vice*)
wburns@burnscharest.com
TX Bar # 24053119
Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

*Attorneys for Plaintiffs.*