UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **5:17-cv-02514-JGB-SHK** | Date: | April 16, 2019 |
|---|---|---|---|
| Title: | ***Raul Novoa v. The GEO Group, Inc.*** | | |

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER RE: PROTECTIVE ORDERS**

  The above matter is currently scheduled for a discovery hearing on April 25, 2019.  In addition to the pending discovery issues, the Court would like to further discuss the recently filed protective orders at the scheduled hearing.  If the Plaintiff or Defendant has not yet provided their red-line word format version to SHK_Chambers@cacd.uscourts.gov, then they must do so no later than **April 19, 2019**.  In addition to their individual red-line versions, the parties must also submit, no later than **April 22, 2019**, a single draft protective order incorporating the red-lined changes in both of the individual versions, thereby containing both parties' requested modifications in one document.

  The parties are reminded that the red-line versions must be based on the model protective order on the Court's website and reflect all changes the party seeks to make to the model order.  The parties may obtain the model protective order on the Court's website located under Magistrate Judge Kewalramani's procedures and schedules.

  Lastly, all proposed orders approving stipulated protective orders shall be submitted in Microsoft Word format with the full text of the stipulated protective order.

  **IT IS SO ORDERED.**