Name and address:

Shannon R. Armstrong
Holland & Knight LLP
2300 US Bancorp Tower
111 SW 5th Ave.
Portland, OR 97204

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Raul Novoa, individually and on behalf of all others similarly situated, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 5:17-cv-02514-JGB-SHK |
| v. | |
| The GEO Group, Inc. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Armstrong, Shannon R.                              of

*Applicant's Name (Last Name, First Name & Middle Initial)*

503-517-2924            503-241-8014

*Telephone Number*        *Fax Number*

Shannon.Armstrong@hklaw.com

*E-Mail Address*

Holland & Knight LLP
2300 US Bancorp Tower
111 SW 5th Ave.
Portland, OR 97204

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

The GEO Group, Inc.

*Name(s) of Party(ies) Represented*                  ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Wang, Stacey H.                              of

*Designee's Name (Last Name, First Name & Middle Initial)*

245195        (213) 896-2480        (213) 896-2450

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

stacey.wang@hklaw.com

*E-Mail Address*

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application: _____

    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**

G–64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1