Name and address:
Shannon R. Armstrong
Holland & Knight LLP
2300 US Bancorp Tower
111 SW 5th Ave.
Portland, OR 97204

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raul Novoa, individually and on behalf of all others similarly situated,<br><br>v.<br>Plaintiff(s)<br><br>The GEO Group, Inc.<br><br>Defendant(s). | CASE NUMBER<br>5:17-cv-02514-JGB-SHK<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Armstrong, Shannon R.
*Applicant's Name (Last Name, First Name & Middle Initial)*

503-517-2924  *Telephone Number*   503-241-8014  *Fax Number*

Shannon.Armstrong@hklaw.com
*E-Mail Address*

of Holland & Knight LLP
2300 US Bancorp Tower
111 SW 5th Ave.
Portland, OR 97204
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

The GEO Group, Inc.

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Wang, Stacey H.
*Designee's Name (Last Name, First Name & Middle Initial)*

245195  *Designee's Cal. Bar No.*   (213) 896-2480  *Telephone Number*   (213) 896-2450  *Fax Number*

stacey.wang@hklaw.com
*E-Mail Address*

of Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated   April 22, 2019

*U.S. District Judge*