# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 17-02514-JGB (SHKx)** | Date: | April 25,2019 |
| Title: | ***Raul Novoa v. The GEO Group, Inc.*** | | |

Present: The Honorable    Shashi H. Kewalramani, United States Magistrate Judge

| | |
|---|---|
| D. Castellanos | Court Smart No. 3 |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Andrew Free | Stacey Wang |
| Theodore Maya | |

**Proceedings:** **RE: MOTION FOR ORDER REGARDING DEFENDANT'S ABILITY TO REDACT AND WITHHOLD DOCMENTS [ECF NO. 118] AND PROTECTIVE ORDERS**

The Court held a hearing regarding Plaintiff's Motion for Order Regarding Defendant's Ability to Redact and Withhold Documents. Electronic Case Filing Number ("ECF No.") 118, Motion, and also addressed the protective order for this matter.  Attorney Andrew Free and Theodore Maya appeared on behalf of plaintiff.  Attorney Stacey Wang appeared for Defendants. For the reasons set forth in the hearing, at this stage, Plaintiff's motion to compel the production of documents without any redactions based on relevancy is DENIED, WITHOUT PREJUDICE.  The Court will separately issue a protective order based upon the terms agreed to by the parties and as discussed in court.  If Plaintiffs seek to re-assert the motion based on improper redactions based on relevancy, they may do so at a later date.  Defense counsel is to contact the Plaintiffs no later than Tuesday, April 30, 2019 to provide a timeframe as to when the documents will be produced along with any accompanying log identifying the items redacted or otherwise withheld based on any claim of a privilege or other doctrine.

   **IT IS SO ORDERED**

| | | |
|---|---|---|
| Page **1** | CIVIL MINUTES—GENERAL | |
| | | Initials of Deputy Clerk | DC |
| | | Time in Court | 1 : 55 |