Name and address:

J. Matthew Donohue
Holland & Knight LLP
2300 U.S. Bancorp Tower
111 S.W. 5th Ave.
Portland, Oregon 97204

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Raul Novoa, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

The GEO Group, Inc.

Defendant(s),

CASE NUMBER

5:17-cv-02514-JGB-SHK

**APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE
*PRO HAC VICE***

## INSTRUCTIONS FOR APPLICANTS

(1)  *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.  **ELECTRONIC SIGNATURES ARE NOT ACCEPTED**.  Space to supplement responses is provided in Section IV.  The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application.  Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2)  *Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $400 fee.**  (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status.  See L.R. 83-2.1.4.)  A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address.  L.R. 5-4.4.2.*

## SECTION I - INFORMATION

Donohue, John M.

*Applicant's Name (Last Name, First Name & Middle Initial)*          check here if federal government attorney ☐

Holland & Knight LLP

*Firm/Agency Name*

| 2300 U.S. Bancorp Tower | (503) 517-2913 | (503) 241-8014 |
|---|---|---|
| 111 S.W. 5th Ave. | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Portland, OR 97204 | Matt.Donohue@hklaw.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

The GEO Group, Inc.      ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership.  Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Oregon State Bar | 9/28/2006 | Yes |
| U.S. District Court Oregon | 11/20/2006 | Yes |
| See Section IV | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

n/a

Has the applicant previously registered as a CM/ECF user in the Central District of California?  ☐ Yes  ☒ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?  ☐ Yes  ☐ No

_____
*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case.*

**SECTION II - CERTIFICATION**

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California.  I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  5/29/2019 _____

J. Matthew Donohue _____
*Applicant's Name (please type or print)*

_____
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Wang, Stacey H.
_____
*Designee's Name (Last Name, First Name & Middle Initial)*

Holland & Knight LLP
_____
*Firm/Agency Name*

400 South Hope Street, 8th Floor
_____

*Street Address*

Los Angeles, California, 90071
_____
*City, State, Zip Code*

(213) 896-2480 _____   (213) 896-2450 _____
*Telephone Number*              *Fax Number*

stacey.wang@hklaw.com
_____
*E-mail Address*

245195
_____
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated  6/6/2019 _____      Stacey H. Wang
                                *Designee's Name (please type or print)*

                                _____
                                *Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

| Name of Court | Date of Admission | Active Member in Good Standing |
|---|---|---|
| Washington State Bar | 9/11/2017 | Yes |
| New York State Bar | 1/26/1999 | Yes |
| U.S. District Court N. NY | 8/21/2002 | Yes |
| U.S. Court of Appeals for the Ninth Circuit | 2/14/2019 | Yes |



STATE OF OREGON

# SUPREME COURT

SALEM

In the Matter of the Admission of

### J. MATTHEW DONOHUE

as an Attorney of this Court.

        I, as State Court Administrator of the State of Oregon, certify that on the 28th day of September, 2006,

### J. MATTHEW DONOHUE

was admitted to the practice of law in the Supreme Court and all other courts in the State of Oregon, and is now an attorney in good standing.

May 13, 2019.

NANCY COZINE
State Court Administrator



Authorized Representative



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

---

*I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

# John Matthew Donohue

*having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **26th day of January, 1999**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.*

*In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **16th day of May, 2019**.*



*Robert D Mayberger*

*Clerk*

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 52455 |
| | ) | |
| OF | ) | **CERTIFICATE** |
| | ) | |
| JOHN MATTHEW DONOHUE | ) | **OF** |
| | ) | |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |
| | ) | |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**JOHN MATTHEW DONOHUE**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on September 11, 2017, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 20th day of May, 2019.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court