Name and address:
J. Matthew Donohue
Holland & Knight LLP
2300 US Bancorp Tower
111 SW 5th Ave.
Portland, OR 97204

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raul Novoa, individually and on behalf of all others similarly situated,<br><br>v.                                                        Plaintiff(s)<br><br>The GEO Group, Inc.<br><br>                                                         Defendant(s). | CASE NUMBER<br>5:17-cv-02514-JGB-SHK<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Donohue, John M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(503) 517-2913            (503) 241-8014
*Telephone Number*         *Fax Number*

Matt.Donohue@hklaw.com
*E-Mail Address*

of Holland & Knight LLP
2300 US Bancorp Tower
111 SW 5th Ave.
Portland, OR 97204
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
The GEO Group, Inc.

*Name(s) of Party(ies) Represented*          ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

and designating as Local Counsel
Wang, Stacey H.
*Designee's Name (Last Name, First Name & Middle Initial)*

245195            (213) 896-2480        (213) 896-2450
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

stacey.wang@hklaw.com
*E-Mail Address*

of Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____                                      _____
                                                               **U.S. District Judge/U.S. Magistrate Judge**