Name and address:
J. Matthew Donohue
Holland & Knight LLP
2300 U.S. Bancorp Tower
111 S.W. 5th Avenue
Portland, Oregon 97204

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raul Novoa, individually and on behalf of all others similarly situated,. <br><br> Plaintiff(s) <br><br> v. <br><br> The GEO Group, Inc.. <br><br> Defendant(s). | CASE NUMBER <br> 5:17-cv-02514-JGB-SHK <br><br> ORDER ON APPLICATION <br> OF NON-RESIDENT ATTORNEY TO APPEAR <br> IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Donohue, John M.    of    Holland & Knight LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    2300 U.S. Bancorp Tower

(503) 517-2913    (503) 241-8014    111 S.W. 5th Avenue
*Telephone Number*    *Fax Number*    Portland, Oregon 97204

matt.donohue@hklaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
The GEO Group, Inc.

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

and designating as Local Counsel

Wang, Stacey H.    of    Holland & Knight LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    400 South Hope Street, 8th Floor

24519    (213) 896-2480    (213) 896-2450    Los Angeles, California 90071
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

stacey.wang@hklaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated   June 6, 2019

U.S. District Judge/U.S. Magistrate Judge


American LegalNet, Inc.
www.FormsWorkFlow.com