Stacey H. Wang (SBN 245195)

Holland & Knight LLP

400 South Hope Street, 8th Floor

Los Angeles, CA 90071

Telephone: (213) 896-2400
Facsimile: (213) 896-2450

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| RAUL NOVOA and JAIME FUENTES, individually and on behalf of all others similarly situated | CASE NUMBER: 5:17-CV-02514-JGB-SHKx |
|---|---|
| Plaintiff(s) v. | |
| The GEO Group, Inc. | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

The Court hereby orders that the request of:

The GEO Group, Inc. _____  ☐ Plaintiff  ☒ Defendant  ☐ Other _____
*Name of Party*

to substitute  n/a _____  who is

☐ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

_____
*Street Address*

_____          _____
*City, State, Zip*                         *E-Mail Address*

_____          _____          _____
*Telephone Number*              *Fax Number*                *State Bar Number*

as attorney of record instead of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

Stacey H. Wang; John M. Donohue (pro hac vice); Shannon L. Armstrong (pro hac vice); Carolyn P. Short  (pro hac vice)

**is hereby**    ☐ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  _____          _____

                                        U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (09/17)        **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**



American LegalNet, Inc.
www.FormsWorkFlow.com