Stacey H. Wang (SBN 245195)

Holland & Knight LLP

400 South Hope Street, 8th Floor

Los Angeles, CA 90071

Telephone: (213) 896-2400
Facsimile: (213) 896-2450

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL NOVOA and JAIME FUENTES, individually and on behalf of all others similarly situated<br><br>Plaintiff(s)<br>v.<br><br>The GEO Group, Inc.<br><br>Defendant(s) | CASE NUMBER:<br>5:17-CV-02514-JGB-SHKx<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

The GEO Group, Inc.     ☐ Plaintiff   ☒ Defendant   ☐ Other
*Name of Party*

to substitute  n/a                                                                            who is

☐ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

*Street Address*

*City, State, Zip*                                                         *E-Mail Address*

*Telephone Number*                  *Fax Number*                  *State Bar Number*

as attorney of record instead of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

Stacey H. Wang; John M. Donohue (pro hac vice); Shannon L. Armstrong (pro hac vice); Carolyn P. Short (pro hac vice)

**is hereby**    ☒ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  August 6, 2019                                  _____
                                                        U. S. District Judge

G–01 ORDER (09/17)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY

American LegalNet, Inc.
www.FormsWorkFlow.com