Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

Counsel for Plaintiffs
**Additional Counsel on Signature Page.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA** and **JAIME CAMPOS FUENTES**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO AMEND THE SCHEDULING ORDER AND TO AMEND THE PLEADINGS**<br><br>Date: September 16, 2019<br>Time: 9:00 a.m.<br>Courtroom: 1<br>Judge: The Honorable Jesus G. Bernal |

This matter having come before the Court upon Plaintiffs' Motion for Leave to Amend the Scheduling Order and to Amend the Pleadings, and good cause being shown,

It is hereby ORDERED that the Motion is GRANTED. The Court hereby orders

1

5:17-cv-02514-JGB

that Plaintiffs may be permitted to enter Plaintiffs' Third Amended Complaint into the record.

**IT IS SO ORDERED.**

Dated: this _____ day of _____ , 2019.

_____
Hon. Jesus G. Bernal
United States District Judge