Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

Counsel for Plaintiffs
**Additional Counsel on Signature Page.**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA** and **JAIME CAMPOS FUENTES**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY THE SCHEDULING ORDER**<br><br>SAC Filed: December 24, 2018<br>Current Trial Date: February 25, 2020<br>Proposed Trial Date: June 24, 2020 |

The Court, having considered the Parties' Stipulation to Modify the Scheduling Order, and good cause appearing therefore, hereby approves the Stipulation and orders the Scheduling Order modified as follows:

1

5:17-cv-02514-JGB

| Event | Deadline |
|---|---|
| Expert Disclosure (Initial) | January 15, 2020 |
| Expert Disclosure (Rebuttal) | January 29, 2020 |
| All Discovery Cutoff (including hearing discovery motions) | February 12, 2020 |
| Last Date to Conduct Settlement Conference | March 12, 2020 |
| Last Date to Hear Non-Discovery Motions | April 30, 2020 |
| Final Pretrial Conference and Hearings on Motions *in Limine* | June 9, 2020 at 11:00 a.m. |
| Trial Date | June 24, 2020 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: this _____ day of _____ , 2019.

_____
Hon. Jesus G. Bernal
United States District Judge

2

5:17-cv-02514-JGB