**AKERMAN LLP**
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>        Defendants. | Case No.  5:17-cv-02514-JGB-SHKx<br>Assigned to Hon. Jesus G. Bernal<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE SCHEDULING ORDER AND TO AMEND THE PLEADINGS** |
| THE GEO GROUP, INC.,<br><br>        Counter-Claimant,<br><br>v.<br><br>RAUL NOVOA, individually and on behalf of all others similarly situated,<br><br>        Counter-Defendant. | Date: September 16, 2019<br>Time: 9:00 a.m.<br>Courtroom: 1<br>Judge: The Honorable Jesus G. Bernal |

Case No. 5:17-cv-02514-JGB-SHKx

**[PROPOSED] ORDER**

49960154;2

This matter having come before the Court upon Plaintiffs' Motion for Leave to Amend the Scheduling Order and to Amend the Pleadings, it is hereby ORDERED that Plaintiffs' Motion is DENIED.

**IT IS SO ORDERED.**

Dated: this _____ day of _____, 2019.

_____
Honorable Jesus G. Bernal
United States District Judge

**AKERMAN LLP**
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

Case No. 5:17-cv-02514-JGB-SHKx

**[PROPOSED] ORDER**

49960154;2