Name and address:
Steven P. Gallagher (SBN 302881)
AKERMAN LLP
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500; Facsimile: (213) 627-6342
Email: steven.gallagher@akerman.com
Counsel for Defendant and Counter-Claimant The GEO Group, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raul Novoa and Jaime Campos Fuentes, individually and on behalf of all others similarly situated, <br> v.     PLAINTIFF(S) <br><br> The GEO Group, Inc., <br><br> DEFENDANT(S) | CASE NUMBER: <br><br> 5:17-cv-02514-JGB-SHK <br><br><br> NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL |

## INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note:** In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance or Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.

## SECTION I - IDENTIFYING INFORMATION

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Steven P. Gallagher     CA Bar Number: 302881

Firm or agency: Akerman LLP

Address: 601 West Fifth Street, Suite 300, Los Angeles, California 90071

Telephone Number: (213) 688-9500     Fax Number: (213) 627-6342

Email: steven.gallagher@akerman.com

Counsel of record for the following party or parties: Defendant and Counter-Claimant The GEO Group, Inc.

## SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____.

☒ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

☐ By order of the court dated _____ in case number _____ (see attached copy), the attorney listed above may appear in this case without applying for admission to practice *pro hac vice*.

☐ This case was transferred to this district by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 from the _____ District of _____, where it was assigned case number _____. The attorney listed above is counsel of record in this case in the transferee district, and is permitted by the rules of the JPML to continue to represent his or her client in this district without applying for admission to practice *pro hac vice* and without the appointment of local counsel.

☐ On _____, the attorney listed above was granted permission to appear in this case *pro hac vice* before the Bankruptcy Court, and L.Bankr.R. 8 authorizes the continuation of that representation in this case before the District Court.

*In addition, if this is a criminal case, please check the applicable box below. The attorney listed above is:*

☐ USAO   ☐ FPDO   ☐ CJA Appointment   ☐ Pro Bono   ☐ Retained

## SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

***Notices of Electronic Filing will be terminated***. *Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: _____.

☐ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.
*(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____.

☐ The attorney named above was appointed on appeal and the appeal has been adjudicated. Date the mandate was filed: _____.

## SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date: 08/08/2019

Signature: /s/ Steven P. Gallagher

Name: Steven P. Gallagher

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 601 West Fifth Street, Suite 300, Los Angeles, California 90071.

On August 26, 2019, I served the NOTICE OF APPEARANCE OF COUNSEL (STEVEN P. GALLAGHER) on the below listed interested parties as follows:

☒ **(CM/ECF Electronic Filing):** I caused the above documents to be transmitted to the offices of the addressees listed below by electronic mail at the e-mail addresses set forth pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

| | |
|---|---|
| Korey A. Nelson (admitted pro hac vice)<br>knelson@burnscharest.com<br>Lydia A. Wright (admitted pro hac vice)<br>lwright@burnscharest.com<br>BURNS CHAREST LLP<br>365 Canal Street, Suite 1170<br>New Orleans, Louisiana 70130<br>Telephone: (504) 799-2845<br>Facsimile: (504) 881-1765<br><br>R. Andrew Free (admitted pro hac vice)<br>andrew@immigrantcivilrights.com<br>TN Bar # 030513<br>LAW OFFICE OF R. ANDREW FREE<br>P.O. Box 90568<br>Nashville, Tennessee 37209<br>Telephone: (844) 321-3221<br>Facsimile: (615) 829-8959<br><br>Nicole Ramos (admitted pro hac vice)<br>nicole@alotrolado.org<br>NY Bar # 4660445<br>AL OTRO LADO<br>511 E. San Ysidro Blvd., # 333<br>San Ysidro, California 92173<br>Telephone: (619) 786-4866 | *Attorneys for Plaintiff*<br>Raul Novoa an Jaime Campos Fuentes, individually and on behalf of all others similarly situated |

```
Robert Ahdoot (CA Bar # 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Theodore W Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com
AHDOOT & WOLFSON, PC
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone:  (310) 474-9111
Facsimile:   (310) 474-8585

Will Thompson (CA Bar # 289012)
wthompson@burnscharest.com
Warren Burns (admitted pro hac vice)
wburns@burnscharest.com
TX Bar # 24053119
Daniel H. Charest (admitted pro hac vice)
dcharest@burnscharest.com
TX Bar # 24057803
BURNS CHAREST LLP
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile:  (469) 444-5002
```

    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

    Executed on August 26, 2019, at Los Angeles, California.

*/s/ Carmen Chavez*
Carmen Chavez