UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 17-02514-JGB (SHKx)** | Date: | August 28, 2019 |
|---|---|---|---|

Title:    ***Raul Novoa v. The GEO Group, Inc.***

Present: The Honorable    Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Court Smart |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):          Attorney(s) Present for Defendant(s):

Theodore W. Maya                    Damien DeLaney

**Proceedings:    TELEPHONIC PROCEEDINGS RE:  INFORMAL DISCOVERY
DISPUTE**

At the request of the parties, the Court held a telephonic conference regarding a discovery dispute.  Attorney Theodore W. Maya appeared on behalf of plaintiffs.  Attorney Damien DeLaney appeared on behalf of defendant.  Following discussion between the Court and counsel, the Court set the following on the record:

1.)    Defense counsel is to provide a date by which the amended responses are to be provide to opposing counsel no later than close of business on Thursday, August 29, 2019.

2.)    The parties are to provide their Rule 37 Joint Stipulation to the Court no later than 12:00 p.m.  September 3, 2019.

3.)    The Court sets a hearing for September 4, 2019 at 1:00 p.m. in the Riverside Courthouse.

**IT IS SO ORDERED.**

| Page **1** | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk | DC |
|---|---|---|---|
| | | Time in Court | 22 mins |