Tina Wolfson, SBN 174806
twolfson@ahdootwolfson.com
Theodore Maya, SBN 223242
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024
Tel: 310-474-9111; Fax: 310-474-8585

Counsel for Plaintiffs
*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA** and **JAIME CAMPOS FUENTES**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**NOTICE OF MOTION TO COMPEL DISCOVERY RESPONSES**<br><br>Hearing Date: Sept 4, 2019<br>Time: 1:00 p.m.<br><br>Discovery Cutoff Date: Oct. 15, 2019<br>Pretrial Conf. Date: February 10, 2020<br>Trial Date: February 25, 2020<br><br>The Honorable Shashi Kewalramani |

# NOTICE OF MOTION

In accordance with the Court's order during the pre-motion teleconference held in this matter on August 28, 2019, the Honorable Magistrate Judge Shashi Kewalramani, presiding, Plaintiffs hereby move to compel further responses to their Requests for Production, as explained in further detail in the accompanying Joint Stipulation. The Court will hear this motion on September 4, 2019, at 1:00 p.m., the Honorable Magistrate Judge Shashi Kewalramani, presiding.

The Motion follows the pre-motion conference held by the Court on August 28, 2019, and multiple conferences of counsel concerning these issues. This Motion is based on this Notice of Motion, the accompanying Joint Stipulation, the anticipated arguments of counsel at the hearing, the files and pleadings in this action, and any matter the Court may deem appropriate.

Dated: September 2, 2019 　　　/s/ *Theodore Maya*
Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Theodore W. Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone: (310) 474-9111
Fax: (310) 474-8585

Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
LA Bar # 30002
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
LA Bar # 37926
C. Jacob Gower (admitted *pro hac vice*)
jgower@burnscharest.com
LA Bar # 34564
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130

Telephone: (504) 799-2845
Facsimile: (504) 881-1765

R. Andrew Free (admitted *pro hac vice*)
andrew@immigrantcivilrights.com
TN Bar # 030513
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959

Nicole Ramos (admitted *pro hac vice*)
nicole@alotrolado.org
NY Bar # 4660445
**AL OTRO LADO**
511 E. San Ysidro Blvd., # 333
San Ysidro, CA 92173
Telephone: (619) 786-4866

Will Thompson (CA Bar # 289012)
wthompson@burnscharest.com
Warren Burns (admitted *pro hac vice*)
wburns@burnscharest.com
TX Bar # 24053119
Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

**Attorneys for Plaintiffs.**