# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA** and **JAIME CAMPOS FUENTES**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**ORDER GRANTING STIPULATION TO MODIFY THE SCHEDULING ORDER**<br><br>SAC Filed: December 24, 2018<br>Current Trial Date: February 25, 2020<br>Proposed Trial Date: **June 23, 2020**<br><br>Note Changes made by Court |

The Court, having considered the Parties' Stipulation to Modify the Scheduling Order, and good cause appearing therefore, hereby approves the Stipulation and orders the Scheduling Order modified as follows:

| Event | Deadline |
|---|---|

| | |
|---|---|
| Expert Disclosure (Initial) | January 15, 2020 |
| Expert Disclosure (Rebuttal) | January 29, 2020 |
| All Discovery Cutoff (including hearing discovery motions) | February 12, 2020 |
| Last Date to Conduct Settlement Conference | March 12, 2020 |
| Last Date to Hear Non-Discovery Motions | April 30, 2020 |
| Final Pretrial Conference and Hearings on Motions *in Limine* | **June 8, 2020** at 11:00 a.m. |
| Trial Date | **June 23, 2020** at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: this 30th day of August, 2019.

Hon. Jesus G. Bernal
United States District Judge

2

5:17-cv-02514-JGB