# EXHIBIT A

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA** and **JAIME CAMPOS FUENTES**, individually and on behalf of all others similarly situated, *Plaintiffs*, v. **THE GEO GROUP, INC.**, *Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx |

| Summary of proposed changes to the Second Amended Complaint ("SAC") ||
|---|---|
| **Page and Line** | **Amendment** |
| Third Amended Complaint ("TAC") 1:26-2:2 (¶ 1) | Change facility name to Adelanto ICE Processing Center |
| TAC 1:13-15; 4:3-5; 5:25-6:5; 28:6-31:21 (¶¶ 11; 19; 135-156) | Add allegations pertaining to Abdiaziz Karim |
| TAC 1:13-15; 4:3-5; 6:6-14; 7:23; 31:23-34:9 (¶¶ 11; 20; 23; 157-172) | Add allegations pertaining to Ramon Mancia |
| TAC 2:2-3; 2:7-11; 3:1-21 (¶¶ 1; 3; 7; 8; 9) | Add allegations regarding GEO's ownership and operation of at least fourteen civil immigration detention centers nationwide |
| TAC 6:19-20; 9:5; 9:15-18 (¶¶ 21; 31; 33) | Add or amplify allegations regarding GEO's profit model |
| TAC 9:11; 16:17-21; 16:23; 46:15-47:6 (¶¶ 32; 64; 224) | Add or amplify allegations regarding GEO's policy and practice of threatening detained immigrants with serious harm and abuse of legal process |
| TAC 11:11-12:3 (¶ 42) | Add or amplify allegations regarding conditions of confinement and detained immigrant deaths at Adelanto |
| TAC 12:21-22 (¶ 46) | Add allegations regarding the Work Program |

| | |
|---|---|
| TAC 2:13-18; 5:19; 13:3-16:6; 16:16; 26:5-6; 46:15-47:6<br>(¶¶ 4; 5; 18, 48-60; 63; 122; 224) | Add allegations regarding GEO's Uncompensated Work Program |
| TAC 16:23-21:13; 24:15-19; 25:7-22; 46:15-47:6<br>(¶¶ 66-91; 111; 123-125 224) | Add allegations regarding GEO's Housing Unit Sanitation Policies ("HUSPs") |
| TAC 34:18-41:15<br>(¶¶ 174-189) | Amend class definition; add definitions of California Forced Labor Class, Adelanto Forced Labor Class and Nationwide HUSP Class; add discussion of Rule 23 class certification requirements |
| TAC 42:1-6<br>(¶ 191) | Update California minimum wage figures for 2011-2019 |
| TAC 43:13-14; 47:23-48:2; 55:11-56:5<br>(¶¶ 202; 229-230) | Clarify requested relief |
| TAC 48:7-50:21; 51:19-20<br>(¶¶ 231-243; 248) | Add claim for violation of federal forced labor statute |
| TAC 52:8-55:9<br>(¶¶ 253-273) | Incorporate previously filed claim for retaliation |
| Throughout | Change "detainees" to "detained immigrants" |
| Throughout | Change "Adelanto Facility" to "Adelanto" |