UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 17-02514-JGB (SHKx) | Date: | September 4, 2019 |
| Title: | *Raul Novoa v. The GEO Group, Inc.* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Court Smart RS-4 |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Theodore W. Maya<br>Robert Andrew Free (Telephonic) | Damien DeLaney |

**Proceedings:**   **Discovery Hearing**

   The Court held a continued conference regarding a discovery dispute.  Attorney Theodore W. Maya appeared on behalf of Plaintiffs and Robert Andrew Free appeared by telephone.  Attorney Damien DeLaney appeared on behalf of Defendants.  Following discussion between the Court and counsel, the parties proceeded to discuss specific RFPs at issue off the record.  After their brief discussions amongst themselves, the parties were able to resolve several RFPs as identified on the record.

   With respect to the remaining RFPs as identified on the record, the Court sets a further hearing for **Monday, September 16, 2019 at 1:00 p.m**.

**IT IS SO ORDERED.**