UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 17-02514-JGB (SHKx) | Date: | September 16, 2019 |
|---|---|---|---|
| Title: | *Raul Novoa et al. v. The GEO Group, Inc.* | | |

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Court Smart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Theodore W. Maya<br>Robert Andrew Free (Telephonic) | Damien DeLaney |

**Proceedings:**

    The Court held a continued conference as previously scheduled regarding the remaining RFP issues. Attorney Theodore W. Maya appeared on behalf of Plaintiffs and Robert Andrew Free appeared by telephone. Attorney Damien DeLaney appeared on behalf of Defendants. Following discussion between the Court and counsel, the Court issued its tentative ruling on several of the RFPs on the record.

    With respect to the remaining RFPs as identified on the record, the Court sets a further hearing for **Friday, September 27, 2019 at 2:30 p.m.**

**IT IS SO ORDERED.**

| Initials of Deputy Clerk | DC |
|---|---|
| Time in Court | 2:15 |