**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION**

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> **THE GEO GROUP, INC.**, <br><br> *Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx <br><br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND PAGE LIMITS AND SET BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

The Court, having considered the Parties' Stipulation to Exceed Page Length and Set Briefing Schedule for Plaintiffs' Motion for Class Certification, and good cause appearing therefore, hereby approves the Stipulation and ORDERS as follows:

Plaintiffs may file a memorandum of points and authorities up to 35 pages in support of their Motion for Class Certification. Defendant may file a memorandum of points and authorities up to 35 pages in opposition to the Motion, and Plaintiffs may file a reply up to 22 pages in further support of their Motion.

It is further ORDERED that Defendant may file its opposition papers within 30 days after Plaintiffs file the Motion, and Plaintiffs may file their reply within 14 days after that.

**IT IS SO ORDERED.**


Dated: this _____ day of _____ , 2019.

5:17-cv-02514-JGB-SHK

Hon. Jesus G. Bernal
United States District Judge