Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

Counsel for Plaintiffs
***Additional Counsel on Signature Page***

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Date: November 18, 2019<br>Time: 9:00 a.m.<br>Courtroom: 1<br>Judge: The Honorable Jesus G. Bernal |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on a date and at a time to be determined by the Court, at the United States District Court for the Central District of California, 3470 Twelfth Street Riverside, CA 92501-3801, in the Courtroom of the Honorable Judge Jesus G. Bernal, Courtroom 1, Plaintiffs will, and hereby do, move the Court, pursuant to Federal Rule of Civil Procedure 23, for an Order: (1) certifying the proposed classes and designating Raul Novoa, Jaime Campos Fuentes, Abdiaziz Karim, and Ramon

Mancia as class representatives; (2) appointing the law firms of Burns Charest, LLP, Ahdoot and Wolfson, PC, and the Law Office of R. Andrew Free as class counsel; and (3) requiring that notice of this action be provided to the classes.

Submitted herewith in support of Plaintiffs' Motion for Class Certification are (1) the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Class Certification; (2) the Proposed Order Granting Plaintiffs' Motion for Class Certification; (3) the Declaration of Lydia Wright and exhibits thereto; (4) the Declaration of Raul Novoa; (5) the Declaration of Jaime Campos Fuentes, in Spanish and English; (6) the Declaration of Abdiaziz Karim; (7) the Declaration of Ramon Mancia; (8) the Declaration of Gagandeep Marwaha; (9) the Declaration of Fernando Munoz Aguilera, in Spanish and English; (10) the Declaration of Daniel Charest; (11) the Declaration of Tina Wolfson; (12) the Declaration of R. Andrew Free; and (13) the Declaration of Hannah Lopez.

This motion is made following conferences of counsel pursuant to Local Rule 7-3 and Local Rule 79-5.2.2(b).

Dated: September 27, 2019        */s/ Lydia A. Wright*
Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
LA Bar # 30002
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
LA Bar # 37926
C. Jacob Gower (admitted *pro hac vice*)
jgower@burnscharest.com
LA Bar # 34564
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

R. Andrew Free (admitted *pro hac vice*)
andrew@immigrantcivilrights.com
TN Bar # 030513
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959

Nicole Ramos (admitted *pro hac vice*)
nicole@alotrolado.org
NY Bar # 4660445
**AL OTRO LADO**
511 E. San Ysidro Blvd., # 333
San Ysidro, CA 92173
Telephone: (619) 786-4866

Robert Ahdoot (CA Bar # 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Theodore W Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com
Alex R. Straus (CA Bar # 321366)
astraus@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone:  (310) 474-9111
Fax:  (310) 474-8585

Will Thompson (CA Bar # 289012)
wthompson@burnscharest.com
Warren Burns (admitted *pro hac vice*)
wburns@burnscharest.com
TX Bar # 24053119
Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202

PLAINTIFFS' NOTICE OF MOTION AND
MOTION FOR CLASS CERTIFICATION

3

5:17-cv-02514-JGB-SHK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: (469) 904-4550
Facsimile: (469) 444-5002

**Attorneys for Plaintiffs.**

# CERTIFICATE OF SERVICE

On September 27, 2019, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

*/s/ Lydia A. Wright*
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
LA Bar # 37926
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765