TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO CENTRAL DE CALIFORNIA
DIVISIÓN ESTE

| | |
|---|---|
| **RAUL NOVOA,** *et al.,* individualmente y en nombre de todos otros situado de la misma manera,<br><br>*Demandantes,*<br><br>v.<br><br>**THE GEO GROUP, INC.,**<br><br>*Demandado.* | Número de la Demanda Civil<br>5:17-cv-02514 |

## DECLARACION DE JAIME CAMPOS FUENTES

Yo, JAIME CAMPOS FUENTES, declaro como sigue:

1. Yo tengo más que dieciocho años; soy competente para testificar en este asunto, y testifico basado en mi conocimiento personal.

2. Yo soy un ciudadano de El Salvador y estoy buscando asilo en los Estados Unidos.

3. Yo soy un residente del Inglewood, California.

4. Yo entré en el Centro de Tratamiento de ICE en Adelanto (la "Instalación Adelanto") como un detenido civil de inmigración en Diciembre de 2016. El Servicio de Inmigración y Control de Aduanas de los Estados Unidos ("ICE") me ha liberado de la Instalación Adelanto en Enero 2018.

1

5. Al mi ingreso a la Instalación Adelanto, Demandado The GEO Group, Inc. ("GEO") me expidió un "Manual Suplementario de Detenidos."

6. Yo aprendí del Programa del Trabajo a mi ingreso a la Instalación Adelanto y pedí a participar en el programa.

7. Yo trabaje como conserje en el Programa del Trabajo. Como conserje, trabaje en grupos de cinco personas para limpiar a las ventanas, los pisos, las duchas, los baños, y las áreas comunales de la Instalación Adelanto. Trabaje turnos de tres horas, hasta siete días por semana. A veces trabaje turnos múltiples en un mismo día.

8. También, trabaje como un lavandero en el Programa del Trabajo. Como un lavandero, trabaje a ordenar, limpiar, secar, y doblar la ropa y la ropa de cama de los detenidos y en los operaciones de la Instalación. Trabaje turnos de tres horas, hasta cinco días por semana.

9. GEO supervisó y controló todos aspectos de mi trabajo, aportándome con el entrenamiento y el equipo que necesite para hacer mis trabajos en la Instalación Adelanto. A causa de mi estado como detenido, GEO no me permitió a buscar empleo del otro empleador afuera de las paredes de la Instalación Adelanto. A pesar de cuantas horas trabaje en un día o una semana, GEO me pago solo $1.00 por día. A veces me pagaban nada. Otras ocasiones, yo fui pagado con porciones extras de comida.

10. A causa de mi estado como detenido, GEO no me permitió a buscar empleo de otro empleador afuera de las paredes de la Instalación Adelanto.

11. Yo participé en el Programa del Trabajo para comprar necesidades diarias que GEO no me aportó. Dependí de mi salario para comprar comida y artículos de higiene personal del comisario. Temí que si yo paro de participar en el Programa de Trabajo, yo no podría tener acceso a estos necesidades.

12. Yo no gané el salario mínimo por el trabajo que hice en la Instalación Adelanto para GEO.

13. Según mi conocimiento, cientos de detenidos, si no mayor, participaron en el Programa del Trabajo Voluntario durante mi tiempo en la Instalación Adelanto. Creo que otros detenidos hicieron trabajos similares, como en posiciones del servicio de comida, lavandería, la biblioteca, el barbero, y otros posiciones de limpia o mantenimiento. No conozco de un detenido recibiendo más que $1 por día para participar en el Programa del Trabajo Voluntario.

14. Las oficiales de GEO requiere habitualmente que los detenidos limpiar las áreas de la Instalación de Adelanto sin pago. Por ejemplo, las oficiales de GEO nos requeriría a limpiar los baños, duchas, pisos, fregadero, y muebles. Si rechazaríamos a limpiar, las oficiales de GEO nos amenazarían a encerrar en nuestros celdas. A veces, sí lo hagan. Otras ocasiones, las

1  oficiales de GEO amenazan a suspender las visitas legales y personales, o
2  prohibirnos de comunicar con otros inmigrantes detenidos.

3  15. De mi revisión del Manual de Detenidos y mis experiencias como un
4  inmigrante detenido en Adelanto, entendí que los detenidos quien
5  desobedecen a las oficiales de GEO o rechazan a limpiar pueden ser sujeto
6  a acciones disciplinarias, incluyendo confinamiento en solitario.

7  16. Yo entiendo que estoy llevando a cabo este asunto en nombre de todos los
8  detenidos actuales y antiguos en la Instalación Adelanto desde GEO
9  asumió la responsabilidad por la Instalación Adelanto en Mayo 2011, no
10 solamente a mi mismo.

