**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| **RAUL NOVOA,** *et al.,*<br><br>*Plaintiffs,*<br><br>v.<br><br>**THE GEO GROUP, INC.,**<br><br>*Defendant.* | Civil Action No. 5:17-cv-02514 |

## DECLARACIÓN DE FERNANDO MUNOZ AGUILERA

Yo, FERNANDO MUNOZ AGUILERA, declaro como sigue:

1.      Yo tengo más que dieciocho años; soy competente para testificar en este asunto, y testifico basado en mi conocimiento personal.

2.      Yo soy un ciudadano de México y he estado en este país desde el 2002.

3.      Yo soy un residente del El Monte, California.

4.      Yo entré en el Centro de Detención de Adelanto (la "Instalación Adelanto") como un detenido civil de inmigración en enero de 2019, y sigo detenido.

5.      Al mi ingreso a la Instalación Adelanto, Demandado The GEO Group, Inc. ("GEO") me expidió un "Manual de Detenidos."

6.      De mi revisión del Manual del Detenidos, entiendo que los detenidos que desobedecen a los guardias o se niegan a limpiar pueden ser castigados por romper las reglas.

1

DECLARACIÓN DE FERNANDO MUNOZ AGUILERA                5:17-cv-02514-JGB

1    7.    Yo aprendí del Programa del Trabajo a mi ingreso a la Instalación
2    Adelanto y pedí participar en el programa.

3    8.    Yo he trabajado en la cocina en la Instalación Adelanto. En la cocina,
4    ayudé preparar comida, serví comida, y limpiar la cocina. Trabajaba aproximadamente
5    desde las 9:30 a.m. hasta las 3:00 p.m., hasta siete días por semana. Trabajé en la cocina
6    por aproximadamente un mes. Durante mi tiempo en la cocina, me pagaron $ 1.00 por
7    día por mi trabajo.

8    9.    Tambien he trabajado como portero.   Trabajé en un equipo limpiando
9    ventanas, pisos, baños, duchas y áreas comunes en la Instalación Adelanto. Trabajé
10   como portero desde aproximadamente enero 2019 hasta junio 2019.  Durante todo ese
11   tiempo no me pagaron absolutamente nada. Durante ese período, los empleados de
12   GEO me exigieron que trabajara gratis.

13   10.    GEO supervisa y controla todos los aspectos de mi trabajo. GEO me
14   proporcionó el equipo y las herramientas que necesitaba para realizar mi trabajo. GEO
15   me exigió una aplicación para mi trajabo en la cocina. GEO también me exigió que
16   firmara varios documentos en íngles cuando comencé a trabajar en la cocina.

17   11.    Debido a mi estatus de detenido, GEO no me permite buscar empleo de
18   otro empleador fuera de las paredes de la Instalación Adelanto.

19   12.    No importa las horas que trabaje en un día o una semana, GEO me paga
20   solo un $ 1.00 por día, o nada. No gano el salario mínimo por el trabajo que hago en la
21   Instalación Adelanto para GEO.

2
22   DECLARACIÓN DE FERNANDO MUNOZ AGUILERA                    5:17-cv-02514-JGB

13.     Participo en el Programa De Trabajo para comprar las necesidades diarias que GEO no me da. Dependo en mi salario para comprar de la comisaría comida y artículos de higiene personal. Si dejo de participar en el Programa de Trabajo, no tendré acceso a estas necesidades.

14.     Según mi conocimiento, cientos de detenidos, si no más, participan en el Programa de Trabajo. Creo que otros detenidos también hacen trabajos similares, así como trabajos de lavandería, barbería y otros trabajos de limpieza y mantenimiento. No creo que ningún detenido reciba más de $ 1.00 por día por participar en el Programa de Trabajo.

Yo declaro bajo pena de perjurio bajo las leyes de los Estados Unidos que lo anterior es verdad y correcto y basado en mi conocimiento personal.

Legalizó en Adelanto, California en julio __26__, 2019.

_____
Fernando Munoz Aguilera

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

**RAUL NOVOA**, *et al.*,

                              *Plaintiffs*,

v.

**THE GEO GROUP, INC.**,

                              *Defendant*.

Civil Action No. 5:17-cv-02514-JGB-SHKx

## DECLARATION OF FERNANDO MUNOZ AGUILERA

I, FERNANDO MUNOZ AGUILERA, declare as follows:

1.      I am more than eighteen years old; I am competent to testify on this matter, and I make this testimony based on my personal knowledge.

2.      I am a citizen of Mexico and have been in this country since 2002.

3.      I am a resident of El Monte, California.

4.      I arrived at the Adelanto Detention Center (the "Adelanto Facility") as a civil immigrant detainee in January of 2019, and I remain detained.

5.      Upon my entry at the Adelanto Facility, Defendant The GEO Group, Inc. ("GEO") issued to me a "Detainee Manual."

6.      Upon my review of the Detainee Manual, I understand that the detainees that disobey the guards or that refuse to clean can be punished for breaking the rules.

1

7.      I learned of the Work Program upon my arrival at the Adelanto Facility and I asked to participate in the program.

8.      I have worked in the kitchen at the Adelanto Facility. In the kitchen, I helped prepare food, I served food, and cleaned the kitchen. I worked approximately from 9:30 a.m. until 3 p.m., for seven days a week. I worked in the kitchen for approximately one month. During my time in the kitchen, they paid me $1.00 a day for my work.

9.      I also worked at a porter. I worked on a team cleaning windows, floors, toilets, showers and communal areas in the Adelanto Facility. I worked as a porter from approximately January 2019 until June 2019. During all of this time they paid me absolutely nothing. During this period, the GEO employees demanded that I worked for free.

10.      GEO supervised and controlled all aspects of my work. GEO gave me the equipment and the tools that were necessary to complete my work. GEO required an application for my work in the kitchen. GEO also required that I sign various documents in English when I began to work in the kitchen.

11.      Due to my status as a detainee, GEO did not permit me to find employment from another employer outside of the walls of the Adelanto Facility.

2

DECLARATION OF FERNANDO MUNOZ AGUILERA                                               5:17-cv-02514-JGB

12.     Regardless of the hours that I worked in a day or a week, GEO paid me only $1.00 a day, or nothing. I did not receive the minimum wage for the work that I did in the Adelanto Facility for GEO.

13.     I participated in the Work Program in order to buy daily necessities that GEO did not provide. I depended on my wages in order to buy food and personal hygiene products from the commissary. If I stopped working in the Work Program, I wouldn't have access to these necessities.

14.     Based on my knowledge, hundreds of detainees, if not more, participate in the Work Program. I think that other detainees also do similar work, such as laundry work, barber work, and other types of cleaning and maintenance work. I don't believe that any detainee received more than $1.00 a day for participating in the Work Program.

I declare under penalty of perjury under the laws of the United States of America that the previous statements are true and correct and based on my personal knowledge.

Executed in Adelanto, California on July 26, 2019.


    ___[Signature]_____
    Fernando Munoz Aguilera

DECLARATION OF FERNANDO MUNOZ
AGUILERA                                                          5:17-cv-02514-JGB