# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx |

## AFFIDAVIT OF TRANSLATION

I, Hannah C. Lopez, hereby certify that:

1. I am fluent in Spanish and English.

2. I translated the Declaration of Jaime Campos Fuentes from Spanish to English on September 15, 2019. To the best of my knowledge, Mr. Campos Fuentes is a native Spanish speaker and is not fluent in English. The translation is true and accurate to the best of my abilities.

3. In addition, I translated the Declaration of Fernando Munoz Aguilera from Spanish to English on September 18, 2019. To the best of my knowledge, Mr. Munoz is a native Spanish speaker and is not fluent in English. The translation is true and accurate to the best of my abilities.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Dated: September 18, 2019                    */s/ Hannah C. Lopez*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Hannah C. Lopez
hlopez@burnscharest.com
Paralegal and Translator
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
T: (504) 799-2845
F: (504) 881-1765