# EXHIBIT 6

**Message**

| | |
|---|---|
| **From:** | Hussein Hamed [hhamed@geogroup.com] |
| **Sent:** | 7/1/2015 2:45:04 AM |
| **To:** | James Janecka [James Janecka <jjanecka@geogroup.com>] |
| **Subject:** | Re: West Sanitation |

I know sir, with the madness going around, it is easy to stray away, but we will do our best

On Tue, Jun 30, 2015 at 7:44 PM, James Janecka <jjanecka@geogroup.com> wrote:

Thanks, because it started going backwards lately.

On Jun 30, 2015 7:33 PM, "Hussein Hamed" <hhamed@geogroup.com> wrote:
All hallways swept, mopped, and buffed. Watch office door painted. Staff dining cleaned

On Wed, Jun 24, 2015 at 7:21 PM, Hussein Hamed <hhamed@geogroup.com> wrote:
Visitation stripped and will be waxed by the end of the shift
4 side boxes(mail, ICE, Grievance, etc...) stenciled.
above watch office door(Class room) was painted over.

On Sun, Jun 21, 2015 at 5:48 PM, Hussein Hamed <hhamed@geogroup.com> wrote:
711 hallway and court holding tank area waxed, 707 hallway, main hallway, and segregation hallway buffed.

On Thu, Jun 18, 2015 at 7:01 PM, Hussein Hamed <hhamed@geogroup.com> wrote:
Court holding tank area stripped, H4/H5 being buffed, 711 hallway stripped.

On Wed, Jun 17, 2015 at 8:30 PM, Hussein Hamed <hhamed@geogroup.com> wrote:
H4/H5 hallway, and all of H4 dorms were waxed.

On Tue, Jun 16, 2015 at 9:51 PM, Hussein Hamed <hhamed@geogroup.com> wrote:
H5 was swept, mopped, and completely waxed. Intake hallway stripped again and waxed.

On Mon, Jun 15, 2015 at 9:48 PM, Hussein Hamed <hhamed@geogroup.com> wrote:
711 hallway stripped completely, will be waxed tomorrow. H2/H3 corridor waxed completely.

On Mon, Jun 15, 2015 at 6:22 PM, Hussein Hamed <hhamed@geogroup.com> wrote:
H2/3 corridor stripped again and is being waxed.

On Sun, Jun 14, 2015 at 10:33 PM, Hussein Hamed <hhamed@geogroup.com> wrote:
Medial, Main hallway buffed. 711 Corridor swept and mopped.

On Wed, Jun 10, 2015 at 10:18 PM, Hussein Hamed <hhamed@geogroup.com> wrote:
90% of medical stripped( Nurse station is left and will be done tomorrow).

On Tue, Jun 9, 2015 at 10:51 PM, Hussein Hamed <hhamed@geogroup.com> wrote:
2 more layers of wax(total of 3) completed on the main and segregation hallway. Tomorrow buffing will take a place and the H2/H3 will be completed for wax.

On Mon, Jun 8, 2015 at 8:28 PM, Hussein Hamed <hhamed@geogroup.com> wrote:
Main hallway and segregation hallway are waxed. Tomorrow we will buff them and then lay another layer of wax. Also, H2/H3 hallway will be stripped again and then waxed shortly after.
Thank you.

On Wed, Jun 3, 2015 at 10:16 PM, Hussein Hamed <hhamed@geogroup.com> wrote:
Main/Seg hallways were stripped again for final waxing. The question came up, can we get better wax than the one we have now? besie MSDS,coast, and safety issues, is there any way to get a better brand? I asked around and I was told there are brands of wax where they give better shine more durable. This is a big facility and it is important to do it right from the start especially most of the big hallways are stripped and ready for wax.

Thank you all.

On Tue, Jun 2, 2015 at 10:02 PM, Hussein Hamed <hhamed@geogroup.com> wrote:
H2 and H3 Hallway was stripped tonight. Tomorrow we will strip it one more time.

On Mon, Jun 1, 2015 at 7:07 PM, Hussein Hamed <hhamed@geogroup.com> wrote:
Segregation Hallway was stripped. Main hallway was striped again, mopped and is ready for waxing, which will probably take place tomorrow. Hallway leading to the 2 and 3 side will be stripped today also.

On Sun, May 31, 2015 at 10:07 PM, Hussein Hamed <hhamed@geogroup.com> wrote:
2nd watch cleaned Staff dinning,front lobby, wiped down walls along main hallway, swept and mopped housing 3 and 4 corridors. We had two crews out, one to complete stripping wax in the main hallway and one to clean base boards.

