# EXHIBIT 7

| | |
|---|---|
| **Message** | |
| **From**: | Vincent Vantell [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=72E3917B22A143E89D652D3CD12B2F8D-071017VINCE] |
| **Sent**: | 4/4/2017 6:14:23 PM |
| **To**: | Christopher Lechuga [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1276e5b48f01432caff982b28b30228b-Christopher]; Chrystal Castanon [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7f942d1be17945f7ad4e18fd7554605b-Chrystal Ca]; Corey Colwell [ccolwell@geogroup.com]; Donald Dutcher [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=282877e2b3f84c42be2f1688e8573c01-Donald Dutc]; Giovanni Campos [gcampos@geogroup.com]; Jane Diaz [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3ef3f153e9a04c0782f8bb7f47d923bc-Jane Diaz]; Joel Gonzalez [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bcd1e33aeb0348899985f8372a2f1b85-Joel Gonzal]; Johnny White [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=edfbaa236f7a4091a5358ecfc46f9ef1-Johnny Whit]; Joshua Johnson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f15ef1d81feb48898cfd659d25447627-Joshua John]; Keith Harvey [kharvey@geogroup.com]; Kenneth Reveteriano [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=94c9d53fb1844933be650a5738471c58-Kenneth Rev]; Laurel Withers [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=67d809a2a18447989556a030ee36b0ee-Laurel With]; Leo Mccusker [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=713502bc03f14f25af56952d0223603c-Leo Mccuske]; Matthew Hotter [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6d0f24546d5a4678bc3a1586f290034e-Matthew Hot]; Michael Yarborough [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3420df68e8234cc5bbaf0cab2c3ec7f8-Michael Yar]; Miguel Castaneda [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e7b966da5f7b4d7d8bce418e156f9f64-Miguel Cast]; Oswaldo Gonzalez [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6b3a00ba7f874aa9bcccfd0aba48fb9e-Oswaldo Gon]; Porschea Bowdre [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=eed8cd1385e1424d8e7ae43adcfee06f-Porschea Bo]; Regina Duran [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fd3c7dd2d99a4eb982d0b9e3ce408521-Regina Dura]; Ronald Anderson [ronanderson@geogroup.com]; Samuel Ford [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a70a803a695246f1acb57c7e156c358e-Samuel Ford]; Sandra Briseno [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b32426d03c144ec68d8b53c895e9cc71-Sandra Bris] |
| **Subject**: | Fwd: East Sanitation |

Read below..... This is what happens when cleaning dont get complete



---------- Forwarded message ----------
From: **James Janecka** <jjanecka@geogroup.com>
Date: Tue, Apr 4, 2017 at 10:55 AM
Subject: East Sanitation
To: Vincent Vantell <vvantell@geogroup.com>, Patricia Love <plove@geogroup.com>, Joshua Johnson <josjohnson@geogroup.com>, Gregory Hillers <ghillers@geogroup.com>, Leo Mccusker <lmccusker@geogroup.com>, Donald Dutcher <ddutcher@geogroup.com>
Cc: Victor Duardo <vduardo@geogroup.com>

After a tour of the East building this morning; I was totally frustrated with the lack of cleaning that has been done in the last week.  The building honestly looked the worst I have ever seen it in the 2.5 years that I have been here.  There was not one detainee working or being asked to work in the entire building (housing units, hallways, kitchen, laundry, intake, etc.  NOT ONE.)  This is totally unacceptable!!  Once lunch is complete, I expect all TV, XBOX and Recreation to be suspended until the building is clean and presentable.  We can't shut down court, medical, visits, attorney visits, etc.

We have a tour tomorrow and Friday.  But, a high level of sanitation should be expected and maintained daily.  The buildings should always be tour ready.

Make sure plenty of cleaning supplies are available to those who will be tasked with this project.

jaj

--

James Janecka
FACILITY ADMINISTRATOR

The GEO Group, Inc.

Adelanto Detention Facility
10400 Rancho Road
Adelanto, California 92301
Tel: 760 561 6100 x1103 • Fax: 760 561 6195

jjanecka@geogroup.com
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that your have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

--
Vince Vantell
Assistant Warden

The GEO Group,Inc.®
Adelanto Detention Facility
10250 Rancho Rd.
Adelanto, California 92301
Tel: 760-561-6100 x2112
Cell: 661-433-7778
vvantell@geogroup.com

www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

GEO-Novoa_00005841