# EXHIBIT 8

| Message | |
|---|---|
| **From:** | Joshua Johnson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F15EF1D81FEB48898CFD659D25447627-JOSHUA JOHN] |
| **Sent:** | 7/13/2017 6:05:46 PM |
| **To:** | Donald Dutcher [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=282877e2b3f84c42be2f1688e8573c01-Donald Dutc]; Jane Diaz [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3ef3f153e9a04c0782f8bb7f47d923bc-Jane Diaz]; Johnny White [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=edfbaa236f7a4091a5358ecfc46f9ef1-Johnny Whit]; Kenneth Reveteriano [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=94c9d53fb1844933be650a5738471c58-Kenneth Rev]; Laurel Withers [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=67d809a2a18447989556a030ee36b0ee-Laurel With]; Leo Mccusker [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=713502bc03f14f25af56952d0223603c-Leo Mccuske]; Matthew Hotter [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6d0f24546d5a4678bc3a1586f290034e-Matthew Hot]; Michael Yarborough [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3420df68e8234cc5bbaf0cab2c3ec7f8-Michael Yar]; Oswaldo Gonzalez [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6b3a00ba7f874aa9bcccfd0aba48fb9e-Oswaldo Gon]; Porschea Bowdre [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=eed8cd1385e1424d8e7ae43adcfee06f-Porschea Bo]; Regina Duran [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fd3c7dd2d99a4eb982d0b9e3ce408521-Regina Dura]; Ronald Anderson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=798c9df29a1049d5b730d90191849f93-Ronald Ande]; Giovanni Campos [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=303397238a644ccbae467bc457dcdbb0-Giovanni Ca]; Christopher Lechuga [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1276e5b48f01432caff982b28b30228b-Christopher]; Chrystal Castanon [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7f942d1be17945f7ad4e18fd7554605b-Chrystal Ca]; Esteban Guerrero [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=64d582555f9246c380e5814f95959a51-Esteban Gue]; Joel Gonzalez [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bcd1e33aeb0348899985f8372a2f1b85-Joel Gonzal]; Jordan Bunn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ad2af3af926544a2adc89d54610d82ae-Jordan Bunn]; Miguel Castaneda [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e7b966da5f7b4d7d8bce418e156f9f64-Miguel Cast]; Sandra Briseno [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b32426d03c144ec68d8b53c895e9cc71-Sandra Bris]; Theodore Hauser [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ffd11623fbe34df9840014420500f9c0-Theodore Ha] |
| **Subject:** | Fwd: West Notes |

Please review and ensure we are getting detainee workers out.
---------- Forwarded message ----------
From: **James Janecka** <jjanecka@geogroup.com>
Date: Thu, Jul 13, 2017 at 10:41 AM
Subject: West Notes
To: Nathan Allen <nallen@geogroup.com>, Gregory Hillers <ghillers@geogroup.com>, Patricia Love <plove@geogroup.com>, Joshua Johnson <josjohnson@geogroup.com>, Leo Mccusker <lmccusker@geogroup.com>, Thomas Cherry <tcherry@geogroup.com>, Robert Feeley

Confidential

GEO-Novoa_00007377

<rfeeley@geogroup.com>, Regina Duran <rduran@geogroup.com>

Below are areas I see that can use improvement with attention and detainee labor:

- Floor in medical between constant watch cells and observation rooms has "bare spots".  Needs evened out with wax.
- Need wax in additional to the only the floor sealer we have on hand.
- Touch up paint does not match (green, blue or beige).  Ensure maintenance provides us with paint that is the correct color or paint the entire door, wall, etc., with the same paint.
- Floors throughout the building need "shined".
- Exterior wall at front entrance needs scuff marks removed.  Vargas landscapers may be able to assist.
- Windows need cleaned at front entrance.
- Replace white board board with offsite medical information with bulletin board and "ticket pouches".  Also needs to be relocated so detainees and visitors in the hallway can't see/read the information.
- Several ID holders in RHU need replaced.
- Top showers on RHU B-Side are starting to accumulate soap scum
- No detainee workers were present working (I know shifts are short staffed today).

jaj

--

**James Janecka**
FACILITY ADMINISTRATOR

**The GEO Group, Inc.**

Adelanto Detention Facility
10400 Rancho Road
Adelanto, California 92301
Tel: 760 561 6100 x1103 • Fax: 760 561 6195

jjanecka@geogroup.com
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that your have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

--

**Joshua J. Johnson**
Chief of Security

**The GEO Group, Inc.**
Adelanto ICE Processing Center

10250 Rancho Rd.
Adelanto, California 92301

Tel: 760 561-6100 ext 2425
josjohnson@geogroup.com
www.geogroup.com <http://www.geogroup.com/>

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that your have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

Confidential

GEO-Novoa_00007379