# EXHIBIT 9

Message

| | |
|---|---|
| **From:** | Kenneth Reveteriano [/O=HQMAIL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=KREVETERIANO] |
| **Sent:** | 9/15/2012 4:20:06 AM |
| **To:** | Jaime Davis [/O=HQMAIL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=JAMDAVIS]; Christopher Melendrez [/O=HQMAIL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=CMELENDREZ]; Hussein Hamed [/O=HQMAIL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=HHAMED]; Kimberly Brown [/O=HQMAIL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=KIBROWN]; Gregory White [/O=HQMAIL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=GRWHITE]; Victor Alvarado [/O=HQMAIL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=VALVARADO] |
| **Subject:** | RE: ODO Audit |

Tonight 2nd shift East cleaned front lobby east as well as admin lobby east, cleaned windows and window sills in Unit 1 and 2 East, and buffed the "L" to the 2 side East.

---

**From:** Jaime Davis
**Sent:** Friday, September 14, 2012 3:39 PM
**To:** Alejandra Palacios; Anthony Chaney; Chris Jenson; Christopher Melendrez; Christopher Rogokos; Donald Dutcher; Elvira Tapia; Erik Salgado; Gabriel Mirelez; Gregory White; Hussein Hamed; Jamal O'Kelly; Kenneth Reveteriano; Kimberly Brown; Maurice Nadal; Michael Harris; Porschea Bowdre; Ryan Whittaker; Victor Alvarado
**Subject:** FW: ODO Audit

All make sure we are giving both facilities the attention that they need to get us through this upcoming audit. I would like to see detainee work crews in both buildings getting these floors and areas up to standard. We have done great on past audits to our last minute audit prep etc... What if we could simply clean these buildings consistently enough that we don't have to do it last minute? I would like to see you all email me with the items you have completed over the next four days. In addition follow the building cleaning scheduled you were given at the last Lieutenant's meeting. When you guys make this list a habit on a weekly basis we will notice the overall improvement in our facility cleanliness. I also want all of you to pay special attention to the utility closets at both buildings over the next few days. **DO NOT TAKE ITEMS OUT OF ONE CLOSET AND PLACE THEM IN ANOTHER.... WE HAVE INVENTORIES FOR A REASON. IF YOU SEE ISSUES IN THESE CLOSETS BRING THEM TO YOUR STAFFS ATTENTION.**

Get these places ready to shine. Let's blow this audit away.

---

**From:** Matt Holm
**Sent:** Friday, September 14, 2012 8:42 AM
**To:** Raymond Smith; Chris Strickland; Jaime Davis (jadavis@geogroup.com); Anthony Chaney; Chris Jenson; Christopher Rogokos; Donald Dutcher; Elvira Tapia; Erik Salgado; Gabriel Mirelez; Gregory White; Hussein Hamed; Jamal O'Kelly; Kenneth Reveteriano; Kimberly Brown; Maurice Nadal; Michael Harris; Porschea Bowdre; Ryan Whittaker; Victor Alvarado
**Cc:** Dean Macur (dmacur@geogroup.com); Joanne Crowder; Jenny Torres; Sharon Buczkowske; Thomas Cherry; Robert Sears
**Subject:** Audit

Just a reminder our ODO audit begins Tuesday the 18th, that gives us four days to get this place clean. The auditors will be visiting both facilities so both need to be sparkling....use as many detainee crews as necessary just make sure somebody is watching them at all times.


**Matthew Holm**
Warden

**The GEO Group, Inc.**
Adelanto Detention Center – East
10400 Rancho Rd.
Adelanto, California 92301

Tel: 760 561-6103
mholm@geogroup.com
www.geogroup.com <http://www.geogroup.com/>

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that your have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

GEO-Novoa_00004784