# EXHIBIT 10

Message

| | |
|---|---|
| From: | Sharon Buczkowske [sbuczkowske@geogroup.com] |
| Sent: | 9/26/2016 7:50:06 PM |
| To: | James Janecka [James Janecka <jjanecka@geogroup.com>] |
| Subject: | Re: Day One ACA Mock Walk |

On Mon, Sep 26, 2016 at 12:47 PM, James Janecka <jjanecka@geogroup.com> wrote:
Why can't FS check out a ladder and let detainees clean the vents?

On Mon, Sep 26, 2016 at 10:20 AM, Sharon Buczkowske <sbuczkowske@geogroup.com> wrote:
They have to bring in a tall ladder or something to reach the vents.

On Mon, Sep 26, 2016 at 10:04 AM, James Janecka <jjanecka@geogroup.com> wrote:
Follow up and these things done. Why does maintenance need to do the vents?

jaj
---------- Forwarded message ----------
From: **Sharon Buczkowske** <sbuczkowske@geogroup.com>
Date: Mon, Sep 26, 2016 at 9:53 AM
Subject: Re: Day One ACA Mock Walk
To: James Janecka <jjanecka@geogroup.com>


Thermometers have been turned over to Ms. Armstrong awhile ago waiting to be placed in the tool cage. The ceilings need to be done by maintenance when they are able. The cleaning will be done by staff and Detainees.

On Mon, Sep 26, 2016 at 7:51 AM, James Janecka <jjanecka@geogroup.com> wrote:
Reminder of some ACA Mock Audit walk through notes below.

jaj
---------- Forwarded message ----------
From: **James Janecka** <jjanecka@geogroup.com>
Date: Wed, Jul 20, 2016 at 7:56 AM
Subject: Day One ACA Mock Walk
To: Joseph Gustin <jgustin@geogroup.com>, Patricia Love <plove@geogroup.com>, Joshua Johnson <josjohnson@geogroup.com>, Leo Mccusker <lmccusker@geogroup.com>, Donald Dutcher <ddutcher@geogroup.com>, Gregory Hillers <ghillers@geogroup.com>, Ronald Anderson <ronanderson@geogroup.com>, Porschea Bowdre <pbowdre@geogroup.com>, Corey Colwell <ccolwell@geogroup.com>, Kenneth Reveteriano <kreveteriano@geogroup.com>, Regina Duran <rduran@geogroup.com>, Keith Harvey <kharvey@geogroup.com>, Matthew Hotter <mhotter@geogroup.com>, Johnny White <johwhite@geogroup.com>, Laurel Withers <lwithers@geogroup.com>, Michael Yarborough <myarborough@geogroup.com>, Sharon Buczkowske <sbuczkowske@geogroup.com>, Sandra Briseno <sbriseno@geogroup.com>, Miguel Castaneda <micastaneda@geogroup.com>, Chrystal Castanon <ccastanon@geogroup.com>, Samuel Ford <saford@geogroup.com>, Joel Gonzalez <Joegonzalez@geogroup.com>, Oswaldo Gonzalez <oswgonzalez@geogroup.com>, Christopher Lechuga <clechuga@geogroup.com>, Lucia Meza <lmeza@geogroup.com>, Andrew Soliz <asoliz@geogroup.com>, Victor Duardo <vduardo@geogroup.com>, Joanne Agor <jagor@geogroup.com>, Thomas Cherry <tcherry@geogroup.com>

Unfortunately, I wasn't able to attend all of the Day One ACA Mock Walk but I did get to attend approximately two thirds of it.  Below are just a few of the things I noted during the walk:

