# EXHIBIT 11

Message

| | |
|---|---|
| From: | Patricia Love [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=04ECBAD40743497F87B4C5DC42908D3D-PATRICIA LO] |
| Sent: | 3/7/2018 12:01:03 AM |
| To: | Michelle Keeney [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5fa95f7b3a4c4e5e94baa67625bda28d-Michelle Ke]; Theodore Hauser [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ffd11623fbe34df9840014420500f9c0-Theodore Ha] |
| CC: | Joshua Johnson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f15ef1d81feb48898cfd659d25447627-Joshua John] |
| Subject: | Re: Kitchen staff and the their lunches. |

Michelle,
Thanks for the look behind the allegation.  Continue to have food service staff communicating with security supervisors.  Any and all normal and deviations from the normal operations should always be documented in the kitchen log book.  It seemed from the email from Hauser there was a great deal on frustration.   Please try to make a personal effort to speak to Sgt. Hauser to clear the air.  He may have additional information we just didn't' capture.  There may be more to the story.
Thanks again.

**From:** Michelle Keeney
**Sent:** Tuesday, March 6, 2018 10:32:47 AM
**To:** Patricia Love; Theodore Hauser
**Subject:** Re: Kitchen staff and the their lunches.

After review of the afternoon's Kronos and speaking with the crew, the following is my findings.

1. On Saturday they were only able to run three chow halls at dinner because they had only six detainee workers, one of them being a dishwasher and they were told there wasn't enough officers to run four chow halls.  Chow ran from 1610 to 1800.
2. On Sunday afternoon however the food service workers all took their lunches and were back in the kitchen to make satellite trays by 1525 which is fine time.  The only person who takes their lunch break at or during chow time is the cook supervisor and that is because he is finished cooking.  The reason they only ran three chow halls was because they only had seven detainees, two of which were dishwashers.  They asked the officers and they said that it was fine to run three chow halls.  According to our logbook chow ran from 1600 to 1745.

These chow times are the normal times for chow to run and I'm not sure I understand the efficiency issue.

Going forward, I have explained very explicitly to my crew, we are to run four chow halls at all times unless it is granted by the Watch Office and we have written permission in our logbook.

Michelle J Keeney
FOOD SERVICE PRODUCTION SUPERVISOR

The GEO Group, Inc. ®
Adelanto ICE Processing Center
10250 Rancho Road
Adelanto, Ca 92301

Tel: 760 561 6100 EXT 2129  •  Fax: 760 246 0510

GEO-Novoa_00001227

mkeeney@geogroup.com
www.geogroup.com
This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

**From:** Patricia Love
**Sent:** Sunday, March 4, 2018 6:55:14 PM
**To:** Theodore Hauser; Michelle Keeney
**Subject:** Re: Kitchen staff and the their lunches.

Thanks for the information. I'll ask Me. Keeney to look into what happened tonight. It is never our expectation to run fewer than all 4 dining halls. There may have been an earlier issue that impacted late lunches. Let's ask some questions.

--
Pat Seibert-Love
Assistant Warden-Security
[Sent from mobile]

The GEO Corrections & Detention
Adelanto ICE Processing Center
10250 Rancho Road
Adelanto, CA 92301

Tel: 760-561-6100 * EXT 2104 Cell
plove@geogroup.com
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient,be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

**From:** Theodore Hauser
**Sent:** Sunday, March 4, 2018 4:50:03 PM
**To:** Albaro Albanes; Candy Williams; Donald Fessenden; Garett Colwell; Gregory Hillers; James Janecka; Kenneth Reveteriano; Laurel Withers; Nathan Allen; Theodore Hauser; Barry Belt; Christopher Lechuga; Chrystal Castanon; Donald Dutcher; Esteban Guerrero; Jane Diaz; Joanne Crowder; Johnny White; Jordan Bunn; Joshua Johnson; Leo Mccusker; Matthew Hotter; Miguel Castaneda; Nicholas Marello; Oswaldo Gonzalez; Patricia Love; Porschea Bowdre; Ray New; Regina Duran; Samuel Gross; Sandra Briseno
**Cc:** Michelle Keeney
**Subject:** Kitchen staff and the their lunches.

FYI-
I am not sure what the exact shift schedule is for the Kitchen Staff, however I find it very inconvenient for 2nd Watch Security Staff to run Chow efficiently when Kitchen Staff seems to take their lunch when we are starting chow.
This evening we are only running 3 Chow Halls again because in addition to be lacking detainee workers, Kitchen Staff took their lunch. It just seems like this could be remedied with better planning perhaps. I know we all have time constraints for our lunches, But I think there could be a way to remedy this situation.

Thank you

*T. Hauser*
Watch Sergeant

Thauser@geogroup.com

**The GEO Group, Inc.®**
Adelanto ICE Processing Center
10250 Rancho Rd.
Adelanto, California 92301
Tel: 760 561 6100  Fax: 760 561 6195
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.