# EXHIBIT 12

| | |
|---|---|
| Message | |
| **From**: | Michelle Keeney [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5FA95F7B3A4C4E5E94BAA67625BDA28D-MICHELLE KE] |
| **Sent**: | 3/30/2018 5:39:05 PM |
| **To**: | Mary Wise-McCormick [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=302bd42ed4894954a75c8105cb309a41-Mary Wise-M] |
| **CC**: | Filemon Gallegos [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f2d68515e7fb49e3ae8a8376273d9250-Filemon Gal] |
| **Subject**: | Detainee Payroll |

I see we have 6 low level detainees that want to work.  Do you have any more that are cleared? and want to work in kitchen?  Maybe we have enough to put on a schedule for breakfast service again?  and then we can rearrange the medium/med-highs to the detail cleaning lists?  Please let me know and I can come to your office and do arrangements with you maybe or over the phone?


Michelle J Keeney
FOOD SERVICE PRODUCTION SUPERVISOR



The GEO Group, Inc. ®
Adelanto ICE Processing Center
10250 Rancho Road
Adelanto, Ca 92301


Tel: 760 561 6100 EXT 2129  •  Fax: 760 246 0510

mkeeney@geogroup.com
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.