# EXHIBIT 13



The GEO Group, Inc.
GEO Corrections & Detention
Adelanto ICE Processing Center
10400 Rancho Road
Adelanto, California 92301

TEL: 760 561 6100
Fax: 760 561-6195
www.geogroup.com

# MONTHLY FOOD SERVICE DEPT. MEETING MINUTES
## July 26, 2018

**IN ATTENDANCE:**               **ABSENT:**

Meeting Commenced at        A.M.

AGENDA

- Giving Directions to Detainees
- Communication
- Conflict Management
- Equipment – Holding Oven/ Hot Box/ Cold Boxes
- Medical Diet Forms

### Giving Directions to Detainees

One of our main priorities with this job is directing detainees to do different things in the kitchen. A very important aspect of trying to direct detainees is understanding that these folks come from different countries where sanitation and food safety is not a big concern.  Our main goal next to feeding the facility is keeping it clean and sanitary at all times.



Basing your approach on circumstances to accomplish tasks that we need to accomplish include directing, coaching, and delegating.

When directing detainees provide specific examples, supervise closely and accordingly, show and tell (demonstrate).

When coaching detainees, provide information and encouragement, stand back and observe, give tips on how to improve, and intervene when necessary.

Delegating to a detainee means assigning a specific task without reservation, acting as a supervisor, not needing to supervise very closely, and checking on progress of the assignment.

Showing appreciation to our detainee workers will go a long way with it comes to detainee retention.  It's okay to thank a detainee for doing tasks, such as cleaning the line or chow hall with extra attention, taking out the trash, or for putting away heavy items.  This is all work that should be recognized and appreciated.  If we didn't have the detainees doing the work, we would have so much more to do ourselves.  We have been granted permission from Warden Janecka to treat our detainee workers to treats, such as extra dessert, ice cream, peanut butter & jelly sandwiches, breakfast tacos, monkey bread, etc.  When expectations are set higher for what is needed from the detainees, and we treat the detainees well and with respectful voices, we will incur a higher retention worker rate.

### Communication

The definition of communication is simply the exchange of information.  There are 10 top communication skills that each person should master.  Here are a few:

1. Listening - Being a good listener is one of the best ways to be a good communicator. No one likes communicating with someone who only cares about putting in her two cents and does not take the time to listen to the other person. If you're not a good listener, it's going to be hard to comprehend what you're being asked to do.

    Take the time to practice active listening. Active listening involves paying close attention to what the other person is saying, asking clarifying questions, and rephrasing what the person says to ensure understanding ("So, what you're saying is…"). Through active listening, you can better understand what the other person is trying to say, and can respond appropriately.

2. Non-Verbal - Your body language, eye contact, hand gestures, and tone of voice all color the message you are trying to convey. A relaxed, open stance (arms open, legs relaxed), and a friendly tone will make you appear approachable and will encourage others to speak openly with you.

    Eye contact is also important; you want to look the person in the eye to demonstrate that you are focused on the person and the conversation (however, be sure not to stare at the person, which can make him or her uncomfortable).

Confidential                                                                                                                    GEO-Novoa_00000729



Also, pay attention to other people's nonverbal signals while you are talking. Often, nonverbal signals convey how a person is really feeling. For example, if the person is not looking you in the eye, he or she might be uncomfortable or hiding the truth.

3. Clarity and Concision – Being Clear and Concise - Good verbal communication means saying just enough – don't talk too much or too little. Try to convey your message in as few words as possible. Say what you want clearly and directly, whether you're speaking to someone in person, on the phone, or via email. If you ramble on, your listener will either tune you out or will be unsure of exactly what you want. Think about what you want to say before you say it; this will help you to avoid talking excessively and/or confusing your audience.

4. Friendliness - Through a friendly tone, a personal question, or simply a smile, you will encourage your coworkers to engage in open and honest communication with you. It's important to be nice and polite in all your workplace communications. This is important in both face-to-face and written communication. This is also an important factor when we are speaking with detainees. Asking or requesting and not demanding will go far in getting the work you need done.

5. Confidence - It is important to be confident in your interactions with others. Confidence shows your coworkers that you believe in what you're saying and will follow through. Exuding confidence can be as simple as making eye contact or using a firm but friendly tone. Avoid making statements sound like questions. Of course, be careful not to sound arrogant or aggressive. Be sure you are always listening to and empathizing with the other person.

6. Respect - People will be more open to communicating with you if you convey respect for them and their ideas. Simple actions like using a person's name, making eye contact, and actively listening when a person speaks will make the person feel appreciated. On the phone, avoid distractions and stay focused on the conversation.

Communication is one of the single most important aspects of your job here. We must communicate with each other and with detainees everyday. Please take time to learn how to master this skill.

<u>Conflict Management -</u> **4 STEPS TO RESOLVE CONFLICT: CARE**

Looking for ways to resolve a conflict that meets the needs of both parties is challenging, but something you should learn to strive towards. Today we will understand what it means to CARE

   1. COMMUNICATE - Open communication is key in a dispute. Expressing how you feel about the situation and sticking to the facts will let the other person know you're genuine in your actions. Focusing on the problem at hand and not what the other person did will avoid unnecessary conflict.

Confidential     GEO-Novoa_00000730



2. ACTIVELY LISTEN - Listen to what the other person has to say, without interrupting. Try to be objective. Then, ask open-ended questions to make sure each side understands what the other person thinks and how he/she feels.

3. REVIEW OPTIONS - Talk over the options, looking for solutions that benefit everyone. Do not feel pressured to come up with one answer immediately. Bring in objective third party for ideas, if necessary.

4. END WITH A WIN-WIN SOLUTION - This is the ultimate goal—to agree on an option that benefits both sides to some extent. When one party wins by aggressive behavior or one party simply gives in, someone is losing. And that means you get outcomes that do not resolve the underlying causes of the conflict.

## Monthly Equipment Training – Holding Ovens/Hot Box/Cold Boxes

- Assure unit is empty and clean prior to use
- Move racks to desired locations to accommodate pans to be used
- Plug in if necessary and turn to "ON" and set desired temperature allowing unit to preheat before use.  Minimum temperature for hot foods is 140 degrees.  Do not over heat and destroy the quality of the food.
- Keep the door closed excect for immediate use to prevent loss of temperature.
- When finished turn to "OFF" and unplug if necessary.
- Empty, allow to cool, **wipe** up spills, clean with warm soapy water, rinse and sanitize.  Use extreme caution when handling hot foods, use hot pads or mitts.  Do NOT throw water all over the inside, this will cause electrical issues.
- For the cold boxes, make sure to plug in if necessary and turn to "ON" and set desired temperature allowing unit to cool before use.  Temperature for cold foods is 35-40 degrees.  Do not freeze and destroy the quality of the food.

**Medical Diet Forms – Must be Signed by Detainees**

We are required to have each detainee that is given a special diet, sign the form next to their name on the special diet sheets per dorm.  This is a mandatory requirement and is searched for during audits.  If an auditor looks into our signed medical diet forms and sees no signatures, they are not going to believe the detainee ate anything at all.  To help make the process a little easier, ask the kitchen officer who is coming into the chow hall you are getting ready to serve and arm yourself with your paperwork. According to the requirements of our AFOD, we are supposed to be serving "special diets" first in line.  If you have the paper ready, they sign, you give a tray.  It may take a little longer to push trays through the window but again, it is a mandatory requirement of your job.  Disciplinary actions will be issued to employees who continue to disregard this requirement.



There being no further business, the meeting was adjourned at _____ A.M.

Confidential                                                                                                              GEO-Novoa_00000732