# EXHIBIT 16



# Adelanto
# ICE Processing Center

# Supplemental Detainee Handbook

GEO-Novoa_00003825

THIS PAGE IS INTENDED TO BE LEFT BLANK

GEO-Novoa_00003826

# TABLE OF CONTENTS

INTRODUCTION/ MISSION .................................................................................................5
PURPOSE ..............................................................................................................................5
YOUR MAILING ADDRESS and A-NUMBER .................................................................5
BASIC DETAINEE RESPONSIBILITIES .........................................................................5
STAFF – DETAINEE COMMUNICATIONS ......................................................................6
INITIAL ADMISSION .........................................................................................................6
PROPERTY and/or FUNDS RELEASE ...............................................................................7
CLASSIFICATION ...............................................................................................................8
LIVING CONDITIONS ........................................................................................................9
SPECIAL MANAGEMENT UNIT ......................................................................................9
EVACUATION DRILLS .....................................................................................................10
OFFICIAL COUNTS ...........................................................................................................10
MEALS .................................................................................................................................10
SMOKING POLICY ............................................................................................................10
MEDICAL CARE .................................................................................................................10
LIVING WILLS AND ADVANCED DIRECTIVES ..........................................................10
CLOTHING / LINEN EXCHANGE ....................................................................................11
PERSONAL HYGIENE .......................................................................................................11
BARBERING SERVICES ....................................................................................................11
SLEEPING AREA/SANITATION .......................................................................................12
FINANCES ...........................................................................................................................12
ACCESS TO TELEPHONE (Telephone Calls Are Subject to Monitoring) ........................12
RELIGIOUS SERVICES .....................................................................................................14
COMMISSARY ....................................................................................................................14
VOLUNTARY WORK PROGRAM ....................................................................................14
LIBRARY .............................................................................................................................15
LAW LIBRARY ...................................................................................................................15
LAW LIBRARY COMPUTERS ..........................................................................................16
VISITING .............................................................................................................................17
CONSULAR VISITS ...........................................................................................................19
CONSULAR VISITATION FOR DETAINEES SUBJECT TO EXPEDITED REMOVAL ....19
CONSULATE AND COURT SERVICES ...........................................................................19
PRO BONO LIST OF LEGAL ORGANIZATIONS ...........................................................19
GROUP LEGAL RIGHTS PRESENTATIONS ..................................................................19
INSPECTIONS OF PERSONS AND PROPERTY .............................................................20
CONTRABAND / UNAUTHORIZED PROPERTY ...........................................................20
DESTRUCTION OF CONTRABAND ................................................................................21
INAPPROPRIATE RELATIONSHIPS with STAFF ..........................................................22
DETAINEE PROTECTION .................................................................................................22
SEXUAL ASSAULTS ..........................................................................................................22
CORRESPONDENCE / PACKAGES ..................................................................................24
ACCEPTANCE OF DETAINEE PROPERTY (ONLY CLOTHING) ................................25
SPECIAL CORRESPONDENCE ........................................................................................25
NOTARY ..............................................................................................................................27
DETAINEE DISCIPLINARY PROCESS ............................................................................27
APPEALS PROCESS ...........................................................................................................31
DETAINEE GRIEVANCE PROCEDURE ..........................................................................32
ALLEGATIONS OF STAFF MISCONDUCT ....................................................................33
RECREATION FACILITIES ...............................................................................................33
MARRIAGE REQUESTS ....................................................................................................33
DETAINEE DRESS CODE ..................................................................................................33
LEGAL FILE ........................................................................................................................34
CUSTODY FILE ..................................................................................................................34

GEO-Novoa_00003827

INFORMATION REGARDING STRESS AND DETENTION ............................................................34
HEALTH CARE ...........................................................................................................................35
HEALTH CARE REQUESTS .......................................................................................................35
SICK CALL .................................................................................................................................35
STAFF ASSISTANCE...................................................................................................................35
HEALTH ASSESSMENT..............................................................................................................35
MEDICAL REQUESTS (MEDICAL/DENTAL)............................................................................35
PERSONAL MEDICATION ..........................................................................................................35
EYE CARE ..................................................................................................................................35
FACILITY PRESCRIBED MEDICATION .....................................................................................36
REFUSING MEDICAL TREATMENT ...........................................................................................36
COMMUNICABLE DISEASE GUIDELINES .................................................................................36
MEDICAL DIETS ........................................................................................................................37
RIGHTS AND RESPONSIBILITIES..............................................................................................38

4.1.4 Detainee Handbook V_10_09_2018

GEO-Novoa_00003828

## INTRODUCTION/ MISSION

The Adelanto ICE Processing Center is located in Adelanto, California, and is privately operated by THE GEO GROUP, INC. under contract with the City of Adelanto, Adelanto, California, who has entered into an Intergovernmental Services Agreement (IGSA) with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). The mission of the APC is to provide conditions that are safe, secure and sanitary for detainees awaiting processing for an administrative hearing or removal.

## PURPOSE

The purpose of this handbook is to explain to detainees the specific rules, regulations, policies and procedures that must be followed while at this facility. The handbook will also help to provide you with a general overview of the programs, rules and regulations and services of the facility. You will be held accountable for your actions while at this facility. Therefore, it is each detainee's responsibility to become familiar with the contents of this handbook. Interpretive services to assist in essential communications will be made available, if requested, or when there be a clear need for such services.

A copy of this handbook will be issued to each detainee at intake and copies are available in each housing unit. All detainees are required to acknowledge receipt of this handbook during the Intake process by signature.

## YOUR MAILING ADDRESS and A-NUMBER

| Your address is: | **Your Full Name,** |
|---|---|
| | **Your "A" Number, Unit/Dorm/Bunk Number** |
| | **10250 Rancho Road** |
| | **Adelanto, CA  92301** |

It is imperative that you provide your "Name and A-Number" to your family, friends or anyone who might visit, provide you money or want to leave a telephone message.   GEO staff is not responsible for any form of miscommunication resulting from an incomplete detainee's name or an inaccurate A-number.

## BASIC DETAINEE RESPONSIBILITIES

It is the policy of the Adelanto ICE Processing Center and Immigration and Customs Enforcement (ICE) to treat detainees with dignity and respect while maintaining a safe, humane, secure and sanitary detention facility. It is expected that staff will receive your full cooperation while your case is being processed. In the simplest terms, you are expected to:

1. Follow and obey rules, laws, policies and procedures.
2. Obey **all** orders given by staff members.
3. Wear your wristbands at all times.
4. Respect staff and other detainees at all times.
5. Respect facility property and the property of others.
6. Keep yourself, your clothing and living area clean at all times.
7. Obey **all** safety, security and sanitation rules, policies and procedures.  **Walk -** do not run throughout the facility.

If you observe and comply with the above guidelines, you should have no problem living at this facility while awaiting the outcome of your hearing.

**The Adelanto ICE Processing Center houses both male and female detainees. The facility employs both male and female staff members with a verity of duties. As such, you must be aware of this and it is your responsibility to adhere to the dress code and rules outlined in this handbook. Staff members are required to tour all areas of the facility to ensure safety, security, sanitation and other routine checks are performed. Staff members entering an area that houses opposite gender detainees of that staff member are required to announce themselves. However, staff responding to any emergency situation is not required to announce themselves.**

GEO-Novoa_00003829

## STAFF – DETAINEE COMMUNICATIONS

During intake / orientation, you will be told of your right to correspond / communicate with ICE regarding your case and/or conditions of confinement. All correspondence with ICE staff will be handled as Special Communications. You also have the right to send a Detainee Request Form to ICE or a GEO Kite to GEO staff. You also have the right to submit written questions, requests, or concerns to ICE/ERO staff as well as the availability of assistance to prepare such requests by staff or detainee assistance, although no detainee may submit a grievance on another detainee's behalf.   Please place the Kite in the appropriate mail box located in each housing unit. Additionally, ICE and GEO staff makes announced and unannounced visits to the housing units each week. The ICE schedule for visiting the housing units is posted on every bulletin board along with the list of ICE staff and the cases they are assigned by detainee A-number. Should you have any questions or need any assistance in preparing any requests, please ask the Housing Unit Officer or any GEO staff member.

When addressing staff, you should not refer to them by first name or by a nickname. Refer to uniformed staff by their rank and last name (i.e. Officer Jones, Lieutenant Smith). Refer to non-uniformed staff by title and last name (i.e. Nurse Brown, Dr. Ribas) or by Mr., Mrs., and Ms., followed by their last name. Staff members will address you in the same manner if they know your name. It is not reasonable to expect an Officer to know the names of all detainees in the facility. However, the Officer or staff member will address you in an appropriate manner.

*A detainee may identify him-or herself as having a disability and/or request a reasonable accommodation at any point during detention. Detainees may submit a formal or informal (i.e., verbal or written) request for accommodations or assistance to the facility ADA Coordinator.*

***Adelanto ICE Processing Center ADA Coordinator is V. Duardo.***

## ICE FIELD OFFICE INFORMATION

Los Angeles Field Office
300 North Los Angeles St. Room 7631A
Los Angeles, CA 90012
(213)-830-7911
Hours 8:00am- 4:30pm
Monday-Friday

## INITIAL ADMISSION

A. Upon arrival, the processing Officer will secure your clothes, personal property, valuables and funds for safekeeping. Itemized receipts will be issued to you for these items. It is important that you keep these receipts to aid in reclaiming your property when you are released.

Identity documents such as passports, birth certificates, etc., will be inventoried and given to ICE for placement in your A-file. You may request an ICE certified copy of these documents by submitting a Detainee Request Form to ICE.

B. While at this facility, you are permitted to have in your possession:

1. Approved commissary items **(Must fit into allowed space)**
2. Facility issued shoes and clothing.
3. Facility issued TV receiver with two batteries. Replacements may be ordered through Commissary.
4. Facility issued bedding and towel.
5. Facility issued plastic container
6. Legal materials pertinent to your current case.
7. Mail and authorized correspondence.
8. Religious books or other authorized reading material - softbound (3).
9. Approved religious items (e.g. rosary beads, prayer beads, prayer rugs)

4.1.4 Detainee Handbook V_10_09_2018

GEO-Novoa_00003830

10. Facility library book (1).
11. Personal photos (10, without hard backing, no larger than 5x7.  No Polaroid pictures).
12. Health care items issued by or authorized by facility medical staff.
13. Eyeglasses, hearing aids, dentures or other authorized prostheses.
14. Plain wedding bands.

Personal items must be stored in the facility issued plastic container under your bunk. If assigned to a cell, items may also be stored neatly on the desk and shelf.  No item is to be affixed or placed on the bunks, walls or windows.

C.  Your initial issue shall be:

1.  Three (3) Detainee uniform shirts. (S-XL: $3.75ea, XXL-5X: $5.26ea)
2.  Three (3) Detainee uniform pants. ($5.04ea)
3.  Three (3) Pairs of socks. ($0.40ea/pr)
4.  Three (3) Pairs of under garments. ($1.00ea)
5.  One (1) Pair of shower sandals. ($2.11pr)
6.  One (1) Pair of shoes. ($5.13pr)
7.  Two (2) Blankets (1 White [$6.02ea]; 1 Black [$9.02ea])
8.  One (1) Pillowcase. ($0.57ea)
9.  Two (2) Sheets. ($3.70ea)
10. One (1) Towel. ($1.45ea)
11. Three (3) T-Shirt. ($3.97ea)
12. One (1) Radio Headset. ($8.10ea)
13. One (1) Cup. ($1.20ea)
14. One (1) Spork. ($0.26ea)
15. One (1) Laundry Bag. ($3.01ea)
16. One (1) Sweatshirt (issued October to April) ($5.18ea)

**At no time should you have in your possession more than the above quantity of facility issued items.**

**_NOTE_ All items issued to you _MUST_ be returned upon your departure. Failure to do so will result in you being responsible to repay the cost (listed above) for all item(s) not returned. Any monies due to you upon your departure may be withheld in lieu of payment for items you failed to return.**

D.  Your initial issue of personal hygiene items shall be:

1.  One (1) comb.
2.  One (1) toothbrush
3.  One container of skin lotion
4.  *One (1) floss placker*
5.  One (1) tube of toothpaste
6.  One (1) bottle of shampoo or equivalent
7.  One (1) bar bath soap or equivalent

All above hygiene items are exchanged on a one-for-one basis as needed.

E.  Your Housing Unit Officer will provide writing paper, pencil and envelopes for your personal use. Envelopes are not to be used for internal correspondence or artwork.

F.  Should you require immediate medical attention, it will be provided as needed.  Ordinarily, you will receive a medical examination within 14 days of your arrival. Acceptance of the physical examination will not alter your case status and/or affect your length of detention.

G.  If you are in need of additional assistance with interpretation services, contact a staff member.

H.  Female detainees shall be issued and may retain sufficient feminine hygiene items for use during menstrual cycle.

4.1.4 Detainee Handbook V_10_09_2018

GEO-Novoa_00003831

## PROPERTY and/or FUNDS RELEASE

You may release your property, including your keys and/or money to someone in the community or to pay for legal services that you designate in writing. To release your property or money, a "Detainee Request to Release Property – Funds" form must be filled out and signed by you, and verified by your Housing Unit Officer. The Property – Funds Release Form may be obtained from your Housing Unit Officer.

