# EXHIBIT 17

| | |
|---|---|
| Message | |
| From: | Joanne Langill [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F3AB9806EAF5465788A502C3BA67AC00-JOANNE AGOR] |
| Sent: | 9/4/2018 5:03:10 PM |
| To: | Daniel Penafiel [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e4f75ebd5ee54e89839e9dcacbd2b963-Daniel Pena]; Jordan Bunn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ad2af3af926544a2adc89d54610d82ae-Jordan Bunn]; Lakeisha Lacy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=83dc11964c7246b2ac223ba7153c6b0e-Lakeisha La]; Miguel Castaneda [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e7b966da5f7b4d7d8bce418e156f9f64-Miguel Cast]; Nicholas Marello [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0e6ee944833a4f80aa9a52694be0ce91-Nicholas Ma]; Tovias Gonzalez [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ba11fbadfa884982a7b22d18c3a2dc9c-Tovias Gonz]; Taumaia Chanwong [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8f9e3abdcee048009bbb4217ab3f41ba-Taumaia Cha] |
| CC: | Joshua Johnson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f15ef1d81feb48898cfd659d25447627-Joshua John]; Fereti Semaia [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=896c7344067440d59562d7486218051b-Fereti Sema]; Leo Mccusker [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=713502bc03f14f25af56952d0223603c-Leo Mccuske]; Donald Dutcher [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=282877e2b3f84c42be2f1688e8573c01-Donald Dutc]; Michael Yarborough [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3420df68e8234cc5bbaf0cab2c3ec7f8-Michael Yar]; Mary Wise-McCormick [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=302bd42ed4894954a75c8105cb309a41-Mary Wise-M] |
| Subject: | Detainee applications |
| Attachments: | Detainee Work Detail Application.pdf |

Good morning,

As I was conducting my rounds, the old forms were still being used. Attached is the current form that detainees use for applying for work. Please use this form moving forward. Thanks!


**Have a great & safe day!**


Joanne Langill

**COMPLIANCE ADMINISTRATOR**


The GEO Group, Inc ®

Adelanto ICE Processing Center

10250 Rancho Road

Adelanto, CA 92301

Tel; 760-561-6100 Ext: 2111

jlangill@geogroup.com

GEO-Novoa_00003293

...

# Detainee Work Detail Application
## The GEO Group, Adelanto ICE Processing Center-East & West

_____  _____  _____  _____  _____
**Detainee Name**         **Detainee Number**     **Dorm**    **Date**      **Arrival Date**

This Facility has a work member detail program for the following areas. If you would like to participate please indicate by checking the box following the position.

| POSITION | | POSITION | |
|---|---|---|---|
| Food Service (Kitchen) | | Recreation | |
| | | Floor Crew | |
| | | Barbershop | |
| Laundry | | Intake | |
| Dorm Cleaning | | Medical Detail | |
| Cores (Hallway) | | Paint Detail | |
| Court/Visit | | Warehouse | |
| **(For GEO USE ONLY) Area(s) Approved:** | | | |

There are 40 paid positions in the work member detail program. If all paid positions are filled, would you be interested in working on a voluntary basis? **YES**____ **NO**_____

Please list all previous experience in the specific areas that you are interested in working:

_____
_____

## Work Detail Orientation

1. Work detail members will wear complete and clean uniforms.
2. Work detail members will report directly to their job assignment on time. Work detail members will also remain on their job assignment (except as excused and escorted to the dorms or other location) until their work assignment is completed.
3. Work detail members will take extra care to follow all facility rules and job assignment requirements.
4. Work detail members will not aid anyone in passing notes or any other items form one detainee to another.
5. Work detail members charged with a rule violation will be suspended pending the outcome of a disciplinary hearing. You will be required to wait 60 days to reapply for a job assignment.
6. Work detail members who fail to perform to the job's expectation will be terminated from their job assignment.
7. Work detail members will receive $1.00 per work day. The maximum paid out will be $1.00 per day. You must sign the detainee pay sheet on the day the work is performed. Failure to sign the sheet may result in not getting paid for the day.
8. All work detail members serve at the pleasure of the facility and may be removed from their work status without prior notice of justification.

## Detainee Voluntary Work Program Agreement

Detainees that participate in the volunteer work program will <u>not</u> be permitted to work in excess of eight (8) hours daily or 40 hours weekly.

Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work related training. Unexcused absence from work or unsatisfactory work performance could result on removal from the voluntary work program. Detainees must adhere to all safety regulations and to all medical and grooming standards associated within the work assignment.

I,_____, #_____ have read, understand and agree to comply with the above. I have received and
   (Detainee Name)
Understand relevant training regarding my work assignment.

_____  _____  _____  _____
**Work Assignment**       **Detainee ID#**        **Detainee Signature**  **Date**

GEO-Novoa_00003294