# EXHIBIT 18

# The GEO Group
# Adelanto ICE Processing Center
# House Keeping Plan

The facility establishes this Housekeeping Plan to maintain the physical plant and to ensure that sanitation and safety practices comply with applicable laws, codes, regulations and standards relating to sanitation and safety within the facility.

**Overview**

A clean, safe, and sanitary working and living environment requires certain general sanitation standards be maintained. Particular attention will be given to the following:

1. All horizontal surface shall be damp dusted daily with an approved germicidal solution used according to the manufacturer's direction.
2. Windows, window frames and windowsills shall be cleaned on a weekly basis.
3. Furniture and fixtures shall be cleaned daily.
4. Floors shall be mopped daily and when soiled, using the double-bucket technique and with a hospital disinfectant-detergent solution mixed according to the manufacturer's directions.
5. A clean mop head shall be used each time the floors are mopped.
6. Waste containers shall weigh less than 50 lbs., be non-porous and lined with plastic bags; the liner shall be changed daily.
7. Waste containers shall be washed weekly at a minimum, or as needed when they become soiled.
8. Cubicle curtains shall be laundered monthly or during terminal cleaning following treatment of an infectious patient.
9. The emptying and cleaning of oily rag receptacles for all departments will be conducted on a daily basis and/or as needed.

All safety and sanitation inspections will be conducted under the Facility Administrator's direction and authorization. The Fire & Safety Manager (FSM) will be authorized to take all measures necessary to comply with the applicable laws and regulations of the county and state in regard to facility safety and sanitation.

All staff members conducting sanitation inspections will furnish the Facility Administrator and Fire and Safety Manager with written reports, including specific deficiencies noted during the inspection and the required corrective action. The Fire and Safety Manager will ensure deficiencies are corrected in the required amount of time and will confer with the inspecting staff member regarding the documentation of corrective actions or any re-inspection that may be required.

Inspections will include, but not be limited to, ensuring the following:

1. Floors are clean, dry and free of hazardous substances.
2. There are no accumulations of flammables.
3. Exits and stairways are not blocked and are usable.
4. Fire equipment is accessible.
5. No accumulation of combustibles or trash
6. No vermin or pest infestation is evident.
7. There are no plumbing leaks in the water system.

If any of these conditions exist, the supervisor will take immediate corrective action if possible, or a work order will be completed with a copy forwarded to the Fire and Safety Manager.

**Food Service Areas**

GEO-Novoa_00002491

It is the responsibility of the Food Services Manager to ensure high sanitation standards are maintained in the food preparation and service areas. The Kitchen Supervisor will supervise the kitchen detainee work force in daily routing cleaning duties. The kitchen will be inspected and rated by the San Bernardino County Health Department at least annually and weekly by the Fire and Safety Manager.

### Medical Areas

Special attention will be afforded the Medical area to comply with health standards for cleanliness. The staff member supervising detainee workers will ensure they are under that individual's constant direct visual observation while cleaning the Medical area. When mopping in the Medical unit due to **soiled floors, the** Double Bucket method will be utilized. Two mops will be utilized, one containing fresh water/disinfectant. The second bucket will be utilized to rinse and discard the dirty water (refer to ICE PBNDS Standards 2011 Revised December 2016 1.2 Environmental Health and Safety for specific procedures regarding isolation and terminal cleaning).

### Public Lobby

The public lobby will be swept, mopped and waxed as needed by Officer on post. All glass will be cleaned on an as-needed basis. Additionally, the lobby will be monitored for cleanliness throughout the day by assigned staff. Any hazards or unclean conditions will immediately be corrected by an Officer.

### Visitation

All visitation areas will be cleaned as needed by detainee workers after the area is thoroughly searched by staff. All trash will be discarded, floors mopped and glass cleaned as needed.

### Restricted Security Areas

The Control Center and the Maintenance shop will be off limits to detainees at all times (no exceptions). These areas will be cleaned by facility staff members. This cleaning will consist of cleaning counter areas, discarding trash, sweeping and mopping floors as needed and cleaning all glass as needed.

### Liquid and Solid Waste

Liquid waste will be disposed of through the waste water system. Mop bucket water will be disposed of by pouring the water down the designated mop bucket cleaning sink located in each janitor closet. Solid waste and trash will be removed from departments and housing units as often as necessary to maintain sanitary conditions and to avoid creating health hazards.

### Carpet Cleaning

All carpets will be vacuumed daily. The facility Janitor's in conjunction with First shift will be responsible for this cleaning. All carpets in administration areas will be evaluated on a quarterly basis for steam cleaning.

### Hazardous Materials

All Flammable, Toxic and Caustic materials will be handled in accordance with Adelanto ICE Processing Center Policy 13.1.4 – ADF.

### Pest/Vermin Control

The facility uses the service of a qualified professional extermination contractor (Orkin). This service's purpose is to eliminate pest infestations and provide preventive treatment of future infestations.

GEO-Novoa_00002492

The professional contractor will service the facility at least once each month. This schedule may vary from time to time in areas such as the facility kitchen. If necessary, additional preventive treatments may be scheduled.

**Housekeepers**

Supervising housekeepers is the responsibility of the Officers assigned to the Housing Unit. Supervision includes ensuring detainees are working safely and using Personal Protective Equipment, supervising work as it is done.

Housing Unit Officers must notify the Chief of Security of any detainee removed from worker status for non-performance of duties or for vacancies that occur due to a release or transfer. The Classification department is responsible for assigning the next eligible detainee in that Housing Unit to fill the vacancy.

