# EXHIBIT 20

Message

| | |
|---|---|
| From: | Brandi Combest [bcombest@geogroup.com] |
| Sent: | 12/31/2013 2:23:14 PM |
| To: | Angie Hernandez [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c8ea2fb032c844afb1469449b18a504b-Hernandez,] |
| CC: | Tonya Andrews [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=67d995c62ed04cdc8d79745b59f52bbb-Tonya Andre]; Gregory Hillers [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2c76c534f5d3439da4fc72e2f5ee31ac-Gregory Hil]; Kristine Wozniak [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0d1fd3236b10407bbc0fcfbdf0a8c4f6-Kristine Wo] |
| Subject: | RE: Detainee ███████ A#███████ (2W-B-209-2L) |

Angelica,

I am so incredibly sorry that you are having this problem. The payroll is, as I'm sure you've figured out, behind. Kristine was helping out, but had taken a few days off last week. I forwarded the message to her. As you know, we are still a WORK IN PROGRESS. Please let the detainees know that we are doing what we can, but know, it will be handled.

Sincerely,

**Brandi Combest**
Bookkeeper

**Adelanto Detention Facility – East**
10400 Rancho Rd.
Adelanto, CA 92301

Tel: 760 561 6100 x1107• Fax: 760 561 6195
bcombest@geogroup.com
www.geogroup.com

---

**From:** Angelica Hernandez
**Sent:** Monday, December 30, 2013 3:14 PM
**To:** Brandi Combest
**Subject:** FW: Detainee ███████ A#███████ (2W-B-209-2L)

I know you don't do this, but I was told that she doesn't check her e-mails and I have been getting many kites and LT's coming to me about detainees not getting paid. Can you please help LT. Andrews with this situation if you can? Thanks!

**Angelica Hernandez**
Classification Officer
**The GEO Group, Inc.**
Adelanto Detention Center – East
10250 Rancho Rd.
Adelanto, California 92301

Tel: 760 561-6100 ext. 2139 • Fax: 760 561-6195
anghernandez@geogroup.com

---

**From:** Angelica Hernandez
**Sent:** Monday, December 30, 2013 10:06 AM
**To:** Tonya Andrews

Confidential                                                                                                GEO-Novoa_00015721

**Cc:** Lena Prill
**Subject:** RE: Detainee ▮▮▮▮▮▮▮▮▮ A# ▮▮▮▮▮▮ (2W-B-209-2L)

I will forward this to detainee accounts! Thank you!

**Angelica Hernandez**
Classification Officer
**The GEO Group, Inc.**
Adelanto Detention Center - East
10250 Rancho Rd.
Adelanto, California 92301

Tel: 760 561-6100 ext. 2139 • Fax: 760 561-6195
anghernandez@geogroup.com

**From:** Tonya Andrews
**Sent:** Sunday, December 29, 2013 9:41 PM
**To:** Angelica Hernandez
**Subject:** Detainee ▮▮▮▮▮▮▮▮▮ A# ▮▮▮▮▮▮ (2W-B-209-2L)

D/O Hernandez,

The above named detainee states that he is a detainee worker in 2B as a porter. He states that he has not been paid for the following dates: December 24,25,26,27 and 28. Could you please verify if he is in fact a detainee worker in a paid position or a volunteer.

Your help will be greatly appreciated,

Lt. Andrews
**Tonya Andrews**
Lieutenant

**The GEO Group, Inc.**
Adelanto Detention Facility
10250 Rancho Rd.
Adelanto, CA 92301
Tel: 760-561-6100 • Fax: 760-246-0510

tandrews@geogroup.com
www.geogroup.com

**This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.**