# EXHIBIT 21

Message

**From:** Angelica Hernandez [/O=HQMAIL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=ANGHERNANDEZ]
**Sent:** 11/6/2012 5:46:54 PM
**To:** Sharon Buczkowske [/O=HQMAIL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=SBUCZKOWSKE]
**Subject:** RE: Re: Detainee Workers

Has been one of your workers, and is still on your list!

**Angelica Hernandez**
Classification Officer
**The GEO Group, Inc.**
Adelanto Detention Center - East
10250 Rancho Rd.
Adelanto, California 92301

Tel: 760 561-6100 ext. 139 • Fax: 760 561-6195
anghernandez@geogroup.com

---

**From:** Sharon Buczkowske
**Sent:** Tuesday, November 06, 2012 9:09 AM
**To:** Angelica Hernandez
**Subject:** RE: Re: Detainee Workers

Could you check on detainee [REDACTED] # [REDACTED]

---

**From:** Angelica Hernandez
**Sent:** Monday, November 05, 2012 1:09 PM
**To:** Sharon Buczkowske
**Subject:** RE: Re: Detainee Workers



[REDACTED] # [REDACTED]   Already working for you and on the list.
[REDACTED] # [REDACTED]   Not yet approved
[REDACTED] # [REDACTED]   Not yet approved
[REDACTED] # [REDACTED]   Not Approved by ICE!
[REDACTED] # [REDACTED]   Already working for you and on the list.
[REDACTED] # [REDACTED]   Not yet approved
[REDACTED] # [REDACTED]   Not yet approved
[REDACTED] # [REDACTED]   Not yet approved

**Angelica Hernandez**
Classification Officer
**The GEO Group, Inc.**
Adelanto Detention Center - East
10250 Rancho Rd.
Adelanto, California 92301

Tel: 760 561-6100 ext. 139 • Fax: 760 561-6195
anghernandez@geogroup.com

---

**From:** Sharon Buczkowske
**Sent:** Sunday, November 04, 2012 2:37 PM
**To:** Angelica Hernandez
**Subject:** Re: Detainee Workers

Confidential

GEO-Novoa_00019972

Have these detainees been cleared by ice yet? They are volunteering.



Thank you,

Sharon


**Sharon Buczkowske**
Food Service Manager

**The GEO Group, Inc.**
Adelanto Detention Center
P. O. Box 6005
Adelanto, California 92301

Tel: 760 561-6165
sbuczkowske@geogroup.com