# EXHIBIT 23

|  Adelanto ICE Processing Center | POLICY and PROCEDURE MANUAL<br><br>CHAPTER: Sanitation<br><br>TITLE: Sanitation Procedures/Housekeeping Plan<br><br>RELATED ACA STANDARDS: 4-ALDF-1A-01, 1A-02, 1A-04, 1A-07 | **NUMBER:**<br>12.1.4<br><br>**SUPERSEDES:**<br>2/8/17 |
|---|---|---|

## I. POLICY

To provide staff and detainees with a clean sanitary living environment consistent with all applicable codes, standards and sound detention practice.

## II. PROCEDURES

The Fire Safety Manager (FSM) will develop and oversee procedures that ensure the facility's sanitation plan is carried out; however, ensuring high standards of housekeeping and sanitary practices in the various areas of the facility is the responsibility of each department head.

### A. Housekeeping Plan

A written housekeeping plan will be developed for each area of the facility, including common areas such as halls, exterior walks, etc. These plans will be prepared as directed by the FSM, the Chief of Security, and the head of the department involved.

Plans will include a cleaning schedule for the area; specific assignments for detainees assigned to sanitary duties; a time schedule for completion; and specific instructions for cleaning cells, dayrooms, and other common areas, floors and doors, storage areas, other program areas, walls and windows, toilet and shower facilities, and equipment.

Housekeeping plans for all areas will be forwarded to the FSM for review and approval. Copies of all approved plans will be distributed and maintained in the offices of the Department Head responsible for the area, the Shift Supervisor, the FSM, and the Chief of Security.

Waste disposal procedures will be included in the sanitation plan, providing for proper collection, storage, and disposal of all liquid and solid waste accumulations for each area.

Necessary cleaning supplies and equipment will be procured from the Warehouse Supervisor. Detention Officers and other Department Heads are responsible for the secure, hygienic storage of all cleaning supplies, including the proper storage of mops and other wet items.

GEO-Novoa_00000515

Case 5:17-cv-02514-JGB-SHK   Document 193-23   Filed 09/27/19   Page 3 of 7   Page ID #:2592

|  Adelanto ICE Processing Center | POLICY AND PROCEDURE MANUAL<br>Sanitation Procedures | NUMBER: 12.1.4 |
|---|---|---|

### B. Detainee Sanitation Responsibilities

Each detainee will be responsible for the cleanliness of his or her cell or living area, including walls, floors, sink, toilet, windows, and other property within the cell, room, or living area.

Beds will be made neatly and tightly. Nothing will be placed over windows, lights, vents, bars or grilles. Shoes will be neatly lined up under the edge of the bed. All personal property will be stored in the locker/container provided. Detainee personal property storage and limits will be enforced in the process of all sanitation inspections.

Cleaning materials and articles for cleaning will be issued by the Dormitory Officer to each detainee. The detainee is responsible for the proper use and care of these articles.

### C. Dormitory Sanitation

At 6:00 a.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Scrub brushes
- Cleaning rags
- Cleaning Chemicals

Cleaning items will be secured each day by 10:00 p.m.; before and after issue staff will inspect all cleaning equipment for safety, cleanliness and damage.

At 10:00 a.m. and 5:00 p.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Cleaning rags

Staff will inspect all cleaning equipment for safety, cleanliness and damage, before and after issue. Lysol bottles will be secured with the above listed items until 10:00pm at which time they will be secured in the housing unit janitor closet.

The Housing Unit Officer and Shift Supervisor are responsible for inspection of all cleaning.

GEO-Novoa_00000516

|  Adelanto ICE Processing Center | POLICY AND PROCEDURE MANUAL<br>Sanitation Procedures | NUMBER: 12.1.4 |
|---|---|---|

Cleaning implements will be kept in the janitorial closet, so as to provide for proper ventilation and drying.

All cleaning supplies will be secured when not in use.

**D. Restrictive Housing Unit Sanitation**

Cells will be cleaned daily and as detainees are transferred or released. This will include cleaning the toilet/sink areas, mopping the floor, sanitizing mattresses and pillows and wiping down flat surfaces.

**E. Common Area Sanitation**

All shifts are responsible for cleaning corridors and other common areas of the facility. Detainee workers will conduct the cleaning.

