# EXHIBIT 24

| | Adelanto Detention Facility | **NUMBER:**<br>10.3.5 – ADF |
|---|---|---|
| **GEO**<br>Corrections & Detention | POLICY and PROCEDURE MANUAL<br>CHAPTER: Post Orders<br>TITLE: Housing Unit Officer<br>RELATED ACA STANDARDS: 4-ALDF-2A-04 | **SUPERSEDES**<br>03/31/2016<br>**EFFECTIVE:**<br>09/02/2016 |

**All Officers will read and sign the appropriate Post Orders upon assuming a new post. Failure to do so could lead to disciplinary action taken up to and including termination.**

I. **AREA OF RESPONSIBILITY**

Responsible for the entire physical plant, parking lot, fences and all areas within your range of vision. This will include all areas within sight and sound, including windows, emergency fire doors, corridors, the adjacent entrances to the main corridor and observation of the exterior of the facility grounds area.

II. **SUPERVISION**

The Housing Unit Officer reports directly to the Shift Supervisor.
- A. Shift Hours as scheduled per roster.
- B. Operational hours as scheduled per roster.
- C. Days off as scheduled per roster.

III. **EQUIPMENT**

- A. Hand Held Radio
- B. Keys
- C. Handcuffs

IV. **GENERAL DUTIES**

- A. Receive orders and instructions from the Shift Supervisor.
- B. Make written and oral reports as necessary.
- C. Relay all information pertinent to the operation of all other shifts and departments.
- D. Third Shift Officers will inspect detainee telephones for proper operation. This inspection will be noted in the Housing unit logbook as well as notification to the Master Control Center. Discrepancies will be reported to the Shift Supervisor with proper documentation completed for requested repairs.
- E. All staff is responsible for familiarization with facility policies. All policies are available at designated areas.
- F. By virtue of your assignment, you are expected to use good judgment, tact and careful attention to details in discharging your duties, whether referenced in the Post Order manual or not.
- G. Remain constantly alert of all situations. Do not sleep or give the appearance of sleeping while on duty.
- H. Only enter rooms, offices, areas and buildings where you are authorized to perform your duties.
- I. Perform all duties and tasks assigned to you by the Shift Supervisor.
- J. All staff shall be responsible to report to their supervisors, in writing, any unusual or other than normal actions of detainees, such as more than normal amounts of visitors, weapons found, loss of tools, other than normal behavior patterns, etc.
- K. All necessary documentation shall be completed prior to the end of your work period and forwarded to your immediate supervisor.
- L. You are not authorized to perform any duties outside of your scheduled working hours, unless you have received approval for overtime from your supervisor.
- M. Treat fellow staff with dignity and respect and do not use any profane or inflammatory remarks with those you work with.
- N. Perform other duties as assigned.

| GEO | Adelanto Detention Facility<br>POLICY AND PROCEDURE MANUAL | |
|---|---|---|
| | CHAPTER: Post Orders | NUMBER: 10.3.5 – ADF |
| | TITLE: Housing Unit Officer | |

## V. RESPONSIBILITIES

### A. Emergency Plans

It is imperative that the housing unit Officer be familiar with all procedures, especially emergency procedures, for the post on which you work - specifically, the Adelanto Detention Facility Emergency Plan manual and the following emergency plans:

- Facility Evacuation Plan
- Bomb Plan
- Riot/Disturbance Control Plan
- Escape Plan
- Hostage Plan
- Power Outage Plan

### B. Security Checks

Inspect the following items upon assuming the housing unit post and every 30 minutes thereafter, at irregular intervals to assure that security is maintained, and to assure sanitation standards are being maintained. Annotate this security check in the housing unit log. Irregular 30-minute checks must begin within one-half hour from the time the last housing unit check was completed. (i.e., If the housing unit check was completed at 0810 hours, the next housing unit check must begin before 0840 hours.

