# EXHIBIT 25



The GEO Group, Inc.

# Northwest Detention Center

# Detainee Handbook

Revision Date: March 1, 2010

**DETAINEE DISCIPLINARY PROCESS**

In a facility where many individuals live together in a relatively small amount if space, it is extremely important that order and discipline be maintained. Discipline and order are not only for the benefit of staff, but also for the safety and welfare of you and all other detainees. While many problems can be solved informally through counseling, disciplinary measures must be imposed at times. The following is a list of offenses and associated penalties. Any detainee who is charged with a violation of facility rules will receive a disciplinary hearing and be permitted to speak, call witnesses, have a staff representative and present evidence before a penalty is imposed. Detainees have the right to appeal the decision of the Disciplinary Hearing within fifteen (15) days.

Detainees have the following rights:

1. The right to protection from personal abuse, corporal punishment, unnecessary or excessive use of force, personal injury, disease, property damage and harassment;
2. The right of freedom from discrimination based on race, religion, national origin, sex, handicap, or political beliefs;
3. The right to pursue a grievance in accordance with written procedures;
4. The right to correspond with persons or organizations, consistent with safety, security, and the orderly operation of the facility; and,
5. The right to due process, including the prompt resolution of a disciplinary matter.

Category I Offenses:

Listed below are Category I or Greatest offenses. The Discipline Committee may impose any combination of penalties for Category II, III, or IV offenses as well as the following penalties:

(1) Refer to ICE for Criminal Proceedings
(2) Disciplinary Transfer
(3) Disciplinary Segregation up to 60 days
(4) Restitution

100 Killing
101 Assaulting any person (includes sexual assault)
102 Escape
103 Setting a fire (charged with this act in this category only when found to pose a threat to life or a threat of serious bodily harm or in furtherance of a prohibited act of greatest severity, e.g. a riot or an escape, otherwise the charge is classified as code 219 or 322.)
104 Possession or introduction of a gun, firearm, weapon, sharpened instrument, knife, dangerous chemical, explosive, escape tool, device or ammunition
105 Rioting
106 Inciting others to riot
107 Hostage-taking
108 Assaulting a staff member or any law enforcement officer
109 Threatening a staff member or any law enforcement officer with bodily harm.
110 Attempt to commit any of the above offenses or assist others to commit any of the above acts.
198 Interfering with a staff member in the performance of duties (conduct must be of the greatest severity). This charge is to be used only if another charge of greatest severity is not applicable.
199 Conduct that disrupts or interferes with the security and orderly operation of the facility (conduct must be of the greatest severity.) This charge is to be used only if another charge of greatest severity is not applicable.

Category II Offenses:

These acts listed below shall be considered Category II or High Offenses. The Discipline Committee may impose any combination of the following penalties:

(1) Refer to ICE for criminal proceedings
(2) Disciplinary transfer
(3) Disciplinary Segregation up to 30 days
(4) Restitution
(5) Loss of privileges
(6) Change of housing
(7) Remove from programs / group activities
(8) Loss of job
(9) Impound and store personal property
(10) Confiscate Contraband
(11) Restrict to living unit

200 Escape from unescorted activities or escape from facility without violence
201 Fighting, boxing, wrestling or any other form of physical encounter, including horseplay, that causes or could cause injury to another person; except when part of an approved recreational or athletic activity
202 Possession or introduction of an unauthorized tool
203 Loss, misplacement or damage of any restricted tool
204 Threatening another with bodily harm
205 Extortion, blackmail, protection; demanding or receiving anything of value in return for protection against others, avoiding bodily harm or avoiding a threat of being informed against
206 Engaging in sexual acts
207 Making sexual proposals or threats
208 Wearing a disguise or mask
209 Tampering with or blocking any lock device
210 Adulteration of food or drink
211 Possession, introduction or use of narcotics, narcotic paraphernalia or drugs not prescribed for the individual by the medical staff
212 Possessing a staff member's clothing
213 Engaging in or inciting a group demonstration
214 Encouraging others to participate in a work stoppage or to refuse to work
215 Refusing to provide a urine sample or otherwise cooperate in a drug test
216 Introducing alcohol in to the facility
217 Giving or offering an official or staff member a bribe or anything of value
218 Giving money to or receiving money from any person for an illegal or prohibited purpose, such as introducing / conveying contraband
219 Destroying, altering or damaging property (facility, government or another person's) worth more than $100.00
220 Being found guilty of any combination of three or more high moderate or low moderate offenses within 90 days
221 Signing, preparing, circulating or soliciting support for prohibited group petitions
222 Possessing or introducing an incendiary device, e.g. matches, a lighter, etc.
223 Any act that could endanger person(s) and/or property
224 Attempt to commit any of the above acts or assists other to commit any of the above acts.
298 Interfering with a staff member in the performance of duties (conduct must be of highest severity). This charge is to be used only when no other charge of highest severity is applicable.
299 Conduct that disrupts or interferes with the security or orderly operation of the facility (conduct must be of highest severity). This charge is to be used only when no other charge of highest severity is applicable.

