# EXHIBIT 32

| | Summary of Proposed Classes and Subclasses | | | | |
|---|---|---|---|---|---|
| | **Class** | **F.R.C.P.** | **Scope** | **Cause(s) of Action** | **Predicate Conduct** |
| 1. | Adelanto Wage Class | 23(b)(3) | Adelanto | California MWL<br>California UCL<br>Unjust enrichment | Work Program Policy<br>Uncompensated Work Program Policy<br>Adelanto HUSP |
| 2. | Adelanto Forced Labor Class | 23(b)(2)<br>23(b)(3) | Adelanto | California TVPA<br>Federal TVPA | Work Program Policy<br>Uncompensated Work Program Policy<br>Deprivation Policy |
| 2a. | Work Program Subclass | 23(b)(2)<br>23(b)(3) | Adelanto | California TVPA<br>Federal TVPA | Work Program Policy<br>Deprivation Policy |
| 2b. | Uncompensated Work Program Subclass | 23(b)(2)<br>23(b)(3) | Adelanto | California TVPA<br>Federal TVPA | Uncompensated Work Program Policy<br>Deprivation Policy |
| 3. | Nationwide HUSP Class | 23(b)(2) | Nationwide[1] | Federal TVPA | HUSPs |

---

[1] Excluded from the definition of the Nationwide HUSP Class are the following: (1) individuals detained in GEO's family residential detention facility in Karnes City, Texas; (2) individuals detained in the Alexandria Staging Facility in Alexandria, Louisiana; (3) any individual detained in the custody of the U.S. Marshalls or any other law enforcement agency at a GEO facility where the company also detains civil immigration detainees pursuant to contracts with ICE; and (4) civilly detained immigrants detainees held at the Aurora ICE Processing Center in Aurora, Colorado at any time before October 22, 2014.