# EXHIBIT 33

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE | PAGE OF PAGES 1 / 2 |
|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00002 | 3. EFFECTIVE DATE See Block 16C | 4. REQUISITION/PURCHASE REQ. NO. 192113FLSADEL0004 | | 5. PROJECT NO. (If applicable) |
| 6. ISSUED BY   CODE ICE/DM/DC-LAGUNA | | | 7. ADMINISTERED BY (If other than Item 6) CODE ICE/DM/DC-LAGUNA | |

ICE/Detent Mngt/Detent Contract-LAG
Immigration and Customs Enforcement
Office of Acquisition Management
24000 Avila Road, Room 3104
Attn: Natasha Nguyen, (949)425-7030
Laguna Niguel CA 92677

ICE/Detent Mngt/Detent Contract-LAG
Immigration and Customs Enforcement
Office of Acquisition Management
24000 Avila Road, Room 3104
Attn: Natasha Nguyen, (949)425-7030
Laguna Niguel CA 92677

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

ADELANTO CITY OF
PO BOX 10
ADELANTO CA 923010010

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

(x) 10A. MODIFICATION OF CONTRACT/ORDER NO.
EROIGSA-11-0003
HSCEDM-12-F-IG352

10B. DATED (SEE ITEM 13)
08/29/2012

CODE 0835866690000   FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
Net Increase:   $1,994,700.00

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

CHECK ONE
A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)
X   Funding Action per FAR 32.703-1(a) - Fully Funded

E. IMPORTANT:   Contractor   x is not,   [ ] is required to sign this document and return ___0___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
DUNS Number: 083586669

Finance POC: Tina Komatz, (213) 830-7984 or e-mail at Tina.M.Komatz@ice.dhs.gov

COTR POC: Daniel Pomplun, (213) 503-5564 or e-mail at Daniel.A.Pomplun@.ice.dhs.gov

This modification is issued to provide funding to CLIN 0001 - Bed Day and CLIN 0007 - Detainee Work Program Reimbursement in the amount of $1,994,700.00 and change the period of performance end date from 10/14/2012 to 11/05/2012. It is estimated that the number of beds and funds obligated will cover the period through 11/05/2012.

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Roberta J. Halls | |
|---|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA (Signature of Contracting Officer) | 16C. DATE SIGNED 11-5-12 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>EROIGSA-11-0003/HSCEDM-12-F-IG352/P00002 | | | PAGE<br>2 | OF<br>2 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
ADELANTO CITY OF

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Exempt Action: Y<br><br>LIST OF CHANGES:<br>Reason for Modification : Funding Only Action<br>Total Amount for this Modification: $1,994,700.00<br>New Total Amount for this Award: $6,676,503.55<br>Obligated Amount for this Modification:<br>$1,994,700.00<br>New Total Obligated Amount for this Award:<br>$6,676,503.55<br><br>CHANGES FOR LINE ITEM 0001 - Detention Beds<br>Description changed from Bed Day-- 75% Minimum Guarantee for 1,300 Beds (976 beds) to Bed Day-- 75% Minimum Guarantee for 1,300 Beds (975 beds)<br>Quantity changed from 45,624 to 65,772<br>Total Amount changed from $4,516,776.00 to $6,511,428.00<br>Obligated Amount for this modification:<br>$1,994,652.00<br><br>CHANGES FOR LINE ITEM 0007 - Work Program<br>Quantity changed from 30,000 to 30,048<br>Total Amount changed from $30,000.00 to $30,048.00<br>Obligated Amount for this modification: $48.00<br><br>FOB: Destination<br>Period of Performance: 08/29/2012 to 11/05/2012<br><br>Change Item 0001 to read as follows(amount shown is the obligated amount): | | | | |
| 0001 | Bed Day-- 75% Minimum Guarantee for 1,300 Beds (975 beds) | 20148 | EA | 99.00 | 1,994,652.00 |
| | Change Item 0007 to read as follows(amount shown is the obligated amount): | | | | |
| 0007 | Detainee Work Program Reimbursement-- | 48 | DA | 1.00 | 48.00 |
| | All other terms and conditions within the referenced IGSA remain the same. | | | | |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00003 | See Block 16C | N/A | |

| 6. ISSUED BY | CODE | ICE/DM/DC-LAGUNA | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DM/DC-LAGUNA |
|---|---|---|---|---|---|
| ICE/Detent Mngt/Detent Contract-LAG<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>24000 Avila Road, Room 3104<br>Attn: Natasha Nguyen (949)425-7030<br>Laguna Niguel CA 92677 | | | ICE/Detent Mngt/Detent Contract-LAG<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>24000 Avila Road, Room 3104<br>Attn: Natasha Nguyen, (949)425-7030<br>Laguna Niguel CA 92677 | | |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

ADELANTO CITY OF
PO BOX 10
ADELANTO CA 923010010

(x) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

x 10A. MODIFICATION OF CONTRACT/ORDER NO.
EROIGSA-11-0003
HSCEDM-14-F-IG234

10B. DATED (SEE ITEM 13)
08/25/2014

CODE 0835866690000   FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended. [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
SEE SCHEDULE    Net Decrease:    -$5,687,608.10

