# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. 5:17-cv-02514-JGB-SHKx<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO THIRD AMENDED COMPLAINT** |
| THE GEO GROUP, INC.,<br><br>Counter-Claimant,<br><br>vs.<br><br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Counter-Defendant. | TAC filed: September 16, 2019<br>Current response date: September 30, 2019<br>New response date: October 14, 2019 |

This Court, having considered the Parties' Stipulation to Extend Time to Respond to Third Amended Complaint, and good cause appearing therefore, hereby approves the Stipulation and ORDERS as follows:

Defendant may file its response to Plaintiffs' Third Amended Complaint, through and including October 14, 2019.

**IT IS SO ORDERED.**

Dated:  this __27th__ day of __September__, 2019.

_____
Hon. Jesus G. Bernal
United States District Judge