UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **EDCV 17-02514-JGB (SHKx)**                                    Date: September 27, 2019

Title   ***Raul Novoa v. The GEO Group, Inc.***

Present: The Honorable:   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Court Smart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Theodore W. Maya | Damien DeLaney |

**Proceedings:   DISCOVERY DISPUTE RE: MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION [ECF No. 179]**

The Court held a continued conference as previously scheduled regarding the remaining RFP issues.  Attorney Theodore W. Maya appeared on behalf of Plaintiffs.  Attorney Damien DeLaney appeared on behalf of Defendants.  Following discussion between the Court and counsel, the parties agreed to the following RFPS:
- RFP nos. 1-3:  Withdrawn based on supplemental responses
- RFP no. 4:     Tentatively withdrawn
- RFP no. 6:     Tentatively withdrawn
- RFP no. 7:     Tentatively withdrawn
- RFP no. 8:     Withdrawn
- RFP no. 10:    The court takes the matter under submission for further ruling
- RFP no. 13:    Tentatively agreed to by Defendants
- RFP no. 14:    Tentatively agreed to by Defendants
- RFP no. 15:    The court takes the matter under submission for further ruling
- RFP no. 16:    Withdrawn
- RFP no. 17:    Withdrawn
- RFP no. 18:    Tentatively withdrawn
- RFP no. 19:    The court takes the matter under submission for further ruling
- RFP no. 20:    Withdrawn

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **EDCV 17-02514-JGB (SHKx)**                                                    Date: September 27, 2019

Title     ***Raul Novoa v. The GEO Group, Inc.***

      With respect to the RFPs for which Plaintiff tentatively withdrew motions to compel or objections tentatively withdrawn by Defendant, counsel are to notify the Court no later than **October 7, 2019** regarding their final positions regarding the tentatively withdrawn RFPs and objections.  The Court will then proceed accordingly with its further ruling.

                                                                        :48
**Initials of Preparer**     DC