Robert Ahdoot (CA Bar # 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Theodore W Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone: (310) 474-9111
Fax: (310) 474-8585

Counsel for Plaintiffs
*Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> **THE GEO GROUP, INC.**, <br><br> *Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx <br><br> **PLAINTIFFS' STATEMENT RE MOTION TO COMPEL DISCOVERY RESPONSES (ECF 179, 196)** <br><br> The Honorable Shashi H. Kewalramani |

The parties thank the Court for its attention to Plaintiffs' motion to compel in this action (Dkt. 179, the "Motion"). As discussed at the last hearing on September 27, 2019, and as ordered by the Court that same date (Dkt. 196, the "September 27 Order"), Plaintiffs submit this statement to inform the Court that, based on Defendant's second amended written responses to Plaintiffs' first set of requests for production, Plaintiffs can confirm withdrawal of the Motion with respect to all RFPs that the Court marked as "Tentatively withdrawn" in its September 27 Order.

For clarity, this removes the following RFPs from the scope of the Motion and the Court's order thereon: 4, 6, 7, 13, 14, and 18.

Counsel are available to discuss further or to provide additional material as the Court may require.

Dated: October 7, 2019

_____

Robert Ahdoot (CA Bar # 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Theodore W Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone: (310) 474-9111
Fax: (310) 474-8585

Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
LA Bar # 30002
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
LA Bar # 37926
C. Jacob Gower (admitted *pro hac vice)*
jgower@burnscharest.com
LA Bar # 34564
**BURNS CHAREST LLP**

|   |   |
|---|---|
| 1 | 365 Canal Street, Suite 1170 |
| 2 | New Orleans, LA 70130 |
|   | Telephone: (504) 799-2845 |
| 3 | Facsimile: (504) 881-1765 |

R. Andrew Free (admitted *pro hac vice*)
andrew@immigrantcivilrights.com
TN Bar # 030513
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959

Nicole Ramos (admitted *pro hac vice*)
nicole@alotrolado.org
NY Bar # 4660445
**AL OTRO LADO**
511 E. San Ysidro Blvd., # 333
San Ysidro, CA 92173
Telephone: (619) 786-4866

Will Thompson (CA Bar # 289012)
wthompson@burnscharest.com
Warren Burns (admitted *pro hac vice*)
wburns@burnscharest.com
TX Bar # 24053119
Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

***Attorneys for Plaintiffs.***