Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

Counsel for Plaintiffs
***Additional Counsel on Signature Page***

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**PLAINTIFFS' ANSWER AND AFFIRMATIVE DEFENSES TO GEO'S CONDITIONAL COUNTERCLAIM TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |

Plaintiffs Raul Novoa, Jaime Campos Fuentes, Abdiaziz Karim, and Ramon Mancia ("Plaintiffs") answer the Conditional Counterclaim to Plaintiffs' Third Amended Complaint filed by Defendant The GEO Group, Inc. ("GEO"), ECF 200, and state their affirmative defenses as follows:

## JURISDICTION AND VENUE

1.      Plaintiffs deny that this Court has subject matter jurisdiction over GEO's conditional counterclaim pursuant to 28 U.S.C. § 1332. Plaintiffs lack knowledge sufficient to form a belief regarding the residence of GEO. Plaintiffs admit that they are residents of the State of California and/or Mogadishu, Somalia. Plaintiffs deny that the amount in controversy of the counterclaim exceeds $75,000.

2.      Denied.

3.      Plaintiffs admit that venue is proper in this Court.

## PARTIES

4.      Plaintiffs lack knowledge sufficient to form a belief regarding the allegations in this paragraph and they are therefore denied.

5.      Mr. Novoa admits that he is a citizen of Mexico and a resident of California, and that he was detained at the Adelanto Facility at various times from 2012 to 2015. Except as expressly admitted, the allegations in this paragraph are denied.

6.      Mr. Campos Fuentes admits that he is a citizen of El Salvador and a resident of California, and that he was detained at the Adelanto Facility at various times from 2016 to 2018. Except as expressly admitted, the allegations in this paragraph are denied.

7.      Mr. Karim admits that he is a citizen of Somalia, and that he was detained at the Adelanto Facility at various times from 2017 to 2019. Except as expressly admitted, the allegations in this paragraph are denied.

8.      Mr. Mancia admits that he is a citizen of El Salvador and a resident of California, and that he was detained at the Adelanto Facility at various times beginning in April 2019. Except as expressly admitted, the allegations in this paragraph are denied.

9.      Denied.

10.      Denied.

2

PLAINTIFFS' ANSWER AND AFFIRMATIVE DEFENSES TO
GEO'S CONDITIONAL COUNTERCLAIM TO PLAINTIFFS'
THIRD AMENDED COMPLAINT

5:17-CV-02514-JGB

# FIRST CAUSE OF ACTION

## Declaratory Relief – 28 U.S.C. § 2201(a)

11.     Plaintiffs incorporate by reference their responses to the allegations in Paragraph 1 through 10 as if set forth fully herein.

12.     Plaintiffs admit that GEO administered a Voluntary Work Program at the Adelanto Facility. Plaintiffs lack knowledge sufficient to form a belief regarding the remaining allegations in this paragraph and they are therefore denied.

13.     Plaintiffs lack knowledge sufficient to form a belief regarding the allegations in this paragraph and they are therefore denied.

14.     Plaintiffs lack knowledge sufficient to form a belief regarding the allegations in this paragraph and they are therefore denied.

15.     Plaintiffs admit that they and the putative class members participated in the Voluntary Work Program at the Adelanto Facility.  The remainder of the paragraph is denied.

16.     Plaintiffs admit that they filed this lawsuit and that it presents an actual controversy. The remainder of the paragraph is denied.

17.     Plaintiffs lack knowledge sufficient to form a belief regarding the allegations in this paragraph and they are therefore denied.

18.     Plaintiffs admit that Plaintiffs and the putative class members are or were federal immigration detainees housed at the Adelanto Facility pursuant to the City of Adelanto's agreement with ICE. The remainder of the paragraph is denied.

19.     This paragraph calls for a legal conclusion to which no response is required. To the extent any response is required, Plaintiffs deny.

## PRAYER FOR RELIEF

To the extent GEO's prayer for relief contains any facts, Plaintiffs deny.

PLAINTIFFS' ANSWER AND AFFIRMATIVE DEFENSES TO
GEO'S CONDITIONAL COUNTERCLAIM TO PLAINTIFFS'
THIRD AMENDED COMPLAINT

5:17-CV-02514-JGB

**AFFIRMATIVE DEFENSES**

1.      GEO's counterclaim fails to state a claim upon which relief can be granted.

2.      The relief GEO seeks is barred by the doctrine of estoppel.

3.      The relief GEO seeks is barred by the doctrine of illegality.

4.      The relief GEO seeks is barred by laches.

5.      The relief GEO seeks is barred by GEO's unclean hands.

6.      The relief GEO seeks is barred by the doctrine of waiver.

7.      GEO has failed to joined an indispensable party.

8.      The relief GEO seeks is barred by the statute of limitations.

9.      GEO's claim against putative class members is unripe and nonjusticiable unless and until a class is certified.

10.      The relief GEO seeks is contrary to public policy.

11.      The relief GEO seeks should be limited by GEO's failure to mitigate its damages.

Plaintiffs reserve the right to revise, supplement, or amend this Answer and Affirmative Defenses in accordance with the Federal Rules of Civil Procedure.


Dated: October 28, 2019        */s/ Lydia Wright*

                               Korey A. Nelson (admitted *pro hac vice*)
                               knelson@burnscharest.com
                               LA Bar # 30002
                               Lydia A. Wright (admitted *pro hac vice*)
                               lwright@burnscharest.com
                               LA Bar # 37926
                               C. Jacob Gower (admitted *pro hac vice*)
                               jgower@burnscharest.com
                               LA Bar # 34564
                               **BURNS CHAREST LLP**
                               365 Canal Street, Suite 1170
                               New Orleans, LA 70130
                               Telephone: (504) 799-2845

PLAINTIFFS' ANSWER AND AFFIRMATIVE DEFENSES TO             5:17-CV-02514-JGB
GEO'S CONDITIONAL COUNTERCLAIM TO PLAINTIFFS'
THIRD AMENDED COMPLAINT

Facsimile: (504) 881-1765

R. Andrew Free (admitted *pro hac vice*)
andrew@immigrantcivilrights.com
TN Bar # 030513
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959

Robert Ahdoot (CA Bar # 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Theodore W. Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone:  (310) 474-9111
Fax:  (310) 474-8585

Nicole Ramos (admitted *pro hac vice*)
nicole@alotrolado.org
NY Bar # 4660445
**AL OTRO LADO**
511 E. San Ysidro Blvd., # 333
San Ysidro, CA 92173
Telephone: (619) 786-4866

Will Thompson (CA Bar # 289012)
wthompson@burnscharest.com
Warren Burns (admitted *pro hac vice*)
wburns@burnscharest.com
TX Bar # 24053119
Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
**BURNS CHAREST LLP**
900 Jackson St., Suite 500

5

Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

***Attorneys for Plaintiffs.***

PLAINTIFFS' ANSWER AND AFFIRMATIVE DEFENSES TO
GEO'S CONDITIONAL COUNTERCLAIM TO PLAINTIFFS'
THIRD AMENDED COMPLAINT

5:17-CV-02514-JGB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I, Lydia A. Wright, electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).


Dated: October 28, 2019

/s/ Lydia Wright
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
LA Bar # 37926
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

PLAINTIFFS' ANSWER AND AFFIRMATIVE DEFENSES TO
GEO'S CONDITIONAL COUNTERCLAIM TO PLAINTIFFS'
THIRD AMENDED COMPLAINT

5:17-CV-02514-JGB