**AKERMAN LLP**
DAMIEN P. DELANEY (SBN 246476)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Email: damien.delaney@akerman.com

COLIN L. BARNACLE (admitted *pro hac vice*)
ASHLEY E. CALHOUN (SBN 270530)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email: colin.barnacle@akerman.com
       ashley.calhoun@akerman.com

Attorneys for Defendant
THE GEO GROUP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant.<br>───────────<br>THE GEO GROUP, INC.,<br><br>Counter-Claimant,<br><br>vs.<br><br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Counter-Defendant. | Case No. 5:17-cv-02514-JGB-SHK<br><br>**VOLUME I EXHIBITS TO THE DECLARATION OF DAMIEN P. DELANEY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: November 18, 2019<br>Hearing Time: 9:00 a.m.<br>Location: Courtroom 1<br>Judge: The Honorable Jesus G. Bernal<br><br>TAC Filed: September 16, 2019<br>Current Response Date: October 28, 2019<br>New Response Date: November 4, 2019 |

1

Case No. 5:17-cv-02514-JGB-SHK

VOLUME I EXHIBITS TO THE DECLARATION OF DAMIEN P. DELANEY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

50605004;1

# EXHIBITS TO THE DECLARATION OF DAMIEN DELANEY

1. Attached as <u>Exhibit A</u> is a true and correct copy of the transcript of the Deposition of Jaime Campos Fuentes taken on October 20, 2019 at 8:51 a.m.

2. Attached as <u>Exhibit B</u> is a true and correct copy of the transcript of the Deposition of Raul Novoa taken on October 20, 2019 at 1:20 p.m.

3. Attached as <u>Exhibit C</u> is a true and correct copy of the transcript of the Deposition of Ramon Mancia taken on October 21, 2019 at 1:02 p.m.

4. Attached as <u>Exhibit D</u> is a true and correct copy of the transcript of the Deposition of Abdiaziz Karim taken on October 23, 2019 at 7:24 a.m.

5. Attached as <u>Exhibit E</u> is a true and correct copy of the Performance Based National Detention Standards that were created and maintained by the United States Immigration and Customs Enforcement ("<u>ICE</u>") at https://www.ice.gov/detention-standards/2011.

6. Attached as <u>Exhibit F</u> is a true and correct copy of the ICE National Detainee Handbook: Custody Management, April 2016, created and maintained by ICE at https://www.ice.gov/sites/default/files/documents/Document/2017/detainee-handbook.PDF.

7. Attached as <u>Exhibit G</u> is a true and correct copy of excerpts of the transcript of the deposition of Amber Martin. Ms. Martin's deposition was taken as part of *Menocal v. The GEO Group*, a case pending in the U.S. District of Colorado, Case Number 14-cv-02887.

8. Attached as <u>Exhibit H</u> is a true and correct copy of excerpts of the transcript of the deposition of James Hill. Mr. Hill's deposition was taken as part of *State of Washington v. The GEO Group*, a case pending in the U.S. District Court for the Western District of Washington, Case Number 17-cv-05806.

VOLUME I EXHIBITS TO THE DECLARATION OF DAMIEN P. DELANEY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1   9. Attached as <u>Exhibit I</u> is a true and correct copy of Mr. Novoa's
2   commissary records.

4   Dated: October 28, 2019            **AKERMAN LLP**

6                                      By: */s/ Damien P. DeLaney*
                                       Damien P. DeLaney
7                                      Colin L. Barnacle (admitted *pro hac vice*)
                                       Ashley E. Calhoun

8                                      Attorneys for Defendant
                                       THE GEO GROUP, INC.

# PROOF OF SERVICE

STATE OF CALIFORNIA      )

COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action. My business address is 601 West Fifth Street, Suite 300, Los Angeles, California 90071.

On **October 28, 2019**, I served the following document(s) described as:

VOLUME I EXHIBITS TO THE DECLARATION OF DAMIEN P. DELANEY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

on the persons as indicated below:

☒ **(CM/ECF ELECTRONIC FILING)** I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed below by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

Charles J. Gower (admitted pro hac vice)
jgower@burnscharest.com
Korey A. Nelson (admitted pro hac vice)
knelson@burnscharest.com
Lydia A. Wright (admitted pro hac vice)
lwright@burnscharest.com
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

Robert Ahdoot (CA Bar # 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Theodore W Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com
Ruhandy Glezakos (CA Bar # 307473)
rglezakos@ahdootwolfson.com
AHDOOT & WOLFSON, PC
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

50605004;1

1

PROOF OF SERVICE

CASE NO. 5:17-CV-02514-JGB-SHK

Will Thompson (CA Bar # 289012)
wthompson@burnscharest.com
Warren Burns (admitted pro hac vice)
wburns@burnscharest.com
TX Bar # 24053119
Daniel H. Charest (admitted pro hac vice)
dcharest@burnscharest.com
TX Bar # 24057803
BURNS CHAREST LLP
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

☒   (MAIL) I placed the envelope to R. Andrew Free for collection and mailing. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

R. Andrew Free (admitted pro hac vice)
andrew@immigrantcivilrights.com
TN Bar # 030513
LAW OFFICE OF R. ANDREW FREE
P.O. Box 90568
Nashville, Tennessee 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

☐   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 28, 2019, at Los Angeles, California.

_____                    _____
Maxine Maritz                                                                    (Signature)

2

CASE NO. 5:17-CV-02514-JGB-SHK

**PROOF OF SERVICE**