**EXHIBIT C**

Page 1

1              UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

3

4    RAUL NOVOA, JAIME CAMPOS        )
     FUENTES, ABDIAZIZ KARIM,        )
5    and RAMON MANCIA,               )
     individually and on behalf      )
6    of all others similarly         )
     situated,                       )
7                                    )
            Plaintiffs,              ) CASE NO.
8                                    ) 5:17-cv-02514-JGB-SHK
                                     )
9    vs.                             )
                                     )
10                                   )
     THE GEO GROUP,                  )
11                                   )
            Defendant.               )
12   _____ )
                                     )
13   And all related counterclaims
     _____ )

14

15

16             DEPOSITION OF RAMON MANCIA

17             MONDAY, OCTOBER 21, 2019

18                  1:02 P.M.

19

20

21

22

23

24   REPORTED BY:  KATHERINE FERGUSON, CSR NO. 12332

25             JOB NO. 170398

Page 2

1

2

3

4

5                    October 21, 2019

6                       1:02 p.m.

7

8

9        Deposition of RAMON MANCIA, held at Akerman LLP,

10   601 West Fifth Street, Suite 300, Los Angeles,

11   California, before Katherine Ferguson, Certified

12   Shorthand Reporter.

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

 1    APPEARANCES:

 2
      FOR PLAINTIFFS:

 3
           LAW OFFICE OF R. ANDREW FREE

 4         BY:  R. ANDREW FREE, ESQ.

 5              P.O. Box 90568

 6              Nashville, Tennessee 37209

 7
 8         And

 9
           BURNS CHAREST

10         BY:  LYDIA WRIGHT, ESQ.

11              365 Canal Street

12
13              New Orleans, Louisiana 70130

14
15
      FOR DEFENDANT:

16         AKERMAN

17         BY:  COLIN BARNACLE, ESQ.

18         BY:  ADRIENNE SCHEFFEY, ESQ.

19              1900 Sixteenth Street

20
21              Denver, Colorado 80202

22
23
24
25

1    LOS ANGELES, CALIFORNIA; MONDAY, OCTOBER 21, 2019

2                         1:02 P.M.

3

4                    RAMON MANCIA,

5    called as a witness by and on behalf of the

6    Defendants, and having been first duly sworn by the

7    Certified Shorthand Reporter, was examined and

8    testified as follows:

9

10                      EXAMINATION

11   BY MR. BARNACLE:

12       Q   Good morning, Mr. Mancia.  My name is

13   Collin Barnacle and I'm an outside attorney

14   representing the Geo Group.  We're here today for

15   your deposition so we can ask you some questions

16   about lawsuit you filed against Geo; do you

17   understand that?

18       A   Yes, sir.

19       Q   You were just sworn in under oath which

20   effectively means you have to tell the truth under

21   penalty of perjury; do you understand that?

22       A   Yes, sir.

23       Q   Okay.  We have a court reporter who will be

24   taking down everything that we say, all my questions

25   and all of your answers, literally word for word.  So

1    it's just really important that we don't talk over

2    each other and that I ask my questions clearly, you

3    answer clearly, that you wait until I'm finished

4    asking my question before you answer.  It's always

5    hard, and we ran into that a little bit yesterday,

6    where you kind of had a sense of what I'm asking and

7    you start to answer before I'm finished.  Try to

8    resist that and wait until I'm finished and I'll wait

9    until you're finished.  A lot of times your attorney

10   may lodge an objection, so I'm going to ask my

11   question, he may lodge an objection, let him do that

12   before you answer questions.

13        A    Not a problem.

14        Q    Because of the court reporter, we also need

15   to have verbal responses, so yeses, nos, clear

16   answers as opposed to nodding your head and saying

17   "uh-huh" and "uh-uh" and things like that, because

18   it's really hard for her to kind of grasp what you're

19   saying.  So if you could have clear, verbal answers,

20   that would be helpful.

21            Obviously I'm going to ask you a lot of

22   questions.  If you don't understand my question, let

23   me know.  Tell me you don't understand it, it's not

24   clear.  Or if you have a question about my question,

25   just ask me.  If you don't ask me a question or you

1    don't indicate that you don't understand what I'm

2    saying, I'm going to assume you did and keep asking

3    the question.  It's incumbent upon you, if you don't

4    understand a question, to let me know.

5            We can take breaks.  This isn't intended to

6    go hour upon hour.  If you need a break, if you need

7    more water, if you need to use the restroom, just let

8    me know and I'm happy to accommodate that.  The only

9    sort of rule with regard to breaks is if I have a

10   question pending, so if I've asked you a question,

11   you can't take a break in the middle of a question.

12   So just wait until you finish answering that

13   particular question and we can take a break.

14           So far, do you understand these directions?

15       A   Yes, sir, I do.

16       Q   Okay.  Are you taking any medications

17   currently that would render you unable to remember

18   things or to answer truthfully today?

19       A   No, I'm not.

20       Q   Okay.  Are you under the influence of any

21   drugs or alcohol today?

22       A   No.

23       Q   Is there any reason at all you can think of

24   as to why you can't give your best testimony today?

25       A   No.

1       Q    Okay.  Have you ever had your deposition

2   taken before?

3       A    No.

4       Q    Okay.  Have you ever given testimony as a

5   witness of any sort in any legal proceedings?

6       A    No.

7       Q    What did you do to prepare for today's

8   deposition?

9       A    I spoke with my lawyers.

10      Q    Okay.  When did you speak with your

11   lawyers?

12      A    Saturday.

13      Q    Any other time that you spoke with your

14   lawyers?

15      A    Just right before we came in.

16      Q    Okay.  How long did you spend talking to

17   your lawyers on Saturday?

18      A    About two hours.

19      Q    Did you review any documents when you met

20   with your lawyers?

21      A    No.

22      Q    Okay.  Did you meet with anyone else, other

23   than your lawyers, in preparation for today's

24   deposition?

25      A    No.

Page 8

1        Q    Have you ever met with any of the other

2    named plaintiffs in this case?

3        A    No.

4        Q    Have you ever met Raul Novoa?

5        A    No.

6        Q    Have you ever met Mr. Campos Fuentes?

7        A    No.

8        Q    Were you in Adelanto with either of them?

9        A    Not that I'm aware of.

10        Q    Okay.  And just for the record, can you

11    state what your full legal name is?

12        A    Ramon Alejandro Mancia.

13        Q    Have you ever used any other name?

14        A    No.

15        Q    And what is your current address?

16             (The following testimony deemed

17    confidential pursuant to protective order.)

18

19

20

21

22

23

24

25



1
2
3
4
5
6
7
8
9
10
11
12
13          (End of confidential testimony.)
14
15
16
17
18
19
20
21
22
23
24
25

Page 10

1   BY MR. BARNACLE:

2        Q    How long have you lived there?

3        A    About a year.

4        Q    What is your date of birth?

5   ████████████████████████████████████████

6        Q    Do you currently have an e-mail address

7   that you use?

8        A    Yes, I do.

9        Q    Can you tell me what it is?

10            (The following testimony deemed

11   confidential pursuant to protective order.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25



13          (End of confidential testimony.)

1   BY MR. BARNACLE:

2       Q   Were you a coach?

3       A   I do.  I am a soccer coach.

4       Q   Okay.  Where do you coach?

5       A   I used to coach in Bell Gardens, youth, so

6   I coach kids.

7       Q   Cool.

8           MR. FREE:  We're going to mark his e-mail

9   addresses as confidential pursuant to the parties'

10  protective order which is ECF 151, Sections 5.2 and

11  5.6.  Thanks.  And his address information will also

12  be designated confidential.  You can continue.

13  BY BARNACLE:

14      Q   Do you have a cell phone that you use?

15      A   Yes, I do.

16      Q   What's the cell phone number?

17          (The following testimony deemed

18  confidential pursuant to protective order.)

19

20

21

22

23

24

25

Page 13

1

2          (End of confidential testimony.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 14

1            MR. FREE:  I'm also going to designate the

2     cell phone as confidential.

3     BY MR. BARNACLE:

4        Q   How long have you had that cell phone

5     number?

6        A   Two weeks now.

7        Q   Did you have one before, before that?

8        A   Not that I can recall numbers.  I do not

9     recall -- I did have.

10        Q   So you had a cell phone number before

11     Adelanto?

12        A   Yes, I did.

13        Q   And then since coming back from Adelanto,

14     you have a new cell phone number?

