# EXHIBIT D

1              IN THE UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
2                      EASTERN DIVISION

3      Civil Action No. 5:17-cv-02514-JGB-SHK

       _____
4
       DEPOSITION OF:  ABDIAZIZ KARIM - October 23, 2019
5        (CONFIDENTIAL AND NONCONFIDENTIAL TRANSCRIPT)

       _____
6
       RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and
7      RAMON MANCIA, individually and on behalf of all others
       similarly situated,
8
       Plaintiffs,
9
       v.
10
       THE GEO GROUP, INC.,
11
       Defendant.
12     _____

13     THE GEO GROUP, INC.,

14     Counter-Claimant,

15     v.

16     RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and
       RAMON MANCIA, individually and on behalf of all others
17     similarly situated,

18     Counter-Defendants.

       _____
19

20          PURSUANT TO NOTICE, the telephonic deposition
       of ABDIAZIZ KARIM was taken on behalf of the Defendant
21     at 1900 16th Street, Denver, Colorado 80202, on
       October 23, 2019, at 7:24 a.m. before Karen Waters,
22     Registered Professional Reporter and Notary Public
       within Colorado.

23

24

25

```
 1              IN THE UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
 2                      EASTERN DIVISION

 3   Civil Action No. 5:17-cv-02514-JGB-SHK

     _____
 4
     DEPOSITION OF:  ABDIAZIZ KARIM - October 23, 2019
 5     (CONFIDENTIAL AND NONCONFIDENTIAL TRANSCRIPT)

     _____
 6
     RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and
 7   RAMON MANCIA, individually and on behalf of all others
     similarly situated,
 8
     Plaintiffs,
 9
     v.
10
     THE GEO GROUP, INC.,
11
     Defendant.
12   _____

13   THE GEO GROUP, INC.,

14   Counter-Claimant,

15   v.

16   RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and
     RAMON MANCIA, individually and on behalf of all others
17   similarly situated,

18   Counter-Defendants.

     _____
19

20          PURSUANT TO NOTICE, the telephonic deposition
     of ABDIAZIZ KARIM was taken on behalf of the Defendant
21   at 1900 16th Street, Denver, Colorado 80202, on
     October 23, 2019, at 7:24 a.m. before Karen Waters,
22   Registered Professional Reporter and Notary Public
     within Colorado.

23

24

25
```

```
 1                  A P P E A R A N C E S

 2     For the Plaintiffs (Telephonically):

 3                  ANDREW FREE, ESQ.
                    Law Office of R. Andrew Free
 4                  PO Box 90568
                    Nashville, Tennessee 37209
 5                  844-321-3221
                    andrew@immigrationcivilrights.com
 6                       -and-
                    LYDIA WRIGHT, ESQ.
 7                  Burns Charest, L.L.P.
                    365 Canal Street, Suite 1170
 8                  New Orleans, Louisiana 70130
                    504-799-2845
 9                  lwright@burnscharest.com


10
       For the Defendant:
11
                    ADRIENNE SCHEFFEY, ESQ.
12                       -and-
                    COLIN L. BARNACLE, ESQ.
13                  Akerman, L.L.P.
                    1900 16th Street, Suite 1700
14                  Denver, Colorado 80202
                    303-260-7712
15                  adrienne.scheffey@akerman.com

16

17

18

19

20

21

22

23

24

25
```

```
 1                     I N D E X

 2    EXAMINATION OF ABDIAZIZ KARIM:                    PAGE
      October 23, 2019
 3
      By Ms. Scheffey                                  4, 93
 4    By Mr. Free                                        84

 5    * CONFIDENTIAL EXCERPT
        Pages 10 through 11
 6

 7                                                    INITIAL
 8    DEPOSITION EXHIBITS:                           REFERENCE

 9    Exhibit 60        Mr. Karim's declaration          24

10    Exhibit 61           Confidential document         26

11    Exhibit 62           Confidential document         31

12    Exhibit 63           Confidential document         65

13         * Pursuant to protective order, confidential
              material is filed under separate cover.
14

15

16

17

18

19

20

21

22

23

24

25
```

 1            WHEREUPON, the following proceedings were

 2    taken pursuant to the Federal Rules of Civil

 3    Procedure.

 4            *        *        *        *        *

 5                    ABDIAZIZ KARIM,

 6    having been first duly sworn to state the whole truth,

 7    testified as follows:

 8                (Deponent's reply to oath:  Yes.)

 9            MS. SCHEFFEY:  So off the record, Counsel

10    agreed that this transcript will not be objected to

11    because it is over the phone.

12            Lydia, is that your understanding as

13    well.

14            MR. FREE:  We are stipulating to the

15    validity of this testimony.

16            MS. SCHEFFEY:  And that he has been sworn

17    over the phone properly?

18            MR. FREE:  Yes.

19                    EXAMINATION

20    BY MS. SCHEFFEY:

21        Q.    Abdi, my name is Adrienne Scheffey and I

22    represent GEO and I'm going to be asking you some

23    questions today about your lawsuit against GEO.  They

24    are going to be written out by the court reporter, who

25    is sitting here in Denver, and she is transcribing

1   today's deposition.  The purpose of this deposition is

2   to record your responses to these questions for use at

3   trial and for other reasons in this case.  So it's

4   important that you answer truthfully.

5            Do you understand that?

6        A.   Yes, I understand.

7        Q.   And you understand that you are under

8   oath?

9        A.   Yes, I do understand.

10        Q.   Okay.  And so you understand you have

11   sworn to tell the truth?

12        A.   Yes, I do understand.

13        Q.   Okay.  So because the court reporter is

14   taking down everything we say, we have to be careful

15   not to speak over each other because she can only

16   write down what one of us says at a single time.  I

17   know that's going to be a little bit difficult because

18   we are on the phone, but I will try to give an extra

19   pause and wait for your response and if you could do

20   the same for my questions, that would be great.

21            Does that make sense?

22        A.   Yes.

23        Q.   Okay.  If you do not know or don't

24   remember an answer to a question, please say so.  If

25   you don't hear a question, let me know and I will

1   repeat it.  If our connection at any point becomes

2   poor, please let me know and we will see what we can

3   do.  If I do not hear you tell me that you don't

4   understand or can't hear, that the context is bad, I

5   will assume that you heard and understood the

6   question.  Does that seem fair?

7        A.   Yes.

8        Q.   Okay.  If at any point you realize that

9   an earlier answer that you gave me was inaccurate or

10  incomplete, please let me know and you can supplement

11  your earlier answer.

12       A.   Okay.

13       Q.   If you want to take a break, let me know.

14  All I ask is that you first finish answering any

15  pending question before we take a break.

16       A.   Okay.

17       Q.   And I think for purposes of today's

18  deposition, if we take any breaks, we can just leave

19  the line on and we will leave the room if you guys

20  need to speak and then we will come back.

21       A.   Okay.

22       Q.   So do you understand the instructions so

23  far?

24       A.   Yes, I understand it very well.

25       Q.   And do you have any questions?

Abdiaziz Karim   10/23/2019                                    Page 7
RAUL NOVOA, ET AL. v. GEO GROUP

 1          A.    No.

 2          Q.    Okay.  Are you taking any medication that

 3   may interfere with your ability to give honest and

 4   truthful answers today?

 5          A.    No.

 6          Q.    Any alcohol or drugs?

 7          A.    No.

 8          Q.    Okay.  Anything else that may affect your

 9   ability to give me accurate testimony today?

10          A.    No.

11          Q.    Okay.  Did you review any documents in

12   preparation for your deposition today?

13          A.    Can you repeat that?

14          Q.    Did you review any documents to prepare

15   for your deposition today?

16          A.    I didn't review anything.  I talked to my

17   lawyer, Lydia.

18          Q.    Okay.  Were you given any documents for

19   today's deposition, exhibits that we may use?

20          A.    Yes.

21          Q.    Okay.  And are those available to you

22   with document names or with exhibit numbers?  What's

23   the best way to reference them today?

24          A.    I don't have with me because I don't -- I

25   don't have a laptop, so I can't get those documents

```
 1    now.
 2         Q.    Okay.  Did you meet with anyone else
 3    prior to your deposition today other than your
 4    attorneys?
 5         A.    No.
 6         Q.    Okay.  Have you discussed the lawsuit
 7    with anyone other than your attorneys?
 8         A.    No.
 9         Q.    Can you state your full legal name for
10    the record, please.
11         A.    Say it again.
12         Q.    Can you please state your full legal name
13    for the record.
14         A.    Yes.  My name is Abdiaziz Mohammad Karim.
15         Q.    Have you ever used another name?
16         A.    No.
17         Q.    What is your current address?
18         A.    Mogadishu, Somalia.
19         Q.    How long have you lived there?
20         A.    From August 29th.
21         Q.    Where did you live before that?
22         A.    Adelanto Detention Center.
23         Q.    Okay.  And before that, were you living
24    in California?
25         A.    No.  Adelanto.
```

```
1                    (Proceedings continued on page 10,

2        confidential excerpt.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    (Confidential excerpt follows, continued
 2       from page 9, line 2.)
 3              Q.    Okay.  Do you have an e-mail address that
 4       you use?
 5              A.    Yes.
 6              Q.    What is that?
 7              A.    ████████████████
 8              Q.    And is that the only e-mail address you
 9       have used during the time you were at Adelanto through
10       now?
11              A.    Yes.  I use before hotmail, but I am no
12       longer using now.
13              Q.    What was your hotmail?
14              A.    It's not working now at this time.
15              Q.    Do you have a cell phone number?
16              A.    Yes.
17              Q.    What is that number?
18              A.    ████████████████████
19       ████████
20              Q.    Can you repeat that for the court
21       reporter?
22              A.    ██████████████
23                    MS. SCHEFFEY:  And then, Andrew, I know
24       you want to mark it.
25                    THE COURT REPORTER:  He said some words
```



Abdiaziz Karim   10/23/2019
RAUL NOVOA, ET AL. v. GEO GROUP                                    Page 11

1      before the phone number.

2                      MS. SCHEFFEY:  He said country code.

3                      (End confidential excerpt. Proceedings

4      continued on page 12.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    (Proceedings continued from page 12,

 2     line 4.)

 3              Q.    Okay.  And what is your date of birth?

 4              A.    ██████████████

 5                    MR. FREE:  And, court reporter, we are

 6     going to designate Mr. Karim's e-mail and telephone

 7     number as confidential.  If you could just please mark

 8     the transcript and the index pursuant to ECF 151 and

 9     the parties' stipulated protective order.

10              Q.    (BY MS. SCHEFFEY):  Abdi, do you use any

11     social media accounts?

12              A.    Like WhatsApp?

13              Q.    Or Facebook, WhatsApp, Twitter, any of

14     those?

15              A.    At this moment, I have only WhatsApp.

16              Q.    Are you currently married?

17              A.    Yes.

18              Q.    What's your spouse's name?

19              A.    Amin.

20              Q.    What's her last name?

21              A.    Haji.

22              Q.    Could you spell that for the court

23     reporter?

24              A.    A-m-i-n, that's her first name.  Last

25     name Haji, H-a-j-i.
```



Abdiaziz Karim   10/23/2019                                    Page 13
RAUL NOVOA, ET AL. v. GEO GROUP

 1          Q.    When did you get married?

 2          A.    I get married 2014.

 3          Q.    Okay.  Does your spouse live with you in

 4   Mogadishu?

 5          A.    No.  She is in Kenya.

 6          Q.    She is in Kenya.  Okay.

 7                Did you have any conversations with your

 8   spouse about this case?

 9          A.    No.

10          Q.    Okay.  Do you have any children?

11          A.    No.

12          Q.    So if you know, can you tell me what your

13   current country of citizenship is?

14          A.    Say it again.

15          Q.    If you know, can you tell me what your

16   current country of citizenship is?

17          A.    The country that I'm citizen?

18          Q.    Yes.

19          A.    Somalia.

20          Q.    Do you have permanent resident status in

21   any other countries?

22          A.    Like?  Can you give me example like what

23   you say?

24          Q.    Like a green card in the United States or

25   another immigration status in another country.

Abdiaziz Karim  10/23/2019                                                          Page 14
RAUL NOVOA, ET AL. v. GEO GROUP

1          A.   No.  At this time, I don't.  I used to

2     before.  Now no.

3          Q.   Okay.  And when you were at Adelanto, did

4     you have citizenship in the United States?

5          A.   No.

6          Q.   To your knowledge, did you have a green

7     card?

8          A.   No.

9          Q.   What is your understanding of what your

10    citizenship status was while you were at Adelanto?

11         A.   Say it again.

12         Q.   What was your understanding of what your

13    citizenship status was while you were at Adelanto?

14         A.   Like you mean what I was thought that I

15    was -- like which country I'm from, you mean?

16         Q.   Uh-huh.

17         A.   Somalia.

18         Q.   Somalia.

19              And were you, to your understanding,

20    permitted to work in the United States at that time

21    that you were at Adelanto?

22         A.   Can you repeat that?

23         Q.   Were you legally -- to the best of your

24    understanding, were you legally permitted to work in

25    the United States while you were at Adelanto?

