# EXHIBIT H

JAMES CHARLES HILL; July 10, 2019                                                     1

```
 1              UNITED STATES DISTRICT COURT
 2              WESTERN DISTRICT OF WASHINGTON
 3
 4    STATE OF WASHINGTON,         )
 5                                 )
 6              PLAINTIFF,         )
 7    vs.                          ) CASE NO. 3:17-CV-
 8                                 ) 05806-RJB
 9    THE GEO GROUP, INC.,         )
10                                 )
11              DEFENDANTS.        )
12    _____)
13
14         DEPOSITION OF JAMES CHARLES HILL,
15      30(b)(6) WITNESS FOR THE GEO GROUP, INC.
16              WEDNESDAY, JULY 10, 2019
17
18
19
20
21    REPORTER:
22    JESSICA N. NAVARRO,
23    C.S.R. NO. 13512
24    JOB NO:  3441242
25    PAGES 1 - 256
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

JAMES CHARLES HILL; July 10, 2019                                                                2

```
 1   DEPOSITION OF JAMES CHARLES HILL, TAKEN ON BEHALF OF
 2   PLAINTIFF AT 10:00 A.M., ON WEDNESDAY, JULY 10, 2019, AT
 3   400 SOUTH HOPE STREET, 8TH FLOOR, LOS ANGELES,
 4   CALIFORNIA, BEFORE JESSICA N. NAVARRO, C.S.R. NO. 13512,
 5   PURSUANT TO NOTICE.
 6
 7   APPEARANCES OF COUNSEL
 8
 9   FOR PLAINTIFF:
10         OFFICE OF THE ATTORNEY GENERAL
           BY:  ANDREA BRENNEKE,
11         ASSISTANT ATTORNEY GENERAL
           BY:  LA ROND BAKER, ASSISTANT ATTORNEY GENERAL
12         800 FIFTH AVENUE, SUITE 2000
13         SEATTLE, WASHINGTON,  98104
14         206.464.7744
15         ANDREA.BRENNEKE@ATG.WA.GOV
16         LAROND.BAKER@ATG.WA.GOV
17
18   FOR DEFENDANTS:
19         HOLLAND & KNIGHT
           BY:  SHANNON ARMSTRONG, ATTORNEY AT LAW
20         BY:  J. MATTHEW DONOHUE, ATTORNEY AT LAW
           111 S.W. FIFTH AVENUE
21         2300 U.S. BANCORP TOWER
22         PORTLAND, OREGON  97204
23         503.517.2913
24         SHANNON.ARMSTRONG@HKLAW.COM
25         MATT.DONOHUE@HKLAW.COM
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1  you prepared to discuss that?
 2       A    Yes.
 3       Q    All right.  And you are familiar with all
 4  documents and records pertaining to those topics as
 5  well, what GEO keeps and...
 6       A    I can speak to that.
 7       Q    Fantastic.
 8            Okay.  So, I'm going to ask you to perhaps
 9  start with No. 3 from the deposition notice, the
10  financial accounting practices.
11            Could you please describe the financial
12  accounting practices at GEO as it pertains to the
13  Northwest Detention Center and voluntary work
14  program?
15       A    Specifically to a voluntary work program?
16       Q    Well, however you want to start the
17  process.  I'm sure that there's overlapping analysis
18  of this, so I'm asking you to describe the financial
19  accounting practices at GEO.
20            MS. ARMSTRONG:  Object to the form.
21            THE WITNESS:  So starting specifically
22  with the voluntary work program, the accounting is
23  very basic.  This is a pass through experience and
24  reimbursement from ICE.  It's tracked by -- based on
25  the number of detainee participants in the work
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

JAMES CHARLES HILL; July 10, 2019                                                                41

```
 1   program.
 2              The source document would be the
 3   participation slip.  Those slips would come to the
 4   business office to be processed and deposited one
 5   dollar to the detainee account.
 6              The daily totalities listing the detainee
 7   and the deposit is what's the basis for the
 8   reimbursement request to ICE.  And that
 9   reimbursement request is included on our monthly
10   bill to the client.  It is --
11   BY MS. BRENNEKE:
12        Q     Go ahead.
13        A     It is tracked separately.  It is a
14   pass-through account which offsets the pass-through
15   expense.  The revenue is tracked separately.  It
16   does not show up in earned income and there is no
17   impact to the gross margin.
18        Q     Okay.  It has a separate CLIN number; is
19   that correct?
20        A     That's correct.
21        Q     Okay.  And what is a CLIN number?
22        A     CLIN 3 on the contract.
23        Q     And what does CLIN mean?
24        A     Contract line item number.
25        Q     Okay.  So really this is a way that GEO
```


