**AKERMAN LLP**
DAMIEN P. DELANEY (SBN 246476)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Email: damien.delaney@akerman.com

COLIN L. BARNACLE (admitted *pro hac vice*)
ASHLEY E. CALHOUN (SBN 270530)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email: colin.barnacle@akerman.com
ashley.calhoun@akerman.com

Attorneys for Defendant
THE GEO GROUP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant.<br><br>THE GEO GROUP, INC.,<br><br>Counter-Claimant,<br><br>vs.<br><br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Counter-Defendant. | Case No. 5:17-cv-02514-JGB-SHK<br><br>**VOLUME II EXHIBITS TO THE DECLARATION OF DAMIEN P. DELANEY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: November 18, 2019<br>Hearing Time: 9:00 a.m.<br>Location: Courtroom 1<br>Judge: The Honorable Jesus G. Bernal<br><br><br>TAC Filed: September 16, 2019<br>Current Response Date: October 28, 2019<br>New Response Date: November 4, 2019 |

1     CASE NO. 5:17-CV-02514-JGB-SHK

VOLUME II EXHIBITS TO THE DECLARATION OF DAMIEN P. DELANEY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

50605194;1

# EXHIBITS TO THE DECLARATION OF DAMIEN DELANEY

1. Attached as Exhibit J is a true and correct copy of Mr. Fuentes' commissary records.

2. Attached as Exhibit K is a true and correct copy of Mr. Mancia's commissary records.

3. Attached as Exhibit L is a true and correct copy of Mr. Karim's commissary records

4. Attached as Exhibit M is true and correct copy of Mr. Novoa's Resident Account Summary.

5. Attached as Exhibit N is true and correct copy of Mr. Mancia's Resident Account Summary.

6. Attached as Exhibit O is true and correct copy of Mr. Fuentes' Resident Account Summary.

7. Attached as Exhibit P is true and correct copy of Mr. Karim's Resident Account Summary.

8. Attached as Exhibit Q is a true and correct copy of the Order of Dismissal in the case captioned *Karim v. Barr*, currently pending before the U.S. Ninth Circuit Court of Appeals, Case Number 19-70126.

9. Attached as Exhibit R is a true and correct copy of a detainee complaint that is contained within Mr. Novoa's detainee file.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

10. Attached as <u>Exhibit U</u> is a chart created by undersigned counsel of Plaintiffs' deposition citations related to numerosity.

Dated: October 28, 2019

**AKERMAN LLP**

By: <u>/s/ Damien P. DeLaney</u>
Damien P. DeLaney
Colin L. Barnacle (admitted *pro hac vice*)
Ashley E. Calhoun

Attorneys for Defendant
THE GEO GROUP, INC.

3

CASE No. 5:17-CV-02514-JGB-SHK

VOLUME II EXHIBITS TO THE DECLARATION OF DAMIEN P. DELANEY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

50605194;1

# PROOF OF SERVICE

STATE OF CALIFORNIA )

COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action. My business address is 601 West Fifth Street, Suite 300, Los Angeles, California 90071.

    On **October 28, 2019**, I served the following document(s) described as:

VOLUME II EXHIBITS TO THE DECLARATION OF DAMIEN P. DELANEY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

on the persons as indicated below:

☒   **(CM/ECF ELECTRONIC FILING)** I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed below by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

Charles J. Gower (admitted pro hac vice)
jgower@burnscharest.com
Korey A. Nelson (admitted pro hac vice)
knelson@burnscharest.com
Lydia A. Wright (admitted pro hac vice)
lwright@burnscharest.com
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

Robert Ahdoot (CA Bar # 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Theodore W Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com
Ruhandy Glezakos (CA Bar # 307473)
rglezakos@ahdootwolfson.com
AHDOOT & WOLFSON, PC
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

50605194;1

1
PROOF OF SERVICE

CASE NO. 5:17-CV-02514-JGB-SHK

```
 1  Will Thompson (CA Bar # 289012)
    wthompson@burnscharest.com
 2  Warren Burns (admitted pro hac vice)
    wburns@burnscharest.com
 3  TX Bar # 24053119
    Daniel H. Charest (admitted pro hac vice)
 4  dcharest@burnscharest.com
    TX Bar # 24057803
 5  BURNS CHAREST LLP
    900 Jackson St., Suite 500
 6  Dallas, Texas 75202
    Telephone: (469) 904-4550
 7  Facsimile: (469) 444-5002

 8
       ☒   (MAIL) I placed the envelope to R. Andrew Free for collection and mailing. I
 9         am a resident or employed in the county where the mailing occurred. The
           envelope or package was placed in the mail at Los Angeles, California.
10
    R. Andrew Free (admitted pro hac vice)
11  andrew@immigrantcivilrights.com
    TN Bar # 030513
12  LAW OFFICE OF R. ANDREW FREE
    P.O. Box 90568
13  Nashville, Tennessee 37209
    Telephone: (844) 321-3221
14  Facsimile: (615) 829-8959

15
         I declare under penalty of perjury that I am employed in the office of a member
16  of the bar of this Court at whose direction this service was made and that the foregoing
    is true and correct.
17
       ☐   (State)      I declare under penalty of perjury under the laws of the State of
18                      California that the above is true and correct.

19     ☒   (Federal)    I declare that I am employed in the office of a member of the Bar of
                        this Court at whose direction the service was made. I declare under
20                      penalty of perjury under the laws of the United States of America that
                        the above is true and correct.
21

22         Executed on October 28, 2019, at Los Angeles, California.
```

_____                      _____
Maxine Maritz                                          (Signature)