# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**DECLARATION OF LYDIA WRIGHT IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF CLASS CERTIFICATION** |

I, Lydia Wright, declare that the following is true and correct based upon my personal knowledge:

1. I am an attorney for the Plaintiffs in the above-captioned action.

2. Attached hereto are the following exhibits in support of Plaintiffs' Reply in Support of Class Certification, ECF 209:

3. Attached as **Exhibit 1** is a true and correct copy of the transcript of the deposition of Amber Martin, GEO's Executive Vice President of Contract Compliance, taken in *Menocal, et al. v. The GEO Group, Inc.*, Case No. 1:14-cv-02887 (D. Colo.) on October 9, 2019 in Boca Raton, Florida.

4. Attached as **Exhibit 2** is a true and correct copy of the Written Testimony of Selene Saavedra-Roman, which was delivered on September 26, 2019 to the House Judiciary Committee Subcommittee on Immigration and Citizenship during a hearing entitled "The Expansion and Troubling Use of ICE Detention."

5. Attached as **Exhibit 3** is a true and correct copy of the Declaration of Shannon Ely, Contracting Officer at U.S. Immigration and Customs Enforcement, Office of Acquisition Management, dated October 11, 2019.

6. Attached as **Exhibit 4** is a true and correct copy of the transcript of the Rule 30(b)(6) deposition of Dawn Ceja, GEO's Assistant Warden of Operations at the Aurora ICE Processing Center in Aurora, Colorado, taken in *Menocal, et al. v. The GEO Group, Inc.*, Case No. 1:14-cv-02887 (D. Colo.) on March 29, 2016 in Denver, Colorado.

7. Attached as **Exhibit 5** is a true and correct copy of the report issued on March 6, 2017 by the Office of Inspector General, Dept. of Homeland Security entitled: "Management Alert on Issues Requiring Immediate Action at the Theo Lacy Facility in Orange, California" ("OIG-17-43-MA").

8. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Dated:       November 4, 2019            */s/ Lydia A. Wright*
                                          Lydia A. Wright (admitted *pro hac vice*)
                                          lwright@burnscharest.com
                                          LA Bar # 37926
                                          **BURNS CHAREST LLP**
                                          365 Canal Street, Suite 1170
                                          New Orleans, LA 70130
                                          Telephone: (504) 799-2845
                                          Facsimile: (504) 881-1765

# CERTIFICATE OF SERVICE

On November 4, 2019, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

*/s/ Lydia Wright*
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
LA Bar # 37926
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765