1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**AKERMAN LLP**
DAMIEN P. DELANEY (SBN 246476)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Email:   damien.delaney@akerman.com

COLIN L. BARNACLE (admitted *pro hac vice*)
ASHLEY E. CALHOUN (SBN 270530)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email:   colin.barnacle@akerman.com
             ashley.calhoun@akerman.com

Attorneys for Defendant
THE GEO GROUP, INC.

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. 5:17-cv-02514-JGB-SHK<br><br><br>**DEFENDANT/COUNTER-CLAIMANT THE GEO GROUP, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THE GEO GROUP, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| THE GEO GROUP, INC.,<br><br>Counter-Claimant,<br><br>vs.<br><br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Counter-Defendant. | Hearing Date:  November 18, 2019<br>Hearing Time:  9:00 a.m.<br>Location:  Courtroom 1<br><br><br>TAC Filed:  September 16, 2019<br>SAC Filed:  December 24, 2018<br>FAC Filed:  July 6, 2018<br>Complaint Filed:  December 19, 2017<br>Trial Date:  June 23, 2020 |

1

CASE NO. 5:17-CV-02514-JGB-SHK

**DEFENDANT AND COUNTER-CLAIMANT THE GEO GROUP, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THE GEO GROUP, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

50780733;1

1       Defendant/Counter-Claimant, The GEO Group, Inc. ("GEO"), hereby gives

2  notice of the attached document from the Southern District of California, Case Number

3  17-cv-1112-JLS (NLS), entitled , "Order (1) Ordering Additional Briefing On Plaintiffs'

4  Motion for Class Certification, and (2) Continuing Hearing" in support of GEO's

5  opposition to Plaintiffs' Motion for Class Certification. ECF 192. The Order is attached

6  as Exhibit A. This Order addresses class certification of similar claims to those alleged

7  by Plaintiffs in the above-captioned action.

8

9  Dated:  November 12, 2019           **AKERMAN LLP**

10

11                           By: */s/ Damien P. DeLaney*

                                Damien P. DeLaney

12                          Colin L. Barnacle (admitted *pro hac vice*)

                                Ashley E. Calhoun

13

14                          Attorneys for Defendant

                                THE GEO GROUP, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

**DEFENDANT AND COUNTER-CLAIMANT THE GEO GROUP, INC.'S NOTICE OF
SUPPLEMENTAL AUTHORITY IN SUPPORT OF THE GEO GROUP, INC.'S
OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

50780733;1