**EXHIBIT A**



**Corrections & Detention**
**Adelanto ICE Processing Center**

SPANISH

# DETAINEE FILE ACTIVATION SHEET

**DETAINEE FULL NAME:** MUNOZ-AGUILERA, FERNANDO

**ALIEN NUMBER:** ███

**DATE ACTIVATED:** ███

**ACTIVATED BY:** ███

**DOES THE DETAINEE UNDERSTAND ENGLISH?** ███

**WAS THE LANGUAGE LINE USED?** ███

**TRANSLATOR NUMBER:** ███

**DEACTIVATED DATE:** ███

**DEACTIVATED BY:** ███

## THIS INFORMATION SHEET SHALL REMAIN ON TOP OF THIS SECTION