UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **EDCV 17-2514 JGB (SHKx)**                                    Date: November 18, 2019

Title  *Raul Novoa, et al. v. The GEO Group, Inc.*

Present: The Honorable:  JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Phyllis A. Preston |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| | Colin Barnacle |
| Lydia A. Wright | |
| R. Andrew Free | |
| Daniel H. Charest | |
| Theodore W. Maya | |

**Proceedings:** Hearing on Plaintiffs' Motion for Class Certification (Dkt. No. 192)

Counsel make their appearance.  The Court hears argument.  A separate order will issue ruling on the matter.

00:30

**Initials of Preparer**   MG