UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. | EDCV 17-02514-JGB (SHKx) |
| Date: | December 4, 2019 |
| Title: | *Raul Novoa v. The GEO Group, Inc.* |

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | XTR Chambers |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Theodore W. Maya<br>Andrew Free | Colin Barnacle |

**Proceedings:**    **TELEPHONIC PROCEEDINGS RE: DISCOVERY DISPUTE**

At the request of the parties, the Court held a telephonic conference regarding a discovery dispute, specifically the scheduling of depositions and production of documents. Attorneys Andrew Free and Theodore W. Maya appeared on behalf of plaintiffs. Attorney Colin Barnacle appeared on behalf of defendant. Following discussion between the Court and counsel, the parties are to further meet and confer to discuss and propose a briefing schedule related to the proposed deposition of Defendant's CEO, Mr. Zoley.

With respect to the production of documents, the parties may file their Motion to Compel pursuant to Local Civil Rule 37.

**IT IS SO ORDERED.**

| Initials of Deputy Clerk | DC |
|---|---|
| Time in Court | 10 mins |