UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| Raul Novoa, et al., | Case No. EDCV 17-2514 JGB (SHKx) |
|---|---|
| Plaintiffs, | |
| v. | **ORDER ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| The GEO Group, Inc., | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This matter having come before the Court upon Plaintiffs' Motion for Class Certification, (Dkt. No. 192), and good cause being shown,

It is hereby ORDERED that the Motion is GRANTED. The Court hereby orders the following classes be certified, with Plaintiffs Raul Novoa,[1] Jaime Campos Fuentes, Abdiaziz Karim, and Ramon Mancia appointed as the class representatives:

1. **The Adelanto Wage Class**: All civilly detained immigrants who (i) were detained at the Adelanto ICE Processing Center any time between December 19, 2014 and the date of final judgment in this matter, and either (ii) participated in the

---

[1] Novoa's claims are not typical of the Uncompensated Work Program Subclass, so he is not a representative of that Subclass only. (See Dkt. No. 223 at 19.)

Voluntary Work Program at any point during their detention, or (iii) performed work for no compensation in the Uncompensated Work Program pending their participation in the Voluntary Work Program, or (iv) performed work for no compensation pursuant to the Adelanto Housing Unit Sanitation Policy.

**2. The Adelanto Forced Labor Class**: All civil immigration detainees who were detained at the Adelanto ICE Processing Center any time between May 1, 2011 and the date of final judgment in this matter (the "Adelanto Forced Labor Class"), with the following subclasses:

- a. The Work Program Subclass: All individuals who participated in the Voluntary Work Program at any point during their detention; and
- b. The Uncompensated Work Program Subclass: All individuals who participated in the Uncompensated Work Program at any point during their detention.

**3. The Nationwide HUSP Class**: All civilly detained immigrants who (i) were detained at any civil immigration detention center owned or operated by GEO in the United States between December 19, 2007 and the date of final judgment in this matter, and (ii) were subject to a GEO Housing Unit Sanitation Policy (HUSP) at any point during their detention.

Excluded from the definition of the Nationwide HUSP Class are the following: (1) individuals detained in GEO's family residential detention facility in Karnes City, Texas; (2) individuals detained in the Alexandria Staging Facility in Alexandria, Louisiana; (3) any individual detained in the custody of the U.S. Marshall or any other law enforcement agency at a GEO facility where the company also detains civil immigration detainees pursuant to contracts with ICE; and (4) civilly detained immigrants detainees held at the Aurora ICE Processing Center in Aurora, Colorado at any time before October 22, 2014.

2

Court hereby certifies the Adelanto Wage Class under Federal Rule of Civil Procedure 23(b)(3); the Adelanto Forced Labor Class, including the Work Program Subclass and the Uncompensated Work Program Subclass, under Rules 23(b)(2) and 23(b)(3); and the Nationwide HUSP Class under Rule 23(b)(2).

The Court appoints the law firms of Burns Charest, LLP, Ahdoot and Wolfson, PC, and the Law Office of R. Andrew Free as class counsel, and orders that notice of this action be provided to the classes and subclasses.

**IT IS SO ORDERED**

Dated: December 6, 2019
**NUNC PRO TUNC AS OF November 26, 2019**

THE HONORABLE JESUS G. BERNAL
United States District Judge