**AKERMAN LLP**
DAMIEN P. DELANEY (SBN 246476)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Email: damien.delaney@akerman.com

COLIN L. BARNACLE (admitted *pro hac vice*)
ASHLEY E. CALHOUN (SBN 270530)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email: colin.barnacle@akerman.com
        ashley.calhoun@akerman.com

Attorneys for Defendant
THE GEO GROUP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant.<br><br>THE GEO GROUP, INC.,<br><br>Counter-Claimant,<br><br>vs.<br><br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Counter-Defendant. | Case No. 5:17-cv-02514-JGB-SHK<br><br>Assigned to Hon. Jesus G. Bernal and the Honorable Shashi H. Kewalramani<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF COLIN L. BARNACLE IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S MOTION FOR PROTECTIVE ORDER**<br><br>TAC Filed: September 16, 2019<br>SAC Filed: December 24, 2018<br>FAC Filed: July 6, 2018<br>Complaint Filed: December 19, 2017<br>Trial Date: June 23, 2020 |

# DECLARATION OF COLIN L. BARNACLE

I, Colin L. Barnacle, hereby declare:

1. I am an attorney licensed to practice law, I am admitted *pro hac vice* in this Court, and am a Partner with Akerman LLP and counsel of record for The GEO Group, Inc. ("GEO") in this action. I have personal knowledge of the matters set forth herein.

2. Attached as Exhibit A is a true and correct copy of the parties' conferral efforts regarding the deposition of Dr. George C. Zoley.

3. Outside of the conferral efforts in Exhibit A, Plaintiffs have not provided any additional record support for their contention that Dr. Zoley's deposition would be relevant, nor have they provided any evidence that would satisfy the apex-deposition factors.

4. During the conferral, Plaintiffs did not identify any evidence in the record that would indicate Dr. Zoley has unique, non-repetitive, first-hand knowledge of any issue that may be relevant to this litigation.

5. In my review of the record, I did not find any evidence that Dr. Zoley has any unique, non-repetitive, first-hand knowledge of any issue that may be relevant to this litigation.

6. More specifically, in my review of the record, I did not find any evidence that Dr. Zoley has had meetings with ICE or with the City of Adelanto relating to the Adelanto Facility or this litigation without other GEO employees being present; nor did I find any evidence that Dr. Zoley exchanged communications with ICE or the City of Adelanto relating to the Adelanto Facility or this litigation without other GEO employees being copied on or being involved in such communications.

7. I have reviewed Plaintiffs' discovery requests and noticed 30(b)(6) topics. None of the discovery requests or 30(b)(6) topics seek information about Dr. Zoley's role at or related to the Adelanto Facility, role related to issues relevant to this case, or even his role more generally within GEO.

8. Attached as Exhibit B is a true and correct copy of the document labeled

Exhibit 15 to the deposition of David Venturella.

9. Attached as <u>Exhibit C</u> is a true and correct copy of an excerpt of the deposition of David Venturella, taken by Plaintiffs in this matter on June 13, 2019.

10. Attached as <u>Exhibit D</u> is a true and correct copy of a letter from ICE to GEO, which was produced in this matter as ICE-FOIA2018_0004006—0004015.

11. Attached as <u>Exhibit E</u> is a true and correct copy of the declaration of Dr. George Zoley.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this Declaration on the 10th day of December, 2019, in Los Angeles, California.

Colin L. Barnacle, Declarant