# EXHIBIT B

May 30, 2018



**The GEO Group, Inc.**

Corporate Headquarters
One Park Place, Suite 700
621 Northwest 53rd Street
Boca Raton, Florida 33487

Peter Edge
Acting Deputy Director
Immigration and Customs Enforcement        JUN 0 1 2018
Office of the Director
500 12th Street, SW
Washington, DC 20536

TEL: 561 999 7304
FAX: 561 999 7738
www.geogroup.com
gzoley@geogroup.com

Dear Deputy Director Edge:

- On February 14, 2018, GEO submitted a Request for Equitable Adjustment in the amount of ▮(b)(4)▮ related to out-of-scope costs in defending ICE Policy providing ▮(b)(4)▮ per day payment to detainee workers. The ICE Policy is alleged to be in violation of state minimum wage laws in class action lawsuits filed by the Plaintiffs: State of Washington; former Aurora, Colorado detainees; former Tacoma, Washington detainees; and former Adelanto, California detainees.

- On April 18, 2018, GEO sent ICE updated individual Requests for Equitable Adjustments for Aurora, Colorado; Adelanto, California; and Tacoma, Washington ICE Facilities totaling ▮(b)(4)▮

- As of May 24, 2018, the legal total expenses have increased to ▮(b)(5)▮

- We are deeply alarmed at the rapidly increasing costs in defending these lawsuits without reimbursement from ICE, or assistance in their defense by the Department of Justice (DOJ).

- Continued defense of these lawsuits is likely to cost $15-20 million with an expense of tens of millions in the event of a final negative ruling by the courts.

- We have conducted an estimation of the costs necessary to achieve compliance with the Plaintiffs.



- We urgently implore DOJ to take over the defense of these lawsuits and reimburse GEO for its costs.



Chairman and CEO

*DV*
*#15*