# EXHIBIT C

```
 1              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
 2                    EASTERN DIVISION

 3          CIVIL ACTION NO. 5:17-cv-02514-JGB

 4   RAUL NOVOA and JAIME CAMPOS FUENTES,
     individually and on behalf of all
 5   others similarly situated,

 6                        Plaintiffs,
     vs.
 7
     THE GEO GROUP, INC.,
 8
                          Defendant,
 9   _____/

10

11

12

13       VIDEOTAPED DEPOSITION OF DAVID J. VENTURELLA

14

                   VOLUME I, PAGES 1-146
15
                 THURSDAY, JUNE 13th, 2019
16        515 EAST LAS OLAS BOULEVARD, SUITE 1200
                 FORT LAUDERDALE, FLORIDA
17                 9:03 a.m. - 5:40 p.m.

18

19

20

21

22
     STENOGRAPHICALLY REPORTED BY:
23   VALERIE LEHTO, REGISTERED PROFESSIONAL REPORTER
     NOTARY PUBLIC, STATE OF FLORIDA
24   ESQUIRE DEPOSITION SERVICES
     FORT LAUDERDALE OFFICE
25
```



```
 1    APPEARANCES:

 2
      APPEARING ON BEHALF OF THE PLAINTIFFS:
 3
             BURNS, CHAREST, LLP.
 4           BY:  DANIEL H. CHAREST, ESQUIRE.
             BY:  LYDIA A. WRIGHT, ESQUIRE.
 5           365 CANAL STREET, SUITE 1170
             NEW ORLEANS, LOUISIANA  70130
 6           (504) 799-2845
             dcharest@burnscharest.com
 7           lwright@burnscharest.com

 8

 9           LAW OFFICE OF R. ANDREW FREE.
             BY:  R. ANDREW FREE, ESQUIRE.
10           BY:  HENRIETTE VINET-MARTIN, ESQUIRE.
             2004 8th AVENUE SOUTH
11           NASHVILLE, TENNESSEE 37204
             (844) 321-3221
12           andrew@immigrantvivilrights.com

13

14
      APPEARING ON BEHALF OF THE DEFENDANT:
15
             HOLLAND & KNIGHT.
16           BY:  J. MATTHEW DONOHUE, ESQUIRE.
             BY:  SHANNON L. ARMSTRONG, ESQUIRE.
17           111 SOUTHWEST FIFTH AVENUE
             2300 U.S. BANCORP TOWER
18           PORTLAND, OREGON  97204
             (503) 517-2913
19           shannon.armstrong@hklaw.com
             matt.donohue@hklaw.com
20

21    ALSO PRESENT:   FRANCES E. SIMKINS
                     U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
22                   DON SAVOY/VIDEOGRAPHER

23

24

25
```



1                When is the most recent time you visited
2    Adelanto?
3         A.   I think in February of this year.
4         Q.   What brought you there?
5         A.   We had a series of visits scheduled throughout
6    the State of California and so we had just stopped by,
7    visited, said - said hello to our folks and just toured
8    around that facility as well as the Desert View
9    facility.
10        Q.   Who's we?
11        A.   Myself, George Zoley, Kyle Schiller who is an
12   employee of the Operations Division, I think John
13   Christakis who's our Chief Medical Officer, our Regional
14   Vice-President.  There may have been a few other people
15   that attended as well.
16        Q.   Is the Regional Vice-President James Black?
17        A.   No.
18        Q.   Who is that?
19        A.   That is Paul Laird, L-a-i-r-d.
20        Q.   Thanks.
21             Is that a regular occurrence or an annual
22   occurrence where you go and tour these facilities or was
23   there some special reason why you were going there in
24   February of this year?
25        A.   As I stated, we had other meetings scheduled



1  throughout the state and so since we were in - in the
2  State of California we decided to make that - that trip
3  out there.
4       Q.    How many times had you been there before going
5  in February?
