# EXHIBIT E

**AKERMAN LLP**
DAMIEN P. DELANEY (SBN 246476)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Email:   damien.delaney@akerman.com

COLIN L. BARNACLE (admitted *pro hac vice*)
ASHLEY E. CALHOUN (SBN 270530)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email:   colin.barnacle@akerman.com
             ashley.calhoun@akerman.com

Attorneys for Defendant
THE GEO GROUP, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> THE GEO GROUP, INC., <br><br> Defendant. <br><br> THE GEO GROUP, INC., <br><br> Counter-Claimant, <br><br> vs. <br><br> RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated, <br><br> Counter-Defendant. | Case No. 5:17-cv-02514-JGB-SHK <br><br> Assigned to Hon. Jesus G. Bernal and the Honorable Shashi H. Kewalramani <br><br> **DISCOVERY MATTER** <br><br> **DEFENDANT THE GEO GROUP, INC.'S NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER** <br><br> TAC Filed: September 16, 2019 <br> SAC Filed: December 24, 2018 <br> FAC Filed: July 6, 2018 <br> Complaint Filed: December 19, 2017 <br> Trial Date: June 23, 2020 |

1   CASE NO. 5:17-CV-02514-JGB-SHK

**DECLARATION OF GEORGE C. ZOLEY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S MOTION FOR PROTECTIVE ORDER**

51014730;2
51061940;1

# DECLARATION OF GEORGE C. ZOLEY

I, George C. Zoley, hereby declare:

1. I am the Founder, Chairman of the Board, and Chief Executive Officer of The GEO Group, Inc. ("GEO"). I have personal knowledge of the matters set forth herein.

2. As Chairman and CEO of GEO, I manage GEO's overall corporate operations and play a central role in corporate-level decisions. Because of the high-level nature of my responsibilities, I play no role in the day-to-day operations of GEO's detention facilities.

3. In particular, I play no role in the day-to-day operations of the Adelanto ICE Processing Center (the "Adelanto Facility") at issue in this litigation. I play no role in the day-to-day operations of the Adelanto Facility's housekeeping and sanitation policies or of the Adelanto Facility's Voluntary Work Program. These day-to-day responsibilities are instead carried out by lower-level GEO officers and employees.

4. Because I play no role in the day-to-day operations of the Adelanto Facility, any information that I possess about that facility (including the oversight of that facility by U.S. Immigration and Customs Enforcement ("ICE")) is provided to me by subordinate GEO officers or employees, usually by senior- or executive-level vice-presidents. I have no personal knowledge of the day-to-day operations of the Adelanto Facility, except for the occasional visits I have made to the site. During those visits, I have always been accompanied by other GEO officers or employees who would share any first-hand knowledge that I acquired during those visits.

5. In May 2011, ICE entered into an intergovernmental service agreement ("IGSA") with the City of Adelanto to house detainees, and the City contracted with GEO that same month to carry out the IGSA.

6. The City of Adelanto notified ICE and GEO on March 27, 2019, that it would be terminating its contract with ICE effective June 2019. ICE then entered into

2

CASE No. 5:17-CV-02514-JGB-SHK

DECLARATION OF GEORGE C. ZOLEY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S MOTION FOR PROTECTIVE ORDER

a contract directly with GEO on June 25, 2019, to continue operating the Adelanto Facility.

7. To the best of my recollection, I met on one occasion with officials from the City of Adelanto to discuss the potential termination of the IGSA for the Adelanto Facility. On that occasion, at least one other GEO employee or officer was present for the meeting and could testify to what was said during that meeting. Other than that one meeting, I am aware of no other communications between me and officials from the City of Adelanto related to the termination of the IGSA.

8. In light of the significant cost to GEO associated with defending against this lawsuit and others like it across the country challenging the operation of the Voluntary Work Program, I recall meeting once with officials from ICE to request an equitable adjustment to our contracts relating to the detention facilities at issue in these lawsuits, during which other GEO officers or employees were present who could testify to what was said. To the best of my recollection, I have never had any communications with ICE relating to this litigation in which another GEO officer or employee was not present (in the case of any meeting) or directly involved (in the case of any written communication).

9. In sum, I do not possess any unique knowledge about the day-to-day operation of the Adelanto Facility (including its Voluntary Work Program and housekeeping and sanitation policies), GEO's communications with City of Adelanto officials regarding the termination of the Adelanto IGSA, or GEO's communications with ICE regarding this litigation. Any knowledge I have about these topics would likewise be known by lower-level GEO officers or employees who participated in each of these communications. And, were I to be called to sit for a deposition, it would extremely burdensome given my preexisting obligations and schedule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this Declaration on the 10th day of December, 2019, in Boca Raton, Florida.

_____
George C. Zoley, Declarant

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

4

CASE NO. 5:17-CV-02514-JGB-SHK

DECLARATION OF GEORGE C. ZOLEY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S
MOTION FOR PROTECTIVE ORDER

51014730;2
51061940;1