Name and address:

Adrienne Scheffey
AKERMAN LLP
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raul Novoa and Jaime Campos Fuentes, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>The GEO Group, Inc.,<br><br>Defendant(s). | CASE NUMBER<br><br>5:17-cv-02514-JGB-SHK |

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Scheffey, Adrienne                              of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(303) 260-7712                    (303) 260-7714

*Telephone Number*          *Fax Number*

adrienne.scheffey@akerman.com

*E-Mail Address*

Akerman LLP
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

The GEO Group, Inc.

*Name(s) of Party(ies) Represented*       ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☒ *Other:* Counter-Claimant

**and designating as Local Counsel**

Calhoun, Ashley E.                              of

*Designee's Name (Last Name, First Name & Middle Initial)*

270530           (213) 688-9500           (213) 627-6342

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

ashley.calhoun@akerman.com

*E-Mail Address*

Akerman LLP
601 West Fifth Street, Suite 300
Los Angeles, California 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**