R. Andrew Free (admitted *pro hac vice*)
andrew@immigrantcivilrights.com
TN Bar # 030513
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959
*Class Co-Counsel*
**Additional Counsel on Signature Page**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA** and **JAIME CAMPOS FUENTES**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**DECLARATION OF R. ANDREW FREE**<br><br>Date: December #, 2019<br>Time: ##:## a.m.<br>Courtroom:<br>Judge: The Honorable Shashi Kewalramani |

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct based upon my personal knowledge:

1. I am co-class counsel for the Plaintiffs in the above-referenced action.

1

2. Attached hereto are true and correct copies the following Exhibits in support of Plaintiffs' Response in Opposition to Defendants' Motion for Protective Order pertaining the Deposition of George Zoley:

**Exhibit A**  Adelanto-CPRA_0007267 – Email dated February 6, 2019 from Jessie Flores to Greg Hillers re: Jesse Flores-Adelanto Little League;

**Exhibit B**  Adelanto-CPRA_0007266 – Email dated February 5, 2019 from Lauren Turner on behalf of George Zoley to Jessie Flores re: Message to Call Dr. Zoley;

**Exhibit C**  Adelanto-CPRA_0007263-65 – Emails from James Janecka to Adelanto City Officials dated February 5, 2019 re: Jessie Flores Call;

**Exhibit D**  Adelanto-CPRA_0007257-7262, Emails and correspondence dated February 6, 2019, between the City of Adelanto and GEO;

**Exhibit E**  Adelanto-CPRA_0000134, 0005931-32, March 13, 2019 Email and Memorandum from George Zoley to the City re termination of the IGSA;

**Exhibit F**  Adelanto-CPRA_000133, March 27, 2019 Adelanto Termination Letter to GEO & a true and correct copy of the City of Adelanto's March 27, 2019 Termination Letter to ICE;

**Exhibit G**  Adelanto-CPRA_0006842 – February 8, 2019 Email from Lauren Turner on behalf of George Zoley to David Venturella and Jessie Flores re: Adelanto with calendar attachment and dial-in number;

**Exhibit H**  Excerpts from the June 13, 2019 30(b)(1) Deposition of GEO Executive Vice President for Business Development David Venturella Deposition. Page 45, lines 12-23;

| | | | |
|---|---|---|---|
| | **Exhibit I** | Excerpts from Rough Transcript of Plaintiffs' December 11, 2019 30(b)(6) Deposition of GEO Pages 32-35; | |
| | **Exhibit J** | Plaintiffs' Amended 30(b)(6) Deposition Notice dated December 6, 2019; | |

Dated:  December 16, 2019   */s/ R. Andrew Free*
R. Andrew Free (admitted *pro hac vice*)
andrew@immigrantcivilrights.com
TN Bar # 030513
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959

Robert Ahdoot (CA Bar # 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Theodore W Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone:  (310) 474-9111
Fax:  (310) 474-8585

Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
LA Bar # 30002
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
LA Bar # 37926
C. Jacob Gower (admitted *pro hac vice*)
jgower@burnscharest.com
LA Bar # 34564
**BURNS CHAREST LLP**

3

365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

Nicole Ramos (admitted *pro hac vice*)
nicole@alotrolado.org
NY Bar # 4660445
**AL OTRO LADO**
511 E. San Ysidro Blvd., # 333
San Ysidro, CA 92173
Telephone: (619) 786-4866


Will Thompson (CA Bar # 289012)
wthompson@burnscharest.com
Warren Burns (admitted *pro hac vice*)
wburns@burnscharest.com
TX Bar # 24053119
Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002


*Class Counsel*

**CERTIFICATE OF SERVICE**

I, R. Andrew Free, electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, using the

4

electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

Dated: December 16, 2019      /s/ R. Andrew Free
R. Andrew Free (admitted *pro hac vice*)
andrew@immigrantcivilrights.com
TN Bar # 030513
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959