## Melisa Carrillo

| | |
|---|---|
| **From:** | JFlores@ci.adelanto.ca.us |
| **Sent:** | Tuesday, February 5, 2019 10:21 AM |
| **To:** | ghillers@geogroup.com |
| **Cc:** | MVanDerLinden@ci.adelanto.ca.us |
| **Subject:** | Jessie Flores-Adelanto Little League |

Dear Mr. Hillers,

Thank you very much for taking the time to visit with me recently. We appreciate the working relationship that we have with The GEO Group. The meeting we had with Dr. Zoley and his executive team on January 16th was very productive and informative. The reason for this message is to request support in the amount of $3500 for the Adelanto Little League Baseball Team. The league is in desperate need of equipment such as Uniforms, Baseball bats, Ground maintenance, Park usage fees, Utilities etc… your continued support and consideration is very much appreciated.

Kind regards,

*Jessie Flores*
**City Manager**
*Office: (760) 246-2300 ext. 11184*
*11600 Air Expressway*
*Adelanto, CA  92301*
jflores@ci.adelanto.ca.us
*Mon-Thurs - 7:00 a.m. 6:00 p.m.*
*Closed Every Friday*



**CONFIDENTIALITY NOTICE :**  This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.