**Melisa Carrillo**

| | |
|---|---|
| From: | Lauren Turner <lturner@geogroup.com> on behalf of George Zoley <gzoley@geogroup.com> |
| Sent: | Tuesday, February 5, 2019 11:32 AM |
| To: | Jessie Flores (jflores@ci.adelanto.ca.us) |
| Subject: | Message to call Dr. Zoley |

Good Afternoon Mr. Flores,

George Zoley is trying to reach you and left a voice mail on your office line. If you would be so kind please return the call at your earliest convenience.  Our direct line is: 561-999-7308

Thank you,

Adelanto-CPRA_0007266