# Melisa Carrillo

**From:** James Janecka <jjanecka@geogroup.com>
**Sent:** Tuesday, February 5, 2019 3:00 PM
**To:** Brenda Lopez
**Cc:** Cathy Johnson
**Subject:** Re: Jessie Flores Call

If possible, let me know a good time and I will let Dr. Zoley know, so that he can call Jessie.

jaj

**JAMES JANECKA**

FACILITY ADMINISTRATOR

The GEO Group, Inc.®
**ADELANTO ICE PROCESSING CENTER**
10400 Rancho Road
Adelanto, CA   92301

Tel:  760 561 6100   Fax:  760 561 6195

jjanecka@geogroup.com
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

---

**From:** Brenda Lopez <blopez@ci.adelanto.ca.us>
**Sent:** Tuesday, February 5, 2019 2:57 PM
**To:** James Janecka
**Cc:** Cathy Johnson
**Subject:** [EXTERNAL] RE: Jessie Flores Call

No he is still in a meeting, I have relayed the message to his assistant Cathy, Mr. Zoley also left a message on my line.

**From:** James Janecka [mailto:jjanecka@geogroup.com]
**Sent:** Tuesday, February 5, 2019 2:54 PM
**To:** Brenda Lopez <blopez@ci.adelanto.ca.us>
**Subject:** Re: Jessie Flores Call

Anything yet?

jaj

**JAMES JANECKA**
FACILITY ADMINISTRATOR

**The GEO Group, Inc.®**
**ADELANTO ICE PROCESSING CENTER**
10400 Rancho Road
Adelanto, CA   92301

Tel:  760 561 6100   Fax:  760 561 6195

jjanecka@geogroup.com
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

**From:** Brenda Lopez <blopez@ci.adelanto.ca.us>
**Sent:** Tuesday, February 5, 2019 2:09 PM
**To:** James Janecka
**Subject:** [EXTERNAL] RE: Jessie Flores Call

He is currently in a meeting, perhaps when he is done with the meeting I can arrange a call. Please let me know if that will work.

Brenda

**From:** James Janecka [mailto:jjanecka@geogroup.com]
**Sent:** Tuesday, February 5, 2019 1:55 PM
**To:** Brenda Lopez <blopez@ci.adelanto.ca.us>
**Subject:** Jessie Flores Call

Brenda,

I received a call from Dr. Zoley, CEO of GEO, and he is trying to reach Jessie Flores by phone.  Is Jessie available for a call from Dr. Zoley?

jaj

**JAMES JANECKA**

FACILITY ADMINISTRATOR

**The GEO Group, Inc.®**
**ADELANTO ICE PROCESSING CENTER**
10400 Rancho Road
Adelanto, CA   92301

Tel:  760 561 6100   Fax:  760 561 6195

jjanecka@geogroup.com
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed.  If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited.  If you have received this email in error, please immediately notify by replying to this email.

Adelanto-CPRA_0007265