**Melisa Carrillo**

| | |
|---|---|
| **From:** | Lauren Turner <lturner@geogroup.com> on behalf of George Zoley <gzoley@geogroup.com> |
| **Sent:** | Wednesday, February 6, 2019 1:07 PM |
| **To:** | Jessie Flores; George Zoley |
| **Cc:** | Rosa Suarez |
| **Subject:** | RE: Per your conversation with Dr. Zoley |

Thank you

**From:** Jessie Flores <JFlores@ci.adelanto.ca.us>
**Sent:** Wednesday, February 06, 2019 3:28 PM
**To:** George Zoley <gzoley@geogroup.com>
**Cc:** Rosa Suarez <rsuarez@geogroup.com>
**Subject:** [EXTERNAL] RE: Per your conversation with Dr. Zoley

Dear Mr. Zoley,

Thank you very much for your message and attachments. I will have our legal counsel and finance director review and get back to you by the end of the day.

Kind regards,

*Jessie Flores*
**City Manager**
*Office: (760) 246-2300 ext. 11184*
*11600 Air Expressway*
*Adelanto, CA  92301*
jflores@ci.adelanto.ca.us
*Mon-Thurs - 7:00 a.m. 6:00 p.m.*
*Closed Every Friday*

**ADELANTO**

CONFIDENTIALITY NOTICE :  This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**From:** Lauren Turner [mailto:lturner@geogroup.com] **On Behalf Of** George Zoley
**Sent:** Wednesday, February 6, 2019 10:01 AM

**To:** Jessie Flores <JFlores@ci.adelanto.ca.us>
**Cc:** Rosa Suarez <rsuarez@geogroup.com>
**Subject:** Per your conversation with Dr. Zoley

Mr. Flores,

Per your conversation with Dr. Zoley this morning, please find attached the two letters discussed. If possible he would like them to go out today. If you need anything further please do not hesitate to call.

Thank you,

Adelanto-CPRA_0007258

## Melisa Carrillo

| | |
|---|---|
| From: | JFlores@ci.adelanto.ca.us |
| Sent: | Wednesday, February 6, 2019 12:35 PM |
| To: | vponto@omlolaw.com; WKomers@ci.adelanto.ca.us |
| Cc: | blopez@ci.adelanto.ca.us |
| Subject: | FW: Per your conversation with Dr. Zoley |
| Attachments: | Flores Letter to GEO.docx; Flores Letter to ICE.docx |

Gentlemen,

Please take a moment to review the time sensitive attachments. I would like to get these two separate documents on City letterhead and out by the end of the day. Thank you.

*Jessie Flores*
**City Manager**
*Office: (760) 246-2300 ext. 11184*
*11600 Air Expressway*
*Adelanto, CA 92301*
<u>jflores@ci.adelanto.ca.us</u>
*Mon-Thurs - 7:00 a.m. 6:00 p.m.*
*Closed Every Friday*



**CONFIDENTIALITY NOTICE :** This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

Adelanto-CPRA_0007259

February 6, 2019

VIA U.S. MAIL and EMAIL
Amber Martin
Executive Vice President, Contract Administration
The GEO Group, Inc.
621 NW 53rd Street Suite 700
Boca Raton, FL 33487

Re: Notice of Termination of EROIGSA-11-0003

Dear Ms. Martin,

    Please be informed that the City of Adelanto has served notice of termination of the Intergovernmental Service Agreement (IGSA) it entered into with US Immigration and Customs Enforcement (ICE) on May 13, 2011. Attached here is the letter by which the City has notified ICE that the IGSA will terminate 90 days after the date of the letter.

Section 3.0 (Period of Performance) of the Service Agreement between the City and The GEO Group, Inc. provides that it's terms shall be effective "so long as CITY and ICE are parties to the IGSA or any extension thereof, unless earlier terminated as set forth herein." Accordingly, the Service Agreement will no longer be effective as of the date that IGSA terminates, which is the date 90 days after the date of the attached letter from the City to ICE.

Please let me know if you have any questions.

Very truly yours,

Jessie Flores
City Manager
City of Adelanto

February 6, 2019


VIA U.S. MAIL and EMAIL
Bethany Stutler
Contracting Officer
US Immigration and Customs Enforcement
24000 Avila Rd. Room 3104
Laguna Niguel, CA 92677


Re: Notice of Termination of EROIGSA-11-0003


Dear Ms. Stutler,

    The City of Adelanto, California intends to terminate 90 days from the date of this letter the contract entitled "Intergovernmental Service Agreement" (IGSA) entered into on or about May 13, 2011 between the United States Department of Homeland Security, US Immigration and Customs Enforcement, Office of Enforcement and Removal Operations on the one hand, and the City of Adelanto, California on the other hand. This written notice is provided in accordance with Article 9 ("Period of performance") of the IGSA. Accordingly, the IGSA will terminate effective 90 days from the date of this letter.

Please contact me if you have any questions.


Very truly yours,


Jessie Flores
City Manager
City of Adelanto

# Melisa Carrillo

| | |
|---|---|
| **From:** | Lauren Turner <lturner@geogroup.com> |
| **Sent:** | Wednesday, February 6, 2019 12:34 PM |
| **To:** | Jessie Flores (jflores@ci.adelanto.ca.us) |
| **Cc:** | Rosa Suarez |
| **Subject:** | Term Letter |

Jessie,

George asked me to let you know that there would be no financial impact to the City.

1