**From:** Lauren Turner
**Sent:** Wednesday, March 13, 2019 11:22 AM
**To:** Jessie Flores
**CC:** Rosa Suarez
**Subject:** Memo Re: Discontinuation of IGSA
**Attachments:** 031319 to J. Flores.pdf

Good Afternoon Jessie,

Attached please find a memo from Dr. Zoley. Please confirm receipt.

Thank you,



# MEMORANDUM

**The GEO Group, Inc.**

Corporate Headquarters
One Park Place, Suite 700
621 Northwest 53rd Street
Boca Raton, Florida 33487

TEL: 561 893 0101
866 301 4436
www.thegeogroupinc.com

Date:　March 13, 2019

To:　Adelanto Council Members
　　　City Manager, Jessie Flores

From:　George C. Zoley
　　　　CEO, Chairman and CEO

RE:　**DISCONTINUATION OF ICE INTERGOVERNMENTAL SERVICE AGREEMENT (IGSA)**

---

The Adelanto IGSA with ICE is the last IGSA involving a private contractor/operator in the state of California. The two previous IGSAs involving the City of McFarland and Imperial County requested a discontinuation from ICE resulting in direct contracts with the contractor/operator. Accordingly, we are respectfully requesting that the City of Adelanto give its notice of discontinuation to ICE.

I am aware that this request gives rise to a number of questions that I will attempt to answer as follows:

- The annual financial compensation to the City of $50,000 for facilitating the IGSA will be continued by GEO, as well as, the additional compensation specified and consistent with the terms of the Development Plan 15-03 and Conditional Use Permit 15-02.

- GEO does not have the legal authority to grant the City on-going contractual oversight of the Federal facility.

- We believe that ICE cannot or will not agree to the City's having on-going legal/contractual oversight either.

- The appropriate role for the Council Members to remain involved with the ICE Facility, is to be members of the Adelanto ICE Facility Community Advisory Board.

- The discontinuation of the IGSA will reduce the City's legal and financial exposure to ICE critics advancing claims for detainee records, or other facility documents.



- We believe GEO has been a good partner for the City by creating several hundreds of jobs and significantly contributing to the City's financial well-being, particularly, when the times were very difficult. We continue to contribute through high school scholarships and to local charities.

We now ask for your cooperation to discontinue the ICE IGSA.