

**Gabriel Reyes**
*Mayor*

**Stevevonna Evans**
*Mayor Pro Tem*

**Ed Camargo**
*Council Member*

**Gerardo Hernandez**
*Council Member*

**Joy Jeannette**
*Council Member*

**Jessie Flores**
*City Manager*

March 27, 2019

VIA U.S. MAIL and EMAIL
Amber Martin
Executive Vice President, Contract Administration
The GEO Group, Inc.
621 NW 53rd Street Suite 700
Boca Raton, FL 33487

Re: Notice of Termination of EROIGSA-11-0003

Dear Ms. Martin,

Please be informed that the City of Adelanto has served notice of termination of the Intergovernmental Service Agreement (IGSA) it entered into with US Immigration and Customs Enforcement (ICE) on May 13, 2011. Attached here is the letter by which the City has notified ICE that the IGSA will terminate 90 days after the date of the letter.

Section 3.0 (Period of Performance) of the Service Agreement between the City and The GEO Group, Inc. provides that it's terms shall be effective "so long as CITY and ICE are parties to the IGSA or any extension thereof, unless earlier terminated as set forth herein." Accordingly, the Service Agreement will no longer be effective as of the date that IGSA terminates, which is the date 90 days after the date of the attached letter from the City to ICE.

Please let me know if you have any questions.

Very truly yours,

Jessie Flores
City Manager
City of Adelanto



**Gabriel Reyes**
*Mayor*

**Stevevonna Evans**
*Mayor Pro Tem*

**Ed Camargo**
*Council Member*

**Gerardo Hernandez**
*Council Member*

**Joy Jeannette**
*Council Member*

**Jessie Flores**
*City Manager*

March 27, 2019

VIA U.S. MAIL and EMAIL
Bethany Stutler
Contracting Officer
US Immigration and Customs Enforcement
24000 Avila Rd. Room 3104
Laguna Niguel, CA 92677

Re: Notice of Termination of EROIGSA-11-0003

Dear Ms. Stutler,

The City of Adelanto, California intends to terminate 90 days from the date of this letter the contract entitled "Intergovernmental Service Agreement" (IGSA) entered into on or about May 13, 2011 between the United States Department of Homeland Security, US Immigration and Customs Enforcement, Office of Enforcement and Removal Operations on the one hand, and the City of Adelanto, California on the other hand. This written notice is provided in accordance with Article 9 ("Period of performance") of the IGSA. Accordingly, the IGSA will terminate effective 90 days from the date of this letter.

Please contact me if you have any questions.

Very truly yours,

Jessie Flores
City Manager
City of Adelanto