# Melisa Carrillo

| | |
|---|---|
| **From:** | Lauren Turner <lturner@geogroup.com> on behalf of George Zoley <gzoley@geogroup.com> |
| **Sent:** | Friday, February 8, 2019 10:40 AM |
| **To:** | David Venturella; Jessie Flores |
| **Subject:** | Adelanto |
| **Attachments:** | attachment.ics |

Dial in: 855-442-2630
Participant Code 14129536