Case 5:17-cv-02514-JGB-SHK   Document 233-9   Filed 12/16/19   Page 1 of 1 Page ID #:4705

Exhibit H

DAVID J. VENTURELLA  Volume I
NOVOA vs THE GEO GROUP

June 13, 2019
45–48

Page 45

1  A.  No.  That's all performed out of the Boca
2  office.
3  Q.  Okay, have you been apprised of any
4  discussions between Miss Martin and ICE regarding
5  Adelanto?
6  A.  I mean I'm aware that the process is not
7  concluded.  I don't know the specifics and what they've
8  said to each other, but I just know it hasn't concluded.
9  Q.  Do you have any idea what the rough annual
10 revenues to GEO are from the current agreement?
11 A.  I do not.
12 Q.  Okay, do you know why the City of Adelanto
13 issued its termination notice?
14 A.  I do not.
15 Q.  Do you have any information as you sit here
16 today about the process that the City of Adelanto used
17 to issue that termination notice?
18 A.  I do not.
19 Q.  Okay, and I think I know the answer to this,
20 but I'm just going to ask, you, yourself, have not had
21 any discussions with anybody in the City of Adelanto
22 about the termination of the contract; is that right?
23 A.  That is correct.
24 Q.  Okay.  I'm going to hand you an exhibit that's
25 been marked as Exhibit One.  It's the contract.

Page 46

1     MR. DONOHUE:  Yes.
2  BY MR. FREE:
3  Q.  This is the -- I'm going to represent to you
4  that this is an intergovernmental services agreement
5  entered into May of 2011 between the City of Adelanto
6  and GEO to perform functions that the City entered into
7  a contract with ICE to perform.  Now I understand that
8  this is not necessarily the end of the discussion
9  between these contracting parties.  In other words,
10 there may have been modifications to this contract.  Is
11 that your understanding as well?
12    MR. DONOHUE:  Object to the form.
13    THE WITNESS:  I believe there are
14    modifications to this, yes.
15 BY MR. FREE:
16 Q.  Okay, have you been involved in any of those
17 contract modifications, if they happened, to this
18 intergovernmental services agreement?
19 A.  No.
20 Q.  No.
21    Okay, are you aware of any of the
22 modifications to this agreement that may have happened?
23 A.  I'm aware of a collective bargaining agreement
24 that was renegotiated between GEO and the union that
25 services Adelanto and that there was a request for an

Page 47

1  adjustment based on the change in the CBA terms and
2  conditions, but I mean I'm not sure when that was, but I
3  know that was certainly an activity that required a
4  modification.
5  Q.  All right, and why do you know about that?
6  A.  It came up in a --
7     MR. DONOHUE:  Objection.
8     THE WITNESS:  -- in a business development
9     meeting that was presented by our HR executive.
10 BY MR. FREE:
11 Q.  What do you recall about that meeting?
12 A.  Well, just as it reported.  He reported that
13 the CBA had been successfully renegotiated and the terms
14 and conditions needed to be communicated to ICE.
15 Q.  Do you have any understanding as you sit here
16 today about who is covered within the collective
17 bargaining agreement and employed by GEO?
18 A.  I do not.
19 Q.  All right, if I told you it's just the guards,
20 does that sound about right to you?
21    MR. DONOHUE:  Object to the form.
22    THE WITNESS:  It would make sense.
23 BY MR. FREE:
24 Q.  Okay, do you think that the medical
25 professionals would be subject to a collective

Page 48

1  bargaining agreement?
2     MR. DONOHUE:  Object to the form.
3     THE WITNESS:  I don't know.
4  BY MR. FREE:
5  Q.  Okay, do you remember anything else about that
6  meeting?
7  A.  No.
8  Q.  And who's the Human Resources person that told
9  you about that?
10 A.  Chris Ryan.
11 Q.  What's his title?
12 A.  Executive Vice-President of Human Resources.
13 Q.  And when did that occur roughly, if you can
14 recall?
15 A.  I don't know.
16 Q.  Okay, as a result of the renegotiation of the
17 collective bargaining agreement you said GEO had to
18 notify ICE; is that right?
19 A.  Correct.
20 Q.  Okay, do you know whether the collective
21 bargaining resulted in the members of the union getting
22 paid more or getting more benefits or whether they got
23 less benefits, fewer benefits?
24    MR. DONOHUE:  Object to the form.
25    THE WITNESS:  I don't know the nature of the

