```
 1      A     That would have to be someone in our
 2   contracting department.
 3      Q     Who?
 4      A     Amber Martin.
 5      Q     Okay.  Anyone else?
 6      A     Not that I'm aware of.
 7      Q     All right.  What reason did the City give
 8   for canceling the Intergovernmental Services
 9   Agreement to GEO?
10      A     To my knowledge, something to the effect
11   that they felt that it was in the best interest of
12   the City.
13      Q     Why?
14      A     I don't know why.  I wasn't given a reason
15   why that I'm aware of.
16      Q     Have you ever read the public statements of
17   Jessie Flores about the consolation of the
18   contract?
19      A     Not that I recall.
20      Q     Any other reasons that GEO was provided, by
21   the City of Adelanto, for canceling the
22   Intergovernmental Services Agreement in March of
23   2019?
24      A     Not that I recall.
25      Q     Were you in -- were you personally involved
```

```
 1  in any discussions regarding the cancelation of the
 2  contract, the IGSA?
 3      A    I personally didn't have discussions with
 4  them.
 5      Q    That wasn't my question.  Were you
 6  personally involved in any discussions regarding the
 7  cancellation of the IGSA, by the City of Adelanto,
 8  in 2019?
 9      A    I was in a couple meetings.
10      Q    Okay.  Which meetings are you thinking
11  of?
12      A    There was a, that I can think of, a meeting
13  maybe in the January or February of 2019, when there
14  was a meeting with some City officials and some
15  other cooperate executive Staff.
16      Q    Who were the City officials?
17      A    If I recall Jessie Flores.
18      Q    That's the City manager; correct?
19      A    Correct.  Gabriel Reyes.
20      Q    And what's Gabriel's title?
21      A    The mayor.
22      Q    Okay.  Was Ray Carmago in that meeting?
23      A    Not that I can recall.
24      Q    Who from GEO cooperate was in this
25  meeting?
```

```
1      A    Dave Venturella, Kyle Schiller, gentleman
2  by the name of Phil Mosciski.
3      Q    I'm going to have you spell that for the
4  court reporter later, but we'll get back to it.
5      A    I can try.  I don't know if I can spell
6  it.
7      Q    All right.  Who's Mr. Mosciski?
8      A    He's with -- he's with our design
9  department I believe.
10     Q    Design of what?
11     A    I -- it's -- the design department.  I'm
12 not sure what his role or title, I really don't
13 know.
14     Q    Do they design signs, or do they design new
15 jails?
16     A    He's an engineer --
17     Q    Okay.  Is he --
18     A    -- to my understanding.
19     Q    Is he an electrical engineer or structural
20 engineer?
21     A    He's in construction.
22     Q    It's okay.  You can tell us --
23     A    Well, I --
24     Q    -- during the meeting you talked about the
25 bigger facility.  It's okay.  It's all right.
```

```
1            MR. BARNACLE:  Object to the form.
2      BY MR. FREE:
3         Q    The engineer talked about what during this
4      meeting?
5         A    He didn't say a word that I recall.
6         Q    Well, what was his role at the meeting why
7      was he there?
8         A    He was part of the group that came into
9      town.
10        Q    What did they come to town for?
11        A    To meet with the City.
12        Q    About what?
13        A    I don't recall the just of it.
14        Q    You were in the meeting, and you recall --
15     you do not recall the topic of it?
16        A    There were discussions.
17        Q    What were they?
18        A    It ranged from our Continuum of Care
19     Program to some things that the City would like to
20     have done -- have done in their community, things to
21     improve it.  There was discussions about the
22     contract.  I don't recall the exact meeting.  It's
23     been almost a year ago.
24        Q    So continuum of care --
25        A    Uh-huh.
```