Name and address:
Adrienne Scheffey
AKERMAN LLP
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raul Novoa and Jaime Campos Fuentes, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff(s)<br>v.<br>The GEO Group, Inc.,<br><br>                                    Defendant(s). | CASE NUMBER<br>5:17-cv-02514-JGB-SHK<br><br>ORDER ON APPLICATION OF<br>NON-RESIDENT ATTORNEY TO APPEAR IN<br>A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Scheffey, Adrienne
*Applicant's Name (Last Name, First Name & Middle Initial)*

(303) 260-7712
*Telephone Number*

(303) 260-7714
*Fax Number*

adrienne.scheffey@akerman.com
*E-Mail Address*

of
Akerman LLP
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

The GEO Group, Inc.

*Name(s) of Party(ies) Represented*  ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☒ *Other:* Counter-Claimant

and designating as Local Counsel

Calhoun, Ashley E.
*Designee's Name (Last Name, First Name & Middle Initial)*

270530
*Designee's Cal. Bar No.*

(213) 688-9500
*Telephone Number*

(213) 627-6342
*Fax Number*

ashley.calhoun@akerman.com
*E-Mail Address*

of
Akerman LLP
601 West Fifth Street, Suite 300
Los Angeles, California 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated  December 17, 2019

_____
U.S. District Judge