**AKERMAN LLP**
DAMIEN P. DELANEY (SBN 246476)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Email: damien.delaney@akerman.com

COLIN L. BARNACLE (admitted *pro hac vice*)
ADRIENNE SCHEFFEY (admitted *pro hac vice*)
ASHLEY E. CALHOUN (SBN 270530)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email: colin.barnacle@akerman.com
          adrienne.scheffey@akerman.com

Attorneys for Defendant
THE GEO GROUP, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant.<br><br>THE GEO GROUP, INC.,<br><br>Counter-Claimant,<br><br>vs.<br><br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Counter-Defendant. | Case No. 5:17-cv-02514-JGB-SHK<br><br>Assigned to Hon. Jesus G. Bernal and the Honorable Shashi H. Kewalramani<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF COLIN BARNACLE IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S MOTION FOR PROTECTIVE ORDER**<br><br>TAC Filed: September 16, 2019<br>SAC Filed: December 24, 2018<br>FAC Filed: July 6, 2018<br>Complaint Filed: December 19, 2017<br>Trial Date: June 23, 2020 |

1

CASE NO. 5:17-CV-02514-JGB-SHK

**DECLARATION OF COLIN BARNACLE IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S MOTION FOR PROTECTIVE ORDER**

51014730;2
51167129;2

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

1

## DECLARATION OF COLIN BARNACLE

2    I, Colin L. Barnacle, hereby declare:

3    1.  I am an attorney licensed to practice law, I am admitted *pro hac vice* in this
4  Court, and am a Partner with Akerman LLP and counsel of record for The GEO Group,
5  Inc. ("GEO") in this action. I have personal knowledge of the matters set forth herein.

6    2.  Attached as Exhibit A is a an excerpt of one of the 30(b)(6) depositions of
7  GEO, taken by Plaintiffs in this matter on December 11, 2019. In this particular
8  deposition, the Warden of Adelanto, James Janecka, served as GEO's designee.

9    3.  Mr. Janecka was designated for Adelanto-specific questions to Topics 5,
10  6,7,8,10,11,12 (subpart a only), 17 (subparts c,d,e,g,h,j, and k), and 18.

11    4.  The parties are conferring about dates for a subsequent 30(b)(6) deposition.

12    5.  I have reviewed (1) Plaintiff's First Set of Discovery Requests To
13  Defendant the GEO Group, Inc.; (2) Plaintiffs' Second Set of Requests For Admission
14  And Request For Inspection to Defendant the GEO Group, Inc. dated August 23, 2019;
15  and (3) Plaintiffs' Second Set of Requests For Production To Defendant the GEO
16  Group, Inc. dated October 8, 2019 (all discovery requests propounded by Plaintiffs in
17  this case) and none of the requests seek information about Mr. Zoley's meetings with
18  Adelanto.

19    I declare under penalty of perjury under the laws of the United States of America
20  that the foregoing is true and correct and that I executed this Declaration on the 20th
21  day of December, 2019, in Denver, Colorado.

23                              Colin L. Barnacle, Declarant

28                              2                 CASE NO. 5:17-CV-02514-JGB-SHK

**DECLARATION OF COLIN BARNACLE IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S
MOTION FOR PROTECTIVE ORDER**

51014730;2
51167129;2