# EXHIBIT A

```
 1                UNITED STATES DISTRICT COURT
 2               CENTRAL DISTRICT OF CALIFORNIA
 3                      EASTERN DIVISION
 4   RAUL NOVA, et al.,            )
     individually and on behalf    )
 5   of all others similarly       ) Civil Action No.
     situated,                     ) 5:17-cv-02514-JBG-SHKx
 6                                 )
 7            Plaintiff,           )
                                   )
 8   vs.                           )
                                   )
 9   THE GEO GROUP, INC.,          )
                                   )
10            Defendant.           )
     _____)
11
12
13       VIDEOTAPED DEPOSITION OF JAMES JANECKA(PMQ)
14                  LOS ANGELES, CALIFORNIA
15               WEDNESDAY, DECEMBER 11, 2019
16                        VOLUME I
17
18
19
20
21   REPORTED BY:
22   KATHLEEN M. ALONA
23   CSR NO:   14219
24   JOB NO:   3789116
25   Pages 1 -
```

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3                       EASTERN DIVISION
 4   RAUL NOVA, et al.,            )
     individually and on behalf    )
 5   of all others similarly       ) Civil Action No.
     situated,                     ) 5:17-cv-02514-JBG-SHKx
 6                                 )
            Plaintiff,             )
 7                                 )
     vs.                           )
 8                                 )
     THE GEO GROUP, INC.,          )
 9                                 )
            Defendant.             )
10   _____)
11
12
13
14        Videotaped deposition of JAMES JANECKA
15   (PMQ), taken on behalf of Plaintiff, RAUL
16   NOVOA, at Veritext, located at 316 West 2nd
17   Street, Suite 200, Los Angeles, California,
18   beginning at 11:35 a.m., on Wednesday, December
19   11, 2019, before Kathleen M. Alona, Certified
20   Shorthand Reporter No. 14219.
21
22
23
24
25
```

Page 2

```
 1   that they felt that it was in the best interest of
 2   the City.
 3        Q    Why?
 4        A    I don't know why.  I wasn't given a reason
 5   why that I'm aware of.
 6        Q    Have you ever read the public statements of
 7   Jessie Flores about the consolation of the
 8   contract?
 9        A    Not that I recall.
10        Q    Any other reasons that GEO was provided, by
11   the City of Adelanto, for canceling the
12   Intergovernmental Services Agreement in March of
13   2019?
14        A    Not that I recall.
15        Q    Were you in -- were you personally involved
16   in any discussions regarding the cancelation of the
17   contract, the IGSA?
18        A    I personally didn't have discussions with
19   them.
20        Q    That wasn't my question.  Were you
21   personally involved in any discussions regarding the
22   cancellation of the IGSA, by the City of Adelanto,
23   in 2019?
24        A    I was in a couple meetings.
25        Q    Okay.  Which meetings are you thinking
```

Page 38

```
 1    of?
 2        A    There was a, that I can think of, a meeting
 3    maybe in the January or February of 2019, when there
 4    was a meeting with some City officials and some
 5    other corporate executive Staff.
 6        Q    Who were the City officials?
 7        A    If I recall Jessie Flores.
 8        Q    That's the City manager; correct?
 9        A    Correct.  Gabriel Reyes.
10        Q    And what's Gabriel's title?
11        A    The mayor.
12        Q    Okay.  Was Ray Carmago in that meeting?
13        A    Not that I can recall.
14        Q    Who from GEO corporate was in this
15    meeting?
16        A    Dave Venturella, Kyle Schiller, gentleman
17    by the name of Phil Mosciski.
18        Q    I'm going to have you spell that for the
19    court reporter later, but we'll get back to it.
20        A    I can try.  I don't know if I can spell
21    it.
22        Q    All right.  Who's Mr. Mosciski?
23        A    He's with -- he's with our design
24    department I believe.
25        Q    Design of what?
```

Page 39

```
 1      A    I -- it's -- the design department.  I'm
 2   not sure what his role or title, I really don't
 3   know.
 4      Q    Do they design signs, or do they design new
 5   jails?
 6      A    He's an engineer --
 7      Q    Okay.  Is he --
 8      A    -- to my understanding.
 9      Q    Is he an electrical engineer or structural
10   engineer?
11      A    He's in construction.
12      Q    It's okay.  You can tell us --
13      A    Well, I --
14      Q    -- during the meeting, you talked about the
15   bigger facility.  It's okay.  It's all right.
16           MR. BARNACLE:  Object to the form.
17   BY MR. FREE:
18      Q    The engineer talked about what during this
19   meeting?
20      A    He didn't say a word that I recall.
21      Q    Well, what was his role at the meeting, why
22   was he there?
23      A    He was part of the group that came into
24   town.
25      Q    What did they come to town for?
```

