AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. 5:17-cv-02514-JGB-SHK<br><br>The Honorable Jesus G. Bernal<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY THE PROCEEDINGS PURSUANT TO FED. R. CIV. P. 23(F)**<br><br>Filed Concurrently with Notice of Motion And Motion to Stay the Proceedings Pursuant to Fed. R. Civ. P. 23(f) and Declaration of Michael L. Gallion |
| THE GEO GROUP, INC.,<br><br>Counter-Claimant,<br><br>vs.<br><br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Counter-Defendant. | Hearing Date:  January 27, 2020<br>Hearing Time:  9:00 a.m.<br>Location:  Department 1<br><br>TAC Filed:  September 16, 2019<br>SAC Filed:  December 24, 2018<br>FAC Filed:  July 6, 2018<br>Complaint Filed:  December 19, 2017<br>Trial Date:  June 23, 2020 |

## [PROPOSED] ORDER

Upon consideration of Defendant GEO Group, Inc.'s ("Defendant") Motion to Stay Proceedings Pending Resolution of Rule 23(f) Petition ("Motion"), and the Court being fully advised in the matter, IT IS HEREBY ORDERED THAT:

1

CASE NO. 5:17-CV-02514-JGB-SHK

PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO STAY PROCEEDINGS

51221490;1

For the reasons discussed in the Motion, the Court finds that each of the factors favors a stay and GRANTS Defendant's Motion. The case is STAYED in its entirety (including dissemination of class notice, discovery, and all other proceedings) pending the resolution of Defendant's Rule 23(f) petition to the Ninth Circuit and any appellate proceedings arising therefrom. The Court shall set a status conference following the Ninth Circuit's disposition of Defendant's Rule 23(f) petition or, if granted, any resulting appeal, for the purposes of resetting motion and trial dates.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT

Dated: _____                    _____

The Honorable Jesus G. Bernal

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

**PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO STAY PROCEEDINGS**

51221490;1