

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. 5:17-cv-02514-JGB-SHK<br><br>The Honorable Jesus G. Bernal<br><br>**ORDER ON DEFENDANT THE GEO GROUP, INC.'S *EX PARTE* APPLICATION REQUESTING SHORTENED TIME ON MOTION TO STAY**<br><br>Filed Concurrently with *Ex Parte* Application Requesting Shortened Time On Motion To Stay and Notice of Motion And Motion to Stay the Proceedings Pursuant to Fed. R. Civ. P. 23(f) |
| THE GEO GROUP, INC.,<br><br>Counter-Claimant,<br><br>vs.<br><br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Counter-Defendant. | TAC Filed:  September 16, 2019<br>SAC Filed:  December 24, 2018<br>FAC Filed:  July 6, 2018<br>Complaint Filed:  December 19, 2017<br>Trial Date:  June 23, 2020 |

## ORDER

Upon consideration of Defendant GEO Group, Inc.'s ("Defendant") *Ex Parte* Application to Shorten Time for Hearing and Expedited Briefing Schedule on Defendant's Motion to Stay; and the Court being fully advised in the matter, IT IS

51221275;1                                           1                      CASE NO. 5:17-CV-02514-JGB-SHK

**ORDER ON DEFENDANT THE GEO GROUP, INC.'S *EX PARTE* APPLICATION REQUESTING SHORTENED TIME ON MOTION TO STAY**

HEREBY ORDERED THAT:

For the reasons discussed in Defendant's *Ex Parte* Application and good cause appearing, the Court GRANTS the Application:

- Any response or opposition to the Defendants' Motion to Stay Proceedings Pending Resolution of Rule 23(f) Petition("Motion to Stay") shall be filed on or before December 30, 2019, with Defendant's reply brief to be filed on or before January 3, 2020.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT

Dated: December 26, 2019

Honorable Jesus G. Bernal
United States District Judge

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

**ORDER ON DEFENDANT THE GEO GROUP, INC.'S *EX PARTE* APPLICATION REQUESTING SHORTENED TIME ON MOTION TO STAY**