**AKERMAN LLP**
MICHAEL L. GALLION (SBN 189128)
DAVID VAN PELT (SBN 163690)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342
Email:  michael.gallion@akerman.com
        david.vanpelt@akerman.com

COLIN L. BARNACLE (admitted *pro hac vice*)
ADRIENNE SCHEFFEY (admitted *pro hac vice*)
ASHLEY E. CALHOUN (SBN 270530)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile:  (303) 260-7714
Email:  colin.barnacle@akerman.com
        adrienne.scheffey@akerman.com
        ashley.calhoun@akerman.com

Attorneys for Defendant
THE GEO GROUP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. 5:17-cv-02514-JGB-SHK<br><br>The Honorable Jesus G. Bernal<br><br><br><br>**JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER**<br><br>[Filed Concurrently with [Proposed] Order] |
| THE GEO GROUP, INC.,<br><br>Counter-Claimant,<br><br>vs.<br><br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Counter-Defendant. | TAC Filed:  September 16, 2019<br>SAC Filed:  December 24, 2018<br>FAC Filed:  July 6, 2018<br>Complaint Filed:  December 19, 2017<br>Trial Date:  June 23, 2020 |

51279789v.1

1

CASE NO. 5:17-CV-02514-JGB-SHK

**JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER**

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

Subject to the Court's approval and pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiffs and Counter-Defendants Raul Novoa, Jaime Campos Fuentes, Abdiaziz Karim and Ramon Mancia ("Plaintiffs") and Defendant and Counter-Claimant The GEO Group, Inc. ("GEO") (collectively the "Parties") hereby stipulate and agree to modify the Court's August 30, 2019 Scheduling Order (ECF No. 180) by extending the deadlines below as follows by roughly seven months (the "Agreement").

The Parties agree that the circumstances and procedural posture of the case constitute good cause to warrant this extension.  The extension is necessary to enable the Parties ample time to complete discovery, explore resolution of the matter and prepare the case for trial.  The proposed schedule is also designed to reduce confusion, duplication of work and a potential waste of resources by the Court and the Parties during the period when GEO's Petition for Permission to Appeal to the Ninth Circuit Pursuant to Fed. R. Civ. Proc. 23(f) ("Petition") is under review. The Parties agree not to use the existence and/or contents of this stipulation to advocate for a future stay or for any future merits-based position.  The proposed schedule is as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosure (Initial) | January 15, 2020 | Monday, August 17, 2020 |
| Expert Disclosure (Rebuttal) | January 29, 2020 | Monday, August 31, 2020 |
| All Discovery Cutoff (including hearing discovery motions) | February 12, 2020 | Monday, September 14, 2020 |
| Last Date to Conduct Settlement Conference | March 12, 2020 | Monday, October 12, 2020 |
| Last Date to Hear Non-Discovery Motions | April 30, 2020 | Monday, November 30, 2020 |
| Final Pretrial Conference and Hearings on Motions *in Limine* | June 8, 2020 at 11:00 a.m. | Wednesday, January 8, 2021 |
| Trial Date | June 23, 2020 | Tuesday, February 2, 2021 |

51279789v.1

2

CASE No. 5:17-CV-02514-JGB-SHK

**JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER**

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

FURTHERMORE, the Parties agree to continue the initiation of discovery related to the Nationwide HUSP Class for a period of two months from the date in which the Court signs the Order approving this Stipulation, or the date on which the Ninth Circuit issues a ruling denying the Petition, whichever comes earlier, subject to the following parameters:

1.      The Agreement does not pertain to requests for discovery related to the Nationwide HUSP Class that Plaintiffs have already served on GEO, including Requests for Production 36 and 37.  The Agreement is conditioned on GEO's good faith cooperation and agreement to meet and confer in connection with such existing discovery requests.

2.      The Agreement does not affect Plaintiffs' entitlement to seek discovery from any party other than GEO.  Plaintiffs may continue serving and enforce third party discovery requests pertaining to the Nationwide HUSP Class.

3.      The Agreement will not affect any discovery (including current or future discovery requests) pertaining to the Adelanto Facility, the Adelanto Wage Class, the Adelanto Forced Labor Class, the Adelanto HUSP or GEO's counterclaim or affirmative defenses.

4.      The Parties agree to reschedule depositions under Federal Rule 30(b)(6) previously scheduled to take place on January 8, 2020.

WHEREAS, the Parties need additional time to complete discovery, conduct expert discovery, provide appropriate notice to the class once the class is finally determined, file dispositive motions, develop an appropriate trial plan, explore resolution of the matter, and prepare the case for trial.  The current schedule does not allow the Parties ample time to do so and is not feasible given the Court's November 26, 2019 Order and GEO's pending Petition.

WHEREAS, the Parties have been diligently pursuing discovery and moving the case forward.

51279789v.1

3

CASE NO. 5:17-CV-02514-JGB-SHK

**JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER**

WHEREAS, the modified schedule provides the Parties the opportunity to engage in discovery in a deliberate and efficient manner, which are not feasible under the current schedule.

WHEREAS, the modified schedule also conserves judicial resources. If the Stipulation is granted, GEO agrees to withdraw its Motion to Stay Proceedings filed December 23, 2019. If the Ninth Circuit grants GEO's Petition, GEO retains the right to renew the Motion.

WHEREAS, the Parties agree that the circumstances and procedural posture of the case constitute good cause to warrant the extension and modified schedule set forth herein.

WHEREAS, the Parties do not believe that the modified schedule prejudices either party or results in undue burden or delay.

Based on the foregoing facts, the Parties hereby stipulate and move the Court for an order extending the dates set forth above in the Scheduling Order.

Respectfully Submitted,

Dated: January 6, 2020          **AKERMAN LLP**

By: */s/ Michael L. Gallion*
Michael L. Gallion
David Van Pelt
Colin L. Barnacle (admitted *pro hac vice*)
Adrienne Scheffey (admitted *pro hac vice*)
Ashley E. Calhoun
Attorneys for Defendant
THE GEO GROUP, INC.

Dated: January 6, 2020          **BURNS CHAREST LLP**

By: */s/ Lydia A. Wright*
Lydia A. Wright
Attorney for Plaintiffs
BURNS CHAREST LLP

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

51279789v.1

**JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER**

I, Michael L. Gallion, certify pursuant to Local Rule 5-4.3.4(a)(2)(i) that the content of this Stipulation to Modify Scheduling Order is acceptable to all parties signing this stipulation and that the parties have authorized the filing.

Dated:  January 6, 2020                    **AKERMAN LLP**

By: */s/ Michael L. Gallion*
Michael L. Gallion
David Van Pelt
Colin L. Barnacle (admitted *pro hac vice*)
Adrienne Scheffey (admitted *pro hac vice*)
Ashley E. Calhoun
Attorneys for Defendant
THE GEO GROUP, INC.

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

51279789v.1

5

CASE NO. 5:17-CV-02514-JGB-SHK

**JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER**