

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. 5:17-cv-02514-JGB-SHK<br><br>The Honorable Jesus G. Bernal<br><br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER**<br><br>[Filed Concurrently with Joint Stipulation to Modify the Scheduling Order] |
| THE GEO GROUP, INC.,<br><br>Counter-Claimant,<br><br>vs.<br><br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Counter-Defendant. | TAC Filed:  September 16, 2019<br>SAC Filed:  December 24, 2018<br>FAC Filed:  July 6, 2018<br>Complaint Filed:  December 19, 2017<br>Trial Date:  June 23, 2020 |

The Court, having considered the Parties' Joint Stipulation to Modify the Scheduling Order, and good cause appearing therefore, hereby approves the Stipulation and orders the Scheduling Order modified as follows:

51284229v.1

1

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER**

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| Event | Deadline |
|---|---|
| Expert Disclosure (Initial) | Monday, August 17, 2020 |
| Expert Disclosure (Rebuttal) | Monday, August 31, 2020 |
| All Discovery Cutoff (including hearing discovery motions) | Monday, September 14, 2020 |
| Last Date to Conduct Settlement Conference | Monday, October 12, 2020 |
| Last Date to Hear Non-Discovery Motions | Monday, November 30, 2020 |
| Final Pretrial Conference and Hearings on Motions *in Limine* | Wednesday, January 8, 2021 |
| Trial Date | Tuesday, February 2, 2021 |

FURTHERMORE, the initiation of discovery related to the Nationwide HUSP Class shall be continued for a period of two months from the date of this Order, or the date on which the Ninth Circuit issues a ruling denying the Petition for Permission to Appeal to the Ninth Circuit Pursuant to Fed. R. Civ. Proc. 23(f) filed by The GEO Group, Inc. ("GEO") ("Petition"), whichever comes earlier, subject to the following parameters:

1.     The Order does not pertain to requests for discovery related to the Nationwide HUSP Class that Plaintiffs have already served on GEO, including Requests for Production 36 and 37.  GEO shall cooperate and meet and confer in good faith in connection with such existing discovery requests.

2.     The Order does not affect Plaintiffs' entitlement to seek discovery from any party other than GEO.  Plaintiffs may continue serving and enforce third party discovery requests pertaining to the Nationwide HUSP Class.

3.     The Order will not affect any discovery (including current or future discovery requests) pertaining to the Adelanto Facility, the Adelanto Wage Class, the Adelanto Forced Labor Class, the Adelanto HUSP or GEO's counterclaim or affirmative defenses.

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

51284229v.1

2

CASE NO. 5:17-CV-02514-JGB-SHK

4.      The Parties shall reschedule depositions under Federal Rule 30(b)(6) previously scheduled to take place on January 8, 2020.

**IT IS SO ORDERED.**

Dated: January ___, 2020                      THE UNITED STATES DISTRICT COURT


By: _____
The Honorable Jesus G. Bernal
United States District Court Judge

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

51284229v.1                              3          CASE NO. 5:17-CV-02514-JGB-SHK