Tina Wolfson, SBN 174806
twolfson@ahdootwolfson.com
Theodore Maya, SBN 223242
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024
Tel: 310-474-9111; Fax: 310-474-8585

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM,** and **RAMON MANCIA**, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> **THE GEO GROUP, INC.**, <br><br> *Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx <br><br> **SUPPLEMENTAL DECLARATION OF THEODORE W. MAYA IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM OF LAW PURSUANT TO LOCAL RULE 37** <br><br> Hearing Date: January 21, 2020 <br> Time: 10:00 a.m. <br><br> Discovery Cutoff Date: Feb. 12, 2020 <br> Pretrial Conf. Date: June 8, 2020 <br> Trial Date: June 23, 2020 <br><br> The Honorable Shashi Kewalramani |

# SUPPLEMENTAL DECLARATION OF THEODORE W. MAYA

I, THEODORE W. MAYA, declare as follows:

1. I am an attorney licensed to practice in the courts of the State of California and in the United States District Court for the Central District of California, Eastern Division, and a member of the law firm of Ahdoot & Wolfson, PC ("AW"), counsel for Plaintiffs in the above-captioned action. I submit this supplemental declaration in support of Plaintiffs' Supplemental Memorandum of Law Pursuant to Local Rule 37. The matters stated herein are true of my own knowledge or, where indicated, I am informed and believe that they are true. If called upon as a witness, I could and would competently testify to these facts.

2. On October 14, 2019 and November 7, 2019, GEO served two different sets of supplemental responses stating that it would produce the same financial documents it served in *Nwauzor*, a similar case pending in the Western District of Washington.

3. On December 3, 2019, the parties had a telephonic meet and confer and GEO represented that it would be producing the financial documents later that week.

4. Attached hereto as **Exhibit A** are true and correct copies of two privilege logs produced by GEO. Highlighting has been added by Plaintiffs' counsel and highlights problems that Plaintiffs' counsel perceive with such entries, including that they do not "describe the nature of the documents, communications, or tangible things not produced or disclosed . . . in a manner that, without revealing information itself privileged or protected, will enable other parties to assess the claim." Fed. R. Civ. P. 26(b)(5)(ii).

I declare under the penalty of perjury on the 9th day of January, 2020, that the foregoing is true and correct.

Theodore W. Maya

# EXHIBIT A

| Privilege Log ID | Responsiveness of Withheld Document | Document Type | Family Relationship | MasterDate | Custodian | Author / Sender | Recipients | Persons Copied | Subject / File Name | Scope of Privilege | Privilege Type | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Documents redacted at ICE's request | | | | | | | | | | | | |
| | Responsive | Email Communication | P | 1/5/18 | Wise McCormick_Mary | Donald Dutcher | #ADEDetained@ice.dhs.gov, #ADESpectrum@ice.dhs.gov, Candy Williams, Victor Duardo, Sharon Greenlee, Jennifer Duarte, Susanne Romero, Sandra Briseno, Samuel Gross, Regina Duran, Porschea Bowdre, Oswaldo Gonzalez, Michael Yarborough, Matthew Hotter, Mary Wise-McCormick, Laurel Withers, Kenneth Reveteriano, Johnny White, Joanne Crowder, Jane Diaz, Carlos R Deveza, Miguel Castaneda, Christopher Lechuga, Nicholas Marello, Ray New, Jordan Bunn, Miguel Castaneda, Chrystal Castanon, Esteban Guerrero, Joel | LeoMccusker, Joshua Johnson, Fereti Semaia, Patricia Love, Nathan Allen, James Janecka | RELEASE FROM RESTRICTIVE HOUSING | Redacted | Statutory and/or Regulatory Provisions | E-mail protected by statutory and/or regulatory provisions related to the release of certain detainees from restrictive housing |
