**AKERMAN LLP**
MICHAEL L. GALLION (SBN 189128)
DAVID VAN PELT (SBN 163690)
ASHLEY BOBO (SBN 312714)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Email:   michael.gallion@akerman.com
         david.vanpelt@akerman.com
         ashley.bobo@akerman.com

COLIN L. BARNACLE (admitted *pro hac vice*)
ADRIENNE SCHEFFEY (admitted *pro hac vice*)
ASHLEY E. CALHOUN (SBN 270530)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email:   colin.barnacle@akerman.com
         adrienne.scheffey@akerman.com

Attorneys for Defendant
THE GEO GROUP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>vs.<br>THE GEO GROUP, INC.,<br>            Defendant.<br><br>THE GEO GROUP, INC.,<br>            Counter-Claimant,<br>vs.<br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br>            Counter-Defendant. | Case No. 5:17-cv-02514-JGB-SHK<br><br>Assigned to Hon. Jesus G. Bernal<br><br>**DEFENDANT THE GEO GROUP, INC.'S NOTICE OF WITHDRAWAL OF ITS MOTION TO STAY THE PROCEEDINGS PURSUANT TO FED. R. CIV. P. 23(F)**<br><br>Hearing Date: January 27, 2020<br>Hearing Time: 9:00 a.m.<br>Location:      Courtroom 1<br><br>TAC Filed:           September 16, 2019<br>SAC Filed:           December 24, 2018<br>FAC Filed:           July 6, 2018<br>Complaint Filed:  December 19, 2017<br>Trial Date:           February 2, 2021 |

1  PLEASE TAKE NOTICE that Defendant The GEO Group, Inc., by and
2 through their counsel, hereby withdraws the Motion to Stay Proceedings filed on
3 December 23, 2019 with a hearing set for January 27, 2020 (ECF # 236).  Each party
4 will bear its own costs and fees.

5 Dated:  January 15, 2020            **AKERMAN LLP**

6          By: */s/ Michael L. Gallion*
7                Michael L. Gallion
                 David Van Pelt
8                Ashley Bobo
                 Ashley E. Calhoun
9                Attorneys for Defendant
                 THE GEO GROUP, INC.

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

51254266,1                               1                    CASE NO. 5:17-CV-02514-JGB-SHK
**DEFENDANT THE GEO GROUP, INC.'S NOTICE OF WITHDRAWAL OF ITS MOTION TO STAY PROCEEDINGS PURSUANT TO FED. R. CIV. P. 23(F)**