E. Lawrence Vincent
Burns Charest LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL NOVOA, et al., individually and on behalf of all others similarly situated<br><br>Plaintiff(s)<br>v.<br><br>THE GEO GROUP, INC.<br><br>Defendant(s). | CASE NUMBER<br><br>5:17-CV-02514-JGB-SHK<br><br>(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Vincent, E. Lawrence                                    of   Burns Charest, LLP
*Applicant's Name (Last Name, First Name & Middle Initial*         900 Jackson Street, Suite 500
(469) 904-4550                    (469) 444-5002                Dallas, Texas 75202
*Telephone Number*              *Fax Number*
lvincent@burnscharest.com
*E-Mail Address*                                             *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Raul Novoa, Jamie Campos Fuentes, Abdiaziz Karim, Ramon Mancia, and all others similarly situated

*Name(s) of Party(ies) Represent*          ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Maya, Theodore W.                                      of   Ahdoot & Wolfson, PC
*Designee's Name (Last Name, First Name & Middle Initial*         10728 Lindbrook Drive
223242                (310) 474-9111     (310) 474-8585     Los Angeles, California 90024
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
tmaya@ahdootwolfson.com
*E-Mail Address*                                             *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:  ☐  for failure to pay the required fee.

☐  for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐  for failure to complete Application:

☐  pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐  pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐  because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid,** ☐ be refunded ☐ not be refunded.

Dated: February 26, 2020

_____
**U.S. District Judge/U.S. Magistrate Judge**

G-64 Order (05/16)     (~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 1