Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
Will Thompson (CA Bar # 289012)
wthompson@burnscharest.com
Warren Burns (admitted *pro hac vice*)
wburns@burnscharest.com
TX Bar # 24053119
E. Lawrence Vincent (admitted *pro hac vice*)
lvincent@burnscharest.com
TX Bar # 20585590
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA** individually and on behalf of all others similarly situated,<br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**PLAINTIFFS' *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER REQUIRING COVID-19 PREVENTION MEASURES FOR NATIONWIDE HUSP CLASS**<br><br>Hearing: None Set<br>The Honorable Jesus G. Bernal |

PLAINTIFFS' EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER REQUIRING COVID-19 PREVENTION MEASURES FOR NATIONWIDE HUSP CLASS

1

5:17-cv-02514-JGB

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and Local Rule 65-1, Plaintiffs hereby move this Court for emergency relief in the form of a temporary restraining order directing that GEO to either (a) halt the use of Class Members[1] in the provision of work or services under the HUSP program or (b) protect those Class Members who provide HUSP services by (i) providing protective clothing and antiseptic supplies and (ii) conducting testing of all Class Members to detect COVID-19, in light of the serious risks to their health and safety posed by the current COVID-19 pandemic. This Application is supported by the accompanying Memorandum in Support of Plaintiffs' *Ex Parte* Application for a Temporary Restraining Order Requiring COVID-19 Prevention Measures for Nationwide HUSP Class, Declarations, and Exhibits filed contemporaneously.

Plaintiffs respectfully request that the Court shorten time on, and hear their, concurrently filed motion for expedited discovery, so that it can be heard at the same time as this motion for a temporary restraining order.

---

[1] Class Members include any person who is (a) civilly detained at any GEO immigration detention center in the United States and (b) subject to a GEO Housing Unit Sanitation Policy (HUSP) at any point during their detention excluding (1) individuals detained in GEO's family residential detention facility in Karnes City, Texas; (2) individuals detained in the Alexandria Staging Facility in Alexandria, Louisiana; (3) any individual detained in the custody of the U.S. Marshall or any other law enforcement agency at a GEO facility where the company also detains civil immigration detainees pursuant to contracts with ICE; and (4) civilly detained immigrants detainees held at the Aurora ICE Processing Center in Aurora, Colorado at any time before October 22, 2014. Dkt. No. 229 at 2.

2

PLAINTIFFS' EX PARTE APPLICATION FOR A
TEMPORARY RESTRAINING ORDER
REQUIRING COVID-19 PREVENTION
MEASURES FOR NATIONWIDE HUSP CLASS

5:17-cv-02514-JGB

Counsel of record for Defendants is:

Colin Barnacle
Christopher J. Eby
**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, CO 80202
T: 303-260-7712
F: 303-260-7714
colin.barnacle@akerman.com
christopher.eby@akerman.com

Damien DeLaney
Ashley Calhoun
David Van Pelt
Michael Gallion
**AKERMAN LLP**
601 West Fifth Street Suite 300
Los Angeles, CA 90071
T: 213-688-9500
F: 213-627-6342
damien.delaney@akerman.com
ashley.calhoun@akerman.com
david.vanpelt@akerman.com
michael.gallion@akerman.com

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Rule 7-19.1, counsel for Plaintiffs informed counsel for Defendants of the substance and the date of this *ex parte* application by email on March 18, 2020 and by phone on April 6, 2020. Counsel for Defendants did not state whether they oppose the filing of this *ex parte* application.

2

PLAINTIFFS' EX PARTE APPLICATION FOR A
TEMPORARY RESTRAINING ORDER
REQUIRING COVID-19 PREVENTION
MEASURES FOR NATIONWIDE HUSP CLASS

5:17-cv-02514-JGB

| | | |
|---|---|---|
| 1 | Dated: April 6, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | */s/ Daniel H. Charest* |
| | | Daniel H. Charest (admitted *pro hac vice*) |
| 4 | | dcharest@burnscharest.com |
| 5 | | TX Bar # 24057803 |
| | | Will Thompson (CA Bar # 289012) |
| 6 | | wthompson@burnscharest.com |
| 7 | | Warren Burns (admitted *pro hac vice*) |
| | | wburns@burnscharest.com |
| 8 | | TX Bar # 24053119 |
| 9 | | E. Lawrence Vincent (admitted *pro hac vice*) |
| | | lvincent@burnscharest.com |
| 10 | | TX Bar # 20585590 |
| 11 | | **BURNS CHAREST LLP** |
| | | 900 Jackson St., Suite 500 |
| 12 | | Dallas, Texas 75202 |
| 13 | | Telephone: (469) 904-4550 |
| | | Facsimile: (469) 444-5002 |
| 14 | | |
| 15 | | Robert Ahdoot (CA Bar # 172098) |
| | | rahdoot@ahdootwolfson.com |
| 16 | | Tina Wolfson (CA Bar # 174806) |
| 17 | | twolfson@ahdootwolfson.com |
| | | Theodore W Maya (CA Bar # 223242) |
| 18 | | tmaya@ahdootwolfson.com |
| 19 | | Alex R. Straus (CA Bar # 321366) |
| | | astraus@ahdootwolfson.com |
| 20 | | **AHDOOT & WOLFSON, PC** |
| 21 | | 10728 Lindbrook Drive |
| | | Los Angeles, California 90024-3102 |
| 22 | | Telephone: (310) 474-9111 |
| 23 | | Fax: (310) 474-8585 |
| 24 | | |
| 25 | | Korey A. Nelson (admitted *pro hac vice*) |
| | | knelson@burnscharest.com |
| 26 | | |

5

PLAINTIFFS' EX PARTE APPLICATION FOR A
TEMPORARY RESTRAINING ORDER
REQUIRING COVID-19 PREVENTION
MEASURES FOR NATIONWIDE HUSP CLASS

5:17-cv-02514-JGB

LA Bar # 30002
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
LA Bar # 37926
C. Jacob Gower (admitted *pro hac vice*)
jgower@burnscharest.com
LA Bar # 34564
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

R. Andrew Free (admitted *pro hac vice*)
andrew@immigrantcivilrights.com
TN Bar # 030513
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959

Nicole Ramos (admitted *pro hac vice*)
nicole@alotrolado.org
NY Bar # 4660445
**AL OTRO LADO**
511 E. San Ysidro Blvd., # 333
San Ysidro, CA 92173
Telephone: (619) 786-4866


*Attorneys for Plaintiffs*

5

PLAINTIFFS' EX PARTE APPLICATION FOR A
TEMPORARY RESTRAINING ORDER
REQUIRING COVID-19 PREVENTION
MEASURES FOR NATIONWIDE HUSP CLASS

5:17-cv-02514-JGB

# CERTIFICATE OF SERVICE

On April 6, 2020, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

*/s/ Daniel H. Charest*
Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

5

PLAINTIFFS' EX PARTE APPLICATION FOR A
TEMPORARY RESTRAINING ORDER
REQUIRING COVID-19 PREVENTION
MEASURES FOR NATIONWIDE HUSP CLASS

5:17-cv-02514-JGB