# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA** individually and on behalf of all others similarly situated, *Plaintiffs*, <br><br> v. <br><br> **THE GEO GROUP, INC.**, *Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

      The Court has reviewed Plaintiffs' Motion for Temporary Restraining Order and Memorandum of Points and Authorities in Support Thereof, all supporting exhibits and declarations and any response filed by Defendants. Based on that review, the Court finds that immediate injunctive relief in the form of a temporary restraining order should be issued. In particular, the Court finds as follows:

      1.    COVID-19 is a disease that has reached pandemic status. It spreads easily from person to person. The Court adopts and incorporates its discussion of the threat posed by COVID-19 as set forth in *Hernandez v. Wolf*, No. 5:20-cv-00617-TJH (KS) (C.D. Cal. Apr. 1, 2020). Based on the facts in that record (of which the Court takes judicial notice) and the facts set forth in the record here by Plaintiffs' the Court finds that Plaintiffs are likely to succeed on the merits of their claim that Plaintiffs face imminent and irreparable harm from participating in the Housing Unit Sanitation Policy ("HUSP") program without sufficient protective safeguards and equipment in light of the exceptional risks posed by COVID-19.

      2.    Plaintiffs are likely to suffer irreparable harm in the absence of the issuance of a temporary restraining order. Plaintiffs are Class Members[1] who provide janitorial and other work services at Defendant's detention facilities. By participating in the HUSPs, Class Members risk illness and death since they perform those services without personal protective equipment or sufficient disinfectant and sanitary supplies. Being

---

[1] Class Members include any person who is (a) civilly detained at any GEO immigration detention center in the United States and (b) subject to a GEO Housing Unit Sanitation Policy (HUSP) at any point during their detention excluding (1) individuals detained in GEO's family residential detention facility in Karnes City, Texas; (2) individuals detained in the Alexandria Staging Facility in Alexandria, Louisiana; (3) any individual detained in the custody of the U.S. Marshall or any other law enforcement agency at a GEO facility where the company also detains civil immigration detainees pursuant to contracts with ICE; and (4) civilly detained immigrants detainees held at the Aurora ICE Processing Center in Aurora, Colorado at any time before October 22, 2014. Dkt. No. 229 at 2.

required to clean those facilities, in particular the common areas where detainees gather and interact, nearly guarantees exposure to COVID-19.

And the potential threat of contracting COVID-19 constitutes irreparable harm. Class Members include older adults and people with underlying medical conditions that increase their likelihood of severe illness or death if they contract COVID-19. Those patients in high-risk categories who do not die from COVID-19 should expect a prolonged recovery, including the need for extensive rehabilitation. For these reasons, public health experts have concluded that people with these characteristics in institutional settings such as immigration detention centers are at grave risk of severe illness and death.

The risk of irreparable harm likewise exists for those Class Members who do not possess underlying conditions which make them especially vulnerable to COVID-19. According to the U.S. Centers for Disease Control and Prevention, COVID-19 creates serious illness in 16% of all cases, and 38% of those hospitalized for COVID-19 have been people between 20–54 years old.

3. The balance of equities also favors injunctive relief. Class Members face the risk of serious illness or death from COVID-19. By contrast, if GEO must find other workers, or provide additional supplies and PPE to the Class Members who participate in the HUSP, it will suffer only a monetary impact in terms of higher costs. A balancing of the health and welfare, including potential death, of Class Members against increased expenditures for GEO results in a finding that supports injunctive relief.

4. Finally, injunctive relief is in the public interest. Protecting public health and safety is clearly in the public interest. Movants seek injunctive relief to prevent the spread of a pandemic. The relief requested will benefit everyone who lives or works in GEO's facilities. This factor supports injunctive relief.

Therefore, the Court finds that Plaintiff's Motion for Temporary Restraining Order should be, and hereby is GRANTED. The Court hereby ORDERS THAT:

____ Defendant GEO shall immediately halt the use of any in the provision of work or services under the HUSP.

or

____ Defendant GEO shall equip those Class Members who provide HUSP services with protective clothing and antiseptic supplies in accordance with the Centers for Disease Control and Prevention, *Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities*, and conduct weekly testing of all Class Members who participate in the HUSP to detect and protect against the threat of death or serious illness from COCIV-19.

The Court finds that this order should issue without the need for Plaintiffs to post any security or bond. The Court also finds issuance of this order on an *ex parte* basis is justified based on the representation by Plaintiffs that they informed counsel for Defendants of the substance of their Application for a temporary restraining order requiring COVID-19 prevention measures for Cationwide HUSP class by email on March 18, 2020 and by phone on April 6, 2020 but counsel for defendants could not state whether they oppose the filing of the Application.

Issued at ___ am/pm, this ___ day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE