1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES, ABDIAZIZ KARIM**, and **RAMON MANCIA** individually and on behalf of all others similarly situated,<br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**[PROPOSED] ORDER TO SHOW CAUSE** |

1    Upon review of Plaintiffs' Motion for Temporary Restraining Order and

2    Memorandum of Points and Authorities in Support Thereof, all supporting exhibits and

3    declarations and any response filed by Defendants the Court HEREBY ORDERS:

4        1. Defendant is ordered to show cause before this Court why a preliminary

5           injunction should not issue requiring:

6               a. The immediate halt of the use of Class Members[1] in the provision of work

7                  or services under the HUSP, or

8               b. Defendant to equip those Class Members who provide HUSP services with

9                  protective clothing and antiseptic supplies, and to conduct weekly testing

10                 of all such Class Members to detect and protect against the threat of death

11                 or serious illness from Coronavirus Disease 2019 ("COVID-19").

12       2. The hearing on the order to show cause will be held on _____ at

13          _____.

14

15   DATED: _____

16

17                                                    _____

                                                      UNITED STATES DISTRICT JUDGE

18

19

20

21

22   _____

[1] Class Members include any person who is (a) civilly detained at any GEO immigration detention
23   center in the United States and (b) subject to a GEO Housing Unit Sanitation Policy (HUSP) at any
     point during their detention excluding (1) individuals detained in GEO's family residential detention
24   facility in Karnes City, Texas; (2) individuals detained in the Alexandria Staging Facility in Alexandria,
     Louisiana; (3) any individual detained in the custody of the U.S. Marshall or any other law
25   enforcement agency at a GEO facility where the company also detains civil immigration detainees
     pursuant to contracts with ICE; and (4) civilly detained immigrants detainees held at the Aurora ICE
26   Processing Center in Aurora, Colorado at any time before October 22, 2014. Dkt. No. 229 at 2.

[PROPOSED] ORDER TO SHOW CAUSE                                            5:17-cv-02514-JGB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26