Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
Warren Burns (admitted *pro hac vice*)
wburns@burnscharest.com
TX Bar # 24053119
E. Lawrence Vincent (admitted *pro hac vice*)
lvincent@burnscharest.com
TX Bar # 20585590
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

Counsel for Plaintiffs

*Additional Counsel on Next Page*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM, AND RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>　　　　　　*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br>　　　　　　*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**DECLARATION OF DANIEL H. CHAREST IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER REQUIRING COVID-19 PREVENTION MEASURES FOR NATIONWIDE HUSP CLASS** |

DECLARATION OF DANIEL H. CHAREST IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER REQUIRING COVID-19 PREVENTION MEASURES FOR NATIONWIDE HUSP CLASS

5:17-cv-02514-JGB

Robert Ahdoot (CA Bar # 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Theodore W Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com
Alex R. Straus (CA Bar # 321366)
astraus@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone: (310) 474-9111
Fax: (310) 474-8585

Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
LA Bar # 30002
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
LA Bar # 37926
C. Jacob Gower (admitted *pro hac vice)*
jgower@burnscharest.com
LA Bar # 34564
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

R. Andrew Free (admitted *pro hac vice*)
andrew@immigrantcivilrights.com
TN Bar # 030513
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959

Nicole Ramos (admitted *pro hac vice*)
nicole@alotrolado.org
NY Bar # 4660445
**AL OTRO LADO**
511 E. San Ysidro Blvd., # 333
San Ysidro, CA 92173
Telephone: (619) 786-4866

***Attorneys for Plaintiffs***

DECLARATION OF DANIEL H. CHAREST IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER REQUIRING COVID-19 PREVENTION MEASURES FOR NATIONWIDE HUSP CLASS

5:17-cv-02514-JGB

I, Daniel H. Charest, declare that the following is true and correct to the best of my knowledge:

1. My name is Daniel H. Charest. I am a partner at Burns Charest, LLP, located at 900 Jackson Street, Suite 500, Dallas, Texas 75202.

2. My office represents Raul Novoa, Jaime Campos Fuentes, Abdiaziz Karim, Ramon Mancia, and the certified class in this case.

3. Attached to this Declaration are true and correct copies of the following documents:

**Exhibit A:** A true and correct copy of the declaration of Griselda Del Bosque ("Del Bosque Decl.") filed in *Dada, et al. v. Witte et al.,* Civil Action No. 02-20-cv-01093, ECF No. 5 (E.D. La.) filed Apr. 1, 2020, retrieved from PACER.

**Exhibit B:** A true and correct copy of the declaration of Sonia Lemus Tejada Dejaso ("Tejada Dejaso Decl.") filed in *Dada, et al. v. Witte et al.,* Civil Action No. 02-20-cv-01093, ECF No. 2-19 (E.D. La.) filed Apr. 1, 2020 retrieved from PACER.

**Exhibit C:** Declaration of Abby Frazer ("Frazer Decl.") (describing GEO's Denver Contract Detention Facility in Aurora, Colorado).

**Exhibit D:** A true and my correct copy of the declaration of Mariel Villarreal filed in *Dada, et al. v. Witte et al.,* Civil Action No. 02-20-cv-01093, ECF No. 2-32 (E.D. La.) filed Apr. 1, 2020 retrieved from PACER.

DECLARATION OF DANIEL H. CHAREST IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER REQUIRING COVID-19 PREVENTION MEASURES FOR NATIONWIDE HUSP CLASS

5:17-cv-02514-JGB

1 | I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Daniel H. Charest*             April 6, 2020
Daniel H. Charest (admitted *pro hac vice*)    DATE
dcharest@burnscharest.com
TX Bar # 24057803
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

DECLARATION OF DANIEL H. CHAREST IN                    5:17-cv-02514-JGB
SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION
FOR A TEMPORARY RESTRAINING ORDER
REQUIRING COVID-19 PREVENTION MEASURES
FOR NATIONWIDE HUSP CLASS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26