# EXHIBIT B

Declaration of Sonia Lemus Tejada Dejaso

I, Sonia Lemus Tejada Dejaso, declare as follows:

1. My name is Sonia Lemus Tejada Dejaso. I am 53 years old and a Guatemalan citizen. I am currently detained at LaSalle ICE Processing Center in Jena, Louisiana.

2. If I were released I would live with my son Miguel Angel Sanchez at 15812 Orange Dr., Edinburg, TX, 78541.

3. I have a history of heart issues. In the decades I lived in Texas before my detention, I often had to go to the hospital for various heart problems.

4. I currently suffer from hypertension and take medications daily in an attempt to control my blood pressure.

5. Because of my heart and blood pressure issues, I have major problems sleeping. I regularly have pain in my head and my chest. When I go to the medical unit, they only give me Tylenol for pain.

6. About four or five weeks ago, I was taken to the emergency room at Lasalle General Hospital when I wasn't able to breathe and started feeling numbness in parts of my body. The doctors at the hospital never told me what was wrong with me. I still have residual pain in the left side of my back since that day.

7. At LaSalle, I am housed in Falcon-D dorm. The dorm has enough beds for 80 people and we have been at capacity for a long time. People are transferred in and out all the time. In the past two weeks, ICE has brought in about 15 new detainees to the dorm as other people have left.

8. We've been at capacity for a long time and still people are transferred in all the time. In the past two weeks, ICE has brought in about 15 new detainees to the dorm as people have left.

9. Conditions in our dorm are unsanitary. We don't have any sinks to clean our bowls, so people clean their bowls in the bathrooms. I work cleaning the showers in my dorm for one dollar a day. I am not given any masks. Sometimes I run out of cleaning supplies and have to wash the floor of the showers with shampoo. The showers are only cleaned twice a day.

10. Three days ago, LaSalle staff came to talk to us about coronavirus. We had questions for them, such as asking what they were doing to ensure that staff stayed away from us so that they would not give us coronavirus. But staff were very dismissive of us and shushed our questions.

11. After they left, the officials went to the next dorm over to do the same presentation. Shortly afterwards, I was looking out the window of the dorm when I saw detained people coming out of that dorm, Falcon-C, choking and gasping for air. When people were leaving the dorm choking, I saw one of the guards choking as well.

12. Then, gas from the other dorm started seeping into our dorm. Our eyes started burning. Some of us that were closer to the door also started choking and crying. Our throats have been hurting. Some fell to the floor and vomited. I still have pain in my throat.There is no humanity for us here.

13. I have authorized my attorney to sign on my behalf, given the difficulty of arranging visitation and travel in light of the current COVID-19 pandemic. If required to do so, I will provide a signature when I am able to do so.

I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge.

_____  Date: 3/27/2020
Jeremy Jong signing on behalf of Sonia Lemus Tejada Dejaso