# EXHIBIT C

## RESPONDENT'S PERSONAL DECLARATION

*I, Donald Frazer, a k a Abby Frazer, hereby state under penalty of perjury that the following
statements, made on March 21, 2020, are true and accurate to the best of my knowledge and
belief:*

## BIOGRAPHIC INFO & GENDER IDENTITY

1.  My legal name is Donald Frazer, but I use the name "Abby." I started using this name when I
    was 16 years old.

2.  I was born in Kingston, Jamaica on August 5, 1996. From the time I was born, I lived with
    my mother and my younger sister. My mother, sister, and I lived in the Tel Aviv community
    in downtown of Kingston.

3.  My father, Chicka, lived in a different community and I never had a relationship with him.
    Still I always heard that he was an area gang leader who had a reputation for violence and
    extortion. I was about six years old the last time I saw my father.

4.  From a young age, I knew I was a woman. As a child, I always played with dolls with girls
    and never wanted to play with boys. I was 12 years old when I realized I was transgender. I
    started wearing my mother's clothes when she would leave the house. I would only wear her
    clothing when she was out and I would lock the door so I wouldn't be caught.

5.  When I was 16 years old gang members in my community found out that I am transgender.
    They demanded that I leave or that they would kill me. They said that "batty-men" could not
    live in that area. They stabbed me.

6.  For the next seven years I lived in the gully in Kingston.

7.  The gully is an underground sewer system running throughout Kingston, it is also used for
    wastewater runoff and floods when it rains. It is common for LGBT youth and adults to live
    in the gully because there is nowhere else for us to go when we are kicked out of our homes
    and communities. The gully is cold, and filled with mosquitos, cockroaches, and rats. We
    sleep on pallets and cardboard.

### Immigration History

8.  In 2015 I applied for a visa to the US to visit my friend Fabian Gayle for Thanksgiving. I
    applied to stay for three weeks. I was interviewed about the visa application, and I was asked
    why I was staying for three weeks when Thanksgiving was just one day. My visa application
    was denied.

9.  I fled Jamaica on July 31, 2019. I flew to Panama where I stayed several hours before flying
    to Mexico City. I took a bus for about three days to Tijuana. After presenting myself at the
    US border I stayed in a shelter for four months.

10. I entered the US on November 4, 2019 at the San Ysidro Port of Entry. I applied for asylum when I entered.

## Medical History

11. I was 17 years old when I found out that I am HIV positive. Some medical providers came to the gully to conduct HIV testing. I knew right away that it would be impossible for me to get treatment for HIV while living in Kingston. All of the free medical providers are all located in ghettos and passing the violent men and gang members would be too great of a risk.

12. In 2017, I was waiting for my friend, Cavil, to come to the gully to bring me some food. A strange man came up and asked me for a light for his cigarette. I reached into my pocket for a lighter, when without warning, the man stabbed me in the belly with a ratchet (butterfly) knife. I remember that he yelled "batty-boy for dead" and ran away.

13. At the hospital, I experienced much discrimination. The doctors laughed when other patients said they did not want "batty boys" in the hospital. The doctor said I should stay two weeks, but I was afraid of the other patients, so I discharged myself the next day.

14. My blood was drawn at Cibola and I was told that I have a liver disease, hepatitis B, and HIV. In both 2019 and 2020 I have been told that my CD4 count is is low, and that I must avoid infection.

15. I have been bleeding from my anus for months now, I am not sure why.

## Procedural History in Detention

16. I was detained upon entry into the US on November 4, 2019.

17. On or about November 20, 2019 I was moved to the Cibola County Correctional Center and housed in the transgender unit.

18. On November 25, 2019 I was given a credible fear interview with an asylum officer. I passed the interview, being found credible, as a Jamaican sexual minority, with credible fear of persecution.

19. On December 5, 2019 I was issued a Notice to Appear for removal proceedings under §240 of the INA. The NTA charged me as an Arriving Alien.

20. On January 21, 2020, after several master calendar hearings, but before my individual merits hearing, I was transferred to the Aurora ICE Processing Center.

21. I submitted an I-589 to the Court on February 25, and I have an individual hearing scheduled with Judge Carbone at 1:00 pm on May 11, 2020 at the Aurora Immigration Court.

## Care and Conditions at Cibola

22. When I was transferred to Cibola County Correctional Center, around November 20, 2019, I had my blood drawn. I was told that I have a liver disease, hepatitis B, and my HIV status was confirmed. However, I did not receive these results immediately.

