# EXHIBIT A

Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
Warren Burns (admitted *pro hac vice*)
wburns@burnscharest.com
TX Bar # 24053119
E. Lawrence Vincent (admitted *pro hac vice*)
lvincent@burnscharest.com
TX Bar # 20585590
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

Counsel for Plaintiffs

***Additional Counsel on Signature Page***

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM**, and **RAMON MANCIA** individually and on behalf of all others similarly situated, <br> *Plaintiffs*, <br><br> v. <br><br> **THE GEO GROUP, INC.**, <br> *Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx <br><br> **PLAINTIFFS' EXPEDITED DISCOVERY REQUESTS TO DEFENDANT THE GEO GROUP, INC.** |

1

PLAINTIFFS' EXPEDITED DISCOVERY
REQUESTS TO DEFENDANT THE GEO
GROUP, INC.

5:17-cv-02514-JGB

**To:    Defendant The GEO Group, Inc.**

Plaintiffs Raul Novoa, Jaime Campos Fuentes, Abdiaziz Karim, and Ramon Mancia individually and on behalf of all others similarly situated, by and through undersigned counsel, hereby serve the following interrogatories and requests for admission pursuant to Federal Rules of Civil Procedure 33 and 36.

## **INSTRUCTIONS**

1.      Each discovery request must be answered in full. If this cannot be done after conducting a reasonable investigation, answer to the fullest extent possible, explaining why a complete answer is not possible, stating any knowledge, information, or belief concerning the unanswered portion of the discovery request, what information or documents cannot be provided, why the information or documents are not available, and what efforts were made to obtain the unavailable information or documents.

2.      To the extent any of the following discovery requests are objectionable in whole or in part, each objection must be stated with particularity, including the reasons for the objection and the categories of information to which the objection applies. As required by the Federal Rules of Civil Procedure, the discovery request must be answered to the extent it is not objectionable.

PLAINTIFFS' EXPEDITED DISCOVERY REQUESTS TO DEFENDANT THE GEO GROUP, INC.

5:17-cv-02514-JGB

3.    With respect to each item or category of items where applicable, you must state objections and assert privileges, if any, as required by the Federal Rules of Civil Procedure. If you withhold information for reasons of any privilege set forth the following: the nature and basis of the privilege claimed; the subject matter of the information; and provide sufficient information necessary to support the claim of privilege.

4.    If you find the meaning of any term in these discovery requests unclear, you shall assume a reasonable meaning, state what the assumed meaning is, and respond according to the assumed meaning.

5.    In interpreting these discovery requests, definitions, and instructions: any masculine, feminine, or neutral term includes all other genders; the singular includes the plural and vice versa; and "or," "and," "and/or," and "including" shall be read to bring within the scope of the discovery request the broadest amount of information.

## **DEFINITIONS**

As used in these interrogatories and requests for admission, the following terms have the following meanings:

1.    The terms "you," "your," and "GEO" mean Defendant The GEO Group, Inc., and affiliated corporate entity or subsidiary (including any taxable REIT subsidiary) through which The GEO Group, Inc. conducts business or receives revenue, as well any officer, agent, employee, executive, or representative of GEO as defined herein.

2.    The term "ICE" means the United States Immigration and Customs Enforcement.

3.    The term "detainee" means any person detained in an immigration detention facility operated by you.

3

4.     The singular of each word shall be construed to include its plural and vice-versa, and the root word and all derivations (i.e., "ing," "ed," etc.) shall be construed to include each other.

5.     The word "including" shall have its ordinary meaning and shall mean "including but not limited to" and shall not indicate limitation to the examples or items mentioned.

6.     The term "concerning" means relating to, referring to, describing, evidencing or constituting.

7.     The term "Class Member" means any civilly detained immigrant who was detained at any civil immigration detention center owned or operated by GEO in the United States between December 19, 2007 and the date these requests are answered or supplemented who subject to a GEO Housing Unit Sanitation Policy (HUSP) at any point during their detention, excluding (1) individuals detained in GEO's family residential detention facility in Karnes City, Texas; (2) individuals detained in the Alexandria Staging Facility in Alexandria, Louisiana; (3) any individual detained in the custody of the U.S. Marshall or any other law enforcement agency at a GEO facility where the company also detains civil immigration detainees pursuant to contracts with ICE; and (4) civilly detained immigrants detainees held at the Aurora ICE Processing Center in Aurora, Colorado at any time before October 22, 2014.

8.     The term "Cohorting" refers to the practice of isolating multiple laboratory-confirmed COVID-19 cases together as a group or quarantining close contacts of a particular case together as a group.

9.     The term "COVID-19" means the Coronavirus Disease 2019 as discussed by the U.S. Centers for Disease Control and Prevention in its *Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities*,

4

PLAINTIFFS' EXPEDITED DISCOVERY REQUESTS TO DEFENDANT THE GEO GROUP, INC.

5:17-cv-02514-JGB

1   available at https://www.cdc.gov/coronavirus/2019-ncov/community/correction-

2   detention/guidance-correctional-detention.html.

