**AKERMAN LLP**
MICHAEL L. GALLION (SBN 189128)
DAVID VAN PELT (SBN 163690)
ASHLEY BOBO (SBN 312714)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342
Email:    michael.gallion@akerman.com
          david.vanpelt@akerman.com
          ashley.bobo@akerman.com

COLIN L. BARNACLE (admitted *pro hac vice*)
ADRIENNE SCHEFFEY (admitted *pro hac vice*)
ASHLEY E. CALHOUN (SBN 270530)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email:    colin.barnacle@akerman.com
          adrienne.scheffey@akerman.com
          ashley.calhoun@akerman.com

Attorneys for Defendant
THE GEO GROUP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. 5:17-cv-02514-JGB-SHKx<br><br>Assigned to Hon. Jesus G. Bernal<br><br>**DECLARATION OF DAVID VAN PELT IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S OPPOSITION TO PLAINTIFFS' *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER REQUIRING COVID-19 PREVENTION MEASURES FOR NATIONWIDE HUSP CLASS** |
| THE GEO GROUP, INC.,<br><br>Counter-Claimant,<br><br>vs.<br><br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Counter-Defendant. | |

*(left margin, vertical text)* AKERMAN LLP — 601 WEST FIFTH STREET, SUITE 300 — LOS ANGELES, CALIFORNIA 90071 — TEL.: (213) 688-9500 – FAX: (213) 627-6342

**DECLARATION OF DAVID VAN PELT IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S OPPOSITION TO PLAINTIFFS' *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER**

# **DECLARATION OF DAVID VAN PELT**

I, David Van Pelt, hereby declare:

1.      I am an attorney licensed to practice law, I am admitted in this Court, and am a Partner with Akerman LLP and counsel of record for The GEO Group, Inc. ("GEO") in this action. I have personal knowledge of the matters set forth herein.

2.      Attached as Exhibit 1 is a true and correct copy of the Declaration of James Janecka.

3.      Attached as Exhibit 2 is a true and correct copy of the Declaration of Dawn Ceja.

4.      Attached as Exhibit 3 is a true and correct copy of the Declaration of David Cole.

5.      Attached as Exhibit 4 is a true and correct copy of the Declaration of Stephen Langford, previously submitted in *Dawson, et al. v. Asher, et al.*, U.S. District Court, Western District of Washington, Case No. 2:20-cv-00409-JLR-MAT.

6.      Attached as Exhibit 5 is a true and correct copy of the Declaration of Gabriel Valdez, previously submitted in *Torres, et al. v. United States Department of Homeland Security, et al.*, U.S. District Court, Central District of California, Case No. 5:18-cv-02604-JGB-SHK.

7.      As of October 21, 2019, all named Plaintiffs in this action have been released from detention. All named Plaintiffs were deposed in the month of October 2019, at Akerman's Los Angeles offices, with the exception of Mr. Karim who was deposed via video deposition remotely from his location in Somalia—as attested to by Plaintiffs' counsel in Docket Numbers 202 and 209. At the time of their depositions, Plaintiffs were no longer detained at Adelanto.

/ / /

/ / /

/ / /

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this Declaration on the 8th day of April, 2020, in Los Angeles, California.

_____

David Van Pelt, Declarant

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

**DECLARATION OF DAVID VAN PELT IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S OPPOSITION TO PLAINTIFFS' *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER**