Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
Warren Burns (admitted *pro hac vice*)
wburns@burnscharest.com
TX Bar # 24053119
E. Lawrence Vincent (admitted *pro hac vice*)
lvincent@burnscharest.com
TX Bar # 20585590
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

Counsel for Plaintiffs

***Additional Counsel on Next Page***

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, AND RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.,**<br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**DECLARATION OF DANIEL H. CHAREST IN SUPPORT OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER REQUIRING COVID-19 PREVENTION MEASURES FOR NATIONWIDE HUSP CLASS**<br><br><u>Hearing set:</u> April 14, 2020 at 10:00 a.m. |

1

DECLARATION OF DANIEL H. CHAREST IN
SUPPORT OF PLAINTIFFS' REPLY IN FURTHER
SUPPORT OF THEIR EX PARTE APPLICATION FOR
A TEMPORARY RESTRAINING ORDER

5:17-cv-02514-JGB

Robert Ahdoot (CA Bar # 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Theodore W Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com
Alex R. Straus (CA Bar # 321366)
astraus@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone: (310) 474-9111
Fax: (310) 474-8585

R. Andrew Free (admitted *pro hac vice*)
andrew@immigrantcivilrights.com
TN Bar # 030513
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959

Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
LA Bar # 30002
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
LA Bar # 37926
C. Jacob Gower (admitted *pro hac vice*)
jgower@burnscharest.com
LA Bar # 34564
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

Nicole Ramos (admitted *pro hac vice*)
nicole@alotrolado.org
NY Bar # 4660445
**AL OTRO LADO**
511 E. San Ysidro Blvd., # 333
San Ysidro, CA 92173
Telephone: (619) 786-4866

***Attorneys for Plaintiffs***

2

DECLARATION OF DANIEL H. CHAREST IN
SUPPORT OF PLAINTIFFS' REPLY IN FURTHER
SUPPORT OF THEIR EX PARTE APPLICATION FOR
A TEMPORARY RESTRAINING ORDER

5:17-cv-02514-JGB

"I, Daniel H. Charest, declare that the following is true and correct to the best of my knowledge:

1.      My name is Daniel H. Charest. I am a partner at Burns Charest, LLP, located at 900 Jackson Street, Suite 500, Dallas, Texas 75202.

2.      My office represents Raul Novoa, Jaime Campos Fuentes, Abdiaziz Karim, Ramon Mancia, individually and on behalf of all others similarly situated.

3.      Attached to this Declaration are true and correct copies of the following documents:

**Exhibit A:**   Declaration of **Rebecca Merton** on behalf of Freedom for Immigrants (describing calls from Class Members and their family members to FFI's Hotline from inside GEO's facilities regarding GEO's COVID19 Response).

**Exhibit B:**   Declaration of **Adam Richards, M.D., Ph.D.** (offering expert medical opinion on the sufficiency of the measures at **Adelanto** as described in the Valdez and Janecka Declarations in light of relevant CDC and other guidance).

**Exhibit C:**   A true and correct copy of the Declaration of **Yoselin Reina Moran** (Adelanto) (describing conditions of confinement at the Adelanto facility) filed with permission of her immigration counsel, Nicolette Glazer

**Exhibit D:**   A true and correct copy of the Declaration of Class Member **Jairo Guardado Aparicio** (Adelanto) (describing conditions of confinement at Adelanto in connection to his request for emergency release pending before Judge Hatter in *Guardado-Aparicio v. Dep't of Homeland Security*, No. 5:20-cv-00716-TJH-SP (C.D. Cal. Filed April 8, 2020 filed with permission of his immigration counsel, Nicolette Glazer).

**Exhibit E:**   A true and correct copy of the Supplemental Declaration of **Homer Venters**, **M.D., M.P.H**. (describing the inadequacy of the steps ICE clams

DECLARATION OF DANIEL H. CHAREST IN
SUPPORT OF PLAINTIFFS' REPLY IN FURTHER
SUPPORT OF THEIR EX PARTE APPLICATION FOR
A TEMPORARY RESTRAINING ORDER

5:17-cv-02514-JGB

it has taken to prevent the spread of COVID-19 within its civil detention facilities) previously filed in *Freihat v. ICE*, No. 5:19-cv-1546-JGB-SHKx (C.D. Cal. Filed Apr. 9, 2020 filed with permission of Dr. Venters).

