# EXHIBIT G

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No.: 5:17-cv-02514-JGB-SHK<br><br>Assigned to Hon. Jesus G. Bernal<br><br>**DECLARATION OF KATRINA HUBER ON BEHALF OF THE SOUTHEAST IMMIGRANT FREEDOM INITIATIVE OF THE SOUTHERN POVERTY LAW CENTER IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS'** *EX PARTE* **APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

**DECLARATION OF KATRINA HUBER**

I, Katrina Huber, hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2. I serve as a Project Coordinator for the Southeast Immigrant Freedom Initiative of the Southern Poverty Law Center ("SIFI"). SIFI represents people confined inside several immigrant detention centers operated by GEO Group: the Folkston ICE Processing Center ("Folkston") in Folkston, Georgia; the LaSalle Detention Center ("LaSalle") in Jena, Louisiana; Pine Prairie ICE Processing Center ("Pine Prairie") in Pine Prairie, Louisiana, and, to a lesser extent, South Louisiana ICE Processing Center ("South Louisiana") in Basile, Louisiana.

3. Since the outbreak of the novel coronavirus, I have visited individuals in **Pine Prairie** and spoken by phone or video conference with individuals in **South Louisiana** and **LaSalle**. My colleagues within SIFI have also spoken with individuals inside **Pine Prairie** and **LaSalle**. The paragraphs below reflect what my colleagues and I have personally witnessed and learned in recent weeks in conversation with people inside **Pine Prairie**, **LaSalle,** and **South Louisiana**.

4. GEO Group has prevented people inside these detention centers from practicing social distancing—the only known means of preventing transmission—by continuing to confine individuals in groups of dozens or larger, with few opportunities for fresh air. In some instances, it has accepted transfer of individuals with COVID-19 into facilities it operates under contract with U.S. Immigration and Customs Enforcement.

5. **GEO has failed to provide sufficient personal protective equipment and basic hygiene supplies like soap to the people it is paid to care for. It has not given people inside these detention centers adequate information about how to protect themselves from contracting COVID-19.** And in some cases, it has used force, in concert with ICE, to suppress the cries for help from detained people seeking facts and protection from contracting the virus**.**

**Grossly Deficient Group Setting Deprives Detained People of Social Distancing Measures**

6. Individuals in GEO Group detention centers in Louisiana are confined in crowded dormitories and are unable to practice the social distancing measures widely recommended by the CDC. Given the lack of a known cure for COVID-19, social distancing is considered the most effective means of preventing transmission.[1] Individuals in Pine Prairie report sleeping in dormitories with 60 to 70 other individuals, in bunk beds spaced two to three feet apart. They share sinks, toilets, and showers, and eat together in crowded cafeterias. The sharing of bathrooms is

---

[1] Decl. of Homer Venters at 7, ECF No. 113-2, *Fraihat v. ICE*, Case 5:19-cv-01546 (C.D. Cal. Filed Apr. 9, 2020).

significant to the spread of COVID-19, as new information on the transmissibility of COVID-19 suggests that it may be spread through aerosolized fecal content (which is dispersed when a toilet is flushed).[2] Individuals in South Louisiana report similar conditions. In **LaSalle**, a client reports as of April 6, 2020: "there are about eighty of us living in close quarters. We share three toilets, four sinks, and six showers all in one open space. People are terrified in my dorm because some people are sick with flu-like symptoms, including some officers. People are sneezing and coughing near each other. The beds are spaced less than two feet apart. It is impossible to practice social distancing." Across GEO Group detention centers, detained individuals report that detention center staff have made no efforts to space them out or implement other social distancing measures.

7. In **Pine Prairie,** both Charlie-Alpha and Charlie-Charlie dorms have been placed under quarantines following suspected exposure to COVID-19. People in quarantined dorms report that one or more individuals allegedly exhibiting symptoms of COVID-19 were removed from the dorm, and the rest of the dorm was placed on a lock-down. While the isolation of potentially exposed individuals may have afforded some protection to the rest of the detention center, staff made no effort to prevent individuals in the quarantined dorms from potentially infecting one another. People under quarantine were not allowed to space themselves out, and were confined together in an enclosed space for almost 24 hours a day. During a visit to the facility on March 20, 2020, I personally witnessed both quarantined and non-quarantined individuals held together in close proximity while waiting to be brought into legal visits.

