UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No().    **EDCV 17-2514 JGB (SHKx)**                                    Date: April 16, 2020

Title    ***Raul Novoa, et al. v. The GEO Group, Inc.***

Present: The Honorable:    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| Maynor Galvez / Noe Ponce | Phyllis A. Preston |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| R. Andrew Free | David Van Pelt |
| Daniel H. Charest | Michael L. Gallion |
| Theodore W. Maya | Adrienne Scheffey |
| Tina Wolfson | |

**Proceedings:** **TELEPHONIC HEARING ON PLAINTIFFS' EX-PARTE APPLICATION FOR TRO (Dkt. No. 252).**

Counsel make their appearance via telephone. The Court hears argument. The Court orders both sides to submit further briefs on specific issues requested by the Court no later than noon April 17, 2020. Thereafter, the matter will stand submitted.

IT IS SO ORDERED.

00:55

**Initials of Preparer**    MG