**AKERMAN LLP**
MICHAEL L. GALLION (SBN 189128)
DAVID VAN PELT (SBN 163690)
ASHLEY BOBO (SBN 312714)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Email:   michael.gallion@akerman.com
         david.vanpelt@akerman.com
         ashley.bobo@akerman.com

COLIN L. BARNACLE (admitted *pro hac vice*)
ADRIENNE SCHEFFEY (admitted *pro hac vice*)
ASHLEY E. CALHOUN (SBN 270530)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email:   colin.barnacle@akerman.com
         adrienne.scheffey@akerman.com
         ashley.calhoun@akerman.com

Attorneys for Defendant
THE GEO GROUP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant.<br><br>THE GEO GROUP, INC.,<br><br>Counter-Claimant,<br><br>vs.<br><br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated, | Case No. 5:17-cv-02514-JGB-SHKx<br><br>Assigned to Hon. Jesus G. Bernal<br><br>**DECLARATION OF DAVID VAN PELT IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S SUPPLEMENTAL BRIEFING ON PLAINTIFFS'** ***EX PARTE*** **TRO APPLICATION** |

52771626;1

**DECLARATION OF DAVID VAN PELT IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S
SUPPLEMENTAL BRIEFING ON PLAINTIFFS'** ***EX PARTE*** **TRO APPLICATION**

Counter-Defendant.

## DECLARATION OF DAVID VAN PELT

I, David Van Pelt, hereby declare:

1.  I am an attorney licensed to practice law, I am admitted in this Court, and am a Partner with Akerman, LLP and counsel of record for The GEO Group, Inc. ("GEO") in this action. I have personal knowledge of the matters set forth herein.

2.  Attached as Exhibit A is a true and correct copy of the Immigration and Customs Enforcement ERO Guidance, titled U.S. Immigration and Customs Enforcement: Enforcement and Removal Operations COVID-19 Pandemic Response Requirements ("ICE ERO Guidance") filed in *Fraihat et al v. U.S. Immigration and Customs Enforcement*, Case No. 5:19-cv-01546-JGB-SHK, ECF No. 124-1.

3.  Attached as Exhibit B is a true and correct copy of the Declaration of Russell Hott accompanying the ICE ERO Guidance filed in *Fraihat et al v. U.S. Immigration and Customs Enforcement*, Case No. 5:19-cv-01546-JGB-SHK, ECF No. 124.

4.  Attached as Exhibit C is a true and correct copy of the *Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities*, which is included as Exhibit E to the ICE ERO Guidance and also available at https://www.cdc.gov/coronavirus/2019-ncov/downloads/guidance-correctional-detention.pdf (last visited April 17, 2020).

5.  Attached as Exhibit D is a true and correct copy of the Declaration of J. David Donahue, Senior Vice President of the GEO Group, Inc.

52771626;1

2     CASE NO. 5:17-CV-02514-JGB-SHKx

**DECLARATION OF DAVID VAN PELT IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S SUPPLEMENTAL BRIEFING ON PLAINTIFFS'** *EX PARTE* **TRO APPLICATION**

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

6. Attached as <u>Exhibit E</u> is a true and correct copy of the Declaration of John Christakis, Chief Medical Officer of Health Services of the GEO Group, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this Declaration on the 17th day of April, 2020, in Los Angeles, California.

_____
David Van Pelt, Declarant

**DECLARATION OF DAVID VAN PELT IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S SUPPLEMENTAL BRIEFING ON PLAINTIFFS'** *EX PARTE* **TRO APPLICATION**

52771626;1