# EXHIBIT D

**AKERMAN LLP**
MICHAEL L. GALLION (SBN 189128)
DAVID VAN PELT (SBN 163690)
ASHLEY BOBO (SBN 312714)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Email:  michael.gallion@akerman.com
        david.vanpelt@akerman.com
        ashley.bobo@akerman.com

COLIN L. BARNACLE (admitted *pro hac vice*)
ADRIENNE SCHEFFEY (admitted *pro hac vice*)
ASHLEY E. CALHOUN (SBN 270530)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email:  colin.barnacle@akerman.com
        adrienne.scheffey@akerman.com
        ashley.calhoun@akerman.com

Attorneys for Defendant
THE GEO GROUP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant.<br><br>THE GEO GROUP, INC.,<br><br>Counter-Claimant,<br><br>vs.<br><br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Counter-Defendant. | Case No. 5:17-cv-02514-JGB-SHKx<br><br>Assigned to Hon. Jesus G. Bernal<br><br>**DECLARATION OF J. DAVID DONAHUE IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S SUPPLEMENTAL BRIEFING ON PLAINTIFFS'** ***EX PARTE*** **TRO APPLICATION** |

52763011;1                                  1                                  CASE NO. 5:17-CV-02514-JGB-SHKX
**DECLARATION OF DAVE DONAHUE IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S SUPPLEMENTAL BRIEFING ON PLAINTIFFS' EX PARTE TRO APPLICATION**

## DECLARATION OF J DAVID DONAHUE

I, J. David Donahue, hereby declare:

1. I am a Senior Vice President with GEO Group, Inc. I am over the age of eighteen (18), and I am competent to testify in this matter. My statement is based upon my personal knowledge, and my education, training, and experience.

2. Beginning in mid-January 2020 the GEO Group ("GEO") began its expansive planning process to prepare for the COVID-19 disease, which at that time had been newly introduced to the United States.

3. As an initial matter, GEO ensured that all facilities were kept continually abreast of the CDC Guidance, by sending each update issued by the CDC to the facilities nationwide.

4. GEO also implemented policies that emphasized the importance of social distancing and proper handwashing and sanitation practices. Each facility posted informational bulletins in locations were both staff and detainees were likely to see and review them. GEO also continuously shows videos on handwashing in the detainee living areas in all facilities.

5. Additionally, as part of the process to ensure that adequate information was disseminated throughout the facilities, GEO facilities conducted frequent educational town hall meetings with detainees to provide safety and prevention information about COVID-19. At the same time GEO provided its staff with consistent updates about COVID-19.

6. Prior to a pandemic declaration, GEO's Chief Medical Officer, John Chirstakis, MD, also provided comprehensive technical direction on the treatment approach and containment of COVID-19 based on the latest information provided by the CDC. Simultaneously, GEO's operations and medical staff developed a pandemic plan to promote consistency in its responses across the nation.

7. GEO also recognized early on that the need to procure a substantial stock

supply of Personal Protective Equipment (PPE). To facilitate the anticipated PPE needs both for its medical clinics and its general operations, GEO took additional steps to procure additional stock inventory.

8. It is my understanding that during the hearing it was suggested that GEO should equip individuals who would clean the housing units with full PPE which would be changed or disinfected after visiting each housing unit. Even if the housing units were cleaned only twice a day, GEO would need to significantly increase its supply of PPE to satisfy this request.

9. GEO immediately took inventories of all PPE on-hand at the facilities and formed a Corporate, Regional, and Facility PPE team to assess future needs.

10. Additionally, GEO worked with both domestic and national vendors to procure PPE. GEO encountered the following challenges:

    a. Supply chain shortages for PPE began appearing in early March. Since March and thru to today, there is a continuation in the inability to procure PPE products. This has been the situation both at the facility level and corporate level sourcing. Vendors continue reporting long delays for much desired PPE. Many vendors report availability in some products not for several months.

    b. In the U.S., PPE is generally regulated by the U.S. Food and Drug Administration (FDA) as medical devices. Therefore, manufacturers must comply with medical device regulations, which include the FDA's rules on importation of devices.

    c. GEO experienced delays in receiving PPE based on vendors applying priority status to hospitals, emergency response teams, and physician offices.

    d. GEO initially ordered a large supply of Masks (in excess of 500,000) from a vendor in China in late January. Unfortunately, after its order was

placed, additional events in the world led to a large delay in the shipment. These delays included FedEx, UPS and DHL clearance for shipments leaving China and Custom Clearance.

e. GEO contacted larger domestic sources to include but not limited to McKesson, Major Rugby, and Henry Schein, to request current inventory in stock. These major PPE suppliers were unable to fulfill orders due to the national shortage. The widely reported shortages of Personal Protective Equipment (PPE), including masks and gowns, across the United States have led to the importation, distribution and use of PPE manufactured overseas. In particular, many U.S. distributors and end users are looking to import products from China.

f. GEO also contacted local domestic companies such as Pharmco Health, Physician Choice, Everglades, and Altress in which they had limited inventory such as surgical gloves, eye protection, and surgical masks but GEO was able to obtain small limited quantities.

g. N95 respirators were not available and continue to be unavailable due to those being deferred hospitals and emergency response teams. In addition, disinfectant wipes or hand sanitizer were also not available.

11. Over the past three months, and continuing through today, the GEO Group has implemented rigorous processes nationwide to avoid the exposure of the detainee population to COVID-19 and to ensure that procedures are put in place to avoid the spread of COVID-19 in the event that COVID-19 were to be introduced to GEO's Facilities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this Declaration on the 17th day of April, 2020, in Boca Raton, Florida.

J. David Donahue, Declarant