# EXHIBIT E

**AKERMAN LLP**
MICHAEL L. GALLION (SBN 189128)
DAVID VAN PELT (SBN 163690)
ASHLEY BOBO (SBN 312714)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Email: michael.gallion@akerman.com
       david.vanpelt@akerman.com
       ashley.bobo@akerman.com

COLIN L. BARNACLE (admitted *pro hac vice*)
ADRIENNE SCHEFFEY (admitted *pro hac vice*)
ASHLEY E. CALHOUN (SBN 270530)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email: colin.barnacle@akerman.com
       adrienne.scheffey@akerman.com
       ashley.calhoun@akerman.com

Attorneys for Defendant
THE GEO GROUP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant.<br>THE GEO GROUP, INC.,<br><br>Counter-Claimant,<br>vs.<br><br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated, | Case No. 5:17-cv-02514-JGB-SHKx<br><br>Assigned to Hon. Jesus G. Bernal<br><br>**DECLARATION OF JOHN E. CHRISTAKIS, MD IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S SUPPLEMENTAL BRIEFING ON PLAINTIFFS'** *EX PARTE* **TRO APPLICATION** |

52767646;1

1

CASE NO. 5:17-CV-02514-JGB-SHKx
**DECLARATION OF DAVID DONAHUE IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S SUPPLEMENTAL BRIEFING ON PLAINTIFFS' EX PARTE TRO APPLICATION**

Counter-Defendant.

## DECLARATION OF JOHN E. CHRISTAKIS, MD

I, JOHN E. CHRISTAKIS, MD, hereby declare:

1. I am the Chief Medical Officer of Health Services of the GEO Group ("GEO"). I am over the age of eighteen (18), and I am competent to testify in this matter. My statement is based upon my personal knowledge, and my education, training, and experience.

2. I am a physician licensed in the State of Florida (License # ME38986). Prior to my role at GEO, I practiced medicine for thirty-five (35) years, focusing on internal medicine.

3. I received my medical training from the Mount Sinai School of Medicine in New York, and upon graduating moved to Miami, where I completed my three (3) year internal medicine residency at the University of Miami Affiliated Hospitals: Jackson Memorial Hospital and Miami Veterans Hospital.

4. This declaration provides some specifics about GEO's implementation of its comprehensive pandemic plan. I have not attempted to describe in totality each and every action taken by the facilities and GEO staff to implement precautions against COVID-19. Nor could I within the limitations of a short declaration. I hope to cover the points that are most relevant to this Court and impress that GEO is taking COVID-19 seriously by taking proactive measures to reduce the risk of infection.

5. Prior to the World Health Organization's declaration that COVID-19 had become a pandemic, GEO's Chief Medical Officer I provided comprehensive technical

52767646;1

2

CASE NO. 5:17-CV-02514-JGB-SHKx

DECLARATION OF DAVID DONAHUE IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S SUPPLEMENTAL BRIEFING ON PLAINTIFFS' EX PARTE TRO APPLICATION

direction on the treatment approach and containment of COVID-19 to all of GEO's facilities. I did so based upon the latest information provided by the Centers of Disease Control and Protection ("CDC") and in collaboration with local health departments where GEO Detention Facilities are located.

6. As part of this plan I developed guidance for the use of Personal Protective Equipment ("PPE") and recommendations for COVID-19 testing.

### PPE Use in GEO's ICE Detention Centers

7. GEO has implemented nationwide guidance for PPE use that follows the CDC procedures for detention centers. That guidance can be found at the following website, https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/guidance-correctional-detention.html#Table1.

8. From my review of the CDC Guidance, the use of face masks is not required for use in general cleaning tasks of uninfected areas. The CDC has not provided any guidance for detainee use of PPE when cleaning areas that are not presumed to be contaminated with COVID-19.

