UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
**DUE DATE:**

| | | | | | |
|---|---|---|---|---|---|
| 1a. Contact Person for this Order | David Liebov | 2a. Contact Phone Number | 718-859-5331 | 3a. Contact E-mail Address | liebovd@sullcrom.com |
| 1b. Attorney Name (if different) | | 2b. Attorney Phone Number | | 3b. Attorney E-mail Address | |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

| | |
|---|---|
| 5. Name & Role of Party Represented | Non party person of interest |
| 6. Case Name | Nova v The GEO Group, Inc. |
| 7a. District Court Case Number | 17 cv 2514 |
| 7b. Appeals Court Case Number | |

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form):*

☒ DIGITALLY RECORDED     ☐ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: _____

9. THIS TRANSCRIPT ORDER IS FOR:   ☐ Appeal  ☒ Non-Appeal  |  ☐ Criminal ☐ Civil  |  ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS *(Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)*

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION (If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested.) | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE (Provide release date of efiled transcript, or check to certify none yet on file.) | d. DELIVERY TYPE (One per line, but check with court reporter before choosing any type but "ordinary.") |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/20/20 | Kewalramani | Telephone Proceeding | ◉ | ○ | ○ | ○ | ○ | ○ | ○ ____ | **EXPEDITED (7-day)** |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ____ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ____ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ____ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ____ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

Our firm is not a party to this case. We wish to purchase a copy of the Telephone proceeding that took place on May 20, 2020 before Magistrate Judge Kevwalramani, If you e-mail or call me with the cost, I will send payment. If possible, we would like the transcript in 7 business days. Thank you.

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date  5/21/2020     Signature _____

G-120 (06/18)