Mallory Biblo
Burns Charest LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RAUL NOVOA, et al., individually and on behalf of all others similarly situated | CASE NUMBER |
|---|---|
| Plaintiff(s) | 5:17-CV-02514-JGB-SHKx |
| v. THE GEO GROUP, INC. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Biblo, Mallory T.                                    of    Burns Charest, LLP
*Applicant's Name (Last Name, First Name & Middle Initial*          900 Jackson Street, Suite 500
(469) 904-4550              (469) 444-5002                       Dallas, Texas 75202
*Telephone Number*         *Fax Number*
mbiblo@burnscharest.com
*E-Mail Address*                                    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Raul Novoa, Jamie Campos Fuentes, Abdiaziz Karim, Ramon Mancia, and all others similarly situated

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Ahdoot, Robert R.                                    of    Ahdoot & Wolfson, APC
*Designee's Name (Last Name, First Name & Middle Initial*          10728 Lindbrook Drive
172098              (310) 474-9111        (310) 474-8585         Los Angeles, California 90024
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
rahdoot@ahdootwolfson.com
*E-Mail Address*                                    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
    ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: July 6, 2020**

_____
Jesus G. Bernal, U.S. District Judge