# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING ADDITIONAL DEPOSITIONS** |

The Court, having considered the parties' Stipulation Regarding Additional Depositions (ECF No. 280), and good cause appearing therefore, hereby approves the Stipulation and orders that each party make take up to fifteen depositions in the above-captioned action.

**IT IS SO ORDERED.**

Dated this _____ day of _____ , 2020.

_____
Hon. Shashi H. Kewalramani
United States Magistrate Judge

5:17-CV-02514-JGB