Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
E. Lawrence Vincent (admitted *pro hac vice*)
lvincent@burnscharest.com
TX Bar # 20585590
Mallory Biblo (admitted *pro hac vice*)
mbiblo@burnscharest.com
TX Bar # 24087165
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
Counsel for Plaintiffs
***Additional Counsel on Signature Page***

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA** individually and on behalf of all others similarly situated, <br> *Plaintiffs*, <br><br> v. <br><br> **THE GEO GROUP, INC.,** <br> *Defendant.* | Civil Action No. 5:17-cv-02514-JGB-SHKx <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO APPROVE CLASS NOTICE PLAN AND FORM OF NOTICE; MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT THEREOF** <br><br> Date: September 14, 2020 <br> Time: 9:00 am PST <br> Courtroom: Riverside, Courtroom 1 <br> Judge: Hon. Jesus G. Bernal <br><br><br> The Honorable Judge Jesus G. Bernal |

PLAINTIFFS' NOTICE OF MOTION AND
MOTION TO APPROVE CLASS NOTICE PLAN
AND FORM OF NOTICE; MEMORANDUM OF
POINTS & AUTHORITIES IN SUPPORT
THEREOF

i

5:17-cv-02514-JGB

# NOTICE OF MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 14, 2020, or on such date as may be specified by the Court, in the courtroom of the Honorable Jesus G. Bernal, United States District Court for the Central District of California, George E. Brown, Jr. Federal Building and United States Courthouse, 3470 Twelfth Street, Riverside, California, 92501-3801, Plaintiffs Raul Novoa, Jaime Campos Fuentes, Abdiaziz Karim, and Ramon Mancia will and hereby do move for an order to approve Plaintiffs' notice plan and form of notice pursuant to Federal Rule of Civil Procedure 23(b)(3).

This motion is made based on Plaintiffs' memorandum of points and authorities in support thereof, which includes the declaration of Jennifer Keough, and all papers, pleadings, documents, arguments of counsel, other materials presented before or during the hearing on this motion, and any other evidence or argument the Court may consider. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 27, 2020 and July 31, 2020.

The Court granted Plaintiffs' Motion for Class Certification on November 26, 2019 (ECF No. 223, 229), certifying three classes of current and former civil immigration detainees: the Adelanto Wage Class, the Adelanto Forced Labor Class (including the Work Program Subclass and the Uncompensated Work Program Subclass) and the Nationwide HUSP Class.

Plaintiffs hereby propose a notice plan for the Adelanto Wage Class and the Adelanto Forced Labor Class for the Court's approval so that class members may be informed of the pendency of this action and their right to opt-out. The proposed form of notice and notice plan constitute the best notice practicable under the circumstances

ii

PLAINTIFFS' NOTICE OF MOTION AND
MOTION TO APPROVE CLASS NOTICE PLAN
AND FORM OF NOTICE; MEMORANDUM OF
POINTS & AUTHORITIES IN SUPPORT
THEREOF

5:17-cv-02514-JGB

1    and satisfies the requirements of Federal Rule of Civil Procedure 23(c)(2)(B), providing

2    the requisite due process to the classes.

3         Class notice must concisely state in plain, easy-to-understand language: (i) the

4    nature of the action; (ii) the definition of the class certified; (iii) the class claims, issues,

5    or defenses; (iv) that a class member may enter an appearance through counsel if the

6    member so desires; (v) that the court will exclude from the class any member who

7    requests exclusion; (vi) the time and manner for requesting exclusion; and (vii) the

8    binding effect of a class judgment on class members under Rule 23(c)(3). Fed. R. Civ. P.

9    23(c)(2)(B); *Sherman v. CLP Resources, Inc.* (Jan. 30, 2020), No. CV 12-11037-GW-PLAX)

10   2020 WL 2790098, at *11; *Krzesniak v. Cendant Corp.*, No. C05-05156 MEJ, 2007 WL

11   4468678 (N.D. Cal. Dec. 17, 2007); *Whiteway v. FedEx Kinkos Office & Print Servs.*, No.

