**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA** individually and on behalf of all others similarly situated, *Plaintiffs*, <br><br> v. <br><br> **THE GEO GROUP, INC.**, *Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO APPROVE CLASS NOTICE PLAN AND FORM OF NOTICE; MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT THEREOF** <br><br> Date: September 14, 2020 <br> Time: 9:00 am PST <br> Courtroom: Riverside, Courtroom 1 <br> Judge: Hon. Jesus G. Bernal <br><br> The Honorable Judge Jesus G. Bernal |

1

[PROPOSED] ORDER GRANTING
PLAINTIFFS' PROPOSED NOTICE
PLAN AND FORM OF NOTICE

5:17-cv-02514-JGB

Before the Court is Plaintiffs' Motion to Approve Class Notice Plan and Form of Notice and Memorandum of Points & Authorities in Support Thereof.

The Court, having reviewed the briefs and evidence submitted by Plaintiffs Raul Novoa, Jaime Campos Fuentes, Abdiaziz Karim and Ramon Mancia and Defendant The GEO Group, Inc., the oral arguments of counsel at the hearing, and all other matters on fie herein, and good cause appearing, the Court hereby **GRANTS** Plaintiffs' Motion to Approve Class Notice Plan and Form of Notice and Memorandum of Points & Authorities in Support Thereof. The Court finds Plaintiffs' proposed form of notice satisfies Federal Rule of Civil Procedure 23(b)(3). Plaintiffs' form of notice provides the best notice practible under the circumstances and statisfies due process requirements.

The Court hereby issues the following order:

1. JND Legal Administration ("JND") is appointed as the Notice Administrator.

2. The Notice Administrator will maintain a case-specific website (URL: www.GEOAdelantoClassAction.com) and toll-free telephone number to provide individuals with pertinent case information.

3. The case-specific website will become live and operational within twelve (12) days of issuance of this Order.

4. The Notice Administrator will arrange for publication of the Summary Notice (*see* Keough Decl., at Exhibit B) and the Long Form Notice (*see* Keough Decl., at Exhibit G).

5. The Summary Notice will appear once in La Opinion, Excelsior (LA and Orange County) and El Chicano newspapers.

6. The Long Form Notice will appear on the case-specific website, in addition to other pertinent case documents.

3

[PROPOSED] ORDER GRANTING                                    5:17-cv-02514-JGB
PLAINTIFFS' PROPOSED NOTICE
PLAN AND FORM OF NOTICE

7.      The Notice Administrator will arrange for Internet banner ads that link to the case-specific website.

8.      The Notice Administrator will implement a targeted radio campaign in five Latin American markets including both Mexico City and Guadalajara, Mexico; San Salvador, El Salvador; Guatemala City, Guatemala; and Tegucigalpa, Honduras.

9.      The Notice Administrator will execute a press release of the Summary Notice to be distributed over PR Newswire.

10.     The Notice Administrator will research third-party immigration relief organizations and assistance groups and will coordinate an e-mail outreach notice requesting their support in notifying potential class members.

11.     Defendant will post the Summary Notice in the Adelanto ICE Processing Center within fourteen (14) days of issuance of this Order.

12.     The class members will have seventy-five (75) days after the notice campaign launches (with the dedicated website going live).

13.     Class Notice shall be disseminated as follows:

| | |
|---|---|
| Dedicated website goes live | 12 calendar days after entry of order approving notice plan |
| Notice posted in Adelanto | 14 calendar days after entry of order approving notice plan |
| Email outreach begins | 14 calendar days after entry of order approving notice plan |
| Digital media campaign begins | 14 calendar days after entry of order approving notice plan |
| Press release of the Summary Notice to be distributed over PR Newswire | 14 calendar days after entry of order approving notice plan |
| Publication notice in newspapers begins | 21 calendar days after entry of order approving notice plan |
| Radio campaign begins | 28 calendar days after entry of order approving notice plan |
| Opt-out deadline | 75 calendar days from campaign launch |

4

[PROPOSED] ORDER GRANTING                                    5:17-cv-02514-JGB
PLAINTIFFS' PROPOSED NOTICE
PLAN AND FORM OF NOTICE

**IT IS SO ORDERED.**

DATED: _____

HONORABLE JESUS G. BERNAL
JUDGE OF THE UNITED STATES
DISTRICT COURT

5