Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

Class Counsel
***Additional Counsel on Signature Page***

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br><br>**JOINT STIPULATION FOR A STATUS CONFERENCE**<br><br><br>Judge: The Honorable Jesus G. Bernal |

Plaintiffs Raul Novoa, Jaime Campos Fuentes, Ramon Mancia, and Abdiaziz Karim ("Plaintiffs") and Defendant The GEO Group, Inc. ("GEO") (collectively "the Parties") respectfully request that the Court hold a telephonic status conference to discuss the scheduling order in the above-captioned action.

The United States District Court for the Central District of California has suspended jury trials due to the COVID-19 pandemic and ordered that "Phase 3 (resumption of jury trials) will be implemented at a date to be determined." Amended General Order No. 20-08.

No. 5:17-cv-02514-JGB-SHKx

The jury trial in the above-captioned matter is set to commence on February 2, 2021. Dkt. 247. The close of discovery is set for September 14, 2020, and the expert disclosure deadline is August 17, 2020. *Id.*

The Parties would benefit from a status conference to discuss whether the Court intends to maintain the February 2, 2021 trial setting.

Respectfully submitted,

Dated:   August 6, 2020          By:   */s/ Lydia A. Wright*
                                        Lydia A. Wright (admitted *pro hac vice*)
                                        lwright@burnscharest.com
                                        LA Bar # 37926
                                        **BURNS CHAREST LLP**
                                        365 Canal Street, Suite 1170
                                        New Orleans, LA 70130
                                        Telephone: (504) 799-2845
                                        Facsimile: (504) 881-1765

                                        Attorney for Plaintiffs

Dated:   August 6, 2020          By:   */s/ David Van Pelt*
                                        David Van Pelt
                                        david.vanpelt@akerman.com
                                        **AKERMAN LLP**
                                        601 West Fifth Street Suite 300
                                        Los Angeles, CA 90071
                                        Telephone: (213) 688-9500
                                        Facsimile: (213) 627-6342

                                        Attorney for Defendant

I, Lydia A. Wright, certify pursuant to Local Rule 5-4.3.4(a)(2)(i) that the content of this Stipulation for a Status Conference is acceptable to all parties signing this stipulation and that all parties have authorized the filing.

Dated: August 6, 2020

*/s/ Lydia Wright*

Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
LA Bar # 37926
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

3

JOINT STIPULATION                                        5:17-cv-02514-JGB-SHK

# CERTIFICATE OF SERVICE

Plaintiffs Raul Novoa, Jaime Campos Fuentes, Abdiaziz Karim, and Ramon Mancia, by and through undersigned counsel, hereby certify that a true and correct copy of the forgoing was served upon the following counsel in this matter, through the Court's CM/ECF system, on August 6, 2020.

| | |
|---|---|
| Colin Barnacle | Damien DeLaney |
| Christopher J. Eby | Michael Gallion |
| Adrienne Scheffey | David Van Pelt |
| **AKERMAN LLP** | Alicia Hou |
| 1900 Sixteenth Street, Suite 1700 | Jonathan M. Turner |
| Denver, CO 80202 | **AKERMAN LLP** |
| Telephone: (303) 260-7712 | 601 West Fifth Street Suite 300 |
| Facsimile: (303) 260-7714 | Los Angeles, CA 90071 |
| colin.barnacle@akerman.com | Telephone: (213) 688-9500 |
| christopher.eby@akerman.com | Facsimile: (213) 627-6342 |
| adrienne.scheffey@akerman.com | damien.delaney@akerman.com |
| | michael.gallion@akerman.com |
| | david.vanpelt@akerman.com |
| | alicia.hou@akerman.com |
| | jonathan.turner@akerman.com |

Dated: August 6, 2020

/s/ *Lydia Wright*

Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
LA Bar # 37926
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

4

JOINT STIPULATION                                    5:17-cv-02514-JGB-SHK