## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR A STATUS CONFERENCE** |

The Court, having considered the parties' Joint Stipulation for a Status Conference, and good cause appearing therefore, hereby grants the Joint Stipulation and sets a telephonic status conference for _____.

**IT IS SO ORDERED.**

Dated this _____ day of _____ , 2020.

_____
Hon. Jesus Bernal
United States District Judge

5:17-CV-02514-JGB