**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO EXTEND PAGE LIMITS FOR PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

The Court, having considered Plaintiffs' *ex parte* Application to Exceed Page Limits for Plaintiffs' Motion for Summary Judgment, and good cause appearing therefore, hereby grants the Application and ORDERS as follows:

Plaintiffs may file a memorandum of points and authorities up to 35 pages in support of their Motion for Summary Judgment. Defendant The GEO Group, Inc. may file a memorandum of points and authorities up to 35 pages in opposition to the Motion, and Plaintiffs may file a reply up to 22 pages in further support of their Motion.

**IT IS SO ORDERED.**

Dated this _____ day of _____ , 2020.

_____
Hon. Jesus Bernal
United States District Judge

5:17-CV-02514-JGB