# EXHIBIT 3

Case 5:17-cv-02514-JGB-SHK Document 300-4 Filed 08/21/20 Page 1 of 3 Page ID #:6309

| | |
|---|---|
| **From:** | Hou, Alicia (Lax) |
| **Sent:** | Thursday, August 6, 2020 4:02 PM |
| **To:** | Lydia Wright |
| **Cc:** | Novoa - External; Turner, Jonathan (Assoc-Lax); Scheffey, Adrienne (Assoc-Den); Cizmorris, Melissa (Assoc-Den); Van Pelt, David (Ptnr-Lax) |
| **Subject:** | RE: Novoa - Correspondence Re. Discovery Dispute & Meet and Confer |

Hi Lydia,

We should be able to begin production of anything that does not need ICE review on a rolling basis by August 24.

Thanks,

**Alicia Hou**
Special Counsel
Akerman LLP | 601 West Fifth Street, Suite 300 | Los Angeles, CA 90071
D: 213 533 5907 | T: 213 688 9500 | F: 213 627 6342
alicia.hou@akerman.com

**From:** Lydia Wright <lwright@burnscharest.com>
**Sent:** Thursday, August 6, 2020 7:57 AM
**To:** Hatch, Lorna (LAA-Lax) <lorna.hatch@akerman.com>
**Cc:** Novoa - External <Novoa-External@burnscharest.com>; Turner, Jonathan (Assoc-Lax) <jonathan.turner@akerman.com>; Hou, Alicia (Lax) <alicia.hou@akerman.com>; Scheffey, Adrienne (Assoc-Den) <adrienne.scheffey@akerman.com>; Cizmorris, Melissa (Assoc-Den) <melissa.cizmorris@akerman.com>; Van Pelt, David (Ptnr-Lax) <david.vanpelt@akerman.com>
**Subject:** Re: Novoa - Correspondence Re. Discovery Dispute & Meet and Confer

Counsel,

With respect to Issue 3 in Jonathan's letter, and as stated in my email of July 31, 2020, the parties have already agreed to exclude the terms "covid" and "coronavirus" from the search terms. In that same email, I asked GEO to provide a date certain when GEO will conduct the searches and make the corresponding document productions, so we can inform Magistrate Kewalramani of the same. GEO has not responded to that request. So, again, when will GEO begin producing responsive documents?

Thanks,

**Lydia A. Wright**
Burns Charest LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
504.799.2845 main
504.881.1765 fax

**From:** "lorna.hatch@akerman.com" <lorna.hatch@akerman.com>
**Date:** Tuesday, August 4, 2020 at 3:12 PM

1

**To:** Lydia Wright <lwright@burnscharest.com>
**Cc:** Novoa - External <Novoa-External@burnscharest.com>, Jonathan Turner <jonathan.turner@akerman.com>, Alicia Hou <alicia.hou@akerman.com>, Adrienne Scheffey <Adrienne.scheffey@akerman.com>, "melissa.cizmorris@akerman.com" <melissa.cizmorris@akerman.com>, David Van Pelt <david.vanpelt@akerman.com>
**Subject:** Novoa - Correspondence Re. Discovery Dispute & Meet and Confer

Good afternoon Counsel,

Per Mr. Turner's request, please see the attached correspondence.



CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.