# EXHIBIT 5

| | |
|---|---|
| **From:** | Lydia Wright <lwright@burnscharest.com> |
| **Sent:** | Friday, August 21, 2020 3:01 PM |
| **To:** | Hou, Alicia (Lax) |
| **Cc:** | Scheffey, Adrienne (Assoc-Den); Van Pelt, David (Ptnr-Lax); Gallion, Michael (Ptnr-Lax); Cizmorris, Melissa (Assoc-Den); Turner, Jonathan (Assoc-Lax); Novoa - External |
| **Subject:** | Re: Novoa et al. v. GEO - conferral re upcoming deadlines |

Thanks, Alicia. You may represent that Plaintiffs oppose GEO's *ex parte* application to modify the scheduling order as set forth below.

**Lydia A. Wright**
Burns Charest LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
504.799.2845 main
504.881.1765 fax

---

**From:** "alicia.hou@akerman.com" <alicia.hou@akerman.com>
**Date:** Friday, August 21, 2020 at 4:38 PM
**To:** Lydia Wright <lwright@burnscharest.com>
**Cc:** Adrienne Scheffey <Adrienne.scheffey@akerman.com>, David Van Pelt <david.vanpelt@akerman.com>, Michael Gallion <michael.gallion@akerman.com>, "melissa.cizmorris@akerman.com" <melissa.cizmorris@akerman.com>, Jonathan Turner <jonathan.turner@akerman.com>, Novoa - External <Novoa-External@burnscharest.com>
**Subject:** RE: Novoa et al. v. GEO - conferral re upcoming deadlines

Lydia,

As we discussed on our call, given the outstanding discovery, we think that the outstanding discovery in this case warrants an extension of the discovery deadline. Considerations include, the additional discovery propounded this month by Plaintiffs, that Plaintiffs continue to notice additional depositions which further compress the time available for written discovery, and outstanding expert discovery—including depositions of Plaintiffs experts. In short, we do not think there are enough days between now and the discovery cutoff to reasonably accomplish the remaining discovery. Additionally, as we discussed on our call today and our call last Friday, Plaintiffs' delay in filing their motion to approve class notice has resulted in a notice completion deadline that falls after our dispositive motion cutoff. We look forward to receiving your response regarding whether you will join or oppose our request this afternoon.

Best,

**Alicia Hou**
Special Counsel
Akerman LLP | 601 West Fifth Street, Suite 300 | Los Angeles, CA 90071
D: 213 533 5907 | T: 213 688 9500 | F: 213 627 6342
alicia.hou@akerman.com

**From:** Lydia Wright <lwright@burnscharest.com>
**Sent:** Friday, August 21, 2020 2:13 PM
**To:** Hou, Alicia (Lax) <alicia.hou@akerman.com>
**Cc:** Scheffey, Adrienne (Assoc-Den) <adrienne.scheffey@akerman.com>; Van Pelt, David (Ptnr-Lax) <david.vanpelt@akerman.com>; Gallion, Michael (Ptnr-Lax) <michael.gallion@akerman.com>; Cizmorris, Melissa (Assoc-Den) <melissa.cizmorris@akerman.com>; Turner, Jonathan (Assoc-Lax) <jonathan.turner@akerman.com>; Novoa - External <Novoa-External@burnscharest.com>
**Subject:** Re: Novoa et al. v. GEO - conferral re upcoming deadlines

Hi Alicia,

Why does GEO believe these extensions are necessary? A better understanding of your rationale will help us determine whether to oppose or join in GEO's motion.

Also, please note that the best way to get ahold of me is by email. Particularly during this work-from-home period, a message left on the general office line may not reach me in a timely manner.

Thanks,

**Lydia A. Wright**
Burns Charest LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
504.799.2845 main
504.881.1765 fax

**From:** "alicia.hou@akerman.com" <alicia.hou@akerman.com>
**Date:** Friday, August 21, 2020 at 4:00 PM
**To:** Lydia Wright <lwright@burnscharest.com>
**Cc:** Adrienne Scheffey <Adrienne.scheffey@akerman.com>, David Van Pelt <david.vanpelt@akerman.com>, Michael Gallion <michael.gallion@akerman.com>, "melissa.cizmorris@akerman.com" <melissa.cizmorris@akerman.com>, Jonathan Turner <jonathan.turner@akerman.com>
**Subject:** Novoa et al. v. GEO - conferral re upcoming deadlines

Lydia,

Thanks for returning my call earlier.  My understanding based on our call is that Plaintiffs are not currently interested in extending any of the deadlines in this case.  As I mentioned on our call, we believe the below extensions are needed.

Please let us know by COB today whether Plaintiffs will continue to oppose these deadlines.

| Event | Current Date | Proposed Date |
|---|---|---|
| Expert Disclosure (Initial) | Monday, August 17, 2020 | No Change |
| Expert Disclosure (Rebuttal) | Monday, August 31, 2020 | Wednesday, September 30, 2020 |

| | | |
|---|---|---|
| All Discovery Cutoff (including hearing discovery motions) | Monday, September 14, 2020 | Friday, October 30, 2020 |
| Last Date to Conduct Settlement Conference | Monday, October 12, 2020 | Friday, November 6, 2020 |
| Last Date to File Summary Judgment Motions | Wednesday October 4, 2020 | Friday, November 6, 2020 |
| Last Date to Hear Non-Discovery Motions | Monday, November 30, 2020 | Friday, December 4, 2020 |
| Final Pretrial Conference and Hearings on Motions in Limine | Monday, January 4, 2021 at 11:00 AM | No Change |
| Trial Date | Tuesday, February 2, 2021 at 9:00 AM | No Change |

**Alicia Hou**
Special Counsel
Akerman LLP | 601 West Fifth Street, Suite 300 | Los Angeles, CA 90071
D: 213 533 5907 | T: 213 688 9500 | F: 213 627 6342
alicia.hou@akerman.com

vCard | Profile



CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.