AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br>vs.<br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. 5:17-cv-02514-JGB-SHKx<br><br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE GEO GROUP, INC.'S EX PARTE APPLICATION TO EXTEND EXPERT REBUTTAL DEADLINE, DISCOVERY CUTOFF, DEADLINE TO FILE SUMMARY JUDGMENT MOTIONS, AND NON-DISCOVERY MOTION CUTOFF** |
| THE GEO GROUP, INC.,<br><br>Counter-Claimant,<br>vs.<br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Counter-Defendant. | |

The Court, having considered Defendant The GEO Group, Inc.'s (**GEO**) *Ex Parte* Application to Extend Expert Rebuttal Deadline, Discovery Cut-Off, Deadline to File Summary Judgment Motions, and Non-Discovery Motion Cut-Off, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

For the reasons discussed in the Motion, the Court **GRANTS** GEO's ex parte application to extend the following deadlines:

| Event | Current Date | Proposed Date |
|---|---|---|
| Expert Disclosure (Rebuttal) | August 31, 2020 | September 30, 2020 |
| All Discovery Cutoff (including hearing discovery motions) | September 14, 2020 | October 30, 2020 |
| Last Date to Conduct Settlement Conference | October 12, 2020 | November 6, 2020 |
| Last Date to File Summary Judgment Motions | October 4, 2020 | November 6, 2020 (or the soonest possible date following the close of the notice period). |
| Last Date to Hear Non-Discovery Motions | November 30, 2020 | December 4, 2020 |

**IT IS SO ORDERED.**

DATED: _____          _____
                                HON. JESUS G BERNAL
                                UNITED STATES DISTRICT JUDGE