# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**DECLARATION OF LYDIA WRIGHT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO GEO'S EX PARTE APPLICATION TO EXTEND CERTAIN DEADLINES** |

I, Lydia Wright, declare that the following is true and correct based upon my personal knowledge:

1. I am an attorney for the Plaintiffs in the above-captioned action.

2. Attached hereto are the following exhibits in support of Plaintiffs' Opposition to GEO's *ex parte* Application, Dkt. 300.

3. During a conference call between the parties on August 14, 2020, GEO's counsel represented that to save money on data storage, GEO has adopted an e-discovery and document review protocol that only images the pages in a document when that document is actually reviewed.

4. Attached as **Exhibit 1** is a correct and true copy of email correspondence from myself to GEO's counsel dated August 14, 2020.

5. Attached as **Exhibit 2** is a correct and true copy of correspondence from GEO's counsel to Magistrate Kewalramani dated August 17, 2020.

6. Attached as **Exhibit 3** is a correct and true copy of email correspondence from myself to Magistrate Kewalramani dated August 18, 2020.

7. Attached as **Exhibit 4** is a correct and true copy of email correspondence from Plaintiffs' counsel to GEO's counsel dated August 18, 2020.

Dated: August 23, 2020

/s/ *Lydia A. Wright*
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
LA Bar # 37926
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765