# EXHIBIT 3

**Subject:** Re: 5:17-cv-02514, Novoa, et al. v The GEO Group

**Date:** Tuesday, August 18, 2020 at 1:07:28 PM Central Daylight Time

**From:** Lydia Wright

**To:** Alicia Hou, SHK_Chambers@cacd.uscourts.gov

**CC:** Adrienne Scheffey, Colin Barnacle, Damien Delaney, David Van Pelt, Jonathan Turner, Michael Gallion, Novoa - External

**Attachments:** image001.png, image002.png, image003.png, image004.png, image005.png, image006.png

Magistrate Kewalramani,

The following two charts were omitted from Plaintiffs' prior communication. Please accept them as an addendum to Plaintiffs' previous email.







Thank you for your consideration,

**Lydia A. Wright**
Burns Charest LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
504.799.2845 main
504.881.1765 fax

---

**From:** Lydia Wright <lwright@burnscharest.com>
**Date:** Tuesday, August 18, 2020 at 12:33 PM
**To:** Alicia Hou <alicia.hou@akerman.com>, "SHK_Chambers@cacd.uscourts.gov"
<SHK_Chambers@cacd.uscourts.gov>
**Cc:** Adrienne Scheffey <Adrienne.scheffey@akerman.com>, Colin Barnacle
<colin.barnacle@akerman.com>, Damien Delaney <Damien.delaney@akerman.com>, David Van Pelt
<david.vanpelt@akerman.com>, Jonathan Turner <jonathan.turner@akerman.com>, Michael Gallion
<michael.gallion@akerman.com>, Novoa - External <Novoa-External@burnscharest.com>
**Subject:** Re: 5:17-cv-02514, Novoa, et al. v The GEO Group

Magistrate Kewalramani,

Per the Court's August 7 Order (Dkt. 290), GEO has represented that it will be substantially compliant with its document productions by September 7—only one week before the discovery cutoff in this case. Now, GEO represents that it cannot even *estimate* the number of pages "and other materials" that remain to be produced. By GEO's own count, there are approximately 32,000 responsive documents (of an unknown number of pages) which it has not produced, and less than 5,000 documents are awaiting ICE review. GEO admits that it sent those documents to ICE less than two weeks ago, on August 6, 2020. As a result, there are at least 27,000 documents which GEO has not even submitted for ICE review yet.

Plaintiffs understand that the reason GEO cannot estimate the number of pages to be produced is the result of intentional cost-savings that GEO has sought in responding to Plaintiffs' requests. Specifically, GEO's counsel represented to Plaintiffs that to save money on data storage, the company has adopted an e-discovery and document review protocol that only images the pages in a document--and thus, tells how many pages it contains--when that document is actually reviewed. But that savings comes with a cost:  GEO now informs Plaintiffs and this Court that it intends to process 5 times the total volume of documents it has produced since November 2018 (*i.e.*, 32,000 vs. 6600) over the course of the next three weeks.

If past is prologue, and GEO's production of 6600 documents yielding 77,000 pages to date offers any guidance, Plaintiffs are expected to review over 350,000 pages of new documents on the eve of the discovery deadline. Plaintiffs will be expected identify deficiencies, raise objections to redactions and privilege claims, and determine whether any additional testimony is necessary. And they will have to do all this after the last day to initiate conferrals under Rule 37-1 necessary to comply with the Court's deadline for hearing discovery-related motions.   GEO's proposed substantial compliance deadline of September 7 thus violates the District Court's scheduling order by making compliance with several of its deadlines impossible.

For the Court's reference, the charts below summarize GEO's production of documents to date.









Considering the circumstances and the timeline of this case, including the close of discovery in three weeks, it appears that GEO's intent is to deprive Plaintiffs of discoverable information.

Plaintiffs seek a conference with the Court as soon as possible to discuss GEO's representations and ongoing failure to produce responsive documents.

Thank you,

**Lydia A. Wright**
Burns Charest LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
504.799.2845 main
504.881.1765 fax

---

**From:** "alicia.hou@akerman.com" <alicia.hou@akerman.com>
**Date:** Monday, August 17, 2020 at 8:09 PM
**To:** "SHK_Chambers@cacd.uscourts.gov" <SHK_Chambers@cacd.uscourts.gov>, Lydia Wright <lwright@burnscharest.com>
**Cc:** Adrienne Scheffey <Adrienne.scheffey@akerman.com>, Colin Barnacle <colin.barnacle@akerman.com>, Damien Delaney <Damien.delaney@akerman.com>, David Van Pelt <david.vanpelt@akerman.com>, Jonathan Turner <jonathan.turner@akerman.com>, Michael Gallion <michael.gallion@akerman.com>, Novoa - External <Novoa-External@burnscharest.com>
**Subject:** 5:17-cv-02514, Novoa, et al. v The GEO Group

Magistrate Kewalramani,

As directed by the Court's August 14, 2020 minute order, please find attached GEO's letter to the Court outlining status of documents pending review.

Thank you,

**Alicia Hou**
Special Counsel
Akerman LLP I 601 West Fifth Street, Suite 300 I Los Angeles, CA 90071
D: 213 533 5907 I T: 213 688 9500 I F: 213 627 6342
alicia.hou@akerman.com

vCard | Profile



CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.