# EXHIBIT 4

Case 5:17-cv-02514-JGB-SHK   Document 301-5   Filed 08/23/20   Page 1 of 3   Page ID #:6347

| | |
|---|---|
| **Subject:** | Re: 5:17-cv-02514, Novoa, et al. v The GEO Group |
| **Date:** | Saturday, August 22, 2020 at 3:43:00 PM Central Daylight Time |
| **From:** | Andrew Free |
| **To:** | Alicia Hou, Adrienne Scheffey |
| **CC:** | Novoa - External |

Alicia:

We never got a response to these questions. Can you please provide one?

Thank you,

Andrew

Tel: (844) 321-3221 Fax: (615) 829-8959
Andrew@ImmigrantCivilRights.com
Mail: P.O. Box 90568 Nashville, TN 37209
**NEW OFFICE ADDRESS (BY APPOINTMENT ONLY)** : 414 Union Street Suite 900 Nashville, TN 37219
**www.Resist.Law**
Licensed to Practice in Tennessee


On Tue, Aug 18, 2020 at 2:45 PM Andrew Free <andrew@immigrantcivilrights.com> wrote:
> Alicia:
>
> Do you have a rough estimate of the data volume of the currently outstanding docs for production? We're looking for GB/TB numbers.
>
> It appears TrustPoint may be using Relativity. Can you please confirm this, or if that's not correct, offer the system they're using?
>
> Can you also advise whether GEO is using TAR for the outstanding productions, and if so, which tools (e.g., de-duping)?
>
> We're asking because we're trying to figure out how we're going to be processing what GEO's about to be handing over, and to get a sense of the general burden right now.
>
> Thanks very much,
>
> Andrew
>
> Tel: (844) 321-3221 Fax: (615) 829-8959
> Andrew@ImmigrantCivilRights.com
> Mail: P.O. Box 90568 Nashville, TN 37209
> **NEW OFFICE ADDRESS (BY APPOINTMENT ONLY)** : 414 Union Street Suite 900 Nashville, TN 37219
> **www.Resist.Law**
> Licensed to Practice in Tennessee

On Mon, Aug 17, 2020 at 9:09 PM <alicia.hou@akerman.com> wrote:

> Magistrate Kewalramani,
>
> As directed by the Court's August 14, 2020 minute order, please find attached GEO's letter to the Court outlining status of documents pending review.
>
> Thank you,
>
> **Alicia Hou**
>
> Special Counsel
>
> Akerman LLP | 601 West Fifth Street, Suite 300 | Los Angeles, CA 90071
>
> D: 213 533 5907 | T: 213 688 9500 | F: 213 627 6342
>
> alicia.hou@akerman.com
>
> vCard | Profile
>
> CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.