# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**[PROPOSED] ORDER DENYING GEO'S EX PARTE APPLICATION TO EXTEND CERTAIN DEADLINES** |

The Court, having considered GEO's *ex parte* Application to Extend Certain Deadlines, Dkt. 300, hereby DENIES the Application.

**IT IS SO ORDERED.**

Dated this \_\_\_\_\_ day of _____ , 2020.

_____
Hon. Jesus Bernal
United States District Judge