**AKERMAN LLP**
MICHAEL L. GALLION (SBN 189128)
DAVID VAN PELT (SBN 163690)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Email: michael.gallion@akerman.com
Email: david.vanpelt@akerman.com

COLIN L. BARNACLE (admitted *pro hac vice*)
ADRIENNE SCHEFFEY (admitted *pro hac vice*)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email: colin.barnacle@akerman.com
Email: adrienne.scheffey@akerman.com

Attorneys for Defendant
THE GEO GROUP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br>vs.<br>THE GEO GROUP, INC.,<br>Defendant. | Case No. 5:17-cv-02514-JGB-SHKx<br><br>Assigned to Hon. Jesus G. Bernal<br><br>**DECLARATION OF ALICIA Y. HOU IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO APPROVE CLASS NOTICE PLAN AND FORM OF NOTICE** |
| THE GEO GROUP, INC.,<br><br>Counter-Claimant,<br>vs.<br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Counter-Defendant. | TAC Filed: September 16, 2019<br>SAC Filed: December 24, 2018<br>FAC Filed: July 6, 2018<br>Complaint Filed: December 19, 2017<br>Trial Date: February 2, 2021 |

54357349;1

Case No. 5:17-cv-02514-JGB-SHKx

**DECLARATION OF ALICIA Y. HOU IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS MOTION TO APPROVE CLASS NOTICE**

# DECLARATION OF ALICIA Y. HOU

I, ALICIA Y. HOU, declare as follows:

1. I am over 18 years of age and have personal knowledge of the facts and circumstances set forth in this declaration, and if called upon to do so, I could and would competently testify thereto.

2. I am an attorney licensed to practice law in the State of California. I am an attorney with the law firm Akerman, LLP, attorneys of record for Defendant The GEO Group, Inc. (**GEO**) in this action.

3. This declaration is made in support of GEO's Opposition to Plaintiffs' Motion to Approve Class Notice Plan and Form of Notice.

4. Plaintiffs did not begin the conferral process with GEO until early July and pressured GEO to return comments, confer, and resolve material issues contained in seven notices within a mere fourteen days. A true and correct copy of Plaintiffs' counsel's conferral e-mail to me is attached as **Exhibit A**.

5. In good faith, GEO provided comments by Plaintiffs' arbitrary deadline of July 27, 2020. That same day, on July 27, Plaintiffs' counsel Mallory Biblo and I had a telephone call to confer about the contents of their Motion. Ms. Biblo and I had a further conferral call on July 31, 2020.

6. On August 4, 2020, following the parties' July 31 conferral call, I e-mailed Ms. Biblo and asked, among other inquiries, whether Plaintiffs intended on issuing mail notice. A true and correct copy of my August 4 e-mail to Plaintiffs' counsel highlighting the mail issue is attached as **Exhibit B**.

7. During the conferral process, Plaintiffs' counsel provided me a list of outreach organizations through which they intend on sending e-mail notice. A true and correct copy of the excel spreadsheet I received from Plaintiffs' counsel outlining the list of outreach organizations is attached as **Exhibit C**.

8. Plaintiffs' counsel stated on one of the two conferral calls that they did not have website mockups ready and would not be able to present one to me prior to their filing of the motion.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on August 24, 2020 at Los Angeles, California.

/s/ *Alicia Y. Hou*
Alicia Y. Hou

**AKERMAN LLP**
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

54357349;1 | 2 | CASE NO. 5:17-CV-02514-JGB-SHKx

**DECLARATION OF ALICIA Y. HOU IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS MOTION TO APPROVE CLASS NOTICE**