# EXHIBIT C

*AGG - Outreach Contact List*

| | RELIGIOUS CHARITY ORGANIZATIONS | Email | Website or Other Address | | | |
|---|---|---|---|---|---|---|
| 1 | Roman Catholic Diocese of San Bernardino | jandrews@sbdiocese.org | https://www.sbdiocese.org/ | | | |
| 2 | Episcopal Diocese of Los Angeles and Episcopal News | jtaylor@ladiocese.org | https://diocesela.org/ | | | |
| 3 | Pacifica Synod, ELCA (Evangelical Lutheran Church of America) Lutheran Center of Mission & Learning | office@pacificasynod.org | http://www.pacificasynod.org/ | | | |
| 4 | Salvation Army - Victor Valley Corps (Community Center) | matthew.farias@usw.salvationarmy.org | https://victorvalley.salvationarmy.org/ | | | |
| 5 | Adelanto Foursquare Church | mdeanmullen@me.com | https://www.foursquare.org/locator/?church=30012  \|  Main Office:  The Foursquare Church;  1910 W. Sunset Blvd., Suite 200;  Los Angeles 90026 | | | |
| 6 | Desert Streams Baptist Church | pastor@desertstreams.church | https://www.desertstreams.church/ | | | |
| 7 | Impact Christian Church - Offices | dane@greaterimpact.cc | https://greaterimpact.cc/ | | | |
| 8 | Catholic Charities East Bay | volunteer@cceb.org | https://www.cceb.org/ | | | |
| 9 | Catholic Relief Services | pressinquiries@crs.org | https://www.crs.org/get-involved/lead-way?red=stj | | | |
| 10 | Evangelical Immigration Table | info@evangelicalimmigrationtable.com | http://evangelicalimmigrationtable.com/contact/ | | | |
| 11 | Catholic Charities of San Bernardino - Refugee and Immigration Services | info@ccsbriv.org | http://www.ccsbriv.org/ | | | |

| | CALIFORNIA IMMIGRATION ORGANIZATIONS/SERVICES | Email | Website | | | |
|---|---|---|---|---|---|---|
| 1 | Access California Services | info@accesscal.org | http://www.accesscal.org/ | | | |
| 2 | Alliance San Diego | andrea@alliancesd.org; chris@alliancesd.org | https://www.alliancesd.org/ | | | |
| 3 | American Civil Liberties Union (ACLU) of San Diego & Imperial Counties | info@aclusandiego.org | https://www.aclusandiego.org/ | | | |
| 4 | American Civil Liberties Union (ACLU) of Northern California | info@aclunc.org | https://www.aclunc.org/home | | | |
| 5 | American Friends Service Committee "US-Mexico Border Program" | usmexborder@afsc.org | https://www.afsc.org/office/san-diego-ca | | | |
| 6 | California Community Colleges (undocumented student services) | info@cccco.edu | https://www.cccco.edu/Students/Support-services/Special-population/Undocumented-Students | | | |
| 7 | California Community Foundation | info@calfund.org | https://www.calfund.org/familiestogether/ | | | |
| 8 | California Dept of Social Services (CDSS) | piar@dss.ca.gov | https://www.cdss.ca.gov/immigration-services | | | |
| 9 | California Immigrant Policy Center | info@Caimmigrant.org; cchang@caimmigrant.org | https://caimmigrant.org/ | | | |
| 10 | California Immigrant Youth Justice Alliance | Info@ciyja.org | https://ciyja.org/ | | | |
| 11 | Coalition for Humane Immigration Rights of Los Angeles (CHIRLA) | action@chirla.org | https://www.chirla.org/ | | | |
| 12 | Esperanza Immigrant Rights Project | portiz@ccharities.org | https://www.esperanza-la.org/contact | | | |
| 13 | Federation of Zacatecan Clubs of Southern California | presidente@federacionzacatecana.org | http://federacionzacatecana.org/ | SPANISH LANGUAGE | | |
| 14 | Human Rights Watch | http://www.hrw.org/en/contact/los-angeles | https://www.hrw.org/about/get-local/los-angeles | | | |
| 15 | Immigration Center for Women and Children | info@icwclaw.org | https://www.icwclaw.org/ | | | |
| 16 | Immigration Institute of the Bay Area | sfinfo@iibayarea.org; redwoodcity@iibayarea.org; oakland@iibayarea.org; brentwood@iibayarea.org; fremont@iibayarea.org; napainfo@iibayarea.org; sonoma@iibayarea.org | https://iibayarea.org/ | | | |
| 17 | OTAN - Outreach and Technical Assistance Network | support@otan.us | https://otan.us/about-us/ | Citizenship classes | | |
| 18 | San Diego Immigrant Rights Consortium | erin@alliancesd.org; hiram@alliancesd.org | https://www.immigrantsandiego.org/ | | | |
| 19 | San Diego Rapid Response Network | SDRRNmedia@gmail.com | http://www.rapidresponsesd.org/ | | | |
| 20 | World Relief - Southern California | lduncan@wr.org | | | | |
| 21 | World Relief Modesto | dperry@wr.org | https://worldreliefmodesto.org/ | | | |
| 22 | World Relief Sacramento | kham@wr.org | https://worldreliefsacramento.org/immigration-legal-services | | | |

| | NATIONAL IMMIGRATION ORGANIZATIONS/SERVICES | Email | Website | | | |
|---|---|---|---|---|---|---|
| 1 | American Immigration Council | info@immcouncil.org | https://www.americanimmigrationcouncil.org | | | |
| 2 | Colibre Center (finding persons who crossed Mexican border) | info@colibricenter.org | https://colibricenter.org/ | | | |
| 3 | Farmworker Justice | https://www.farmworkerjustice.org/contact | https://www.farmworkerjustice.org/ | | | |
| 4 | Freedom for Immigrants | CFialho@freedomforimmigrants.org; CMansfield@freedomforimmigrants.org | https://www.freedomforimmigrants.org/ | | | |
| 5 | Grantmakers Concerned with Immigrants and Refugees (GCIR) | admin@gcir.org | https://www.gcir.org/ | | | |
| 6 | Hispanic Federation | https://hispanicfederation.org/forward/ | https://hispanicfederation.org/ | | | |
| 7 | Mi Familia Vota | media@mifamiliavota.org | https://www.mifamiliavota.org/ | | | |
| 8 | National Network for Immigrant and Refugee Rights (NNIRR) | nnirrinfo@nnirr.org | https://www.nnirr.org/ | | | |
| 9 | Human Rights Initiative | bholston@hrionline.org | https://hrionline.org/ | | | |
| 10 | National Immigration Law Center | reply@nilc.org | https://www.nilc.org/ | | | |
| 11 | National Immigration Forum | anoorani@immigrationforum.org | https://immigrationforum.org/ | | | |
| 12 | RACIES - Refugee & Immigrant Center for Education and Legal Services | media@raicestexas.org. | https://www.raicestexas.org/what-we-do | | | |