UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 17-02514-JGB (SHKx) | Date | August 24, 2020 |
| Title | *Raul Novoa v. The GEO Group, Inc.* | | |

| | |
|---|---|
| Present: The Honorable | **JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE** |
| Maynor Galvez / Noe U. Ponce | Phyllis A. Preston |
| Deputy Clerks | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Lydia A. Wright (Telephone) | Alicia Y. Hou (Telephone) |
| Robert Andrew Free (Telephone) | Michael L. Gallion (Telephone) |
| Daniel H. Charest (Telephone) | David Van Pelt (Telephone) |
| E. Lawrence Vincent (Telephone) | |
| Mallory T. Biblo (Telephone) | |
| Theodore W. Maya (Telephone) | |

**Proceedings:** Telephonic Status Conference and Order Denying Defendant's Ex Parte Application to Extend Deadlines (Dkt. No. 300) – (Held and Completed)

Counsel state their appearances by telephone.

The Court confers with counsel and hears oral argument.

The Court hereby denies Defendant's ex parte application to extend the deadlines.

The Court orders the parties to meet and confer and file a properly noticed motion.

**IT IS SO ORDERED.**

Time: <u>00:20</u>
Initials of Preparer: <u>MG/NP</u>