UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

Case No.  **EDCV 17-2514 JGB (SHKx)**   Date  August 27, 2020

Title  *Raul Novoa et al. v. The GEO Group*

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **Order DENYING Defendant The GEO Group's Ex Parte Application to Extend Certain Deadlines (Dkt. No. 300) (IN CHAMBERS)**

Before the Court is Defendant's ex parte application to extend the deadlines for expert rebuttal, discovery cut-off, summary judgment motions, and non-discovery motion cut-off, filed on August 21, 2020. ("Application," Dkt. No. 300.) Plaintiffs filed an opposition on August 23, 2020. (Dkt. No. 301.) On August 24, 2020, the Court held a telephonic conference on the Application and the trial schedule. After considering arguments from both parties, the Court DENIES the Application. While Defendant failed to show ex parte relief is warranted,[1] it may renew its request through a regular noticed motion. The Court directs the parties to meet and confer with respect to a possible briefing schedule.

**IT IS SO ORDERED.**

---

[1] Defendant failed to show its case will be irreparably damaged if the underlying motion to extend deadlines is heard according to regular motion procedures, or that it is without fault in creating the conditions requiring ex parte relief. See Mission Power Eng'g Co. v. Cont'l Cas. Co., 883 F. Supp. 488, 492 (C.D. Cal. 1995).