

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. 5:17-cv-02514-JGB-SHKx<br><br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE GEO GROUP, INC.'S MOTION TO CONTINUE TRIAL AND PRETRIAL DATES AND REOPEN DISCOVERY** |
| THE GEO GROUP, INC.,<br><br>Counter-Claimant,<br><br>vs.<br><br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Counter-Defendant. | |

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

1

CASE NO. 5:17-CV-02514-JGB-SHKx

**[PROPOSED] ORDER**

The Court, having considered Defendant The GEO Group, Inc.'s (**GEO**) Motion to Continue Trial and Pretrial Deadlines and Reopen Discovery in the above-captioned matter, including all arguments raised in opposition thereto, argument of counsel, and the entire record herein, and having found good cause, HEREBY ORDERS AS FOLLOWS:

The Court **GRANTS** GEO's Motion to extend the following deadlines:

| Event | Current Date | Proposed Date |
|---|---|---|
| All Discovery Cutoff (including hearing discovery motions) | Monday, September 14, 2020 | Thursday, January 14, 2021 |
| Last Date to Conduct Settlement Conference | Monday, October 12, 2020 | Friday, February 12, 2020 |
| Last Date to File Summary Judgment Motions | Wednesday October 4, 2020 | Thursday, February 4, 2021 |
| Last Date to Hear Non-Discovery Motions | Monday, November 30, 2020 | Tuesday, March 30, 2021 |
| Final Pretrial Conference and Hearings on Motions in Limine | Monday, January 4, 2021 at 11:00 AM | Tuesday, May 4, 2021 at 11:00 AM |
| Trial Date | Tuesday, February 2, 2021 at 9:00 AM | Wednesday, June 2, 2021 |

**IT IS SO ORDERED.**

DATED: _____          _____

HON. JESUS G BERNAL
UNITED STATES DISTRICT JUDGE

**AKERMAN LLP**
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

**[PROPOSED] ORDER**