**AKERMAN LLP**
MICHAEL L. GALLION (SBN 189128)
DAVID VAN PELT (SBN 163690)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone:  (213) 688-9500
Facsimile:   (213) 627-6342
Email:  michael.gallion@akerman.com
Email:  david.vanpelt@akerman.com

COLIN L. BARNACLE (admitted *pro hac vice*)
ADRIENNE SCHEFFEY (admitted *pro hac vice*)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  (303) 260-7712
Facsimile:   (303) 260-7714
Email:  colin.barnacle@akerman.com
Email:  adrienne.scheffey@akerman.com

Attorneys for Defendant
THE GEO GROUP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br>vs.<br>THE GEO GROUP, INC.,<br>Defendant.<br><br>THE GEO GROUP, INC.,<br>Counter-Claimant,<br>vs.<br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br>Counter-Defendant. | Case No. 5:17-cv-02514-JGB-SHKx<br><br>Assigned to Hon. Jesus G. Bernal<br><br>**DECLARATION OF DAVID VAN PELT IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S *EX PARTE* APPLICATION TO SHORTEN TIME AND ADVANCE HEARING ON DEFENDANT'S MOTION TO CONTINUE TRIAL AND PRETRIAL DATES AND REOPEN DISCOVERY**<br><br>TAC Filed:         September 16, 2019<br>SAC Filed:         December 24, 2018<br>FAC Filed:         July 6, 2018<br>Complaint Filed: December 19, 2017<br>Trial Date:          February 2, 2021 |

54324559;1

1    CASE NO. 5:17-CV-02514-JGB-SHKx

**DECLARATION OF DAVID VAN PELT IN SUPPORT OF DEFENDANT'S EX PARTE APPLICATION TO SHORTEN TIME**

# DECLARATION OF DAVID VAN PELT

I, David Van Pelt, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a Partner at the law firm Akerman, LLP which serves as counsel of record for Defendant The GEO Group, Inc. (**GEO**) in this action. The matters set forth herein are known to me of my own personal knowledge, unless set forth on information and belief in which case I am so informed and believe the matters to be true.

2. This declaration is made in support of GEO's *Ex Parte* Application to Shorten Time and Advance Hearing on Defendant's Motion to Continue Trial and Pretrial Dates and Reopen Discovery.

3. On August 21, 2020, GEO applied for an *Ex Parte* Application to Continue the Discovery and Motion Cutoffs. The Court denied GEO's application on August 24, 2020; however, the Court ordered the parties to "meet and confer" regarding the Court's Scheduling Order and "file a properly noticed motion" to continue the dates.

4. I participated in numerous meet and confer phone conferences with Plaintiffs' counsel regarding possible continuance of the pending deadlines in the case. I participated in phone conferences with plaintiffs' counsel on August 24, August 28, August 29, and September 4. During a phone call with counsel for Plaintiff Andre Free on August 28, he stated words to the effect that GEO had satisfied its meet and confer obligation regarding the filing of a motion to continue trial. Despite these efforts, counsel for the Parties were unable to reach agreement regarding an appropriate modification of the Scheduling Order. In fact, Plaintiffs' counsel would not agree to any change to the September 14 deadline, and no change to any pending deadlines in this case except for a two-week extension on the date for hearing dispositive motions.

5. The Motion to Continue Trial and Pretrial Dates and Reopen Discovery ("Motion to Continue") was filed on September 4. On that date, I requested that counsel for Plaintiffs agree to some sort of expedited briefing schedule, so that the Motion to Continue could be heard on shortened time. Plaintiffs' counsel declined to agree to any modified schedule.

6. GEO's Motion to Continue raises essentially the same arguments and issues which were already briefed by Plaintiffs in response to GEO's *Ex Parte* Continuance, which was filed with the Court on August 21, 2020.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 9th day of September 2020 at Los Angeles, California.

/s/David Van Pelt
David Van Pelt

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

54324559;1

2

CASE NO. 5:17-CV-02514-JGB-SHKx

**DECLARATION OF DAVID VAN PELT IN SUPPORT OF DEFENDANT'S EX PARTE APPLICATION TO SHORTEN TIME**