AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. 5:17-cv-02514-JGB-SHKx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE GEO GROUP, INC.'S *EX PARTE* APPLICATION TO SHORTEN TIME AND ADVANCE HEARING ON DEFENDANT'S MOTION TO CONTINUE TRIAL AND PRETRIAL DATES AND REOPEN DISCOVERY** |
| THE GEO GROUP, INC.,<br><br>Counter-Claimant,<br><br>vs.<br><br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Counter-Defendant. | |

The Court, having considered Defendant The GEO Group, Inc.'s (**GEO**) *Ex Parte* Application to Shorten Time and Advance Hearing on Defendant's Motion to Continue Trial and Pretrial Dates and Reopen Discovery in the above-captioned matter, and the entire record herein, and having found good cause, HEREBY ORDERS AS FOLLOWS:

The Court **GRANTS** GEO's *Ex Parte* Application to Shorten Time and Advance Hearing on Defendant's Motion to Continue Trial and Pretrial Dates and Reopen Discovery and extends the deadlines below as follows:

| Event | Current Date | Advanced To |
|---|---|---|
| Hearing on Defendant's Motion to Continue Trial and Pretrial Dates and Reopen Discovery | Monday, October 5, 2020 | Monday, September 14, 2020 |
| Plaintiff's Deadline to file opposition to Defendant's Motion | Monday, September 14, 2020 | Friday, September 11, 2020 |

**IT IS SO ORDERED.**

DATED: _____

HON. JESUS G BERNAL
UNITED STATES DISTRICT JUDGE