Name and address:
Lawrence D. Silverman
lawrence.silverman@akerman.com
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Telephone: 305.374.5600
Facsimile: 305.374.5095

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, RAMON MANCIA, et al.

Plaintiff(s)

v.

THE GEO GROUP, INC.

Defendant(s).

CASE NUMBER

5:17-cv-02514-JGB-SHKx

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Silverman, Lawrence D.

*Applicant's Name (Last Name, First Name & Middle Initial)*

305.374.5600

*Telephone Number*

305.374.5095

*Fax Number*

lawrence.silverman@akerman.com

*E-Mail Address*

of

Akerman LLP
98 Southeast Seventh Street, Suite 1100
Miami, Florida, 33131

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

The GEO Group, Inc.

*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Robbins, Ellen S.

*Designee's Name (Last Name, First Name & Middle Initial)*

298044

*Designee's Cal. Bar No.*

213.688.9500

*Telephone Number*

213.627.6342

*Fax Number*

ellen.robbins@akerman.com

*E-Mail Address*

of

Akerman LLP
601 West Fifth Street, Suite 300
Los Angeles, California 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**