# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> **THE GEO GROUP, INC.**, <br><br> *Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx <br><br><br> **[PROPOSED] ORDER DENYING GEO'S MOTION TO CONTINUE TRIAL AND PRETRIAL DATES AND REOPEN DISCOVERY** |

The Court, having considered GEO's Motion to Continue Trial and Pretrial Dates and Reopen Discovery, Dkt. 311, hereby DENIES the Motion.

**IT IS SO ORDERED.**

Dated this _____ day of _____ , 2020.

_____
Hon. Jesus Bernal
United States District Judge

5:17-CV-02514-JGB