Name and address:
Lawrence D. Silverman
lawrence.silverman@akerman.com
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Telephone: 305.374.5600
Facsimile: 305.374.5095

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, RAMON MANCIA, et al.<br><br>Plaintiff(s)<br>v. | CASE NUMBER<br><br>5:17-cv-02514-JGB-SHKx |
|---|---|
| THE GEO GROUP, INC.<br><br>Defendant(s). | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Silverman, Lawrence D.                                     of

*Applicant's Name (Last Name, First Name & Middle Initial*

305.374.5600                    305.374.5095

*Telephone Number                     Fax Number*

lawrence.silverman@akerman.com

*E-Mail Address*

Akerman LLP
98 Southeast Seventh Street, Suite 1100
Miami, Florida, 33131

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

The GEO Group, Inc.

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Robbins, Ellen S.                                     of

*Designee's Name (Last Name, First Name & Middle Initial*

298044                    213.688.9500           213.627.6342

*Designee's Cal. Bar No.      Telephone Number        Fax Number*

*E-Mail Address*

Akerman LLP
601 West Fifth Street, Suite 300
Los Angeles, California 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
   ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: September 14, 2020**

**Jesus G. Bernal, U.S. District Judge**