UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL NOVOA, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>THE GEO GROUP, INC.,<br><br>                    Defendant. | Case No. 5:17-cv-02514-JGB (SHK)<br><br>**ORDER EXTENDING DISCOVERY MOTION DEADLINE TO OCTOBER 2, 2020 AND SETTING BRIEFING SCHEDULE ON OUTSTANDING DISCOVERY ISSUES** |

To allow for the resolution of late occurring discovery disputes, the Court, sua sponte, ORDERS as follows:

1. The deadline to file discovery related motions is extended to October 2, 2020.

2. The moving party(ies) discovery related brief(s), not exceeding 10 pages, exclusive of attachments, shall be filed by 5 p.m. PDT on September 30, 2020.  An opposition, if any, not exceeding 10 pages, exclusive of attachments, shall be filed by 5 p.m. PDT on October 1, 2020.  The pleadings shall be in accordance with Local Rule 11-3.

3. The parties are to continue to meet and confer in order to resolve as many discovery related issues as possible and shall attach a certification to their discovery related briefing that they have engaged in good faith discussions related to the outstanding discovery issues.

**IT IS SO ORDERED.**

Dated: September 23, 2020

_____
HONORABLE JESUS G. BERNAL
United States District Judge

Presented by:

_____/s/_____
HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge

2