Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

Counsel for Plaintiffs
***Additional Counsel on Signature Page***

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION REGARDING DISCOVERY DISPUTE**<br><br>Date: October 2, 2020<br>Time: 2 p.m. PT<br>Courtroom: 3 or 4, 3rd Floor<br>Judge: Magistrate Judge Shashi H. Kewalramani |

# NOTICE OF MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on October 2, 2020 at 2 p.m. PT, or on any such date and time as may be specified by the Court, in the courtroom of Magistrate Judge Shashi H. Kewalramani, Unites States District Court for the Central District of California, George E. Brown, Jr. Federal Building and United States Courthouse, 3470 Twelfth Street, Riverside, California, 92501-3801, Plaintiffs Raul Novoa, Jaime Campos Fuentes, Abdiaziz Karim and Ramon Mancia ("Plaintiffs") will and hereby do move for an order related to the following discovery dispute.

Plaintiffs hereby submit their Opening Brief in support of a motion for an order requiring Defendant The GEO Group, Inc. to (1) produce information it has redacted under the law enforcement privilege, and (2) produce information it has redacted under the deliberative process privilege.

The Motion follows multiple conferences of counsel concerning these issues. This Motion is based on this Notice of Motion, the accompanying Memorandum in Support, the accompanying Declaration of Lydia Wright, and the arguments of counsel at the pre-motion conference and at any hearing the Court may hold on these matters.

| | |
|---|---|
| Dated:  September 30, 2020 | Respectfully submitted, |
| | */s/ Lydia A. Wright* |
| | Korey A. Nelson (admitted *pro hac vice*) |
| | knelson@burnscharest.com |
| | LA Bar # 30002 |
| | Lydia A. Wright (admitted *pro hac vice*) |
| | lwright@burnscharest.com |
| | LA Bar # 37926 |
| | **BURNS CHAREST LLP** |
| | 365 Canal Street, Suite 1170 |
| | New Orleans, LA 70130 |
| | Telephone: (504) 799-2845 |
| | Facsimile: (504) 881-1765 |
| | |
| | Warren Burns (admitted *pro hac vice*) |
| | wburns@burnscharest.com |
| | TX Bar # 24053119 |
| | Daniel H. Charest (admitted *pro hac vice*) |
| | dcharest@burnscharest.com |
| | TX Bar # 24057803 |
| | Will Thompson (CA Bar # 289012) |
| | wthompson@burnscharest.com |
| | E. Lawrence Vincent (admitted *pro hac vice*) |
| | lvincent@burnscharest.com |
| | TX Bar # 20585590 |
| | Mallory Biblo (admitted *pro hac vice*) |
| | mbiblo@burnscharest.com |
| | TX Bar # 24087165 |
| | **BURNS CHAREST LLP** |
| | 900 Jackson St., Suite 500 |
| | Dallas, Texas 75202 |
| | Telephone: (469) 904-4550 |
| | Facsimile: (469) 444-5002 |
| | |
| | R. Andrew Free (admitted *pro hac vice*) |
| | andrew@immigrantcivilrights.com |
| | TN Bar # 030513 |
| | **LAW OFFICE OF R. ANDREW FREE** |
| | P.O. Box 90568 |
| | Nashville, TN 37209 |
| | Telephone: (844) 321-3221 |

Facsimile: (615) 829-8959

Nicole Ramos (admitted *pro hac vice*)
nicole@alotrolado.org
NY Bar # 4660445
**AL OTRO LADO**
511 E. San Ysidro Blvd., # 333
San Ysidro, CA 92173
Telephone: (619) 786-4866

Robert Ahdoot (CA Bar # 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Theodore W Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com
Alex R. Straus (CA Bar # 321366)
astraus@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone:  (310) 474-9111
Fax:  (310) 474-8585

*Class Counsel*

# CERTIFICATE OF SERVICE

I, Lydia A. Wright, electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

Dated: September 30, 2020

*/s/ Lydia Wright*
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
LA Bar # 37926
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765