# EXHIBIT D

Novoa v. GEO Group, 5:17-cv-02514-JBG-SHKx
GEO's Revised Privilege Log - Production Volume 14

| Bates | Responsiveness of Withheld Document | Document Type | Family Relationship | MasterDate | Custodian | Author / Sender | Recipients | Persons Copied | Subject / File Name | Scope of Privilege | Privilege Type | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Documents redacted at ICE's request** | | | | | | | | | | | | |
| GEO-Novoa_00035250 to GEO-Novoa_00035252 | Responsive | Email communication | P | 11/15/12 | Enterprise Vault | James Black | Cheryl Nelson | | RE: Adelanto Detention Facility Medical Focus Review - ERO-IGSA-11-0003 | Redacted | Redacted Deliberative Materials | Email contains information protected as deliberative material. |
| GEO-Novoa_00035253 to GEO-Novoa_00035255 | Responsive | Email communication | P | 11/15/12 | Enterprise Vault | Timothy Robbins <timothy.s.robbins@ice.dhs.gov> | James Black | David A. Marin <david.a.marin@ice.dhs.gov> | RE_ Adelanto Detention Facility Medical Focus Review - ERO-IGSA-11-0003.msg | Redacted | Redacted Deliberative Materials | Email contains information protected as deliberative material. |
| GEO-Novoa_00035256 to GEO-Novoa_00035257 | Responsive | Email communication | P | 11/15/12 | Enterprise Vault | James Black | Timothy S. Robbins <timothy.s.robbins@ice.dhs.gov> | David A. Marin <david.a.marin@ice.dhs.gov> | RE_ Adelanto Detention Facility Medical Focus Review - ERO-IGSA-11-0003.msg | Redacted | Redacted Deliberative Materials | Email contains information protected as deliberative material. |
| GEO-Novoa_00035258 to GEO-Novoa_00035260 | Responsive | Email communication | P | 11/15/12 | Enterprise Vault | James Black | Cheryl Nelson; Jeffrey Wrigley | | FW_ Adelanto Detention Facility Medical Focus Review - ERO-IGSA-11-0003.msg | Redacted | Redacted Deliberative Materials | Email contains information protected as deliberative material. |
| GEO-Novoa_00035261 to GEO-Novoa_00035278 | Responsive | Document | A | 11/15/12 | Enterprise Vault | | | | Adelanto - Pomplun Respose - IHSC Review.pdf | Redacted | Redacted Deliberative Materials; Law Enforcement Sensitive | Document contains information protected as deliberative material and as law enforcement sentitive |
| GEO-Novoa_00035279 to GEO-Novoa_00035281 | Responsive | Email communication | P | 11/15/12 | Enterprise Vault | James Black | Daniel A. Pomplun <daniel.a.pomplun@ice.dhs.gov> | | FW_ Adelanto Detention Facility Medical Focus Review - ERO-IGSA-11-0003.msg | Redacted | Redacted Deliberative Materials | Email contains information protected as deliberative material. |
| GEO-Novoa_00035282 to GEO-Novoa_00035283 | Responsive | Email communication | P | 11/15/12 | Enterprise Vault | James Black | Daniel A. Pomplun <daniel.a.pomplun@ice.dhs.gov> | Matt Holm; David A. Marin <david.a.marin@ice.dhs.gov>; jhart@ci.adelanto.ca.us | RE_ Adelanto Detention Facility Medical Focus Review - ERO-IGSA-11-0003.msg | Redacted | Redacted Deliberative Materials | Email contains information protected as deliberative material. |
| GEO-Novoa_00035284 to GEO-Novoa_00035301 | Responsive | Document | A | 11/15/12 | Enterprise Vault | | | | Adelanto - Pomplun Respose - IHSC Review.pdf | Redacted | Redacted Deliberative Materials; Law Enforcement Sensitive | Document contains information protected as deliberative material and as law enforcement sentitive |
| GEO-Novoa_00035302 to GEO-Novoa_00035304 | Responsive | Email communication | P | 11/15/12 | Enterprise Vault | Jeffrey Wrigley | James Black | | RE_ Adelanto Detention Facility Medical Focus Review - ERO-IGSA-11-0003.msg | Redacted | Redacted Deliberative Materials | Email contains information protected as deliberative material. |
| GEO-Novoa_00035305 to GEO-Novoa_00035308 | Responsive | Email communication | P | 11/16/12 | Enterprise Vault | Matt Holm | Daniel A. Pomplun <daniel.a.pomplun@ice.dhs.gov> | | RE_ Adelanto Detention Facility Medical Focus Review - ERO-IGSA-11-0003.msg | Redacted | Redacted Deliberative Materials | Email contains information protected as deliberative material. |

