Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

Counsel for Plaintiffs
***Additional Counsel on Signature Page***

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant.* | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION REGARDING DISCOVERY DISPUTE**<br><br>Date:  October 2, 2020<br>Time:  2 p.m. PT<br>Courtroom: 3 or 4, 3rd Floor<br>Judge: Magistrate Judge Shashi H. Kewalramani |

The Court, having considered the Plaintiffs' Discovery Motion and the memorandum and exhibits in support hereby grants the Motion and ORDERS as follows:

Defendant The GEO Group, Inc. shall produce (1) information it has redacted under the law enforcement privilege and (2) information it has redacted under the deliberative process privilege.

Dated: October _____, 2020:

Hon. Shashi H. Kewalramani
United States Magistrate Judge

1

5:17-cv-02514-JGB-SHK