**AKERMAN LLP**
ELLEN S. ROBBINS (SBN 298044)
ALICIA Y. HOU (SBN 254157)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Email: alicia.hou@akerman.com
Email: ellen.robbins@akerman.com

LAWRENCE D. SILVERMAN (admitted *pro hac vice*)
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
Email: lawrence.silverman@akerman.com

ADRIENNE SCHEFFEY (admitted *pro hac vice*)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email: colin.barnacle@akerman.com
Email: adrienne.scheffey@akerman.com

Attorneys for Defendant
THE GEO GROUP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. 5:17-cv-02514-JGB-SHKx<br><br>**DECLARATION OF ELLEN S. ROBBINS IN SUPPORT OF THE GEO GROUP, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES**<br><br>Hearing Date: October 2, 2020<br>Time: 2:00 p.m. |

54324559;1

1

Case No. 5:17-cv-02514-JGB-SHKx

**DECLARATION OF ELLEN S. ROBBINS IN SUPPORT OF THE GEO GROUP, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES**

| | | |
|---|---|---|
| THE GEO GROUP, INC., | TAC Filed: | September 16, 2019 |
| Counter-Claimant, | SAC Filed: | December 24, 2018 |
| vs. | FAC Filed: | July 6, 2018 |
| | Complaint Filed: | December 19, 2017 |
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated, | Trial Date: | February 2, 2021 |
| Counter-Defendant. | | |

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

54324559;1

2

CASE NO. 5:17-CV-02514-JGB-SHKx

**DECLARATION OF ELLEN S. ROBBINS IN SUPPORT OF THE GEO GROUP, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES**

# DECLARATION OF ELLEN S. ROBBINS

I, Ellen S. Robbins, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am an attorney at the law firm Akerman, LLP which serves as counsel of record for Defendant The GEO Group, Inc. ("**GEO**") in this action. The matters set forth herein are known to me of my own personal knowledge, unless set forth on information and belief in which case I am so informed and believe the matters to be true.

2. This declaration is made in support of GEO's Motion to Compel Production of Documents and Further Responses to GEO's discovery ("**Motion**") in the above captioned matter.

3. By and through this declaration, GEO certifies that it has engaged in good faith discussions related to the outstanding discovery issues raised within its Motion to Compel Production of Documents and Further Responses.

4. On September 4, 2020, my colleague Jonathan Turner sent Plaintiffs' counsel correspondence outlining the deficiencies in Plaintiffs' discovery responses and document productions. A true and correct copy of GEO's September 4, 2020 letter is attached as **Exhibit A**.

5. On September 14, 2020, the parties engaged in correspondence via email regarding production of Plaintiffs' expert witness documents in response to GEO's document subpoenas to Plaintiffs' four expert witnesses.

6. On September 16, 2020, Plaintiffs' counsel produced only four retainer agreements in response to GEO's expert subpoenas.

7. The parties continued to confer on these issues by way of written correspondence dated September 21, 2020, wherein my colleague Alicia Hou re-sent GEO's September 4, 2020 conferral letter to counsel for Plaintiffs, Lydia Wright, Esq. In Ms. Hou's email, she asked Ms. Wright to include the September 4, 2020 letter in her request for a hearing before this Court. In reviewing the communications, it

54324559;1   1   CASE NO. 5:17-CV-02514-JGB-SHKx

**DECLARATION OF ELLEN S. ROBBINS IN SUPPORT OF THE GEO GROUP, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES**

appears the letter was inadvertently excluded from Ms. Wright's communication to the Court. A true and correct copy of GEO's September 21, 2020 e-mail is attached as **Exhibit B**.

8. The parties continued to confer on the above issues during the September 22, 2020 discovery conference.

9. On September 25, 2020, during a telephonic conferral related to the various discovery disputes, I again referenced issues raised in GEO's September 4, 2020 letter.

10. On September 25, 2020, during Ms. Schlanger's deposition, my colleague Adrienne Scheffey conferred with counsel for Plaintiffs on the issues regarding the *Touhy* issues in Ms. Schlanger's testimony.

11. The parties also met and conferred via telephonic conference regarding each of the issues above on September 30, 2020.

12. At the time of the filing of this motion, GEO has not received a response to its September 4, 2020 conferral letter.

13. At the time of the filing of this motion, the parties have not reached a resolution regarding the issues outlined in this Motion.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 30th day of September 2020 at Los Angeles, California.

*/s/ Ellen S. Robbins*
Ellen S. Robbins

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342