AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. 5:17-cv-02514-JGB-SHKx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE GEO GROUP, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES** |
| THE GEO GROUP, INC.,<br><br>Counter-Claimant,<br><br>vs.<br><br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Counter-Defendant. | |

[PROPOSED] ORDER GRANTING MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES

The Court having considered Defendant The GEO Group, Inc's (**GEO**)Motion to Compel Production of Documents and Further Responses to Discovery in the above-captioned matter, and the entire record herein, and having found good cause, **HEREBY ORDER AS FOLLOWS:**

The Court **GRANTS** GEO's Motion to Compel Production of Documents and Further Responses to Discovery as follows:

**Plaintiffs must produce all information relied upon by each of their experts, including, but not limited to:**

1.  A list of Mr. Childers' prior engagements as an expert witness; [1]

2.  Documents relied upon by Mr. Childers and not disclosed, including the spreadsheet he testified about during his deposition;

3.  Native spreadsheets used by Mr. Childers detailing the calculations upon which he relied in reaching his conclusions;

4.  Ms. Schlanger's email communications with Ms. Claire Trickler McKnulty as disclosed for the first time in her deposition;[2]

5.  A list of all documents considered by Ms. Schlanger, including those she described in her deposition as not helpful to her report;

6.  All documents relied upon by each of plaintiffs' experts that were not previously disclosed.

**Plaintiffs are compelled to produce tax returns and other income related information as follows:**

1.  Request For Production No. 20: Any evidence of income Plaintiffs earned outside of the Adelanto Facility.

---

[1] Plaintiffs indicated that failure to produce this was an oversight and that they would provide this list; however, despite the fact that the deposition of Dr. Childers occurred on September 21, 2020, plaintiffs have still not provided the list (although plaintiffs have reiterated that they intend to provide it). GEO raises this issue to preserve it before the deadline.

[2] Again here, plaintiffs indicated that they would follow up and produce these documents; however to date, plaintiffs have not produced these communications. Plaintiffs indicated that they followed up again on September 30. GEO raises this issue to preserve it before the deadline.

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES**

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

2. <u>Request For Production No. 21</u>: Copies of Plaintiffs' federal and state income tax returns, including all schedules, worksheets, W-2 forms and 1099s for 2010 to present.

3. <u>Request For Production No. 27</u>: All documents evidencing any claims for benefits under any state or federal program for disability, low income, unemployment, or other public benefit that Plaintiffs received.

**Plaintiffs are compelled to resolve the *Touhy* issues relating to the testimony of Ms. Margo Schlanger and the GEO be permitted to re-depose Ms. Schlanger for no more than three hours after the *Touhy* issues are resolved.**

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2020.

_____
Honorable Shashi Kewalramani
United States District Judge

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342