**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> **THE GEO GROUP, INC.**, <br><br> *Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx <br><br><br> **[PROPOSED] ORDER DENYING GEO'S MOTION TO COMPEL** <br><br> Hearing Date: October 2, 2020 <br> Time: 11:00 a.m. PST |

The Court, having considered GEO's Motion to Compel, Dkt. 332, hereby DENIES the Motion.

**IT IS SO ORDERED.**

Dated: October ___, 2020.


_____
Hon. Shashi H. Kewalramani
United States Magistrate Judge