AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated<br><br>        Plaintiff,<br><br>    vs.<br><br>THE GEO GROUP, INC.,<br><br>        Defendant. | Case No. 5:17-cv-02514-JGB-SHKx<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION REGARDING DISCOVERY DISPUTE**<br><br>Hearing Date:    October 2, 2020<br>Time:              2:00 p.m. |
| THE GEO GROUP, INC.,<br><br>        Counter-Claimant,<br><br>    vs.<br><br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>        Counter-Defendant. | TAC Filed:         September 16, 2019<br>SAC Filed:         December 24, 2018<br>FAC Filed:         July 6, 2018<br>Complaint Filed:  December 19, 2017<br>Trial Date:         February 2, 2021 |

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION REGARDING DISCOVERY DISPUTE**

The Court, having considered Plaintiffs Motion Regarding Discovery Dispute, [Docket 331], hereby DENIES Plaintiffs' Motion.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Shashi H. Kewalramani
Unites States Magistrate Judge

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION REGARDING DISCOVERY DISPUTE**