AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated

Plaintiff,

vs.

THE GEO GROUP, INC.,

Defendant.

THE GEO GROUP, INC.,

Counter-Claimant,

vs.

RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,

Counter-Defendant.

Case No. 5:17-cv-02514-JGB-SHKx

**[PROPOSED] ORDER GRANTING DEFENDANT THE GEO GROUP, INC.'S *EX PARTE* APPLICATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF DR. JEFFREY KROPF**

1

CASE NO. 5:17-CV-02514-JGB-SHKx

**[PROPOSED] ORDER**

The Court, having considered Defendant The GEO Group, Inc.'s ("**GEO**") *Ex Parte* Application to Continue Hearing on Plaintiffs' Motion to Exclude Testimony of Dr. Jeffrey Kropf in the above-captioned matter, and the entire record herein, and having found good cause, HEREBY ORDERS AS FOLLOWS:

The Court **GRANTS** GEO's *Ex Parte* Application to Continue Hearing on Plaintiffs' Motion to Exclude Testimony of Dr. Jeffrey Kropf and hereby continues the hearing date for Plaintiffs' Motion to Exclude Testimony of Dr. Jeffrey Kropf and all *Daubert* motions until the hearing date for motions *in limine* set forth in the operative Scheduling Order issued by this Court (currently, January 4, 2021).

**IT IS SO ORDERED.**

DATED: _____          _____
                                 HON. JESUS G BERNAL
                                 UNITED STATES DISTRICT JUDGE

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

1                                CASE NO. 5:17-CV-02514-JGB-SHKx

**[PROPOSED] ORDER**