**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF SERENA MORONES AND ACCOMPANYNG EXHIBITS UNDER SEAL** |

Having reviewed Plaintiffs' Application to file Plaintiffs' Motion to Exclude the Testimony of Serena Morones and Accompanying Exhibits Under Seal and the exhibits thereto, and finding good cause, the Court hereby **GRANTS** the application to seal.

Plaintiff shall file **under seal** the following documents:

| Document | Portion To Be Filed Under Seal |
|---|---|
| Exhibit A to the Wright Declaration | Entire Document |
| Exhibit B to the Wright Declaration | Entire Document |
| Exhibit C to the Wright Declaration | Entire Document |

**IT IS SO ORDERED.**

Dated: this _____ day of _____ , 2020.

_____
Hon. Jesus G. Bernal
United States District Judge

5:17-cv-02514-JGB-SHK

PLAINTIFFS' MEMORANDUM IN SUPPORT OF
CLASS CERTIFICATION

1