Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

Class Counsel
***Additional Counsel on Signature Page***

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> **THE GEO GROUP, INC.**, <br><br> *Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT THE GEO GROUP, INC.'S THIRD SUPPLEMENT TO INITIAL DISCLOSURES** <br><br> Date: November 9, 2020 <br> Time: 9 a.m. PT <br> Courtroom: 1 <br> Judge: Judge Jesus G. Bernal |

# NOTICE OF MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on November 9, 2020 at 9 a.m. PT, or on any such date and time as may be specified by the Court, in the courtroom of Judge Jesus G. Bernal, Unites States District Court for the Central District of California, George E. Brown, Jr. Federal Building and United States Courthouse, 3470 Twelfth Street, Riverside, California, 92501-3801, Plaintiffs Raul Novoa, Jaime Campos Fuentes, Abdiaziz Karim and Ramon Mancia ("Plaintiffs") will and hereby do move for an order to strike Defendant The GEO Group, Inc.'s ("GEO") third supplement to initial disclosures.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on September 6, 2020.

This Motion is based on this Notice of Motion, the accompanying Memorandum in Support, the accompanying Declaration of Lydia Wright and at any hearing the Court may hold on these matters.

1

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT THE GEO GROUP, INC.'S THIRD SUPPLEMENT TO INITIAL DISCLOSURES     5:17-cv-02514-JGB-SHK

| | |
|---|---|
| Dated:  October 7, 2020 | Respectfully submitted, |
| | */s/ Lydia A. Wright* |
| | Korey A. Nelson (admitted *pro hac vice*) |
| | knelson@burnscharest.com |
| | LA Bar # 30002 |
| | Lydia A. Wright (admitted *pro hac vice*) |
| | lwright@burnscharest.com |
| | LA Bar # 37926 |
| | **BURNS CHAREST LLP** |
| | 365 Canal Street, Suite 1170 |
| | New Orleans, LA 70130 |
| | Telephone: (504) 799-2845 |
| | Facsimile: (504) 881-1765 |
| | |
| | Warren Burns (admitted *pro hac vice*) |
| | wburns@burnscharest.com |
| | TX Bar # 24053119 |
| | Daniel H. Charest (admitted *pro hac vice*) |
| | dcharest@burnscharest.com |
| | TX Bar # 24057803 |
| | Will Thompson (CA Bar # 289012) |
| | wthompson@burnscharest.com |
| | E. Lawrence Vincent (admitted *pro hac vice*) |
| | lvincent@burnscharest.com |
| | TX Bar # 20585590 |
| | Mallory Biblo (admitted *pro hac vice*) |
| | mbiblo@burnscharest.com |
| | TX Bar # 24087165 |
| | **BURNS CHAREST LLP** |
| | 900 Jackson St., Suite 500 |
| | Dallas, Texas 75202 |
| | Telephone: (469) 904-4550 |
| | Facsimile: (469) 444-5002 |
| | |
| | R. Andrew Free (admitted *pro hac vice*) |
| | andrew@immigrantcivilrights.com |
| | TN Bar # 030513 |
| | **LAW OFFICE OF R. ANDREW FREE** |
| | P.O. Box 90568 |
| | Nashville, TN 37209 |
| | Telephone: (844) 321-3221 |

2

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT THE GEO GROUP, INC.'S THIRD SUPPLEMENT TO INITIAL DISCLOSURES        5:17-cv-02514-JGB-SHK

```
 1      Facsimile: (615) 829-8959
 2      Nicole Ramos (admitted pro hac vice)
 3      nicole@alotrolado.org
        NY Bar # 4660445
 4      AL OTRO LADO
        511 E. San Ysidro Blvd., # 333
 5      San Ysidro, CA 92173
 6      Telephone: (619) 786-4866
 7
        Robert Ahdoot (CA Bar # 172098)
 8      rahdoot@ahdootwolfson.com
        Tina Wolfson (CA Bar # 174806)
 9      twolfson@ahdootwolfson.com
10      Theodore W Maya (CA Bar # 223242)
        tmaya@ahdootwolfson.com
11      Alex R. Straus (CA Bar # 321366)
12      astraus@ahdootwolfson.com
        AHDOOT & WOLFSON, PC
13      10728 Lindbrook Drive
14      Los Angeles, California 90024-3102
        Telephone: (310) 474-9111
15      Fax: (310) 474-8585
16
17      *Class Counsel*
```

3

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT THE   5:17-cv-02514-JGB-SHK
GEO GROUP, INC.'S THIRD SUPPLEMENT TO INITIAL DISCLOSURES

# CERTIFICATE OF SERVICE

I, Lydia A. Wright, electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

Dated: October 7, 2020

/s/ *Lydia Wright*
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
LA Bar # 37926
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765