# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**DECLARATION OF LYDIA A. WRIGHT IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE DEFENDANT THE GEO GROUP, INC.'S THIRD SUPPLEMENT TO INITIAL DISCLOSURES** |

I, Lydia A. Wright, declare that the following is true and correct based upon my personal knowledge:

1. I am an attorney for the Plaintiffs in the above-captioned action.

2. Defendant The GEO Group, Inc. ("GEO"), served its Third Supplemental Disclosures at 9:27 p.m. on Friday, September 4, 2020. Discovery closed in this matter on September 14, 2020.

3. Plaintiffs served GEO with their expert reports on August 17, 2020. Plaintiffs served GEO with their rebuttal expert report on August 31, 2020.

4. Attached as **Exhibit A** is a correct and true copy of GEO's "Fed.R.Civ.P. 26(a)(1) Initial Disclosures," which were served on August 16, 2018.

5. Attached as **Exhibit B** is a correct and true copy of GEO's "First Supplement to Fed.R.Civ.P. 26(a)(1) Initial Disclosures," which were served on November 4, 2019.

6. Attached as **Exhibit C** is a correct and true copy of GEO's "Second Supplement to Fed.R.Civ.P. 26(a)(1) Initial Disclosures," which were served on August 7, 2019.

7. Attached as **Exhibit D** is a correct and true copy of GEO's "Third Supplement to Fed.R.Civ.P. 26(a)(1) Initial Disclosures," which were served on September 4, 2020 at 9:27 p.m. CST.

Dated: October 07, 2020

*/s/ Lydia A. Wright*

Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
LA Bar # 37926
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28