# EXHIBIT A

| | |
|---|---|
| 1 | LESLEY HOLMES (BAR NO. 271903) |
| 2 | **NORTON ROSE FULBRIGHT US LLP**<br>555 South Flower Street |
| 3 | Forty-First Floor<br>Los Angeles, California  90071 |
| 4 | Telephone:  (213) 892-9200<br>Facsimile:   (213) 892-9494 |
| 5 | lesley.swanson.holmes@nortonrosefulbright.com |
| 6 | MARK EMERY (*PRO HAC VICE*)<br>**NORTON ROSE FULBRIGHT US LLP** |
| 7 | 799 9th Street NW Suite 100<br>Washington, D.C. 20001-4501 |
| 8 | Telephone: (202) 662-0200<br>Facsimile: (202) 662-4643 |
| 9 | mark.emery@nortonrosefulbright.com |
| 10 | CHARLES A. DEACON (*PRO HAC VICE*)<br>**NORTON ROSE FULBRIGHT US LLP** |
| 11 | 300 Convent Street Suite 2100<br>San Antonio, TX 78205-3792 |
| 12 | Telephone:  (210) 270-7133<br>Facsimile:  (210) 270-7205 |
| 13 | charlie.deacon@nortonrosefulbright.com |
| 14 | ATTORNEYS FOR DEFENDANT<br>THE GEO GROUP, INC. |

15  IN THE UNITED STATES DISTRICT COURT

16  FOR THE CENTRAL DISTRICT OF CALIFORNIA

17  EASTERN DIVISION

| | | |
|---|---|---|
| 19 | RAUL NOVA, individually and on behalf of all others similarly situated, | Civil No.: 5:17-cv-02514-JGB-SHKx |
| 20 | | Hon.   Judge Jesus G. Bernal<br>Hon.   Magistrate Judge Shashi H. Kewalramani |
| 21 | Plaintiff, | |
| 22 | v. | **THE GEO GROUP, INC.'S FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURES** |
| 23 | , | |
| 24 | THE GEO GROUP, INC., | |
| 25 | Defendant. | Amended Complaint Filed: 7/6/18 |

| | |
|---|---|
| THE GEO GROUP, INC., | |
| Counter-Claimant, | |
| v. | |
| RAUL NOVOA, individually and on behalf of all others similarly situated, | |
| Counter-Defendant. | |

Defendant The GEO Group, Inc. ("GEO"), by and through undersigned counsel, makes the following initial disclosures ("Disclosures") to Plaintiff Raul Novoa, individually and on behalf of all others similarly situated ("Plaintiff") pursuant to Federal Rule of Civil Procedure 26(a)(1). These Disclosures are based on information currently available to GEO and represent good faith efforts of GEO to provide the requisite disclosures. GEO expects that discovery, independent investigation, and analysis will supply additional facts that may lead to additions, changes in, and variations from the disclosures made below. Accordingly, GEO expressly reserves the right to supplement these Disclosures, pursuant to Federal Rule of Civil Procedure 26(e), as additional information, individuals, or witnesses become known through further discovery, case investigation, or otherwise.

In submitting these Disclosures, GEO expressly preserves and does not waive any other applicable rights, defenses, or objections, including: (1) the right to object on any appropriate grounds to the disclosure or use of the information provided herein for any purpose; (2) the right to object to the admissibility into evidence of any disclosed information, in this action or in any other action; (3) the right to object to any discovery requests involving or related to the subject matter of this disclosure; (4) the assertion of any applicable privilege or protection; and (5) the right to designate any witness in any other party's Rule 26 disclosures or otherwise call such

witnesses at trial.

