Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

Class Counsel
***Additional Counsel on Signature Page***

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**THE GEO GROUP, INC.,**<br><br>*Defendant.* | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**NOTICE OF LODGING PROPOSED ORDER REGARDING PLAINTIFF'S MOTION TO STRIKE GEO'S THIRD SUPPLEMENT TO INITIAL DISCLOSURES (ECF NO. 344)** |

1

## NOTICE OF LODGING

PLEASE TAKE NOTICE that pursuant to Local Rule 5-4.2 and 5-4.4, the attached proposed order related to Plaintiffs' Motion to Strike GEO's Third Supplement to Initial Disclosures (ECF No. 344) is lodged herewith.

Dated:  October 7, 2020                    Respectfully submitted,

                                           /s/ Lydia A. Wright
                                           Korey A. Nelson (admitted *pro hac vice*)
                                           knelson@burnscharest.com
                                           LA Bar # 30002
                                           Lydia A. Wright (admitted *pro hac vice*)
                                           lwright@burnscharest.com
                                           LA Bar # 37926
                                           **BURNS CHAREST LLP**
                                           365 Canal Street, Suite 1170
                                           New Orleans, LA 70130
                                           Telephone: (504) 799-2845
                                           Facsimile: (504) 881-1765

                                           Warren Burns (admitted *pro hac vice*)
                                           wburns@burnscharest.com
                                           TX Bar # 24053119
                                           Daniel H. Charest (admitted *pro hac vice*)
                                           dcharest@burnscharest.com
                                           TX Bar # 24057803
                                           Will Thompson (CA Bar # 289012)
                                           wthompson@burnscharest.com
                                           E. Lawrence Vincent (admitted *pro hac vice*)
                                           lvincent@burnscharest.com
                                           TX Bar # 20585590
                                           Mallory Biblo (admitted *pro hac vice*)
                                           mbiblo@burnscharest.com
                                           TX Bar # 24087165
                                           **BURNS CHAREST LLP**
                                           900 Jackson St., Suite 500
                                           Dallas, Texas 75202
                                           Telephone: (469) 904-4550
                                           Facsimile: (469) 444-5002

2

R. Andrew Free (admitted *pro hac vice*)
andrew@immigrantcivilrights.com
TN Bar # 030513
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959

Nicole Ramos (admitted *pro hac vice*)
nicole@alotrolado.org
NY Bar # 4660445
**AL OTRO LADO**
511 E. San Ysidro Blvd., # 333
San Ysidro, CA 92173
Telephone: (619) 786-4866

Robert Ahdoot (CA Bar # 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Theodore W Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com
Alex R. Straus (CA Bar # 321366)
astraus@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone:  (310) 474-9111
Fax:  (310) 474-8585

*Class Counsel*

3

1

## CERTIFICATE OF SERVICE

2        I, Lydia A. Wright, electronically submitted the foregoing document with the clerk

3   of the court for the U.S. District Court, Central District of California, using the

4   electronic case filing system. I hereby certify that I have provided copies to all counsel

5   of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

6

7   Dated: October 7, 2020

8                                                        */s/ Lydia Wright*
                                                         Lydia A. Wright (admitted *pro hac vice*)
9                                                        lwright@burnscharest.com
                                                         LA Bar # 37926
10                                                       **BURNS CHAREST LLP**
11                                                       365 Canal Street, Suite 1170
                                                         New Orleans, LA 70130
12                                                       Telephone: (504) 799-2845
                                                         Facsimile: (504) 881-1765
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

NOTICE OF LODGING PROPOSED ORDER ON
STIPULATION REGARDING
ADDITIONAL DEPOSITIONS                                    5:17-CV-02514-JGB