**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION**

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE DEFENDANT THE GEO GROUP, INC.'S THIRD SUPPLEMENT TO INITIAL DISCLOSURES** |

The Court, having considered the Plaintiffs' Motion to Strike Defendant The GEO Group, Inc.'s Third Supplement to Initial Disclosures and the memorandum and exhibits in support, hereby **GRANTS** the Motion.

GEO is hereby prohibited from using any testimony or evidence disclosed in its "Third Supplement to Fed. R. Civ. P. 26(a)(1) Initial Disclosures" at trial, at a hearing, or on any motion in this matter.

IT IS SO ORDERED.

Dated: _____, ____, 2020

_____
Hon. Jesus G. Bernal
United States District Judge

5:17-cv-02514-JGB-SHK

5:17-cv-02514-JGB-SHK