**AKERMAN LLP**
ELLEN S. ROBBINS (SBN 298044)
ALICIA Y. HOU (SBN 254157)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342
Email: ellen.robbins@akerman.com
Email: alicia.hou@akerman.com

LAWRENCE D. SILVERMAN (*pro hac vice* pending)
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Telephone: (310) 374-5600
Facsimile: (305) 374-5095
Email: lawrence.silverman@akerman.com

ADRIENNE SCHEFFEY (admitted *pro hac vice*)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email: colin.barnacle@akerman.com
Email: adrienne.scheffey@akerman.com

Attorneys for Defendant
THE GEO GROUP, INC.

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. 5:17-cv-02514-JGB-SHKx<br><br><br>**ORDER GRANTING STIPULATION TO EXTEND PAGE LIMITS FOR THE GEO GROUP, INC.'S DISPOSITIVE MOTIONS** |

| | |
|---|---|
| THE GEO GROUP, INC., <br><br> Counter-Claimant, <br><br> vs. <br><br> RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated, <br><br> Counter-Defendant. | TAC Filed:  September 16, 2019 <br> SAC Filed:  December 24, 2018 <br> FAC Filed:  July 6, 2018 <br> Complaint Filed:  December 19, 2017 <br> Trial Date:  February 2, 2021 |

The Court, having considered the parties' Stipulation to Extend Page Limits for The GEO Group, Inc.'s Dispositive Motions, and good cause appearing therefore, hereby GRANTS the Stipulation.

**IT IS SO ORDERED.**

Dated: October 8, 2020

Hon. Jesus G. Bernal
United States District Judge

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

54947472;1