Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

Class Counsel
**Additional Counsel on Signature Page**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY OF SERENA MORONES**<br><br>Hearing Date: November 16, 2020<br>Time: 9 a.m. PT<br>Courtroom: 1<br>Judge: Hon. Jesus G. Bernal |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on Monday, November 16, 2020 at 9 a.m. PT, or on such date as may be specified by the Court, in the Courtroom of the Honorable Judge Jesus G. Bernal, United States District Court for the Central District of California, George E. Brown, Jr. Federal Building and United States Courthouse, 3470 Twelfth Street Riverside, CA 92501-3801, Plaintiffs Raul Novoa, Jaime Campos Fuentes,

Abdiaziz Karim and Ramon Mancia will and hereby do, move the Court for an Order excluding the testimony of Serena Morones as to any use in this matter.

Submitted herewith in support of Plaintiffs' Motion to Exclude Testimony of Serena Morones are: (1) the Memorandum in Support of Plaintiffs' Motion to Exclude Testimony of Serena Morones; (2) the Proposed Order Granting Plaintiffs' Motion to Exclude Testimony of Serena Morones; and (3) the Declaration of Lydia Wright and exhibits thereto.

This Motion is made following the multiple conferences of counsel pursuant to L.R. 7-3, which took place on September 29, 2020 and October 15, 2020.

On October 7, 2020, Plaintiffs filed an Application for Leave to File the Memorandum in Support of Plaintiffs' Motion to Exclude Testimony of Serena Morones, the Rebuttal Expert Report of Serena Morones and the Deposition Transcript of Serena Morones under Seal (Dkt. 342, Dkt. 343). In response to that Application and following additional conference of counsel, GEO has stated that it does not object to the public (i.e. unsealed and unredacted) filing of those materials. *See* Dkt. 350.

Dated:  October 16, 2020            Respectfully submitted,

/*s*/ *Lydia A. Wright*
Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
LA Bar # 30002
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
LA Bar # 37926
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

Warren Burns (admitted *pro hac vice*)

wburns@burnscharest.com
TX Bar # 24053119
Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
Will Thompson (CA Bar # 289012)
wthompson@burnscharest.com
E. Lawrence Vincent (admitted *pro hac vice*)
lvincent@burnscharest.com
TX Bar # 20585590
Mallory Biblo (admitted *pro hac vice*)
mbiblo@burnscharest.com
TX Bar # 24087165
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

R. Andrew Free (admitted *pro hac vice*)
andrew@immigrantcivilrights.com
TN Bar # 030513
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959

Nicole Ramos (admitted *pro hac vice*)
nicole@alotrolado.org
NY Bar # 4660445
**AL OTRO LADO**
511 E. San Ysidro Blvd., # 333
San Ysidro, CA 92173
Telephone: (619) 786-4866

Robert Ahdoot (CA Bar # 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Theodore W Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Alex R. Straus (CA Bar # 321366)
astraus@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone:  (310) 474-9111
Fax:  (310) 474-8585

*Class Counsel*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I, Lydia A. Wright, electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

Dated: October 16, 2020

/s/ *Lydia Wright*
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
LA Bar # 37926
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

5

5:17-cv-02514-JGB-SHK