**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**DECLARATION OF LYDIA WRIGHT IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF SERENA MORONES** |

I, Lydia Wright, declare that the following is true and correct based upon my personal knowledge:

1. I am an attorney for the Plaintiffs in the above-captioned action.

2. Attached to this Declaration as **Exhibit A** is the rebuttal expert report of Defendant The GEO Group, Inc.'s expert Serena Morones. This report was designated as confidential by Defendant The GEO Group, Inc. However, GEO's counsel has since represented that it does not oppose public (i.e. unsealed and unredacted) filing of the report. *See* Dkt. 350.

3. Attached to this Declaration as **Exhibit B** is the transcript of the deposition of Serena Morones, which was taken in this matter on September 24, 2020. GEO's counsel has represented that it does not oppose public (i.e. unsealed and unredacted) filing of the deposition transcript. *See* Dkt. 350.

4. Attached to this Declaration as **Exhibit C** is GEO's Motion for Reconsideration of Order Compelling Discovery of its Confidential Financial Information, Dkt. 142, and Exhibit A thereto, Dkt. 142-1, in *State of Washington v. The GEO Group, Inc.*, No. 3:17-cv-05806-RJB (W.D. Wash.).

| | | |
|---|---|---|
| 1 | Dated: October 16, 2020 | /s/ Lydia Wright |
| 2 | | Lydia A. Wright (admitted *pro hac vice*) |
| 3 | | lwright@burnscharest.com |
| | | LA Bar # 37926 |
| 4 | | **BURNS CHAREST LLP** |
| 5 | | 365 Canal Street, Suite 1170 |
| | | New Orleans, LA 70130 |
| 6 | | Telephone: (504) 799-2845 |
| | | Facsimile: (504) 881-1765 |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5:17-cv-02514-JGB-SHK