# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF SERENA MORONES** |

This matter having come before the Court upon Plaintiffs' Motion to Exclude Testimony of Serena Morones, and good cause being shown,

It is hereby ORDERED that the Motion is GRANTED.

Dated: this _____ day of _____ , 2020.

_____
Hon. Jesus G. Bernal
United States District Judge