# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> **THE GEO GROUP, INC.**, <br><br> *Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO AMEND LONG FORM NOTICE** <br><br> Judge: The Honorable Jesus G. Bernal |

The Court, having considered the Joint Stipulation to Amend Long Form Notice, hereby GRANTS the Motion.

**IT IS SO ORDERED.**

Dated: October \_\_\_, 2020.

_____
Hon. Jesus G. Bernal
United States District Judge