Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

Counsel for the Certified Classes
***Additional Counsel on Signature Page***

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br><br>**NOTICE OF EX PARTE APPLICATION BY PLAINTIFFS TO EXCEED DEPOSITION LIMITS** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiffs Raul Novoa, Jaime Campos Fuentes, Abdiaziz Karim, and Ramon Mancia ("Plaintiffs") hereby move this Court for an Order to exceed presumptive the presumptive 10 deposition limit in Fed. R. Civ. P. 30(a)(2)(A)(i) and the 15 deposition limit agreed to by the Parties in their July 17, 2020 Stipulation (Dkt. 280).

1

5:17-cv-02514-JGB-SHK

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Rule 7-19.1, counsel for Plaintiffs informed GEO's counsel of the substance and the date of this *ex parte* application by email on October 22, 2020 and again by telephone on October 23, 2020. Counsel for GEO opposes the filing of this *ex parte* application.

There is good cause for this *ex parte* application. On July 17, 2020, the Parties agreed to exceed the presumptive 10 deposition limit in Fed. R. Civ. P. 30(a)(2)(A)(i), and permit 15 depositions per side. Dkt. 280. Plaintiffs have taken ten depositions.

On September 4, 2020, GEO disclosed eleven new witnesses likely to have discoverable information in this case. Dkt. 344-6. GEO's counsel has since represented that it will disclose at least one additional witness. Discovery closed five business days later, on September 14, 2020. On October 15, 2020, the Court reopened discovery and set a new discovery cut-off date of November 23, 2020. Dkt. 354.

Plaintiffs seek to depose each of GEO's late-disclosed witnesses. On October 20, 2020, Plaintiffs asked GEO to provide deposition dates for each new witness, as well as relevant documents in the custody of each witness which are responsive to Plaintiffs' requests for production. GEO has not done so.

Plaintiffs conferred with GEO's counsel by email on October 20, 22, and 23 and by telephone on October 23 regarding a stipulation to permit Plaintiffs to exceed the deposition limit set forth in the parties' July 17, 2020 Stipulation (Dkt. 280). GEO would not agree to a stipulation without imposing unrelated and unnecessary conditions, including that Plaintiffs withdraw their pending Motion to Strike GEO's Third Supplement to Initial Disclosures (Dkt. 344). Plaintiffs declined to withdraw their Motion, in part because GEO has not provided deposition dates or documents for the witnesses Plaintiffs seek to depose.[1]

Accordingly, Plaintiffs respectfully request that the Court enter an Order permitting Plaintiffs to exceed the presumptive 10 deposition limit in Fed. R. Civ. P.

---

[1] Plaintiffs will timely file a Reply in support of their Motion to Strike GEO's Third Supplement to Initial Disclosures.

5:17-cv-02514-JGB-SHK

30(a)(2)(A)(i) and the 15 deposition limit agreed to by the Parties in their July 17, 2020 Stipulation (Dkt. 280).

Dated:  October 23, 2020

*/s/ Lydia A. Wright*

Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
LA Bar # 30002
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
LA Bar # 37926
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

Warren Burns (admitted *pro hac vice*)
wburns@burnscharest.com
TX Bar # 24053119
Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
Will Thompson (CA Bar # 289012)
wthompson@burnscharest.com
E. Lawrence Vincent (admitted *pro hac vice*)
lvincent@burnscharest.com
TX Bar # 20585590
Mallory Biblo (admitted *pro hac vice*)
mbiblo@burnscharest.com
TX Bar # 24087165
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

R. Andrew Free (admitted *pro hac vice*)
andrew@immigrantcivilrights.com
TN Bar # 030513

3

**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959

Nicole Ramos (admitted *pro hac vice*)
nicole@alotrolado.org
NY Bar # 4660445
**AL OTRO LADO**
511 E. San Ysidro Blvd., # 333
San Ysidro, CA 92173
Telephone: (619) 786-4866

Robert Ahdoot (CA Bar # 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Theodore W Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com
Alex R. Straus (CA Bar # 321366)
astraus@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone:  (310) 474-9111
Fax:  (310) 474-8585

*Class Counsel*

# CERTIFICATE OF SERVICE

I, Lydia A. Wright, electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

Dated: October 23, 2020

/s/ Lydia Wright

Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
LA Bar # 37926
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

5:17-cv-02514-JGB-SHK