**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO EXCEED DEPOSITION LIMITS** |

The Court, having considered Plaintiffs' *ex parte* Application to Exceed Deposition Limits, and good cause appearing therefore, hereby grants the Application and ORDERS as follows:

Plaintiffs may exceed the presumptive 10 deposition limit in Fed. R. Civ. P. 30(a)(2)(A)(i) and the 15 deposition limit agreed to by the Parties in their July 17, 2020 Stipulation (Dkt. 280).

**IT IS SO ORDERED.**

Dated this _____ day of _____ , 2020.

_____
Hon. Jesus Bernal
United States District Judge

5:17-CV-02514-JGB