**AKERMAN LLP**
ELLEN S. ROBBINS (SBN 298044)
ALICIA Y. HOU (SBN 254157)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone:  (213) 688-9500
Facsimile:  (213) 627-6342
Email:  alicia.hou@akerman.com
Email:  ellen.robbins@akerman.com

LAWRENCE D. SILVERMAN (admitted *pro hac vice*)
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Telephone:  (305) 374-5600
Facsimile:  (305) 374-5095
Email:  lawrence.silverman@akerman.com

ADRIENNE SCHEFFEY (admitted *pro hac vice*)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  (303) 260-7712
Facsimile:  (303) 260-7714
Email:  colin.barnacle@akerman.com
Email:  adrienne.scheffey@akerman.com

Attorneys for Defendant
THE GEO GROUP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. 5:17-cv-02514-JGB-SHKx<br><br>**DECLARATION OF ELLEN S. ROBBINS IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF SERENA MORONES** |

| | |
|---|---|
| THE GEO GROUP, INC., | TAC Filed: September 16, 2019 |
| Counter-Claimant, | SAC Filed: December 24, 2018 |
| vs. | FAC Filed: July 6, 2018 |
| | Complaint Filed: December 19, 2017 |
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated, | Trial Date: March 30, 2021 |
| Counter-Defendant. | |

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# DECLARATION OF ELLEN S. ROBBINS

I, Ellen S. Robbins, hereby declare:

1. I am over the age of eighteen (18). The statements contained herein are made based on my personal knowledge and/or made to the best of my knowledge upon review of the record in this case, and if called upon to do so, I could and would competently testify thereto.

2. I am an attorney licensed to practice law in the State of California with the law firm of Akerman LLP, attorneys of record for Defendant The GEO Group, Inc. ("GEO").

3. Serena Morones ("Ms. Morones") was retained by GEO to rebut the opinions reached by Plaintiffs' expert witnesses Michael Childers and Jody Bland in the above-captioned matter. Ms. Morones prepared the Rebuttal Expert Report of Serena Morones (ECF 355-3, hereinafter "Morones Report"), which was produced to Plaintiffs on August 31, 2020.

4. In the Morones Report, Ms. Morones identified errors in calculation within the Expert Report of Jody Bland which resulted in Mr. Bland issuing an amended expert report on September 2, 2020.

5. GEO has produced all documents upon which Ms. Morones relied in preparing her opinions within the Morones Report.

6. On September 10, 2020, GEO produced the Expert Report of Peter H. Nickerson, Ph.D ("Nickerson Report") to Plaintiffs.

7. On September 21, 2020, GEO produced the Amended Expert Report of Peter H. Nickerson, Ph.D ("Amended Nickerson Report") to Plaintiffs.

8. The Nickerson Report and the Amended Nickerson Report were both produced to Plaintiffs prior to Ms. Morones' deposition, which was taken on September 24, 2020.

DECLARATION ISO DEFENDANT THE GEO GROUP, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF SERENA MORONES

9. During Ms. Morones' September 24, 2020 deposition, Ms. Morones responded to no less than fifty questions regarding the Nickerson Report and the Amended Nickerson Report. *See* ECF 355-4.

10. Attached as **Exhibit 1** to this declaration is a true and correct copy of the ICE contract amendment referenced in Footnote 58 of the Morones Report.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I executed this Declaration on the 26th day of October, 2020, in Hermosa Beach, California.

                                   */s/ Ellen S. Robbins*
                                    Ellen S. Robbins

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

2  Case No. 5:17-cv-02514-JGB-SHKx
**DECLARATION ISO DEFENDANT THE GEO GROUP, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF SERENA MORONES**