UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter
directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
**DUE DATE:**

| | |
|---|---|
| 1a. Contact Person for this Order | Annie Tualla |
| 2a. Contact Phone Number | (213) 688-9500 |
| 3a. Contact E-mail Address | annie.tualla@akerman.com |
| 1b. Attorney Name (if different) | Ellen S. Robbins |
| 2b. Attorney Phone Number | (213) 688-9500 |
| 3b. Attorney E-mail Address | ellen.robbins@akerman.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)

601 West Fifth Street
Suite 300
Los Angeles, CA 90071

| | |
|---|---|
| 5. Name & Role of Party Represented | Defendant The Geo Group, Inc. |
| 6. Case Name | Raul Novoa, et al. v. The GEO Group, Inc. |
| 7a. District Court Case Number | 5:17-cv-02514-JGB-SHK |
| 7b. Appeals Court Case Number | |

8. INDICATE WHETHER PROCEEDING WAS (*choose only one per form*):

[X] DIGITALLY RECORDED      [ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: _____

9. THIS TRANSCRIPT ORDER IS FOR:     [ ] Appeal  [X] Non-Appeal     [ ] Criminal  [X] Civil     [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):     *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (*Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.*)

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION — If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested. | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE (*Provide release date of efiled transcript, or check to certify none yet on file.*) | d. DELIVERY TYPE (*One per line, but check with court reporter before choosing any type but "ordinary."*) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/11/2020 | Kewalramani | Discovery Hearing | ◉ | ○ | ○ | ○ | ○ | ○ | ◉ _____ | 3-Day |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: October 27, 2020     Signature: /s/ Ellen S. Robbins

G-120 (06/18)