# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**ORDER GRANTING JOINT STIPULATION TO AMEND LONG FORM NOTICE**<br><br>Judge: The Honorable Jesus G. Bernal |

The Court, having considered the Joint Stipulation to Amend Long Form Notice, hereby GRANTS the Motion.

**IT IS SO ORDERED.**

Dated: October 29, 2020.

Hon. Jesus G. Bernal
United States District Judge

5:17-CV-02514-JGB