# Exhibit  1

## Part 1

| AWARD/CONTRACT | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING | PAGE OF PAGES |
|---|---|---|---|
| | | | 1    76 |

| 2. CONTRACT (Proc. Inst. Ident.) NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. |
|---|---|---|
| 70CDCR19D00000011 | See Block 20C | n/a |

| 5. ISSUED BY | CODE | ICE/DM/DC-LAGUNA | 6. ADMINISTERED BY (If other than Item 5) | CODE | ICE/DM/DC-LAGUNA |
|---|---|---|---|---|---|

ICE/Detent Mngt/Detent Contract-LAG
Immigration and Customs Enforcement
Office of Acquisition Management
24000 Avila Road, Room 3104
Laguna Niguel CA 92677

ICE/Detent Mngt/Detent Contract-LAG
Immigration and Customs Enforcement
Office of Acquisition Management
24000 Avila Road, Room 3104
Attn: Natasha Nguyen, (949)425-7030
Laguna Niguel CA 92677

SCD-C

| 7. NAME AND ADDRESS OF CONTRACTOR (No., street, country, State and ZIP Code) | 8. DELIVERY |
|---|---|

GEO GROUP INC THE
621 NW 53RD ST STE 700
BOCA RATON FL 334878242

8. DELIVERY
☐ FOB ORIGIN    ☒ OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT
Net 30

10. SUBMIT INVOICES
(4 copies unless otherwise specified)
TO THE ADDRESS SHOWN IN    ITEM

| CODE | 6127064650000 | FACILITY CODE |
|---|---|---|

| 11. SHIP TO/MARK FOR | CODE | ICE/ERO | 12. PAYMENT WILL BE MADE BY | CODE | ICE-ERO-FOD-FLS |
|---|---|---|---|---|---|

ICE Enforcement & Removal
Immigration and Customs Enforcement
801 I Street, NW
Suite 900
Washington DC 20536

DHS, ICE
Burlington Finance Center
P.O. Box 1620
Attn: ICE-ERO-FOD-FLS
Williston VT 05495-1620

| 13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: | 14. ACCOUNTING AND APPROPRIATION DATA |
|---|---|
| ☐ 10 U.S.C. 2304 (c) (    )    ☒ 41 U.S.C. 3304 (a) (    ) | see schedule |

| 15A. ITEM NO | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | Continued | | | | |
| | | | 15G. TOTAL AMOUNT OF CONTRACT ▶ | | $0.00 |

**16. TABLE OF CONTENTS**

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 64-75 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2-3 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 4-45 | X | J | LIST OF ATTACHMENTS | 76 |
| X | D | PACKAGING AND MARKING | 46 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 47-48 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 49-50 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 51-56 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 57-63 | | M | EVALUATION FACTORS FOR AWARD | |

**CONTRACTING OFFICER WILL COMPLETE ITEM 17 (SEALED-BID OR NEGOTIATED PROCUREMENT) OR 18 (SEALED-BID PROCUREMENT) AS APPLICABLE**

| 17. ☒ CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return    1    copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.) | 18. ☐ SEALED-BID AWARD (Contractor is not required to sign this document.) Your bid on Solicitation Number _____ including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your bid, and (b) this award/contract. No further contractual document is necessary. (Block 18 should be checked only when awarding a sealed-bid contract.) |
|---|---|

| 19A. NAME AND TITLE OF SIGNER (Type or print) | 20A. NAME OF CONTRACTING OFFICER |
|---|---|
| PII - EVP, Contract Administration | APRELL JOYCE |

| 19B. NAME OF CONTRACTOR | 19C. DATE SIGNED | 20B. UNITED STATES OF AMERICA | 20C. DATE SIGNED |
|---|---|---|---|
| BY    PII | 6/25/2019 | BY  APRELL B JOYCE  Digitally signed by APRELL B JOYCE  Date: 2019.06.25 15:32:16 -07'00' | 25 June 2019 |
| (Signature of person authorized to sign) | | (Signature of the Contracting Officer) | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

STANDARD FORM 26 (Rev. 3/2013)
Prescribed by GSA - FAR (48 CFR) 53.214(a)

GEO-Novoa_00035044

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>70CDCR19D00000011 | | | | PAGE<br>2 | OF<br>76 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | DUNS Number: 612706465<br>COR POC: Daniel A. Pomplun at (760) 561-6327 or<br>e-mail at Daniel.A.Pomplun@ice.dhs.gov<br><br>Alternate COR POC: [PII] at (213)<br>312-[PII] or e-mail at<br>[PII]<br><br>The purpose of this contract is for GEO to<br>provide detention services in accordance with<br>Section C - Performance Work Statement at the<br>Adelanto ICE Processing Center.<br><br>The contract pricing outlined in Section B is for<br>up to 1,940 detention male and female beds.<br><br>Funding will be provided at the task order level.<br><br>Period of Performance of the IDIQ:<br>June 26, 2019 through March 25, 2020<br>Period of Performance: 06/26/2019 to 03/25/2020 | | | | |
| 0001 | Minimum Guarantee Detention Beds--<br>Bed Day Rate (1 - 1,455)<br>Not-to-Exceed Quantity: 397,215 bed days<br>Obligated Amount: $0.00 | 397215 | DA | | |
| 0002 | Incremental Detention Beds--<br>Bed Day Rate (1,456 - 1,940)<br>Not-to-Exceed Quantity: 132,405 bed days<br>Obligated Amount: $0.00 | 132405 | DA | Proprietary | |
| 0003 | Guaranteed Transportation Monthly Fee--<br>Not-to-Exceed Quantity: 9 months<br>Obligated Amount: $0.00 | 9 | MO | | |
| 0004 | Detention Officer Transportation Overtime Rate--<br>Estimate 5,200 hours/month<br>Not-to-Exceed Quantity: 46,800 hours<br>Obligated Amount: $0.00 | 46800 | HR | | |
| 0005 | Remote Post and Guard Services Overtime Rate--<br>Estimate 5,200 hours/month<br>Not-to-Exceed Quantity: 46,800 hours<br>Obligated Amount: $0.00 | 46800 | HR | Proprietary | |
| | Continued ... | | | | |

OPTIONAL FORM 336 (4-86)
Prescribed by GSA
FAR (48 CFR) 53.110

GEO-Novoa-00035045

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>70CDCR19D00000011 | | | | PAGE<br>3 | OF<br>76 |

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| 0006 | Fuel Reimbursement--<br>This is an estimated amount.<br>Obligated Amount: $0.00 | 1 | LO | **Proprietary** | |
| 0007 | Detainee Work Program Reimbursement--<br>This is an estimated amount.<br>Obligated Amount: $0.00<br><br>The total estimated amount of the IDIQ contract is $ Proprietary   Funding will be provided at the task order level.<br><br>The total amount of award: $ **Proprietary**   The obligation for this award is shown in box 15G. | 50000 | DA | 1.00 | |

AUTHORIZED FOR LOCAL REPR...

OPTIONAL FORM 336 (4-86)
...
FAR (48 CFR) 53.110

GEO-Novoa-00035046

## SECTION C – DESCRIPTION / SPECIFICATION
PERFORMANCE WORK STATEMENT
### Performance Work Statement (PWS)

## I. INTRODUCTION

### A. Background

Enforcement and Removal Operations (ERO), a component of U.S. Immigration and Customs Enforcement (ICE), maintains custody of one of the most highly transient and diverse populations of any detention system in the nation. These detainees are housed in authorized facilities nationwide including local facilities operating under Inter-Governmental Service Agreements (IGSAs), private Contract Detention Facilities (CDFs), and ICE-owned Service Processing Centers (SPC).

A key goal of Immigration Detention Reform is to create a civil detention system that is not penal in nature and serves the needs of ICE to provide safe and secure conditions based on characteristics of a diverse population including an individual's perceived threat to the community, risk of flight, type and status of immigration proceeding, community ties, and medical and mental health issues.

### B. Scope of Work Performance

This Performance Work Statement (PWS) sets forth the Agreement's performance requirements for detention facility services for ICE detainees. The Facility's operation shall comply with the requirements of 2011 Performance-Based National Detention Standards, 2016 Revisions dated December 2016 (PBNDS 2011, 2016 Revisions), including optimal provisions listed in Attachment 5 to the agreement with the contractor.

The contractor will provide a stand-alone 1,940-bed adult detention facility in Adelanto, California. The detainee population housed at this facility may include people with mental health, medical and dental issues, those with no criminal history, and those with serious criminal histories, dependent on the needs of the ERO Field Office and subject to the requirements of PBNDS 2011, 2016 Revisions. No minors will be housed at this facility. The facility will provide appropriate support services to include health services, food, laundry, intake, law library, visitation, maintenance, and recreation, among other services, in a manner appropriate to the needs of the immigration detention population.

Security staff v[ LES ]o LES

The facility provides a central dining rooms, a contact visitation rooms, large outdoor recreation yards, medical units, administrative spaces, etc.

GEO-Novoa_00035047

Multiple CCTV cameras 

Space for courtrooms and other areas for legal and administrative processing with capability for video teleconferencing, compliant with the requirements of the Executive Office for Immigration Review, will be provided.

**C.  Explanation of Terms/Acronyms**

1.  ADMINISTRATIVE CONTRACTING OFFICER (ACO): ICE employee responsible for contract compliance, contract administration, cost control, and reviewing Contracting Officer's Representative's (COR) assessment of contractor's performance.

2.  ADULT LOCAL DETENTION FACILITY (ALDF): A facility which detains persons over the age of 18.

3.  ALIEN: Any person who is not a citizen or national of the United States.

4.  BED DAY: Per diem "detainee day" or "man-day" means day in or day out and all days in between. The contractor may charge for day of arrival or day of departure, but not both.

5.  BOOKING: Admission procedure for an ICE detainee, which includes searching, fingerprinting, photographing, medical screening, and collecting personal history data. Booking also includes the inventory and storage of the individual's accompanying personal property.

6.  BUREAU OF PRISONS (BOP): The U.S. Federal Bureau of Prisons protects society by confining offenders in the controlled environments of prisons and community-based facilities that are safe, humane, cost-efficient, and appropriately secure, and that provide work and other self-improvement opportunities to assist offenders in becoming law-abiding citizens.

7.  COMPLAINT: A written or verbal expression of grief, pain, or dissatisfaction by a detainee with the facility administrator concerning personal health/welfare or the operations and services of the facility.

8.  CONTRACTOR: The entity, which provides the services, described in this Performance Work Statement.

9.  CONTRACTING OFFICER (CO): An employee of the Government responsible for the complete conduct and integrity of the contracting process, including administration after award. The only individual authorized to issue changes to this contract.

GEO-Novoa_00035048

10. CONTRACTING OFFICER'S REPRESENTATIVE (COR): An employee of the Government, appointed by the Contracting Officer, to assist in the technical monitoring or administration of the contract.

11. CONTROL ROOM: Integrates all internal and external security communications networks within a secure room. Activities conducted within the control room have a critical impact on the institution's orderly and secure operation.

12. DEPARTMENT OF HOMELAND SECURITY (DHS): The United States federal executive department responsible for ensuring the homeland is safe, secure, and resilient against terrorism and other hazards.

13. DEPARTMENT OF JUSTICE (DOJ): The United States federal executive department responsible for enforcement of the law and administration of justice. It includes the Executive Office of Immigration Review (EOIR), the Federal Bureau of Investigation (FBI), and the Federal Bureau of Prisons (BOP), and the U.S. Marshals Service (USMS).

14. DESIGNATED SERVICE OFFICIAL: An employee of U.S. Immigration and Customs Enforcement designated in writing by ICE Officer-In-Charge (OIC) to represent ICE on matters pertaining to the operation of the facility.

15. DETAINEE: Any person confined under the auspices and the authority of any Federal agency.

16. DETAINEE RECORDS: Information concerning the individual's personal, criminal and medical history, behavior, and activities while in custody, including, but not limited to: Detainee, Personal Property, Receipts, Visitors List, Photographs, Fingerprints, Disciplinary Infractions, Actions Taken, Grievance Reports, Medical Records, Work Assignments, Program Participation, Miscellaneous Correspondence, etc.

