# Exhibit  1

## Part 2

(iv). Agreement/Contract number, contract line item number and, if applicable, the order number;

(v). Description, quantity, unit of measure, unit price, extended price and period of performance of the items or services delivered;

(vi). If applicable, shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading;

(vii). Terms of any discount for prompt payment offered;

(viii). Remit to Address;

(ix). Name, title, and phone number of person to resolve invoicing issues;

(x). ICE program office designated on order/contract/agreement and

(xi). Mark invoice as "Interim" (Ongoing performance and additional billing expected) and "Final" (performance complete and no additional billing)

(xii). Electronic Funds Transfer (EFT) banking information in accordance with 52.232-33 Payment by Electronic Funds Transfer – System for Award Management or 52.232-34, Payment by Electronic Funds Transfer – Other than System for Award Management.

3. Invoice Supporting Documentation. To ensure payment, the vendor must submit supporting documentation which provides substantiation for the invoiced costs to the Contracting Officer Representative (COR) or Point of Contact (POC) identified in the contract. Invoice charges must align with the contract CLINs. Supporting documentation is required when guaranteed minimums are exceeded and when allowable costs are incurred. Details are as follows:

(i). Guaranteed Minimums. If a guaranteed minimum is not exceeded on a CLIN(s) for the invoice period, no supporting documentation is required. When a guaranteed minimum is exceeded on a CLIN (s) for the invoice period, the Contractor is required to submit invoice supporting documentation for all detention services provided during the invoice period which provides the information described below:

- Detention Bed Space Services
- Bed day rate;
- Detainees check-in and check-out dates;
- Number of bed days multiplied by the bed day rate;
- Name of each detainee;
- Detainees identification information

(ii). Allowable Incurred Cost. Fixed Unit Price Items (items for allowable incurred costs, such as transportation services, stationary guard or escort services, transportation mileage

GEO-Novoa_00035097

or other Minor Charges such as sack lunches and detainee wages): shall be fully supported with documentation substantiating the costs and/or reflecting the established price in the contract and shall be submitted in .pdf format:

a.      Detention Bed Space Services. For detention bed space CLINs without a GM, the supporting documentation must include:

- Bed day rate;
- Detainees check-in and check-out dates;
- Number of bed days multiplied by the bed day rate;
- Name of each detainee;
- Detainees identification information

b.      Transportation Services: For transportation CLINs without a GM, the supporting documentation must include:

- Mileage rate being applied for that invoice,
- Number of miles;
- Transportation routes provided;
- Locations serviced;
- Names of detainees transported;
- Itemized listing of all other charges; and,
- for reimbursable expenses (e.g. travel expenses, special meals, etc.) copies of all receipts.

c.      Stationary Guard Services: The itemized monthly invoice shall state:

- The location where the guard services were provided,
- The employee guard names and number of hours being billed,
- The employee guard names and duration of the billing (times and dates), and
- (4) for individual or detainee group escort services only, the name of the detainee(s) that was/were escorted.

d.      Other Direct Charges (e.g. VTC support, transportation meals/sack lunches, volunteer detainee wages, etc.):

1) The invoice shall include appropriate supporting documentation for any direct charge billed for reimbursement. For charges for detainee support items (e.g. meals, wages, etc.), the supporting documentation should include the name of the detainee(s) supported and the date(s) and amount(s) of support.

(iii) Firm Fixed-Price CLINs. Supporting documentation is not required for charges for FFP CLINs.

GEO-Novoa_00035098

4. Safeguarding Information: As a contractor or vendor conducting business with Immigration and Customs Enforcement (ICE), you are required to comply with DHS Policy regarding the safeguarding of Sensitive Personally Identifiable Information (PII). Sensitive PII is information that identifies an individual, including an alien, and could result in harm, embarrassment, inconvenience or unfairness. Examples of Sensitive PII include information such as: Social Security Numbers, Alien Registration Numbers (A-Numbers), or combinations of information such as the individuals name or other unique identifier and full date of birth, citizenship, or immigration status.

As part of your obligation to safeguard information, the follow precautions are required:

(i)      Email supporting documents containing Sensitive PII in an encrypted attachment with password sent separately to the Contracting Officer Representative assigned to the contract.

(ii)     Never leave paper documents containing Sensitive PII unattended and unsecure. When not in use, these documents will be locked in drawers, cabinets, desks, etc. so the information is not accessible to those without a need to know.

(iii)    Use shredders when discarding paper documents containing Sensitive PII.

(iv)     Refer to the DHS Handbook for Safeguarding Sensitive Personally Identifiable Information (March 2012) found at http://www.dhs.gov/xlibrary/assets/privacy/dhs-privacy-safeguardingsensitivepiihandbook-march2012.pdf for more information on and/or examples of Sensitive PII.

5. Invoice Inquiries. If you have questions regarding payment, please contact ICE Financial Operations at
1-877-491-6521 or by e-mail at OCFO.CustomerService@ice.dhs.gov.

GEO-Novoa_00035099

## SECTION H - SPECIAL CONTRACT REQUIREMENTS

**H.1 – Clause and Provision Numbering.**

The clauses and provisions in this document are in numerical order but may not be numbered sequentially.

**H.2 – Background and Security Clearance Procedures.**

The Contractor shall process all background investigations through the ICE Security Office via the COR prior to contract start date. ICE shall have complete control over granting, denying, suspending, and terminating employment suitability checks for Contractor employees and prospective employees. If the COR receives a report indicating the unsuitability of any employee or prospective employees, the COR shall inform the Contractor that the Government will not allow the individual on site. The following is the required security language applicable to this contract:

## REQUIRED SECURITY LANGUAGE FOR
## SENSITIVE /BUT UNCLASSIFED (SBU) CONTRACT DETENTION FACILITY

## SECURITY REQUIREMENTS

<u>General</u>: Performance under this Contract Detention Facility agreement requires access to sensitive DHS information and will involve direct contact with ICE Detainees. The Service Provider shall adhere to the following.

<u>Contractor Employee Fitness Screening:</u>   Screening criteria under DHS Instruction 121-01-007-001 (Personnel Security, Suitability and Fitness Program), or successor thereto, that may exclude contractor employees from consideration to perform under this agreement includes:

- Misconduct or negligence in employment;
- Criminal or dishonest conduct;
- Material, intentional false statement or deception of fraud in examination or appointment;
- Refusal to furnish testimony as required by 5 CFR § 5.4 (i.e., a refusal to provide testimony to the Merit Systems Protection Board or the Office of Special Counsel);
- Illegal use of narcotics, drugs, or other controlled substances without evidence of substantial rehabilitation.
- Alcohol abuse, without evidence of substantial rehabilitation, of a nature and duration that suggests that the applicant or appointee would be prevented from performing the duties of the position in question, or would constitute a direct threat to the property or safety of the applicant or appointee or others;
- Illegal use of narcotics, drugs, or other controlled substances, without evidence of substantial rehabilitation;
- Knowing and willful engagement in acts or activities designed to overthrow the U.S. Government by force;

Page **57** of 76

- Any statutory or regulatory bar which prevents the lawful employment of the person involved in the position in question (for Excepted Service employees); and
- Any other nondiscriminatory reason that an individual's employment (or work on a contract) would not protect the integrity of promote the efficiency of the service.

Contractor Employee Fitness Screening:  Screening criteria under 6 CFR § 115.117 (Sexual Abuse and Assault Prevention Standards) implemented pursuant to Public Law 108-79 (Prison Rape Elimination Act (PREA) of 2003) or successor thereto, that WILL exclude contractor employees from consideration to perform under this agreement includes:

- Engaged in Sexual Abuse in a Prison, Jail, Holding Facility, Community Confinement Facility, Juvenile Facility, or other Institution as defined under 42 USC 1997;
- Convicted of engaging or attempting to engage in sexual activity facilitated by force, overt or implied threats of force, or coercion, or if the victim did not consent or was unable to consent or refuse;
- Civilly or administratively adjudicated to have in engaged in such activity.

Subject to existing law, regulations and/or other provisions of this Agreement, illegal or undocumented aliens shall not be employed by the Service Provider.

**GENERAL**
The United States Immigration and Customs Enforcement (ICE) has determined that performance of the tasks as described in contract agreement (#) **70CDCR19D0000011** requires that the Contractor, subcontractor(s), vendor(s), etc. (herein known as Contractor) have access to sensitive DHS information and ICE Detainees, and that the Contractor will adhere to the following:

**PRELIMINARY FITNESS DETERMINATION**
ICE will exercise full control over granting, denying, withholding or terminating unescorted government facility and/or sensitive Government information access for contractor employees, based upon the results of a Fitness screening process.  ICE may, as it deems appropriate, authorize and make a favorable expedited preliminary Fitness determination based on preliminary security checks.  The preliminary Fitness determination will allow the contractor employee to commence work temporarily prior to the completion of a Full Field Background Investigation.  The granting of a favorable preliminary Fitness shall not be considered as assurance that a favorable final Fitness determination will follow as a result thereof. The granting of preliminary Fitness or final Fitness shall in no way prevent, preclude, or bar the withdrawal or termination of any such access by ICE, at any time during the term of the contract.  No employee of the Contractor shall be allowed to enter on duty and/or access sensitive information or systems without a favorable preliminary Fitness determination or final Fitness determination by the Office of Professional Responsibility, Personnel Security Unit (OPR-PSU).  No employee of the Contractor shall be allowed unescorted access to a Government facility without a favorable preliminary Fitness determination or final Fitness determination by OPR-PSU.  Contract employees are processed under DHS Instruction 121-01-007-001 (Personnel Security, Suitability and Fitness Program), or successor thereto; those having direct contact with

Page **58** of 76

Detainees will also have 6 CFR § 115.117 considerations made as part of the Fitness screening process.

## BACKGROUND INVESTIGATIONS

Contractor employees (to include applicants, temporaries, part-time and replacement employees) under the contract, needing access to sensitive information and/or ICE Detainees, shall undergo a position sensitivity analysis based on the duties each individual will perform on the contract. The results of the position sensitivity analysis shall identify the appropriate background investigation to be conducted. Background investigations will be processed through the Personnel Security Unit. Contractor employees nominated by a Contracting Officer Representative for consideration to support this contract shall submit the following security vetting documentation to OPR-PSU, through the Contracting Officer Representative (COR), within 10 days of notification by OPR-PSU of nomination by the COR and initiation of an Electronic Questionnaire for Investigation Processing (e-QIP) in the Office of Personnel Management (OPM) automated on-line system.

1.     Standard Form 85P (Standard Form 85PS (With supplement to 85P required for armed positions)), "Questionnaire for Public Trust Positions" Form completed on-line and archived by the contractor employee in their OPM e-QIP account.

2.     Signature Release Forms (Three total) generated by OPM e-QIP upon completion of Questionnaire (e-signature recommended/acceptable – instructions provided to applicant by OPR-PSU). Completed on-line and archived by the contractor employee in their OPM e-QIP account.

3.     Two (2) SF 87 (Rev. December 2017) Fingerprint Cards. **(Two Original Cards sent via COR to OPR-PSU)**

4.     Foreign National Relatives or Associates Statement. (This document sent as an attachment in an e-mail to contractor employee from OPR-PSU – must be signed and archived into contractor employee's OPM e-QIP account prior to electronic "Release" of data via on-line account)

5.     DHS 11000-9, "Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act" (This document sent as an attachment in an e-mail to contractor employee from OPR-PSU – must be signed and archived into contractor employee's OPM e-QIP account prior to electronic "Release" of data via on-line account)

6.     Optional Form 306 Declaration for Federal Employment (This document sent as an attachment in an e-mail to contractor employee from OPR-PSU – must be signed and archived into contractor employee's OPM e-QIP account prior to electronic "Release" of data via on-line account)

7.     Questionnaire regarding conduct defined under 6 CFR § 115.117 (Sexual Abuse and Assault Prevention Standards) (This document sent as an

GEO-Novoa_00035102

attachment in an e-mail to contractor employee from OPR-PSU – must be signed and archived into contractor employee's OPM e-QIP account prior to electronic "Release" of data via on-line account)

8.   One additional document may be applicable if contractor employee was born abroad.  If applicable, additional form and instructions will be provided to contractor employee.  (If applicable, the document will be sent as an attachment in an e-mail to contractor employee from OPR-PSU – must be signed and archived into contractor employee's OPM e-QIP account prior to electronic "Release" of data via on-line account)

Contractor employees who have an adequate, current investigation by another Federal Agency may not be required to submit complete security packages; the investigation may be accepted under reciprocity.  The questionnaire related to 6 CFR § 115.117 listed above in item 7 will be required for positions designated under PREA.

