# Exhibit  1

## Part 3

70CDCR19D00000011
Attachment 1 – QASP Monitoring Tool



U.S. Immigration
and Customs
Enforcement

Enforcement and Removal Operations
Compliance Monitoring Tool
Month/Year:

Facility Name:

| Frequency | | | | PERFORMANCE MONITORING MEASURE | Rating A/D/R/NA | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|---|---|
| D | W | M | Q | | | | |
| | | | | I. | Notification of telephone monitoring posted by unit phones | | | |
| | | | | **32. Visitation** | | | |
| | | | | A. | Written visitation schedule posted and accessible to the public | | | |
| | | | | B. | General visitation log book maintained | | | |
| | | | | C. | Visitor dress code enforced | | | |
| | | | | D. | Visitation available 7 days a week | | | |
| | | | | E. | Facility complies with visitation schedule | | | |
| | | | | F. | Visitors are searched and identified per standards | | | |
| | | | | G. | Current list of Pro Bono services posted in detainee housing | | | |
| | | | | **33. Voluntary Work Program** | | | |
| ▓ | | | | A. | Facility has a voluntary work program | | | |
| ▓ | | | | B. | Maintain a written chart with work assignments/classification level | | | |
| | | | | C. | Facility complies with work hour and pay requirements for detainees | | | |
| | | | | D. | Detainees are medically screened to participate | | | |
| | | | | E. | Detainees receive proper training and safety equipment | | | |
| | ▓ | | | F. | Detainee housekeeping meets standards for neatness, cleanliness and sanitation | | | |
| | | | | **34. Detainee Handbook** | | | |
| | | | | A. | Staff aware of handbook contents and follow procedures | | | |
| | | | | B. | Available in both English and Spanish and/or second most prevalent language | | | |
| ▓ | | | | C. | Handbook is updated as necessary | | | |
| | | | | D. | Orientation material available to illiterate detainees | | | |
| | | | | **35. Grievance System** | | | |
| ▓ | | | | A. | Grievance procedures in place | | | |
| | | | | B. | Staff awareness of procedures for emergency grievances | | | |

A = Acceptable  D = Deficient  R = At-Risk  NA = Not Applicable

Quality Assurance Surveillance Plan (QASP)

Page 13 of 15

GEO-Novoa_00035145

70CDCR19D00000011
Attachment 1 – QASP Monitoring Tool

U.S. Immigration and Customs Enforcement

Enforcement and Removal Operations
Compliance Monitoring Tool
Month/Year:

Facility Name:

| Frequency | | | | PERFORMANCE MONITORING MEASURE | Rating A/D/R/NA | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|---|---|
| D | W | M | Q | | | | |
| | | | | C. | Grievance log is utilized | | | |
| | | | | D. | Staff forward any grievances that include staff misconduct to ICE | | | |
| | | | | E. | Informal resolution to a detainee grievance documented in detention file | | | |
| | | | | **36. Law Libraries and Legal Material** | | | |
| | | | | A. | Adequate equipment is available for detainees | | | |
| | | | | B. | Legal materials/law library current and available for detainees | | | |
| | | | | C. | Detainee access provided to include SMU | | | |
| | | | | D. | Denials documented | | | |
| | | | | E. | Schedule for use implemented 10 hours weekly per detainee | | | |
| | | | | F. | Access to legal material within 24 hours of written request | | | |
| | | | | G. | Indigent detainees provided free stamps/envelopes for legal matters | | | |
| | | | | **37. Legal Rights Group Presentations** | | | |
| | | | | A. | ICE/DRO approved videos played for all incoming detainees | | | |
| | | | | B. | Posters announcing presentation appear in common areas at least 48 hours prior to presentation | | | |
| | | | | C. | Detainees in SMU receive separate presentation | | | |
| | | | | D. | Facility ensures adequate presentations so all detainees wanting to attend have the opportunity | | | |
| | | | | **38. Detention Files** | | | |
| | | | | A. | Detention file created for each new arrival | | | |
| | | | | B. | Detention files contain documents generated during custody | | | |
| | | | | C. | Detention files maintained in a secure area | | | |
| | | | | **39. News Media Interviews and Tours** | | | |
| | | | | A. | The facility has a procedure to address news media interview and tours in accordance with NDS | | | |
| | | | | **40. Staff Training** | | | |

A = Acceptable   D = Deficient   R = At-Risk   NA = Not Applicable

Quality Assurance Surveillance Plan (QASP)

Page 14 of 15

GEO-Novoa_00035146

70CDCR19D00000011
Attachment 1 – QASP Monitoring Tool



U.S. Immigration and Customs Enforcement

Enforcement and Removal Operations
Compliance Monitoring Tool
Month/Year:

Facility Name:

| Frequency | | | | PERFORMANCE MONITORING MEASURE | Rating A/D/R/NA | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|---|---|
| D | W | M | Q | | | | |
| | | | | A. | The facility conducts appropriate orientation, initial training, and annual training for all staff, contractors, and volunteers | | | |
| | | | | B. | Staff training is conducted according to a regular schedule with sufficient classes to maintain pre-service and in-service training hour compliance | | | |
| | | | | **41. Transfer of Detainees** | | | |
| | | | | A. | Detainee provided with detainee transfer notification form | | | |
| | | | | B. | Health records/transfer summary accompany detainee | | | |
| | | | | C. | Funds and personal property accompany detainee | | | |
| | | | | D. | A-File/work folder accompany detainee | | | |

A = Acceptable   D = Deficient   R = At-Risk   NA = Not Applicable

Quality Assurance Surveillance Plan (QASP)

GEO-Novoa_00035147

**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**
Enforcement and Removal Operations

| **CONTRACT DISCREPANCY REPORT** | 1. CONTRACT NUMBER |
|---|---|
| **Report Number:** | **Date:** |

| 2. TO: (Contractor and Manager Name) | 3. FROM: (Name of COR) |
|---|---|
| | |

| DATES | | | |
|---|---|---|---|
| CONTRACTOR NOTIFICATION | CONTRACTOR RESPONSE DUE BY | RETURNED BY CONTRACTOR | ACTION COMPLETE |
| | | | |

5. SIGNATURE OF CONTRACTING OFFICER'S REPRESENTATIVE (COR)

| 6. TO: (COR) | 7. FROM: (Contractor) |
|---|---|
| | |

8. CONTRACTOR RESPONSE AS TO CAUSE, CORRECTIVE ACTION AND ACTIONS TO PREVENT RECURRENCE. ATTACH CONTINUATION SHEET IF NECESSARY. (Cite applicable Q.A. program procedures or new A.W. procedures.)

| 9. SIGNATURE OF CONTRACTOR REPRESENTATIVE | 10. DATE |
|---|---|

11. GOVERNMENT EVALUATION OF CONTRACTOR RESPONSE/RESOLUTION PLAN: (Acceptable response/plan, partial acceptance of response/plan, rejection: attach continuation sheet if necessary)

12. GOVERNMENT ACTIONS (Payment withholding, cure notice, show cause, other.)

| CLOSE OUT | | | |
|---|---|---|---|
| | NAME AND TITLE | SIGNATURE | DATE |
| CONTRACTOR NOTIFIED | | | |
| COR | | | |
| CONTRACTING OFFICER | | | |

GEO-Novoa_00035148

```
REGISTER OF WAGE DETERMINATION UNDER  |  U.S. DEPARTMENT OF LABOR
   THE SERVICE CONTRACT ACT            |EMPLOYMENT STANDARDS ADMINISTRATION
   By direction of the Secretary       |  WAGE AND HOUR DIVISION
          of Labor                     |       WASHINGTON D.C.   20210
                                       |
                                       |
                                       |
                                       | Wage Determination No.: CBA-2018-11398
Diane Koplewski        Division of     |        Revision No.: 0
Director          Wage Determinations| Date Of Last Revision: 6/22/2018
_____|_____
State: California

Area: San Bernardino
```

Employed on contract for Employed on Department of Homeland Security, ICE-DCR-OAQ Laguna contract for Detention Management Services.

Collective Bargaining Agreement between contractor: City of Adelanto (GEO Corrections Holdings, Inc.), and union: United Government Security Officers of America International Uni Local and its , effective 4/23/2018 through 4/22/2021.

In accordance with Section 2(a) and 4(c) of the Service Contract Act, as amended, employees employed by the contractor(s) in performing services covered by the Collective Bargaining Agreement(s) are to be paid wage rates and fringe benefits set forth in the current collective bargaining agreement and modified extension agreement(s).

GEO-Novoa_00035149

# ADELANTO DETENTION FACILITY

# COLLECTIVE BARGAINING AGREEMENT

## Between


## GEO Corrections Holdings, Inc.

## (GEO)


## And


## United Government Security Officers of America International Union, and its Local #880


**Effective Dates:  April 23, 2018 – April 22, 2021**

1

GEO-Novoa_00035150

# Table of Contents

| Subject | Page |
|---|---|
| Preamble | 3 |
| Witnesseth | 3 |
| Article – 1  Recognition and Purpose | 3 |
| Article – 2  Union Security | 4 |
| Article – 3  Non-Discrimination | 4 |
| Article – 4  Hours of Work and Overtime | 5 |
| Article – 5  Post Assignments | 9 |
| Article – 6  Reporting Pay | 9 |
| Article – 7  Leaves of Absence | 9 |
| Article – 8  No Strike/No Lockout | 10 |
| Article – 9  Company Regulations | 10 |
| Article – 10  Union Representatives and Access To The Facility | 11 |
| Article – 11  Dues Check Off | 12 |
| Article – 12  Union Seniority | 13 |
| Article – 13  Grievance Procedure and Arbitration | 16 |
| Article – 14  Uniforms | 19 |
| Article – 15  Just Cause | 19 |
| Article – 16  Savings Clause | 21 |
| Article – 17  Management Rights | 21 |
| Article – 18  Excused/Unexcused Absences and Tardiness | 22 |
| Article – 19  Jury Duty | 25 |
| Article – 20  Bereavement Pay | 25 |
| Article – 21  Holidays | 26 |
| Article – 22  Vacation | 27 |
| Article – 23  401(k) Plan | 28 |
| Article – 24  Wages | 28 |
| Article – 25  Paid Sick Leave | 30 |
| Article – 26  Health and Wellness Benefits | 30 |
| Article – 27  Waiver of Bargaining Rights and Amendments to Agreement | 31 |
| Article – 28  Drug and Alcohol Testing | 31 |
| Article – 29  Miscellaneous Provisions | 32 |
| Article – 30  Duration | 33 |
| Signature Page | 34 |

GEO-Novoa_00035151

## PREAMBLE

THIS AGREEMENT is entered into this 23rd day of April 2018, by and between GEO Corrections Holdings, Inc., (GEO), hereinafter referred to as the "Company," and the United Government Security Officers of America International Union, and its Local #880, hereinafter referred to as the "Union."

GEO manages the Adelanto ICE Processing Center in Adelanto, CA under the terms of an intergovernmental service agreement (IGSA) with the city of Adelanto, CA, who contracts with Immigration and Customs Enforcement (ICE), hereinafter referred to as the "Client". As the management agent for the Contract Agency, the terms of this document are governed by Company's contract and standards established by the Clients.

## WITNESSETH

WHEREAS, the parties have entered into collective bargaining negotiations, which negotiations have resulted in complete agreement between the parties, **NOW THEREFORE**, it is agreed by and between the Company and the Union as follows:

## ARTICLE 1
## RECOGNITION AND PURPOSE

1.1    The Company recognizes the International Union, United Government Security Officers of America International Union, (UGSOA), and its Local 880 as the exclusive collective bargaining representative for all full-time (those regularly scheduled 40 hours per week or those permanently assigned to 12 hour shifts) and part-time (those regularly scheduled fewer than 40 hours per week) employees in the following job classifications: Detention Officers, Transportation Officers, Medical Transportation Officers, Classification/Intake Officers, Bailiffs, Food Service Workers, Cook Supervisors, Laundry Technicians, Laundry Supervisors and Law Library Technicians employed by the Company at the Adelanto ICE Processing Center as listed in the NLRB Certification in Case Number 31-RC-118510 for the purpose of collective bargaining in accordance with the National Labor Relations Act (NLRA), Fair Labor Standards Act and Service Contract Act, as amended, and excludes all managers, supervisors and confidential employees and other employees as defined by the NLRA. These exclusions include but are not limited to the Facility Administrator, Assistant Facility Administrators, Majors, Captains, Lieutenants, other professional employees, Maintenance Staff and Clerical Staff.

