# Exhibit  1

## Part 4

determination.

Additionally, because job titles vary widely and change quickly in the computer industry, job titles are not determinative of the application of the computer professional exemption.  Therefore, the exemption applies only to computer employees who satisfy the compensation requirements and whose primary duty consists of:
    (1) The application of systems analysis techniques and procedures, including consulting with users, to determine hardware, software or system functional specifications;
    (2) The design, development, documentation, analysis, creation, testing or modification of computer systems or programs, including prototypes, based on and related to user or system design specifications;
    (3) The design, documentation, testing, creation or modification of computer programs related to machine operating systems; or
    (4) A combination of the aforementioned duties, the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS – NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance, explosives, and incendiary materials.  This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordnance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordnance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation, irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving, unloading, storage, and hauling of ordnance, explosive, and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an

GEO-Novoa_00035192

Case 5:17-cv-02514-JGB-SHK Document 375-4 Filed 10/30/20 Page 3 of 52 Page ID #:8840

adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations", Fifth Edition (Revision 1), dated September 2015, unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE, Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification, wage rate, and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract, a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order the proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the U.S.

GEO-Novoa_00035193

Department of Labor, Wage and Hour Division, for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1)).

GEO-Novoa_00035194

70CDCR19D00000011

**DEPARTMENT OF HOMELAND SECURITY (DHS)**
**IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE)**
**OFFICE OF ENFORCEMENT AND REMOVAL OPERATIONS (ERO)**

**STATEMENT OF WORK**

FACILITY LOCATION

Adelanto ICE Processing Center
10400 Rancho Road
Adelanto, CA  92301-2237

**I.  Performance:**

**(PROVIDE HOUSING AS REQUIRED BY ICE FOR 2,800 BEDS A DAY**

The Contractor is required, in units housing U.S. Immigration and Customs Enforcement (ICE) detainees, to perform in accordance with the 2011 ICE Performance Based Performance Based National Detention Standards (PBNDS),2016 Revisions dated December 2016 (PBNDS 2011, 2016 Revisions), including optimal provisions. Optimal provisions are listed in Attachment 5 to the agreement with the contractor, American Correctional Association (ACA) Standards for Adult Local Detention Facilities (ALDF), and Standards Supplement, Standards for Health Services in Jails, latest edition, National Commission on Correctional Health Care (NCCHC). Some ACA standards are augmented by ICE policy and/or procedure.  In cases where other standards conflict with ICE Policy or Standards, ICE Policy and Standards prevail.  ICE Inspectors will conduct periodic inspections of the facility to assure compliance of the ICE Performance Based Performance Based National Detention Standards.

**II.    Anticipated Start of Performance:  06/26/2019**

**III.    Armed Transportation Services:**

A.  Transportation services shall include the following:

1.  The Contractor hereunder shall provide transportation services to and from off-site medical facilities and doctors appointments.

2.  The Contractor shall furnish suitable vehicles in good condition, approved by the COR, to safely provide the required transportation services.  The Contractor shall comply with all federal and state laws with regard to inspections, licensing, and registration for all vehicles used for transportation.

3.  Nothing in this Agreement shall restrict the Contractor from acquiring additional vehicles as deemed necessary by the Contractor at no cost to the Government. The Contractor shall not allow employees to use their privately-owned vehicles to

**Appendix A - Statement of Work**

GEO-Novoa_00035195

**70CDCR19D00000011**

transport detainees.  The Contractor shall furnish vehicles equipped with interior security features (such as, but not limited to door lock controls, window locks, a wire cage with acrylic panel between the driver seat and the rear passenger seats) and be in accordance with ICE Performance Based National Detention Standards including physical separation of detainees from guards.

4.  All transportation shall be accomplished in the most economical manner.

5.  The Contractor shall, upon order of the COR, or upon its own decision in an urgent medical situation with notification to the COR immediately thereafter, transport a detainee to a hospital location.  An officer(s) shall keep the detainee under supervision 24 hours per day until the detainee is ordered released from the hospital, or at the order of the COR.  The Contractor shall then return the detainee to the Facility.

6.  The Contractor personnel provided for the above services shall be of the same qualifications, receive the same training, complete the same security clearances, and wear the same uniforms as those Contractor personnel provided in the other areas of this Agreement.

7.  All transportation Officers shall be armed in the performance of these duties.

8.  The Contractor shall establish a fully operational communication system that has direct and immediate contact with all transportation vehicles and post assignments.  Upon demand, the COR shall be provided with current status of all vehicles and post assignment employees.

9.  Failure on the Contractor's part to comply fully with the detainee(s) departure as pre-scheduled shall result in the Contractor having deductions made for non-performance.

10.  The itemized monthly invoice for transportation services for offsite medical and doctor's appointments shall state the number of miles being billed, the duration of the billing (times and dates) and the names of the detainees that were transported.  Such services shall be denoted as a separate item on submitted invoices.

11. The Contractor shall provide any further transportation services to and from the Facility as may be required or requested by the COR, including but not limited to transportation between the Facilities.

**IV.   Guard and Escort Services**

A.  The Contractor shall provide stationary guard and escort services in accordance with the ICE Performance Based National Detention Standards.  In addition, the Contractor will provide guard and escort services as requested by the COR for Executive Office of Immigration Review (EOIR), attorney interviews, Legal Orientation Program (LOP), and

**Appendix A - Statement of Work**

GEO-Novoa_00035196

70CDCR19D00000011

detainee visitation at the Adelanto ICE Processing Center.  The Contractor will also provide guard services for Adelanto ICE Processing Center.  Detainees that are sent to medical facilities or doctor's appointments. Qualified officer personnel employed by the Contractor under its policies, procedures, and practices will perform such services.  The Contractor agrees to augment such practices as may be requested by ICE to enhance specific requirements for security, detainee monitoring, visitation, and contraband control.

B.  The itemized monthly invoice for guard services for offsite medical care shall state the number of hours being billed, the duration of the billing (times and dates) and the names of the detainees that were guarded.  Such services shall be denoted as a separate item on submitted invoices.

V.   **Medical Services**

A.  The Contractor shall be responsible for the provision of health care services for ICE detainees at the facility including: on-site sick call, over the counter medication and routine drugs and medical supplies.

B.   In the event of an emergency, the Contractor shall proceed immediately with necessary medical treatment. In such event, the Contractor shall notify ICE COR and ICE Health Services Corps (IHSC) Managed Care Coordinator (MCC) immediately regarding the nature of the transferred detainee's illness or injury and type of treatment provided.

C.  The Contractor shall ensure that all health care Contractors utilized for ICE detainees hold current licenses, certifications, and/or registrations with the State and/or City where they are practicing.  The Contractor shall retain a registered nurse to provide health care and sick call coverage unless expressly stated otherwise in this Agreement.

D.  The Contractor shall ensure that onsite medical and health care coverage as defined below is available for all ICE detainees at the facility for twenty-four (24) hours per day, seven (7) days per week.  The Contractor shall ensure that its employees solicit each detainee for health complaints and deliver complaints in writing to the medical and health care staff.

E.  The Contractor shall furnish onsite health care under this Agreement as defined by the Facility local health authority.  The Contractor shall not charge any ICE detainee an additional fee or co-payment for medical services or treatment provided at the Contractor's facility.  The Contractor shall ensure that ICE detainees receive no lower level of onsite medical care and services than those it provides to local inmates, if there are any.

F.  Onsite health care services shall perform initial medical screening within twelve (12) hours of arrival to the facility, sick call coverage, provision of over-the-counter medications, treatment of minor injuries, treatment of special needs and mental health, assessments.  A full health assessment to include a history and hands on physical

**Appendix A - Statement of Work**

GEO-Novoa_00035197

**70CDCR19D00000011**

examination must be done within the first 14 days of detainee arrival.  Detainees with chronic conditions shall receive prescribed treatment and follow-up care.

G.  Arrival screening shall include at a minimum TB symptom screening, planting of the Tuberculin skin test (PPD), or digital chest x-ray per the ICE teleradiology provider and recording the history of past and present illnesses (mental and physical, pregnancy status, history of substance abuse).  If ICE installs a teleradiology machine there will be no need to plant a PPD.

H.  The Contractor shall furnish mental evaluations as determined by the Facility local health authority and provide custody oversight and medication as needed.

I.  If the Contractor determines that an ICE detainee has a medical condition which renders that person unacceptable for detention under this Agreement, (for example, contagious disease, condition needing life support, uncontrollable violence), the Contractor shall notify ICE.  Upon such notification, the Contractor shall allow ICE reasonable time to make the proper arrangements for further disposition of that detainee.

J.  The ICE Health Service Corps (IHSC) acts as the agent and final health authority for ICE on all off-site detainee medical and health related matters.  The Contractor shall release any and all medical information for ICE detainees to the IHSC representatives upon request, except where prohibited by federal or state law or regulation.  The Contractor shall submit a Medical Payment Authorization Request (MedPAR) to IHSC for request authorization for payment of services before proceeding with non-emergency, off-site medical care (e.g. off site lab testing, eyeglasses, cosmetic dental, prosthetics, and dental care for cosmetic purposes).

K.  The Contractor shall submit supporting documentation for non-routine, off-site medical/health services to IHSC.  For medical care provided outside the facility, the IHSC may determine that an alternative medical provider or institution that more aptly meets the needs of ICE and the detainee.  The Contractor shall send requests for pre-approval for non-emergency off-site care electronically to **http://inshealth.org/ManagedCare/Providers.shtm**

L.  The Contractor shall furnish twenty-four (24) hour emergency medical care and facility emergency evacuation procedures.  In an emergency, the Contractor shall obtain all medical treatment required.  The Contractor shall have access to an off site emergency medical provider at all times.  The Health Authority of the Contractor shall notify

> IHSC Managed Care Coordinators
> **Western Region**
> **CDR Carol Corbie**
> Managed Care Coordinator
> Carol.A.Corbie@ice.dhs.gov
> Office: (202) 732-6534

**Appendix A - Statement of Work**

GEO-Novoa_00035198

**70CDCR19D00000011**

as soon as possible, and in no case more than seventy-two (72) hours after detainee receipt of such care. The Health Authority will obtain pre-authorization for payment from the IHSC Managed Care Coordinator for service(s) beyond the initial emergency situation.

M. The Contractor shall allow IHSC Managed Care Coordinators reasonable access to its facility and medical records of detainees for the purpose of liaison activities with the local Health Authority and associated Contractor departments.

N. The Contractor shall provide ICE detainee medical records to ICE whether created by the Provider or its subcontractors/vendor upon request from the Contracting Officer's Representative (COR) or Alternate COR.

