# Exhibit 1

## Part 5

# CMHE Follow up Screening-ICE Detainees

Facility: _____

Inmate/Resident Name: _____   Date of Evaluation: _____

Inmate/Resident No.: _____   Date of Birth: _____

This form is to be completed for any detainee who had "Yes" answers on the Initial Comprehensive Mental Health Evaluation. Any item marked by an asterisk (*) indicates a trigger for additional mental health assessment and/or follow up.

SECTION 1: BARRIERS TO COMMUNICATION-provider to enter "Y" or "N" for observed problems in each of the categories.

| Yes | No | Observation: |
|---|---|---|
|   |   | 1. *Hearing |
|   |   | 2. *Forming Speech |
|   |   | 3. *Comprehension |
|   |   | 4. *Lack of Response |
|   |   | 5. *Response not Logical |
|   |   | 6. *Other Problems: (List): |
|   |   | 7. Communication Intact with No Barriers |
|   |   | **Questions** |
|   |   | In the last month, how much difficulty did you have concentrating on something for 10 minutes?<br>☐None  ☐Some  ☐Severe |
|   |   | In the last month, how much difficulty did you have starting and maintaining a conversation?<br>☐None  ☐Some  ☐Severe |

SECTION 2: GAUGE OF UNDERSTANDING OF SITUATION-Recommended behaviorally cut-offs for scoring on a 1-10 scale: Understanding or Not Understanding, with a potential threshold of 5 or less. Asterisk (*) is trigger for additional mental health assessment and/or treatment.

| YES | NO | |
|---|---|---|
|   |   | 1. What is your understanding of your situation? |
|   |   | Identifies immigration detention facility? |
|   |   | If N: What kind of facility is this? |
|   |   | If N: Are you here for criminal or immigration court? |
|   |   | 2. What might happen to you? |
|   |   | Identifies immigration court hearing? |
|   |   | Identifies potential for deportation? |
|   |   | 3. Who can help you? |
|   |   | Identifies realistic resources? |
|   |   | 4. How can you communicate with people outside of the facility? |
|   |   | Identifies how to access outside resources? |
|   |   | SCORING:<br>How well did the detainee demonstrate an understanding of his/her situation?<br>☐1= No understanding of detainee status. Did not mention immigration or any relevant process or has erroneous beliefs. *<br>☐5=Limited understanding. *<br>☐10=Perfect understanding of detainee status. Described immigration processes and resources with accuracy and specific detail. |

## SECTION 3: COGNITIVE IMPAIRMENTS - Asterisk (*) is trigger for additional MH assessment and/or treatment.

YES   NO

| | | |
|---|---|---|
| | | **Memory Functioning:** |
| | | Register & recall 3 words after 3-minute delay: detainee repeated ____ of the 3 words. If "N"* |
| | | In the last month, did you have problems remembering to do important things? |
| | | If Yes, Describe: |
| | | **Intellectual functioning** |
| | | How far did you get in school? Response: |
| | | Can you read? If "N" * |
| | | Did you learn more slowly than your classmates? If "Y" * |
| | | If Y: Were in Special Education classes or a special School? * |
| | | If Y: What years of school were you in special Education: Response: |
| | | Have you ever lived alone? |
| | | Describe your longest job. |
| | | **Cognitive impairment from head injury** |
| | | Have you ever had a head injury or head surgery? |
| | | If Y*: Was there any change in thinking or memory? |

## SECTION 4: SOCIAL HISTORY (not otherwise covered by existing questions, i.e., relationships & cultural concerns)

| | |
|---|---|
| | Marital status and family history: |
| | Do you have a history of violence? If so, were you the victim or the perpetrator? |
| | Do you have a criminal history? |
| | Do you have a history of alcohol abuse or dependence? |
| | Do you have a history of drug abuse or dependence? |
| | Do you have a history of physical abuse? |
| | Do you have a history of sexual abuse? |
| | Who are the most important people in your life? |
| | What is the most important aspect of your background or identity? |

## SECTION 5: HISTORY OF MEDICAL/MENTAL HEALTH TREATMENT - Asterisk (*) is trigger for additional mental health assessment and/or treatment.

