# Exhibit 2

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | 1. REQUISITION NUMBER | | PAGE | OF |
|---|---|---|---|---|
| | | | 1 | 60 |

| 2. CONTRACT NO.<br>70CDCR20D00000009 | 3. AWARD/<br>EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER<br>70CDCR20R00000002 | 6. SOLICITATION<br>ISSUE DATE<br>10/16/2019 |
|---|---|---|---|---|

| 7. | FOR SOLICITATION<br>INFORMATION CALL: ▶ | a. NAME<br>PII | b. TELEPHONE NUMBER   *(No collect calls)*<br>PII | 8. OFFER DUE DATE/LOCAL TIME<br>ES |
|---|---|---|---|---|

**9. ISSUED BY**   CODE  ICE/DCR

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street, NW Suite 930
WASHINGTON DC 20536

**10. THIS ACQUISITION IS**  ☒ UNRESTRICTED OR  ☐ SET ASIDE:  ____ % FOR:

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☐ 8(A)

NAICS:

SIZE STANDARD:

| 11. DELIVERY FOR FOB DESTINA-<br>TION UNLESS BLOCK IS<br>MARKED<br>☐ SEE SCHEDULE | 12. DISCOUNT TERMS<br>Net 30 | | 13a. THIS CONTRACT IS A<br>☐ RATED ORDER UNDER<br>DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION<br>☐ RFQ   ☐ IFB   ☒ RFP | |

**15. DELIVER TO**   CODE  ICE/ERO

ICE Enforcement & Removal
Immigration and Customs Enforcement
801 I Street, NW
Suite 900
Washington DC 20536

**16. ADMINISTERED BY**   CODE  ICE/DCR

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street, NW Suite 930
WASHINGTON DC 20536

| 17a. CONTRACTOR/<br>OFFEROR   CODE 6127064650000 | FACILITY<br>CODE | 18a. PAYMENT WILL BE MADE BY   CODE ICE-ERO-FHQ-DMD |
|---|---|---|

GEO GROUP INC THE
ATTN AMBER MARTIN
4955 TECHNOLOGY WAY
BOCA RATON FL 334313367

DHS, ICE
Burlington Finance Center
P.O. Box 1620
Attn: ICE-ERO/DRO-FHQ-DMD
Williston VT 05495-1620

TELEPHONE NO.   5619997359

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED  ☐ SEE ADDENDUM

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | DUNS Number:  612706465<br>NAICS Code: 561612<br>PSC: S206<br><br>Contracting Officer (CO): PII<br>PII                PII<br>Contracting Officer's Representative (COR):<br>PII          , PII                        ,<br>PII<br>Alternate COR: PII              ,<br>PII<br>*(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA<br>See schedule | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*<br>Proprietary |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4.  FAR 52.212-3  AND 52.212-5 ARE ATTACHED.  ADDENDA  ☐ ARE  ☐ ARE NOT ATTACHED.

☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4.  FAR 52.212-5 IS ATTACHED.  ADDENDA  ☒ ARE  ☐ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ____1____ COPIES TO ISSUING OFFICE.  CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☐ 29. AWARD OF CONTRACT:  _____  OFFER DATED _____.  YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR  CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR<br>PII | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*<br>PII   Digitally signed by ABEER T SALEH<br>Date: 2019.12.19 22:15:50 -05'00' |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or print)*<br>PII | 30c. DATE SIGNED<br>12/19/2019 | 31b. NAME OF CONTRACTING OFFICER *(Type or print)*<br>PII | 31c. DATE SIGNED |

| AUTHORIZED FOR LOCAL REPRODUCTION<br>PREVIOUS EDITION IS NOT USABLE | STANDARD FORM 1449 (REV. 2/2012)<br>Prescribed by GSA - FAR (48 CFR) 53.212 |
|---|---|

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

GEO-Novoa_00040872

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | The purpose of this contract is to establish detention, transportation and medical services in the Los Angeles Area of Responsibility at Adelanto Detention Facility and the Desert View Modified Community Correctional Facility in accordance with the Performance Work Statement for this Contract (supplemented by PWS Requirement D Addendum).

All services shall be furnished in compliance with the following regulations/policies/standards:

2011 Performance Based National Detention Standards (PBNDS 2011)as revised in DEC 2016 Prison Rape Elimination Act (PREA) standards for DHS detention facilities American Correctional Association (ACA) Standards National Commission on Correctional Health Care(NCCHC) Standards

All IDIQ terms and conditions flow down to the Task Orders.

Scope of work changes must be submitted in writing and approved by a warranted ICE Contracting Officer. Any work conducted outside the scope of the terms of this contract will be Continued ... | | | | |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|
| | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |

| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
|---|---|---|

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY *(Print)* |
|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER   41c. DATE | 42b. RECEIVED AT *(Location)* |
| | 42c. DATE REC'D *(YY/MM/DD)*   42d. TOTAL CONTAINERS |

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

STANDARD FORM 1449 (REV. 2/2012) BACK

GEO-Novoa_00040873

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>70CDCR20D00000009 | | | | PAGE<br>3 | OF<br>60 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | at the contractor's own risk.<br><br>The Contractor shall not be entitled to a guaranteed minimum on any CLIN for any day unless the Contractor has made the number of beds that constitute that guaranteed minimum available to ICE on such day.<br><br>The following is a list of attachments hereby incorporated into this Contract:<br>Attachment 1: G-391 Attachments<br>Attachment 2: QASP Attachments<br>Attachment 3: IHSC National Formulary FY 2019<br>Attachment 4: IHSC Form 067 Request for approval of non-formulary medications<br>Attachment 5: IHSC Minimum Staffing Requirements Standards<br>Attachment 6: IHSC Intake Screening Form<br>Attachment 7: IHSC Sample Clinical Practice Guidelines<br>Attachment 8: IHSC electronic Quality Medical Care (QMC) Audit tool<br>Attachment 9: IHSC electronic Quality Medical Care (QMC) Incident Report<br>Attachment 10: Requirements Traceable Matrix (RTM)<br>Attachment 11: ICE Firearms Policy<br>Attachment 12: ICE Body Armor Policy<br>Attachment 13: Lyons Settlement Agreement<br>Attachment 14: Franco Settlement Agreement<br>Attachment 15: Screening ICE Detainees Health Form<br>Attachment 16: PWS Addendum 1<br>Attachment 17: Requirement D PWS Addendum<br>Attachment 18: Section B Supplies or Services and Price Costs<br>Attachment 19: Section C Performance Work Statement dated 10/25/2019<br>Attachment 20: Contract Clauses<br>Attachment 21: Section K Completed by Contractor<br>Attachment 22: Contractor's Proposal dated 12/19/2019<br>Attachment 23:ICE Design Standards for Contractor Detention Facilities (CDFs)<br>Attachment 24: Executive Office for Immigration Review (EOIR) Design Standards<br>Attachment 25: Structure Cable Plant Standards<br>Attachment 26: Health Design Standards<br>Attachment 27: IHSC Design Standards Supplement<br>Continued ... | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

GEO-Novoa_00040874

| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>70CDCR20D00000009 | | | | PAGE | OF |
|---|---|---|---|---|---|---|
| | | | | | 4 | 60 |

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Attachment 28: Adelanto Detention Facility Collective Bargaining Agreement between GEO and United Government Security Officers of America International Union and its Local #880 (Effective April 23, 2018-April 22, 2021)<br><br>Funding will be provided at the Task Order level.<br><br>Pursuant to FAR 52.216-22(b), the maximum amount of services the Contractor shall furnish under this IDIQ is **Proprietary**         and the minimum amount of services the Government shall order under this IDIQ is **Proprietary**<br><br>If a DOL Wage Determination or CBA incorporation results in an increase to employee wages that is above the annual escalation already noted in the contract, the vendor must submit a request for equitable adjustment and provide sufficient documentation to the CO's satisfaction.<br>No additional contractor employee wage adjustments will be paid by ICE if those increased wage amounts falls within/is less than the annual percentage escalation built into the CLIN.<br><br>The ultimate completion date of this IDIQ is 12/19/2034 if all options are exercised. Thus, the total duration of this IDIQ is from 12/20/2019 to 12/19/2034.<br>Period of Performance: 12/20/2019 to 12/19/2034 | | | | |
| 0001 | Desert View Pre-Transition/Mobilization<br><br>POP: 12/20/2019-06/19/2020<br><br>Monthly Rate: **Proprietary**<br>Obligated Amount: $0.00<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | Proprietary |
| 0001A | Desert View Transition<br><br>POP: 06/20/2020 - 08/19/2020<br><br>Monthly Rate: **Proprietary**<br>Continued ... | | | | Proprietary |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY
GEO-Novoa_00040875

CONTINUATION SHEET

Case 5:17-cv-02514-JGB-SHK   Document 375-6   Filed 10/30/20   Page 6 of 61   Page ID
#:8903

REFERENCE NO. OF DOCUMENT BEING CONTINUED
70CDCR20D00000009

PAGE OF
5    60

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Obligated Amount: $0.00<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 0002 | Adelanto Detention Bed Day Rate<br>Guaranteed Minimum<br>1 to 1,455 beds<br><br>Periods of Performance and Rates:<br>12/20/2019-12/19/2020<br>12/20/2020-12/19/2021<br>12/20/2021-12/19/2022<br>12/20/2022-12/19/2023<br>12/20/2023-12/19/2024<br><br>Obligated Amount: $0.00<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | Proprietary |
| 0002A | Desert View Detention Services<br>Guaranteed Minimum<br>(1-600 beds)<br><br>Periods of Performance and Rates:<br>08/20/2020-12/19/2020<br>12/20/2020-12/19/2021<br>12/20/2021-12/19/2022<br>12/20/2022-12/19/2023<br>12/20/2023-12/19/2024<br>Obligated Amount: $0.00<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | Proprietary |
| 0003 | Adelanto Detention Services<br>Above Guaranteed Minimum<br>(1456-1940 beds)<br><br>Periods of Performance and Rates:<br>12/20/2019-12/19/2020<br>12/20/2020-12/19/2021<br>12/20/2021-12/19/2022<br>12/20/2022-12/19/2023<br>12/20/2023-12/19/2024<br>Obligated Amount: $0.00<br>Continued ... | | | | Proprietary |

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

GEO-Novoa_00040876

**CONTINUATION SHEET**

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Product/Service Code:  S206 Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 0003A | Desert View Detention Services Above Guaranteed Minimum (601-750 beds)<br><br>Periods of Performance and Rates:<br>08/20/2020-12/19/2020<br>12/20/2020-12/19/2021   Proprietary<br>12/20/2021-12/19/2022<br>12/20/2022-12/19/2023<br>12/20/2023-12/19/2024<br>Obligated Amount: $0.00<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | Proprietary |
| 0004 | Adelanto Guaranteed Transportation Monthly Fee<br><br>Monthly Rate<br><br>Period of Performance and Rates:<br>12/20/2019-08/19/2020 (8)<br>08/20/2019-12/19/2020 (4)   Proprietary<br>12/20/2020-12/19/2021 (12)<br>12/20/2021-12/19/2022 (12)<br>12/20/2022-12/19/2023 (12)<br>12/20/2023-12/19/2024 (12)<br>Obligated Amount: $0.00<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | Proprietary |
| 0005 | Adelanto On Call Stationary/Transportation Guards<br><br>Overtime Hourly Rate  Proprietary<br><br>NTE Amount: 100,000 hours per year<br>Obligated Amount: $0.00<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | Proprietary |
| 0005A | Desert View On-Call Stationary/Transportation Guard Hours<br>Continued ... | | | | Proprietary |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

GEO-Novoa_00040877

| | | |
|---|---|---|
| REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
| 70CDCR20D00000009 | 7 | 60 |

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Overtime Hourly Rate: Proprietary | | | | |
| | NTE: 100,000 hours | | | | |
| | Obligated Amount: $0.00 | | | | |
| | Product/Service Code:  S206 | | | | |
| | Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 0006 | Adelanto Detainee Work Program | | | | 250,000.00 |
| | Rate: $1.00 Per Day per Detainee | | | | |
| | NTE: 250,000 days | | | | |
| | Obligated Amount: $0.00 | | | | |
| | Product/Service Code:  S206 | | | | |
| | Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 0006A | Desert View Detainee Work Program | | | | 250,000.00 |
| | Rate: $1.00 Per Day per Detainee | | | | |
| | NTE: 250,000 days | | | | |
| | Obligated Amount: $0.00 | | | | |
| | Product/Service Code:  S206 | | | | |
| | Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 0007 | Adelanto Facility Upgrades | | | | Proprietary |
| | *No facility modifications or other work planned under this CLIN may be initiated without a negotiated proposal and with approval by the Contracting Officer via a contract modification and funding obligated via task order. | | | | |
| | NTE: Proprietary | | | | |
| | Obligated Amount: $0.00 | | | | |
| | Product/Service Code:  S206 | | | | |
| | Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 0007A | Desert View Facility Upgrades | | | | Proprietary |
| | *No facility modifications or other work planned under this CLIN may be initiated without a negotiated proposal and with approval by the Contracting Officer via a contract modification Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

