Malllory Biblo
Burns Charest LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL NOVOA, et al., individually and on behalf of all others similarly situated<br><br>Plaintiff(s)<br>v.<br>THE GEO GROUP, INC.<br><br>Defendant(s). | CASE NUMBER<br><br>5:17-CV-02514-JGB-SHK<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Cross, Lauren M.

*Applicant's Name (Last Name, First Name & Middle Initial*

(469) 904-4550          (469) 444-5002

*Telephone Number          Fax Number*

lcross@burnscharest.com

*E-Mail Address*

of   Burns Charest, LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Raul Novoa, Jamie Campos Fuentes, Abdiaziz Karim, Ramon Mancia, and all others similarly situated

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Ahdoot, Robert R.

*Designee's Name (Last Name, First Name & Middle Initial*

172098          (310) 474-9111          (310) 474-8585

*Designee's Cal. Bar No.     Telephone Number     Fax Number*

rahdoot@ahdootwolfson.com

*E-Mail Address*

of   Ahdoot & Wolfson, PC
2600 West Olive Ave., Suite 500
Burbank, CA 91505

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:     ☐   for failure to pay the required fee.

☐   for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐   for failure to complete Application: _____

☐   pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐   pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐   because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**