Malllory Biblo
Burns Charest LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL NOVOA, et al., individually and on behalf of all others similarly situated<br><br><br>Plaintiff(s)<br>v.<br>THE GEO GROUP, INC.<br><br><br>Defendant(s). | **CASE NUMBER**<br><br>5:17-CV-02514-JGB-SHK<br><br>(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

| | | |
|---|---|---|
| Cross, Lauren M. | of | Burns Charest, LLP |
| *Applicant's Name (Last Name, First Name & Middle Initial* | | 900 Jackson Street, Suite 500 |
| (469) 904-4550          (469) 444-5002 | | Dallas, Texas 75202 |
| *Telephone Number*          *Fax Number* | | |
| lcross@burnscharest.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

Raul Novoa, Jamie Campos Fuentes, Abdiaziz Karim, Ramon Mancia, and all others similarly situated

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

| | | |
|---|---|---|
| Ahdoot, Robert R. | of | Ahdoot & Wolfson, PC |
| *Designee's Name (Last Name, First Name & Middle Initial* | | 2600 West Olive Ave., Suite 500 |
| 172098          (310) 474-9111          (310) 474-8585 | | Burbank, CA 91505 |
| *Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number* | | |
| rahdoot@ahdootwolfson.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid,** ☐ be refunded ☐ not be refunded.

**Dated:** November 10, 2020

_____
**U.S. District Judge/~~U.S. Magistrate Judge~~**