AKERMAN LLP
ELLEN S. ROBBINS (SBN 298044)
601 West Fifth Street, Suite 300
Los Angeles, California 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL NOVOA, et al.<br><br>Plaintiff(s)<br><br>v.<br><br>THE GEO GROUP, INC.<br><br>Defendant(s). | CASE NUMBER<br><br>5:17-cv-02514-JGB-SHKx<br><br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Mell, Joan K.

*Applicant's Name (Last Name, First Name & Middle Initial*

253.566.2510                    281.664.4643

*Telephone Number*              *Fax Number*

Joan@3brancheslaw.com

*E-Mail Address*

of

III Branches Law, PLLC
1019 Regents Blvd. Street 204
Fircrest, WA 98466

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

The GEO Group, Inc., Bruce Scott

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Robbins, Ellen S.

*Designee's Name (Last Name, First Name & Middle Initial*

298044                    213.688.9500                    213.627.6342

*Designee's Cal. Bar No.*     *Telephone Number*       *Fax Number*

ellen.robbins@akerman.com

*E-Mail Address*

of

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:    ☐    for failure to pay the required fee.

☐    for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐    for failure to complete Application: _____

☐    pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐    pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐    because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

_____
**U.S. District Judge/U.S. Magistrate Judge**