1  Korey A. Nelson (admitted *pro hac vice*)
   knelson@burnscharest.com
2  Lydia A. Wright (admitted *pro hac vice*)
3  lwright@burnscharest.com
   **BURNS CHAREST LLP**
4  365 Canal Street, Suite 1170
5  New Orleans, LA 70130
   Telephone: (504) 799-2845
6  Facsimile: (504) 881-1765

7
   **Class Counsel**
8  *Additional Counsel on Signature Page*

9

10                    UNITED STATES DISTRICT COURT
                      CENTRAL DISTRICT OF CALIFORNIA
11                         EASTERN DIVISION

12

13  **RAUL NOVOA**, **JAIME CAMPOS**          Civil Action No.  5:17-cv-02514-JGB-
    **FUENTES**, **ABDIAZIZ KARIM**, and      SHKx
14  **RAMON MANCIA**, individually and
    on behalf of all others similarly situated,
15
                                              **PLAINTIFFS' THIRD**
16             *Plaintiffs*,                  **APPLICATION TO FILE**
                                              **EXHIBITS TO PLAINTIFFS'**
17                                            **MOTION FOR SUMMARY**
    v.                                        **JUGMENT UNDER SEAL**
18
    **THE GEO GROUP, INC.**,
19
               *Defendant*.
20

21

22        Pursuant to Local Rules 79-5.2.2(a) and (b), Plaintiffs hereby file this application

23  for leave to file under seal three exhibits to accompany Plaintiffs' forthcoming Motion

24  for Summary Judgment:

25        (1)   Excel workbook comprised of multiple sheets (GEO-Novoa_00178340).
                GEO produced the workbook in this litigation and designated it as
26              Confidential-Attorneys' Eyes Only. GEO has represented that this
27              document must be filed under seal.

28

                                        1

1
2
3

    (2)    Letter dated June 21, 2018, which GEO produced in this litigation and designated as confidential. (GEO-Novoa_00178340-GEO_Novoa_00178342). GEO has represented that this document must be filed under seal.

4
5
6
7
8

    (3)    The transcript of the deposition of Jay M. Brooks, as designee of the Department of Homeland Security Immigration and Customs Enforcement ("ICE"), which was taken in this matter on December 11, 2020 pursuant to Federal Rule of Civil Procedure 30(b)(6). ICE has not provided any redactions to this transcript, as it is entitled to under the protective order governing this case.

9
10
11
12

       This application is made pursuant to L.R. 79-5.2.2(b), which governs materials designated by another as confidential pursuant to a protective order. GEO and/or ICE has designated each of the five documents listed above as "Confidential." GEO is therefore the "Designating Party."

13
14
15
16
17
18

       On December 11 and December 15, 2020, Plaintiffs conferred with GEO and ICE in an attempt to eliminate or minimize the need for filing under seal by means of redaction. L.R. 79-5.2.2(b). GEO has represented that first two documents listed above must be filed under seal. ICE has not provided any redactions for the transcript of the deposition of Jay M. Brooks, as it is entitled to under the protective order governing this case.

19
20
21

       Based on the foregoing, Plaintiffs respectfully request that the Court grant the instant application to file the exhibits to accompany Plaintiffs' Motion for Summary Judgment under seal.

22
23
24

       To the extent the Court finds that support is lacking to file the requested documents under seal, Plaintiffs request that the Court order that Plaintiffs may file the documents publicly.

25
26
27
28

5:17-cv-02514-JGB-SHK

Dated: December 17, 2020

Respectfully submitted,

/s/ Lydia A. Wright

Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
LA Bar # 30002
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
LA Bar # 37926
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

Warren Burns (admitted *pro hac vice*)
wburns@burnscharest.com
TX Bar # 24053119
Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
Will Thompson (CA Bar # 289012)
wthompson@burnscharest.com
E. Lawrence Vincent (admitted *pro hac vice*)
lvincent@burnscharest.com
TX Bar # 20585590
Mallory Biblo (admitted *pro hac vice*)
mbiblo@burnscharest.com
TX Bar # 24087165
Lauren Cross (admitted *pro hac vice*)
lcross@burnscharest.com
TX Bar # 24105759
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

R. Andrew Free (admitted *pro hac vice*)
andrew@immigrantcivilrights.com
TN Bar # 030513
**LAW OFFICE OF R. ANDREW FREE**

3

P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959

Nicole Ramos (admitted *pro hac vice*)
nicole@alotrolado.org
NY Bar # 4660445
**AL OTRO LADO**
511 E. San Ysidro Blvd., # 333
San Ysidro, CA 92173
Telephone: (619) 786-4866

Robert Ahdoot (CA Bar # 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Theodore W Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone:  (310) 474-9111
Fax:  (310) 474-8585

*Class Counsel*

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I, Lydia A. Wright, electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

Dated: December 17, 2020

/s/ Lydia Wright
Lydia A. Wright (admitted *pro hac vice*)
lwright@burnscharest.com
LA Bar # 37926
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

5:17-cv-02514-JGB-SHK