UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' THIRD APPLICATION TO FILE EXHIBITS TO PLAINTIFFS' MOTION FOR SUMMARY JUGMENT UNDER SEAL** |

Having reviewed Plaintiffs' Application for leave to file under seal the following exhibits to accompany Plaintiffs' Motion for Summary Judgment, and finding good cause, the Court hereby **GRANTS** the application to seal.

Plaintiff shall file **under seal** the following documents:

| Document | Portion To Be Filed Under Seal |
|---|---|
| Exhibit A to the Wright Declaration | Entire Document |
| Exhibit B to the Wright Declaration | Entire Document |
| Exhibit C to the Wright Declaration | Entire Document |
| Exhibit D to the Wright Declaration | Entire Document |

**IT IS SO ORDERED.**

Dated: this _____ day of _____ , 2020.

_____
Hon. Jesus G. Bernal
United States District Judge

5:17-cv-02514-JGB-SHK