# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**PLAINTIFFS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiffs hereby submit the following Statement of Undisputed Facts ("SUF") in support of their Motion for Partial Summary Judgment against The GEO Group, Inc. ("GEO").

| Pl.'s SUF No. | Fact | Supporting Evidence |
|---|---|---|
| **A. GEO is a For-Profit REIT with a Fiduciary Duty to Shareholders to Deliver Profits.** | | |
| 1. | GEO is a for-profit, multinational corporation providing correctional, detention, and community reentry services. | • Dkt. 200 (GEO's Answer to Third Amended Complaint, hereinafter "Answer") at ¶ 21 (admitting that "Defendant GEO is a for-profit multinational corporation providing correctional, detention, and community reentry services."). |

| Pl.'s SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 2. | GEO provides services pursuant to contracts with governmental entities in the United States and internationally. | • Dkt. 193-31 (Venturella Decl. 2015) at ¶¶ 3, 4.<br>• Dkt. 200 (Answer) at ¶ 21 (admitting that "Defendant GEO is a for-profit multinational corporation providing correctional, detention, and community reentry services."). |
| 3. | GEO's revenues in 2016, 2017, and 2018 were over $2 billion. | • Dkt. 200 (Answer) at ¶ 31 (admitting that "GEO's revenues in 2016, 2017, and 2018 were over $2 billion, and its stock is publicly traded on the New York Stock Exchange."). |
| 4. | GEO's stock is publicly traded on the New York Stock Exchange. | • Dkt. 200 (Answer) at ¶ 31 (admitting that "GEO's revenues in 2016, 2017, and 2018 were over $2 billion, and its stock is publicly traded on the New York Stock Exchange."). |
| 5. | GEO is organized as a real estate investment trust ("REIT"). | • Dkt. 193-19 (Venturella Dep.) at 30:25-31:25.<br>• **Exhibit A,** (Evans Dep.) at 51:15-53:5. |
| 6. | GEO has a fiduciary duty to its shareholders to deliver profit. | • Dkt. 193-19 (Venturella Dep.) at 34:8-16; 252:14-24. |
| 7. | GEO owns or operates at least fourteen civil immigration detention facilities (the "Facilities") in the United States under performance-based contracts with ICE. | • Dkt. 193-31 (Venturella Decl., 2015) at ¶¶ 4-6.<br>• Dkt. 200 (Answer) at ¶ 66 (admitting that "GEO owns or operates at least fourteen civil immigration detention centers |

| Pl.'s SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | | nationwide, including Adelanto, under contracts with ICE"). <br>• Dkt. 408-4 (ICE 30(b)(6) Dep.) at 70:24-71:14. |
| 8. | At its Facilities, GEO provides detention services and bed space to individuals awaiting removal proceedings. | • Dkt. 193-31 (Venturella Decl, 2015) at ¶¶ 4-6. |
| **B. GEO's Contracting Practices.** | | |
| 9. | To bid for an ICE contract, GEO calculates a per diem or bed-day rate, which includes all daily operating costs, such as personnel, food, health care, supplies, utilities, maintenance, infrastructure, depreciation, cost of capital, overhead and profit. | • 193-19 (Venturella Dep.) at 250:5-24. <br>• 193-31 (Venturella Decl., 2015) at ¶¶ 12, 24. |
| 10. | GEO's contracts with ICE typically include up to 15% in profits for GEO. | • **Exhibit A,** (Evans Dep.) at 113:1-23. |
| 11. | A staffing plan is the most important component of a contractor's overall pricing model because the costs associated with the overall staffing of a facility constitute approximately 65% or more of the facility's total operating costs. | • 193-19 (Venturella Dep.) at 240:18-241:4. <br>• 193-31 (Venturella Decl., 2015) at ¶¶ 12, 14, 24. |
| 12. | A facility staffing plan contains every position that the contractor intends to employ or retain for the operation of the facility and | • 193-19 (Venturella Dep.) at. 225:7-25. <br>• 193-31 (Venturella Decl., 2015) at ¶ 14. |

