# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**DECLARATION OF DANIEL H. CHAREST IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Daniel H. Charest, declare that the following is true and correct based upon my personal knowledge:

1. I am an attorney for the Plaintiffs in the above-captioned action.

2. Attached as **Exhibit 1** to this Declaration is an index of exhibits in support of Plaintiffs' Motion for Partial Summary Judgment. These exhibits are already in the record.

3. Attached hereto are the following additional exhibits in support of Plaintiffs' Motion for Partial Summary Judgment:

4. Attached as **Exhibit A** is a true and correct copy of the transcript of the deposition of Brian Evans, GEO's Senior Vice President and Chief Financial Officer, which was taken in this litigation on September 3, 2020 pursuant to Federal Rule of Civil Procedure 30(b)(1).

5. Attached as **Exhibit B** is a true and correct copy of the transcript of the deposition of Amber Martin, GEO's Executive Vice President for Contract Administration, as designee of The GEO Group, Inc., which was taken in this litigation on August 11, 2020 pursuant to Federal Rule of Civil Procedure 30(b)(6).

6. Attached as **Exhibit C** is a true and correct copy of the transcript of the deposition of James Janecka, GEO's Facility Administrator at the Adelanto ICE Processing Center, as designee of The GEO Group, Inc., which was taken in this litigation on December 11, 2019 in Los Angeles, California pursuant to Federal Rule of Civil Procedure 30(b)(6).

7. Attached as **Exhibit D** is a true and correct copy of the Declaration of David J. Venturella, which was executed on December 1, 2017 under penalty of perjury and filed by GEO as Dkt. 26 in *Nwauzor v. The GEO Group, Inc.*, No. 17-cv-5769 (W.D. Wash). Mr. Venturella authored this document. *See* Dkt. 193-19 (Venturella Dep.) at 267:17-272:15.

8. Attached as **Exhibit E** is a true and correct copy of the transcript of the deposition of Brian Evans, GEO's Senior Vice President and Chief Financial Officer, as designee of The GEO Group, Inc., which was taken in this litigation on September 3, 2020 pursuant to Federal Rule of Civil Procedure 30(b)(6).

9. Attached as **Exhibit F** is a true and correct copy of the transcript of the deposition of Pamela Spagnuolo, GEO's Food Service Administrator at the Adelanto ICE Processing Center, which was taken in this litigation on November 3, 2020 pursuant to Federal Rule of Civil Procedure 30(b)(1).

10. Attached as **Exhibit G** is a true and correct copy of ICE's 2008 Performance Based National Detention Standard on Voluntary Work Program. The 2008 PBNDS is an official publication of the federal government and is available to the public at: https://www.ice.gov/detention-standards/2008.

11. Attached as **Exhibit H** is a true and correct copy of the Declaration of Gabriel A. Valdez, Assistant Field Office Director of DHS ICE/ERO, which was executed on March 7, 2019 and filed as Dkt. 52-1 in *Rivera Martinez v. The Geo* Group, Inc., 5:18-cv-01125 (C.D. Cal. 2018).

12. Attached as **Exhibit I** is a true and correct copy of the Declaration of Tae D. Johnson, Assistant Director, Custody Management Division DHS ICE/ERO, which was executed on August 1, 2018 under penalty of perjury. GEO filed this document as Dkt. 91 in *State of Washington v. The GEO Group, Inc.*, No. 3:17-cv-05806 (W.D. Wash) on August 3, 2018.

13. Attached as **Exhibit J** is a true and correct copy of the Performance Work Statement appendix to the Direct Contract between GEO and ICE (GEO-Novoa_00041249-GEO-Novoa_00041322). GEO produced this document during discovery.

14. Attached as **Exhibit K** is a true and correct copy of the transcript of the deposition of Mary Wise-McCormick, GEO's Classification Officer at the Adelanto ICE Processing Center, taken in this litigation on July 22, 2020 pursuant to Federal Rule of Civil Procedure 30(b)(1).

15. Attached as **Exhibit L** is a true and correct copy of the transcript of the deposition of James Charles Hill, Director of Business Management for GEO Secure Services Western Region, as designee of The GEO Group, Inc., was taken in this litigation on December 11, 2019 in Los Angeles, California pursuant to Federal Rule of Civil Procedure 30(b)(6).

16. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Dated: December 21, 2020

/s/ *Daniel H. Charest*
Daniel H. Charest (admitted *pro hac vice*)
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002