# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant.* | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**EXHIBIT 1 TO THE DECLARATION OF DANIEL H. CHAREST IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

## INDEX OF RECORD EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

| Dkt. No. | Exhibit |
|---|---|
| 192-3 | Declaration of Raul Novoa, which was executed on September 11, 2019 under penalty of perjury. |
| 192-4 | Declaration of Jaime Campos Fuentes, which was executed on September 16, 2019 under penalty of perjury. |
| 192-5 | Declaration of Abdiaziz Karim, which was executed on July 26, 2019 under penalty of perjury. |
| 192-6 | Declaration of Ramon Mancia, which was executed on August 14, 2019 under penalty of perjury. |
| 192-7 | Declaration of Gagandeep Marwaha, which was executed on July 26, 2019 under penalty of perjury. |
| 192-8 | Declaration of Fernando Munoz Aguilera, which was executed on July 26, 2019 under penalty of perjury. |

EXHIBIT 1 TO THE DECLARATION OF DANIEL H. CHAREST                                   5:17-CV-02514-JGB

| Dkt. No. | Exhibit |
|---|---|
| 193-2 | Intergovernmental Services Agreement ("IGSA") between the City of Adelanto and United States Immigration and Customs Enforcement ("ICE") for the detention and care of civil immigration detainees awaiting removal proceedings (GOWER-GEO_0000477-GOWER-GEO_0000544). |
| 193-3 | Services Contract between the City of Adelanto and GEO, wherein GEO assumed responsibility for the management and operation of the Adelanto Facility (GOWER-GEO_0000468-GOWER-GEO_0000476). |
| 193-4 | Transcript of the deposition of James Janecka, GEO's Facility Administrator of the Adelanto ICE Processing Center, taken in this litigation on June 26, 2019 in Los Angeles, California pursuant to Federal Rule of Civil Procedure 30(b)(1). |
| 193-5 | Transcript of the deposition of Daniel Ragsdale, GEO's Executive Vice President of Contract Compliance, taken in this litigation on June 12, 2019 in Fort Lauderdale, Florida pursuant to Federal Rule of Civil Procedure 30(b)(1). |
| 193-13 | Adelanto ICE Processing Center's "Monthly Food Service Dept. Meeting Minutes," dated July 26, 2018 (GEO-Novoa_00000728-GEO-Novoa_00000732). GEO produced this document during discovery in this litigation. |
| 193-15 | Adelanto ICE Processing Center Policy and Procedure Manual Chapter 8.1.8, entitled Detainee Work Program: Detainee Work Plan (GEO-Novoa_00000221-GEO-Novoa_00000227). GEO produced this document during discovery in this litigation. |
| 193-16 | GEO's Adelanto ICE Processing Center Supplemental Detainee Handbook (GEO-Novoa_000003825-GEO-Novoa_00003864). GEO produced this document during discovery in this litigation. |
| 193-17 | An email chain between Joanne Langill, GEO's Compliance Administrator at the Adelanto ICE Processing Center, and others, dated September 4, 2018, with the following subject line: "Detainee applications," along with an attachment entitled "Detainee Work Detail |

EXHIBIT 1 TO THE DECLARATION
OF DANIEL H. CHAREST                                                                5:17-cv-02514-JGB-SHK

| Dkt. No. | Exhibit |
|---|---|
|  | Application" (GEO-Novoa_00003292-GEO-Novoa_00003294). GEO produced these documents during discovery in this litigation. |
| 193-18 | The GEO Group Adelanto ICE Processing Center House Keeping Plan (GEO-Novoa_00002491-GEO-Novoa_00002496). GEO produced this document during discovery in this litigation. |
| 193-19 | The transcript of the deposition of David J. Venturella, GEO's Senior Vice President of Client Relations, taken in this litigation on June 13, 2019 in Fort Lauderdale, Florida pursuant to Federal Rule of Civil Procedure 30(b)(1). |
| 193-21 | An email chain between Angelica Hernandez, former Classification Officer at the Adelanto ICE Processing Center, and others, dated November 6, 2012, with the following subject line: "Detainee Workers" (GEO-Novoa_00019972-GEO-Novoa_00019973). GEO produced this document during discovery in this litigation. |
| 193-22 | "Detainee Payroll, Adelanto ICE Processing Center," dated January 21, 2018, January 1, 2018, and November 12, 2017 (GEO-Novoa_00011181- GEO-Novoa_00011192; GEO-Novoa_00010736-GEO-Novoa_00010747; GEO-Novoa_00009701-00009720). GEO produced this document during discovery in this litigation. |
| 193-23 | Adelanto ICE Processing Center Policy and Procedure Manual Policy 12.1.4, entitled "Sanitation: Sanitation Procedures/Housekeeping Plan" (GEO-Novoa_00000515-GEO-Novoa_00000520). GEO produced this document during discovery in this litigation. |
| 193-24 | Adelanto ICE Processing Center Policy and Procedure Manual Policy 10.3.5, entitled "Post Orders: Housing Unit Officer" (GEO-Novoa_00002177-GEO-Novoa_00002184). GEO produced this document during discovery in this litigation. |
| 193-26 | February 14, 2018 letter from David J. Venturella to then-Acting Director of ICE Thomas D. Homan, with the following subject line: "Request for Equitable Adjustment in the Amount of $2,057,000 and Legal Assistance from ICE/DOJ." Mr. Venturella authored the document. *See* Dkt. 193-19 (Venturella Dep.) at 170:25-174:22. |

