# EXHIBIT D

The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHAO CHEN, individually and on behalf of all those similarly situated.

Plaintiff,

v.

THE GEO GROUP, INC.,

Defendant.

Case No. 3:17-cv-05769

**DECLARATION DAVID VENTURELLA IN SUPPORT OF GEO'S MOTION TO FILE LIMITED REDACTED PAGES IN CAMERA AND UNDER SEAL**

CHAO CHEN V. GEO GROUP
ECF CASE NO. 3-17-cv-05769-RJB
DECLARATION OF DAVID VENTURELLA

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph
joan@3brancheslaw.com

I, David Venturella, pursuant to 28 U.S.C. § 1746, declare, under penalty of perjury, as follows:

1. I am the Senior Vice President, Business Development of The GEO Group, Inc. ("GEO"). My duties include responsibility for leading GEO's business development and proposal efforts in response to Requests for Proposal ("RFP") for GEO's Contract Detention Facilities ("CDFs"), which includes RFPs from Immigration Customs Enforcement ("ICE"), Federal Bureau of Prisons ("BOP"), U.S. Marshals Service ("USMS") and several state correctional clients and various county and city jurisdictions. This declaration is based on my personal knowledge in my capacity as the person responsible for proposals at GEO and as described herein.

2. I have been at GEO since 2012 and previously was employed at ICE for 22 years, where I held various positions, including ones in Secure Communities and Enforcement and Removal Operations, among other departments.

3. Since the 1980s, ICE has adopted the detention standards of the American Correctional Association ("ACA"). This necessitated the construction of new facilities that met those standards and were located in areas of the country that were important to ICE enforcement and detention planning. With the new ICE/ACA detention standards in place, ICE began issuing new RFPs which applied the new standards and resulted in capital-intensive investments by the proposer entities.

4. Today, there are over 200 public and private detention facilities that provide contract detention services for approximately 39,000 ICE detainees.

CHAO CHEN V. GEO GROUP
ECF CASE NO. 3-17-cv-05769-RJB
DECLARATION OF DAVID VENTURELLA - 1

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph
joan@3brancheslaw.com

5. GEO currently operates 13 detention facilities of different types for ICE. GEO provides detention services for ICE as prime contractor at several CDFs, which are operated directly for ICE, including the Northwest Detention Center.

6. Historically, there has always been active competition between detention service providers for CDF contracts. This competition between providers dates back to the first such CDF RFP in 1983/1984 for a 300 bed secure residential care facility in the Houston, Texas area which cost several millions of dollars. ICE currently has CDFs with GEO and CoreCivic (formerly known as Corrections Corporation of America). Each of these facilities is operated under a contract that contains an established end or termination date. Assuming it still has the need, ICE will re-compete (*i.e.*, re-bid) the facility when each contract ends.

7. In recent years, ICE changed its procurement approach for re-competing the facilities when the incumbent's contract ends. In order to increase competition, ICE has moved forward the procurement process for the replacement contract well in advance of the termination of the incumbent's contract to allow offerors, other than the incumbent, to compete for new or re-competed CDF contracts, including proposing a new facility. An offeror wishing to compete against the incumbent can propose new construction or an existing facility as the CDF facility and will have sufficient time to make appropriate arrangements and be prepared to perform under a new or re-competed contract if successful. This change in ICE's procurement approach to competition for CDF detention service contracts thus appears to have already stimulated greater competition. ICE has re-competed the NWDC contract in the past.

CHAO CHEN V. GEO GROUP
ECF CASE NO. 3-17-cv-05769-RJB
DECLARATION OF DAVID VENTURELLA - 2

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph
joan@3brancheslaw.com

8. In addition to GEO and CoreCivic there are six other active private competitors in the ICE and Bureau of Prisons contract detention facility market, namely: Management and Training Corporation, Community Education Centers, Emerald Correctional Management, LaSalle, and MVM Inc. While GEO and CCA currently have a strong position in the ICE CDF market, both companies compete with these smaller companies on a regular basis for contracts, including with other agencies. ICE, BOP and USMS do not identify the competing companies related to any particular solicitation. Only the successful bidder is identified.

9. Solicitations by ICE and other agencies for contract detention services typically require bidders to submit a comprehensive Technical Response (to include Operational Procedures and Policies, detailed Staffing Plans, Facility Design Plans and Physical Plant Descriptions), detailed Pricing/Cost information, and Past Performance information. When all other factors are more or less equal, the government will base the award on the overall cost. The winning proposal in almost every federal procurement competition in the detention or prison contracting area is awarded to the lowest bidder, unless that bidder has an unsatisfactory performance record.

10. Each company that responds to these solicitations has its proprietary approach to staffing and pricing based upon its analysis of the RFP Work Statement requirements published by ICE or another soliciting agency, along with company philosophy and operational policies. GEO and other companies endeavor to keep this proprietary information confidential as protected trade secrets.