11 17. Yo entiendo que las responsabilidades involucrado en ser ambos un
12 demandante y un representante del clase en este asunto. Estoy preparado
13 a cooperar con mis abogados y a hacer todos mis deberes y obligaciones
14 para asegurar que este asunto es perseguido en el mejor interés de mi
15 mismo y de todos los participantes actuales y antiguos en el Programa del
16 Trabajo Voluntario en la Instalación Adelanto. Yo entiendo que significa
17 que puedo estar requerido a dar una deposición a los abogados de GEO y
18 a responder a otro descubrimiento.

19
20
21
22

5:17-cv-02514-JGB

18. Yo estoy preparado a ayudar en preparaciones por y asistir a un juicio, para testificar, y apoyar a mis abogados como es necesario y a continuar a participar activamente en la dirección del asunto.

Yo declaro bajo pena de perjurio bajo las leyes de los Estados Unidos que lo anterior es verdad y correcto y basado en mi conocimiento personal.

Legalizó en Los Angeles, California en septiembre __16__, 2019.

_____
Jaime Campos Fuentes, Demandante

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, *et al.*, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>*Defendant.* | Civil Action No. 5:17-cv-02514 |

**DECLARATION OF JAIME CAMPOS FUENTES**

I, JAIME CAMPOS FUENTES, declare as follows:

1. I am over the age of eighteen, competent to testify in this matter, and do so based on personal knowledge.

2. I am a citizen of El Salvador and am seeking asylum in the United States.

3. I am a resident of Inglewood, California.

4. I entered the Adelanto ICE Processing Center (the "Adelanto Facility") as a civil immigration detainee in December 2016. United States Immigration and Customs Enforcement ("ICE") released me from the Adelanto Facility in January 2018.

5. Upon my entry to the Adelanto Facility, Defendant The GEO Group, Inc. ("GEO") issued me a "Supplemental Detainee Handbook."

1

6. I learned about the Work Program upon my entry to the Adelanto Facility and requested to take part in the program.

7. I worked as a janitor in the Work Program. As a janitor, I worked in a five-person crew to clean windows, floors, showers, bathrooms, and communal areas in the Adelanto Facility. I worked three-hour shifts, up to seven days per week. Sometimes I worked multiple shifts in a single day.

8. I also worked as a laundry worker in the Work Program. As a laundry worker, I worked to sort, wash, dry, and fold clothing and bedding used by detainees and in Facility operations. I worked three-hour shifts, up to five days per week.

9. GEO supervised and controlled all aspects of my work, providing me with the training and equipment I needed to perform my jobs at the Adelanto Facility. Because of my detainee status, GEO did not permit me to seek employment from another employer outside the walls of the Adelanto Facility. Regardless of how many hours I worked in a day or week, GEO paid me only $1.00 per day. Sometimes I was paid nothing at all. Other times, I was paid with extra portions of food.

10. Because of my detainee status, GEO does not permit me to seek employment from another employer outside the walls of the Adelanto Facility.

11. I participated in the Work Program in order to buy daily necessities that GEO failed to provide for me. I relied on my wages to buy food and personal hygiene items from commissary. I feared that if I stop participating in the Work Program, I would be unable to access those necessities.

12. I did not earn minimum wage for the work I performed at the Adelanto Facility for GEO.

13. To the best of my knowledge, hundreds of detainees, if not more, took part in the Voluntary Work Program while I was the Adelanto Facility. I believe that other detainees performed similar work assignments, as well as jobs in food service, laundry, the library, the barbershop, and other cleaning and maintenance type jobs. I am not aware of any detainee receiving more than $1 per day for participating in the Voluntary Work Program.

14. GEO officials routinely required detainees to clean areas of the Adelanto Facility for no compensation. For example, GEO officials would require us to clean bathrooms, showers, floors, sinks, and furniture. If we refused to clean, GEO officials would threaten to lock us in our cells. Sometimes they actually did so. Other times, GEO officials threaten to suspend our attorney or personal visits, or prohibit us from interacting with other detained immigrants.

15. From my review of the Detainee Handbook and my experience as a detained immigrant at Adelanto, I understood that detainees who disobey GEO officials or refuse to clean can be subject to disciplinary action, including solitary confinement.

16. I understand that I am bringing this case on behalf of all current and former detainees at the Adelanto Facility since GEO assumed responsibility for the Adelanto Facility in May 2011, not just myself.

17. I understand the responsibilities involved in being both a plaintiff and a class representative in this lawsuit. I am prepared to cooperate with my counsel and meet all of my duties and obligations to make sure this lawsuit is pursued in the best interest of myself and all other current and former participants in the Voluntary Work Program at the Adelanto Facility. I understand that means that I may be required to have my deposition taken by GEO's lawyers and respond to other discovery.

18. I am prepared to help prepare for and attend trial, to testify, and assist my attorneys as needed and to continue to participate actively in the direction of this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and based on my personal knowledge.

Executed in Los Angeles, California, on September 16, 2019

[Signature]
Jaime Campos Fuentes, Plaintiff