On Tue, May 26, 2015 at 4:13 PM, James Janecka <jjanecka@geogroup.com> wrote:

All,

After walking through West today, it is very evident sanitation has slipped backward several notches.  We need all shifts to start putting detainees to work in the hallways, medical, intake, the "D-Spaces",  and the hallways leading to the housing units, etc.  I didn't get a chance to check visitation and the court areas.  If we need to bring in a few extra part time officers for 4 hours per shift to accomplish supervising a couple of detainee work crews, then please do.  If you need supplies or access to to supplies, please let me or Mr. Fouts know.  I don't want excuses, just action.

East has been looking very good lately.

--

James Janecka
FACILITY ADMINISTRATOR

The GEO Group, Inc.

Adelanto Detention Facility
10400 Rancho Road
Adelanto, California 92301
Tel: 760 561 6100 x1103 • Fax: 760 561 6195

GEO-Novoa_00002295

jjanecka@geogroup.com
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that your have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

--
**H. Hamed**
Lieutenant

**The GEO Group,Inc.®**
Adelanto Detention Facility
10400 Rancho Road
Adelanto, California 92301
Tel: 760-561-6100 x2179
**hhamed@geogroup.com**
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

--
**H. Hamed**
Lieutenant

**The GEO Group,Inc.®**
Adelanto Detention Facility
10400 Rancho Road
Adelanto, California 92301
Tel: 760-561-6100 x2179
**hhamed@geogroup.com**
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

--
**H. Hamed**
Lieutenant

**The GEO Group,Inc.®**
Adelanto Detention Facility
10400 Rancho Road

Adelanto, California 92301
Tel: 760-561-6100 x2179
**hhamed@geogroup.com**
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

--
**H. Hamed**
Lieutenant

**The GEO Group,Inc.®**
Adelanto Detention Facility
10400 Rancho Road
Adelanto, California 92301
Tel: 760-561-6100 x2179
**hhamed@geogroup.com**
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

--
**H. Hamed**
Lieutenant

**The GEO Group,Inc.®**
Adelanto Detention Facility
10400 Rancho Road
Adelanto, California 92301
Tel: 760-561-6100 x2179
**hhamed@geogroup.com**
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

--
**H. Hamed**
Lieutenant

**The GEO Group,Inc.®**
Adelanto Detention Facility

10400 Rancho Road
Adelanto, California 92301
Tel: 760-561-6100 x2179
**hhamed@geogroup.com**
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

--
**H. Hamed**
Lieutenant

**The GEO Group,Inc.®**
Adelanto Detention Facility
10400 Rancho Road
Adelanto, California 92301
Tel: 760-561-6100 x2179
**hhamed@geogroup.com**
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

--
**H. Hamed**
Lieutenant

**The GEO Group,Inc.®**
Adelanto Detention Facility
10400 Rancho Road
Adelanto, California 92301
Tel: 760-561-6100 x2179
**hhamed@geogroup.com**
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

--
**H. Hamed**
Lieutenant

**The GEO Group,Inc.®**

Adelanto Detention Facility
10400 Rancho Road
Adelanto, California 92301
Tel: 760-561-6100 x2179
**hhamed@geogroup.com**
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

--
**H. Hamed**
Lieutenant

**The GEO Group,Inc.®**
Adelanto Detention Facility
10400 Rancho Road
Adelanto, California 92301
Tel: 760-561-6100 x2179
**hhamed@geogroup.com**
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

--
**H. Hamed**
Lieutenant

**The GEO Group,Inc.®**
Adelanto Detention Facility
10400 Rancho Road
Adelanto, California 92301
Tel: 760-561-6100 x2179
**hhamed@geogroup.com**
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

--
**H. Hamed**
Lieutenant

**The GEO Group, Inc.®**
Adelanto Detention Facility
10400 Rancho Road
Adelanto, California 92301
Tel: 760-561-6100 x2179
**hhamed@geogroup.com**
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

--
**H. Hamed**
Lieutenant

**The GEO Group, Inc.®**
Adelanto Detention Facility
10400 Rancho Road
Adelanto, California 92301
Tel: 760-561-6100 x2179
**hhamed@geogroup.com**
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

--
**H. Hamed**
Lieutenant

**The GEO Group, Inc.®**
Adelanto Detention Facility
10400 Rancho Road
Adelanto, California 92301
Tel: 760-561-6100 x2179
**hhamed@geogroup.com**
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

--
**H. Hamed**
Lieutenant

**The GEO Group, Inc.®**
Adelanto Detention Facility
10400 Rancho Road
Adelanto, California 92301
Tel: 760-561-6100 x2179
**h**hamed@geogroup.com
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

--
**H. Hamed**
Lieutenant

**The GEO Group, Inc.®**
Adelanto Detention Facility
10400 Rancho Road
Adelanto, California 92301
Tel: 760-561-6100 x2179
**h**hamed@geogroup.com
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

--
**H. Hamed**
Lieutenant

**The GEO Group, Inc.®**
Adelanto Detention Facility
10400 Rancho Road
Adelanto, California 92301
Tel: 760-561-6100 x2179
**h**hamed@geogroup.com
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.