- **Numerous areas need to be painted over the next month**
- **Chemicals in areas they don't belong and chemicals without SDS**
- **Bailiff's office floors need stripped and waxed.  Walls painted.  Cleaned in general and junk removed**
- **Attorney visitation area (floors, walls, lights) needs lots of attention**
- **Staff and visitor restrooms need detail cleaning and all unauthorized items removed**
- **Book carts - unorganized and in disarray**
- **Food Service needs several good and working food thermometers**
- **Food Service ceiling vents need cleaned badly**
- **Food Service Floors and equipment needs a deep cleaning**
- **Detainee Restrooms next to Law Libraries/Chapels need toilet paper, paper towels and waste baskets**
- **Detainee showers in W-4 & 5 need thorough deep clean**
- **Cells in all housing units at West need to be neatly organized (Agor & Johnson we need a photo of how a cell is supposed to be arranged so that it can be posted in the dayroom and added to the detainee handbook).**
- **Stairwells in the housing units need thorough cleaning (string, dust bunnies, trash, etc. hanging from the steps)**
- **Junk in departments that appears to broken and just stored for no good reason (Remember:  Purpose and Place)**
- **All faucets and toilets in cells need to be check for good working order.  If they are not working properly an appropriate work order needs to be submitted**
- **Dust bunnies on most of the housing unit corridors (especially 2 & 3 side)**
- **Graffiti on the walls of the 2 & 3 outdoor recreation restroom walls**
- **Recreation yards restrooms need cleaned**
- **Intake floors need completely stripped and waxed.  Stripping appears to have been started near exit to main sallyport**
- **Sallyport needs cleaned and walls painted next to intake entrance**
- **Inventories in the armory need checked and verified for accuracy**

As I said, I wasn't able to attend the entire walk through but these are some of the things I noticed.  I know everyone has a lot on their plate but most of this is daily business that should be noticed by all and taken care of routinely.


jaj

--

James Janecka
FACILITY ADMINISTRATOR

The GEO Group, Inc.

Adelanto Detention Facility
10400 Rancho Road
Adelanto, California 92301
Tel: 760 561 6100 x1103 • Fax: 760 561 6195

jjanecka@geogroup.com
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that your have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

--

**James Janecka**
FACILITY ADMINISTRATOR

**The GEO Group, Inc.**

Adelanto Detention Facility
10400 Rancho Road
Adelanto, California 92301
Tel: 760 561 6100 x1103 • Fax: 760 561 6195

jjanecka@geogroup.com
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that your have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

--

Sharon Buczkowske
Food Service Manager

GEO Corrections
Adelanto Detention Facility - West
10250 Rancho Rd
Adelanto, Ca. 92301

Main Tel: 760-561-6100
Office Tel: 760-561-6165
Ext: 2129
Fax: 760-246-0510

www.geogroup.com
sbuczkowske@geogroup.com

--

**James Janecka**
FACILITY ADMINISTRATOR

**The GEO Group, Inc.**

Adelanto Detention Facility
10400 Rancho Road
Adelanto, California 92301
Tel: 760 561 6100 x1103 • Fax: 760 561 6195

jjanecka@geogroup.com
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that your have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

--

Sharon Buczkowske
Food Service Manager

GEO Corrections
Adelanto Detention Facility - West
10250 Rancho Rd
Adelanto, Ca. 92301

Main Tel: 760-561-6100
Office Tel: 760-561-6165
Ext: 2129
Fax: 760-246-0510

www.geogroup.com
sbuczkowske@geogroup.com

--

James Janecka
FACILITY ADMINISTRATOR

**The GEO Group, Inc.**

Adelanto Detention Facility
10400 Rancho Road
Adelanto, California 92301
Tel: 760 561 6100 x1103 • Fax: 760 561 6195

jjanecka@geogroup.com
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that your have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

--
Sharon Buczkowske
Food Service Manager

GEO Corrections
Adelanto Detention Facility - West
10250 Rancho Rd
Adelanto, Ca. 92301

Main Tel: 760-561-6100
Office Tel: 760-561-6165
Ext: 2129
Fax: 760-246-0510

www.geogroup.com
sbuczkowske@geogroup.com