**The person receiving your property and/or funds must provide staff with the following information**: *If the person does not have the following information, your property –funds will not be released to them*. **It is your responsibility to advise the party picking up your property and/or funds that this information is required.**

- Name
- Address
- Date of Birth
- Official Government Issued Picture ID or verifiable identification

## CLASSIFICATION

All detainees are classified upon arrival, before being admitted into the general population. Criminal history information provided by ICE will be used in the classification process. Your classification category will affect your housing assignment and ability to participate in facility programs. You have the right to appeal any classification decision and request a classification review should you disagree with the designation.
A detainee's classification will be periodically reassessed.
The first reassessment will be completed within 60 to 90 days. Subsequent reassessments will be completed every 90 to 120 days thereafter, and within 24 hours of release from administrative or disciplinary restriction. A detainee must be in general population for a minimum of 60 days, (after release from RHU) before reclassification will be considered. Any disciplinary code conviction may affect your classification level.

Requests should be submitted on the Kite addressed to the Classification Officer. He/she will review the request and make a recommendation to the AFA-Security for a decision. The AFA-Security's decision may be appealed to the Facility Administrator through the same process. The Facility Administrator's decision will be final.

The Classification Levels and restrictions are as follows:

### Level 1 - Blue Uniforms:

- May not be housed with Level 3.
- May not include any detainee with a felony conviction that included an act of physical violence.
- May not include any detainee with an aggravated felony conviction.
- May include detainees with minor criminal records and nonviolent felonies.

### Level 2 - Orange Uniforms:

- May not include detainees whose most recent conviction was for any offense under the "Highest" section of the severity scale.
- May not include any detainee with a pattern or history of violent assaults, whether convicted or not. It is considered as established for purposes of this guideline when an arrest record reveals two or more arrests in a five-year period for assault where force was used against another person with the intent to commit bodily injury.
- May not include any detainee convicted of assault on a correctional officer while in custody or where a previous institution record suggests a pattern of assaults while in custody.

4.1.4 Detainee Handbook V_10_09_2018

GEO-Novoa_00003832

<u>Level 3 - Red Uniforms</u>:

- May include those detainees reclassified from levels one and two due to institutional incidents or changes in classification information.
- May be reclassified to level two (no sooner than 60 days).
- **Level three detainees are considered a high-risk category, requiring medium to maximum-security housing. Level three detainees are always monitored and escorted.**
- **May not be co-mingled with level 1 detainees.**

<u>White Uniforms</u>:

- Only utilized by Kitchen workers.  Will be permitted to exchange daily.  Will NOT be allowed to wear in Housing Units.

The detainee's classification level may determine the type of work assignment for which he is eligible.

General work does not require specific skills.  A sample of work assignments and corresponding classification levels follow:

| <u>Work Assignment</u> | <u>Level</u> |
|---|---|
| 1. Intake | 1-2 |
| 2. Kitchen worker (either shift) | 1-2 |
| 3. Recreation/Library/Barber (no violent charges/convictions) | 1-2-3 |
| 4. Laundry | 1-2 |
| 5. Living area clean-up / janitorial | 1-3 |
| 6. Evening workers (facility janitorial) | 1-2 |

**NOTE:**

1) Detainees who are released from Disciplinary Restriction will not ordinarily be considered for a work assignment until they have shown a positive period of adjustment.

<u>**LIVING CONDITIONS**</u>

The Adelanto ICE Processing Center general population is housed in dormitories.  Detainees are required to keep their assigned living areas clean at all times.  Your bed must be made by 8:00A.M.  If you choose to nap after that you may lie on the bed and cover yourself with a second blanket.  The exception to this is night workers.

It is in your own best interest to maintain a clean living area and avoid the problems associated with unsanitary living conditions. Special care should be taken in housing unit restrooms to maintain cleanliness and sanitary conditions for everyone's benefit.

<u>East</u>

Quiet time will be from 11:00pm with bunk area lights turned off: detainees may watch T.V.'s, use phones and continue normal activity as long as quiet time is respected. Detainees will remain on their own bunk. No group activity or social gathering will be allowed in bunk area. At 1:00am T.V's will be shut off along with the remaining dorm lights; security lighting will remain on. Detainees may continue to use phones provided that it does not interfere with facility counts or disrupts the dorm.

<u>West</u>

Quiet time will begin at 11:00pm with the cell lights turned off; detainee may watch T.V.'s, use the phones and continue normal activity as long as quiet time is respected. No group activity or social gathering will be allowed in cells.  At 1:00am T.V's will be shut off along with the remaining dorm lights; security lighting will remain on. Detainees may continue to use phones provided that it does not interfere with facility counts or disrupts the dorm.

4.1.4 Detainee Handbook V_10_09_2018

GEO-Novoa_00003833

## EVACUATION DRILLS

Per local, state and federal laws, we are required to perform evacuation drills. At this facility we perform no less than one drill each month. These drills are not designed to inconvenience you, but rather to ensure that you know the procedures to follow and where the exits are located in case of an actual emergency such as a fire, gas leak or natural disaster. In your housing unit is a diagram showing you the location of all fire exits and which exits will be used for evacuation.

## OFFICIAL COUNTS

In order to maintain proper accountability of detainees at this facility, official counts are conducted at the following times:
1:00 A.M., 3:00 A.M, 6:30 A.M., 10:30 A.M., 6:30 P.M. (Standing / Verbal / Face to Photo Count), 11:00 P.M.

During official counts no movement or talking is permitted. All detainees are to report directly to their assigned bed. Disruptions may result in disciplinary action.

## MEALS

All meals are nutritionally balanced, dietician approved and properly prepared and served. The use of food, i.e., the withholding of, or variation from, the standard menu, as a disciplinary measure or reward is prohibited. Food Service upon request and authorization provides special diets as required for medical/dental reasons or adherence to religious dietary law. The Adelanto ICE Processing Center is a **pork free** facility and therefore does not serve any pork.

If you have a religious dietary need, you may submit a Kite to the Adelanto ICE Processing Center chaplain and state what your dietary need is. Keep in mind that the standard fare meals contain **no pork** and are therefore Halal. If for religious reasons you desire to be placed on a vegetarian diet, keep in mind that this does not mean you will receive additional portions of fruit, and does not include poultry or fish. If you desire a special (ie. vegetarian) diet for non-religious reasons a Kite must be submitted to the AFA-Security. Special diets for medical reasons must be addressed through the medical staff. If you are on a special diet for any reason (religious, medical) you may not receive food items from another detainee's tray. Doing so will cause you to have your special dietary status reviewed, and possibly have you removed from special diet status.

You are required to properly dispose of leftover food and place your tray and utensil in the appropriate place at meals end. For health and sanitation reasons, food items may not be retained in the living area.

### East
Meals are served in the housing units at approximately 5:30 A.M., 11:30 A.M., and 5:30 P.M.

### West
Meals are served in the Chow Halls at approximately 4:30A.M., 11:30 A.M., and 5:30 P.M.
(No kitchen food will be allowed to be taken back to the housing units)

## SMOKING POLICY

Tobacco products are strictly prohibited in all areas of this facility.

## MEDICAL CARE

This facility provides a fully staffed medical clinic to address your health care needs while in detention.

## LIVING WILLS AND ADVANCED DIRECTIVES

As a detainee at this facility you have the right to initiate a Living Will or an Advanced Directive. These forms are available through staff in the medical clinic. The guidelines and forms used are set forth by the State of California. Your private attorney may assist you in the preparation of these documents.

4.1.4 Detainee Handbook V_10_09_2018

GEO-Novoa_00003834

## CLOTHING / LINEN EXCHANGE

Clothing items will be exchanged two times each week. **All exchanges are on a one-for-one basis.** Before 6:00 A.M. your laundry bag is to be placed in the large unit bag. All laundry must be in your laundry bag to be washed. Make sure you tie your bag securely. Large blue unit bags will be returned to the unit in the afternoon.

- Daily exchange for damaged or worn white undergarments, e.g., socks, boxers, t-shirts.
- Weekly exchange for damaged or worn outer garments
- Kitchen Trustees (workers) – White uniform garment exchange daily.
- Weekly exchange for damaged or worn sheets, towels and pillowcases.

The Laundry Schedule for East/West is as follows:

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|
| Whites Only | Whites 'OR' | Whites 'OR' | Whites 'OR' | Whites 'OR' | Whites 'OR' |
| | Colors | Colors | Colors | Colors | Colors |

Blankets are exchanged/washed once per quarter. The blanket exchange dates will be published in the units to notify you. Detainees are not permitted to wash clothing, bedding, linens, tennis shoes or other items in the housing units.
Detainee workers assigned to Food Service will receive clean white uniforms on a daily basis. At no time should you have more than the issued quantity of any clothing or linen item in your possession. Possessing extra items is a violation of facility rules and is cause for disciplinary action.

## PERSONAL HYGIENE

You will be living in a housing unit with other individuals, so personal hygiene is essential. You are expected to bathe regularly and to keep your hair clean. Female detainees shall be issued and may retain sufficient feminine hygiene items for use during menstrual cycle. Personal hygiene items, such as toothbrushes, toothpaste, combs, etc. will be issued to you upon arrival or provided in your housing unit. Personal hygiene exchange will be conducted once per week by the Housing Unit Officer. Disposable shaving razors are available to detainees from the dorm officer. Shaving razors must be checked out and returned, during designated times, to the dorm officer for disposal in a provided sharps container. You may not be in possession of a razor after usage. Detainees attending court will be afforded the opportunity to shave before reporting to court.

## BARBERING SERVICES

Barber services are available and hair cutting services are provided to all detainees. If you would like barbering services, you must sign up with the dorm officer. Every housing unit will have the designated times posted for barbering services within their housing units.

Detainees are assigned by the Classification Officer to provide barbering services to fellow detainees. To apply for a barbering assignment, you must complete the work application and submit it to the Classification Officer. You are also required to be medically cleared for duty by Medical Staff for this assignment. All haircutting equipment is cleaned and sanitized after each use.

For the protection and health of the detainees in general population/restrictive housing and for those working in the barbershop, a sanitation program covering barber operations is in effect that meets applicable health and environmental codes. APC provides equipment necessary to meet those sanitation requirements. Walls, ceilings, countertops, floors, linens, hair cutting tools and implements shall be maintained in accordance with sanitation standards identified in Adelanto ICE Processing Center Policy 12.1.8, Barbershop Operations, and are conspicuously posted in the barbershop area. An established cleaning schedule with appropriate follow-up, through use of specified equipment, cleansers and disinfectants/detergents, will be in effect.

GEO-Novoa_00003835

Tool control procedures governing the barbershop will be in accordance with Adelanto ICE Processing Center Policy 10.2.9, Control of Tools, Equipment and Hazardous Materials, and will regulate the handling, disposal and accountability of all tools and sharp objects utilized in the barber area. All items presenting a potential safety or security risk (clippers, scissors, and other implements) will be inventoried before and after use and will be inspected weekly by a designated individual. Spill kits are available for use by those trained to utilize them.

Barbers shall not provide service to any detainee when the skin of the detainee's face, neck, or scalp is inflamed, or when there is scaling, pus, or other skin eruptions, unless service of such detainee is performed in accordance with specific authorization of the Chief Medical Officer. No person who is infested with head lice shall be served. Disposable shaving razors are available to detainees from the dorm officer. Shaving razors must be checked out and returned to the dorm officer for disposal in a provided sharps container.

## SLEEPING AREA/SANITATION

You are required to keep your bed and immediate area clean and neat. The living units must be cleaned and beds are to be made every day by 8:00am. If you choose to nap after that you may lie on the bed and cover yourself with a second blanket. The living units are to be kept clean throughout the day. The hanging of sheets, towels, blankets or clothing from bunks, rails, tables etc. is prohibited. Hooks are provided; wet towels are to be hung from these, or over your property box. Personal items including hygiene items are to be stored in the facility issued plastic container. Items will be confiscated when left in unauthorized areas. It will be your responsibility to identify and reclaim the items through the housing unit officer.

## FINANCES

The booking staff upon admittance will collect all money, checks, money orders, valuables or other financial instruments. All US currency regardless of how it is received will be placed into your Detainee Account. Only **US Postal, Canadian Postal (payable in U.S. currency only) and Western Union** money orders and checks from Federal, State, City or County agencies or other correctional facilities will be cashed and placed in your account. We will **not** cash personal checks, payroll checks or any other money orders. Family, friends, relations, etc. may deposit funds into your Detainee Account either on-line at *inmatedeposits.com* or by calling toll free (866-345-1884). In order to complete the deposit, they must have:

- Your complete name and A-number, and;
- The Name and Location of the Facility - Adelanto ICE Processing Center, Adelanto, California

Upon your release you will receive cash for the amount remaining in your account, in addition to all of your stored personal property, foreign currency, and valuables. If anything is missing or broken, staff will assist you in filling out a Claim for Lost or Damaged Property form. Following an investigation, if it is determined that Adelanto ICE Processing Center employees are at fault, a reimbursement check will be mailed to your forwarding address.

**Possession of cash, checks or any other financial instrument inside the facility is a violation of facility rules and will subject you to disciplinary action. There are no fees, charges, or co-payments for services or programs.**

## ACCESS TO TELEPHONE (Telephone Calls Are Subject to Monitoring)

Telephones are provided in each housing unit and the booking area for your use. Telephones are on 24 hours a day 7 days a week. All telephone calls will be collect to the party receiving the call, unless you purchase pre-paid **calling time** (see below). The cost for using the detainee telephone system is posted in each of the housing units. When telephone demand is high, you are expected to limit your calls to twenty minutes in length to allow others the opportunity to place calls. If you are unable to place calls from the telephone in your housing unit or you need to place an emergency call, such as an illness or death in the family; you may complete a Kite to access an office telephone. All calls to consular officials or free legal services are provided at no cost to you on the unit phones.

4.1.4 Detainee Handbook V_10_09_2018

GEO-Novoa_00003836

## LEGAL CALLS TO ATTORNEY (Unmonitored)

A detainee may be afforded an opportunity to make an unmonitored legal phone call. You must submit a Kite to the shift supervisor with the phone number of Law Offices of the attorney representing you. The provided number will be verified by on site staff as well by Talton Communications in order to validate the number. Once approved as a legal representative, the number will be placed as unmonitored. **Three way calling is forbidden and will cause an automatic block of the number, and may require a fee to remove the block.**

Detainees at the Adelanto ICE Processing Center are permitted to make free / pro bono telephone calls to local immigration courts and the Board of Immigration Appeals, federal and state courts if in proceedings there, consular officials, legal service providers to obtain legal representation or for consultation when subject to expedited removal, or legal service providers or organizations listed on the ICE/DRO free legal service provider list, or United Nations High Commissioner for Refugees (UNHCR) at 1-888-272-1913 (for asylum-seekers and stateless individuals), or government offices to obtain documents relevant to his/her immigration case, and in the case of a personal or family emergency. **If unable to make those calls, please contact your Deportation Officer.**

To purchase **calling time**, dial 411 and follow directions, all transaction will be posted 9:00 a.m. next day Monday - Friday. Visitors may purchase prepaid phone time by either depositing funds (cash or credit card) in the kiosk located near the front entrance or by accessing www.Talton.net from any Internet connection (credit card). Family and friends can dial 866-348-6231 for customer service to set up a pre-paid phone account. Funds for phone time may be directly withdrawn from your commissary account as the systems are linked. You will be prompted with this option during the beginning of your call.

Detainees can receive voice mail messages from family and friends. Please dial 888-516-0115 to retrieve your voice mail message the next time you access the phone system (a small fee will apply).

Staff will also take emergency telephone messages from outside callers and deliver them to the housing units.

There is at least one Teletypewriter (TTY) for detainees with hearing and/or speech disabilities, and for detainees wishing to communicate with parties that have such disabilities. Access to TTY equipment requires the detainee to submit a request to the Shift Supervisor.

Detainees needing interpretive services for essential communication may complete a Kite or contact the shift supervisor for assistances.

Telephones are made available as necessary with adjustable volume for detainees with hearing impairments.

## UNUSED PHONE TIME

Many of you upon departing the facility will have unused monies that you have placed on the detainee phone system. TALTON Communications is the company that Immigration and Customs Enforcement (ICE) has contracted with to provide phone service for the detainee population here at Adelanto ICE Processing Center. This company is separate and distinct from the GEO Group, and as such we have no control over the polices in this matter. TALTON will not consider a refund of phone monies until you have departed the facility (release or removal). Upon departure you must call TALTON at (866) 348-6231 and provide them with all requested information.

Should the balance of your phone monies be less than $50.00 dollars, you will then be provided a prepaid phone card in the amount owed. This prepaid phone card will be issued by TALTON in the form of a pin # that you can use wherever you are located (provided you are not incarcerated). Should the balance of your phone monies be $50.00 dollars, or more, then TALTON will send you your unused monies to the address you provide. The only exception to this would be, if a credit card was used to purchase phone time, then the refund of phone time would be credited directly to the credit card used. Any further inquiries can be directed to TALTON through the phone system by dialing 211#.

GEO-Novoa_00003837

## RELIGIOUS SERVICES

All detainees shall have access to religious resources, services, instruction and counseling on a voluntary basis. Detainees shall be afforded the greatest freedom and opportunity to pursue legitimate religious beliefs or practices within the constraints of safety and security requirements.  Services are provided through community volunteers at least once per week.  Schedules for religious services are posted at each housing unit. If you desire religious services or privileges not provided, you must complete a detainee request form. Designated staff will consult with appropriate members of the religious community in assessing your request.

## COMMISSARY

Commissary services are provided by the Keefe Company. Commissary allows you to purchase food items, hygiene products, telephone time, postage and writing supplies to supplement what is issued to you. A commissary kiosk is provided for you in your living area. It will take no more than three (3) business days for you to be automatically added to the commissary system. If after three business days you are unable to access the Kiosk, submit a Kite to "Detainee Accounts". Scantron order forms and product listing is issued to any detainee housed in RHU. The Scantron order form for RHU detainees must be properly filled out with the detainee's; name, A-number, housing and signature. **Orders must be placed in the commissary kiosk no later than 8:00 a.m. for general population detainees on the day of delivery. West delivery day is Wednesday, East delivery is Thursday. RHU detainees will have their Scantron order form collected no later than 8:00 a.m Wednesday.** Tennis shoes (Velcro only, no shoe laces) can be purchased either directly by you or by your friends / family.  Order forms are available in the living units or your friends / family may request an Order form from the front desk officer.  Commissary orders will be processed and delivered the same day. There is a $100 limit on all orders, not to include tennis shoes, radios, stamps or pre-paid calling time.

Commissary bags are NOT to be opened prior to verifying the bags content.  An opened bag indicates that a detainee has inventoried and accepted his/her order.

Contract commissary staff will make one attempt to deliver commissary items to the housing unit.  If a detainee is not present, the Unit Officer will confirm the location of the individual.  The contract commissary staff will note that location and return the bag(s) to the Commissary Office.  The Officer who has custody of the detainee will notify that detainee to pick up the commissary bag(s). Any exception to this process must be approved by the Shift Supervisor.

## VOLUNTARY WORK PROGRAM

Every effort will be made to provide you an opportunity to participate in the voluntary work program. Wages are $1.00 per day.  Ordinarily you will not be permitted to work more than eight hours per day or 40 hours per week. Wages earned are calculated and credited to your account, daily.  A detainee work application must be filled out and turned in to Classification.

**Note:** A detainee must submit a Kite to the Classification Office to make a claim for non-payment within 14 days of the date in question.  Detainees may also request a copy of their personal account once each week.  This request is to be submitted in a Kite to the Business Office.

You will be provided any necessary training and personal protection equipment (PPE) to perform the job to which you are assigned and will be required to sign a voluntary work program statement. You must complete a Kite indicating that you wish to participate in the voluntary work program and are encouraged to list any special skills or experience that you may have on the form.  The form is routed to the Classification Officer.  Prior experience and/or specialized skills are not a requirement for participation in the voluntary work program. However, medical staff must first physically clear detainees requesting to work in Food Services and Barbering, before that assignment can be made. Detainees who choose to participate in the voluntary work program are required to work according to an assigned work schedule. Unexcused or frequent absences or unsatisfactory work performance may result in your removal from the voluntary work program.

Detainees who choose to participate in the voluntary work program must meet acceptable levels of house neatness, cleanliness and sanitation standards.

4.1.4 Detainee Handbook V_10_09_2018

GEO-Novoa_00003838

Detainees who wish to participate in the voluntary work program will be required to wear the appropriate voluntary work uniform to which you are assigned. Kitchen workers will wear a white top/bottom uniform with a white apron. Kitchen issued rubberized work boot will be worn at all times while on voluntary duty assignment. Beard guards and hairnets will be provided. Freezer jackets and gloves will be available as needed. All other voluntary work details will require appropriate dress for the assignment. Your facility issued top/bottom will be acceptable dress for most details; however, work issued boots, gloves, hats and jackets may be required depending on the assignment. Proper voluntary work dress code will be enforced as specified for your voluntary work detail Detainee uniforms will be worn in the manner that is intended by the manufacturer. Altering detainee uniforms or wearing them in any manner other than the commonly accepted manner is prohibited.

## LIBRARY

### East – West

Each housing unit has access to a library book cart where a wide variety of reading materials are maintained. The cultural diversity of the detainee population has been carefully considered in acquiring printed materials. A wide variety of subject matter and language is represented in the collection. You may have one library book at a time and are asked to return it in a timely manner so that others may enjoy it. Library Book Carts are periodically rotated throughout the housing units so all detainees have access to all of the reading materials.

## LAW LIBRARY

A law library is available for use in preparing your case. A large number of documents are provided and regularly updated in order to provide you with current reference materials. A computer, paper and writing supplies are provided. The reference materials and equipment in the law library are provided at great expense. Detainees requesting legal reference materials not maintained in the Law Library should submit a written request to the law librarian's immediate supervisor. Damaging or removing materials or equipment will result in disciplinary sanctions that may include financial restitution. Missing and/or damaged material should be reported to the Law Library Technician and accompanied by a Kite explaining what is missing and/or damaged.

To use the law library, detainees are to meet with their Housing Unit Officer each day, Monday through Friday, before 1:00 pm, and complete the "Law Library Sign-Up Sheet". You should:

- Print your name;
- Write down your "A-number";
- Identify your Bunk number and if your bunk is Up or Low (U-Up, L-Low);
- Indicate the type of assistance you are requesting;
- Sign your name.

**Note:** Kites will be the accepted method for detainees assigned to RHU. A Law Library kiosk is provided in RHU.

These forms will be picked up by the Law Library Technician after 1:00 pm, Monday through Friday. The librarian will create a schedule for the following business day, and that schedule will be delivered to your Housing Unit Officer. They will make sure you are informed of your appointment.

Detainees will be scheduled in one hour increments, Monday through Friday (excluding holidays), from 7:00 am until 3:00 pm, a minimum of five hours per week will be provided. Requests for additional time may be requested by submitting a kite. Arrangements will be made as time and facility resources permit. Special priority will be granted for additional library time when a detainee has provided the Law Library Technician proof of an upcoming court date.

Detainees may request that copies be made of their legal material. Request for copies are to be submitted on a Legal Copies Request form (obtained from the Law Library); the form must be completely filled out and legible. The Legal Copies Request form, along with the material to be copied, will be collected by the Law Library Technician during the

GEO-Novoa_00003839

morning Law Library movements.  Copies will generally be delivered to you within 72 hours after the Law Library Technician has collected the materials from you.

Detainees who require a large manila envelope to mail their legal material must bring these documents to the law library. A kite requesting these services is to be included. Detainees will prepare the envelope with name and address of the receipt while in the law library. Detainees will mail all correspondences through the established mail procedures.

*NOTE*: Manila envelopes are for mailing legal material only.

Detainees are able to access audiobooks for language–learning in the law library **only**. The following language-learning audiobooks are available in:
- English from Native Spanish
- English from Native Haitian Creole
- English from Native French
- English from Native Chinese Mandarin

Detainees are also able to access leisure audiobooks in the law library **only**. The audiobooks are available in English and Spanish.

Detainees are able to request braille leisure books. Detainees are allowed to plug-in their GEO issued headphones into the Library Chromeboxes in order to listen to these audiobooks. *GEO also has the eye-pal reader available in the law library.* These are **not** available for listening in the housing unit kiosks. These documents and other materials available under these lessons are **not permitted** for printing. They are only to be viewed or listened to from the law library computers.

## LAW LIBRARY COMPUTERS

You may request access to a law library computer to assist you with your legal materials. You may request this service using the sign up process as above for use of the Law Library.

As an alternative to a paper-based publication, the Adelanto ICE Processing Center uses the Lexis/Nexis publication in the Law Library.  Lexis/Nexis is the program used to review previous immigration cases, researching immigration law and provides legal forms.  The following are the directions for using the Lexis/Nexis program.  This information is also posted in the Law Library.
- Double click on the Lexis/Nexis icon, if the icon is not available, you may access the program via the Start Menu, then select "Programs", and double click on Lexis/Nexis.
- Click on the "Proceed" option, and a menu will be provided with the options "Immigration Cases Disk One" or "Disk Two", click on either option, and then click on the open button on the right side of the screen.
- You will see options ranging from "Supreme Court of the United States" to United States Court of Appeals"..

If you are needing specific forms for your case, you will need to request the forms from your judge. If your judge does not have the form available, then you can request it from your ICE officer

## EQUAL ACCESS TO PROGRAM AND SERVICES FOR HEARING AND VISIBLY IMPAIRED

Detainees with communication-related disabilities including activities such as seeing, hearing, speaking, reading and communicating will be provided equal access to programs and services.

4.1.4 Detainee Handbook V_10_09_2018

GEO-Novoa_00003840

**VISITING**                                    **(All visitors are subject to search)**

## East

Adelanto ICE Processing Center -East Visitation Address 10400 Rancho Road Adelanto CA, 92301
Phone Number (760) 561-6100

**Restrictive Housing Unit**
Tuesday 12pm-8pm (non-contact)
Wednesday 12pm-4pm (contact)
Friday 12pm-8pm (non-contact)
Sunday 7am-8pm (non-contact)

**Housing Unit 1**
Tuesday 12pm-8pm
Friday 12pm-8pm
Sunday 7am-8pm

**Housing Unit 2**
Monday 12pm-8pm
Thursday 12pm-8pm
Saturday 7am-8pm

## West

Adelanto ICE Processing Center -West Visitation Address 10250 Rancho Road Adelanto CA, 92301
Phone Number (760) 561-6100

**Housing Unit 1**(disciplinary)
Tuesday 12pm-8pm (non-contact)
Thursday 12pm-8pm (non-contact)
Saturday 7am-8pm (non-contact)

**Housing Unit 2**
Tuesday 12pm-4pm (contact) & 4pm-8pm (non-contact)
Friday 12pm-4pm (non-contact) & 4pm-8pm (contact)
Sunday 7am-1pm (contact) & 2pm-8pm (non-contact)

**Housing Unit 1**(administrative)
Monday 12pm-8pm (non-contact)
Wednesday 12pm-4pm (contact)
Friday 12pm-8pm (non-contact)
Sunday 12pm-8pm (non-contact)

**Housing Unit 3**
Monday 12pm-4pm (contact) & 4pm-8pm (non-contact)
Thursday 12pm-4pm (non-contact) & 4pm-8pm (contact)
Saturday 7am-1pm (contact) & 2pm-8pm (non-contact)

**Housing Unit 4**
Tuesday 12pm-4pm (non-contact) & 4pm-8pm (contact)
Friday 12pm-4pm (contact) & 4pm-8pm (non-contact)
Sunday 7am-1pm (non-contact) & 2pm-8pm (contact)

**Housing Unit 5**
Monday 12pm-4pm (non-contact) & 4pm-8pm (contact)
Thursday 12pm-4pm (contact) & 4pm-8pm (non-contact)
Saturday 7am-1pm (non-contact) & 2pm-8pm (contact)

Visitors **must** have valid and verifiable government issued photo identification. A responsible adult must accompany any person under 18 years of age. Any person under 18 years of age, a school issued photo I.D. is acceptable.
Visitors must check in with lobby staff, in person, no later than 30 minutes prior to the close of visitation. Visitation closes sharply at 8:00pm. Extended time past the close of visiting is not permitted regardless of the time your visitors arrive.

**Visiting is as follows:**

**Legal** visits seven days per week as needed. A valid photo I.D and BAR card is required.
**Religious visits** will be coordinated with the Chaplain. (Both shall provide proof of endorsement by the appropriate certifying body)
**Social Visits** – conducted according to Housing Units

**A detainee can only have one social visit per day. For example, if a detainee has a visit in the early evening, he/she cannot have another visit later in the evening on that same visiting day. Please notify your family member and friends of your classification level for visiting purposes.**

## VISITING RESTRICTIONS

- If your visitors appear to be under the influence of alcohol/drugs, the Shift Supervisor will be notified and the visit will be terminated.
- There is a (1) one hour time limit for all visits unless prior approval is received from the Facility Administrator. (Example: traveling 500 or more miles or pending deportation)

4.1.4 Detainee Handbook V_10_09_2018

GEO-Novoa_00003841

- All visitors are subject to search. Failure to submit to search shall result in denial of entry to the facility.
- Visitors are not allowed to pass or attempt to pass any item to a detainee. Legal Documents are permitted for exchanged during a visit with **prior** written approval from a Supervisor of rank, no lower than Lieutenant.
- Children must remain under control at all times. Disruptive children may cause for the visit to be terminated.
- Visitors are not allowed to bring in or chew gum in the facility.
- Visitors are not allowed to carry any items into the visiting area.
- If contraband is found on a visitors, to include; drugs, alcohol, or weapons, that visitor will be subject to prosecution.
- Pets may not accompany visitors onto or into facility property. However certified service animals shall be permitted to accompany all persons with disabilities.

## GENERAL VISTING RULES (Court/Visitation/Legal)

**It is the detainee's responsibility to advise their visitors to follow the visiting rules and all posted laws, rules, and regulations when visiting. It is also the detainee's responsibility to follow all of the visiting rules and regulations.**

### Dress Code (Male/Female)
- Shorts and pants shall cover customarily covered areas of the anatomy, including the buttocks and crotch area, when standing and/or sitting. Shorts will be no higher than mid-thigh. Short-shorts, jogging shorts, cut-offs, and other obviously inappropriate short garments are prohibited.
- Undergarments will remain covered at all times.
- Skirts and dresses shall extend to mid-thigh, while seated.
- Slits in skirts and dresses shall rise no higher than mid-thigh, when seated.
- Sheer (see-through), leggings, overly tight (i.e. spandex), or transparent clothing is prohibited.
- The top of clothing shall be no lower than the underarm in front and back. Bare midriffs, strapless tops, low cut tube tops, and swimsuits are prohibited.
- Shirts shall be worn at all times. Muscle shirts and sleeveless shirts are prohibited.
- Shoes shall be worn at all times.
- Gang "colors" and other gang displays are prohibited.
- Hats, beanie's and hoods from a jacket or sweater may not be worn in visiting or court. Special consideration is given to religious head dressings (i.e. Kippah/Yarmulke, Taqiyah/Turban, Rastacap, veiling). However, visitors may be asked to remove their head dressing for visual inspection for contraband. This inspection, if requested by the visitor, will be conducted by a member of the same sex as the visitor and conducted in a reasonably private location.

## CONDUCT DURING VISTATION

a. All conduct by both detainees and visitors shall be quiet and orderly.
b. Detainees and visitors shall remain in an upright position.

The following conduct shall be prohibited:

- Exposure of genitals, breasts or buttocks;
- Lying on the floor or ground, upon seats or tables or under tables or attempting to conceal the visitor and/or detainee from staff;
- Touching any genital area, breast or buttocks, under or over clothing;
- Use of profanity, making loud noises, disturbing other detainees or visitors, creating a mess, or disrupting or being a nuisance in the visitation area;

Abuse of this privilege will not be tolerated and immediate suspension of a visit may occur for prolonged hugging, kissing, French kissing, or excessive displays of affection that disrupt the visiting environment. The exposing of, or physical contact with; the clothed or unclothed genitals, breasts or buttocks of a detainee or a visitor will result in an immediate suspension of the visit and may result in denial of future visitation privileges.

4.1.4 Detainee Handbook V_10_09_2018

GEO-Novoa_00003842

Any disorderly conduct, which includes; using hostile, vulgar, or profane language, unruly behavior, engaging in activities that disrupt or disturb others, creating loud noises, creating unsanitary conditions and which disrupts the orderly operation of the visiting room or offends others, is not permitted.

Any attempt to circumvent the regulations outlined in policy statement may result in temporary or permanent suspension of visiting privileges or other administrative or legal remedy by the Facility Administrator.

Upon completion of the visit, the detainee shall clean the area adequately.

Detainees will not be allowed to exchange any property with any of the visitors.  Exchange of property may result in suspension or termination of family visits. Legal Documents are permitted for exchanged during a visit with **prior** written approval from a Supervisor of rank, no lower than Lieutenant.

Detainees are not permitted to take any personal items into the contact visitation room other than issued identification card.  Legal paperwork is permitted for contact visitation with legal representatives.

No food, beverages, cell phones, monies, jackets, hats, or keys are to be taken into or out of the visitation area. Lockers are provided, at no cost to the visitor, to secure all personal belongings in.

Detainees needing to utilize the restroom during a visit will be returned to their housing unit with a pat-search being conducted prior to the movement. Visitors needing to utilize the restroom during a visit will be returned to the front lobby and must resubmit to search by lobby staff before being returned to visitation.

## CONSULAR VISITS

You have a right to contact your consular representatives and receive visits from your consulate officer.  These visits may take place during normal attorney visiting hours or with special permission from the Facility Administrator.  These visits may be private.

## CONSULAR VISITATION FOR DETAINEES SUBJECT TO EXPEDITED REMOVAL

If you are subject to expedited removal and have been referred to any asylum officer, you are entitled to consult with anyone you choose before the interview while the officer's decision is under review.  This includes family, friends, legal representatives, members of nongovernmental organizations (NGOs), etc.  These consultations are to be private, just like meetings with attorneys.  You may also have these persons with you during the asylum officer's interview and during an immigration judge's review of a negative credible fear determination if the judge allows it.

## CONSULATE AND COURT SERVICES

You are encouraged to request assistance from your consulate.  They can help you with your case.  If you have trouble contacting your consulate, you may request assistance by completing a Detainee Request Form and addressing it to ICE. You also have access to the immigration court information number: 1-800-898-7180.  Once you are in ICE custody, your consulate will be notified if you are a citizen of a mandatory notification country.

## PRO BONO LIST OF LEGAL ORGANIZATIONS

The current list of pro bono legal organizations and individuals is posted in each housing area.

## GROUP LEGAL RIGHTS PRESENTATIONS

Group legal rights presentations are provided. Detainee names are placed on a list based upon detainee requests. Presentations are open to all detainees, regardless of the presenters intended audience, unless attendance by a particular detainee would pose a security risk.

4.1.4 Detainee Handbook V_10_09_2018

GEO-Novoa_00003843

Detainees in restrictive housing will be allowed to attend if security is not compromised. If a detainee in restrictive housing cannot attend for this reason, and both he/she and the presenter so request, alternative arrangements shall be made. If it becomes necessary, presentations may be made to individuals in restrictive housing, if the presenter agrees and security can be maintained.

## INSPECTIONS OF PERSONS AND PROPERTY

You are subject to search upon admittance into the facility and when there is reasonable cause to believe that you may have contraband concealed on your person. Additionally, searches are routine requirements when entering housing units or when leaving the visiting area and assigned work areas. Routine, unscheduled searches of the facility, detainee's property and persons will be conducted as deemed necessary. There are occasions when random searches will be conducted when entering or leaving an area. You and/or property are subject to search at any time.

All searches are conducted as a means of preventing contraband and ensuring that safe, security and sanitary conditions are maintained in the facility. Searches are not punitive in nature.

## CONTRABAND / UNAUTHORIZED PROPERTY

Items not inherently illegal may be considered contraband when possession of the item(s) is prohibited by facility policy or, while not a prohibited item, a greater quantity of the item than allowed is possessed.

Contraband items include but are not limited to:
1. Any dangerous drug, narcotic drug, marijuana, intoxicating liquor of any kind, deadly weapons, dangerous instruments, explosives or any other article that, if used or possessed, would endanger the preservation of order in the facility.
2. Any item which could be used as an aide to escape.
3. Any item which could be used to disguise or alter the appearance of a detainee.
4. Any article of clothing or item for personal use or consumption which has not been cleared first through the Facility Administrator or purchased by a detainee from the commissary.
5. Cameras, video, audio, or related equipment that can be used to make unauthorized photographs or audio, or audio/video recordings of detainees, staff or government property.
6. Contraband includes material prohibited by law or regulation, or material that can reasonably be expected to cause physical injury or adversely affect the security, safety, or good order of the facility.
7. Any original identity documents such as passports and birth certificates. Possession may be used by ICE/ERO as evidence against you or for other purposes authorized by law. (Copies of such documents if provided by ICE are not contraband.)
8. Any item altered from its original condition.

Procedures for Handling Contraband

1. Staff shall seize any item identified as contraband, whether found in the physical possession or living area of a detainee, in a common area, or in incoming or outgoing mail.
2. Staff shall inventory, receipt, and store in a secure area with the detainee's other (stored) personal property contraband that is not illegal. This property shall be held until the detainee's release when, unless it is illegal under criminal statutes or could pose a threat to security, it will be returned to the detainee. Nuisance / perishable contraband will be immediately destroyed (cigarettes, food, alcohol, etc.).

Staff shall handle items seized as contraband in accordance with the following procedures.

1. These procedures apply to contraband found in the physical possession or living area of a detainee, in common areas, or in incoming or outgoing mail. They also apply to contraband discovered during in-processing and in the possession of a detainee awaiting interviews, hearings, etc. Exceptions to these procedures may occur only upon written authorization of the Facility Administrator, or designee.

GEO-Novoa_00003844

2.  Contraband that is illegal (under criminal statutes) will be inventoried, held, and reported to ICE for action and possible seizure.
3.  Contraband that is facility or government property will be retained as evidence for possible disciplinary action or criminal prosecution. If appropriate, the property will be returned to the issuing authority if not needed as evidence or, if needed, after its use. Alternatively, staff may return the property to normal stock for reuse or, if the property has been altered, the Facility Administrator, or designee, may order it destroyed.
4.  The Facility Administrator, or designee, shall generally consult a religious authority about the handling of religious items prior to confiscation. Such consultation is not required before confiscation of religious items categorized as "hard contraband".
5.  Contraband that is illegal under criminal statutes may be destroyed when no longer needed for possible disciplinary action or criminal prosecution. All destruction of illegal hard contraband must have the approval of the Facility Administrator, or designee, prior to destruction.

    Examples of "hard contraband" include:
    a.  Tools that could aid in an escape (e.g., rope);
    b.  Ammunition or explosives;
    c.  Combustible or flammable liquids;
    d.  Hazardous or poisonous chemicals and gases;
    e.  Weapons;
    f.  Intoxicants;

6.  Narcotics and other controlled substances not dispensed or approved by the Adelanto ICE Processing Center Medical department constitute hard contraband. Medicine dispensed or approved by the medical department is hard contraband if found in the possession of a detainee for whom it was not prescribed, or if not used as prescribed. Medicine the detainee brings into the facility upon arrival will be forwarded to the facility medical staff for disposition. Duly approved medicine will be returned to the detainee.
7.  If the personal property of a detainee exceeds storage capacity, the Facility Administrator, or designee, will determine which items are excess, and arrange to ship them to a third party chosen by the affected detainee. The Adelanto ICE Processing Center will pay shipping costs for a detainee who cannot afford the postage. If, however, the detainee chooses not to provide an appropriate mailing address, or is financially able but unwilling to pay the postage, the Facility Administrator, or designee, may dispose of the property as described within Policy 4.1.2, Detainee Personal Property, after providing the detainee with written notice of the intent to destroy the property and how to prevent that outcome.

8.  When it is clear that an appropriate mailing address does not exist, the Adelanto ICE Processing Center will store the property for the detainee.

9.  The following procedures will be followed when a detainee's claim of ownership of contraband material is in question:
    a.  Inventory and store item pending verification of ownership;
    b.  Provide detainee(s) claiming ownership with a copy of the inventory as soon as practicable, and place a second copy in the detainee detention file(s);
    c.  The detainee(s) shall have seven days following receipt of the inventory to prove ownership of the listed items. Staff will deny a detainee's claim of ownership for an item acquired without authorization from another detainee;
    d.  If the detainee cannot establish ownership, staff shall attempt to resolve the question before any decision is made regarding appropriate handling. If ownership cannot be reasonably established, the property may be destroyed as outlined in policy.

## DESTRUCTION OF CONTRABAND

1.  The Facility Administrator, or designee, determines whether an item will be destroyed.
2.  The Facility Administrator, or designee, will generally hold an item of questionable ownership for 120 days before considering its destruction.

4.1.4 Detainee Handbook V_10_09_2018

GEO-Novoa_00003845

3.  The officer who physically destroys the property and at least one official observer shall attest, in writing, to having witnessed the property's destruction.
4.  A copy of the property disposal record shall be placed in the detainee's detention file. Records of property disposal shall remain on file for at least two years.

## INAPPROPRIATE RELATIONSHIPS WITH STAFF

Detainees should be aware of how to handle situations in which they perceive themselves to be the object of sexual advances or other inappropriate behavior by staff members. Any type of sexual advances by any staff member directed toward any detainee is a strict violation of policy. Similarly, it is a violation of the rules for detainees to direct advances towards officers or other staff. Officers or staff may not solicit detainees in any way for any type of sexual favors. The same applies for detainees. This includes any conversations that might lead to sexual involvement.

Should any detainee find himself/herself being pressured for either sexual favors or some other violation of a facility rule, the detainee should refuse to do the illegal act and either:

- File a formal grievance
- Request to see the Shift Supervisor or complete a ICE Detainee Request Form or GEO kite marked "Emergency" to one of the following:
  1.  Facility Administrator
  2.  Deputy Administrator
  3.  Assistant Facility Administrator - Security
  4.  ICE Assistant Field Office Director (AFOD)

- Contact any staff member you feel comfortable with to let that person know and request help
- Write a family member and urge them to call the Facility Administrator and/or ICE AFOD.

**In addition, San Bernardino provides an anonymous 24 hour hotline for victims of Sexual Assault at (909) 885-8884.**

## DETAINEE PROTECTION

The Facility Administrator and staff of the Adelanto ICE Processing Center strive to maintain the safety and security of all detainees. However, in some situations, measures must be taken to achieve a greater degree of protection for certain detainees.

If another detainee is pressuring you for money, property, or sexual favors, you should immediately contact a Detention Officer, Shift Supervisor, AFA-Security, Facility Administrator, ICE AFOD, or any staff member with whom you feel comfortable. It is imperative that one of these individuals be contacted immediately so that they can help by removing you from a potentially serious situation.

## SEXUAL ASSAULTS

The Adelanto ICE Processing Center has **ZERO TOLERANCE** for Sexual Assault/Abuse or Sexual Harassment related incidents by; Detainee(s), Employee(s), Contractor(s), Volunteer(s), and Visitors to the institution.

You have the right to be free of retaliation for reporting *any* Sexual Assault/Abuse or Sexual Harassment, regardless of the outcome. Retaliation towards any person who reports a Sexual Assault/Abuse or Sexual Harassment is strictly forbidden and unlawful. Reporting any Sexual Assault/Abuse or Sexual Harassment will have no impact on the status of your immigration proceedings.

## DEFINITIONS
1. *Detainee-on-detainee Sexual Abuse and/or Assault*
   One or more detainees, by force, coercion, or intimidation, engaging in or attempting to engage in:

GEO-Novoa_00003846

a. contact between the penis and the vagina or anus and, for purposes of this subparagraph, contact involving the penis upon penetration, however slight;

b. contact between the mouth and the penis, vagina or anus;

c. penetration, however slight, of the anal or genital opening of another person by a hand or finger or by any object;

d. touching of the genitalia, anus, groin breast, inner thighs or buttocks, either directly or through the clothing, with an intent to abuse, humiliate, harass, degrade or arouse or gratify the sexual desire of any person; or

e. threats, intimidation, or other actions or communications by one or more detainees aimed at coercing or pressuring another detainee to engage in a sexual act.

2. *Staff-on-detainee Sexual Abuse and/or Assault*

One or more staff member(s), volunteer(s), or contract personnel engaging in or attempting to engage in:

a. contact between the penis and the vagina or anus and, for purposes of this subparagraph, contact involving the penis upon penetration, however slight;

b. contact between the mouth and the penis, vagina or anus;

c. penetration, however slight, of the anal or genital opening of another person by a hand or finger or by any object;

d. except in the context of proper searches and medical examinations, touching of the genitalia, anus, groin, breast, inner thighs or buttocks, either directly or through the clothing;

e. threats, intimidation, harassment, indecent, profane or abusive language, or other actions (including unnecessary visual surveillance) or communications aimed at coercing or pressuring a detainee to engage in a sexual act; or

f. repeated verbal statements or comments of a sexual nature to a detainee, including demeaning references to gender, derogatory comments about body or clothing, or profane or obscene language or gestures.

A. Victims

If you are the victim of a sexual assault, it is imperative that you immediately contact a Detention Officer, Shift Supervisor, AFA-Security, Facility Administrator, ICE AFOD, or any staff member with whom you feel comfortable. Do not bathe, shower, change your clothes, or brush your teeth. It is important that evidence be collected to assist in your attacker's prosecution. Physical evidence is important as law enforcement relies heavily on the information.

The person you contact will immediately take you to a safe place. You will be examined by qualified medical personnel and will receive treatment for any injuries while evidence is gathered. At your request, a representative for you will be present during the examination to counsel you and provide any other support you may need (Psychologist, etc.).

A variety of steps may be taken, based on your individual circumstances, to ensure your safety to include relocating you to safe housing. Additional counseling and medical assistance is available to you on a continual basis.

B. Perpetrator

If you are the perpetrator of a sexual assault, the following are the risks involved:

- The possibility of infection by HIV virus that causes AIDS
- The possibility of contracting other sexually transmitted diseases
- You may be subject to criminal prosecution. The more prior convictions you have, the higher the possible sentence.
- You risk confinement in Administrative or Disciplinary restriction, a single person cell due to your being a threat to other detainees and the orderly operation of the facility. Stay clear of assaultive, extortion and/or gang activity.

A representative will be available, upon a detainee's request, to be present during a forensic medical examination of a detainee alleged to have sustained injuries as the victim of a sexual assault. A forensic medical examination is conducted after an alleged sexual assault for the purposes of collecting and preserving evidence related to the investigation or

4.1.4 Detainee Handbook V_10_09_2018

GEO-Novoa_00003847

prosecution of the alleged assault. The representative may only provide the injured person with counseling and other supportive services.

C. Monitoring

For at least 90 days following a report of Sexual Abuse, the Facility shall monitor the conduct and treatment of Individuals in a GEO Facility or Program or Employees who reported the Sexual Abuse to see if there are changes that may suggest [possible retaliation by Individuals in a GEO Facility or Program or staff, and shall act promptly to remedy such retaliation. Monitoring shall terminate if the allegation is determined unfounded.

**Adelanto ICE Processing Center Sexual Abuse/Assault coordinator is *A. Aldape.***

You may also leave a voicemail for the facility Sexual Abuse/Assault coordinator to report a sexual abuse or assault by; dialing '9' from any detainee phone located in the facility. You will then be prompted to press '1' to confirm you wish to leave a message.

If you are identified as having experienced sexual victimization prior to entering the facility's custody, the victim services is available to you as well. Treatment options and programs available to victims of sexually abusive behavior (i.e. rape crisis center/victim advocates).

Crisis Intervention Services Available to:
- Help you cope with your reactions to the incident and to prepare you for and long-term process ahead.
- Help you build on you strengths and identify your support network
- Help you problem solve around practical problems
- Find referrals to psychological, medical, and legal support and information
- Help with any immigration relief support specific to the incident
- Help you if you are released from ICE custody

*This hotline is intended to report sexual abuse or assaults. This hotline is **not** designed for use to file general concerns/complaints you may have. You may utilize the facility grievance system to address any general concerns/complaints.*

*You may also place an anonymous phone call by dialing '0' for any other concerns.*

*In addition San Bernardino provides an anonymous 24 hour hotline for victims of Sexual Assault at (909) 885-8884.*

D. Prevention

Avoiding Sexual Abuse and Assault

Sexual abuse and assault is never the victim's fault. However, you are better protected if you carry yourself in a confident manner. Many abusers choose victims who look like they would not fight back or who they think are emotionally weak. Do not accept gifts or favors from others. Most gifts or favors come with special demands or limits the giver expects you to accept.

You should also:
- Report staff members of the opposite sex who do not announce themselves before entering a bathroom or other area;
- Report any staff member who escorts you ALONE to certain remote areas;
- Do not accept an offer from another detainee to be your protector;
- Find a staff member with whom you feel comfortable discussing your fears and concern;
- Do not use drugs or alcohol. These weaken your ability to stay alert and make good judgements;
- Be clear direct, and firm. Do not be afraid to say "no" or "stop it now;"

4.1.4 Detainee Handbook V_10_09_2018

GEO-Novoa_00003848

- Choose your associates wisely. Look for people who are involved in positive activities like educational programs, work opportunities, or counseling groups. Get yourself involved in these activities if they are available at your facility and
- Trust your instincts. Be aware of situations that make you feel uncomfortable. If it does not feel right or safe, leave the situation or seek assistance. If you fear for your safety, report your concerns to a staff member.

## CORRESPONDENCE / PACKAGES

You may send or receive mail to or from anyone you know personally. Stamps or pre-stamped envelopes are available for you to purchase through the Commissary.  You may seal your outgoing letters and place them in the mailbox in the unit. Drawing on the front of your outgoing envelopes is prohibited by postal regulations. If you receive incoming social or legal mail, it will be opened in your presence and inspected for contraband.  You must use the following address to send or receive mail at this facility:

> Your Full Name, Your "A" Number, Unit/Dorm/Bunk Number
> 10250 Rancho Rd.
> Adelanto, CA  92301

If you do not accept the mail or permit it to be inspected, it will be returned to the sender. Your mail will not be read; it will only be examined for contraband. **Mail can be read if you are placed on "mail monitoring" status for security reasons and approved by the Facility Administrator for this status.**

You will not be allowed to send or receive packages without advance arrangements, approved by the Assistant Facility Administrator. You will pay the postage for sending packages for oversized or overweight mail. The contents of any outgoing or incoming packages will be inspected in your presence.

If you are indigent (defined as a detainee who has an account balance less than $15.00 or less and has not exceeded that amount for the previous 10 days) you shall be permitted reasonable mailing at no expense:

- A reasonable amount of mail each week, including at least five pieces of Special Correspondence and three pieces of general correspondence.
- A reasonable amount of correspondence related to a legal matter, including correspondence to a legal representative, and any court, as determined by the Facility Administrator.

Subscriptions to publications, magazines and catalogs are not allowed. The facility subscribes to certain magazines that are available to you in your unit. Books (including religious books) must be requested in advance via a "Request to Receive a Package or Property" form to the Assistant Warden of Operations.  The title(s) of the book(s) must appear on the "Request" form.  Books must be paperback and must come directly from a publisher or an authorized bookstore / outlet.

Any mail received after you depart the facility will be endorsed, "No Forwarding Address, Return to Sender".  All such mail will be returned to the Post Office.

## ACCEPTANCE OF DETAINEE PROPERTY

**Property on arrival:**  There is a 40lb. total weight (i.e., if you have 20 lbs. in Intake, you may only receive 20 lbs). The property on your person upon arrival has been inventoried and securely stored until your departure from this facility, with a receipt of items provided to you.  You will be allowed to keep certain items in your possession, to include legal documents, religious items (bible, rosary beads, etc.), personal photos, a wedding band, medical devices (eyeglasses, dentures, etc.) phone numbers and personal letters and cards.  In addition personal tennis shoes, with you at time of arrival (all white, Velcro only no laces) will be allowed in your possession with an approved medical clearance.

GEO-Novoa_00003849

**Incoming property:** Property can be received from your family provided that Adelanto ICE Processing Center medical staff has authorized the property due to a medical need, i.e., shoes for support, eye glasses etc. Additionally, property can be received from your family once you have received a removal order. To receive additional property you must have a property letter issued from ICE to detainee with specific date/time and instructions for the delivery of property prior to removal.

Once either of these two circumstances exists you must then prepare a Kite, requesting that your family be allowed to provide you with the property requested. In your request you must be specific as to the items you are asking permission to have delivered, and under what circumstance they qualify for approval, medical or removal order. A copy of the medical authorization or removal order should be made available. Only items approved by the Facility Administrator or his designee will be allowed. Property not approved prior to arrival will be returned to the sender.
Once approved, you can notify your family that the items can be mailed into the facility at the above listed address.. Should your family want to personally deliver the property, they can do so on Wednesdays (only) 8:00A.M. – 4:00P.M.

The only exceptions to the above procedure will be determined on a case by case basis, and must be for compelling circumstances, which you must document clearly in your Kite.

**Outgoing property:** You can release property to any family or friend by filling out the "Detainee Request to Release Property or Funds" form. This form is found in your dorm, or you can ask your dorm officer for a copy.

All property approved to be released will be mailed at your expense, or in the event of indigence, at the expense of the GEO Group. Once approved you will be taken to INTAKE, wherein, those items approved to be released will be packaged in your presence, addressed and given to the Adelanto ICE Processing Center mailroom for shipping.

The only exception to the above procedure will be determined on a case by case basis, and must be for compelling circumstances, which you must document clearly in your request to release property.

**Property at visitation:** With prior approval legal documents will be allowed to be passed at visitation, incoming and outgoing. Approval can be obtained by preparing a Kite addressed to the Facility Administrator. The Kite must be specific as to what the legal documents are for, and the reason why they must be hand delivered and not mailed. You must include in the Kite the number of papers to be passed.

Only legal documents will be considered for approval. Cards and letters must continue to be mailed as outlined in the detainee handbook.

## SPECIAL CORRESPONDENCE

"**Special correspondence**" is the term for detainees' written communications to or from private attorneys and other legal representatives; government attorneys; judges, courts; embassies and consulates; the President and Vice President of the United States, members of Congress, the Department of Justice (including ICE and the Office of the Inspector General); administrators of grievance systems; and representatives of the news media.

Correspondence will only be treated as special correspondence if the title and office of the sender (for incoming correspondence) or addressee (for outgoing correspondence) is clearly visible on the envelope, clearly indicating that the correspondence is special.

Staff will not treat outgoing correspondence as special if the name, title, and office of the recipient are not clearly identified on the envelope to provide a clear indication that the mail is special.

Correspondence to local ICE officials should be properly written for recognition of special correspondence (name, title and office of the recipient) and sent to the following address:

Name, Title
Official Office
10400 Rancho Road
Adelanto, CA 92301

4.1.4 Detainee Handbook V_10_09_2018

GEO-Novoa_00003850

**NOTICE: ALL INCOMING AND OUTGOING MAIL TO INCLUDE SPECIAL CORRESPONDENCE IS SUBJECT TO INSPECTIONS FOR CONTRABAND.**

## NOTARY

To request Notary Services, submit a Kite to the Records Supervisor. This service is available for individuals detained in this facility. Documents for friends, relatives or spouses will not be notarized. ICE approval is required when requesting Notary Services regarding identification. This includes but is not limited to; driver's licenses, passports, birth certificates, marriage license requests, etc. ALL DOCUMENTS / FORMS TO BE NOTARIZED MUST BE WRITTEN IN ENGLISH.

## DETAINEE DISCIPLINARY PROCESS

In a facility where many individuals live together in a relatively small amount of space, it is extremely important that order and be maintained. Discipline and order are not only for the benefit of staff, but also for the safety and welfare of you and all other detainees. While many problems can be solved informally through counseling, disciplinary measures must be imposed at times. The following is a list of offenses and associated penalties. Any detainee who is charged with a violation of facility rules will receive a disciplinary hearing and be permitted to speak, call witnesses, have a staff representative and present evidence before a penalty is imposed. Detainees have the right to appeal the decision of the disciplinary hearing to the Facility Administrator within fifteen (15) days from the date of the imposed sanction(s).

Detainees have the following rights:

1. The right to protection from personal abuse, corporal punishment, unnecessary or excessive use of force, personal injury, disease, property damage and harassment;
2. The right of freedom from discrimination based on race, religion, national origin, sex, handicap, or political beliefs;
3. The right to pursue a grievance in accordance with written procedures;
4. The right to correspond with persons or organizations, consistent with safety, security, and the orderly operation of the facility; and,
5. The right to due process, including the prompt resolution of a disciplinary matter.

Detainees found to have committed a prohibited act or rule violation, as outlined in the category offenses below, maybe subject to any combination of the following sanctions:

(1) Initiate criminal proceedings
(2) Disciplinary transfer
(3) Disciplinary restriction (up to 60 days for category I offense. Up to 30 days for category II offense. Up to 72 hours for category III offenses)
(4) Make monetary restitution, if funds are available
(5) Loss of privileges (e.g., commissary, movies, recreation, etc.)
(6) Change of housing
(7) Remove from program and/or group activity
(8) Loss of job
(9) Impound and store detainee's personal property
(10) Confiscate contraband
(11) Restrict to housing unit
(12) Reprimand
(13) Warning

**Category I Offenses:**

Listed below are Category I or Greatest offenses. The discipline Committee may impose any combination of penalties from Category II, III, or IV offenses as well as the following penalties:

4.1.4 Detainee Handbook V_10_09_2018

GEO-Novoa_00003851

(1)  Initiate criminal proceedings
(2)  Disciplinary transfer (recommend)
(3)  Disciplinary restriction up to 60 days
(4)  Make monetary restitution, if funds are available
(5)  Loss of privileges (e.g, commissary, movies, recreation, etc.)


100  Killing
101  Assaulting any person (includes sexual assault)
102  Escape
103  Setting a fire (charged with this act in this category only when found to pose a threat to life or a threat of serious bodily harm or in furtherance of a prohibited act of greatest severity, e.g. a riot or an escape, otherwise the charge is classified as code 219 or 322.)
104  Possession or introduction of a gun, firearm, weapon, sharpened instrument, knife, dangerous chemical, explosive, escape tool, device or ammunition
105  Rioting
106  Inciting others to riot
107  Hostage-taking
108  Assaulting a staff member or any law enforcement officer
109  Threatening a staff member or any law enforcement officer with bodily harm.
110  Attempt to commit any of the above offenses or assist others to commit any of the above acts.
198  Interfering with a staff member in the performance of duties (conduct must be of the greatest severity).

This charge is to be used only if another charge of greatest severity is not applicable.

199  Conduct that disrupts or interferes with the security and orderly operation of the facility (conduct must be of the greatest severity.)  This charge is to be used only if another charge of greatest severity is not applicable.

**Category II Offenses:**

These acts listed below shall be considered Category II or High Offenses.  The discipline Committee may impose any combination of penalties from Category III, or IV offenses as well as the following penalties:

(1)  Initiate criminal proceedings
(2)  Disciplinary transfer (recommended)
(3)  Disciplinary restriction up to 30 days
(4)  Make monetary restitution, if funds are available
(5)  Loss of privileges (e.g, commissary, movies, recreation, etc.)
(6)  Change of housing
(7)  Remove from programs / group activities
(8)  Loss of job
(9)  Impound and store personal property
(10) Confiscate Contraband
(11) Restrict to housing unit
(12) Warning


200  Escape from unescorted activities or escape from facility without violence
201  Fighting, boxing, wrestling or any other form of physical encounter, including horseplay, that causes or could cause injury to another person; except when part of an approved recreational or athletic activity
202  Possession or introduction of an unauthorized tool
203  Loss, misplacement or damage of any restricted tool
204  Threatening another with bodily harm
205  Extortion, blackmail, protection; demanding or receiving anything of value in return for protection against others, avoiding bodily harm or avoiding a threat of being informed against

4.1.4 Detainee Handbook V_10_09_2018

GEO-Novoa_00003852

206  Engaging in sexual acts
207  Making sexual proposals or threats
208  Wearing a disguise or mask
209  Tampering with or blocking any lock device
210  Adulteration of food or drink
211  Possession, introduction or use of narcotics,   narcotic paraphernalia or drugs not prescribed for the individual by the medical staff
212  Possessing a staff member's clothing
213  Engaging in or inciting a group demonstration
214  Encouraging others to participate in a work stoppage or to refuse to work
215  Refusing to provide a urine sample or otherwise cooperate in a drug test
216  Introducing alcohol in to the facility
217  Giving or offering an official or staff member a bribe or anything of value
218  Giving money to or receiving money from any person for an illegal or prohibited purpose, such as introducing / conveying contraband
219  Destroying, altering or damaging property (facility, government or another person's) worth more than $100.00
220  Being found guilty of any combination of three or more high moderate or low moderate offenses within 90 days
221  Signing, preparing, circulating or soliciting support for prohibited group petitions
222  Possessing or introducing an incendiary device, e.g. matches, a lighter, etc.
223  Any act that could endanger person(s) and/or property
224  Attempt to commit any of the above acts or assists other to commit any of the above acts.
298  Interfering with a staff member in the performance of duties (conduct must be of highest severity). This charge is to be used only when no other charge of highest severity is applicable.
299  Conduct that disrupts or interferes with the security or orderly operation of the facility (conduct must be of highest severity). This charge is to be used only when no other charge of highest severity is applicable.

**Category III Offenses:**

These are considered to be Category III or High Moderate Offenses.  The discipline Committee may impose any combination of penalties from Category IV offenses as well as the following penalties:

(1)    Initiate criminal proceedings
(2)    Disciplinary transfer (recommended)
(3)    Disciplinary restriction up to 72 hours
(4)    Make monetary restitution, if funds are available
(5)    Loss of privileges (e.g, commissary, movies, recreation, etc.)
(6)    Change of housing
(7)    Removal from program and/or group activity
(8)    Loss of Job
(9)    Impound and store personal property
(10)   Confiscate contraband
(11)   Restrict to living unit
(12)   Reprimand
(13)   Warning

300    Indecent Exposure
301    Stealing (theft)
302    Misuse of authorized medication
303    Loss, misplacement or damage of a less restricted tool
304    Lending property or other item of value for profit / increased return
305    Possession of item(s) not authorized for receipt or retention, not issued through regular channels
306    Refusal to clean assigned living area
307    Refusing to obey a staff member Officer's order (may be categorized and charged as a greater or lesser offense depending on the kind of disobedience; continuing to riot is Code 105-Rioting, continuing to fight, Code 201-Fighting)

4.1.4 Detainee Handbook V_10_09_2018

GEO-Novoa_00003853

308   Insolence towards a staff member
309   Lying or providing false statement to staff
310   Counterfeiting, forging or other unauthorized reproductions of money or other official document, identification
      card, etc. (may be categorized a lesser offense, depending on the nature and purpose of the reproduction, e.g.,
      counterfeiting release papers to effect escape – Code 102 or 200)
311   Participating in an unauthorized meeting or gathering
312   Being in an unauthorized area
313   Failure to stand count
314   Interfering with count
315   Making, possessing or using intoxicants
316   Refusing a breathalyzer test or other test of alcohol consumption
317   Gambling
318   Preparing or conducting a gambling pool
319   Possession of gambling paraphernalia
320   Unauthorized contact with public
321   Giving money or another item of value to or accepting money or another item of value from anyone, including
      another detainee, without staff authorization
322   Destroying, altering or damaging property (facility, government or another person's) worth less than $100.00
323   Attempt to commit any of the above acts or assists other to commit any of the above acts.
398   Interfering with a staff member in the performance of duties (offense must be of high moderate      severity.) This
      charge is to be used only when no other charge in this category is applicable.
399   Conduct that disrupts or interferes with the security or orderly operation of the facility duties (offense must be of
      high moderate severity}.  This charge is to be used only when no other charge in this category is applicable. Any
      combination of high moderate and low moderate offenses during a 90-day period shall constitute a high offense

**Category IV Offenses:**

These are considered to be Category IV or Low Moderate Offenses.  The discipline Committee may impose any
combination of penalties:

(1)   Loss of privileges (e.g. commissary, movies, recreation, etc.)
(2)   Change housing
(3)   Removal from program and/or group activity
(4)   Loss of job
(5)   Impound and store detainee's personal property
(6)   Confiscate contraband
(7)   Restrict to housing unit
(8)   Reprimand
(9)   Warning

400   Possession of property belonging to another person
401   Possessing unauthorized clothing
402   Malingering, feigning illness
403   Smoking
404   Using abusive or obscene language
405   Tattooing, body piercing or self-mutilation
406   Unauthorized use of mail or telephone (with restriction or temporary suspension of the abused privileges often the
      appropriate sanction)
407   Conduct with a visitor in violation of rules and regulations (with restriction or temporary suspension of the abused
      privileges often the appropriate sanction)
408   Conducting a business
409   Possession of money or currency
410   Failure to follow safety and sanitation regulation
411   Unauthorized use of equipment or machinery
412   Using equipment or machinery contrary to posted safety standards

4.1.4 Detainee Handbook V_10_09_2018

GEO-Novoa_00003854

413  Being unsanitary or untidy, failing to keep self and living area in accordance with standards
414  Attempt to commit any of the above acts or assists other to commit any of the above acts
498  Interfering with a staff member in the performance of duties (offense must be of low moderate severity).  This charge is to be used only when no other charge in this category is applicable
499  Conduct that disrupts or interferes with the security or orderly operation of the facility duties (offense must be of high moderate severity}.  This charge is to be used only when no other charge in this category is applicable

When the prohibited act is interfering with a staff member in the performance of duties (Code 198,298,398 or 498) or conduct that disrupts (Code 199,299,399 or 499), the Disciplinary Committee should specify in its findings the severity level of the conduct, citing a comparable offense in that category.  For example, "We find the act of the highest severity, most comparable to Code 213, "engaging in a group demonstration."

**NOTE:** Detainees who are released from Disciplinary restriction will normally not be considered for a work assignment until they have shown a positive period of adjustment.  Additionally, any disciplinary code conviction may affect a detainee's classification level.

## RESTRICTIVE HOUSING UNIT

### Administrative Restriction
Administrative Restriction is intended for detainees with special housing requirements such as:
1. Pending investigation or hearing regarding prohibited act(s).
2. Pending transfer or release within 24hrs or in some cases up to seven days.
3. Safety and Security risk.
4. Protective custody.

Detainees placed into Administrative Restriction will be afforded the same general rights and opportunities as those in general population with consideration given to the reason for their housing assignment. Showers will be offered once a day, seven days per week. Recreation will be offered for at least two hours, seven days per week, but may be limited for safety and security of the facility.

### Protective Custody
When a detainee requests for protective custody the facility will require separation, at a minimum, from the detainees by whom they are threatened.  In most cases, separation from all other detainees will be required.  Detainees in protective custody will have the same privileges as those in the administrative restriction. Protective custody may also be initiated by the facility due to known or perceived threats against a detainee.

### Disciplinary Restriction
Disciplinary Restriction is a special housing unit for detainees who are under approved disciplinary sanctions. (UDC allows for 72 hours of the incident report)

Detainees placed into Disciplinary Restriction will be provided access to showers, recreation, Non-contact visitation and other services as deemed appropriate by facility administration based on the nature of the rule violation, but access shall never be limited beyond that which is guaranteed by ICE Standards or Standards of the American Correctional Association. Showers will be offered once a day, seven days per week. Recreation will be offered for at least one hour, seven days per week, but may be limited for safety and security of the facility. Visitation shall not be denied unless the rule violation involved visitation; however, detainees in disciplinary restriction will only receive non-contact visits. Commissary privileges will not be provided.

## APPEALS PROCESS

After seven consecutive days in administrative restriction, you may exercise the right to appeal the conclusions and recommendations of any review conducted to the facility administrator.

4.1.4 Detainee Handbook V_10_09_2018

GEO-Novoa_00003855

You may appeal the decision of the Disciplinary Hearing within fifteen days using the Formal Grievance Form.   The Grievance / Appeal must be presented in writing.

## DETAINEE GRIEVANCE PROCEDURE

Detainee grievance forms are available in all housing units. You have the right to submit written questions, requests, or concerns to ICE/ERO staff as well as the availability of assistance to prepare such requests by staff or detainee assistance, including family members or legal representatives, however, no detainee may submit a grievance on another detainee's behalf.  Informal resolution of problems is encouraged. You have five (5) days in which to submit a grievance from the date of the incident or issue however, there is no time limit on when a detainee submits a grievance regarding an allegation of Sexual abuse.  All written grievances are to be placed in the "Grievance Box" in your housing unit. Grievances will be collected daily (excluding weekends and holidays) and distributed by GEO Administration to the appropriate Agency (GEO or ICE) for response.  Grievances on the same subject to multiple sources will be returned without processing. Grievances will be collected daily (excluding weekends and holidays) by the Grievance Coordinator for response.

Detainee Medical grievance forms are available in the housing units. You have the right to request staff or detainee assistance in preparing a medical grievance, however, no detainee may submit a grievance on another detainee's behalf. All medical grievances are to be placed in the "Medical Box" in your housing unit. Medical grievances will be collected daily (excluding weekends and holidays) by the Medical Administration for response.

You also have the right to pursue a grievance through formal channels. A grievance must address only one issue or closely-related issues occurring within a limited period of time. You may file a formal grievance at any time during, after, or in lieu of lodging an informal complaint.  You must wait until each level in the grievance process is completed before submitting the issue to the next level. You may withdraw a grievance at any time and at any level during the grievance process. Grievance Committee decisions may be appealed within five (5) days on a Level 4 Grievance form to the Facility Administrator or ICE AFOD.  The Facility Administrator's / ICE AFOD's decision is final; it cannot be appealed.

An Emergency Grievance, which involves an immediate threat to your health or safety, will be given immediate attention by the Shift Supervisor, or through the chain-of-command, as necessary. A Sensitive or Confidential Grievance may also deal with your safety or wellbeing, but it is to be submitted in a sealed envelope, addressed to the Facility Administrator and include the reasons for going outside of the chain-of-command. An Emergency Grievance should labeled as such (i.e. Emergency) and given to any staff member. A detainee needing urgent access to legal counsel or the law library may submit an emergency grievance (with proof and explanation attached). Once the grievance has been determined urgent by the Shift Supervisor, or above, requested services will be made available to the detainee. Request for emergency accesses to the Law Library, due to your failure to sign up for service or properly prepare yourself in a timely manner, will not be granted.

If you have an issues pertaining to Sexual Abuse please see information on page 22-24 "Sexual Assaults."

No detainee will be subjected to harassment, punishment or disciplinary action for seeking resolution of legitimate complaints in good faith. However, if you demonstrate a pattern of abusing the grievance system, resulting in unnecessary burdens at the expense of legitimate complaints, such grievances will be returned unprocessed. Continued abuse may result in adverse actions initiated against you.  A copy of your grievance will be retained in your detainee file.

## GRIEVANCE PROCEDURE FOR DETAINEES WITH DISABILITIES

The procedures for filing and resolving a grievance, including the availability of assistance in preparing a grievance, assistance for detainees with impairment or disabilities, interpretation/translation services for detainees with limited English proficiency (LEP), and assistance for detainees with limited literacy, is as follows:

a.   The detainee will be required to report the grievance or, if appropriate, the intent to appeal the grievance to unit staff and request assistance. Once unit staff has communicated with the detainee, staff shall assist the detainee in

4.1.4 Detainee Handbook V_10_09_2018

GEO-Novoa_00003856

completing the grievance form. If the staff member contacted is unable to sufficiently communicate with the detainee, staff shall request the assistance of appropriate staff, such as the ADA Coordinator. All information shared between the detainee and staff shall be confidential from other detainees and unnecessary staff, and shall not be disclosed other than to enable the detainee to file, or otherwise pursue the grievance, or ensure that an appropriate accommodation is provided in the grievance process.

b.  If the detainee would be unable to sufficiently understand a written response provided to a grievance or an appeal of a grievance, the ADA coordinator and/or his designee shall meet with the detainee to discuss: the decision; if applicable, the process for appealing the decision; and, the timeframe within which the appeal must be filed. All information shared between the detainee and staff shall be confidential from other detainees and unnecessary staff and shall not be disclosed other than to enable the detainee to file or otherwise pursue the grievance or to ensure that an appropriate accommodation is provided in the grievance process.  Any ADA related grievance will be forwarded to the ADA coordinator. The ADA coordinator will coordinate with appropriate staff, including medical, to resolve the grievance and provide a response. If the Grievance Coordinator receives an ADA related grievance that is unclear or does not otherwise conform to procedure, the Grievance Coordinator or ADA coordinator will meet with the detainee. This will ensure an ADA grievance will not be returned unprocessed.

## ALLEGATIONS OF STAFF MISCONDUCT

ICE will investigate every allegation of officer misconduct.

You may also file a complaint about officer misconduct directly with the Department of Homeland Security by calling 1-800-323-8603, 1-877-246-8253 or by writing to Department of Homeland Security;

Department of Homeland Security
Office of Inspector General
245 Murray Drive S.E., Building 410
Washington, DC 20528

Department of Homeland Security
Immigration and Customs Enforcement
Officer of Professional Responsibility
P.O. Box 14475
Pennsylvania Avenue NW
Washington D.C 20044

## RECREATION FACILITIES

The facility provides recreational activities within the housing units in the form of cards and games that are available at no cost to you. Television viewing shall be available from the time morning cleaning duties are completed until 1:00 A.M. Television settings are controlled by the Officer in each living unit by remote control.

Outdoor recreation equipment is also available, including basketballs, handball, etc.  Recreation schedules are posted on unit bulletin boards.

## MARRIAGE REQUESTS

Detainees may request permission to marry by submitting a Detainee Request form to ICE.

Neither ICE nor Adelanto ICE Processing Center staff will participate in making marriage arrangements or the ceremony. Any marriage request that is approved will occur within the Adelanto ICE Processing Center.

If an approval to marry is revoked, a detainee may appeal that decision by submitting a Detainee Request form to ICE.

## DETAINEE DRESS CODE

Detainees are required to keep themselves clean and wear proper clothing/footwear during all activities. Detainees are reminded that poor hygiene, poor sanitation and not wearing proper clothing and footwear can cause potential conflict with your peers and others and can have a negative impact on the health and safety of yourself and others. Failure to comply with the dress code and grooming standards will ultimately become an issue that requires staff intervention in the form of appropriate disciplinary action to correct the situation.

4.1.4 Detainee Handbook V_10_09_2018

GEO-Novoa_00003857

Detainee uniforms will be worn in the manner that is intended by the manufacturer. Altering detainee uniforms or wearing them in any manner other than the commonly accepted manner is prohibited. Undergarments may not be worn without outer garments or be visible in any way except in sleeping areas or restrooms. Pants will be worn at a point about the waist that prevents the exposure of undergarments or commonly covered parts of the anatomy. T-shirts are to be worn at all times, except while at recreation or in the shower. Detainees are not to walk about the facility with their hands inside waistbands of pants, regardless of weather conditions. **No Exceptions!**

Detainees who wish to participate in the voluntary work program will be required to wear the appropriate voluntary work uniform to which you are assigned. Kitchen workers will wear a white top/bottom uniform with a white apron. Kitchen issued rubberized work boot will be worn at all times while on voluntary duty assignment. Beard guards and hairnets will be provided. White freezer jackets and gloves will be available as needed. All other voluntary work details will require appropriate dress for the assignment. Your facility issued top/bottom will be acceptable dress for most details; however, work issued boots, gloves, hats and jackets may be required depending on the assignment. Proper voluntary work dress code will be enforced as specified for your voluntary work detail

Ordinarily, detainees may wear any hairstyle with the following exceptions:

1. For safety and hygiene reasons, kitchen workers and detainee workers operating machinery will keep their hair in a neat, clean and commonly accepted style.
2. The hairstyle will not interfere with safety and hygiene requirements.
3. ALL kitchen workers will wear a hairnet, beard guard or hat (only) while working in the kitchen.
4. Ordinarily, facial hair may be grown without restriction with the following exceptions:
   a. For safety and hygiene reasons, certain kitchen workers and detainee workers operating machinery are not authorized to wear facial hair and are expected to be clean shaven at all times while performing these duties.
   b. These restrictions are a requirement for employment in the above-described functions and acceptance of the assignment denotes acceptance of the grooming standards.
   c. There will be no exceptions to this requirement, including medical reasons.

## LEGAL FILE

The Docket Management Section maintains an immigration legal record, commonly called an "A" File, for each detainee. Your "A" File contains legal transactions and documentation related to your case, including but not limited to identification cards, photos, passports and records of your immigration history.

## CUSTODY FILE

The Adelanto ICE Processing Center maintains a detention record for each detainee. This custody file shall record no less than the following:

1. Facility disciplinary actions.
2. Behavior reports.
3. Funds, valuables and property receipts.
4. ICE Detainee Request Forms, GEO Kites, complaints and/or grievances.
5. Responses to the aforementioned.
6. Special housing unit records.
7. Classification documents

## INFORMATION REGARDING STRESS AND DETENTION

If this is your first time detained, or if you feel like you are extremely stressed at this time, the following information may be helpful to help reduce the anxiety you feel.

A. DETENTION IS NOT PRISON

GEO-Novoa_00003858

Detention is NOT prison. It may feel like you are in prison but this detention facility is a place to have you stay while it is determined whether you will be deported or be allowed to remain in the U.S. The officers are here to keep you and others safe. The tone of their voice or actions they must take can sometimes seem harsh if you have never been in an environment where there are many people. But sometimes this is necessary. Rules are important to keep order. They are not there to cause you unnecessary stress. Try not to take things personally.

B.   LENGTH OF DETENTION

The court and the officers in charge of the facility do not want to keep you any longer than necessary in detention. Unfortunately, the court system and the legal process sometimes take a while. Don't assume there is something wrong because you have not yet received your court date or if someone who arrived here after you has already been to court. There can be many reasons for this. Each person's circumstances are different. Please accept the fact that this is a PROCESS and a SYSTEM that does not move as quickly as you might want.

C.   THE PROCESS

At court you may have the opportunity to sign paperwork if you wish to return to your country and don't wish to stay. The judge will issue an "order of removal". The next step is an interview with your country's consulate. When the consulate verifies your citizenship and approves the paperwork, they will issue a travel document. Once the travel document is issued, the removal process moves faster. The next step is for the flight to be booked to your country. Depending on the country and how many detainees are going to that country, the time for departure can vary. Be patient!

D.   EMERGENCIES

If you or someone in your dormitory has made statements of wanting to hurt yourself or hurt someone else, notify the security officer immediately. **Do not keep this information to yourself**. Or if you feel like someone in your dormitory is in real danger of being hurt by someone else, again, let the security officers know immediately.

E.   STRESS AND SLEEP

Many of you may be having problems sleeping because you feel anxious, depressed or are worried about your family. Please understand that it is normal to have problems with sleep in this type of situation. While it may seem that medication to help you sleep is the answer, this is not true. Medication for sleep is a last resort, not a first choice. Pills do not give you restful sleep.

It is better to try to practice relaxation techniques such as deep breathing, meditation or muscle relaxation. (Ask medical clinic staff for copies of these handouts). You should also try to talk yourself through your anxiety. What this means is to change thoughts that make you feel worse to ones that are more realistic and hopeful. If you continue to have problems sleeping, you may wish to discuss this with your health care provider, by submitting a sick call request.

When you do feel anxious or stressed, remember that you are not alone. Talk to others in the dormitories who are positive and who seem to be coping. Avoid people who are negative and who tell you information that is not true. Don't get stressed about something you can't control. Do the best you can, keep a positive attitude, and remember that your family would want you to be healthy while you are here. They would not want you to be so worried about them that you are not feeling well physically or emotionally.

F.   WHEN TO SEEK HELP

Sometimes your stress may be more severe and relaxation techniques and thought changes aren't enough. If you are experiencing severe depression, anxiety, or are having some emotional problem that is making you feel that you cannot cope, please request to see the mental health provider by putting in a sick call slip. The mental health provider can help you cope with the stress that you are experiencing from being detained. However, the mental health provider is part of the medical staff and is NOT part of the Immigration Staff and cannot assist with court or legal matters. Also, mental health problems do not influence the court and the mental health provider is never involved in the court process. If you need information regarding court or other legal matters, you need to request to see your docket officer.

If you are scheduled to see the mental health provider, you will be asked many questions in order to determine the best way to help you. You will be asked about your current problem, any past psychological or emotional problems,

4.1.4 Detainee Handbook V_10_09_2018

GEO-Novoa_00003859

family information, your past and present alcohol and drug use, past and current medical problems, whether you have ever had or are currently having thoughts of hurting yourself or hurting someone else, any learning or memory problems, as well as other questions. This information is entered into your medical record and remains in the medical clinic.

After this evaluation, the mental health provider may provide education to help you cope, may offer short term individual counseling, or may refer for medications for psychological problems. (Not sleeping pills.)

G.  WHAT YOU CAN DO TO HELP YOURSELF AND OTHERS

- Listen to others who are having difficulty and encourage them to keep busy and stay positive.

- Recognize what you HAVE control over, and what you don't have control over. You have control over your thoughts and your reactions. You are not powerless. Don't waste your energy on those things that you do not have control over.

- Attend religious activities or recreational activities and encourage others to attend also.

- Remember that the choices you have made have consequences — the harsh reality is that if you came here illegally, or were legal but got into trouble, detention is part of the process.

- Take personal responsibility for your actions and remember that you are stronger than you think.

- Remember that your family would want you to be healthy. If you don't take care of your stress and anxiety, you are hurting your physical health. Stress can cause headaches, stomach aches, muscle aches, etc. Long-term stress can affect your heart and your immune system.

## HEALTH CARE

The facility maintains qualified, licensed medical professionals to attend to health problems.

## REQUESTS

If you have a routine medical problem, you must fill out a **Medical Request Form**, which may be obtained from a Detention Officer. The request will be screened and scheduled for assessment by the appropriate health professional. Medical requests shall be placed **by the detainee** in the boxes labeled "Medical Requests" that are in the respective housing unit.

When there is an urgent medical request and a delay in medical care will result in a serious medical condition, you should alert a detention officer or speak with a nurse during medication rounds.

## SICK CALL

Sick call is conducted 7 days per week by a licensed nurse. If a particular medical problem falls outside of the scope of practice for either a registered nurse or a licensed practical nurse, you will be referred to a medical doctor, nurse practitioner according to the schedule of the practitioners.

Should you require emergency medical attention, you will be taken to the nearest facility providing emergency services.

## STAFF ASSISTANCE

If you cannot read or write, a facility staff member may assist you or you may have another detainee help you complete the medical request. Another detainee may not submit a request on your behalf.

## HEALTH ASSESSMENT

You will receive a physical exam within the first 14 days of detention and annually should you remain in the facility. TB screening is performed for the safety and well-being of detainees as well as GEO staff. You will receive a screening for Tuberculosis upon arrival regardless of your records or status at a previous facility.

GEO-Novoa_00003860

## MEDICAL REQUESTS FOR MEDICAL OR DENTAL ATTENTION

All requests for routine medical or dental attention must be submitted in writing to the medical department on a medical request. *Detainees that have been in the custody of ICE for 6 months or more may request a comprehensive dental examination.* You must be fully dressed and show your Identification when you talk to the nurse, during housing unit medication pass, or are going to the medical department for treatment.

## PERSONAL MEDICATION

All medications that are brought into the facility are to be surrendered to Medical staff for disposition for the time you are here. Please ensure that you retrieve your personal medication before leaving.

## EYE CARE

Family members may bring in prescription eyeglasses with approval of the Health Services Administrator if this is deemed necessary. Optometry referrals will be made after an eye exam, generic reading glasses may be offered in the case of eye strain after consultation with the Health Services Administrator.

## FACILITY PRESCRIBED MEDICATION

Medications will be administered as frequently as ordered by a health professional. When the nurses come into the housing unit to dispense medications, it is your responsibility to remain at *least 10 feet from the medical cart* until the nurse calls you to receive your medication. The nurse must have an order to give medication and only in the doses and times the doctor has ordered. Medication rounds are performed twice a day 7 days per week. In order to receive prescription medications you must be present yourself during Medication Rounds with your identification and be fully dressed. You are responsible for ensuring that you receive your medication as it is not the responsibility of the nursing staff to locate you to take your medication. Touching or crowding the cart, taking medication or other items from the cart, being loud, aggressive, or hindering the nurse in any way is prohibited. You are responsible to report to the nurse to receive your medication. Your name will not be called. The nurse will not come back after leaving your housing unit. You are responsible to be ready to receive your medications. No Aspirin, Tylenol or Motrin will be administered at Medication Rounds unless prescribed by a doctor or dentist. However, these items are items are available for purchase from the commissary.

You will be asked to review and sign a contract of responsibility for "Keep On Person" medication (as prescribed) and medical devices and/or equipment. You will be asked to sign this document which also includes a waiver. You will be expected to abide by written instructions and rules associated with "Keep On Person" articles by securing them inside your personal bin under your bed. At no point in time are these articles to be lent to or borrowed out to another detainee.

## REFUSING MEDICAL TREATMENT

You may refuse routine medical treatment, but will be administered treatment in the event of life-threatening emergency. Do not submit a Medical Request unless you have a need for medical care. Should you refuse medical treatment after submitting a Medical Request Form, you will report to the medical department to sign a refusal with a medical professional witnessing your refusal. Should you refuse to be seen by a physician, you will report to the medical department to sign a refusal with a medical professional witnessing your refusal. You cannot refuse the 14-day Health Assessment.

The medical department will not approve the following:

- Non-medical diets (i.e. vegetarian diets)
- Extra bedding or mattresses (unless a bonafide medical condition exists as deemed by a Medical Provider)
- Extra or personal clothing (unless a bonafide medical condition exists as deemed by a Medical Provider)
- Hygiene products brought in by family or friends or other visitors
- Protein or herbal supplements
- Any medication not ordered by the Medical Director

4.1.4 Detainee Handbook V_10_09_2018

GEO-Novoa_00003861

## COMMUNICABLE DISEASE GUIDELINES

In order to prevent the spread of communicable diseases, you need to follow basic sanitation rules and guidelines. Do not share eating utensils with other detainees. Do not share razors or towels. Throw used tissues in the toilet or trash. Do not spit in the sink, trashcans or on the floor.

Cover all coughs and sneezes with a tissue and throw used tissues in the trash. Wash your hands with soap and warm water each time after you use the bathroom. Avoid contact with other detainee's body fluids. Do not use needles or allow another detainee to tattoo or pierce you with anything, at any time. Do not share combs, toothbrushes, or food with other detainees. Wear your shower shoes while taking a shower.

## MEDICAL DIETS

Medical diets are prescribed only by Medical Staff and only addressed specific needs such as diabetes, low salt, low fat, and certain medically proven allergies. Medical will not order a specific food for you or restrict something that you don't like. Medical staff will not prescribe a vegetarian diet or any diet required by religious beliefs. Those requests should be addressed to the Food Services Manager.

## RIGHTS AND RESPONSIBILITIES

1.    The right to protection from personal abuse, corporate punishment, unnecessary or excessive use of force, personal injury, disease, property damage and harassment.

2.    The right of freedom from discrimination based on race, religion, national origin, sex, sexual orientation, handicap or political belief.

3.    The right to pursue a grievance in accordance with procedures provided in the Handbook without fear of retaliation.

4.    The right to pursue a grievance in accordance with the Grievance System Detention Standard and procedures provided in the handbook.

5.    The right to correspond with persons or organizations, consistent with safety, security and the orderly operation of the facility.

6.    The right to due process, including the prompt resolution of a disciplinary matter.

In addition:

1.    You have the right to be informed of the rules, procedures and schedules concerning the operation of the facility.

   *You have the responsibility to know and abide by them.*

2.    You have the right to freedom of religious affiliation and voluntary religious worship.

   *You have the responsibility to recognize and respect the rights of others in this regard.*

3.    You have the right to healthcare which includes nutritious meals, proper bedding and clothing, a laundry schedule for cleanliness of the same, an opportunity to shower regularly, proper ventilation for warmth and fresh air, a regular exercise period, toilet articles and medical treatment.

   *It is your responsibility not to waste food, to follow laundry and shower schedule, to maintain neat and clean living quarters, and to seek medical care as needed.*

4.1.4 Detainee Handbook V_10_09_2018

GEO-Novoa_00003862

4.      You have the right to have family members and friends visit with you in keeping with the facility rules and schedules.

*It is your responsibility to conduct yourself properly during visits and to not accept or pass contraband.*

5.      You have the right to unrestricted and confidential access to the courts by correspondence.

*You have the responsibility to present honestly and fairly your petitions, questions, and problems to the court.*

6.      You have the right to legal counsel from an attorney of your choice by means of interviews and correspondence at no cost to the United States Government.

*It is your responsibility to obtain the services of an attorney honestly and fairly.*

7.      You have the right to have access to reading material for your own enjoyment.

*It is your responsibility to seek and utilize such material for your personal benefit, without depriving others of the same benefit.*

8.      You have the right to participate in the use of the law library reference materials to assist you in resolving legal problems.  You also have the right to receive help when it is available through a legal assistance program.

*It is your responsibility to use those resources in keeping with the procedures and schedule prescribed and to respect the rights of other detainees to the use of the material.*

9.      You have the right to a wide range of reading material for educational purposes and for your own enjoyment.  These materials may include magazines and newspapers sent from the publishers.

*It is your responsibility to seek and utilize such material for personal benefit, without depriving others of their equal rights to the use of this material.*

10.     You have the right to participate in a work program as far as resources are available, and in keeping with your interests, needs and abilities.

*You have the responsibility to take advantage of activities which may help you live a successful and abiding life within the facility and in the community.  You will be expected to abide by the regulations governing the use of such activities.*

11.     You have the right to an administrative hearing before an Immigration Judge to determine your status in the United States.

*It is your responsibility to seek and provide evidence for your defense.*

12.     If you are not an exclusion case and eligible, you have the right to be released on bond until your scheduled administrative hearing.

*It is your responsibility to seek methods of payment for your bond.*

13.     You have the right to apply for political asylum if you believe that you will be persecuted because of your race, religion, nationality, membership in a social group or political opinion.

*It is your responsibility to prepare and submit the proper forms accurately.*

14.     You have the right to request voluntary departure, if statutorily eligible, prior to a hearing but if you request voluntary departure, you waive the right to a hearing.

GEO-Novoa_00003863

*It is your responsibility to inform an ICE Officer that you request voluntary departure.*

**This handbook is designed to provide you with a general overview of facility procedures and services and describe prohibited acts and associated penalties. Every potential question and/or eventuality cannot be addressed completely in this format. Any questions or concerns should be directed to your dormitory officer. You may contact a supervisor or ICE officer by completing a GEO Kite or ICE Detainee Request Form at any time.**

_____        _____
Facility Administrator                           Date    10/9/18

4.1.4 Detainee Handbook V_10_09_2018

GEO-Novoa_00003864