**Pod Cleaning**

On a weekly basis or as needed, all Housing Units will be subject to a total sanitation mission to assure standards are met and maintained. The responsibility for cleaning each Housing Unit will be shared by all shifts.

**FACILITY CLEAN-UP**
**DAILY CLEANING SCHEDULE**

| AREA | CLEANERS AND DISINFECTANTS USED | SPECIAL INSTRUCTIONS |
|---|---|---|
| Floors Hallways, Intake, Medical Area and Visitation | HDQ Neutral Disinfectant Clean by Peroxy Glass Cleaner | Sweep and damp mop. Always utilize wet floor signage. Strip, seal and wax and spray buff as needed. |
| Windows and Window Sills | Clean by Peroxy Glass Cleaner | Clean windows and wipe down surfaces to keep them dust-free |
| Sinks, Commodes and Showers | HDQ Neutral Disinfectant Clean by Peroxy Glass Cleaner | Clean surfaces with cloth, scrubbing pad or brush. |
| Stainless Steel (Showers, Sinks) | HDQ Neutral Disinfectant | Wipe down surfaces with cloth, scrubbing pad or brush. |
| Trash Receptacles | HDQ Neutral Disinfectant | Empty daily. |
| Furniture, Vending Machines and other Equipment | HDQ Neutral Disinfectant | Dust all horizontal surfaces with cloth, then wipe with cloth. |

GEO-Novoa_00002493

## HOUSING UNIT CLEANING SCHEDULE
## AND HOUSING UNIT PORTERS

| AREA | SCHEDULED CLEANING | CLEANERS AND DISINFECTANTS USED | SPECIAL INSTRUCTIONS |
|---|---|---|---|
| Floors | After every meal (more often if needed) | HDQ Neutral Disinfectant | Sweep and damp mop. Always utilize wet floor signage. |
| Divider Walls, Windows and Window Sills | Once per shift (more often if needed) | HDQ Neutral Disinfectant Clean by Peroxy Glass Cleaner | Clean windows and wipe down surfaces to keep them dust-free |
| Sinks and Commodes | Once per shift (more often if needed) | HDQ Neutral Disinfectant | Clean surfaces with cloth, scrubbing pad or brush using the appropriate cleanser. |
| Showers | Once per shift (more often if needed) | Foamy Q & A HDQ Neutral Disinfectant | Spray Foamy Q & A onto shower stall walls, and let it sit for five minutes before thoroughly and vigorously scrubbing with scrub pads. Ensure googles, gloves, shirt, pants, and shoes are worn during application of Foamy Q & A. Use Disinfectant (HDQ) after cleaning the shower stalls. |
| Trash Receptacles | Once per day (more often if needed) | HDQ Neutral Disinfectant | Empty after every meal and washed out weekly or as needed when it becomes soiled. |
| Furniture | Once per shift | HDQ Neutral Disinfectant | Spray cleaner and wipe down surfaces with cloth |
| Equipment | Each shift | HDQ Neutral Disinfectant | Wipe down surfaces with cloth |
| Stainless Steel (Showers, Sinks) | Once per shift | HDQ Neutral Disinfectant | Wipe down surfaces with cloth (Use scrub brush, scrub pad) |

GEO-Novoa_00002494

| Mattresses/Pillows | Upon transfer (or movement) of detainees | HDQ Neutral Disinfectant | Wipe down surfaces with cloth |
| --- | --- | --- | --- |
| Light Fixtures/Vents/Air Ducts | Once each month | HDQ Neutral Disinfectant | Wipe down surfaces with cloth. Use extended dust brush for vents (under supervision of housing Officer). |

GEO-Novoa_00002495

## KITCHEN
## CLEANING SCHEDULE

| AREA | SCHEDULED CLEANING | CLEANER & DISINFECTANTS | SPECIAL INSTRUCTIONS |
|---|---|---|---|
| Tables and Sinks, Stainless Steel | After every use | SANI-T-10 | Sanitize daily |
| Pots and Pans | After every use | SparClean Pot & Pan Detergent | Use 3-sink table and sanitize |
| Ovens and Grill | After every use | Oven and Grill Cleaner | Degrease every 3 days or as needed |
| Dishwasher | After every use | SparClean Dilimer (55) | De-lime 3 times a week |
| Chemical Room | Daily | Kitchen degreaser. | Sweep and mop. Restock cabinet weekly |
| Floors | Hourly or as needed | Tri Base Multi-Purpose Cleaner | Monitor constantly, Use "Wet Floor" signs |
| Storeroom | Daily | Tri Base Multi-Purpose Cleaner | Sweep and mop every other day, move racks from the wall and mop floor. |
| Hoods and filters | Twice daily | Tri Base Multi-Purpose Cleaner | Clean the filters once a week or as needed |
| Freezer and refrigerator | Once a week |  | Sweep floor and wipe down the racks |
| Kettles | After every use | SparClean pot & Pan Detergent | Constantly Cleanse |
| Bathroom | Once per shift | Tri Base Multi-Purpose Cleaner | Check every shift. |
| Food warmer and food carts | Daily | Tri Base Multi-Purpose Cleaner | Inside – degrease as needed. Outside - daily |

Reviewed by: Facility Administrator James A. Janecka _____ Date: 6/18/18

Revised 06/14/2018

GEO-Novoa_00002496