Waxing of corridors and housing unit floors will be done as needed during the week on all shifts. All floors will be kept clean, dry, and free of hazardous substances.

The Shift Supervisor will inspect common areas for compliance with all sanitation standards and oversee the correction of any deficiencies.

**F. Inspection Program**

Pre-assigned staff members will conduct daily inspections of sanitation levels in all areas of the facility. These inspections will be in addition to the security inspections conducted under Policy and Procedures 10.2.33 – ADFE. A record of these inspections will be filed with the Chief of Security.

Post orders will reflect the areas of sanitation and inspection responsibility for each staff member.

The Housing Unit Officer will inspect all living areas daily and report any infraction of these regulations to the immediate supervisor. The officer will notify detainees of unsatisfactory conditions, in cases of continued noncompliance, staff will issue an incident report.

Each Department Head will personally inspect his or her department or area of responsibility at least once a week; that inspection will be logged.

The FSM will conduct weekly and monthly inspections of sanitation levels in all areas of the facility and will keep a record of those inspections on file.

|  Adelanto ICE Processing Center | POLICY AND PROCEDURE MANUAL<br>Sanitation Procedures | NUMBER: 12.1.4 |
|---|---|---|

The county Health Department will conduct annual inspections to ensure and document compliance with all applicable law and regulations related to sanitation and health. The Food Services Administrator will keep a record of those inspections.

### G. Water Supply

The facility's potable water source and supply, owned and operated by the public water department, is certified at least annually by an independent, outside source to be in compliance with all jurisdictional laws and regulations. [4-ALDF-1A-07M]

### H. Maintenance Issues

The facility will have an established system for reporting, responding to, and accounting for materials and labor relating to all facility repairs.

Major maintenance of toilets, wash basins, sinks, and other equipment in the facility will be the responsibility of the Maintenance Department.

### I. Blood or other body fluid

Following any incident where there is spillage of blood or other body fluids the area shall be sanitized immediately by a member of the health service staff pursuant to the "Guidelines for Blood Spill Clean-Up". The reporting staff member will notify the on duty Shift Supervisor who will make the determination as to whether there is a need to preserve evidence.

Security staff will ensure the area is secure and that all persons entering the area are donning appropriate Personal Protective Equipment for the situation. At no time will detainees be utilized for cleaning blood spills.

Medical staff will utilize "Clean-Up Kits" to clean up any blood and body fluids as well as decontaminate the area. Either a hospital grade disinfectant or a solution of one part bleach to 10 parts water will be utilized to clean all surfaces. Once the area has been properly cleaned, the kit and any additional items utilized for the cleaning will be disposed of properly in a contaminated waste receptacle in the medical unit. Security staff will make a final walk through of the area to ensure no equipment has been left behind.

Any clothing that has been contaminated with these fluids, including the equipment and clothing of staff involved shall immediately be disinfected or destroyed as appropriate. Disinfecting of clothing will include the use of an inner degradable bag and outer yellow contaminated linen bag. Staff assigned to deliver the contaminated linen to the laundry

|  Adelanto ICE Processing Center | POLICY AND PROCEDURE MANUAL<br>Sanitation Procedures | NUMBER: 12.1.4 |
|---|---|---|

will ensure the bag is delivered directly to the Laundry Officer only after proper protective equipment is donned.

Staff should exercise reasonable care when handling or exposed to the above body fluids, just as they do in addressing other types of risks common in their work.

GEO-Novoa_00000519

|  Adelanto ICE Processing Center | POLICY AND PROCEDURE MANUAL<br>Sanitation Procedures | NUMBER: 12.1.4 |
|---|---|---|

**THIS POLICY WILL BE REVIEWED AT LEAST ANNUALLY AND UPDATED AS NEEDED.**

Italic areas are the changes made to the current revision.

QUESTIONS/SUGGESTIONS REGARDING THIS POLICY SHALL BE ADDRESSED TO THE ASSISTANT FACILITY ADMINISTRATOR OF SECURITY.

APPROVED: _____
Facility Administrator

EFFECTIVE: February 20, 2018

Reviewed & Revised: October 2011
Reviewed & Revised: June 2012
Reviewed: July 2013
Reviewed & Revised: December 2014
Reviewed: April 2015
Reviewed: March 2016
Reviewed & Revised: February 2017
Reviewed & Revised: February 20, 2018