1. Check all doors, locks, windows and window frames to ensure that they are secure.
2. Check the sanitation of the unit, direct cleaning as necessary and supervise the cleaning until it is properly completed.
3. Check for contraband in all areas of the unit, with special attention to unassigned lockers, unassigned beds, toilets, shower area and unit furniture.
4. Note any equipment malfunctions and make appropriate notations in the Housing unit log; prepare a work order to report any malfunctions and record the work order in the appropriate work order log book. Advise the on-duty Shift Supervisor verbally on noted work orders and malfunctions.
5. Only formal counts will be entered into the housing unit logbook.
6. Check the welfare of detainees within the unit through visual inspections of each cell and bunk area.
7. The housing unit officer must observe living, breathing flesh when conducting rounds. No assumptions should be made.
    1. If a detainee appears to have a health/medical issue, advise the Security supervisor and Medical staff IMMEDIATELY.
        A. Secure the scene
        B. Use universal precautions (gloves, pocket mask, etc.).
        C. Establish consciousness
        D. Call for help. Initiate Code Blue.

    Examples of Medical Emergencies include the following,
        I. Seizures- fainting or fatigue
        II. Hemorrhage/Shock-
        III. Trauma- mood swings, irritability
        IV. Choking- blue skin, coughing or wheezing
        V. Dehydration- Sluggish, dry mouth or swollen tongue

GEO-Novoa_00002178

VI. Diabetic Hypoglycemia (low)- Shakiness, sweating/chills, seizures and blurred vision
VII. Diabetic Hyperglycemia (high)- Shakiness, sweating, anxiety and rapid heartbeat

C. **Television Viewing**

Television viewing hours will begin during the morning meal service and will be discontinued during count times.

Detainees will be allowed to select the television programs they wish to watch. The housing unit Officer will supervise this activity to assure that it is fairly operated and not abused. Abusive use will result in the housing unit Officer taking action to discontinue TV viewing for a period of time.

1. If the detainees in the unit are uncooperative with regular operations which must occur in the unit, i.e., sanitation and maintenance work and/or if unit residents become disorderly, violate security, etc., or if staff determine the need to protect the orderly and safe operation of the unit/facility, the Shift Supervisor may turn off the television. The television will be turned on once cooperation and order is restored.

2. Monday through Sunday nights, the television will be turned off at 0100 hours.

3. All activities in the units will cease when the televisions are turned off for the night. Detainees will clear the dayrooms and will go to their cells/beds. Detainees will not be permitted to sit in the dayroom or to walk around in the dayrooms once the televisions are turned off, thus allowing other residents the opportunity to sleep without distractions.

4. Detainees are not authorized to manipulate the television controls in any manner.

D. **Living Area/Bed and Locker Assignments**

All detainees in a unit are required to keep clean and sanitary all commonly accessible areas of the unit, including walls, floors, windows, window ledges, showers, sinks, microwaves, tables, and chairs.

1. Cleaning supplies will be provided as needed to maintain the highest sanitation standards.
2. Detainees will take turns cleaning the area.
3. The day room area will be kept clean at all times. Should an Officer notice that the area is not clean, the Officer will make available necessary cleaning supplies. If the detainees in the unit do not clean the area after being instructed to do so, the television will be turned off and the detainees will not be permitted to participate in any activities/programs until the unit is cleaned. Continued refusal to clean the area will result in further disciplinary action.
4. Bulletin boards contain information beneficial to detainees and are not to be defaced in any manner. Posted material is to remain on the boards until staff removes the item(s).

E. **Housing Unit Sanitation**

Each and every detainee must participate in the facility's sanitation program. A list of detainees is to be developed each day by the housing unit Officer. During a general cleanup all detainees must participate. The housing unit Officer will be responsible for assuring this general cleanup is done on a

|  | Adelanto Detention Facility<br>POLICY AND PROCEDURE MANUAL<br>CHAPTER: Post Orders<br>TITLE: Housing Unit Officer | NUMBER: 10.3.5 – ADF |
|---|---|---|

regular basis and that adequate supplies needed for cleaning are present. Housing unit Officers will inventory cleaning supplies at both the beginning and end of the assigned shift.

F. **Day Area Sanitation**

Every detainee is required to keep their personal living area clean and sanitary. This includes their bunk and immediate floor area around and under their bunk, locker, and any personal items.

1. Cleaning supplies will be provided and accounted for through distribution logs as needed by the Detention Officer.

2. Housing Units and all common areas must be kept clean and should be ready for inspection at any time.

3. All books, hygiene items and personal items will be stored in the locker provided.

4. Detainees who have excessive personal items will be afforded, during shakedowns, the opportunity to place these items in their personal property or to dispose of the items. The housing unit Officer along with the Shift supervisor will decide what items are excessive. If personal items are confiscated a receipt will be issued to the detainee.

5. **Detainees are required to make their bunks in a neat and orderly manner by 0800 hours.** This means that the bottom and sides will be tucked under the mattress. The sides and ends will not hang down over the edge of the bed.

6. Detainees may sleep on their bunk after it is made in the mornings, not under the covers/sheets. They may request a second blanket and sleep under the second blanket on the top of the made bed, not under the sheets, until after the afternoon count has been completed. When they get up from their nap, they need to neatly fold your blanket and place it on their bed. Their bed is to be made when they are not occupying it.

   Night workers (facility clean-up) may sleep during the day, under their sheets and blankets.

   Towels need to be neatly folded and placed on the end of the bed and detainees may neatly hang their laundry bag over one end of their bed.

   Blankets, sheets or towels are not to be used as rugs, drapes, pillows, or tenting for purposes of concealment at any time.

7. Detainees are required to make their bed daily, keeping the floor free of debris, and are not allowed to hang/drape clothing, pictures, keepsakes or other objects from beds, furniture, light fixtures, or walls.

8. Pictures, articles of any kind, or any other items may not be placed on the walls or other fixtures of this facility. This includes graffiti and other drawing or markings on any surface area, for example, the toilet stall walls, beds and bed areas, bulletin boards, televisions, doors etc.

9. Detainees will be assigned a bed with a locker for the storage of their personal property.

|  | Adelanto Detention Facility | |
|---|---|---|
| **GEO** Corrections & Detention | POLICY AND PROCEDURE MANUAL | |
| | CHAPTER: Post Orders | NUMBER: 10.3.5 – ADF |
| | TITLE: Housing Unit Officer | |

G. **Sanitation Facilities**

1. The shower/restroom facilities will be accessible to all detainees assigned to the unit. Patrol and secure these areas on a random inspection basis in order to deter any misconduct or violations of the rules and regulations.

2. Ensure that the restroom and shower facilities remain in a sanitary condition at all times. Direct and supervise cleaning as needed.

H. **Detainee Property**

Supervise authorized bed moves as required and perform property inventories. When detainees are placed in a high security cell status, inventory and secure all of their personal property.

I. **Searches**

A thorough pat search is to be accomplished by an Officer when detainees are removed from the unit. This action is necessary to prevent the passing of contraband and to maintain security of the facility. Female staff members are authorized to conduct pat searches on male detainees in general population.

Unit Officers are responsible for searches for contraband and recording the same in the proper forms and logs. The appropriate forms will be turned into the Shift Supervisor upon completion. Third Shift will be responsible for shakedowns of common areas.

Refer to policy 10.2.1 for guidelines on unit searches.

J. **Chemical Control**

Ensure that all flammable, toxic and caustic materials are secured when not in use. Cleaning materials will be dispensed according to chemical control directives. The housing unit Officer will ensure that cleaning materials are returned to the chemical supply area. Both paid and volunteer workers will be trained in proper chemical control and use.

K. **Detainee Payroll Sheets**

Maintain the incentive detainee payroll sheets on a daily basis, and ensure that they are correct and the detainee is given credit for his hours worked. Detainee payroll sheets must be turned in to the Shift Supervisor at the end of Third Shift.

L. **Emergency Evacuation Procedures**

1. Notification to Master Control Center and Shift Supervisor.
2. Notification to all detainees and/or staff to prepare to evacuate. In case of an electrical power outage, a key to the housing unit doors is located in the Master Control Center.
3. Units are evacuated one at a time, beginning with the one in most danger first.
4. Detainees go into safe areas per posted evacuation plan posters located in housing units and corridors.
5. All rooms/cells and areas are visually/physically checked by the housing unit Officer to make sure that no one is left in the unit.

|  | Adelanto Detention Facility<br>POLICY AND PROCEDURE MANUAL<br>CHAPTER: Post Orders<br>TITLE: Housing Unit Officer | NUMBER: 10.3.5 – ADF |
|---|---|---|

6. A count within the evacuated area is taken as soon as possible to ensure that all detainees and staff are accounted for.

M. **Medical Rounds**

1. Responsible for assisting as necessary during medical rounds. Ensures that detainees are wearing their t-shirts and pants and that the ID wrist band is affixed to the left wrist of the detainee, easy visual access for the nurses and staff.

2. Ensure that detainees remain at least three feet away from the medical cart during medical rounds until called by the nurse to step forward.

3. Observe detainees receiving medication. All detainees will be checked to ensure there is no "cheeking" of medication.

N. Responsible for maintaining the post log.

O. Responsible for maintaining detainee accountability for all detainees assigned to work. Ensuring that detainees report for work as scheduled. Ensure the Detainee Accounts Clerk all the required documentation on a daily basis.

P. Responsible for maintaining incentive pay sheet on a daily basis and ensure that they are correct so detainees are given credit for hours worked.

Q. **Recreation**

1. Check all doors, locks, windows, window frames and exterior walls to ensure that they are secure prior to **each** use, as well as inspection of the area for contraband prior and after use of the recreation yard.
2. All detainees must be counted before departing the housing unit and again upon arrival at the destination.
3. An informal count may be conducted before an officer assumes any post. (Shift Change, Break and Lunch).
4. Ensure that excessive snow, ice or water that could pose a safety hazard is removed, prior to conducting recreation.
5. Inspection of the recreation area must be notated in the housing unit logbook.

R. **Detainee Laundry**

1. Work with the laundry officer and quickly call out detainees for their laundry, while the laundry officer is still in the dorm.
2. Check their wrist bands and laundry tag.
3. Remaining laundry should be bagged up and secured by the officer.

|  | Adelanto Detention Facility<br>POLICY AND PROCEDURE MANUAL<br>CHAPTER: Post Orders<br>TITLE: Housing Unit Officer | NUMBER: 10.3.5 – ADF |
|---|---|---|

DO NOT ALTER, ERASE OR MUTILATE LOGS, post orders or other official written materials. Erasable pens are not permitted. Pens used in the workplace will be of black indelible ink.

**Direct supervision of detainees in the housing units/posts is required. Officers will not leave their post without proper relief.**

Inventory all tools being brought into the Housing unit or area of responsibility (i.e., medical, intake, recreation, etc.) Inventory tools when they are removed from the unit. Ensure that the number of tools brought into a Housing unit matches the number removed.

**It is a violation of this policy to harass or otherwise verbally provoke a detainee or detainees into an assault on staff in order to justify the use of force against those detainees. Non-force forms of intentional cruel punishment, such as public humiliation, are also prohibited.**

The information included in this specific Post Order may not include every situation the staff may face during the shift. The times listed are approximate and may be changed due to unforeseen circumstances. The goal of this Post Order is to provide guidance and instruction to the staff manning this post. In the event of an emergency or unscheduled events, which delays a specific operation, staff is to exercise initiative and good judgment in the performance of his or her duties.

Staff is required to be at the institution in the proper uniform in time to draw keys and equipment for the post, check in with the Shift Supervisor, receive pertinent information, and begin the assigned duties at the designated starting time.

GEO-Novoa_00002183

|  | Adelanto Detention Facility<br>POLICY AND PROCEDURE MANUAL<br>CHAPTER: Post Orders<br>TITLE: Housing Unit Officer | NUMBER: 10.3.5 – ADF |
|---|---|---|

**THIS POST ORDER WILL BE REVIEWED AT LEAST ANNUALLY AND UPDATED AS NEEDED.**

**Gray highlighted areas are the changes made to the current revision.**

QUESTIONS/SUGGESTIONS REGARDING THIS POST ORDER SHALL BE ADDRESSED TO THE AFA-SECURITY.

APPROVED: _____
Facility Administrator

EFFECTIVE: September 2, 2016

Reviewed & Revised: June, 2012
Reviewed: March, 2013
Reviewed: Sept, 2013
Reviewed & Revised: June 25, 2014
Reviewed: September 5, 2014
Reviewed: September 28, 2015
Reviewed & Revised: March 2016
Reviewed: September 2016