Category III Offenses:

These are considered to be Category III or High Moderate Offenses. Any combination of the following penalties may be imposed:

(1) Refer to ICE for criminal proceedings
(2) Disciplinary Transfer
(3) Disciplinary Segregation up to 72 hours
(4) Restitution
(5) Loss of privileges
(6) Change of Housing
Note: IDP must impose the above sanctions

(7) Removal from Program
(8) Loss of Job
(9) Impound and store personal property
(10) Confiscate Contraband
(11) Restrict to living unit
(12) Reprimand
(13) Warning

300 Indecent Exposure
301 Stealing (theft)
302 Misuse of authorized medication
303 Loss, misplacement or damage of a less restricted tool
304 Lending property or other item of value for profit / increased return
305 Possession of item(s) not authorized for receipt or retention, not issued through regular channels
306 Refusal to clean assigned living area
307 Refusing to obey a staff member Officer's order (may be categorized and charged as a greater or lesser offense depending on the kind of disobedience; continuing to riot is Code 105-Rioting, continuing to fight, Code 201-Fighting)
308 Insolence towards a staff member
309 Lying or providing false statement to staff
310 Counterfeiting, forging or other unauthorized reproductions of money or other official document, identification card, etc. (may be categorized a lesser offense, depending on the nature and purpose of the reproduction, e.g., counterfeiting release papers to effect escape – Code 102 or 200)

311  Participating in an unauthorized meeting or gathering
312  Being in an unauthorized are
313  Failure to stand count
314  Interfering with count
315  Making, possessing or using intoxicants
316  Refusing a breathalyzer test or other test of alcohol consumption
317  Gambling
318  Preparing or conducting a gambling pool
319  Possession of gambling paraphernalia
320  Unauthorized contact with public
321  Giving money or another item of value to or accepting money or another item of value from anyone, including another detainee, without staff authorization
322  Destroying, altering or damaging property (facility, government or another person's) worth less than $100.00
323  Attempt to commit any of the above acts or assists other to commit any of the above acts.
398  Interfering with a staff member in the performance of duties (offense must be of high moderate severity.) This charge is to be used only when no other charge in this category is applicable.
399  Conduct that disrupts or interferes with the security or orderly operation of the facility duties (offense must be of high moderate severity}. This charge is to be used only when no other charge in this category is applicable
- Any combination of high moderate and low moderate offenses during a 90-day period shall constitute a high offense

Category IV Offenses:

These are considered to be Category IV or Low Moderate Offenses. Any combination of the following penalties may be imposed:

(1)  Restitution
(2)  Loss of privileges
(3)  Change in Housing
Note: IDP must impose the above sanctions

(4)  Removal from Program / Activity
(5)  Loss of Job
(6)  Impound, store personal property
(7)  Confiscate Contraband
(8)  Restrict to living unit
(9)  Reprimand
(10) Warning

400  Possession of property belonging to another person
401  Possessing unauthorized clothing
402  Malingering, feigning illness
403  Smoking
404  Using abusive or obscene language
405  Tattooing, body piercing or self mutilation
406  Unauthorized use of mail or telephone (with restriction or temporary suspension of the abused privileges often the appropriate sanction)
407  Conduct with a visitor in violation of rules and regulations (with restriction or temporary suspension of the abused privileges often the appropriate sanction)
408  Conducting a business
409  Possession of money or currency
410  Failure to follow safety and sanitation regulation
411  Unauthorized use of equipment or machinery
412  Using equipment or machinery contrary to posted safety standards
413  Being unsanitary or untidy, failing to keep self and living area in accordance with standards
414  Attempt to commit any of the above acts or assists other to commit any of the above acts
498  Interfering with a staff member in the performance of duties (offense must be of low moderate severity). This charge is to be used only when no other charge in this category is applicable
499  Conduct that disrupts or interferes with the security or orderly operation of the facility duties (offense must be of high moderate severity}. This charge is to be used only when no other charge in this category is applicable
- When the prohibited act is interfering with a staff member in the performance of duties (Code 198,298,398 or 498) or conduct that disrupts (Code 199,299,399 or 499), the Disciplinary Committee should specify in its findings the severity level of the conduct, citing a comparable offense in that category. For example, "We find the act of the highest severity, most comparable to Code 213, "engaging in a group demonstration."

**NOTE:** Detainees who are released from Disciplinary Segregation will normally not be considered for a work assignment until they have shown a positive period of adjustment. Additionally, any disciplinary code conviction may affect a detainee's classification level.