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

CHECK ONE
A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X  D. OTHER (Specify type of modification and authority)
Bilateral per FAR 4.804-Closeout of Contract Files

E. IMPORTANT:  Contractor [ ] is not  [X] is required to sign this document and return ___1___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
DUNS Number: 083586669

COR POC: Daniel Pomplun, (213) 503-5564 or e-mail at Daniel.A.Pomplun@ice.dhs.gov
Finance POC: Tina Komatz, (213) 830-7984 or e-mail at Tina.M.Komatz@ice.dhs.gov

This modification is issued to de-obligate excess/unused funds from CLIN 0001B - Bed Day at GM, CLIN 0002B - Bed Day at Incremental, CLIN 0005A DO Transportation O/T and CLIN 0008 Detainee Work Program in the amount of $5,687,608.10. The obligated amount of the delivery order is decrease by $5,687,608.10 from $43,361,898.91 to $37,674,290.81.

Exempt Action: Y
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Cynthia M. Herrera, Interim City Manager | Roberta J. Halls |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | 10/14/15 | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

GOWER-GEO 0001890

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | NAME OF OFFEROR OR CONTRACTOR: ADELANTO, CITY OF | | | | |
| | LIST OF CHANGES:<br>Reason for Modification : Close Out<br>Total Amount for this Modification: -$5,687,608.10<br>New Total Amount for this Award: $37,674,290.81<br>Obligated Amount for this Modification:<br>-$5,687,608.10<br>New Total Obligated Amount for this Award:<br>$37,674,290.81<br><br>CHANGES FOR LINE ITEM 0001B - Bed Day at GM<br>Total Amount changed from $37,411,929.92 to<br>$34,514,629.52<br>Obligated Amount for this modification:<br>-$2,897,300.40<br>Amount changed from $37,411,929.92 to<br>$34,514,629.52<br>ACCOUNTING CODE:<br>ERODETN-L01 BA 31-12-00-000 18-63-0200-00-00-00-00<br>GE-25-72-00- Amount: $2,897,300.40<br><br>CHANGES FOR LINE ITEM 2B - Bed Day at Incremental<br>Total Amount changed from $5,173,619.04 to<br>$2,421,700.32<br>Obligated Amount for this modification:<br>-$2,751,918.72<br>Amount changed from $5,173,619.04 to $2,421,700.32<br>ACCOUNTING<br>ERODETN-L01 BA 31-12-00-000 18-63-0200-00-00-00-00<br>GE-25-72-00 $ $2,751,918.72<br><br>CHANGES FOR LINE ITEM 0005A - DO Transportation<br>O/T<br>Total Amount changed from $130,660.95 to<br>$93,513.97<br>Obligated Amount for this modification:<br>-$37,146.98<br>Amount changed from $130,660.95 to $93,513.97<br>ACCOUNTING CODE:<br>RMD10LT-000 BA 32-23-00-000 18-63-0200-20-00-00-00<br>GE-21-31-00- Amount: $37,146.98<br><br>CHANGES FOR LINE ITEM 0008 - Detainee Work program<br>Total Amount changed from $50,500.00 to $49,258.00<br>Obligated Amount for this modification: -$1,242.00<br>Amount changed from $50,500.00 to $49,258.00<br>ACCOUNTING CODE:<br>ERODETN-L01 BA 31-12-00-000 18-63-0200-00-00-00-00<br>GE-11-04-00- Amount: $1,242.00<br>FOB: Destination<br>Period of Performance: 09/01/2014 to 08/31/2015<br>Continued ... | | | | |

NSN 7540-01-152-8087
OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

GOWER-GEO 0001891

| NAME OF OFFEROR OR CONTRACTOR |
|---|
| ADELANTO CITY OF |

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Change Item 0001B to read as follows(amount shown is the obligated amount): | | | | |
| 0001B | Bed Day Rate at (975 Beds) 75% Minimum Guarantee for 1,300 beds at the Adelanto Processing Center-East and West in accordance with Intergovernmental Service Agreement (IGSA) EROIGSA-11-0003. | | | | -2,897,300.40 |
| | Change Item 0002B to read as follows(amount shown is the obligated amount): | | | | |
| 0002B | Bed Day Rate (325 Beds) at 25% Incremental for 1,300 beds at the Adelanto Processing Center-East and West in accordance with Intergovernmental Service Agreement (IGSA) EROIGSA-11-0003. | | | | -2,751,918.72 |
| | Change Item 0005A to read as follows(amount shown is the obligated amount): | | | | |
| 0005A | Detention Officer Transportation (DOT) Overtime Note: All DOT Overtime hours of service may be authorized and approved by the COR. | | | | -37,146.98 |
| | Change Item 0008 to read as follows(amount shown is the obligated amount): | | | | |
| 0008 | Detainee Work Program Reimbursement-- This is an estimated DA = Days. . All other terms and conditions within the referenced IGSA remain the same. | | | | -1,242.00 |

GOWER-GEO 0001892