15        A   Correct.

16        Q   Do you utilize any social media accounts

17     like Facebook or anything like that?

18        A   Yes, I do.

19        Q   Can you tell me what social media you use?

20            (The following testimony deemed

21     confidential pursuant to protective order.)

22

23

24

25

Page 15



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25          (End of confidential testimony.)

Page 16

1    BY MR. BARNACLE:

2          Q    No worries.  Are you married?

3          A    Yes, I am.

4               MR. FREE:  Designate his social media as

5    confidential.

6    BY MR. BARNACLE:

7          Q    What is your spouse's full legal name?

8    ████████████████████████████████████████

9          Q    How long have you been married?

10         A    Two weeks now.

11         Q    Congratulations.

12         A    Thank you.

13         Q    Does your spouse live with you?

14         A    Yes, she does.

15         Q    Do you have any children?

16         A    Yes, I do.

17         Q    How many children?

18         A    Five total.

19         Q    Okay.  Do you know -- can you give me their

20    ages?

21         A    Sure.  14, 13, 7 and 10 and a one-year-old.

22         Q    And do they live with you?

23         A    Four of them do.

24         Q    Sitting here right now, do you -- strike

25    that.

Page 17

1          What is your country of citizenship?

2     A    El Salvador.

3     Q    And were you born in El Salvador?

4     A    Yes, sir.

5     Q    Sitting here right now, as far as you know,

6    what is your current United States citizenship

7    status?

8          MR. FREE:  Object to the form, to the

9    extent it calls for a legal conclusion.  But if you

10   know and can explain, you can answer.

11    A    My lawyer knows most of that.

12   BY MR. BARNACLE:

13    Q    Okay.  But you don't know?

14    A    I don't.

15    Q    Okay.  Fair enough.

16         Do you know what your immigration status

17   was while you were detained at Adelanto?

18    A    No.

19         MR. FREE:  Same objection.  You can answer.

20         THE WITNESS:  No.

21   BY MR. BARNACLE:

22    Q    Do you know whether or not you were

23   authorized to work in the United States while you

24   were at Adelanto?

25    A    No, I do not.

Page 18

1    Q    And can you just -- you spent six months at
2    Adelanto.  Can you explain to me how you ended up
3    detained at Adelanto?
4    A    I was arrested by LAPD, I was turned over
5    from MCJ to ICE.
6    Q    Okay.  Why were you arrested by LAPD?
7    A    There was an outstanding warrant out for
8    me.
9    Q    Do you know what that warrant was for?
10   A    Restraining order violation that I had
11   against my ex-wife, wife now.
12   Q    So LAPD arrested you for the outstanding
13   warrant; that's correct?
14   A    Uh-huh.
15   Q    And tell me at what point were you detained
16   by ICE?
17   A    When I was being released by police here in
18   downtown.
19   Q    Okay.  Can you explain to me what happened?
20        MR. FREE:  Objection, form.  You can
21   answer.
22   A    I was in the holding tank ready to go get
23   my property and somebody came, knocked on the door,
24   asked for my name and they said it was an ICE hold
25   for my name and I was put in a different tank and

Page 19

1    waited for ICE to pick me up.

2         Q    So ICE picked you up; where did they take

3    you?

4         A    In an office here in downtown.

5         Q    And how long did you stay here downtown?

6         A    For about 10 hours.

7         Q    So where did they take you after that 10

8    hours?

9         A    Adelanto.

10        Q    Okay.  Did they explain to you why they

11   were taking you to Adelanto?

12        A    No.

13        Q    And at any point in time when ICE picked

14   you up and took you to the facility here in downtown

15   Los Angeles, did -- as far as you know, did Geo have

16   anything to do with putting you in the facility here

17   in downtown?

18        A    No.

19        Q    Okay.  Did Geo have anything to do with you

20   being taken from the facility downtown to Adelanto?

21        A    Not that I'm aware of.

22        Q    Okay.  Are you -- obviously you spent six

23   months at Adelanto.

24             Are you aware of any other of the detainees

25   you were with, whether they were authorized to work

Page 20

1    in the United States?

2         A    No, I do not.

3         Q    Did you ever have any conversations with

4    them about that?

5         A    No.

6         Q    So do you currently -- are you currently

7    employed?

8         A    No, I'm not.

9         Q    Okay.  And before you were arrested by the

10   LAPD, were you employed?

11        A    No.

12        Q    Okay.  What's the last job that you held?

13        A    2017.

14        Q    Okay.  And what did you do?

15        A    Construction.

16        Q    Okay.

17        A    I was employed by RQ Construction.

18        Q    RQ?

19        A    R3 -- RQ Construction.

20        Q    What kind of work did you do for them?

21        A    I was a kitchen installer and a countertop

22   installer.

23             BARNACLE:  Do you remember what number

24   we're on?

25             MR. FREE:  55 -- 56 now.

1          BARNACLE:  Please mark this as Exhibit 56.

2          (Exhibit 56 was marked for identification.)

3    BY BARNACLE:

4      Q    Mr. Mancia, this is a copy of the

5    declaration that you have submitted in this case.

6          Do you recognize this?

7      A    Yes, I do.

8      Q    Is this an accurate copy of what you

9    provided to your attorneys?  And feel free to go

10   through it and verify.

11     A    Yes, it is.

12     Q    Okay.  And can you tell me what you did to

13   prepare this?

14          MR. FREE:  Object to the form.  Calls for

15   attorney/client communications.  But you can tell him

16   anything your attorneys or our staff -- don't say

17   anything we said, but you can tell him what you did;

18   does that make sense?

19          THE WITNESS:  Uh-huh.

20          I met Lydia in Adelanto and she pretty much

21   asked me a few questions about my stay at Adelanto,

22   the work in Adelanto and she brought it back to me,

23   if I could read it and if everything was correct, for

24   me to sign it.

25   BY MR. BARNACLE:

Page 22

```
 1        Q    Okay.  Did you talk to anyone other than
 2   your attorneys about your declaration?
 3        A    No.
 4        Q    If you don't mind, please turn to paragraph
 5   6.  Paragraph 6 states, "I learned about the work
 6   program upon my entry to the Adelanto facility and
 7   requested to take part in the program"; did I read
 8   that correctly?
 9        A    Correct.
10        Q    Can you tell me what you did to request to
11   take part in the program?
12        A    I filled out a job -- what they called a
13   job application in Adelanto to work.
14        Q    Okay.  Do you remember, sitting here right
15   now, what your first day at Adelanto was?
16        A    April 2nd -- as I recall right now, April
17   2nd.
18        Q    April 2nd of '19?
19        A    Yes.
20        Q    Do you remember how quickly, upon your
21   arrival at Adelanto, you filled out that application?
22        A    Yes.  Same day.
23        Q    Same day.  Okay.  Easy enough.
24             BARNACLE:  This will be 57.
25             (Exhibit 57 was marked for identification.)
```

Page 23

1    BY MR. BARNACLE:

2        Q    I've put in the front of you Exhibit 57

3    which is a compilation of all the documents that were

4    in your detainee file.  Can you please turn to --

5    you'll see these numbers at the very bottom, Geo

6    Novoa and these numbers, if you could turn to number

7    30112.

8             Do you recognize this document?

9        A    Yes, sir.

10       Q    What is this?

11       A    Job application.  This is the second job

12   application I turned into Geo.

13       Q    You filled out a previous job application?

14       A    Yes, sir, I did.

15       Q    What job were you applying for the first

16   time?

17       A    Same thing.

18       Q    So you applied for food service?

19       A    Uh-huh.

20       Q    And for laundry?

21       A    Also intake and medical detail.

22       Q    Okay.  And what happened with -- in

23   response to the first application?

24            MR. FREE:  Objection, form.  You can

25   answer, if you know.

Page 24

1     A    I have no idea.  That's why I did a second

2   one.

3   BY MR. BARNACLE:

4     Q    You submitted an initial job application

5   when you arrived and they didn't provide you a job?

6     A    I didn't get no answer.

7     Q    So you submitted a second one, it looks

8   like it's on -- trying to see when it is -- 4/15 of

9   '19; does that sound right?

10    A    Correct.

11    Q    Tell me what happened after you submitted

12  this job application.

13         MR. FREE:  Object to form.  Answer if you

14  know.

15    A    Nothing happened.  I started working as --

16  in the voluntary program.  In Adelanto they have

17  something voluntary which leads you pretty much to

18  get hired on before you start getting paid.  Because

19  it says there's only 40 paid positions, so you start

20  doing the voluntary work in order for you to climb

21  that ladder up for you to get employed and start

22  getting paid.

23  BY MR. BARNACLE:

24    Q    So you filled out this application.

25         How quickly did you begin performing work?

Page 25

```
 1      A    I was already -- before the 15th I was

 2  already working as voluntary, what they call it, in

 3  Adelanto.

 4      Q    And maybe I misunderstood you.  I thought

 5  you said you submitted an application when you got

 6  there?

 7      A    Prior to this one.

 8      Q    And nobody responded to you?

 9      A    Nobody responded.  But the voluntary work

10  is not based on the application.

11      Q    Okay.  So when you say you were performing

12  voluntary work, tell me what you were doing that was

13  voluntary.

14           MR. FREE:  Object to form.

15      A    I was filling up water jugs, picking up

16  trash, cleaning the break yard, sweeping medical,

17  cleaning medical, picking up trash for medical,

18  painting the kitchen hall.  That's all I can remember

19  at this moment that I did in Adelanto.

20  BY MR. BARNACLE:

21      Q    And you were doing all those things before

22  you submitted the second application?

23      A    Correct.

24      Q    So I guess I'm not understanding why you

25  submitted a second application.
```

Page 26

```
 1              If you already started to perform some of
 2   those job duties you just listed, why did you fill
 3   out a second form?
 4        A    Because I wasn't getting paid.
 5        Q    Were the jobs that you were doing, were
 6   they in food service, kitchen and laundry as you
 7   applied for?
 8        A    No.
 9        Q    Were they in intake and medical detail as
10   you applied for?
11        A    No.  I once went to intake to clean intake.
12        Q    Okay.  So when you filled out this
13   application, did you understand that the voluntary
14   work program paid you a dollar a day for the work you
15   were going to perform?
16              MR. FREE:  Object to form.  Can you answer.
17        A    Repeat that question.
18   BY MR. BARNACLE:
19        Q    When you filled out this application, did
20   you read through the work detail orientation section
21   that told you that the work you would do, you would
22   be paid one dollar a day?
23        A    I was aware of that, yes.
24        Q    When you entered Adelanto, did you also
25   receive a handbook from Geo?
```

Page 27

```
 1        A    Yes, I did.

 2             MR. FREE:  Just remind you -- not

 3   objecting, but let him finish his question.

 4             BARNACLE:  That was my fault.

 5   BY MR. BARNACLE:

 6        Q    Did you read through the handbook when you

 7   received it?

 8        A    I did.

 9        Q    Did you read anything in the handbook about

10   the voluntary work program?

11        A    I don't recall at this moment.

12        Q    So do you remember reading anything about

13   it being paid at one dollar a day?

14        A    Not at this moment about getting paid.

15        Q    Okay.  If you don't mind, we're going to

16   get back to your declaration.  I'm going to have you

17   take a look at paragraph 7.

18        A    Uh-huh.

19        Q    It's talking about the work you did as a

20   kitchen worker; do you see that?

21        A    Yes, sir.

22        Q    So can you tell me when you actually began

23   performing work in the kitchen?

24        A    July 25th.

25        Q    And if you look at paragraph 8, it's
```

Page 28

1    talking about the additional work you did as a

2    porter; do you see that?

3          A    Uh-huh.

4          Q    Can you tell me what a porter is?

5          A    What I described what I used to do, picking

6    up trash, filling up the water jug, painting the

7    halls, sweeping, mopping, cleaning restrooms.

8          Q    Okay.  And when did you begin working as a

9    porter?

10         A    Don't recall the exact date, but it was the

11   first week I was in Adelanto.

12         Q    So if I understand you correctly, you

13   worked as a porter almost immediately --

14         A    Correct.

15         Q    -- upon entering Adelanto, and then a

16   couple months later you started doing work in the

17   kitchen; is that correct?

18         A    Yes, sir.

19         Q    Okay.  So during this time, were you --

20   were you working as both a porter and in the kitchen

21   on any given day?

22         A    After July 25th?

23         Q    Yes.

24         A    Yes.

25         Q    So after July 25th, you had two different

Page 29

1    positions.

2         And were you performing both positions

3    every day?

4         A    Not every day.

5         Q    Okay.  How often -- in a week's time, how

6    many days during the week would you be both working

7    in the kitchen and working as a porter?

8         A    Between four to five days a week.

9         Q    Okay.  So four to five days you would be

10   doing both jobs?

11        A    Uh-huh.

12        Q    Those other two days, what would you be

13   doing?

14        A    Back in my dorm.

15        Q    So you wouldn't work -- two or three days a

16   week you wouldn't do any work?

17        A    I would go to the kitchen.  I would work in

18   the kitchen.

19        Q    So you worked in the kitchen all seven

20   days?

21        A    Correct.

22        Q    And four to five of those days you would

23   work as both a porter and in the kitchen?

24        A    Correct.

25        Q    Understood.  And when you worked in the

Page 30

```
1    kitchen, tell me the process that Geo utilized to

2    account for the fact that you worked that day.

3           MR. FREE:  Object to form.  You can answer.

4        A   I have no idea.

5    BY MR. BARNACLE:

6        Q   Okay.  Do you recall, was there a

7    supervisor in the kitchen with you?

8        A   There was an officer from Geo, yes.

9        Q   Okay.  Do you recall the officer, who would

10   be in the kitchen with you working, writing down

11   whether or not you were working that day?

12       A   There was a few of them.  They would

13   switch.  It wasn't the same one every day.

14       Q   Okay.  Are you aware that whoever was the

15   supervisor on any given day, were they writing down

16   who was working in the kitchen?

17       A   Yes.

18       Q   Okay.  Did you ever see the sheet they were

19   filling out and putting your name on?

20       A   I got to see a sheet with our names already

21   there.  Our names were already there.  When we used

22   to get picked up from the dorm, I believe that's

23   where they used to write who they were picking up.

24       Q   Was that the same for when you were a

25   porter, was there a sheet that they would -- your
```

Page 31

1   name would be on, that they would write down whether

2   or not you worked as a porter on a given day?

3        A    No.

4        Q    Was there -- are you aware of anything that

5   the supervisor for you being a porter, are you aware

6   that that supervisor was writing down, in any way,

7   that you were working as a porter?

8        A    The only thing I got to see is we had to be

9   checked out from the dorm.  So he would let the

10  officer in charge of the dorm know I'm taking X and Y

11  out, let them know they're going out as a porter or

12  whatever.  That's the only thing I got to hear.

13       Q    Okay.  You said that part of your job as a

14  porter was refilling the water jugs.

15            Can you tell me what those water jugs are?

16       A    They're those Gatorade orange jugs.  So

17  there's two per dorm.  There's two, three, four, five

18  sides, so there's three different sides that we used

19  to collect the water jugs from every dorm, and their

20  trash, take them to the kitchen, refill them with ice

21  and water, throw away the trash and come back and put

22  the jugs back in the dorms.

23       Q    That would be drinking water for the dorms?

24       A    Correct.

25       Q    And how many times a day would you refill

Page 32

1    those jugs?

2         A    Myself?

3         Q    Yeah.

4         A    Twice a day.

5         Q    And do you know if they were being refilled

6    by other people at different times during the day?

7         A    I believe so, yes.

8         Q    Okay.  And you were getting that water from

9    the kitchen?

10        A    Correct.

11        Q    Okay.  If you don't mind turning to

12   paragraph 12.  It says, "Because of my detainee

13   status, Geo does not permit me to seek employment

14   from another employer outside the walls of the

15   Adelanto facility"; do you see that?

16        A    Yes, sir.

17        Q    Did you request, at any time to anyone at

18   Geo, that you be allowed to go outside of Adelanto

19   and find work?

20        A    No, I did not.

21        Q    Okay.  Why didn't you do that?

22        A    Because I was detained.  Couldn't leave.

23        Q    Okay.  If you don't mind looking at

24   paragraph 14.  And it says, "I participate in the

25   work program in order to buy daily necessities that

1    Geo fails to provide for me including food and

2    personal hygiene items.  I fear that if I cannot

3    afford purchases from the commissary, I will not have

4    access to those necessities"; did I read that

5    correctly?

6         A   Yes, sir.

7         Q   Is it your position in this lawsuit that

8    you were deprived of daily necessities and that you

9    had to purchase them from the commissary?

10             MR. FREE:  Object to form.  You can answer.

11        A   Can you repeat your question.

12   BY MR. BARNACLE:

13        Q   Sure.

14             My question is, is it your position, is it

15   your allegation in this lawsuit that you -- that Geo

16   deprived you of your daily necessities and you had to

17   purchase those daily necessities from the commissary

18   in order to have them?

19             MR. FREE:  Same objection.

20        A   Yes, not only me, but everybody else that's

21   also detained in Adelanto.

22   BY MR. BARNACLE:

23        Q   So sitting here right now -- and you -- in

24   paragraph 14, you used the word "daily necessities."

25             So I just want to understand from you what

Page 34

1    are -- what do you consider to be daily necessities?

2        A    Shampoo, toothpaste, Q-Tips, nail clippers.

3        Q    Anything else?

4        A    That's what I can think of right now.

5        Q    So those are the things that Geo did not

6    provide to you that you had to buy from the

7    commissary?

8        A    And food.

9            MR. FREE:  Object to form.  You can answer.

10   BY MR. BARNACLE:

11       Q    Food?

12       A    Also food.

13       Q    Anything else?

14       A    Not that I can remember, no.

15           MR. BARNACLE:  This will be 58.

16           (Exhibit 58 was marked for identification.)

17   BY MR. BARNACLE:

18       Q    Mr. Mancia, I've given you Exhibit 58 which

19   I'll represent to you is a record of your commissary

20   purchases during your time at Adelanto.  I'm just

21   going to ask you a couple of questions.  If you go

22   down eight entries on the very first page, which is

23   30149, it's a cinnamon roll, two of them, for $1.08

24   each.

25           Did you consider that to be a daily

Page 35

1  necessity?

2      A    No, I did not.  But that's what I used to

3  fulfill my hunger throughout the day, if I was hungry

4  at any point.

5      Q    So if you were hungry between your meals,

6  you would buy things like that?

7      A    Just have a cinnamon roll.

8      Q    Okay.  If you go down two from there, you

9  see there's a Snickers bar.  You bought two of those

10  for 98 cents; do you see that?

11      A    Yes, sir.

12      Q    Do you consider that to be a daily

13  necessity?

14      A    It's not a daily necessity.

15      Q    How about the Tapatio hot sauce right above

16  that, is that a daily necessity?

17      A    No, it's not.  I used it to add some flavor

18  to my food.

19      Q    If you could flip over to the next page,

20  which is 30150.  Go down about 13 lines.  There's an

21  entry for styling gel with aloe vera; do you see

22  that?

23      A    Uh-huh.

24      Q    $3.45.

25          Is styling gel for your hair a daily

Page 36

1    necessity?

2         A    No, it's not.  But gel was not provided by

3    Geo.

4         Q    Okay.  If you go down six from there,

5    there's an entry for hot corn chips at $2.72; do you

6    see that?

7         A    Yes.

8         Q    Do you consider hot corn chips for $2.72 to

9    be a daily necessity?

10        A    No, they're not a daily necessity.

11        Q    And where were you -- just so I understand,

12   when you had money in your commissary account, were

13   you free to use those funds in the commissary for

14   whatever you wanted to purchase?

15        A    Yes.

16        Q    Was there anybody at Geo telling you what

17   you can and cannot purchase in the commissary?

18             MR. FREE:  Object to form.  You can answer.

19        A    No.

20   BY MR. BARNACLE:

21        Q    Did you ever buy water at the commissary?

22        A    No, I did not.

23        Q    Did you ever buy any medical items?

24             MR. FREE:  Object to form.

25        A    No.

Page 37

1    BY MR. BARNACLE:

2         Q    Do you recall ever buying soap from the

3    commissary?

4         A    Soap, no.

5         Q    How about shampoo, did you ever buy

6    shampoo?

7         A    No.

8         Q    Did you ever buy any lotion from the

9    commissary?

10        A    Yes, I did.

11        Q    Okay.  All right.  If we could go back to

12   your declaration and back to number 14, where it

13   says, "I participated in work program in order to buy

14   the daily necessities that Geo fails to provide for

15   me"; do you see that?

16        A    Yes.

17        Q    So is it your position that you had to work

18   in the work program and receive the dollar a day from

19   the work program in order to afford the things you

20   were buying in the commissary?

21        A    Yes.

22        Q    And I think you already testified earlier

23   that you worked seven days a week?

24             MR. FREE:  Object to form.

25        A    Correct.

Page 38

1          BARNACLE:  Mark this 59.

2          (Exhibit 59 was marked for identification.)

3    BY MR. BARNACLE:

4     Q   Mr. Mancia, I'm giving you what we've

5    marked as Exhibit 59, and if you look at the top, it

6    says, "Resident Account Summary", and then it has

7    your name, Ramon Alejandro Mancia; do you see that?

8     A   Yes, sir.

9     Q   This is a resident account summary that

10   shows all of the transactions from your commissary

11   account; do you see that?

12    A   Yes, I do.

13         MR. FREE:  Object to form.

14   BY MR. BARNACLE:

15    Q   So I'm going to ask you a couple of

16   questions about some different items.  And I think,

17   just so you understand kind of the format of this

18   document, if you go all the way to the back, which is

19   30157, I think you'll see that the very first entry

20   on 4/2 of '19 corresponds with the day you arrived at

21   Adelanto; is that correct?

22    A   Uh-huh.

23    Q   It looks like you deposited, right when you

24   got there, $70.28; do you remember that?

25    A   Yes.

Page 39

```
1         Q    Do you remember putting $70 into your
2    commissary account?
3         A    I had that money with me when I got
4    arrested by the police.
5         Q    Was it in cash?
6         A    Right, it was in my property.
7         Q    That would be the first day you were there.
8    And if you go back to the front page, the very
9    last -- very top entry on 30153, dated October 11th
10   of 2019, does that look like it's around the time you
11   were released?
12        A    Yes.
13        Q    Okay.  So just reference wise, we're going
14   from the date you were released all the way to the
15   date you were -- you got there.  If you don't mind,
16   on that first page, if you can go down to an entry on
17   9/3 of '19 where it says "secure d-e-p-o-s Roxanna
18   Salgaro"; do you see that?
19        A    Yes, sir, I do.
20        Q    Do you know who Roxanna Salgaro is?
21        A    Yes, I do.
22        Q    Who is she?
23        A    My mother.
24        Q    And did she deposit $50 into your
25   commissary on that date?
```

Page 40

1        A    Yes, she did.

2        Q    Now, let's go down a little further to

3   August 31st of 2019; do you see that?

4        A    Uh-huh.

5        Q    It says "secure deposit from Lorraina

6   Cabrera"?

7        A    Uh-huh.

8        Q    Do you know who Lorraina Cabrera is?

9        A    No, I do not.

10        Q    Do you see that somebody named Lorraina

11   Cabrera deposited $10 into your commissary that day?

12        A    Yes, sir.

13        Q    Were you aware she had done that on that

14   date?

15        A    I was aware somebody would be depositing

16   money into my account.

17        Q    Okay.  And how were you aware somebody

18   would be depositing money into your account?

19        A    One of the inmates needed some commissary

20   that we're going to have throughout the week and

21   asked me for $10 worth of soups, so I gave him $10

22   worth of Cup Noodles, and whoever Lorraina is put $10

23   into my account.

24        Q    Do you know the name of that detainee?

25        A    I do not know.

1     Q   Okay.  Just so I understand, you loaned $10

2   worth of soup to another detainee and then from what

3   you understood, somebody would be depositing $10 into

4   your account to pay for it?

5     A   Correct.

6     Q   Okay.  If we can go to the next page, which

7   is 30154.  If you go down to an entry on August 25th

8   of 2019, there's another secure deposit from Victoria

9   Ramirez; do you see that?

10    A   Correct.

11    Q   Do you know who Victoria Ramirez is?

12    A   I do not.

13    Q   It looks like she deposited $16 into your

14  commissary, correct?

15    A   Correct.

16    Q   Were you aware, as of that date, that

17  Victoria Ramirez had deposited $16 into your account?

18    A   I was aware that somebody would be

19  depositing money into my account.

20    Q   Can you explain to me, for this one, how

21  you knew that?

22    A   Same transaction as the other one.

23  Somebody needed some stuff to get by through the

24  week, needed some food.  Obviously I would help them

25  out with the food I had and just put money in my

Page 42

1    books.

2        Q    Okay.  Do you know who that was?

3        A    I don't.

4        Q    Okay.  Let's go down a little further to

5    August 18th of 2019.  There's a secure deposit from

6    Maty, M-A-T-Y, Ortega; do you see that?

7        A    Yes, I do.

8        Q    Do you know who that person is?

9        A    No, I do not.

10       Q    That person deposited $20 into your

11   commissary; do you see that?

12       A    Correct.

13       Q    Were you aware, on August 18th of 2019,

14   that somebody would be depositing $20 into your

15   commissary?

16       A    Yes, I was aware of that.

17       Q    Can you tell me how you were aware of that?

18       A    Same transaction, somebody needed some

19   food, I was able to help them out and they put the

20   money in my books.

21       Q    Do you remember who that person was?

22       A    Raul.  Can't recall his last name.  Raul.

23       Q    Let's go to the next page, 30155.  If we go

24   down quite a ways to July 16th of 2019, there's a

25   secure deposit from Maria Castillo for $30; do you

Page 43

1    see that?

2         A    Yes, sir.

3         Q    Do you know who Maria Castillo is?

4         A    No, I do not.

5         Q    Same question as before, were you aware on

6    that date that $30 would be deposited into your

7    account?

8              MR. FREE:  Object to the form.  Go ahead.

9         A    Yes, I was aware that that money was going

10   to be deposited.

11   BY MR. BARNACLE:

12        Q    Can you tell me how you were aware of that?

13        A    Another inmate needed some commissary

14   stuff, I was able to provide it for him, and he put

15   money in my account.

16        Q    And how do you -- I mean, you loan things

17   to another detainee; how did you know -- did you add

18   up the amount that you gave him and say Hey, this is

19   $30 worth of stuff; is that how they knew?

20        A    Correct.

21        Q    If we go to 30156, the next page.  If we go

22   to the entry on June 8th of 2019, there's a secure

23   deposit from Jessie Mancia; do you see that?

24        A    Yes, sir.

25        Q    Do you know who Jessie Mancia is?

Page 44

1        A    Yes, I do.

2        Q    Who is that?

3        A    That's my wife.

4        Q    Okay.  Let's go down a little ways to May

5    7th of 2019.  There's a secure deposit from Roxanna

6    Moran; do you see that?

7        A    Yes.

8        Q    Do you know who Roxanna Moran is?

9        A    No, I do not.

10       Q    But she deposited $30 into your commissary

11   on that date?

12       A    Yes, sir.

13       Q    And were you aware that was going to be

14   deposited into your account?

15       A    Yes, I was.

16       Q    Can you tell me how you were aware of that?

17       A    I loaned somebody some commissary and they

18   were paying me back.

19       Q    Okay.  If you can, let's go back to your

20   declaration.  Under 10, it says, "Geo officials

21   routinely required detainees to clean areas of the

22   Adelanto facility for no compensation.  On multiple

23   occasions, Geo officials told me to complete work

24   tasks in various areas of the Adelanto facility.  For

25   example, Geo officials have instructed me to paint a

1    dining hall, clean the medical unit and clean the

2    recreation yard."

3         Is that the same work that we've been

4    talking about you were doing as a porter?

5    A    Yes.

6    Q    Is it your understanding of the voluntary

7    work program that if you worked on a particular day

8    where you were both in the kitchen and working as a

9    porter, that regardless of the fact you would work

10   two different types of job, you would still just get

11   a dollar a day?

12   A    Yes, that's what I was told.

13   Q    Okay.  And in your -- in your complaint,

14   you said that you were provided extra food on

15   occasions in addition to your regular meals; is that

16   accurate?

17   A    Yes, sir.

18        MR. FREE:  Object to form.

19   BY MR. BARNACLE:

20   Q    Can you tell me, generally, what kind of

21   food you were provided?

22   A    Just an extra tray.  You get promised an

23   extra tray.  Same meal everybody is getting, you just

24   get two of them.

25   Q    How often would that happen?

Page 46

1        A    It was promised every time we went to work.

2    It wasn't given every time, but it was an everyday

3    thing.

4        Q    So if you had three meals in a day,

5    breakfast, lunch and dinner, would you -- how often

6    would you get two trays of breakfast, for example?

7              MR. FREE:  Object to form.

8        A    I don't recall how many times exactly at

9    this moment, but maybe three times a week.

10   BY MR. BARNACLE:

11       Q    Okay.  And how many times would you

12   generally get two trays for lunch?

13             MR. FREE:  Object to form.  You can answer.

14       A    Three times a week.

15   BY MR. BARNACLE:

16       Q    And how about dinner?

17       A    Not as often.  Once a week.

18       Q    And you said -- I believe you said in your

19   complaint that you were given those extra trays of

20   food because you were working two different jobs in a

21   particular day; is that right?

22             MR. FREE:  Object to form.

23       A    Not because I was working two different

24   jobs.  It was just come do this and we'll give you

25   this.  Come clean and we'll give you an extra tray of

1    food.

2    BY MR. BARNACLE:

3        Q    And who would say that to you?

4        A    The Geo officer.

5        Q    Did you ever refuse to do any of your

6    voluntary work program jobs?

7        A    No, I did not.

8        Q    Were you ever, during your time at

9    Adelanto, put into administrative segregation?

10       A    No, I wasn't.  I was threatened to be sent

11   to segregation, but it never happened.

12       Q    Were you ever put into disciplinary

13   segregation?

14       A    No.

15       Q    You said you were threatened to be put into

16   administrative segregation; what were you threatened

17   for?

18       A    The specific time, an officer from Geo, Ms.

19   Lacy, which I think she's a sergeant for Geo, went

20   into her room and the light had toothpaste, it had

21   toothpaste on the light.  And she said if you guys

22   don't clean it by the time I come back, there's going

23   to be some consequences.

24            MR. FREE:  Let the record reflect the

25   witness was pointing at the ceiling while he was

Page 48

1  providing his testimony.

2       A   She told us that and walked away.  She

3  said, Make sure the room is clean when I come back.

4  We had to take off the toothpaste from the light,

5  toothpaste from the walls to make sure there were no

6  consequences.

7       Q   Okay.  Are you aware of any detainee that

8  was put into administrative segregation for refusing

9  to clean?

10      A   Not that I spoke with.

11      Q   Okay.  Are you aware of any detainees that

12 were put into administrative segregation for refusing

13 to work at all?

14      A   I have heard stories from other inmates.

15      Q   Were you personally disciplined for

16 anything during your time at Adelanto?

17      A   No, I was not.

18          MR. BARNACLE:  Do you mind if we take a

19 break?

20          MR. FREE:  Yeah.

21          (Brief recess.)

22 BY MR. BARNACLE:

23      Q   Mr. Mancia, if you could, turn back to

24 Exhibit 57 for me, please.  If you could turn to page

25 30078.

Page 49

1       A    30 -- I'm sorry.

2       Q    30078.

3            Do you recognize what this document is?

4       A    Yes.

5       Q    What is it?

6       A    It's a Kite.

7       Q    What is a Kite?

8       A    Where you're able to request certain

9  things, for example, a change of shirts.

10      Q    Generally, what kind of things were you

11  allowed to request via a Kite?

12      A    A new shirt, boxers, socks, shoes.  That's

13  about it that I can remember at this moment.

14      Q    Okay.  So if we look at this one, it looks

15  like it's dated 6/24 of '19; is that correct?

16      A    Correct.

17      Q    It looks like you're saying "can I please

18  get a 3XL shirt"; is that correct?

19      A    Correct.

20      Q    And then it says, "all these soups are

21  making me fat"; can you tell me what you meant by

22  that?

23      A    I gained weight.

24      Q    When you're talking about the soup, what

25  soups are you talking about?

Page 50

1          A     The noddles that we order from commissary.

2          Q     Okay.  Did they give you a new T-shirt,

3     3XL; do you remember?

4          A     Yes, they did.

5          Q     Okay.  If you could turn to 30080.

6                And is this another Kite that you

7     submitted?

8          A     Yes, sir.

9          Q     And can you tell me what it was that you

10     were requesting on this one?

11          A     From my understanding, it was only three

12     people can visit you at a time.  So I was requesting

13     for my four kids and my wife to come see me for

14     Father's Day weekend.

15          Q     Okay.  And were all of your children and

16     wife allowed to come and see you?

17          A     Yes, they were.

18          Q     If we could turn to 30081, the next page.

19                Is this another Kite that you submitted?

20          A     Yes.

21          Q     And can you tell me what you were

22     requesting in this Kite?

23          A     Extra time, requesting extra time for my

24     family to spend more time with me.  Instead of an

25     hour, they approved me 30 more minutes, so I got 90

Page 51

1   minutes instead of 60 minutes.

2        Q    Is the standard visit time 60 minutes?

3             MR. FREE:  Object to form.

4        A    Correct.

5   BY MR. BARNACLE:

6        Q    And you asked for an additional 30 in this

7   Kite form?

8        A    Yes.

9        Q    And they granted you that request?

10       A    Yes, they did.

11       Q    So if you worked in the kitchen from about

12  June of '19, did you work in the kitchen from June of

13  '19 all the way through the end of your stay at

14  Adelanto?

15       A    Yes, sir, I did.

16       Q    And how many other individuals, on a daily

17  basis, would work in the kitchen with you?

18       A    During my shift?

19       Q    Yes.

20       A    No more than eight.

21       Q    Okay.  How many would it typically be?

22       A    It was a seven-man crew typically.

23       Q    Was it the same seven-person crew

24  throughout your time in the kitchen?

25       A    No.

Page 52

1      Q    Did it change often?

2           MR. FREE:  Object to form.

3      A    Almost every day.

4  BY MR. BARNACLE:

5      Q    So you would have a different grouping of

6  seven people every single day?

7      A    Correct.

8      Q    Are there any that were there with you the

9  entire time?

10     A    That I can recall, no.

11     Q    Okay.  Can you recall any of the names of

12 the people that worked on the kitchen crew with you?

13     A    Last names probably.  Munoz, Flores,

14 Galada, Martinez.  That's -- as of right now, that's

15 all I can remember.

16     Q    When you were working as a porter, tell me

17 how many people would generally be working on a shift

18 with you.

19          MR. FREE:  Object to form.  You can answer.

20     A    Depends on what the duty was.  It varied

21 from just two people to five, six people.

22 BY MR. BARNACLE:

23     Q    Okay.  And can you -- do you remember the

24 names of the people that worked on the porter shift

25 with you?

Page 53

1      A    Same thing, last names.  Alan, Ramirez -- a

2    couple of Ramirezes.  As of right now, that's the

3    names that I can recall.

4      Q    If we look at paragraph 13 of your

5    declaration -- actually not paragraph 13 -- hold on,

6    let me find it.  15.  It says, "To the best of my

7    knowledge, hundreds of detainees, if not more, take

8    part in the work program"; do you see that?

9      A    Yes, sir.

10      Q    Can you tell me what personal knowledge you

11    have of there being hundreds of detainees, if not

12    more, that take place in the work program?

13      A    Just by the fact what goes on in my dorm.

14    Obviously I knew everything is the same in every

15    other dorm.  And it's four dorms per side, and two,

16    three, four, five sides, times four, that's 20 tanks,

17    holding tanks.  And just the cleaning crew I

18    believe -- there's three shifts to clean the day

19    room, it's about 15, 20 people a day just in my dorm,

20    so you multiply that times every other dorm, that

21    will give you more than hundreds of people.

22      Q    So you worked in the kitchen and you worked

23    as a porter.

24            What other types of voluntary jobs were

25    there?

Page 54

1          MR. FREE:  Object to form.

2      A   Do not know what other.

3   BY MR. BARNACLE:

4      Q   Did you ever work as a barber, for example?

5      A   No.

6      Q   Did you ever work in the library?

7      A   No.

8      Q   Did you ever work in maintenance?

9      A   No.

10     Q   And you mentioned -- you mentioned the

11  dorm.

12         What dorm were you in?

13     A   3 Alpha.  For the first six months and a

14  couple of weeks I was there.

15     Q   3 F?

16     A   3A, 3 Alpha.

17     Q   Is that east or west?

18     A   West.

19     Q   You said you were there the entire time?

20          Where else were you?

21     A   I was in 2 Delta my last week.

22     Q   Okay.  And where is 2 Delta; is that west

23  or east?

24     A   West.  Same thing, west.

25     Q   If you could just tell me, generally

Page 55

1    speaking, on the west side, what's the layout of your

2    living area?

3               MR. FREE:  Form.  You can answer.

4         A    The layout, it's -- we have

5    (indecipherable) rooms, four people per room.

6    There's two rooms that hold up to eight people.  You

7    have a big living area, like a living room type of

8    thing, then you have your showers and you have your

9    own restroom in each room, and the phones, all the

10   phones to make phone calls.

11   BY MR. BARNACLE:

12        Q    Okay.  And did you ever spend any time on

13   the east side at all?

14        A    No.

15        Q    Okay.  And in your -- the common area, the

16   big living room you're talking about, tell me, what's

17   in the common area?

18             MR. FREE:  Object to form.

19        A    You have sitting tables, four people per

20   table, and that's -- a bunch of tables.

21   BY MR. BARNACLE:

22        Q    Is there a television?

23        A    There's two televisions and there's an

24   extra television with an XBox.

25        Q    Is there a microwave?

Page 56

1         A    There's two microwaves, a hot pot for water

2    and water jugs.

3         Q    Okay.  So you were in Adelanto for about

4    six months, right?

5         A    Correct.

6         Q    And is that, from your -- based on your

7    personal knowledge of spending time there, is that

8    typical, is that a short stay compared to others?

9              MR. FREE:  Object to form.

10        A    From my understanding, that's a regular

11   stay because of the bond hearing that they offer

12   after six months.

13   BY MR. BARNACLE:

14        Q    If we go to -- let me just ask you a

15   question.

16             One of your Kite forms asked that you be

17   able to have your wife and your four kids come to a

18   particular meeting with you; is that correct?

19        A    (No verbal response.)

20        Q    Was that your wife at the time?

21        A    My fiance at the time.

22             MR. FREE:  Object to form.

23   BY MR. BARNACLE:

24        Q    So it was your fiance.  Just wanted to make

25   sure I understood what we were talking about.

Page 57

1        If we go to tab 2, 30110.

2            MR. FREE:  I'm sorry, what -- 30110?

3            MR. BARNACLE:  Yeah.  Sorry, Exhibit 57.

4            MR. FREE:  Okay.

5    BY MR. BARNACLE:

6        Q   It looks like -- well, first, do you

7    recognize this document?

8        A   Yes, I do.

9        Q   Can you tell me what it is you're

10   requesting?

11       A   I was asking what was the process to get

12   married in Adelanto while I was detained.

13       Q   And you submitted this on May 6th of 2019?

14       A   Correct.

15       Q   Do you remember what response you got to

16   this request?

17       A   It's right here, yeah.

18       Q   What does that say?

19       A   My fiance had to put in a request with her

20   ID, that they would make a decision after that.

21       Q   Did that happen?

22       A   No.

23       Q   Okay.  Are you aware of other detainees who

24   had requested and gotten married while they were

25   detained?

Page 58

1      A    No.

2      Q    But you didn't follow through with this

3    request at the time?

4           MR. FREE:  Object to form.

5      A    We decided not to get married in Adelanto.

6    BY MR. BARNACLE:

7      Q    And then when you were released, then you

8    got married; is that correct?

9      A    The following day after I got released.

10     Q    Okay.  If you go to the same document,

11   30094.

12          And do you recognize this document?

13     A    I don't.

14     Q    Are these -- if you see on the left side,

15   there are initials; are those your initials?

16          MR. FREE:  Object to form.

17     A    I believe so.

18   BY MR. BARNACLE:

19     Q    And then if you look towards the bottom

20   right side, it says "detainee's signature"; do you

21   see that?

22     A    Yeah.

23     Q    Is that your signature?

24     A    Yeah, sure.

25     Q    Do you recall, when you entered Adelanto,

1   receiving a -- what is called a "Geo Supplemental

2   Detainee Handbook"?

3       A   Yes, I do recall that.

4       Q   And do you remember receiving something

5   called the "ICE Enrichment and Removal Operation

6   National Detainee Handbook"?

7       A   No.

8       Q   So what do you recall receiving when you

9   entered Adelanto?

10          MR. FREE:  Object to form.

11      A   A blue folder.

12  BY MR. BARNACLE:

13      Q   What was in the blue folder?

14      A   I believe it was the handbook.

15      Q   Okay.  And you signed this form?

16          MR. FREE:  Object to form.

17      A   Yes.

18          MR. BARNACLE:  Okay.  I don't have any

19  further questions.

20          MR. FREE:  Okay.  I might have a couple.

21          MS. WRIGHT:  Why don't we take a break.

22          MR. BARNACLE:  Okay.

23          (Brief recess.)

24

25                  EXAMINATION

Page 60

1    BY MR. FREE:

2        Q    Mr. Mancia, when you were working in the

3    kitchen, who trained you?

4        A    Nobody.

5        Q    Okay.  Who supervised your work?

6        A    Geo did.

7        Q    Do you remember any of the names of your

8    supervisors?

9        A    Green -- Officer Green, Officer Hangardy,

10   Officer Maluta (ph), I believe it is.  Those are the

11   names that pop into my mind.

12       Q    Do you remember the names of any Geo

13   employees who were in charge of the kitchen?

14       A    Yes.

15       Q    Who were they?

16       A    Bernal -- Mr. Bernal, Ms. Martinez,

17   Ms. Madina, Ms. Orona, Ms. Vargas, Mark and Ms. B.

18   As of right now, those are the names I can remember.

19       Q    How did you know what to put -- actually,

20   let's back up.

21            What did you do in the kitchen when you

22   were working there?

23       A    Most of the time I was serving the line,

24   what they call "the line".  They give you a tray and

25   six different compartments and you fill each

Page 61

1    compartment with food.

2        Q    Okay.  Approximately how many trays would

3    you fill during a shift?

4        A    Approximately 80 people per dorm, you're

5    feeding four, eight -- 16 dorms, so 80 times 16.

6        Q    How did you know what to put into the

7    trays?

8        A    The spoon, it's just a spoonful.  They tell

9    you here's a spoon for the beans, here's a spoon for

10   the rice, here's a spoon for the salad or whatever

11   items they're giving out that day.

12       Q    When you say "they", who are you talking

13   about?

14       A    Geo officers.

15       Q    Did they tell you how much to put onto the

16   tray, the Geo officers?

17       A    Yes, it was -- they called it a full spoon,

18   so whatever you could fit into the spoon, that's how

19   much is supposed to go into -- into the compartment.

20       Q    In the tray?

21       A    Into the tray, yes.

22       Q    Okay.  And was there ever a time that you

23   saw -- that you yourself put more than the spoon into

24   the compartment in the tray while you were working in

25   the kitchen?

Page 62

1        A    Yes, there was a few times.

2        Q    Okay.  Do you recall being instructed, one

3    way or the other when that happened, whether you

4    should correct it?

5             MR. BARNACLE:   Object to the form.

6        A    Yes.

7    BY MR. FREE:

8        Q    Why don't you tell me -- you said you did

9    put extra food in a spoon that went into a tray?

10       A    Correct.

11       Q    One time or more than one time?

12       A    More than a few times.  We would usually

13   do -- when it was my tank, when it was 3 Alpha, when

14   I knew my people were there I would try to give them

15   a little more and it would get returned.  The person

16   who was pushing out the trays, who was a Geo

17   employee, used to say it was too much, it's too much,

18   we're going to run out of food, stop giving away too

19   much.

20       Q    And can you help me understand physically

21   where the Geo employee was that was pushing out the

22   tray in relation to you?

23       A    There's a window where the trays are being

24   pushed out to the people into the other room, there's

25   the Geo employee, then there was three of us; one

Page 63

1   person put in the salad, the other person put in the

2   beans, the other person put the next item we were

3   giving out.  Usually four to five people per line.

4        Q    Okay.  So sort of like an assembly line?

5        A    Correct.

6        Q    The person at the end of the assembly line,

7   correct me if I'm wrong, is a Geo employee?

8        A    Correct.

9        Q    That's a person who works for Geo?

10       A    Yes.

11       Q    Was there ever any occasion where you were

12   told to put less than the amount -- less than the

13   spoon into the tray?

14       A    That almost happened on a daily basis,

15   because they were always afraid of running out of

16   food.

17       Q    Who is they?

18       A    Geo employees.  The Geo employees were

19   always concerned about the quantity of food they have

20   cooked for the day, that it wouldn't be enough for

21   everybody that we serve or we're supposed to serve.

22       Q    Were there days in which you, in fact, put

23   less than the spoonful into the tray?

24       A    It was almost an everyday thing.

25       Q    Okay.  Did you ever witness food being

Page 64

1    stored in the kitchen outside of where the

2    temperature guidelines dictated it should be stored?

3         A    Yes, every day.  We left the food out

4    because there's four different lines that they are

5    serving; line 1, line 2, line 3, line 4.  Once you're

6    done with line 1, the food stays there, we cover it,

7    we move on to line 2, cover it, move on to line 3,

8    and that food would have to wait until we're done

9    serving the other dorms to get back to line 1.

10        Q    Okay.  Were you ever aware of anyone in the

11   kitchen attempting to serve food that you considered

12   to be inedible?

13             MR. BARNACLE:   Object to form.

14        A    Yes, there was times where we served frozen

15   ham.

16   BY MR. FREE:

17        Q    Who is we?

18        A    We were told to serve frozen ham.  I

19   brought it up to a few employees from Geo that we

20   were serving frozen ham.  The first person I brought

21   it up to was Ms. Martinez, which she was the one

22   cutting the ham, and when she told me to put it on

23   the line ready to serve, I asked her, I said Ma'am,

24   this is frozen ham, she said Don't worry about it, by

25   the time it gets served I'm not going to be here

1    anymore.

2              Once we were serving it, it happened to be

3    we were serving 3 Alpha when I realized that we had

4    got into the batch of the frozen ham.  And I told Ms.

5    Orono.  I said Ms. Orono, this ham is frozen.  She

6    said I have to give them something to eat, right; she

7    kept pushing the other trays.  Once we were done, I

8    brought it to Mark's attention, which from what my

9    understanding is the manager of the kitchen.  I

10   brought it to Mark's attention that we were serving

11   frozen ham.  And he said bring it over, we're going

12   to add some water to it and we'll serve it later on

13   once the ice melts.

14        Q    Do you know if the ham was ever served?

15        A    I served it myself, yes.

16        Q    Are you aware of any time at which people

17   who were detained inside Adelanto complained about

18   the food that they were served?

19        A    Yes.  It was in the kitchen, they were

20   complaining about the amount we were serving.  At

21   this point there were some walks going on by, from my

22   understanding was ICE, doing the walks, and Geo, from

23   my understanding.  What happened was the whole tank

24   refused to get the food because we were serving too

25   little.  So they brought somebody, I don't know who

Page 66

1    this man was, just wearing a tie, white guy with a

2    tie.  He kind of just looked at the quantity we were

3    serving and all he said was, Come on, you guys have

4    to serve a little more.  So they told us to give a

5    little more than what we were giving out that day.

6         Q    Who did that person say that to?

7         A    They brought it up to Mark's attention

8    because he's the manager of the kitchen for the PM,

9    so it went to Mark and then Mark told all the other

10   persons that push out the trays at the end from Geo.

11        Q    Was the amount that you were serving on the

12   day that this happened typical of the amount that you

13   would normally serve?

14        A    Right.

15        Q    How did you know the person at the time was

16   from ICE?

17             BARNACLE:  Object to the form.

18        A    Because of the walks that were going on

19   during that time.  And we had a lady in the kitchen,

20   her name was Ms. June.  Ms. June was apparently

21   checking the process of the food and other stuff at

22   that moment.  So there were walks happening during

23   those, I believe, like two weeks.

24   BY MR. FREE:

25        Q    Okay.  Are you ever aware of food being

Page 67

1   served with mold?

2        A    No.

3        Q    Okay.  Were you ever aware of fresh fruit

4   being available at the commissary?

5        A    Fresh fruit in the commissary, no, we

6   didn't have that option.

7        Q    Were you ever aware of lean protein being

8   available at the commissary?

9             BARNACLE:  Object to form.

10       A    No.

11  BY MR. FREE:

12       Q    Were you ever aware of complex

13  carbohydrates being available at of the commissary?

14            MR. BARNACLE:  Object to form.

15       A    No.

16  BY MR. FREE:

17       Q    Okay.  Do you consider shampoo to be a

18  basic daily necessity?

19       A    No, I do not.

20       Q    Okay.  Did you use shampoo while you were

21  at Adelanto?

22       A    I used it on a daily basis until at one

23  point they switched shampoos.  They went from a clear

24  bottle to a green bottle that caused me to have a

25  rash on my body.  I used it one time and that night

Page 68

1  it was -- my body was itching to the point where I

2  still have some marks on my body, I still have the

3  rash at this point after two weeks of being released.

4  But I was cutting my skin because it was itching so

5  much.

6     Q   Where is the rash on your body today?

7     A   On my legs.

8     Q   Do you want to show --

9     A   Yeah.

10        MR. FREE:  So the witness is pointing to

11  his inner calf on his right leg, kind of midway up.

12  BY MR. FREE:

13     Q   Did you complain at all about the rash you

14  got from the shampoo?

15     A   Yes, I did.

16     Q   To whom did you complain?

17     A   I put in a medical request.  I spoke to the

18  nurse after -- I spoke to the nurse after two weeks

19  after putting my medical complaint because they were

20  not calling me.  So I spoke to the nurse and she said

21  she'll put me on the urgent list to be seen.  I did

22  not get called to be seen until the day I was being

23  released.

24     Q   How long after you put in your request was

25  it that you were actually seen by a medical provider?

Page 69

1        A    Between maybe three or four weeks.

2        Q    Okay.  And what did you actually submit in

3    order to try and see a nurse?

4        A    It was a Kite.

5        Q    What were you asking for when you --

6        A    To be seen because I was itching so much.

7    I was cutting my skin, so I was trying to figure out

8    what was going on with me.

9        Q    Did you get what you were asking for?

10       A    No.

11       Q    Okay.  What did you do for shampoo?

12       A    I was just using soap.

13       Q    Okay.  Were you ever physically harmed

14   while you were at Adelanto?

15       A    Yes, I was.

16       Q    How did that happen?

17       A    April 10, which is eight days after I got

18   to Adelanto, one of my -- I was in room 101 at that

19   point.  This guy was drinking pruno that night, so he

20   was intoxicated, and he started making an issue of me

21   being there, so I decided to move.  They moved me to

22   room 107 around two in the morning after I complained

23   to the Geo officer that I didn't want to have a

24   confrontation with this guy.  So they moved me.  But

25   when we were going to go to breakfast, he found his

Page 70

1   way into my room and whacked me with a cup, a coffee

2   mug that we get to go to breakfast.  I still have the

3   scar on my upper lip.  So he cut me while I was

4   asleep.

5           MR. FREE:  The witness is pointing to the

6   left side underneath his nose, between his nose and

7   his upper lip.

8   BY MR. FREE:

9       Q   Did you report -- were you bleeding?

10      A   Yes, he cut me.

11      Q   Did anyone at Geo see this happen?

12      A   Not at the moment that it happened because

13  it happened in my room.  I guess -- I'm guessing the

14  Geo officer was at his desk or wherever they sit.

15          Once I came out from my room to confront

16  the guy that hit me, obviously it became like a

17  little commotion.  And Mr. Young -- I remember the

18  officer's name -- Young actually asked the inmates

19  what did they want him to do about the situation.  He

20  asked, if I recall right, he said code blue or code

21  red, I believe.  He mentioned two different codes he

22  could have called.  But he asked the inmates for his

23  opinion and at this point I turned to him and said,

24  Young, you're really asking these guys what to do?  I

25  said, Do what you're supposed to do.  And he called

Page 71

1    whatever code he called and the sergeant walked in, I

2    got handcuffed, so did the other guy, and I got taken

3    into medical.  And from what I heard, I think he went

4    to segregation.

5         Q    Turn to 300147.

6              Have you ever seen that document before?

7         A    No.

8         Q    Okay.  Did you have a chance to thumb

9    through this Exhibit 57, like just thumb through it,

10   not read every page today, as you received it?

11        A    Sort of, yes.

12        Q    Did you see any document regarding your

13   assault while you were at Geo in your detainee file?

14        A    No.  I requested -- I requested to be -- to

15   be photo taken -- take a picture of my cut.  I had to

16   ask that through maybe five, six different officers

17   because they wouldn't do it.  At one point they did

18   do it, they took a picture of my cut.  I kept

19   requesting a copy of any report they had done and it

20   got denied.  They said it wasn't available to me.

21        Q    Just so I understand, how long was it from

22   the time you started working as a porter until the

23   time you began your work in the kitchen,

24   approximately?

25        A    Approximately about two months.

Page 72

1      Q    At any point in that two months, were you

2  receiving any money in your commissary from Geo for

3  working as a porter?

4      A    No, not at all.

5      Q    Is it your testimony the first time you

6  started getting paid is when you started working in

7  the kitchen?

8      A    Correct, which is 6/26.

9      Q    Okay.  Help us understand, why would you

10  keep working as a porter for no money for two months

11  if you had signed up for a job?

12      A    Well, that's -- my understanding was that's

13  the process that you have to go through in order for

14  you to get into the paying job.  You first have to

15  volunteer, as a way of showing that you want to work,

16  and then they'll consider you to start paying.

17      Q    How did you come to that understanding or

18  how did you know that?

19      A    From other inmates.

20      Q    Okay.  Why didn't you ever refuse to work?

21      A    I didn't want to get on bad terms with Geo,

22  I didn't want to be sent to seg or be known as a

23  complainer or anything like that.  I was just afraid

24  of the repercussions they might have against you for

25  maybe even writing a grievance or complaining to

1    anybody about what goes on there.

2              MR. FREE:  Those are all the questions I

3    have.

4              BARNACLE:  I have nothing.

5              (Off the record 2:48 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 74

```
 1                     I N D E X

 2

 3   WITNESS         EXAMINATION              PAGE

 4   Ramon Mancia

 5                   By Mr. Barnacle            4

 6                   By Mr. Free              60

 7

 8

 9                     E X H I B I T S

10

11   NO.            PAGE      DESCRIPTION

12   Exhibit 56     21        Declaration

13   Exhibit 57     23        Compilation of documents in

14                            detainee file

15   Exhibit 58     34        Record of commissary

16                            purchases

17   Exhibit 59     38        Resident Account Summary

18

19

20               CONFIDENTIAL PORTIONS

21                 PAGE TO PAGE

22                    9         9

23                   11        11

24                   13        13

25                   15        15
```

Page 75

```
 1   STATE OF CALIFORNIA      )

 2                            ) ss

 3   COUNTY OF LOS ANGELES    )

 4

 5

 6

 7                    I, RAMON MANCIA,

 8   hereby certify under penalty of perjury under the

 9   laws of the State of California that the foregoing is

10   true and correct.

11       Executed this    day of          ,2019

12   at                                   ,

13   California.

14

15

16

17

18

19           _____

20                    RAMON MANCIA

21

22

23

24

25
```

Page 76

1   STATE OF CALIFORNIA      )
                             ) ss
2   COUNTY OF LOS ANGELES    )

3        I, KATHERINE FERGUSON, Certified Shorthand

4   Reporter, for the State of California, do hereby

5   certify:

6        That prior to being examined, the witness named in

7   the foregoing deposition, was by me duly sworn to

8   testify the truth, the whole truth and nothing but the

9   truth;

10       That the testimony of the witness and all

11  objections made at the time of the examination were

12  recorded stenographically by me;

13       That the foregoing transcript is a true record of

14  the testimony and all objections made at the time of the

15  examination.

16       Before completion of the deposition, review of the

17  transcript [ ] was [x] was not requested.  If requested,

18  any changes made by the deponent (and provided to the

19  reporter) during the period allowed are appended hereto.

20       I hereby certify that I am not interested in the

21  event of the action.

22       IN WITNESS WHEREOF, I have subscribed my name this

23  22nd day of October, 2019.

24       _____

25            Katherine Ferguson, CSR 12332

```
                                                       Page 77
 1         ERRATA SHEET OF THE TRANSCRIPT OF:

 2   Case Name:         Raul Novoa, et al. V. The Geo

 3                      Group

 4   Dep. Date:         October 21, 2019

 5   Deponent:          Ramon Mancia

 6

 7                   CORRECTIONS:

 8   Pg.   Ln.    Now Reads       Should Read    Reason
     ____  ____   _____    _____   _____
 9
     ____  ____   _____    _____   _____
10
     ____  ____   _____    _____   _____
11
     ____  ____   _____    _____   _____
12
     ____  ____   _____    _____   _____
13
     ____  ____   _____    _____   _____
14
     ____  ____   _____    _____   _____
15
     ____  ____   _____    _____   _____
16
     ____  ____   _____    _____   _____
17
     ____  ____   _____    _____   _____
18
                   _____
19
                   Signature of Deponent
20

21   SUBSCRIBED AND SWORN BEFORE ME

22   THIS____DAY OF_____, 2019.
23
24   _____
25   (Notary Public)  MY COMMISSION EXPIRES: _____
```