```
 1          A.   No.

 2          Q.   Okay.  So can you walk me through how you

 3   came to be at Adelanto?

 4          A.   How I came to Adelanto?

 5          Q.   Yes.  How did you get there?

 6          A.   ICE officer brought me there.

 7          Q.   Okay.  An ICE officer?

 8          A.   Yes.

 9          Q.   Did GEO bring you there?

10          A.   I'm not exactly sure who bring me there.

11   The officers.  They were officers.  I don't know if

12   they were ICE or GEO.  I was just new at that time

13   someone bring me there.

14          Q.   Okay.  And they brought you there from

15   where?

16          A.   From the border to San Diego, San Diego

17   to Arizona, Arizona to Adelanto.

18          Q.   Okay.  How long were you in Arizona

19   before you were transferred to Adelanto?

20          A.   Just few days, less than a week.

21          Q.   And where did you stay while you were in

22   Arizona?

23          A.   San Luis, Arizona.

24          Q.   And was that a facility run by GEO, if

25   you know?
```

Abdiaziz Karim   10/23/2019                                                    Page 16
RAUL NOVOA, ET AL. v. GEO GROUP

 1          A.    I don't know.

 2          Q.    Okay.  I know you don't have a computer

 3    today, but as part of this case you helped and worked

 4    with your attorneys to create a declaration; is that

 5    correct?

 6          A.    Say it again.

 7          Q.    As part of this case, you submitted a

 8    declaration to your attorneys; is that correct?

 9          A.    Yes, correct.

10          Q.    Okay.  And do you recall the contents of

11    that declaration sitting here today?

12          A.    Can you say it again?

13          Q.    Do you remember the contents of that

14    declaration sitting here today?

15          A.    Yes.

16          MS. SCHEFFEY:  Can we go off the record

17    for a moment to discuss with counsel how we want to do

18    these?

19          MR. FREE:  Sure.

20          (Whereupon a discussion was had off the

21           record.)

22          MS. SCHEFFEY:  We are back on the record.

23          MR. FREE:  So the plaintiffs have

24    received an e-mail with some of the intended exhibits

25    for this deposition from counsel for the defendant.

1    In light of the fact that the deponent currently does

2    not have a laptop in front of him or the ability to

3    review in real time the exhibits, what we have

4    stipulated to is that we will enter into the record of

5    the deposition as an exhibit the document from which

6    GEO's counsel is going to be asking questions for his

7    declaration.  Whatever the paragraph is will be

8    identified and whatever sentence will be read into the

9    record and then Mr. Karim can respond to it.

10             Similarly, other exhibits will be read to

11   Mr. Karim with a note in the record of this deposition

12   to the Bates page that they are on and we can all

13   agree that, you know, Mr. Karim is going to do his

14   best to testify as to these records not having them

15   directly in front of him at this moment.

**16             Q.   (BY MS. SCHEFFEY):  All right.  So, Abdi,**

**17   I am handing the court reporter the declaration that**

**18   you submitted in this case.  And at paragraph 5 of**

**19   that declaration, it states, I learned about the work**

**20   program upon my entry into the Adelanto facility and**

**21   requested to take part in that program.**

**22             So when you say you requested to take**

**23   part in the work program at Adelanto, how did you do**

**24   that?**

25             A.   Can you repeat whole sentence?

1            Q.    Yes.   The sentence is, I learned about

2    the work program upon my entry into the Adelanto

3    facility and requested to take part in the program.

4                  And my question is, how did you request

5    to take part in the program?

6            A.    Your question is how did I request to be

7    part of that job?

8            Q.    Yes.

9            A.    I wrote the form they have at Adelanto to

10   apply to work.

11           Q.    Abdi, could you repeat it for the court

12   reporter, your answer?

13           A.    Yes.   There is a form that they need

14   to -- there's a phone that they need to -- there's a

15   phone for apply to work, right, in Adelanto.

16           Q.    Yes.

17           A.    Yeah.  I wrote that one.

18           Q.    Okay.  So you filled out an application,

19   if I'm correct in understanding?

20           A.    Yes.

21           Q.    Okay.  And did you do anything else to

22   request to participate in the work program other than

23   fill out that form?

24           A.    Kites.

25           Q.    Kites, okay.

1              And can you tell me what your

2    understanding of a kite is?

3         A.   Kite is the thing that you request for

4    anything you need in Adelanto, not the work

5    application.  There's a kite I fill out too.

6         Q.   When you fill that out, who is that given

7    to?

8         A.   The kite?

9         Q.   Yes.

10        A.   I put it in the kite box.

11        Q.   Okay.  And then do you receive a response

12   to those kites?

13        A.   Some of them.

14        Q.   Okay.  And did you also receive a

15   handbook that describes the work program?

16        A.   Yes.

17        Q.   Okay.  So the next thing it says in your

18   declaration at paragraph 6 is, I currently work as a

19   porter in the work program.  As a porter, I work in a

20   five-to-seven-person crew to clean windows, floors,

21   showers, and communal areas in the Adelanto facility.

22   I work up to seven days a week.  I have worked as a

23   porter since approximately 2017.

24              So did you begin working as a porter as

25   soon as you arrived in Adelanto?

 1          A.   As soon as I arrived in Adelanto, I

 2    started working, but I was not getting paid right

 3    away.

 4          **Q.   Had you filled out the voluntary work**

 5    **program application at that point?**

 6          A.   Say it again.

 7          **Q.   Had you filled out the voluntary work**

 8    **program application at the time you started working?**

 9               MR. FREE:  I am going to object to the

10    form.

11               But, Abdi, you should answer the

12    question.

13          A.   (BY THE WITNESS):  Can you repeat it?

14          **Q.   (BY MS. SCHEFFEY):  Yes.  When you**

15    **started working, had you already filled out the**

16    **application?**

17          A.   Yes.  I did application and I was working

18    for free because the officer told me if I work free

19    long time, then I will see my name on the list.

20          **Q.   Okay.  And did you ever see your name on**

21    **the list?**

22          A.   Yes.

23          **Q.   About how long after you entered Adelanto**

24    **did you see your name on the list?**

25          A.   It takes a long time.  I'm not exactly

1    sure.

2         Q.   Okay.  And in your declaration you say

3    that you cleaned communal areas.  Can you tell me what

4    communal areas you cleaned?

5         A.   Explain it for me, what you mean, please.

6         Q.   It says that you worked in a crew to

7    clean communal areas.  And I'm wondering in that

8    declaration what did you mean by communal areas?

9         A.   What is communal areas?  I don't know

10   what you are saying.

11        Q.   When you cleaned, did you clean the area

12   near your bunk?

13        A.   I cleaned near my bunk, but not only

14   there.  I cleaned the drawer, all drawer.  I cleaned

15   the hallways.  I cleaned the kitchen.  I cleaned the

16   medical area.  I cleaned the station area.  I cleaned

17   the shower.  I cleaned the windows.  I cleaned the

18   tables.  I cleaned many places.

19        Q.   Okay.  And can you tell me about how you

20   were told which days and which areas you would clean?

21        A.   Can you repeat that?

22        Q.   Yes.  Can you tell me how you knew what

23   area to clean each day?

24        A.   The officer used to tell me what to do

25   and where to clean.

Abdiaziz Karim   10/23/2019                                         Page 22
RAUL NOVOA, ET AL. v. GEO GROUP

1          Q.    Okay.  And was there a sign-in sheet when

2     you performed that cleaning work?

3          A.    Say it again.

4          Q.    Was there a sign-in sheet for you to sign

5     when you performed that cleaning work?

6          A.    Sometimes yes, sometimes no.

7          Q.    And when there was a sign-in sheet, did

8     you sign your name?

9          A.    Yes.

10         Q.    And what was the significance of signing

11    your name?

12         A.    What do you mean?

13         Q.    Why did you sign your name?

14         A.    To see -- the officer told me if I sign

15    my name and clean many times, I will see my name on

16    the list and I will get paid.

17         Q.    So even on days when you were not getting

18    paid, you signed a sheet indicating you were cleaning?

19         A.    Yes.  Sometimes they sign me in the

20    paper.  They used to write my name on the paper or

21    sometimes he used to write on the porter list.

22    Sometimes he used to tell me, I sign for you.  And I

23    say okay.  I don't know what he was doing.

24         Q.    Okay.  You also said that you cleaned the

25    kitchen.  Were there any other jobs you did in the

1   kitchen?

2           A.   Yes.  I cleaned the dishes.  I cook

3   sometimes.  I don't cook, but I help somebody with

4   cooking.  I chopped the onions, tomatoes.  Did a lot

5   of things.  I took the trash.  Sometimes I help the

6   officer to dish the food.  I did a lot of things in

7   the kitchen.

8           Q.   Okay.  And did you work in the kitchen on

9   the same days you worked cleaning?

10          A.   Yes, yes.  I was cleaning and I was also

11  working the kitchen.

12          Q.   Okay.  And so did you begin -- when did

13  you begin working in the kitchen?

14          A.   I began working in the kitchen when I got

15  in Adelanto after few months.

16          Q.   Okay.  So about how many months would you

17  say before you started working in the kitchen?

18          A.   I'm not exactly sure; but I think like

19  three months, something like that.  But I'm not sure.

20          Q.   Okay.

21          A.   I was still new.

22          Q.   Was your work in the kitchen part of the

23  voluntary work program?

24          A.   Yes.  The officer told me, If you want to

25  work in the kitchen, you have to go with me and work

 1   for free few days; it may take a week; it may take a

 2   month, and then you will see your name on the list.

 3   And I used to go with him.

 4        Q.   Was there a sign-in sheet for the

 5   kitchen?

 6        A.   The first time, no.

 7        Q.   What about subsequent times?

 8        A.   The last time only one day he signed my

 9   name on the sheet.

10        Q.   Okay.  And if you were working in the

11   voluntary work program, what was your understanding of

12   what you would get paid each day, what amount?

13        A.   $1.  They tell us they don't have more

14   than that.

15        Q.   It was your -- was it your understanding

16   that you got $1 regardless of the number of jobs you

17   did that day?

18        A.   Say it again.

19        Q.   Was it your understanding that you got a

20   dollar regardless of the number of jobs you did each

21   day?

22        A.   Yes.

23        Q.   So if you worked in the kitchen and as a

24   cleaner in the same day, it was your understanding you

25   would get $1 that day?

Abdiaziz Karim   10/23/2019                                                    Page 25
RAUL NOVOA, ET AL. v. GEO GROUP

1          A.   Yes.

2          **Q.   Tell me about the extra food you would**

3   **get.**

4          A.   Yeah.   They say, If you work in the

5   kitchen, you will get food, you will eat as much as

6   you want in the kitchen.   You get nothing except $1

7   but you can eat, eat, eat all day when you're in the

8   kitchen.   So that was the benefit of going to the

9   kitchen because we were so hungry and they -- all food

10  they give us was not enough, so we need it.   And one

11  of the reasons I went to work in the kitchen is the

12  officer, midnight, used to come and wake us.   Whether

13  we work in the kitchen or not, he used to wake us up

14  so I couldn't sleep.   So I just work in the kitchen

15  because I'm not sleeping, stress, a lot of stress, and

16  because officer, when he wakes up one person in the

17  room, he wakes up everybody.   He shouts.   He makes

18  noise.   So everybody in the room wakes up.   So it's

19  better working in the kitchen.   I can eat some food

20  instead of waking you up because when officer awakened

21  me up, I couldn't sleep again.

22         **Q.   Okay.   So every day you worked in the**

23  **kitchen, you had access to additional food, if I'm**

24  **understanding you correctly?**

25         A.   Yes.   I had access to eat extra food but

 1   not like a lot, like some of the food.  Not

 2   everything, but some of the food.

 3          Q.   Okay.  And did you have friends that you

 4   worked with?

 5          A.   What did you say?

 6          Q.   Did you make friends with the people you

 7   worked with in the kitchen?

 8          A.   Yes, some people who work in the kitchen

 9   too we are friends.

10          Q.   Did those people live in your dorm?

11          A.   Yes.

12          Q.   Okay.  Were you able to see those people

13   when you were not working?

14          A.   Yes.

15          Q.   Okay.  So I am going to move to another

16   paragraph in your declaration, paragraph 17.

17                 MR. FREE:  I just want to make sure we

18   mark the declaration as Exhibit 60.

19                 MS. SCHEFFEY:  Yes.  The court reporter

20   has got it.  Thank you.

21                 MR. FREE:  Awesome.

22                 (Deposition Exhibit 60 was marked.)

23          Q.   (BY MS. SCHEFFEY):  So I'm going to go to

24   paragraph 17.  It says, I participate in the work

25   program in order to buy daily necessities that GEO

```
 1    fails to provide for me.  I rely on my wages to buy

 2    food and personal hygiene items from the commissary.

 3    I fear that if I stop participating in the work

 4    program, I will not have access to those necessities.

 5                 Do you remember writing that sentence or

 6    helping your attorneys write that sentence, Abdi?

 7         A.   Yes, I remember.

 8         Q.   So it was your position that you had to

 9    work in order to afford items from the commissary?

10         A.   Say it again.

11         Q.   It's your position that you had to work

12    in order to afford the items in the commissary?

13         A.   I don't understand this question.

14         Q.   I will try again.  In order to buy items

15    from commissary, did you have to work?

16         A.   Yes.

17         Q.   Okay.  And so you said you bought

18    necessities.  Can you tell me the kinds of things you

19    considered to be necessities?

20         A.   Like soup, fish, coffee, and many things

21    that I need at that time.

22         Q.   Could you repeat that for the court

23    reporter?

24         A.   Yes.  I mean, when I say what I need,

25    soup, fish, and a lot of things that I could eat at
```

```
 1    that time, anything that could fill my stomach.
 2            Q.    Okay.  Were there any other necessities
 3    you bought?
 4            A.    Yes.  Like coffee, tea that GEO didn't
 5    give us too, and a lot of things.
 6            Q.    Was there coffee served in the dining
 7    hall?
 8            A.    They serve coffee in the morning, but it
 9    is not real coffee.
10            Q.    Okay.  Were there soups served in the
11    dining hall?
12            A.    No.
13            Q.    Okay.  And was there fish served in the
14    dining hall?
15            A.    No.
16            MS. SCHEFFEY:  Okay.  So I am going to
17    hand the court reporter what will be 61.  That is
18    going to be the commissary activity.  For counsel on
19    the phone, I think I previously noted in the PDF copy
20    that it will be 62, but it will be 61.  It will be the
21    commissary activity.
22            (Deposition Exhibit 61 was marked.)
23            Q.    (BY MS. SCHEFFEY):  So, Abdi, I'm looking
24    at GEO Bates number 00030257.  There's a list of
25    things you purchased from the commissary.  I see on
```

Abdiaziz Karim   10/23/2019                                        Page 29
RAUL NOVOA, ET AL. v. GEO GROUP

1   here a few purchases of cookies.  Would you consider
2   cookies a necessity?
3           A.   Yes.
4           Q.   Can you explain that to me?
5           A.   Because cookies, when I eat cookies, it
6   fills my stomach.  And sometimes I am very hungry
7   because GEO, they give us little food around
8   5:00 p.m., and around 9:00 p.m. I am very hungry, so I
9   need to eat some cookies so I will feel a little bit
10  okay, and drink some water.  So it was -- the cookies
11  was in the position of food for me at that time.
12          Q.   And where did you get the water that you
13  would drink?
14          A.   In Adelanto.
15          Q.   Okay.  That was provided to you?
16          A.   Yes, but was not clean water all the
17  time.
18          Q.   Okay.  So I'm now looking at
19  GEO-Novoa 00030258.  On there it says you bought gummy
20  bears.  Would you consider gums to be a necessity?
21          A.   Yes, because candies and all those things
22  are calories.  And I was -- I didn't have energy in my
23  body.  I was feeling dizzy, so I was buying anything
24  to feel energy.  That's why I bought the candy.  If
25  GEO will give enough food, I wouldn't buy all those

1    things because I'm not going to need any calories.

2          Q.    What about butterscotch candy?

3          A.    Say it again.

4          Q.    What about butterscotch candy?

5          A.    Yes, all the candy.  I bought it to get

6    calories and to get energy because I was feeling so

7    dizzy, I was almost fall down.

8          Q.    And what about hair gel?

9          A.    Hair gel was -- while I was in Adelanto,

10   I lose all my -- most of my hair.  And GEO wouldn't

11   give us anything for apply on the hair since I came.

12   To the best of my knowledge, the first day I came

13   until the day I left, GEO didn't give anything to

14   apply my hair.  Even when I tell the doctor, I'm

15   losing my hair, he didn't even answer me very good and

16   he just laugh at me.  That's why I buy anything to

17   apply on my hair and body lotion to apply on my body

18   and my hair.

19         Q.    Okay.  And what about chips?

20         A.    What did you say?

21         Q.    And what about chips?  Would you consider

22   chips a necessity?

23         A.    Chips is one of the calories.  That's why

24   I bought.

25         Q.    Did you buy any deodorant?

Abdiaziz Karim  10/23/2019                                     Page 31
RAUL NOVOA, ET AL. v. GEO GROUP

 1          A.   What's that?

 2          Q.   **Deodorant is -- antiperspirant maybe is**

 3   **another word for it.**

 4          A.   I'm not remember, but I bought a lot of

 5   things.

 6          Q.   **What about vitamins?  Did you buy**

 7   **vitamins at the commissary?**

 8          A.   Yes, of course I buy.

 9          Q.   **Okay.  And so is fish a meat you prefer**

10   **over other meats?**

11          A.   What did you say?

12          Q.   **Is fish a meat you prefer over other**

13   **meats if given a choice?**

14          A.   Yes.  That is a meat I love.  And because

15   one of the reason I bought, I was so -- like I lose a

16   lot of muscles.  I become fat because the junk food

17   they give us only.  And I was so dizzy.  I was -- my

18   body, no nutrition.  So that's why I bought fish, to

19   survive.

20          Q.   **Did you buy any shampoo?**

21          A.   I don't remember.

22          Q.   **Do you remember buying any soap?**

23          A.   I don't remember.

24          Q.   **Okay.  Were you allowed to choose what**

25   **items you bought?**

 1          A.   In the commissary?

 2          Q.   Yes.

 3          A.   Yes.  But they don't used to have

 4    everything we need also.

 5          Q.   So as long as it was one of the options

 6    provided to you, you could choose which one of those

 7    options you wanted?

 8          A.   Yes.  Sometimes whatever we need, it was

 9    not in there, so we were buying something else to put

10    the position of what we needed.

11          Q.   And did Adelanto provide you with

12    toothpaste?

13          A.   What did you say?

14          Q.   Did Adelanto provide you with toothpaste?

15          A.   Yes.

16          Q.   What about soap?

17          A.   Yes.  They give us soap and toothpaste.

18          Q.   Did they provide you with shampoo?

19          A.   Yes.

20          Q.   Okay.

21          A.   But all those things that they gave us is

22    not -- they don't have quality.  And sometimes when

23    you need it at the right time, you need it, they don't

24    used to give it to us.

25          Q.   Okay.  I'm going to hand the court

1    reporter the Resident Account Summary which starts

2    with Bates number 00030279 and we are going to mark it

3    as Exhibit 62.

4              Is it your recollection that during your

5    time at Adelanto, a number of people made deposits in

6    your account?

7              (Deposition Exhibit 62 was marked.)

8         A.   Can you say it again?

9         Q.   Do you remember individuals or people

10   that you knew making deposits in your commissary

11   account while you were at Adelanto?

12        A.   Yes.

13        Q.   Okay.  I have a list of those deposits

14   here in front of me, and I think you received that on

15   your computer earlier when you reviewed documents.

16   I'm going to go through and ask you some questions

17   about those deposits.  Okay?

18        A.   Okay.

19        Q.   As I go through, I'm going to say Bates

20   numbers, which are not necessarily relevant to you at

21   this moment, but they are to your attorneys.  Okay?

22        A.   Can you say it again?

23        Q.   Can you repeat that?

24        A.   Can you repeat what you just said?

25        Q.   Yes.  I'm going to say Bates numbers, but

 1    those are not part of my question; they are just so

 2    your attorneys can follow along.  Okay?

 3          A.   Okay.

 4          Q.   So I'm going to start on

 5    GEO Novoa 00030279.  So on here we have a deposit of

 6    $300 from 8/15/19 from Hanna Sayuri.  Do you who that

 7    is?

 8          A.   Yes.

 9          Q.   Who is that?

10          A.   My friend.

11          Q.   Your friend?

12          A.   Yes.

13          Q.   How do you know that friend?

14          A.   She is a volunteer in California who was

15    helping me when I was in there.

16          Q.   Okay.  And why did she give you money?

17          A.   She gave me that money with her friends

18    in the community, volunteer community, to help me when

19    I get in Somalia because I was about to be deported.

20    So to save my life, they gave some money for me.

21          Q.   Was that money for your commissary?

22          A.   No.  That money was for my security when

23    I come Somalia.

24          Q.   Can you repeat that for the court

25    reporter?

1           A.    That money was for my security when I

2    came to Somalia because I was waiting my deportation

3    at that time.  So that volunteer group helped me

4    because if you don't have money, it's not safe in

5    Somalia.  So that's the reason they contribute that

6    money for me.  That money was not money to use in

7    Adelanto.

8           Q.    That was not money to use in Adelanto.

9    Okay.

10          And so I'm going to turn to page GEO

11   Novoa 00030280.  So on 7/29/2019, I see a deposit from

12   Lydia Wright.  Who was that?

13          A.    My lawyer, my attorney about this case.

14          Q.    Okay.  And what was that for?

15          A.    For phone call.

16          Q.    Okay.  What about Islam Mohammad on

17   7/15/2019, a deposit for $90?

18          A.    He is my friend who know me in Adelanto,

19   so he send me -- when I tell him I lose my case and I

20   had to go back, he send me some money.

21          Q.    Okay.  So he was also detained in

22   Adelanto?

23          A.    Yes, because he knew my situation when I

24   was in there.  That's the reason he was helping me.

25          Q.    How did you meet him?

Abdiaziz Karim  10/23/2019                                                   Page 36
RAUL NOVOA, ET AL. v. GEO GROUP

1         A.    In Adelanto.  We were friends in the

2   dorm.

3         Q.    Did you guys work together?

4         A.    Islam?

5         Q.    Yes, Islam.  Did you work together?

6         A.    Sometimes.  He used to do volunteer work.

7   I don't know if he got paid, but sometimes he would

8   clean with us.

9         Q.    So you got to clean together?

10        A.    Yes.

11        Q.    And became friends?

12        A.    Yes.

13        Q.    Okay.  I am going to turn to GEO

14   Novoa 00030282.  On 6/11/2019, there's a deposit from

15   Bonnie Ellman for $50.  Do you know what that was for?

16        A.    Say it again.

17        Q.    On 6/11/2019, there was a deposit from

18   Bonnie Ellman, E-l-l-m-a-n, for $50.  Do you know what

19   that was for?

20        A.    What date?

21        Q.    June 11, 2019.

22        A.    It was for money to use when I get

23   deported to Somalia.

24        Q.    Who is Bonnie?

25        A.    A friend.

```
 1          Q.   How do you know Bonnie?

 2          A.   I know same as Sayuri Hanna.

 3          Q.   So she was in a volunteer group?

 4          A.   Yes.

 5          Q.   Okay.  I also see on June 14, 2019, a

 6    deposit for $1,000.  Who was that from?

 7          A.   That's from volunteer group in California

 8    with Sayuri, and that money was money to use in

 9    Somalia.

10          Q.   Okay.  I see one on June 8, 2019, from

11    Robert Hannah or Hannah Robert.

12          A.   Yes.

13          Q.   Who was that?

14          A.   Same group, volunteer group from

15    California.

16          Q.   Okay.  I'm also looking at this and it

17    looks like some of this money went towards $40 of

18    commissary purchases on June 13, 2019.  Can you

19    explain to me what portion of the money you were

20    receiving was for the commissary?

21               MR. FREE:  Object to form.

22               You can answer, Abdi.

23          Q.   (BY MS. SCHEFFEY):  Abdi?

24          A.   Yes.

25          Q.   Do you want me to repeat it?
```

1              THE WITNESS:  I hear, but I don't know

2     what did you say, Andrew?

3              MR. FREE:  Just for purposes of the court

4     reporter, I was making an objection.  But I was

5     telling you you should answer her question.  Okay?

6              THE WITNESS:  Okay.

7         A.   (BY THE WITNESS):  So can you repeat the

8     question?

9         Q.   (BY MS. SCHEFFEY):  Yes.  It looks like

10    on June 13, 2019, you made a purchase for $40.83 from

11    the commissary.  I was asking what portion of the

12    money that you received from the individuals who we

13    have been discussing was for the commissary.

14        A.   I didn't get it exactly, the question.

15    Can you be more specific and like more like different

16    way?

17        Q.   Was any of the money from the volunteer

18    group meant for the commissary purchases?

19        A.   The money they gave to me was not made

20    for commissary.  It was made to give it to me and to

21    use it in Somalia.  But, anyway, that money was mine,

22    my own money; and if I was in need, like just

23    necessary I need, that time I was using it to buy what

24    I need that time.

25        Q.   Okay.  And what day did you learn you

1   **were going to be deported?**

2          A.   I learned at -- in -- sometime in June 3

3   when they checked my -- what do you call it? -- stay

4   on removal.  But not only that time.  I learned before

5   that time when I missed the deadline of stay on

6   removal.  I don't know what they call.  Like I learned

7   before that time.

8              THE COURT REPORTER:  I didn't understand

9   the whole answer.

10             MS. SCHEFFEY:  The court reporter would

11  like you to repeat the answer after, I think, the

12  June 3rd comment.

13             MR. FREE:  I am going to clarify if it's

14  okay, Adrienne.

15             MS. SCHEFFEY:  Yes.

16             MR. FREE:  I don't want to impose.

17             What Abdi is saying -- he is saying a

18  stay on removal.  Okay?  That's the term he is using.

19             THE COURT REPORTER:  That's what I didn't

20  understand.  Thank you.

21             MR. FREE:  I thought that might have been

22  it.

23          **Q.   (BY MS. SCHEFFEY):  All right.  So I am**

24  **going to go to GEO Novoa 00030284.  On this page I see**

25  **a deposit for cash on April 16, 2019, for $200.  Do**

1    you know what that was for?

2           A.   Can you repeat that?

3           Q.   Yes.  On April 16th, you deposited $200

4    cash.  Do you know who that's from?

5           A.   Yes.

6           Q.   Who was that from?

7           A.   That money came from my cousin from

8    Minnesota.

9           Q.   What's your cousin's name?

10          A.   Ayan (Phonetic).

11          Q.   And he was not detained at that time?

12          A.   My cousin, she's in Minnesota.  She's not

13   detained.

14          Q.   Okay.  And then a few days before that,

15   on April 11th, there was a money order deposit for

16   $145.  Who was that from?

17          A.   Say it again.

18          Q.   On April 11th, you deposited a money

19   order for $145.  Who was that from?

20          A.   400?

21          Q.   $145.

22          A.   It was when?

23          Q.   April 11, 2019.

24          A.   Yes.  Friends send to me for my birthday.

25          Q.   Okay.  What friends sent that to you?

```
 1            A.    The volunteer group.

 2            Q.    Okay.  There was also a deposit on

 3   April 3rd from Lily Sim.  Who is Lily Sim?

 4            A.    Lily Sim is the daughter of my friend who

 5   was detained in Adelanto.

 6            Q.    What was that deposit for?

 7            A.    It was for phone call and commissary.

 8   She just gave it to me.  I don't know what to do.  She

 9   just gave it to me.

10            Q.    And her father was detained at that time?

11            A.    He was deported to Cambodia.

12            Q.    Okay.  And why didn't she give that same

13   money to her father; do you know?

14                 MR. FREE:  Object to form.

15                 You can answer, Abdi.

16                 THE WITNESS:  What do you say?  Can I

17   answer?

18                 MR. FREE:  Yes.  Go ahead and answer if

19   you know the answer.

20            A.    (BY THE WITNESS):  I don't know why she

21   don't send her father.  Me, I call her and she know

22   about my situation because her father told her about

23   me because her father saw me in there, I was suffering

24   in there.  And her father was my best friend, so

25   that's why she send me.  I don't know anything else.
```

Abdiaziz Karim   10/23/2019                                        Page 42
RAUL NOVOA, ET AL. v. GEO GROUP

1          Q.    (BY MS. SCHEFFEY):   How did you meet her
2    father?

3          A.    In Adelanto.  He was my roommate.

4          Q.    He was your roommate?

5          A.    Yes.

6          Q.    Did you work together?

7          A.    Yes.

8          Q.    Did you become friends while working
9    together?

10         A.    We were friends in the dorm, not just
11   working together.  We were roommates.  We were in the
12   dorm together.

13         Q.    Okay.  I'm going to go to GEO Novoa
14   00030285.  There was a deposit on March 1, 2019, from
15   Bonnie Ellman --

16         A.    Yes.

17         Q.    -- for $16.  Who is Bonnie Ellman?

18         A.    Bonnie Ellman is a friend from volunteer
19   group.

20         Q.    Okay.  And what was that money for?

21         A.    That money was just to help me.

22         Q.    Was it for commissary purchases?

23         A.    For anything I need.  She just give it to
24   me.

25         Q.    Okay.  And then I am going to turn to

1    GEO Novoa 00030289.  It looks like there's another

2    deposit from Islam Mohammad for $99.  What was that

3    for?

4         A.   Just to help me.

5         Q.   To help you in what way?

6         A.   Just to help me, to give it to me,

7    whatever I need, phone calls to talk to my family, to

8    communicate, to do anything I need.

9         Q.   And was he detained at that time as well?

10   This is November 7, 2018.

11        A.   No.

12        Q.   He was not detained?

13        A.   No.

14        Q.   Did you meet him in detention?

15        A.   Yes.

16        Q.   How long was he detained with you before

17   he left?

18        A.   Almost six months.

19        Q.   Okay.

20        A.   I'm not sure exactly, but almost six

21   months.

22        Q.   There's a deposit on 10/28/2018 from

23   Charles Prieri, P-r-i-e-r-i.  Who is that?

24        A.   A friend.

25        Q.   How do you know Charles?

 1          A.    I know him before I came to the USA.

 2          Q.    How?

 3          A.    I know him social media.  I used to know

 4    him a long time and then when I came there, he knows

 5    that I was there, and then he visit me and he saw me

 6    and he is my friend.

 7          Q.    Okay.  And it says here he gave you $116.

 8    What was that for?

 9          A.    He gave it to me, myself, so he just gave

10    it to me.  There was no reason, for anything I need.

11          Q.    Okay.  And then I'm going to go to

12    00030290.  On September 21, 2018, you got a deposit

13    from Chen Austin Sing for $8.  Do you know what that

14    was for?

15          A.    Say it again.

16          Q.    On September 21, 2018, you received a

17    deposit from Chen Austin Sing for $8.  Do you know

18    what that was for?

19          A.    Just for friend.  He was my friend and he

20    gave it to me.

21          Q.    And who is Chen Austin Sing?

22          A.    Volunteer group too.

23          Q.    Can you repeat that?

24          A.    Volunteer group like Sayuri Hanna and

25    Bonnie Ellman.

1          Q.   Okay.  I'm going to turn to GEO Novoa

2   00030297.  On January 30, 2018, there was a cash

3   deposit for $500.  Do you know who that was from?

4          A.   Yes.

5          Q.   Who?

6          A.   My uncle.

7          Q.   How did he know to deposit in your

8   account?

9          A.   What did you say?

10          Q.   How did he know how to deposit into your

11   account or that you needed money?

12          A.   I don't understand.  Can you explain?

13          Q.   Yes.  Why did he give you that $500?

14          A.   Because I asked for it.

15          Q.   How did you ask him?

16          A.   I called him.

17          Q.   Okay.  Did your uncle live in the United

18   States?

19          A.   Yes.

20          Q.   Okay.  And then on GEO Novoa 000303031,

21   it looks like on August 22, 2017, there's a cash

22   deposit for $410.  Do you know who that's from?

23          A.   Yes.

24          Q.   Who is that from?

25          A.   That is mine.

```
 1            Q.    That was yours?

 2            A.    Yes.

 3            Q.    Was that the money you had on you at the

 4     time you were brought to Adelanto?

 5            A.    Yes.

 6            Q.    Okay.  So I'm going to go back to

 7     GEO Novoa 00030279.  It looks like when you left

 8     Adelanto, you had $2,401.95 in your account.  Does

 9     that sound right?

10            A.    Yes.

11            MS. SCHEFFEY:  Okay.  Do you guys mind if

12     we take a five-minute break?  I am pretty close to

13     done.

14            MR. FREE:  That's good on our end, yes.

15            (Recess taken, 8:23 a.m. to 8:31 a.m.)

16            MS. SCHEFFEY:  Back on the record.

17            Q.    (BY MS. SCHEFFEY):  So, Abdi, in the

18     declaration we have been discussing today, in certain

19     points it looks like -- I will point you to a specific

20     paragraph.  At paragraph 11 it states, GEO officials

21     routinely require detainees to clean the common spaces

22     and showers of my housing unit for no compensation.

23            When you wrote that sentence, were you

24     talking about your own experience or the experience of

25     someone else?
```

```
 1            A.   My own experience and experience of all
 2      my friends.
 3            Q.   And when you talked about the common
 4      spaces and showers, are those the showers you used?
 5            A.   Say it again.
 6            Q.   You talked about in this cleaning the
 7      common spaces and showers.  Would those be the showers
 8      that you would use?
 9            A.   I don't get the last word of your point.
10      Like what did you say the shower?
11            Q.   The showers that you cleaned, were they
12      the showers you used to shower?
13            A.   Yes.
14            Q.   And the common spaces, explain to me what
15      you mean by common spaces.
16            A.   Common spaces, the dorm, the tables, the
17      windows, my room, the light, the walls.
18            Q.   And the tables, what were those used for?
19            A.   Tables in the dorm.  Everybody uses.
20            Q.   What do you do at the tables?  Do you
21      eat?  Do you play games?
22            A.   We don't eat.  We eat in the dining room.
23      We were playing games.  People sit at the table.
24            Q.   Do you watch TV from the tables?
25            A.   Sometimes.
```

Abdiaziz Karim  10/23/2019                                    Page 48
RAUL NOVOA, ET AL. v. GEO GROUP

1        Q.    Okay.  Were the TVs typically on?

2        A.    What did you say?

3        Q.    Were the TVs usually turned on?

4        A.    Sometimes.

5        Q.    How many TVs were there in the dorm?

6        A.    Two TVs.

7        Q.    Were you in east or west, if you know?

8        A.    I was east.

9        Q.    East.

10       A.    No, no, no.  W.  It's west, west.  Sorry.

11       Q.    Okay.  Can you describe to me the kind of

12  layout, what it looked like in west?

13       A.    I was in West 4, so there's four dorms.

14  And every two dorms, they have one small yard between

15  two dorms.  And inside the dorm, there's tables,

16  there's two TVs, and the sleeping rooms.  It's like

17  that.

18       Q.    And then --

19       A.    And then one shower.

20       Q.    One shower for your dorm?

21       A.    Yes.  In the dorm there's one shower, so

22  inside the shower they have like six like places to

23  enter like that.

24       Q.    Six places to enter; is that what you

25  said?

Abdiaziz Karim   10/23/2019                                                   Page 49
RAUL NOVOA, ET AL. v. GEO GROUP

 1          A.   Yes.  Inside the shower, they have six
 2   different -- there's one big shower, so inside you
 3   have like six -- I don't know how to explain.
 4          Q.   Okay.  Maybe six different shower heads?
 5          A.   Yes.  Six heads of shower inside one big
 6   place.
 7          Q.   Okay.  And that was the area you had to
 8   clean?
 9          A.   Yes.
10          Q.   Okay.  And was there Xbox in your dorm?
11          A.   What did you say?
12          Q.   Was there an Xbox in your dorm?
13          A.   Yes.
14          Q.   And where was that?
15          A.   Close to the shower in storage.
16          Q.   When could you use the Xbox?
17          A.   The daytime.  I never used it.  They used
18   daytime.
19          Q.   Okay.  So you never used the Xbox?
20          A.   No, I never used.
21          Q.   Would you have been sad if they took away
22   the Xbox?
23          A.   What did you say?
24          Q.   Would you have been upset if the guards
25   took away the Xbox?

1          A.    Well, I saw them harassing the other

2     detainees who are like me, I feel sad.  Even though I

3     don't like the Xbox; but when I see them harassing the

4     other detainees and they take it away and they using

5     power and we cannot do nothing, at that time, I feel

6     like so bad.

7          Q.    Okay.  How often did that happen?

8          A.    That happened when any detainee refused

9     to clean or he said he is not ready at this time, they

10    take away the Xbox; they turn off the TV; sometimes

11    they all day no dayroom.  We have been in our rooms

12    and we don't get our daily needs like shampoo and

13    toothpaste, toothbrush, lotion, all those things.

14    Like anytime the officer is angry, the Xbox will go

15    away.

16         Q.    Let me make sure I understand.  If they

17    were angry, they would come and take away everyone's

18    toothbrush?

19         A.    What did you say?

20         Q.    If a guard was angry, they would go into

21    each dorm and take away everyone's toothbrush?

22               MR. FREE:  Object to form.

23               You can answer, Abdi.

24         A.    (BY THE WITNESS):  Yes.  Can you be like

25    more clear?  I don't understand the question.

1          Q.    (BY MS. SCHEFFEY):  Yes.  So if someone
2     got in trouble for refusing to clean, is what you are
3     saying, guards would take away their toothbrushes?
4          A.    Like when the guards are angry and you
5     need a toothbrush or you need anything from them, even
6     when you want to use the toilet and you need a toilet
7     roll, like tissue, they are not going to give you.
8     When the officer is angry, he don't want to give you
9     nothing.  Anything you need from them, you are not
10    going to get that day.  Like since that officer was
11    there and he is angry, you are not going to get
12    nothing until the next shift and new officer come.
13    Even sometimes the other officer will tell the officer
14    who is going to come, and if the officer is mad too,
15    he will be the same, like all day you are not going to
16    get toothbrush, toothpaste, toilet roll.  All
17    necessary things you need that day, you are not going
18    to get because of one officer get mad or because one
19    detainee refused to clean or something that's very
20    minor.
21         Q.    So it wouldn't matter -- let me start
22    over.
23               So it wasn't necessarily you who would
24    refuse to clean, right?
25         A.    Yes.

1          Q.    If someone else who you had no control

2     over refused to clean, it would be the same outcome?

3          A.    Sometimes.

4          Q.    Can you give me an example of the type

5     of -- you said some of it is minor -- type of things

6     that people would refuse to clean?

7          A.    Sometimes an officer will tell a detainee

8     to clean the shower or to clean the dayroom or to

9     clean somewhere and the detainee gets angry and the

10    detainee says, I'm not cleaning it, I'm not ready, and

11    the officer stands up and he shouts at that guy to

12    clean and the guy refused and officer start turning

13    off the TV everybody was watching.  This one person

14    did this so the officer went and want somebody else to

15    step up and do this guy's job.

16          One day I asked the officer, I said, You

17    don't even ask us, like you don't even talk to us

18    nicely.  Like he is the one who refused to clean, why

19    are you punishing all of us?

20          He said, Okay, you heard me when I was

21    talking to you, why don't you step up and do?

22          And I said, So you want me to understand

23    like without you telling me?  I'm not an angel.  I

24    cannot know what you say when he's talking to him and

25    you never told me.  I told him to not be rude and to

Abdiaziz Karim   10/23/2019                                              Page 53
RAUL NOVOA, ET AL. v. GEO GROUP

1    calm down and turn on the TV.

2              And he said, No, until you guys clean,

3    nobody is going to watch TV.  And he stand up and he

4    turned off everything.  And when I saw him, he is

5    using like power and like dictator and like everybody

6    get angry and like everybody saying that we will clean

7    but don't use like power.  And he make us go back to

8    our dorm, our rooms.  He talk on the radio and he put

9    us back in our rooms.  And we were in the room like

10   more than 20 minutes.

11         Q.    More than 20 minutes?

12         A.    Yes, because one person refused to clean.

13         Q.    Okay.  And then after that, were you

14   allowed back into the room with the TVs?

15         A.    After that, we come out and we were

16   watching the TV; but the officer whole day, he was

17   angry, and whole day like when we need tissue or

18   anything like necessary things, he show his face, he's

19   angry, like you look at him, he wants to like kill

20   you.  Like when you look at his eyes, you fear.  Like

21   everybody don't want to mess with him.  All day he was

22   angry and everybody was sad that day.

23         Q.    Do you remember the name of that officer?

24         A.    Yes.

25         Q.    What is the name?

```
 1          A.    That guy's name is what you call Ramirez.

 2          Q.    Ramirez.  Okay.

 3                Were you ever personally disciplined for

 4     anything you did?

 5          A.    I was not being in segregation, but I was

 6     punished in different ways.

 7          Q.    Can you tell me about how you were

 8     punished and what for?

 9          A.    One day officer came to my room and I was

10     eating soup and she said, Hey, pick those tissue

11     rolls.  And it was not close to my bed; it was very

12     far from me and just organized in the corner close to

13     the toilet.  And I was eating food and she said I have

14     to pick those tissue rolls.  And she was not talking

15     to me nicely.  And I said, Ma'am, I am going to take

16     it, no problem.

17                And she said, You have to take it now,

18     stand up and take it now.

19                And then I said, Ma'am, calm down, I'm

20     eating now, so let me finish my food and I will pick

21     it later on.

22                And she shouted at me, she said, Take it

23     now or you will go to segregation.  She threatened me

24     like to take those things right now.

25                And then I said, Ma'am, take it easy.
```

1              And then she get angry and left.  She

2    told me she is going to call the sergeant.  She talk

3    on the radio and came back with plastic.  She throw

4    away all my belongings.  She even throw away the

5    clothes that GEO gave to me because GEO gave me three

6    pants, three shirts, three T-shirts.  She throw away

7    everything except what I was wearing.  She even throw

8    away my blanket.  That night, I sleep without

9    blankets.  And also she throw away some of my

10   commissary stuff.

11             I was angry and I don't know what to do.

12   I was so frustrated.  I asked, Why are you doing this?

13   And she refused to talk to me.  And I just be patient

14   that day and I not take it serious.  I just leave it

15   alone.  And since she's a woman, I don't need to argue

16   with her a lot.

17             And after two day or like three day, then

18   the sergeant came.  And same case, telling me that,

19   Why don't you follow the officer what she told you

20   that day and that day?

21             And I said, Hey, what are you talking

22   about?  I was the one who been harassed.  I'm the one

23   who's supposed to complain.  What are you talking

24   about?  Even that woman, she even discriminate me and

25   insulted me and I don't even answer.

1              I explained to the supervisor that day; I

2   said, I don't know what you are talking about.  I am

3   the one being discriminated.  I'm the one being who

4   all his stuff thrown away.  I show my bed.  There was

5   not even a blanket on it.  I show everything in there.

6   I show even myself.  I was wearing one trouser and one

7   shirt and one T-shirt and one boxer.  And I didn't

8   have anything else.  I show everything.

9              And he said to me, Okay, okay, okay.  And

10  first time he was -- he handcuffed me.  He tell me to

11  against the wall, face the wall, and put my hands at

12  my back and he handcuffed me and he shouted at me and

13  he threatened me he's going to take me to segregation.

14  And when I explained to him everything, he don't want

15  to listen to me.  And he's angry at me and shouting at

16  me, insulting me, telling me that he is going put me

17  in segregation and beat me up and do this if another

18  time this woman complain about me.  And he left so

19  that time.

20             Another time --

21        Q.   So did you go to segregation on that

22  occasion?

23        A.   No, I didn't go to segregation.

24        Q.   When you were eating soup, where were you

25  eating soup?

```
 1            MR. FREE:  I'm sorry.  He was not

 2   finished with his answer.

 3            Abdi, did you have more to say?

 4            THE WITNESS:  Yes, I have more to say.

 5            MS. SCHEFFEY:  Okay.

 6        A.   (BY THE WITNESS):  So that day was one

 7   day that I get punished.  I didn't get to segregation,

 8   but it was a big punishment for me because it was a

 9   very cold night and I slept without blanket.  And two

10   days I couldn't take shower --

11        Q.   Abdi, did we lose you?

12            MR. FREE:  Abdi, I'm sorry.  We lost you

13   at two days I couldn't take a shower.  And then the

14   call dropped.  So if you can, just pick up if you can.

15        A.   (BY THE WITNESS):  Okay.  No problem.

16            Two days I didn't take shower because

17   whenever I want take shower, I need to wear same

18   clothes again.  And that was very big punishment for

19   me and very disappointment for me.  I couldn't even

20   sleep those nights, like very stressful.

21            And another time I get punished in

22   Adelanto, but I was not taken to segregation, but same

23   like segregation, like solitary.  I was alone all day

24   in one room myself alone.  It was in intake.  And

25   intake and segregation, segregation is better because
```

1    segregation have a bed to sleep and blanket.

2              In December 28th, my ICE officer called

3    me to sign deportation, 2018, December 28, 2018.  My

4    ICE officer called me to sign deportation because my

5    BIA case was denied.  And then it was around

6    lunchtime.  I ate my lunch intake.  I finished with my

7    ICE officer right way in ten minute.

8              And then the GEO officer, he was taking

9    back some other detainees to their dorm.  And I said

10   to him, Okay, what about me?  Are you going to take me

11   back too?

12             And he said, No, you have to clean here

13   first and then I will take you back.

14             And then I said, Hey, what are you

15   talking about?  (Unintelligible) condition I said.  To

16   clean here and take me back, these are different

17   things.  I explained for him, To take me back is your

18   duty, your job, you are officer.  I finish my things.

19   I finished with my other (Unintelligible).  You're

20   taking the other detainees, so you have to take me

21   back.  Don't tell me to clean after you are going to

22   take me back.

23             And he said -- he was angry.  And I was

24   sitting on top of somewhere -- I don't know how to say

25   now -- he told me, Get your black ass down.  He

1    insulted me.

2                And then when I come down and I said,

3    Don't insult me.

4                And he said to me, Clean it here.  If you

5    don't clean, you are not going nowhere.

6                And then I said, I'm not going to clean.

7                And then he take all other detainees back

8    to the dorm except me.  From lunchtime until night, I

9    was in the solitary alone in -- what do you call

10   it? -- intake.  And in intake it was very cold and I

11   didn't have a blanket; I didn't have a jacket.  And

12   the conditions, the weather was very cold.  I was so

13   frustrated.  I don't know what to do.  I tried to

14   knock the window.

15               I talked to the other officers, I said,

16   Hey, why don't you take me back?  Why are you making

17   me alone?  And I tell him that, this guy, because I'm

18   black, he don't want to take me back because he told

19   me, Get your black ass down.  And I remember that all

20   day and I was very headache, I had headache.  And I

21   said, Because I am black, that's why you don't want to

22   take me back.  And that was the reason he don't want

23   to take me back, I knew.  And I said, You take

24   everybody else except me.  Why?

25               And he said he is not going to take me

1    back because I refused to clean.

2              And then I said, If -- So if I refused to

3    clean, you don't need to punish me.  This punishment

4    is torturing me, it's torture.

5              Then he said, You are going nowhere, and

6    he was angry.

7              And I tried to talk to the other

8    officers; and the other officers, they talked to me

9    like mocking at me, like saying, Hey, why did you do

10   yourself like this, why don't you just clean?  And

11   every officer come and talk to me same way; every

12   officer come and talk to me same way.

13             Even other detainees who come after and

14   they finish their thing, again they were taken back.

15   Another officer, he was trying to take me back.  This

16   officer come and he said, No, no, no, don't take this

17   guy, except those others.

18             And all day I was there, all day very

19   cold.  I couldn't sleep.  Standing up until like all

20   my legs were like swelled, all my face like change, I

21   was lying in hell and I don't know what to do.  And

22   then I was very angry.  I start knocking the window,

23   nobody talking to me, everybody laughing at me.  And I

24   saw a phone inside intake and I tried to call my

25   lawyer or anybody else that can answer.  When I tried

1    to make call, the intake telephone doesn't work.  It

2    just says press 9 to report E-I-E-A -- I'm not exactly

3    sure.  It was saying something like that.  I didn't

4    know what does that mean.  But at that moment what I

5    was (Unintelligible) was reporting something.  And my

6    point was to report something.  And then I just dial 9

7    because -- not by mistake.  I dial 9 because I want to

8    report something.  I was punished, discriminated; I

9    was tortured in there all day; the officer is rude to

10   me illegally and nobody knows; and I want to report

11   something.

12            And then when I dial 9, it says to me,

13   Record your voice, and I record my voice.  And then in

14   10 minutes or 20 minutes the supervisor called me and

15   then he told me, What happened you?  Why did you dial

16   9?  Did they rape you?  Like by saying like mocking at

17   me, like disrespecting way.

18            And I said, Nobody raped me.

19            He said, Do you sexually get assault?

20            And then I said, No.

21            And he said, Did you physically get

22   assault?

23            And then I said, No.

24            And he started to giving me small paper

25   that explains about sexual assault and all those

1    things.  And then he said -- and then I said, They

2    don't sexually assault me.  I tried to explain what

3    happened to me.  I said, This officer, this guy

4    discriminate me; he insulted me; he punished me; all

5    day I was in there; he didn't like this because I

6    refused to clean.  And then he don't want to listen to

7    me.

8              He look at me and said to me, Those

9    things you want to say, you will say in grievance; you

10   don't tell me.  He said, What I want is you dial 9 and

11   if you dial it -- so he said to me, When you dial 9,

12   it means that they rape you.  So if they don't rape

13   you, you have to sign this paper saying that I dialed

14   9 by mistake; I was not sexually been assaulted; I'm

15   okay, say like this.

16             And I said, I don't dial by mistake.  I

17   said to him, I dial it because I needed to dial

18   because I need to report something, but not sexual

19   assault, but torture and punishment and the officer

20   using power that I don't know who give that power to

21   punish me all day.  So that's why I tell this.

22             And then he coerced me, like shouting at

23   me, and said, Hey, you don't get sexual assault, you

24   have to sign this paper.  Otherwise you will be in

25   trouble because you are not sexually been assaulted

Abdiaziz Karim   10/23/2019                          Page 63
RAUL NOVOA, ET AL. v. GEO GROUP

1   and (Unintelligible) is when you sexually been

2   assaulted.  So you have to say all these things.

3              And then I said, I cannot dial 9 by

4   mistake.  I say, I dial 9 because of this and this.

5   And he don't want to listen to me.

6              Then he forced me, You have to do it.

7   And then I did it because I fear him because he can

8   beat me because the officer punished me like that.  So

9   I think supervisor come by and can punish me more than

10  that.  So I accept everything he was saying and I

11  signed everything he was saying, and also that time I

12  was get punished.

13       **Q.   Okay.  So can I go back to your first**

14  **story about the officer.  Were you in your bunk when**

15  **you were eating those noodles?**

16             A.   I was sitting on the table inside my

17  room.

18       **Q.   In your room.  Okay.**

19             A.   Yes.  I was sitting -- there's a table

20  and -- what do you call it? -- chair.  So I was

21  sitting on the chair and my food was on top of the

22  table.

23       **Q.   And the tissue she asked to you pick up**

24  **were where?**

25             A.   Next to the toilet.

1        Q.   Next to the toilet.

2             Is the toilet near your bunk or your bed?

3        A.   No.  It's very far.  My room is very big,

4   was eight persons room, and I was a one low, 2011 low.

5   And the toilet is close to 2014 low.  It's very far

6   from me and tissue was in a little corner, and it was

7   organized too.  And I was eating food, so it's not

8   right when you are eating food to take the tissue

9   because it's not clean time.

10       Q.   But was the tissue in the room with your

11  sleeping bunk?

12       A.   What did you say?

13       Q.   Was the tissue in the room where your

14  bunk was, where your bed was?

15       A.   Not my bed.  It was next to the toilet.

16       Q.   And is the toilet in a different room

17  than your bed?

18       A.   The toilet is same room, but the toilet

19  is very far from my bed.

20       Q.   Okay.  But in the same room?

21       A.   Yes, same room, but the room is very big.

22  It's not like the other room, four people.

23  Eight-people room.

24       Q.   And the toilet is not in the common area;

25  is that correct?

1          A.    What did you say?

2          Q.    **The toilet is not out in the common area**

3    **with the TVs; is that correct?**

4          A.    No.  Toilet is in the room.

5          Q.    **Okay.  And then the time that you said**

6    **you were put in intake, were you working on the**

7    **voluntary work program that day?**

8          A.    That day, I come to intake just to sign

9    my deportation, to meet with my ICE officer.

10         Q.    **So it was the ICE officer you were with?**

11         A.    What did you say?

12         Q.    **You were with the ICE officer in the**

13   **intake?**

14         A.    I meet with him and I finished with him

15   and the ICE officer left and I supposed to come back

16   to my dorm.

17         Q.    **Okay.**

18         A.    But GEO officer refused to take me back.

19   He punished me because I refused to clean.

20         Q.    **And why didn't you write about this in**

21   **your declaration?**

22              MR. FREE:  Object to form.

23         A.    (BY THE WITNESS):  Yes.  I tell my

24   lawyer.  I explained for him.

25         Q.    **(BY MS. SCHEFFEY):  Okay.  So were you**

Abdiaziz Karim   10/23/2019                                          Page 66
RAUL NOVOA, ET AL. v. GEO GROUP

1    ever placed in solitary confinement other than what

2    you just described of the intake situation?

3           A.   No, only that day.  And it was more

4    difficult than segregation because I asked the people

5    who been in segregation how segregation look like.

6           Q.   When you called the phone that you

7    described you made a phone call and you were told to

8    file a grievance, what was your understanding of what

9    that officer meant?

10          A.   What did you say?

11          Q.   When the officer told you to file a

12   grievance when you were on the phone, did you file a

13   grievance?

14          A.   When he was telling me to file a

15   grievance, I was not on the phone.  I was with the

16   supervisor's office.

17          Q.   Okay.  And did you file a grievance?

18          A.   No.

19          Q.   Why not?

20          A.   Because I was punished by the GEO officer

21   and the supervisor (Unintelligible) was angry with me,

22   he don't want to help me; and because of my

23   understanding, even the grievance (Unintelligible),

24   the GEO officer.  So I don't consider grievance would

25   help because I know what was happening in front of my

1  eyes because I was eyewitness in there what was

2  happening.  I was a living witness.  I was living in

3  there and I know the situation in Adelanto.  And

4  because GEO officers punish the people who write

5  grievance, I fear for my life in there because I

6  didn't know that how long I am going to live in there.

7  So that's why I didn't have the confidence to do all

8  those things.

9       Q.   Okay.  Thank you.

10           I am going to hand the court reporter the

11  detainee file and we are going to mark it as 63.

12           (Deposition Exhibit 63 was marked.)

13           THE WITNESS:  Can I have a five-minute

14  break?

15           MS. SCHEFFEY:  Of course.

16           (Recess taken, 9:59 a.m. to 9:06 a.m.)

17       Q.   (BY MS. SCHEFFEY):  Okay.  Right as we

18  were going off the record, I had handed the court

19  reporter the detainee file and we marked it as

20  Exhibit 63.  I am now going to go to page GEO Novoa

21  00030190.

22       A.   Okay.

23       Q.   Abdi, do you remember using kite forms to

24  request clothing while in Adelanto?

25       A.   Yes.  I remember using the kite form for

1    clothing, but they don't give us all the time what we

2    request.

3            Q.   Okay.  I'm looking at a kite that asks

4    for two T-shirts small size, and one boxer M.  Thank

5    you.  And at the bottom, it says, Approved.  There's a

6    box and there's a line near it and it says, One boxer

7    and one T-shirt.

8            Do you remember a time when you received

9    a boxer and a T-shirt from a guard or from --

10           A.   Yes.  Yes.  Many times.

11           Q.   Many times?

12           A.   Yes, but not all the time I needed.

13   Example, like when I request ten times, maybe I get

14   three time or four time.

15           Q.   Okay.  But you were able to get clothing

16   through kite forms?

17           A.   No, not every time.  And let me explain

18   this.  To get -- when you write a kite, only when you

19   have -- example, if I have my T-shirt and my T-shirt

20   is like old, they will take it from me.  But if I lose

21   my T-shirt -- like GEO officer sometimes come and

22   throw away all your things.  Like the day that GEO

23   officer throw all my clothes, I couldn't get any

24   clothes with kite because they needed the old clothes

25   to give you the other one, new one.  And even

1    sometimes when you write a kite and put in the

2    request, sometimes they don't even give you, they just

3    throw away the kite.  Sometimes sergeants will tell

4    you, I didn't see, I haven't seen.  Sometimes you get,

5    but not all the time.

6         Q.    Okay.

7         A.    It's very difficult.

8         Q.    Was there another way to get clean

9    laundry, like a laundry list or some other way?

10        A.    Yes, there's other way.  The easiest way

11   was you have to follow the officer.  He will tell you,

12   Go with me.  And you clean the hallways; you clean the

13   dining rooms; you clean the medical; you clean the

14   station area.  When you work, get tired, like you work

15   three hours, four hours, then he give you some new

16   clothes, like pants or shirt or T-shirt or boxer.

17              Otherwise, when I write a kite and they

18   approved for two T-shirts, sometimes they give me the

19   very old like the one I had before, like old boxer.

20   Even some boxers have some yellow stain on it that

21   they are giving me and then I couldn't use it and I

22   need to write another kite.  And when I write another

23   kite, he brought back same boxer that I wanted him to

24   change for me.  So that's what was happening there.

25        Q.    Okay.  Was there a laundry list?

Abdiaziz Karim  10/23/2019                                            Page 70
RAUL NOVOA, ET AL. v. GEO GROUP

 1          A.   What do you mean?

 2          Q.   Is there a laundry list where you can

 3    request laundry?

 4          A.   I just write a kite.  I don't know what

 5    else they have there.  I don't remember.

 6          Q.   Okay.  I'm going to turn to GEO Novoa

 7    00030210.  This is a kite.  At the top, it says,

 8    Attention laundry.  And on it, it says, My clothes

 9    were lost, slash, stolen.  I was left with these items

10    which are not mine, two small white T shirts, two

11    pairs of socks, one small boxer, and one towel.  Thank

12    you.

13          A.   Uh-huh.

14          Q.   So on here it says you need a signature

15    required for reissuing clothing.  Is that your

16    recollection?

17          A.   What do you mean?

18          Q.   The response is that you need a signature

19    for reissuing clothing when yours was stolen.  Is that

20    what you were talking about?

21          A.   I don't get you.  Like what I need

22    signature like how?  I don't understand what that

23    entails.

24          Q.   So GEO informed you that you needed a

25    signature to reissue the clothing.

1          A.   Uh-huh.

**2          Q.   Is that --**

3          A.   Not only that one.  Many times that I

wrote a kite asking for clothes to get new clothes.

Sometimes when I send my clothes to laundry for

cleaning, I don't get it back.  They put it by mistake

in other dorm and I don't get my clothes back.

Sometimes my clothes, officer throw away.  Sometimes

my clothes where stolen.  When I write a kite, I don't

used to get it back, my clothes.  I remember I wrote

almost five, six kites and I didn't have clothes.  I

was wearing like one pair that I was wearing and I was

not -- I didn't get nothing until other detainee who

was leaving, who was going outside, give me some of

his clothes and I put it in a kite saying, Change it

for me.  When I say change it for me, they will

change.  But when I say -- like when they throw my

clothes or all those things, they never used to give

me.  Even the exchanging, they don't give you even

sometimes.  And even when they give it to you,

sometimes they give you exchange but old clothes, very

old clothes, like more than like the one you were

changing.

**24          Q.   And why is that not in your declaration?**

25          A.   What did you say?

1            MR. FREE:  I am going to object to the

2    form.

3            But you can answer.  Okay, Abdi?

4            THE WITNESS:  Okay.

5        **Q.   (BY MS. SCHEFFEY):  Why are these**

6    **comments you are making about the laundry not in your**

7    **declaration?**

8        A.   Because I tell my lawyer all those

9    things.  And when I was in Adelanto, I was not

10   mentally okay because you guys punished me.  Like I

11   was frustrated and I need to remember a lot of things.

12   And what was happening in Adelanto was not something

13   that like what's going to happen here in Somalia.

14   Here in Somalia, something can happen to me today and

15   after a month, something can happen to me, but that

16   was living day.  Like food, you eat three times a day.

17   Like tomorrow, you eat.  Like tomorrow, you eat.  You

18   cannot talk about all what you eat this year; but if

19   you go back to all this year, you will remember every

20   day, new things every day.  Even every day when I

21   sleep nighttime, sometimes I have like nightmare what

22   was happening in GEO that even I can't even tell you

23   now.  There's a million things.  Like this will be in

24   my mind like even until -- today I'm 25 years old.

25   Until like 75 years, until I die, this is not going to

```
 1    finish, the punishment I receive in Adelanto.

 2                 So that's not something that I can tell

 3    everything with my lawyer, but I try my best and I

 4    tell everything that day when I meet with my lawyer

 5    because my lawyer was just with me a few hours and I

 6    couldn't say everything and it was so difficult.  Like

 7    even when I was talking, I couldn't talk even like.

 8         Q.    I understand.

 9               Did you have family in Adelanto with you?

10         A.    In Adelanto, I had like cousin, like

11    distant cousins.  Like in Somalia, we call cousin the

12    person who have the same tribe with you.  Like example

13    I'm from the family of Elaay.  Anybody who is Elaay in

14    Somalia, when I see, like he is my cousin.  Especially

15    when I see him in another foreign country, I will call

16    him cousin.  It's like that.  I used to have some

17    people like that.

18         Q.    Can you spell the tribe for the court

19    reporter?

20         A.    What did you say?

21         Q.    Can you spell Elaay for the court

22    reporter?

23         A.    Yes.

24               MR. FREE:  How would you write the name

25    of your tribe if you were going to write it?  What
```

 1    letters would you write?

 2              A.   (BY THE WITNESS):  Elaay is E-l-a-a-y.

 3                   And my mother's side is Ogaden.  Ogaden

 4    is O-g-a-d-e-n.  So the people who come from my

 5    mother's side, anybody who is Ogaden, I consider to

 6    be -- not all Ogaden, like the tribe of my mom,

 7    anybody whose that tribe, I consider the cousin on my

 8    mother's side.  And anybody who's Elaay is my cousin

 9    from my father's side.  Somali culture; that's our

10    culture.  We make brothers each other as tribes.

11    Especially when we see each other in Adelanto or some

12    foreign country, if somebody needs some money, he is

13    my brother.  When he is same tribe with me, he is also

14    again my brother; but when he is separate with me, he

15    is my cousin.  So I have some people like that, a lot,

16    in Adelanto, and I meet with them a lot and I talk to

17    them.

**18              Q.   (BY MS. SCHEFFEY):  Did you get to live**

**19    with your cousins?**

20              A.   What did you say?

**21              Q.   Did you get to live with your cousins or**

**22    the people you considered to be your cousins?**

23              A.   I saw one -- some of my cousin was in

24    5 side.  I was in four side when I was new.  I request

25    to go.  It was not possible.  And many times I saw

1   somebody who is my cousin in 4 Charlie and I was in 4

2   Bravo and it was difficult to come to each other.  And

3   it was so difficult like because GEO, they don't do

4   favor for you like because he is your cousin.  They

5   don't do those things.

6           **Q.   Did you get to work with those people?**

7           A.   Like cleaning?

8           **Q.   Yes.**

9           A.   Yes, yes, because they were working.

10   They were like me and they needed the money, and so

11   that's why they worked.

12          **Q.   So if you didn't work, would you have**

13   **been able to see those people?**

14          A.   Like what do you mean?

15          **Q.   Would you have been able to spend time**

16   **with your cousins if you didn't do your voluntary work**

17   **job?**

18          A.   No.  That has nothing to do with working

19   or to meet cousins.  Cousins, we meet in -- what do

20   you call? -- in the church or in somewhere like that

21   or some of them move to my dorm.  They have nothing to

22   do with meeting with my cousin, working.

23          **Q.   Okay.  Did you ever move dorms while at**

24   **Adelanto?**

25          A.   Yes, many times.

Abdiaziz Karim   10/23/2019                                    Page 76
RAUL NOVOA, ET AL. v. GEO GROUP

```
 1          Q.    Many times?

 2          A.    Yes.

 3          Q.    Did you ever request to move dorms?

 4          A.    Yes.

 5          Q.    And was that request granted or approved?

 6          A.    Like 90 percent my request was rejected.

 7    One time my request was accepted.

 8          Q.    One time?

 9          A.    But once I was in 5 side.  They moved me

10    to 4 side; they accepted me.  But they moved me more

11    than four times by different reason, like changing the

12    dorms or something like that or officer was angry with

13    me so he wants to move me to another dorm.  They only

14    move me when they need.  When I need, they don't move

15    me.  And they don't move me the way I like or I have

16    cousin or friend in there.  They moved me one time and

17    I thanks for them that time because I was so stressed

18    and frustrated.  I was in 5 Charlie and all the

19    Somalis were moved to 4 side because they were Muslim,

20    so they moved all Muslims together.  And when they

21    moved everybody, all the Somalis, and even the

22    Africans, and even people who speak Arabic -- me, I

23    speak Arabic and I speak Somalia and I speak -- the

24    other African people, we are same culture, we

25    understanding each other.
```

Abdiaziz Karim   10/23/2019                                    Page 77
RAUL NOVOA, ET AL. v. GEO GROUP

1                    So when they move all those people

2    4 side, I was so stressed and I was so depressed, like

3    I don't know what to do, so sad.  And I wrote a kite

4    again and again and again, and they moved me.  I asked

5    them to let me move with those people because I want

6    to talk to them; I want to be less stress; I want to

7    socialize.  And it was dangerous sometimes to live

8    with people that who don't understand you, different

9    culture, different community.  So it was very danger.

10   And I requested to move with my Somali brothers and

11   they accepted one time and I was so grateful for that.

12   And that's one of the good things they do.

13        Q.   Good.

14             So you did eventually get to move and

15   live with your cousins, friends, other East Africans?

16        A.   Yes.

17        Q.   Okay.

18        A.   Once.

19        Q.   Would you say you used kites frequently?

20        A.   What do you mean?

21        Q.   Would you say you felt free to submit a

22   kite whenever you needed something?

23        A.   Most of the time.

24        Q.   All right.  So we discussed that you were

25   a cleaner.  I think it's been described in your

Abdiaziz Karim  10/23/2019                                    Page 78
RAUL NOVOA, ET AL. v. GEO GROUP

1    declaration as being a porter.  How many people did

2    you work with in that position?

3         A.   Like sometimes seven, sometimes six,

4    sometimes five.  But there's no like limit and there's

5    no exact number that I can tell you.  But like if I

6    guess, like those numbers.

7         Q.   Okay.  And you previously said that you

8    worked with some of your friends doing that, right?

9         A.   What did you say?

10        Q.   You previously said some of your friends

11   worked with you as cleaners?

12        A.   Not like everybody is my friend.

13   Everybody who is in there, we are friends because the

14   situation make us friends, not like the really friends

15   of outside, but many people working.  And normally

16   everybody was in Adelanto like me and I was very

17   friendly with them, so everybody was my friend.

18   Everybody was working, like everybody who was in the

19   rooms, everybody who was -- everybody was my friend.

20   So many friends of mine, we are working in the

21   cleaning.

22        Q.   Do you remember any of the names of the

23   people you worked with who were your friends?

24        A.   There's too many.  Like I can't remember

25   some of them because at that time, I was so -- my mind

 1   was not okay, so I can't remember all those names.

 2        Q.   Can you remember any names?

 3        A.   Like Sim, my friend from Cambodia, he

 4   used to clean also when I cleaned.  And he was so sad

 5   and he used to cry and we used to talk to each other.

 6   He was cleaning and me, I was cleaning.  And my other

 7   friend, Shakur (Phonetic), we were roommates, we used

 8   to clean together.  And my other friend Khan, he was

 9   also cleaning and I was cleaning.  And also Khan was

10   same room with me.  And my other Egyptian friend,

11   Solomon Mina (Phonetic), he was my roommate.  And I

12   also used to help him also sometimes writing

13   something.  He used to clean.  Many friends would

14   clean, but he was not cleaning at same place.

15   Somebody clean this side and the other one clean the

16   other side.

17        Q.   Can you spell the names of your friends

18   you just mentioned for the court reporter?

19        A.   I don't know how to spell those names

20   because they are foreign names.  But I can call them

21   the way they were calling themselves and the way the

22   officer was calling them because I don't know those

23   languages.

24        Q.   That's fine.  You can just do a guess of

25   how you would write those names so she can write them

Abdiaziz Karim   10/23/2019                                    Page 80
RAUL NOVOA, ET AL. v. GEO GROUP

1    down.

2            A.    Okay.  Like Sim.

3            Q.    Would that be S-i-m?  Would that be fair?

4            A.    I'm not sure.  Maybe.

5                  And then the next name Khan, like I think

6    K-h-a-n, something like that.

7            Q.    Okay.  And then the next one?

8            A.    Shakur.

9            Q.    And then the last one?

10           A.    It's like, what do you call, Mina.

11           Q.    Mina?

12           A.    Yes, Mina.  M-i-n-a, I think.

13           Q.    Thank you.

14           A.    And many more, not only those three or

15   four.  Like many more my friends and everybody was

16   working because he the money and he don't have any

17   choice to do any other job because they don't allow us

18   to work another job like outside.  So that's only

19   thing we get.  So everybody in there, he was doing

20   that job because that's only opportunity we could get.

21           Q.    Did you ever ask to have a job outside of

22   Adelanto?

23           A.    I never asked because I know they will

24   not going to give me.

25           Q.    Why not?

 1          A.   Because I never saw.   I know what was

 2   happening in there.

 3          Q.   Okay.  And then in the kitchen, how many

 4   people did you work with?

 5          A.   Kitchen too, many people, like ten,

 6   sometimes eight, sometimes six.  I cannot tell you one

 7   number.  I don't know.  Too many people.  Sometimes

 8   more, sometimes like that.

 9          Q.   So the people you worked with were not

10   working every day?

11          A.   Most of the time, they work, like some

12   people, it's different people.  I don't know them,

13   like those people, because they come from other dorms.

14   Some of them come from same dorm, but I don't know

15   like all those people.

16          Q.   Was it the same people every day?

17          A.   I see same people every day.  Sometimes

18   it's -- one time when I was new, yes, I was new.  So I

19   kind of figure out each of them at that time.

20          Q.   But usually was it the same people every

21   day?

22          A.   Yes.

23          Q.   Okay.  The same eight or ten people?

24          A.   Not like -- I cannot give you a number.

25          Q.   And what about the cleaning?  Was it the

1   same people every day?

2          A.   Those who cleaned the dishes, I remember

3   same people sometimes.

4          Q.   Okay.

5          A.   Because I was always near the dishes.

6          Q.   Okay.  So there were not -- were there

7   100 people working in the kitchen?

8          A.   Like hundred people working in the

9   kitchen?

10         Q.   Yes.  Were there?

11         A.   Not 100 people working in the kitchen,

12  but people who's on the list.  So many -- like most of

13  the dorms work in the kitchen and there were not 100

14  people working in the kitchen, but there were 100

15  people working in the cleaning areas.

16         Q.   Okay.  Did you ever work in the library?

17         A.   Library, no.

18         Q.   Did you ever work as a barber?

19         A.   Barber, like hair?

20         Q.   Hair barber.

21         A.   I cleaned the thing that they used to

22  barber, but I never cut the hair.

23         Q.   So you never cut hair?

24         A.   Yeah.  But I clean stuff, the machine

25  they used to cutting the hair.

1        Q.    Okay.  Did you ever work in laundry?

2        A.    No.

3        Q.    Did you ever go to the laundry room?

4        A.    No.

5        Q.    Do you know any detainees at other GEO

6   facilities?

7        A.    What did you say?

8        Q.    Do you know other detainees at other GEO

9   facilities?

10        A.    Other GEO facilities, not Adelanto?

11        Q.    Right.

12        A.    I don't know.  One detainee told me he

13   was in another GEO facility, but I don't know where he

14   is at.

15        Q.    Okay.  I am now looking at the Detainee

16   Handbook GEO Novoa 00030228.  This document says it's

17   a handbook and video verification.  The document says,

18   By signing below, I verify I have received the GEO and

19   the ICE handbooks and have been shown the intake

20   orientation videos.  Were you given a GEO and ICE

21   handbook?

22            MR. FREE:  Objection.

23            Abdi, you can answer if you understand.

24        A.    BY THE WITNESS:  Can you repeat for me

25   that question?

1          Q.    (BY MS. SCHEFFEY):  Well, the sentence,

2     it has a signature at the bottom and your A number.

3     It says, I verify I've received the GEO and the ICE

4     handbook and have been shown the intake orientation

5     video.

6                Did you receive a handbook when you

7     entered Adelanto?

8          A.    I received the handbook when I entered

9     Adelanto, but I didn't get video orientation.

10         Q.    You were not shown a video?

11         A.    No, I was not shown a video.  There was a

12    TV there.  They were showing me something; but they

13    didn't show me, myself, anything like showing the

14    orientation, no.

15         Q.    Did you read the handbook?

16         A.    I read it, and at that time I was like

17    new and I didn't know English very well.  So I didn't

18    understand very well when I read it first time, but I

19    tried to read and understand some.

20         Q.    Did you keep a copy of the handbook?

21         A.    What do you mean?

22         Q.    Did you have it while you were in

23    Adelanto?  Did you have a copy?

24         A.    I had the handbook itself; and then when

25    I left there, I gave it back.

Abdiaziz Karim  10/23/2019                                   Page 85
RAUL NOVOA, ET AL. v. GEO GROUP

1          Q.   Did you try to read anything about the

2   voluntary work program?

3          A.   I saw some one time a little bit.

4          Q.   So if you couldn't read the handbook, how

5   did you learn about the voluntary work program?

6          A.   I read some, not everything.

7          Q.   So you read about it?

8          A.   Yes, some.

9          Q.   Were you able to read how much the

10  voluntary work program would pay?

11         A.   Yes.  I saw that one, $1.

12         Q.   Were you able to read that the program

13  was voluntary?

14         A.   Like what do you mean?

15         Q.   That you didn't have to work if you

16  didn't want to?

17         A.   I read that.

18         Q.   You read that, okay.

19         A.   Yes.

20              MS. SCHEFFEY:  I don't think I have any

21  more questions.

22         A.   (BY THE WITNESS):  I read that, but they

23  didn't show --

24              THE COURT REPORTER:  I didn't understand

25  that.

1          Q.   (BY MS. SCHEFFEY):  Can you repeat that

2     for the court reporter?

3               MR. FREE:  Can you say the last words

4     that you just said so that the court reporter can

5     write it down, please.

6          A.   (BY THE WITNESS):  I said I read the

7     book, the volunteer, that they can't force you to

8     work, but they are not following that sentence.

9               MS. SCHEFFEY:  I don't think I have any

10    other questions.

11              Andrew, do you have any questions?

12              MR. FREE:  We will do some quick

13    redirect.

14                        EXAMINATION

15    BY MR. FREE:

16         Q.   So, Abdi, I'm going to ask you some

17    questions now.  Okay?

18         A.   Okay.

19         Q.   And you just listen to me just like you

20    were listening to Adrienne and you will respond and

21    the court reporter will write your answers down.

22         A.   Okay.

23         Q.   Approximately how long were you detained

24    at Adelanto?

25         A.   Almost two years and few days.

1        Q.    What is your first language?

2        A.    Somalia.

3        Q.    When you were working as a porter, did

4   you ever clean areas that only the GEO guards were

5   allowed in?

6        A.    Yes.

7        Q.    Where did you clean?

8        A.    Like the cafeteria, like the room that

9   GEO officers ate at break time.

10       Q.    Okay.  Give me one second.  I'm just

11   going over my notes.

12       A.    Okay.

13       Q.    Do you remember what color the handbook

14   was that you received when you got to Adelanto?

15       A.    Yes.

16       Q.    What color was it?

17       A.    It was blue.  And the other one was

18   white.

19       Q.    Okay.  How were you able to make phone

20   calls while you were at Adelanto?

21       A.    I was making phone calls with the money

22   that my family gave to me and my friends and the money

23   that I came in Adelanto.  And I was working because I

24   needed the money to make phone calls too.

25       Q.    Do you have any idea how much a phone

Abdiaziz Karim   10/23/2019                          Page 88
RAUL NOVOA, ET AL. v. GEO GROUP

1    call costs?

2          A.   It's very expensive.  Like I'm not

3    exactly sure.  But when I talked to somebody like few

4    minutes, it costs a lot of money.

5          Q.   Just one second.  Okay?

6          A.   Okay.

7          Q.   While you were at Adelanto, did anyone

8    from GEO ever tell you that your participation in a

9    work program or your cleaning up at the direction of

10   GEO could affect your immigration case?

11         A.   Yes, of course.  Yes.  You want me to

12   explain?

13         Q.   Yes, please.

14         A.   When I was new to Adelanto, an officer

15   told me if I participate in a work program, it would

16   be good for my case, it would be good for my -- what

17   do you call? -- bond hearing, like to get released

18   from Adelanto.  He said it would help me because he

19   said they consider where I was living in Adelanto if I

20   was participating in the work program, like all those

21   things will help me to get bond.  So that was one of

22   the reasons I was working.

23              And once GEO officer told me to clean --

24   it was early in the morning -- when I moved from

25   5 side to 4 side, I was new to the room and then the

1    light, there was a lot of toothpaste on the light.

2    And the wall, there was something written on the wall

3    and the GEO officer told me to clean early -- in the

4    morning, he woke me up.  I was sleeping, like I was so

5    sleepy.  And he woke me up and said, Clean the light

6    and clean the wall.

7                    And I said, Hey, I cannot do this time;

8    it's early in the morning; I will do it later on.  He.

9                    Said, You have to do it now.

10                   And then I was trying to refuse.  I said,

11   I'm not going to do now.

12                   And then he shout at me and he forced me.

13   And I said no.  And then he said to me he would write

14   me up or I'm going to go to segregation or if I don't

15   clean this, like it will affect my case, like he said

16   to me it will be bad for.  That was very dangerous to

17   me, like when somebody tell me it will affect your

18   case, that was like very like big thing to me, like

19   when somebody talk about my case and then -- because

20   very dangerous when somebody talk about my asylum

21   case.

22                   And then I stand up and clean the light

23   and I clean the wall because I realize that if I don't

24   do those things, it will affect my case; I was not

25   going to get bond; I was not going to get released.

1    So that's why I clean the wall and I clean the light.

2    And that officer threatened me that if I don't do it,

3    it will affect my case.

4          **Q.   Did you ever have a bond hearing while**

5    **you were at Adelanto?**

6          A.   Yes.

7          **Q.   Did anyone at GEO ever show up to your**

8    **bond hearing and tell the Court that you had worked in**

9    **the work program?**

10         A.   No.  Nobody show up and tell those

11   things.  Nobody came there.  I don't know if they tell

12   anything.  I don't know.  I'm not sure.

13         **Q.   Okay.  You testified that you worked for**

14   **free for a long time until you could get your name on**

15   **the list.  What does it mean to get your name on the**

16   **list?**

17         A.   To get your name on the list is when they

18   approve you as a worker and at that time they will pay

19   you $1 a day.  Otherwise you will work and you will

20   not going to get nothing.

21         **Q.   Was there any way as far as you knew**

22   **while you were at Adelanto for over two years to get**

23   **paid a dollar a day without first working for free?**

24         A.   I never saw it.  Whenever I went to work

25   to get my name on the list to get the $1, I used to

```
 1    work, work, work for free.  And then after working a

 2    long time, I used to get my name on the list.

 3            Q.   Turning now to your work in the kitchen,

 4    I believe you testified earlier that you washed dishes

 5    and helped chop onions; is that correct?

 6            A.   Yes.

 7            Q.   Did you ever actually physically help in

 8    the service of the food, in other words putting food

 9    on trays that would go out and be eaten?

10            A.   The trays that the detainees eat?  You

11    mean that?

12            Q.   Yes.

13            A.   Sometimes, yes.

14            Q.   Okay.  Who was responsible in the kitchen

15    for determining how much food got on to a plate?

16            A.   The officer's name, I don't know who

17    really they are.  I don't know if they are GEO; I

18    don't know if they work for another company.  I'm not

19    sure.  They wear blue -- not blue, sorry, green

20    T-shirts like Keef, something like that.

21            Q.   Is it K-e-e-f-e?

22            A.   No, no.  K-e-e-f, something like that.

23            Q.   Okay.

24            A.   I'm not sure.  So those guys are in

25    charge of the kitchen, and also the officers
```

 1    sometimes.

 2           Q.   Which officers?  Who do they work for?

 3           A.   The GEO officers.

 4           Q.   Okay.  Did you ever witness anyone who

 5    was not a detainee in the kitchen telling the workers

 6    to put less food on to the trays?

 7           A.   The officers sometimes tell you to put

 8    less food, and they watch you.  When they see you

 9    putting a lot of food, they think your friend in the

10    dining room, you want to help, like that.  So they

11    limit food like that.  They have rules.  They put only

12    the limit and no other detainee can put more than

13    that.

14           Q.   Okay.  And were you ever aware of a time

15    where the limit of food that the people who worked

16    there in the kitchen were provided -- in other words,

17    the amount of food that you were supposed to provide

18    was actually reduced?  So in other words, the officers

19    working in the kitchen told the detained workers to

20    provide less than what was supposed to be provided to

21    your understanding?  Were you ever there witnessing

22    that?

23           A.   Yes.  Once I saw the detainee, he was

24    putting the food and the officer come and get angry

25    and he take all the food and he put small, small

1   things I saw.  But not myself.  Like other people I

2   saw.

3                    MR. FREE:  Okay.  Those are all the

4   questions that I have, Abdi.  Adrienne might have some

5   more for you or not.

6                    MS. SCHEFFEY:  I just have two quick

7   follow-up questions.

8                    THE WITNESS:  And I need to say one

9   thing before you ask me questions because I don't want

10  to forget.

11                   MS. SCHEFFEY:  Okay.

12                   THE WITNESS:  Just before I left

13  Adelanto, like just two days before I left Adelanto, I

14  left Sunday Adelanto, so this was a Friday night.  The

15  officer, GEO officer, came and I was standing in the

16  dayroom with my friend, my Turkish friend.  We were

17  standing there and we were talking.  It was nighttime,

18  like around 12:00.  So we were standing there and

19  there was some newspaper on the ground.  So the

20  officer came and he said, Clean her or I will clean

21  your shit.  The officer told me that.

22                   And then I said, looked at him and said,

23  What do you mean you will clean my shit?

24                   And then he said, You don't know what

25  does that mean?

```
 1                     I don't know what does that mean.

 2    Explain for me.

 3                     And then he said he will clean my all

 4    stuff, like he will throw away all my belongings.  I.

 5                     Said, What do you mean?  How can you

 6    throw away all my belongings?

 7                     And he said he will, because if you don't

 8    clean, he will clean my shit.

 9                     I said, You can't throw away all my

10    belongings because I have to receipt, slip.  Like

11    everything I buy, I have slip.  And I said, I will

12    write grievance; I will report you.

13                     And then he said, Even if you have a

14    receipt -- no, he told me, Do you have a receipt for

15    everything?

16                     And I said, I have receipt for

17    everything.

18                     And he said, Even if you have receipt, I

19    will tell that you eat your food.  How they know that

20    you eat your soup?  He said, Even if you have a

21    receipt and you have like ten soups on your receipt, I

22    will say that you eating your things and I will throw

23    away.  So nobody can tell me like anything; I can

24    throw away your things, so you better clean whatever I

25    tell you to clean.  You better fear me.  He telling me
```

Abdiaziz Karim   10/23/2019                                        Page 95
RAUL NOVOA, ET AL. v. GEO GROUP

 1    like that.  He was threatening me.  It was just before

 2    I left.

 3                  MS. SCHEFFEY:  Okay.  Thank you for that.

 4                  I have just a few quick questions and

 5    then we can finish.

 6                            EXAMINATION

 7    BY MS. SCHEFFEY:

 8          Q.    When was your bond hearing?

 9          A.    My bond hearing, I had two times bond

10    hearing.  One was when I was new to Adelanto and one

11    was like in 2018 in February sometime.

12          Q.    When you say when you were new to

13    Adelanto, do you know approximately what month and

14    year that was?

15          A.    Like when I was in Adelanto like three

16    months.

17          Q.    Okay.  So three months after you entered

18    Adelanto, you had your bond hearing and no one from

19    GEO showed up to discuss whether you worked in the

20    voluntary work program?

21          A.    I don't know what they discussed.  I

22    don't remember all those things.  And I was just new.

23    So after six months, I had a second bond hearing and I

24    don't know anything what happened in there.  And I

25    don't think so that they discuss about any GEO stuff.

1    I'm not sure what happened.

2           Q.    And did you have an attorney for those

3    bond hearings?

4           A.    Yes.

5           Q.    Okay.  And then can you tell me why

6    people put toothpaste on the lights in Adelanto?

7           A.    I don't know that.

8           Q.    Did it happen frequently?

9           A.    No.  Sometimes when the room is new, like

10   when new people come to a room, you saw toothpaste on

11   the light because the dorm we was like 4 Bravo before

12   it was red people.  So the red people do those things.

13   We, the blues, when we come to the dorm, sometimes

14   when we forget and we don't clean, the officers tell

15   us to clean.  So we don't know why they put those

16   things.

17          Q.    So you didn't put toothpaste on the

18   lights?

19          A.    I never put.  I never even saw somebody

20   put it.

21          Q.    So anytime you had to clean, it would

22   have just been one time moving into a new dorm?

23          A.    What did you say?

24          Q.    If you had to clean it, it would only be

25   when you just moved into a new dorm?

1          A.    That was the time they forced me, but I

2    clean many times like myself; nobody forced me to

3    clean.  I did many times by myself.  When I saw

4    toothpaste on the light sometimes, I did myself just

5    to make the room look good.

6               MS. SCHEFFEY:  Okay.  I think that's all

7    I have then.

8               MR. FREE:  Okay.  Those are all the

9    questions I have too.

10              We are going to get a rush copy so that

11   you can review it and make sure that the words you

12   testified today are consistent with what came through

13   on the transcription.  Because of the way that we have

14   done this, we want to make sure that you are able to

15   see what's been written down.  Okay.

16              THE WITNESS:  Okay.

17              MS. SCHEFFEY:  All right.  So we will

18   coordinate with the stenographer separately, but for

19   now we are going to hang up.

20              WHEREUPON, the within proceedings were

21   concluded at the approximate hour of 9:46 a.m. on the

22   23rd day of October, 2019.

23

24

25

1           I, ABDIAZIZ KARIM, do hereby certify that I

2     have read the above and foregoing deposition and that

3     the same is a true and accurate transcription of my

4     testimony, except for attached amendments, if any.

5           Amendments attached ( ) Yes ( ) No

6

7

8     _____

9     ABDIAZIZ KARIM

10    The signature above of ABDIAZIZ KARIM was

11    subscribed and sworn to or affirmed before me in

12    the county of _____, state of

13    _____, this _____ day of

14    _____, 2019.

15

16    _____

17    Notary Public

18

19    My Commission expires:

20

21

22

23

24

25    Raul Novoa, 10/23/19 (kw)

```
 1                   REPORTER'S CERTIFICATE

 2    STATE OF COLORADO            )
                                   ) ss.
 3    CITY AND COUNTY OF DENVER    )

 4           I, KAREN WATERS, Registered Professional
      Reporter, Notary Public ID 20184022973, State of
 5    Colorado, do hereby certify that previous to the
      commencement of the examination, the said ABDIAZIZ KARIM
 6    was duly sworn or affirmed by me to testify to the truth
      in relation to the matters in controversy between the
 7    parties hereto; that the said deposition was taken in
      machine shorthand by me at the time and place and
 8    aforesaid was thereafter reduced to typewritten form;
      that the foregoing is a true transcript of the
 9    questions asked, testimony given, and proceedings had.

10           I further certify that I am not employed by,
      related to, nor of counsel for any of the parties
11    herein, nor otherwise interested in the outcome of
      this litigation.

12
             IN WITNESS WHEREOF, I have affixed my
13    signature this 25th day of October, 2019.

14           My commission expires May 31, 2022.

15      __X__ Reading and Signing was requested.
        _____ Reading and Signing was waived.
16      _____ Reading and Signing is not required.

17

18

19    _____

20    Karen Waters
      Registered Professional Reporter
21    Certified Shorthand Reporter

22

23

24

25
```