206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

JAMES CHARLES HILL; July 10, 2019                                                   42

```
 1    tracks exactly what was paid to detainees per work
 2    detail that then gets billed to ICE for
 3    reimbursement; correct?
 4         A    That's correct.
 5         Q    And you track that on a daily basis for
 6    how many work details were worked?
 7         A    Yes.  With the exception of over the
 8    weekend, that would be consolidated on a Monday or
 9    the next workday.
10         Q    Sure.  And at the business office are you
11    receiving -- when you say a participation slip, are
12    you talking about the handwritten rosters that
13    people who work in different locations at the NWDC?
14         A    Are you asking me if I receive them?
15         Q    Yeah.
16         A    I do not personally receive them.
17         Q    Who receives those?
18         A    The business office at the facility.
19         Q    At the facility.  Okay.  And then they
20    create the computerized lists of the detainees that
21    will be receiving deposits and the total for each
22    day; is that correct?
23         A    That's correct.
24         Q    Do you receive those documents?
25         A    No.
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

1   Q   Okay.  When there is a reimbursement
2   request to ICE, that's done on a monthly basis more
3   or less; is that correct?
4   A   Yes, that's included in the monthly bill.
5   Q   And when those monthly bills go out, do
6   you receive copies of those monthly bills?
7   A   I have access to those monthly bills.
8   Q   Okay.
9       MS. ARMSTRONG:  Andrea, I know you're mid,
10  I need to take a break just --
11      MS. BRENNEKE:  Okay.
12      MS. ARMSTRONG:  -- personally.
13      MS. BRENNEKE:  Okay.
14  BY MS. BRENNEKE:
15  Q   One teeny follow-up question.
16      Do you ever audit or review the tracking
17  of the hours spent, the records of billing to ICE or
18  the monthly bills?
19      MS. ARMSTRONG:  Object to the form.
20      THE WITNESS:  I don't believe there's any
21  hours tracking and I don't personally review the
22  reconciliation of the bill.
23  BY MS. BRENNEKE:
24  Q   Is that done by Ryan Kimble at the
25  facility level?

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1      A    Ryan Kimble creates the bill and there's
 2  also a review process at our corporate office prior
 3  to the bill being posted.
 4      Q    And you said there's no tracking of actual
 5  hours worked by the detainees; correct?
 6      A    That's correct.
 7           MS. BRENNEKE:  Let's take a break.
 8           MS. ARMSTRONG:  Thank you.
 9             (Whereupon, a brief recess was taken.)
10             (Whereupon, at this point Mr. Donohue
11               joined the proceedings.)
12  BY MS. BRENNEKE:
13      Q    Let's go back to the accounting.  So is
14  there -- you've testified fully to the accounting
15  practices of the VWP at the NWDC; is that correct?
16           MS. ARMSTRONG:  Object to the form.
17           THE WITNESS:  Yes.
18  BY MS. BRENNEKE:
19      Q    Is there any budgeting for the VWP?
20      A    Not from GEO.
21      Q    Okay.  So it's just a basic pass-through
22  account, so it's an accounting issue only?
23           MS. ARMSTRONG:  Object to the form.
24           THE WITNESS:  Correct.
25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1   BY MS. BRENNEKE:
 2        Q    Okay.  So let's go then to the next level
 3   up.
 4             Is the next level of accounting and budget
 5   the Northwest Detention Center?
 6             MS. ARMSTRONG:  Object to the form.
 7             THE WITNESS:  Yes, the facility would be
 8   the lowest level of our accounting and reporting.
 9   BY MS. BRENNEKE:
10        Q    Okay.  And also budgeting?
11        A    Yes.
12        Q    Okay.  Would you describe the financial
13   and accounting practices at the NWDC?
14             MS. ARMSTRONG:  Object to the form.
15   BY MS. BRENNEKE:
16        Q    Including budgeting, how you track budget
17   to actual income revenue, cost expenses, reporting
18   profits and losses?
19             MS. ARMSTRONG:  Object to the form.  That
20   is an extraordinarily broad question.
21             MS. BRENNEKE:  Correct.  He's the man.
22             THE WITNESS:  Is there a specific topic
23   you'd like to start with?
24   BY MS. BRENNEKE:
25        Q    Well, I'd like you to describe what you do
```



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com