6       A.    I would say at least once annually again
7  mostly to - to visit because we've had meetings or
8  conferences out there and so it's always good when
9  you're in the area to stop by, say hello, see how things
10 are going.
11      Q.    If I understand the timeline of your
12 employment and the existence of Adelanto correctly, you
13 would not have been at DHS when GEO was operating
14 Adelanto, you would not have visited as a DHS official;
15 is that right?
16      A.    Correct.  I did not visit --
17      Q.    Okay.
18      A.    -- that facility.
19      Q.    And so every visit that you've taken has been
20 in your employment with GEO?
21      A.    To Adelanto?
22      Q.    Yes, sir.
23      A.    Correct.
24      Q.    Okay.  Great.
25            How long did you spend there?



```
 1            UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA
 2                    EASTERN DIVISION

 3         CIVIL ACTION NO. 5:17-cv-02514-JGB

 4   RAUL NOVOA and JAIME CAMPOS FUENTES,
     individually and on behalf of all
 5   others similarly situated,

 6                        Plaintiffs,
     vs.
 7
     THE GEO GROUP, INC.,
 8
                          Defendant,
 9   _____/

10

11

12

13     VIDEOTAPED DEPOSITION OF DAVID J. VENTURELLA

14
            VOLUME II, PAGES 147-315
15
           THURSDAY, JUNE 13th, 2019
16    515 EAST LAS OLAS BOULEVARD, SUITE 1200
            FORT LAUDERDALE, FLORIDA
17            9:03 a.m. - 5:40 p.m.

18

19

20

21

22
     STENOGRAPHICALLY REPORTED BY:
23   VALERIE LEHTO, REGISTERED PROFESSIONAL REPORTER
     NOTARY PUBLIC, STATE OF FLORIDA
24   ESQUIRE DEPOSITION SERVICES
     FORT LAUDERDALE OFFICE
25
```



800.211.DEPO (3376)
*EsquireSolutions.com*

```
 1   APPEARANCES:

 2
     APPEARING ON BEHALF OF THE PLAINTIFFS:
 3
            BURNS, CHAREST, LLP.
 4          BY:   DANIEL H. CHAREST, ESQUIRE.
            BY:   LYDIA A. WRIGHT, ESQUIRE.
 5          365 CANAL STREET, SUITE 1170
            NEW ORLEANS, LOUISIANA  70130
 6          (504) 799-2845
            dcharest@burnscharest.com
 7          lwright@burnscharest.com

 8

 9          LAW OFFICE OF R. ANDREW FREE.
            BY:   R. ANDREW FREE, ESQUIRE.
10          BY:   HENRIETTE VINET-MARTIN, ESQUIRE.
            2004 8th AVENUE SOUTH
11          NASHVILLE, TENNESSEE 37204
            (844) 321-3221
12          andrew@immigrantvivilrights.com

13

14
     APPEARING ON BEHALF OF THE DEFENDANT:
15
            HOLLAND & KNIGHT.
16          BY:   J. MATTHEW DONOHUE, ESQUIRE.
            BY:   SHANNON L. ARMSTRONG, ESQUIRE.
17          111 SOUTHWEST FIFTH AVENUE
            2300 U.S. BANCORP TOWER
18          PORTLAND, OREGON  97204
            (503) 517-2913
19          shannon.armstrong@hklaw.com
            matt.donohue@hklaw.com
20

21   ALSO PRESENT:  FRANCES E. SIMKINS
                    U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
22                  DON SAVOY/VIDEOGRAPHER

23

24

25
```



1   Q.   Okay, have you had any communications with
2   anyone at ICE regarding the voluntary work program that
3   GEO operates at the Adelanto Detention Center?
4   A.   Not for the Adelanto Detention Facility, no.
5   Q.   Have you had any communications, lawyers or no
6   from ICE outside the presence of your counsel about the
7   voluntary work program lawsuits at other facilities?
8   A.   We've had -- Yes.  We've had communications
9   with ICE about the - the other lawsuits.
10   Q.   Who's we?
11   A.   I'm sorry.  That would be myself, John Bulfin,
12   George Zoley, Amber Martin and Louis Carrillo.
13   Q.   With whom at ICE did you speak?
14   A.   We spoke to Tom Homan, Tom Blank, Mike Davis,
15   Mike Davidson and there was other individuals present,
16   but I don't recall who they were.
17   Q.   Was this one meeting or more than one meeting?
18   A.   That was one meeting.
19   Q.   What is Thomas Homan's position at ICE at the
20   time that you had these conversations?
21   A.   He was the Acting Director or Acting
22   Secretary.  I'm not sure which was --
23   Q.   For Immigration and Customs Enforcement?
24   A.   Correct.
25   Q.   How about Mr. Blank?



```
 1      A.    He was the Chief of Staff.
 2      Q.    When did that meeting occur?
 3      A.    Sometime in 2018.
 4      Q.    Where did it occur?
 5      A.    At the ICE headquarters.
 6      Q.    In Washington D.C.?
 7      A.    I'm sorry.  In Washington D.C.
 8      Q.    What was the purpose of that meeting?
 9      A.    To discuss our request for an equitable
10   adjustment regarding the legal expenses defending the
11   lawsuits regarding the voluntary work program that -
12   the violation of the trafficking laws.
13      Q.    Anything else?
14      A.    At that meeting?
15      Q.    Yes, sir.
16      A.    No.  It was the primary focus of the meeting.
17      Q.    Were there any secondary focuses?
18      A.    Not that I recall.
19      Q.    Were there any meetings after that meeting
20   that you had with any official at ICE?
21      A.    Regarding this lawsuit?
22      Q.    Yes, sir.
23      A.    No.
24      Q.    Or these - the voluntary work program
25   litigation?
```



```
 1                THE VIDEOGRAPHER:  We are going off the video
 2        record 2:24 p.m.
 3                (Whereupon, there was a brief recess observed)
 4                THE VIDEOGRAPHER:  We are back on the video
 5        record 2:39 p.m.
 6   BY MR. FREE:
 7        Q.   Mr. Venturella, I'm going to hand you an
 8   exhibit that we're marking as Number Fifteen.
 9                (Whereupon, Exhibit 15 was marked)
10   BY MR. FREE:
11        Q.   Have you seen this document before?
12        A.   I have not.
13        Q.   It appears to be a letter from Chairman and
14   CEO George Zoley of The GEO Group to Pete Edge, Acting
15   Deputy Director of ICE dated May 30th regarding the
16   equitable adjustment request that you sent on
17   February 14th, 2018.  Have I accurately characterized
18   what this letter looks like?
19        A.   Yes.
20        Q.   This is following up on your 20 - your letter
21   of February 14th, right?
22        A.   Yes.
23        Q.   Okay, were you involved in the April 18th
24   updated individual requests for equitable adjustments
25   out of Adelanto, Aurora and Tacoma that is reflected in
```



```
 1   this letter?
 2        A.   No.
 3        Q.   Okay, did you know that those updated
 4   individual requests for equitable adjustments had been
 5   submitted to ICE on behalf of GEO?
 6        A.   I was not aware of their submittal, but
 7   aware - I was aware that they were being prepared.
 8        Q.   Okay, and how did you know that?
 9        A.   With counsel.
10        Q.   Okay, have you had any communications with
11   anyone at ICE about this letter?  I know you haven't
12   seen it before today, but --
13        A.   No.
14        Q.   Okay.
15        A.   Excuse me.
16        Q.   That's all right.
17             And do you know if anybody else at GEO has
18   followed up on this May 30th letter?
19        A.   I do not.
20        Q.   I'm going to show you Sixteen, Exhibit Sixteen
21   now.
22             (Whereupon, Exhibit 16 was marked)
23   BY MR. FREE:
24        Q.   This appears to be a letter dated June 21st,
25   2018 from U.S. Immigration and Customs Enforcement to
```