```
 1        A    To meet with the City.
 2        Q    About what?
 3        A    I don't recall the just of it.
 4        Q    You were in the meeting, and you recall --
 5   you do not recall the topic of it?
 6        A    There were discussions.
 7        Q    What were they?
 8        A    It ranged from our Continuum of Care
 9   Program to some things that the City would like to
10   have done -- have done in their community, things to
11   improve it.  There was discussions about the
12   contract.  I don't recall the exact meeting.  It's
13   been almost a year ago.
14        Q    So Continuum of Care --
15        A    Uh-huh.
16        Q    -- community improvement, and the contract;
17   anything else?
18        A    Not that I can recall.
19        Q    What is the Continuum of Care Program?
20        A    It's -- it's a program that the company
21   runs in its correctional facilities with inmates.
22   It's educations, vocations, trades.  It's a
23   educational/vocational program.
24        Q    And what about that was discussed during
25   the meeting, if you can recall?
```

Page 41

```
 1      A    Just that the company provides the program,
 2  the number of GEDs, the number of certificates --
 3      Q    Right.
 4      A    In general that was the just of it.
 5      Q    Okay.  But it doesn't provide that at the
 6  Adelanto Facility does it?
 7      A    No.
 8      Q    You can't get a GED if you're at Adelanto;
 9  right?
10      A    No.
11      Q    Why not?
12      A    Because we have detain -- detainees and the
13  average length of stay is approximately 75 days, so
14  there's no education requirement by ICE to provide
15  the programs.
16      Q    Do other contracting partners require you
17  to provide a GED detained or convicts or inmates?
18      A    There are State agencies and other Federal
19  agencies.
20      Q    What did Adelanto convey to GEO about
21  improvements in the community during this January or
22  February meeting of 2019?
23      A    It was just general conversation regarding
24  different needs in the community where the City
25  would -- was thinking about building a rec center or
```

Page 42

```
 1    a youth-type center.  There was nothing real
 2    specific that I recall.
 3         Q    Any funding requests come up?
 4         A    Not that I can recall.
 5         Q    Possible?
 6              MR. BARNACLE:  Object to the form.
 7              THE WITNESS:  I mean, may have.  I don't
 8    know.  I don't recall.
 9    BY MR. FREE:
10         Q    Okay.  And why was the City talking to GEO
11    about this, GEO doesn't build rec centers; does
12    it?
13              MR. BARNACLE:  Object to the form.
14              THE WITNESS:  GEO doesn't what?
15              MR. FREE:  Build rec centers.
16              THE WITNESS:  No.  I can't speak for the
17    City.  They just brought it up.
18    BY MR. FREE:
19         Q    Well, what was GEO's response?
20         A    It was a general response.
21         Q    Generally what was it?
22         A    Generally understand your needs, we
23    understand.  There was no -- that I can recall, any
24    agreements made.  It was conversation.
25         Q    So does the rec center include like
```

Page 43

```
 1   there --
 2        Q    Ballpark, 100s, 1,000s?
 3        A    Maybe 5,000.
 4        Q    Okay.  Do you know if the funding needs --
 5   if GEO has, in fact, made payments to the City to
 6   help with the community development projects
 7   discussed during this meeting?
 8        A    No.
 9        Q    Okay.  What did you talk about this
10   January, February 2019, about the contract?
11        A    The -- it was talked in -- about the
12   differences between the IGSA and the developmental
13   agreement, there was discussions about that.
14        Q    And what were those discussions?
15        A    I don't recall.  I wasn't in the actual
16   conversation.
17        Q    What were you doing then?
18        A    I was just -- I actually picked the
19   gentleman up from the corporate office that flew in
20   and drove him to City Hall.
21        Q    What are the differences between the IGSA
22   and development agreement?
23        A    The IGSA speaks to the operation of the
24   facility.
25        Q    Uh-huh.
```

Page 45

1  to.
2       Q    Sure.  You can take a look at it.
3            So the big bridge contract that you've got
4  maybe over here.  Or I can show you mine if you
5  want.
6       A    Okay.
7       Q    You got it?  Because it's already --
8       A    That's the authorized staffing plan.
9       Q    Okay.  So if I wanted to know, for
10 instance, how many janitors -- or excuse me -- like
11 laundry workers, I could look at the specific
12 sections of the staffing plan and determine that;
13 right?
14      A    Yes.
15      Q    Okay. With the exception of janitors, are
16 you aware of any other deviations from this staffing
17 plan from Adelanto, the one that's in 35212?
18      A    No.
19           MR. FREE:  Okay.  So that's going to finish
20 up 16 E.  Thank you.  Finally.
21           You were telling me before lunch -- we're
22 done with documents.
23 BY MR. FREE:
24      Q    You were telling me before lunch about one
25 or two meetings you could recall, at which you were

Page 249

present, with the City of Adelanto discussing the future of its contract and its IGSA.

What was the second meeting that you were talking about?

MR. BARNACLE: Object to the form.

THE WITNESS: I don't recall a second meeting. I just know that I was part of contacting the City manager to see if he could set up a meeting with the company, but I don't recall if I was in that meeting.

BY MR. FREE:

Q Okay. Would that have been the meeting with Dr. Zoley and Mr. Flores?

A The first meeting?

Q No. The one that you just described.

Is that the -- when you say the "company," I'm just trying to understand.

During the first meeting, I think you testified -- you did not tell me that Dr. Zoley was there, was he there?

A Yes.

Q He was in the first meeting?

A Yes.

Q Is there anybody that you forgot to mention who was at the first meeting?

```
 1        A    Can you refresh my memory as to who I
 2   mentioned?
 3        Q    You said Venturella.
 4        A    Correct.
 5        Q    You said the guy with the funny name --
 6        A    Mosciski.
 7        Q    Yeah.  Why don't we try just fresh.  Do you
 8   remember -- so it was Mr. Zoley, Mr. Venturella,
 9   Mosciski, you, the architect -- I mean, the
10   engineer.  Excuse me.
11        A    That's Mosciski.
12        Q    Okay.  And then there was --
13        A    Paul Laird.
14        Q    Paul Laird.
15        A    And Kyle Schiller.
16        Q    Kyle Schiller.  That's right.
17             Anybody else?
18        A    Not that I can think of.
19        Q    And then the second meeting where you were
20   going to set up -- that you reached out to Jessie
21   Flores to set up a meeting, was that another meeting
22   with Mr. Zoley or someone else?
23        A    It was with Dr. Zoley and Mr. Flores, and I
24   don't remember if there was anybody else in that
25   meeting.
```

Page 251

```
 1        Q    Do you recall what month that meeting
 2   occurred?
 3        A    I don't.
 4        Q    Okay.  Do you recall if it occurred in
 5   2019?
 6        A    Yes.
 7        Q    It did?
 8        A    I'm pretty sure it would have been in
 9   2019.
10        Q    All right.  It would have been before the
11   bridge contract; right, in June 2019?
12        A    Yes.
13        Q    And It also probably would have been before
14   the March announcement by the City of Adelanto that
15   they were canceling the contract; correct?
16        A    I don't know that.
17        Q    Okay.
18        A    I do not remember.
19        Q    All right.  Now, you told me that you
20   understood from Mr. Flores that the City of Adelanto
21   is canceling it's contract with ICE, and therefor
22   canceling the Intergovernmental Services Agreement
23   with GEO, because it wasn't in the best interest of
24   the City to continue; did I understand that answer
25   correctly?
```

Page 252

```
 1                 That's your understanding why Adelanto
 2   pulled out?
 3        A    That's what I understood.
 4        Q    Okay.  As you sit here today, do you have
 5   any information regarding -- no.
 6             Did GEO influence the decision by the City
 7   of Adelanto to cancel the contract?
 8        A    Not to my knowledge.
 9        Q    You're testifying for GEO now.
10             Okay?
11             You're testifying about the role that the
12   City of Adelanto played.
13             Okay?
14             MR. BARNACLE:  Object to the form.
15             He's testifying to the -- under the topic,
16   the operation facility, not some contract.
17             So you're misrepresenting the scope of the
18   topic.
19             THE WITNESS:  And --
20             MR. FREE:  "GEO's understanding of what
21             role, if any, the City of Adelanto played
22             in the contracts to operate."
23             MR. BARNACLE:  Uh-huh.
24             MR. FREE:  So not playing the operation,
25   but the contracts to operate the Adelanto Facility,
```

Page 253