| | Responsive | Document | A | 2/22/18 | Wise McCormick_Mary | Regina Duran | | | Georgina-Ruiz A#3993.pdf | Redacted | Statutory and/or Regulatory Provisions | Document protected by statutory and/or regulatory provisions related to a detainee work detail application. |
| | Responsive | Document | P | 11/16/17 | Medindl_Tabitha | | | | 11-12-17E2.pdf | Redacted | Statutory and/or Regulatory Provisions | Document protected by statutory and/or regulatory provisions related to detainee scheduling for November 12, 2017 |
| | Responsive | Document | A | 1/23/15 | Seiber Love_Patricia | | | | SKM_654e15012312350.pdf | Redacted | Attorney-Client | Attorney-Client Privilege protected document related to investigations of staff misconduct |
| | Responsive | Email communication | P | 1/5/18 | Wise_McCormick Mary | Donald Dutcher <ddutcher@geogroup.com> | #ADEDetained@ice.dhs.gov, #ADESpectrum@ice.dhs.gov, Candy Williams, Victor Duardo, Sharon Greenlee, Jennifer Duarte, Susanne Romero, Sandra Briseno, Samuel Gross, Regina Duran, Porschea Bowdre, Oswaldo Gonzalez, Michael Yarborough, Matthew Hotter, Mary Wise-McCormick, Laurel Withers, Kenneth Reveteriano, Johnny White, Joanne Crowder, Jane Diaz, Carlos R Deveza, Miguel Castaneda, Christopher Lechuga, Nicholas Marello, Ray New, Jordan Bunn, Miguel Castaneda, Chrystal Castanon, Esteban Guerrero, Joel Gonzalez | Leo Mccusker, Joshua Johnson, Fereti Semaia, Patricia Love, Nathan Allen, James Janecka | RELEASE FROM RESTRICTIVE HOUSING | Redacted | Redacted pursuant to statutory and/or regulatory provisions | E-mail communication protected by statutory and/or regulatory provisions related to a detainee's release from protective custody |
| | Responsive | Document | A | 1/5/18 | Wise_McCormick Mary | | | | Georgina-Ruiz A#3993.pdf | Redacted | Redacted pursuant to statutory and/or regulatory provisions | Document protected by statutory and/or regulatory provisions related to a detainee work detail application. |
| | Responsive | Document | A | 1/22/17 | Uribe_Lindsie | | | | ADF East 2nd Watch-01-21-2017.pdf | Redacted | Redacted pursuant to statutory and/or regulatory provisions | Document protected by statutory and/or regulatory provisions related to the layout of all or part of the Adelanto facility |
| | Responsive | Document | A | 1/29/17 | Uribe_Lindsie | | | | ADF East 3rd Watch-01-28-2017.pdf | Redacted | Redacted pursuant to statutory and/or regulatory provisions | Document protected by statutory and/or regulatory provisions related to the layout of all or part of the Adelanto facility |
| | Responsive | Document | A | 1/28/17 | Uribe_Lindsie | | | | ADF East 3rd Watch-01-26-2017.pdf | Redacted | Redacted pursuant to statutory and/or regulatory provisions | Document protected by statutory and/or regulatory provisions related to the layout of all or part of the Adelanto facility |
| | Responsive | Document | A | 2/2/17 | Uribe_Lindsie | | | | ADF East 3rd Watch-02-01-2017.pdf | Redacted | Redacted pursuant to statutory and/or regulatory provisions | Document protected by statutory and/or regulatory provisions related to the layout of all or part of the Adelanto facility |

| Privilege Log ID | Responsiveness of Withheld Document | Document Type | Family Relationship | MasterDate | Custodian | Author / Sender | Recipients | Persons Copied | Subject / File Name | Scope of Privilege | Privilege Type | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Responsive | Document | A | 1/28/17 | Uribe_Lindsie | | | | ADF East 3rd Watch-01-27-2017.pdf | Redacted | Redacted pursuant to statutory and/or regulatory provisions | Document protected by statutory and/or regulatory provisions related to the layout of all or part of the Adelanto facility |
| | Responsive | Document | A | 11/26/12 | Enterprise Vault | | | | ODO 2012 Annual Report West_Response_111412 (3).doc | Redacted | Deliberative materials | Document contains track changes and is a draft of a corrective audit plan. |
| | Responsive | Document | A | 11/26/12 | Enterprise Vault | | | | ODO 2012 Annual Report West_Response_111412 (3).doc | Redacted | Deliberative materials | Document contains track changes and is a draft of a corrective audit plan. |
| | Responsive | Document | A | 2/7/13 | Enterprise Vault | | | | Adelanto IGSA with highlights 08-08-2011.pdf | Redacted | Law enforcement sensitive | Document contains information that is law enforcement sensitive |
| | Responsive | Document | A | 2/7/13 | Enterprise Vault | | | | Adelanto IGSA with highlights 08-08-2011.pdf | Redacted | Law enforcement sensitive | Document contains information that is law enforcement sensitive |
| | Responsive | Document | A | 2/7/13 | Enterprise Vault | | | | Adelanto IGSA with highlights 08-08-2011.pdf | Redacted | Law enforcement sensitive | Document contains information that is law enforcement sensitive |
| | Responsive | Document | A | 2/7/13 | Enterprise Vault | | | | Adelanto IGSA with highlights 08-08-2011.pdf | Redacted | Law enforcement sensitive | Document contains information that is law enforcement sensitive |
| | Responsive | Document | A | 2/7/13 | Enterprise Vault | | | | Adelanto IGSA with highlights 08-08-2011.pdf | Redacted | Law enforcement sensitive | Document contains information that is law enforcement sensitive |
| | Responsive | Document | A | 5/13/13 | Enterprise Vault | | | | SKMBT_60113051313480.pdf | Redacted | Law enforcement sensitive | Document contains information that is law enforcement sensitive |
| | Responsive | Document | A | 11/27/13 | Enterprise Vault | | | | Appendix A - SOW Part A Adelanto 1940 Beds 11-21-2013.doc | Redacted | Law enforcement sensitive | Document contains information that is law enforcement sensitive |
| | Responsive | Document | A | 11/29/13 | Enterprise Vault | | | | Appendix A - SOW Part A Adelanto 1940 Beds 11-21-2013.doc | Redacted | Law enforcement sensitive | Document contains information that is law enforcement sensitive |
| | Responsive | Document | A | 11/27/13 | Enterprise Vault | | | | Appendix A - SOW Part A Adelanto 1940 Beds 11-21-2013.doc | Redacted | Law enforcement sensitive | Document contains information that is law enforcement sensitive |
| | Responsive | Document | A | 12/4/13 | Enterprise Vault | | | | Appendix A - SOW Part A Adelanto 1940 Beds 11-21-2013.doc | Redacted | Law enforcement sensitive | Document contains information that is law enforcement sensitive |
| | Responsive | Document | A | 11/27/13 | Enterprise Vault | | | | Appendix A - SOW Part A Adelanto 1940 Beds 11-21-2013.doc | Redacted | Law enforcement sensitive | Document contains information that is law enforcement sensitive |
| | Responsive | Document | A | 11/28/13 | Enterprise Vault | | | | Appendix A - SOW Part A Adelanto 1940 Beds 11-21-2013.doc | Redacted | Law enforcement sensitive | Document contains information that is law enforcement sensitive |
| | Responsive | Document | A | 12/2/13 | Enterprise Vault | | | | Appendix A - SOW Part A Adelanto 1940 Beds 11-21-2013.doc | Redacted | Law enforcement sensitive | Document contains information that is law enforcement sensitive |
| | **Responsive** | **Document** | **A** | **6/28/12** | **Enterprise Vault** | | | | **PBNDS audit tool.doc** | **Redacted** | **Deliberative materials** | **Document is deliberative because it is a draft inspection worksheet** |
| | Responsive | Document | A | 7/16/12 | Enterprise Vault | | | | SKMBT_60112071612520.pdf | Redacted | Law enforcement sensitive/Detainee PII | Document contains information that is law enforcement sensitive |
| | Responsive | Document | A | 1/26/14 | Enterprise Vault | | | | Adelanto IGSA with highlights 08-08-2011.pdf | Redacted | Law enforcement sensitive | Document contains information that is law enforcement sensitive |

| Privilege Log ID | Responsiveness of Withheld Document | Document Type | Family Relationship | MasterDate | Custodian | Author / Sender | Recipients | Persons Copied | Subject / File Name | Scope of Privilege | Privilege Type | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Responsive | Document | A | 9/13/12 | Enterprise Vault | | | | ICE English Handbook_Revisions-1.doc | Redacted | Deliberative materials | Document contains track changes and is protected as a deliberative material |
| | Responsive | Email Communication | P | 8/23/12 | Enterprise Vault | Jose G. Barr | Jaime Davis | | RE_Security Violation in Intake.msg | Redacted | Law Enforcement Sensitive | E-mail communication discussing a security violation in intake contains information that is law enforcement sensitive. |
| | Responsive | Email Communication | P | 9/14/12 | Enterprise Vault | Daniel A. Pomplun | Gabriel A. Valdez | Matt Holm, Raymond Smith, Chris Strickland, Barr, Jose G, Jeffrey Wrigley, Marin, David A | RE_Conference call - menu.msg | Redacted | Deliberative materials | E-mail communication protected by the deliberative materials privilege discussing alternative menus |
| | Responsive | Email Communication | P | 9/17/12 | Enterprise Vault | Thomas Cherry | Chris Strickland | Raymond Smith | RE_Facility issues - old.msg | Redacted | Deliberative materials; law enforcement sensitive | E-mail communication protected as a law enforcement sensitive, deliberative material discussing interior issues with the Adelanto facility. |
| | Responsive | Email Communication | P | 9/17/12 | Enterprise Vault | Matt Holm | Thomas Cherry, Dean Macur | Chris Strickland, Raymond Smith, Joshua Johnson | RE_Facility issues - old.msg | Redacted | Deliberative materials; law enforcement sensitive | E-mail communication protected as a law enforcement sensitive, deliberative material discussing interior issues with the Adelanto facility. |
| | Responsive | Email Communication | P | 9/17/12 | Enterprise Vault | Chris Strickland | Thomas Cherry, Matt Holm, Dean Macur | Raymond Smith | RE_Facility issues - old.msg | Redacted | Deliberative materials; law enforcement sensitive | E-mail communication protected as a law enforcement sensitive, deliberative material discussing interior issues with the Adelanto facility. |
| | Responsive | Email Communication | P | 8/24/12 | Enterprise Vault | Chris Strickland | Joshua Johnson | | FW_Adelanto Detention Facility Supplemental Detainee Handbook.msg | Redacted | Deliberative Materials | Email communication protected by deliberative materials privilege discusses potential revisions to supplemental detainee handbook |
| | Responsive | Email Communication | P | 8/24/12 | Enterprise Vault | Chris Strickland | Matt Holm | | RE_Adelanto Detention Facility Supplemental Detainee Handbook.msg | Redacted | Deliberative Materials | Email communication protected by deliberative materials privilege discusses potential revisions to supplemental detainee handbook |
| | Responsive | Email Communication | P | 9/13/12 | Enterprise Vault | Matt Holm | Jeffrey Wrigley | | FW_Conference call - menu.msg | Redacted | Deliberative materials, law enforcement sensitive | E-mail communication protected by the deliberative materials privilege discussing alternative menus |
| | Responsive | Document | P | 1/21/14 | Inchausti_Reyna | | | | PBNDS audit tool.doc | Redacted | Deliberative materals, law enforcement sensitive | Document is deliberative because it is a draft inspection worksheet |
| | Responsive | Document | P | 4/11/14 | Crowder_Joanne | | | | ADF-East-3d-Watch-04-10-2014.pdf | Redacted | Law Enforcement Sensitive | Portions of document protected as law enforcement senstive because they reveal the layout of all or part of the Adelanto facility |
| | Responsive | Document | P | 1/29/17 | Crowder_Joanne | | | | ADF-East-3d-Watch-01-28-2017.pdf | Redacted | Law Enforcement Sensitive | Portions of document protected as law enforcement senstive because they reveal the layout of all or part of the Adelanto facility |
| | Responsive | Document | P | 2/2/17 | Crowder_Joanne | | | | ADF-East-3d-Watch-02-01-2017.pdf | Redacted | Law Enforcement Sensitive | Portions of document protected as law enforcement senstive because they reveal the layout of all or part of the Adelanto facility |
| | Responsive | Document | P | 11/9/17 | Medindl_Tabitha | | | | 11-1-17E3.pdf | Redacted | Redacted pursuant to statutory and/or regulatory provisions | Document redacted pursuant to statutory and/or regulatory provisions reflecting detainee payroll for work within voluntary work program |
| | Responsive | Document | P | 11/16/17 | Medindl_Tabitha | | | | 11-12-17E2.pdf | Redacted | Redacted pursuant to statutory and/or regulatory provisions | Document redacted pursuant to statutory and/or regulatory provisions reflecting detainee payroll for work within voluntary work program |
| | Responsive | Document | P | 8/29/13 | Langill_Joanne | | | | 7D-20.pdf | Redacted | Detainee PII | Detainee PII redacted |
| | Responsive | Document | P | 9/26/17 | Bezada_Mailah | | | | conceicao #961.pdf | Redacted | Detainee PII | Detainee PII redacted |
| | Responsive | Document | P | 9/26/17 | Bezada_Mailah | | | | conceicao#961.pdf | Redacted | Detainee PII | Detainee PII redacted |
| | Responsive | Document | A | 9/26/17 | Janecka_James | | | | DSM_WEEKLY_REPORT_GS_EDIT_ADLNTCA_9_22_2017.pdf | Redacted | Deliberative Materails | Document is protected by deliberative materials privilege because it is a draft |

| Privilege Log ID | Responsiveness of Withheld Document | Document Type | Family Relationship | MasterDate | Custodian | Author / Sender | Recipients | Persons Copied | Subject / File Name | Scope of Privilege | Privilege Type | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Responsive | Document | A | 9/26/17 | Janecka_James | | | | DSM_WEEKLY_REPORT_GS_EDIT_ADLNTCA_9_22_2017.pdf | Redacted | Deliberative Materails | Document is protected by deliberative materials privilege because it is a draft |
| | Responsive | Document | A | 10/3/17 | Janecka_James | | | | DSM_WEEKLY_REPORT_GS_EDIT_ADLNTCA_9_29_2017.pdf | Redacted | Deliberative Materails | Document is protected by deliberative materials privilege because it is a draft |
| | Responsive | Document | A | 10/11/17 | Janecka_James | | | | DSM_WEEKLY_REPORT_GS_EDIT_ADLNTCA_10_6_2017.pdf | Redacted | Deliberative Materials | Document is protected by deliberative materials privilege because it is a draft |
| | Responsive | Document | A | 10/16/17 | Janecka_James | | | | DSM_WEEKLY_REPORT_GS_EDIT_ADLNTCA_10_13_2017.pdf | Redacted | Deliberative Materials | Document is protected by deliberative materials privilege because it is a draft |
| | Responsive | Document | A | 1/10/17 | Janecka_James | | | | A-PBNDS 2011 with 2016 Revisions in Tracked Changes.docx | Redacted | Deliberative Materials | Document is protected by deliberative materials privilege because it is a draft with tracked changes and comments |
| | Responsive | Document | A | 6/8/16 | Janecka_James | | | | EROIGSA-11-003, P00013.pdf | Redacted | ICE PII; law enforcement sensitive | Document is redacted in places where it contains ICE PII and information that is law enforcement sensitive |
| | Responsive | Document | A | 6/8/16 | Janecka_James | | | | EROIGSA-11-003, P00013.pdf | Redacted | ICE PII; law enforcement sensitive | Document is redacted in places where it contains ICE PII and information that is law enforcement sensitive |
| | Responsive | Email Communication | P | 3/22/17 | Janecka_James | James Janecka | Vincent Vantell | | Re: Fwd: RE: Compliance Findings | Redacted | Law Enforcement Sensitive | Email communication where law enforcement sensitive information detailing security risks are redacted |
| | Responsive | Document | A | 6/11/14 | Hillers_Gregory | | | | Contract 2.pdf | Redacted | Law Enforcement Sensitive | Document contains information that is law enforcement sensitive |
| | Responsive | Document | A | 11/3/14 | Nelson_Cheryl | | | | Expansion Amendment_042814.pdf | Redacted | ICE PII; law enforcement sensitive | Document is redacted in places where it contains ICE PII and information that is law enforcement sensitive |
| | Responsive | Document | A | 11/24/14 | Nelson_Cheryl | | | | Expansion Amendment_P00013 EROIGSA-11-0003.pdf | Redacted | ICE PII; law enforcement sensitive | Document is redacted in places where it contains ICE PII and information that is law enforcement sensitive |
| | Responsive | Document | A | 5/8/14 | Black_James | | | | EROIGSA-11-003, P00013.pdf | Redacted | ICE PII; law enforcement sensitive | Document is redacted in places where it contains ICE PII and information that is law enforcement sensitive |
| | Responsive | Document | A | 4/29/14 | Black_James | | | | EROIGSA-11-003, P00013.pdf | Redacted | ICE PII; law enforcement sensitive | Document is redacted in places where it contains ICE PII and information that is law enforcement sensitive |
| | Responsive | Document | A | 12/2/13 | Black_James | | | | Appendix A - SOW Part A Adelanto 1940 Beds 11-21-2013.doc | Redacted | Law enforcement sensitive | Document contains information that is law enforcement sensitive |
| | Responsive | Document | A | 12/2/13 | Black_James | | | | Appendix A - SOW Part A Adelanto 1940 Beds 11-21-2013.doc | Redacted | Law enforcement sensitive | Document contains information that is law enforcement sensitive |
| | Responsive | Document | A | 1/12/17 | Black_James | | | | A - PBNDS 2011 with 2016 Revisions in Tracked Changes.docx | Redacted | Deliberative Materials | Document is protected by deliberative materials privilege because it is a draft with tracked changes and comments |
| | Responsive | Document | A | 12/2/13 | Black_James | | | | Appendix A - SOW Part A Adelanto 1940 Beds 11-21-2013.doc | Redacted | Law enforcement sensitive | Document contains information that is law enforcement sensitive |
| | Responsive | Document | A | 1/12/17 | Black_James | | | | A - PBNDS 2011 with 2016 Revisions in Tracked Changes.docx | Redacted | Deliberative Materials | Document is protected by deliberative materials privilege because it is a draft with tracked changes and comments |

| Privilege Log ID | Responsiveness of Withheld Document | Document Type | Family Relationship | MasterDate | Custodian | Author / Sender | Recipients | Persons Copied | Subject / File Name | Scope of Privilege | Privilege Type | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Responsive | Document | A | 1/12/17 | Aldape_Aida | | | | PBNDS 2011 with 2016 Revisions in Tracked Changes.docx | Redacted | Deliberative Materials | Document is protected by deliberative materials privilege because it is a draft with tracked changes and comments |
| | Responsive | Document | A | 1/20/16 | Aldape_Aida | | | | IGSA with Exhibits.pdf | Redacted | Law enforcement sensitive | Document contains information that is law enforcement sensitive |

Novoa v. GEO Group; 5:17-cv-02514-JBG-SHKx
GEO's Privilege Log - Production Volume 13

| Privilege Log ID | Responsiveness of Withheld Document | Document Type | Family Relationship | MasterDate | Custodian | Author / Sender | Recipients | Persons Copied | Subject / File Name | Scope of Privilege | Privilege Type | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Documents redacted at ICE's request | | | | | | | | | | | | |
| | Responsive | Email communication | P | 7/25/17 | Uribe_Lindsie | Tehani Brown <tbrown@geogroup.com> | Michael Yarborough <myarborough@geogroup.com> | ADF_INTAKE <adf_intake@geogroup.com> | [adfe] Re: Non-Emergent Geo Transport to Outside Hospital Detainee-Guzman-Garcia, Alejandra A#2088 | Redacted | Redacted pursuant to statutory and/or regulatory provisions | E-mail protected by statutory and/or regulatory provisions that detail a detainee trip to a hopsital |
| | Responsive | Email communication | P | 4/16/13 | Enterprise Vault | Diana Bonilla <dbonilla@geogroup.com> | Angelica Hernanez | | Hurtado-Chicas A#98594585 | Redacted | Redacted pursuant to statutory and/or regulatory provisions | E-mail protected by statutory and/or regulatory provisions related to removing one detainee and adding one detainee to the kitchen |
| | Responsive | Email communication | P | 4/16/13 | Enterprise Vault | Angelica Hernandez <anghernandez@geogroup.com> | Katie Clinton | | RE: Lopez Diaz (A77059384) | Redacted | Redacted pursuant to statutory and/or regulatory provisions | E-mail protected by statutory and/or regulatory provisions related to a detainee's status in the voluntary work program |
| | Responsive | Email communication | P | 4/16/13 | Enterprise Vault | Katie Clinton <kclinton@geogroup.com> | Angelica Hernandez <anghernandez@geogroup.com> | | Lopez Diaz (A77059384) | Redacted | Redacted pursuant to statutory and/or regulatory provisions | E-mail protected by statutory and/or regulatory provisions related to a detainee's status in the voluntary work program |
| | Responsive | Email communication | P | 8/31/12 | Enterprise Vault | Pamela Spagnuolo | Angelica Hernandez <anghernandez@geogroup.com> | | RE_Kitchen Workers.msg | Redacted | Redacted pursuant to statutory and/or regulatory provisions | E-mail protected by statutory and/or regulatory provisions related to a detainee's status in the voluntary work program |
| | Responsive | Email communication | P | 8/31/12 | Enterprise Vault | Pamela Spagnuolo | Angelica Hernandez <anghernandez@geogroup.com> | | RE_Kitchen Workers.msg | Redacted | Redacted pursuant to statutory and/or regulatory provisions | E-mail protected by statutory and/or regulatory provisions related to a detainee's status in the voluntary work program |
| | Responsive | Email communication | P | 8/31/12 | Enterprise Vault | Angelica Hernandez <anghernandez@geogroup.com> | Pamela Spagnuolo | | RE_Kitchen Workers.msg | Redacted | Redacted pursuant to statutory and/or regulatory provisions | E-mail protected by statutory and/or regulatory provisions related to a detainee's status in the voluntary work program |
| | Responsive | Email communication | P | 8/31/12 | Enterprise Vault | Angelica Hernandez <anghernandez@geogroup.com> | Pamela Spagnuolo | | RE_Kitchen Workers.msg | Redacted | Redacted pursuant to statutory and/or regulatory provisions | E-mail protected by statutory and/or regulatory provisions related to a detainee's status in the voluntary work program |
| | Responsive | Email communication | P | 8/29/12 | Enterprise Vault | Angelica Hernandez <anghernandez@geogroup.com> | Pamela Spagnuolo | | Kitchen Workers.msg | Redacted | Redacted pursuant to statutory and/or regulatory provisions | E-mail protected by statutory and/or regulatory provisions related to a detainee's status in the voluntary work program |
| | Responsive | Document | A | 9/12/17 | Janecka_James | | | | EROIGSA-11-0003 P00003.pdf | Redacted | Personally Identifying Information | ICE PII redacted from Amendment of Solicitation/Modification of Contract |
| | Responsive | Email communication | P | 8/16/17 | Janecka_James | Tabitha Meindl <tmeindl@geogroup.com> | Gregory Hillers, James Janecka | | 00000000A8BDFA59F887474BB0D02C1DBA79CCABA4B12800.msg | Redacted | Redacted pursuant to statutory and/or regulatory provisions | E-mail protected by statutory and/or regulatory provisions related to a detainee's pay for work in the voluntary work program |
| | Responsive | Document | A | 7/16/14 | Fouts_Kyle | | | | EROIGSA-11-0003P00014.pdf | Redacted | Redacted pursuant to statutory and/or regulatory provisions | Document protected by statutory and/or regulatory provisions related to Amended of Solicitation/Modification of Contract |
| | Responsive | Email communication | P | 8/28/17 | Seiber Love_Patricia | Aimee Crickenberger <acrickenberger@geogroup.com> | Mary Wise-McCormick, Patricia Love | | 00000000D35FFB59B4F7F349936A563B4AA3DD7944F62A00.msg | Redacted | Redacted pursuant to statutory and/or regulatory provisions | E-mail protected by statutory and/or regulatory provisions related to multiple detainees' performance while participating in the voluntary work program |
| | Responsive | Email communication | P | 7/15/17 | Seiber Love_Patricia | Patricia Love <plove@geogroup.com> | Aimee Crickenberger | Sharon Buczkowske, Michelle Keeney, Mary Wise-McCormick | 00000000B6843D85C2AF944DADC20BD2C7704D50C4342400.msg | Redacted | Redacted pursuant to statutory and/or regulatory provisions | E-mail protected by statutory and/or regulatory provisions related to a detainee's performance while participating in the voluntary work program |

Novoa v. GEO Group, 5:17-cv-02514-JBG-SHKx
GEO's Privilege Log – Production Volume 13

| Privilege Log ID | Responsiveness of Withheld Document | Document Type | Family Relationship | MasterDate | Custodian | Author / Sender | Recipients | Persons Copied | Subject / File Name | Scope of Privilege | Privilege Type | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Responsive | Email communication | P | 8/29/17 | Seiber Love_Patricia | Patricia Love <plove@geogroup.com> | Aimee Crickenberger | Mary Wise-McCormick | 00000000B6843D85C2AF944DADC20BD2C7704D50647A2400.msg | Redacted | Redacted pursuant to statutory and/or regulatory provisions | E-mail protected by statutory and/or regulatory provisions related to multiple detainees' performance while participating in the voluntary work program |
| | Responsive | Email communication | P | 6/16/17 | Seiber Love_Patricia | Aimee Crickenberger <acrickenberger@geogroup.com> | Patricia Love | Sharon Buczkowske, Michelle Keeney, Mary Wise-McCormick | 00000000D35FFB59B4F7F349936A563B4AA3DD7984CF2900.msg | Redacted | Redacted pursuant to statutory and/or regulatory provisions | E-mail protected by statutory and/or regulatory provisions related to termination of a detainee from the voluntary work program |
| | Responsive | Email communication | P | 4/6/15 | Johnson_Joshua | Joshua Johnson <josjohnson@geogroup.com> | Susanne Romero | Regina Duran | Workers | Redacted | Redacted pursuant to statutory and/or regulatory provisions | E-mail protected by statutory and/or regulatory provisions related to a detainee's pay for work in the voluntary work program |
| | Responsive | Email communication | P | 4/6/15 | Johnson_Joshua | Susanne Romero | Joshua Johnson | | Re: Workers | Redacted | Redacted pursuant to statutory and/or regulatory provisions | E-mail protected by statutory and/or regulatory provisions related to a detainee's pay for work in the voluntary work program |
| | Responsive | Email communication | P | 3/6/14 | Johnson_Joshua | Joshua Johnson <josjohnson@geogroup.com> | Liz Burson, Mark Stephens | | 00000000E0ADF480A7EDEA48AE1CC25DED811DA8E4F92100.msg | Redacted | Redacted pursuant to statutory and/or regulatory provisions | E-mail where attachment is protected by statutory and/or regulatory provisions related to a detainee's injury while participating in the voluntary work program |
| | Responsive | Document | A | 3/6/14 | Johnson_Joshua | | | | 1) 4583-Hernandez-Alcaraz-W (5 Copies).xps | Redacted | Redacted pursuant to statutory and/or regulatory provisions | Document protected by statutory and/or regulatory provisions related to a detainee's injury while participating in the voluntary work program |
| | Responsive | Document | A | 4/30/18 | Keeney_Michelle | | | | GIR abundiz.pdf | Redacted | Redacted pursuant to statutory and/or regulatory provisions | Document protected by statutory and/or regulatory provisions where staff member filed Incident Report regarding detainee refusing to participate in voluntary work program |
| | Responsive | Document | A | 9/7/17 | Keeney_Michelle | | | | GIR Garcia-Rodriguez-Magalit.pdf | Redacted | Redacted pursuant to statutory and/or regulatory provisions | Document protected by statutory and/or regulatory provisions where staff member filed Incident Report regarding detainee who stole food while leaving the voluntary work program |
| | Responsive | Email communication | P | 7/25/17 | Uribe_Lindsie | Tehani Brown <tbrown@geogroup.com> | Michael Yarborough <myarborough@geogroup.com> | ADF_INTAKE <adf_intake@geogroup.com> | 000000003EA41EADC7E5D14593379952A680CF3664D02100.msg | Redacted | Redacted pursuant to statutory and/or regulatory provisions | E-mail communication protected by statutory and/or regulatory provisions related to a detainee's trip to the hospital for pelvic pain |
| | Responsive | Document | A | 10/12/12 | Enterprise Vault | | | | Modification 3.pdf | Redacted | ICE PII; law enforcement sensitive | Document is redacted in places where it contains ICE PII and information that is law enforcement sensitive |
| | Responsive | Document | A | 10/12/12 | Enterprise Vault | | | | Modification 3.pdf | Redacted | ICE PII; law enforcement sensitive | Document is redacted in places where it contains ICE PII and information that is law enforcement sensitive |
| | Responsive | Document | A | 10/12/12 | Enterprise Vault | | | | Modification 3.pdf | Redacted | ICE PII; law enforcement sensitive | Document is redacted in places where it contains ICE PII and information that is law enforcement sensitive |
| | Responsive | Document | A | 10/12/12 | Enterprise Vault | | | | Modification 3.pdf | Redacted | ICE PII; law enforcement sensitive | Document is redacted in places where it contains ICE PII and information that is law enforcement sensitive |
| | Responsive | Document | A | 10/12/12 | Enterprise Vault | | | | Modification 3.pdf | Redacted | ICE PII; law enforcement sensitive | Document is redacted in places where it contains ICE PII and information that is law enforcement sensitive |
| | Responsive | Document | A | 10/12/12 | Enterprise Vault | | | | Modification 3.pdf | Redacted | ICE PII; law enforcement sensitive | Document is redacted in places where it contains ICE PII and information that is law enforcement sensitive |
| | Responsive | Document | A | 10/12/12 | Enterprise Vault | | | | Modification 3.pdf | Redacted | ICE PII; law enforcement sensitive | Document is redacted in places where it contains ICE PII and information that is law enforcement sensitive |

| Privilege Log ID | Responsiveness of Withheld Document | Document Type | Family Relationship | MasterDate | Custodian | Author / Sender | Recipients | Persons Copied | Subject / File Name | Scope of Privilege | Privilege Type | Description | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Responsive | Document | A | 10/16/12 | Enterprise Vault | | | | 2012-10-16 Staffing Adjustment - Adelanto Processing Center.pdf | Redacted | ICE PII; law enforcement sensitive | Document is redacted in places where it contains ICE PII and information that is law enforcement sensitive | |
| | Responsive | Document | A | 10/12/12 | Enterprise Vault | | | | Modification 3.pdf | Redacted | ICE PII; law enforcement sensitive | Document is redacted in places where it contains ICE PII and information that is law enforcement sensitive | |
| | Responsive | Document | A | 10/12/12 | Enterprise Vault | | | | Modification 3.pdf | Redacted | ICE PII; law enforcement sensitive | Document is redacted in places where it contains ICE PII and information that is law enforcement sensitive | |
| | Responsive | Document | A | 10/16/12 | Enterprise Vault | | | | 2012-10-16 Staffing Adjustment - Adelanto Processing Center.pdf | Redacted | ICE PII; law enforcement sensitive | Document is redacted in places where it contains ICE PII and information that is law enforcement sensitive | |
| | Responsive | Document | A | 10/16/12 | Enterprise Vault | | | | Modification 3.pdf | Redacted | ICE PII; law enforcement sensitive | Document is redacted in places where it contains ICE PII and information that is law enforcement sensitive | |
| | Responsive | Email communication | P | 8/31/12 | Enterprise Vault | Pamela Spagnuolo | Angelica Hernandez <anghernandez@geogroup.com> | | RE_Kitchen Workers.msg | Redacted | Redacted pursuant to statutory and/or regulatory provisions | E-mail protected by statutory and/or regulatory provisions related to a detainee's status in the voluntary work program | |
| | Responsive | Email communication | P | 8/31/12 | Enterprise Vault | Pamela Spagnuolo | Angelica Hernandez <anghernandez@geogroup.com> | | RE_Kitchen Workers.msg | Redacted | Redacted pursuant to statutory and/or regulatory provisions | E-mail protected by statutory and/or regulatory provisions related to a detainee's status in the voluntary work program | |
| | Responsive | Email communication | P | 3/6/14 | Johnson_Joshua | | | | 1) 4583-Hernandez-Alcaraz-W (5 Copies).xps | Redacted | Redacted pursuant to statutory and/or regulatory provisions | Document protected by statutory and/or regulatory provisions related to a detainee's injury while participating in the voluntary work program | |
| | Responsive | Document | P | 5/24/12 | Langill_Joanne | | | | 4C-41.pdf | Redacted | Law enforcement sensitive | Document evaluating GEO policy had law enforcement sensitive material redacted. | What? |
| | Responsive | Document | A | 5/18/17 | Janecka_James | | | | ADF East 3rd Watch-03-31-2017.pdf | Redacted | Law Enforcement Sensitive | Portions of document protected as law enforcement senstive because they reveal the layout of all or part of the Adelanto facility | |
| | Responsive | Document | A | 9/12/14 | Janecka_James | | | | ADE Medical Staff Increase Letter&StaffingCharttoJonKrohmer Medical Staffing 10-2012.pdf | Redacted | Law enforcement sensitive | Document with law enforcement sensitive information redacted | |
| | Responsive | Email communication | P | 8/16/17 | Janecka_James | | | | 00000000A8BDFA59F887474BB0D02C1DBA79CCABA4B12800.msg | Redacted | Redacted pursuant to statutory and/or regulatory provisions | Email redacted related to a detainee whose identity is protected by statutory and/or regulatory provisions | Inadequate description. |
| | Responsive | Document | A | 4/20/14 | Fouts_Kyle | | | | ADF East 3rd Watch-04-19-2014.pdf | Redacted | Law Enforcement Sensitive | Portions of document protected as law enforcement senstive because they reveal the layout of all or part of the Adelanto facility | |
| | Responsive | Document | A | 12/24/13 | Hillers_Gregory | | | | ADF East 3rd Watch - 12-23-13.pdf | Redacted | Law Enforcement Sensitive | Portions of document protected as law enforcement senstive because they reveal the layout of all or part of the Adelanto facility | |
| | Responsive | Document | A | 3/26/14 | Hillers_Gregory | | | | ADF West-3rd-Watch-03-25-2414.pdf | Redacted | Law Enforcement Sensitive | Portions of document protected as law enforcement senstive because they reveal the layout of all or part of the Adelanto facility | |
| | Responsive | Document | A | 4/18/17 | Aldape_Aida | | | | DHS IDF Pre-Audit Questionnaire_Updated.pdf | Redacted | Law Enforcement Sensitive | Document in which law enforcement sensitive materials have been redacted | |
| | Responsive | Document | A | 4/5/17 | Aldape_Aida | | | | DHS IDF Pre-Audit Questionnaire_Updated.pdf | Redacted | Law Enforcement Sensitive | Document in which law enforcement sensitive materials have been redacted | |
| | Responsive | Document | A | 4/13/17 | Aldape_Aida | | | | DHS IDF Pre-Audit Questionnaire_Updated.pdf | Redacted | Law Enforcement Sensitive | Document in which law enforcement sensitive materials have been redacted | |
| | Responsive | Document | A | 3/17/14 | Aldape_Aida | | | | ADF West-3rd-Watch-03-26-2014.pdf | Redacted | Law Enforcement Sensitive | Portions of document protected as law enforcement senstive because they reveal the layout of all or part of the Adelanto facility | |
| | Responsive | Document | A | 6/16/17 | Seiber Love_Patricia | | | | GIR W 6-16.pdf | Redacted | Redacted pursuant to statutory and/or regulatory provisions | Document protected be statutory and/or regulatory provisions regarding a detainee who quit the voluntary work program | |