23. Because I did not have results from my blood work I wrote a sick call request on December 2, noting that it had been two weeks and I had not received my results. I also wrote that I am HIV positive and was not receiving any medication including hormones. It was returned to me, stamped "received Dec. 8." I wrote another request on December 18 stating that I had done my blood test one month ago and I was not receiving any medication. I wrote again on December 23 stating "I am HIV positive am having bleeding from my anus and it really hurts and I have warts on my penis I need medical attention," which was marked as "received Dec 26."

24. I was eventually given medication for my liver disease at Cibola.

25. In late December I was taken to a specialist to see about my HIV. I was told that my CD4 count was low, and that I should avoid infections.

26. I was not given any HIV medication while I was at Cibola. I received no treatment for my bleeding anus, or for the warts on my penis.

27. In the trans pod at Cibola there were several rooms or cells that were unused. These were part of the larger unit and not part of the SHU detention. I asked if I could stay in one of the empty cells so that I could isolate myself to keep myself healthy. My request was denied.

28. A few days before I was transferred to Aurora I was prescribed an antibiotic by medical staff at Cibola.

29. On December 10, 2020 I requested my medical records from Cibola. I never received a response or a copy of my medical records.

## Care and Conditions at Aurora

30. On January 21, 2020 I was transferred to the Aurora ICE Processing Center.

31. I was given a medical screening within two days of arriving at Aurora. I was told again that I have a liver disease, hepatitis B, and that my CD4 count was low. I believe the doctor said that my CD4 count is 38.

32. I was prescribed HIV medication which I now receive regularly. I do not know what my CD4 count is now or if it has improved. On or about March 17, 2020 I asked the nurse about getting my blood checked and she did not respond.

33. The food at Aurora is not good. Some days I do not eat because the food is so bad. A typical meal is bread, beans, and cake. I asked the kitchen staff for fruits and was told I can only get what is on the menu. I asked the medical staff about fruit and was told they could not help me with diet.

34. I have a medical appointment scheduled outside of the detention facility on Tuesday March 24, 2020. I am told that I may require emergency surgery for my anal bleeding.

35. The transgender women all stay in the one room together. Counting me, there are currently 10 people being detained together. We sleep in bunk beds.

36. Staff does not clean the room where we stay. We ask in the morning for disinfectant to clean with. I use shampoo to wash my hands with, but we do have bars of white soap. I wear gloves to wash my dishes.

37. We all eat in the same room where we sleep.

38. I have a large jacket, but the room is always cold. The water in the shower and sink are also very cold.

### Care and Conditions at Aurora since COVID-19 pandemic

39. I first heard about the COVID-19 pandemic weeks ago because I am able to listen to the radio.

40. The first time I saw anything out of the ordinary at Aurora with respect to COVID-19 was Friday March 13, 2020. Staff came in with masks and had one transgender detainee change her clothes and her bedsheets. Then they took her away to quarantine. I heard that a lawyer was in Court who may have had COVID-19.

41. We were told about COVID-19 when they took away the one detainee for quarantine. We asked for hand sanitizer but were told to use the disinfectant spray. Staff had on masks, but detainees cannot get masks. We were told that if we get a fever or a cough we should write a note for medical attention.

42. Aurora staff screen one person from the transgender unit at random each day or each shift by taking their temperature.

43. On March 20, 2020, staff gave us a handbook on COVID-19. It is in English and Spanish and says how we should wash our hands and stay six feet away from other people.

44. It is impossible to stay six feet away from the people I am being detained with. We sleep in bunk beds, and often people gather near a television set. After March 13 we have been out to play volleyball together, just the 10 of us, and we were unable to keep 6 feet apart from each other.

45. Staff sometimes wear gloves and masks, but do not keep six feet apart from each other. I do not know how or if the staff is being screened. I do not know when the staff were told about COVID 19.

46. I clean everything because I fear getting an infection, but not everyone I am detained with is as careful abut infection as I am.

47. All 10 of us take medication. I am one of two HIV positive women in the room. As of March 21, 2020 only the one person has been taken away for quarantine.

48. On Tuesday, March 17, we were woken up at 5:00 AM and told to get ready to move to a bigger room in Aurora because more transgender women were being transferred in. We waited sometime and then were told that the room was not clean and we would move on Thursday. On Thursday we were told we will be moving into a room that holds 18 of us on April 17.

## RESPONDENT'S PERSONAL DECLARATION

Donald Frazer, aka Abby Frazer

Signature of Respondent