3       10.   The term "Facilities" means the Adelanto ICE Processing Center, the

4   Aurora ICE Processing Center, the Broward Transitional Center, the Central Valley

5   Annex, the Coastal Bend Detention Center, the Desert View Annex, the Folkston ICE

6   Processing Center, the Golden State Annex, the Joe Corley Processing Center, the

7   LaSalle ICE Processing Center, the Mesa Verde ICE Processing Center, the

8   Montgomery Processing Center, the Northwest ICE Processing Center, the Pine Prairie

9   ICE Processing Center, the Rio Grande Processing Center, the South Louisiana ICE

10   Processing Center, and the South Texas ICE Processing Center.

11       11.   The term "PPE" means Personal Protective Equipment as used by the U.S.

12   Centers for Disease Control and Prevention in its *Interim Guidance on Management of*

13   *Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities*, available at

14   https://www.cdc.gov/coronavirus/2019-ncov/community/correction-

15   detention/guidance-correctional-detention.html.

16       12.   The term "CDC's COVID-19 Detention Guidelines" means the guidelines

17   and recommendations provided by the U.S. Centers for Disease Control and Prevention

18   in its *Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional*

19   *and Detention Facilities*, available at https://www.cdc.gov/coronavirus/2019-

20   ncov/community/correction-detention/guidance-correctional-detention.html.

21       13.   The term "community transmission," with respect to COVID-19, refers to

22   individuals acquiring the disease "through contact with someone in their local

23   community, rather than through travel to an affected location." *See Interim Guidance on*

24   *Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities*,

25   available at https://www.cdc.gov/coronavirus/2019-ncov/community/correction-

26   detention/guidance-correctional-detention.html.

5

14.     The term "states with widespread community transmission" includes Washington, Utah, Rhode Island, Oregon, Oklahoma, North Carolina, Massachusetts, Maryland, Louisiana, Iowa, Illinois, Georgia, Connecticut, Colorado, California, and Arizona.

## **REQUESTS FOR ADMISSIONS**

**REQUEST FOR ADMISSION NO. 1:**     Admit, with respect to each of the following Facilities, that you do **not** adhere to CDC's COVID-19 Detention Guidelines:

     a.  Adelanto ICE Processing Center

     **Response:**

     b.  Aurora ICE Processing Center

     **Response:**

     c.  Broward Transitional Center

     **Response:**

     d.  Central Valley Annex

     **Response:**

     e.  Desert View Annex

     **Response:**

     f.  Folkston ICE Processing Center

     **Response:**

     g.  Gold State Annex

     **Response:**

     h.  Joe Corley Processing Center

     **Response:**

     i.  LaSalle ICE Processing Center

     **Response:**

     j.  Mesa Verde ICE Processing Center

PLAINTIFFS' EXPEDITED DISCOVERY
REQUESTS TO DEFENDANT THE GEO
GROUP, INC.

5:17-cv-02514-JGB

**Response:**

k.  Montgomery Processing Center

**Response:**

l.  Northwest ICE Processing Center

**Response:**

m.  Pine Prairie ICE Processing Center

**Response:**

n.  South Louisiana ICE Processing Center

**Response:**

o.  South Texas ICE Processing Center

**Response:**

**REQUEST FOR ADMISSION NO. 2:**   Admit, with respect to each of the following Facilities, that you have not posted signage in each of your Facilities communicating the symptoms of COVID-19:

a.  Adelanto ICE Processing Center

**Response:**

b.  Aurora ICE Processing Center

**Response:**

c.  Broward Transitional Center

**Response:**

d.  Central Valley Annex

**Response:**

e.  Desert View Annex

**Response:**

f.  Folkston ICE Processing Center

**Response:**

g.  Gold State Annex

7

PLAINTIFFS' EXPEDITED DISCOVERY
REQUESTS TO DEFENDANT THE GEO
GROUP, INC.

5:17-cv-02514-JGB

**Response:**

   h.  Joe Corley Processing Center

   **Response:**

   i.  LaSalle ICE Processing Center

   **Response:**

   j.  Mesa Verde ICE Processing Center

   **Response:**

   k.  Montgomery Processing Center

   **Response:**

   l.  Northwest ICE Processing Center

   **Response:**

   m. Pine Prairie ICE Processing Center

   **Response:**

   n.  South Louisiana ICE Processing Center

   **Response:**

   o.  South Texas ICE Processing Center

   **Response:**

**REQUEST FOR ADMISSION NO. 3:**  Admit, with respect to each of the following Facilities, that you have not posted signage communicating hand hygiene instructions to prevent the spread of COVID-19:

   a.  Adelanto ICE Processing Center

   **Response:**

   b.  Aurora ICE Processing Center

   **Response:**

   c.  Broward Transitional Center

   **Response:**

   d.  Central Valley Annex

   **Response:**

PLAINTIFFS' EXPEDITED DISCOVERY
REQUESTS TO DEFENDANT THE GEO
GROUP, INC.

5:17-cv-02514-JGB

e.  Desert View Annex

**Response:**

f.  Folkston ICE Processing Center

**Response:**

g.  Gold State Annex

**Response:**

h.  Joe Corley Processing Center

**Response:**

i.  LaSalle ICE Processing Center

**Response:**

j.  Mesa Verde ICE Processing Center

**Response:**

k.  Montgomery Processing Center

**Response:**

l.  Northwest ICE Processing Center

**Response:**

m. Pine Prairie ICE Processing Center

**Response:**

n.  South Louisiana ICE Processing Center

**Response:**

o.  South Texas ICE Processing Center

**Response:**

**REQUEST FOR ADMISSION NO. 4:**   Admit, with respect to each of the following Facilities, that Class Members who have arrived at your Facilities since January 1, 2020, have come from states with widespread community transmission of COVID-19.

a.  Adelanto ICE Processing Center

**Response:**

9

PLAINTIFFS' EXPEDITED DISCOVERY REQUESTS TO DEFENDANT THE GEO GROUP, INC.

5:17-cv-02514-JGB

b. Aurora ICE Processing Center

**Response:**

c. Broward Transitional Center

**Response:**

d. Central Valley Annex

**Response:**

e. Desert View Annex

**Response:**

f. Folkston ICE Processing Center

**Response:**

g. Gold State Annex

**Response:**

h. Joe Corley Processing Center

**Response:**

i. LaSalle ICE Processing Center

**Response:**

j. Mesa Verde ICE Processing Center

**Response:**

k. Montgomery Processing Center

**Response:**

l. Northwest ICE Processing Center

**Response:**

m. Pine Prairie ICE Processing Center

**Response:**

n. South Louisiana ICE Processing Center

**Response:**

o. South Texas ICE Processing Center

**Response:**

10

**REQUEST FOR ADMISSION NO. 5:**   Admit, with respect to each of the following Facilities, that you do not provide liquid soap to each Class Member who has performed duties pursuant to the HUSP program since January 1, 2020 for use after they perform services.

       a.   Adelanto ICE Processing Center

         **Response:**

       b.   Aurora ICE Processing Center

         **Response:**

       c.   Broward Transitional Center

         **Response:**

       d.   Central Valley Annex

         **Response:**

       e.   Desert View Annex

         **Response:**

       f.   Folkston ICE Processing Center

         **Response:**

       g.   Gold State Annex

         **Response:**

       h.   Joe Corley Processing Center

         **Response:**

       i.   LaSalle ICE Processing Center

         **Response:**

       j.   Mesa Verde ICE Processing Center

         **Response:**

       k.   Montgomery Processing Center

         **Response:**

       l.   Northwest ICE Processing Center

         **Response:**

       m.  Pine Prairie ICE Processing Center

PLAINTIFFS' EXPEDITED DISCOVERY
REQUESTS TO DEFENDANT THE GEO
GROUP, INC.

5:17-cv-02514-JGB

**Response:**

n.  South Louisiana ICE Processing Center

**Response:**

o.  South Texas ICE Processing Center

**Response:**


**REQUEST FOR ADMISSION NO. 6:**    Admit, with respect to each of the following Facilities, that you do not provide sanitary hand drying materials to each Class Member who has performed duties pursuant to the HUSP program since January 1, 2020.

a.  Adelanto ICE Processing Center

**Response:**

b.  Aurora ICE Processing Center

**Response:**

c.  Broward Transitional Center

**Response:**

d.  Central Valley Annex

**Response:**

e.  Desert View Annex

**Response:**

f.  Folkston ICE Processing Center

**Response:**

g.  Gold State Annex

**Response:**

h.  Joe Corley Processing Center

**Response:**

i.  LaSalle ICE Processing Center

**Response:**

j.  Mesa Verde ICE Processing Center

12

PLAINTIFFS' EXPEDITED DISCOVERY REQUESTS TO DEFENDANT THE GEO GROUP, INC.

5:17-cv-02514-JGB

**Response:**

k. Montgomery Processing Center

**Response:**

l. Northwest ICE Processing Center

**Response:**

m. Pine Prairie ICE Processing Center

**Response:**

n. South Louisiana ICE Processing Center

**Response:**

o. South Texas ICE Processing Center

**Response:**

**REQUEST FOR ADMISSION NO. 7:**     Admit, with respect to each of the following Facilities, that you do not make no-touch trash receptacles for disposal available to each Class Member who has performed duties pursuant to the HUSP program since January 1, 2020.

a. Adelanto ICE Processing Center

**Response:**

b. Aurora ICE Processing Center

**Response:**

c. Broward Transitional Center

**Response:**

d. Central Valley Annex

**Response:**

e. Desert View Annex

**Response:**

f. Folkston ICE Processing Center

**Response:**

g. Gold State Annex

13

**Response:**

h. Joe Corley Processing Center

**Response:**

i. LaSalle ICE Processing Center

**Response:**

j. Mesa Verde ICE Processing Center

**Response:**

k. Montgomery Processing Center

**Response:**

l. Northwest ICE Processing Center

**Response:**

m. Pine Prairie ICE Processing Center

**Response:**

n. South Louisiana ICE Processing Center

**Response:**

o. South Texas ICE Processing Center

**Response:**

**REQUEST FOR ADMISSION NO. 8:** Admit, with respect to each of the following Facilities, that you do not provide alcohol-based hand sanitizer containing at least 60% alcohol to each Class Member who has performed duties pursuant to the HUSP program since January 1, 2020.

a. Adelanto ICE Processing Center

**Response:**

b. Aurora ICE Processing Center

**Response:**

c. Broward Transitional Center

**Response:**

d. Central Valley Annex

14

PLAINTIFFS' EXPEDITED DISCOVERY REQUESTS TO DEFENDANT THE GEO GROUP, INC.

5:17-cv-02514-JGB

**Response:**

    e.  Desert View Annex

       **Response:**

    f.  Folkston ICE Processing Center

       **Response:**

    g.  Gold State Annex

       **Response:**

    h.  Joe Corley Processing Center

       **Response:**

    i.  LaSalle ICE Processing Center

       **Response:**

    j.  Mesa Verde ICE Processing Center

       **Response:**

    k.  Montgomery Processing Center

       **Response:**

    l.  Northwest ICE Processing Center

       **Response:**

    m. Pine Prairie ICE Processing Center

       **Response:**

    n.  South Louisiana ICE Processing Center

       **Response:**

    o.  South Texas ICE Processing Center

       **Response:**

**REQUEST FOR ADMISSION NO. 9:**    Admit, with respect to each of the following Facilities, that you restrict access to liquid soap to Class Members.

    a.  Adelanto ICE Processing Center

       **Response:**

    b.  Aurora ICE Processing Center

15

PLAINTIFFS' EXPEDITED DISCOVERY
REQUESTS TO DEFENDANT THE GEO
GROUP, INC.

5:17-cv-02514-JGB

**Response:**

c.  Broward Transitional Center

**Response:**

d.  Central Valley Annex

**Response:**

e.  Desert View Annex

**Response:**

f.  Folkston ICE Processing Center

**Response:**

g.  Gold State Annex

**Response:**

h.  Joe Corley Processing Center

**Response:**

i.  LaSalle ICE Processing Center

**Response:**

j.  Mesa Verde ICE Processing Center

**Response:**

k.  Montgomery Processing Center

**Response:**

l.  Northwest ICE Processing Center

**Response:**

m. Pine Prairie ICE Processing Center

**Response:**

n.  South Louisiana ICE Processing Center

**Response:**

o.  South Texas ICE Processing Center

**Response:**

PLAINTIFFS' EXPEDITED DISCOVERY
REQUESTS TO DEFENDANT THE GEO
GROUP, INC.

5:17-cv-02514-JGB

**<u>REQUEST FOR ADMISSION NO. 10:</u>**   Admit, with respect to each of the following Facilities, that you restrict access to alcohol-based hand sanitizer to Class Members.

     a.  Adelanto ICE Processing Center

        **Response:**

     b.  Aurora ICE Processing Center

        **Response:**

     c.  Broward Transitional Center

        **Response:**

     d.  Central Valley Annex

        **Response:**

     e.  Desert View Annex

        **Response:**

     f.  Folkston ICE Processing Center

        **Response:**

     g.  Gold State Annex

        **Response:**

     h.  Joe Corley Processing Center

        **Response:**

     i.  LaSalle ICE Processing Center

        **Response:**

     j.  Mesa Verde ICE Processing Center

        **Response:**

     k.  Montgomery Processing Center

        **Response:**

     l.  Northwest ICE Processing Center

        **Response:**

     m. Pine Prairie ICE Processing Center

        **Response:**

17

PLAINTIFFS' EXPEDITED DISCOVERY
REQUESTS TO DEFENDANT THE GEO
GROUP, INC.

5:17-cv-02514-JGB

n.  South Louisiana ICE Processing Center

**Response:**

o.  South Texas ICE Processing Center

**Response:**

**REQUEST FOR ADMISSION NO. 11:**    Admit that you do not provide EPA-registered disinfectants effective against the virus that causes COVID-19 to each Class Member who has performed duties pursuant to the HUSP program since January 1, 2020.

a.  Adelanto ICE Processing Center

**Response:**

b.  Aurora ICE Processing Center

**Response:**

c.  Broward Transitional Center

**Response:**

d.  Central Valley Annex

**Response:**

e.  Desert View Annex

**Response:**

f.  Folkston ICE Processing Center

**Response:**

g.  Gold State Annex

**Response:**

h.  Joe Corley Processing Center

**Response:**

i.  LaSalle ICE Processing Center

**Response:**

j.  Mesa Verde ICE Processing Center

**Response:**

18

PLAINTIFFS' EXPEDITED DISCOVERY REQUESTS TO DEFENDANT THE GEO GROUP, INC.

5:17-cv-02514-JGB

k.  Montgomery Processing Center

**Response:**

l.  Northwest ICE Processing Center

**Response:**

m.  Pine Prairie ICE Processing Center

**Response:**

n.  South Louisiana ICE Processing Center

**Response:**

o.  South Texas ICE Processing Center

**Response:**

**REQUEST FOR ADMISSION NO. 12:**   Admit that you do not have each hard (non-porous) surface cleaned daily with a product that is EPA-approved for use against the virus that causes COVID-19.

**Response:**

**REQUEST FOR ADMISSION NO. 13:**   Admit that you do not provide personal protection equipment each Class Member who has performed duties pursuant to the HUSP program since January 1, 2020.

**Response:**

**REQUEST FOR ADMISSION NO. 14:**   Admit that you do not ensure that each Class Member who has performed duties pursuant to the HUSP program since January 1, 2020 has been trained to perform proper hand hygiene effective against contracting the virus that causes COVID-19 after removing PPE.

**Response:**

**REQUEST FOR ADMISSION NO. 15:**   Admit that you do not provide each Class Member who has performed duties pursuant to the HUSP program since January 1, 2020 facemasks effective against contracting the virus that causes COVID-19 to use when they perform services pursuant to the HUSP program.

PLAINTIFFS' EXPEDITED DISCOVERY REQUESTS TO DEFENDANT THE GEO GROUP, INC.

5:17-cv-02514-JGB

**Response:**

**REQUEST FOR ADMISSION NO. 16:**   Admit that you do not provide each Class Member who has performed duties pursuant to the HUSP program since January 1, 2020 N95 respirators to use when they perform those services.

**Response:**

**REQUEST FOR ADMISSION NO. 17:**   Admit that you do not provide each Class Member who has performed duties pursuant to the HUSP program since January 1, 2020 disposable medical gloves to use when they perform services pursuant to the HUSP program.

**Response:**

**REQUEST FOR ADMISSION NO. 18:**   Admit that surfaces and objects that are frequently touched, especially in common areas, are not cleaned and disinfected each day as part of the HUSP program with EPA-registered disinfectants effective against the virus that causes COVID-19.

**Response:**

**REQUEST FOR ADMISSION NO. 19:**   Admit, with respect to each of the following Facilities, that you have not tested each Class Member who has performed duties pursuant to the HUSP program since January 1, 2020 for the virus that causes COVID-19.

     a.  Adelanto ICE Processing Center

      **Response:**

     b.  Aurora ICE Processing Center

      **Response:**

     c.  Broward Transitional Center

      **Response:**

     d.  Central Valley Annex

      **Response:**

     e.  Desert View Annex

20

**Response:**

f.  Folkston ICE Processing Center

**Response:**

g.  Gold State Annex

**Response:**

h.  Joe Corley Processing Center

**Response:**

i.  LaSalle ICE Processing Center

**Response:**

j.  Mesa Verde ICE Processing Center

**Response:**

k.  Montgomery Processing Center

**Response:**

l.  Northwest ICE Processing Center

**Response:**

m.  Pine Prairie ICE Processing Center

**Response:**

n.  South Louisiana ICE Processing Center

**Response:**

o.  South Texas ICE Processing Center

**Response:**

**REQUEST FOR ADMISSION NO. 20:**   Admit, with respect to each of the following Facilities, that you do not quarantine for 14 days each Class Member who has performed duties pursuant to the HUSP program since January 1, 2020 who has been exposed to the virus that causes COVID-19.

a.  Adelanto ICE Processing Center

**Response:**

b.  Aurora ICE Processing Center

21

**Response:**

c.  Broward Transitional Center

**Response:**

d.  Central Valley Annex

**Response:**

e.  Desert View Annex

**Response:**

f.  Folkston ICE Processing Center

**Response:**

g.  Gold State Annex

**Response:**

h.  Joe Corley Processing Center

**Response:**

i.  LaSalle ICE Processing Center

**Response:**

j.  Mesa Verde ICE Processing Center

**Response:**

k.  Montgomery Processing Center

**Response:**

l.  Northwest ICE Processing Center

**Response:**

m. Pine Prairie ICE Processing Center

**Response:**

n.  South Louisiana ICE Processing Center

**Response:**

o.  South Texas ICE Processing Center

**Response:**

PLAINTIFFS' EXPEDITED DISCOVERY
REQUESTS TO DEFENDANT THE GEO
GROUP, INC.

5:17-cv-02514-JGB

**REQUEST FOR ADMISSION NO. 21:**   Admit, with respect to each of the following Facilities, that you do not enforce social distancing strategies of 6 feet between each Class Member who has performed duties pursuant to the HUSP program since January 1, 2020.

       a.  Adelanto ICE Processing Center

          **Response:**

       b.  Aurora ICE Processing Center

          **Response:**

       c.  Broward Transitional Center

          **Response:**

       d.  Central Valley Annex

          **Response:**

       e.  Desert View Annex

          **Response:**

       f.  Folkston ICE Processing Center

          **Response:**

       g.  Gold State Annex

          **Response:**

       h.  Joe Corley Processing Center

          **Response:**

       i.  LaSalle ICE Processing Center

          **Response:**

       j.  Mesa Verde ICE Processing Center

          **Response:**

       k.  Montgomery Processing Center

          **Response:**

       l.  Northwest ICE Processing Center

          **Response:**

       m. Pine Prairie ICE Processing Center

23

PLAINTIFFS' EXPEDITED DISCOVERY
REQUESTS TO DEFENDANT THE GEO
GROUP, INC.

5:17-cv-02514-JGB

**Response:**

n.  South Louisiana ICE Processing Center

**Response:**

o.  South Texas ICE Processing Center

**Response:**


**REQUEST FOR ADMISSION NO. 22:**   Admit, with respect to each of the following Facilities, that you do not enforce social distancing strategies of 6 feet between detainees at each of your Facilities.

a.  Adelanto ICE Processing Center

**Response:**

b.  Aurora ICE Processing Center

**Response:**

c.  Broward Transitional Center

**Response:**

d.  Central Valley Annex

**Response:**

e.  Desert View Annex

**Response:**

f.  Folkston ICE Processing Center

**Response:**

g.  Gold State Annex

**Response:**

h.  Joe Corley Processing Center

**Response:**

i.  LaSalle ICE Processing Center

**Response:**

j.  Mesa Verde ICE Processing Center

**Response:**

24

PLAINTIFFS' EXPEDITED DISCOVERY
REQUESTS TO DEFENDANT THE GEO
GROUP, INC.

5:17-cv-02514-JGB

k.  Montgomery Processing Center

**Response:**

l.  Northwest ICE Processing Center

**Response:**

m. Pine Prairie ICE Processing Center

**Response:**

n.  South Louisiana ICE Processing Center

**Response:**

o.  South Texas ICE Processing Center

**Response:**

**REQUEST FOR ADMISSION NO. 23:**   Admit, with respect to each of the following Facilities, that you do not quarantine all new intakes for 14 days before they enter each of your Facilities' general population with Class Members.

a.  Adelanto ICE Processing Center

**Response:**

b.  Aurora ICE Processing Center

**Response:**

c.  Broward Transitional Center

**Response:**

d.  Central Valley Annex

**Response:**

e.  Desert View Annex

**Response:**

f.  Folkston ICE Processing Center

**Response:**

g.  Gold State Annex

**Response:**

h.  Joe Corley Processing Center

25

**Response:**

    i.   LaSalle ICE Processing Center

**Response:**

    j.   Mesa Verde ICE Processing Center

**Response:**

    k.   Montgomery Processing Center

**Response:**

    l.   Northwest ICE Processing Center

**Response:**

    m. Pine Prairie ICE Processing Center

**Response:**

    n.  South Louisiana ICE Processing Center

**Response:**

    o.  South Texas ICE Processing Center

**Response:**

**<u>REQUEST FOR ADMISSION NO. 24:</u>**   Admit, with respect to each of the following Facilities, that you do not place detainees who are suspected COVID-19 cases under medical isolation.

    a.   Adelanto ICE Processing Center

**Response:**

    b.   Aurora ICE Processing Center

**Response:**

    c.   Broward Transitional Center

**Response:**

    d.   Central Valley Annex

**Response:**

    e.   Desert View Annex

**Response:**

26

PLAINTIFFS' EXPEDITED DISCOVERY REQUESTS TO DEFENDANT THE GEO GROUP, INC.

5:17-cv-02514-JGB

f.   Folkston ICE Processing Center

**Response:**

g.   Gold State Annex

**Response:**

h.   Joe Corley Processing Center

**Response:**

i.   LaSalle ICE Processing Center

**Response:**

j.   Mesa Verde ICE Processing Center

**Response:**

k.   Montgomery Processing Center

**Response:**

l.   Northwest ICE Processing Center

**Response:**

m.   Pine Prairie ICE Processing Center

**Response:**

n.   South Louisiana ICE Processing Center

**Response:**

o.   South Texas ICE Processing Center

**Response:**

**REQUEST FOR ADMISSION NO. 25:**   Admit, with respect to each of the following Facilities, that you do not exclude individuals who develop symptoms of COVID-19 from group activities.

a.   Adelanto ICE Processing Center

**Response:**

b.   Aurora ICE Processing Center

**Response:**

c.   Broward Transitional Center

27

**Response:**

d.  Central Valley Annex

**Response:**

e.  Desert View Annex

**Response:**

f.  Folkston ICE Processing Center

**Response:**

g.  Gold State Annex

**Response:**

h.  Joe Corley Processing Center

**Response:**

i.  LaSalle ICE Processing Center

**Response:**

j.  Mesa Verde ICE Processing Center

**Response:**

k.  Montgomery Processing Center

**Response:**

l.  Northwest ICE Processing Center

**Response:**

m.  Pine Prairie ICE Processing Center

**Response:**

n.  South Louisiana ICE Processing Center

**Response:**

o.  South Texas ICE Processing Center

**Response:**

**REQUEST FOR ADMISSION NO. 26:**   Admit, with respect to each of the following Facilities, that you do not ensure that individuals under medical isolation are

28

PLAINTIFFS' EXPEDITED DISCOVERY
REQUESTS TO DEFENDANT THE GEO
GROUP, INC.

5:17-cv-02514-JGB

housed separately, in single cells with solid walls (i.e., not bars) and solid doors that close fully.

    a.  Adelanto ICE Processing Center

        **Response:**

    b.  Aurora ICE Processing Center

        **Response:**

    c.  Broward Transitional Center

        **Response:**

    d.  Central Valley Annex

        **Response:**

    e.  Desert View Annex

        **Response:**

    f.  Folkston ICE Processing Center

        **Response:**

    g.  Gold State Annex

        **Response:**

    h.  Joe Corley Processing Center

        **Response:**

    i.  LaSalle ICE Processing Center

        **Response:**

    j.  Mesa Verde ICE Processing Center

        **Response:**

    k.  Montgomery Processing Center

        **Response:**

    l.  Northwest ICE Processing Center

        **Response:**

    m. Pine Prairie ICE Processing Center

        **Response:**

    n.  South Louisiana ICE Processing Center

PLAINTIFFS' EXPEDITED DISCOVERY REQUESTS TO DEFENDANT THE GEO GROUP, INC.

5:17-cv-02514-JGB

**Response:**

o.  South Texas ICE Processing Center

**Response:**

**REQUEST FOR ADMISSION NO. 27:**   Admit, with respect to each of the following Facilities, that you have not exempted every Class Member from the HUSP program as a result of the COVID-19 pandemic.

a.  Adelanto ICE Processing Center

**Response:**

b.  Aurora ICE Processing Center

**Response:**

c.  Broward Transitional Center

**Response:**

d.  Central Valley Annex

**Response:**

e.  Desert View Annex

**Response:**

f.  Folkston ICE Processing Center

**Response:**

g.  Gold State Annex

**Response:**

h.  Joe Corley Processing Center

**Response:**

i.  LaSalle ICE Processing Center

**Response:**

j.  Mesa Verde ICE Processing Center

**Response:**

k.  Montgomery Processing Center

**Response:**

30

PLAINTIFFS' EXPEDITED DISCOVERY
REQUESTS TO DEFENDANT THE GEO
GROUP, INC.

5:17-cv-02514-JGB

l.  Northwest ICE Processing Center

**Response:**

m.  Pine Prairie ICE Processing Center

**Response:**

n.  South Louisiana ICE Processing Center

**Response:**

o.  South Texas ICE Processing Center

**Response:**

**REQUEST FOR ADMISSION NO. 28:**   Admit, with respect to each of the following Facilities, that you have not increased the number of non-detainee staff trained and responsible for cleaning common areas to ensure continual cleanliness of such areas throughout the day in lieu of performing those cleaning functions with Class Member labor through the HUSP program.

a.  Adelanto ICE Processing Center

**Response:**

b.  Aurora ICE Processing Center

**Response:**

c.  Broward Transitional Center

**Response:**

d.  Central Valley Annex

**Response:**

e.  Desert View Annex

**Response:**

f.  Folkston ICE Processing Center

**Response:**

g.  Gold State Annex

**Response:**

h.  Joe Corley Processing Center

**Response:**

31

i.   LaSalle ICE Processing Center

**Response:**

j.   Mesa Verde ICE Processing Center

**Response:**

k.   Montgomery Processing Center

**Response:**

l.   Northwest ICE Processing Center

**Response:**

m.   Pine Prairie ICE Processing Center

**Response:**

n.   South Louisiana ICE Processing Center

**Response:**

o.   South Texas ICE Processing Center

**Response:**

**REQUEST FOR ADMISSION NO. 29:**   Admit, with respect to each of the following Facilities, that you do not provide a no-cost supply of soap to each Class Member who has performed duties pursuant to the HUSP program since January 1, 2020 sufficient to allow frequent hand washing in connection with performing duties as part of the HUSP program.

a.   Adelanto ICE Processing Center

**Response:**

b.   Aurora ICE Processing Center

**Response:**

c.   Broward Transitional Center

**Response:**

d.   Central Valley Annex

**Response:**

e.   Desert View Annex

**Response:**

32

PLAINTIFFS' EXPEDITED DISCOVERY
REQUESTS TO DEFENDANT THE GEO
GROUP, INC.

5:17-cv-02514-JGB

f.  Folkston ICE Processing Center

**Response:**

g.  Gold State Annex

**Response:**

h.  Joe Corley Processing Center

**Response:**

i.  LaSalle ICE Processing Center

**Response:**

j.  Mesa Verde ICE Processing Center

**Response:**

k.  Montgomery Processing Center

**Response:**

l.  Northwest ICE Processing Center

**Response:**

m.  Pine Prairie ICE Processing Center

**Response:**

n.  South Louisiana ICE Processing Center

**Response:**

o.  South Texas ICE Processing Center

**Response:**


# **INTERROGATORIES**

**Interrogatory No.1:**   For each of your Facilities, as of April 1, 2020, state:

a.  The total number of Class Members participating in the HUSP program;

b.  The total number of Class Members who have contracted COVID-19;

c.  The total number of Class Members who have been exposed to the COVID-19 virus;

33

    d.  The total number of Class Members who have been medically isolated as a result of their exposure to the COVID-19 virus;

    e.  The total number of Class Members who have exhibited a fever, dry cough, or shortness of breath since January 1, 2020;

    f.  The total number of Class Members who have been tested for the COVID-19 virus.

**Response:**

**Interrogatory No.2:**   At which of your Facilities, as of April 1, 2020, do you provide liquid soap to each Class Member for use after they perform services pursuant to the HUSP program?

**Response:**

**Interrogatory No.3:**   At which of your Facilities, as of April 1, 2020, do you provide sanitary hand drying materials to each Class Member for use after they perform services pursuant to the HUSP program?

**Response:**

**Interrogatory No.4:**   At which of your Facilities, as of April 1, 2020, do you provide no-touch trash receptacles for disposal to each Class Member for use after they perform services pursuant to the HUSP program?

**Response:**

**Interrogatory No.5:**   At which of your Facilities, as of April 1, 2020, do you provide alcohol-based hand sanitizer containing at least 60% alcohol to each Class Member for use after they perform services pursuant to the HUSP program?

**Response:**

**Interrogatory No.6:**   At which of your Facilities, as of April 1, 2020, do you provide each Class Member EPA-registered disinfectants effective against the virus that causes COVID-19 to use when they perform services pursuant to the HUSP program?

**Response:**

**Interrogatory No.7:**   At which of your Facilities, as of April 1, 2020, do you provide each Class Member the following supplies to use when they perform services pursuant to the HUSP program:

    a.  facemasks effective against contracting the virus that causes COVID-19;

34

b. N95 respirators;

c. disposable medical gloves.

**Response:**


**<u>Interrogatory No.8:</u>**  At which of your Facilities, what prevents you from employing non-detainee staff trained and responsible for cleaning common areas to ensure continual cleanliness of such areas throughout the day in lieu of performing those cleaning functions with Class Member labor through the HUSP program?

**Response:**

35

Dated:  April 6, 2020

Respectfully submitted,

*/s/ Daniel H. Charest*

Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
Will Thompson (CA Bar # 289012)
wthompson@burnscharest.com
Warren Burns (admitted *pro hac vice*)
wburns@burnscharest.com
TX Bar # 24053119
E. Lawrence Vincent (admitted *pro hac vice*)
lvincent@burnscharest.com
TX Bar # 20585590
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

Robert Ahdoot (CA Bar # 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Theodore W Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com
Alex R. Straus (CA Bar # 321366)
astraus@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone:  (310) 474-9111
Fax:  (310) 474-8585

Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
LA Bar # 30002
Lydia A. Wright (admitted *pro hac vice*)

36

PLAINTIFFS' EXPEDITED DISCOVERY
REQUESTS TO DEFENDANT THE GEO
GROUP, INC.

5:17-cv-02514-JGB

lwright@burnscharest.com
LA Bar # 37926
C. Jacob Gower (admitted *pro hac vice*)
jgower@burnscharest.com
LA Bar # 34564
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

R. Andrew Free (admitted *pro hac vice*)
andrew@immigrantcivilrights.com
TN Bar # 030513
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959

Nicole Ramos (admitted *pro hac vice*)
nicole@alotrolado.org
NY Bar # 4660445
**AL OTRO LADO**
511 E. San Ysidro Blvd., # 333
San Ysidro, CA 92173
Telephone: (619) 786-4866

**Attorneys for Plaintiffs**

PLAINTIFFS' EXPEDITED DISCOVERY
REQUESTS TO DEFENDANT THE GEO
GROUP, INC.

5:17-cv-02514-JGB

# CERTIFICATE OF SERVICE

I, Daniel H. Charest, declare under penalty of perjury that I caused a true and correct copy of this document to be served upon counsel listed below by email on April 6, 2020.

Colin Barnacle
Christopher J. Eby
**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, CO 80202
T: 303-260-7712
F: 303-260-7714
colin.barnacle@akerman.com
christopher.eby@akerman.com

Damien DeLaney
Ashley Calhoun
Michael Gallion
**AKERMAN LLP**
601 West Fifth Street Suite 300
Los Angeles, CA 90071
T: 213-688-9500
F: 213-627-6342
damien.delaney@akerman.com
ashley.calhoun@akerman.com
michael.gallion@akerman.com

*/s/ Daniel H. Charest*

Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

PLAINTIFFS' EXPEDITED DISCOVERY
REQUESTS TO DEFENDANT THE GEO
GROUP, INC.

5:17-cv-02514-JGB