**Exhibit F:**  Declaration of **Meredyth Yoon, Esq**., Lead Attorney, Folkston Office – Southeast Immigrant Freedom Initiative, Southern Poverty Law Center (describing current conditions faced by Class Members at GEO's **Folkston** facility).

**Exhibit G:**  Declaration of **Katrina Huber, Esq**., Project Coordinator – Southeast Immigrant Freedom Initiative, Southern Poverty Law Center (describing current conditions faced by Class Members at GEO's **Jena**, **Pine Prairie**, and **South Louisiana** facilities).

**Exhibit H:**  Declaration of **Carlos Franco-Paredes, M.D., M.P.H.**, (offering expert medical opinion as an Infectious Diseases Clinician and provider of medical services to Class Members detained at GEO's **Aurora** facility regarding medical implications of the Declaration of Dawn Ceja).

**Exhibit I:**  A true and correct copy of the Declaration of Class Member **C.J. H.-S. (Adelanto)** (describing conditions of his confinement at the Adelanto facility), submitted with permission of his immigration counsel, Karyln Kurichety.

**Exhibit J:**  A true and correct copy of the Declaration of Class Member **Karlena Dawson** (**Tacoma**) (describing conditions of her confinement at GEO's responses to COVID-19 risks at Tacoma), previously filed in *Dawson v. Asher*, No. 2:20-cv-409-JLR-MAT (W.D. Wash. Filed Apr. 3, 2020) submitted with permission of her counsel, Matt Adams.

**Exhibit K:**  A true and correct copy of the Declaration of Class Member **Alfredo Espinona Esparza** (**Tacoma)** (describing conditions of confinement at GEO's responses to COVID-19 risks at Tacoma), previously filed in *Dawson v. Asher*, No. 2:20-cv-409-JLR-MAT (W.D. Wash. Filed Apr. 3, 2020) submitted with permission of counsel, Matt Adams.

**Exhibit L:**  A true and correct copy of the Declaration of Class Member **Flavio Lopez Gonzalez** (**Tacoma)** (describing conditions of confinement at GEO's responses to COVID-19 risks at Tacoma), previously filed in *Dawson v.*

4

DECLARATION OF DANIEL H. CHAREST IN
SUPPORT OF PLAINTIFFS' REPLY IN FURTHER
SUPPORT OF THEIR EX PARTE APPLICATION FOR
A TEMPORARY RESTRAINING ORDER

5:17-cv-02514-JGB

*Asher*, No. 2:20-cv-409-JLR-MAT (W.D. Wash. Filed Apr. 3, 2020) submitted with permission of counsel, Matt Adams.

**Exhibit M:** A true and correct copy of the Declaration of Class Member **Norma Lopez Nuñez** (**Tacoma**) (describing conditions of confinement at GEO's responses to COVID-19 risks at Tacoma), previously filed in *Dawson v. Asher*, No. 2:20-cv-409-JLR-MAT (W.D. Wash. Filed Apr. 3, 2020) submitted with permission of counsel, Matt Adams.

**Exhibit N:** A true and correct copy of the Declaration of Class Member **Leonidas Plutin Hernandez** (**Tacoma**) (describing conditions of confinement at GEO's responses to COVID-19 risks at Tacoma), previously filed in *Dawson v. Asher*, No. 2:20-cv-409-JLR-MAT (W.D. Wash. Filed Apr. 3, 2020) submitted with permission of counsel, Matt Adams.

**Exhibit O:** A true and correct copy of the Declaration of **Andrew W. Augustine, Esq.** (describing his firsthand observations of conditions of confinement at GEO's responses to COVID-19 risks at **Tacoma**), previously filed in *Dawson v. Asher*, No. 2:20-cv-409-JLR-MAT (W.D. Wash. Filed Apr. 3, 2020) submitted with permission of counsel, Matt Adams.

**Exhibit P:** Declaration of Class Member **A.A.L. (Aurora)** (describing firsthand observations of conditions of confinement at GEO's responses to COVID-19 risks at Aurora), submitted with permission of counsel, Christina Brown, Esq.

**Exhibit Q:** Declaration of Class Member **B.R.M. (Aurora)** (describing firsthand observations of conditions of confinement at GEO's responses to COVID-19 risks at Aurora), submitted with permission of counsel, Christina Brown, Esq.

**Exhibit R:** Declaration of Class Member **D.H.M. (Aurora)** (describing firsthand observations of conditions of confinement at GEO's responses to COVID-19 risks at Aurora), submitted with permission of counsel, Christina Brown, Esq.

**Exhibit S:** Declaration of **Christina Brown, Esq**. (describing her clients' conditions of confinement at GEO's responses to COVID-19 risks at **Aurora**).

DECLARATION OF DANIEL H. CHAREST IN
SUPPORT OF PLAINTIFFS' REPLY IN FURTHER
SUPPORT OF THEIR EX PARTE APPLICATION FOR
A TEMPORARY RESTRAINING ORDER

5:17-cv-02514-JGB

**Exhibit T:**   Declaration of **Francis L. 'Bud' Conlin**, Chairperson, Friends of Miami-Dade Detainees (describing calls from Class Members and their family members to FOMDD from inside GEO's **Broward Transitional Center** regarding GEO's COVID19 Response).

**Exhibit U:**   A true and correct copy of the Supplemental Declaration of **Lisa Knox, Esq.** (describing her observations of conditions of confinement at GEO's responses to COVID-19 risks at the **Mesa Verde** facility), previously filed in *Bahena-Ortuño v. Jennings*, No. 3:20-cv-02064-MMC (N.D. Cal. Filed Mar. 31, 2020) submitted with permission of counsel, Genna Ellis Beier.

**Exhibit V:**   A true and correct copy of the Declaration of **Lisa Knox, Esq.** (describing her observations of conditions of confinement at GEO's responses to COVID-19 risks at the **Mesa Verde** facility), previously filed in *Bahena-Ortuño v. Jennings*, No. 3:20-cv-02064-MMC (N.D. Cal. Mar. 31, 2020) submitted with permission of counsel, Genna Ellis Beier.

**Exhibit W:**   A true and correct copy of the Declaration of **Marc Stern, M.D.** (offering his expert medical opinion regarding the imminent risk of harm to Class Members at the **Mesa Verde** facility), previously filed in *Bahena-Ortuño v. Jennings*, No. 3:20-cv-02064-MMC (N.D. Cal. Filed Mar. 31, 2020) submitted with permission of counsel, Genna Ellis Beier.

**Exhibit X:**   A true and correct copy of the Declaration of Class Member **Juan Carlos Minchaca Ramos** (**Mesa Verde**) (describing conditions of confinement and GEO's responses to COVID-19 risks at the **Mesa Verde** facility), previously filed in *Bahena-Ortuño v. Jennings*, No. 3:20-cv-02064-MMC (N.D. Cal.) submitted with permission of counsel, Genna Ellis Beier.

**Exhibit Y:**   A true and correct copy of the Second Declaration of Class Member **Claude Bent** (**Mesa Verde**) (describing conditions of confinement and GEO's responses to COVID-19 risks at the **Mesa Verde** facility), previously filed in *Bahena-Ortuño v. Jennings*, No. 3:20-cv-02064-MMC (N.D. Cal. Apr. 3, 2020) submitted with permission of counsel, Genna Ellis Beier.

**Exhibit Z:**   Declaration of **Kathrine Russell, Esq.**, Director of Removal Services at the Refugee and Immigrant Education and Service Center (RAICES) (describing current conditions of confinement for Class Members at GEO's South Texas (**Pearsall**) facility.

6

DECLARATION OF DANIEL H. CHAREST IN
SUPPORT OF PLAINTIFFS' REPLY IN FURTHER
SUPPORT OF THEIR EX PARTE APPLICATION FOR
A TEMPORARY RESTRAINING ORDER

5:17-cv-02514-JGB

**<u>Exhibit AA:</u>** Declaration of **Tatiana Obando, Esq**., Managing Attorney at the Refugee and Immigrant Education and Service Center (RAICES) in Houston, TX (describing current conditions of confinement for Class Members at GEO's **Corley** and **Montgomery** facilities in Conroe, Texas

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| */s/ Daniel H. Charest* | April 12, 2020 |
| Daniel H. Charest (admitted *pro hac vice*) | DATE |
| dcharest@burnscharest.com | |
| TX Bar # 24057803 | |
| **BURNS CHAREST LLP** | |
| 900 Jackson St., Suite 500 | |
| Dallas, Texas 75202 | |
| Telephone: (469) 904-4550 | |
| Facsimile: (469) 444-5002 | |

DECLARATION OF DANIEL H. CHAREST IN
SUPPORT OF PLAINTIFFS' REPLY IN FURTHER
SUPPORT OF THEIR EX PARTE APPLICATION FOR
A TEMPORARY RESTRAINING ORDER

5:17-cv-02514-JGB