**The GEO Group Failed to Prevent Transfer of COVID-19 Infected Person into Facility**

8. On April 3, ICE reported that an individual who had tested positive for COVID-19 was transferred from the Oakdale Federal Correctional Institution into **Pine Prairie**. The Oakdale Federal Correctional Institution has been the site of a lethal and fast-moving outbreak of COVID-

---

[2] *Id.* at 3.

19, with at least five confirmed deaths as of April 9, 2020.[3] GEO Group's willingness to accept a person who was known to be infected with COVID-19 shows a stark disregard for the human lives in the corporation's custody. This is especially striking in light of the heavy toll the virus has extracted over the Oakdale facility, where the threat that COVID-19 poses to individuals in incarcerated settings is clearly demonstrated.

9. In addition to the COVID-19 positive transfer, GEO Group has continued to allow the transfer of large groups of individuals into the facility on an ongoing basis throughout the COVID-19 crisis. Detained people working in **Pine Prairie**'s intake have reported processing groups of new arrivals ranging in size from 15 to over 70 individuals. Some of these new arrivals are believed to have been transferred from other detention centers around the state, and others are being moved from criminal custody. People detained in **Pine Prairie** have expressed frustration and fear at the continued movement of new arrivals into the detention center, and at the fact that these new arrivals are housed alongside the general detained population. They are especially fearful of individuals who were recently arrested off the street and brought into ICE custody, given the high rates of COVID-19 infection in Louisiana and across the United States.

10. As of April 10, 2020, our client T.D. at **LaSalle** reports that yesterday individuals were brought in from a county correctional facility who were visibly sick. The unabated flow of new arrivals into GEO Group facilities places individuals already detained in the facilities at a markedly higher risk of being exposed to infection. It also contradicts the CDC's recommendation that transfers of detained persons should be limited to "those that are absolutely necessary."[4]

---

[3] Caroline Habetz, "Fifth inmate at Oakdale federal prison dies from COVID-19," KPLC (Apr. 3, 2020), available at: https://www.kplctv.com/2020/04/03/fifth-inmate-oakdale-federal-prison-dies-covid-/.
[4] Decl. of Homer Venters at 7.

**The GEO Group Provides Insufficient Personal Protective Equipment and Hygiene Supplies, Including Soap**

11. Detained individuals at **Pine Prairie** and **LaSalle** report a lack of appropriate Personal Protective Equipment (PPE). People detained in non-quarantined dorms are not provided any form of PPE. People held under quarantine are provided masks upon leaving their dorms, but are given no form of PPE while inside the dorm.

12. Detained people who work cleaning these dorms are also required by GEO Group to continue cleaning, without access to protective masks or gloves.

13. The lack of available PPE within quarantined dorms demonstrates GEO Group's disregard for the safety of those within these dorms, as staff make no effort to prevent the spread of COVID-19 among a group of individuals that are already at a heightened risk of exposure.

14. People detained in **Pine Prairie** have also reported that staff enter and leave the facility and the dorms, including the quarantined dorm, without wearing masks, gloves, or other forms of PPE. This is a cause of extreme concern among people in detention, as they understand that levels of COVID-19 infection are extremely high in Louisiana and that detention center staff are at a high risk of carrying the virus.

15. One individual detained in the Charlie-Alpha dorm in **Pine Prairie** described a situation in which a guard was removed from the dorm halfway through her shift after exhibiting symptoms including sneezing and coughing. Despite the fact that she was both symptomatic of COVID-19, and was working in a dorm that had been quarantined for suspected COVID-19 exposure, she had been wearing neither a mask nor any other PPE.

16. As their concerns over being exposed to COVID-19 by GEO Group staff increased, individuals in the Charlie-Alpha dorm made a written sign asking everyone who entered the dorm to wear a mask, and hung it on their door. The warden of the facility came to the dorm and removed

the sign. During a visit to the facility on March 20, 2020, I personally witnessed GEO Group staff without PPE in close proximity to both quarantined and non-quarantined individuals.

17. At **LaSalle**, a client reported on April 6, 2020, "I have complained that the officers coming from the street to the facility are not wearing protective equipment and will sooner or later bring in the virus. The officers are not wearing masks because they said the facility does not allow that. The only measure some have taken is to put on gloves to serve the food, and even then, not all of them wear gloves." This client further reported that as of April 10, 2020, an officer told her two **LaSalle** staff have tested positive and twelve have tested positive from the Alexandria Staging Facility.

18. Individuals detained in other centers, including **South Louisiana,** report similar inconsistent use of PPE by GEO Group staff. GEO Group's refusal to require its staff to wear PPE when interacting with detained individuals, who are already extraordinarily vulnerable to contracting and spreading COVID-19, demonstrates a shocking lack of concern for the safety of individuals ostensibly under its care. It also is a clear contradiction of CDC guidance, which now recommends the use of protective masks for anyone within six feet distance of others.[5]

19. Individuals detained in **Pine Prairie** and **South Louisiana** additionally have reported a lack of access to even the most basic personal hygiene supplies, including soap, toilet paper, and sanitary napkins.

20. At both facilities, GEO Group did not provide detained people with soap and toilet paper for days on end, with staff telling detained people that they had run out, or there wasn't any left, when they inquired about additional supplies.

21. In **South Louisiana**, entire dorms of 50 to 60 women were expected to share three rolls of toilet paper for up to a week.

---

[5] Decl. of Homer Venters at 3-4.

22. In **LaSalle**, common areas and the shared tablets are not disinfected, and dorms frequently run out of hand soap and therefore do not have the ability to wash their hands.

23. As of April 9, 2020, individuals in the Charlie-Charlie dorm of **Pine Prairie** reported that they were not being provided with soap, and that they were only able to access soap if they could afford to purchase it from the commissary. Individuals in the Charlie-Alpha dorm were told that there were no more cleaning supplies when they asked for gloves and chemicals to sanitize their dorm. GEO Group's inability to provide adequate personal hygiene supplies seriously hinders the capacity of detained people to protect themselves from COVID-19.

<b><u>The GEO Group's Failure to Inform Detained People<br>About the Virus and Take Measures to Contain its Spread</u></b>

24. GEO Group staff have kept detained individuals in the dark for weeks about the spread of COVID-19, the risks that people in detention face, and measures being taken to mitigate these risks.

25. In **Pine Prairie**, the Charlie-Alpha dorm was held under quarantine for weeks without clear or consistent messaging from staff regarding why the dorm was quarantined or how long the quarantine might last. The inhabitants of Charlie Alpha understood from staff that they were under quarantine for suspected COVID-19 exposure, but this was never communicated to them in an official way by the facility's administrators or health staff. "We don't know what they are doing," one detained individual in Charlie-Alpha told me over the phone during this time. "It feels like they are playing games with us."

26. Individuals in **Pine Prairie** and **LaSalle** have also consistently reported from the beginning of the pandemic that GEO Group has not provided them with any form of public health education about the virus, its spread, or how to keep themselves safe.

27. After GEO Group allowed the transfer of a COVID-19 positive individual into **Pine Prairie**, detained individuals already inside the center were not informed of this development. The

day following the transfer, I spoke with individuals on the phone who told me that they could tell "something was going on" because the intake area was closed and they could see GEO Group guards wearing hazmat suits, but that they had not been given any information.

28. Absent official guidance from GEO Group guards or administrators, detained people are forced to piece together an understanding of the virus's spread through rumor, observation, guesswork, and piecemeal information filtered into the detention center from the outside world. This has contributed to widespread feelings of confusion, frustration, and mounting panic, as detained individuals suspect (in many cases rightfully) that GEO Group is withholding information crucial to their safety and survival.

**The GEO Group Uses Retributive Use of Force Against Detained People Seeking Safety from and Facts About Virus**

29. Across GEO Group detention centers where SiFi works, growing fears about the spread of COVID-19, coupled with a lack of transparency from staff about the risks posed by the virus, have contributed to an environment that is increasingly volatile and unsafe for detained individuals.

30. In **Pine Prairie**, on March 18, 2020, families and community advocates widely reported that a group of detained people were refusing to re-enter the detention center from the yard, because they believed that there were COVID-19 positive individuals inside the detention center. Although the incident did not turn violent, it was reported that GEO Group guards were standing by with pepper spray and other weapons. On March 24, 2020, another protest broke out in the Echo block of dorms, with participants desperate to be freed from the detention center in the face of the mounting global pandemic. On this occasion, GEO Group guards responded violently, shooting at protestors with rubber bullets and pepper spray.

31. One medically vulnerable client ("T.D.") was raising concerns about COVID-19. In response, on March 22, 2020, Captain Naggy at **LaSalle** told her that they were moving her into

a solitary cell. She asked Captain Naggy to talk to the mental health specialists at the facility because she mentally cannot survive in isolation and has panic attacks whenever she is left alone in a confined space, and has been seeing mental health staff about the condition every week. She then heard Naggy tell two officers and a sergeant to "<u>drag [her] boney skin ass to the cell</u>." He then told other guards, "<u>make sure you drag the bitch to the cell</u>." When the guards surrounded her, she told them that if they forced me into solitary, she would take her own life. After she discussed the situation with medical staff, Naggy told her that if she refused to go to solitary, she would have to sign a statement saying that if she died from coronavirus, the facility would not be responsible. Because she was surrounded by guards who she knew were instructed to drag her, she signed.

32. She further reported, on April 6, 2020, that recently ICE provided coronavirus information to her dorm. When they presented to her, they were rude and aggressive. They would not allow them to ask questions. When they asked about the insufficient amount of toilet paper and soap, they grew angry and shouted at them. About two weeks ago, ICE officers went to Falcon Charlie to provide information about coronavirus. The women in that dorm were chanting for their release and saying they do not want to be left to die in this facility. That is when they pepper sprayed them. Because Falcon Charlie was next door to her, the pepper spray entered her dorm and she and others began coughing. A girl in her dorm fainted due to an uncontrollable asthma attack. She had an asthma attack. We banged on the door to get help to release her from the dorm to fresh air. Officers entered and immediately began coughing and had difficulty breathing. Shortly after, she saw them taking some of the women from Falcon Charlie in shackles to solitary confinement for chanting.

33. GEO Group staff at both **LaSalle** and **Pine Prairie** have responded to detained individuals' frustration and terror with disproportionately authoritarian and violent responses.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 10, 2020 in New Orleans, Louisiana.

*Katrina L. Huber*
Katrina L. Huber (Apr 10, 2020)
_____
Katrina Huber

# Novoa Declaration_LA - FOR Katrina Signature

Final Audit Report                                                                                           2020-04-10

| | |
|---|---|
| Created: | 2020-04-10 |
| By: | Andrew Free (Andrew@ImmigrantCivilRights.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAw34fb0kdbk5tkEt-WNaCq2q-2Pth_7EK |

## "Novoa Declaration_LA - FOR Katrina Signature" History

- Document created by Andrew Free (Andrew@ImmigrantCivilRights.com)
  2020-04-10 - 7:26:23 PM GMT- IP address: 75.46.158.114

- Document emailed to Katrina L. Huber (katrina.huber@splcenter.org) for signature
  2020-04-10 - 7:26:51 PM GMT

- Email viewed by Katrina L. Huber (katrina.huber@splcenter.org)
  2020-04-10 - 7:27:37 PM GMT- IP address: 107.77.197.153

- Document e-signed by Katrina L. Huber (katrina.huber@splcenter.org)
  Signature Date: 2020-04-10 - 7:45:06 PM GMT - Time Source: server- IP address: 23.114.234.1

- Signed document emailed to laura.rivera@splcenter.org, melissa.crow@splcenter.org, Katrina L. Huber (katrina.huber@splcenter.org), and Andrew Free (Andrew@ImmigrantCivilRights.com)
  2020-04-10 - 7:45:06 PM GMT

Adobe Sign