9. Understanding that GEO staff go home when they are off-duty and then return to the facility during their shifts, consistent with the recommendations of many state officials nationwide, I have recommended that all GEO staff who have contact with detainees wear face masks to prevent the transmission of any infectious agent the staff members may be carrying to detainees. This use of face masks serves to curtail staff from unknowingly transmitting airborne diseases to detainees, including the common flu. To my knowledge, this recommendation has been implemented nationwide, dependent upon the availability of face masks in each region.

### Testing

10. In addition to guidance on PPE I have provided guidance about testing the detainee population for COVID-19.

52767646;1

3

CASE NO. 5:17-CV-02514-JGB-SHKx
DECLARATION OF DAVID DONAHUE IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S SUPPLEMENTAL BRIEFING ON PLAINTIFFS' EX PARTE TRO APPLICATION

11. It is my understanding that there is currently a shortage of tests nationwide. Accordingly, consistent with CDC guidelines, GEO is not testing every single detainee in its population, but as testing becomes more available it will be provided to all detainees.

12. Instead, I have recommended testing for all individuals who show signs of COVID-19, individuals who test negative for flu or strep (but do not have classic signs), and individuals who medical professionals who conduct inspections at each facility otherwise believe should be tested.

13. When GEO suspects that an individual has COVID-19, the individual is immediately placed in medical isolation and provided medical attention. The detainee will be evaluated for testing of COVID-19 by the onsite medical professional.

14. If a detainee tests positive for COVID-19 and has symptoms, he or she is medically isolated, monitored and provided care multiple times each day. Additionally, before release from medical isolation, the detainee must meet current CDC guidelines for release as set forth in ERO and CDC Guidance report dated March 23, 2020.

### Other Preventative Measures

15. The cleaning of housing units is an essential part of GEO's comprehensive plan to prevent the spread of COVID-19 in its facilities. It is critical that the detainee population is aware of the importance of cleanliness during the pandemic.

16. In my opinion, in addition to increasing cleaning by GEO staff, it is imperative that detainees are also instructed to clean up after themselves so that there are two lines of defense for cleaning. Duplicative cleaning is better than not enough cleaning.

17. In crafting GEO's pandemic response, I took special care to focus on efforts to reduce the number of individuals from outside the facility who GEO detainees would be exposed. I recommended termination of public visitation and

52767646;1

4

CASE NO. 5:17-CV-02514-JGB-SHKx
DECLARATION OF DAVID DONAHUE IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S SUPPLEMENTAL BRIEFING ON PLAINTIFFS' EX PARTE TRO APPLICATION

reducing unnecessary contractors, as well as reducing the movement of staff between units. Where possible, GEO staff serve only one assigned housing unit per day. Further, I created a comprehensive plan to emphasize the distance between detainees by reducing the number of detainees in all housing units. To my knowledge, all of these recommendations have been implemented nationwide and are audited for compliance.

18. I also recommended screening for any individual who entered the building, including both GEO staff. To my knowledge these measures have been implemented.

19. To date, GEO is still attempting to increase its supply of PPE and I will reevaluate and reassess as PPE becomes available and the as CDC issues supplemental guidance.

20. To date, only two of GEO's ICE facilities have confirmed cases of COVID-19.

21. In my professional opinion, GEO's testing procedures, sanitizing, PPE use, and other preventative measures in collaboration with local health departments, are helping to prevent the spread of COVID-19 in the facilities. The low number of cases in GEO's facilities reinforces this conclusion.

22. I further believe that the measures GEO has implemented to contain any COVID-19 cases are strong and will serve to effectively contain any outbreak of COVID-19, should one occur in one of GEO's facilities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this Declaration on the 17th day of April, 2020, in Boca Raton, Florida.

_____
JOHN E. CHRISTAKIS, MD, Declarant

52767646;1

5

CASE NO. 5:17-CV-02514-JGB-SHKx
DECLARATION OF DAVID DONAHUE IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S SUPPLEMENTAL BRIEFING ON PLAINTIFFS' EX PARTE TRO APPLICATION