12   C05-2320 SBA, 2007 WL 1381514, at *2 (N.D. Cal. May 8, 2007). Plaintiffs' notice plan

13   and form of notice satisfy these requirements.

14        Further, Plaintiffs' notice plan satisfies due process requirements as class notice

15   is reasonably calculated to apprise interested parties of the pendency of the action and

16   afford them an opportunity to opt-out. *Mullane v. Cent. Hanover Bank & Trust Co.*, 339

17   U.S. 306, 314 (1950).

18

19

20

21

22

23

24

25

26

PLAINTIFFS' NOTICE OF MOTION AND                                          5:17-cv-02514-JGB
MOTION TO APPROVE CLASS NOTICE PLAN
AND FORM OF NOTICE; MEMORANDUM OF
POINTS & AUTHORITIES IN SUPPORT
THEREOF

1   Accordingly, Plaintiffs respectfully move for an order approving Plaintiffs' plan

2 and form of notice and order that notice start to be disseminated within two weeks of

3 such approval by the Court.

4

5                                           */s/ Daniel H. Charest*

Daniel H. Charest (admitted *pro hac vice*)

6   dcharest@burnscharest.com

TX Bar # 24057803

7   **BURNS CHAREST LLP**

900 Jackson St., Suite 500

8   Dallas, Texas 75202

Telephone: (469) 904-4550

9   Facsimile: (469) 444-5002

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PLAINTIFFS' NOTICE OF MOTION AND
MOTION TO APPROVE CLASS NOTICE PLAN
AND FORM OF NOTICE; MEMORANDUM OF
POINTS & AUTHORITIES IN SUPPORT
THEREOF                                                    5:17-cv-02514-JGB

# TABLE OF CONTENTS

I.     INTRODUCTION ............................................................................. 1

II.    PLAINTIFFS' PROPOSED NOTICE PLAN ................................... 3

     a.    Notice Administrator. ........................................................ 3

     b.    Class Notice Documents. ................................................... 4

     c.    Class Notification Process. ................................................ 6

III.    CONCLUSION ............................................................................. 10

PLAINTIFFS' NOTICE OF MOTION AND
MOTION TO APPROVE CLASS NOTICE PLAN
AND FORM OF NOTICE; MEMORANDUM OF
POINTS & AUTHORITIES IN SUPPORT
THEREOF

5:17-cv-02514-JGB

# TABLE OF AUTHORITIES

## Cases

*Beck-Ellman v. Kaz USA, Inc.*,
    No. 3:10-CV-02134-H-DHB, 2013 WL 1748729 (Jan. 7, 2013) ............................ 10

*Flanagan v. Allstate Ins. Co.*,
    No. 01 C 1541, 2007 WL 3085903 (N.D. Ill. Oct. 18, 2007) .................................. 10

*Hunt v. Check Recovery Sys., Inc.*,
    No.05-04993 MJJ, 2007 WL 2220972 (N.D. Cal. Aug. 1, 2007) .............................. 1

*In re Gypsum Antitrust Cases*,
    565 F.2d 1123 (9th Cir. 1977) ............................................................................ 1

*In re McKesson HBOC, Inc. ERISA Litig.*,
    391 F. Supp. 2d 844 (N.D. Cal. 2005) ............................................................... 10

*In re Nissan Motor Corp. Antitrust Litig.*,
    552 F.2d 1088 (5th Cir. 1977) ............................................................................. 2

*Johns v. Bayer Corp.*,
    No. 09-cv-1935 AJB (DHB), 2013 WL 435201 (S.D. Cal. Feb. 1,
    2013) .................................................................................................................. 10

*Krzesniak v. Cendant Corp.*,
    No. C05-05156 MEJ, 2007 WL 4468678 (N.D. Cal. Dec. 17, 2007) ........ ii, 1, 2, 10

*Lamb v. Bitech, Inc.*,
    No. 3:11-dv-05583-EDL MED, 2013 WL 4013166 (N.D. Cal. Aug. 5,
    2013) .................................................................................................................. 10

*Molski v. Gleich*,
    318 F.3d 937 (9th Cir. 2003) ............................................................................... 2

*Mullane v. Cent. Hanover Bank & Trust Co.*,
    339 U.S. 306 (1950) ....................................................................................... ii, 6

*Murray v. Local 2620, Dist. Council 57, Am. Fed'n of State, Cty., & Mun.*
*Employees*,
    AFL-CIO, 192 F.R.D. 629 (N.D. Cal. 2000) ......................................................... 2

vi

PLAINTIFFS' NOTICE OF MOTION AND
MOTION TO APPROVE CLASS NOTICE PLAN
AND FORM OF NOTICE; MEMORANDUM OF
POINTS & AUTHORITIES IN SUPPORT
THEREOF

5:17-cv-02514-JGB

*Schwartz v. TXU Corp.*,
　No. 02-CV-2243-K, 2005 WL 3148350 (N.D. Tex. Nov. 8, 2005) ........................ 10

*Sherman v. CLP Resources, Inc.*
　(Jan. 30, 2020), No. CV 12-11037-GW-PLAX) 2020 WL 2790098 ........................ ii

*Souza v. Scalone*,
　64 F.R.D. 654 (N.D. Cal. 1974) ................................................................... 2

*Whiteway v. FedEx Kinkos Office & Print Servs.*,
　No. C05-2320 SBA, 2007 WL 1381514 (N.D. Cal. May 8, 2007) ........................ ii, 2

## **Other Authorities**

Manual for Complex Litigation § 21.311 (4th ed. 2004) ................................................ 7

## **Rules**

Fed. R. Civ. P. 23 ........................................................................................ ii, 1, 2, 3

PLAINTIFFS' NOTICE OF MOTION AND
MOTION TO APPROVE CLASS NOTICE PLAN
AND FORM OF NOTICE; MEMORANDUM OF
POINTS & AUTHORITIES IN SUPPORT
THEREOF

5:17-cv-02514-JGB

**PLAINTIFFS' MOTION TO APPROVE CLASS NOTICE PLAN AND
FORM OF NOTICE AND MEMORANDUM OF POINTS &
AUTHORITIES IN SUPPORT THEREOF**

Plaintiffs Raul Novoa, Jaime Campos Fuentes, Abdiaziz Karim, and Ramon Mancia, by and through counsel, respectfully submit the following proposed Class Notice Plan.

## I.   INTRODUCTION

1.      The Court granted Plaintiffs' Motion for Class Certification on November 26, 2019 (ECF No. 223, 229), certifying three classes of current and former civil immigration detainees: the Adelanto Wage Class, the Adelanto Forced Labor Class (including the Work Program Subclass and the Uncompensated Work Program Subclass) and the Nationwide HUSP Class.

2.      After a court certifies a class under Rule 23(b)(3), it must direct to class members the best notice practicable under the circumstances. Fed. R. Civ. P. 23(c)(2)(B). The purpose of the mandatory notice requirement in Rule 23(b)(3) actions is to present a fair recital of the subject matter of the suit and to inform all class members of their opportunity to be heard. *Hunt v. Check Recovery Sys., Inc.*, No.05-04993 MJJ, 2007 WL 2220972, at *3 (N.D. Cal. Aug. 1, 2007) (citing *In re Gypsum Antitrust Cases*, 565 F.2d 1123, 1125 (9th Cir. 1977)). The notice must concisely state in plain, easy-to-understand language: (i) the nature of the action; (ii) the definition of the class certified; (iii) the class claims, issues, or defenses; (iv) that a class member may enter an appearance through counsel if the member so desires; (v) that the court will exclude from the class any member who requests exclusion; (vi) the time and manner for requesting exclusion; and (vii) the binding effect of a class judgment on class members under Rule 23(c)(3). Fed. R. Civ. P. 23(c)(2)(B); *Krzesniak*, No. C05-05156 MEJ, 2007 WL 4468678 at *1; *Whiteway v. FedEx Kinkos Office & Print Servs.*, No. C05-2320 SBA, 2007 WL 1381514, at *2 (N.D. Cal. May 8, 2007). A class notice must contain "information that a reasonable person

1

PLAINTIFFS' NOTICE OF MOTION AND
MOTION TO APPROVE CLASS NOTICE PLAN
AND FORM OF NOTICE; MEMORANDUM OF
POINTS & AUTHORITIES IN SUPPORT
THEREOF

5:17-cv-02514-JGB

would consider to be material in making an informed, intelligent decision of whether to opt-out or remain a member of the class." *Krzesniak*, No. C05-05156 MEJ, 2007 WL 4468678 at *1 (*citing In re Nissan Motor Corp. Antitrust Litig.*, 552 F.2d 1088, 1105 (5th Cir. 1977)).

3.     The parties have conferred on several occasions (via telephone conference and email) regarding the proposed notice plan. Plaintiffs provided Defendant with copies of the class notice documents, the notice plan from the notice administrator, and a list of the outreach organizations that the notice administrator will use as one method to provide notice to class members. Plaintiffs have sought input from Defendant not only on the notice documents but also the process for notice. Plaintiffs have incorporate several of Defendant's edits, comments, etc. into the notice documents, and the parties have resolved some disagreements. Based on that conferral, Plaintiffs propose a multifaceted Class Notice Plan (the "Notice Plan") for the Adelanto Wage Class and the Adelanto Forced Labor Class,[1] which will be administered by an experienced notice plan administrator.

4.     As described in more detail below, the Notice Plan includes efforts in both the United States and Mexico/Latin America. Efforts in the United States consist of a Summary Notice in Spanish in three leading Spanish language newspapers and a digital campaign through the leading digital network, Google Display Network (GDN),

---

[1] With respect to the Nationwide HUSP Class, Plaintiffs do not propose a notice plan because no notice is required. The Court certified the Nationwide HUSP Class pursuant to Federal Rule of Civil Procedure 23(b)(2). There is no nationwide class certified pursuant to FRCP 23(b)(3). And, where equitable relief is sought, a request for monetary relief does not destroy Rule 23(b)(2) status. *Murray v. Local 2620, Dist. Council 57, Am. Fed'n of State, Cty., & Mun. Employees*, AFL-CIO, 192 F.R.D. 629, 636–37 (N.D. Cal. 2000); *see Molski v. Gleich*, 318 F.3d 937, 952, (9th Cir. 2003) ("Notice for a Rule 23(b)(2) class is discretionary under Rule 23(d)(2)"); *Souza v. Scalone*, 64 F.R.D. 654, 658 (N.D. Cal. 1974), *vacated on other grounds*, 563 F.2d 385 (9th Cir. 1977). ("Where the monetary relief sought is integrally related to and would directly flow from the injunctive or declaratory relief sought, 23(b)(2) status is appropriate.").

PLAINTIFFS' NOTICE OF MOTION AND
MOTION TO APPROVE CLASS NOTICE PLAN
AND FORM OF NOTICE; MEMORANDUM OF
POINTS & AUTHORITIES IN SUPPORT
THEREOF

5:17-cv-02514-JGB

targeting potential class members in several western states. Efforts in Mexico/Latin America consist of Spanish radio and digital through GDN and the social media platform Facebook. An e-mail effort to relevant third-party churches and relief organizations, an internet search campaign, and the distribution of a press release will extend notice exposure further. Efforts also include the creation of a dedicated class website accessible to people within and outside the United States and a dedicated toll-free phone number featuring IVR and live operator support in multiple dialects. The Notice Plan also includes the posting of notice in the relevant facility by The GEO Group, Inc. ("GEO")—namely, the Adelanto ICE Processing Center.

5.      Accordingly, Plaintiffs respectfully propose the following Notice Plan, which will provide "the best notice practicable under the circumstances," as required by Federal Rule of Civil Procedure 23(c)(2)(B).

## II.   PLAINTIFFS' PROPOSED NOTICE PLAN

a.      **Notice Administrator.** Plaintiffs propose JND Legal Administration ("JND") as the Notice Administrator. JND is one of the leading legal administration firms in the country.[2] JND's class action division provides all services necessary for the effective implementation of class action settlements including.[3] The principals of JND have over 75 years of experience in class action legal and administrative fields and have overseen complex settlements and pendency actions involving inmate populations, including: *Amador, et al. v. Baca, et al.*, No. 10-cv-01649 (C.D. Cal.); *In re Global Tel\*Link Corporation ICS Litigation*, No. 14-cv-05275 (W.D. Ark.); *McKibben, et al. v. McMahon, et al.*, No. 14-cv-02171 (C.D. Cal.); *Mojica v. Securus Technologies, Inc.*, No. 14-cv-05258 (W.D. Ark.); and *Nwauzor v. The GEO Group, Inc.*, No. 17-cv-05769 (W.D. Wash.).[4] JND's Legal

---

[2] Exhibit 1, Declaration of Jennifer M. Keough regarding Proposed Notice Plan, at ¶¶ 1-9; Exhibit A.
[3] Exhibit 1, at ¶ 7.
[4] Exhibit 1, at ¶ 8.

3

PLAINTIFFS' NOTICE OF MOTION AND
MOTION TO APPROVE CLASS NOTICE PLAN
AND FORM OF NOTICE; MEMORANDUM OF
POINTS & AUTHORITIES IN SUPPORT
THEREOF

5:17-cv-02514-JGB

1    Notice team researches, designs, develops, and implements a wide array of legal notice
2    plans in order to meet the due process requirements of Rule 23 of the Federal Rules of
3    Civil Procedure and relevant state court rules.[5]

4         b.    **Class Notice Documents.** Class Notice Documents shall be modeled
5    after and consistent with "The Federal Judicial Center's Illustrative Forms of Class
6    Action Notices." *See* Illustrative Forms of Class Action Notices: Overview, available at
7    https://www.fjc.gov/content/301253/illustrative-forms-class-action-notices-
8    introduction (last visited August 2, 2020). The Class Notice Documents will be in
9    English and/or translated into Spanish to correspond with the countries in which a
10   significant portion of the class members reside.[6] Plaintiffs have provided Defendant with
11   drafts of the proposed Long Form and Short Form (print and radio) notices (collectively
12   the "Class Notice Documents"). Plaintiffs have incorporated several of Defendant's
13   edits and comments to the Class Notice Documents. Accordingly, Plaintiffs submit the
14   Class Notice Documents to the Court for its approval:

15              i.   The proposed Summary Notice,[7] which is concise and written in
16                   plain, easy-to-understand language. It provides a concise description
17                   of the defined classes, along with a basic description of the nature
18                   of the action and class claims.  The Summary Notice informs each
19                   class member: (1) of the binding effect of a class judgment on class
20                   members; (2) that the Court will exclude from the classes any
21                   member who requests exclusion and (3) that class members may
22                   retain their own counsel. The Notice also provides a toll-free
23                   telephone number and a website address through which individuals

24

25   ---

[5] Exhibit 1, at ¶ 9.
[6] Plaintiffs advise that the final versions of the Class Notice Documents will be translated into Spanish.
26   [7] Exhibit 1, at Exhibit B.

4

1    may contact the Notice Administrator, obtain contact information

2    for class counsel, and obtain a copy of the Exclusion Request Form

3    (among other documents).

4    ii.    All proposed digital ads.[8]

5    iii.   The proposed radio script.[9]

6    iv.    The proposed press release.[10]

7    v.     The proposed e-mail notice.[11]

8    vi.    The proposed Long Form Notice,[12] which also complies with Rule

9           23(b)(3) and is based upon the question and answer format

10          suggested by the Federal Judicial Center. The Long Form Notice

11          uses easy-to-understand language to provide additional information

12          about the lawsuit. The first substantive page of the notice provides

13          a basic description of the nature of the action. This information is

14          further explained in the Answers to Questions 1-5, which describe

15          the posture of the action; the class claims; the issues, allegations, and

16          Defendant's response; and the relief sought in the action. The

17          Answer to Question 6 provides a description of the defined classes,

18          offers guidance on how to determine class membership, and

19          informs class members that more information is available by visiting

20          the dedicated website or contacting the Notice Administrator. The

21          Answer to Question 7 provides information regarding class counsel

22          and explains that each class member may enter an appearance

23

24   [8] Exhibit 1, at Exhibit C.
25   [9] Exhibit 1, at Exhibit D.
     [10] Exhibit 1, at Exhibit E.
26   [11] Exhibit 1, at Exhibit F.
     [12] Exhibit 1, at Exhibit G.

5

PLAINTIFFS' NOTICE OF MOTION AND                                    5:17-cv-02514-JGB
MOTION TO APPROVE CLASS NOTICE PLAN
AND FORM OF NOTICE; MEMORANDUM OF
POINTS & AUTHORITIES IN SUPPORT
THEREOF

through their own counsel if they so desire. The Answers to Questions 8-10 provide an explanation of the rights of class members, the binding effect of a class judgment, and the right to opt-out of the class to avoid a binding judgment.

c. **Class Notification Process.** For due process purposes, class notice must be reasonably calculated to apprise interested parties of the pendency of the action and afford them an opportunity to optout. *Mullane v. Cent. Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950). Here, the Notice Plan includes efforts in both the United States and Mexico/Latin America. Efforts in the United States consist of a Summary Notice in Spanish in three leading Spanish language newspapers and a digital campaign through the leading digital network, Google Display Network (GDN), targeting potential class members in several western states. Efforts in Mexico/Latin America consist of Spanish radio and digital through GDN and the social media platform Facebook. An e-mail effort to relevant third-party churches and relief organizations, an internet search campaign, and the distribution of a press release will extend notice exposure further. The Notice Administrator will also create a dedicated website accessible to people within and outside the United States, and a toll-free number featuring IVR and live operator support in multiple dialects. The Notice Plan further includes the posting of the Summary Notice in English and Spanish at the Adelanto ICE Processing Center. Specifically, the proposed Notice Plan includes the following components:

i. *Print Publication*.[13] To reach potential class members, the Summary Notice will be translated in Spanish and printed in the following publications: *La Opinion*, *Excelsior Los Angeles (LA) and Orange County*, and *El Chicano*. *La Opinion* is the leading daily Spanish language

---

[13] Exhibit 1, at ¶ 12.

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO APPROVE CLASS NOTICE PLAN AND FORM OF NOTICE; MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT THEREOF

5:17-cv-02514-JGB

newspaper in Los Angeles with an average weekday circulation of over 45,000 subscribers. *Excelsior LA and Orange County* combined are the largest weekly newspapers in southern California, with a total weekly circulation of over 392,000 subscribers. *El Chicano* is a weekly community newspaper with a circulation of 5,000 subscribers, serving San Bernardino and the Inland Empire.[14]

ii.   *Digital Media Campaign*.[15]   The Notice Administrator will implement a regional digital campaign in eight western states including California, New Mexico, Arizona, Nevada, Idaho, Montana, Washington, and Oregon. The digital ads will target Spanish-speaking adults 18-65 years of age, with an emphasis on men with lower incomes. Over 16 million impressions will be served over a four-week period across all devices, including desktop, laptop, tablet, and mobile. The Notice Administrator will also implement a targeted digital campaign in four Latin American countries including Mexico, El Salvador, Guatemala, and Honduras. The digital ads will target Spanish-speaking adults 18-65 years of age, with an emphasis on men with lower incomes. Over 15 million impressions will be served over a four-week period across all devices, including desktop, laptop, tablet, and mobile. Search ads will also be served to users in Mexico, El Salvador, Guatemala, and Honduras who search relevant terms about the case on search engines such as Google. All digital

[14] As the Manual on Complex Litigation explains: "[p]ublication in magazines, newspapers, or trade journals may be necessary if individual class members are not identifiable after reasonable effort or as a supplement to other notice efforts. For example, if no records were kept of sales of an allegedly defective product from retailers to consumers, publication notice may be necessary." Manual for Complex Litigation § 21.311 at 288 (4th ed. 2004).
[15] Exhibit 1, at ¶¶ 13-16.

PLAINTIFFS' NOTICE OF MOTION AND
MOTION TO APPROVE CLASS NOTICE PLAN
AND FORM OF NOTICE; MEMORANDUM OF
POINTS & AUTHORITIES IN SUPPORT
THEREOF

5:17-cv-02514-JGB

1    ads will include a direct link to the case website where class members

2    may access more information about the litigation.

3        *iii.*    *Radio Campaign.*[16]   The Notice Administrator will implement a

4    targeted radio campaign in five Latin American markets including

5    both Mexico City and Guadalajara, Mexico; San Salvador, El

6    Salvador; Guatemala City, Guatemala; and Tegucigalpa, Honduras.

7    A total of 140 thirty-second radio commercials, or 28 commercials

8    per market, will air on various radio station formats such as news,

9    talk and entertainment over a two-week period.

10       *iv.*    *Press Release.*[17]  The Notice Administrator will execute a press release

11   of the Summary Notice to be distributed over PR Newswire. The

12   press release will be distributed to over 19,000 media outlets on the

13   following newslines:   US1 in English, U.S. National Hispanic in

14   English and Spanish; Latin America in Spanish; and India in Hindi.

15       *v.*    *Email Outreach.*[18]  The Notice Administrator will research third-party

16   immigration relief organizations and assistance groups and will

17   coordinate an e-mail outreach notice requesting their support in

18   notifying potential class members.

19       vi.    *Dedicated Website.*[19]   An informational, interactive website

20   (www.GEOAdelantoClassAction.com) dedicated to the case will be

21   developed to enable potential class members to get information

22   about the litigation. The website will have an easy-to-navigate design

23   and will be formatted to emphasize important information and

---

[16] Exhibit 1, at ¶ 17.
[17] Exhibit 1, at ¶ 18.
[18] Exhibit 1, at ¶ 19.
[19] Exhibit 1, at ¶¶ 20-22.

8

PLAINTIFFS' NOTICE OF MOTION AND
MOTION TO APPROVE CLASS NOTICE PLAN
AND FORM OF NOTICE; MEMORANDUM OF
POINTS & AUTHORITIES IN SUPPORT
THEREOF

5:17-cv-02514-JGB

deadlines. Other available features will include an email contact form, frequently asked questions page, and links to downloadable copies of the Long Form Notice in English and Spanish, and other important court documents. The website will be optimized for mobile visitors so that information loads quickly on mobile devices and will also be designed to maximize search engine optimization through Google and other search engines. Key words and natural language search terms will be included in the site's metadata in order to maximize search engine rankings. The Notice Administrator will establish and maintain a 24-hour, toll-free telephone line where callers may obtain information about the case, with call center associates available to answer and document calls in multiple languages and dialects.[20]

vii.   *Opt-Out Deadline.* Any person who wishes to opt out of the class action must do so by following the instructions for requesting exclusion from the class as set forth in the Class Notice Documents. All requests for exclusion must be mailed, emailed, or otherwise transmitted to the Notice Administrator no later than seventy-five (75) days after the press release is distributed or the requests for exclusion shall be deemed void and ineffective.

---

[20] Many courts have found the use of a website beneficial as part of a class action notice. *See Beck-Ellman v. Kaz USA, Inc.*, No. 3:10-CV-02134-H-DHB, 2013 WL 1748729, at *7-8 (Jan. 7, 2013); *Johns v. Bayer Corp.*, No. 09-cv-1935 AJB (DHB), 2013 WL 435201, at *1 (S.D. Cal. Feb. 1, 2013); *Lamb v. Bitech, Inc.*, No. 3:11-dv-05583-EDL MED, 2013 WL 4013166, at *1 (N.D. Cal. Aug. 5, 2013); *Krzesniak v. Cendant Corp.*, No. C05-05156 MEJ, 2007 WL 4468678, at *2 (N.D. Cal. Dec. 17, 2007) (citing *Flanagan v. Allstate Ins. Co.*, No. 01 C 1541, 2007 WL 3085903, at *2 (N.D. Ill. Oct. 18, 2007); *Schwartz v. TXU Corp.*, No. 02-CV-2243-K, 2005 WL 3148350, at *11 (N.D. Tex. Nov. 8, 2005); *In re McKesson HBOC, Inc. ERISA Litig.*, 391 F. Supp. 2d 844, 848 (N.D. Cal. 2005)).

9

viii.    *Report on Opt-Outs.* The Notice Administrator shall notify the parties of any opt-out within fourteen (14) days of receipt of a Request for Exclusion form. Within fifteen (15) days of the opt-out deadline calculated from the date of the initial mailing of the notice, class counsel shall file a report with the Court regarding opt-outs.

## III.   **CONCLUSION**

6.     Accordingly, Plaintiffs respectfully move for an order approving Plaintiffs' plan and form of notice and order that notice be disseminated as follows:

| | |
|---|---|
| Dedicated website goes live | 12 calendar days after entry of order approving notice plan |
| Notice posted in Adelanto | 14 calendar days after entry of order approving notice plan |
| Email outreach begins | 14 calendar days after entry of order approving notice plan |
| Digital media campaign begins | 14 calendar days after entry of order approving notice plan |
| Press release of the Summary Notice to be distributed over PR Newswire | 14 calendar days after entry of order approving notice plan |
| Publication notice in newspapers begins | 21 calendar days after entry of order approving notice plan |
| Radio campaign begins | 28 calendar days after entry of order approving notice plan |
| Opt-out deadline | 75 calendar days from campaign launch |

Dated:  August 4, 2020

Respectfully submitted,

*/s/ Daniel H. Charest*

Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
Will Thompson (CA Bar # 289012)
wthompson@burnscharest.com
Warren Burns (admitted *pro hac vice*)
wburns@burnscharest.com
TX Bar # 24053119
E. Lawrence Vincent (admitted *pro hac vice*)
lvincent@burnscharest.com
TX Bar # 20585590
Mallory Biblo (admitted *pro hac vice*)
mbiblo@burnscharest.com
TX Bar # 24087165
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

Robert Ahdoot (CA Bar # 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Theodore W Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com
Alex R. Straus (CA Bar # 321366)
astraus@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone:  (310) 474-9111
Fax:  (310) 474-8585

Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com

11

PLAINTIFFS' NOTICE OF MOTION AND
MOTION TO APPROVE CLASS NOTICE PLAN
AND FORM OF NOTICE; MEMORANDUM OF
POINTS & AUTHORITIES IN SUPPORT
THEREOF

5:17-cv-02514-JGB

LA Bar # 30002
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
LA Bar # 37926
C. Jacob Gower (admitted *pro hac vice*)
jgower@burnscharest.com
LA Bar # 34564
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765
R. Andrew Free (admitted *pro hac vice*)
andrew@immigrantcivilrights.com
TN Bar # 030513
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959

Nicole Ramos (admitted *pro hac vice*)
nicole@alotrolado.org
NY Bar # 4660445
**AL OTRO LADO**
511 E. San Ysidro Blvd., # 333
San Ysidro, CA 92173
Telephone: (619) 786-4866

*Counsel for Plaintiffs*

PLAINTIFFS' NOTICE OF MOTION AND
MOTION TO APPROVE CLASS NOTICE PLAN
AND FORM OF NOTICE; MEMORANDUM OF
POINTS & AUTHORITIES IN SUPPORT
THEREOF

5:17-cv-02514-JGB

# CERTIFICATE OF SERVICE

On August 4, 2020, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

/s/ Daniel H. Charest
Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

13

PLAINTIFFS' NOTICE OF MOTION AND
MOTION TO APPROVE CLASS NOTICE PLAN
AND FORM OF NOTICE; MEMORANDUM OF
POINTS & AUTHORITIES IN SUPPORT
THEREOF

5:17-cv-02514-JGB