| Bates Range | Responsive | Type | Priv | Date | Source | From | To | CC | Subject/Filename | Redaction | Basis | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEO-Novoa_00035309 to GEO-Novoa_00035311 | Responsive | Email communication | P | 11/16/12 | Enterprise Vault | Matt Holm | Daniel A. Pomplun <daniel.a.pomplun@ice.dhs.gov> | | RE_ Adelanto Detention Facility Medical Focus Review - ERO-IGSA-11-0003.msg | Redacted | Redacted Deliberative Materials | Email contains information protected as deliberative material. |
| GEO-Novoa_00035312 to GEO-Novoa_00035314 | Responsive | Email communication | P | 11/16/12 | Enterprise Vault | Daniel A. Pomplun <daniel.a.pomplun@ice.dhs.gov> | James Black | Matt Holm; David A. Marin <david.a.marin@ice.dhs.gov>; jhart@ci.adelanto.ca.us | RE_ Adelanto Detention Facility Medical Focus Review - ERO-IGSA-11-0003.msg | Redacted | Redacted Deliberative Materials | Email contains information protected as deliberative material. |
| GEO-Novoa_00036735 to GEO-Novoa_00036736 | Responsive | Email communication | P | 11/1/12 | Enterprise Vault | Ruben Cortina | Daniel A. Pomplun <daniel.a.pomplun@ice.dhs.gov> | | RE_ Adelanto Detention Facility Medical Focus Review - ERO-IGSA-11-0003.msg | Redacted | Redacted Deliberative Materials | Email contains information protected as deliberative material. |
| GEO-Novoa_00036840 to GEO-Novoa_00037128 | Responsive | Document | A | 9/10/10 | Enterprise Vault | | | | City of Adelanto - Proposal.pdf | Redacted | Redacted Deliberative Materials | Document is a draft and contains redlines |
| GEO-Novoa_00036674 to GEO-Novoa_00036675 | Responsive | Email communication | P | 10/31/12 | Enterprise Vault | James Black | Daniel A. Pomplun <daniel.a.pomplun@ice.dhs.gov> | | RE_ Adelanto Detention Facility Medical Focus Review - ERO-IGSA-11-0003.msg | Redacted | Redacted Deliberative Materials | Email contains information protected as deliberative material. |
| GEO-Novoa_00036676 to GEO-Novoa_00036679 | Responsive | Email communication | P | 10/31/12 | Enterprise Vault | James Black | Cheryl Nelson | Jeffrey Wrigley; Matt Holm | Fwd_ Adelanto Detention Facility Medical Focus Review - ERO-IGSA-11-0003.msg | Redacted | Redacted Deliberative Materials | Email contains information protected as deliberative material. |
| GEO-Novoa_00036680 to GEO-Novoa_00036693 | Responsive | Document | A | 10/31/12 | Enterprise Vault | | | | AdelantoDetentionFacilityFocusReview10 24 12draft.doc | Redacted | Redacted Deliberative Materials; Law Enforcement Sensitive | Draft document containing deliberative materials that are also law enforcement sensitive |
| GEO-Novoa_00036703 to GEO-Novoa_00036704 | Responsive | Email communication | P | 10/31/12 | Enterprise Vault | Daniel A. Pomplun <daniel.a.pomplun@ice.dhs.gov> | Ruben Cortina; Ruben Cortina | | Fw_ Adelanto Detention Facility Medical Focus Review - ERO-IGSA-11-0003.msg | Redacted | Redacted Deliberative Materials | Email contains information protected as deliberative material. |
| GEO-Novoa_00036705 to GEO-Novoa_00036718 | Responsive | Document | A | 10/31/12 | Enterprise Vault | | | | AdelantoDetentionFacilityFocusReview10 24 12draft.doc | Redacted | Redacted Deliberative Materials; Law Enforcement Sensitive | Draft document containing deliberative materials that are also law enforcement sensitive |
| GEO-Novoa_00036719 to GEO-Novoa_00036720 | Responsive | Email communication | P | 10/31/12 | Enterprise Vault | Daniel A. Pomplun <daniel.a.pomplun@ice.dhs.gov> | jhart@ci.adelanto | James Black; Nika Verma; Matt Holm; David A. Marin <david.a.marin@ice.dhs.gov> | Adelanto Detention Facility Medical Focus Review - ERO-IGSA-11-0003.msg | Redacted | Redacted Deliberative Materials | Email contains information protected as deliberative material. |
| GEO-Novoa_00036721 to GEO-Novoa_00036734 | Responsive | Document | A | 10/31/12 | Enterprise Vault | | | | AdelantoDetentionFacilityFocusReview10 24 12draft.doc | Redacted | Redacted Deliberative Materials; Law Enforcement Sensitive | Draft document containing deliberative materials that are also law enforcement sensitive |

| Bates Range | Responsive | Type | | Date | Custodian | From | To | CC | Subject/Filename | Redacted | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEO-Novoa_00037129 to GEO-Novoa_00037131 | Responsive | Email communication | P | 9/10/13 | Enterprise Vault | Amber Martin | Dianne Kaplan | | FW_ Remote Posts.msg | Redacted | Redacted Deliberative Materials; Law Enforcement Sensitive | Email contains information protected as deliberative and law enforcement sensitive material. |
| GEO-Novoa_00037132 to GEO-Novoa_00037206 | Responsive | Document | A | 9/10/13 | Enterprise Vault | | | | Part B-1, 300 Beds.pdf | Redacted | Redacted Deliberative Materials; Law Enforcement Sensitive | Document containing redlines protected as deliberative materials and facility layout information protected as law enforcement sensitive information |
| GEO-Novoa_00037207 to GEO-Novoa_00037211 | Responsive | Document | A | 9/10/13 | Enterprise Vault | | | | Response to Remote Post.pdf | Redacted | Redacted Deliberative Materials; Law Enforcement Sensitive | Document containing deliberative materials that are also law enforcement sensitive |
| GEO-Novoa_00033896 | Responsive | Email communication | P | 7/19/18 | Janecka_James | Kristina D. Strottman <kstrottman@bwslaw.com> | James Janecka; Joanne Crowder | Susan E. Coleman <scoleman@bwslaw.com> | Contract Between City of Adelanto and ICE | Redacted | Redacted Attorney-Client Privilege | Email communication between GEO employees and outside counsel discussing litigation strategy regarding *Martinez et al. v. The Geo Group*. |
| GEO-Novoa_00033722 to GEO-Novoa_00033723 | Responsive | Email communication | P | 6/13/18 | Janecka_James | Brian Johnson | James Janecka | Louis Carillo | 00000000A8BDFA59F887474BB0D02C1DBA79CCAB04B72D00.msg | Redacted | Redacted Attorney-Client Privilege | Email communications between GEO's internal counsel and the Adelanto warden discussing litigation strategy |
| GEO-Novoa_00037456 to GEO-Novoa_00037504 | Responsive | Document | P | | | | | | | Redacted | Redacted Law Enforcement Sensitive | Document contains information protected as law enforcement sentitive |
| GEO-Novoa_00036203 to GEO-Novoa_00036205 | Responsive | Document | A | 11/21/13 | Enterprise Vault | | | | Adelanto City of IGCE Working 10-31-2013.doc | Redacted | Redacted Law Enforcement Sensitive | Documents with law enforcement sensitive information redacted |
| GEO-Novoa_00033823 to GEO-Novoa_00033826 | Responsive | Email communication | P | 1/27/15 | Janecka_James | Kyle Fouts <kfouts@geogroup.com> | James Janecka <jjanecka@geogroup.com> | | Fwd: Staffing Plan and Mod for 1940 | Redacted | Redacted Law Enforcement Sensitive | Email with law enforcement sensitive information redacted |
| GEO-Novoa_00034628 to GEO-Novoa_00034629 | Responsive | Email communication | P | 1/27/15 | Fouts_Kyle | Daniel A. Pomplun <daniel.a.pomplun@ice.dhs.gov> | Kyle Fouts | | Staffing Plan and Mod for 1940 | Redacted | Redacted Law Enforcement Sensitive | Email with law enforcement sensitive information redacted |
| **Documents where non-responsive, non-Adelanto facility information was reacted** | | | | | | | | | | | | |
| GEO-Novoa_00036064 to GEO-Novoa_00036073 | Responsive | Document | A | 3/5/13 | Enterprise Vault | | | | Consolidated Contract Compliance Monthly Rpt February.pdf | Redacted | Non-Adelanto Facilities | Document contains information from non-Adelanto facilities not responsive to the issues in this litigation |
| GEO-Novoa_00035943 to GEO-Novoa_00035952 | Responsive | Document | A | 3/1/13 | Enterprise Vault | | | | Consolidated Contract Compliance Monthly Rpt February.docx | Redacted | Non-Adelanto Facilities | Document contains information from non-Adelanto facilities not responsive to the issues in this litigation |
| GEO-Novoa_00036076 to GEO-Novoa_00036085 | Responsive | Document | A | 3/5/13 | Enterprise Vault | | | | Consolidated Contract Compliance Monthly Rpt February.pdf | Redacted | Non-Adelanto Facilities | Document contains information from non-Adelanto facilities not responsive to the issues in this litigation |
| GEO-Novoa_00036040 to GEO-Novoa_00036049 | Responsive | Document | A | 3/5/13 | Enterprise Vault | | | | Consolidated Contract Compliance Monthly Rpt February.pdf | Redacted | Non-Adelanto Facilities | Document contains information from non-Adelanto facilities not responsive to the issues in this litigation |
| GEO-Novoa_00036052 to GEO-Novoa_00036061 | Responsive | Document | A | 3/5/13 | Enterprise Vault | | | | Consolidated Contract Compliance Monthly Rpt February.pdf | Redacted | Non-Adelanto Facilities | Document contains information from non-Adelanto facilities not responsive to the issues in this litigation |

Novoa v. GEO Group, 5:17-cv-02514-JBG-SHKx
GEO's Revised Privilege Log - Production Volume 14

| Key |
| --- |
| Redacted at ICE's Request |