### A. Individuals Likely To Have Discoverable Information

Pursuant to Rule 26(a)(1)(A)(i), GEO submits, based upon information reasonably available to it at this time, and subject to the limitations set forth above, the following list of persons likely to have discoverable information that GEO may use to support its claims or defenses, unless solely for impeachment, and the subject of the information. In addition, GEO anticipates that any person disclosed in Plaintiff's discovery responses or disclosures is likely to have discoverable information that GEO may use to support its claims or defenses.

| Name and Contact Information | Subject of Information |
|---|---|
| 1. Raul Novoa<br><br>*Current address and telephone number is unknown.* | Mr. Novoa is the named plaintiff in this matter and may have information relevant to the claims in the First Amended Complaint. |
| 2. James Janecka<br><br>*May be contacted through counsel for GEO* | Mr. Janecka is the Facility Administrator/Warden at the Adelanto Detention Facility. He may have knowledge regarding the operations at Adelanto, GEO's subcontract with ICE, and the Voluntary Work Program. |
| 3. Mary Wise McCormick<br><br>*May be contacted through counsel for GEO* | Ms. McCormick is the Classification Offer at the Adelanto Detention Facility. She may have information regarding the Voluntary Work Program. |
| 4. Daniel Ragsdale<br><br>*May be contacted through counsel for GEO* | Mr. Ragsdale is GEO's Executive Vice President, Contract Compliance, and former Deputy Director and Acting Direct of ICE. He may have knowledge regarding the operations at Adelanto and GEO's subcontract with ICE. |
| 5. David Venturella<br><br>*May be contacted through counsel for GEO* | Mr. Venturella is GEO's Senior Vice President, Business Development and a former Director of Enforcement and Removal Operations for ICE, and he may have knowledge regarding the operations at Adelanto and GEO's subcontract with ICE. |
| 6. Other representatives of GEO | GEO representatives may have information about Raul Novoa, the |

| Name and Contact Information | Subject of Information |
|---|---|
| *May be contacted through counsel for GEO* | Voluntary Work Program, the ICE-City of Adelanto Contract, the GEO subcontract, policies, procedures, protocols, and operations at the Adelanto Detention Facility. |
| 7. Representatives of DHS/ICE<br><br>**Enforcement & Removal Operations Los Angeles Field Office**<br>300 North Los Angeles St., Room 7631<br>Los Angeles, CA 90012<br>Phone: (213) 830-7911<br><br>**Office of Professional Responsibility Assistant Special Agent in Charge - Los Angeles**<br>501 W. Ocean Blvd Suite 6100<br>Long Beach, CA 90802<br>Phone: (562) 980-3170 | DHS/ICE/ERO/OPR representatives may have information about the Voluntary Work Program, the detainees, the ICE-City of Adelanto Contract, the GEO subcontract, policies, procedures, protocols, and operations at the Adelanto Detention Facility. |
| 8. Representatives of the City of Adelanto<br><br>**City of Adelanto City Hall**<br>11600 Air Expressway<br>Adelanto, CA 92301<br>Phone: 760-246-2300 | City of Adelanto representatives may have information about the ICE-City of Adelanto Contract and GEO subcontract. |

**B.     Documents, Electronically Store Information, and Tangible Things**

| Doc. No. | Bates Range | Date | Document |
|---|---|---|---|
| 1. | | | U.S. Immigration and Customs Enforcement, National Detainee Handbook, filed on July 20, 2018 in connection with GEO's Motion to Dismiss Plaintiff's First Amended Complaint |
| 2 | | | 2011 PBNDS |

| Doc. No. | Bates Range | Date | Document |
|---|---|---|---|
| 3. | | 05/27/2011 | ICE-City of Adelanto Contract, excerpts filed in redacted form on July 20, 2018 in connection with GEO's Motion to Dismiss Plaintiff's First Amended Complaint<br><br>*Will be produced with necessary redactions after entry of a protective order.* |
| 4. | | 05/17/2011 | City of Adelanto-GEO Contract, excerpts filed in redacted form on July 20, 2018 in connection with GEO's Motion to Dismiss Plaintiff's First Amended Complaint<br><br>*Will be produced with necessary redactions after entry of a protective order.* |
| 5. | | | Raul Novoa - Detainee File<br><br>*Not available yet; subject to ICE clearance and entry of a protective order.* |
| 6 | | | Raul Novoa – ICE File<br><br>*Not available yet; subject to ICE clearance and entry of a protective order.* |
| 7. | | | GEO business records from the Adelanto Facility, including but not limited to records pertaining to Raul Novoa's commissary purchases<br><br>*Not available yet; subject to ICE clearance and entry of a protective order.* |
| 8. | | | Food, hygiene, and sanitation records from the Adelanto Detention Facility<br><br>*Not available yet; subject to ICE clearance and entry of a protective order.* |
| 9. | | | ICE policies and regulations related to the Voluntary Work Program<br><br>*Not available yet; subject to ICE clearance and entry of a protective order.* |

**C.    Computation of Damages**

Should Plaintiff/Counter-Defendant prevail on his claims, GEO/Counter-

Claimant seeks to recover its costs and expenses associated with detaining Plaintiff/Counter-Defendant and the putative class members, including for goods and services associated with administering the Voluntary Work Program with respect to GEO/Counter-Defendant and all putative class members. GEO/Counter-Claimant will supply its calculated offset based on costs and expenses associated with housing, food, clothing, and recreation and health services, and other goods and services.

### D. Insurance Agreement

GEO does not have insurance coverage relevant to this case.

Dated: August 16, 2018

LESLEY HOLMES
MARK EMERY
CHARLES A. DEACON
**NORTON ROSE FULBRIGHT US LLP**

By */s/ Lesley Holmes*
LESLEY HOLMES
Attorneys for The GEO Group, Inc.

# PROOF OF SERVICE

I, Darla M. Jones, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071. On August 16, 2018, I served a copy of the within document(s):

**THE GEO GROUP, INC.'S FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURES**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via e-mail or other electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

### *SEE SERVICE LIST BELOW*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 16, 2018, at Los Angeles, California.

*/s/ Darla M. Jones*
_____
Darla M. Jones

| | | |
|---|---|---|
| 1 | William B Thompson | Korey A Nelson |
| 2 | Warren Burns | Lydia A Wright |
| | **BURNS CHAREST LLP** | Charles J. Gower |
| 3 | 900 Jackson Street Suite 500 | **BURNS CHAREST LLP** |
| 4 | Dallas , TX  75202 | 365 Canal Street Suite 1170 |
| | Telephone:   469-904-4550 | New Orleans , LA  70130 |
| 5 | Facsimile:    469-444-5002 | Telephone: 504-799-2845 |
| 6 | Email:wthompson@burnscharest.com | Facsimile:: 504-881-1765 |
| | Email: wburns@burnscharest.com | Email:knelson@burnscharest.com |
| 7 | | lwright@burnscharest.com |
| 8 | | jgower@burnscharest.com |

| | | |
|---|---|---|
| 9 | Robert Ahdoot | R Andrew Free |
| 10 | Tina Wolfson | **LAW OFFICES OF R ANDREW FREE** |
| | Vanessa Shakib | 2004 8th Avenue South |
| 11 | **AHDOOT AND WOLFSON PC** | Nashville , TN  37209 |
| 12 | 10728 Lindbrook Drive | Telephone: 844-321-3221 |
| | Los Angeles , CA  90024 | Facsimile:: 615-829-8959 |
| 13 | Telephone: 310-474-9111 | Email: andrew@immigrantcivilrights.com |
| 14 | Facsimile:: 310-474-8585 | |
| | Email:rahdoot@ahdootwolfson.com | |
| 15 | twolfson@ahdootwolfson.com | |
| 16 | vshakib@ahdootwolfson.com | |

Nicole Ramos
**AL OTRO LADO**
511 E. San Ysidro Blvd., #33
San Ysidro, CA 92173
Telephone: 619-786-4866
Email: Nicole @alotrolado.org

Attorneys for Plaintiff
*Raul Novoa individually and on behalf of all others similarly situated*