17. DETENTION OFFICERS: Contractor's staff members responsible for the security, care, transportation, and supervision of detainees during all phases of activity in a detention facility. The officer is also responsible for the safety and security of the facility.

18. DETENTION STANDARDS COMPLIANCE UNIT (DSCU): A unit within Enforcement and Removal Operations whose purpose is to develop and prescribe policies, standards, and procedures for ICE detention operations and to ensure detention facilities are operated in a safe, secure, and humane condition for both detainees and staff.

19. DIRECT SUPERVISION: A method of detainee management that ensures continuous direct contact between detainees and staff by posting sufficient

GEO-Novoa_00035049

officers to provide frequent, nonscheduled observation of, and personal interaction with detainees.

20. EMERGENCY: Any significant disruption of normal facility procedure, policy, or activity caused by riot, strike, escape, fire, medical exigency, natural disaster, or other serious incident.

21. ENFORCEMENT AND REMOVAL OPERATIONS (ERO): A component of U.S. Immigration and Customs Enforcement, responsible for the identification, apprehension, and removal of illegal aliens from the United States.

22. ENTRY ON DUTY (EOD): The first day the employee begins performance at a designated duty station on this contract.

23. ENVIRONMENTAL ANALYSIS AND EVALUATION (EAE): This document initiates the analysis and evaluation of environmental effects of proposed actions and considers alternative proposals. It determines the need for an Environmental Assessment.

24. ENVIRONMENTAL ASSESSMENT (EA): Specific document summarizing the results of thorough analyses of environmental impacts caused by proposed actions. It determines the need for an Environmental Impact Statement.

25. ENVIRONMENTAL IMPACT STATEMENT (EIS): Comprehensive document providing full and fair discussion of significant environmental impacts caused by the proposed action(s). It also states the reasonable alternatives, which would avoid or minimize the adverse impact(s) or enhance the quality of the human environment.

26. FACILITY: The physical plant and grounds in which the contractor's services are operated.

27. FINDING OF NO SIGNIFICANT IMPACT (FONSI): Formal statement indicating that no significant effect upon the quality of the human environment will occur because of the proposed action(s).

28. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE): An agency within the U.S. Department of Homeland Security that promotes homeland security and public safety through the criminal and civil enforcement of federal laws governing border control, customs, trade, and immigration.

29. ICE HEALTH SERVICE CORPS (IHSC): The medical authority for ICE, provides on-site, direct patient care to ICE detainees at 23 detention locations and manages off-site medical referrals for aliens housed in approximately 270 other facilities nationwide. IHSC medical facilities follow applicable health

Page 7 of 76

GEO-Novoa_00035050

care standards that guide current national policy regarding the delivery of health care.

30. IMMEDIATE RELATIVES: Spouses, children (including stepchildren and adopted children) and their spouses, parents (including stepparents), siblings (including stepsiblings and half-siblings) and their spouses.

31. INCIDENT REPORT: Written documentation of an event, such as a minor disturbance, officer misconduct, any detainee rule infraction, etc.

32. JUSTICE PRISONER AND ALIEN TRANSPORTATION SYSTEM (JPATS): DOJ's prisoner transportation system operated by the U.S. Marshals Service (USMS), sometimes referred to as the "airlift."

33. LIFE SAFETY CODE: A manual published by The National Fire Protection Association specifying minimum standards for fire safety necessary in the public interest.

34. LOG BOOK: The official record of post operations and inspections.

35. MAN-DAY: See Bed Day.

36. MAN-HOUR: Man-hour means productive hours when the required services are performed. Only productive hours can be billed.

37. MARSHALS SERVICE (USMS): An agency within the U.S. Department of Justice responsible for enforcing federal laws and providing support to virtually all elements of the federal justice system.

38. MEDICAL RECORDS: Separate records of medical examinations and diagnosis maintained by the responsible physician or nurse. Limited information from these records is transferred to the detainee record: date and time of all medical examinations; and, copies of standing or direct medical orders from the physician to the facility staff.

39. MEDICAL SCREENING: A system of structured observation and/or initial health assessment to identify newly-arrived detainees who could pose a health or safety threat to themselves or others. See attachment 8 – Franco-Gonzalez Health

40. OFFICE OF PROFESSIONAL RESPONSIBILITY, PERSONNEL SECURITY UNIT (OPR-PSU): The ICE office, which implements a component-wide personnel security program.

41. ON CALL/REMOTE CUSTODY OFFICER POST: These posts shall be operated on demand by the COR and shall include, but not be limited to,

GEO-Novoa_00035051

escorting and providing custody of detainees for hearings, ICE interviews, or at any other location requested by the COR.

42. QUALIFIED HEALTH PROFESSIONAL: Physicians, dentists, and other professional and technical workers who by state law engage in activities that support, complement or supplement the functions of physicians and/or dentists who are licensed, registered, or certified, as appropriate to their qualifications, to practice.

43. QUALITY ASSURANCE: The actions taken by the Government to assure requirements of the Performance Work Statement (PWS) are met.

44. QUALITY ASSURANCE SURVEILLANCE PLAN (QASP): A Government document used to ensure that systematic quality assurance methods are used in the administration of performance-based standards and other requirements included in this agreement.

45. QUALITY CONTROL (QC): The contractor's inspection system, which covers all the services to be performed under the Agreement. The actions that a contractor takes to control the production of services so that they meet the requirements stated in the Agreement.

46. QUALITY CONTROL PLAN (QCP): A contractor-produced document that addresses critical operational performance standards for services provided.

47. RESPONSIBLE PHYSICIAN: A person licensed to practice medicine with whom the facility enters into a contractual agreement to plan for and provide health care services to the detainee population of the facility.

48. RESTRAINT EQUIPMENT: This includes but is not limited to: handcuffs, belly chains, leg irons, straight jackets, flexi cuffs, soft (leather) cuffs, and leg weights.

49. SAFETY EQUIPMENT: This includes, but is not limited to, firefighting equipment (i.e., chemical extinguisher, hoses, nozzles, water supplies, alarm systems, portable breathing devices, gas masks, fans, first aid kits, stretchers, and emergency alarms).

50. SECURITY DEVICES: Locks, gates, doors, bars, fences, screens, hardened ceilings, floors, walls and barriers used to confine and control detainees. In addition, electronic monitoring equipment, security alarm systems, security light units, auxiliary power supply, and other equipment used to maintain facility security.

51. SECURITY PERIMETER: The outer portions of a facility, which actually provide for secure confinement of detainees.

GEO-Novoa_00035052

52. SERVICE PROVIDER: See Contractor.

53. STANDING MEDICAL ORDERS: Written orders, by a physician, to medical personnel for the definitive treatment of identified minor, self-limiting conditions and for on-site treatment of emergency conditions.

54. TOUR OF DUTY: No more than 12 hours in any 24-hour period with a minimum of eight hours off between shifts, except as directed by state or local law. Authorization is required prior to an employee performing duties that exceed 12 hours, unless due to extenuating circumstances by which the COR will be notified.

55. TRANSPORTATION COSTS: All materials, equipment and labor necessary to respond to requests by designated officials for secure movement of detainees from place to place necessary for processing, hearings, interviews, etc.

56. UNIFORM: A clearly identifiable outfit which can include traditional or non-traditional articles such as khaki pants and polo shirts.

57. WEAPONS: This includes but is not limited **LES**   **LES**

## II.   GENERAL INFORMATION

### A.   Introduction

Unless otherwise specified, *all* plans, policies, and procedures shall be developed by the contractor and submitted in writing to the CO and the COR for review **and concurrence** prior to receiving detainees for housing. Once concurrence has been granted, these plans, policies, and procedures shall not be modified without the prior written acknowledgment of the CO and the COR. The contractor does not have a right of refusal and shall take all referrals from ICE, as long as the individuals have been properly classified to be housed at this facility. The contractor is prohibited from constructing or making modifications to or adding any additional bed space or facilities at the facility location without the prior written approval of the CO.

### B.   General

The contractor shall abide by all rules and regulations in the following sources:

1. Post Orders

2. General Directives

GEO-Novoa_00035053

3. American Correctional Association (ACA) Standards for Adult Local
   Detention Facilities (most current edition) and the most recent copies of
   the supplements as they are issued. Copies are obtainable for purchase
   through the Internet website. HTTP://www.aca.org/storeibookstore/.

4. Officers' Handbook (M-68)

5. The 2011 Performance Based National Detention Standards, 2016
   Revisions dated December 2016 (PBNDS 2011, 2016 Revisions). (Note:
   The provisions of the PBNDS 2011, 2016 Revisions should be interpreted
   as minimum requirements. Facilities are encouraged to design and operate
   the facility to provide the least restrictive conditions appropriate to
   maintain the security and safety of the staff and detainees.)

6. Subpart A of the U.S. Department of Homeland Security (DHS)
   Regulation titled "Standards to Prevent, Detect, and Respond to Sexual
   Abuse and Assault in Confinement Facilities," 79 Fed. Reg. 13100 (Mar.
   7, 2014), also known as the DHS Prison Rape Elimination Act (DHS
   PREA), as outlined in Attachment 6. If any requirements of the DHS
   PREA standards conflict with the terms of the 2011 PBNDS, 2016
   Revisions, the DHS PREA standards shall prevail.

7. Federal, state, and local laws governing use of firearms, fire safety and
   environmental health.

8. All other regulations provided to the contractor by the authority of the CO.

All services must comply with this agreement and all applicable federal, state, and
local laws and standards. Should a conflict exist between any of these laws or
standards or regulations, the most stringent shall apply. If the contractor is unable
to determine which law or standard is more stringent, the CO and the COR shall
determine the appropriate standard.

This PWS contains numerous references, which direct the contractor to notify,
contact, or provide the COR with information or data. Post-award, the CO may
formally designate other Government individuals to assume those responsibilities.
The contractor is responsible for a Quality Control Program (QCP), which ensures
all requirements of this PWS are achieved. The specific requirements for the
QCP are further detailed within this PWS.

**C. Records Management**

The contractor shall comply with all statutes, regulations, and guidelines from the
National Archives and Records Administration. Records and information
management functions are required and mandated by the following laws and
regulations: Chapters 21, 29, 31, and 33 of Title 44, United States Code; 36 CFR

GEO-Novoa_00035054

12; 41 CFR 201 subchapters A and B; OMB Circular A-l30; and DO] Order 271 O.8A, *Removal and Maintenance of Documents*. Criminal penalties for unlawfully destroying, damaging, removing, or improperly handling or releasing federal records are addressed in Chapters 37 and 101 of Title 18, United States Code.

## Records Access

(a) Except as provided below in paragraph (b) , all records acquired or generated by the contractor in its performance of this contract or as a result of this contract, including records classified as Privacy Act systems or records, are federal records under the control of ICE and shall be subject to disclosure only pursuant to the provisions of applicable federal laws, regulations, and executive orders or as ordered by a court. Insofar as any documents created by the contractor contain any information related to one or more ICE detainees, these records shall be the property of the U.S. Government and shall be subject to disclosure only pursuant to the provisions of applicable federal laws, regulations, and executive orders or as ordered by a court. To the extent the contractor intends to release the contract or any information relating to the contract, the contractor agrees to coordinate with the ICE Contracting Officer prior to such release.

(b) Contractor-owned records are considered the property of the contractor and are not within the scope of paragraph (a) above. Contractor-owned records include the following: (1) contractor's employment-related records, and (2) contractor's patents, copyright, and trademark applications, where the contractor has elected rights or has permission to assert rights and has not relinquished such rights or turned such rights over to the Government.

(c) All records acquired or generated by the contractor under this contract and in possession of the contractor, including those described in paragraphs (a) and (b) above, shall be subject to inspection, copying, and audit by the Government or its designees at all reasonable times, and the Contractor shall afford the Government or its designees reasonable facilities for such inspection, copying, and audit; provided, however, that upon request by the Contracting Officer, the contractor shall deliver such records to a location specified by the Contracting Officer for inspection, copying, and audit. The Government or its designees shall use such records in accordance with applicable federal laws (including the Privacy Act), as appropriate.

(d) This clause applies to all records created, received and maintained by the contractor without regard to the date of origination of such records, including all records acquired from a predecessor contractor or predecessor contract or IGSA. The requirements of this clause shall flow down to any and all subcontractors of the contractor in performance of this contract.

GEO-Novoa_00035055

**D. Inspection by Regulatory Agencies**

Work described in the contract is subject to inspection by other Government agencies. The contractor shall participate in responding to all requests for information and inspection or review findings by regulatory agencies.

**E. Performance Evaluation Meetings**

The contractor's representatives shall meet with the COR(s) on a regular basis as determined necessary by the Government. These meetings will provide a management level review and assessment of contractor performance and allow for discussion and resolution of problems.

**F. Contractor's Employee Handbook**

The contractor shall provide an Employee Handbook, which, at a minimum, addresses the following:

1. Organization
2. Recruiting procedures
3. Opportunities for Equal Employment
4. Qualifying for jobs, job descriptions, responsibilities, salaries, and fringe benefits
5. Screening employees for illegal drug use
6. Holidays, leave, and work hours
7. Personnel records, employee evaluations, promotion, and retirement
8. Training
9. Standards of conduct, disciplinary procedures, and grievance procedures
10. Resignation and termination
11. Employee-management relations
12. Security, safety, health, welfare, and injury incidents

The contractor must provide a copy of the Employee Handbook to the contractor's employees at the facility. Upon request by the COR, the contractor shall document to the Government that all employees have reviewed a copy of the manual.

**G. Housing, Health, and Medical Care**

The contractor shall provide detention services, to include detainee welfare and record keeping services for ICE.

1. Detention Site Standards

   The contractor shall ensure the detention site conforms to ACA and the PBNDS 2011, 2016 Revisions. A fire and emergency plan shall exist and shall be aggressively managed. The contractor shall ensure facilities conformance to the following:

   For safety, security, and sanitation purposes, an inspection of the detainee housing areas shall be conducted by a supervisor each shift. All locks, windows, walls, floors, ventilators, covers, access panels, and doors shall

Page **13** of 76

be checked daily for operational wear and detainee tampering. The
contractor shall take immediate action to repair all defective findings
and/or equipment. All inspection results and any instructions to staff shall
be logged into the housing area security logbook and be available for
review by the COR.

The Facility shall be subject to periodic and random inspections by the
COR, or other officials as may be determined by ICE, to ensure
compliance with the PBNDS 2011, 2016 Revisions and the terms of this
agreement. Deficiencies shall be immediately rectified or a plan for
correction submitted by the contractor to the COR for approval.

2.   Health and Medical Care

Health care facilities will be properly sized and equipped for the detainee
population and will be staffed 24 hours a day. The contractor shall
comply with written policies and procedures for appropriately addressing
the health needs of ICE detainees.  Policies and procedures shall be
written to ensure that medical, dental, and mental health care are delivered
in compliance with NCCHC standards and applicable PBNDS 2011, 2016
Revisions provisions and shall include, but not be limited to, the
following:

a.   Policies and procedures for accessing 24-hour emergency medical
care for ICE detainees.
b.   Policies and procedures for prompt summoning of emergency
medical personnel.
c.   Policies and procedures for emergency medical evacuation of
detainees, if deemed necessary by qualified medical personnel.
d.   Policies, procedures, and post orders for duty officers to ensure
that medical emergencies are recognized and promptly attended to.
e.   Policies and procedures addressing detention standards on medical
care to include access to care, suicide prevention, hunger strikes,
etc.
f.   Policies and procedures that support a system allowing for
detainees to request medical/mental health services through
submission of written requests. Medical/mental health requests for
treatment deemed urgent by the medical provider will be forwarded
by the contractor to the COR and/or alternate COR as soon as possible.
Detainee requests shall be addressed with urgency.
g.   Policies and procedures that support a continuum of health care
services including screening, prevention, health education,
diagnosis, and treatment consistent with National Commission on
Correctional Health Care (NCCHC) standards and applicable
clinical guidelines.
h.   Policies and procedures that ensure that detainees released or
removed will receive a discharge plan, a full copy of medical
records, medication and referrals to community-based providers as

Page **14** of 76

medically appropriate.

   i.  Policies and Procedures that include all screening inquiries required by PBNDS 2011, 2016 Revisions Standard 4.3, including: past hospitalizations, relevant family medical history, dietary needs and past or recent abuse or violence; and that include – where there is a clinically significant finding as a result of the initial screening – an immediate medical/mental referral with the detainee receiving a health assessment within 72 hours from the initial screening unless the clinical situation would dictate earlier evaluation.

   j.  Policies and procedures that ensure that detainees experiencing severe, life-threatening intoxication or withdrawal are transferred immediately to a licensed acute care facility.

   k.  Any detainee grievance for medical care not received shall be promptly addressed and the COR shall be notified in writing.

   l.  Policies and procedures for initial health assessment to identify newly-arrived detainees who could pose a health or safety threat to themselves or others. See attachment 8 – Franco-Gonzalez Health.

## III.   PERSONNEL

The contractor shall employ personnel whose qualifications are commensurate with job responsibilities and authority levels. The contractor shall assure that employees meet the standards of competency, training, appearance, behavior and integrity. The contractor will affect disciplinary or adverse action against employees who disregard those standards.

### A.  Key Personnel

The Contractor shall provide resumes for any proposed replacement of any key personnel to the CO and the COR. The COR shall provide written approval before any replacement of Key Personnel is assigned to perform duties under this contract. The Contractor shall have key personnel employed and on site before the Contractor can begin contract performance. The following are considered key personnel:

     All Supervisory / Management personnel.

### B.  Minimum Standards of Employee Conduct

The contractor shall develop standards of employee conduct and corresponding disciplinary actions that are consistent with the following standards of conduct. All employees shall certify in writing that they have read and understand the standards.

A record of this certificate must be provided to the COR prior to the employees beginning work under this contract. The contractor shall hold employees accountable for their conduct based on these standards, which are not restricted to, but must include:

GEO-Novoa_00035058

1. Employees shall not display favoritism or preferential treatment to one detainee, or group of detainees, over another.
2. Employees shall not discuss or disclose information from detainee files or immigration cases, except when necessary in the performance of duties under this contract.
3. The employee may not interact with any detainee except in a relationship that supports the approved goals of the facility. Specifically, employees shall not receive nor accept any personal (tangible or intangible) gift, favor, or service, from any detainee, any detainee's family, or associate no matter how trivial the gift, favor, or service may seem, for themselves or any members of their family. In addition, the employee shall not give any gift, favor, or service to detainees, detainee's family, or associates.
4. The employee shall not enter into any business relationship with detainees or their families (e.g., selling, buying, or trading personal property).
5. The employee shall not have any outside or social contact with any detainee, his or her family, or associates, except for those activities, which are part of the facility program and a part of the employee's job description.
6. All employees are required to immediately report to the Warden/Facility Director and COR any criminal or non-criminal violation or attempted violation of these standards.
7. The contractor shall report all violations or attempted violations of the standards of conduct or any criminal activity immediately to the COR. Violations may result in employee removal from the facility. Failure on the part of the contractor either to report a known violation or to take appropriate disciplinary action against offending employee or employees shall subject the contractor to appropriate action including possible termination for default.
8. The contractor shall not employ any person who is currently an employee of any federal agency - including active duty military personnel - or whose employment would present an actual or apparent conflict of interest.

## C. Random Drug Testing

The contractor shall have a random drug-screening program that randomly tests a minimum of 10% of all contractor staff every quarter. ICE may require drug screening for cause at any time. The contractor shall order and accomplish drug screening at the contractor's expense. A laboratory approved by the National Institute of Drug Abuse (NIDA) must perform the screening. The contractor shall provide the results of all such drug screening to the COR within 24 hours after receipt.

## D. Contraband Program and Inspection

A contraband control program shall be established in accordance with the PBNDS

GEO-Novoa_00035059

2011, 2016 Revisions and the ACA standards on the control of contraband. The contractor's employees are subject to random contraband inspection in accordance with facility standards and policies. ICE may require contraband screening and inspection for cause at any time. Upon notification of a violation by the COR, the contractor shall immediately remove the employee from performing duties under this Agreement. The contractor shall revoke employees' credentials, complete required disposition, and immediately notify the COR when the employee is removed from duty.

**E. Removal from Duty**

If the COR or the contractor receives and confirms disqualifying information concerning a contractor employee, the contractor shall, upon notification by the COR, immediately remove the employee from performing duties under this Agreement. The contractor shall revoke the employee's identification credentials and complete any required dispositions. The contractor shall immediately notify the COR when the employee is removed from duty.

Disqualifying information includes but is not limited to the following:

1. Conviction of a felony, a crime of violence, domestic violence, or a serious misdemeanor.
2. Possessing a record of arrests for continuing offenses.
3. Falsification of information entered on suitability forms.
4. Non-payment of court ordered payments (child support, liens, etc.), or excessive delinquent debt as determined by credit check.
5. Misconduct or negligence in prior employment, which would have a bearing on efficient service in the position in question or would interfere with or prevent effective accomplishment by the employing agency of its duties and responsibilities.
6. Alcohol abuse of a nature and duration, which suggests that the applicant or appointee would be prevented from performing the duties of the position in question or would constitute a direct threat to the property or safety of others.
7. Illegal use of narcotics, drugs, or other controlled substances, without evidence of substantial rehabilitation.

ICE may direct the contractor to remove any employee who has been disqualified either for security reasons or for being unfit to perform his/her duties as determined by the COR or the Contracting Officer. The contractor shall take action immediately and notify the COR when the employee is removed from duty. A determination of being unfit for duty may be made from, but is not limited to, incidents of delinquency set forth below:

1. Violation of the Rules and Regulations Governing Detention facilities set forth in ICE Publications entitled "Detention Officer Handbook",
2. Violation of the Rules and Regulations Governing Public Buildings and Grounds, CFR 101-20.3;

Page **17** of 76

3.  Neglect of duty, including sleeping while on duty, loafing, unreasonable delays or failures to carry out assigned tasks, conducting personal affairs during official time, leaving post without relief, and refusing to render assistance or cooperation in upholding the integrity of the security program at the work sites;

4.  Falsification or unlawful concealment, removal, mutilation, or destruction of any official documents or records, or concealment of material facts by willful omissions from official documents or records;

5.  Theft, vandalism, immoral conduct, or any other criminal actions;

6.  Possessing, selling, consuming, or being under the influence of intoxicants, drugs, or substances which produce similar effects;

7.  Unethical or improper use of official authority or credentials;

8.  Unauthorized use of communication equipment or government property;

9.  Misuse of equipment or weapons;

10. Violations of security procedures or regulations;

11. Recurring tardiness;

12. Possession of alcohol, illegal substances, or contraband while on duty;

13. Undue fraternization with detainees as determined by the COR;

14. Repeated failure to comply with visitor procedures as determined by the COR;

15. Performance, as determined by investigation by the Contracting Officer involving acquiescence, negligence, misconduct, lack of diligence, good judgment, and/or good common sense resulting in, or contributing to, a detainee escape;

16. Failure to maintain acceptable levels of proficiency or to fulfill training requirements;

17. Changes in an employee's ability to meet the physical and/or mental health requirements of this Agreement;

18. Contractor employee who is under investigation by any law enforcement agency will be removed from duties pending outcome of the disposition. At the direction of the COR, the contractor shall reassign contract employees who have been arrested or who have alleged misconduct to duties that do not permit direct contact with detainees pending the disposition of the charges. Any alleged misconduct shall be reported immediately to the COR. If such reassignments are not available, the contractor shall remove the employee from work under this contract and other ICE contracts.

**F.  Tour of Duty Restrictions**

The contractor shall not utilize any uniformed contract employee to perform duties under this Agreement for more than 12 hours in any 24-hour period and shall ensure that such employees have a minimum of eight hours off between shifts. Authorization is required prior to an employee performing duties that

GEO-Novoa_00035061

exceed 12 hours, unless due to extenuating circumstances by which the COR will be notified. Employees performing transportation duties can work up to 15 hours in a 24-hr period as needed under Department of Transportation regulations.

**G. Dual Positions**

In the event that a supervisory detention officer is not available for duty the contractor should provide a full-time supervisor as a replacement. A contract employee shall not hold the position of Detention Officer and Supervisory Detention Officer simultaneously. The COR will document and refer to the Contracting Officer the failure of the contractor to provide necessary personnel to cover positions.

**H. Post Relief**

As indicated in the post orders, the Detention Officer shall not leave his or her post until relieved by another Detention Officer. When the contractor or contractor's Supervisors authorize rest or relief periods, the contractor shall assign undesignated officers to perform the duties of those Detention Officers, providing sight and sound supervision, while on break.

**I. Personnel Files**

The contractor shall maintain a system of personnel files and make all personnel files available to the CO and the COR upon request. These files shall be maintained and current for the duration of the employee's tenure under the Agreement. The files shall contain verification of training and experience and credentials for all the staff.

**J. Uniform Requirements**

These requirements apply to Resident Monitoring Staff (Supervisory Detention Officers and Detention Officers) who perform work under the contract.

1. Uniforms

   The contractor shall provide uniforms to its employees, such as khaki pants and polo shirts. The design and color of the contractor's uniforms shall not be similar to those worn by ICE officers. All officers performing under this contract shall wear uniforms of the same style and color while on duty. Supervisory personnel should wear different color shirts to distinguish them from line staff. Each officer shall wear an identification nametag over the right breast shirt pocket. Uniforms and equipment do not have to be new but shall be in good condition and meet the standards at start of duty. Officers not in proper uniform shall be considered "not ready for duty/not on duty" until properly uniformed. All uniforms shall be clean, neat, and in good order.

   The complete uniform consists of seasonal attire that includes appropriate

Page **19** of 76

GEO-Novoa_00035062

shirt, pants, belt (mandatory), cap (mandatory), jacket, shoes or boots (mandatory), duty belt, handheld radio, and key-holder. The contractor shall ensure that each officer has a complete uniform while performing assignments under this Agreement.

Prior to the Agreement performance date, the contractor shall document to the COR the uniform and equipment items that have been issued to each employee. The COR shall have the right to approve or disapprove any uniform apparel.

2. Identification Credentials

The contractor shall ensure that all employees both uniformed and non-uniformed (if applicable) have the required identification credentials in their possession while on the premises. The contractor identification credential document shall contain the following:

   a. A photograph that is at least one-inch square that shows the full face and shoulders of the employee and is no more than 30 days old when the contractor issues the credential.
   b. A printed document that contains personal data and description consisting of the employee's name, sex, birth date, height, weight, hair color and eye color, as well as the date of issuance, the signature of the employee, and the signature of project manager designated contractor personnel.
   c. To avoid the appearance of having Government issued badges, the contractor shall not possess wallet type badges or credentials. All credentials shall be approved by the COR.

**K. Permits and Licenses**

The Contractor must obtain all required permits and licenses by the date of agreement award. The Contractor must (depending on the state's requirements) be licensed as a qualified security service company in accordance with the requirements of the district, municipality, county, and state in which ICE work site(s) is/are located. Throughout the term of this agreement, the Contractor shall maintain current permits/business licenses and make copies available for Government Inspection. The Contractor shall comply with all applicable Federal, State, and Local laws and all applicable Occupational Safety and Health Administration (OSHA) Standards.

**L. Encroachment**

Contractor employees shall not have access to Government equipment, documents, materials, and telephones for any purpose other than as authorized by ICE. Contractor employees shall not enter any restricted areas of the processing centers unless necessary for the performance of their duties.

**M. Work Schedules**

Page **20** of 76

The contractor shall follow the criteria described below when establishing work schedules, contact relief, rest periods, and starting and stopping work.

1. Post Work Schedules

   One week in advance, the contractor shall prepare supervisory and Detention Officer work schedules, for a two-week period, and shall post them in work areas or locker rooms. A staffing report shall be submitted to the COR on a monthly basis. The on-duty contractor Supervisor shall conduct regular post checks to ensure personnel are prepared to be on duty.

2. Starting and Stopping Work

   The contractor is responsible for all employees to be dressed in full uniform and ready to begin work promptly at the beginning of each shift. Each employee shall remain at the duty locations until the shift is completed.

3. Recording Presence
   The contractor shall direct its employees to clock in when reporting for work, and to clock out when leaving at the end of their period of duty.

4. Rest Periods
   When the contractor authorizes rest and relief periods for a contractor employee, a substitute officer shall be assigned to the duty location.

5. Work Relief
   When the work assignments require that the contractor's employees do not leave the assigned duty locations until a substitute officer has provided relief.

6. Hospitalization of Detainees
   The detainees shall not use the telephones unless the contractor receives prior approval from the COR. The contract employees shall not fraternize with clinic/hospital staff or with casual visitors to the clinic/hospital. Detainee visitation is not permitted at the hospital. The contractor is obligated to relay messages as requested by the detainee to ICE COR.

## IV.   BACKGROUND AND CLEARANCE PROCEDURES

### A. Initial Drug Testing

The contractor must obtain screening for the use of illicit drugs of every employee and prospective employee working under this Agreement. Drug screening is urinalysis to detect the use of amphetamines, cocaine metabolites, opiates (morphine/codeine), phencyclidine (PCP), and marijuana metabolites by an individual. ICE may expand the above list to include additional drugs.

GEO-Novoa_00035064

Prior to the granting of a favorable EOD decision, the contractor must submit the results of the drug screening on the applicant to the COR. Drug testing of an applicant will commence as soon as scheduled upon receipt of an applicant's personnel suitability packet by the COR. The results of an applicant's drug test must be submitted to the COR no later than 21 calendar days after receipt of an applicant's personnel suitability packet. Such tests shall be screened for the presence of the following drugs or drug classes: amphetamines, cocaine metabolites, opiates (morphine/codeine), phencyclidine (PCP) and marijuana metabolites. (The ICEIDRO reserves the right to expand the list above to include additional drug/drug classes.) Contractor shall ensure that all federal, state, and local legal procedures are followed whether or not included in these procedures, with regard to the specimen, contractor must ensure that the confirmations are correct and that an adequate chain of custody procedure exists and is followed. The contractor must post the ICE "Drug Free Workplace Policy" in all facility work areas.

**B. Training**

Employees shall not perform duties under this Agreement until they have successfully completed all initial training and the COR receives written certification from the contractor.

Facility staff will be trained in accordance with the PBNDS 2011, 2016 Revisions and ACA standards. To enhance the staff's ability to carry out the mission of civil detention, training related to communication skills, sensitivity, multi-cultural awareness, PREA and basic medical care shall be provided and required.

To support a civil versus penal environment, facility staff may be dressed in non-traditional uniforms.

Employees shall not perform duties under this Agreement until they have successfully completed all initial training and the COR receives written certification from the contractor.

1.   General Training Requirements

a.   All employees will have the training described in the ACA Standards and in this section. The contractor shall provide the required refresher courses or have an institution acceptable to the COR to provide the training. Failure of any employee to complete training successfully is sufficient reason to disqualify him or her from duty.

b.   All new Officers and Custody staff will receive 120 hours of training as delineated in the ACA Standards during the first year of employment.

All staff assigned to the facilities addressed in this agreement will also receive any other additional training ICE may require.

Page **22** of 76

GEO-Novoa_00035065

*\*\*Firearm Training for Required Armed Detention Services in accordance with State licensing requirements. Contractor shall certify proficiency twice a year.*

2. Refresher Training

   a. Every year the contractor shall conduct 40 hours of Refresher Training for all Officers and Custody staff. Refresher training shall consist of these critical subjects listed above and a review of basic training subjects and others as approved by ICE.

3. Basic First Aid and CPR Training

   a. All members of the contractor's security staff shall be trained annually in basic first aid and CPR. They must be able to:

      1. Respond to emergency situations within four minutes.
      2. Recognize warning signs of impending medical emergencies.
      3. Know how to obtain medical assistance.
      4. Recognize signs and symptoms of mental illness.
      5. Know the universal precautions for protection against blood-borne diseases.

4. Supervisory Training

   All new Supervisory Officers assigned to perform work under this agreement must successfully complete 40 hours of on-the-job training provided by the contractor, followed by formal supervisory training within 90 days of assignment. This training is in addition to mandatory training requirements for Officers.  Supervisory training shall include the following management areas:

   a. Techniques for issuing written and verbal orders

   b. Uniform clothing and grooming standards

   c. Security Post Inspection procedures

   d. Employee motivation

   e. Scheduling and overtime controls

   f. Managerial public relations

   g. Supervision of detainees

   h. Other company policies

   i. Responding to sexual assault/abuse

GEO-Novoa_00035066

    j.  Responding to assaults on staff, detainee on detainee violence, and supervising and/or responding to uses of force.

The contractor shall submit documentation to the COR, to confirm that each supervisor has received basic training as specified in the basic training curriculum.

5.  Proficiency Testing

The contractor shall give each Officer and Custody staff a written examination consisting of at least 25 questions after each classroom-training course is completed. The contractor may give practical exercises when appropriate. To pass any examination, each officer and custody staff must achieve a score of 80% or better. Should an employee fail the written test on the initial attempt, he or she shall be given additional training by the contractor and be given one additional opportunity to retake the test. If the employee fails to complete and pass the test the second time, the contractor shall remove the employee from duties on this agreement.

6.  Training Documentation

    a.  The contractor shall, upon request, submit a training forecast and lesson plans to the COR or alternate COR. The training forecast shall provide date, time, and location of scheduled training and afford the COR observation/evaluation opportunity. The contractor shall document staff training participation and completion or sign-up sheet.

    b.  The contractor shall certify and submit the training hours, type of training, date and location of training, and name of the instructor monthly for each employee to the COR or alternate COR, upon request.

## V.   REQUIRED SERVICES - ADMINISTRATION AND MANAGEMENT

### A.  Manage Information System for Collecting, Retrieving, Storing, and Reporting Detainee Detention

All detainee files are to be prepared, maintained, retired, and disposed of in accordance with the PBNDS 2011, 2016 Revisions. Policy and procedures shall be developed to ensure the confidentiality and security of all detainee files. Information from a detention file will be released to an outside third party only with the detainee's signed release-of-information consent form. Any release of information will be in accordance with applicable Federal and state regulations.

### B.  Manage the Receiving and Discharge of Detainees

In accordance with the PBNDS 2011, 2016 Revisions, the contractor will

GEO-Novoa_00035067

provide for the admitting and releasing of detainees to protect the health, safety, and welfare of each individual. During the admissions process, detainees undergo screening for medical purposes, submit to a standard pat search, and are personally observed and certified regarding the examination, categorization, inventorying, and safeguarding of all personal belongings.

The contractor shall comply with the ICE policy on Admission and Release when entering detainee admission and release data. The intake process shall include, at a minimum, a medical and social screening prior to detainee release into the general population.

This facility is designed for Level I, II, and III detainees that include non-criminals as well as those with criminal records.

Detainees will have access to a minimum of one free telephone call during the admission process and the release process.

**C.  Manage and Account for Detainee Assets (funds, property)**

The contractor will provide for the control and safeguarding of detainees' personal property. This will include: the secure storage and return of funds, valuables, baggage, and other personal property; a procedure for documentation and receipting of surrendered property; and the initial and regularly scheduled inventories of all funds, valuables, and other property.

The contractor shall have written standard procedures for inventory and receipt of detainee funds and valuables that adheres to the requirements of ICE policy. Written procedures shall be established for returning funds, valuables, and personal property to a detainee being transferred or released that adheres to the requirements of ICE policy. The contractor shall ensure that all detainees who are scheduled for either transfer or release are given all funds (in cash) immediately prior to leaving the facility. Confiscated foreign currency funds are to be returned to the detainee.

**D.  Securely Operate the Facility**

Policy and procedures for the maintenance and security of keys and locking mechanisms shall be developed. The procedures shall include, but are not limited to: method of inspection to expose compromised locks or locking mechanisms; method of replacement for all damaged keys and/or locks; a preventive maintenance schedule for servicing locks and locking mechanisms and method of logging all work performed on locks and locking mechanisms; policy for restricting security keys from 24 hour issue or removal from the institution; and method of issuing emergency keys. Staff responsible for lock maintenance shall receive training in the operation of locks and locking mechanisms. The contractor shall provide constant armed perimeter surveillance of the facility. Surveillance may be provided via a motorized security patrol.

The contractor shall develop policies and procedures regarding detainee use of those classified controlled tools and equipment most likely to be used in an escape

Page **25** of 76

or as a weapon. Further, the contractor shall ensure that detainee usage of those classified controlled tools and equipment is only under direct contractor staff supervision.

### E.  Enforce the Detainee Disciplinary Policy

The contractor shall comply with the PBNDS 2011, 2016 Revisions disciplinary policy. Facility authorities may take disciplinary action against any detainee who is not in compliance with the rules and procedures of the facility, consistent with PBNDS 2011, 2016 Revisions Standard 3.1.

### F.  Restrictive Housing Policy

Placements in restrictive housing for purposes of protection custody should only be done for short duration. Use of restrictive housing to protect vulnerable populations shall be restricted to those instances where reasonable efforts have been made to provide appropriate housing and shall be made for the least amount of time practicable, and when no other viable housing options exist, and as a last resort.

Detainees who have been placed in restrictive housing for protective custody shall have access to programs, services, visitation, counsel and other services to the maximum extent possible.

The contractor shall notify the Field Office Director in writing through the COR whenever an ICE detainee has been held continuously in restrictive housing for:

    a.  14 days, or 14 days out of any 21day period;
    b.  30 days; and
    c.  At every 30-day interval thereafter.

The contractor shall notify the Field Office Director in writing through the COR as soon as possible, but no later than 72 hours after the initial placement of an ICE detainee in restrictive housing if:

    a.  The detainee has been placed in restrictive housing on the basis of a disability, medical or mental illness, or other special vulnerability, or because the detainee is an alleged victim of a sexual assault, is an identified suicide risk, or is on a hunger strike; or
    b.  A detainee placed in restrictive housing for any reason has a mental illness or serious medical illness or serious physical disability.

The contractor shall also notify the appropriate Field Office Director in writing through the COR whenever a detainee who has been the subject of a prior notification pursuant to this section is subsequently released from restrictive housing.

### G.  Maintain Detainee Accountability

Population counts will be conducted in accordance with the PBNDS 2011, 2016

GEO-Novoa_00035069

Revisions. All counts shall be documented in separate logs maintained in the applicable locations where detainees are housed, the control center and shift supervisor's office and shall be maintained for a minimum of 30 days. Count records must be available for review and secured away from the detainee population.

**H. Collect and Disseminate Intelligence Information**

Policy and procedures for collecting, analyzing, and disseminating intelligence information regarding issues affecting safety, security, and the orderly running of the facility shall be developed. This information should include, but not be limited to: gang affiliations; domestic terrorist groups; tracking of detainees having advanced skills in areas of concern (locksmiths, gunsmiths, explosives, and computers, etc.); narcotics trafficking; mail and correspondences; detainee financial information; detainee telephone calls; visiting room activity; and actions of high-profile detainees. The contractor shall share all intelligence information with the Facility's ICE Intelligence Officer.

**I. Provide Security Inspection System**

The contractor will develop and maintain a security inspection system with the aim of controlling the introduction of contraband into the facility, ensure facility safety, security and good order, prevent escapes, maintain sanitary standards, and eliminate fire and safety hazards. The contractor's inspections program will meet the requirements of the PBNDS 2011, 2016 Revisions for Security Inspections.

The contractor shall report all criminal activity related to the performance of this contract to the appropriate law enforcement investigative agency. The Government may investigate any incident pertaining to performance of this contract. The contractor shall cooperate with the Government on all such investigations. The contractor shall immediately report all serious incidents or criminal activity to the COR or alternate COR. Serious incidents include, but are not limited to the following: activation of disturbance control team(s); disturbances (including gang activities, group demonstrations, food boycotts, work strikes, work place violence, civil disturbances/protests); staff uses of force including use of lethal and less lethal force (includes detainees in restraints more than eight hours); assaults on staff/detainees resulting in injuries that require medical attention (does not include routine medical evaluation after the incident); fires; fights resulting in injuries requiring medical attention; full or partial lock-down of the facility; escape; weapons discharge; suicide attempts; deaths; declared or non-declared hunger strikes; adverse incidents that attract unusual interest or significant publicity; adverse weather; fence damage; power outages; bomb threats; high profile detainee cases admitted to a hospital; significant environmental problems that impact the facility operations; transportation accidents resulting in injuries, death or property damage; and sexual assaults. Pursuant to ICE instructions, the contractor shall notify local law enforcement of civil disturbances, attempts to commit espionage or sabotage, and other acts that adversely affect the normal site conditions, the security and safety of personnel,

Page **27** of 76

property, detainees, and the general public.

**J. Maintain Institutional Emergency Readiness**

The contractor shall submit an institutional emergency plan that will be operational prior to issuance of the NTP. The plan shall receive the concurrence of the COR or alternate COR prior to implementation and shall not be modified without prior notice and approval. The contractor shall have written agreements with appropriate state and local authorities that will allow the contractor to make requests for assistance in the event of any emergency incident that would adversely affect the community. Likewise, the contractor shall have in place, an internal corporate nation-wide staff contingency plan consisting of employees who possess the same expertise and skills required of staff working directly on this contract. At the discretion of ICE, these employees would be required to respond to an institutional emergency at the contracted facility if deemed necessary. The emergency plans shall include provisions for two or more disturbance control teams. Protective clothing and equipment for each team member and 30 percent of all additional facility staff members shall be provided by the contractor and maintained in a secure location outside the secure perimeter of the facility.

Any decision by ICE or other federal agencies to provide and/or direct emergency assistance will be at the discretion of the Government. The contractor shall reimburse the Government for any and all expenses incurred in providing such assistance.

Attempts to apprehend any escapee(s) shall be in accordance with the Emergency Plan, which shall comply with the PBNDS 2011, 2016 Revisions regarding Emergency Plans.

The contractor shall submit to the COR a proposed inventory of intervention equipment (e.g., weapons, munitions, chemical agents) intended for use during performance of this contract. The COR, prior to issuance of the NTP, shall provide concurrence of the intervention equipment. The approved intervention equipment inventory shall not be modified without prior written concurrence of the CO.

The use of force by the contractor shall at all times be consistent with all applicable policies of the PBNDS 2011, 2016 Revisions on Use of Force.

**K. Manage Computer Equipment and Services in Accordance with all Operational Security Requirements**

The contractor must comply with all federal security and privacy laws and regulations established to protect federal systems and data. The contractor will inform all personnel of the confidential nature of ICE detainee information.

The contractor will restrict access of data information pertaining to ICE detainees

GEO-Novoa_00035071

to authorized employees with the appropriate clearance who require this information in the course of their official duties. In accordance with the Freedom of Information/Privacy Act (FOIAIP A), the contractor may not disclose information obtained pertaining to ICE detainees to a third party without written permission from the COR. The contractor is required to develop a procedural system to identify and record unauthorized access or attempts to access ICE detainee information. The contractor will notify the COR and alternate COR within four hours of a security incident.

## VI.   FACILITY SECURITY AND CONTROL

### A.   Security and Control (General)

The contractor shall maintain a copy of facility post orders for employee review within the areas of assignment and shall initiate responses to any incidents as outlined in the post orders. The contractor employees shall write reports of incidents as outlined in the post orders. The contractor shall operate and control all designated points of access and egress on the site; such as, detainee housing units, courtrooms, medical facilities, and hold rooms.

The contractor shall comply with all the PBNDS 2011, 2016 Revisions pertaining to the security and control of the detention facilities. The contractor will adhere to local operating procedures within each facility.

### B.   Unauthorized Access

The contractor shall detect and notify local law enforcement of persons attempting to gain unauthorized access to the site(s) identified in this contract.

### C.   Direct Supervision of Detainees

The contractor shall provide supervision of all detainees in all areas, including supervision in detainee housing and activity areas, to permit Detention Officers to hear and respond promptly to emergencies.

### D.   Logbooks

The contractor shall be responsible to complete and document in writing, for each shift, the following information in the logbooks:

1. Activities that have an impact on the detainee population (e.g., detainee counts, shakedowns, detainee movement in and out of the site, and escorts to and from court).
2. Shift activities (e.g., security checks, meals, recreation, religious services, property lockers, medical visits).
3. Entry and exit of persons other than detainees, ICE staff, or contractor Staff (e.g., attorneys and other visitors).
4. Fire drills and unusual occurrences.

### E.   Records and Reports

The contractor shall furnish, on a daily basis, a manifest of all detainees

GEO-Novoa_00035072

currently detained in the facility. The manifest shall provide, at a minimum, the following information for each detainee: "A" File Number (system of numbering supplied by ICE); name; and housing location in the Facility.

The contractor shall provide monthly status reports to the COR or alternate COR. Such reports will include a monthly key indicator report, which indicates the key personnel positions of the facility (e.g., position title, name of the employee, vacancies and length of vacancies, dates of service, additional comments). These monthly reports must be submitted to the COR or alternate COR by the fifth of each month for the previous month's activities and staffing.

The contractor shall prepare required orders, instructions, and reports of accidents, security violations, fires, and bomb threats. The reports shall be maintained, on file, concerning all activities in connection with duties and responsibilities for the services performed under this Agreement. All such records must be kept using a system with a written policy, which allows the reports to be made available to the Government for inspection. The contractor shall, at the request of ICE, prepare any special or other reports, or issue further orders and instruction as may be required in support of work within the scope of this Agreement. The distribution, format, and time elements for these reports shall be directed by Government requirements. All records and logs, required for operation and performance of work under this Agreement, shall be made available to ICE at Agreement completion. The contractor shall provide a detailed and comprehensive inventory of records to be turned over to the Contracting Officer at contract completion or contract termination.

**F. Detainee Counts**

The contractor shall monitor detainee movement and physically count detainees in accordance with PBNDS 2011, 2016 Revisions, and local policy and procedures. All counts shall be documented in separate logs maintained in the applicable locations where detainees are housed, control center, and shift supervisor's office and shall be maintained for a minimum of 30 days.

**G. Daily Inspections**

The Detention Officers shall conduct daily inspections of all security aspects of the site. Areas to be checked may include



The Detention Officers shall also report slippery floor surfaces. This documentation shall be made daily in a logbook. Problems discovered during these inspections shall be clearly identified in the documentation.

The contractor shall also notify the COR of any abnormalities or problems. The contractor shall notify the COR or alternate COR on duty of any significant physical facility damage affecting the operation of the facility. Written documentation of any problem areas shall be submitted to the COR by the end of the shift.

GEO-Novoa_00035073

**H. Control of Contraband**

The contractor shall conduct searches for contraband at least once daily, in all areas in which detainees have access. Searches shall be random and unannounced. During the searches, detainee possessions shall be disturbed as little as possible. Contraband items shall be immediately confiscated, logged into the Contraband logbook in accordance with the PBNDS 2011, 2016 Revisions. The contractor shall document records of the searches in a logbook and forward a report to the COR after discovery of any serious contraband items.

**I. Keys and Access Control Devices**

The contractor shall adhere to key control policies, in accordance with the PBNDS 2011, 2016 Revisions.
Entrance Access Controls: The contractor shall operate and enforce the personnel admitting and identification systems, and package inspection procedures in accordance with security guidelines at the protected premises prescribed by the PBNDS 2011, 2016 Revisions.

The contractor may accept registered mail and parcels, in accordance with ICE approved procedures. The contractor shall be responsible for the distribution of all received mail and parcels.

**J. Control of Chemicals**

The contractor shall adhere to, the PBNDS 2011, 2016 Revisions, ACA, and OSHA established procedures, applicable laws, and regulations governing the storage and inventory of all flammable, toxic, and caustic materials used for janitorial cleaning, laundry maintenance, vehicle maintenance, and other applications.

**K. Post Orders**

The contractor shall develop post orders, policies and procedures, and instructions necessary for proper performance at each duty post. Each post will have a separate post order. The contractor is responsible for compliance with all such orders, policies and procedures, and instructions. ICE shall approve all post orders prior to implementation of them.

The contractor shall make post orders available to all contractor employees. Each contractor Detention Officer shall certify, in writing, that he or she understands and agrees to comply with all post orders, policies and procedures, and instructions prior to being initially assigned to that post. The contractor shall retain its employees' certifications and make them available to the COR upon request.

**L. Deviation from Prescribed Schedule Assignments**

The contractor is authorized to deviate from the scheduled assignment when unusual conditions or circumstances so demand, and if prior approval is received from the COR. All deviations shall be recorded in the daily logbook. When the

GEO-Novoa_00035074

COR is not available, the contractor shall notify the alternate COR immediately or as soon as is practically possible.

GEO-Novoa_00035075

**M. Use of Force Policy**

ICE restricts the use of physical force by Detention Officers to instances of justifiable self-protection, protection of others, and protection of property and prevention of escapes. Physical force may only be used to the degree necessary to safeguard the wellbeing of the detainee(s) and others in the immediate area. The following policies pertain to use of force:

1. The contractor shall adhere to the PBNDS 2011, 2016 Revisions on the use of deadly and non-deadly force to include the use of intermediate and deadly weapons.
2. The physical force report shall include:
   a. An accounting of the events leading to the use of force.
   b. A precise description of the incident to include date, time, place, type of force used, and reasons for employing force.
   c. A description of the person (Detention Officers or detainees) who suffered described injuries, if any, and the treatment given.
   d. A list of all participants and witnesses (contractors, detainees, and ICE personnel) to incident.
3. The calculated use of force must be in accordance with the PBNDS 2011, 2016 Revisions and requires, at a minimum, the following:
   e. The formulation of an After-Action Review Team, which must include the participation of the COR and or other designee of the Field Office Director.
   f. An After-Action Report submitted to the Field Office Director and COR within 30 days of the incident, with corrective actions noted, if applicable.
   g. Video footage of the incident must be made available for potential ICE review.

**N. Use of Restraints Policy**

The contractor shall comply with the PBNDS 2011, 2016 Revisions governing the use of restraint equipment. Restraints shall never be applied as punishment nor shall they be used for more time than is necessary. Restraints shall be used only as a precaution against escape during transfer to prevent detainee self- injury, injury to others, property damage, or for medical reasons under direction of the Health Authority. Restraints consist of handcuffs, waist restraints, and leg restraints. When directed by the COR, the Detention Officer may use Government-provided disposable nylon straps in lieu of handcuffs or leg restraints in emergencies, or if a detainee's wrists or ankles are too large for conventional restraints. ICE prohibits the contractor from using all other restraint devices.

=

**O. Intelligence Information**

The contractor shall notify the COR or Alternate COR immediately on issues, which could impact the safety, security, and the orderly operation of the facility.

**P. Lost and Found**

The contractor shall log and maintain all lost and found articles and shall report all items to the COR or Alternate COR.

**Q. Escapes**

The contractor shall take all appropriate measures to prevent escapes. The contractor shall notify the COR and Alternate COR immediately if an escape or an attempted escape has occurred. The contractor shall provide the COR and alternate COR with a written report prior to the end of the shift. The contractor shall be held to the following standards concerning escapes:

1. The contractor assumes absolute liability for the escape of any detainee in its control, subject to limitations delineated in item 5 below.
2. The contractor shall provide written policies and procedures regarding the actions to be taken in the event of an escape. This document must include reporting requirements for all contract employees, escorts, supervisors, and management personnel. These procedures must meet the approval of the COR, be reviewed at least annually, and updated as necessary.
3. Escapes shall be grounds for removing the responsible contractor Employee(s) from duty if the contractor Employee(s) is/are determined by the contractor or the COR to be negligent. Notice of removal shall be provided to the Contracting Officer.
4. Corrective actions to prevent future escapes or attempted escapes shall be taken immediately and verbally communicated to the COR for approval. A written report of the remedial action shall be due to the COR within 24 hours of an escape or attempted escape.
5. ICE may make deductions due to nonperformance. It is specifically understood and agreed that the Government may not reduce the contractor's invoice or otherwise withhold payment from or impose any financial penalty upon the contractor based upon walk-aways or escapes from the facility, unless such walk-aways or escapes are the result of the contractor's gross negligence.

**R. Injury, Illness, and Reports**

The contractor shall immediately assist employees, detainees, or others on the premises in need of immediate help or who are injured or ill. Contractor employees shall provide first aid when necessary.

GEO-Novoa_00035077

The Contractor shall immediately notify the COR and alternate COR about all incidents that result in physical harm to or threaten the safety, health, or welfare of any person at the site including job-related injuries. If a detainee requires immediate medical attention, the Contractor shall notify the medical provider as well as the COR and alternate COR. The contractor shall submit a follow-up written report to the COR within 24 hours of the occurrence. The contractor shall cooperate with ICE in reviewing serious incidents. A serious incident means any incident resulting in injury to a detainee, contractor staff, ICE staff, or property damage.

The contractor shall submit a monthly injury report summary containing, at a minimum, name, time/date of injury, current status, and expected return date.

**S. Protection of Employees**

The contractor shall develop plans and procedures to safeguard employees against exposure of blood borne pathogens in compliance with standards found in the Employee Occupational Safety and Health (EOSH) Manual.

**T. Medical Requests**

The contractor shall adhere to ICE policies and procedures regarding detainee medical requests. Please see http://www.ice.gov/doclibIPBNDS/pdf/medical_care.pdf to view the PBNDS 2011, 2016 Revisions on Medical Care. If a detainee requires emergency medical attention, the Detention Officer shall immediately notify his or her Supervisor via radio or telephone. The contractor's Supervisor will, in turn, notify the medical provider as well as the COR and alternate COR.

**U. Emergency Medical Evacuation**

The contractor shall develop and implement written policies and procedures that define emergency health care evacuation of detainees from within the facility.

**V. Sanitation and Hygienic Living Conditions**

The contractor shall comply with the requirements of the Occupational Safety and Health Act of 1970 and all codes and regulations associated with 29 CFR 1910 and 1926. The contractor shall comply with all applicable ICE, federal, state and local laws, statutes, regulations, and codes. In the event there is more than one reference to a safety, health, or environment requirement in an applicable, law, standard, code, regulation, or ICE policy, the most stringent requirement shall apply.

MANAGE A DETAINEE WORK PROGRAM

**A. General**

The facility may offer a voluntary detainee work program that allows eligible detainees to participate in purposeful activities and reduce detainee idleness. It

GEO-Novoa_00035078

will be the sole responsibility of ICE to determine whether a detainee is eligible to participate on voluntary work details. All detainees shall be searched when they are returned from work details. Detainees shall not be used to perform the responsibilities or duties of an employee of the contractor. Detainees shall not be used to perform work in areas where sensitive documents are maintained (designated ICE workspace). Custodial/janitorial services to be performed in designated ICE work space will be the responsibility of the contractor. Appropriate safety/protective clothing and equipment shall be provided to detainee workers as appropriate. Detainees shall not be assigned work that is considered hazardous or dangerous. This includes, but is not limited to, areas or assignments requiring great heights, extreme temperatures, use of toxic substances, and unusual physical demands. ICE acknowledges that GEO shall pay the minimum of $1.00 per day for each detainee that participates in the Detainee Voluntary Work Program.

HEALTH SERVICES

The contractor will provide all health and medical-related services for the facility, as previously described in this PWS and consistent with PBNDS 2011, 2016 Revisions requirements.

**A. Manage a Detainee Death in Accordance with the PBNDS 2011, 2016 Revisions on Terminal Illness, Advance Directives, and Death**

If death is due to violence, accident surrounded by unusual or questionable circumstances, or is sudden and the deceased has not been under immediate medical supervision, the contractor shall notify the coroner of the local jurisdiction to request a review of the case, and if necessary, examination of the body.

FOOD SERVICE

**A. Manage Food Service Program in a Safe and Sanitary Environment**

The contractor shall provide detainees with nutritious, adequately varied meals, prepared in a sanitary manner while identifying, developing, and managing resources to meet the operational needs of the food service program. The contractor shall identify, develop, and manage food service program policy, procedures, and practices in accordance with the provisions of the PBNDS 2011, 2016 Revisions on Food Service. The facility will feature centralized dining rooms where detainees can go for their three nutritionally balanced meals.

DETAINEE SERVICES AND PROGRAMS

**A. Manage Multi-Denominational Religious Services Program**

The contractor shall ensure detainees of different religious beliefs will be provided reasonable and equitable opportunity to practice their respective

GEO-Novoa_00035079

faiths. The religious services program will comply with all elements of the PBNDS 2011, 2016 Revisions on Religious Practices and relevant federal statutes.

**B.   Provide for a Detainee Recreation Program**

The contractor shall develop and ensure adequate and meaningful recreation programs for detainees at the facility, consistent with the requirements of PBNDS 2011, 2016 Revisions Standard 5.4, including all optimal provisions. In addition to the indoor and outdoor recreation areas, the facility may provide several areas that can be used for activities such as indoor table games, watch TV, read, and generally interact with other detainees in a relaxed setting.

Indoor and outdoor areas will offer recreational equipment to facilitate recreation activities. A large recreation yard will be available for both male and female outdoor recreation. The male outdoor recreation area will provide a soccer field, walking track, and a pavilion. The female outdoor recreation area will provide a soccer field, pavilion, and walking track. Indoor recreation areas will include recreation/exercise areas adjacent to each sleeping area, and day rooms located on both levels of the facility with sufficient seating.
Outdoor recreation areas will be open and be available for detainees to utilize in accordance with PBNDS 2011, 2016 Revisions.

A reading library will be available that provides non-legal books and periodicals for general use. Computer and ESL classes may be offered.

**C.   Manage and Maintain a Commissary**

A commissary shall be operated by the contractor as a privilege to detainees who will have the opportunity to purchase from the commissary on a weekly basis. These items will not include those items prohibited by the Warden/Facility Director. All items available at the commissary must be approved by the COR or alternate COR. The commissary list of items shall be provided to the COR upon request. The contractor may assess sales tax to the price of items, if state sales tax is applicable.

Revenues are to be maintained in a separate account and not commingled with any other funds. If funds are placed in an interest-bearing account, the interest earned must be credited to the detainees. Any expenditure of funds from the account shall only be made with the approval of the COR or alternate COR. Any revenues earned in excess of those needed for commissary operations shall be used solely to benefit detainees at the facility. The contractor shall provide independent auditor certification of the funds to the COR every 90 days. At the end of the contract period, or as directed by the Contracting Officer, a check for any balance remaining in this account shall be made payable to the *Treasury General Trust Fund* and given/transmitted to the Contracting Officer.

GEO-Novoa_00035080

Detainees are permitted to receive funds from outside sources (i.e., from family, friends, bank accounts). Outside funds or those generated from work may be used to pay for products and services from the commissary.

**D.  Visitation**

General Visitation, including contact visitation, shall be available to the general population on weekdays and on weekends. The facility shall provide several private areas for attorneys to visit clients, and EOIR LOP programs. These rooms shall also be available for use by consular officials.

The facility's perimeter will ensure that detainees remain within and that public access is denied without proper authorization. Visitation and/or tours of the facility shall be conducted in accordance with the relevant provisions of PBNDS 2011 or as directed by ICE. For the safety and privacy of the detainees, no videotaping is permitted by visitors or others (including the contractor) without prior approval from ICE, except for CCTV cameras operated by the contractor or the Government for security purposes. No video or audio recording devices will be allowed within the secure perimeter, except in accordance with court order or federal law.

**E.  Law Library**

The contractor shall provide secure space within the secure perimeter, either a dedicated room or a multipurpose room for computers, printers, books, and materials to provide a reading area - "Law Library" - in accordance with the PBNDS 2011, 2016 Revisions on the Law Libraries and Legal Materials. Residents will have access to all required legal materials and electronic legal research capability. Legal kiosks will also be provided in every dayroom (including at least 2 in male housing unit dayrooms) to provide additional access to law library functions.

**F.  Library**

The contractor shall provide secure space within the secure perimeter, either a dedicated room or a multipurpose room for books and materials to provide a reading area and detainees will be permitted to take books back to their housing area consistent with safety and security requirements.

**G.  Barber Shop**

Barber shop services, designed and equipped in accordance with ICE standards, shall be made available to ICE detainees.

**H.  Language Access**

The contractor will ensure communication assistance for limited English proficient, disabled, or illiterate detainees, consistent with the requirements of PBNDS 2011, 2016 Revisions. All communications with detainees required by PBNDS 2011, 2016 Revisions must be conducted in language or manner that the detainee can understand: this includes the applicable content of all instructions given to ICE detainees and copies of the Detainee Handbook. All written

GEO-Novoa_00035081

materials provided to detainees shall generally be translated into Spanish. Where practicable, provisions for written translation shall be made for other significant segments of the ICE population with limited English proficiency.

Oral interpretation or assistance shall also be provided to any ICE detainee who speaks another language in which written material has not been translated or who is illiterate.

I.  **Physical Plant**

The facility operation and maintenance shall ensure that detainees are housed in a safe, secure, and humane manner. All equipment, supplies, and services shall be contractor-furnished except as otherwise noted. The facility, whether new construction expansion or an existing physical plant, shall be designed, constructed, operated, and maintained in accordance with all applicable federal, state, and local laws, regulations, codes, guidelines, and policies. In the event of a conflict between federal, state, or local codes, regulations or requirements, the most stringent shall apply. In the event there is more than one reference to a safety, health, or environmental requirement in an applicable law, standard, code, regulation or Government policy, the most stringent requirement shall apply.

The facility shall provide housing configurations commensurate with the security needs of the population. The facility, whether new construction expansion or existing physical plant, shall comply with 40 U.S.C. 619, which stipulates compliance with nationally recognized codes and comply with the latest edition in effect on the date of proposal submission of one of the following codes:

(1)  The International Building Code – 2006 Edition (Applicable Code for Adelanto, California).

(2)  The Uniform Building Code (UBC), with the State of facility location's Amendments;

(3)  The Building Officials and Code Administrators (BOCA) National Building Code (NBC); or

(4)  The Standard Building Code (SBC).

In the event the jurisdiction in which the facility is located does not mandate use of UBC, BOCA NBC or SBC, then the facility shall comply with the BOCA NBC. Whether new construction expansion or existing physical plant, fire protection and life safety issues shall be governed by the latest edition of the National Fire Protection Association (NFPA) 101, Code for Safety to Life from Fire in Buildings and Structures and applicable National Fire Codes (NFC). Should conflicts occur between NBC and NFC, NFC shall apply.

E.O. 12699 - Whether new construction expansion or existing physical plant, the facility shall comply with the Seismic Safety of Federal and Federally Assisted or Regulated New Building Construction. The seismic safety requirements as set forth in either the 1991 International Conference of Building Officials, the UBC, the 1992 BOCA, NBC (or the 1992 Amendments to the Southern Building Code Congress) or SBC are the minimum standards. Should the code applicable for the state in which the facility is located be more stringent than the other codes set

Page **39** of 76

GEO-Novoa_00035082

forth herein, the state code shall prevail.

The facility, whether new construction expansion or existing physical plant, shall comply with the requirements of the Architectural Barriers Act of 1968 as amended and the Rehabilitation Act of 1973 as amended. The standards for facility accessibility by physically handicapped persons as set forth in "Uniform Federal Accessibility Standards/Fed Std. - 795 *4/01188* Edition" (UFAS) shall apply. All areas of the buildings and site shall meet these requirements. Activities, which are implemented, in whole or in part, with federal funds, must comply with applicable legislation and regulations established to protect the human or physical environment and to ensure public opportunity for review. The contractor shall remain in compliance with federal statutes during performance of the contract including, but not limited to the following Acts: Clean Air, Clean Water, Endangered Species, Resources Conservation and Recovery; and other applicable laws, regulations and requirements. The contractor shall also comply with all applicable limitations and mitigation identified in any Environmental Assessment or Environmental Impact Statement prepared in conjunction with the contract pursuant to the National Environmental Policy Act, 42U.S.C. 4321. The contractor shall be responsible for and shall indemnify and hold the Government harmless for any and all spills, releases, emission, disposal and discharges of any toxic or hazardous substance, any pollutant, or any waste, whether sudden or gradual, caused by or arising under the performance of the contract or any substance, material, equipment, or facility utilized. For the purposes of any environmental statute or regulation, the contractor shall be considered the "owner and operator" for any facility utilized in the performance of the contract, and shall indemnify and hold the Government harmless for the failure to adhere to any applicable law or regulation established to protect the human or physical environment. The contractor shall be responsible in the same manner as above regardless of whether activities leading to or causing a spill, release, emission or discharge are performed by the contractor, its agent or designee, a detainee, visitors, or any third party.

If a spill(s) or release(s) of any substance into the environment occur, the contractor shall immediately report the incident to the COR or alternate COR. The liability for the spill or release of such substances rests solely with the contractor and its agent.

A safety program shall be maintained in compliance with all applicable Federal, state and local laws, statutes, regulations and codes. The contractor shall comply with the requirements of the *Occupational Safety and Health Act of 1970* and all codes and regulations associated with 29 CFR 1910 and 1926.

Fire Alarm Systems and Equipment - All fire detection, communication, alarm, annunciation, suppression and related equipment shall be operated, inspected, maintained and tested in accordance with the most current edition of the applicable NEC and Life Safety Codes. The contractor shall provide

GEO-Novoa_00035083

outside lighting sufficient to illuminate the entire facility and secure perimeter with at least 1.5 candlepower per square foot in all areas.

For new construction expansion or existing physical plant, final and completed, the contractor prior to issuance of the NTP shall submit design/construction documents to the COR. For all new construction expansion, the construction schedule shall be updated to reflect current progress and submitted to the COR on a monthly basis. Government staff will make periodic visits during construction to verify contractor progress and compliance with contract requirements. As-built drawings and current drawings of the buildings and site utilities shall be maintained in a secure location during construction and contract performance. These updates shall be provided to the COR within 30 days of any changes made. Site utilities include, but are not limited to: water and sewer lines; gas lines; tunnels; steam lines; chilled water lines; recording layouts; elevations; modifications; additions; etc. Two copies of the as-built drawings shall be provided to the COR in AUTOCAD release 14.0 on a CD-ROM no later than 90 days after issuance of the NTP. Promptly after the occurrence of any physical damage to the facility (including disturbances), the contractor shall report such damage to the COR and or ICE designated official. It shall be the responsibility of the contractor to repair such damage, to rebuild or restore the institution. A number of Government staff will be on-site to monitor contract performance and manage other Government interests associated with operation of the facility. Government staff will have full access to all areas of the facility. Contractor access to Government required space must be pre-approved by the COR. In cases of emergency the contractor shall notify the COR promptly.

The contractor, in accordance with its facility operation and maintenance, shall ensure that detainees are housed in a safe, secure, and humane manner. All equipment, supplies, and services shall be contractor-furnished except as otherwise noted.

The facility shall be designed, constructed, operated, and maintained in accordance with all applicable federal, state, and local laws, regulations, codes, guidelines, and policies.

The contractor shall provide and maintain a perimeter patrol and an electronic surveillance system, which will identify any unauthorized access to the institution's perimeter.

4. ICE IT Equipment: ICE shall provide and install IT equipment in office spaces for ICE personnel only, to include computer workstations and screens, printers and fax machines. All infrastructure and cabling shall be provided by the contractor in accordance with the Structured Cable Plant Standard.

GEO-Novoa_00035084

**NOTE:** ICE IT system must be a complete, independent and physically separate system from the contractor's IT system. The system shall serve all operational components to include ICE, EOIR and OPLA.

For further ICE and OPLA space requirements, please see *Contract Detention Facility (CDF) Design Standards for Immigration and Customs Enforcement (ICE)*, May 14, 2007; addendums: ICE Cabling Standards; Phone Specifications.

Government space shall be climate controlled and located consistent with the administrative office space for the contractor's staff. Government-occupied space shall be separate from, but accessible to, detainee housing units and the centralized visiting area. Government-occupied space shall also be secure and inaccessible to contractor staff, except when specific permission is granted by on-site ICE, or OPLA staff. The contractor shall be responsible for all maintenance, security, and janitorial costs associated with space designated for Government staff. The contractor shall ensure that video cameras monitor hallways, exits, and common areas. A qualified individual shall be responsible for monitoring this system inside and outside the building. Considering that the videos will be recordings of residents who may be seeking asylum or other considerations under U.S. immigration law, the contractor is required to maintain the tapes and may not release them to anyone, unless approved by DRS. The contractor shall develop a plan for keeping the videos for a minimum of thirty days unless a significant incident has occurred at which time the video will be reserved indefinitely.

## XI.    PROPERTY ACCOUNTABILITY

### A. General

The contractor shall enact practices to safeguard and protect Government property against abuse, loss, or any other such incidents. Government property shall be used only for official business.

ICE shall maintain a written inventory of all Government property issued to the contractor for performance hereunder. Upon expiration of this contract, the contractor shall render a written accounting to the COR of all such property. The contractor shall assume all risk, and shall be responsible for any damage to or loss of Government furnished property used by contractor employees.

Normal wear and tear will be allowed. The contractor, upon expiration of services, shall immediately transfer to the COR, any and all Government property in its possession or in the possession of any individuals or organizations under its control, except as otherwise provided for in this contract. The contractor shall cooperate fully in transferring property to the successor contractor.

GEO-Novoa_00035085

The Government shall withhold final payment until adjustments are made for any lost property.

**B. Facility, Equipment, Materials, Supplies, and Instructions Furnished by the Government**

The Government will furnish the following property at no cost to the contractor:

   I.   Copies of the detention standards cited in the PWS and one copy of all pertinent operational manuals prior to starting work under the contract. The contractor shall be responsible to duplicate these standards for contractor employees.

   II.   Administrative forms, Equal Employment Opportunity, Occupational Safety and Health Administration, Service Contract Act, Drug Free Posters, and DHS OIG hotline poster, as required in this contract. As applicable DHS work orders will be issued to the contractor via DHS Form 1-203, Order to Detain or Release Alien.

   III.   ICE office space equipment, such as, but not limited to: office telephones, copying machines, fax machines, computer equipment, and typewriters for Government use. The Government shall be responsible for installation of conduit and data lines within the dedicated Government office space, to include the ICE and EOIR administrative phone system.

## XII.  FIREARMS / BODY ARMOR

### A. Firearms Requirements



1.
2.
3.
4.
5.

GEO-Novoa_00035086

6.

7.

8.

9.

11.

12.



13.

14.

15.

and municipality permits and weapons permits for each officer.

16. A copy of this permit shall be provided to the COR at least three working days prior to the anticipated assignment date of any individual.

17. The contractor shall ensure that his/her employees have all permits and licenses in their possession at all times while in performance of this contract.

18. The contractor shall provide safes/vaults for storage of firearms and ammunition, for each location where firearms are issued or exchanged, which meet agency requirements and are approved for the storage of firearms and ammunition.

19. The COR is responsible for approving the proposed safes/vaults prior to usage. Contract supervisors and guards shall make accurate receipt and return entries on a Firearms and Equipment Control Register.

20.

21.

22. The contractor certifies firearms training to the COR.

23. The contractor shall certify proficiency semi-annual.

24. The contractor shall provide an ICE approved intermediate weapon(s).

GEO-Novoa_00035087

**B. Body Armor Requirements**

1. [LES]
2. [LES]
3. [LES]
4. The contractor shall procure replacement body armor if the body armor becomes unserviceable, ill-fitting, worn/damaged, or at the expiration of service life.
5. All armed Detention Officers and armed supervisors need to be made aware of the health risks associated with the wearing of body armor in high heat/high humidity conditions and/or during strenuous exertion. When Detention Officers and supervisors are required to wear body armor, they shall be provided opportunities to rehydrate and remove the body armor as necessary.
6. The use of personally owned body armor is not authorized.

GEO-Novoa_00035088

## SECTION D – PACKAGING AND MARKING

This section is intentionally left blank

GEO-Novoa_00035089

## SECTION E - INSPECTION AND ACCEPTANCE

**FAR 52.246-4 Inspection of Services - Fixed-Price (AUG 1996)**
(a) *Definition:* Services, as used in this clause, includes services performed, workmanship, and material furnished or utilized in the performance of services.

(b) The Contractor shall provide and maintain an inspection system acceptable to the Government covering the services under this contract. Complete records of all inspection work performed by the Contractor shall be maintained and made available to the Government during contract performance and for as long afterwards as the contract requires.

(c) The Government has the right to inspect and test all services called for by the contract, to the extent practicable at all times and places during the term of the contract. The Government shall perform inspections and tests in a manner that will not unduly delay the work.

(d) If the Government performs inspections or tests on the premises of the Contractor or a subcontractor, the Contractor shall furnish; and shall require subcontractors to furnish, at no increase in contract price, all reasonable facilities and assistance for the safe and convenient performance of these duties.

(e) If any of the services do not conform with the contract requirements, the Government may require the Contractor to perform the services again in conformity with contract requirements, at no increase in contract amount. When the defects in services cannot be corrected by re-performance, the Government may –

   (1) Require the Contractor to take necessary action to ensure that future performance conforms to contract requirements; and

   (2) Reduce the contract price to reflect the reduced value of the services performed.

(f) If the Contractor fails to promptly perform the services again or to take the necessary action to ensure future performance in conformity with contract requirements, the Government may –

   (1) By contract or otherwise, perform the services and charge to the Contractor any cost incurred by the
Government that is directly related to the performance of such service; or

   (2) Terminate the contract for default.

GEO-Novoa_00035090

**E.1 - Inspection by the Government**

The Government has the right to inspect the posts manned by the Contractor's personnel. The COR will note deficiencies and refer them to the Contractor for corrective action. After taking corrective action, the Contractor shall inform the COR in writing.

The Government shall have the right to inspect all services and work that is performed by the Contractor. The Government has the right to review, collect, or seize documents, materials, logs, books, reports, and equipment. The Government has the right to test equipment and tools used by the Contractor, or its employees. The Government shall not unduly disrupt or delay Contractor work when inspecting.

**E.2 - Methodology to Be Used to Monitor the Contractor's Performance**

100 Percent Inspection: This is the most appropriate method for tasks with stringent performance requirements, e.g., where safety or health is a concern. With this method, performance is inspected and evaluated at each occurrence.

Random Sampling: This is the most appropriate method for frequently recurring tasks. With random sampling, services are sampled sporadically to determine if the level of performance is acceptable.

Planned Inspection: This method is appropriate to evaluate tasks at a set time.

Customer Complaint: This method is based on subjective opinions regarding performance standards and includes data elements necessary to begin an investigation. Any required service can have a valid Customer Compliant as an alternative method of surveillance.

**E.3 - Customer Complaint**

All Customer Complaints will be reviewed by the COR. The COR shall verify the performance and determine the validity of the complaint. The COR will notify the Project Manager of the customer complaint, annotating the time of the notification on the Customer Complaint. The Project Manager will respond in writing to the COR within two (2) working days of notification.

GEO-Novoa_00035091

## SECTION F - DELIVERIES OR PERFORMANCE

**52.242-15 Stop-Work Order (AUG 1989)**

**52.242-17 Government Delay of Work (APR 1984)**

**F.1 - Period of Performance**
The period of performance for the contract is June 26, 2019 to March 25, 2020.

**F.2 - Notice to the Government of Delays**
If the Contractor has difficulty or anticipates difficulty meeting performance requirements, the Contractor shall immediately notify the Contracting Officer and the COR in writing. The Contractor shall give pertinent details.

This data is information only. The Government receipt of this information shall not be construed as Government waiver of any delivery schedule, rights or remedies provided by law or under this contract.

**F.3 - Deliverables of Written Documentation**
Written documentation and/or deliverables must be submitted as prescribed in Section J-Attachment 3.

**F.4 - Reporting Requirements**
The Contractor shall prepare and submit a Monthly Status Report concurrently with each invoice presented for payment to the COR. The report shall cover the term for which the invoice is submitted and shall list site any significant events that occurred during the reporting period with respect to the accomplishments of the tasks, a summary of what work was accomplished, problems and resolutions (address problem areas, results obtained relating to previously identified problem areas, and recommendations involving impact on technical, price and scheduling).

**F.5 - Monetary Adjustments for Unsatisfactory and Non-Performance of Required Standards**
ICE developed a model Quality Assurance Surveillance Plan (QASP) see Section J-Attachment 1, which sets forth the procedures and guidelines that ICE will use to inspect the technical performance of the Contractor. It presents the potential withholdings and mechanisms for applying adjustments to the Contractor's invoices as dictated by work performance measured to the desired level of accomplishment.

1. Define the roles and responsibilities of participating Government officials.

2. Define the types of work to be performed.

3. Describe the evaluation methods that will be employed by the Government in assessing the Contractor's performance.

GEO-Novoa_00035092

4. Describe the process of performance documentation

**F.6 - Report Cards on Contractor Performance**
Contractor performance information is relevant for award of future Government contracts. Performance information includes such things as a Contractor's ability to conform to contract requirements and specifications, adherence to contract schedules, and commitment to customer satisfaction.

Federal agencies are required to evaluate Contractor performance. The Government completes and forwards the Contractor performance evaluation to the Contractor for review within 30 calendar days at the end of each period of performance or contract year. The Contractor has 30 days to make comments, rebut the statements, or add information that will be made part of the official record. Contractor performance evaluations shall be available to contracting personnel of other Federal agencies to make responsibility determinations on future contract actions.

GEO-Novoa_00035093

## SECTION G - CONTRACT ADMINISTRATION DATA

**G.1 – Contract Administration Office.**

DHS, Immigration & Customs Enforcement
Office of Acquisition Management-Laguna
24000 Avila Road, Room 3104
Laguna Niguel, CA 92677

**G.1.1 – Contracting Officer Authority.**

The **Contracting Officer (CO)** is the only person authorized to approve changes in any of the requirements under this contract. Notwithstanding any clause contained elsewhere in this contract, the said authority remains solely with the Contracting Officer.

In the event the Contractor effects any change at the direction of any person other than the Contracting Officer, including any change beyond the scope of authority given to the duly authorized Contracting Officer's Representative identified in the contract, the change will be considered to have been made without authority and no adjustment will be made in the contract cost to cover any increase in charges incurred as a result thereof. The Contracting Officer has the authority to perform any and all post-award functions in administering and enforcing this contract in accordance with its terms and condition. The Contracting Officer may execute contract modifications de-obligating unexpended DHS/ICE dollar balances considered excess to known contracting requirements. All modifications and/or changes to this contract must be in writing, signed and approved by the Contracting Officer.

**G.2 – Contracting Officer's Representatives (COR(s))**

a. The Contracting Officer's Representatives (COR(s)) below are designated to coordinate the technical aspects of this contract and inspect items/services/invoices furnished hereunder, however, he/she shall not be authorized to change any terms and conditions of the resultant contract, including price.

b. The CORs are authorized to certify invoices for payment in accordance with Item G-3.

c. The Contracting Officer Representatives are:

Mr. Daniel A. Pomplun (Primary)

Mr. Daryoosh A. Mackay (Secondary)

The COR(s) are responsible for monitoring the performance of work under this contract. In no event, however, will any understanding, agreement, modification, change order or other matter deviating from the terms and conditions of this contract be effective or

GEO-Novoa_00035094

binding upon the Government unless formalized by proper contractual documents executed by the Contracting Officer. The COR(s) may give technical direction to the Contractor that fills in details, requires pursuit of certain lines of inquiry or otherwise serves to facilitate the Contractor's compliance with the contract.

To be valid, the technical directions by the COR(s):

- Must be consistent with the general scope of work set for the in this contract

- May not constitute new assignment of work nor change the expressed terms, conditions or specifications of this contract, and

- Shall not constitute a basis for any increase in the contract's estimated cost or extension to the contract or period of performance.

In the event any Government technical direction is interpreted by the Contractor to fall within the clause of this contract entitled 'CHANGES" (FAR 52.243-1 Alternate 1), the Contractor shall not implement such direction bur shall notify the Contracting Officer in writing of such interpretation within ten (10) working days after the contractor's receipt of such direction.

If after reviewing the information presented by the Contractor, the Contracting Officer is of the opinion that such direction is within the purview of the "Changes" clause and considers such change desirable, a unilateral direction will be issued to the contractor to proceed pursuant to the authority granted in that clause.

In the event a determination is made that it is necessary to avoid a delay in performance of the contract, the Contracting Officer may direct the contractor to proceed with the implementation of the technical direction pending receipt of the information to be submitted by the contractor. Should the Contracting Officer later determine that a change direction is appropriate; the written direction issued hereunder shall constitute the required change direction.

**G.3 – Submission of Invoices Vouchers for Payment of Services.**

Contractors shall use these procedures when submitting an invoice.

1. Invoice Submission: Invoices shall be submitted in a ".pdf" format in accordance with the contract terms and conditions on a monthly basis via email, United States Postal Service (USPS) or facsimile as follows:

a)      Email:

•      Invoice.Consolidation@ice.dhs.gov
•      Contracting Officer Representative (COR) or Government Point of Contact (GPOC)

GEO-Novoa_00035095

•     Contract Specialist/Contracting Officer

Each email shall contain only (1) invoice and the invoice number shall be indicated on the subject line of the email.

b)     USPS:

DHS, ICE
Financial Operations - Burlington
P.O. Box 1620
Williston, VT 05495-1620
ATTN: ICE-ERO-FOD-FLS

The Contractors Data Universal Numbering System (DUNS) Number must be registered and active in the System for Award Management (SAM) at https://www.sam.gov prior to award and shall be notated on every invoice submitted to ensure prompt payment provisions are met. The ICE program office identified in the task order/contract shall also be notated on every invoice.

c)     Facsimile:

Alternative Invoices shall be submitted to: (802)-288-7658

Submissions by facsimile shall include a cover sheet, point of contact and the number of total pages.

Note: the Service Providers or Contractors Dunn and Bradstreet (D&B) DUNS Number must be registered in the System for Award Management (SAM) at https://www.sam.gov prior to award and shall be notated on every invoice submitted to ensure prompt payment provisions are met. The ICE program office identified in the task order/contract shall also be notated on every invoice.

2. Content of Invoices: Each invoice shall contain the following information in accordance with 52.212-4 (g), as applicable:

(i). Name and address of the Service Provider/Contractor. Note: the name, address and DUNS number on the invoice MUST match the information in both the Contract/Agreement and the information in the SAM. If payment is remitted to another entity, the name, address and DUNS information of that entity must also be provided which will require Government verification before payment can be processed;

(ii). Dunn and Bradstreet (D&B) DUNS Number;

(iii). Invoice date and invoice number;

GEO-Novoa_00035096