An adequate and current investigation is one where the investigation is not more than five years old, meets the contract risk level requirement, and applicant has not had a break in service of more than two years.  (Executive Order 13488 amended under Executive Order 13764/DHS Instruction 121-01-007-01)

Required information for submission of security packet will be provided by OPR-PSU at the time of award of the contract.  Only complete packages will be accepted by the OPR-PSU as notified by the COR.

To ensure adequate background investigative coverage, contractor employees must currently reside in the United States or its Territories.  Additionally, contractor employees are required to have resided within the Unites States or its Territories for three or more years out of the last five (ICE retains the right to deem a contractor employee ineligible due to insufficient background coverage).  This time-line is assessed based on the signature date of the standard form questionnaire submitted for the applied position.  Contractor employees falling under the following situations may be exempt from the residency requirement: 1) work or worked for the U.S. Government in foreign countries in federal civilian or military capacities; 2) were or are dependents accompanying a federal civilian or a military employee serving in foreign countries so long as they were or are authorized by the U.S. Government to accompany their federal civilian or military sponsor in the foreign location; 3) worked as a contractor employee, volunteer, consultant or intern on behalf of the federal government overseas, where stateside coverage can be obtained to complete the background investigation; 4) studied abroad at a U.S. affiliated college or university; or 5) have a current and adequate background investigation (commensurate with the position risk/sensitivity levels) completed for a  federal or contractor employee position, barring any break in federal employment or federal sponsorship.

Only U.S. Citizens and Legal Permanent Residents are eligible for employment on contracts requiring access to DHS sensitive information unless an exception is granted as outlined under DHS Instruction 121-01-007-001.  Per DHS Sensitive Systems Policy Directive 4300A, only U.S. citizens are eligible for positions requiring access to DHS

GEO-Novoa_00035103

Information Technology (IT) systems or positions that are involved in the development, operation, management, or maintenance of DHS IT systems, unless an exception is granted as outlined under DHS Instruction 121-01-007-001.

**TRANSFERS FROM OTHER DHS CONTRACTS:**
Contractor employees may be eligible for transfer from other DHS Component contracts provided they have an adequate and current investigation meeting the new assignment requirement.  If the contractor employee does not meet the new assignment requirement a DHS 11000-25 with ICE supplemental page will be submitted to OPR-PSU to initiate a new investigation.

Transfers will be accomplished by submitting a DHS 11000-25 with ICE supplemental page indicating "Contract Change."  The questionnaire related to 6 CFR § 115.117 listed above in item 7 will be required for positions designated under PREA.

**CONTINUED ELIGIBILITY**
ICE reserves the right and prerogative to deny and/or restrict facility and information access of any contractor employee whose actions conflict with Fitness standards contained in DHS Instruction 121-01-007-01, Chapter 3, paragraph 6.B or who violate standards of conduct under 6 CFR § 115.117.  The Contracting Officer or their representative can determine if a risk of compromising sensitive Government information exists or if the efficiency of service is at risk and may direct immediate removal of a contractor employee from contract support.  The OPR-PSU will conduct periodic reinvestigations every 5 years, or when derogatory information is received, to evaluate continued Fitness of contractor employees.

**REQUIRED REPORTS**
The Contractor will notify OPR-PSU, via the COR, of all terminations/resignations of contractor employees under the contract within five days of occurrence.  The Contractor will return any expired ICE issued identification cards and building passes of terminated/ resigned employees to the COR.  If an identification card or building pass is not available to be returned, a report must be submitted to the COR referencing the pass or card number, name of individual to whom issued, the last known location and disposition of the pass or card.  The COR will return the identification cards and building passes to the responsible ID Unit.

The Contractor will report any adverse information coming to their attention concerning contractor employees under the contract to the OPR-PSU, via the COR, as soon as possible. Reports based on rumor or innuendo should not be made. The subsequent termination of employment of an employee does not obviate the requirement to submit this report. The report shall include the contractor employees' name and social security number, along with the adverse information being reported.

The Contractor will provide, through the COR a Quarterly Report containing the names of contractor employees who are active, pending hire, have departed within the quarter or have had a legal name change (Submitted with documentation).  The list shall include the Name, Position and SSN (Last Four) and should be derived from system(s) used for

Page **61** of 76

GEO-Novoa_00035104

contractor payroll/voucher processing to ensure accuracy.

CORs will submit reports to psu-industrial-security@ice.dhs.gov

Contractors, who are involved with management and/or use of information/data deemed "sensitive" to include 'law enforcement sensitive" are required to complete the DHS Form 11000-6-Sensitive but Unclassified Information NDA for contractor access to sensitive information. The NDA will be administered by the COR to the all contract personnel within 10 calendar days of the entry on duty date.   The completed form shall remain on file with the COR for purpose of administration and inspection.

Sensitive information as defined under the Computer Security Act of 1987, Public Law 100-235 is information not otherwise categorized by statute or regulation that if disclosed could have an adverse impact on the welfare or privacy of individuals or on the welfare or conduct of Federal programs or other programs or operations essential to the national interest. Examples of sensitive information include personal data such as Social Security numbers; trade secrets; system vulnerability information; pre-solicitation procurement documents, such as statements of work; and information pertaining to law enforcement investigative methods; similarly, detailed reports related to computer security deficiencies in internal controls are also sensitive information because of the potential damage that could be caused by the misuse of this information.   All sensitive information must be protected from loss, misuse, modification, and unauthorized access in accordance with DHS Management Directive 11042.1, *DHS Policy for Sensitive Information* and ICE Policy 4003, *Safeguarding Law Enforcement Sensitive Information.*"

Any unauthorized disclosure of information should be reported to ICE.ADSEC@ICE.dhs.gov.

**SECURITY MANAGEMENT**
The Contractor shall appoint a senior official to act as the Corporate Security Officer.  The individual will interface with the OPR-PSU through the COR on all security matters, to include physical, personnel, and protection of all Government information and data accessed by the Contractor.

The COR and the OPR-PSU shall have the right to inspect the procedures, methods, and facilities utilized by the Contractor in complying with the security requirements under this contract.  Should the COR determine that the Contractor is not complying with the security requirements of this contract, the Contractor will be informed in writing by the Contracting Officer of the proper action to be taken in order to effect compliance with such requirements.

**INFORMATION TECHNOLOGY SECURITY CLEARANCE**
When sensitive government information is processed on Department telecommunications and automated information systems, the Contractor agrees to provide for the administrative control of sensitive data being processed and to adhere to the procedures governing such data as outlined in DHS MD 4300.1, *Information Technology Systems Security.* or its replacement.  Contractor employees must have

Page **62** of 76

GEO-Novoa_00035105

favorably adjudicated background investigations commensurate with the defined
sensitivity level.

Contractor employees who fail to comply with Department security policy are subject to
having their access to Department IT systems and facilities terminated, whether or not the
failure results in criminal prosecution.  Any person who improperly discloses sensitive
information is subject to criminal and civil penalties and sanctions under a variety of laws
(e.g., Privacy Act).

**INFORMATION TECHNOLOGY SECURITY TRAINING AND OVERSIGHT**
In accordance with Chief Information Office requirements and provisions, all contractor
employees accessing Department IT systems or processing DHS sensitive data via an IT
system will require an ICE issued/provisioned Personal Identity Verification (PIV) card.
Additionally, Information Assurance Awareness Training (IAAT) will be required upon
initial access and annually thereafter.  IAAT training will be provided by the appropriate
component agency of DHS.

Contractor employees, who are involved with management, use, or operation of any IT
systems that handle sensitive information within or under the supervision of the
Department, shall receive periodic training at least annually in security awareness and
accepted security practices, systems rules of behavior, to include Unauthorized Disclosure
Training, available on PALMS or by contacting ICE.ADSEC@ICE.dhs.gov. Department
contractor employees, with significant security responsibilities, shall receive specialized
training specific to their security responsibilities annually.  The level of training shall be
commensurate with the individual's duties and responsibilities and is intended to promote a
consistent understanding of the principles and concepts of telecommunications and IT
systems security.

All personnel who access Department information systems will be continually evaluated
while performing these duties.  System Administrators should be aware of any unusual or
inappropriate behavior by personnel accessing systems.  Any unauthorized access, sharing
of passwords, or other questionable security procedures should be reported to the local
Security Office or Information System Security Officer (ISSO).

GEO-Novoa_00035106

## SECTION I—CONTRACT CLAUSES

| 52.202-1 | Definitions | (NOV 2013) |
|---|---|---|
| 52.203-3 | Gratuities | (APR 1984) |
| 52.203-5 | Covenant Against Contingent Fees | (MAY 2014) |
| 52.203-6 | Restrictions on Subcontractor Sales to the Government | (SEP 2006) |
| 52.203-7 | Anti-Kickback Procedures | (MAY 2014) |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | (MAY 2014) |
| 52.203-10 | Price or Fee Adjustment for Illegal or Improper Activity | (MAY 2014) |
| 52.203-12 | Limitation on Payments to Influence Certain Federal Transactions | (OCT 2010) |
| 52.203-13 | Contractor Code of Business Ethics and Conduct | (OCT 2015) |
| 52.204-2 | Security Requirements | (AUG 1996) |
| 52.204-4 | Printed or Copied Double-Sided on Postconsumer Fiber Content Paper | (MAY 2011) |
| 52.204-7 | System for Award Management | (OCT 2018) |
| 52.204-9 | Personal Identity Verification of Contractor Personnel | (JAN 2011) |
| 52.204-10 | Reporting Executive Compensation and First-Tier Subcontract Awards | (OCT 2018) |
| 52.204-13 | System for Award Management Maintenance | (OCT 2018) |
| 52.209-6 | Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment | (OCT 2015) |
| 52.209-9 | Updates of Publicly Available Information Regarding Responsibility Matters | (OCT 2018) |
| 52.210-1 | Market Research | (APR 2011) |
| 52.215-2 | Audit and Records – Negotiation | (OCT 2010) |
| 52.215-8 | Order of Precedence – Uniform Contract Format | (OCT 1997) |
| 52.215-10 | Price Reduction for Defective Cost and Pricing Data | (AUG 2011) |
| 52.215-11 | Price Reduction for Defective Certified Cost or Pricing Data – Modifications | (AUG 2011) |
| 52.215-12 | Subcontractor Certified Cost or Pricing Data | (OCT 2010) |

| 52.215-13 | **Subcontractor Certified Cost or Pricing Data – Modifications** | **(OCT 2010)** |
| 52.215-14 | **Integrity of Unit Prices** | **(OCT 2010)** |
| 52.215-15 | **Pension Adjustments and Asset Reversions** | **(OCT 2010)** |
| 52.215-18 | **Reversion or Adjustment of Plans for Postretirement Benefits (PRB) Other Than Pensions** | **(JUL 2005)** |
| 52.215-19 | **Notification of Ownership Changes** | **(OCT 1997)** |
| 52.215-20 | **Requirements for Certified Cost or Pricing Data and Data Other Than Certified Cost or Pricing Data** | **(OCT 2010)** |
| 52.215-21 | **Requirements for Certified Cost or Pricing Data and Data Other Than Certified Cost or Pricing Data – Modifications** | **(OCT 2010)** |
| 52.216-18 | **Ordering** | **(OCT 1995)** |

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from June 26, 2019 through March 25, 2020.

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

(End of Clause)

**FAR 52.216-19   Ordering Limitations**                                   **(OCT 1995)**

(a) *Minimum order.* When the Government requires supplies or services covered by this contract in an amount of less than *1,455 bed days per day (Guaranteed Minimum),* the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) *Maximum order.* The Contractor is not obligated to honor --

    (1) Any order for a single item in excess of *$62,864,912.19*;

    (2) Any order for a combination of items in excess of *$62,864,912.19*; or

    (3) A series of orders from the same ordering office within five (5) days that together call for quantities exceeding the limitation in subparagraph (b)(1) or (2) of this section.

(c) If this is a requirements contract (*i.e.*, includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one

GEO-Novoa_00035108

requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) of this section.

(d) Notwithstanding paragraphs (b) and (c) of this section, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within two (2) days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

(End of Clause)

**FAR 52.216-22   Indefinite Quantity**                                          (OCT 1995)

(a) This is an indefinite-quantity contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the "maximum." The Government shall order at least the quantity of supplies or services designated in the Schedule as the "minimum."

(c) Except for any limitations on quantities in the Order Limitations clause or in the Schedule, there is no limit on the number of orders that may be issued. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

*(d)* Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after March 25, 2020.

(End of Clause)

**52.217-8         Option to Extend Services**                                    (NOV 1999)
The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed six (6) months. The CO may exercise the option by written notice to the Contractor within sixty (60) days of expiration.

| | | |
|---|---|---|
| **52.219-8** | **Utilization of Small Business Concerns** | **(OCT 2018)** |
| **52.219-9** | **Small Business Subcontracting Plan Alternate II** | **(AUG 2018)** |
| **52.219-16** | **Liquidated Damages – Subcontracting Plan** | **(JAN 1999)** |
| **52.219-28** | **Post-Award Small Business Program Representation** | **(JUL 2013)** |
| **52.222-1** | **Notice to the Government of Labor Disputes** | **(FEB 1997)** |
| **52.222-3** | **Convict Labor** | **(JUN 2003)** |

GEO-Novoa_00035109

| | | |
|---|---|---|
| 52.222-4 | Contract Work Hours and Safety Standards– Overtime Compensation | (MAY 2018) |
| 52.222-17 | Nondisplacement of Qualified Workers | (MAY 2014) |
| 52.222-21 | Prohibition of Segregated Facilities | (APR 2015) |
| 52.222-26 | Equal Opportunity | (SEP 2016) |
| 52.222-35 | Equal Opportunity for Veterans | (OCT 2015) |
| 52.222-36 | Equal Opportunity for Workers with Disabilities | (JULY 2014) |
| 52.222-37 | Employment Reports on Veterans | (FEB 2016) |
| 52.222-40 | Notification of Employee Rights Under the National Labor Relations Act | (DEC 2010) |
| 52.222-41 | Service Contract Labor Standards | (AUG 2018) |
| 52.222-42 | Statement of Equivalent Rates for Federal Hires | (MAY 2014) |

In compliance with the Service Contract Labor Standards statute and the regulations of the Secretary of Labor (29 CFR part 4), this clause identifies the classes of service employees expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C. 5341 or 5332.

*This Statement is for Information Only:*
*It is not a Wage Determination*

| Employee Class | Monetary Wage – Fringe Benefits |
|---|---|
| | |
| | |

(End of Clause)

| | | |
|---|---|---|
| 52.222-43 | Fair Labor Standards Act and Service Contract Labor Standards – Price Adjustment (Multiple Year and Option Contracts) | (AUG 2018) |
| 52.222-50 | Combating Trafficking in Persons | (JAN 2019) |
| 52.222-54 | Employment Eligibility Verification | (OCT 2015) |
| 52.223-1 | Biobased Product Certification | (MAY 2012) |
| 52.223-2 | Affirmative Procurement of Biobased Products Under Service and Construction Contracts | (SEP 2013) |
| 52.223-4 | Recovered Material Certification | (MAY 2008) |

GEO-Novoa_00035110

| 52.223-5 | Pollution Prevention and Right-to-Know Information | (MAY 2011) |
| 52.223-6 | Drug-Free Workplace | (MAY 2001) |
| 52.223-9 | Estimate of Percentage of Recovered Material Content for EPA-Designated Items | (MAY 2008) |
| 52.223-10 | Waste Reduction Program | (MAY 2011) |
| 52.223-11 | Ozone-Depleting Substances and High Global Warming Potential Hydrofluorocarbons | (JUN 2016) |
| 52.223-12 | Maintenance, Service, Repair, or Disposal of Refrigeration Equipment and Air Conditioners | (JUN 2016) |
| 52.223-15 | Energy Efficiency in Energy-Consuming Products | (DEC 2007) |
| 52.223-16 | Acquisition of EPEAT-Registered Personal Computer Products | (OCT 2015) |
| 52.223-17 | Affirmative Procurement of EPA-designated Items in Service and Construction Contracts | (AUG 2018) |
| 52.223-18 | Encouraging Contractor Policy to Ban Text Messaging While Driving | (AUG 2011) |
| 52.224-1 | Privacy Act Notification | (APR 1984) |
| 52.224-2 | Privacy Act | (APR 1984) |
| 52.225-13 | Restrictions on Certain Foreign Purchases | (JUN 2008) |
| 52.226-6 | Promoting Excess Food Donation to Nonprofit Organizations | (MAY 2014) |
| 52.227-1 | Authorization and Consent | (DEC 2007) |
| 52.227-2 | Notice and Assistance Regarding Patent and Copyright Infringement | (DEC 2007) |
| 52.227-14 | Rights in Data – General | (MAY 2014) |
| 52.229-3 | Federal, State, and Local Taxes | (FEB 2013) |
| 52.232-1 | Payments | (APR 1984) |
| 52.232-8 | Discounts for Prompt Payment | (FEB 2002) |
| 52.232-9 | Limitation on Withholding of Payments | (APR 1984) |
| 52.232-11 | Extras | (APR 1984) |
| 52.232-17 | Interest | (MAY 2014) |
| 52.232-18 | Availability of Funds | (APR 1984) |
| 52.232-19 | Availability of Funds for the Next Fiscal Year | (APR 1984) |

GEO-Novoa_00035111

| 52.232-23 | Assignment of Claims | (MAY 2014) |
|---|---|---|
| 52.232-25 | Prompt Payment | (JAN 2017) |
| 52.232-33 | Payment by Electronic Funds Transfer – System for Award Management | (OCT 2018) |
| 52.232-39 | Unenforceability of Unauthorized Obligations | (JUN 2013) |
| 52.232-40 | Providing Accelerated Payment to Small Business Subcontractors | (DEC 2013) |
| 52.233-1 | Disputes<br>Alternate I | (MAY 2014)<br>(DEC 1991) |
| 52.233-4 | Applicable Law for Breach of Contract Claim | (OCT 2004) |
| 52.237-3 | Continuity of Services | (JAN 1991) |
| 52.239-1 | Privacy or Security Safeguards | (AUG 1996) |
| 52.242-13 | Bankruptcy | (JUL 1995) |
| 52.243-1 | Changes - Fixed-Price<br>Alternate I | (AUG 1987)<br>(APR 1984) |
| 52.244-5 | Competition in Subcontracting | (DEC 1996) |
| 52.244-6 | Subcontracts for Commercial Items. | (JAN 2019) |
| 52.245-1 | Government Property | (JAN 2017) |
| 52.245-9 | Use and Charges | (APR 2012) |
| 52.246-20 | Warranty of Services | (MAY 2001) |
| 52.246-25 | Limitation of Liability - Services | (FEB 1997) |
| 52.248-1 | Value Engineering | (OCT 2010) |
| 52.249-2 | Termination for Convenience of the Government (Fixed-Price) | (APR 2012) |
| 52.249-8 | Default (Fixed-Price Supply and Service) | (APR 1984) |
| 52.251-1 | Government Supply Sources | (APR 2012) |
| 52.252-2 | Clauses Incorporated by Reference | (FEB 1998) |

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the CO will make their full text available. Also, the full text of a clause may be accessed electronically at this address: https://www.acquisition.gov/far/

| 52.253-1 | Computer Generated Forms | (JAN 1991) |

GEO-Novoa_00035112

The following Homeland Security Acquisition Regulations (HSAR) clauses can be found at: http://www.dhs.gov/xlibrary/assets/opnbiz/hsar.pdf.

**3052.203-70**     **Instructions for Contractor Disclosure of Violations**     (SEP 2012)

**3052.204-70**     **Security Requirements for Unclassified Information**     (JUN 2006)
                    **Technology Resources**

(a) The Contractor shall be responsible for Information Technology (IT) security for all systems connected to a DHS network or operated by the Contractor for DHS, regardless of location. This clause applies to all or any part of the contract that includes information technology resources or services for which the Contractor must have physical or electronic access to sensitive information contained in DHS unclassified systems that directly support the agency's mission.

(b) The Contractor shall provide, implement, and maintain an IT Security Plan. This plan shall describe the processes and procedures that will be followed to ensure appropriate security of IT resources that are developed, processed, or used under this contract.

(1) Within thirty (30) days after contract award, the contractor shall submit for approval its IT Security Plan, which shall be consistent with and further detail the approach contained in the Contractor's proposal. The plan, as approved by the CO, shall be incorporated into the contract as a compliance document.

(2) The Contractor's IT Security Plan shall comply with Federal laws that include, but are not limited to, the Computer Security Act of 1987 (40 U.S.C. 1441 et seq.); the Government Information Security Reform Act of 2000; and the Federal Information Security Management Act of 2002; and with Federal policies and procedures that include, but are not limited to, OMB Circular A-130.

(3) The security plan shall specifically include instructions regarding handling and protecting sensitive information at the Contractor's site (including any information stored, processed, or transmitted using the Contractor's computer systems), and the secure management, operation, maintenance, programming, and system administration of computer systems, networks, and telecommunications systems.

(c) Examples of tasks that require security provisions include--

(1) Acquisition, transmission or analysis of data owned by DHS withsignificant replacement cost should the contractor's copy be corrupted; and

(2) Access to DHS networks or computersat a level beyond that granted the general public (e.g., such as bypassing a firewall).

(d) At the expiration of the contract, the contractor shall return all sensitive DHS information and IT resources provided to the contractor during the contract, and certify that all non-public DHS information has been purged from any contractor-owned system. Components shall conduct reviews to ensure that the security requirements in the contract are implemented andenforced.

(e) Within 6 months after contract award, the contractor shall submit written proof of IT Security accreditation to DHS for approval by the DHS CO. Accreditation will proceed according to the criteria of the DHS Sensitive System Policy Publication, 4300A (Version 2.1, July 26, 2004) or any replacement publication, which the CO will provide upon request. This accreditation will include a final security plan, risk assessment, security test and evaluation, and disaster recovery plan / continuity of operations plan. This accreditation, when accepted by the CO, shall be incorporated into the contract as a compliance document. The contractor shall comply withthe

GEO-Novoa_00035113

approved accreditation documentation.

**3052.204-71        Contractor Employee Access                                    (SEP 2012)**

(a) "Sensitive Information," as used in this Chapter, means any information, the loss, misuse, disclosure, or unauthorized access to or modification of which could adversely affect the national or homeland security interest, or the conduct of Federal programs, or the privacy to which individuals are entitled under section 552a of title 5, United States Code (the Privacy Act), but which has not been specifically authorized under criteria established by an Executive Order or an Act of Congress to be kept secret in the interest of national defense, homeland security or foreign policy. This definition includes the following categories of information:

> (1) Protected Critical Infrastructure Information (PCII) as set out in the Critical Infrastructure Information Act of 2002 (Title II, Subtitle B, of the Homeland Security Act, Pub. L. 107-296, 196 Stat. 2135), as amended, the implementing regulations thereto (Title 6, Code of Federal Regulations, part 29) as amended, the applicable PCII Procedures Manual, as amended, and any supplementary guidance officially communicated by an authorized official of the Department of Homeland Security (including the PCII Program Manager or his / her designee);

> (2) Sensitive Security Information (SSI), as defined in Title 49, Code of Federal Regulations, part 1520, as amended, "Policies and Procedures of Safeguarding and Control of SSI," as amended, and any supplementary guidance officially communicated by an authorized official of the Department of Homeland Security (including the Assistant Secretary for the Transportation Security Administration or his / her designee);

> (3) Information designated as "For Official Use Only," which is unclassified information of a sensitive nature and the unauthorized disclosure of which could adversely impact a person's privacy or welfare, the conduct of Federal programs, or other programs or operations essential to the national or homeland security interest; and

> (4) Any information that is designated "sensitive" or subject to other controls, safeguards or protections in accordance with subsequently adopted homeland security information handling procedures.

(b) "Information Technology Resources" include, but are not limited to, computer equipment, networking equipment, telecommunications equipment, cabling, network drives, computer drives, network software, computer software, software programs, intranet sites, and internet sites.

(c) Contractor employees working on this contract must complete such forms as may be necessary for security or other reasons, including the conduct of background investigations to determine suitability. Completed forms shall be submitted as directed by the COCO. Upon the CO's request, the Contractor's employees shall be fingerprinted, or subject to other investigations as required. All contractor employees requiring recurring access to Government facilities or access to sensitive information or IT resources are required to have a favorably adjudicated background investigation prior to commencing work on this contract unless this requirement is waived under Departmental procedures.

(d) The Contracting Officer may require the contractor to prohibit individuals from working on the contract if the Government deems their initial or continued employment contrary to the public interest for any reason, including, but not limited to, carelessness, insubordination, incompetence, or security concerns.

(e) Work under this contract may involve access to sensitive information. Therefore, the Contractor shall not disclose, orally or in writing, any sensitive information to any person unless authorized in writing by the CO. For those contractor employees authorized access to sensitive

GEO-Novoa_00035114

information, the contractor shall ensure that these persons receive training concerning the protection and disclosure of sensitive information both during and after contract performance.

(f) The Contractor shall include the substance of this clause in all subcontracts at any tier where the subcontractor may have access to Government facilities, sensitive information, or resources.

| 3052.205-70 | Advertisements, Publicizing Awards, and Releases | (SEP 2012) |
|---|---|---|
| | Alternate I | (SEP 2012) |
| 3052.209-70 | Prohibition on Contracts with Corporate Expatriates | (JUN 2006) |

(a) Prohibitions.

Section 835 of the Homeland Security Act, 6 U.S.C. 395, prohibits the Department of Homeland Security from entering into any contract with a foreign incorporated entity which is treated as an inverted domestic corporation as defined in this clause, or with any subsidiary of such an entity. The Secretary shall waive the prohibition with respect to any specific contract if the Secretary determines that the waiver is required in the interest of national security.

(b) Definitions. As used in this clause:

Expanded Affiliated Group means an affiliated group as defined in section 1504(a) of the Internal Revenue Code of 1986 (without regard to section 1504(b) of such Code), except that section 1504 of such Code shall be applied by substituting `more than 50 percent' for `at least 80 percent' each place it appears.

Foreign Incorporated Entity means any entity which is, or but for subsection (b) of section 835 of the Homeland Security Act, 6 U.S.C. 395, would be, treated as a foreign corporation for purposes of the Internal Revenue Code of 1986.

Inverted Domestic Corporation. A foreign incorporated entity shall be treated as an inverted domestic corporation if, pursuant to a plan (or a series of related transactions)—

(1) The entity completes the direct or indirect acquisition of substantially all of the properties held directly or indirectly by a domestic corporation or substantially all of the properties constituting a trade or business of a domestic partnership;

(2) After the acquisition at least 80 percent of the stock (by vote or value) of the entity is held—

(i) In the case of an acquisition with respect to a domestic corporation, by former shareholders of the domestic corporation by reason of holding stock in the domestic corporation; or

(ii) In the case of an acquisition with respect to a domestic partnership, by former partners of the domestic partnership by reason of holding a capital or profits interest in the domestic partnership; and

(3) The expanded affiliated group which after the acquisition includes the entity does not have substantial business activities in the foreign country in which or under the law of which the entity is created or organized when compared to the total business activities of such expanded affiliated group.

Person, domestic, and foreign have the meanings given such terms by paragraphs (1), (4), and (5) of section 7701(a) of the Internal Revenue Code of 1986, respectively.

(c) Special rules. The following definitions and special rules shall apply when determining whether a foreign incorporated entity should be treated as an inverted domestic corporation.

(1) Certain stock disregarded. For the purpose of treating a foreign incorporated entity as an inverted domestic corporation these shall not be taken into account in determining ownership:

GEO-Novoa_00035115

(i) Stock held by members of the expanded affiliated group which includes the foreign incorporated entity; or

(ii) Stock of such entity which is sold in a public offering related to an acquisition described in section 835(b)(1) of the Homeland Security Act, 6 U.S.C. 395(b)(1).

(2) Plan deemed in certain cases. If a foreign incorporated entity acquires directly or indirectly substantially all of the properties of a domestic corporation or partnership during the 4-year period beginning on the date which is 2 years before the ownership requirements of subsection (b)(2) are met, such actions shall be treated as pursuant to a plan.

(3) Certain transfers disregarded. The transfer of properties or liabilities (including by contribution or distribution) shall be disregarded if such transfers are part of a plan a principal purpose of which is to avoid the purposes of this section.

(d) Special rule for related partnerships. For purposes of applying section 835(b) of the Homeland Security Act, 6 U.S.C. 395(b) to the acquisition of a domestic partnership, except as provided in regulations, all domestic partnerships which are under common control (within the meaning of section 482 of the Internal Revenue Code of 1986) shall be treated as a partnership.

(e) Treatment of Certain Rights.

(1) Certain rights shall be treated as stocks to the extent necessary to reflect the present value of all equitable interests incident to the transaction, as follows:

(i) warrants;

(ii) options;

(iii) contracts to acquire stock;

(iv) convertible debt instruments; and

(v) others similar interests.

(2) Rights labeled as stocks shall not be treated as stocks whenever it is deemed appropriate to do so to reflect the present value of the transaction or to disregard transactions whose recognition would defeat the purpose of Section 835.

(f) Disclosure. The offeror under this solicitation represents that [Check one]:

XX it is not a foreign incorporated entity that should be treated as an inverted domestic corporation pursuant to the criteria of (HSAR) 48 CFR 3009.108-7001 through 3009.108-7003;

__ it is a foreign incorporated entity that should be treated as an inverted domestic corporation pursuant to the criteria of (HSAR) 48 CFR 3009.108-7001 through 3009.108-7003, but it has submitted a request for waiver pursuant to 3009.108-7004, which has not been denied; or

__ it is a foreign incorporated entity that should be treated as an inverted domestic corporation pursuant to the criteria of (HSAR) 48 CFR 3009.108-7001 through 3009.108-7003, but it plans to submit a request for waiver pursuant to 3009.108-7004.

(g) A copy of the approved waiver, if a waiver has already been granted, or the waiver request, if a waiver has been applied for, shall be attached to the bid or proposal.

GEO-Novoa_00035116

| 3052.215-70 | **Key Personnel or Facilities** | (DEC 2003) |
|---|---|---|

(a) The personnel or facilities specified below are considered essential to the work being performed under this contract and may, with the consent of the contracting parties, be changed from time to time during the course of the contract by adding or deleting personnel or facilities, as appropriate.

(b) Before removing or replacing any of the specified individuals or facilities, the Contractor shall notify the Contracting Officer, in writing, before the change becomes effective. The Contractor shall submit sufficient information to support the proposed action and to enable the Contracting Officer to evaluate the potential impact of the change on this contract. The Contractor shall not remove or replace personnel or facilities until the Contracting Officer approves the change.

The Key Personnel or Facilities under this Contract: See Section C

| 3052.222-70 | **Strikes or Picketing Affecting Timely Completion of the Contract Work** | (DEC 2003) |
|---|---|---|
| 3052.222-70 | **Strikes or Picketing Affecting Access to a DHS Facility** | (DEC 2003) |
| 3052.225-70 | **Requirement for Use of Certain Domestic Commodities** | (AUG 2009) |

(a) Definitions. As used in this clause--

(1) "Commercial," as applied to an item described in subsection (b) of this clause, means an item of supply, whether an end product or component, that meets the definition of "commercial item" set forth in (FAR) 48 CFR 2.101.

(2) "Component" means any item supplied to the Government as part of an end product or of another component.

(3) "End product" means supplies delivered under a line item of this contract.

(4) "Non-commercial," as applied to an item described in subsections (b) or (c) of this clause, means an item of supply, whether an end product or component, that does not meet the definition of "commercial item" set forth in (FAR) 48 CFR 2.101.

(5) "Qualifying country" means a country with a memorandum of understanding or international agreement with the United States under which DHS procurement is covered.

(6) "United States" includes the possessions of the United States.

(b) The Contractor shall deliver under this contract only such of the following commercial or non-commercial items, either as end products or components, that have been grown, reprocessed, reused, or produced in the United States:

(1) Clothing and the materials and components thereof, other than sensors, electronics, or other items added to, and not normally associated with, clothing and the materials and components thereof; or

(2) Tents, tarpaulins, covers, textile belts, bags, protective equipment (such as body armor), sleep systems, load carrying equipment (such as fieldpacks), textile marine equipment, parachutes or bandages.

(c) The Contractor shall deliver under this contract only such of the following non-commercial items, either as end products or components that have been grown, reprocessed, reused, or

GEO-Novoa_00035117

produced in the United States:

> (1) Cotton and other natural fiber products.

> (2) Woven silk or woven silk blends.

> (3) Spun silk yarn for cartridge cloth.

> (4) Synthetic fabric or coated synthetic fabric (including all textile fibers and yarns that are for use in such fabrics).

> (5) Canvas products.

> (6) Wool (whether in the form of fiber or yarn or contained in fabrics, materials, or manufactured articles).

> (7) Any item of individual equipment manufactured from or containing any of the fibers, yarns, fabrics, or materials listed in this paragraph (c).

(d) This clause does not apply--

> (1) To items listed in (FAR) 48 CFR 25.104, or other items for which the Government has determined that a satisfactory quality and sufficient quantity cannot be acquired as and when needed at United States market prices;

> (2) To incidental amounts of cotton, other natural fibers, or wool incorporated in an end product, for which the estimated value of the cotton, other natural fibers, or wool is not more than 10 percent of the total price of the end product; or

> (3) To items that are eligible products per (FAR) 48 CFR Subpart 25.4.

**3052.242-72      Contracting Officer's Technical Representative                (DEC 2003)**

GEO-Novoa_00035118

**SECTION J - LIST OF DOCUMENTS, EXHIBITS AND OTHER
ATTACHMENTS**


Attachment 1 - Quality Assurance Surveillance Plan (OASP)

      Attachment 1A - Performance Requirements Summary
      Attachment 1B - Monitoring Tool
      Attachment 1C - Contract Discrepancy Report

Attachment 2 - Wages

      Attachment 2A - Collective Bargaining Agreement (CBA) between GEO, United
      Government Security Officers of America International Union, and its Local #880
      (CBA), signed April 23, 2018

      Attachment 2B - DOL Wage Determination: 2015-5629 R 9 Date 12/26/2018

Attachment 3 - SOW

Attachment 4 Deliverables – Detention and Food Services

Attachment 5 - Approved Staffing Plan

Attachment 6 - PBNDS 2011, 2016 Revisions dated December 2016-Optimal

Attachment 7 - DHS Prison Rape Elimination Act (DHS PREA) Provisions

Attachment 8 - Franco-Gonzalez Health Form

GEO-Novoa_00035119

70CDCR19D00000011

# QUALITY ASSURANCE SURVEILLANCE PLAN

## 1. INTRODUCTION

ICE's Quality Assurance Surveillance Plan (QASP) is based on the premise that the Service Provider, and not the Government, is responsible for the day-to-day operation of the Facility and all the management and quality control actions required to meet the terms of the Agreement. The role of the Government in quality assurance is to ensure performance standards are achieved and maintained. The Service Provider shall develop a comprehensive program of inspections and monitoring actions and document its approach in a Quality Control Plan (QCP). The Service Provider's QCP, upon approval by the Government, will be made a part of the resultant Agreement.

This QASP is designed to provide an effective surveillance method to monitor the Service Provider's performance relative to the requirements listed in the Agreement. The QASP illustrates the systematic method the Government (or its designated representative) will use to evaluate the services the Service Provider is required to furnish.

This QASP is based on the premise the Government will validate that the Service Provider is complying with ERO-mandated quality standards in operating and maintaining detention facilities. Performance standards address all facets of detainee handling, including safety, health, legal rights, facility and records management, etc. Good management by the Service Provider and use of an approved QCP will ensure that the Facility is operating within acceptable quality levels.

## 2. DEFINITIONS

**Performance Requirements Summary (Attachment A):** The Performance Requirements Summary (PRS) communicates what the Government intends to qualitatively inspect. The PRS is based on the American Correctional Association (ACA) Standards for Adult Local Detention Facilities (ALDF) and ICE 2011 Performance Based National Detention Standards (PBNDS). The PRS identifies performance standards grouped into nine functional areas, and quality levels essential for successful performance of each requirement. The PRS is used by ICE when conducting quality assurance surveillance to guide them through the inspection and review processes.

**Functional Area:** A logical grouping of performance standards.

**Contracting Officer Representative (COR):** The COR interacts with the Service Provider to inspect and accept services/work performed in accordance with the technical standards prescribed in the Agreement. The Contracting Officer issues a written memorandum that appoints the COR. Other individuals may be designated to assist in the inspection and quality assurance surveillance activities.

**Performance Standards:** The performance standards are established in the ERO ICE 2011 PBNDS at http://www.ice.gov/detention-standards/2011 as well as the ACA standards for ALDF. Other standards may also be defined in the Agreement.

1

GEO-Novoa_00035120

**Measures:** The method for evaluating compliance with the standards.

**Acceptable Quality Level:** The minimum level of quality that will be accepted by ICE to meet the performance standard.

**Withholding:** Amount of monthly invoice payment withheld pending correction of a deficiency. See Attachment A for information on the percentages of an invoice amount that may be withheld for each functional area. Funds withheld from payment are recoverable (See Sections 7 and 8) if the COTR and Contracting Officer confirm resolution or correction, and should be included in the next month's invoice.

**Deduction:** Funds may be deducted from a monthly invoice for an egregious act or event, or if the same deficiency continues to occur. The Service Provider will be notified immediately if such a situation arises. The Contracting Officer in consultation with the ERO will determine the amount of the deduction. Amounts deducted are not recoverable.

## 4. QUALITY CONTROL PLAN

The Service Provider shall develop, implement, and maintain a Quality Control Plan (QCP) that illustrates the methods it will use to review its performance to ensure it conforms to the performance requirements. (See Attachment A for a summary list of performance requirements.) Such reviews shall be performed by the Service Provider to validate its operations, and assure ICE that the services meet the performance standards.

The Service Provider's QCP shall include monitoring methods that ensure and demonstrate its compliance with the performance standards. This includes inspection methods and schedules that are consistent with the regular reviews conducted by ERO. The reports and other results generated by the Service Provider's QCP activities should be provided to the COR as requested.

The frequency and type of the Service Provider's reviews should be consistent with what is necessary in order to ensure compliance with the performance standards.

The Service Provider is encouraged not to limit its inspection to only the processes outlined in the 2011 PBNDS; however, certain key documents shall be produced by the Service Provider to ensure that the services meet the performance standards. Some of the documentation that shall be generated and made available to the COR for inspection is listed below. The list is intended as illustrative and is not all-inclusive. The Service Provider shall develop and implement a program that addresses the specific requirement of each standard and the means it will use to document compliance.

- Written policies and procedures to implement and assess operational requirements of the standard
- Documentation and record keeping to ensure ongoing operational compliance with the standards (e.g.; inventories, logbooks, register of receipts, reports, etc.)
- Staff training records
- Contract discrepancy reports (CDRs)
- Investigative reports

2

GEO-Novoa_00035121

• Medical records
• Records of investigative actions taken
• Equipment inspections
• System tests and evaluation

## 5. METHODS OF SURVEILLANCE

ICE will monitor the Service Provider's compliance with the Performance Standards using a variety of methods. All facilities will be subject to a full annual inspection, which will include a review of the Service Provider's QCP activities. In addition, ICE may conduct additional routine, follow-up, or unscheduled ad hoc inspections as necessary (for instance, as a result of unusual incidents or data reflected in routine monitoring). ICE may also maintain an on-site presence in some facilities in order to conduct more regular or frequent monitoring. Inspections and monitoring may involve direct observation of facility conditions and operations, review of documentation (including QCP reports), and/or interviews of facility personnel and detainees.

**5.1 Documentation Requirements**: The Service Provider shall develop and maintain all documentation as prescribed in the PBNDS (e.g., post logs, policies, and records of corrective actions). In addition to the documentation prescribed by the standards, the Service Provider shall also develop and maintain documentation that demonstrates the results of its own inspections as prescribed in its QCP. The Government may review 100% of the documents, or a representative sample, at any point during the period of performance.

## 6. FUNCTIONAL PERFORMANCE AREAS AND STANDARDS

To facilitate the performance review process, the required performance standards are organized into nine functional areas. Each functional area represents a proportionate share (i.e., weight) of the monthly invoice amount payable to the Service Provider based on meeting the performance standards. Payment withholdings and deductions will be based on these percentages and weights applied to the overall monthly invoice.

ICE may, consistent with the scope the Agreement, unilaterally change the functional areas and associated standards affiliated with a specific functional area. The Contracting Officer will notify the Service Provider at least 30 calendar days in advance of implementation of the new standard(s). If the Service Provider is not provided with the notification, adjustment to the new standard shall be made within 30 calendar days after notification. If any change affects pricing, the Service Provider may submit a request for equitable price adjustment in accordance with the "Changes" clause. ICE reserves the right to develop and implement new inspection techniques and instructions at any time during performance without notice to the Service Provider, so long as the standards are not more stringent than those being replaced.

## 7. FAILURE TO MEET PERFORMANCE STANDARDS

Performance of services in conformance with the PRS standards is essential for the Service Provider to receive full payment as identified in the Agreement. The Contracting Officer may take withholdings or deductions against the monthly invoices for unsatisfactory performance documented through surveillance of the Service Provider's activities gained through site inspections, reviews of documentation (including monthly QCP reports), interviews and other

3

feedback. As a result of its surveillance, the Service Provider will be assigned the following rating relative to each performance standard:

| Rating | Description |
|---|---|
| Acceptable | Based on the measures, the performance standard is demonstrated. |
| Deficient | Based on the measures, compliance with most of the attributes of the performance standard is demonstrated or observed with some area(s) needing improvement. There are no critical areas of unacceptable performance |
| At-Risk | Based on the performance measures, the majority of a performance standard's attributes are not met. |

Using the above standards as a guide, the Contracting Officer will implement adjustments to the Service Provider's monthly invoice as prescribed in Attachment A.

Rather than withholding funds until a deficiency is corrected, there may be times when an event or a deficiency is so egregious that the Government **deducts** (vs. "withholds") amounts from the Service Provider's monthly invoice. This may happen when a significant event occurs, when a particular deficiency is noted multiple times without correction, or when the Service Provider has failed to take timely action on a deficiency about which he was properly and timely notified. The amount deducted will be consistent with the relative weight of the functional performance area where the deficiency was noted. The deduction may be a one-time event, or may continue until the Service Provider has either corrected the deficiency, or made substantial progress in the correction.

Further, a deficiency found in one functional area may tie into another. If a detainee escaped, for example, a deficiency would be noted in "Security," but may also relate to a deficiency in the area of "Administration and Management." In no event will the withhold or deduction exceed 100% of the invoice amount.

## 8. NOTIFICATIONS

(a) Based on the inspection of the Service Provider's performance, the COR will document instances of deficient or at-risk performance (e.g., noncompliance with the standard) using the CDR located at Attachment B. To the extent practicable, issues should be resolved informally, with the COR and Service Provider working together. When documentation of an issue or deficiency is required, the procedures set forth in this section will be followed.

(b) When a CDR is required to document performance issues, it will be submitted to the Service Provider with a date when a response is due. Upon receipt of a CDR, the Service Provider shall immediately assess the situation and either correct the deficiency as quickly as possible or prepare a corrective action plan. In either event, the Service Provider shall return the CDR with the action planned or taken noted. After the COR reviews the Service Provider's response to the CDR including its planned remedy or corrective action taken, the COR will either accept the plan or correction or reject the correction or plan for revision and provide an

4

explanation.  This process should take no more than one week.  The CDR shall not be used as a substitute for quality control by the Service Provider.

(c) The COR, in addition to any other designated ICE official, shall be notified immediately in the event of all emergencies.  Emergencies include, but are not limited to the following: activation of disturbance control team(s); disturbances (including gang activities, group demonstrations, food boycotts, work strikes, work-place violence, civil disturbances, or protests); staff use of force including use of lethal and less-lethal force (includes detainees in restraints more than eight hours); assaults on staff or detainees resulting in injuries requiring medical attention (does not include routine medical evaluation after the incident); fights resulting in injuries requiring medical attention; fires; full or partial lock down of the Facility; escape; weapons discharge; suicide attempts; deaths; declared or non-declared hunger strikes; adverse incidents that attract unusual interest or significant publicity; adverse weather (e.g., hurricanes, floods, ice or snow storms, heat waves, tornadoes); fence damage; power outages; bomb threats; significant environmental problems that impact the Facility operations; transportation accidents resulting in injuries, death or property damage; and sexual assaults.  Note that in an emergency situation, a CDR may not be issued until an investigation has been completed.

(d) If the COR concludes that the deficient or at-risk performance warrants a withholding or deduction, the COR will include the CDR in its monthly report, with a copy to the Contracting Officer.  The CDR will be accompanied by the COR's investigation report and written recommendation for any withholding.  The Contracting Officer will consider the COTR's recommendation and forward the CDR along with any relevant supporting information to the Service Provider in order to confirm or further discuss the prospective cure, including the Government's proposed course of action.  As described in section 7 above, portions of the monthly invoice amount may be withheld until such time as the corrective action is completed, *or* a deduction may be taken.

(e) Following receipt of the Service Provider's notification that the correction has been made, the COR may re-inspect the Facility.  Based upon the COR's findings, he or she will recommend that the Contracting Officer continue to withhold a proportionate share of the payment until the correction is made, or accept the correction as final and release the full amount withheld for that issue.

(f) If funds have been withheld and either the Government or the Service Provider terminates the Agreement, those funds will not be released.  The Service Provider may only receive withheld payments upon successful correction of an instance of non-compliance.  Further, the Service Provider is not relieved of full performance of the required services hereunder; the Agreement may be terminated upon adequate notice from the Government based upon any one instance, or failure to remedy deficient performance, even if a deduction was previously taken for any inadequate performance.

(g) The COR will maintain a record of all open and resolved CDRs.

5

**9. DETAINEE OR MEMBER OF THE PUBLIC COMPLAINTS**

The detainee and the public are the ultimate recipients of the services identified in this Agreement.  Any complaints made known to the COTR will be logged and forwarded to the Service Provider for remedy.  Upon notification, the Service Provider shall be given a pre-specified number of hours after verbal notification from the COTR to address the issue.  The Service Provider shall submit documentation to the COTR regarding the actions taken to remedy the situation.  If the complaint is found to be invalid, the Service Provider shall document its findings and notify the COTR.

**10. ATTACHMENTS**

      A.     Performance Requirements Summary

      B.     Contract Discrepancy Report

6

GEO-Novoa_00035125

70CDCR19D00000011
Attachment 1A Performance Requirements Summary

## PERFORMANCE REQUIREMENTS SUMMARY

| FUNCTIONAL AREA/ WEIGHT | PERFORMANCE STANDARD (NDS, ICE POLICIES, PWS) | PERFORMANCE MEASURE | METHOD OF SURVEILLANCE | ACCEPTABLE QUALITY LEVEL | WITHHOLDING CRITERIA |
|---|---|---|---|---|---|
| **Safety (20%)** (Addresses a safe work environment for staff, volunteers, contractors and detainees) | PBNDS references: 1. Emergency Plans; 2. Environmental Health and Safety; 3. Transportation (by Land). SOW references: 1. 1-J-4 Armed Transportation Services 2. 4-J Control of Chemicals 3. 7-A Disturbances and safety 4. 7-B Evacuation plan 5. Food Service 3.6 Cleaning and sanitation | Performance measures are reflected in the monitoring instrument that accompanies each standard or in the supplemental performance monitoring tool issued by the COTR  Annual review of facility using Detention Management Control Program (DMCP) procedures and based upon the performance standard  Periodic reviews in accordance with the contract performance monitoring tool (see attached) | • Annual review of facility using Detention Management Control Program (DMCP) procedures and based upon the performance standard • Periodic reviews in accordance with the attached performance monitoring tool • Monthly review of corrective action plan results • Ad-hoc reviews as needed • CDRs | Performance fully complies with all elements of standard at a level no less than acceptable (see Section 6 of the QASP) | A Contract Discrepancy Report that cites violations of cited PBNDS and SOW(contract) sections that provide a safe work environment for staff, volunteers, contractors and detainees, permits the Contract Officer to withhold or deduct up to 20% of a monthly invoice until the Contract Officer determines there is full compliance with the standard or section. |
| **Security (25%)** (Addresses protect the community, staff, contractors, volunteers, and detainees from harm) | PBNDS references: 1) Admission and Release; 2) Classification System; 3) Contraband; 4) Facility Security and Control; 5) Funds and Personal | Performance measures are reflected in the monitoring instrument that accompanies each standard or in the | • Annual review of facility using Detention Management Control Program (DMCP) procedures and based upon the performance | Performance fully complies with all elements of standard at a level no less than acceptable (see Section 6 of the QASP) | A Contract Discrepancy Report that cites violations of PBNDS and SOW(contract) sections that protect the community, staff, contractors, volunteers, and detainees from harm, permits the Contract Officer to |

Appendix D - Performance Requirements Summary

GEO-Novoa_00035126

70CDCR19D00000011
Attachment 1A Performance Requirements Summary

## PERFORMANCE REQUIREMENTS SUMMARY

| FUNCTIONAL AREA/ WEIGHT | PERFORMANCE STANDARD (NDS, ICE POLICIES, PWS) | PERFORMANCE MEASURE | METHOD OF SURVEILLANCE | ACCEPTABLE QUALITY LEVEL | WITHHOLDING CRITERIA |
|---|---|---|---|---|---|
| | Property; <br> 6) Hold Rooms in Detention Facilities; <br> 7) Key and Lock Control; <br> 8) Population Counts; <br> 9) Post Orders; <br> 10) Searches of Detainees; <br> 11) Sexual Abuse and Assault Prevention and Intervention; <br> 12) Special Management Units; <br> 13) Staff-Detainee Communication; <br> 14) Tool Control; <br> 15) Use of Force and Restraints. <br><br> SOW References: <br> 1) 1-I-5 Detention Services (Stationary) <br> 2) 1-I-7 Effectuating Departure of Detainees <br> 3) 1-I-8 Establish and maintain a program for prevention of sexual abuse/assault <br> 4) 2-E Contraband program and inspection <br> 5) 4-(except for J, O, P, and U) Facility Security and Control except for control of chemicals, intelligence information, lost and found, and correspondence and other mail <br> 6) 8-D Firearms for armed | supplemental performance monitoring tool issued by the COTR <br><br> Annual review of facility using Detention Management Control Program (DMCP) procedures and based upon the performance standard <br><br> Periodic reviews in accordance with the contract performance monitoring tool (see attached) | standard <br> • Periodic reviews in accordance with the attached performance monitoring tool <br> • Monthly review of corrective action plan results <br> • Ad-hoc reviews as needed <br> • CDRs | | withhold or deduct up to 25% of a monthly invoice until the Contract Officer determines there is full compliance with the standard or section. |

70CDCR19D00000011
Attachment 1A Performance Requirements Summary

## PERFORMANCE REQUIREMENTS SUMMARY

| FUNCTIONAL AREA/ WEIGHT | PERFORMANCE STANDARD (NDS, ICE POLICIES, PWS) | PERFORMAN CE MEASURE | METHOD OF SURVEILLANCE | ACCEPTABLE QUALITY LEVEL | WITHHOLDING CRITERIA |
|---|---|---|---|---|---|
| | detention services 7) 8-E Body Armor 8) Food Service 3.8 Keys, knife and tool control | | | | |
| **Order (10%)** (Addresses contractor responsibility to maintain an orderly environment with clear expectations of behavior and systems of accountability) | PBNDS references: 1) Disciplinary System. SOW references: 1. 5 Detainee Rights, Rules, Discipline, and Privileges | Performance measures are reflected in the monitoring instrument that accompanies each standard or in the supplemental performance monitoring tool issued by the COTR Annual review of facility using Detention Management Control Program (DMCP) procedures and based upon the performance standard Periodic reviews in accordance with the contract performance monitoring tool | • Annual review of facility using Detention Management Control Program (DMCP) procedures and based upon the performance standard • Periodic reviews in accordance with the attached performance monitoring tool • Monthly review of corrective action plan results • Ad-hoc reviews as needed • CDRs | Performance fully complies with all elements of standard at a level no less than acceptable (see Section 6 of the QASP) | A Contract Discrepancy Report that cites violations of PBNDS and SOW(contract) sections that maintain an orderly environment with clear expectations of behavior and systems of accountability, permits the Contract Officer to withhold or deduct up to 10% of a monthly invoice until the Contract Officer determines there is full compliance with the standard or section. |

70CDCR19D00000011
Attachment 1A Performance Requirements Summary

## PERFORMANCE REQUIREMENTS SUMMARY

| FUNCTIONAL AREA/ WEIGHT | PERFORMANCE STANDARD (NDS, ICE POLICIES, PWS) | PERFORMANCE MEASURE | METHOD OF SURVEILLANCE | ACCEPTABLE QUALITY LEVEL | WITHHOLDING CRITERIA |
|---|---|---|---|---|---|
| **Care (25%)** (Addresses contractor responsibility to provide for the basic needs and personal care of detainees) | PBNDS references: 2) Food Service; 3) Hunger Strikes; 4) Medical Care, 5) Personal Hygiene; 6) Suicide Prevention and Intervention; 7) Terminal Illness, Advanced Directives, and Death. SOW references: 1. 7-C Injury, illness, and reports involving detainees 2. 7-E Medical requests 3. 7-F Hospitalization of detainees 4. 7-G Emergency medical evacuation 5. 7-H Provide for special needs of female adult population 6. 7-I Managing detainee death or injury 7. 7-J Sanitation and hygienic living conditions 8. Food Services Sections 1.0, 2.0, and 3.0 except for 3.6 and 3.8: Scope, Applicable Directives, and Performance Requirements except for | (see attached) Performance measures are reflected in the monitoring instrument that accompanies each standard or in the supplemental performance monitoring tool issued by the COTR Annual review of facility using Detention Management Control Program (DMCP) procedures and based upon the performance standard Periodic reviews in accordance with the contract performance monitoring tool (see attached) | • Annual review of facility using Detention Management Control Program (DMCP) procedures and based upon the performance standard • Periodic reviews in accordance with the attached performance monitoring tool • Monthly review of corrective action plan results • Ad-hoc reviews as needed • CDRs • | Performance fully complies with all elements of standard at a level no less than acceptable (see Section 6 of the QASP) | A Contract Discrepancy Report that cites violations of PBNDS and SOW(contract) sections that provide for the basic needs and personal care of detainees, permits the Contract Officer to withhold or deduct up to 25% of a monthly invoice until the Contract Officer determines there is full compliance with the standard or section. |

Appendix D - Performance Requirements Summary

GEO-Novoa_00035129

70CDCR19D00000011
Attachment 1A Performance Requirements Summary

## PERFORMANCE REQUIREMENTS SUMMARY

| FUNCTIONAL AREA/ WEIGHT | PERFORMANCE STANDARD (NDS, ICE POLICIES, PWS) | PERFORMANCE MEASURE | METHOD OF SURVEILLANCE | ACCEPTABLE QUALITY LEVEL | WITHHOLDING CRITERIA |
|---|---|---|---|---|---|
| | Cleaning/Sanitation and Keys/knife/tool control | | | | |
| **Activities (10%)** (Addresses contractor responsibilities to reduce the negative effects of confinement) | PBNDS references: <br> 1) Correspondence and Other Mail; <br> 2) Escorted Trips for Non-Medical Emergencies; <br> 3) Marriage Requests; <br> 4) Recreation; <br> 5) Religious Practices; <br> 6) Telephone Access; <br> 7) Visitation; <br> 8) Voluntary Work Program. <br><br> SOW references: <br> 1) 4-U Correspondence and other mail <br> 2) 6 Work Details <br> 3) 8-F Detainee telephone system | Performance measures are reflected in the monitoring instrument that accompanies each standard or in the supplemental performance monitoring tool issued by the COTR <br><br> Annual review of facility using Detention Management Control Program (DMCP) procedures and based upon the performance standard <br><br> Periodic reviews in accordance with the contract performance monitoring tool (see attached) | • Annual review of facility using Detention Management Control Program (DMCP) procedures and based upon the performance standard <br> • Periodic reviews in accordance with the attached performance monitoring tool <br> • Monthly review of corrective action plan results <br> • Ad-hoc reviews as needed <br> • CDRs <br> • | Performance fully complies with all elements of standard at a level no less than acceptable (see Section 6 of the QASP) | A Contract Discrepancy Report that cites violations of PBNDS and SOW(contract) sections that reduce the negative effects of confinement, permits the Contract Officer to withhold or deduct up to 10% of a monthly invoice until the Contract Officer determines there is full compliance with the standard or section. |

Appendix D - Performance Requirements Summary

GEO-Novoa_00035130

70CDCR19D00000011
Attachment 1A Performance Requirements Summary

## PERFORMANCE REQUIREMENTS SUMMARY

| FUNCTIONAL AREA/ WEIGHT | PERFORMANCE STANDARD (NDS, ICE POLICIES, PWS) | PERFORMANCE MEASURE | METHOD OF SURVEILLANCE | ACCEPTABLE QUALITY LEVEL | WITHHOLDING CRITERIA |
|---|---|---|---|---|---|
| **Justice (0%)** (Addresses contractor responsibilities to treat detainees fairly and respect their legal rights–At this Service Processing Center, performance of the applicable PBNDS are the responsibility of ICE and are not the responsibility of the service provider) | PBNDS references: 1) Detainee Handbook; 2) Grievance System; 3) Law Libraries and Legal Materials; 4) Legal Rights Group Presentations. SOW references: 1) None | Performance measures are reflected in the monitoring instrument that accompanies each standard or in the supplemental performance monitoring tool issued by the COTR | • Annual review of facility using Detention Management Control Program (DMCP) procedures and based upon the performance standard • Periodic reviews in accordance with the attached performance monitoring tool • Monthly review of corrective action plan results • Ad-hoc reviews as needed • CDRs | Performance fully complies with all elements of standard at a level no less than acceptable (see Section 6 of the QASP) | A Contract Discrepancy Report that cites violations of PBNDS and SOW sections that treat detainees fairly and respect their legal rights, permits the Contract Officer to withhold or deduct up to zero% of a monthly invoice until the Contract Officer determines there is full compliance with the standard or section. |
| **Administration and Management (10%)** (Addresses contractor responsibilities to administer and manage the facility in a professional and responsible manner consistent with legal requirements) | PBNDS references: 1) Detention Files; 2) News Media Interviews and Tours; 3) Staff Training; 4) Transfer of Detainees; 5) Definitions. SOW references: 1) I-A Quality Control Plan 2) I-B Quality Assurance Surveillance Plan 3) I-C Contractor's Employee Manual 4) I-D ICE Operations Manual | Performance measures are reflected in the monitoring instrument that accompanies each standard or in the supplemental performance monitoring tool issued by the COTR | • Annual review of facility using Detention Management Control Program (DMCP) procedures and based upon the performance standard • Periodic reviews in accordance with the attached performance monitoring tool • Monthly review of corrective action plan results • Ad-hoc reviews as needed | Performance fully complies with all elements of standard at a level no less than acceptable (see Section 6 of the QASP) | A Contract Discrepancy Report that cites violations of PBNDS and SOW sections that require the service provider to administer and manage the facility in a professional and responsible manner consistent with legal requirements, permits the Contract Officer to withhold or deduct up to 10% of a monthly invoice until the Contract Officer determines there is full compliance with the standard or section. |

Appendix D - Performance Requirements Summary

GEO-Novoa_00035131

70CDCR19D00000011
Attachment 1A Performance Requirements Summary

## PERFORMANCE REQUIREMENTS SUMMARY

| FUNCTIONAL AREA/ WEIGHT | PERFORMANCE STANDARD (NDS, ICE POLICIES, PWS) | PERFORMAN CE MEASURE | METHOD OF SURVEILLANCE | ACCEPTABLE QUALITY LEVEL | WITHHOLDING CRITERIA |
|---|---|---|---|---|---|
| | 5) I-F Facility Staffing Plan and Key Personnel<br>6) I-F Employee Standards<br>7) I-G Training Program<br>8) I-6 Notification and Public Disclosures<br>9) II- A through N except D-Personnel except for Contraband Program and Inspection<br>10) III-Training<br>11) IV-O Intelligence Information<br>12) IV-P Lost and Found<br>13) VII-C Injury Illness and Reports for persons other than detainees<br>14) VII-D Protection of employees<br>15) Food Services sections 4.0 through 11.0 | | • CDRs | | |

Appendix D - Performance Requirements Summary

Page 7 of 7

GEO-Novoa_00035132

70CDCR19D00000011
Attachment 1 – QASP Monitoring Tool



U.S. Immigration and Customs Enforcement

GEO-Novoa_00035133

# Enforcement and Removal Operations
## Compliance Monitoring Tool

Facility Name:
Month/Year:

| Frequency | | | | | PERFORMANCE MONITORING MEASURE | Rating A/D/R/NA | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|---|---|---|
| D | W | M | Q | | | | | |
| | | | | | **1. Emergency Plans** | | | |
| | | | | A. | Staff trained, and able to identify signs of detainee unrest | | | |
| | | | | B. | Written plans locate emergency shut off valves and switches | | | |
| | | | | C. | Evacuation routes primary and secondary | | | |
| | | | | D. | A complete set of emergency plans is available | | | |
| | | | | E. | Facility conducts mock emergency exercises throughout the year to test specific plans | | | |
| | | | | F. | Staff work stoppage plan is available | | | |
| | | | | G. | The facility meets annually with local, state, & federal officials to discuss MOUs and cooperative contingency plans | | | |
| | | | | | **2. Environmental Health and Safety** | | | |
| | | | | A. | System for storing/issuing/maintaining hazardous materials | | | |
| | | | | B. | Complete inventories of hazardous materials maintained | | | |
| | | | | C. | A complete list of MSDS readily accessible to staff and detainees | | | |
| | | | | D. | Fire prevention/control/evacuation plan | | | |
| | | | | E. | Conduct fire/evacuation drills according to schedule/standard | | | |
| | | | | F. | Staff trained to prevent contact with blood and bodily fluids | | | |
| | | | | G. | Emergency generators are tested bi-weekly | | | |
| | | | | H. | Every employee and detainee using flammable, toxic, or caustic materials receives advance training in their use, storage, and disposal | | | |
| | | | | I. | Safety Office (or officer) maintains files of inspection reports; Including corrective actions taken | | | |
| | | | | J. | Facility appears clean and well maintained | | | |
| | | | | K. | All flammable and combustible materials (liquid and aerosol) are stored and used according to label recommendations | | | |

A = Acceptable  D = Deficient  R = At-Risk  NA = Not Applicable

Quality Assurance Surveillance Plan (QASP)

Page 1 of 15

70CDCR19D00000011
Attachment 1 – QASP Monitoring Tool



## Enforcement and Removal Operations
### Compliance Monitoring Tool

Facility Name: _____

Month/Year: _____

| Frequency | | | | PERFORMANCE MONITORING MEASURE | Rating A/D/R/NA | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|---|---|
| D | W | M | Q | | | | |
| | | | | **3. Transportation (By Land)** | | | |
| | | | | A. Documentation indicating safety repairs are completed immediately and vehicles are not used until they have been repaired and inspected, is available for review | | | |
| | | | | B. Officers use a checklist during every vehicle inspection | | | |
| | | | | C. Transporting officers limit driving time to 10 hours in any 15 hour period when transporting detainees | | | |
| | | | | D. Two officers with valid Commercial Drivers Licenses, (CDL's) required in any bus transporting detainees | | | |
| | | | | E. Policies and procedures are in place addressing the use of restraining equipment on transportation vehicles | | | |
| | | | | F. Vehicles have 2 way radios, cellular telephones, equipment boxes in accordance with the Use of Force standard | | | |
| | | | | G. Vehicles have written contingency plans on board | | | |
| | | | | **4. Admission and Release** | | | |
| | | | | A. ICE information is available for initial classification | | | |
| | | | | B. Medical screening taking place within timeframes | | | |
| | | | | C. Inventory detainee personal effects | | | |
| | | | | D. Accountability in place for admin/release | | | |
| | | | | E. All visual searches documented and are not routine in procedure | | | |
| | | | | F. Appropriate clothing and bedding issued | | | |
| | | | | G. Orientation material in English, Spanish or most prevalent second language | | | |
| | | | | **5. Classification System** | | | |
| | | | | A. All detainees classified appropriately upon arrival | | | |
| | | | | B. Reassessment and reclassification process in place | | | |
| | | | | C. Housing assignments are based upon classification | | | |

A = Acceptable  D = Deficient  R = At-Risk  NA = Not Applicable

Quality Assurance Surveillance Plan (QASP)

GEO-Novoa_00035134

70CDCR19D00000011
Attachment 1 – QASP Monitoring Tool



U.S. Immigration and Customs Enforcement

# Enforcement and Removal Operations
## Compliance Monitoring Tool

Facility Name:

Month/Year:

| Frequency | | | | | PERFORMANCE MONITORING MEASURE | Rating A/D/R/NA | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|---|---|---|
| D | W | M | Q | | | | | |
| | | | | D. | Work assignments are based upon classification system | | | |
| | | | | E. | Detainees are assigned color coded uniforms/wrist bands to reflect classification level | | | |
| | | | | | **6. Contraband** | | | |
| | | | | A. | Policy in place for handling contraband | | | |
| | | | | B. | Contraband disposed of properly and documented | | | |
| | | | | C. | Facility staff make a concerted effort to control contraband | | | |
| | | | | | **7. Facility Security and Control** | | | |
| | | | | A. | Staff are required to conduct security check of assigned areas | | | |
| | | | | B. | All visitors officially recorded in a visitor log book | | | |
| | | | | C. | Front entrance staff inspect ID of everyone entering/exiting | | | |
| | | | | D. | Maintain a log of all incoming and departing vehicles | | | |
| | | | | E. | Housing unit searches occur at irregular times | | | |
| | | | | F. | Area searches documented in log book | | | |
| | | | | G. | Daily/Monthly fence checks completed and logged | | | |
| | | | | H. | Facility administrator or designee and department heads visit housing units and activity areas weekly | | | |
| | | | | I. | Comprehensive staffing analysis determines staffing needs and plans | | | |
| | | | | J. | Essential posts and positions are filled with qualified personnel | | | |
| | | | | K. | Officers monitor all vehicular traffic entering and leaving the facility | | | |
| | | | | L. | The facility has a written policy and procedures to prevent the introduction of contraband into the facility or any of its components | | | |

A = Acceptable  D = Deficient  R = At-Risk  NA = Not Applicable

Quality Assurance Surveillance Plan (QASP)

GEO-Novoa_00035135

70CDCR19D00000011
Attachment 1 – QASP Monitoring Tool

# Enforcement and Removal Operations
## Compliance Monitoring Tool

Month/Year:

Facility Name:

U.S. Immigration and Customs Enforcement

| Frequency | | | | # | PERFORMANCE MONITORING MEASURE | Rating A/D/R/NA | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|---|---|---|
| D | W | M | Q | | | | | |
| | | | | M. | Security officer posts located in or immediately adjacent to detainee living areas to permit officers to see or hear and respond promptly to emergency situations. Personal contact and interaction between staff and detainees is required and facilitated | | | |
| | | | | N. | Daily procedures include: perimeter alarm system tests; physical checks of the perimeter fence; documenting the results | | | |
| | | | | O. | Tools taken into the secure area of the facility are inspected and inventoried before entering and prior to departure | | | |
| | | | | P. | The facility has in place a procedure and practice to gather, analyze and utilize intelligence information to include areas such as STGs, narcotics trafficking, financial info, telephone surveillance, high profile detainees, visiting room activities, etc | | | |
| | | | | Q. | The facility shares intelligence information with ICE | | | |
| **8. Funds and Personal Property** | | | | | | | | |
| | | | | A. | Inventory personal property/funds is maintained | | | |
| | | | | B. | Funds/valuables documented on receipt | | | |
| | | | | C. | Detainees property searched for contraband | | | |
| | | | | D. | Staff forward arriving detainees medication to medical staff | | | |
| | | | | E. | Detainee funds are deposited into the cash box | | | |
| | | | | F. | Staff secure every container used to store property with a tamper-proof numbered strap | | | |
| | | | | G. | Quarterly audits of detainee baggage & luggage are conducted, verified, and logged | | | |
| **9. Hold Rooms in Detention Facilities** | | | | | | | | |
| | | | | A. | Detainees are not held in hold rooms longer than 12 hours | | | |
| | | | | B. | All detainees pat searched prior to placement in hold room | | | |
| | | | | C. | Maintain detention log for each detainee in hold room | | | |

A = Acceptable   D = Deficient   R = At-Risk   NA = Not Applicable

Quality Assurance Surveillance Plan (QASP)

GEO-Novoa_00035136

70CDCR19D00000011
Attachment 1 – QASP Monitoring Tool



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations
Compliance Monitoring Tool
Month/Year:

Facility Name:

| Frequency | | | | | PERFORMANCE MONITORING MEASURE | Rating A/D/R/NA | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|---|---|---|
| D | W | M | Q | | | | | |
| | | | | D. | Written evacuation plan posted for each hold room | | | |
| | | | | E. | Hold rooms contain sufficient seating for the number of detainees held | | | |
| | | | | F. | The maximum occupancy for the hold room will be posted | | | |
| | | | | G. | No bunks/cots/beds or other related make shift sleeping apparatuses are permitted inside hold rooms | | | |
| | | | | H. | Male and females are segregated from each other at all times | | | |
| | | | | I. | Detainees are provided with basic personal hygiene items such as water, soap, toilet paper, cups for water, feminine hygiene items, diapers and wipes | | | |
| | | | | J. | Officers closely supervise the detention hold rooms. Hold rooms are irregularly monitored every 15 minutes | | | |
| | | | | **10. Key and Lock Control** | | | | |
| | | | | A. | Maintain inventories of all keys/locks/locking devices | | | |
| | | | | B. | Emergency keys are available for all areas of the facility | | | |
| | | | | C. | Chit system used to issue security equip./keys/radios | | | |
| | | | | D. | Policy regarding restricted keys present and followed by staff | | | |
| | | | | E. | Facility has a key accountability policy and procedures to ensure key accountability. The keys are physically counted daily | | | |
| | | | | F. | Locks and locking devices are continually inspected, maintained, and inventoried | | | |
| | | | | **11. Population Counts** | | | | |
| | | | | A. | Staff conduct formal count at least once per 8 hour shift/ 3x per day | | | |
| | | | | B. | At least two officers participate in count for each area | | | |
| | | | | C. | Recount conducted when incorrect count is reported | | | |
| | | | | D. | Face to photo count conducted | | | |

A = Acceptable  D = Deficient  R = At-Risk  NA = Not Applicable

Quality Assurance Surveillance Plan (QASP)

GEO-Novoa_00035137

70CDCR19D00000011
Attachment 1 – QASP Monitoring Tool



U.S. Immigration and Customs Enforcement

## Enforcement and Removal Operations
### Compliance Monitoring Tool
Month/Year:

Facility Name:

| | | PERFORMANCE MONITORING MEASURE | Rating A/D/R/NA | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|
| | E. | Each detainee positively identified during count | | | |
| **12. Post Orders** | | | | | |
| | A. | Every post has a post order, current & signed by the facility administrator | | | |
| | B. | Housing unit officers record all detainee activity in a log | | | |
| | C. | Supervisor visits each housing area once per shift | | | |
| | D. | Staff sign post orders, regardless of whether the assignment is temporary, permanent, or due to an emergency | | | |
| | E. | Anyone assigned to an armed post qualifies with the post weapons before assuming post duty | | | |
| **13. Searches of Detainees** | | | | | |
| | A. | Unit shakedowns are conducted | | | |
| | B. | Random shakedowns conducted & documented | | | |
| | C. | The facility employs a schedule to insure that all areas of the facility are routinely searched | | | |
| | D. | Canines are not used for force, intimidation, or control of detainees. | | | |
| **14. Sexual Abuse and Assault Prevention and Intervention** | | | | | |
| | A. | The facility has a Sexual Abuse and Assault Prevention and Intervention Program | | | |
| | B. | Detainees are advised of the program | | | |
| | C. | All staff are trained, initially and in annual refresher training, in the prevention and intervention areas | | | |
| | D. | Sexual Assault Awareness Notice is posted on all housing unit bulletin boards | | | |
| **15. Special Management Units** | | | | | |
| | A. | Written orcer accompany detainee placed in SMU | | | |
| | B. | SMU reviews are conducted in a timely manner (3,7,14,30,60) | | | |

Frequency: D | W | M | Q

A = Acceptable  D = Deficient  R = At-Risk  NA = Not Applicable

Quality Assurance Surveillance Plan (QASP)

GEO-Novoa_00035138

70CDCR19D00000011
Attachment 1 – QASP Monitoring Tool



U.S. Immigration and Customs Enforcement

## Enforcement and Removal Operations

### Compliance Monitoring Tool

Facility Name:

Month/Year:

| Frequency | | | | | PERFORMANCE MONITORING MEASURE | Rating A/D/R/NA | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|---|---|---|
| D | W | M | Q | | | | | |
| | | | | C. | Admin SMU detainees enjoy same privileges as general population | | | |
| | | | | D. | Detainees in SMU have access to legal materials | | | |
| | | | | E. | Detainees in SMU retain visiting privileges | | | |
| | | | | F. | Maintain a permanent log regarding detainee related activities | | | |
| | | | | G. | Written order accompany detainee placed in disciplinary SMU | | | |
| | | | | H. | Detainees in disciplinary SMU have access to legal materials | | | |
| | | | | I. | Detainees in disciplinary SMU retain visiting privileges | | | |
| | | | | J. | Disciplinary SMU phone access limited to legal/consular calls | | | |
| | | | | K. | Detainees in SMUs may shave and shower three times weekly and receive other basic services (laundry, hair care, barbering, clothing, bedding, linen) on the same basis as the general population | | | |
| | | | | L. | The facility administrator (or designee) visits each SMU daily | | | |
| | | | | M. | A health care provider visits every detainee in a SMU at least 3x week, and detainees are provided any medications prescribed for them | | | |
| | | | | N. | Detainees in the SMU are offered at least one hour of recreation per day, scheduled at a reasonable time. Where cover is not provided to mitigate inclement weather, detainees are provided weather-appropriate equipment and attire | | | |
| | | | | O. | When a detainee has been held in Admin Segregation for more than 30 days, the facility administrator notifies the Field Office Director, who notifies the ICE/DRO Deputy Assistant Director, DMD | | | |
| **16. Staff-Detainee Communication** | | | | | | | | |
| | | | | A. | Housing unit rounds conducted daily by security staff | | | |
| | | | | B. | Housing unit rounds conducted daily by Deportation Staff | | | |
| | | | | C. | Detainee requests answered within 72 hours | | | |
| | | | | D. | ICE SDC visit schedules are posted in housing unit | | | |

A = Acceptable  D = Deficient  R = At-Risk  NA = Not Applicable

Quality Assurance Surveillance Plan (QASP)

GEO-Novoa_00035139

70CDCR19D00000011
Attachment 1 – QASP Monitoring Tool



U.S. Immigration and Customs Enforcement

Enforcement and Removal Operations
Compliance Monitoring Tool

Facility Name:
Month/Year:

| Frequency | | | | PERFORMANCE MONITORING MEASURE | Rating A/D/R/NA | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|---|---|
| D | W | M | Q | | | | |
| | | | | E. Request forms are available to detainees | | | |
| | | | | F. There is a secure box available for detainees to place requests in for ICE staff that is checked on a daily basis | | | |
| | | | | G. Unannounced ICE staff housing unit visits occur weekly | | | |
| | | | | H. Visiting staff observe, document and communicate current climate and conditions of confinement | | | |
| | | | | **17. Tool Control** | | | |
| | | | | A. Tool inventories conducted as specified | | | |
| | | | | B. Tools marked and readily identifiable | | | |
| | | | | C. Procedures for issuance of tools to staff and detainees | | | |
| | | | | D. Inventory made of all tools by contractors prior to enter and exit | | | |
| | | | | E. There is an individual who is responsible for developing a tool control procedure and an inspection system to insure accountability | | | |
| | | | | F. A metal or plastic chit is taken in exchange for all tools issued, and when a tool is issued from a shadow board the receipt chit shall be visible on the shadow board | | | |
| | | | | G. Broken or worn out tools are surveyed and disposed of in an appropriate and secure manner | | | |
| | | | | H. Department heads are responsible for implementing proper tool control procedures as described in the standard | | | |
| | | | | **18. Use of Physical Force and Restraints** | | | |
| | | | | A. Policy governing immediate/calculated use of force | | | |
| | | | | B. All use of force incidents documented and reviewed | | | |
| | | | | C. Video tapes of incidents preserved/catalogued for 2 1/2 yrs | | | |
| | | | | D. Detainee is seen by medical immediately after incident | | | |
| | | | | E. Facility subscribes to prescribed confrontation avoidance procedures | | | |
| | | | | F. Staff trained in use of force techniques | | | |

A = Acceptable  D = Deficient  R = At-Risk  NA = Not Applicable

Quality Assurance Surveillance Plan (QASP)

Page 8 of 15

GEO-Novoa_00035140

70CDCR19D00000011
Attachment 1 – QASP Monitoring Tool



## Enforcement and Removal Operations
### Compliance Monitoring Tool

Facility Name: _____     Month/Year: _____

| Frequency | | | | PERFORMANCE MONITORING MEASURE | Rating A/D/R/NA | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|---|---|
| D | W | M | Q | | | | |
| | | | | G. Appropriate procedures in place for using 4 and/or 5 point restraints | | | |
| | | | | H. Medical staff consulted prior to deploying OC spray in calculated use of force situations | | | |
| | | | | I. All electronic stun devices inventoried and used by facility must be approved by ICE National Firearms and Tactical Training Unit | | | |
| | | | | **19. Disciplinary System** | | | |
| | | | | A. Rules of conuct/sanctions provided in writing | | | |
| | | | | B. Incident reports investigated within 24 hours | | | |
| | | | | C. Disciplinary panel adjudicate infractions | | | |
| | | | | D. Disciplinary sanctions are in accordance with standards | | | |
| | | | | E. Staff representation available | | | |
| | | | | **20. Food Service** | | | |
| | | | | A. Appropriate security measures for sharps are in place | | | |
| | | | | B. Appropriate food temperatures are maintained for both hot and cold food | | | |
| | | | | C. Food Service department maintained at a high level of sanitation | | | |
| | | | | D. Detainees receive safety and appropriate equipment training prior to beginning work in department | | | |
| | | | | E. A minimum of two hot meals served daily | | | |
| | | | | F. Facility has a standard 35 day cycle menu | | | |
| | | | | G. A registered dietician conducts nutritional analysis | | | |
| | | | | H. All menu changes documented | | | |
| | | | | I. Common fare menu for authorized detainees | | | |
| | | | | J. Weekly inspections conducted and documented | | | |
| | | | | **21. Hunger Strikes** | | | |
| | | | | A. Procedures for referring detainee to medical if verbally refused or observed refusing to eat beyond 72 hours | | | |

A = Acceptable   D = Deficient   R = At-Risk   NA = Not Applicable

GEO-Novoa_00035141

Quality Assurance Surveillance Plan (QASP)

70CDCR19D00000011
Attachment 1 – QASP Monitoring Tool



U.S. Immigration
and Customs
Enforcement

GEO-Novoa_00035142

## Enforcement and Removal Operations
### Compliance Monitoring Tool

Facility Name: _____  Month/Year: _____

| Frequency | | | | PERFORMANCE MONITORING MEASURE | Rating A/D/R/NA | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|---|---|
| D | W | M | Q | | | | |
| | | | | B. Staff receive training in identification of hunger strike | | | |
| | | | | C. Process for determining reason for hunger strike | | | |
| | | | | **22. Medical Care** | | | |
| | | | | A. Intake process includes medical and mental health screening | | | |
| | | | | B. Sick call procedures established | | | |
| | | | | C. Adequate medical staff available proportionate to population | | | |
| | | | | D. Pharmaceuticals stored in a secure area | | | |
| | | | | E. All detainees receive physical examination/assessment within 14 days of arrival | | | |
| | | | | F. Sick call slips available in English, Spanish and/or most prevalent second language | | | |
| | | | | G. The facility has a written plan for 24 hour emergency health care when no medical staff are on-duty or when immediate outside medical attention is required | | | |
| | | | | H. Medical records are available and transferred with the detainee | | | |
| | | | | I. Records are maintained of medication distribution | | | |
| | | | | J. All sharps are under strict control and accountability | | | |
| | | | | K. A sharps container is used to dispose of used sharps | | | |
| | | | | L. The medical department is maintained at a high level of sanitation | | | |
| | | | | **23. Personal Hygiene** | | | |
| | | | | A. Clothing provided upon intake and exchanged weekly | | | |
| | | | | B. Sheets and towels exchanged weekly | | | |
| | | | | C. Climate appropriate clothing issued and maintained in good repair | | | |
| | | | | D. Facility provides and replenishes personal hygiene items as needed, at no cost to detainee | | | |

A = Acceptable  D = Deficient  R = At-Risk  NA = Not Applicable

Quality Assurance Surveillance Plan (QASP)

70CDCR19D00000011
Attachment 1 – QASP Monitoring Tool

## Enforcement and Removal Operations
### Compliance Monitoring Tool



Facility Name:

Month/Year:

| Frequency | | | | | PERFORMANCE MONITORING MEASURE | Rating A/D/R/NA | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|---|---|---|
| D | W | M | Q | | | | | |
| | | | | E. | Showers operate between 100 degrees and 120 degrees | | | |
| | | | | F. | Showers meet ADA standards and requirements | | | |
| | | | | G. | Food Service detainee volunteers exchange garments daily | | | |
| | | | | | **24. Suicide Prevention and Intervention** | | | |
| | | | | A. | The facility has a written suicide prevention and intervention program approved and signed by the health authority and facility administrator which is reviewed annually | | | |
| | | | | B. | At Every new staff member receives suicide-prevention training. Suicide prevention training occurs during the employee orientation program and annually thereafter | | | |
| | | | | C. | The facility has a designated and approved isolation room for evaluation and treatment | | | |
| | | | | D. | Staff observes and documents the status of a suicide-watch detainee at least once every 15 minutes | | | |
| | | | | | **25. Terminal Illness, Advanced Directives, and Death** | | | |
| | | | | A. | Detainees who are chronically or terminally ill are transferred to an appropriate off-site facility | | | |
| | | | | B. | The facility has written plans for addressing organ donations | | | |
| | | | | C. | There is a policy addressing Do Not Resuscitate Orders | | | |
| | | | | D. | The facility has written procedures detailing the proper notifications | | | |
| | | | | | **26. Correspondence and Other Mail** | | | |
| | | | | A. | Incoming mail screened and delivered daily | | | |
| | | | | B. | Outgoing mail screened for contraband | | | |
| | | | | C. | Legal mail opened in front of detainee | | | |
| | | | | D. | Incoming funds processed properly | | | |
| | | | | E. | Rules for correspondence and other mail posted in housing unit or | | | |

A = Acceptable  D = Deficient  R = At-Risk  NA = Not Applicable

Quality Assurance Surveillance Plan (QASP)

GEO-Novoa_00035143

70CDCR19D00000011
Attachment 1 – QASP Monitoring Tool



U.S. Immigration and Customs Enforcement

# Enforcement and Removal Operations
## Compliance Monitoring Tool

Month/Year:

Facility Name:

| Frequency | | | | PERFORMANCE MONITORING MEASURE | Rating A/D/R/NA | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|---|---|
| D | W | M | Q | | | | |
| | | | | common areas, and detainee handbook | | | |
| | | | | F. Facility has a system for detainees to purchase stamps | | | |
| | | | | G. SMU has same correspondence privileges as general population | | | |
| | | | | **27. Escorted Trips for Non-Medical Emergencies** | | | |
| | | | | A. The Field Office Director considers and approves, on a case-by-case basis, trips to visit an immediate family member in accordance with standards | | | |
| | | | | **28. Marriage Requests** | | | |
| | | | | A. Marriage written requests approved by FOD | | | |
| | | | | **29. Recreation** | | | |
| | | | | A. Outdoor/indoor recreation is provided | | | |
| | | | | B. Access to recreation activities | | | |
| | | | | C. Staff conduct daily searches of recreation areas | | | |
| | | | | D. In unit sedentary activities are available | | | |
| | | | | **30. Religious Practices** | | | |
| | | | | A. Detainees are allowed to engage in religious services | | | |
| | | | | B. Authorized religious items are allowed in detainee possession | | | |
| | | | | **31. Telephone Access** | | | |
| | | | | A. Upon intake, detainees are made aware of phone policies | | | |
| | | | | B. Out of order phones reported to service provider | | | |
| | | | | C. Telephones inspected by staff | | | |
| | | | | D. Telephone access rules posted in each housing unit | | | |
| | | | | E. The number for the ICE OIG is posted in housing units | | | |
| | | | | F. The pro bono list is posted in housing units | | | |
| | | | | G. Emergency phone call messages delivered to detainees | | | |
| | | | | H. Special access calls are available to detainees | | | |

A = Acceptable   D = Deficient   R = At-Risk   NA = Not Applicable

Quality Assurance Surveillance Plan (QASP)

GEO-Novoa_00035144