1.2    For the purpose of this Agreement, the term "Officer" or "Officers" designates only such Officers as are covered by this Agreement.

1.3    It is the purpose of this Agreement to promote and expand harmonious relationships between the Company and Officers represented by the Union to provide, where not inconsistent with Client rules and regulations, applicable state and federal laws and

3

regulations required by any agency having jurisdiction over the Operations and Management Contract(s) or Personnel Rules, for the salary structure, fringe benefits, and employment conditions of the Officers covered by this Agreement. It is recognized that a harmonious relationship can best be achieved by open dialogue, timely resolution of differences, and negotiating in good faith; both parties agree that they share the responsibility to provide uninterrupted service to the Client(s).

## ARTICLE 2
## UNION SECURITY

2.1   All Officers hereafter employed by the Company in the classification covered by this Agreement shall become members of the Union and remain in good standing not later than the thirty-first (31st) day following the beginning of their employment, or the date of the signing of this Agreement, whichever is later.

2.2   An Officer who is not a member of the Union at the time this Agreement becomes effective shall become a member in good standing of the Union within ten (10) days after the thirty-first (31st) day following the effective date of this Agreement, and for the duration of this Agreement.

2.3   Officers meet the requirement of being members in good standing of the Union, within the meaning of this Article, by tendering the periodic dues and initiation fees uniformly required as a condition of acquiring or retaining membership in the Union or, in the alternative, by tendering to the Union financial core fees and dues, as defined by U.S. Supreme Court in NLRB v. General Motors Corporation, 373 U.S. 734 (1963) and Beck v. Communication Workers of America, 487 U.S. 735 (1988).

2.4   In the event the Union requests the discharge of an Officer for failure to comply with the provisions of this Article, it shall serve written notice on the Company requesting that the employee be discharged effective no sooner than two (2) weeks of the date of that notice. The notice shall also contain the reasons for discharge. In the event the Union subsequently determines that the employee has remedied the default prior to the discharge date, the Union will notify the Company and the Officer, and the Company will not be required to discharge that Officer. The Union and the Officer will hold the Company harmless in regard to any request from the Union to discharge an Officer. Should the Union request that an Officer be reinstated and that Officer has lost wages as a result of the initial Union request, the Company will not be responsible for payment of any claims for lost wages.

2.5   This Article shall be subject to all applicable state and federal laws.

2.6   The Union agrees to indemnify and hold the Company harmless against any claim, suits, judgments, or liabilities of any sort whatsoever arising out of the Company's compliance with the provisions of this Union Security Article.

## ARTICLE 3
## NON-DISCRIMINATION

4

3.1     The Company has the right to promulgate policies, reporting requirements and procedures regarding equal employment opportunity, discrimination and harassment. These policies, reporting requirements and procedures will, at a minimum, meet those required by laws and regulations of the United States, the laws and regulations of the State of California, as well as any requirements imposed by this agreement.

3.2     Neither the Company nor the Union shall discriminate against any Officer by reason of the following status: age, sex "except where age or sex is a bona fide occupational qualification", race or ethnic origin, color, national origin, religion, disability, disabled veteran status, political affiliation, marital status, sexual orientation, genetic information or any other factor protected by law or membership or non-membership in a union.

3.3     The use of any male pronoun in this Agreement is a generic reference.

# ARTICLE 4
# HOURS OF WORK AND OVERTIME

4.1     For payroll purposes the normal workweek shall commence at 12:01 AM on Sunday and ends at 11:59 PM. on Saturday. The normal workday shall commence at the start of an Officer's shift and extend for a period of twenty-four (24) hours. The foregoing is descriptive only; nothing herein shall be construed as guaranteeing any specified number of hours of work or pay per week. It is understood that the description of a "normal work week" does not describe a pay period or the number of annual pay periods. The Company, at its sole discretion, will determine the number of annual pay periods based on its payroll system.

4.2     Officers will be notified in a timely manner of their shift assignments.  At a minimum, Officers will be given two weeks advanced notice that their permanent shift will change. The Company will not arbitrarily change permanent shifts without operational need or in response to Client requirements.  Documentation shall be provided to the Union upon request.

4.3     Each Officer will be given a thirty (30) minute unpaid off-duty meal period. The Officer will not be required to perform any duties, whether active or inactive, while eating. Should the Officer be required to perform any duties, whether active or inactive, the affected Officer will be paid for the meal period at the appropriate rate. The meal period shall commence after the start of the second (2) hour (i.e. 2 hours after the start of shift) and before the start of the sixth (6) hour (i.e. 5:59 hours after the start of shift).  Officers shall be allowed to leave the facility during their meal period after notification to their supervisor.  Any Officer working a four (4) hour overtime assignment shall be relieved for their second meal period within the first three (3) hours of said overtime assignment.

4.4     Each Officer will be given two (2) ten (10) minute paid rest periods per shift. The Company will provide rest periods as close to practical to the center of each four (4) hour portion of a shift (i.e. 2 breaks for an 8 hour shift, 3 breaks for a 12 hour shift, etc.).  If an Officer is not relieved for his 10 minute paid rest period, he shall notify his supervisor.  If the

GEO-Novoa_00035154

Company is unable to accommodate the paid rest period, the Officer shall complete the "Ten Minute Break Penalty Form" and provide it to their supervisor prior to leaving their assigned shift.

4.5     Officers required to attend a pre-shift briefing will be paid for the time so spent.

4.6     Overtime shall be paid as follows:

1. One and one-half (1 ½) times the Officer's regular rate of pay shall be paid for all hours worked in excess of eight (8) hours up to and including twelve (12) hours within any given workday (or for all hours in excess of forty (40) hours worked in a single workweek) and for the first eight (8) hours worked on the seventh (7th) day of work.

2. Double (2x) the Officer's regular rate of pay shall be paid for all hours worked in excess of twelve (12) hours in any workday and for all hours worked in excess of eight (8) hours on the seventh (7th) day of work in any workweek.

3. To ensure that Officers are paid for all hours actually worked (either regular or overtime hours) the Company will determine the method of collecting and processing time. Officers will be responsible for accurately applying the rules of any such time keeping process implemented by the Company. Any changes in the time keeping process will be provided to the Union no less than forty-eight (48) hours prior to implementation. The method of time keeping will not be subject to the grievance and arbitration process as set forth in Article 12.

4.7     No overtime work shall be required or permitted, except by direction of the proper supervisory personnel of the Company, or except in cases of emergency where prior authorization cannot be obtained. Officers will be notified as soon as is reasonably possible of the need to work overtime. Officers will be notified of mandatory overtime in a timely manner, under normal circumstances two hours in advance ("no call, no show" or similar circumstances are excluded from the two hour window).

4.8     The payment of overtime for any hour excludes that hour from consideration for overtime payment on any other basis. There shall be no pyramiding or duplication of premium or overtime pay. In the event more than one premium seems to be due under this Agreement, only the higher premium shall apply.

4.9     In the event of "no call, no-shows", Officers may be held over to the next shift until a replacement is found and the Officer has been properly relieved.

4.10    In the event overtime cannot be filled from volunteers, the Company has the right to mandate that Officers work overtime. Voluntary and mandatory overtime applies to all members of the Officer workforce, regardless of the Officer's post or assignment within their specific job classifications as outlined in Article 1. In an effort to fairly and equitably manage both voluntary and mandatory overtime opportunities, the following process will

GEO-Novoa_00035155

be utilized.

A.      Officers wishing to volunteer for overtime assignments shall notify their shift supervisor.  Officers shall indicate if they are volunteering for Day Off, Hold Over and/or Early Call assignments.  The supervisor shall consult the Volunteer Overtime List and assign overtime in seniority order.  Once an Officer works their volunteer assignment, it will be noted on the Mandatory Overtime List.

B.      Officers who volunteer for Day Off and Early Call overtime shall notify their supervisor between forty-eight (48) and eight (8) hours prior to the desired shift.  Officers may remove their names from the Day Off and Early Call overtime list prior to eight (8) hours of the desired shift.  Supervisors shall distribute overtime to the volunteers in seniority order.  Officers who volunteer for Day Off or Early Call overtime within 8 hours of the desired shift, shall be awarded any available overtime on a first come, first served basis.

Officers may volunteer on their days off for off-site medical appointments/hospital runs.  Those qualified Officers shall sign up on the Hospital/Medical List.  The Company shall award hospital/medical assignments in seniority order.  The Company shall utilize this overtime list prior to utilizing hold over overtime if operationally necessary.

C.      Officers who volunteer for Hold Over overtime shall notify their supervisor within the first four (4) hours of their shift.

D.      In the event there are insufficient Officers on the Voluntary Overtime List and the assignment of mandatory overtime is necessary, Officers may be mandated in reverse seniority order.  There will be one mandatory list for each shift consisting of all Officers working both the East and West facilities.  The Company at its sole discretion may assign Officers to any post at either facility for overtime assignments.  Once an Officer works their overtime assignment, it will be noted on the Mandatory Overtime List.

E.      Officers may volunteer to work the mandatory overtime assignments of other Officers.  The Officer who works the overtime assignment shall be noted on the Mandatory Overtime List.

F.      The Parties agree that every effort will be made to avoid assigning mandatory overtime beyond twelve (12) hours.

G.      Officers shall not be mandated for more than two (2) sixteen (16) hour shifts in consecutive order.  This prohibition does not apply to voluntary overtime or if the facility has activated its Emergency Plan.

H.      The Company will make every effort not to mandate an Officer to work overtime on his front and back of the same shift.

7

I.       Officers shall not be mandated to work more than sixteen (16) consecutive hours.
This prohibition does not apply to off-site posts or if the facility has activated its
Emergency Plan.

J.       Officers shall have an eight (8) hour off duty period of time between shifts;
however, said Officer may waive this requirement.

K.      The Company shall not mandate an Officer on his Friday or when PTO has been
approved unless the facility has activated its Emergency Plan.

L.       The Facility Administrator shall have the discretion to consider mitigating
circumstances should an Officer request not to be mandated to work overtime.

M.      The Chief of Security or his designee of a Captain or above will maintain
oversight of the mandation process.

N.      Should the situation arise where Officers may be sent home early, the most senior
Officer will be asked first, followed by the next senior Officer working down the list of
those Officers working overtime assignments.  Should no one volunteer, the least senior
Officer working Day Off or Hold Over overtime shall be selected.

O.      Failure to work mandated overtime may result in appropriate discipline, up to and
including discharge.

4.11    Scheduled shift swaps are authorized and Officers wishing to swap shifts must complete a
Shift Swap Mutual Agreement form no later than 24 hours before the shifts to be swapped.
Shift swaps shall not be approved if they result in additional overtime.

4.12    Supervisory and exempt employees shall not perform the duties of Officers covered by this
agreement except under the following conditions:

A. When such work is necessary for instruction and/or training purposes without relieving
the Officer from duties.

B.      Sergeants may relieve Officers for meal or other break periods or extenuating
circumstances.

C.  Any work necessary during an emergency such as; fire, explosion, flood, earthquake,
weather conditions (i.e., snow, ice, high winds, etc.), water line ruptures or power failures.
Additionally, any emergency situation in which the facility Emergency Plans are initiated,
in all cases, except training exercises.

*Note: The above language precludes the Company from using supervisors (except where noted in
Article 4.12 B) or exempts employees to do bargaining unit work in the normal course of business.*

## ARTICLE 5

GEO-Novoa_00035157

## POST ASSIGNMENTS

5.1   Full-time Officers shall bid their post assignments within their respective job classification for each quarter of the calendar year.  Officers shall be awarded their post assignment based on their seniority and shall work said assignment for that quarter.

5.2   Officers shall only be awarded posts for which they are currently qualified to work.

5.3   The Company may temporarily reassign an Officer's post to accommodate training needs or other business needs.

5.4   The Warden and/or Assistant Warden have the ability to reassign an Officer to another post at their discretion.  The Company shall not arbitrarily displace Officers from their awarded post assignments.

5.5   The Company at its sole discretion may assign Officers to any post at either facility for overtime assignments.

5.6   In the event the Company initiates its Emergency Plan, the provisions of this Article shall not apply for the duration of said emergency.

## ARTICLE 6
## REPORTING PAY

6.1   An Officer who reports for work at his regular starting time or has been called in to work and has not been advised either orally or in writing not to report shall receive a minimum of four (4) hours work or four (4) hours pay at the appropriate hourly rate.

6.2   The provisions of Section 5.1 above shall not apply if the Company is unable to advise the Officer not to report or provide the work because of acts of God, fire, snowstorm, flood, power failure, or other conditions or causes beyond the control of the Company.

## ARTICLE 7
## LEAVES OF ABSENCE

7.1   In addition to any leaves provided by this agreement, or company policy, the Company provides leaves of absences in accordance with all applicable federal and/or state laws (i.e., FMLA, Military leaves, etc.) The protocols for such leaves can be found in the Employee Handbook and by contacting the facility Human Resources Department.

7.2   **Union Leave:** Up to four (4) Union representatives will be granted leaves of absence, without pay, for the purpose of attending quarterly Union meetings, annual training and every five years the International Union Convention, provided such request is made to the Facility Administrator, or their designee, with a minimum twenty-one (21) days of notice. Union Leave shall be granted at the Warden's discretion for other official union business,

9

GEO-Novoa_00035158

not referenced above.

# ARTICLE 8
## NO STRIKE/NO LOCKOUT

8.1    The parties recognize the sensitive nature of the services provided by the Company to the Client and, therefore, agree that all operations of the Company shall, during the term of this Agreement, continue without interruption.

8.2    Under the term of this Agreement, the Union, its members and employees within the bargaining unit represented by the Union, individually and collectively, will not advocate, encourage, condone, or take part in any strike, sympathy strike, walkout, picketing, stay-in, slowdown, concerted refusal to work, or other curtailment or restricting of the Company's operations or interference with operations in or about the Company's premises, or equipment. The Company and its representatives agree not to engage in a lockout during the term of this Agreement.

8.3    The parties recognize the right of the Company to take such disciplinary action as the Company in its sole discretion determines appropriate, including discharge, against all participants. It is understood and agreed by the parties that an employee does have the right to file a grievance solely on the issue of whether he did, in fact, violate any provisions of this Article. Separate grievances may not be joined in arbitration.

8.4    Any claim, action or suit for damages and/or injunctive relief resulting from the Union's violation of this Article shall not be subject to the grievance and arbitration provisions of this Agreement.

# ARTICLE 9
## COMPANY REGULATIONS

9.1    Any rules, regulations or directives which are now in effect, or which may be later imposed upon the Company by its Client, or any other Governmental Agency having jurisdiction will apply with equal force and effect to the Officers hereunder. Officers are also required to adhere to Company Rules and Regulations.

9.2    The Company reserves the right, from time to time, to amend, add to or delete from its Company Rules and Regulations and practices unless such amendment, addition or deletion would violate a specific provision of this Agreement.

9.3    All work rules that could result in discipline are contained in the Employee Handbook, this Collective Bargaining Agreement, Post Orders or other published means. The Company will provide written copies or reasonable access to all the published items described in this Article.

9.4    The Union will be notified in a timely manner (if practical, within 2 weeks) prior to the implementation of any changes to Company policies, rules and regulations.

GEO-Novoa_00035159

9.5     This Article does not affect the parties' obligations to complete "affects bargaining" under the NLRA.

## ARTICLE 10
## UNION REPRESENTATIVES AND ACCESS TO FACILITY

10.1    Representatives of the Union shall have reasonable access to the facility to ascertain whether the Agreement is being properly observed, provided that they do not interfere with the duties of any Officer or the operation of the facility. Access to the facility may not be granted during count times, meal periods, shift changes, or other times when there is a major inmate or staff movement, or during an emergency situation. Access to the facility after normal business hours (7:30 am - 4:00 pm) or outside of the Union Representative's working hours will require approval from the Facility Administrator or their designee. Representatives of the International Union shall contact the Facility Administrator or his designee, then present themselves at the facility and inform the Facility Administrator or their designee, of the circumstances of the visit. To the extent practicable the Union will provide the Facility Administrator with a one (1) week advanced notice before any visit by a representative of the International Union. The Company and the Union representative shall conduct themselves in such a manner as to carry out the intent and spirit of this Article. The Company shall not unreasonably withhold such access.

10.2    Union representatives may contact Stewards during working hours by telephone for the purpose of conducting Union business, provided that permission to do so has first been received from the Facility Administrator, or his designee.

10.3    The Union may designate one (1) Officer as a Chief Steward, one (1) Officer per shift as a Shift Steward (East and West) and one (1) Officer per shift as an alternate Shift Steward (East and West) to act as Union representatives, in addition to the elected Union Officers. Shift Stewards and Alternates shall in each case be an Officer with seniority and who regularly works the shift to which they are assigned.

10.4    The Union shall inform the Company in writing of the names of the Local Union representatives who are accredited to represent it, which information shall be kept up to date at all times. Only persons so designated will be accepted by the Company as representatives of the Union.

10.5    It is mutually understood that access to the facility is governed by client rules, and is subject to applicable client restrictions, and these rules and restrictions must be followed. Any representative of the International Union requesting access to the facility must obtain proper clearance from the Client.

10.6    No Union representative or Officer may leave an assigned duty post or work assignment to engage in representation of Officers during a pre-disciplinary investigatory interview or disciplinary proceeding or other union business without first notifying and receiving authorization from the Shift Supervisor. The Company shall not unreasonably withhold

GEO-Novoa_00035160

such authorization.

10.7   Union business shall occur during non-duty times, except where noted in this Article. Brief conversations or quick questions regarding union business that do not distract Officers from their duties shall be permitted.

10.8   The Union recognizes that representation of Officers is not meant to circumvent the normal relationship between supervisor and Officer. The right to Union representation shall not apply to conversations between an Officer and the supervisor for the purpose of giving instructions concerning work performance, providing training or non-disciplinary discussion or communications regarding work habits or techniques.

10.9   The Company will permit a union representative the opportunity to address all newly hired Officers during Pre-Service Classroom Training for the purpose of a union orientation. Union orientation will be limited to one (1) hour.

10.10  The Company shall provide two (2) lockable Bulletin Boards (1 for East and 1 for West) for use by the Union. Bulletin Board postings will be limited to:

      A.    Notices of Recreational-Social Events
      B.    Notice of Union Elections
      C.    Notice of Results of Union Elections
      D.    Notice of Union Meetings
      E.    Notices of Other "Official" Union Business

10.11  Upon approval of the Warden, the Union may hold meetings in a designated area of the property near or adjacent to the employee parking lot.  The Warden shall have sole discretion to grant or deny said requests.

## ARTICLE 11
## DUES CHECK OFF

11.1   Subject to the limitations of any state or federal law, the Company agrees to deduct from the first paycheck earned each calendar month by a member of the Union covered by this Agreement, the Union membership dues and initiation fees uniformly levied by the Union in accordance with said Union's constitution and by-laws, of each member of the Union who has in effect at that time a proper authorization card executed by the Officer, authorizing the Company to make such deductions. A minimum of fifteen (15) workdays prior to the first deduction, the Union will advise the Company of the exact dollar amount due from each Officer.

11.2   All sums collected in accordance with such signed authorization cards shall be remitted by the Company to the UGSOA International Office no later than the fifteenth (15th) of the month subsequent to the month in which such sums were deducted by the Company.

11.3   The check-off authorization card to be executed and furnished to the Company by the

12

Union and the Officers shall be the official Union authorization for check-off of dues. The Company shall accept no other form, unless the substitute is mutually agreed upon by the parties.

11.4    The Union accepts full responsibility for the authenticity of each check-off card submitted by it to the Company, and any authorizations, which are incomplete or in error shall be disregarded by the Company, and shall be returned to the Union for correction. The Union agrees that upon receipt of proper proof, it will refund to the Officer any deduction erroneously or illegally withheld from an Officer's earnings by the Company, which has been transmitted to the Union by the Company.

11.5    No deduction of Union dues will be made from the wages of any Officer who has executed a check-off form and has been transferred to a job not covered by this agreement or who is not in a pay status.

11.6    Anytime there is a change in the deduction authorization the Company will have minimum of fifteen (15) work days to put the change into effect.

11.7    An Officer who has executed a check-off form and who resigns or is otherwise discharged from the employ of the Company shall be deemed to have automatically revoked his assignment, and if the Officer is recalled or re-employed, further deduction of Union dues will be made only upon execution and receipt of a new check-off form.

11.8    Collection of back dues owed at the time of starting deductions of any Officer, and collection of dues missed because the Officer's earnings were not sufficient to cover payment for a particular pay period, will be the responsibility of the Union, and will not be the subject of payroll deductions.

11.9    Deduction of membership dues shall be made, provided there is a balance in the paycheck sufficient to cover the amount after all other deductions authorized by the Officer or required by law have been satisfied. In the event of termination of employment, the obligation of the Company to collect dues shall not extend beyond the pay period in which the Officer's last day of work occurs.

11.10    The Union agrees to indemnify the Company and hold it harmless against any and all claims, suits or other forms of liability which may be made against it by any party for amounts deducted from wages as herein provided.

11.11    Solicitation of Union membership or collection or checking of dues will not be conducted during working time. The Company agrees not to discriminate in any way against any Officer for Union activity, but such activity shall not be carried out during working hours except as specifically allowed by the provisions of this Agreement.

## ARTICLE 12
## UNION SENIORITY

13

12.1    For the first three (3) months worked following successful completion of facility pre-service training and orientation, an Officer shall be regarded as probationary and shall have no seniority. Pre-Service and Probationary Officers may be disciplined or discharged without recourse to the grievance procedure. Officers discharged during their pre-service or probation shall not have any rights under this Agreement. However, Pre-Service and Probationary Officers shall be represented by the Union concerning wages, hours and working conditions, but the Company reserves the right to decide questions relating to promotions, transfers, layoffs or discharge. The Company may extend the probationary period in increments of 30-day blocks for up to a total of 90 additional days. The Union will be notified of the need to extend an Officer's probationary period.

12.2    Officers who have lost seniority as set forth in Section 11.8 of this Article, and Officers who terminate or leave the bargaining unit prior to completion of the probationary period shall be required, upon rehire or reentry into the bargaining unit, to serve the probationary period again.

12.3    After completion of the probationary period a full-time Officer's seniority under this Agreement shall revert to the Officer's date of hire at the Adelanto Detention Facility. Officers who transfer from another UGSOA represented GEO facility shall retain their union seniority, provided there is no break in service. Seniority of Officers who start work on the same date shall be determined by the last four digits of the Officer's social security number. The lower number will be the most senior.

12.4    Full-time Officers employed as of the date of ratification shall have their seniority based upon their date of hire (as a full-time Officer) at the facility. Officers who enter the bargaining unit after that date shall have their seniority based upon Article 11.3.

12.5    The purpose of seniority is to establish Officers' rights and privileges based on the length of service in the bargaining unit. Seniority under this Agreement will have no influence on promotions or advancement within the Company, except as contained in this Agreement.

12.6    Part-time Officers will have seniority only among other part-time Officers. In the event of a layoff, part-time Officers will be laid off before full-time Officers. Part-time Officers who go full-time will be entered at the bottom of the full-time seniority list. Those full-time Officers who accepted a part-time Officer position as a result of a reduction in force, shall retain their full-time Officer seniority when they are recalled back to a full-time Officer position. Full-time Officers who go part-time will be entered on to the part-time seniority list based upon their former full-time seniority date.

12.7    Part-time Officers employed on the date of ratification shall be offered the next available full-time vacancy. If the part-time Officer accepts the new assignment, he shall maintain his full-time seniority. However, if said part-time Officer refuses the full-time assignment, his seniority shall be determined by the terms of Article 11.6.

12.8    The Company agrees to prepare an updated site seniority list of Officers covered by this

GEO-Novoa_00035163

Agreement quarterly. A copy of which will be furnished to the Union.

12.9   Officers will lose their seniority, and shall be discharged for any of the following:

      A. Being laid off for more than 12-months;

      B. Absent due to illness or injury for more than twelve (12) months, or length of employment, whichever is less. Absences taken pursuant to the applicable federal and/or state laws are exempt under this provision;

      C. Discharged for Just Cause

      D. Failure to obtain and/or maintain a security clearance;

      E. Failure to return from layoff upon recall as provided below;

      F. If the Officer voluntarily resigns or retires; or

      G. If the Officer is convicted of a felony.

12.10   Layoff and recalls from layoff will be made on the basis of seniority, in accordance with Section 11.6. Positions requiring "special training and/or skills" will be exempt from the seniority process.

12.11   Laid-off Officers shall have recall rights for a period of twelve (12) months or their length of employment whichever is less, and shall retain their accumulated seniority as of the date of layoff.

12.12   In case of re-employment, Officers who have been laid off shall be notified to return to work, at their last known address, in reverse order of lay-off. The notice will be by certified mail return receipt. In the event that a former Officer, so notified, fails to report for work within five (5) business days after receipt of such notice, their seniority shall be terminated.

12.13   It will be the responsibility of the laid-off Officer to keep the Company notified of any change of address, and current phone number.

12.14   An Officer who is activated, drafted or who volunteers for military service in the Armed Forces of the United States, shall accumulate full seniority during the term of such service, provided they are honorably discharged and apply for reemployment as an Officer within ninety (90) days after such discharge, provided the Officer still meets all eligibility requirements. The above is limited to a six (6) year period; however, in time of war there is no limit.

12.15   An Officer who is transferred from or promotes out of the bargaining unit shall cease to accumulate seniority. If the Officer returns to the bargaining unit within ninety (90) days shall retain the seniority he had at the time he transferred out of the bargaining unit.

12.16   All position vacancies will be posted for a period of seven (7) calendar days setting out the position and qualifications. When all factors are considered equal, seniority shall be used to determine the selection for these positions. Part-time Officers will be considered for full-time Officer positions before selecting an external candidate. In the interest of maintaining continuing operations, the employer may temporarily assign an Officer to a

GEO-Novoa_00035164

vacant or new position or shift until the job is filled according to this Article.

# ARTICLE 13
## GRIEVANCE PROCEDURE AND ARBITRATION

13.1    The parties agree that all problems should be resolved, whenever possible, before the filing of a grievance but within the time limits for filing grievances stated elsewhere in this Article, and encourage open communications between the Company and Officers so that resorting to the formal grievance procedure will not normally be necessary. The parties further encourage the informal resolution of grievances whenever possible. A grievance is defined as an alleged violation of a specific term or provision of this Agreement. The purpose of this Article is to promote a prompt and efficient procedure for the investigation and resolution of grievances. This grievance procedure is not intended for complaints of harassment or discrimination as referenced in the Employment Handbook and Corporate Policy.

13.2    GENERAL PROVISIONS:

The number of days outlined in Article 12.3 in the processing and presentation of grievances shall establish the maximum time allowed for the presentation and processing of a grievance.

While it is the intent of the Company to respond to grievances on a timely basis, if the Company fails to respond to a grievance within the time period allotted for a specific step, the grievance may be treated by the Union as if it were denied at that step and the Union may proceed to the next step. The Parties, by mutual written agreement, may agree to extend any of the time limitations.

The Parties agree that if the Union fails to move the grievance to the next step in the process within the time period allotted for a specific step, the grievance shall be treated by the Company as resolved, and no further action shall be taken.

13.3    An Officer who believes that any provision of this Agreement has not been properly applied or interpreted may present his grievance to be settled by the following procedures. During each step of the grievance procedure the Parties have the right to perform a reasonable investigation into the complaint.

INFORMAL STEP

The Parties shall make their best efforts to resolve any dispute on an informal basis. Both the Company and the Union agree that the Union representative will first discuss the matter with the supervisor and attempt to resolve the dispute within ten (10) business days after the actions giving rise to the dispute occurred, and became known or should have become known to the Union.

STEP 1

16

If the matter is not resolved informally, a Union representative, not later than ten (10) business days after the informal discussion with the supervisor, shall set forth the facts in writing, specifying the language of this Agreement allegedly violated. This shall be signed by the aggrieved Officer (if available and willing to sign the grievance) and/or the Union representative and shall be submitted to the Assistant Warden of Security. The Assistant Warden of Security shall have ten (10) business days to meet with the Union representative and return a decision in writing, delivering copies to the Union representative and grievant.

<u>STEP 2</u>

If the grievance is not settled in Step 1, the grievance may be appealed in writing to the Facility Administrator or designee, not later than ten (10) business days from the Step 1 grievance response. The Facility Administrator, or designee, shall have ten (10) business days to meet with the Union and return a decision in writing, delivering copies to the Union and grievant.

<u>STEP 3</u>

If the grievance is not settled in Step 2, the grievance may be appealed in writing to the Western Region Vice President, or designee, not later than ten (10) business days from the Step 2 grievance response.  The Western Region Vice President's response shall be in writing and will be completed no later than five (5) business days and will be delivered to the Local Union and grievant.

13.4   Any grievance involving the termination of an Officer's employment shall be automatically advanced to Step 3 of the grievance and arbitration process.

13.5   Prior to the grievance being process for Arbitration, it will be reviewed by the International Union and the Company's Director of Employee and Labor Relations, within fifteen (15) business days of the denial by the Company's Western Region Vice President, or their designee. A meeting or telephonic review between the above referenced parties may be held by mutual agreement.

13.6   Grievances processed in accordance with the requirements of Section 12.3 that remain unresolved may be processed to arbitration by the Union, giving the Company's Director of Employee and Labor Relations written notice of its desire to proceed to arbitration not later than fifteen (15) business days after the Step 3 grievance response.

Grievances that proceed to arbitration shall be processed in accordance with the following procedures and limitations:

A.  Selection of an Arbitrator – Within fifteen (15) business days the Party requesting arbitration will request the Federal Mediation Conciliation Service (FMCS) to supply a list of seven (7) arbitrators. If the two Parties cannot agree on an arbitrator during the review of the original list, a second list of prospective arbitrators may be requested

GEO-Novoa_00035166

from the FMCS. If the Parties still cannot agree on an arbitrator then the strike method will be used on the second list. The Party requesting arbitration will strike the list first.

B. Decision of the Arbitrator – The arbitrator shall commence the hearing at the earliest possible agreed to date. It is understood and agreed between the Parties that the arbitrator shall have no power to add to, subtract from, or modify any of the terms of this Agreement. The decision or award of the arbitrator shall be final and binding upon the Company, the Union and the grievant, provided any party may appeal to an appropriate court of law a decision that was rendered by the arbitrator acting outside of or beyond the arbitrator's jurisdiction, pursuant to applicable law.

C. Arbitration Expense – The arbitrator's fees and expenses, including the cost of any hearing room, shall be shared equally between the Company and the Union. Each Party to the arbitration will be responsible for its own expenses and compensation incurred bringing any of its witnesses or other participants to the arbitration. Any other expenses, including transcript costs, shall be borne by the party incurring such expenses.

13.7   Officers have the right to be present during each step of the grievance process. It is understood between the parties that the Union will act as the representative in question.

13.8   The Union shall have the power to determine whether or not a grievance filed by a member of the Union should be submitted at each step of the grievance process.

13.9   Each dispute shall constitute a separate proceeding unless the question involved is common to more than one dispute, in which case the proceeding may be consolidated, but only with mutual consent of the parties.

13.10   No claim for back wages under this Agreement shall exceed the amount of earnings the Officer would have otherwise earned by working for the Company, less any and all compensation the Officer received from any other source, including unemployment compensation. Under no circumstances will interest charges be included in any award for back pay. In no event may the arbitrator enter a monetary award for any item other than lost wages.

13.11   Nothing contained herein shall prohibit the Company's ability to file and process its own grievance under the procedure outlined above.

13.12   In the event the parties settle any grievance prior to a final and binding determination by an arbitrator, such settlement shall be on a non-precedent setting basis unless the parties affirmatively state otherwise in writing signed by both parties. Evidence of any such non-precedent setting settlements shall not be admissible in any proceedings under this Article, including but not limited to, arbitration hearings.

13.13   In no case shall a local Company representative respond at more than one step of the grievance process as outlined above.

GEO-Novoa_00035167

## ARTICLE 14
## UNIFORMS

14.1   Seasonal uniforms and equipment shall be supplied where required by the Company, and replaced as necessary. Uniforms or equipment worn or used by the Officers who are on duty shall be prescribed by the Company, and no deviation from the Company's requirements shall be practiced except when allowed by the Company.

14.2   Uniforms, equipment, and other Company issued items remain the property of the Company and must be returned upon separation if requested by the Company.

14.3   The Company shall supply each Officer with 5 uniform shirts and pants at the time of hire.  In addition, the Company shall supply each Officer with a duty belt and an "all weather" jacket.  Furthermore, the Company shall reimburse Officers up to one hundred dollars ($100) per calendar year for boots (receipt required).

## ARTICLE 15
## JUST CAUSE

15.1   Except where otherwise provided in this Agreement, where appropriate, the Company will adhere to concepts of Progressive Discipline, which it defines as the corrective process of applying penalties short of dismissal where conduct is of a less serious nature. The nature of discipline should be appropriate to the conduct and need not begin with the least serious disciplinary action. Acceptance of the principle of progressive discipline does not limit the Company's authority to immediately dismiss for serious offenses that cannot be condoned.

15.2   No Officer shall be disciplined or discharged without Just Cause. The Company shall provide the Officer and the Union with a copy of all disciplinary action forms at the time of issuance. Any Officer not granted a required security clearance by the Client shall be terminated with no recourse to either the grievance or arbitration procedures set forth in Article 12 of this Agreement.

15.3   The following violations are representative only of the reasons that constitute Just Cause for immediate dismissal. The list of violations below is not an all-inclusive list:

- Proven dishonesty,
- The use, sale, possession or introduction into the facility of contraband,
- Any type of theft,
- Aiding or abetting an escape,
- Insubordination,
- Fighting,
- Being under the influence of illegal drugs or alcohol,
- Leaving a duty post without being properly relieved,
- Inattention to post (sleeping, etc.),

19

- Sexual and other forms of harassment, in conjunction with the Company's general orders and regulations,
- Unnecessary and/or Excessive Use of Force,
- Failure to respond to an emergency,
- Failure to obey lawful orders,
- Failure to fully and truthfully participate in any facility investigation or attempt to obstruct a facility investigation,
- Refusal to allow a search of themselves and/or their property,
- Falsification of Company or Client records,
- Unauthorized possession of Company, Client or other's property.

15.4    Other disciplinary action will consist of:

Counseling – A discussion between an Officer and his supervisor regarding their violation of a behavioral or performance standard, policy or procedure along with guidance or instructions from the supervisor for correcting the problem. All counseling events will be documented.

Written Reprimand – When counseling was given for a violation and that violation is repeated, or for a more serious offense.

Final Reprimand – The "last chance" for the officer to make immediate and sustained improvement in performance and behavior.

Dismissal – The result of a serious breach of a rule, standard, practice, policy, procedure or as a result of repeated disciplinary violations.

Informal coaching which is defined as instantaneous, verbal correction or remedial training to minor job performance or behavioral issues are not considered disciplinary actions. As such, these coaching sessions should not be documented on a disciplinary action form. Documentation related to remedial training shall be kept in the Officer's training file, but cannot be used against the Officer for progressive discipline after the expiration of 12 months from the date of issuance. **Informal coaching sessions or remedial training may occur prior to or between each of the disciplinary actions listed above (i.e. Counseling, Written Reprimand and Final Reprimand).**

To decide on the appropriate action the Company may consider: the seriousness of the Officer's conduct, employment record within the prior year, ability to correct the conduct, actions taken for similar conduct by other Officers, how the conduct affects detainees, the client, the public and other relevant circumstances.

The Officer should be informed of the incident that gave rise to the potential disciplinary action as soon as practical.  In the event progressive discipline is issued to an Officer, said discipline shall be issued no later than 30 days from the date of the incident or whenever the Company became aware of the incident.  This 30 day limitation does not apply to investigations involving OPR, the client or outside law enforcement.

GEO-Novoa_00035169

15.5   Any Officer who is under investigation by any law enforcement agency; including those for, or charged with, a felony or misdemeanor will be placed on administrative leave without pay pending the outcome of the investigation. If an Officer enters a plea of guilty or nolo contendere to the criminal charges stemming from the arrest, the Officer will be terminated with no recourse to either the grievance or arbitration procedures set forth in Article 12 of this Agreement. If the Officer is found not guilty or the charges are dropped, the Officer will be reinstated with no back pay, but with no loss of seniority.

15.6   Disciplinary actions, excluding statutory claims that have been upheld, will remain in an Officer's personnel file, but cannot be used against the Officer after the expiration of 12 months from the date of the last violation.

15.7   An Officer interviewed concerning a matter that may result in disciplinary action may request a Union representative be present during such interview.  Nothing herein shall be construed to compel an Officer to have Union representation present; however, regardless of the Officer's decision regarding union representation, the supervisor and Officer shall complete a "Right to Representation Form."  If an Officer requests Union representation, the Officer will not be required to respond to questions until the representative is present. Once the Union representative is present, questioning may begin and the Officer may confer with the Union representative regarding his responses.  Although the Officer may consult with the Union representative related to the issue at hand, the Company requires all interview responses come from the Officer.

15.8   Officers are entitled to meet with the Facility Administrator or his designee to review their personnel file.  This review will be scheduled at a mutually convenient time in accordance with the needs of the business or applicable state laws.  Information contained in an Officer's personnel file shall be considered confidential.  Officers may not request removal of items from the file, but can if they wish add rebuttal statements or additional information related to items contained within the file.  Officers may request copies of file documents that bear their signature.

# ARTICLE 16
## SAVINGS CLAUSE

16.1   Should any part of this Agreement, or any portion therein contained be rendered or declared illegal, invalid, or unenforceable by a court of competent jurisdiction, inclusive of appeals, if any, or by the decision of any authorized governmental agency, such invalidation of such part of this Agreement shall not invalidate the remaining portions thereof. In the event of such occurrence, the parties agree to meet as soon as practical, and if possible, to negotiate substitute provisions for such parts or portions rendered or declared illegal or invalid. The remaining parts and provisions of the Agreement shall remain in full force and effect.

# ARTICLE 17
## MANAGEMENT RIGHTS

GEO-Novoa_00035170

17.1   Subject to the express provisions of this Agreement, management's rights include those listed in this Article as well as any rights that are usual and customary.

17.2   The management of the Company' s operations and direction of the working forces, including, but not limited to: establish new jobs; abolish or change existing jobs; assign and change work duties and responsibilities; employ; promote; demote; train; transfer; layoff; recall; discipline, suspend or discharge for Just Cause; determine the number of employees necessary for any operation; determine the number of hours to be worked; schedule hours of work, including starting and quitting times and meal and break times; increase and decrease the work force; establish, change, and maintain performance standards and methods; deploy the workforce within the facility in the manner it considers the most effective and efficient to meet the operational needs; determine the qualifications, efficiency and ability of employees; maintain the efficiency of operations and employees; determine services to be offered; determine the source of supply for all services, goods, or materials; institute technological changes or improvements in operations; use temporary employees from third party providers, as long as it does not result in layoff or reduction of hours of bargaining unit members; transfer operations; decide the number and location of facilities; close a facility or a portion thereof; acquire, sell to or merge with other companies; require the taking of physical, mental, drug, or alcohol tests; require Officers to consent to credit checks; require Officer's complete cooperation in investigation of potential theft or fraud; and make and revise such reasonable rules and regulations in connection with the Company's operations and the conduct and duties of its employees in respect of such operations as are deemed advisable, will be vested exclusively in the company, subject only to such limitations as are specifically set forth in this Agreement.

17.3   The Company need not necessarily exercise rights reserved to it, or if the Company does exercise its reserved rights in any particular way, such will not be deemed a waiver of its right to exercise them in other ways not in conflict with the express provisions of this Agreement. The Company maintains and retains all management rights and the enumeration of management's rights herein shall not be deemed to exclude any other management rights.

17.4   The Company shall not implement any changes to subjects identified as mandatory subjects of collective bargaining pursuant to the guidance of the National Labor Relations Act and its decisions without first bargaining with the Union regarding such matters.

## ARTICLE 18
## EXCUSED/UNEXCUSED ABSENCES and TARDINESS

18.1   The procedure stated herein establishes a "no fault" point system to monitor the attendance of the Officers covered by this Agreement.

18.2   Prompt attendance on the job is an important part of the performance record each Officer builds from the day they are hired. The success of an Officer depends in large measure on how well be performs the job each day. The Company is entitled to a reasonable degree of regularity in the attendance by all Officers, and disciplinary action is proper for failure to

22

adhere to a reasonable attendance standard. The Company will focus attention on clear and consistent patterns of abuse (more than one occurrence) over a twelve (12) month period, such as calling off/arriving late before or after days off, paydays, holidays, scheduled vacation days or other events (i.e. Super Bowl Sunday). These events will cause employees to come to the attention of their supervisor who will discuss the issue with them, set expectations for future attendance and issue discipline when appropriate, up to and including termination in accordance with Article 15.

18.3   The Company recognizes there may be a reasonable absence due to bona fide sickness or emergency situation, often beyond the control of the Officer, therefore this procedure allows for a number of "occurrences" before discipline is administered. For example, an "occurrence" is a single day of absence or two or more consecutive days of absence.

18.4   Designed to work as a "no fault" procedure with a point system of attendance monitoring, this procedure will be consistently administered. The Officer's immediate supervisor is responsible to coach, guide and/or discipline, as appropriate, Officers who are excessively absent or tardy. Within the procedures and limitations of this Agreement, the Company reserves the right to impose discipline where there is a clear pattern of misuse or intentional abuse.

18.5   A rolling 6-month period is the applicable period of time within which occurrences are counted under the procedure. An Officer's record of points for absenteeism and tardiness occurrences will be tallied, tracked, trended and reported continuously through the Company's information systems. Each individual point will be verified for validity before each disciplinary action is issued.

The following accumulative total points received during the rolling 6-month period are considered thresholds in terms of when disciplinary action may be taken:

      3 points ----------- Coaching
      6 points ----------- Counseling
      8 points ----------- Written Reprimand
      10 points -------- Final Written Reprimand
      12 points -------- Dismissal

18.6   Absences for the following reasons will not add points to an Officers record:

A. Use of scheduled vacation time or other scheduled leave time for doctor office appointments or medical procedures, as well as scheduled Long Term Illness time, which has been approved in advance by a supervisor. Note; however, that supervisors will question an Officer's time off when there is an apparent pattern of absences, i.e., going to the doctor every Monday or Friday or at the beginning or end of the Officer's scheduled work week.

23

B. Other authorized and approved leaves, including paid or unpaid Personal Leave, Jury Duty, Bereavement Leave, Military Leave, Family Medical Leave, Union Leave and any other form of leave required by law.

18.7   Absences for the following will add points to an Officer's record:

Unexcused Absence:  6 points:  An Officer will have an unexcused absence when the Officer fails to call in an absence and show up for a scheduled shift (No Call No Show).

Unscheduled Absence: 2 points:  An Officer who is absent from work and fails to notify their supervisor as soon as possible, less than two (2) hours before their scheduled reporting time is considered to have an unscheduled absence. Officers shall be responsible for providing their expected date of return to work during such notification. Each time an Officer is absent as an unscheduled absence the Officer will receive two (2) points for the unscheduled absence "occurrence". Multiple continuous days of absence for the same reason shall be considered one "occurrence".

Tardiness: An Officer who will be late to work must notify a supervisor as soon as possible. Officers shall be responsible for providing their expected arrival time during such notification. Late arrivals that were approved in advance by a supervisor, such as for a scheduled doctor office appointment, dental appointment or other scheduled and pre-approved reason will not add points to an Officer's record.

Late Arrival:  1 point:  The following reasons will add points to an Officer's record:  An Officer is considered a late arrival if the Officer arrives at work and clocks in more than seven (7) minutes after the Officer's scheduled reporting time. For example, given the rounding in the timekeeping system, if an Officer is required to begin a shift at 6:45 AM, they would be allowed to clock in no earlier than 6:38 AM and could clock in up to 6:52 AM and either punch would be rounded to 6:45 AM. Those Officers clocking in more than seven (7) minutes after their scheduled time will receive one (1) point.

Exclusions:  Late arrivals and absences that were the result of factors outside of the Officer's control will be handled by the Facility Administrator on a case by case basis. Examples of events outside of the Officer's control include, but are not limited to:  medical emergencies, car accidents, unplanned highway closures, sudden severe weather and earthquakes. Examples of events that will not be considered outside of the Officer's control include, but not limited to:  heavy traffic, lack of transportation and weather such as heavy snowfall.

In all cases, the Company will follow the requirements of the Family and Medical Leave Act and the Americans with Disabilities Act, as well as any other applicable law.

GEO-Novoa_00035173

Early Arrival: 1 point: An Officer is considered an early arrival if the Officer arrives at work and clocks in more than seven (7) minutes before their scheduled reporting time.

18.8    As an incentive for Perfect Attendance Officers have the opportunity to earn two Perfect Attendance Days per year. If an Officer has Perfect Attendance for a six (6) month period between January 1st and June 30th or between July 1st and December 31st, they will receive one personal paid holiday for each period. The holiday must be taken within the six (6) month period following the award. Officers must inform their Supervisor at least two (2) weeks in advance of taking any earned personal holiday.

Perfect Attendance is defined as a six (6) month period with no missed time for sickness or time unpaid.  For the purpose of qualifying for this benefit, scheduled vacation days, holidays, jury duty, required military training or bereavement leave will be considered days worked.  The following disqualifies an Officer from Perfect Attendance Days; rehired within the award period; out on leave during the period (except Military Leave); worked part-time during the period; or received pay for unscheduled vacation days.

## ARTICLE 19
## JURY DUTY

19.1    Officers are required to provide a copy of the Notice of Jury Service upon receipt. They are required to inform their Supervisor as soon as possible after learning the specific date of service required. Upon presenting documentation of jury service performed, the Company shall reimburse the Officer for each regularly scheduled hour missed at their regular pay rate, to a maximum of ten (10) days in any 12-month period. Transportation fees provided to Officers for serving as a juror shall not be considered as jury duty pay. Officers are expected to return to work if excused from jury duty in time to perform at least four (4) hours of a scheduled work shift.

19.2    Jury duty shall not be considered as time worked for the purpose of computing overtime.

## ARTICLE 20
## BEREAVEMENT LEAVE

20.1    Upon the death of a full-time Officer's immediate family member, the Officer will be granted up to three (3) days leave with pay, not including the Officers regular days off, in order for the Officer to make arrangements for and to attend the funeral.

20.2    For the purposes of this Article immediate family member is defined as an Officers spouse, child, parents, siblings, grandparents and grandchildren, including immediate family members by step or in-law relation.

20.3    Bereavement Leave shall not be considered as time worked for the purposes of computing overtime.

GEO-Novoa_00035174

20.4   Upon the death of a qualifying person under Section 19.2, the Facility Administrator or their designee will consider, on a case-by-case basis, requests to extend Bereavement Leave through the use of available vacation time and/or sick leave and/or authorized leave without pay.

20.5   The Warden or their designee will consider, on a case-by-case basis, requests for Bereavement Leave associated with the death of an individual who is like a family member, but not identified in Section 19.2, through the use of available vacation time and/or sick leave. In the event the Officer does not have any available vacation time or sick leave, said time would be unpaid.

# ARTICLE 21
# HOLIDAYS

21.1   The Company will provide full-time Officers the following ten (10) paid holidays regardless of the day on which the holiday falls:

| | |
|---|---|
| New Year's Day | Labor Day |
| Martin Luther King's Day | Presidents' Day |
| Veterans Day | Memorial Day |
| Thanksgiving Day | Independence Day |
| Christmas Day | Birthday Holiday |

21.2   Officers may opt to take their Birthday Holiday on their actual birthday, up to sixty (60) calendar days after their birthday. An Officer requesting to take as his Birthday Holiday, shall submit a "Request for Time Off Form" to their shift supervisor a minimum of two (2) weeks in advance. The Company retains the right to approve the number of Officers that will be allowed to take the day off. Selection will be made on a first come, first served basis. In the event, an Officer cannot use or elects not to use their Birthday Holiday, said Officer shall be paid eight (8) hours of holiday pay.

21.3   Provided individual Officers have worked any hours during the week the holiday falls, they will receive eight (8) hours of Holiday Pay at their regular straight-time hourly rate; however, Officers who call off on the holiday itself, shall be required to provide a doctor's note excusing them for work to be paid the holiday. Officers who fail to provide a doctor's note, shall not be paid for the holiday. In addition, Officers who work on the actual day a holiday falls will be paid their straight time rate for all hours so worked. Appropriate overtime rules apply to the actual number of hours worked on a holiday or during a week in which a holiday falls. The eight (8) hours of Holiday Pay are not included as hours worked for the purpose of calculating overtime.

21.4   Officers will receive Holiday Pay even if they are on approved paid time off (vacation, jury duty, bereavement leave, etc.).

GEO-Novoa_00035175

21.5    Part-time Officers will receive holiday pay based on a prorated basis at the rate of 20% of
wages worked the week of the holiday, regardless of the day on which the holiday falls.

# ARTICLE 22
# VACATION

22.1    During the term of this Agreement, the Company shall grant paid vacation to all full-time
Officers based on years of service with the Company. Years of Service is determined by
the Officer's anniversary date with the Company.

| Years of Service | Pay Period Accrual | Annual Accrual |
|---|---|---|
| More than one (1) year but less than 5 years | 3.077 hours | 80 hours |
| More than five (5) years but less than 10 years | 4.616 hours | 120 hours |
| More than ten (10) years but less than 15 years | 6.154 hours | 160 hours |
| More than fifteen (15) years | 7.692 hours | 200 hours |

22.2    During the term of this Agreement, the Company will pay a percentage of worked wages
in lieu of vacation for part-time Officers as follows:

| Years of Service | % of Worked Wages |
|---|---|
| More than one (1) year but less than 5 years | 6.15% |
| More than five (5) years but less than 10 years | 8.08% |
| More than ten (10) years | 10.00% |

22.3    Unused vacation, up to the annual accrual listed in Article 21.1, not taken within the annual
twelve month vacation period, shall be rolled over into the next year's allotment of
vacation.  Any unused vacation time in excess of the annual accrual hours listed in Article
21.1 shall be paid out.

22.4    Any unused vacation time that has been earned and vested shall be paid at the time of
separation from employment with GEO.

22.5    Officers, at their sole discretion, may also use available paid vacation time to cover
scheduled and unscheduled absences due to illness or injury once all paid sick leave
benefits under Article 24 (Paid Sick Leave) have been exhausted.

22.6    If a designated holiday named in this Agreement falls during an Officer's vacation period,
such Officer shall be entitled to receive pay for such holiday [eight (8) hours at the Officer's
straight time hourly rate in addition to their vacation pay].

22.7    Vacation preferences will be determined as follows:

A. During the month of November a vacation calendar for the following year will be
posted in the Officers' break rooms.

27

B. The vacation calendar will be accompanied by a current union seniority list with a signature line.

C. Officers will select hours of vacation in the order of their seniority. Officers have the option to select their vacation, in part or in full. Officers may also elect not to select any vacation at that time. Officers will sign their name to the seniority list and the next senior Officer will be allowed to make their selection.

D. The Company may allow the maximum amount of Officers off for vacation per shift provided it does not interfere with the efficient operations of the facility. With that in mind, the Company will at a minimum award time off for vacation to two (2) Officers per shift at the East building and three (3) Officers per shift at the West building.

E. Subsequent vacation requests will be handled on a first come, first served basis.

F. Every effort will be made to accommodate additional vacation requests per shift at each building.

22.8  Vacation time shall not be considered as time worked for the purpose of computing overtime.

22.9  Except as provided in sections 21.3 and 21.4, Officers entitled to vacation will not be given pay in lieu thereof.

## ARTICLE 23
## 401(k) PLAN

23.1  All Officers are eligible to participate in the Company 401(k) and profit sharing savings plan as may be amended from time to time by the Company to ensure that the benefits are the same for all GEO Group Officers.

23.2  The Company will match 50% of the Officers salary deferrals up to the first 5% of salary deferred (maximum matching contribution is 2.5% of deferred salary).

23.3  The Company's matching contribution will be applied each pay period.

## ARTICLE 24
## WAGES

24.1  Listed below are the hourly rates and the Health and Welfare hourly rate for covered Officers by this Agreement.

GEO-Novoa_00035177

| GEO Dates of Hire<br>Detention Officers, Transportation Officers, Medical Transportation Officers, Classification/Intake Officers, Bailiffs, Cook Supervisors, Laundry Supervisors | Year 1 Hourly Rate | Year 2 Hourly Rate | Year 3 Hourly Rate |
|---|---|---|---|
| From Date of Hire to 1 year | $23.60 | $24.30 | $25.00 |
| 1 year but less than 5 years | $25.30 | $26.00 | $26.70 |
| 5 years or more | $26.00 | $26.70 | $27.40 |
| Health & Welfare (effective July 1, 2018) | $4.13 | | |

| Food Service Workers | Year 1 Hourly Rate | Year 2 Hourly Rate | Year 3 Hourly Rate |
|---|---|---|---|
| Hourly Rates | $17.09 | $17.61 | $18.14 |
| Health & Welfare (effective July 1, 2018) | $4.13 | | |

| Laundry Technicians, Law Library Technicians | Year 1 Hourly Rate | Year 2 Hourly Rate | Year 3 Hourly Rate |
|---|---|---|---|
| Hourly Rates | $13.97 | $14.39 | $14.82 |
| Health & Welfare (effective July 1, 2018) | $4.13 | | |

Should the CBA not be incorporated into the Operations and Management Contract, the parties agree to reopen negotiations.

Should the Department of Labor increase the Health and Welfare Hourly Rate during the term of this Agreement the Company and the Union agree to reopen negotiations regarding the Health and Welfare Hourly Rate provided for in this Article.

Any revised Health and Welfare Hourly Rate will only become effective on the Client Contract Date (i.e. May 27) once each year of the Agreement as incorporated by the Client into the Operations and Management Contract.

24.2   Officers shall receive the Health & Welfare hourly rate (based on 2080 hours per year) as a part of their wages. Officers may elect to voluntarily participate in the Company's benefit plans, the cost of which will be explained in detail to each Officer. Should Officers elect not to participate in the Company's benefit plans the amount of the Health & Welfare hourly rate will continue to be paid directly to the Officer in the form of wages and be reflected on their paychecks. Should an Officer choose to participate in the Company's benefit plans on a limited basis (for example taking dental or vision insurance only) any cost of the plans will be subtracted from the Health & Welfare hourly rate, with the remaining funds continuing to be paid in the form of wages.

GEO-Novoa_00035178

## ARTICLE 25
## PAID SICK LEAVE

25.1    Executive Order 13706, establishing Paid Sick Leave applies to this collective bargaining
agreement subject to the Service Contract Act for which the client contract is awarded.  As
such, GEO shall provide Officers with one (1) hour of paid sick leave for every thirty (30)
hours they work, up to 56 hours of paid sick leave each year.  Officers are permitted to use
paid sick leave for their own illness, injury or other health-related needs, including
preventative care; to assist a family member (or person who is like family to the Officer)
who is ill, injured, or has other health related needs, including preventative care; or for
reasons resulting from, or to assist a family member (or person who is like family to the
Officer) who is a victim of domestic violence, sexual assault, or stalking.  Additional
information regarding this Executive Order is available at www.dol.gov/whd/govcontracts.

25.2    Effective July 1, 2018, the Company shall front load twenty-four (24) hours of paid sick
leave.  Officers shall continue to accrue the balance of 56 hours of paid sick leave as
defined in Article 24.1.  The front loading of hours shall only occur on July1, 2018.

25.3    The accrual year begins on July 1 and ends on June 30 each year.

## ARTICLE 26
## HEALTH AND WELLNESS BENEFITS

26.1    Effective the first day of the month coincident with or following 30-days of employment,
full-time Officers may elect to enroll in:

> A. The Company's Group Health Insurance Plans, plan with optional family
> coverage.
> B. Flexible Spending Accounts

The company has established and pays the administrative costs related to pre-taxed
Medical and Dependent Care Flexible Spending Accounts (FSA). Officers have the
opportunity, through pre-taxed payroll deductions, to participate in these FSA programs up
to the limits established by law. For additional information Officers should contact their
Human Resources Office. For decisions related to income tax considerations, Officers
should consult with the IRS or a personal financial advisor.

26.2    Effective the first day of the month coincident with or following 90-days of employment
full-time Officers may elect to participate in Company's dental, vision, group life
insurance, disability, legal and voluntary benefit plans. Specific information related to
these plans is available from the facility Human Resources Department. The terms and
conditions of said plans are not subject to the grievance and arbitration procedures
established herein.

26.3    The Company reserves the exclusive right to make or modify Health and Wellness benefits
at any time during the life of this Agreement. The Company also reserves the exclusive

GEO-Novoa_00035179

right to modify the choice of service providers.

26.4   The Company shall discuss with the Union any changes or modifications to the Health and
       Wellness benefits prior to open enrollment. The Union will have the option to offer the
       Union's benefit plan.

26.5   Health and Wellness Benefits shall not be subject to the grievance procedures set forth in
       this Agreement.

26.6   Employee Assistance Program

       To assist Officers in both work related and non-work related issues, the Company provides
       an Employee Assistance Program. Program participation may be voluntary or in some
       instances required by the Company. The provisions of the Employee Assistance Program
       are not subject to the grievance and arbitration process. Specific information related to the
       EAP may be found in the facility Human Resource Office and/or GEO Corporate Human
       Resources. The EAP is available for Officers and their families. All information, whether
       voluntary or required by management, is strictly confidential.

## ARTICLE 27
## WAIVER OF BARGAINING RIGHTS AND AMENDMENTS TO
## AGREEMENT

27.1   During the negotiations resulting in this Agreement, the Company and the Union each had
       the unlimited right and opportunity to make demands and proposals with respect to all
       proper subjects of collective bargaining; all such subjects were discussed and negotiated
       upon; and the agreements contained herein were arrived at after the free exercise of such
       rights and opportunity.

27.2   This Agreement supersedes any previous agreements, rules, regulations or customs
       governing the Company, its employees and the Union.

27.3   Any changes in this Agreement, whether by addition, waiver, deletion, amendments or
       modifications, must be reduced to writing and executed by both the Company and the
       Union. The Company and the Union shall meet to negotiate these changes prior to their
       implementation.

## ARTICLE 28
## DRUG AND ALCOHOL TESTING

27.1   The Union collectively and its members individually recognize the sensitive nature of the
       Company's business. As such, each recognizes that maintaining a drug and alcohol free
       work place is essential to the safety and security of all Officers, the general public, the
       inmates and the institution.

31

GEO-Novoa_00035180

27.2    The Union collectively and the members individually agree that the Company has the right to implement policies and procedures related to drug and alcohol testing and that these policies may include provisions for both cause and prevention testing.

27.3    Drug testing includes provisions for testing for Cause and Prevention. Procedures are found in the Adelanto Detention Facility Policy 3.2.6 and GEO Policy #3.2.6 Personnel: <u>Drug Free Workplace</u>.

27.4    When the Company has a "reasonable suspicion" to believe that an Officer is in violation of Company Rules of Conduct related to the use of alcohol or drugs, the Facility Administrator or his designee may require the Officer to submit to an alcohol and/or drug test. Procedures are established in the Adelanto Facility Policy 3.2.6 and GEO Policy #3 .2.6. Personnel: <u>Drug Free Workplace</u>.

27.5    An Officer may refuse to submit to a drug screening or alcohol test. However the Officer shall be warned that such refusal constitutes grounds for immediate dismissal and then be allowed an opportunity to submit to the testing as though the Officer had originally complied with the order.

27.6    The Union collectively and the members individually agree that drug testing policies or regulations of the Company, Client or other regulating authority are subject to review and change. Changes made by the Company, Client or other regulating agencies will be binding on the parties to this Agreement. Changes will be communicated to the Union prior to implementation.

# ARTICLE 29
## MISCELLANEOUS PROVISIONS

28.1    The Union recognizes that it is the responsibility of Officers to familiarize themselves and learn all policies and rules established by the Company or its Client, and faithfully report all violations thereof. The Union agrees that Officers shall discharge all duties as assigned to them impartially and without regard to any Union or non-union affiliation of any Officer of the Company or Client, and that failure to do so may be cause for discipline.

28.2    It is understood that no provisions of this Agreement will apply to any temporary supplementary correctional force transferred to work at the facility to maintain contractual obligations to the Client or during emergency situations. Unless the Client exercises its contractual option to assume operation of the facility or Officers are engaged in an adverse job action against the Company, such supplementary force will not result in job loss or in the loss of normal hours to permanent Officers coming under this agreement while the supplementary force is being utilized.

28.3    The Union recognizes the principle of management responsibility and that the Company must furnish satisfactory service in accordance with the demands and directives of the Company's Client(s) and the requirements of the particular job.

32

28.4    Officers will be paid at the appropriate rate for all required Company Training.

28.5    Union membership insignia shall be authorized to be worn on Company uniforms provided that if the Client objects then such insignia shall be removed when the Company so requests.

28.6    The Company agrees to permit one (1) full time bargaining unit member selected by the Union as the Union Safety Representative to participate in the facility sponsored safety committee. An alternate may be utilized when the primary Union Safety Representative is not available due to illness or vacation or when circumstances require the assistance of an alternate.

28.7    The Company and the Union agree to meet quarterly (more often if necessary) for Labor/Management meetings to share information, discuss issues and improve communications.   This meeting will be no more than two people from each party represented and will not be to discuss grievances.

28.8    The Union shall appoint a Union Safety Representative.  The Company shall inform the Union Safety Representative of staff assaults and workplace injuries resulting in lost time within twenty-four (24) hours of the events.

28.9    This Agreement shall be binding upon the parties hereto, their successors and assigns and no provisions, terms or obligations herein contained shall be affected, modified, altered or changed in any respect whatsoever by the consolidation, merger, sale transfer or assignment of either party hereto or affected, modified, altered or changed in any respect whatsoever by any change of any kind in the legal status, owner or management of either party hereto.

## ARTICLE 30
## DURATION

Except as otherwise provided herein, this Agreement becomes effective on April 23, 2018, and shall continue in force and effect until midnight April 22, 2021, and from year to year thereafter, unless either party receives written notice from the other party, not less than sixty (60) days, nor more than ninety (90) days, immediately prior to the expiration date, of its intention to amend, modify or terminate this Agreement, provided that if the Company shall cease to operate at this site, this Agreement shall automatically terminate and the rights and obligations of both the Union and the Company hereunder, shall automatically cease except with reference to those Officers covered herein shall remain in the employment of the Company for the purpose of performing work arising from the termination provisions of the Company's agreement with the Client, and as to such Officers, this Agreement shall continue in effect until termination of employment of such Officers.

GEO-Novoa_00035182

IN WITNESS WHEREOF, the parties have caused their Representatives to sign this
Agreement on April 23, 2018, as full acknowledgement of their intentions to be bound by
the Agreement.

Michael Burke                    4-24-18
UGSOA                            Date

Christopher D. Ryan              4/25/18
GEO                              Date

UGSOA                            4/23/18
                                 Date

GEO                              4/23/18
                                 Date

UGSOA                 Nowicki
                      Date  4/23/18

GEO-Novoa_00035183

```
WD 15-5629 (Rev.-9) was first posted on www.wdol.gov on 01/01/2019
************************************************************************************
REGISTER OF WAGE DETERMINATIONS UNDER |        U.S. DEPARTMENT OF LABOR
      THE SERVICE CONTRACT ACT        | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor|        WAGE AND HOUR DIVISION
                                      |         WASHINGTON D.C.  20210
                                      |
                                      |
                                      |
                                      | Wage Determination No.: 2015-5629
Daniel W. Simms        Division of    |          Revision No.: 9
Director          Wage Determinations |      Date Of Revision: 12/26/2018
_____|_____
```

Note: Under Executive Order (EO) 13658, an hourly minimum wage of $10.60 for
calendar year 2019 applies to all contracts subject to the Service Contract
Act for which the contract is awarded (and any solicitation was issued) on or
after January 1, 2015. If this contract is covered by the EO, the contractor
must pay all workers in any classification listed on this wage determination
at least $10.60 per hour (or the applicable wage rate listed on this wage
determination, if it is higher) for all hours spent performing on the contract
in calendar year 2019. The EO minimum wage rate will be adjusted annually.
Additional information on contractor requirements and worker protections under
the EO is available at www.dol.gov/whd/govcontracts.

State: California

Area: California Counties of Riverside, San Bernardino

```
_____
            **Fringe Benefits Required Follow the Occupational Listing**
OCCUPATION CODE - TITLE                               FOOTNOTE          RATE
01000 - Administrative Support And Clerical Occupations
   01011 - Accounting Clerk I                                          15.83
   01012 - Accounting Clerk II                                         17.77
   01013 - Accounting Clerk III                                        20.27
   01020 - Administrative Assistant                                    28.08
   01035 - Court Reporter                                              26.52
   01041 - Customer Service Representative I                           13.84
   01042 - Customer Service Representative II                          15.56
   01043 - Customer Service Representative III                         16.98
   01051 - Data Entry Operator I                                       13.43
   01052 - Data Entry Operator II                                      14.65
   01060 - Dispatcher, Motor Vehicle                                   22.41
   01070 - Document Preparation Clerk                                  16.83
   01090 - Duplicating Machine Operator                               16.87
   01111 - General Clerk I                                             13.30
   01112 - General Clerk II                                            14.92
   01113 - General Clerk III                                           17.43
   01120 - Housing Referral Assistant                                  22.02
   01141 - Messenger Courier                                           13.34
   01191 - Order Clerk I                                               16.98
   01192 - Order Clerk II                                              18.53
   01261 - Personnel Assistant (Employment) I                         18.07
   01262 - Personnel Assistant (Employment) II                        20.20
   01263 - Personnel Assistant (Employment) III                       22.53
   01270 - Production Control Clerk                                    23.51
   01290 - Rental Clerk                                                16.61
   01300 - Scheduler, Maintenance                                      17.66
   01311 - Secretary I                                                 17.66
   01312 - Secretary II                                                19.75
   01313 - Secretary III                                               22.02
```

GEO-Novoa_00035184

```
01320 – Service Order Dispatcher                        19.54
01410 – Supply Technician                               28.08
01420 – Survey Worker                                   19.93
01460 – Switchboard Operator/Receptionist               14.51
01531 – Travel Clerk I                                  13.19
01532 – Travel Clerk II                                 13.98
01533 – Travel Clerk III                                14.85
01611 – Word Processor I                                16.09
01612 – Word Processor II                               18.06
01613 – Word Processor III                              20.20
05000 – Automotive Service Occupations
  05005 – Automobile Body Repairer, Fiberglass          22.65
  05010 – Automotive  Electrician                       24.40
  05040 – Automotive Glass Installer                    22.92
  05070 – Automotive Worker                             22.92
  05110 – Mobile Equipment Servicer                     21.08
  05130 – Motor Equipment Metal Mechanic                23.56
  05160 – Motor Equipment Metal Worker                  22.92
  05190 – Motor Vehicle Mechanic                        23.56
  05220 – Motor Vehicle Mechanic Helper                 20.22
  05250 – Motor Vehicle Upholstery Worker               22.44
  05280 – Motor Vehicle Wrecker                         22.92
  05310 – Painter, Automotive                           24.40
  05340 – Radiator Repair Specialist                    22.92
  05370 – Tire Repairer                                 13.98
  05400 – Transmission Repair Specialist                23.56
07000 – Food Preparation And Service Occupations
  07010 – Baker                                         14.36
  07041 – Cook I                                        15.44
  07042 – Cook II                                       18.08
  07070 – Dishwasher                                    10.77
  07130 – Food Service Worker                           11.77
  07210 – Meat Cutter                                   17.59
  07260 – Waiter/Waitress                               11.43
09000 – Furniture Maintenance And Repair Occupations
  09010 – Electrostatic Spray Painter                   19.84
  09040 – Furniture Handler                             12.46
  09080 – Furniture Refinisher                          18.16
  09090 – Furniture Refinisher Helper                   14.86
  09110 – Furniture Repairer, Minor                     17.40
  09130 – Upholsterer                                   18.16
11000 – General Services And Support Occupations
  11030 – Cleaner, Vehicles                             11.76
  11060 – Elevator Operator                             14.09
  11090 – Gardener                                      19.21
  11122 – Housekeeping Aide                             14.09
  11150 – Janitor                                       14.09
  11210 – Laborer, Grounds Maintenance                  14.40
  11240 – Maid or Houseman                              11.74
  11260 – Pruner                                        13.27
  11270 – Tractor Operator                              18.21
  11330 – Trail Maintenance Worker                      14.40
  11360 – Window Cleaner                                16.17
12000 – Health Occupations
  12010 – Ambulance Driver                              17.85
  12011 – Breath Alcohol Technician                     19.64
  12012 – Certified Occupational Therapist Assistant    34.07
  12015 – Certified Physical Therapist Assistant        33.30
  12020 – Dental Assistant                              17.27
  12025 – Dental Hygienist                              45.16
  12030 – EKG Technician                                27.58
```

GEO-Novoa_00035185

```
    12035 - Electroneurodiagnostic Technologist               27.58
    12040 - Emergency Medical Technician                      17.85
    12071 - Licensed Practical Nurse I                        18.94
    12072 - Licensed Practical Nurse II                       21.18
    12073 - Licensed Practical Nurse III                      23.72
    12100 - Medical Assistant                                 14.31
    12130 - Medical Laboratory Technician                     22.06
    12160 - Medical Record Clerk                              18.32
    12190 - Medical Record Technician                         20.49
    12195 - Medical Transcriptionist                          22.00
    12210 - Nuclear Medicine Technologist                     48.34
    12221 - Nursing Assistant I                               12.33
    12222 - Nursing Assistant II                              13.87
    12223 - Nursing Assistant III                             15.13
    12224 - Nursing Assistant IV                              16.97
    12235 - Optical Dispenser                                 17.78
    12236 - Optical Technician                                18.00
    12250 - Pharmacy Technician                               17.83
    12280 - Phlebotomist                                      18.67
    12305 - Radiologic Technologist                           33.59
    12311 - Registered Nurse I                                31.47
    12312 - Registered Nurse II                               38.49
    12313 - Registered Nurse II, Specialist                   30.49
    12314 - Registered Nurse III                              48.20
    12315 - Registered Nurse III, Anesthetist                 48.20
    12316 - Registered Nurse IV                               57.77
    12317 - Scheduler (Drug and Alcohol Testing)              25.67
    12320 - Substance Abuse Treatment Counselor               25.31
 13000 - Information And Arts Occupations
    13011 - Exhibits Specialist I                             23.89
    13012 - Exhibits Specialist II                            29.60
    13013 - Exhibits Specialist III                           36.38
    13041 - Illustrator I                                     26.08
    13042 - Illustrator II                                    32.31
    13043 - Illustrator III                                   39.52
    13047 - Librarian                                         32.79
    13050 - Library Aide/Clerk                                16.49
    13054 - Library Information Technology Systems            29.60
    Administrator
    13058 - Library Technician                                22.40
    13061 - Media Specialist I                                21.36
    13062 - Media Specialist II                               23.89
    13063 - Media Specialist III                              26.64
    13071 - Photographer I                                    16.93
    13072 - Photographer II                                   18.94
    13073 - Photographer III                                  24.13
    13074 - Photographer IV                                   32.91
    13075 - Photographer V                                    39.80
    13090 - Technical Order Library Clerk                     16.68
    13110 - Video Teleconference Technician                   18.25
 14000 - Information Technology Occupations
    14041 - Computer Operator I                               17.82
    14042 - Computer Operator II                              19.93
    14043 - Computer Operator III                             22.89
    14044 - Computer Operator IV                              25.73
    14045 - Computer Operator V                               28.50
    14071 - Computer Programmer I             (see 1)
    14072 - Computer Programmer II            (see 1)
    14073 - Computer Programmer III           (see 1)
    14074 - Computer Programmer IV            (see 1)
    14101 - Computer Systems Analyst I        (see 1)
```

GEO-Novoa_00035186

```
    14102 – Computer Systems Analyst II              (see 1)
    14103 – Computer Systems Analyst III             (see 1)
    14150 – Peripheral Equipment Operator                         17.82
    14160 – Personal Computer Support Technician                  25.73
    14170 – System Support Specialist                             30.46
 15000 – Instructional Occupations
    15010 – Aircrew Training Devices Instructor (Non-Rated)       34.73
    15020 – Aircrew Training Devices Instructor (Rated)           42.03
    15030 – Air Crew Training Devices Instructor (Pilot)          50.37
    15050 – Computer Based Training Specialist / Instructor       34.73
    15060 – Educational Technologist                              48.37
    15070 – Flight Instructor (Pilot)                             50.37
    15080 – Graphic Artist                                        22.59
    15085 – Maintenance Test Pilot, Fixed, Jet/Prop               45.48
    15086 – Maintenance Test Pilot, Rotary Wing                   45.48
    15088 – Non-Maintenance Test/Co-Pilot                         45.48
    15090 – Technical Instructor                                  22.84
    15095 – Technical Instructor/Course Developer                 27.94
    15110 – Test Proctor                                          18.44
    15120 – Tutor                                                 18.44
 16000 – Laundry, Dry-Cleaning, Pressing And Related Occupations
    16010 – Assembler                                             12.03
    16030 – Counter Attendant                                     12.03
    16040 – Dry Cleaner                                           13.74
    16070 – Finisher, Flatwork, Machine                           12.03
    16090 – Presser, Hand                                         12.03
    16110 – Presser, Machine, Drycleaning                         12.03
    16130 – Presser, Machine, Shirts                              12.03
    16160 – Presser, Machine, Wearing Apparel, Laundry            12.03
    16190 – Sewing Machine Operator                               14.47
    16220 – Tailor                                                15.46
    16250 – Washer, Machine                                       12.60
 19000 – Machine Tool Operation And Repair Occupations
    19010 – Machine-Tool Operator (Tool Room)                     20.24
    19040 – Tool And Die Maker                                    24.16
 21000 – Materials Handling And Packing Occupations
    21020 – Forklift Operator                                     15.38
    21030 – Material Coordinator                                  22.14
    21040 – Material Expediter                                    22.14
    21050 – Material Handling Laborer                             16.24
    21071 – Order Filler                                          14.17
    21080 – Production Line Worker (Food Processing)              15.38
    21110 – Shipping Packer                                       15.08
    21130 – Shipping/Receiving Clerk                              15.08
    21140 – Store Worker I                                        12.12
    21150 – Stock Clerk                                           17.25
    21210 – Tools And Parts Attendant                             15.38
    21410 – Warehouse Specialist                                  15.38
 23000 – Mechanics And Maintenance And Repair Occupations
    23010 – Aerospace Structural Welder                           36.39
    23019 – Aircraft Logs and Records Technician                  28.45
    23021 – Aircraft Mechanic I                                   33.61
    23022 – Aircraft Mechanic II                                  36.39
    23023 – Aircraft Mechanic III                                 37.79
    23040 – Aircraft Mechanic Helper                              23.84
    23050 – Aircraft, Painter                                     31.94
    23060 – Aircraft Servicer                                     28.45
    23070 – Aircraft Survival Flight Equipment Technician         31.94
    23080 – Aircraft Worker                                       30.21
    23091 – Aircrew Life Support Equipment (ALSE) Mechanic        30.21
    I
```

GEO-Novoa_00035187

```
    23092 - Aircrew Life Support Equipment (ALSE) Mechanic        33.61
    II
    23110 - Appliance Mechanic                                    22.41
    23120 - Bicycle Repairer                                      13.98
    23125 - Cable Splicer                                         38.04
    23130 - Carpenter, Maintenance                                27.67
    23140 - Carpet Layer                                          25.73
    23160 - Electrician, Maintenance                              29.81
    23181 - Electronics Technician Maintenance I                  28.04
    23182 - Electronics Technician Maintenance II                 30.18
    23183 - Electronics Technician Maintenance III                30.97
    23260 - Fabric Worker                                         21.45
    23290 - Fire Alarm System Mechanic                            23.19
    23310 - Fire Extinguisher Repairer                            22.39
    23311 - Fuel Distribution System Mechanic                     32.16
    23312 - Fuel Distribution System Operator                     25.39
    23370 - General Maintenance Worker                            21.13
    23380 - Ground Support Equipment Mechanic                     33.61
    23381 - Ground Support Equipment Servicer                     28.45
    23382 - Ground Support Equipment Worker                       30.21
    23391 - Gunsmith I                                            22.39
    23392 - Gunsmith II                                           26.33
    23393 - Gunsmith III                                          28.62
    23410 - Heating, Ventilation And Air-Conditioning             24.62
    Mechanic
    23411 - Heating, Ventilation And Air Contidioning             28.42
    Mechanic (Research Facility)
    23430 - Heavy Equipment Mechanic                              29.41
    23440 - Heavy Equipment Operator                              32.65
    23460 - Instrument Mechanic                                   31.49
    23465 - Laboratory/Shelter Mechanic                           28.19
    23470 - Laborer                                               13.32
    23510 - Locksmith                                             26.40
    23530 - Machinery Maintenance Mechanic                        27.12
    23550 - Machinist, Maintenance                                24.78
    23580 - Maintenance Trades Helper                             13.87
    23591 - Metrology Technician I                                31.49
    23592 - Metrology Technician II                               33.06
    23593 - Metrology Technician III                              34.32
    23640 - Millwright                                            24.76
    23710 - Office Appliance Repairer                             20.06
    23760 - Painter, Maintenance                                  21.05
    23790 - Pipefitter, Maintenance                               25.18
    23810 - Plumber, Maintenance                                  23.72
    23820 - Pneudraulic Systems Mechanic                          28.62
    23850 - Rigger                                                28.62
    23870 - Scale Mechanic                                        26.33
    23890 - Sheet-Metal Worker, Maintenance                       27.67
    23910 - Small Engine Mechanic                                 17.79
    23931 - Telecommunications Mechanic I                         26.92
    23932 - Telecommunications Mechanic II                        31.30
    23950 - Telephone Lineman                                     25.88
    23960 - Welder, Combination, Maintenance                      19.51
    23965 - Well Driller                                          37.50
    23970 - Woodcraft Worker                                      28.62
    23980 - Woodworker                                            21.59
 24000 - Personal Needs Occupations
    24550 - Case Manager                                          17.53
    24570 - Child Care Attendant                                  13.05
    24580 - Child Care Center Clerk                               16.40
    24610 - Chore Aide                                            11.17
```

GEO-Novoa_00035188

```
24620 – Family Readiness And Support Services                    17.53
  Coordinator
24630 – Homemaker                                                17.77
25000 – Plant And System Operations Occupations
  25010 – Boiler Tender                                          33.10
  25040 – Sewage Plant Operator                                  31.44
  25070 – Stationary Engineer                                    33.10
  25190 – Ventilation Equipment Tender                           22.76
  25210 – Water Treatment Plant Operator                         31.44
27000 – Protective Service Occupations
  27004 – Alarm Monitor                                          25.70
  27007 – Baggage Inspector                                      13.15
  27008 – Corrections Officer                                    38.27
  27010 – Court Security Officer                                 33.62
  27030 – Detection Dog Handler                                  15.95
  27040 – Detention Officer                                      38.27
  27070 – Firefighter                                            28.64
  27101 – Guard I                                                13.15
  27102 – Guard II                                               15.95
  27131 – Police Officer I                                       40.90
  27132 – Police Officer II                                      45.44
28000 – Recreation Occupations
  20041 – Carnival Equipment Operator                            15.50
  20042 – Carnival Equipment Repairer                            17.01
  28043 – Carnival Worker                                        11.38
  28210 – Gate Attendant/Gate Tender                             14.63
  28310 – Lifeguard                                              12.86
  28350 – Park Attendant (Aide)                                  16.37
  28510 – Recreation Aide/Health Facility Attendant              11.94
  28515 – Recreation Specialist                                  20.27
  28630 – Sports Official                                        13.03
  28690 – Swimming Pool Operator                                 20.65
29000 – Stevedoring/Longshoremen Occupational Services
  29010 – Blocker And Bracer                                     25.51
  29020 – Hatch Tender                                           25.51
  29030 – Line Handler                                           25.51
  29041 – Stevedore I                                            23.70
  29042 – Stevedore II                                           27.33
30000 – Technical Occupations
  30010 – Air Traffic Control Specialist, Center (HFO)   (see 2) 43.18
  30011 – Air Traffic Control Specialist, Station (HFO)  (see 2) 29.77
  30012 – Air Traffic Control Specialist, Terminal (HFO) (see 2) 32.78
  30021 – Archeological Technician I                             24.64
  30022 – Archeological Technician II                            27.72
  30023 – Archeological Technician III                           34.21
  30030 – Cartographic Technician                                34.35
  30040 – Civil Engineering Technician                           30.51
  30051 – Cryogenic Technician I                                 29.49
  30052 – Cryogenic Technician II                                31.97
  30061 – Drafter/CAD Operator I                                 24.64
  30062 – Drafter/CAD Operator II                                27.72
  30063 – Drafter/CAD Operator III                               30.79
  30064 – Drafter/CAD Operator IV                                37.88
  30081 – Engineering Technician I                               19.68
  30082 – Engineering Technician II                              22.09
  30083 – Engineering Technician III                             24.70
  30084 – Engineering Technician IV                              30.60
  30085 – Engineering Technician V                               37.43
  30086 – Engineering Technician VI                              45.29
  30090 – Environmental Technician                               26.89
  30095 – Evidence Control Specialist                            26.14
```

GEO-Novoa_00035189

```
    30210 - Laboratory Technician                              23.44
    30221 - Latent Fingerprint Technician I                   28.61
    30222 - Latent Fingerprint Technician II                  31.60
    30240 - Mathematical Technician                           33.92
    30361 - Paralegal/Legal Assistant I                       21.57
    30362 - Paralegal/Legal Assistant II                      26.72
    30363 - Paralegal/Legal Assistant III                     32.69
    30364 - Paralegal/Legal Assistant IV                      39.55
    30375 - Petroleum Supply Specialist                       31.97
    30390 - Photo-Optics Technician                           33.63
    30395 - Radiation Control Technician                      31.97
    30461 - Technical Writer I                                26.69
    30462 - Technical Writer II                               32.64
    30463 - Technical Writer III                              39.50
    30491 - Unexploded Ordnance (UXO) Technician I            27.44
    30492 - Unexploded Ordnance (UXO) Technician II           33.20
    30493 - Unexploded Ordnance (UXO) Technician III          39.79
    30494 - Unexploded (UXO) Safety Escort                    27.44
    30495 - Unexploded (UXO) Sweep Personnel                  27.44
    30501 - Weather Forecaster I                              29.49
    30502 - Weather Forecaster II                             35.20
    30620 - Weather Observer, Combined Upper Air Or  (see 2)  30.79
    Surface Programs
    30621 - Weather Observer, Senior                (see 2)   32.23
31000 - Transportation/Mobile Equipment Operation Occupations
    31010 - Airplane Pilot                                    33.20
    31020 - Bus Aide                                          13.88
    31030 - Bus Driver                                        20.57
    31043 - Driver Courier                                    15.40
    31260 - Parking and Lot Attendant                         11.22
    31290 - Shuttle Bus Driver                                16.90
    31310 - Taxi Driver                                       12.01
    31361 - Truckdriver, Light                                16.90
    31362 - Truckdriver, Medium                               21.82
    31363 - Truckdriver, Heavy                                22.51
    31364 - Truckdriver, Tractor-Trailer                      22.51
99000 - Miscellaneous Occupations
    99020 - Cabin Safety Specialist                           16.19
    99030 - Cashier                                           12.13
    99050 - Desk Clerk                                        12.34
    99095 - Embalmer                                          29.32
    99130 - Flight Follower                                   27.44
    99251 - Laboratory Animal Caretaker I                     14.00
    99252 - Laboratory Animal Caretaker II                    15.19
    99260 - Marketing Analyst                                 26.90
    99310 - Mortician                                         33.96
    99410 - Pest Controller                                   16.58
    99510 - Photofinishing Worker                             15.19
    99710 - Recycling Laborer                                 27.20
    99711 - Recycling Specialist                              33.79
    99730 - Refuse Collector                                  23.91
    99810 - Sales Clerk                                       17.13
    99820 - School Crossing Guard                             12.33
    99830 - Survey Party Chief                                42.35
    99831 - Surveying Aide                                    22.38
    99832 - Surveying Technician                              30.61
    99840 - Vending Machine Attendant                         14.42
    99841 - Vending Machine Repairer                          18.52
    99842 - Vending Machine Repairer Helper                   14.42
```

GEO-Novoa_00035190

Note: Executive Order (EO) 13706, Establishing Paid Sick Leave for Federal
Contractors, applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1,
2017.  If this contract is covered by the EO, the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work, up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness, injury or other health-related needs, including preventive care; to
assist a family member (or person who is like family to the employee) who is ill,
injured, or has other health-related needs, including preventive care; or for
reasons resulting from, or to assist a family member (or person who is like family
to the employee) who is the victim of, domestic violence, sexual assault, or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.48 per hour or $179.20 per week or $776.53 per month

HEALTH & WELFARE EO 13706: $4.18 per hour, or $167.20 per week, or $724.53 per
month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706, Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor, 3 weeks after 5 years, and 4 weeks after 15 years.  Length of service
includes the whole span of continuous service with the present contractor or
successor, wherever employed, and with the predecessor contractors in the
performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year:  New Year's Day, Martin Luther
King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day,
Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A
contractor may substitute for any of the named holidays another day off with pay in
accordance with a plan communicated to the employees involved.)  (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b), this wage determination does
not apply to any employee who individually qualifies as a bona fide executive,
administrative, or professional employee as defined in 29 C.F.R. Part 541. Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals, (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition, because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example, if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate,
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage

GEO-Novoa_00035191