O. The Contractor shall submit all claims for authorized medical care to:

> ICE Health Service Corps
> VA Financial Services Center
> P.O. Box 149345
> Austin, TX 78714-9345
> (800) 479-0523

P. The ICE and PHS may refuse to reimburse the Contractor for non-emergency medical costs incurred that were not pre-approved by the IHSC.

Q. The Contractor agrees to accept and provide for the secure custody, care, and safekeeping of detainees in accordance with the State, and local laws, standards, policies, procedures, or court orders applicable to the operations of the facility.

R. The IHSC provides limited prescription drug coverage for individuals in the custody of ICE.

Prescriptions are filled at local pharmacies which are part of the Script Care Network (or other designated Pharmacy Benefits Manager). Below is the process for obtaining prescriptions for ICE detainees:

1. The Contractor shall request a group number which should be used at the pharmacy in conjunction with the BIN# 004410 and Processor Control # IHSC (*assigned by Script Care Network*) to designate this is an ICE detainee. The custodial facility should either fax or take a copy of the prescription to their participating pharmacy and indicate that this is an ICE detainee.
2. The pharmacy will run the prescription through the Script Care network for processing.
3. Formulary prescription will be dispensed; however, there will be no need for an exchange of cash between the pharmacy and custodial facility as the pharmacy will receive payment directly from Script Care.

**Appendix A - Statement of Work**

Page 5 of 14

70CDCR19D00000011

4. Non-Formulary prescriptions will follow the same procedure as formulary prescriptions; however, because non-formulary medications require prior authorization the pharmacy will receive a rejection indicating prior authorization is required. At that point the custodial facility will fax to Script Care the Drug Prior Authorization Request Form (409-833-7435) to the number designated at the top of the form. The authorization will be loaded into the Script Care network and the pharmacy will receive a call indicating the prescription has been approved. Non-Formulary urgent request must be submitted in the above manner except an X should be placed on the form in the space for URGENT REQUEST and faxed to 409-923-7391. The authorization will be loaded into the Script Care network and the pharmacy will receive a call indicating the prescription has been approved.

For further information regarding the Script Care Network please contact the VA Financial Services Center at 800-479-0523 or Script Care directly at 800-880-9988.

VI.   **ICE Physical Plant Requirements**

A. ICE Office Space – The Contractor shall refer to ICE Design Standards (see Attachment B) for specific office and workstation sizes and specific furnishing requirements for a 2,800 beds facility. The Standards include but are not limited to the following:

1. A total of 85 offices and 101 workstations as outlined below (respectively) but not limited to:

| LAFO 2800 Bed Staffing Model | |
|---|---|
| **Operations/Administration** | |
| | Quantity |
| Officer in Charge (OIC) | 1 |
| Assistant Officer in Charge (AOIC) | 2 |
| Contracting Officer Representative | 4 |
| Supervisory Mission Support Specialist | 1 |
| Mission Support Specialist | 4 |
| Mission Support Assistant (MSA) | 4 |
| Intelligence Officer | 3 |
| Intelligence Research Specialist (IRS) | 2 |
| Secretary | 1 |
| Receptionist/ Admin Assistant | 1 |
| ICE IT Specialist | 1 |
| (CIEA) | 1 |
| Subtotals | 25 |
| **Removal Unit** | |
| Supervisory Detention and Deportation Officer | 10 |
| Deportation Officer | 40 |

**Appendix A - Statement of Work**

GEO-Novoa_00035200

**70CDCR19D00000011**

| | |
|---|---|
| Deportation Removal Assistant | 40 |
| Subtotals | 90 |
| | |
| **Detainee Living Zone** | |
| Supervisory Detention and Deportation Officer | 3 |
| Supervisory Detention and Deportation (SIEA) | 8 |
| Deportation Officer (IEA) | 60 |
| Subtotals | 71 |
| **Staff Services/Training** | |
| Training Officer | 1 |
| Subtotals | 1 |
| Grand Totals | 186 |

    a.   File rooms (see Standards for size and quantity)

    b.  Conference rooms adjacent to or within ICE area (see Standards for size and quantity)

    c.  Employee break rooms (see Standards for size and quantity)

    d.  IT computer support rooms must be provided through out ICE space per the specifications.  Including specialized requirements for climate control of IT equipment rooms for PHS, EOIR and ICE office area.

    e.  Actual location, layout, configuration, and size of rooms will be determined during the final design phase.

B.  OPLA Space:  The Standards include but are not limited to the following:

    1.  (1) Deputy Chief Counsel
    2.  (36) Assistant Chief Counsel (*ACC)(2.3/Courtroom*)
    3.  (12) Legal Technicians (*1 per 3 ACCs*)
    4.  (1) Mail/File Clerk

C.  EOIR Space:  The Standards include but are not limited to the following:

    1.  (10) Court Rooms
    2.  (10) Judges
    3.  (1) Court Administrator
    4.  (4) Law Clerks
    5.  (6) Supervisory Staff
    6.  (28) Administrative Staff
    7.  (2) Mail/File Clerk

D.  Health Services Space:  Health Services to be provided by the Contractor;

Healthcare Services Design Standards shall be in accordance with American Correctional Association requirements when provided by the Contractor.

**Appendix A - Statement of Work**

GEO-Novoa_00035201

**70CDCR19D00000011**

E.  ICE Processing Area

    1.  Processing area shall be designed to process male detainees as required in high frequency rates and varying numbers, i.e., up to 100 detainees at one time.

    2.  Processing area shall be in compliance with the ICE Hold Room Standard and ICE Performance Based National Detention Standards.

F.  Furniture – All furniture and case goods (modular cubical, shelving, drawers, etc.) shall be furnished by the Contractor in accordance with ICE Design Guide and specifications as required in accordance with the ICE Design Standards.

G.  ICE IT Equipment - ICE shall provide and install IT equipment in office spaces for ICE personnel only, to include computer workstations and screens, printers and fax machines. All infrastructure and cabling shall be provided by the Contractor in accordance with the Structured Cable Plant Standard.

    **NOTE:** ICE IT system must be a complete, independent and physically separate system from the Contractor's IT system.  The system shall serve all operational components:  ICE, OPLA, and IHSC.

## VII.  Detainee Work Program

A.  Detainee labor shall be used in accordance with the detainee work plan developed by the Contractor, and will be in accordance with the ICE Performance Based National Detention Standards on Detainee Voluntary Work Program.   The detainee work plan must be voluntary, and may include work or program assignments for industrial, maintenance, custodial, service, or other jobs.  The detainee work program shall not conflict with any other requirements of the contract and must comply with all applicable laws and regulations.

B.  Detainees shall not be used to perform the responsibilities or duties of an employee of the Contractor.  Detainees shall not be used to perform work in areas where sensitive documents are maintained (designated ICE workspace).  Custodial/janitorial services to be performed in designated ICE work space will be the responsibility of the Contractor.

C.  Appropriate safety/protective clothing and equipment shall be provided to detainee workers as appropriate.  Detainees shall not be assigned work that is considered hazardous or dangerous.  This includes, but is not limited to, areas or assignments requiring great heights, extreme temperatures, use of toxic substances, and unusual physical demands.

D.  The Contractor shall supply sufficient staff to monitor and control detainee work details. Unless approved by the COR, these work details must be within the security perimeter.

**Appendix A - Statement of Work**

GEO-Novoa_00035202

70CDCR19D00000011

    E.  It will be the sole responsibility of ICE to determine whether a detainee will be allowed to perform on voluntary work details and at what classification level. All detainees shall be searched when they are returned from work details.

## VIII.  Law Library

The Contractor shall provide secure space within the secure perimeter, either a dedicated room or a multipurpose room for books and materials to provide a reading area  "Law Library" - in accordance with the ICE Performance Based National Detention Standards on the Access to Legal Materials.

## IX.  Training

Employees shall not perform duties under this Agreement until they have successfully completed all initial training and the COR receives written certification from the Contractor.

    A.  General Training Requirements

        1.  All employees must have the training described in the ACA Standards and in this section. Any remuneration (pay) due Contractor employees in accordance with Department of Labor regulations for any training time is the responsibility of the Contractor. The Contractor shall provide the required refresher courses or have an institution acceptable to the COR to provide the training. Failure of any employee to complete training successfully is sufficient reason to disqualify him or her from duty.

        2.  All new Officers and Custody staff will receive 54 hours of basic training, not to include firearms, if applicable and 40 hours of on-the-job training prior to entering on duty. The Contractor's Training Officer will be responsible for administering an on-the-job training program for new employees. A senior Officer, at all times during this latter 40-hour period, must accompany the Officers and Custody staff. The Contractor's Training Officer shall send a copy of the documentation to the COR upon successful completion of the employee's on-the-job training.

        3.  In addition, after completion of the first 94 hours of training, the Contractor has 60 days to complete an additional 40 hours of training. During the remainder of the first year on duty, the Officer and Custody staff will have an additional 40 hours of training for a total of 174 hours within the first year of employment. The training program must directly relate to the employee's assigned position and afford application of necessary job skills. Training site shall be provided by the Contractor at no cost to the Government.

    B.  Basic Training Subjects:

        1.  Employees must complete the following list of basic training subjects. The course title is followed by the estimated hours of training for that subject.

### Appendix A - Statement of Work

GEO-Novoa_00035203

**70CDCR19D00000011**

| | | |
|---|---|---|
| a. | In-service Orientation/Social Diversity | 2 HRS |
| b. | Counseling Techniques/Suicide Prevention | 2 HRS |
| c. | Conduct/Duties/Ethics and Courtroom Demeanor | 2 HRS |
| d. | Bomb Defense and Threats | 1 HR |
| e. | Telephone Communications/Radio Procedures | 1 HR |
| f. | Fire and other Emergency Procedures | 2 HRS |
| g. | Treatment and Supervision of Detainees | 2 HRS |
| h. | ICE Use of Force Policy | 2 HRS |
| i. | Security Methods/Key Control/Count | 1 HR |
| j. | Procedures/Observational Techniques | 4 HRS |
| k. | EEO/Sexual Harassment | 2 HRS |
| l. | Detainee Escort Techniques | 1 HR |
| m. | ICE Paperwork/Report Writing | 2 HRS |
| n. | Detainee Searches/Detainee Personal Property | 4 HRS |
| o. | Property/Contraband | 2 HRS |
| p. | Detainee Rules and Regulations | 2 HRS |
| q. | First Aid* | 4 HRS |
| r. | Cardiopulmonary resuscitation (CPR)* | 4 HRS |
| s. | Blood-borne Pathogens* | 2 HRS |
| t. | Self Defense | 8 HRS |
| u. | Use of Restraints | 6 HRS |
| v. | Firearm Training | ** |
| w. | Sexual Abuse/Assault Prevention & Intervention* | 2 HRS |
| x. | ICE Performance Based National Detention Standards | |

2 HRS

*Critical Training Subjects*

**Firearm Training for Required Armed Detention Services in accordance with State licensing requirements. Contractor shall certify proficiency every quarter.*

C.  Refresher Training

1.  Every year the Contractor shall conduct 40 hours of Refresher Training for all Officers and Custody staff including Supervisory Officers.  Refresher training shall

**Appendix A - Statement of Work**

GEO-Novoa_00035204

**70CDCR19D00000011**

consist of these critical subjects listed above and a review of basic training subjects
and others as approved by ICE.

2. The Contractor shall coordinate recertification in CPR and First Aid with the ICE
   training staff.  This training shall be provided at no cost to the Government.
   Annually, upon completion, the Contractor shall provide documentation of refresher
   training to the COR.

3. In addition to the refresher training requirements for all Officers and Custody staff,
   supervisors must receive refresher training relating to supervisory duties.

D. On-the-Job Training

1. After completion of the minimum of 54 hours basic training, all Officers and Custody
   staff will receive an additional 40 hours of on-the-job training at specific post
   positions.  This training includes:

   a. Authority of supervisors and organizational code of conduct.

   b. General information and special orders.

   c. Security systems operational procedures.

   d. Facility self-protection plan or emergency operational procedures.

   e. Disturbance Control Team training.

E. Training During Initial 60 Day Period

The Contractor shall provide an additional 40 hours of training for Officers and Custody
staff within 60 days after completion of first 94 hours of training.  The Contractor shall
provide the training format and subjects, for approval by the COR, prior to the
commencement of training.

F. Basic First Aid and CPR Training

1. All members of the Contractor's security staff shall be trained in basic first aid and
   CPR.  They must be able to:

   a. Respond to emergency situations within four minutes.

   b. Perform cardiopulmonary resuscitation (CPR).

   c. Recognize warning signs of impending medical emergencies.

   d. Know how to obtain medical assistance.

   e. Recognize signs and symptoms of mental illness.

   f. Administer medication.

**Appendix A - Statement of Work**

Page 11 of 14

**70CDCR19D00000011**

    g.  Know the universal precautions for protection against blood-borne diseases.

G.  Supervisory Training - all new Supervisory Officers assigned to perform work under this agreement must successfully complete a minimum of 40 hours of formal supervisory training provided by the Contractor prior to assuming duties. This training is in addition to mandatory training requirements for Officers.  Supervisory training shall include the following management areas:

| | | |
|---|---|---|
| a. | Techniques for issuing written and verbal orders | 2 HRS |
| b. | Uniform clothing and grooming standards | 1 HR |
| c. | Security Post Inspection procedures | 2 HRS |
| d. | Employee motivation | 1 HR |
| e. | Scheduling and overtime controls | 2 HRS |
| f. | Managerial public relations | 4 HRS |
| g. | Supervision of detainees | 4 HRS |
| h. | Other company policies | 4 HRS |

Additional classes are at the discretion of the Contractor with the approval of the COR.

The Contractor shall submit documentation to the COR, to confirm that each supervisor has received basic training as specified in the basic training curriculum.

H.  Proficiency Testing - The Contractor shall give each Officer and Custody staff a written examination consisting of at least 25 questions after each classroom-training course is completed.  The Contractor may give practical exercises when appropriate.  The COR shall approve the questions before the Contractor can administer the examination.  To pass any examination, each officer and custody staff must achieve a score of 80% or better.  The Contractor must provide the COR with the eligible Officer or Custody staff's completed exam before the Officer or Custody staff may be assigned to duties under the agreement.  Should an employee fail the written test on the initial attempt, he or she shall be given additional training by the Contractor and be given one additional opportunity to retake the test.  If the employee fails to complete and pass the test the second time, the Contractor shall remove the employee from duties on this agreement.

I.  Certified Instructors - Certified instructors shall conduct all instruction and testing.  A state or nationally recognized institution shall certify instructors unless otherwise approved in writing by the COR.  Certifications of instructors may be established by documentation of past experience in teaching positions or by successful completion of a course of training for qualifying personnel as instructors.  The COR must approve the instructor prior to the training course.

J.  Training Documentation

**Appendix A - Statement of Work**

Page 12 of 14

70CDCR19D00000011

1. The Contractor shall submit a training forecast and lesson plans to the COR or Alternate COR, on a monthly basis, for the following 60-day period.  The training forecast shall provide date, time, and location of scheduled training and afford the COR observation/evaluation opportunity.

2. The Contractor shall certify and submit the training hours, type of training, date and location of training, and name of the instructor monthly for each employee to the COR or Alternate COR.

## X.      Establish and Maintain Program for Prevention of Sexual Abuse/Assault

The Contractor shall develop and implement a comprehensive sexual abuse/assault prevention and intervention program.  This program shall include training that is given separately to both staff and detainees.

## XI.     Business Permits and Licenses

The Contractor must obtain all required permits and licenses by the date of agreement award.  The Contractor must (depending on the state's requirements) be licensed as a qualified security service company in accordance with the requirements of the district, municipality, county, and state in which ICE work site(s) is/are located.  Throughout the term of this agreement, the Contractor shall maintain current permits/business licenses and make copies available for Government Inspection. The Contractor shall comply with all applicable federal, state, and local laws and all applicable Occupational Safety and Health Administration (OSHA) standards.

## XII.    Firearms / Body Armor

The Contractor shall comply with their Firearms and Body Armor Policy and comply with all applicable federal, state, and local laws.

## XIII.   Federal Government Quality Assurance

A. The Government's Quality Assurance Program (QASP) is based on the premise that the Contractor, and not the Government, is responsible for management and quality control actions to meet the terms of the Agreement. The QASP procedures recognize that the Contractor is not a perfect manager and that unforeseen and uncontrollable problems do occur. Good management and use of an adequate Quality Control Plan will allow the facility to operate within acceptable quality levels.

B. Each phase of the services rendered under this Agreement is subject to inspection both during the Contractor's operations and after completion of the tasks.

C. When the Contractor is advised of any unsatisfactory condition(s), the contractor shall submit a written report to the Contracting Officer addressing corrective/preventive actions taken. The QASP is not a substitute for quality control by the Contractor.

**Appendix A - Statement of Work**

GEO-Novoa_00035207

**70CDCR19D00000011**

D.  The COR may check the Contractor's performance and document any noncompliance, however, only the Contracting Officer may take formal action against for unsatisfactory performance.

E.  The Government may reduce the invoice or otherwise withhold payment for any individual item of nonconformance observed.  The Government may apply various inspection and extrapolation techniques (i.e., 100 % surveillance, random sampling, planned sampling, unscheduled inspections) to determine the quality of services and the total payment due.

F.  FAILURE TO PERFORM REQUIRED SERVICES. The rights of the Government and remedies described in this section are in addition to all other rights and remedies set forth in this agreement. Any reductions in the invoice shall reflect the agreement's reduced value resulting from the failure to perform required services.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

END OF DOCUMENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Appendix A - Statement of Work**

GEO-Novoa_00035208

## ATTACHMENT 4 – DELIVERABLES OF WRITTEN DOCUMENTATION DETENTION

One hard copy of each deliverable shall be submitted to the Contracting Officer and the COR, as described in the "Delivery/Days after Award Column". Unless otherwise specified, deliverables may be submitted via e-mail. The below listed deliverables of written documentation are required but not limited to. (this list is not all inclusive other reports maybe required as directed by COR)

| ITEM | DESCRIPTION | ADDRESSIE | DELIVERY/DAYS AFTER AWARD | NO. OF COPIES |
|------|-------------|-----------|---------------------------|---------------|
| A001 | Quality Control Plan | A | Within 30 days of award and when requested | 1 |
| A002 | Copy of the document stating that the employee has received and reviewed the Policy and Procedures Manual | A | Before employee EOD | 1 |
| A003 | Written policies and procedures for reporting security, safety, health, welfare or injury incidents | A | Within 24 hours of occurrence | 1 |
| A004 | reporting security, safety, health, welfare or injury incidents | A | Immediately | |
| A005 | Staffing Plan | A | Within 30 days of award and when requested and as requested | 1 |
| A006 | Resumes of Key Personnel | A | COR written approval before employee EOD | 1 |
| A007 | Organizational Chart | A | When significant Changes occur or as requested | 1 |
| A008 | Training Plan | A | When significant Changes occur or as requested | 2 |
| A009 | Report of employee(s) in violation or attempt to violate standards of conduct | A | Immediately (immediate verbal report, with written follow-up) | 1 |
| A010 | Notice of Medical acceptance for each employee | A | Prior to EOD. | 1 |
| A011 | Notification of change in employee's health status | A | Immediately | 1 |
| A012 | Initial employment - Drug test results for Each Employee | A | Prior to EOD | 1 |
| A013 | Random drug-screening results | A | Immediately | 1 |
| A014 | Employee termination, transfer, suspension, personnel action relating to disqualifying information or incidents of delinquency | A | Immediately (immediate verbal report, with written follow-up) | 1 |
| A015 | Report of any on contract employee misconduct | A | Immediately (immediate verbal report, with written follow-up) | 1 |
| A016 | Personnel files | A | When requested | 1 |
| A017 | Uniform approval and badggeing design by COTR | A | | |
| A018 | Certification that each contract employee has been issued approved uniforms and credentials | A | Prior to EOD | 1 |
| A019 | Contract Detention Officer Assignment Roster | A | Posted 24 hours in advance | 1 |
| A020 | Report of employees actually on duty with post assignments | A | Daily | 1 |
| A025 | Log Books | A | As requested | 1 |
| A021 | Training Program Changes | A | When changes are proposed | 1 |
| A022 | Physical force incident Report | A | Verbal immediately and written prior to end of shift | 1 |

GEO-Novoa_00035209

| A023 | Written report for escapes | A | Prior to end of shift (verbal report immediately, with written report no later than shift end) | 1 |
| A024 | Firearms - a complete listing of licensed firearms by serial numbers and by each safe location | A | Prior to contract start date and when changes are made | 1 |
| | | | | |

A       Contracting Officer Representative (COR)
B       Contracting Officer (CO)

## ATTACHMENT 4 – DELIVERABLES OF WRITTEN DOCUMENTATION DETENTION (FOOD)

One hard copy of each deliverable shall be submitted to the Contracting Officer and the COR, as described in the "Delivery/Days after Award Column".  Unless otherwise specified, deliverables may be submitted via e-mail  (this list is not all inclusive other reports maybe required as directed by COR)

| DELIVERABLE | SUBMIT TO | DUE DATE | # |
|---|---|---|---|
| Detainee Work and Assignment Sheet | A | Weekly, in Advance | |
| Report of Meals Served and Daily Meal Count | A | Monthly and Quarterly | |
| 10 Holiday Menus | A | Annually | |
| 35 Day Menu – Regular Diet | A | Monthly | |
| 14 Day Menu – Common Fare | A | Monthly | |
| Detainee Special Needs | A | Daily | |
| Daily Diet List–Medical Daily Diet List –Religious | A | Daily | |
| Daily Time Sheet | A | Daily | |
| Cleaning Schedule | A | Weekly | |
| Inventory/Log Sheet (Food) | A | Monthly | |
| Tool Cabinet Inventory Class A and Class B | A | As requested | |
| Equipment Inventory | A | Annually | |
| Regular Tool Control Log | A | As requested | |
| Food Handler Certification | A | As required of new employees | |
| Detainee Volunteer Work Program Training Form | A | As requested Roster Weekly | |
| Serving Line Temperature Log | A | As requested | |
| Temperature Log Report for Refrigerators and Freezers | A | As Requested | |
| Daily Sanitation Checklist | A | As requested | |
| Maintenance Service Work Order Form | A | cc COR when submitted to the contractor | |
| Daily Food Usage Report | A | As requested | |
| Chemical Inventory Sheet | A | Per usage | |
| Post Orders/Assignments (Every employee position) | A | As requested | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

A       Contracting Officer Technical Representative (COR)
B       Contracting Officer (CO)

**The GEO Group, Inc.**
**Adelanto California**
1940 Beds for ICE - Adelanto ICE Processing Center
**STAFFING PLAN \***

| Executive Office | | | | | | |
|---|---|---|---|---|---|---|
| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |

# LES

| Business / Support | | | | | | |
|---|---|---|---|---|---|---|
| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |

# GEO Proprietary

| Maintenance | | | | | | |
|---|---|---|---|---|---|---|
| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |

# GEO Proprietary

| Food Service | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|

# GEO Proprietary

| Health Care | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|

# GEO Proprietary

| Programs | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|

# GEO Proprietary

GEO-Novoa_00035213

| Security Supervisors | | | | | | |
|---|---|---|---|---|---|---|
| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |

**LES**

| Detention Officers (CBA) | | | | | | |
|---|---|---|---|---|---|---|
| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
| | | | | | 1.73 | |

**LES**

**LES**

|  | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|

# LES

| TOTAL STAFF | | LES |
|---|---|---|
| TOTAL STAFF | | |

GEO-Novoa_00035215

# Attachment 6

# PBNDS 2011, 2016 REVISIONS OPTIMAL PROVISIONS

GEO-Novoa_00035216

## COMPLIANCE WITH PBNDS 2011, 2016 REVISIONS
## OPTIMAL PROVISIONS:
### *ADELANTO ICE PROCESSING CENTER*

The purpose of this attachment is to (A) incorporate optimal provisions of the 2011
Performance Based National Detention Standards, 2016 Revisions dated December 2016
(PBNDS 2011, 2016 Revisions) at the Mesa Verde ICE Processing Center, (B) identify
PBNDS 2011 optimal provisions that are not applicable, and (C) incorporate other non-
mandatory PBNDS 2011, 2016 Revisions requirements which will be applicable at the
facility. Several of these commitments are memorialized with greater specificity in the
contractor's Performance Work Statement (PWS).

A.  Adelanto ICE Processing Center will comply with the following optimal
    requirements under the ICE 2011 Performance Based National Detention Standards,
    2016 Revisions dated December 2016 (PBNDS 2011, 2016 Revisions), at no
    additional cost to the agency:

**Standard 2.1: Admission and Release**
- "Whenever possible, medical personnel shall be present to observe the strip
  search of a transgender detainee." *(Section V.B.4.c)*

**Standard 2.12: Special Management Units**
- "Detainees must be evaluated by a medical professional prior to being placed in
  an SMU." *(Section V.D)*

**Standard 4.3: Medical Care**
- "Medical facilities within the detention facility shall achieve and maintain
  current accreditation with the standards of the National Commission on
  Correctional Health Care (NCCHC), and shall maintain compliance with those
  standards." *(Section II.1)*
- "Adequate space and staffing for the use of services of the ICE Tele-Health
  Systems, inclusive of tele-radiology (ITSP) and tele-medicine, shall be
  provided." *(Section II.28)*
- "The facility, when equipped with appropriate technology and adequate space,
  shall provide for the use of services of the ICE Tele-Health Systems, inclusive of
  tele- radiology (ITSP), tele-psychiatry and tele-medicine." *(Section V.DD)*

**Standard 4.4: Medical Care (Women)**
- "The facility's provision of gynecological and obstetrical health care shall be in
  compliance with standards set by the National Commission on Correctional
  Health Care (NCCHC)." *(Section II.1)*

**Standard 4.6: Significant Self-Harm and Suicide Prevention and Intervention**
- "The facility shall be in compliance with standards set by the National

Commission on Correctional Health Care (NCCHC) in its provision of preventive supervision, treatment, and therapeutic follow-up for clinically suicidal detainees or detainees at risk for significant self-harm." *(Section II.3)*

## Standard 4.7: Terminal Illness, Advance Directives, and Death

- "The facility shall be in compliance with standards set by the National Commission on Correctional Health Care (NCCHC) in its provision of medical care to terminally ill detainees." *(Section II.2)*

## Standard 5.4: Recreation

- Administrative Segregation: "Facilities operating at the optimal level will offer detainees at least two hours of recreation or exercise per day, seven days a week." *(Section V.E)*
- Disciplinary Segregation: "Facilities operating at the optimal level will offer detainees at least one hour of recreation or exercise per day, seven days a week." *(Section V.E)*
- "Detainees shall have at least four hours a day access, seven days a week, to outdoor recreation, weather and scheduling permitted. Outdoor recreation shall support leisure activities, outdoor sports and exercise, provided outside the confines of the housing structure and/or other solid enclosures." *(Section II.2)*
- "Detainees in the general population shall have access at least four hours a day, seven days a week to outdoor recreation, weather and scheduling permitted. Daily indoor recreation shall also be available. During inclement weather, detainees shall have access to indoor recreational opportunities with access to natural light." *(Section V.B)*
- "Facilities operating at the optimal level shall offer access to reading materials, through libraries with regular hours, book carts or other means. Reading materials in English, Spanish and, if practicable, other languages, should be made available." *(Section V.F)*
- "Facilities shall offer other programmatic activities, such as:
    1. educational classes or speakers;
    2. sobriety programs such as alcoholics anonymous; and
    3. other organized activities or recreational programs." *(Section V.F)*

## Standard 5.6: Telephone Access

- "Consistent with the order and safety of the facility, the facility may allow for use of other equipment such as video relay and video phones for detainees who are deaf or hard of hearing. Facilities shall permit detainees with disabilities the opportunity to submit requests for the auxiliary aid of their preference." *(Section V.G)*

## Standard 6.3: Law Libraries and Legal Material

- "When requested and where resources permit, facilities shall provide detainees meaningful access to law libraries, legal materials, and related materials on a regular schedule and no less than 15 hours per week." *(Section II.3)*

3

GEO-Novoa_00035218

B.  The following optimal provisions are not applicable, or, in the case of Telephone Access, are not the responsibility of the Contractor:

**Standard 5.4: Recreation**
- "Detainees shall be provided FM wireless headsets for television viewing, with access to appropriate language or choices."

**Standard 5.6: Telephone Access**
- "Facilities shall be operating at the optimal level when at least one telephone is provided for every ten (10) detainees." *(Section V.A.1)*

C.  The Contractor shall ensure that the following General Visitation hours arc available to detainees at the facility:

General Visitation, including contact visitation, shall be available to the general population a minimum of 8 hours per day on weekdays and 10-12 hours per day on weekends.

Compliance with the above PBNDS 2011, 2016 Revisions optimal and other non-mandatory provisions shall begin upon signature of this agreement. Should there be a conflict between these provisions and any other term or condition of this contract, you are to contact the Contracting Officer for clarification.

GEO-Novoa_00035219

Attachment 7 – INCORPORATION OF DHS PREA STANDARDS

# Attachment 7 PREA Standards

1

GEO-Novoa_00035220

Attachment 7 – INCORPORATION OF DHS PREA STANDARDS

This document incorporates the requirements from Subpart A of the U.S. Department of Homeland Security (DHS) regulation titled, "Standards to Prevent, Detect, and Respond to Sexual Abuse and Assault in Confinement Facilities," 79 Fed. Reg. 13100 (Mar. 7, 2014) that are specifically applicable to detention facilities. Requirements that are applicable to the agency only have not been included, and accordingly, the numbering and sequential order within each of the below sections may not necessarily reflect those contained in Subpart A. Where any requirements of the DHS standards may conflict with the terms of the ICE 2011 Performance-Based National Detention Standards, 2016 Revisions dated December 2016 (PBNDS 2011, 2016 Revisions) currently applicable at the facility, the DHS PREA standards shall supersede:

**115.6 Definitions Related to Sexual Abuse and Assault**

(1) <u>Sexual abuse</u> includes -
  (a) Sexual abuse and assault of a detainee by another detainee; and
  (b) Sexual abuse and assault of a detainee by a staff member, contractor, or volunteer.

(2) <u>Sexual abuse of a detainee by another detainee</u> includes any of the following acts by one or more detainees, prisoners, inmates, or residents of the facility in which the detainee is housed who, by force, coercion, or intimidation, or if the victim did not consent or was unable to consent or refuse, engages in or attempts to engage in:
  (a) Contact between the penis and the vulva or anus and, for purposes of this subparagraph, contact involving the penis upon penetration, however slight;
  (b) Contact between the mouth and the penis, vulva, or anus;
  (c) Penetration, however, slight, of the anal or genital opening of another person by a hand or finger or by any object;
  (d) Touching of the genitalia, anus, groin, breast, inner thighs or buttocks, either directly or through the clothing, with an intent to abuse, humiliate, harass, degrade or arouse or gratify the sexual desire of any person; or
  (e) Threats, intimidation, or other actions or communications by one or more detainees aimed at coercing or pressuring another detainee to engage in a sexual act.

(3) <u>Sexual abuse of a detainee by a staff member, contractor, or volunteer</u> includes any of the following acts, if engaged in by one or more staff members, volunteers, or contract personnel who, with or without the consent of the detainee, engages in or attempts to engage in:
  (a) Contact between the penis and the vulva or anus and, for purposes of this subparagraph, contact involving the penis upon penetration, however slight;
  (b) Contact between the mouth and the penis, vulva, or anus;
  (c) Penetration, however slight, of the anal or genital opening of another person by

2

Attachment 6 – INCORPORATION OF DHS PREA STANDARDS

a hand or finger or by any object that is unrelated to official duties or where the staff member, contractor, or volunteer has the intent to abuse, arouse, or gratify sexual desire;

(d) Intentional touching of the genitalia, anus, groin, breast, inner thighs or buttocks, either directly or through the clothing, that is unrelated to official duties or where the staff member, contractor, or volunteer has the intent to abuse, arouse, or gratify sexual desire;

(e) Threats, intimidation, harassment, indecent, profane or abusive language, or other actions or communications, aimed at coercing or pressuring a detainee to engage in a sexual act;

(f) Repeated verbal statements or comments of a sexual nature to a detainee;

(g) Any display of his or her uncovered genitalia, buttocks, or breast in the presence of an inmate, detainee, or resident, or

(h) Voyeurism, which is defined as the inappropriate visual surveillance of a detainee for reasons unrelated to official duties. Where not conducted for reasons relating to official duties, the following are examples of voyeurism: staring at a detainee who is using a toilet in his or her cell to perform bodily functions; requiring an inmate detainee to expose his or her buttocks, genitals, or breasts; or taking images of all or part of a detainee's naked body or of a detainee performing bodily functions.

## PREVENTION PLANNING

### 115.11 Zero tolerance of sexual abuse; Prevention of Sexual Assault Coordinator.

(1) Each facility shall have a written policy mandating zero tolerance toward all forms of sexual abuse and outlining the facility's approach to preventing, detecting, and responding to such conduct. The agency shall review and approve each facility's written policy.

(2) Each facility shall employ or designate a Prevention of Sexual Assault Compliance Manager (PSA Compliance Manager) who shall serve as the facility point of contact for the ICE PSA Coordinator and who has sufficient time and authority to oversee facility efforts to comply with facility sexual abuse prevention and intervention policies and procedures.

### 115.13 Detainee supervision and monitoring.

(1) Each facility shall ensure that it maintains sufficient supervision of detainees, including through appropriate staffing levels and, where applicable, video monitoring, to protect detainees against sexual abuse.

(2) Each facility shall develop and document comprehensive detainee supervision guidelines to determine and meet the facility's detainee supervision needs, and shall

3

Attachment 6 – INCORPORATION OF DHS PREA STANDARDS

review those guidelines at least annually.

(3) In determining adequate levels of detainee supervision and determining the need for video monitoring, the facility shall take into consideration generally accepted detention and correctional practices, any judicial findings of inadequacy, the physical layout of each facility, the composition of the detainee population, the prevalence of substantiated and unsubstantiated incidents of sexual abuse, the findings and recommendations of sexual abuse incident review reports, and any other relevant factors, including but not limited to the length of time detainees spend in agency custody.

(4) Each facility shall conduct frequent unannounced security inspections to identify and deter sexual abuse of detainees. Such inspections shall be implemented for night as well as day shifts. Each facility shall prohibit staff from alerting others that these security inspections are occurring, unless such announcement is related to the legitimate operational functions of the facility.

**115.15 Limits to cross-gender viewing and searches.**

(1) Searches may be necessary to ensure the safety of officers, civilians and detainees; to detect and secure evidence of criminal activity; and to promote security, safety, and related interests at immigration detention facilities.

(2) Cross-gender pat-down searches of male detainees shall not be conducted unless, after reasonable diligence, staff of the same gender is not available at the time the pat-down search is required or in exigent circumstances.

(3) Cross-gender pat-down searches of female detainees shall not be conducted unless in exigent circumstances.

(4) All cross-gender pat-down searches shall be documented.

(5) Cross-gender strip searches or cross-gender visual body cavity searches shall not be conducted except in exigent circumstances, including consideration of officer safety, or when performed by medical practitioners. Facility staff shall not conduct visual body cavity searches of juveniles and, instead, shall refer all such body cavity searches of juveniles to a medical practitioner.

(6) All strip searches and visual body cavity searches shall be documented.

(7) Each facility shall implement policies and procedures that enable detainees to shower, perform bodily functions, and change clothing without being viewed by staff of the opposite gender, except in exigent circumstances or when such viewing is incidental to routine cell checks or is otherwise appropriate in connection with a medical examination or monitored bowel movement. Such policies and procedures shall require staff of the opposite gender to announce their presence when entering an area where detainees are likely to be showering, performing bodily functions, or changing clothing.

(8) The facility shall not search or physically examine a detainee for the sole purposes of determining the detainee's genital characteristics. If the detainee's gender is

4

Attachment 6 – INCORPORATION OF DHS PREA STANDARDS

unknown, it may be determined during conversations with the detainee, by reviewing medical records, or, if necessary, learning that information as part of a standard medical examination that all detainees must undergo as part of intake or other processing procedure conducted in private, by a medical practitioner.

## 115.16 Accommodating detainees with disabilities and detainees who are limited English proficient.

(1) The agency and each facility shall take appropriate steps to ensure that detainees with disabilities (including, for example, detainees who are deaf or hard of hearing, those who are blind or have low vision, or those who have intellectual, psychiatric, or speech disabilities) have an equal opportunity to participate in or benefit from all aspects of the agency's and facility's efforts to prevent, detect, and respond to sexual abuse. Such steps shall include, when necessary to ensure effective communication with detainees who are deaf or hard of hearing, providing access to in- person, telephonic, or video interpretive services that enable effective, accurate, and impartial interpretation, both receptively and expressively, using any necessary specialized vocabulary. In addition, the agency and facility shall ensure that any written materials related to sexual abuse are provided in formats or through methods that ensure effective communication with detainees with disabilities, including detainees who have intellectual disabilities, limited reading skills, or who are blind or have low vision. An agency or facility is not required to take actions that it can demonstrate would result in a fundamental alteration in the nature of a service, program, or activity, or in undue financial and administrative burdens, as those terms are used in regulations promulgated under title II of the Americans with Disabilities Act, 28 CFR 35.164.

(2) The agency and each facility shall take steps to ensure meaningful access to all aspects of the agency's and facility's efforts to prevent, detect, and respond to sexual abuse to detainees who are limited English proficient, including steps to provide in-person or telephonic interpretive services that enable effective, accurate, and impartial interpretation, both receptively and expressively, using any necessary specialized vocabulary.

(3) In matters relating to allegations of sexual abuse, the agency and each facility shall provide in-person or telephonic interpretation services that enable effective, accurate, and impartial interpretation, by someone other than another detainee, unless the detainee expresses a preference for another detainee to provide interpretation, and the agency determines that such interpretation is appropriate and consistent with DHS policy. The provision of interpreter services by minors, alleged abusers, detainees who witnessed the alleged abuse, and detainees who have a significant relationship with the alleged abuser is not appropriate in matters relating to allegations of sexual abuse.

5

Attachment 6 – INCORPORATION OF DHS PREA STANDARDS

**115.17 Hiring and promotion decisions.**

(1) An agency or facility shall not hire or promote anyone who may have contact with detainees, and shall not enlist the services of any contractor or volunteer who may have contact with detainees, who has engaged in sexual abuse in a prison, jail, holding facility, community confinement facility, juvenile facility, or other institution (as defined in 42 U.S.C. 1997); who has been convicted of engaging or attempting to engage in sexual activity facilitated by force, overt or implied threats of force, or coercion, or if the victim did not consent or was unable to consent or refuse; or who has been civilly or administratively adjudicated to have engaged in such activity.

(2) An agency or facility considering hiring or promoting staff shall ask all applicants who may have contact with detainees directly about previous misconduct described in paragraph (1) of this section, in written applications or interviews for hiring or promotions and in any interviews or written self-evaluations conducted as part of reviews of current employees. Agencies and facilities shall also impose upon employees a continuing affirmative duty to disclose any such misconduct. The agency, consistent with law, shall make its best efforts to contact all prior institutional employers of an applicant for employment, to obtain information on substantiated allegations of sexual abuse or any resignation during a pending investigation of alleged sexual abuse.

(3) Before hiring new staff who may have contact with detainees, the agency or facility shall conduct a background investigation to determine whether the candidate for hire is suitable for employment with the facility or agency, including a criminal background records check. Upon request by the agency, the facility shall submit for the agency's approval written documentation showing the detailed elements of the facility's background check for each staff member and the facility's conclusions. The agency shall conduct an updated background investigation every five years for agency employees who may have contact with detainees. The facility shall require an updated background investigation every five years for those facility staff who may have contact with detainees and who work in immigration-only detention facilities.

(4) The agency or facility shall also perform a background investigation before enlisting the services of any contractor who may have contact with detainees. Upon request by the agency, the facility shall submit for the agency's approval written documentation showing the detailed elements of the facility's background check for each contractor and the facility's conclusions.

(5) Material omissions regarding such misconduct, or the provision of materially false information, shall be grounds for termination or withdrawal of an offer of employment, as appropriate.

(6) In the event the agency contracts with a facility for the confinement of detainees, the requirements of this section otherwise applicable to the agency also apply to

6

GEO-Novoa_00035225

Attachment 6 – INCORPORATION OF DHS PREA STANDARDS

the facility and its staff.

**115.18 Upgrades to facilities and technologies.**

(1) When designing or acquiring any new facility and in planning any substantial expansion or modification of existing facilities, the facility or agency, as appropriate, shall consider the effect of the design, acquisition, expansion, or modification upon their ability to protect detainees from sexual abuse.

(2) When installing or updating a video monitoring system, electronic surveillance system, or other monitoring technology in an immigration detention facility, the facility or agency, as appropriate, shall consider how such technology may enhance their ability to protect detainees from sexual abuse.

**RESPONSIVE PLANNING**

**115.21 Evidence protocols and forensic medical examinations.**

(1) To the extent that the agency or facility is responsible for investigating allegations of sexual abuse involving detainees, it shall follow a uniform evidence protocol that maximizes the potential for obtaining usable physical evidence for administrative proceedings and criminal prosecutions. The protocol shall be developed in coordination with DHS and shall be developmentally appropriate for juveniles, where applicable.

(2) The agency and each facility developing an evidence protocol referred to in paragraph (I) of this section, shall consider how best to utilize available community resources and services to provide valuable expertise and support in the areas of crisis intervention and counseling to most appropriately address victims' needs. Each facility shall establish procedures to make available, to the full extent possible, outside victim services following incidents of sexual abuse; the facility shall attempt to make available to the victim a victim advocate from a rape crisis center. If a rape crisis center is not available to provide victim advocate services, the agency shall provide these services by making available a qualified staff member from a community-based organization, or a qualified agency staff member. A qualified agency staff member or a qualified community-based staff member means an individual who has received education concerning sexual assault and forensic examination issues in general. The outside or internal victim advocate shall provide emotional support, crisis intervention, information, and referrals.

(3) Where evidentiarily or medically appropriate, at no cost to the detainee, and only with the detainee's consent, the facility shall arrange for an alleged victim detainee to undergo a forensic medical examination by qualified health care personnel, including a Sexual Assault Forensic Examiner (SAFE) or Sexual Assault Nurse Examiner (SANE) where practicable. If SAFEs or SANEs cannot be made

7

Attachment 6 – INCORPORATION OF DHS PREA STANDARDS

available, the examination can be performed by other qualified health care
personnel.

(4) As requested by a victim, the presence of his or her outside or internal victim
advocate, including any available victim advocacy services offered by a hospital
conducting a forensic exam, shall be allowed for support during a forensic exam
and investigatory interviews.

(5) To the extent that the agency is not responsible for investigating allegations of
sexual abuse, the agency or the facility shall request that the investigating agency
follow the requirements of paragraphs (1) through (4) of this section.

## 115.22 Policies to ensure investigation of allegations and appropriate agency oversight.

(1) The agency shall establish an agency protocol, and shall require each facility to
establish a facility protocol, to ensure that each allegation of sexual abuse is
investigated by the agency or facility, or referred to an appropriate investigative
authority.

(2) The agency shall ensure that the agency and facility protocols required by
paragraph (a) of this section, include a description of responsibilities of the agency,
the facility, and any other investigating entities; and require the documentation and
maintenance, for at least five years, of all reports and referrals of allegations of
sexual abuse.

(3) The agency shall post its protocols on its Web site; each facility shall also post its
protocols on its Web site, if it has one, or otherwise make the protocol available to
the public.

(4) Each facility protocol shall ensure that all allegations are promptly reported to the
agency as described in paragraphs (5) and (6) of this section, and, unless the
allegation does not involve potentially criminal behavior, are promptly referred for
investigation to an appropriate law enforcement agency with the legal authority to
conduct criminal investigations. A facility may separately, and in addition to the
above reports and referrals, conduct its own investigation.

(5) When a detainee, prisoner,  inmate, or resident of the facility in which an alleged
detainee victim is housed is alleged to be the perpetrator of detainee sexual abuse,
the facility shall ensure that the incident is promptly reported to the Joint Intake
Center, the ICE Office of Professional Responsibility or the DHS Office of
Inspector General, as well as  the appropriate ICE Field Office Director, and, if it is
potentially criminal, referred to an appropriate law enforcement agency having
jurisdiction for investigation.

(6) When a staff member, contractor, or volunteer is alleged to be the perpetrator of
detainee sexual abuse, the facility shall ensure that the incident is promptly
reported to the Joint Intake Center, the ICE Office of Professional Responsibility
or the DHS Office of Inspector General, as well as to the appropriate ICE Field

8

Attachment 6 – INCORPORATION OF DHS PREA STANDARDS

Office Director, and to the local government entity or contractor that owns or operates the facility. If the incident is potentially criminal, the facility shall ensure that it is promptly referred to an appropriate law enforcement agency having jurisdiction for investigation.

## TRAINING AND EDUCATION

### 115.31 Staff training.

(1) The agency shall train, or require the training of, all employees who may have contact with immigration detainees, and all facility staff, to be able to fulfill their responsibilities under this part, including training on:
  (a) The agency's and the facility's zero-tolerance policies for all forms of sexual abuse;
  (b) The right of detainees and staff to be free from sexual abuse, and from retaliation for reporting sexual abuse;
  (c) Definitions and examples of prohibited and illegal sexual behavior;
  (d) Recognition of situations where sexual abuse may occur;
  (e) Recognition of physical, behavioral, and emotional signs of sexual abuse, and methods of preventing and responding to such occurrences;
  (f) How to avoid inappropriate relationships with detainees;
  (g) How to communicate effectively and professionally with detainees, including lesbian, gay, bisexual, transgender, intersex, or gender nonconforming detainees;
  (h) Procedures for reporting knowledge or suspicion of sexual abuse; and
  (i) The requirement to limit reporting of sexual abuse to personnel with a need-to-know in order to make decisions concerning the victim's welfare and for law enforcement or investigative purposes.
(2) All current facility staff, and all agency employees who may have contact with immigration detention facility detainees, shall be trained within one year of May 6, 2014, and the agency or facility shall provide refresher information every two years.
(3) The agency and each facility shall document that staff that may have contact with immigration facility detainees have completed the training.

### 115.32 Other training.

(1) The facility shall ensure that all volunteers and other contractors (as defined in paragraph (4) of this section) who have contact with detainees have been trained on their responsibilities under the agency's and the facility's sexual abuse prevention, detection, intervention and response policies and procedures.
(2) The level and type of training provided to volunteers and other contractors shall be

9

Attachment 6 – INCORPORATION OF DHS PREA STANDARDS

based on the services they provide and level of contact they have with detainees,
but all volunteers and other contractors who have contact with detainees shall be
notified of the agency's and the facility's zero-tolerance policies regarding sexual
abuse and informed how to report such incidents.

(3) Each facility shall receive and maintain written confirmation that volunteers and
other contractors who have contact with immigration facility detainees have
completed the training.

(4) In this section, the term other contractor means a person who provides services on
a non-recurring basis to the facility pursuant to a contractual agreement with the
agency or facility.

## 115.33 Detainee education.

(1) During the intake process, each facility shall ensure that the detainee orientation
program notifies and informs detainees about the agency's and the facility's zero-
tolerance policies for all forms of sexual abuse and includes (at a minimum)
instruction on:

(a) Prevention and intervention strategies;

(b) Definitions and examples of detainee-on-detainee sexual abuse, staff-on-
detainee sexual abuse and coercive sexual activity;

(c) Explanation of methods for reporting sexual abuse, including to any staff
member, including a staff member other than an immediate point-of-contact
line officer (e.g., the compliance manager or a mental health specialist), the
DHS Office of Inspector General, and the Joint Intake Center;

(d) Information about self-protection and indicators of sexual abuse;

(e) Prohibition against retaliation, including an explanation that reporting sexual
abuse shall not negatively impact the detainee's immigration proceedings; and

(f) The right of a detainee who has been subjected to sexual abuse to receive
treatment and counseling.

(2) Each facility shall provide the detainee notification, orientation, and instruction in
formats accessible to all detainees, including those who are limited English
proficient, deaf, visually impaired or otherwise disabled, as well as to detainees
who have limited reading skills.

(3) The facility shall maintain documentation of detainee participation in the intake
process orientation.

(4) Each facility shall post on all housing unit bulletin boards the following notices:

(a) The DHS-prescribed sexual assault awareness notice;

(b) The name of the Prevention of Sexual Abuse Compliance Manager; and

(c) The name of local organizations that can assist detainees who have been
victims of sexual abuse.

(5) The facility shall make available and distribute the DHS-prescribed "Sexual
Assault Awareness Information" pamphlet.

GEO-Novoa_00035229

Attachment 6 – INCORPORATION OF DHS PREA STANDARDS

(6) Information about reporting sexual abuse shall be included in the agency Detainee Handbook made available to all immigration detention facility detainees.

## 115.34 Specialized training: Investigations.

(1) In addition to the general training provided to all facility staff and employees pursuant to § 115.31, the agency or facility shall provide specialized training on sexual abuse and effective cross-agency coordination to agency or facility investigators, respectively, who conduct investigations into allegations of sexual abuse at immigration detention facilities. All investigations into alleged sexual abuse must be conducted by qualified investigators.

(2) The agency and facility must maintain written documentation verifying specialized training provided to investigators pursuant to this section.

## 115.35 Specialized training: Medical and mental health care.

(1) The agency shall review and approve the facility's policy and procedures to ensure that facility medical staff is trained in procedures for examining and treating victims of sexual abuse, in facilities where medical staff may be assigned these activities.

## ASSESSMENT FOR RISK OF SEXUAL VICTIMIZATION AND ABUSIVENESS

## 115.41 Assessment for risk of victimization and abusiveness.

(1) The facility shall assess all detainees on intake to identify those likely to be sexual aggressors or sexual abuse victims and shall house detainees to prevent sexual abuse, taking necessary steps to mitigate any such danger. Each new arrival shall be kept separate from the general population until he/she is classified and may be housed accordingly.

(2) The initial classification process and initial housing assignment should be completed within twelve hours of admission to the facility.

(3) The facility shall also consider, to the extent that the information is available, the following criteria to assess detainees for risk of sexual victimization:

(a) Whether the detainee has a mental, physical, or developmental disability;

(b) The age of the detainee;

(c) The physical build and appearance of the detainee;

(d) Whether the detainee has previously been incarcerated or detained;

(e) The nature of the detainee's criminal history;

(f) Whether the detainee has any convictions for sex offenses against an adult or child;

(g) Whether the detainee has self-identified as gay, lesbian, bisexual, transgender,

11

Attachment 6 – INCORPORATION OF DHS PREA STANDARDS

        intersex, or gender nonconforming;

(h) Whether the detainee has self-identified as having previously experienced sexual victimization; and

(i)  The detainee's own concerns about his or her physical safety.

(4) The initial screening shall consider prior acts of sexual abuse, prior convictions for violent offenses, and history of prior institutional violence or sexual abuse, as known to the facility, in assessing detainees for risk of being sexually abusive.

(5) The facility shall reassess each detainee's risk of victimization or abusiveness between 60 and 90 days from the date of initial assessment, and at any other time when warranted based upon the receipt of additional, relevant information or following an incident of abuse or victimization.

(6) Detainees shall not be disciplined for refusing to answer, or for not disclosing complete information in response to, questions asked pursuant to paragraphs (3)(a), (3)(g), (3)(h), or (3)(i) of this section.

(7) The facility shall implement appropriate controls on the dissemination within the facility of responses to questions asked pursuant to this standard in order to ensure that sensitive information is not exploited to the detainee's detriment by staff or other detainees or inmates.

## 115.42 Use of assessment information.

(1) The facility shall use the information from the risk assessment under § 115.41 of this part to inform assignment of detainees to housing, recreation and other activities, and voluntary work. The agency shall make individualized determinations about how to ensure the safety of each detainee.

(2) When making assessment and housing decisions for a transgender or intersex detainee, the facility shall consider the detainee's gender self-identification and an assessment of the effects of placement on the detainee's health and safety. The facility shall consult a medical or mental health professional as soon as practicable on this assessment. The facility should not base placement decisions of transgender or intersex detainees solely on the identity documents or physical anatomy of the detainee; a detainee's self-identification of his/her gender and self-assessment of safety needs shall always be taken into consideration as well. The facility's placement of a transgender or intersex detainee shall be consistent with the safety and security considerations of the facility, and placement and programming assignments for each transgender or intersex detainee shall be reassessed at least twice each year to review any threats to safety experienced by the detainee.

(3) When operationally feasible, transgender and intersex detainees shall be given the opportunity to shower separately from other detainees.

12

Attachment 6 – INCORPORATION OF DHS PREA STANDARDS

## 115.43 Protective custody.

(1) The facility shall develop and follow written procedures consistent with the standards in this subpart for each facility governing the management of its administrative segregation unit. These procedures, which should be developed in consultation with the ICE Enforcement and Removal Operations Field Office Director having jurisdiction for the facility, must document detailed reasons for placement of an individual in administrative segregation on the basis of a vulnerability to sexual abuse or assault.

(2) Use of administrative segregation by facilities to protect detainees vulnerable to sexual abuse or assault shall be restricted to those instances where reasonable efforts have been made to provide appropriate housing and shall be made for the least amount of time practicable, and when no other viable housing options exist, as a last resort. The facility should assign detainees vulnerable to sexual abuse or assault to administrative segregation for their protection until an alternative means of separation from likely abusers can be arranged, and such an assignment shall not ordinarily exceed a period of 30 days.

(3) Facilities that place vulnerable detainees in administrative segregation for protective custody shall provide those detainees access to programs, visitation, counsel and other services available to the general population to the maximum extent practicable.

(4) Facilities shall implement written procedures for the regular review of all vulnerable detainees placed in administrative segregation for their protection, as follows:

  (a) A supervisory staff member shall conduct a review within 72 hours of the detainee's placement in administrative segregation to determine whether segregation is still warranted; and

  (b) A supervisory staff member shall conduct, at a minimum, an identical review after the detainee has spent seven days in administrative segregation, and every week thereafter for the first 30 days, and every 10 days thereafter.

  (c) Facilities shall notify the appropriate ICE Field Office Director no later than 72 hours after the initial placement into segregation, whenever a detainee has been placed in administrative segregation on the basis of a vulnerability to sexual abuse or assault.

## REPORTING

## 115.51 Detainee reporting.

(1) The agency and each facility shall develop policies and procedures to ensure that detainees have multiple ways to privately report sexual abuse, retaliation for reporting sexual abuse, or staff neglect or violations of responsibilities that may

13

Attachment 6 – INCORPORATION OF DHS PREA STANDARDS

have contributed to such incidents. The agency and each facility shall also provide instructions on how detainees may contact their consular official, the DHS Office of the Inspector General or, as appropriate, another designated office, to confidentially and, if desired, anonymously, report these incidents.

(2) The agency shall also provide, and the facility shall inform the detainees of, at least one way for detainees to report sexual abuse to a public or private entity or office that is not part of the agency, and that is able to receive and immediately forward detainee reports of sexual abuse to agency officials, allowing the detainee to remain anonymous upon request.

(3) Facility policies and procedures shall include provisions for staff to accept reports made verbally, in writing, anonymously, and from third parties and to promptly document any verbal reports.

## 115.52 Grievances.

(1) The facility shall permit a detainee to file a formal grievance related to sexual abuse at any time during, after, or in lieu of lodging an informal grievance or complaint.

(2) The facility shall not impose a time limit on when a detainee may submit a grievance regarding an allegation of sexual abuse.

(3) The facility shall implement written procedures for identifying and handling time-sensitive grievances that involve an immediate threat to detainee health, safety, or welfare related to sexual abuse.

(4) Facility staff shall bring medical emergencies to the immediate attention of proper medical personnel for further assessment.

(5) The facility shall issue a decision on the grievance within five days of receipt and shall respond to an appeal of the grievance decision within 30 days. Facilities shall send all grievances related to sexual abuse and the facility's decisions with respect to such grievances to the appropriate ICE Field Office Director at the end of the grievance process.

(6) To prepare a grievance, a detainee may obtain assistance from another detainee, the housing officer or other facility staff, family members, or legal representatives. Staff shall take reasonable steps to expedite requests for assistance from these other parties.

## 115.53 Detainee access to outside confidential support services.

(1) Each facility shall utilize available community resources and services to provide valuable expertise and support in the areas of crisis intervention, counseling, investigation and the prosecution of sexual abuse perpetrators to most appropriately address victims' needs. The facility shall maintain or attempt to enter into memoranda of understanding or other agreements with community service

14

Attachment 6 – INCORPORATION OF DHS PREA STANDARDS

providers or, if local providers are not available, with national organizations that provide legal advocacy and confidential emotional support services for immigrant victims of crime.

(2) Each facility's written policies shall establish procedures to include outside agencies in the facility's sexual abuse prevention and intervention protocols, if such resources are available.

(3) Each facility shall make available to detainees information about local organizations that can assist detainees who have been victims of sexual abuse, including mailing addresses and telephone numbers (including toll-free hotline numbers where available). If no such local organizations exist, the facility shall make available the same information about national organizations. The facility shall enable reasonable communication between detainees and these organizations and agencies, in as confidential a manner as possible.

(4) Each facility shall inform detainees prior to giving them access to outside resources, of the extent to which such communications will be monitored and the extent to which reports of abuse will be forwarded to authorities in accordance with mandatory reporting laws.

## 115.54 Third-party reporting.

(1) Each facility shall establish a method to receive third-party reports of sexual abuse in its immigration detention facilities and shall make available to the public information on how to report sexual abuse on behalf of a detainee.

## OFFICIAL RESPONSE FOLLOWING A DETAINEE REPORT

## 115.61 Staff reporting duties.

(1) The agency and each facility shall require all staff to report immediately and according to agency policy any knowledge, suspicion, or information regarding an incident of sexual abuse that occurred in a facility; retaliation against detainees or staff who reported or participated in an investigation about such an incident; and any staff neglect or violation of responsibilities that may have contributed to an incident or retaliation. The agency shall review and approve facility policies and procedures and shall ensure that the facility specifies appropriate reporting procedures, including a method by which staff can report outside of the chain of command.

(2) Staff members who become aware of alleged sexual abuse shall immediately follow the reporting requirements set forth in the agency's and facility's written policies and procedures.

(3) Apart from such reporting, staff shall not reveal any information related to a sexual abuse report to anyone other than to the extent necessary to help protect the safety

15

Attachment 6 – INCORPORATION OF DHS PREA STANDARDS

of the victim or prevent further victimization of other detainees or staff in the facility, or to make medical treatment, investigation, law enforcement, or other security and management decisions.

## 115.62 Protection duties.

(1) If an agency employee or facility staff member has a reasonable belief that a detainee is subject to a substantial risk of imminent sexual abuse, he or she shall take immediate action to protect the detainee.

## 115.63 Reporting to other confinement facilities.

(1) Upon receiving an allegation that a detainee was sexually abused while confined at another facility, the agency or facility whose staff received the allegation shall notify the ICE Field Office and the administrator of the facility where the alleged abuse occurred.
(2) The notification provided in paragraph (I) of this section shall be provided as soon as possible, but no later than 72 hours after receiving the allegation.
(3) The agency or facility shall document that it has provided such notification.
(4) The agency or facility office that receives such notification, to the extent the facility is covered by this subpart, shall ensure that the allegation is referred for investigation in accordance with these standards and reported to the appropriate ICE Field Office Director.

## 115.64 Responder duties.

(1) Upon learning of an allegation that a detainee was sexually abused, the first security staff member to respond to the report, or his or her supervisor, shall be required to:
(a) Separate the alleged victim and abuser;
(b) Preserve and protect, to the greatest extent possible, any crime scene until appropriate steps can be taken to collect any evidence;
(c) If the abuse occurred within a time period that still allows for the collection of physical evidence, request the alleged victim not to take any actions that could destroy physical evidence, including, as appropriate, washing, brushing teeth, changing clothes, urinating, defecating, smoking, drinking, or eating; and
(d) If the sexual abuse occurred within a time period that still allows for the collection of physical evidence, ensure that the alleged abuser does not take any actions that could destroy physical evidence, including, as appropriate, washing, brushing teeth, changing clothes, urinating, defecating, smoking, drinking, or eating.
(e) If the first staff responder is not a security staff member, the responder shall be

16

Attachment 6 – INCORPORATION OF DHS PREA STANDARDS

required to request that the alleged victim not take any actions that could destroy physical evidence and then notify security staff.

## 115.65 Coordinated response.

(1) Each facility shall develop a written institutional plan to coordinate actions taken by staff first responders, medical and mental health practitioners, investigators, and facility leadership in response to an incident of sexual abuse.
(2) Each facility shall use a coordinated, multidisciplinary team approach to responding to sexual abuse.
(3) If a victim of sexual abuse is transferred between DHS immigration detention facilities, the sending facility shall, as permitted by law, inform the receiving facility of the incident and the victim's potential need for medical or social services.
(4) If a victim is transferred between DHS immigration detention facilities or to a non-DHS facility, the sending facility shall, as permitted by law, inform the receiving facility of the incident and the victim's potential need for medical or social services, unless the victim requests otherwise.

## 115.66 Protection of detainees from contact with alleged abusers.

(1) Staff, contractors, and volunteers suspected of perpetrating sexual abuse shall be removed from all duties requiring detainee contact pending the outcome of an investigation.

## 115.67 Agency protection against retaliation.

(1) Staff, contractors, and volunteers, and immigration detention facility detainees, shall not retaliate against any person, including a detainee, who reports, complains about, or participates in an investigation into an allegation of sexual abuse, or for participating in sexual activity as a result of force, coercion, threats, or fear of force.
(2) For at least 90 days following a report of sexual abuse, the agency and facility shall monitor to see if there are facts that may suggest possible retaliation by detainees or staff, and shall act promptly to remedy any such retaliation.

## 115.68 Post-allegation protective custody.

(1) The facility shall take care to place detainee victims of sexual abuse in a supportive environment that represents the least restrictive housing option possible (e.g., protective custody), subject to the requirements of§ 115.43.
(2) Detainee victims shall not be held for longer than five days in any type of

17

Attachment 6 – INCORPORATION OF DHS PREA STANDARDS

administrative segregation, except in highly unusual circumstances or at the request of the detainee.

(3) A detainee victim who is in protective custody after having been subjected to sexual abuse shall not be returned to the general population until completion of a proper re-assessment, taking into consideration any increased vulnerability of the detainee as a result of the sexual abuse.

(4) Facilities shall notify the appropriate ICE Field Office Director whenever a detainee victim has been held in administrative segregation for 72 hours.

## INVESTIGATIONS

### 115.71 Criminal and administrative investigations.

(1) If the facility has responsibility for investigating allegations of sexual abuse, all investigations into alleged sexual abuse must be prompt, thorough, objective, and conducted by specially trained, qualified investigators.

(2) Upon conclusion of a criminal investigation where the allegation was substantiated, an administrative investigation shall be conducted. Upon conclusion of a criminal investigation where the allegation was unsubstantiated, the facility shall review any available completed criminal investigation reports to determine whether an administrative investigation is necessary or appropriate. Administrative investigations shall be conducted after consultation with the appropriate investigative office within DHS, and the assigned criminal investigative entity.

(3) (a) The facility shall develop written procedures for administrative investigations, including provisions requiring:

    i. Preservation of direct and circumstantial evidence, including any available physical and DNA evidence and any available electronic monitoring data;

    ii. (ii) Interviewing alleged victims, suspected perpetrators, and witnesses;

    iii. (iii) Reviewing prior complaints and reports of sexual abuse involving the suspected perpetrator;

    iv. (iv) Assessment of the credibility of an alleged victim, suspect, or witness, without regard to the individual's status as detainee, staff, or employee, and without requiring any detainee who alleges sexual abuse to submit to a polygraph;

    v. (v) An effort to determine whether actions or failures to act at the facility contributed to the abuse; and

    vi. (vi) Documentation of each investigation by written report, which shall include a description of the physical and testimonial evidence, the reasoning behind credibility assessments, and investigative facts and findings; and

    vii. (vii) Retention of such reports for as long as the alleged abuser is

18

Attachment 6 – INCORPORATION OF DHS PREA STANDARDS

> detained or employed by the agency or facility, plus five years.
>
> (b) Such procedures shall govern the coordination and sequencing of the two types of investigations, in accordance with paragraph (2) of this section, to ensure that the criminal investigation is not compromised by an internal administrative investigation.

(4) The agency shall review and approve the facility policy and procedures for coordination and conduct of internal administrative investigations with the assigned criminal investigative entity to ensure non-interference with criminal investigations.

(5) The departure of the alleged abuser or victim from the employment or control of the facility or agency shall not provide a basis for terminating an investigation.

(6) When outside agencies investigate sexual abuse, the facility shall cooperate with outside investigators and shall endeavor to remain informed about the progress of the investigation.

**DISCIPLINE**

**115.76 Disciplinary sanctions for staff.**

(1) Staff shall be subject to disciplinary or adverse action up to and including removal from their position and the Federal service for substantiated allegations of sexual abuse or for violating agency or facility sexual abuse policies.

(2) The agency shall review and approve facility policies and procedures regarding disciplinary or adverse actions for staff and shall ensure that the facility policy and procedures specify disciplinary or adverse actions for staff, up to and including removal from their position and from the Federal service for staff, when there is a substantiated allegation of sexual abuse, or when there has been a violation of agency sexual abuse rules, policies, or standards.  Removal  from their position and from the Federal service is the presumptive disciplinary sanction for staff who have engaged in or attempted or threatened to engage in sexual abuse, as defined under the definition of sexual abuse of a detainee by a staff member, contractor, or volunteer, paragraphs (a) - (d) and (g) - (h) of the definition of "sexual abuse of a detainee by a staff member, contractor, or volunteer" in § 115.6.

(3) Each facility shall report all removals or resignations in lieu of removal for violations of agency or facility sexual abuse policies to appropriate law enforcement agencies, unless the activity was clearly not criminal.

(4) Each facility shall make reasonable efforts to report removals or resignations in lieu of removal for violations of agency or facility sexual abuse policies to any relevant licensing bodies, to the extent known.

19

Attachment 6 – INCORPORATION OF DHS PREA STANDARDS

**115.77 Corrective action for contractors and volunteers.**

(1) Any contractor or volunteer who has engaged in sexual abuse shall be prohibited from contact with detainees. Each facility shall make reasonable efforts to report to any relevant licensing body, to the extent known, incidents of substantiated sexual abuse by a contractor or volunteer. Such incidents shall also be reported to law enforcement agencies, unless the activity was clearly not criminal.

(2) Contractors and volunteers suspected of perpetrating sexual abuse shall be removed from all duties requiring detainee contact pending the outcome of an investigation.

(3) The facility shall take appropriate remedial measures, and shall consider whether to prohibit further contact with detainees by contractors or volunteers who have not engaged in sexual abuse, but have violated other provisions within these standards.

**115.78 Disciplinary sanctions for detainees.**

(1) Each facility shall subject a detainee to disciplinary sanctions pursuant to a formal disciplinary process following an administrative or criminal finding that the detainee engaged in sexual abuse.

(2) At all steps in the disciplinary process provided in paragraph (1), any sanctions imposed shall be commensurate with the severity of the committed prohibited act and intended to encourage the detainee to conform with rules and regulations in the future.

(3) Each facility holding detainees in custody shall have a detainee disciplinary system with progressive levels of reviews, appeals, procedures, and documentation procedure.

(4) The disciplinary process shall consider whether a detainee's mental disabilities or mental illness contributed to his or her behavior when determining what type of sanction, if any, should be imposed.

(5) The facility shall not discipline a detainee for sexual contact with staff unless there is a finding that the staff member did not consent to such contact.

(6) For the purpose of disciplinary action, a report of sexual abuse made in good faith based upon a reasonable belief that the alleged conduct occurred shall not constitute falsely reporting an incident or lying, even if an investigation does not establish evidence sufficient to substantiate the allegation.

**MEDICAL AND MENTAL CARE**

**115.81 Medical and mental health assessments; history of sexual abuse.**

(1) If the assessment pursuant to § 115.41 indicates that a detainee has experienced prior sexual victimization or perpetrated sexual abuse, staff shall, as appropriate,

20

Attachment 6 – INCORPORATION OF DHS PREA STANDARDS

ensure that the detainee is immediately referred to a qualified medical or mental health practitioner for medical and/or mental health follow-up as appropriate.

(2) When a referral for medical follow-up is initiated, the detainee shall receive a health evaluation no later than two working days from the date of assessment.

(3) When a referral for mental health follow-up is initiated, the detainee shall receive a mental health evaluation no later than 72 hours after the referral.

**115.82 Access to emergency medical and mental health services.**

(1) Detainee victims of sexual abuse shall have timely, unimpeded access to emergency medical treatment and crisis intervention services, including emergency contraception and sexually transmitted infections prophylaxis, in accordance with professionally accepted standards of care.

(2) Emergency medical treatment services provided to the victim shall be without financial cost and regardless of whether the victim names the abuser or cooperates with any investigation arising out of the incident.

**115.83 Ongoing medical and mental health care for sexual abuse victims and abusers.**

(1) Each facility shall offer medical and mental health evaluation and, as appropriate, treatment to all detainees who have been victimized by sexual abuse while in immigration detention.

(2) The evaluation and treatment of such victims shall include, as appropriate, follow-up services, treatment plans, and, when necessary, referrals for continued care following their transfer to, or placement in, other facilities, or their release from custody.

(3) The facility shall provide such victims with medical and mental health services consistent with the community level of care.

(4) Detainee victims of sexually abusive vaginal penetration by a male abuser while incarcerated shall be offered pregnancy tests. If pregnancy results from an instance of sexual abuse, the victim shall receive timely and comprehensive information about lawful pregnancy-related medical services and timely access to all lawful pregnancy-related medical services.

(5) Detainee victims of sexual abuse while detained shall be offered tests for sexually transmitted infections as medically appropriate.

(6) Treatment services shall be provided to the victim without financial cost and regardless of whether the victim names the abuser or cooperates with any investigation arising out of the incident.

(7) The facility shall attempt to conduct a mental health evaluation of all known detainee-on-detainee abusers within 60 days of learning of such abuse history and offer treatment when deemed appropriate by mental health practitioners.

21

Attachment 6 – INCORPORATION OF DHS PREA STANDARDS

## DATA COLLECTION AND REVIEW

### 115.86 Sexual abuse incident reviews.

(1) Each facility shall conduct a sexual abuse incident review at the conclusion of every investigation of sexual abuse and, where the allegation was not determined to be unfounded, prepare a written report within 30 days of the conclusion of the investigation recommending whether the allegation or investigation indicates that a change in policy or practice could better prevent, detect, or respond to sexual abuse. The facility shall implement the recommendations for improvement, or shall document its reasons for not doing so in a written response. Both the report and response shall be forwarded to the Field Office Director, for transmission to the ICE PSA Coordinator.

(2) The review team shall consider whether the incident or allegation was motivated by race; ethnicity; gender identity; lesbian, gay, bisexual, transgender, or intersex identification, status, or perceived status; or gang affiliation; or was motivated or otherwise caused by other group dynamics at the facility.

(3) Each facility shall conduct an annual review of all sexual abuse investigations and resulting incident reviews to assess and improve sexual abuse intervention, prevention and response efforts. If the facility has not had any reports of sexual abuse during the annual reporting period, then the facility shall prepare a negative report. The results and findings of the annual review shall be provided to the facility administrator and Field Office Director or his or her designee, who shall transmit it to the ICE PSA Coordinator.

### 115.87 Data collection.

(1) Each facility shall maintain in a secure area all case records associated with claims of sexual abuse, including incident reports, investigative reports, offender information, case disposition, medical and counseling evaluation findings, and recommendations for post-release treatment, if necessary, and/or counseling in accordance with these standards and applicable agency policies, and in accordance with established schedules.

(2) On an ongoing basis, the PSA Coordinator shall work with relevant facility PSA Compliance Managers and DHS entities to share data regarding effective agency response methods to sexual abuse.

## AUDITS AND COMPLIANCE

### 115.93 Audits of standards.

(1) The agency may require an expedited audit if the agency has reason to believe that

22

Attachment 6 – INCORPORATION OF DHS PREA STANDARDS

a particular facility may be experiencing problems relating to sexual abuse. The agency may also include referrals to resources that may assist the facility with PREA-related issues.

## ADDITIONAL PROVISIONS IN AGENCY POLICIES

### 115.95 Additional provisions in agency policies.

(1) The regulations in this subpart A establish minimum requirements for agencies and facilities. Agency and facility policies may include additional requirements.

23

GEO-Novoa_00035242