YES   NO

| | | |
|---|---|---|
| | | ARE YOU EXPERIENCING ANY MEDICAL ISSUES OR COMPLAINTS? *IF YES RESPONSE, REFERRAL TO HEALTH SERVICES/NURSING.* |
| | | DO ANY OF YOUR IMMEDIATE FAMILY MEMBERS HAVCE A HISOTRY OF ANY MEDICAL ISSUES? (IF YES, LIST) |

| YES | NO | |
|---|---|---|
| | | Do you currently take any medications? |
| | |     If "N": Have you ever been prescribed medication for mental health needs? |
| | | Have you ever seen a mental health doctor or counselor? |
| | |     If "Y"*: Year: _____. Associated symptoms: |
| | |     *Key diagnoses for further referral: bipolar disorder/schizophrenia/suicidality/schizoaffective DO* |
| | | Does have your family have a history of mental illness? |
| | | Have you ever been in a hospital for mental health problems? |
| | |     If "Y"*: Year: _____. Associated symptoms/diagnosis: |
| | |     *Key diagnoses for further referral: psychotic symptoms, depression, mania, bipolar* |
| | | ***If yes to any of the questions: (provider responses only)*** |
| | | **List attempts to contact prior facilities providers or family:** |
| | | **List any new information obtained:** |

## SECTION 6: SUICIDAL IDEATION & SELF HARM - Asterisk (*) is trigger for additional mental health assessment and/or treatment.

| YES | NO | |
|---|---|---|
| | | Have you ever made a suicide attempt? If "Y"*: Number of attempts: ___ Year(s): |
| | | Do you have a past or present history of self-inflicted cutting? |
| | | Are you having suicidal thoughts now? If "Y"*: Plans/means/intent: |
| | | Have you ever harmed or hurt yourself on purpose? If "Y"* |
| | | Are you having thoughts or urges to do that here? |

## SECTION 7: HALLUCINATIONS/DELUSIONS/PARANOIA - Asterisk (*) is trigger for additional mental health assessment and/or treatment.

| YES | NO | |
|---|---|---|
| | | Do you hear things that other people do not hear such as voices? If "Y"*-What do you hear: |
| | | Do you see things other people do not see such as visions? If "Y"*: What do you see: |
| | | Do you currently believe that someone can control your mind? If "Y"* |
| | | Do you think anyone is trying to harm you in any way? If "Y": What do you think is happening: *If evidence of paranoia or bizarre beliefs |

## SECTION 8: DEPRESSION - Asterisk (*) is trigger for additional mental health assessment and/or treatment.

YES  NO

| YES | NO | |
|---|---|---|
| | | Do you feel sad or depressed? If "Y" – continue below |
| | | If "Y"*: Have you gained or lost as much as two pounds in the last few weeks without trying? |
| | | If "Y"*: Do you feel useless or sinful? |
| | | If "Y"*: Do you feel hopeless? |

## SECTION 9: MANIA-Asterisk (*) is trigger for additional mental health assessment and/or treatment.

| YES | NO | |
|---|---|---|
| | | Do you need less sleep than usual? If "Y"-continue below: |
| | | If "Y": Do you have extra energy? |
| | | If "Y": Do you talk all of the time? |
| | | If "Y"*: Do you have special powers? |
| | | If "Y"*: Do you have rapid or pressured speech? |

## SECTION 10: ANXIETY-Asterisk (*) is trigger for additional mental health assessment and/or treatment.

| YES | NO | |
|---|---|---|
| | | Have you ever experienced or witnessed something really terrible? |
| | | If "Y": Do you have disturbing memories of the event? |
| | | If "Y": Do you feel upset when something reminds you of the event? |
| | | Do you feel fearful? If "Y"-continue below |
| | | If "Y": Are you able to focus on things other than your anxiety? |
| | | If "Y"*: When you feel fearful do you have trouble breathing? |
| | | If "Y"*: When you feel fearful do you feel faint? |
| | | If "Y": Do you avoid situations that worry you? |

## SECTION 11: IMPULSIVITY-Asterisk (*) is trigger for additional mental health assessment and/or treatment.

| YES | NO | |
|---|---|---|
| | | Do you do things without thinking? |
| | | If "Y": Example: |
| | | Provider Observation related to impulsivity |
| | | Interrupts |
| | | Blurts out responses |
| | | Sudden movements |
| | | Gets out of chair |
| | | If "Y"*: Does behavior interfere with communication? |

## SECTION 12: OTHER BEHAVIORS RELATED TO CLASS MEMBERSHIP-Descriptions are keyed to behavioral definitions. All prompts are Y/N. If a response is "Y", a narrative description is needed. Asterisk (*) is trigger for additional mental health assessment and/or treatment.

| YES | NO | |
|---|---|---|
| | | Repetitive or unusual movements? If "Y:*: Describe: |
| | | Responding to internal stimuli, such as voices or paranoid thoughts? If "Y"*: Describe: |
| | | Slowed or disjointed thoughts? If "Y"*: Describe: |

| | |
|---|---|
| | Restless or distracted behavior? If "Y": Describe: |
| | Sad or worried appearance? If "Y", Describe: |
| | Poor understanding of questions? If "Y"*: Describe: |
| | Delayed or non-responsive to some questions? If "Y"*, Describe: |
| | Rapid and hard to interrupt speech? If "Y"*, Describe: |
| | Childlike speech, demeanor or behavior? If "Y": Describe: |
| | Sleep or appetite problems? If "Y": Describe: |

## SECTION 13: INCREASE SPECIFICTY, OBJECTIVITY AND DESCRIPTIONS FOR MHA

**MENTAL STATUS EXAM**-Asterisk (*) is trigger for additional mental health assessment and/or treatment.

| YES | NO | |
|---|---|---|
| | | **Provider Observations:** |
| | | Grooming: ☐Low: disheveled, strong body odor |
| | | ☐High: neatly styled hair, excellent hygiene |
| | | Behavior: |
| | | Cooperation: ☐low (refusal to answer questions, argues over exam) |
| | | ☐moderate (inconsistent effort in answering questions) |
| | | ☐high (helpful & cooperative) |
| | | Activity: ☐low (slowed or minimal movement, non-spontaneous) |
| | | ☐moderate (spontaneous movement, stays seated) |
| | | ☐high (constant movement, leaves chair)* |
| | | Attention: |
| | | ☐low (distracted throughout assessment, frequently asked for repeated questions) |
| | | ☐moderate (loses track of questions one or two times during assessment) |
| | | ☐high (focused attention to all questions) |
| | | Orientation: Month: _____ Date: _____ Year:____ Facility: _____ Situation: _____ *If lack of orientation to year or situation* |
| | | Affect: |
| | | Depressed |
| | | Anxious |
| | | Labile |
| | | Angry |
| | | Elevated |

| YES | NO | | |
|---|---|---|---|
| | | Euphoric | |
| | | Suspicious | |
| | | Congruent with mood state | |
| | | Disorganized (* if Y) | |
| | | Bizarre (* if Y) | |
| | | Grimacing (* if Y) | |
| | | Flat | |
| | | Mood | |
| | | What word describes your mood right now? Response: | |
| | | On a scale of 1-10, with 1 being the worse mood and 10 being the best mood, what number describes your mood? Response: | |
| | | Thought Process (provider observation) | |
| | | Logical | |
| | | Goal Oriented | |
| | | Loosened | |
| | | Rambling | |
| | | Over-inclusive | |
| | | Disjointed (* if Y) | |
| | | Repetitive | |
| | | Tangential (* if Y) | |
| | | Disorganized (* if Y) | |
| | | Word Salad (* if Y) | |
| | | Flight of ideas (* if Y) | |
| | | Clanging (* if Y) | |
| | | Thought content (provider Observations) | |
| | | Preoccupations -if Y: Describe: | |
| | | Grandiosity (* if Y) | |
| | | Paranoia (* if Y) | |
| | | Bizarre Thoughts-if Y*-Describe | |
| | | Nihilism (* if Y) | |
| | | Do you have special connections or Abilities? * if Y. Describe: | |
| | | Is there anyone trying to harm you or your family: If Y, describe: | |
| | | Is anyone controlling your thoughts or actions? * if Y. Describe: | |

**SECTION 14: PERCEPTIONS**-Asterisk (*) is trigger for additional mental health assessment and/or treatment.

YES   NO

| | | |
|---|---|---|
| | | Do you have the following: |
| | | Auditory hallucinations (hearing things)-* if Y. Describe: |
| | | Visual hallucinations (seeing things)-* if Y. Describe: |
| | | Somatic/Tactile hallucinations (sensations within or on your body)-* if Y. Describe: |
| | | Olfactory hallucinations (smelling things)-* if Y. Describe: |
| | | Do you ever hear whispers? (*Illusion*) |
| | | Do you ever see shadows? (*Illusion*) |

06/__/19

Proprietary Information

GEO-Novoa_00035248

## SECTION 15: FUTURE ORIENTATION AND INSIGHT - Asterisk (*) is trigger for additional mental health assessment and/or treatment.

What do you think is going to happen to you? Response:

## SECTION 16: OTHER

YES  NO

| YES | NO | |
|---|---|---|
| | | Any other observations that indicate: |
| | | Mental illness, If Y: Describe |
| | | Cognitive disorder, If Y: Describe: |
| | | Class Membership, If Y: Describe: |

## SECTION 17: Include the following:

YES  NO

| YES | NO | |
|---|---|---|
| | | Does this person meet criteria for *Franco* Class Membership? |

Actions Taken/Other comments: _____

QMHP Signature:_____    Date:_____

Proprietary Information

06/__/19

GEO-Novoa_00035249