GEO-Novoa_00040878

**CONTINUATION SHEET**

NAME OF OFFEROR OR CONTRACTOR

GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | and funding obligated via task order. | | | | |
| | NTE: Proprietary<br>Obligated Amount: $0.00<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 1001 | Adelanto Detention Services | | | | 0.00 |
| | Guaranteed Minimum (1 to 1,455 Beds) | | | | |
| | Period of Performance and Rate:<br>12/20/2024-12/19/2025<br>12/20/2025-12/19/2026   Proprietary<br>12/20/2026-12/19/2027<br>12/20/2027-12/19/2028<br>12/20/2028-12/19/2029<br>Amount: $463,281,210.15(Option Line Item)<br>12/20/2024<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 1001A | Desert View Detention Services<br>Guaranteed Minimum<br>(1 to 600 Beds) | | | | 0.00 |
| | Periods of Performance and Rate: | | | | |
| | 12/20/2024-12/19/2025<br>12/20/2025-12/19/2026   Proprietary<br>12/20/2026-12/19/2027<br>12/20/2027-12/19/2028<br>12/20/2028-12/19/2029<br>Amount: Proprietary   (Option Line Item)<br>12/20/2024<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 1002 | Adelanto Detention Services<br>Above Guaranteed Minimum<br>(1,456-1,940 beds) | | | | 0.00 |
| | Period of Performance and Rate: | | | | |
| | Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

GEO-Novoa_00040879

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 70CDCR20D00000009 | | | | PAGE 9 | OF 60 |

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | 12/20/2024-12/19/2025 **Proprietary**<br>12/20/2025-12/19/2026<br>12/20/2026-12/19/2027<br>12/20/2027-12/19/2028<br>12/20/2028-12/19/2029<br>Amount: **Proprietary**    (Option Line Item)<br>12/20/2024<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 1002A | Desert View Detention Services<br>Above Guaranteed Minimum Rate<br>(601-750 beds)<br><br>Period of Performance and Rate:<br><br>12/20/2024-12/19/2025 **Proprietary**<br>12/20/2025-12/19/2026<br>12/20/2026-12/19/2027<br>12/20/2027-12/19/2028<br>12/20/2028-12/19/2029<br>Amount: **Proprietary**    (Option Line Item)<br>12/20/2024<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | 0.00 |
| 1003 | Adelanto Guaranteed Transportation Monthly Fee<br><br>Monthly Rate<br><br>Period of Performance and Rate:<br><br>12/20/2024-12/19/2025 (12) **Proprietary**<br>12/20/2025-12/19/2026 (12)<br>12/20/2026-12/19/2027 (12)<br>12/20/2027-12/19/2028 (12)<br>12/20/2028-12/19/2029 (12)<br>Amount: **Proprietary**    (Option Line Item)<br>12/20/2024<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | 0.00 |
| 1004 | Adelanto On-Call Stationary/Transportation Guard<br>Hours<br>Continued ... | | | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)<br>Sponsored by GSA<br>FAR (48 CFR) 53.110

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

GEO-Novoa_00040880

**CONTINUATION SHEET**

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Proprietary/Hourly Rate<br><br>NTE: 100,000 hours per year<br>Amount: Proprietary    (Option Line Item)<br>12/20/2024<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 1004A | Desert View On-Call Stationary/Transportation<br>Guard Hours<br><br>Hourly Rate: Proprietary<br><br>NTE: 100,000 hours<br>Amount: Proprietary    (Option Line Item)<br>12/20/2024<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | 0.00 |
| 1005 | Adelanto Detainee Work Program<br>Rate: $1.00 Per Day Per Detainee<br><br>NTE: 250,000 days<br>Amount: $250,000.00(Option Line Item)<br>12/20/2024<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | 0.00 |
| 1005A | Desert View Detainee Work Program<br>Rate: $1.00 per day per detainee<br><br>NTE: $250,000<br>Amount: $250,000.00(Option Line Item)<br>12/20/2024<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | 0.00 |
| 1006 | Adelanto Facility Upgrades<br><br>*No facility modifications or other work planned<br>under this CLIN may be initiated without a<br>negotiated proposal and with approval by the<br>Continued ... | | | | 0.00 |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

GEO-Novoa_00040881

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 70CDCR20D00000009 | | PAGE 11 | OF 60 |
| --- | --- | --- | --- | --- |

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
| --- | --- | --- | --- | --- | --- |
| | Contracting Officer via a contract modification and funding obligated via task order.<br><br>NTE: Proprietary<br>Amount: Proprietary    (Option Line Item)<br>12/20/2024<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 1006A | Desert View Facility Upgrades<br><br>*No facility modifications or other work planned under this CLIN may be initiated without a negotiated proposal and with approval by the Contracting Officer via a contract modification and funding obligated via task order.<br><br>NTE: Proprietary<br>Amount: Proprietary    Option Line Item)<br>12/20/2024<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | 0.00 |
| 2001 | Adelanto Detention Services<br>Guaranteed Minimum<br>1 to 1,455 Beds<br><br>Periods of Performance and Rates:<br>12/20/2029 - 12/19/2030<br>12/20/2030 - 12/19/2031  Proprietary<br>12/20/2031 - 12/19/2032<br>12/20/2032 - 12/19/2033<br>12/20/2033 - 12/19/2034<br>Amount: Proprietary    (Option Line Item)<br>12/20/2029<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | 0.00 |
| 2001A | Desert View Detention Services<br>Guaranteed Minimum<br>1 to 600 Beds<br><br>Period of Performance and Rates:<br>12/20/2029 - 12/19/2030  Proprietary<br>Continued ... | | | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

GEO-Novoa_00040882

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 70CDCR20D00000009 | | | | PAGE OF | |
|---|---|---|---|---|---|---|
| | | | | | 12 | 60 |

NAME OF OFFEROR OR CONTRACTOR

GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | 12/20/2030 - 12/19/2031 | | | | |
| | 12/20/2031 - 12/19/2032   Proprietary | | | | |
| | 12/20/2032 - 12/19/2033 | | | | |
| | 12/20/2033 - 12/19/2034 | | | | |
| | Amount: Proprietary        (Option Line Item) | | | | |
| | 12/20/2029 | | | | |
| | Product/Service Code:  S206 | | | | |
| | Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| | | | | | |
| 2002 | Adelanto Detention Services | | | | 0.00 |
| | Above Guaranteed Minimum | | | | |
| | 1,456 - 1,940 Beds | | | | |
| | | | | | |
| | Period of Performance and Rates: | | | | |
| | 12/20/2029 - 12/19/2030 | | | | |
| | 12/20/2030 - 12/19/2031   Proprietary | | | | |
| | 12/20/2031 - 12/19/2032 | | | | |
| | 12/20/2032 - 12/19/2033 | | | | |
| | 12/20/2033 - 12/19/2034 | | | | |
| | Amount: Proprietary        (Option Line Item) | | | | |
| | 12/20/2029 | | | | |
| | Product/Service Code:  S206 | | | | |
| | Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| | | | | | |
| 2002A | Desert View Detention Services | | | | 0.00 |
| | Above Guaranteed Minimum Rate | | | | |
| | 601-750 beds | | | | |
| | | | | | |
| | Periods of Performance and Rates: | | | | |
| | 12/20/2029 - 12/19/2030 | | | | |
| | 12/20/2030 - 12/19/2031   Proprietary | | | | |
| | 12/20/2031 - 12/19/2032 | | | | |
| | 12/20/2032 - 12/19/2033 | | | | |
| | 12/20/2033 - 12/19/2034 | | | | |
| | Amount: Proprietary        (Option Line Item) | | | | |
| | 12/20/2029 | | | | |
| | Product/Service Code:  S206 | | | | |
| | Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| | | | | | |
| 2003 | Adelanto Guaranteed Transportation | | | | 0.00 |
| | Monthly Rate | | | | |
| | | | | | |
| | Periods of Performance and Rates: | | | | |
| | 12/20/2029 - 12/19/2030 (12) Proprietary | | | | |
| | Continued ... | | | | |

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

GEO-Novoa_00040883

**CONTINUATION SHEET**

NAME OF OFFEROR OR CONTRACTOR

GEO GROUP INC THE

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | 12/20/2030 - 12/19/2031 (12) Proprietary<br>12/20/2031 - 12/19/2032 (12)<br>12/20/2032 - 12/19/2033 (12)<br>12/20/2033 - 12/19/2034 (12)<br>Amount: Proprietary    (Option Line Item)<br>12/20/2029<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 2004 | Adelanto On-Call Stationary / Transportation<br>Guard Hours<br><br>Hourly Rate: Proprietary<br><br>NTE: 100,000 hours<br>Amount: Proprietary    (Option Line Item)<br>12/20/2029<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | 0.00 |
| 2004A | Desert View On-Call Stationary / Transportation<br>Guard Hours<br><br>Hourly Rate: Proprietary<br><br>NTE: 100,000 hours<br>Amount: Proprietary    (Option Line Item)<br>12/20/2029<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | 0.00 |
| 2005 | Adelanto Detainee Work Program<br>Rate: $1.00 Per Day Per Detainee<br><br>NTE: 250,000 days<br>Amount: $250,000.00 (Option Line Item)<br>12/20/2029<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | 0.00 |
| 2005A | Desert View Detainee Work Program<br>Rate: $1.00 per day<br><br>Continued ... | | | | 0.00 |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

GEO-Novoa_00040884

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 70CDCR20D00000009 | | | | | PAGE 14 | OF 60 |
|---|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | NTE: $250,000<br>Amount: $250,000.00(Option Line Item)<br>12/20/2029<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 2006 | Adelanto Facility Upgrades | | | | 0.00 |
| | *No facility modifications or other work planned under this CLIN may be initiated without a negotiated proposal and with approval by the Contracting Officer via a contract modification and funding obligated via task order.<br><br>NTE: Proprietary<br>Amount: Proprietary     (Option Line Item)<br>12/20/2029<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 2006A | Desert View Facility Upgrades | | | | 0.00 |
| | *No facility modifications or other work planned under this CLIN may be initiated without a negotiated proposal and with approval by the Contracting Officer via a contract modification and funding obligated via task order.<br><br>NTE: Proprietary<br>Amount: Proprietary     (Option Line Item)<br>12/20/2029<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD<br><br>Invoice Instructions for ICE – ERO Contracts: See Section G of the Contract Clauses.<br><br>The obligated amount of award: $0.00. The total for this award is shown in box 26. | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

GEO-Novoa_00040885

# SECTION D:
## PACKAGING & MARKING

**[THIS SECTION IS INTENTIONALLY LEFT BLANK]**

**[END OF SECTION D]**

15

Highly Confidential-Attorneys' Eyes Only

GEO-Novoa_00041323

Section E

# SECTION E:
## INSPECTION AND ACCEPTANCE

**E.1     CLAUSES INCORPORATED BY REFERENCE (FAR 52.252-2) (FEB 1998)**

This contract incorporates the following clauses by reference with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text can be accessed electronically at this internet address: https://www.acquisition.gov/browse/index/far

| Clause Number | Clause Title | Date |
|---|---|---|
| 52.246-4 | Inspection of Services – Fixed Price | Aug 1996 |
| 52.246-6 | Inspection of Services – Time and Material and Labor Hour | May 2001 |

**E.2     INSPECTION REQUIREMENTS**

Review of Deliverables ---

   a.   The COR will provide written acceptance, comments and/or change requests, if any, within thirty (30) business days from receipt by the Government of the initial deliverable.

   b.   Upon receipt of the Government comments, the Contractor shall have fifteen (15) business days to incorporate the Government's comments and/or change requests and to resubmit the deliverable in its final form.

   c.   If written acceptance, comments and/or change requests are not issued by the Government within thirty (30) calendar days of submission, the draft deliverable shall be deemed acceptable as written and the Contractor may proceed with the submission of the final deliverable product. The Contractor shall provide all deliverables to the COR in Microsoft Excel, PowerPoint or Word format.

16

Highly Confidential-Attorneys' Eyes Only

Section E

## E.3 DELIVERABLES CHART

| # | Deliverable | Due Date |
|---|---|---|
| 1 | Quality Control Plan | With Proposal Submission; Updated as Needed |
| 2 | Plans, Policy and Procedures Manual | Plans, Policy, Procedures Manual: 5 days after award |
| 3 | Standard Operating Procedures | Within 30 calendar days of award of contract |
| 4 | Post Orders | Within 30 calendar days of award of contract, annually and as requested by the COR. |
| 5 | Communication Plan | With Proposal Submission; Updated as Needed |
| 6 | Resumes of Key Personnel | Submitted within 5 days after award. For all new candidates, prior to Entry on Duty (EOD) |
| 7 | Organizational Chart | Within 30 calendar days of award of contract and after that anytime as requested by the COR. |
| 8 | Staffing Plan | With Proposal Submission and after that anytime as requested by the COR. |
| 9 | Documentation of employee receipt of ICE Operations Policy/Procedure Manual | As requested by COR |
| 10 | Contractor employee certification for standards of conduct | As requested by COR |

17

GEO-Novoa_00041325

Section E

| 11 | Contractor employee violation of standards of conduct and disciplinary action | Reported immediately* to COR |
|----|----|----|
| 12 | Notification of change in employee's health status | Notification immediately to COR (immediate verbal report, with written follow-up) |
| 13 | Employee termination, transfer, suspension, personnel action relating to disqualifying information or incidents of delinquency | Notification immediately to COR (immediate verbal report, with written follow-up) |
| 14 | Report of any on contract employee misconduct | Notification immediately to COR (immediate verbal report, with written follow-up) |
| 15 | e-QIP Security Process | Prior to Entry on Duty (EOD) |
| 16 | Physical Force Incident Reports | Reported to COR immediately (immediate verbal report, with written report within two (2) hours of incident) |
| 17 | Report of escapes | Reported to COR immediately (immediate verbal report, with written report within two (2) hours of incident) |
| 18 | Physical harm or threat to safety, health or welfare | Reported to COR immediately (immediate verbal report, with written report within 24 hours of incident) |
| 19 | Drug Test Results | Upon EOD and as requested by COR, or reported immediately to COR upon found violation |
| 20 | Emergency Call Back Roster | Quarterly or as needed |
| 21 | Finalized Training Plan, with Curriculum | Within 30 calendar days of contract award |
| 22 | Quarterly Training Forecast | Quarterly |

Highly Confidential-Attorneys' Eyes Only

GEO-Novoa_00041326

Section E

| 23 | Training certification and reports for formal and on the job training (including Supervisors and refresher) | As requested by COR |
|---|---|---|
| 24 | Daily Time Sheet | As requested by COR |
| 25 | Emergency Action Plan to include Auxiliary Power procedures | No Later than the post award conference |
| 26 | Sexual Assault & Suicide Prevention Program | No later than the post award conference |
| 27 | Firearms Training Certificates | Annually |
| 28 | Employee Weapon Permit | To COR 3 days prior to EOD, and then after as requested by COR |
| 29 | Notification of employee criminal activity | Reported immediately to COR and appropriate law enforcement agency. |
| 30 | Officer Testing Questions and Results | Post award, as needed by the COR |
| 31 | Key, Tool Cabinet Inventory Class A and Class B Log | At the beginning of day and end of each shift |
| 32 | Equipment Inventory | Within 30 calendar days after award of contract, then annually or as requested by COR |
| 33 | Intervention Equipment Inventory | Within 30 calendar days after award of contract, then annually or as requested by COR |
| 34 | Regular Tool Control Log | Monthly |
| 35 | Detainee Volunteer Work Screening Form (Request Form) | As required |

19

Highly Confidential-Attorneys' Eyes Only

Section E

| 36 | Detainee Volunteer Work Program Training Form | As required |
|---|---|---|
| 37 | ACA Accreditation | Within 18 months of contract award |
| 38 | Proposed daily transportation routes | Within 30 calendar days of contract award |
| 39 | Safety Devices/Equipment Training Plan | Quarterly |
| 40 | Chemical Perpetual Inventory Sheet | As requested by COR |
| 41 | Compliance and Independent Audit Report | Annually |
| 42 | Key Indicators Report | Monthly, by 5th of each month for previous month's data |
| 43 | General Supply/Inventory Plan | Within 30 calendar days after award of contract, then annually or as requested by COR |
| 44 | Commissary Inventory List | As requested by COR |
| 45 | Statement of Detainee Funds Accounts | As requested by COR |
| 46 | IT Security Plan | Within 30 calendar days after award of contract |
| 47 | Finalized List of Approved Food Vendors | Within 30 calendar days after award of contract and upon any changes thereafter |
| 48 | Prime Vendor/Food Service Expenditures | As requested by COR |
| 49 | Employee Meal Ticket Sales Report | As requested by COR |
| 50 | Number of Meals Served/Daily Meal Count | Quarterly or as requested by COR |

Highly Confidential-Attorneys' Eyes Only

GEO-Novoa_00041328

Section E

| 51 | Detainee Records | Continuous |
|---|---|---|
| 52 | Detainee Death | Reported immediately to COR (immediate verbal report, with written report within two (2) hours of incident) |
| 53 | Detainee Departure Documents | Continuous, prior to detainee departing. |
| 54 | Detainee Volunteer Food Service Worker Contingency Plan | Within 30 calendar days of award of contract and after that anytime as requested by the COR. |
| 55 | 35 Day Regular Menu | Monthly |
| 56 | Physical damage to the facility documentation | Immediate verbal report to COR, with written report within five (5) days. |
| 57 | Detainee Special Needs Menu | As requested by COR |
| 58 | Daily Diet List (Medical & Religious) | As requested by COR |
| 59 | Holiday Menus | Annually |
| 60 | Emergency Food Preparation and Service Schedule | Within 30 calendar days of award of contract |
| 61 | ACA Temperature Log Report (refrigerators, freezers, dishwasher temperatures and water) | As requested by COR |
| 62 | Food Service Weekly Inspection Log | Weekly or as requested by COR |
| 63 | Food Handler Certification | Maintained for all food service employees at all times, as requested by COR |
| 64 | Food and Non-Food Inventory | Monthly or as requested by COR |

21

Highly Confidential-Attorneys' Eyes Only

Section E

| 65 | Maintenance Service Work Orders | As requested by COR |
|----|----------------------------------|----------------------|
| 66 | Common Fare Cost for Detainees | Quarterly, or as requested by COR |
| 67 | Authorized Detainee Worker List Weekly Schedule | Weekly, or as requested by COR |
| 68 | Detainee Volunteer Food Service Work Detail Pay List | Monthly |
| 69 | Monthly Medical Inspection Corrective Actions | Monthly |
| 70 | Certified Dietician In- Service Staff Training and Department Inspection | Quarterly, or as requested by the COR |
| 71 | Medical Clearance including TB test | For all new employees and after diagnosed with illness or communicable disease. Employees must be re-examined and medically cleared before returning to work. TB test certification annually. |
| 72 | Vehicle inventory log and interior specification for each vehicle type | Within 30 calendar days of award of contract, annually and as requested by COR |
| 73 | Menu Cycle (Revisions and Registered Dietician Recertification of all menus) | Annually |
| 74 | End of Month Food Service Cost Report, including Cost Per Meal Data | Annually |
| 75 | Firearms Control Register | As requested by COR |

22

Highly Confidential-Attorneys' Eyes Only

GEO-Novoa_00041330

Section E

| 76 | Surveillance Video | As requested by COR |
|---|---|---|
| 77 | Detainee or Contractor Employee Contraband Found Report | Immediately to COR (immediate verbal report, with written follow-up) |
| 78 | Staff Vacancy Report | To COR by 5th of each month for previous month's data |
| 79 | Additional Reports as requested by the COR | As needed |
| 80 | Notice of facility readiness | 10 days prior to the end of the Transition Period |
| 81 | Records related to performance by contractor | As requested by CO or COR at any time during the term of the contract or at termination/expiration. |
| 82 | Litigation | As requested by CO or COR at any time during the term of the contract or at/after termination/expiration. |
| 83 | Congressional Inquiry | Immediately to COR and CO (immediate verbal report, with written follow-up) to FOD, DFOD, COR, and CO |
| 84 | Press statements and/or releases | To FOD, DFOD & COR prior to release |
| 85 | Correctional Officer assignment, Names of Supervisory Correctional Officers, and Shift Rosters | As requested by COR |
| 86 | Overnight lodging requests | Advance of commencement of overnight trip |
| 87 | Non-returned ID Badges/Credentials | Immediately to COR |
| 88 | Intelligence Information | Immediately to COR |
| 89 | Serious Incidents | Immediately to COR |

23

Highly Confidential-Attorneys' Eyes Only

GEO-Novoa_00041331

Section E

| 90 | Contractor Employee Manual | Within 30 calendar days of award of contract and after that anytime as requested by the COR. |
| 91 | Any requested Detainee medical documentation | Immediately to COR |
| 92 | Medical and Personnel Records of Contractor Employees | As requested by COR |
| 93 | Contractor Business Permits and Licenses | Within 30 calendar days of award of contract and after that anytime as |
| 94 | Contractor Employee Registrations, Commissions, Permits, and Licenses | Prior to EOD and then after, as requested by COR |
| 95 | Correctional Officer Post Assignment Record | As requested by COR |
| 96 | Count Records | As requested by COR |
| 97 | GSA Form 139 or ICE equivalent | As requested by COR |
| 98 | Authorization to exceed a change in duty | To COR for approval prior to commencement of change of duty |
| 99 | Lost and Found | As requested by COR |
| 100 | Security incidents – computers | To COR within four (4) hours of incident |
| 101 | Daily Detainee Manifest | As requested by COR |

24

Highly Confidential-Attorneys' Eyes Only

GEO-Novoa_00041332

Section E

| 102 | Contract Discrepancy Report, Corrective Action Plan, or outcome measures required by any inspection or accreditation review, QASP or PBNDS requirements | As outlined within the requiring document |
|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------------------------------|
| 103 | Spill Report | Immediately to COR |
| 104 | Transition-Out | 1 week after notification of Transition to New Vendor |
| 106 | Operational Data/Metrics Summary | Due within three (3) days of request |

*The word "immediately" or "immediate," as used above in the Deliverables Chart is defined as "as soon as reasonably possible." The Contractor should use prudent and reasonable judgement to determine the timeframe necessary to notify the Government as defined above based on the situation, but it should not exceed a reasonable timeframe to notify the Government. For example, a reasonable timeframe for reporting a physical force incident to the Government is as soon as the incident that required a physical force response has been contained. A reasonable timeframe to notify the Government of an attempted escape is after the detainee is back, safely within the confines of the building. A reasonable timeframe to report an actual escape in which the Contractor does not locate the detainee is as soon as the Contractor realizes there has been an escape. In the case of a conflict between the Program Office and the Contractor on a reasonable timeframe, the Contracting Officer will determine the appropriate reasonable timeframe.*

## E.4     ACCEPTANCE CRITERIA

The Government will provide written notification of acceptance or rejection of all final deliverables within thirty (30) calendar days. Absent written notification, final deliverables may be construed as accepted. All notifications of rejection will be accompanied with an explanation of the specific deficiencies causing the rejection.

**[END OF SECTION E]**

Highly Confidential-Attorneys' Eyes Only

GEO-Novoa_00041333

Section F

# SECTION F:
## DELIVERIES OR PERFORMANCE

**F.1    CLAUSES INCORPORATED BY REFERENCE (FAR 52.252-2) (FEB 1998)**

This contract incorporates the following clauses by reference with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text can be accessed electronically at this internet address: https://www.acquisition.gov/browse/index/far

| Clause Number | Clause Title | Date |
|---|---|---|
| 52.242-15 | Stop Work Order | Aug 1989 |
| 52.242-17 | Government Delay of Work | Apr 1984 |

**F.2    PERIOD OF PERFORMANCE**

Each contract, when awarded, will have an anticipated period of performance which will include a base period of five (5) years and two additional five (5) year options. Included in the base period will be a sixty (60) day transition period (if necessary).

The anticipated period of performance for all requirements will be as follows:

| Period of Performance | Dates |
|---|---|
| Base Period | 12/20/2019 – 12/19/2024 |
| Option Period 1 | 12/20/2024 – 12/19/2029 |
| Option Period 2 | 12/20/2029 – 12/19/2034 |

**F.3    PLACE OF PERFORMANCE:**

**Address of Facility:**

10400 Rancho Road
Adelanto, CA  92301-2237

**F.4    CONTRACTOR EVALUATING PROCEDURES:**

The Government will issue Contractor performance ratings for each awarded requirement via the Contractor Performance Assessment Reporting System (CPARS) in accordance with FAR 42.1502.  The CPARS website is located: http://www.cpars.gov.

**[END OF SECTION F]**

26

Highly Confidential-Attorneys' Eyes Only

GEO-Novoa_00041334

Section F

Highly Confidential-Attorneys' Eyes Only

GEO-Novoa_00041335

Section G

# SECTION G:
## CONTRACT ADMINISTRATION DATA

### G.1      CONTRACT ADMINISTRATION

Notwithstanding the Contractors' responsibility for total management responsibility during the performance of this contract(s), the administration of the contract(s) will require maximum coordination between ICE and the Contractor.

The Government points of contact for any resulting contract(s) shall be identified at time of award.

### G.2      CONTRACTING OFFICER'S REPRESENTATIVE

The following individual is designated and authorized by the CO to perform contract administration functions related to the technical performance of this contract(s).

*Reference Contract Award Document*

(a) The Contracting Officer (CO) may designate Government personnel to act as the Contracting Officer's Representative(s) (COR) to perform functions under the contract such as review or inspection and acceptance of supplies, services, including construction, and other functions of a technical nature. The CO will provide a written notice of such designation to the Contractor within five (5) working days after contract award. The designation letter will set forth the authorities and limitations of the COR under the contract.

(b) The CO cannot authorize the COR or any other representative to sign documents, such as contracts, contract modifications, etc., that require the signature of the CO.

### G.3      INVOICE REQUIREMENTS

In accordance with Section G, Contract Administration Data, invoices shall be submitted as follows:

Service Providers/Contractors shall use these procedures when submitting an invoice.

1. Invoice Submission:  Invoices shall be submitted in a ".pdf" format in accordance with the contract terms and conditions, via email, United States Postal Service (USPS) or facsimile as follows:

a) Email:

Highly Confidential-Attorneys' Eyes Only                                                    GEO-Novoa_00041336

Section G

• Invoice.Consolidation@ice.dhs.gov
• Contracting Officer Representative (COR) or Government Point of Contact (GPOC)
• Contract Specialist/Contracting Officer

Each email shall contain only (1) invoice and the invoice number shall be indicated on the subject line of the email.

b) USPS:

DHS, ICE
Financial Operations - Burlington
P.O. Box 1620
Williston, VT  05495-1620

ATTN: *(utilize code below based on which requirement)*

Codes:
Requirements A&B: ICE-ERO-FOD-SND
Requirement C: ICE-ERO-FOD-SFR
Requirement D: ICE-ERO/FOD-LA

The Contractors Data Universal Numbering System (DUNS) Number must be registered and active in the System for Award Management (SAM) at https://www.sam.gov prior to award and shall be notated on every invoice submitted to ensure prompt payment provisions are met. The ICE program office identified in the task order/contract shall also be notated on every invoice.

c) Facsimile:

Alternative Invoices shall be submitted to: (802)-288-7658

Submissions by facsimile shall include a cover sheet, point of contact and the number of total pages. The Service Provider's or Contractor's Dunn and Bradstreet (D&B) DUNS Number must be registered in the System for Award Management (SAM) at https://www.sam.gov prior to award and shall be notated on every invoice submitted to ensure prompt payment provisions are met. The ICE program office identified in the task order/contract shall also be notated on every invoice.

2. Content of Invoices:  Each invoice shall contain the following information in accordance with 52.212-4 (g), as applicable:

(i). Name and address of the Service Provider/Contractor.  Note: the name, address and DUNS number on the invoice MUST match the information in both the Contract/Agreement and the information in the SAM.  If payment is remitted to another

29

Highly Confidential-Attorneys' Eyes Only

GEO-Novoa_00041337

Section G

entity, the name, address and DUNS information of that entity must also be provided which will require Government verification before payment can be processed;

(ii). Dunn and Bradstreet (D&B) DUNS Number;

(iii). Invoice date and invoice number;

(iv). Agreement/Contract number, contract line item number and, if applicable, the order number;

(v). Description, quantity, unit of measure, unit price, extended price and period of performance of the items or services delivered;

(vi). If applicable, shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading;

(vii). Terms of any discount for prompt payment offered;

(viii). Remit to Address;

(ix). Name, title, and phone number of person to resolve invoicing issues;

(x). ICE program office designated on order/contract/agreement and

(xi). Mark invoice as "Interim" (Ongoing performance and additional billing expected) and "Final" (performance complete and no additional billing)

(xii).  Electronic Funds Transfer (EFT) banking information in accordance with 52.232-33 Payment by Electronic Funds Transfer – System for Award Management or 52.232-34, Payment by Electronic Funds Transfer – Other than System for Award Management.

3. Invoice Supporting Documentation.  To ensure payment, the vendor must submit supporting documentation which provides substantiation for the invoiced costs to the Contracting Officer Representative (COR) or Point of Contact (POC) identified in the contract.  Invoice charges must align with the contract CLINs.  Supporting documentation is required when guaranteed minimums are exceeded and when allowable costs are incurred.

Details are as follows:

(i). Guaranteed Minimums. If a guaranteed minimum is not exceeded on a CLIN(s) for the invoice period, no supporting documentation is required. When a guaranteed minimum is exceeded on a CLIN (s) for the invoice period, the Contractor is required to submit, along with the invoice, supporting documentation for all detention services provided during the invoice period which provides the information described below:

30

GEO-Novoa_00041338

Section G

• Bed day rate;
• Detainees check-in and check-out dates;
• Number of bed days multiplied by the bed day rate;
• Name of each detainee;
• Detainees identification information

(ii). Allowable Incurred Cost.  Fixed Price Items (items for allowable incurred costs, such as transportation services, stationary guard or escort services, transportation mileage or other Minor Charges such as sack lunches and detainee wages): shall be fully supported with documentation substantiating the costs and/or reflecting the established price in the contract and shall be submitted in .pdf format:

a. Detention Bed Space Services. For detention bed space CLINs without a GM, the supporting documentation must include:

• Bed day rate;
• Detainees check-in and check-out dates;
• Number of bed days multiplied by the bed day rate;
• Name of each detainee;
• Detainees identification information

b. Transportation Services: For transportation CLINs without a GM, the supporting documentation must include:

• Mileage rate being applied for that invoice;
• Number of miles;
• Transportation routes provided;
• Locations serviced;
• Names of detainees transported;
• Itemized listing of all other charges; and,
• For reimbursable expenses (e.g. travel expenses, special meals, etc.) copies of all receipts.

c. Stationary Guard Services: The itemized monthly invoice shall state:

• The location where the guard services were provided,
• The employee guard names and number of hours being billed,
• The employee guard names and duration of the billing (times and dates), and
• for individual or detainee group escort services only, the name of the detainee(s) that was/were escorted.

d. Other Direct Charges (e.g. VTC support, transportation meals/sack lunches, volunteer detainee wages, etc.):

31

GEO-Novoa_00041339

Section G

1) The invoice shall include appropriate supporting documentation for any direct charge billed for reimbursement. For charges for detainee support items (e.g. meals, wages, etc.), the supporting documentation should include the name of the detainee(s) supported and the date(s) and amount(s) of support.

(iii) Firm Fixed-Price CLINs. Supporting documentation is not required for charges for FFP CLINs.

4. Safeguarding Information: As a contractor or vendor conducting business with Immigration and Customs Enforcement (ICE), you are required to comply with DHS Policy regarding the safeguarding of Sensitive Personally Identifiable Information (PII). Sensitive PII is information that identifies an individual, including an alien, and could result in harm, embarrassment, inconvenience or unfairness. Examples of Sensitive PII include information such as:  Social Security Numbers, Alien Registration Numbers (A-Numbers), or combinations of information such as the individuals name or other unique identifier and full date of birth, citizenship, or immigration status.

As part of your obligation to safeguard information, the follow precautions are required:

(i) Email supporting documents containing Sensitive PII in an encrypted attachment with password sent separately to the Contracting Officer Representative assigned to the contract.

(ii) Never leave paper documents containing Sensitive PII unattended and unsecure.  When not in use, these documents will be locked in drawers, cabinets, desks, etc. so the information is not accessible to those without a need to know.

(iii) Use shredders when discarding paper documents containing Sensitive PII.

(iv) Refer to the DHS Handbook for Safeguarding Sensitive Personally Identifiable Information (March 2012) found at http://www.dhs.gov/xlibrary/assets/privacy/dhs-privacy-safeguardingsensitivepiihandbook-march2012.pdf for more information on and/or examples of Sensitive PII.

5. Invoice Inquiries. If you have questions regarding payment, please contact ICE Financial Operations at 1-877-491-6521 or by e-mail at OCFO.CustomerService@ice.dhs.gov.

Invoices without the above information may be returned for resubmission.

The preferred method of submittal is email.

**[END OF SECTION G]**

Highly Confidential-Attorneys' Eyes Only

GEO-Novoa_00041340

Section H

# SECTION H:
## SPECIAL CONTRACT REQUIREMENTS

## 1.1    CONTRACTOR'S INSURANCE

The Contractor shall maintain insurance in an amount not less than $3,000,000 to protect the Contractor from claims under workman's compensation acts and from any other claims for damages for personal injury, including death which may arise from operations under this contract whether such operations by the Contractor itself or by any subcontractor or anyone directly or indirectly employed by either business entity. The Contractor shall maintain General Liability insurance: bodily injury liability coverage written on a comprehensive form of policy of at least $500,000 per occurrence is required.

Additionally, an automobile liability insurance policy providing for bodily injury and property damage liability covering automobiles operated in the United States shall provide coverage of at least $200,000 per person and $500,000 per occurrence for bodily injury and $20,000 per occurrence for property coverage. Certificates of such insurance shall be subject to the approval of the CO for adequacy of protection. All insurance certificates required under this contract shall provide 30 days' notice to the Government of any contemplated cancellation.

The Contractor shall provide that all staff having access to detainee monies and valuables are bonded in an amount sufficient to ensure reimbursement to the detainee by the Contractor in case of loss.

## 1.2    ICE Information Governance and Privacy Requirements Clause (JUL 2017)

### A. Limiting Access to Privacy Act and Other Sensitive Information

*(1) Privacy Act Information*
In accordance with FAR 52.224-1 Privacy Act Notification (APR 1984), and FAR 52.224-2 Privacy Act (APR 1984), if this contract requires contractor personnel to have access to information protected by the Privacy Act of 1974 the contractor is advised that the relevant DHS system of records notices (SORNs) applicable to this Privacy Act information may be found at www.dhs.gov/privacy. Applicable SORNS of other agencies may be accessed through the agencies' websites or by searching FDsys, the Federal Digital System, available at http://www.gpo.gov/fdsys/. SORNs may be updated at any time.

*(2) Prohibition on Performing Work Outside a Government Facility/Network/Equipment*
The Contractor shall perform all tasks on authorized Government networks, using Government-furnished IT and other equipment and/or Workplace as a Service (WaaS) if WaaS is authorized by the statement of work. Government information shall remain within the confines of authorized Government networks at all times. Except where telework is specifically authorized

33

GEO-Novoa_00041341

Section H

within this contract, the Contractor shall perform all tasks described in this document at authorized Government facilities; the Contractor is prohibited from performing these tasks at or removing Government-furnished information to any other facility; and Government information shall remain within the confines of authorized Government facilities at all times. Contractors may only access classified materials on government furnished equipment in authorized government owned facilities regardless of telework authorizations.

*(3) Prior Approval Required to Hire Subcontractors*
The Contractor is required to obtain the Contracting Officer's approval prior to engaging in any contractual relationship (Subcontractor) in support of this contract requiring the disclosure of information, documentary material and/or records generated under or relating to this contract. The Contractor (and any Subcontractor) is required to abide by Government and Agency guidance for protecting sensitive and proprietary information.

*(4) Separation Checklist for Contractor Employees*
Contractor shall complete a separation checklist before any employee or Subcontractor employee terminates working on the contract. The separation checklist must verify: (1) return of any Government-furnished equipment; (2) return or proper disposal of sensitive personally identifiable information (PII), in paper or electronic form, in the custody of the employee or Subcontractor employee including the sanitization of data on any computer systems or media as appropriate; and (3) termination of any technological access to the Contractor's facilities or systems that would permit the terminated employee's access to sensitive PII. In the event of adverse job actions resulting in the dismissal of an employee or Subcontractor employee, the Contractor shall notify the Contracting Officer's Representative (COR) within 24 hours. For normal separations, the Contractor shall submit the checklist on the last day of employment or work on the contract.

As requested, contractors shall assist the ICE Point of Contact (ICE/POC), Contracting Officer, or COR with completing ICE Form 50-005/Contractor Employee Separation Clearance Checklist by returning all Government-furnished property including but not limited to computer equipment, media, credentials and passports, smart cards, mobile devices, PIV cards, calling cards, and keys and terminating access to all user accounts and systems.

B. Privacy Training, Safeguarding, and Remediation

***If the Safeguarding of Sensitive Information (MAR 2015) and Information Technology Security and Privacy Training (MAR 2015) clauses are included in this contract, section B of this clause is deemed self- deleting.***
   *(1) Required Security and Privacy Training for Contractors*

Contractor shall provide training for all employees, including Subcontractors and independent contractors who have access to sensitive personally identifiable information (PII) as well as the creation, use, dissemination and/or destruction of sensitive PII at the outset of the employee's work on the contract and every year thereafter. Training must include procedures on how to properly handle sensitive PII, including security requirements for the transporting or transmission of sensitive PII, and reporting requirements for a suspected breach or loss of

34

Section H

sensitive PII. All Contractor employees are required to take the *Privacy at DHS: Protecting Personal Information* training course. This course, along with more information about DHS security and training requirements for Contractors, is available at www.dhs.gov/dhs-security-and-training-requirements-contractors. The Federal Information Security Management Act (FISMA) requires all individuals accessing ICE information to take the annual Information Assurance Awareness Training course. These courses are available through the ICE intranet site or the Agency may also make the training available through hypertext links or CD. The Contractor shall maintain copies of employees' certificates of completion as a record of compliance and must submit an annual e-mail notification to the ICE Contracting Officer's Representative that the required training has been completed for all the Contractor's employees.

### (2) Safeguarding Sensitive PII Requirement

Contractor employees shall comply with the Handbook for Safeguarding sensitive PII at DHS at all times when handling sensitive PII, including the encryption of sensitive PII as required in the Handbook. This requirement will be flowed down to all subcontracts and lower tiered subcontracts as well.

### (3) Non-Disclosure Agreement Requirement

All Contractor personnel that may have access to PII or other sensitive information shall be required to sign a Non-Disclosure Agreement (DHS Form 11000-6) prior to commencing work. The Contractor shall maintain signed copies of the NDA for all employees as a record of compliance. The Contractor shall provide copies of the signed NDA to the Contracting Officer's Representative (COR) no later than two (2) days after execution of the form.

### (4) Prohibition on Use of PII in Vendor Billing and Administrative Records

The Contractor's invoicing, billing, and other financial/administrative records/databases may not store or include any sensitive Government information, such as PII that is created, obtained, or provided during the performance of the contract. It is acceptable to list the names, titles and contact information for the Contracting Officer, Contracting Officer's Representative, or other ICE personnel associated with the administration of the contract in the invoices as needed.

### (5) Reporting Suspected Loss of Sensitive PII

Contractors must report the suspected loss or compromise of sensitive PII to ICE in a timely manner and cooperate with ICE's inquiry into the incident and efforts to remediate any harm to potential victims.

1. The Contractor must develop and include in its security plan (which is submitted to ICE) an internal system by which its employees and Subcontractors are trained to identify and report the potential loss or compromise of sensitive PII.

2. The Contractor must report the suspected loss or compromise of sensitive PII by its employees or Subcontractors to the ICE Security Operations Center (480-496-6627), the Contracting Officer's Representative (COR), and the Contracting Officer within one (1) hour of the initial discovery.

3. The Contractor must provide a written report to ICE within 24 hours of the suspected

35

loss or compromise of sensitive PII by its employees or Subcontractors. The report must contain the following information:

a. Narrative or detailed description of the events surrounding the suspected loss or compromise of information.
b. Date, time, and location of the incident.
c. Type of information lost or compromised.
d. Contractor's assessment of the likelihood that the information was compromised or lost and the reasons behind the assessment.
e. Names of person(s) involved, including victim, Contractor employee/Subcontractor and any witnesses.
f. Cause of the incident and whether the company's security plan was followed and, if not, which specific provisions were not followed.
g. Actions that have been or will be taken to minimize damage and/or mitigate further compromise.
h. Recommendations to prevent similar situations in the future, including whether the security plan needs to be modified in any way and whether additional training may be required.

4. The Contractor shall provide full access and cooperation for all activities determined by the Government to be required to ensure an effective incident response, including providing all requested images, log files, and event information to facilitate rapid resolution of sensitive information incidents.

5. At the Government's discretion, Contractor employees or Subcontractor employees may be identified as no longer eligible to access sensitive PII or to work on that contract based on their actions related to the loss or compromise of sensitive PII.

6. Victim Remediation
The Contractor is responsible for notifying victims and providing victim remediation services in the event of a loss or compromise of sensitive PII held by the Contractor, its agents, or its Subcontractors, under this contract. Victim remediation services shall include at least 18 months of credit monitoring and, for serious or large incidents as determined by the Government, call center help desk services for the individuals whose sensitive PII was lost or compromised. The Contractor and ICE will collaborate and agree on the method and content of any notification that may be required to be sent to individuals whose sensitive PII was lost or compromised.

## C. Government Records Training, Ownership, and Management

### (1) Records Management Training and Compliance

(a) The Contractor shall provide DHS basic records management training for all employees and Subcontractors that have access to sensitive PII as well as to those involved in the creation, use, dissemination and/or destruction of sensitive PII. This training will be provided at the outset of the Subcontractor's/employee's work on the contract and every year thereafter. This training can be obtained via links on the ICE intranet site or it may be made available through other means (e.g., CD or online). The Contractor shall

Highly Confidential-Attorneys' Eyes Only

Section H

maintain copies of certificates as a record of compliance and must submit an e-mail notification annually to the Contracting Officer's Representative verifying that all employees working under this contract have completed the required records management training.

(b) The Contractor agrees to comply with Federal and Agency records management policies, including those policies associated with the safeguarding of records covered by the Privacy Act of 1974. These policies include the preservation of all records created or received regardless of format, mode of transmission, or state of completion.

*(2) Records Creation, Ownership, and Disposition*

(a) The Contractor shall not create or maintain any records not specifically tied to or authorized by the contract using Government IT equipment and/or Government records or that contain Government Agency data. The Contractor shall certify in writing the destruction or return of all Government data at the conclusion of the contract or at a time otherwise specified in the contract.

(b) Except as stated in the Performance Work Statement and, where applicable, the Contractor's Commercial License Agreement, the Government Agency owns the rights to all electronic information (electronic data, electronic information systems or electronic databases) and all supporting documentation and associated metadata created as part of this contract. All deliverables (including all data and records) under the contract are the property of the U.S. Government and are considered federal records, for which the Agency shall have unlimited rights to use, dispose of, or disclose such data contained therein. The Contractor must deliver sufficient technical documentation with all data deliverables to permit the agency to use the data.

(c) The Contractor shall not retain, use, sell, disseminate, or dispose of any government data/records or deliverables without the express written permission of the Contracting Officer or Contracting Officer's Representative. The Agency and its contractors are responsible for preventing the alienation or unauthorized destruction of records, including all forms of mutilation. Willful and unlawful destruction, damage or alienation of Federal records is subject to the fines and penalties imposed by 18 U.S.C. § 2701. Records may not be removed from the legal custody of the Agency or destroyed without regard to the provisions of the Agency records schedules.

## D. Data Privacy and Oversight

***Section D applies to information technology (IT) contracts. If this is not an IT contract, section D may read as self-deleting.***

*(1) Restrictions on Testing or Training Using Real Data Containing PII*

The use of real data containing sensitive PII from any source for testing or training purposes is generally prohibited. The Contractor shall use synthetic or de-identified real data for testing or training whenever feasible. ICE policy requires that any proposal to use of real data or de-identified data for IT system testing or training be approved by the ICE Privacy Officer and Chief Information Security Officer (CISO) in advance. In the event performance of the contract

Highly Confidential-Attorneys' Eyes Only

Section H

requires or necessitates the use of real data for system-testing or training purposes, the Contractor in coordination with the Contracting Officer or Contracting Officer's Representative and Government program manager shall obtain approval from the ICE Privacy Office and CISO and complete any required documentation.

***If this IT contract contains the Safeguarding of Sensitive Information (MAR 2015) and Information Technology Security and Privacy Training (MAR 2015) clauses, section D(2) of this clause is deemed self-deleting.***

*(2) Requirements for Contractor IT Systems Hosting Government Data*
The Contractor is required to obtain a Certification and Accreditation for any IT environment owned or controlled by the Contractor or any Subcontractor on which Government data shall reside for the purposes of IT system development, design, data migration, testing, training, maintenance, use, or disposal.

*(3) Requirement to Support Privacy Compliance*
(a) The Contractor shall support the completion of the Privacy Threshold Analysis (PTA) document when it is required. PTAs are triggered by the creation, modification, upgrade, or disposition of an IT system, and must be renewed at least every three years. Upon review of the PTA, the DHS Privacy Office determines whether a Privacy Impact Assessment (PIA) and/or Privacy Act System of Records Notice (SORN), or modifications thereto, are required.

The Contractor shall provide adequate support to complete the PIA in a timely manner, and shall ensure that project management plans and schedules include the PTA, PIA, and SORN (to the extent required) as milestones. Additional information on the privacy compliance process at DHS, including PTAs, PIAs, and SORNs, is located on the DHS Privacy Office website (www.dhs.gov/privacy) under "Compliance." DHS Privacy Policy Guidance Memorandum 2008-02 sets forth when a PIA will be required at DHS, and the Privacy Impact Assessment Guidance and Template outline the requirements and format for the PIA.

(b)If the contract involves an IT system build or substantial development or changes to an IT system that may require privacy documentation, the Contractor shall assign or procure a Privacy Lead, to be listed under "Key Personnel." The Privacy Lead shall be responsible for providing adequate support to DHS to ensure DHS can complete any required PTA, PIA, SORN, or other supporting documentation to support privacy compliance. The Privacy Lead shall work with personnel from the program office, the ICE Privacy Office, the Office of the Chief Information Officer, and the Records Management Branch to ensure that the privacy documentation is kept on schedule, that the answers to questions in the PIA are thorough and complete, and that questions asked by the ICE Privacy Office and other offices are answered in a timely fashion. The Privacy Lead:
•Must have excellent writing skills, the ability to explain technology clearly for a non-technical audience, and the ability to synthesize information from a variety of sources.
•Must have excellent verbal communication and organizational skills.
•Must have experience writing PIAs. Ideally the candidate would have experience writing PIAs for DHS.
•Must be knowledgeable about the Privacy Act of1974 and the E-Government Act of 2002.

38

Section H

•Must be able to work well with others.

(c)If a Privacy Lead is already in place with the program office and the contract involves IT system builds or substantial changes that may require privacy documentation, the requirement fora separate Private Lead specifically assigned under this contract may be waived provided the Contractor agrees to have the existing Privacy Lead coordinate with and support the  ICE Privacy POC to ensure privacy concerns are proactively reviewed and so ICE can complete any required PTA, PIA,SORN, or other supporting documentation to support privacy compliance if required. The Contractor shall work with personnel from the program office, the ICE Office of Information Governance and Privacy, and the Office of the Chief Information Officer to ensure that the privacy documentation is kept on schedule, that the answers to questions in any privacy documents are thorough and complete, that all records management requirements are met, and that questions asked by the ICE Privacy Office and other offices are answered in a timely fashion.

**[END OF SECTION H]**

Highly Confidential-Attorneys' Eyes Only                                                        GEO-Novoa_00041347

Section I

# SECTION I:
## CONTRACT CLAUSES

## I.1 CLAUSES INCORPORATED BY REFERENCE (FAR 52.252-2) (FEB 1998)

This contract incorporates the following clauses by reference with the same force and effect as if they were given in full text. Upon request, the CO will make their full text available. Also, the full text can be accessed electronically at this internet address: https://www.acquisition.gov/browse/index/far

| Number | Titles | Date |
|--------|--------|------|
| 52.202-1 | Definitions | Nov 2013 |
| 52.203-6 | Restrictions on Subcontractor Sales to the Government | Sep 2006 |
| 52.203-12 | Limitations on Payments to Influence Certain Federal Transactions | Oct 2010 |
| 52.203-13 | Contractor Code of Business Ethics and Conduct | Oct 2015 |
| 52.203-17 | Contractor Employee Whistleblower Rights and Requirement to Inform Employees of Whistleblower Rights | Apr 2014 |
| 52.203-19 | Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements | Jan 2017 |
| 52.204-4 | Printed or Copied Double-Sided on Postconsumer Fiber Content Paper | May 2011 |
| 52.204-9 | Personal Identity Verification of Contractor Personnel | Jan 2011 |
| 52.204-10 | Reporting Executive Compensation and First-Tier Subcontract Awards | Oct 2018 |
| 52.204-13 | System for Award Management Maintenance | Oct 2018 |
| 52.204-15 | Service Contract Reporting Requirements for Indefinite - Delivery Contracts | Oct 2016 |
| 52.204-18 | Commercial and Government Entity Code Maintenance | Jul 2016 |
| 52.204-19 | Incorporation by Reference of Representations and Certifications | Dec 2014 |
| 52.204-21 | Basic Safeguarding of Covered Contractor Information Systems | Jun 2016 |
| 52.204-23 | Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab and Other Covered Entities | Jul 2018 |
| 52.204-25 | Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment. | Aug 2019 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment | Oct 2015 |
| 52.209-9 | Updates of Publicly Available Information Regarding Responsibility Matters | Oct 2018 |

Highly Confidential-Attorneys' Eyes Only

GEO-Novoa_00041348

Section I

| | | |
|---|---|---|
| 52.209-10 | Prohibition on Contracting with Inverted Domestic Corporations | Nov 2015 |
| 52.212-4 | Contract Terms and Conditions- Commercial Items | Oct 2018 |
| 52.219-4 | Notice of Price Evaluation Preference for HUBZone Small Business Concerns | Oct 2014 |
| 52.219-8 | Utilization of Small Business Concerns | Oct 2018 |
| 52.219-9 | Small Business Subcontracting Plan | Aug 2018 |
| 52.219-16 | Liquidated Damages-Subcontracting Plan | Jan 1999 |
| 52.219-28 | Post-Award Small Business Program Representation | Jul 2013 |
| 52.222-1 | Notice to the Government of Labor Disputes | Feb 1997 |
| 52.222-3 | Convict Labor | Jun 2003 |
| 52.222-17 | Non-displacement of Qualified Workers | May 2014 |
| 52.222-21 | Prohibition of Segregated Facilities | Apr 2015 |
| 52.222-26 | Equal Opportunity | Sep 2016 |
| 52.222-37 | Employment Reports on Veterans | Feb 2016 |
| 52.222-40 | Notification of Employee Rights Under the National Labor Relations Act | Dec 2010 |
| 52.222-41 | Service Contract Labor Standards | Aug 2018 |
| 52.222-43 | Fair Labor Standards Act and Service Contract Labor Standards - Price Adjustment (Multiple Year and Option Contracts) | Aug 2018 |
| 52.222-50 | Combating Trafficking in Persons | Jan 2019 |
| 52.222-54 | Employment Eligibility Verification | Oct 2015 |
| 52.222-55 | Minimum Wages Under Executive Order 13658 | Dec 2015 |
| 52.222-62 | Paid Sick Leave Under Executive Order 13706 | Jan 2017 |
| 52.223-6 | Drug-Free Workplace | May 2001 |
| 52.223-18 | Contractor Policies to Ban Text Messaging While Driving | Aug 2011 |
| 52.223-19 | Compliance with Environmental Management Systems | May 2011 |
| 52.224-1 | Privacy Act Notification | Apr 1984 |
| 52.224-2 | Privacy Act | Apr 1984 |
| 52.224-3 | Privacy Training | Jan 2017 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | Jun 2008 |
| 52.226-6 | Promoting Excess Food Donation to Nonprofit Organizations | May 2014 |
| 52.227-1 | Authorization and Consent | Dec 2007 |
| 52.229-3 | Federal, State, and Local Taxes | Feb 2013 |
| 52.232-1 | Payments | Apr 1984 |
| 52.232-7 | Payments under Time-and-Materials and Labor-Hour Contracts | Aug 2012 |
| 52.232-8 | Discounts for Prompt Payment | Feb 2002 |
| 52.232-9 | Limitation on Withholding of Payments | Apr 1984 |
| 52.232-11 | Extras | Apr 1984 |
| 52.232-17 | Interest | May 2014 |
| 52.232-18 | Availability of Funds | Apr 1984 |
| 52.232-23 | Assignment of Claims | May 2014 |
| 52.232-25 | Prompt Payment | Jan 2017 |
| 53.232-33 | Payment by Electronic Funds - System for Award Management | Oct 2018 |

41

GEO-Novoa_00041349

Section I

| 52.232-39 | Unenforceability of Unauthorized Obligations | Jun 2013 |
| 52.232-40 | Providing Accelerated Payments to Small Business Subcontractors | Dec 2013 |
| 52.233-1 | Disputes | May 2014 |
| 52.233-3 | Protest after Award | Aug 1996 |
| 52.233-4 | Applicable Law for Breach of Contract Claim | Oct 2004 |
| 52.239-1 | Privacy or Security Safeguards | Aug 1996 |
| 52.242-5 | Payments to Small Business Subcontractors | Jan 2017 |
| 52.244-5 | Competition in Subcontracting | Dec 1996 |
| 52.245-1 | Government Property | Jan 2017 |
| 52.245-9 | Use and Charges | Apr 2012 |
| 52.249-2 | Termination for Convenience of the Government –Fixed Price | Apr 2012 |
| 52.249-8 | Default (Fixed Price Supply and Service) | Apr 1984 |
| 52.253-1 | Computer Generated Forms | Jan 1991 |

## I.2    FAR CLAUSES INCORPORATED BY FULL TEXT

### 52.204-21    Basic Safeguarding of Covered Contractor Information Systems (Jun 2016)

(a) *Definitions*. As used in this clause--

"Covered contractor information system" means an information system that is owned or operated by a contractor that processes, stores, or transmits Federal contract information.

"Federal contract information" means information, not intended for public release, that is provided by or generated for the Government under a contract to develop or deliver a product or service to the Government, but not including information provided by the Government to the public (such as on public Web sites) or simple transactional information, such as necessary to process payments.

"Information" means any communication or representation of knowledge such as facts, data, or opinions, in any medium or form, including textual, numerical, graphic, cartographic, narrative, or audiovisual (Committee on National Security Systems Instruction (CNSSI) 4009).

"Information system" means a discrete set of information resources organized for the collection, processing, maintenance, use, sharing, dissemination, or disposition of information (44 U.S.C. 3502).

"Safeguarding" means measures or controls that are prescribed to protect information systems.

(b) Safeguarding requirements and procedures.

42

Highly Confidential-Attorneys' Eyes Only

Section I

(1) The Contractor shall apply the following basic safeguarding requirements and procedures to protect covered contractor information systems. Requirements and procedures for basic safeguarding of covered contractor information systems shall include, at a minimum, the following security controls:

(i) Limit information system access to authorized users, processes acting on behalf of authorized users, or devices (including other information systems).

(ii) Limit information system access to the types of transactions and functions that authorized users are permitted to execute.

(iii) Verify and control/limit connections to and use of external information systems.

(iv) Control information posted or processed on publicly accessible information systems.

(v) Identify information system users, processes acting on behalf of users, or devices.

(vi) Authenticate (or verify) the identities of those users, processes, or devices, as a prerequisite to allowing access to organizational information systems.

(vii) Sanitize or destroy information system media containing Federal Contract Information before disposal or release for reuse.

(viii) Limit physical access to organizational information systems, equipment, and the respective operating environments to authorized individuals.

(ix) Escort visitors and monitor visitor activity; maintain audit logs of physical access; and control and manage physical access devices.

(x) Monitor, control, and protect organizational communications (i.e., information transmitted or received by organizational information systems) at the external boundaries and key internal boundaries of the information systems.

(xi) Implement subnetworks for publicly accessible system components that are physically or logically separated from internal networks.

(xii) Identify, report, and correct information and information system flaws in a timely manner.

(xiii) Provide protection from malicious code at appropriate locations within organizational information systems.

43

Highly Confidential-Attorneys' Eyes Only                                    GEO-Novoa_00041351

Section I

(xiv) Update malicious code protection mechanisms when new releases are available.

(xv) Perform periodic scans of the information system and real-time scans of files from external sources as files are downloaded, opened, or executed.

(2) *Other requirements*. This clause does not relieve the Contractor of any other specific safeguarding requirements specified by Federal agencies and departments relating to covered contractor information systems generally or other Federal safeguarding requirements for controlled unclassified information (CUI) as established by Executive Order 13556.

(c) *Subcontracts*. The Contractor shall include the substance of this clause, including this paragraph (c), in subcontracts under this contract (including subcontracts for the acquisition of commercial items, other than commercially available off-the-shelf items), in which the subcontractor may have Federal contract information residing in or transiting through its information system.

(End of Clause)

## 52.212-5  Contract Terms and Conditions Required to Implement Statutes or Executive Orders-Commercial Items (Oct 2019)

(a)  The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

(1) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (Jan 2017) (section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions)).

(2) 52.204-23, Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab and Other Covered Entities (*Jul* 2018) (Section 1634 of Pub. L. 115-91).

(3) 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment. (*Aug* 2019) (Section 889(a)(1)(A) of Pub. L. 115-232).

(4) 52.209-10, Prohibition on Contracting with Inverted Domestic Corporations (*Nov* 2015).

(5) 52.233-3, Protest After Award (*Aug* 1996) (31 U.S.C. 3553).

(6) 52.233-4, Applicable Law for Breach of Contract Claim (*Oct 2004)* (Public Laws 108-77 and 108-78 (19 U.S.C. 3805 note)).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial

44

Section I

items:

    **X** - (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (*Sept* 2006), with Alternate I (*Oct* 1995) (41 U.S.C. 4704 and 10 U.S.C. 2402).

    **X** - (2) 52.203-13, Contractor Code of Business Ethics and Conduct (*Oct* 2015) (41 U.S.C. 3509)).

    **X** - (3) 52.203-15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (*June* 2010) (Section 1553 of Pub. L. 111-5). (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009.)

    **X** (4) 52.204-10, Reporting Executive Compensation and First-Tier Subcontract Awards (*Oct* 2018) (Pub. L. 109-282) (31 U.S.C. 6101 note).

    __ (5) [Reserved].

    **X** (6) 52.204-14, Service Contract Reporting Requirements (*Oct* 2016) (Pub. L. 111-117, section 743 of Div. C).

    **X** (7) 52.204-15, Service Contract Reporting Requirements for Indefinite-Delivery Contracts (*Oct* 2016) (Pub. L. 111-117, section 743 of Div. C).

    **X** (8) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. (*Oct* 2015) (31 U.S.C. 6101 note).

    **X** (9) 52.209-9, Updates of Publicly Available Information Regarding Responsibility Matters (*Oct* 2018) (41 U.S.C. 2313).

    __ (10) [Reserved].

    __ (11) (i) 52.219-3, Notice of HUBZone Set-Aside or Sole-Source Award (*Nov* 2011) (15 U.S.C.657a).

    __ (ii) Alternate I (*Nov* 2011) of 52.219-3.

    __ (12) (i) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (*Oct* 2014) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).

    __ (ii) Alternate I (*Jan* 2011) of 52.219-4.

    __ (13) [Reserved]

    __ (14) (i) 52.219-6, Notice of Total Small Business Set-Aside (*Nov* 2011) (15 U.S.C.644).

    __ (ii) Alternate I (*Nov* 2011).

    __ (iii) Alternate II (*Nov* 2011).

    __ (15)

(i) 52.219-7, Notice of Partial Small Business Set-Aside (*June* 2003) (15 U.S.C. 644).

    __ (ii) Alternate I (*Oct* 1995) of 52.219-7.

    __ (iii) Alternate II (*Mar* 2004) of 52.219-7.

    __ (16) 52.219-8, Utilization of Small Business Concerns (*Oct* 2018) (15 U.S.C. 637(d)(2) and (3)).

    __ (17)

(i) 52.219-9, Small Business Subcontracting Plan (*Aug* 2018) (15 U.S.C. 637(d)(4))

    **X** (ii) Alternate I (*Nov* 2016) of 52.219-9.

45

Section I

    \_\_ (iii) Alternate II (*Nov* 2016) of 52.219-9.
    \_\_ (iv) Alternate III (*Nov* 2016) of 52.219-9.
    \_\_ (v) Alternate IV (Aug 2018) of 52.219-9

\_\_ (18) 52.219-13, Notice of Set-Aside of Orders (*Nov* 2011) (15 U.S.C. 644(r)).

**X** (19) 52.219-14, Limitations on Subcontracting (*Jan* 2017) (15 U.S.C.637(a)(14)).

\_\_ (20) 52.219-16, Liquidated Damages-Subcontracting Plan (*Jan* 1999) (15 U.S.C. 637(d)(4)(F)(i)).

\_\_ (21) 52.219-27, Notice of Service-Disabled Veteran-Owned Small Business Set-Aside (*Oct* 2019) (15 U.S.C. 657f).

\_\_ (22) 52.219-28, Post Award Small Business Program Representation (*Jul* 2013) (15 U.S.C. 632(a)(2)).

\_\_ (23) 52.219-29, Notice of Set-Aside for, or Sole Source Award to, Economically Disadvantaged Women-Owned Small Business Concerns (*Dec* 2015) (15 U.S.C. 637(m)).

\_\_ (24) 52.219-30, Notice of Set-Aside for, or Sole Source Award to, Women-Owned Small Business Concerns Eligible Under the Women-Owned Small Business Program (*Dec* 2015) (15 U.S.C. 637(m)).

**X** (25) 52.222-3, Convict Labor (*June* 2003) (E.O.11755).

**X** (26) 52.222-19, Child Labor-Cooperation with Authorities and Remedies (Oct 2019) (E.O.13126).

**X** (27) 52.222-21, Prohibition of Segregated Facilities (*Apr* 2015).

**X** (28)  (i) 52.222-26, Equal Opportunity (*Sept* 2016) (E.O.11246).
    \_\_ (ii) Alternate I (*Feb* 1999) of 52.222-26.

\_\_ (29)
(i) 52.222-35, Equal Opportunity for Veterans (*Oct* 2015) (38 U.S.C. 4212).
    **X** (ii) Alternate I (*July* 2014) of 52.222-35.

\_\_ (30)
(i) 52.222-36, Equal Opportunity for Workers with Disabilities (*Jul* 2014) (29 U.S.C.793).
    \_\_ (ii) Alternate I (July 2014) of 52.222-36.

\_\_ (31) 52.222-37, Employment Reports on Veterans (*Feb 2016*) (38 U.S.C. 4212).

\_\_ (32) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (*Dec* 2010) (E.O. 13496).

    \_\_ (33)
(i) 52.222-50, Combating Trafficking in Persons (*Jan* 2019) (22 U.S.C. chapter 78 and E.O. 13627).

    \_\_ (ii) Alternate I (*Mar* 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

\_\_ (34) 52.222-54, Employment Eligibility Verification (*Oct 2015*). (Executive Order 12989). (Not applicable to the acquisition of commercially available off-the-shelf items or certain other types of commercial items as prescribed in 22.1803.)

    \_\_ (35)
(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA–Designated Items (*May* 2008) (42 U.S.C. 6962(c)(3)(A)(ii)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

    \_\_ (ii) Alternate I (*May* 2008) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

Highly Confidential-Attorneys' Eyes Only

GEO-Novoa_00041354

Section I

    \_\_ (36) 52.223-11, Ozone-Depleting Substances and High Global Warming Potential Hydrofluorocarbons (*Jun* 2016) (E.O. 13693).

    \_\_ (37) 52.223-12, Maintenance, Service, Repair, or Disposal of Refrigeration Equipment and Air Conditioners (*Jun*2016) (E.O. 13693).

    \_\_ (38)

(i) 52.223-13, Acquisition of EPEAT®-Registered Imaging Equipment (*Jun 2014*) (E.O.s 13423 and 13514).

    \_\_ (ii) Alternate I (*Oct* 2015) of 52.223-13.

    \_\_ (39)

(i) 52.223-14, Acquisition of EPEAT®-Registered Televisions (*Jun 2014*) (E.O.s 13423 and 13514).

    \_\_ (ii) Alternate I (*Jun* 2014) of 52.223-14.

    \_\_ (40) 52.223-15, Energy Efficiency in Energy-Consuming Products (*Dec 2007*) (42 U.S.C. 8259b).

    \_\_ (41)

(i) 52.223-16, Acquisition of EPEAT®-Registered Personal Computer Products (*Oct 2015*) (E.O.s 13423 and 13514).

    \_\_ (ii) Alternate I (*Jun* 2014) of 52.223-16.

    \_\_ (42) 52.223-18, Encouraging Contractor Policies to Ban Text Messaging While Driving (*Aug 2011*) (E.O. 13513).

    \_\_ (43) 52.223-20, Aerosols (*Jun* 2016) (E.O. 13693).

    \_\_ (44) 52.223-21, Foams (*Jun* 2016) (E.O. 13693).

    \_\_ (45)

(i) 52.224-3 Privacy Training (*Jan* 2017) (5 U.S.C. 552 a).

    \_\_ (ii) Alternate I (*Jan* 2017) of 52.224-3.

    \_\_ (46) 52.225-1, Buy American-Supplies (*May* 2014) (41 U.S.C. chapter 83).

    \_\_ (47)

(i) 52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act (*May* 2014) (41 U.S.C. chapter 83, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805 note, 19 U.S.C. 4001 note, Pub. L. 103-182, 108-77, 108-78, 108-286, 108-302, 109-53, 109-169, 109-283, 110-138, 112-41, 112-42, and 112-43.

    \_\_ (ii) Alternate I (*May* 2014) of 52.225-3.

    \_\_ (iii) Alternate II (*May* 2014) of 52.225-3.

    \_\_ (iv) Alternate III (*May* 2014) of 52.225-3.

    \_\_ (48) 52.225-5, Trade Agreements (*Oct 2019*) (19 U.S.C. 2501, *et seq*., 19 U.S.C. 3301 note).

    X (49) 52.225-13, Restrictions on Certain Foreign Purchases (*June* 2008) (E.O.'s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

    X (50) 52.225-26, Contractors Performing Private Security Functions Outside the United States (*Oct* 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

    \_\_ (51) 52.226-4, Notice of Disaster or Emergency Area Set-Aside (*Nov* 2007) (42 U.S.C. 5150).

    \_\_ (52) 52.226-5, Restrictions on Subcontracting Outside Disaster or Emergency Area (*Nov* 2007) (42 U.S.C. 5150).

47

Section I

___ (53) 52.232-29, Terms for Financing of Purchases of Commercial Items (*Feb* 2002) (41 U.S.C.4505, 10 U.S.C.2307(f)).

**X** (54) 52.232-30, Installment Payments for Commercial Items (*Jan* 2017) (41 U.S.C.4505, 10 U.S.C.2307(f)).

**X** (55) 52.232-33, Payment by Electronic Funds Transfer-System for Award Management (*Oct* 2018) (31 U.S.C. 3332).

___ (56) 52.232-34, Payment by Electronic Funds Transfer-Other than System for Award Management (*Jul* 2013) (31 U.S.C.3332).

___ (57) 52.232-36, Payment by Third Party (*May* 2014) (31 U.S.C.3332).

___ (58) 52.239-1, Privacy or Security Safeguards (*Aug* 1996) (5 U.S.C. 552a).

___ (59) 52.242-5, Payments to Small Business Subcontractors (*Jan* 2017) (15 U.S.C. 637(d)(13)).

___ (60)

(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (*Feb* 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631).

___ (ii) Alternate I (*Apr* 2003) of 52.247-64.

___ (iii) Alternate II (*Feb* 2006) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

[*Contracting Officer check as appropriate.*]

___ (1) 52.222-17, Nondisplacement of Qualified Workers (*May* 2014)(E.O. 13495).

**X** (2) 52.222-41, Service Contract Labor Standards (*Aug* 2018) (41 U.S.C. chapter 67).

___ (3) 52.222-42, Statement of Equivalent Rates for Federal Hires (*May* 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

___ (4) 52.222-43, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (Multiple Year and Option Contracts) (*Aug* 2018) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

___ (5) 52.222-44, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (*May* 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

___ (6) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (*May* 2014) (41 U.S.C. chapter 67).

___ (7) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (*May* 2014) (41 U.S.C. chapter 67).

X (8) 52.222-55, Minimum Wages Under Executive Order 13658 (*Dec* 2015).

___ (9) 52.222-62, Paid Sick Leave Under Executive Order 13706 (*Jan* 2017) (E.O. 13706).

___ (10) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (*May* 2014) (42 U.S.C. 1792).

(d) *Comptroller General Examination of Record*. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in

48

Section I

excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records-Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)

(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in this paragraph (e)(1) in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause-

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (*Oct* 2015) (41 U.S.C. 3509).

(ii) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (Jan 2017) (section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions)).

(iii) 52.204-23, Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab and Other Covered Entities (Jul 2018) (Section 1634 of Pub. L. 115-91).

(iv) 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment. (Aug 2019) (Section 889(a)(1)(A) of Pub. L. 115-232).

(v) 52.219-8, Utilization of Small Business Concerns (*Oct* 2018) (15 U.S.C.637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $700,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(vi) 52.222-17, Nondisplacement of Qualified Workers (*May* 2014) (E.O. 13495). Flow down required in accordance with paragraph (l) of FAR clause 52.222-17.

(vii) 52.222-21, Prohibition of Segregated Facilities (*Apr* 2015).

(viii) 52.222-26, Equal Opportunity (*Sept* 2015) (E.O.11246).

(ix) 52.222-35, Equal Opportunity for Veterans (*Oct* 2015) (38 U.S.C.4212).

49

Highly Confidential-Attorneys' Eyes Only

Section I

(x) 52.222-36, Equal Opportunity for Workers with Disabilities (*Jul* 2014)
(29 U.S.C.793).

(xi) 52.222-37, Employment Reports on Veterans (*Feb* 2016) (38 U.S.C.4212)

(xii) 52.222-40, Notification of Employee Rights Under the National Labor
Relations Act (*Dec* 2010) (E.O. 13496). Flow down required in accordance with paragraph
(f) of FAR clause 52.222-40.

(xiii) 52.222-41, Service Contract Labor Standards (*Aug* 2018)
(41 U.S.C. chapter 67).

(xiv)

(A) 52.222-50, Combating Trafficking in Persons (*Jan* 2019) (22 U.S.C. chapter 78 and E.O
13627).

(B) Alternate I (*Mar* 2015) of 52.222-50(22 U.S.C. chapter 78 and E.O 13627).

(xv) 52.222-51, Exemption from Application of the Service Contract Labor
Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-
Requirements (*May* 2014) (41 U.S.C. chapter 67).

(xvi) 52.222-53, Exemption from Application of the Service Contract Labor
Standards to Contracts for Certain Services-Requirements (*May* 2014)
(41 U.S.C. chapter 67).

(xvii) 52.222-54, Employment Eligibility Verification (*Oct 2015*) (E.O. 12989).

(xviii) 52.222-55, Minimum Wages Under Executive Order 13658 (*Dec* 2015).

(xix) 52.222-62, Paid Sick Leave Under Executive Order 13706 (*Jan* 2017) (E.O.
13706).

(xx)

(A) 52.224-3, Privacy Training (*Jan* 2017) (5 U.S.C. 552a).

(B) Alternate I (*Jan* 2017) of 52.224-3.

(xxi) 52.225-26, Contractors Performing Private Security Functions Outside the
United States (*Oct* 2016) (Section 862, as amended, of the National Defense Authorization
Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

(xxii) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations
(*May* 2014) (42 U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR
clause 52.226-6.

(xxiii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels
(*Feb* 2006) (46 U.S.C. Appx.1241(b) and 10 U.S.C.2631). Flow down required in accordance
with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the Contractor may include in its subcontracts for commercial
items a minimal number of additional clauses necessary to satisfy its contractual obligations.

**(End of clause)**

*Alternate I (Feb 2000)*. As prescribed in 12.301(b)(4)(i), delete paragraph (d) from the basic
clause, redesignate paragraph (e) as paragraph (d), and revise the reference to "paragraphs
(a), (b), (c), or (d) of this clause" in the redesignated paragraph (d) to read "paragraphs (a),
(b), and (c) of this clause".

*Alternate II (Aug 2019)*. As prescribed in 12.301(b)(4)(ii), substitute the following
paragraphs (d)(1) and (e)(1) for paragraphs (d)(1) and (e)(1) of the basic clause as follows:
(d)(1) The Comptroller General of the United States, an appropriate Inspector General

50

appointed under section 3 or 8 G of the Inspector General Act of 1978 (5 U.S.C. App.), or an authorized representative of either of the foregoing officials shall have access to and right to—

(i) Examine any of the Contractor's or any subcontractors' records that pertain to, and involve transactions relating to, this contract; and

(ii) Interview any officer or employee regarding such transactions.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), and (c), of this clause, the Contractor is not required to flow down any FAR clause in a subcontract for commercial items, other than-

(i) *Paragraph (d) of this clause*. This paragraph flows down to all subcontracts, except the authority of the Inspector General under paragraph (d)(1)(ii) does not flow down; and

(ii) *Those clauses listed in this paragraph (e)(1)*. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause-

(A) 52.203-13, Contractor Code of Business Ethics and Conduct (*Oct* 2015) (41 U.S.C. 3509).

(B) 52.203-15, Whistleblower Protections Under the American Recovery and Reinvestment Act of 2009 (*Jun* 2010) (Section 1553 of Pub. L. 111-5).

(C) 52.204-23, Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab and Other Covered Entities (*Jul* 2018) (Section 1634 of Pub. L. 115-91).

(D) 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment. (Aug 2019) (Section 889(a)(1)(A) of Pub. L. 115-232).

(E) 52.219-8, Utilization of Small Business Concerns (*Oct* 2018) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $700,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(F) 52.222-21, Prohibition of Segregated Facilities (*Apr* 2015).

(G) 52.222-26, Equal Opportunity (*Sept* 2016) (E.O. 11246).

(H) 52.222-35, Equal Opportunity for Veterans (*Oct* 2015) (38 U.S.C. 4212).

(I) 52.222-36, Equal Opportunity for Workers with Disabilities (*Jul*2014) (29 U.S.C. 793).

(J) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (*Dec* 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

(K) 52.222-41, Service Contract Labor Standards (*Aug* 2018) (41 U.S.C.chapter 67).

(L)     *(1)*  52.222-50, Combating Trafficking in Persons (*Jan* 2019) (22 U.S.C. chapter 78 and E.O 13627).

        *(2)* Alternate I (*Mar*2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O 13627).

(M) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (*May* 2014) (41 U.S.C. chapter 67).

(N) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (*May*2014) (41 U.S.C. chapter 67).

(O) 52.222-54, Employment Eligibility Verification (*Oct* 2015) (Executive Order 12989).

(P) 52.222-55, Minimum Wages Under Executive Order 13658 (*Dec* 2015).

(Q) 52.222-62, Paid Sick Leave Under Executive Order 13706 (*Jan* 2017) (E.O. 13706).

51

GEO-Novoa_00041359

Section I

(R)*(1)* 52.224-3, Privacy Training (*Jan* 2017) (5 U.S.C. 552a).
   *(2)* Alternate I (*Jan* 2017) of 52.224-3.
(S) 52.225-26, Contractors Performing Private Security Functions Outside the United States (*Oct* 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).
(T) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations. (*May* 2014) (42 U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.
(U) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (*Feb* 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64 .


**52.216-18**        **Ordering (Oct 1995)**

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued between 12/20/2019 to 12/19/2034.

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, this contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

(End of Clause)

**52.216-19**        **Ordering Limitations (Oct 1995)**

(a) *Minimum order.* When the Government requires supplies or services covered by this contract in an amount not less than $100,000*, or* a different amount proposed by the Contractor and accepted by the Government, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) *Maximum order*.

The Contractor is not obligated to honor --

(1) Any order for a single item in excess of *the total value of the CLIN set forth in this Contract pursuant to which such services are being ordered under*;

(2) Any order for a combination of items in excess of *the total combined value of the CLINs set forth in this the Contract which such services are being ordered under*; or

52

GEO-Novoa_00041360

Section I

(3) A series of orders from the same ordering office within 365 days that together call for quantities exceeding the limitation in subparagraph (b)(1) or (2) of this section.

(c) If this is a requirements contract (*i.e.*, includes the Requirements clause at subsection 52.216- 21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) of this section.

(d) Notwithstanding paragraphs (b) and (c) of this section, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 5 days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

(End of Clause)

## 52.216-22          Indefinite Quantity (Oct 1995)

(a)  This is an indefinite-quantity contract for the supplies or services specified, and effective for the period stated in the Schedule. The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b)  Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the "maximum." The Government shall order at least the quantityof supplies or services designated in the Schedule as the "minimum."

(c)  Except for any limitations on quantities in the Delivery-Order Limitations clause or in the Schedule, there is no limit on the number of orders that may be issued. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(d)  Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; *provided*, that the Contractor shall not be required to make any deliveries under this contact after the period of performance end date of the IDIQ.

(End of Clause)

53

Section I

**52.217-9         Option to Extend the Term of the Contract (Mar 2000)**

(a) The Government may extend the term of this contract by written notice to the Contractor <u>within the performance period</u> provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least <u>1 day before the contract expires</u>. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall <u>not exceed 15 Years</u>.

(End of Clause)

**52.222-35         Equal Opportunity Veterans (Oct 2015)**

(a) *Definitions.* As used in this clause--

"Active duty wartime or campaign badge veteran," "Armed Forces service medal veteran," "disabled veteran," "protected veteran," "qualified disabled veteran,' and "recently separated veteran" have the meanings given at FAR 22.1301.

(b) *Equal opportunity clause.* The Contractor shall abide by the requirements of the equal opportunity clause at 41 CFR 60-300.5(a), as of March 24, 2014. This clause prohibits discrimination against qualified protected veterans, and requires affirmative action by the Contractor to employ and advance in employment qualified protected veterans.

(c) Subcontracts. The Contractor shall insert the terms of this clause in subcontracts of $150,000 or more unless exempted by rules, regulations, or orders of the Secretary of Labor. The Contractor shall act as specified by the Director, Office of Federal Contract Compliance Programs, to enforce the terms, including action for noncompliance. Such necessary changes in language may be made as shall be appropriate of identify properly the parties and their undertakings.

(d) Notwithstanding the provisions of this section, the Contractor will not be obligated to develop the written affirmative action program required under the regulations implementing the Vietnam Era Veterans' Readjustment Assistance Act (VEVRAA).

(End of Clause)

**52.222-36         Equal Opportunity for Workers with Disabilities (Jul 2014)**

(a) *Equal opportunity clause.* The Contractor shall abide by the requirements of the equal opportunity clause at 41 CFR 60.741.5(a), as of March 24, 2014. This clause prohibits

54

GEO-Novoa_00041362

Section I

discrimination against qualified individuals on the basis of disability and requires affirmative action by the Contractor to employ and advance in employment qualified individuals with disabilities.

(b) *Subcontracts.* The Contractor shall include the terms of this clause in every subcontract or purchase order in excess of $15,000 unless exempted by rules, regulations, or orders of the Secretary, so that such provisions will be binding upon each subcontractor or vendor. The Contractor shall act as specified by the Director, Office of Federal Contract Compliance Programs of the U.S. Department of Labor, to enforce the terms, including action for noncompliance. Such necessary changes in language may be made as shall be appropriate to identify properly the parties and their undertakings.

(c) Notwithstanding the provisions of this section, the Contractor will not be obligated to develop the written affirmative action program required under the regulations implementing section 503 of the Rehabilitation Act of 1973, as amended.

(End of Clause)

## I.3      HSAR CLAUSES INCORPORATED BY REFERENCE

| Number | Titles | Date |
|--------|--------|------|
| 3052.203-70 | Instructions for Contractor Disclosure of Violations | Sep 2012 |
| 3052.225-70 | Requirement for Use of Certain Domestic Commodities | Aug 2009 |

## I.4      HSAR CLAUSES INCORPORATED IN FULL TEXT

### 3052.204-71 Contractor Employee Access (Sep 2012)

(a) *Sensitive Information,* as used in this clause, means any information, which if lost, misused, disclosed, or, without authorization is accessed, or modified, could adversely affect the national or homeland security interest, the conduct of Federal programs, or the privacy to which individuals are entitled under section 552a of title 5, United States Code (the Privacy Act), but which has not been specifically authorized under criteria established by an Executive Order or an Act of Congress to be kept secret in the interest of national defense, homeland security or foreign policy. This definition includes the following categories of information:

(1) Protected Critical Infrastructure Information (PCII) as set out in the Critical Infrastructure Information Act of 2002 (Title II, Subtitle B, of the Homeland Security Act, Public Law 107-296, 196 Stat. 2135), as amended, the implementing regulations thereto (Title 6, Code of Federal Regulations, Part 29) as amended, the applicable PCII Procedures Manual, as amended, and any supplementary guidance officially communicated by an authorized official of the Department of Homeland Security (including the PCII Program Manager or his/her designee);

55

Section I

(2) Sensitive Security Information (SSI), as defined in Title 49, Code of Federal Regulations, Part 1520, as amended, "Policies and Procedures of Safeguarding and Control of SSI," as amended, and any supplementary guidance officially communicated by an authorized official of the Department of Homeland Security (including the Assistant Secretary for the Transportation Security Administration or his/her designee);

(3) Information designated as "For Official Use Only," which is unclassified information of a sensitive nature and the unauthorized disclosure of which could adversely impact a person's privacy or welfare, the conduct of Federal programs, or other programs or operations essential to the national or homeland security interest; and

(4) Any information that is designated "sensitive" or subject to other controls, safeguards or protections in accordance with subsequently adopted homeland security information handling procedures.

(b) "Information Technology Resources" include, but are not limited to, computer equipment, networking equipment, telecommunications equipment, cabling, network drives, computer drives, network software, computer software, software programs, intranet sites, and internet sites.

(c) Contractor employees working on this contract must complete such forms as may be necessary for security or other reasons, including the conduct of background investigations to determine suitability. Completed forms shall be submitted as directed by the Contracting Officer. Upon the Contracting Officer's request, the Contractor's employees shall be fingerprinted, or subject to other investigations as required. All Contractor employees requiring recurring access to Government facilities or access to sensitive information or IT resources are required to have a favorably adjudicated background investigation prior to commencing work on this contract unless this requirement is waived under Departmental procedures.

(d) The Contracting Officer may require the Contractor to prohibit individuals from working on the contract if the Government deems their initial or continued employment contrary to the public interest for any reason, including, but not limited to, carelessness, insubordination, incompetence, or security concerns.

(e) Work under this contract may involve access to sensitive information. Therefore, the Contractor shall not disclose, orally or in writing, any sensitive information to any person unless authorized in writing by the Contracting Officer. For those Contractor employees authorized access to sensitive information, the Contractor shall ensure that these persons receive training concerning the protection and disclosure of sensitive information both during and after contract performance.

(f) The Contractor shall include the substance of this clause in all subcontracts at any tier where the subcontractor may have access to Government facilities, sensitive information, or resources.

Highly Confidential-Attorneys' Eyes Only

GEO-Novoa_00041364

Section I

**3052.204-71 Contractor Employee Access ALTERNATE I (SEP 2012)**

(g) Before receiving access to IT resources under this contract the individual must receive a security briefing, which the Contracting Officer's Technical Representative (COTR) will arrange and complete any nondisclosure agreement furnished by DHS.

(h) The Contractor shall have access only to those areas of DHS information technology resources explicitly stated in this contract or approved by the COTR in writing as necessary for performance of the work under this contract. Any attempts by Contractor personnel to gain access to any information technology resources not expressly authorized by the statement of work, other terms and conditions in this contract, or as approved in writing by the COTR, is strictly prohibited. In the event of violation of this provision, DHS will take appropriate actions with regard to the contract and the individual(s) involved.

(i) Contractor access to DHS networks from a remote location is a temporary privilege for mutual convenience while the Contractor performs business for the DHS Component. It is not a right, a guarantee of access, a condition of the contract, or Government Furnished Equipment (GFE).

(j) Contractor access will be terminated for unauthorized use. The Contractor agrees to hold and save DHS harmless from any unauthorized use and agrees not to request additional time or money under the contract for any delays resulting from unauthorized use or access.

(k) Non-U.S. citizens shall not be authorized to access or assist in the development, operation, management or maintenance of Department IT systems under the contract, unless a waiver has been granted by the Head of the Component or designee, with the concurrence of both the Department's Chief Security Officer (CSO) and the Chief Information Officer (CIO) or their designees. Within DHS Headquarters, the waiver may be granted only with the approval of both the CSO and the CIO or their designees. In order for a waiver to be granted:

(1) There must be a compelling reason for using this individual as opposed to a U. S. citizen; and
(2) The waiver must be in the best interest of the Government.
    (l) Contractors shall identify in their proposals the names and citizenship of all non-U.S. citizens proposed to work under the contract. Any additions or deletions of non-U.S. citizens after contract award shall also be reported to the Contracting Officer.

(End of Clause)

**3052.212-70 Contract Terms and Conditions Applicable to DHS Acquisition of Commercial Items (SEP 2012)**

The Contractor agrees to comply with any provision or clause that is incorporated herein by reference to implement agency policy applicable to acquisition of commercial items or components. The provision or clause in effect based on the applicable regulation cited on the date the solicitation is issued applies unless otherwise stated herein. The following HSAR

57

GEO-Novoa_00041365

Section I

clauses are incorporated by reference:

__X__ 3052.204-71 Contractor Employee Access.
__X__ Alternate I
__X__ 3052.205-70 Advertisement, Publicizing Awards, and Releases.
__X__ Alternate I

_____ 3052.209-73 Limitation on Future Contracting.
__X__ 3052.215-70 Key Personnel or Facilities.
_____ 3052.216-71 Determination of Award Fee.
_____ 3052.216-72 Performance Evaluation Plan.
_____ 3052.216-73 Distribution of Award Fee.
_____ 3052.217-91 Performance. (USCG)
_____ 3052.217-92 Inspection and Manner of Doing Work. (USCG)
_____ 3052.217-93 Subcontracts. (USCG)
_____ 3052.217-94 Lay Days. (USCG)
_____ 3052.217-95 Liability and Insurance. (USCG)
_____ 3052.217-96 Title. (USCG)
_____ 3052.217-97 Discharge of Liens. (USCG)
_____ 3052.217-98 Delays. (USCG)
_____ 3052.217-99 Department of Labor Safety and Health Regulations for Ship Repair
(USCG)
_____ 3052.217-100 Guarantee. (USCG)
__X__ 3052.219-70 Small Business Subcontracting Plan Reporting.
__X__ 3052.219-71 DHS Mentor Protégé Program.
__X__ 3052.219-72 Evaluation of Prime Contractor Participation in the DHS Mentor-Protégé
Program
__X__ 3052.222-70 Strikes or Picketing Affecting Timely Completion of the Contract Work
__X__ 3052.222-71 Strikes or Picketing Affecting Access to a DHS Facility
_____ 3052.228-70 Insurance.
_____ 3052.228-90 Notification of Miller Act Payment Bond Protection. (USCG)
_____ 3052.228-91 Loss of or Damage to Leased Aircraft. (USCG)
_____ 3052.228-92 Fair Market Value of Aircraft. (USCG)
_____ 3052.228-93 Risk and Indemnities. (USCG)
_____ 3052.236-70 Special Provisions for Work at Operating Airports.
__X__ 3052.242-72 Contracting Officer's Technical Representative.
_____ 3052.247-70 F.o.B. Origin Information.
_____ Alternate I
_____ Alternate II
_____ 3052.247-71 F.o.B. Origin Only.
_____ 3052.247-72 F.o.B. Destination Only.

(End of Clause)

58

GEO-Novoa_00041366

Section I

**3052.215-70 Key Personnel or Facilities (Dec 2003)**

(a)      The personnel or facilities specified below are considered essential to the work being performed under this contract and may, with the consent of the contracting parties, be changed from time to time during the course of the contract by adding or deleting personnel or facilities, as appropriate.

(b)      Before removing or replacing any of the specified individuals or facilities, the Contractor shall notify the Contracting Officer, in writing, before the change becomes effective. The Contractor shall submit sufficient information to support the proposed action and to enable the Contracting Officer to evaluate the potential impact of the change on this contract. The Contractor shall not remove or replace personnel or facilities until the Contracting Officer approves the change.

> *The Key Personnel or Facilities under this Contract can be found in the Staffing Plan and Section C (Performance Work Statement) sections of this Contract.*

(End of Clause)

**[THE BALANCE OF THIS PAGE IS INTENTIONALLY LEFT BLANK]**

**[END OF SECTION I]**

59

Highly Confidential-Attorneys' Eyes Only

# SECTION J:
## LIST OF ATTACHMENTS

| PWS Attachments | |
|---|---|
| Attachment 1: | G-391 Attachments |
| Attachment 2: | QASP Documents |
| Attachment 3: | IHSC National Formulary FY 2019 |
| Attachment 4: | IHSC Form 067 Request for approval of non-formulary medications |
| Attachment 5: | IHSC Minimum Staffing Requirements Standards |
| Attachment 6: | IHSC Intake Screening Form |
| Attachment 7: | IHSC Sample Clinical Practice Guidelines |
| Attachment 8: | IHSC electronic Quality Medical Care (QMC) Audit tool |
| Attachment 9: | IHSC electronic Quality Medical Care (QMC) Incident Report |
| Attachment 10: | Requirements Traceable Matrix (RTM) |
| Attachment 11: | ICE Firearms Policy |
| Attachment 12: | ICE Body Armor Policy |
| Attachment 13: | Lyons Settlement Agreement |
| Attachment 14: | Franco Settlement Agreement |
| Attachment 15: | Screening ICE Detainees Health Form |
| Attachment 16: | PWS Addendum 1 |
| Attachment 17: | Requirement D PWS Addendum |
| Attachment 18: | Section B Supplies or Services and Price Costs |
| Attachment 19: | Section C Performance Work Statement Dated 10-25-2019 |
| Attachment 20: | Contract Clauses |
| Attachment 21: | Section K completed by Offeror |
| Attachment 22: | Contractor's Proposal |
| Attachment 23: | ICE Design Standards for CDFs |
| Attachment 24: | Executive Office for Immigration Review (EOIR) Design Standards |
| Attachment 25: | Structure Cable Plant Standards |
| Attachment 26: | Health Design Standards |
| Attachment 27: | IHSC Design Standards Supplement |
| Attachment 28: | Adelanto Detention Facility Collective Bargaining Agreement between GEO and United Government Security Officers of America International Union and its Local #880 (Effective April 23, 2018-April 22, 2021) |

| Contract References | |
|---|---|
| Performance-Based National Detention Standards (PBNDS) 2011 w/2016 Revisions | http://www.ice.gov/detention-standards/2011/ |
| American Correctional Association (ACA) | http://www.aca.org/ |

Highly Confidential-Attorneys' Eyes Only

GEO-Novoa_00041368