| Pl.'s SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | includes calculations of the hourly or annual wages, payroll tax, and benefit costs for each position. | |
| 13. | The calculations and considerations contained in a facility staffing plan can and will affect the overall cost calculation associated with a facility's labor costs. | • 193-19 (Venturella Dep.) at 226:1-7.<br>• 193-31 (Venturella Decl., 2015) at ¶ 14. |
| 14. | GEO includes detainee payroll in its per diem calculation at the rate of $1 per day. | • Dkt. 193-2 (IGSA) at 5. (GOWER-GEO 0000480).<br>• Dkt. 408-4, ICE 30(b)(6) Dep. (Brooks) at 99:21-25.<br>• **Exhibit B,** GEO 30(b)(6) Dep. (Martin) at 63:4-9. |
| 15. | ICE reimburses GEO for detained immigrant payroll at the rate of $1 per day. | • **Exhibit C,** GEO 30(b)(6) Dep. (Janecka) at 238:10-13.<br>• 8 U.S.C. § 1555(d); Appropriations Act, Immigration and Naturalization Service Salaries and Expenses, Pub. L. No. 95-431, 92 Stat. 1021 (1978). |
| 16. | The winning proposal in almost every federal procurement competition in the detention or prison contracting area is awarded to the lowest bidder, unless that bidder has an unsatisfactory performance record. | • Dkt. 193-19 (Venturella Dep.) at 269:25-270:18.<br>• Dkt. 193-31 (Venturella Decl., 2015) at ¶¶ 16, 17, 25, 27.<br>• **Exhibit D,** (Venturella Decl., 2017) at ¶ 9. |

| Pl.'s SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 17. | GEO can lower its per diem rate, and thus increase its competitive advantage, by reducing its staffing and labor costs. | • 193-19 (Venturella Dep.) at 251:1-18; 252:14-24.<br>• 193-31 (Venturella Decl., 2015) at ¶¶ 16-17; 22, 25.<br>• **Exhibit D,** (Venturella Decl., 2017) at ¶ 15-16.<br>• **Exhibit E,** GEO 30(b)(6) Dep. (Evans) at 32:22-33:18; 50:6-22. |
| 18. | The per diem or bed-day rates and staffing plans contained in the contractor's proposal or bid are incorporated into the final contract, unless they are revised as a result of subsequent negotiations with ICE. | • 193-19 (Venturella Dep.) at 222:11-19.<br>• 193-31 (Venturella Decl., 2015) at ¶ 13.<br>• **Exhibit D,** (Venturella Decl., 2017) at ¶ 11. |
| 19. | GEO can submit a request for an equitable adjustment of its contract with ICE related to "out-of-scope costs" incurred in performing its contract. | • Dkt. 231-2 (GEO's Request for Equitable Adjustment).<br>• Dkt. 231-5 (Zoley Decl.) at ¶ 8.<br>• Dkt. 408-4, ICE 30(b)(6) Dep. (Brooks) at 235:14-236:9.<br>• Dkt. 408-3 (June 21, 2018 Letter). |
| 20. | ICE is not required to grant GEO's requests for equitable adjustments. | • Dkt. 231-4 (ICE's denial of GEO's Request for Equitable Adjustment).<br>• Dkt. 408-3 (June 21, 2018 Letter). |
| 21. | GEO's contracts to operate Adelanto are fixed-cost or fixed-priced contracts, so the amount ICE pays to GEO to operate the facility does not depend on the resources GEO actually uses. | • 193-19 (Venturella Dep.) at 49:23-50:5; 266:12-267:9.<br>• Dkt. 408-4, ICE 30(b)(6) Dep. (Brooks) at 72:3-12; 92:7-18. |

| Pl.'s SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 22. | If GEO's actual costs are higher than the per diem rate set forth in the contract, the company is responsible for those costs unless ICE agrees to increase the per diem rate. | • 193-19 (Venturella Dep.) at 85:4-10; 79:24-80:20; 266:16-19.<br>• 193-31 (Venturella Decl., 2015) at ¶ 13.<br>• 408-4, ICE 30(b)(6) Dep. (Brooks) at 92:7-18. |
| 23. | If GEO's actual costs are lower than the established per diem rate, GEO can pocket the difference. | • 193-19 (Venturella Dep.) at 81:7-12. |
| 24. | GEO's labor expenses would increase if the company did not use detained immigrants to clean, maintain, and feed Adelanto. | • **Exhibit E,** GEO 30(b)(6) Dep. (B. Evans) at 32:22-33:18.<br>• Dkt. 408-1; 408-2 (Spreadsheet) (GEO-Novoa_00178340). |
| 25. | GEO uses detainee labor to perform duties that must otherwise be completed by GEO staff. | • Dkt. 193-4 (Janecka Dep.) at 196:20-25; 217:12-14; 221:10-223:3.<br>• Dkt. 408-1; 408-2 (Spreadsheet) (GEO-Novoa_00178340).<br>• **Exhibit F,** (Spagnuolo Dep.) at 20:13-15; 107:13-18; 117:21-118:2. |
| 26. | GEO must pay staff overtime if the task cannot be completed within normal business hours. | • Dkt. 193-4 (Janecka Dep.) at 221:10-19. |
| | **C. GEO's Use of Detained Immigrant Labor Must Meet or Exceed the Minimum Standards Set Forth by ICE in PBNDS § 5.8.** | |
| 27. | GEO is contractually required to comply with the 2011 Performance Based National Detention Standards ("PBNDS") at every civil immigration | • Dkt. 200 (Answer) at ¶ 67 (admitting that "[a]t each facility, GEO is contractually required to comply with some version of ICE's 2011 PBNDS"); ¶ 68 |

| Pl.'s SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | detention facility GEO operates in the United States. | (admitting that "GEO's contracts with ICE to operate civil immigration detention facilities, including Adelanto, incorporate the PBNDS.")<br>• Dkt. 193-34 (Deemed Admissions) at No. 27 (admitting that "GEO is required by its contracts with ICE to comply with some version of the 2011 PBNDS at every civil immigration detention facility GEO operates in the United States"). |
| 28. | The PBNDS establish "performance outcomes" and "minimum requirements" which GEO must meet or exceed. | • Dkt. 193-02 (IGSA) at 10 (GOWER-GEO_0000485).<br>• Dkt. 408-4, ICE 30(b)(6) Dep. (Brooks) at 77:1-8. |
| 29. | In cases where other standards conflict with ICE Policy or Standards, ICE Policy and Standards prevail. | • Dkt. 193-2 (IGSA) at 56 (GOWER-GEO_0000531).<br>• **Exhibit B,** GEO 30(b)(6) Dep. (Martin) at 33:17-36:8. |
| 30. | ICE requires GEO to operate a Voluntary Work Program in accordance with PBNDS § 5.8. | • Dkt. 193-2 (IGSA) at 63 (GOWER-GEO 0000538).<br>• Dkt. 200 (Conditional Counterclaim) at ¶ 12. |
| 31. | The 2011 PBNDS state: "Detainees shall be able to volunteer for work assignments but otherwise shall not be required to work, except to do personal housekeeping." | • Dkt. 206-5 (PBNDS) at § 5.8.II.2. |
| 32. | The Personal Housekeeping Requirement of the PBNDS, | • Dkt. 206-5 (PBNDS) at § 5.8.V.C. |

| Pl.'s SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | § 5.8.V.C, provides: "Work assignments are voluntary; however, all detainees are responsible for personal housekeeping.  Detainees are required to maintain their immediate living areas in a neat and orderly manner by: (1) making their beds daily; (2) stacking loose papers; (3) keeping the floor free of debris and dividers free of clutter; and (4) refraining from hanging/draping clothing, pictures, keepsakes, or other objects from beds, overhead lighting fixtures or other furniture." | • Dkt. 200 (Answer) at ¶ 70 (admitting that PBNDS § 5.8.V.C so states). |
| 33. | The 2011 PBNDS state: "The facility administrator shall develop site-specific rules for selecting work detail volunteers. These site-specific rules shall be recorded in a facility procedure that shall include a voluntary work program agreement. The voluntary work program agreement shall document the facility's program and shall be in compliance with this detention standard." | • Dkt. 206-5 (PBNDS) at § 5.8.V.D. |
| 34. | The 2011 PBNDS states: "Detainees shall receive monetary compensation for work completed in accordance with the facility's standard policy. The compensation is at least $1.00 (USD) per day. The facility shall | • Dkt. 206-5 (PBNDS) at § 5.8.V.K. |

| Pl.'s SUF No. | Fact | Supporting Evidence |
|---|---|---|
|  | have an established system that ensures detainees receive the pay owed them before being transferred or released." |  |
| 35. | The 2008 PBNDS state: "Detainees shall receive monetary compensation for work completed in accordance with the facility's standard policy. In SPCs and CDFs, the compensation is $1.00 per day." | • Dkt. 193-5 (Ragsdale Dep.) at 147:4-13.<br>• Dkt. 408-4, ICE 30(b)(6) Dep. (Brooks) at 101:19-102:5.<br>• **Exhibit B,** GEO 30(b)(6) Dep. (Martin) at 82:13-17.<br>• **Exhibit G,** 2008 PBNDS at § 5.8.V.K. |
| 36. | ICE does not prohibit GEO from paying detained workers more than $1 per day. | • Dkt. 408-4, ICE 30(b)(6) Dep. (Brooks) at 100:1-4; 102:17-20; 103:17-22; 107:4-16.<br>• **Exhibit B,** GEO 30(b)(6) Dep. (Martin) at 64:20-24. |
| 37. | GEO could pay its detained workers higher wages, but the company would have to bear the costs of doing so. | • Dkt. 193-19 (Venturella Dep.) at 85:4-10; 79:24-80:20.<br>• **Exhibit B,** GEO 30(b)(6) Dep. (Martin) at 67:4-8. |
| **D. GEO's Operation of the Adelanto ICE Processing Center.** | | |
| 38. | In May 2011, ICE entered into an intergovernmental service agreement ("IGSA") with the City of Adelanto to house detained immigrants. | • Dkt. 231-5 (Zoley Decl.) at ¶ 5.<br>• Dkt. 193-2 (IGSA) (GOWER-GEO_0000477-0000544). |
| 39. | The City of Adelanto contracted with GEO to carry out the IGSA. | • Dkt. 231-5 (Zoley Decl.) at ¶ 5.<br>• Dkt. 193-3 (Services Contract) (GOWER-GEO_0000468-0000476). |

| Pl.'s SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 40. | GEO undertook, without limitation, the City of Adelanto's responsibilities and obligations as set forth in the IGSA. | • Dkt. 193-3 (Services Contract) at § 2.0 (GOWER-GEO_0000468)<br>• **Exhibit B,** GEO 30(b)(6) Dep. (Martin) at 16:9-13.<br>• **Exhibit H,** (Valdez Decl.) at ¶ 12. |
| 41. | The City of Adelanto notified ICE and GEO on March 27, 2019 that it would be terminating its contract with ICE effective June 2019. | • Dkt. 231-5 (Zoley Decl.) at ¶ 6. |
| 42. | On June 25, 2019, ICE entered into a temporary contract (the "Bridge Contract") directly with GEO to continue operating the Adelanto Facility. | • Dkt. 231-5 (Zoley Decl.) at ¶ 6.<br>• Dkts. 375-1; 375-2; 375-3; 375-4; 375-5 (the "Bridge Contract") (GEO-Novoa_00035044-00035249). |
| 43. | On December 19, 2019, ICE entered into a new contract (the "Direct Contract") with GEO to continue running the Adelanto Facility, with a period of performance starting December 20, 2019 and ending December 19, 2034. | • Dkt. 375-6 (the "Direct Contract") (GEO-Novoa_00040872-00040885; GEO-Novoa_00041323-00041368). |
| 44. | The IGSA, the Bridge Contract, and the Direct Contract are performance-based contracts. | • Dkt. 408-4, ICE 30(b)(6) Dep. (Brooks) at 26:3-8; 71:4-8.<br>• **Exhibit H,** (Valdez Decl.) at ¶ 8. |
| 45. | A performance-based contract is a results-oriented method of contracting focused on outputs, quality, and outcomes. Performance-based contracts do not designate *how* a contractor is to perform the work, but rather | • Dkt. 408-4, ICE 30(b)(6) Dep. (Brooks) at 70:24-71:23.<br>• **Exhibit H,** (Valdez Decl.) at ¶ 8.<br>• **Exhibit I,** (Johnson Decl.) at ¶ 8. |

| Pl.'s SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | establishes the expected outcomes and results that the government expects. It is then the responsibility of the contractor to meet the government's requirements at the price the vender quoted. | |
| 46. | The IGSA, the Bridge Contract, and the Direct Contract do not reserve to ICE any direct control of any part of the contracted work. | • Dkt. 408-4, ICE 30(b)(6) Dep. (Brooks) at 71:24-72:2; 77:1-8.<br>• **Exhibit H,** (Valdez Decl.) at ¶¶ 8, 17, 18. |
| 47. | The IGSA, the Bridge Contract, and the Direct Contract are each fixed-price contracts. | • Dkt. 193-2 (IGSA) at 4 (GOWER GEO 0000479).<br>• Dkt. 408-4, ICE 30(b)(6) Dep. (Brooks) at 72:3-72:12.<br>• **Exhibit H,** (Valdez Decl.) at ¶ 8.<br>• **Exhibit I,** (Johnson Decl.) at ¶ 8. |
| 48. | Under the IGSA, the Bridge Contract, and the Direct Contract, GEO agreed to furnish detention services and bed space for immigrants detained at Adelanto in accordance with all applicable laws and regulations. | • Dkt. 193-2 (IGSA) at 7 (GOWER-GEO_0000482); 63 (GOWER-GEO 0000538).<br>• Dkt. 375-4 (Bridge Contract) at 12 (GEO-Novoa_00035202).<br>• Dkt. 408-4, ICE 30(b)(6) Dep. (Brooks) at 91:13-18;  92:3-18; 295:25-296:7.<br>• **Exhibit B,** GEO 30(b)(6) Dep. (Martin) at 39:14-20.<br>• **Exhibit J,** (Performance Work Statement to Direct Contract) at 57 (GEO-Novoa_00041305). |

| Pl.'s SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | **1. The Voluntary Work Program.** | |
| 49. | GEO developed and implemented a detainee work plan at Adelanto. | • Dkt. 192-3 (Novoa Decl.) at ¶¶ 11, 17.<br>• Dkt. 192-4 (Campos Fuentes Decl.) at ¶¶ 9, 13.<br>• Dkt. 192-5 (Karim Decl.) at ¶ 16.<br>• Dkt. 192-6 (Mancia Decl.) at ¶¶ 7, 13.<br>• Dkt. 192-7 (Marwaha Decl.) at ¶¶ 7, 8, 15, 16.<br>• Dkt. 192-8 (Aguilara Decl.) at ¶¶ 8, 12.<br>• Dkt. 193-15 (Voluntary Work Program Policy).<br>• Dkt. 200 (GEO's Conditional Counterclaim) at 34, ¶ 12 ("At all times relevant to these proceedings, GEO administered a Voluntary Work Program at the Adelanto Facility as required by the ICE contract. That Voluntary Work Program was, and is, subject to federal detention standards."). |
| 50. | Through the VWP, "physically and mentally able detainees are gainfully employed while contributing to the orderly operation of the facility." | • Dkt. 193-15 (Work Program Policy) at 1 (GEO-Novoa_00000221). |
| 51. | GEO developed the parameters of the VWP based on the needs of the facility and availability of detained immigrant labor. | • Dkt. 193-4 (Janecka Dep.) at 191:7-11; 200:1-201:10; 245:10-13.<br>• **Exhibit C,** GEO 30(b)(6) (Janecka) at 53:25-54:22. |

| Pl.'s SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | | • **Exhibit K,** (Wise-McCormick Dep.) at 115:17-23, 141:13-21; 148:19-24; 152:15-19; 164:20-165:4. |
| 52. | The day-to-day operations of Adelanto's VWP are carried out by GEO officers and employees. | • Dkt. 231-5 (Zoley Decl.) at ¶ 3 ("These day-to-day responsibilities are instead carried out by lower-level GEO officers and employees.").<br>• **Exhibit K,** (Wise-McCormick Dep.) at 220:11-16. |
| 53. | GEO's Supplemental Detainee Handbook sets forth the specific rules, regulations, policies, and procedures that detained workers must follow. | • Dkt. 193-16 (Adelanto Supplemental Detainee Handbook) at 15-16.<br>• **Exhibit B,** GEO 30(b)(6) Dep. (Martin) at 111:7-113:4. |
| 54. | GEO creates work details (also known as "work crews"). | • **Exhibit C,** GEO 30(b)(6) Dep. (Janecka) at 245:6-15.<br>• **Exhibit F,** (Spagnuolo Dep.) at 57:10-13.<br>• **Exhibit K,** (Wise-McCormick Dep.) at 102:16-104:22; 149:1-18. |
| 55. | GEO maintains job descriptions for each position in the VWP. | • **Exhibit F,** (Spagnuolo Dep.) at 70:20-24; 71:6-10.<br>• **Exhibit K,** (Wise-McCormick Dep.) at 204:19-205:10. |
| 56. | Available work assignments at Adelanto include food service, laundry, dorm cleaning, cores/hallway, court/visit, recreation, floor crew, barbershop, intake, medical detail, paint detail, and warehouse. | • Dkt. 193-17 (Work Detail Application). |

| Pl.'s SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 57. | Detained immigrants interested in participating in the VWP apply for the program by filling out and submitting a Work Detail Application. | • Dkt. 193-17 (Work Detail Application).<br>• Dkt. 193-4 (Janecka Dep.) at 94:5-9.<br>• **Exhibit C,** GEO 30(b)(6) (Janecka) at 131:10-15. |
| 58. | A GEO classification officer reviews the Work Detail Applications and determines which job, if any, applicant will perform. | • **Exhibit C,** GEO 30(b)(6) (Janecka) at 245:16-18.<br>• **Exhibit K,** Wise-McCormick Dep. at 95:11-96:1; 107:9-14; 131:7-133:17; 134:10-14; 156:21-157:11; 160:1-25; 220:11-16.<br>• **Exhibit F,** (Spagnuolo Dep.) at 57:2-9. |
| 59. | GEO recruits some detained immigrants to participate in the Work Program. | • **Exhibit K,** (Wise-McCormick Dep.) at 175:15-24; 177:6-21; 178:17-179:9.<br>• **Exhibit F,** (Spagnuolo Dep.) at 48:23-40:9. |
| 60. | GEO assigns detained workers to shifts. | • **Exhibit K,** (Wise-McCormick Dep.) at 165:17-168:2.<br>• **Exhibit F,** (Spagnuolo Dep.) |
| 61. | GEO sets detained immigrant work schedules. | • Dkt. 193-4 (Janecka Dep.) at 187:1-4.<br>• Dkt. 193-5 (Ragsdale Dep.) at 134:13-135:2.<br>• **Exhibit C,** GEO 30(b)(6) Dep. (Janecka) at 245:19-21.<br>• **Exhibit F,** (Spagnuolo Dep.) at 59:17-19.<br>• **Exhibit K,** (Wise-McCormick Dep.) at 139:7-140:1. |

| Pl.'s SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 62. | GEO provides detained workers with all equipment, tools, and supplies necessary to complete their jobs. | • Dkt. 193-4 (Janecka Dep.) at 147:25-148:24; 158:12-159:16.<br>• Dkt. 200 (Answer) at ¶ 51 ("Defendant admits that it provides detainees with personal protection equipment and work uniforms as appropriate under the Voluntary Work Program.").<br>• **Exhibit C,** GEO 30(b)(6) Dep. (Janecka) at 245:22-24.<br>• **Exhibit F,** (Spagnuolo Dep.) at 57:21-24.<br>• **Exhibit K,** (Wise-McCormick Dep.) at 208:11-20. |
| 63. | GEO provides detained workers with work uniforms necessary to complete their jobs. | • Dkt. 200 (Answer) at ¶ 51 ("Defendant admits that it provides detainees with personal protection equipment and work uniforms as appropriate under the Voluntary Work Program.").<br>• **Exhibit F,** (Spagnuolo Dep.) at 57:21-24. |
| 64. | GEO provides detained workers with job training. | • **Exhibit F,** (Spagnuolo Dep.) at 57:17-20; 62:11-16.<br>• **Exhibit K,** (Wise-McCormick Dep.) at 204:23-205:23; 206:15-25; 207:21-208:10; 224:8-225:15. |
| 65. | GEO provides detained workers with instructions for how to perform their jobs. | • **Exhibit C,** GEO 30(b)(6) Dep. (Janecka) at 245:25-246:2.<br>• **Exhibit F,** (Spagnuolo Dep.) at 57:17-20.<br>• **Exhibit K,** (Wise-McCormick Dep.) at 155:1-14; 204:23-205:23; 206:15-207:3. |

| Pl.'s SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 66. | GEO supervises detained workers. | • Dkt. 193-2 (IGSA) at 63 (GOWER-GEO_0000538).<br>• **Exhibit C,** GEO 30(b)(6) Dep. (Janecka) at 245:25-246:2.<br>• **Exhibit K,** (Wise-McCormick Dep.) at 64:23-65:9. |
| 67. | GEO evaluates detained worker job performance. | • **Exhibit C,** GEO 30(b)(6) Dep. (Janecka) at 246:7-9.<br>• **Exhibit F,** (Spagnuolo Dep.) at 57:14-16.<br>• **Exhibit K,** (Wise-McCormick Dep.) at 208:21-209:6. |
| 68. | GEO may suspend a detained worker from a work detail. | • **Exhibit F,** (Spagnuolo Dep.) at 57:25-58:4.<br>• **Exhibit K,** (Wise-McCormick Dep.) at 215:2-18; 219:15-24. |
| 69. | GEO determines the length of a detained worker's suspension from a work crew. | • **Exhibit K,** (Wise-McCormick Dep.) at 215:2-21. |
| 70. | GEO may fire detained workers. | • Dkt. 193-18 ("Housekeeping Plan") at 3.<br>• **Exhibit F,** (Spagnuolo Dep.) at 57:25-58:4; 139:9-140:4; 144:16-19;148:20-23.<br>• **Exhibit K,** (Wise-McCormick Dep.) at 107:15-17; 108:7-109:2; 111:14-112:5; 112:22-113:9; 210:14-211:10; 218:20-22. |

| Pl.'s SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 71. | GEO tracks detained worker hours. | • Dkt. 193-4 (Janecka Dep.) at 117:7-21; 144:11-15.<br>• **Exhibit C,** GEO 30(b)(6) Dep. (Janecka) at 102:20-103:7; 103:16-22.<br>• **Exhibit F,** (Spagnuolo Dep.) at 58:13-24; 60:6-13. |
| 72. | GEO maintains detained worker payroll records. | • Dkt. 193-4 (Janecka Dep.) at 144:11-23.<br>• **Exhibit C,** GEO 30(b)(6) Dep. (Janecka) at 103:16-22; 133:18-25; 141:2-6.<br>• **Exhibit F,** (Spagnuolo Dep.) at 58:13-24; 78:5-15. |
| 73. | GEO pays detained workers by depositing money into their commissary (or "trust") accounts. | • Dkt. 193-4 (Janecka Dep.)  at 142:3-5.<br>• Dkt. 200 (Answer) at ¶ 53 (admitting "it pays detainees $1 per day to their commissary accounts for participation in the Voluntary Work Program.").<br>• **Exhibit L,** GEO 30(b)(6) Dep. (Hill) at 68:2-8. |
| 74. | GEO pays detained workers at Adelanto $1 per day for their labor. | • Dkt. 193-4 (Janecka Dep.) at 118:3-25.<br>• Dkt. 193-19 (Venturella Dep.) at 292:18-20.<br>• Dkt. 200 (Answer) at ¶ 53 (admitting "it pays detainees $1 per day to their commissary accounts for participation in the Voluntary Work Program."). |

| Pl.'s SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 75. | GEO pays more than $1 per day at several of its civil immigration facilities. | • Dkt. 193-19 (Venturella Dep.) at 292:18-20.<br>• **Exhibit B,** GEO 30(b)(6) Dep. (Martin) at 65:1-17; 66:2-67:8; 67:4-8. |
| | **2.   The Uncompensated Work Program.** | |
| 76. | GEO permits detained immigrants at Adelanto to work in VWP details for no compensation. | • Dkt. 193-34 at No. 25 (admitting that GEO permits detainees at the Adelanto Facility to work for no compensation if all paid Work Program positions are filled.)<br>• Dkt. 193-21 (December 29, 2013 email).<br>• Dkt. 193-22 (Nov. 6, 2012 email re: "Detainee Workers").<br>• Dkt. 192-4 (Campos Fuentes Decl.) at ¶ 9.<br>• Dkt. 192-5 (Karim Decl.) at ¶¶ 7, 10.<br>• Dkt. 192-6 (Mancia Decl.) at ¶ 8.<br>• Dkt. 192-8 (Aguilera Decl.) at ¶ 9.<br>• **Exhibit F,** (Spagnuolo Dep.) at 132:3-6.<br>• **Exhibit K,** Wise-McCormick Dep. at 39:13-40:10; 42:4-7; 198:7-199:2; 229:17-25; 230:21-25; 232:3-233:3; 236:7-22; 240:5-9. |
| 77. | GEO's Work Detail Application states: "There are 40 paid positions in the work member detail program." | • Dkt. 193-17 (Work Detail Application).<br>• **Exhibit C,** GEO 30(b)(6) Dep. (Janecka) at 126:15-22. |

| Pl.'s SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 78. | Hundreds of detained immigrants may participate in work crews each day. | • **Exhibit C,** GEO 30(b)(6) Dep. (Janecka) at 132:1-2.<br>• **Exhibit K,** (Wise-McCormick Dep.) at 162:20-163:5; 165:14-16; 196:12-17. |
| 79. | In all aspects other than compensation, GEO's control over detained immigrant labor in the UWP identical to GEO's control of detained immigrant labor in the VWP. | • **Exhibit K,** (Wise-McCormick Dep.) at 198:7-199:2; 230:21-25; 236:7-22. |
| 80. | GEO tracks unpaid detained workers using the same Detainee Payroll Rosters it uses to track paid detained workers. | • Dkt. 193-22 (Detainee Payroll Rosters) at GEO-Novoa_00011182; GEO-Novoa_00011736.<br>• **Exhibit K,** (Wise-McCormick Dep.) at 203:5-204:11; 228:23-230:25; 234:21-240:9. |
| | **3. The Adelanto Housing Unit Sanitation Policy.** | |
| 81. | Detained immigrants are responsible for cleaning common use areas in their housing units for no compensation. | • Dkt. 193-18 (Adelanto Housekeeping Plan).<br>• Dkt. 193-23 (Adelanto Sanitation Procedures and Housekeeping Plan).<br>• Dkt. 193-24 (Housing Unit Post Orders).<br>• Dkt. 193-34 (deemed Admissions) at No. 23.<br>• **Exhibit C,** GEO 30(b)(6) (Janecka) at 152:7-22; 153:22-154:3. |

| Pl.'s SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 82. | There are a range of permissible sanctions for the refusal to clean assigned living area, which a GEO officer may recommend based upon his or her discretion. | • Dkt. 193-16 (Adelanto Supplemental Detainee Handbook) at 31-32 (GEO-Novoa_00003853-00003854.<br>• **Exhibit C,** GEO 30(b)(6) (Janecka) at 157:17-21. |
| 83. | The Adelanto Handbook provides that "refusal to clean assigned living area" is punishable by any combination of the following penalties: (1) initiate criminal proceedings; (2) recommend disciplinary transfer; (3) disciplinary segregation up to 72 hours; (4) make monetary restitution, if funds are available; (5) loss of privileges (e.g. commissary, vending machines, movies, recreation, etc.); (6) change housing; (7) remove from program and/or group activity; (8) loss of job; (9) impound and store detainee's personal property; (10) confiscate contraband; (11) restrict to living/housing unit; (12) reprimand; (13) warning. | • Dkt. 193-16 (Adelanto Supplemental Detainee Handbook) at 30-31.<br>• **Exhibit B,** GEO 30(b)(6) Dep. (Martin) 122:24-123: 17.<br>• **Exhibit C,** GEO 30(b)(6) (Janecka) at 158:20-159:11. |
| 84. | The Adelanto Handbook provides that "being unsanitary or untidy, failing to keep self and living area in accordance with standards" is punishable by any combination of the following penalties: (1) loss of privileges (e.g. commissary, movies, recreation, etc.); (2) change housing; (3) removal from | • Dkt. 193-16 (Adelanto Supplemental Detainee Handbook) at 31-32 (GEO-Novoa_00003854-00003855). |

| Pl.'s SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | program and/or group activity; (4) loss of job; (5) impound and store detainee's personal property; (6) confiscate contraband; (7) restrict to housing unit; (8) reprimand; (9) warning. | |