| Dkt. No. | Exhibit |
|---|---|
| 193-31 | Declaration of David J. Venturella pursuant to 28 U.S.C. § 1746, dated December 22, 2015 and filed as Dkt. 92 in *Detention Watch Network, et al. v. United States Immigration and Customs Enforcement, et al.*, Case No. 1:14-cv-00583-LGS (SDNY). Mr. Venturella authored the document. *See* Dkt. 193-19 (Venturella Dep.) at 216:13-217:16 |
| 193-34 | Plaintiffs' Second Set of Requests for Admission and Request for Inspection to Defendant the GEO Group, Inc., which were served on GEO on August 23, 2019. GEO did not respond or object to the Requests for Admission within 30 days after being served. Accordingly, the Requests for Admission are deemed admitted pursuant to Fed. R. Civ. P 36(a)(3). |
| 200 | GEO's Answer and Counterclaim to Plaintiffs' Third Amended Complaint for Declaratory and Injunctive Relief and Damages. GEO filed this document into the record on October 15, 2019. |
| 205-2 | Declaration of Daniel Ragsdale, GEO's Executive Vice President for Contract Compliance, which was executed on October 28, 2019 under penalty of perjury. GEO filed this declaration into the record on October 28, 2019. |
| 206-5 | ICE's 2011 Performance Based National Detention Standards (revised 2016). GEO filed this document into the record on October 28, 2019. |
| 231-2 | A letter from GEO to Peter Edge, Acting Deputy Director of ICE, dated May 30, 2018 (ICE-FOIA2018_0001357). GEO filed this document into the record on December 10, 2019. |
| 231-4 | Correspondence between GEO and ICE (ICE-FOIA2018_0004006-ICE-FOIA2018_0004015). GEO filed this document into the record on December 10, 2019. |
| 231-5 | Declaration of George C. Zoley, GEO's Chief Executive Officer, which was executed on December 10, 2019 under penalty of perjury. GEO filed this declaration into the record on December 10, 2019. |

| Dkt. No. | Exhibit |
|---|---|
| 375-1 | Part 1 of the Bridge Contract between GEO and ICE (GEO-Novoa_00035044-GEO-Novoa_00035096), which was produced by GEO during discovery. GEO filed this document into the record on October 30, 2020. |
| 375-2 | Part 2 of the Bridge Contract between GEO and ICE (GEO-Novoa_00035097-GEO-Novoa_00035144), which was produced by GEO during discovery. GEO filed this document into the record on October 30, 2020. |
| 375-3 | Part 3 of the Bridge Contract between GEO and ICE (GEO-Novoa_00035145-GEO-Novoa_00035191), which was produced by GEO during discovery. GEO filed this document into the record on October 30, 2020. |
| 375-4 | Part 4 of the Bridge Contract between GEO and ICE (GEO-Novoa_00035192-GEO-Novoa_000035242), which was produced by GEO during discovery. GEO filed this document into the record on October 30, 2020. |
| 375-5 | Part 5 of the Bridge Contract between GEO and ICE (GEO-Novoa_00035243-GEO-Novoa_GEO-Novoa_00035249), which was produced by GEO during discovery. GEO filed this document into the record on October 30, 2020. |
| 375-6 | A portion of the Direct Contract between GEO and ICE (GEO-Novoa_00040872-00040885; GEO-Novoa_00041323-00041368), which was produced by GEO during discovery. GEO filed this document into the record on October 30, 2020. |
| 408-1 | Excel workbook consisting of several pages (GEO-Novoa_00178340). GEO produced this document during discovery. Plaintiffs have filed an Application to file this document under seal pursuant to L.R. 79-5.2.2(b). *See* Dkt. 407. |
| 408-2 | A portion of the Excel workbook (Dkt. 408-1) which pertains to Adelanto (GEO-Novoa_00178340). Plaintiffs have excerpted the spreadsheet for ease of reference. GEO produced the spreadsheet |

| Dkt. No. | Exhibit |
|---|---|
|  | during discovery. Plaintiffs have filed an Application to file this document under seal pursuant to L.R. 79-5.2.2(b). *See* Dkt. 407. |
| 408-3 | Correspondence from ICE to GEO dated June 21, 2018 (GEO_Novoa_00178340-GEO_Novoa_00178342). GEO produced this document during discovery. Plaintiffs have filed an Application to file this document under seal pursuant to L.R. 79-5.2.2(b). *See* Dkt. 407. |
| 408-4 | The transcript of the deposition of Jay M. Brooks, as designee of the Department of Homeland Security Immigration and Customs Enforcement, which was taken in this matter on December 11, 2020 pursuant to Federal Rule of Civil Procedure 30(b)(6). Plaintiffs have filed an Application to file the transcript under seal pursuant to L.R. 79-5.2.2(b). *See* Dkt. 407. |