CHAO CHEN V. GEO GROUP
ECF CASE NO. 3-17-cv-05769-RJB
DECLARATION OF DAVID VENTURELLA - 3

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph
joan@3brancheslaw.com

11. If a contractor is successful in obtaining a contract, the unit pricing contained in the contractor's proposal or bid are typically incorporated into the final contract, unless they are revised as a result of subsequent negotiations with ICE. Over the duration of the contract, there are often minor modifications that may adjust the bed-day rate and overall contract pricing.

12. I am familiar with the contract between ICE and GEO, for the operation of the NWDC. The contract is a typical CDF detention service contract providing a 1-year base term plus 1-year options (nine in total), effective on September 28, 2015, with options running into 2025.

13. I have reviewed the redacted copy of the contract submitted to the Court. There are two types of information redacted from the copy of the contract that was submitted in these court proceedings: (1) bank routing information; and (2) confidential and competition-sensitive unit pricing information. The redacted pricing information typically consists of units (figured in various measures, such as beds, hours, or months), and prices-per-unit.

14. This redacted pricing or payment information is regarded as confidential trade secret material by GEO. ICE, the Department of Homeland Security, and federal agencies that enter into detention contracts typically redact this pricing or payment information when they provides copies of contracts pursuant to requests under the Freedom of Information Act or when copies of contracts are posted on publicly available websites.

15. ICE redacts this information because FOIA's exemptions were designed to protect confidential and trade secret information provided by contractors to the government, and because the federal agencies are aware that if such pricing information were made

CHAO CHEN V. GEO GROUP
ECF CASE NO. 3-17-cv-05769-RJB
DECLARATION OF DAVID VENTURELLA - 4

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph
joan@3brancheslaw.com

available, it would harm the competitors for its contracts. Those competing service providers develop their proprietary staffing and pricing models in a manner to gain an advantage in the marketplace. Knowing pricing and payment information that competitors do not know provides a competitive advantage that is lost when the pricing and payment terms are disclosed. Furthermore, disclosing such trade secrets would undermine a primary purpose of the federal contract bidding structure: to push companies to innovate and provide the best product and the best price.

16. If the Court orders the publication of the redacted material containing GEO's pricing information as the State requests, other CDF operators such as CCA would have access to this proprietary information and cause GEO to lose its competitive advantage that is gained from its knowledge of that pricing and payments. If a competitor obtained GEO's unit pricing, it could quickly discern much about the GEO pricing models that resulted in a successful contract bid. Knowing this information could enable a competitor to develop a cost model that provides similar or identical items, but undercut the pricing of particular items in subsequent bids. Without access to similar confidential information from other CDF operators, GEO would be placed at a competitive disadvantage, and cause financial harm by causing GEO to lose current contracts when they are re-bid, or to lose bids on new contracts.

Dated: December 1, 2017
  Boca Raton, Florida

David J. Venturella

CHAO CHEN V. GEO GROUP
ECF CASE NO. 3-17-cv-05769-RJB
DECLARATION OF DAVID VENTURELLA - 5

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph
joan@3brancheslaw.com

# CERTIFICATE OF SERVICE

I, Joseph Fonseca, hereby certify as follows:

I am over the age of 18, a resident of Pierce County, and not a party to the above action. On December 1, 2017, I electronically filed the above Declaration of David Venturella In Support of GEO's Motion to File Limited Redacted Pages In Camera and Under Seal, with the Clerk of the Court using the CM/ECF system and served via Email to the following:

| | |
|---|---|
| Schroeter, Goldmark & Bender<br>Adam J. Berger, WSBA No. 20714<br>Lindsay L. Halm, wSBA No. 37141<br>Jamal N. Whitehead, WSBA No. 39818<br>810 Third Avenue, Suite 500<br>Seattle, WA 98104<br>berger@sgb-law.com<br>halm@sgb-law.com<br>whitehead@sgb-law.com | The Law Office of R. Andrew Free<br>Andrew Free<br>P.O. Box 90568<br>Nashville, TN 37209<br>andrew@immigrationcivilrights.com |
| Sunbird Law, PLLC<br>Devin Theriot-Orr<br>1001 Fourth Avenue, Suite 3200<br>Seattle, WA 98154<br>devin@sunbird.law | Norton Rose Fulbright US LLP<br>Charles A. Deacon (Pro Hac Vice)<br>300 Convent St.<br>San Antonio, TX 78205<br>charlie.deacon@nortonrosefulbright.com |

Norton Rose Fulbright US LLP
Mark Emery (Pro Hac Vice)
799 9th St. NW, Suite 1000
Washington, DC 20001-4501
(202)-662-0210
mark.emery@nortonrosefulbright.com

I certify under penalty of perjury under the laws of the State of Washington that the above information is true and correct.

DATED this 1st day of December, 2017 at Fircrest, Washington.

_____
Joseph Fonseca, Paralegal

CHAO CHEN V. GEO GROUP
ECF CASE NO. 3:17-cv-05769-RJB
DECLARATION OF DAVID VENTURELLA

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph