# EXHIBIT L

1              UNITED STATES DISTRICT COURT

2             CENTRAL DISTRICT OF CALIFORNIA

3                   EASTERN DIVISION

4     RAUL NOVA, et al.,            )
      individually and on behalf    )
5     of all others similarly       )Civil Action No.
      situated,                     )5:17-cv-02514-JBG-SHKx
6                                    )
7            Plaintiff,              )
                                     )
      vs.                            )
8                                    )
      THE GEO GROUP, INC.,           )
9                                    )
             Defendant.              )
10    _____)

11

12

13    VIDEOTAPED DEPOSITION OF JAMES CHARLES HILL (PMQ)

14              LOS ANGELES, CALIFORNIA

15           WEDNESDAY, DECEMBER 11, 2019

16                    VOLUME I

17

18

19

20

21    REPORTED BY:

22    KATHLEEN M. ALONA

23    CSR NO:  14219

24    JOB NO:  3789116

25    Pages 1 - 116

                                          Page 1

**Page 2**

```
 1              UNITED STATES DISTRICT COURT
 2            CENTRAL DISTRICT OF CALIFORNIA
 3                  EASTERN DIVISION
 4   RAUL NOVA, et al.,        )
     individually and on behalf )
 5   of all others similarly    )Civil Action No.
     situated,            )5:17-cv-02514-JBG-SHKx
 6                         )
        Plaintiff,         )
 7                         )
     vs.              )
 8                    )
     THE GEO GROUP, INC.,      )
 9                         )
        Defendant.       )
10   _____)
11
12
13
14        Videotaped deposition of JAMES CHARLES
15   HILL (PMQ), taken on behalf of Plaintiff, RAUL
16   NOVOA, at Veritext, located at 316 West 2nd
17   Street, Suite 200, Los Angeles, California,
18   beginning at 9:03 a.m., on Wednesday, December
19   11, 2019, before Kathleen M. Alona, Certified
20   Shorthand Reporter No. 14219.
21
22
23
24
25
```

**Page 3**

```
 1              INDEX
 2            EXAMINATION
 3   Witness Name
 4   Page
 5   JAMES CHARLES HILL (PMQ)
 6
       BY MR. FREE
 7   ...........................................
        7
 8
 9            EXHIBITS
10   Exhibit   Description
           Page
11
12   EXHIBIT 67  SPREADSHEET BATES NO. GEO-NOVA 37767
        16
13
14   EXHIBIT 68  INVOICE BATES NO.
        63
15      ADELANTO-CPRA 0008451 TO 0008452
16
17   EXHIBIT 69  INVOICE BATES NO.
        69
18      ADELANTO-CPRA 8409 TO 8410
19
20   EXHIBIT 70  INVOICE BATES NO. ADELANTO-CPRA 0007404
        70
21
22   EXHIBIT 71  DETAINEE PAYROLL BATES NO.
        74
23      GEO-NOVOA 00011181 TO 11188
24
25   EXHIBIT 72  DETAINEE PAYROLL BATES NO.
        75
```

**Page 4**

```
 1      GEO-NOVA 9578 TO 9604
 2
 3   EXHIBIT 73  KEEFE COMMISSARY NETWORK AGREEMENT
        79
 4      BATES NO. GEO-NOVOA 37751
 5
 6   EXHIBIT 74  COMMISSARY PRICE LISTDOCUMENT 205-3
        95
 7
 8   EXHIBIT 75  BREAKDOWN BY MONTH OF DETAINEE PAYROLL
        107
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 5**

```
 1   APPEARANCES:
 2
 3      FOR PLAINTIFF RAUL NOVOA:
 4         LAW OFFICES OF R. ANDREW FREE
 5         BY:  R. ANDREW FREE, ESQ.
 6         PO BOX 90568
 7         NASHVILLE, TN 37209
 8         PHONE NUMBER (844) 321-3221
 9         ANDREW@IMMIGRANTCIVILRIGHTS.COM
10
11      FOR PLAINTIFF RAUL NOVOA:
12         BURNS CHAREST, LLP
13         BY:  LYDIA A. WRIGHT, ESQ.
14         365 CANAL STREET
15         SUITE 1170
16         NEW ORLEANS, LA 70130
17         PHONE NUMBER (504) 799-2844
18         LWRIGHT@BURNSCHAREST.COM
19
20
21
22
23
24
25
```

2 (Pages 2 - 5)

1 APPEARANCES CONTINUED:

2

3     FOR DEFENDANT THE GEO GROUP:

4     AKERMAN LLP

5     BY: COLIN BARNACLE, ESQ.

6     1900 16TH STREET

7     SUITE 1700

8     DENVER, CO 80202

9     PHONE NUMBER (303) 260-7712

10     COLIN.BARNACLE@AKERMAN.COM

11

12     FOR DEFENDANT THE GEO GROUP:

13     AKERMAN LLP

14     BY: ADRIENNE SCHEFFEY, ESQ.

15     1900 16TH STREET

16     SUITE 1700

17     DENVER, CO 80202

18     PHONE NUMBER (303) 260-7712

19     ADRIENNE.SCHEFFEY.COM

20

21

22 ALSO PRESENT:

23     JULIO PENA - VIDEOGRAPHER

24

25

Page 6

---

1     MR. FREE: Andrew Free, for the Plaintiffs

2 in the certificated class.

3     MS. WRIGHT: Lydia Wright, for the

4 Plaintiffs in the class.

5     MR. BARNACLE: Colin Barnacle, for The GEO

6 Group.

7     MS. SCHEFFREY: Adrienne Scheffey.

8     THE VIDEOGRAPHER: Will the court reporter

9 please swear in the witness?

10

11     JAMES CHARLES HILL (PMQ),

12 the witness herein, having been first duly sworn,

13     was examined and testified as follows:

14

15     EXAMINATION

16

17 BY MR. FREE:

18   Q  Good morning, Mr. Hill. Thank you, first

19 of all, for making the time to come and speak with

20 us.

21     You understand today you're here to speak

22 on behalf of The GEO Group; right?

23   A  Correct.

24     MR. FREE: I've put in front of you three

25 documents. We're going to mark them as Exhibits 64,

Page 8

---

1     LOS ANGELES, CALIFORNIA; WEDNESDAY,

2     DECEMBER 11, 2019

3     9:03 a.m.

4

5     THE VIDEOGRAPHER: Good morning, we're on

6 the record at 9:03 a.m. on December 11, 2019.

7     Please note that microphones are sensitive

8 and might pick up whispering and private

9 conversations.

10     Audio and video recording will continue to

11 take place, unless all parties agree to go off the

12 record.

13     This is the videotaped deposition of James

14 Charles Hill, taken by Counsel for the Plaintiff in

15 the matter of Novoa versus The GEO Group.

16     This deposition is being held at Veritext,

17 located in Los Angeles, California.

18     My name is Julio Pena, and I am the

19 videographer. The court reporter is Kathy Alona

20 from Veritext. I am not related to any party in

21 this action, nor am I financially interested in the

22 outcome.

23     If there are any objections to proceeding,

24 please state them at the time of your appearance

25 beginning with noticing attorney.

Page 7

---

1 65, and 66, respectively.

2     The first is an amended Rule 30(b)(6)

3 Notice of Deposition.

4     (Exhibits 64, 65, and 66 were marked for

5 identification by the court reporter and is attached

6 hereto.)

7 BY MR. FREE:

8   Q  Do you see that?

9   A  Yes.

10   Q  Have you ever seen that document before?

11   A  I believe this one's slightly different

12 than the one I saw.

13   Q  Okay. I'm going to submit to you that this

14 is a amended 30(b)(6) Deposition Notice and that The

15 GEO Group has designated you as its corporate

16 representative to speak on several topics; can we

17 agree on that part?

18   A  Yes.

19   Q  Great. You've been designated to speak

20 regarding Topic 3, 9, 21, 22, and 23.

21     Is that your understanding?

22   A  Yes.

23   Q  So turning to Topic 3, it's at page 6 in

24 the document that's in front of you, you've been

25 designated to speak regarding:

Page 9

3 (Pages 6 - 9)

```
 1      "Any and all contracts, agreements, or
 2   memoranda of understanding; including
 3   drafts, final versions, and subsequent
 4   modifications between GEO and any
 5   third-party organizations or vendors which
 6   currently provide or have provided
 7   services, products, consulting, or staffing
 8   to the Adelanto Facility, including but not
 9   limited to:  Correct Care Solutions,
10   Creative Corrections, Keefe Group, and
11   American Correctional Association.
12      "GEO has represented that it intends to
13   produce those contacts in advance of the
14   deposition.
15      "GEO has also represented that it does
16   not directly contract with Spectrum
17   Security Services, Creative Corrections,
18   Trinity Services Group, or the Nakamoto
19   Group."
20      Are you prepared to testify regarding topic
21   three today?
22      A   Yes.
23      Q   Thank you.  Turning to Topic 9, page 8.
24   You've been designated to speak on behalf of GEO
25   regarding:
```

```
 1      The total dollar amount of Voluntary Work
 2   Program recruitments received from GEO from
 3   ICE for detainee workers at the Adelanto
 4   Facility, and the total dollar amount of
 5   Voluntary Work Program reimbursements paid
 6   by GEO to detainee workers at the Adelanto
 7   Facility in the same period, indicated in
 8   the Court's order granting class
 9   certification.
10      Are you prepared to speak on behalf of GEO
11   regarding Topic 9 today?
12      A   Yes.
13      Q   Great.  Turning to 21, 22, and 23, which
14   begin at page 16, of Exhibit 64.
15      Are you there with me?
16      A   Yes.
17      Q   Great.  Topic 21, you've been designated to
18   speak on GEO's behalf regarding:
19      "GEO's quarterly and annual profits
20      received from revenue generated as a result
21      of its operations at the Adelanto Facility
22      from May 1, 2011, until the present."
23      Are you prepared to speak on that topic
24   today?
25      A   Yes.
```

```
 1   Q   Great. 22:
 2      "The monthly and annual operating costs of
 3      the Adelanto Facility from May 1, 2011,
 4      until the present.
 5      Are you prepared to speak on GEO's behalf
 6   regarding that topic today?
 7      A   As I believe the annual operating costs I
 8   don't have them broken up by month.
 9      THE COURT REPORTER:  You have to speak up,
10   sir.  I'm sorry.
11      THE WITNESS:  Oh, sorry.  I'm prepared to
12   talk on the annual operating costs.
13   BY MR. FREE:
14      Q   Okay.  But you're not prepared to speak on
15   GEO's behalf regarding the monthly operating
16   costs?
17      A   No, sir.  In general terms, yes.  But not
18   in exact dollar amounts.
19      Q   Okay.  Is there any other part of this
20   topic that you're not able to speak to today?
21      A   No.
22      Q   Just the monthly operating costs?
23      A   Correct.
24      Q   And I think you said the specific dollar
25   amounts, but you are able to describe those costs in
```

```
 1   general; is that correct?
 2      A   Yes, that's correct.
 3      Q   Okay.  Thank you.  Topic 23 is:
 4      "The amount of compensation received by GEO
 5      from the City of Adelanto and/or ICE
 6      related to the operation of the Adelanto
 7      Facility for the time period indicated in
 8      the Court's order regarding class
 9      certification."
10      Are you prepared to speak regarding topic
11   23 today?
12      A   Yes.
13      Q   Thank you.  The second document, that you
14   have in front of you, is a letter dated December 4,
15   2019.  It's being entered as Exhibit 65.
16      This is a letter from GEO's attorney,
17   Mr. Barnacle to me, which states the parties
18   agreements that we've reached regarding several of
19   these topics.
20      To the extent it's unclear regarding any of
21   what we've agreed that you would speak about to
22   we're just putting this letter in the record.
23      Okay?
24      And if we need to refer back to it, we
25   will.
```

1   A   Okay.
2   Q   Okay.  And then the final document that's
3   in front of you, Exhibit No. 65, is a December 10th
4   letter from the Office of the Principal Legal
5   Advisor at U.S. Immigration and Customs Enforcement,
6   ██████████████████████████████████████
7   legal advisor with the Government Information Law
8   Division of OPLA, Office of Principal Legal Advisor,
9   to Ms. Wright, my co-counsel here; which purports to
10  authorize you to testify in part.
11      Have you seen this letter?
12  A   Yes.
13  Q   When did you receive this letter?
14  A   Last night.
15  Q   Have you read it?
16  A   Yes.
17  Q   Do you understand it?
18  A   Yes.
19  Q   Are you prepared to testify, subject to the
20  ██████████████████████████████
21  applicable?
22  A   Yes.
23  Q   Great.  Thank you.
24      Can you please state your job title?
25  A   Sure.  Director of business management for

Page 14

1   GEO Secure Services western region.
2   Q   How long have you held that title?
3   A   Nine years, approximately.
4   Q   What did you do before that?
5   A   I was a -- I began my career as a staff
6   accountant at the Wackenhut Corrections Corporation,
7   which is a predecessor to The GEO Group.
8       I worked as a regional accountant in GEO's
9   central region.  I worked in multiple facilities
10  within GEO's central region as a business manager,
11  prior to my current role; which I assumed in 2010.
12  Q   Okay.  And you've held the role that you
13  currently hold since 2010?
14  A   Yes.
15  Q   What is your educational background?
16  A   I have a bachelors in accounting from the
17  University of Florida.
18  Q   And do you have any certifications,
19  professional certifications of any type?
20  A   No.
21  Q   Okay.  You are not a CPA; right?
22  A   No.
23  Q   Okay.  And are you taking any medications,
24  or otherwise suffering from any condition that would
25  prevent you from offering full accurate truthful

Page 15

1   testimony today?
2   A   No.
3   Q   Let's turn to Topic 23, it's page 16 of
4   your notice.
5       Do you understand the time period that's
6   listed in the Court's class certification order?
7   A   It was from 2011, at the onset of the
8   facility, until the current year.
9   Q   Okay.  So we agree that May 1, 2011, when
10  the facility opened, is the applicable time -- time
11  frame?
12  A   Yes.
13  Q   What is the amount of compensation received
14  by GEO from the City of Adelanto or ICE to operate
15  the facility?
16  A   I believe that was on a document that was
17  produced yesterday.
18      Do we reference that document?
19  Q   Which document are you referring to?
20  A   It was a spreadsheet that was entitled
21  "actual 2011 to 2019."
22  Q   Okay.  So the answer to the question that
23  is number 20 -- Topic No. 23 can be found on that
24  spreadsheet?
25  A   That's correct.

Page 16

1       MR. FREE:  Excellent.  Let's look at that.
2   This will be document -- Exhibit 66.
3       THE COURT REPORTER:  67.
4       MR. FREE:  67.  Excuse me.
5       (Exhibit 67 was marked for identification
6   by the court reporter and is attached hereto.)
7       MR. BARNACLE:  Do we have copies of it?
8       MR. FREE:  Can we put the exhibit in front
9   of the witness and give the copy to the witness'
10  counsel, please?
11      MR. BARNACLE:  Thank you.
12      MR. FREE:  Thank you.
13  BY MR. FREE:
14  Q   I believe you've just referred to me to
15  what we just marked Exhibit 67, which Bates No.
16  GEO-Novoa 37767.
17      This is the document that you're referring
18  to that was produced yesterday?
19  A   Yes, sir.
20  Q   Who created this document?
21  A   This would come from our corporate finance
22  team, I believe John Trell.  Our director of finance
23  created the document.
24  Q   Do you know when the document was
25  created?

Page 17

5 (Pages 14 - 17)

1    A    Specifically, it would either be late last
2  week or early this week.
3    Q    At the bottom of hand -- at the bottom of
4  the left-hand corner, of the page -- right above the
5  marking "highly confidential," do you see where it
6  says 10/2019?
7    A    Yes.
8    Q    What does that marking indicate to you?
9    A    That could be a date that the file was
10  originally created, that the template was created.
11  To me represents a date.  I'm not sure that's the
12  complete date.
13    Q    What month do these numbers go through?
14    A    Year-to-date, September 2019.
15    Q    Why don't they go through November?
16    A    I didn't create the document.  I could only
17  assume that September was our last quarter close,
18  and those are the most complete and accurate numbers
19  available.
20    Q    Okay.  You understand that even if you
21  didn't create a document, or even if you don't have
22  personal knowledge about a specific question I ask,
23  GEO has designated you as the person who's going to
24  answer questions on behalf of the company?
25    A    Yes, I understand that.

Page 18

1    Q    Okay.  But today you cannot tell me when
2  this document was created?
3    A    It was created -- or I was in receipt of it
4  earlier this week.
5    Q    So you received this document for the first
6  time earlier this week?
7    A    That's correct.
8    Q    But you do not know when this document was
9  created?
10    A    I do not know when this document was
11  created.
12    Q    Okay.  It's a two-page document.  If you
13  flip it over, 37768 is the Bates number on the
14  bottom right-hand corner.
15        What's the difference between the page
16  that's 37767 and 37768?
17    A    So 37767 is the actual results of the --
18  the actual financial information from the Adelanto
19  ICE Processing Center, and Exhibit 768 is what the
20  budget or the plan for that facility was for each of
21  the years.
22    Q    Thank you.  So when I'm referring to
23  "actual," I'm going to refer to 67; and when I'm
24  referring to "budget," I'm going to refer to 68.
25        Can we agree on that?

Page 19

1    A    Yes.
2    Q    Great.  Let's look at actual.
3        As you sit here today, I asked you the
4  amount of compensation received by GEO from the City
5  of Adelanto or ICE from May 1, 2011, to the present.
6        Do you -- looking at this document, do you
7  now know the answer to that question?
8    A    I could repeat it by year, or I could take
9  a calculator and total it.  It would be the total
10  revenue line.
11    Q    That's the first line that says "earned
12  revenue"; is that correct?
13    A    No.  It would be --
14    Q    Oh, I see.  The total revenue?
15    A    Total revenue, so that would be earned
16  revenue plus the pass through revenues.
17    Q    I understand.  So in order to understand
18  the amount of compensation received by GEO from the
19  City of Adelanto, we would add the columns in the
20  total revenue line for the years 2011 through the
21  year-to-date September 2019; those are one, two,
22  three, four, five, six, seven, eight, nine columns;
23  is that correct?
24    A    That's correct.
25    Q    Okay.  Thank you.  If you can, I would

Page 20

1  appreciate your help understanding some aspects of
2  this document.
3        Let me begin with the second line in earned
4  revenue -- first of all, let's start -- what is
5  earned revenue?
6    A    So GEO accounts for revenue earned on the
7  operations on the contract; is earned revenue.
8        So this would be our mandate rate, or per
9  diem.  It would include our transportation CLIN.  It
10  would include any remote post billings for offsite
11  security, hospital security, type items.
12    Q    Okay.  What is pass through revenue?
13    A    Pass through revenue is a direct offset or
14  direct reimbursement of cost.
15        So Voluntary Work Program reimbursement for
16  payroll is a the pass through, and also certain
17  parts of our transportation agreement, gas receipts,
18  is also billable as a direct reimbursement.  So
19  those are direct offset based on our costs.
20    Q    What is billable inmate payroll?
21    A    That is the account where we account for
22  the reimbursement of Voluntary Work Program
23  payroll.
24    Q    And what is billable other?
25    A    As I mentioned, billable other would be

Page 21

6 (Pages 18 - 21)

1  other direct reimbursements from the client for
2  costs.  It could be associated with gas for our
3  transportation CLIN, which can be reimbursed
4  directly.  It could be for a specific project that
5  ICE requested that facility perform this reimbursed
6  at cost.
7       That's what would be included in 58020.
8    Q   Just to clarify; when you say "CLIN,"
9  you're saying C-L-I-N, and that refers to a contract
10  line item?
11   A   That's correct.  That's ICE contracting
12  term.
13   Q   Correct.  Can we look at the next line, and
14  can you explain to me what the net pass through
15  would reflect?
16   A   So net pass through is just combining the
17  pass through revenue with the pass through expenses,
18  and it should, as you see in all but three cases,
19  net to zero.  Sometimes there's a slight timing
20  issue or something got coded incorrectly on --
21  either the revenue or the expense side.
22       But it should net to zero, as I stated.
23  There should be a direct one to one reimbursable for
24  any item going through pass through revenue or pass
25  through expense.

Page 22

1    Q   But in at least two cases where the years
2  closed out, that's not true; right?
3    A   That's correct.
4    Q   Do you have any explanation for why all the
5  pass through revenue didn't get passed through in
6  2012?
7    A   No.
8    Q   And that number is $3,792; right?
9    A   That's correct.
10   Q   Same question as to pass through revenue
11  for 2018; any explanation for why $17,218 did not
12  get passed through?
13   A   No.
14   Q   Okay.  Total revenue, I think you've just
15  explained.
16       That's how we will add up the total amount
17  paid to GEO for the operation of the Adelanto
18  contract; correct?
19   A   Yes.
20   Q   Turning now to what I'm going to call labor
21  and related expenses section of this sheet; do you
22  see where it starts with gross wages and goes
23  through personal related insurance?
24   A   Yes.
25   Q   Do you see that?

Page 23

1    A   Yes.
2    Q   Okay.  Can you tell me what the other labor
3  costs, line item third from the bottom, would
4  encompass, please?
5    A   At this facility, as it's a Federal
6  contract, we have health and welfare which is
7  payable to non-exempt employees as a dollar amount,
8  in lieu of benefits.  And so the other labor costs
9  would be the in lieu of benefits paid to non-exempt
10  employees.
11   Q   Okay.  Going below that labor and related
12  expenses section, can you explain to me what the
13  detainee payroll line item is?
14   A   Yes.  This is a expense line item for any
15  excess payroll that was paid that was not reimbursed
16  by ICE.
17   Q   Who paid the excess?
18   A   GEO -- GEO would have paid the excess.
19   Q   Under what circumstances would GEO pay for
20  work that was not reimbursed by ICE?
21   A   So in 2014, the contracting officer
22  representative at the facility instructed the
23  facility that ICE would only reimburse for five work
24  details per week, while some detainees were
25  participating seven days a week.

Page 24

1       And so the additional -- anything over five
2  days per week was a cost incurred by GEO.
3    Q   Do you have any understanding as to why ICE
4  told you that?
5    A   I do not.
6    Q   Probably outside the scope of this topic.
7       So if I'm reading detainee payroll line
8  correctly, in 2014 beginning when ICE informed GEO
9  that it would not reimburse GEO for monies paid to
10  detainees who worked more than five days per week, GEO
11  incurred $27,000 and 41 -- excuse me $27,041 in
12  2014; is that right?
13   A   That's correct.
14   Q   Is it correct to conclude this $27,041 was
15  paid to individuals who were locked inside
16  Adelanto?
17   A   Yes.  That would be for any detainee housed
18  at Adelanto who worked a detail.
19   Q   Okay.  So at least in 2014, GEO, on at
20  least 27,041 occasions, allowed detained immigrant
21  workers to work more than five days per week?
22   A   Yes.
23   Q   And in 2015, GEO allowed 15,359 shifts, in
24  excess of five days per week, by detained immigrant
25  workers; correct?

Page 25

7 (Pages 22 - 25)

1  A   Correct.
2  Q   Similarly, in 2016, GEO allowed 18,740
3  shifts more than five days per week per worker;
4  right?
5  A   That's correct.
6  Q   Same question as to 2017; 17,411 times
7  people who were inside the Adelanto Facility worked
8  more than five days a week and GEO paid them for
9  it?
10  A   Yeah.
11  MR. BARNACLE:  Object to the form of
12  question.
13  BY MR. FREE:
14  Q   And then 2018, 17,599 shifts were worked by
15  detainees inside the Adelanto Facility who had
16  already worked five days during the week; is that
17  right?
18  A   Yes.  Those would -- that would be the
19  amount of shifts in excess of five per week for
20  detainee work -- participates.
21  Q   Okay.  And is it your understanding, based
22  on this spreadsheet and your preparation to give
23  testimony today, that the billable inmate payroll
24  line item, up in the earned revenue, the pass
25  through section, reflects the reimbursements from

Page 26

1  how does the person -- the payroll person at GEO,
2  who's submitting these invoices, differentiate
3  between a person who's worked for five days a week
4  and a person who's worked for six or seven.
5  Do you know?
6  A   I do not know the specific process.
7  Q   Okay.  Who would know the answer to that
8  question?
9  A   Greg Hillers' the business manager at the
10  facility.  He's responsible for producing the
11  invoices to ICE for the detainee payroll.
12  Q   I understand.  And so if I understand your
13  explanation of this spreadsheet correctly, part of
14  the cost of work performed by detainees inside
15  Adelanto is borne by ICE, through reimbursements to
16  GEO, for GEO's payments to those workers, but
17  another part of those costs is borne solely by GEO;
18  is that correct?
19  A   Yes.  Since 2014, that's a correct
20  statement.
21  Q   Thank you.  Okay.  I think you've answered
22  this, but I just want to be really clear.
23  Why are these revenues called pass through?
24  And I think the answer that you gave is
25  because they're not going into GEO's coffers

Page 28

1  ICE to GEO through the City of Adelanto for the
2  Voluntary Work Program shifts that occurred?
3  A   For those shifts that they reimbursed us
4  for, yes.  That is where the accounting for -- for
5  the reimbursement is.
6  Q   I understand.  So if I wanted to know the
7  total number of shifts that GEO says were worked, in
8  any given year, I would need to add the billable
9  inmate payroll plus the detainee payroll line items;
10  is that correct?
11  A   The billable inmate payroll, plus the
12  detainee payroll, for any given year, would
13  approximate to total number of shifts that GEO paid
14  detainees in that time frame.
15  Q   Thank you.  Do you have any understanding,
16  as you sit here today, regarding how GEO documents
17  to ICE shifts worked by a detainee in excess of five
18  days per week?
19  A   I know how we produce the bill.
20  Q   And that's what I'm asking.  I'm not
21  talking about at the facility, and the supervisor.
22  I'm trying to ask about the process by which GEO
23  arrived at this number.
24  And so I think I'm focusing on -- or I hope
25  that you will focus on, in explaining this to me,

Page 27

1  directly, they're being carried on to some other
2  recipient of those funds; is that right?
3  A   So they're pass -- we title them "pass
4  through revenues" because it's a direct
5  dollar-for-dollar reimbursement of an expense.
6  So there's no mark up.  There's no
7  additional profit.  There's no additional cost that
8  these funds would be used to offset it.  Is a --
9  one-for-one type reimbursement.
10  Q   I understand.  But billable other will not
11  include any costs relating to detained immigrants
12  work at Adelanto will it?
13  A   Billable other, unless there was an
14  accounting code error where someone placed a weeks
15  worth of payroll into the billable other, it should
16  not include any other -- or any of the detainee
17  payroll reimbursement.
18  Q   Okay.  If you would look at the line item
19  gross wages, gross wages does not include any monies
20  paid to detained immigrants who are working inside
21  Adelanto, does it?
22  A   No, it does not.  That is strictly for GEO
23  employees' payroll.
24  Q   I understand.  Okay.  Why is detainee
25  payroll identified as an operating expense, rather

Page 29

8 (Pages 26 - 29)

1   than a labor cost?
2       A   In GEO's accounting structure, the -- we
3   have different expenses set up, groupings of
4   expenses, and it's not an employee payroll.
5           It is separate and distinct from GEO paying
6   an employee.  So it's not classified as payroll.
7   It's classified as operational cost on the
8   contract.
9       Q   Thank you.  Looking at the operating
10  expenses section a bit more, can you please tell me
11  what resident related expenses are?
12      A   Resident related expenses would include
13  hygiene items, bedding, clothing, items spent on
14  general welfare for the population.
15      Q   Like what?
16      A   Recreational equipment, televisions, cable
17  for the population.
18      Q   Anything else?
19      A   Just general equipment used.  We have radio
20  transmitters for the TVs in the housing unit area,
21  so we supply radio transmitters.  So items like that
22  would be included in resident related expenses.
23          Things that are provided directly to the
24  residents or the population is generally what's
25  included in the -- those costs.

Page 30

1   Q   Is there any document that identifies
2   definitions for all of these lines?
3       A   I don't believe there's a specific
4   document.  There would probably be a chart of
5   accounts that would be available from a corporate
6   accounting house that would maybe list what accounts
7   are included in the account number, but I don't
8   think there'd be definitions to those.
9       Q   Okay.  What are operations costs?
10      A   This is training supplies, equipment issued
11  to officers, uniforms, cost related to GEO's
12  security department, generally speaking, to supply
13  officers with the equipment needed to perform their
14  functions, or the equipment and supplies needed for
15  training and maintaining the workforce.
16      Q   Do you have any idea why the resident
17  related line item nearly triples; goes from
18  5,361,359 in 2015 to 13,948 -- 13,948,489 in 2016?



Page 31

1           And there's also potentially a change in
2   what we were issuing, in terms of hygiene kits, cost
3   increases for those items.  You know, that's what
4   the majority of that increase would be.
5       Q   You will agree that the number between 2015
6   and 2016 and the resident related line item more
7   than doubles?
8       A   Yes.
9       Q   But the population does not?
10      A   No.  The population increased by about a
11  third.
12      Q   Can you explain why the number increases
13  more than the population for resident related
14  spending?
15      A   I specifically -- I can't answer that.
16  Although it most likely would be we increased the --
17  either the number of times we issue items and
18  hygiene kits, or we change the items in the hygiene
19  kits.
20          We started providing batteries for the
21  radio receivers if that's when the radio receivers
22  went in.  That was a significant cost increase.
23          Previously the volume was just broadcast
24  through the dorm.  So that could be a pretty
25  significant increase in cost there?

Page 32

1   Q   And the radio receivers, like handheld
2   small radios that are issued upon arrival?
3       A   Yes.  The radio receivers are small
4   personal devices that allow them to listen to the
5   TVs that are broadcast on a radio frequency.
6       Q   Thanks.  Is that the only way you can hear
7   the TV?
8       A   In the dorms that's the -- to my knowledge,
9   the only way you can hear the TVs.
10      Q   What is the gross margin line item?
11      A   Gross margin represents the localized
12  operating expenses subtracted from the total revenue
13  to produce a gross margin.
14      Q   What are localized operating expenses?
15      A   So in our accounting structure, GEO assigns
16  facility specific costs, items used to operate that
17  specific facility as local -- costs that are
18  accounted for on a -- at the facility level to get
19  the gross margin for the facility.
20      Q   In 2018, GEO reported a gross margin of
21  10.4 million at the Adelanto Facility.
22          Below the gross margin, however, there is a
23  breakout of two items; indirect costs and costs the
24  capital; do you see that?
25      A   Yes.

Page 33

9 (Pages 30 - 33)

1    Q   These are deducted from the gross margin
2  calculated item described as GEO's net margin; do
3  you see that?
4    A   Yes.
5    Q   Can you explain in detail what items are
6  included in GEO's indirect costs?
7    A   Indirect costs are an allocation of GEO's
8  corporate overhead.  Generally through general and
9  administrative expenses.
10       It's an allocation of the regional office
11  overhead, the corporate office overhead, to a
12  facility level, and there's Federal guidelines that
13  say what can be allocated to these contracts, these
14  Federal contracts.
15       So models created our corporate office that
16  says, here are all the allowable expenses, based on
17  the company as a whole, that can be allocated down
18  to a Federal contract.
19    Q   Do you know the name of the document or set
20  of documents that you're referring to?
21    A   The far acquisition.  I don't know the
22  specific name or where they speak to the allowable
23  allocation -- or allowable expenses to be included
24  in the GNA allocation.
25    Q   What was the -- what kind of allocation you

Page 34

1  said, GNA?
2    A   General Administrative Expenses, indirect
3  costs.
4    Q   Okay.  So when you say "indirect costs,"
5  are you using is synonymously or interchangeably
6  with GNA?
7    A   Indirect costs are generally referred to in
8  our company as either a GNA allocation or an
9  overhead allocation.
10    Q   Okay.  But it's all the same thing?
11       This is, if I understand it correctly, in
12  other words, these are expenses that GEO incurs at a
13  corporate level that might not necessarily be
14  specific to the Adelanto Facility, but pursuant to
15  the Federal acquisition regulations GEO is
16  permitted, in this case, by the contract -- the
17  contracting party, ICE, to allocate some of those
18  corporate overhead of expenses to the operation
19  Adelanto; is that right?
20    A   That's correct.
21    Q   Okay.  What is cost of capital?
22    A   Cost of capital is the cost of the
23  borrowing of funds to actually build the facility,
24  to fund the construction of the facility.
25       So GEO built the facility through our own

Page 35

1  operating funds and borrowing capacity, and so
2  that's just allocation of the interest costs on that
3  capital use to construct the facility.
4    Q   To whom are these monies paid?
5    A   I'm sorry?
6    Q   The cost of capital, who gets the money?
7    A   It's an internal cost of capital.  GEO
8  didn't specifically borrow money for this project.
9       We have a company accordion debt feature
10  that allows us to borrow money for various purposes.
11  So it's not a specific facility related
12  bond or debt issuance for the Adelanto Facility.
13  It's just GEO's overall cost of capital.  So it's
14  allocated based on the amount of the project.
15    Q   Say more about that, what do you mean when
16  you say "the project"?
17    A   In this case, the construction of the
18  Adelanto Facility and the expansions, the purchase
19  of the original east facility from the City of
20  Adelanto, there were certain you know costs or a
21  specific price for those things to occur.  And so
22  based on those costs, there's an allocation of our
23  overall interest expense to what this -- to the
24  Adelanto Facility.
25    Q   Thank you.  What's pricing indirect

Page 36

1  allocation?
2    A   Pricing indicates that it was in our
3  original pricing; what the percentage of allocation
4  to this project was expected to be.
5    Q   What does that mean?
6    A   That when we priced the project for
7  Adelanto, for the client, that our indirect
8  allocation would be at the percentage noted below of
9  our overall costs.
10    Q   I'm going to say it back to you what I
11  think I heard you say, and I'm going to trust that
12  you'll tell me or correct me if I'm wrong.
13       The client, in this case, is ICE; right?
14    A   Yes.
15    Q   The project is the Adelanto Detention
16  Facility; correct?
17    A   Correct.
18    Q   The indirect allocation is -- or indirect
19  costs are general GEO management administration
20  costs that have been allocated, in part, at least,
21  to the Adelanto Facility, based on Federal
22  acquisition regulations; is that right?
23    A   That's correct.
24    Q   And the pricing indirect allocation
25  percentage, that's listed in this yellow highlighted

Page 37

10 (Pages 34 - 37)

1 row at the bottom of the actual page, represents the
2 percentage of GEO's indirect costs as a corporation
3 that is specifically allocated to the Adelanto
4 Facility; did I get that right?
5    A    In the pricing.
6    Q    What do you mean "in the pricing"?
7    A    So in our original proposal to ICE, we
8 included that as a percentage of the overall costs
9 that would be allocated to this facility.
10   Q    That's what you told ICE -- GEO told ICE?
11   A    Yes.
12   Q    Okay.  What is the asterisk after indirect
13 cost?
14   A    I'm not sure why the asterisk is there.  I
15 don't have any -- any additional definition or
16 anything to speak to.
17       That was just general and administrative
18 costs or overhead allocation to Adelanto.
19   Q    I'm going to turn your attention to Topic
20 21, which for refreshing purposes is:
21       GEO's quarterly and annual profits received
22       from revenue generated as a result of
23       operations at the Adelanto Facility from
24       May 1, 2011, until the present.
25       Where on this sheet can I find GEO's

Page 38

1    Q    And to GEO?
2    A    That's correct.
3    Q    Presumably they are in a number of systems
4 that GEO maintains; correct?
5    A    They would be in our financial reporting
6 system.
7    Q    What's that called?
8    A    Hyperion.
9    Q    Is there another system from which you can
10 print reports?
11   A    Hyperion is our central receptacle for all
12 our financial data.  So I'm not aware of any other
13 reporting capability, outside of Hyperion.
14   Q    What's a flash report?
15   A    Flash report is a monthly document
16 generally that looks at facilities' actual results
17 versus their budgeted results at a gross margin
18 level.
19   Q    Why gross margin?
20   A    The company doesn't allocate overhead or
21 cost of capital on a monthly basis to the
22 facilities, it's generally done on an annual
23 basis.
24   Q    Why does GEO care more -- not care more
25 about, but why does that report, the flash report,

Page 40

1 quarterly profits?
2    A    This sheet is not broken down into
3 quarters.
4    Q    Okay.  What are GEO's quarterly profits
5 received from revenue generated as a result of its
6 operations at Adelanto, since May 1, 2011?
7    A    I can't speak to a specific number.  Each
8 year has four quarters.  The total amount would be
9 represented annually.
10       To break it down quarterly would take
11 another spreadsheet to speak to.
12   Q    Do you have that with you here today?
13   A    I do not.
14   Q    Have you seen that spreadsheet?
15   A    I have not.
16   Q    At any point prior to today, had -- did you
17 have any understanding of GEO's quarterly profits
18 received from revenue generated as a result of
19 operations?
20   A    Through the course of my job I see
21 quarterly results, but --
22   Q    Didn't memorize them?
23   A    I didn't memorize them, correct.
24   Q    So they are knowable to you; right?
25   A    That's correct.

Page 39

1 focus on gross margin?
2    A    From a company standpoint and management
3 standpoint, these are the costs that are more
4 directly controlled by facility level decisions.
5    Q    In other words, the individuals that GEO
6 employs who are responsible for operating the
7 Adelanto Facility are -- have a limited ability, if
8 any, to control the general corporate wide indirect
9 costs; is that right?
10   A    That's correct.
11   Q    Okay.  Is this gross margin line where the
12 Plaintiffs would look if we wanted to know the
13 annual profits received from revenue generated?
14   A    No.  That would be the net margin line.
15   Q    Okay.  So GEO's annual profits received
16 from revenue generated, as a result of its
17 operations at the Adelanto Facility, in 2018 were
18 negative 1.8 million dollars?
19   A    Yes.
20   Q    The Adelanto Facility cost The GEO Group
21 1.8 million dollars in 2018; is that right?
22   A    Yes, that's correct.
23   Q    And in 2017, you've got a little over a
24 million dollars in profit; is that right?
25   A    That's correct.

Page 41

11 (Pages 38 - 41)

1    Q   And in 2016, you've got 1.9 million
2   dollars; is that right?
3    A   That's correct.
4    Q   In 2015, about 1.5 million dollars,
5   rounding up; is that right?
6    A   Yes.
7    Q   In 2014, GEO made $15,000 about, 14,977;
8   correct?
9    A   Yes.
10    Q   And 2013, GEO made $493,000 from the
11   facility?
12    A   That's correct.
13    Q   2012, GEO lost 1.7 million dollars;
14   right?
15    A   Yes.
16    Q   And 2011, GEO lost 4.2 million dollars when
17   the facility first opened; is that right?
18    A   That's correct.
19    Q   As of this year, GEO has lost 327,000 up to
20   September of 2019 from the Adelanto facility; is
21   that correct?
22    A   That's correct.
23    Q   The only way that GEO annualizes its
24   month-to-month performance on the flash reports is
25   gross margin; correct?

Page 42

1   column.
2    A   10,437,062, yes.
3    Q   Okay.  So absent the company's cost and the
4   costs of capital, GEO made $10,000,000 in 2018;
5   right?
6    A   The gross margin of the facility was
7   10,437,000.
8    Q   And if I wanted to figure out the profit
9   margin -- another way of saying gross margin -- what
10   the percentage is, I can divide gross margin by
11   total revenue or earned revenue?
12       MR. BARNACLE:  Object to the form.
13       THE WITNESS:  If you wanted the gross
14   profit margin percentage, you would divide the gross
15   margin by the total revenue.
16   BY MR. FREE:
17    Q   Not the earned revenue?
18    A   Not the earned revenue.
19    Q   Okay.  What is the typical profit margin at
20   Adelanto, as far as you understand?
21    A   The gross margin ranges, based on, you
22   know, monthly occurrences at the facility, probably
23   anywhere from 14 to 18 percent.
24    Q   What is the assumed amount of profit, if
25   any, that GEO builds into its proposals with ICE?

Page 44

1    A   At the fast level.
2    Q   Right.  And we have just, I think,
3   understood that the facility level employees of GEO
4   are not able to control directly the -- the indirect
5   costs that go into this net margin; right?
6    A   Correct.  From a local level, they wouldn't
7   have much of an impact on what the corporate
8   overhead is or what the cost of capital of what the
9   overall project was.
10    Q   Got it.  So the cost of capital and the
11   corporate overhead are the corporate-wide costs to
12   GEO, both to manage and administer the company, and
13   also to pay down the debt on the facility's
14   construction and acquisition; is that right?
15    A   Yes, that's right.
16    Q   And if you don't include those costs, and
17   we look at the gross margin, which is what GEO does
18   on a monthly basis; right?
19    A   At the facility level, they look at the
20   gross margin on a monthly basis.
21    Q   Then we're looking at profits of
22   $10,437,062 in 2018 just from Adelanto; is that
23   right?
24    A   I'm sorry what?
25    Q   I'm looking at gross margin line 218

Page 43

1    A   It can range, depending on the project.  I
2   don't know specifically the pricing for every
3   project GEO's proposed.
4    Q   Well, let's talk about just Adelanto.
5       Do you have any understanding to assumed
6   margin that GEO would have built in?
7       MR. BARNACLE:  I'm going to object to the
8   form, and I think this is outside the scope of any
9   of the 30(b)(6) topics.
10       THE WITNESS:  Yeah.  This was something I
11   was prepared to discuss in terms of the original
12   pricing.
13   BY MR. FREE:
14    Q   Well, I'm asking you what the quarterly and
15   annual profit -- I'm asking you about GEO's
16   quarterly and annual profits, and you've given me a
17   budget sheet, as well as an actual sheet.
18       And when I do the math, albeit I did the
19   math using the earned revenue line, but the earned
20   revenue line and the total revenue line in the
21   budget sheet --
22    A   Are the same.
23    Q   -- are generally identical?
24    A   That's correct.
25    Q   So we've got an assumed profit for 2012 of

Page 45

12 (Pages 42 - 45)

1 around 18 percent. That's dividing gross margin by
2 earned revenue, then we get 18 percent and change;
3 that's 2012.
4     2013, 26 percent; 2014, 22 percent; 2015,
5 27 percent; 2016, 24 percent; and 2017, 22 percent;
6 same thing for 2018.
7     Is the budgeted gross margin one way that I
8 can figure what GEO assumes it will make at the
9 Adelanto Facility for each year in profit?
10     MR. BARNACLE: Object to the form.
11     THE WITNESS: You know, so our budget is
12 our plan for the year, and it's based on a bunch of
13 assumptions.
14     One of the assumptions would be the -- a
15 level of use by the client, which would dictate what
16 the earned level would be, and then obviously
17 assumptions about costs associated with operating
18 the facility to get what we would like to measure
19 the facility's performance on.
20     Q   And if we wanted to measure GEO's
21 projections about profitability at the Adelanto
22 Facility versus the quarterly and annual profits,
23 could we compare the budget lines that we've just
24 discussed with the actual lines that we've just
25 discussed?

Page 46

1     A   For a comparison of actual performance
2 version budget, yes. That would be the
3 comparison.
4     Q   Okay. Turn to Topic 22, which is the
5 monthly annual operating costs of the Adelanto --
6 actually, you know what, before we move on. Sorry.
7 I have two more questions about this.
8     How far out are the budget numbers
9 populated?
10     A   We produce a budget towards the end of the
11 current year for the following year. So for
12 preparation starts generally in August, but there
13 could be adjustments all the way up until the end of
14 the year, even into the beginning of January, based
15 on the changing factors; but it's generally a one
16 year in advance process through the end of the
17 calendar year.
18     Q   Why aren't pass through revenues forecast
19 in the budget?
20     A   Because as -- as we -- as I explained
21 earlier, pass through's a direct reimbursable for
22 a -- for a expense. So it's dollar for dollar. So
23 there's no budget for it because it should always
24 equal offsetting costs.
25     Q   Picking up on that idea, on the actual

Page 47

1 spreadsheet, the billable inmate payroll, I think
2 you've explained, is a pass through revenue, and so
3 none of it actually affects GEO's bottom line;
4 right?
5     A   That's correct.
6     Q   But the detainee payroll line item in the
7 operating expenses part of the spreadsheet does
8 affect GEO's bottom line, albeit to the tune of five
9 figures; right?
10     A   That's correct.
11     Q   And each year that's an expense; right?
12     A   Since 2014, that's been an expense.
13     Q   And it's not an insignificant expense. If
14 we look at -- in other words, it's not so low you
15 wouldn't count, I guess.
16     You have -- GEO has a miscellaneous taxes,
17 excluding real property tax line item. The actual
18 is all five figures. The budget is all five
19 figures.
20     Can you explain why detainee payroll is not
21 budgeted?
22     A   At the facility level, they didn't take
23 any amount in their annual budget for detainee
24 payroll. I don't know if that was intentional or an
25 oversight.

Page 48

1     Q   Well, if it was an oversight, it happened
2 six years in a row; right, from 2014 up until
3 September of this year?
4     A   Five years, yeah. 2014 was when the change
5 came, so they wouldn't have known that in 2013.
6     Q   I understand. Okay. How would you budget
7 detainee payroll?
8     A   Generally our budgets are zero based or
9 they're trend based looking at historical figures.
10     So if there was a trend of a monthly
11 amount, in any of the expenses, you would look at
12 that trend line and forecast into the future what
13 the expectations were with any changes in the
14 underlying assumptions of what would be occurring.
15 That would be for any expense account.
16     Q   Well, specifically as to the account for
17 detainee payroll, what assumptions would you need to
18 make in order to budget out the amount that GEO
19 would pay in operating cost in each year?
20     A   If the facility were to budget for detainee
21 payroll, my recommendation would be to look at the
22 past history.
23     If the population was expected to be the
24 same, if the program wasn't expected to change; to
25 base it on historical information as it seems to be

Page 49

13 (Pages 46 - 49)

1  pretty consistent at 17 or $18,000 a month -- a
2  year.
3      Q   I think we could agree on a range between
4  15 and 27,000; right?
5      A   That's been the actual amounts.
6      Q   Okay.  But to do the budget you would also
7  need to know the actual usage of pass through shifts
8  and the reimbursement from ICE; right?
9          Because the only way that GEO ends up
10 paying detainee payroll, as you've testified today,
11 as opposed to just passing it straight through from
12 ICE as a reimbursement, is if GEO is using voluntary
13 work shifts in excess of five days per week;
14 correct?
15     A   I'm not sure that would necessarily impact
16 how you budget for something.  Because if you're
17 looking at trends and historical information, that
18 would already be accounted for in the history you're
19 going to look at.
20         You know, how much has GEO historically --
21 or the Adelanto Facility, specifically, historically
22 paid in excess of what's been reimbursed.
23     Q   What is the monthly operating costs for the
24 Adelanto Facility from May 1, 2011, until the
25 present?

Page 50

1      A   I don't have the breakdown by month.
2      Q   Where would you look to find that
3  information?
4      A   That would also be in GEO's Hyperion
5  system.
6      Q   Do you have access to that system?
7      A   I have access to parts of that system.
8      Q   Would you have access to the information
9  you need in order to provide the monthly operating
10 costs at the Adelanto Facility from May 1, 2011,
11 until the present?
12     A   I would not have access in 2011 to 2012.
13 The company changed to an upgraded Hyperion system,
14 so I don't have access to that historical data.
15 That would come from our corporate finance
16 department.
17         From 2013 forward, that all should be
18 within my access in Hyperion.
19     Q   Did you ever endeavor to determine the
20 monthly operating costs of Adelanto?
21     A   I did not.
22     Q   Okay.  Did you ever, before today, to
23 determine GEO's quarterly profits --
24     A   I did not.
25     Q   -- at Adelanto?

Page 51

1      A   I did not.
2      Q   Okay.  What monthly occurrences at the
3  facility would lead to a fluctuation in the profit
4  margins?
5      A   There's a wide range of operating issues.
6  I guess you could look at, first and foremost, the
7  population level.
8          The utilization of the contract by the
9  client would be one of the key indicators or the
10 leading indicators of fluctuation --
11     Q   Can I stop you right there, and just make
12 sure we're talking about the same thing.
13         The population level and the usage by the
14 client, that's how many people are detained each
15 night and the who are mandays per month; is that
16 right?
17     A   Yes, that's correct.
18     Q   So depending on how full or empty the
19 facility gets, GEO will receive more or less money
20 within the terms of the contract; correct?
21     A   That's correct.
22     Q   There's a guaranteed minimum that GEO is to
23 get, so long as there are a certain number of people
24 in the facility; right?
25     A   There is a guaranteed minimum in the

Page 52

1  contract, and then anything above that is paid at a
2  per bed rate.
3      Q   Like a marginally lower rate than the
4  guaranteed minimum rate; right?
5          So I'm sorry to interrupt, but I want to
6  make sure terminologically we're on the same page.
7          You say the leading indicator on profit
8  fluctuation -- I'm summarizing -- is usage, how many
9  people are there, because that's going to be the
10 biggest source of revenue; is that right?
11     A   One of the leading -- one of the leading
12 factors.
13         Our employee utilization; if there's higher
14 training, there's a higher onboarding class.  If
15 there's more needs in the facility for deployment of
16 employees at any given time, based on facilities --
17 involving the operation of the facility, you might
18 have to have additional people on shifts during
19 certain times.  You know, that's going to impact our
20 labor costs, and that would be another key factor.
21     Q   Can I stop you right there?  Because I want
22 to do the factors one at a time, if that's okay?
23     A   Sure.
24     Q   Keep your thought though, if you can.
25         So first leading indicator -- or one of the

Page 53

14 (Pages 50 - 53)

1 leading indicators that you mentioned first was how
2 many people are at the facility.
3     And then the second, if I can summarize, is
4 how much GEO needs to pay people that it employs to
5 staff the facility; whether it's because of medical
6 escorts or shift relief or other staffing needs or
7 new hires or training or overhead; that's the labor
8 cost component that fluctuates from month to month;
9 is that right?
10   A   Well, so the labor costs not necessarily
11 the rate we're paying our employees, but the number
12 of hours utilized on the contract.
13     Or, you know, some other factors.  If there
14 is any increase in training requirements for that
15 particular time period.
16     Or if there's off-site hospital security,
17 that can have an impact on labor cost and generate
18 fluctuations from month to month.
19     We have a deployment schedule, but -- and
20 we are very flexible in how we staff the facility,
21 based on the needs -- the operational needs of the
22 facility.
23   Q   The deployment schedule is a staffing plan;
24 is that correct?
25   A   That would be correct.

1   Q   Okay.  Just to make sure that I understand;
2 within the labor cost -- for example, if at Adelanto
3 GEO needed to have guards come in and do extra
4 overtime to handle certain time sensitive tasks,
5 that would be a labor cost and that fluctuating
6 profit factor; right?
7   A   Yeah.  Additional officers would create
8 additional labor costs, which would create a
9 fluctuation from month to month.
10   Q   Okay.  And not just additional officers,
11 but officers working additional shifts or additional
12 time; is that right?
13     So in other words, the additional time, as
14 opposed to additional people.  So you could have the
15 same number of people, but those officers may work
16 more hours; right?
17   A   Correct.  You could have officers working
18 overtime, which would then also be at a premium,
19 which will increase costs for one period over
20 another, depending on the utilization ratio of
21 regular time versus overtime.
22     Which -- but correct.
23     It's really based on the number of hours
24 that are being worked in total for that time period.
25 And then what ratio of overtime versus regular time.

1 Or in California, double time versus regular time
2 that you're paying for those additional hours.
3   Q   Can I ask you a question about the linkage
4 between the first factor, which is the number of
5 people, and the second factor, which is staffing.
6     As to the cost; it's my understanding that
7 GEO has accounted for, in its model, the fact that
8 having more people in its facility may require
9 having more -- having more detained immigrants in
10 the facility would require having more staff in some
11 cases; is that right?
12   A   That's correct.  So in our minimum
13 guarantee is the necessary operating staff for the
14 entire facility.  And some of that is not dependent
15 on the population level.
16     And so there's only incremental staffing in
17 the per day rate for those above the minimum
18 guarantee.
19     So the majority of staff would be captured
20 in the minimum guarantee payment, while the
21 additional staff necessary, based on the population,
22 would be those additional payments for -- by
23 inmate -- I'm sorry -- by detainee.
24   Q   Okay.  I stopped you before you went to the
25 third factor that could affect monthly and annual.

1 I mean, we're talking about months, but once you
2 aggregate months you're talking about annual
3 profitability.
4     What's the next one you were thinking of
5 before I stopped you?
6   A   So just in general terms in our expense
7 accounts, there's repair and maintenance, which can
8 vary month to month, based on preventative
9 maintenance, schedules, equipment that breaks down
10 during that month that needs to be fixed; that
11 changes and varies monthly.
12     Your utilities are seasonal.  So you have
13 lower utility costs in winter and spring, generally,
14 then summer and fall, particularly in Adelanto, in
15 the high desert.
16     You know, a lot of these are expenses that
17 are as needed so personnel costs are going to vary,
18 based on the amount of recruiting we're doing to
19 hire new officers.
20   Q   Can you explain what the personnel line
21 item encompasses, please?
22   A   Personnel is our recruiting expenses,
23 background checks for GEO's background requirements;
24 includes employee welfare, which are for events for
25 employees.  Any specialized training that they go

1  offsite for would be included in personnel costs.
2      Q   But it does not include costs that are paid
3  directly to GEO's non-detained employees; right, the
4  people who are working as guards or kitchen
5  supervisors, those are reflected in labor and
6  related expenses?
7      A   Correct.  The personnel expenses would not
8  be paid directly to any GEO employee.
9      Q   Okay.  What about repair and maintenance,
10  what is encompassed in repair and maintenance?
11      A   Repair and maintenance includes all of the
12  maintenance done on the equipment and on the
13  facility, the actual building and the building
14  infrastructure.
15          Any inspections; fire inspections, the
16  elevator inspection and annual certification.
17  Anything pertaining to the building.
18          The building infrastructure, the equipment
19  at the building, in terms of normal everyday
20  preventative maintenance, routine maintenance, or
21  corrective maintenance is included in there.
22      Q   But not the staff of the maintenance -- not
23  the costs of the actual maintenance staff; right?
24      A   Correct.
25      Q   Okay.

Page 58

1      A   The maintenance staff costs would be found
2  in the labor and related expenses.
3      Q   Does the repair and maintenance line
4  include contractors?
5          Let's say, for example, you need your
6  elevator fixed, GEO doesn't employ an elevator
7  repair person at Adelanto; where does that elevator
8  repair person contract go in the spreadsheet?
9      A   That would be excluded in repair and
10  maintenance.
11      Q   Okay.  What about if you needed all the
12  floors like sanded and waxed and you had to go out
13  and get a contractor, would that be repair and
14  maintenance?
15      A   Depending on the size of the project.  I
16  mean, if it was a facility wide re-flooring, which
17  would become a capital project.  That would be part
18  of depreciation amortization.
19          Depending on the scale of the project, if
20  it is a small local project, you know, a part of the
21  kitchen floor needs to be repaired, that would be
22  included in repairs and maintenance.
23      Q   Okay.  And again, those are costs that are
24  encompassing contract labor that's performed not by
25  GEO's own employees, which would be -- their labor

Page 59

1  would be reflected in labor and related.  The repair
2  and maintenance would reflect outside contractors?
3      A   It would be an outside service provider
4  would be reflected in repair and maintenance.
5      Q   And if I had the monthly operating costs
6  breakdowns, that you referenced earlier, I could
7  tell what those are; is that right, for each month,
8  what the repair and maintenance expenses are for
9  each month?
10      A   Yes, that's correct.
11      Q   Okay.  Do you have any idea or
12  understanding about what type of staff operating
13  costs would fluctuate, based on detainee population
14  fluctuations?
15          Make it simple enough to say, yes, we might
16  have to pay our employees more money, but do you
17  know, specifically, what those costs are?



22      Q   And we're speaking -- I want to be very
23  clear.
24          You've only been designated to speak about
25  Adelanto.  So I'm assuming that everything you're

Page 60

1  telling me is going to be about Adelanto; is that
2  fair?
3      A   Yes.  I'm speaking specific to Adelanto
4  right now.
5      Q   Okay.  Thanks.

Page 61

16 (Pages 58 - 61)



9   Q   Thank you.  We're going to switch gears for
10  a moment.  I'm going to turn your attention to Topic
11  No. 9.  It's on page 8 of Exhibit 64.
12       The total dollar amount of Voluntary Work
13       Program reimbursements received from --
14       to -- by GEO from ICE for detainee workers
15       at the Adelanto Facility.
16       Looking back at this spreadsheet, if I
17  understand your testimony correctly, that total
18  dollar amount of reimbursement; the answer to that
19  question in Topic 9, could be discerned by looking
20  at the 58,013 billable inmate payroll; is that
21  correct?
22   A   Specific to the ICE reimbursement portion?
23   Q   Yes.  Correct.  The question in 9 is -- or
24  the topic that we want to talk about in Topic 9,
25  which is on page 8.

Page 62

1        Are you with me?  It's at the bottom of the
2   page, but it bleeds over.
3        So the total dollar amount of Voluntary
4   Work Program reimbursements received, by GEO from
5   ICE, for detainee workers at the Adelanto Facility;
6   so I could find that out by adding together all of
7   2011 '12, '13, '14, '15, '16, '17, '18, and
8   year-to-date '19, in this billable inmate payroll
9   line; correct?
10   A   Correct.  This would be reimbursed by
11  ICE.
12   Q   Okay.  And then the total dollar amount of
13  VWP, Voluntary Work Program reimbursements paid by
14  GEO to detainee workers at the Adelanto Facility
15  during the time period indicated in the order.
16       If I'm going to find that, I need to add
17  together that same billable inmate payroll with
18  detainee payroll; correct?
19   A   That's correct.
20   Q   Okay.  Anyplace else that -- like I would
21  look to find those total amounts?
22   A   No.  Those would be the break out what
23  was -- total paid would be those two items combined,
24  and then what was reimbursed by ICE would be what's
25  included here in the payroll revenue line.

Page 63

1   Q   Okay.  Who actually requests the
2   reimbursement from ICE?
3   A   Can you clarify that question?
4   Q   Sure.  Do you know -- I'll make it even
5   more specific.
6        Do you know whether it's GEO or somebody
7   else who actually requests the reimbursements for
8   VW -- for Voluntary Work Program payroll from ICE?
9   A   Prior to the direct contract that GEO
10  signed with ICE, GEO would prepare invoice, and
11  include in that invoice the Voluntary Work Program
12  reimbursement.  We prepared it on behalf of
13  Adelanto, and the City of Adelanto would actually
14  sign that and then that invoice would be provided to
15  ICE for payment.
16       MR. FREE:  Okay.  I'm going to hand to you
17  a document that we're going to mark as Exhibit 68.
18       (Exhibit 68 was marked for identification
19  by the court reporter and is attached hereto.)
20       MR. FREE:  I'm going to let you hand one to
21  Mr. Barnacle.  That will be Mr. Barnacle's copy.
22       You're welcome.
23  BY MR. FREE:
24   Q   Have you ever seen a document like this
25  before?

Page 64

1   A   Yes.
2   Q   Does this document, which I'm going to call
3   an "invoice," does it represent the process that
4   you've just described fairly?
5   A   Yes.  This would be the City of Adelanto
6   invoice to ICE, including the different contract
7   line item numbers contained in the IGSA.
8   Q   Okay.  So these are identified as
9   Adelanto-CPRA 0008451 through 8452.
10       The document that's in front of you,
11  Exhibit 68, is dated March 5th, 2015.
12       Do you see that?
13   A   Yes, sir.

22       Do you see that?
23   A   Yes.
24   Q   Okay.  And that's the sum of the total
25  mandays in CLIN 1, and the total mandays above the

Page 65

17 (Pages 62 - 65)

1  bed guarantee in CLIN 2; right?
2  A    Yes, that's correct.
3  Q    Okay.  At the time of this invoice, the bed
4  guarantee was 975 beds would be paid by ICE;
5  correct?
6  A    That's what this reflects.
7  Q    And that they would be paid at a rate of
8  $111.04; correct?
9  A    That's correct.
10  Q    Anything over 975 beds, during the 28-day
11  period, would be reimbursed at $49.36 per detainee
12  per night; correct?
13  A    The 49.36 would be per detainee, per night,
14  and the 5,156 would reference the number of nights
15  that we're charging at that rate.
16  Q    Got it.  CLIN 5 transportation base service
17  fee $43,000, is that a pass through expense?
18  A    No, that is not.
19  Q    What about CLIN 6, fuel usage 1,269.46?
20  A    Fuel usage is a pass through.
21  Q    Okay.  And then CLIN 7, detainee payroll.
22  There's no amount of days listed, but it's $5,717
23  even; right?
24  A    That's correct.
25  Q    I understand this to mean that during the

Page 66

1  month, beginning February 1 and continuing through
2  February 28, of 2015, that meant that 5,717 shifts,
3  at $1 per shift, were worked by detained immigrants
4  at Adelanto; is that right?
5  A    That we're being reim -- requesting
6  reimbursement for, correct.
7  Q    So this is the reimbursement request, it is
8  possible that there were more shifts that were
9  worked that were not reimbursed; correct?
10  A    That's correct.
11  Q    GEO would have paid those shifts directly
12  to the people who did the reimbursement; right?
13  A    We would --
14  Q    Excuse me.  Who did the work.  I'm sorry.
15  A    We would pay directly to the detainee.
16  Q    Okay.  Good.  How do you do that -- how
17  does GEO do that?
18  A    The process for --
19  Q    Uh-huh.
20  A    -- paying detainees for work details?
21  Q    Yes, sir.
22  A    So each detainee will have a written
23  documentation that they participated in the program
24  on that given day from the department or whoever's
25  supervising that detail.

Page 67

1  Q    Uh-huh.
2  A    Generally on a daily basis, for the prior
3  day, detainees are credited $1 on their account.  We
4  keep detainee trust account that list each detainee
5  and whatever funds they have available to them.
6       And so our detainee account clerk receives
7  the work detail rosters, and adds $1 to the detainee
8  account for the detail that was worked.
9  Q    What process then notifies GEO's accounting
10  people, who would create the spreadsheet reflected
11  in Exhibit 67, how much in additional payment
12  occurred?
13       How do -- how does GEO's accounting
14  department that creates these numbers figure out
15  what costs GEO incurred in paying detainee payroll
16  above the reimbursement?
17       MR. BARNACLE:  Object to the form.  It's
18  been asked and answered.
19       THE WITNESS:  So for the total expense of
20  the Voluntary Work Program there would be a printout
21  by month of everyone who is paid, and I don't have
22  the exact process that the facility uses to identify
23  those that were more than five details in a week.
24       Although, they would probably go through
25  that printout, which shows the day worked, the

Page 68

1  detail, and then the deposit of the $1 with the
2  date, and actually account for all those that were
3  above and beyond.
4       And so when -- to replenish the detainee
5  trust fund so it balances, so you would have to
6  requests those funds from our corporate office.
7       So there would be the part that GEO paid
8  coming from, you know, GEO's general bank account
9  into our detainee trust account, and there would be
10  the ICE reimbursement that also would be funding the
11  detainee trust account.
12  BY MR. FREE:
13  Q    What's that document called, the printout
14  that you referenced?
15  A    I'm not sure there's a specific name.  It's
16  coming out of the Keefe Banking System.  It would be
17  a report generated from the Keefe Banking System
18  locally at the Adelanto Facility.
19  Q    Okay.  And that's K-E-E-F-E?
20  A    Yes, K-E-E-F-E.
21  Q    All right.  All right.  Now I'm going to
22  hand you -- and can you -- I'm sorry.
23       Can you just define what is a man day?
24  A    Man day is defined as the number of
25  people -- or individual at the facility at

Page 69

18 (Pages 66 - 69)

1  midnight.
2      MR. FREE:  Okay.  Now going to put in front
3  of you something very similar to what you just
4  looked at.
5      This is going to be marked as Exhibit 69.
6      (Exhibit 69 was marked for identification
7  by the court reporter and is attached hereto.)
8      MR. FREE:  This is also an invoice from the
9  City of Adelanto to ICE.  It's dated October 5th,
10  2017.  It's marked Adelanto-CPRA 8409 through
11  8410.
12  BY MR. FREE:
13  Q    The detainee payroll CLIN 7 line in this
14  invoice reflects $9,550 in reimbursements; is that
15  right?
16  A    That's correct.
17  Q    And that reflects shifts performed by
18  detained immigrants at Adelanto from September 1,
19  2017 through September 30, 2017; right?
20  A    Yes.
21  Q    And that reflects a reimbursement at a rate
22  of $1 per day; right?
23  A    That's correct.
24  Q    And so if I wanted to know -- turning back
25  to Exhibit 68, the actual facility financial

Page 70

1  summary.
2      If I wanted to know what GEO used to
3  calculate, during each year, the line billable
4  inmate payroll; I should be able to look at this
5  invoice and for each month of each year add up CLIN
6  7 and that should give me the total reimbursed
7  amount; right?
8  A    That's correct.
9  Q    All right.  Is there any reason that some
10  other amount would be incorporated into the
11  reimbursed amount?
12  A    Just in the fact that this is from our
13  financial system, we use accruals and time to
14  account for the last few days.  There might be
15  slight differences in timing, in that, you know,
16  we're using an estimate for the final three days if
17  it's falling on a weekend; and so and the next month
18  it will correct itself.
19      So there might be slight variations from a
20  month-to-month basis, but overall it should be
21  reflecting what was billed.
22      MR. FREE:  Okay.  I'm now going to hand you
23  what we'll mark as document -- excuse me -- exhibit
24  70.
25      (Exhibit 70 was marked for identification

Page 71

1  by the court reporter and is attached hereto.)
2      MR. FREE:  This is a Adelanto invoice dated
3  November 8, 2018, to ICE.
4  BY MR. FREE:
5  Q    The CLIN 7 detainee payroll line reflects
6  11,099 shifts for which GEO is seeking reimbursement
7  from ICE for work performed by detained immigrants
8  at Adelanto between October 1, 2018 and October 31,
9  2018.
10      Do I have that right?
11  A    Yes.  We would be requesting reimbursement
12  for $11,099, which would equal 11,099 shifts during
13  that period.
14  Q    Okay.  And if you just flip -- actually we
15  don't have the two sided on 70.
16      But if you look at 69, and just flip it
17  over.
18      Have you seen this document before?
19  A    I've seen similar documents to this.
20  Q    Okay.  What would you call what you're
21  looking at, this document?  It's page 8410 of
22  Adelanto-CPRA?
23  A    This is a daily accounting of the mandays
24  or population of the facility.
25  Q    Got it.  Okay.  Just so I make sure I got

Page 72

1  it.
2      The way that we should be able to calculate
3  the 58,013 billable payroll for each year payroll
4  line on the actual sheet, which is Exhibit 67, is by
5  adding the reimbursement sought in each invoice for
6  each month of the year; correct?
7  A    Correct.
8  Q    Okay.  Now, there could be slight
9  variations, I think you testified, based on your
10  accrual method of accounting, and for the months
11  they could vary.  But these are $1 day shifts;
12  right, and so they shouldn't vary by thousands of
13  dollars, should they?
14  A    There shouldn't be significant variances.
15  You know the factor most likely to influence it
16  would be December of each year, if there was some
17  changes there, or if there was an error recording
18  something in -- in the accounting system.  If they
19  used the wrong code for a week or something, that
20  could create a variance.
21  Q    Okay.  Thank you.  Which department gets
22  the Keefe report at Adelanto, or which departments
23  plural?
24  A    The business department is the one who
25  generates the report and uses the report to create

Page 73

1 the invoice to ICE.
2    Q    What information does the business
3 department use in order to generate that report?
4    A    So the business department is receiving the
5 detainee work slips, and actually entering that
6 information into the Keefe system to deposit the $1
7 a day onto their accounts.
8         And then that report is generated from the
9 information that was entered into the Keefe
10 report.
11    Q    Do you know who at Adelanto would be doing
12 this?
13    A    Entering the information into the Keefe
14 system?
15    Q    Yes, sir.
16    A    It would be a detainee accounts clerk, I
17 believe they have two.
18    Q    Okay.
19    A    So I don't know the specific person, but it
20 most likely on a regular basis would be that
21 detainee account clerk.
22    Q    That's who enters the information.  Who
23 does the printout; same people or different
24 people?
25    A    It could -- it could be the detainee
Page 74

1    A    I've seen similar documents.  I haven't
2 seen this specific document.
3    Q    Okay.  When you say "similar," is the
4 similarity the formatting?
5    A    Well, similarity it's a detainee work
6 roster.
7    Q    Okay.
8    A    -- where you're accounting for the
9 detainee, what they did, and someone is signing that
10 they saw them perform that -- that detail.
11    Q    Is there any record, other that this
12 document, that GEO would look to determine -- and
13 when I say "this document," I'm referring this like
14 sort of category of document, not this specific one
15 that's in front of you; right?
16         I understand this to be one days worth of
17 payroll for the Adelanto Facility; is that what you
18 understood it to represent?
19    A    Yes.  This looks like one complete day of
20 all shift assignments.
21         MR. FREE:  Okay.  I'll go ahead and show
22 you what we're going to mark as Exhibit 72.
23         (Exhibit 72 was marked for identification
24 by the court reporter and is attached hereto.)
25         MR. FREE:  This one says it's the detainee
Page 76

1 accounts' clerks, it could be an assistant business
2 manager, it could be the business manager.
3         I don't know their specific process on who
4 does what at that location, but any of those
5 individuals should have access to print that
6 report.
7         MR. FREE:  Understood.  You can put 66
8 through -- excuse me -- 67 through 70 aside for a
9 second.
10         Now I'm going to hand a document that we'll
11 mark as Exhibit 71.
12         (Exhibit 71 was marked for identification
13 by the court reporter and is attached hereto.)
14         MR. FREE:  This is going to be GEO-Novoa
15 00011181 though 11188.
16         I'm going to represent you that this was
17 produced by GEO in the course of this discovery.
18         At the top of it it says, detainee payroll,
19 Adelanto ICE Processing Center, date 1/21/18, day
20 Sunday.
21 BY MR. FREE:
22    Q    Do you see that?
23    A    Yes.
24    Q    Have you ever seen a document like this
25 before?
Page 75

1 payroll -- the Adelanto ICE Processing Center from
2 November 1, 2017, which is a Wednesday.
3         It's Bates rages GEO-Novoa 9578 through
4 9604.
5 BY MR. FREE:
6    Q    And again, this is GEO's record of which
7 detained immigrants worked on November 1, 2017;
8 correct?
9    A    Yes.  This looks to be one full day of the
10 participation in the work program for Wednesday
11 November 1.
12    Q    All right.  And in order to determine what
13 the detainee payroll line is going to show for
14 GEO --
15         In other words, in order to determine the
16 operating cost of detainee payroll for GEO, someone
17 in the business office would have to determine which
18 of the people on this list were working more than
19 five days per week; right?
20    A    I don't think they would use this specific
21 list to do it.  They would enter this information
22 into the Keefe system and probably review the
23 information from the report generated by the Keefe
24 system where they can look at each detainee with the
25 date they worked.  And then look at how many more --
Page 77

20 (Pages 74 - 77)

1 or anyone who worked over five in a particular
2 week.
3    Q   Okay.  Are you aware at -- whether at
4 Adelanto that's somebody in the business department
5 who does that or somebody else?
6    A   That would be someone in the business
7 department.
8    Q   Okay.  If you know the answer to these
9 questions about how GEO calculates these costs --
10 this is the raw data that the business department
11 used to calculate the cost of detainee payroll, but
12 also the reimbursement that is going to be sought
13 from ICE; right?
14    A   So this would be the source documentation
15 to pay the detainee for the detail worked.  Once
16 this information is then entered into the Keefe
17 system, that would probably become the primary data
18 used to determine the amount to be reimbursed,
19 billed and reimbursed by ICE and what would become
20 GEO's cost.
21    So this would be the source data, but this
22 would not be generally what would be used to
23 determine the above five details in a given week.
24    Q   That's going to be in the Keefe system;
25 right?

Page 78

1    A   Right.  After this information is entered
2 into the Keefe system.  The Keefe system produces a
3 report that they could look at by detainee say, for
4 okay he worked January 1st, 2nd, 3rd, 4th, 5th, and
5 6th.
6    So he had one day in the week of January
7 1st through 7th.  So there is one that we won't be
8 able to bill ICE for.
9    Q   Okay.  Is that cost information accessible
10 by a spreadsheet?
11    Like would Keefe -- the Keefe banking
12 system be able to print out a spreadsheet with that
13 information?
14    A   It would just be raw data.  Keefe would be
15 able to say for January -- for anytime period here's
16 who got paid, and you could sort it by the -- either
17 the A number, the detainee name, then by the date.
18    So then you could go through and do it.  I
19 don't believe it's a system that would automatically
20 assign anything over five details in a week and flag
21 that.  I think that has to be done manually.
22    Q   And that would be done by a GEO employee in
23 the business office?
24    A   Correct.
25    MR. FREE:  I'm going to hand you Exhibit

Page 79

1 73.
2    (Exhibit 73 was marked for identification
3 by the court reporter and is attached hereto.)
4    MR. FREE:  This is a -- actually, can you
5 hand that to the court reporter, please?  Thank you.
6    This is a document produced yesterday by
7 GEO.
8    It's GEO-Novoa 37751 at the top of it it
9 says, Keefe commissary network agreement.
10    We're turning now to topic No. 3 that
11 you've been designated to discuss.
12    THE WITNESS:  Okay.
13 BY MR. FREE:
14    Q   Have you ever seen this document before?
15    A   Yes.
16    Q   When was the last time you saw it?
17    A   This specific document, would probably have
18 been in 2011.
19    Q   Okay.  Is this the only agreement between
20 Adelanto and Keefe -- excuse me -- between GEO and
21 Keefe for operations at Adelanto?
22    A   There might have been amendments subsequent
23 to this agreement, but this is the base agreement,
24 as far as I'm aware.
25    Q   Prior to today's testimony, did you make

Page 80

1 any effort to determine whether there are other
2 agreements between GEO and Keefe for operations at
3 the Adelanto Facility?
4    A   I saw a -- an exhibit amendment, I believe,
5 in 2014.  That was in addition to this agreement,
6 but it didn't replace the full agreement.
7    Q   Do you recall what it amended, if
8 anything?
9    A   It just added -- it was a one page document
10 that specified the 15 percent commission on
11 commissionable items, the equipment that Keefe was
12 providing to GEO; and I believe the only other
13 addition was that Keefe agreed to pay 2.5 percent of
14 sales as a reimbursement for the waste created by
15 all the packaging that they used.
16    Q   Keefe agreed to pay 2.5 percent sales to
17 whom?
18    A   2.5 percent of sales to GEO to offset the
19 cost of waste created by all the packaging that was
20 being brought into the facility.
21    Q   What was that cost?
22    A   I'm sorry?
23    Q   What was the cost?
24    A   So Keefe products are all individually
25 packaged, and so there was increased need for trash

Page 81

21 (Pages 78 - 81)

1 hauling and removal of waste because of the
2 increased sales by Keefe and just the amount of
3 trash that needed to be removed from the facility.
4       So that was an agreement that corporate
5 office and Keefe came to.
6    Q   Okay.  So in addition to the 15 percent
7 commission on sales minus postage and
8 non-commissionable items, Keefe pays 2.5 percent
9 more for the garbage?
10   A   For reimbursement of costs associated with
11 trash removal.
12   Q   And that's on each sale or that's on the
13 total sale or what is it -- where is that amount?
14   A   I would have -- I'd have to review the
15 document.  I don't -- I don't have that in my
16 memory.
17   Q   But we don't have that today, do we?
18   A   I don't have it.
19   Q   Okay.  You knew it existed before you came
20 here today; right?
21   A   I did.
22   Q   Okay.  I'm looking at 37757, which is the
23 commissary agreement, Exhibit B, non-commissioned
24 items.
25       And so I just want to make sure I

Page 82

1    Q   Who decides on what's going to be on the
2 commissary list?
3    A   The facility administrator has final -- I'm
4 sorry.
5       The facility administrator and the client
6 reviews the commissary list for appropriateness of
7 items, and they would work Keefe to make
8 adjustments; add or delete items.
9    Q   Where does the 15 percent commission go in
10 GEO's accounting?
11   A   GEO receives a commission check from Keefe,
12 which is then deposited into an account held for
13 detainees, as a detainee welfare fund.  Where those
14 funds are then utilized for the general population,
15 at the discretion of the contracting officer
16 representative from ICE.
17       So if they're -- if we were looking at
18 purchasing additional recreation materials or
19 library materials, sometimes those funds would be
20 utilized, if the CORE from ICE approved the use of
21 those funds for that purpose.
22   Q   And without the detainee spending the money
23 in the commissary those funds don't exist, do
24 they?
25   A   That's correct.

Page 84

1 understand.  It looks like GEO does not get 15
2 percent on stamped envelopes, postage stamps,
3 indigent kits, admission kits, and on-site special
4 commissary item sales sold by facility; right?
5       MR. BARNACLE:  Object to the form.
6       MR. FREE:  Is it something I read wrong, or
7 it was the question?
8       MR. BARNACLE:  It was the question.
9       MR. FREE:  Okay.
10 BY MR. FREE:
11   Q   These -- let me fix it.
12       These non-commissioned items are excluded
13 from the commission rate; right?
14   A   Correct these are not included in 15
15 percent commission.
16   Q   What's an on-site special commissary item
17 sale?
18   A   It could be, speaking in generality, if the
19 facility wanted to sell ice cream at that location,
20 or something from the "not included on Keefe's
21 menu," they would assign it a item number.  And
22 Keefe basically would have GEO provide that item for
23 sale to the detainee population, and there would be
24 no commission on that because it's not an item being
25 offered by Keefe.

Page 83

1    Q   Those are solely detainee's funds, or at
2 least 15 percent of non-commissionable sales;
3 right?
4    A   The commission from Keefe goes directly
5 into that detainee welfare fund for use for the
6 benefit of the detainee population.
7    Q   What line does that appear on in the actual
8 financial summary, in Exhibit 67, on GEO-Novoa
9 37767?
10   A   That would not appear on that because it's
11 not funds coming into GEO or GEO's revenue stream.
12 This would be set aside specifically for the purpose
13 of the facility to utilize the funds for the
14 detainee population.
15   Q   Who actually spends the money on the
16 equipment or the allocation?
17   A   That detainee account; after -- at the
18 request of the facility administrator or business
19 office to ICE's CORE on site.  If the CORE allows
20 the purchase to be made with those funds, they
21 utilize those founds for whatever project or
22 equipment that be -- then those funds are
23 distributed directly from that account that's held
24 locally.
25   Q   And the CORE is the contracting officers

Page 85

22 (Pages 82 - 85)

1 representative; correct?
2    A   Correct.
3    Q   How much does GEO spend between May 1,
4 2011, and the present on -- in monies from the
5 detainee welfare account?
6    A   I don't have that information available
7 today.
8    Q   How much did GEO receive in commission from
9 commissary sales pursuant to this agreement?
10    A   I, again, don't have that information
11 available to me today.
12    Q   How could we figure that information out,
13 where would you look if you were going to provide
14 it?
15    A   The facility would have the records of the
16 amounts coming into that account, like facility
17 bank -- would have a bank account associated
18 directly for detainee welfare.  So you'll see the
19 money coming in and out of that account as
20 reconciled on a monthly basis.  So it's held locally
21 at the facility.
22    Q   What system would those records exist in?
23    A   It would either be in a Quicken or
24 QuickBooks type system locally.
25    Q   Do you know at Adelanto what sort of system

Page 86

1 it's in?
2    A   I do not know.
3    Q   Do you have any idea how much GEO has
4 received in commission from commissary sales?
5       MR. BARNACLE:  Object to the form.
6       THE WITNESS:  No.  I wasn't prepared to
7 talk about that.  That's not something I reviewed
8 today.
9 BY MR. FREE:
10    Q   Do you have any idea how much GEO spent in
11 detainee welfare fund expenditures, based on its
12 commissary account?
13       MR. BARNACLE:  Object to the form.
14       THE WITNESS:  Again, I wasn't prepared to
15 speak to that.
16 BY MR. FREE:
17    Q   Well, it's an operating cost; right?
18    A   No.  It's not an operating cost.
19    Q   Why not?
20    A   Because this is a separate fund held in
21 trust for the facility.  So it's not recorded in
22 generals -- general ledger.
23       The funds are not recorded as revenue, this
24 is -- this is a separate system because they're not
25 GEO funds.  They're detainee funds -- detainee

Page 87

1 welfare funds for Adelanto.  They're not part GEO's
2 general revenue.  They're not held in a GEO bank
3 account and then disbursed from GEO bank account.
4       It's a site-specific account for detainee
5 welfare.
6    Q   What role do detainees at GEO play in
7 determining how those funds are expended?
8       MR. BARNACLE:  Object to the form.
9       THE WITNESS:  I'm not at the facility to
10 speak to how those funds are judged to be
11 distributed, or what requests are made to the CORE.
12       I don't know if the CORE talks to the
13 detainees, if the facility administration talks to
14 the detainees, or if that's a discussion that takes
15 place between the facility, administration, and the
16 client, ICE.
17 BY MR. FREE:
18    Q   Are you aware that GEO's publicly stated
19 that it retains a small administrative fee for the
20 administration of these funds?
21    A   I'm not aware of any administration fee for
22 detainee welfare funds.
23    Q   So if Pablo Paez said that to lawyers, that
24 would be false?
25    A   I can only speak that I'm not aware, and I

Page 88

1 have never seen that there's been a small
2 administration fee kept for detainee welfare funds,
3 in my experience.
4    Q   So if Pablo Paez said that, that would not
5 be consistent with your experience?
6    A   That would not be consistent with my
7 experience, that's correct.
8    Q   Would the amount of any small
9 administration fee GEO collects, separate from the
10 actual 15 percent commission, be reflected anywhere
11 on Exhibit 67's financial summary?
12    A   Since I'm not aware of it at Adelanto, I do
13 not believe there is administration fee for the
14 administration of detainee welfare fund included in
15 any of the financial statements.
16    Q   Do you have any idea how much revenue comes
17 to GEO each year from the commissary accounts?
18       MR. BARNACLE:  Object to the form.
19       THE WITNESS:  I'm sorry.  I'm not sure I
20 understand the question.
21 BY MR. FREE:
22    Q   Do you know whether GEO generates any
23 revenue on a yearly basis, or otherwise, from its
24 operation of the commissary?
25    A   I don't believe GEO receives any

Page 89

23 (Pages 86 - 89)

1  compensation, particularly at Adelanto Facility.  In
2  some state contracts, we're able to reimburse for
3  the cost of personnel from the commissary operation,
4  but that's -- that doesn't occur at Adelanto.
5     Q   Why is a detainee welfare fund needed if
6  there's a resident related line item in the actual
7  part of the budget spreadsheet?
8     A   Detainee welfare funds, in my experience,
9  are very common accounts set up at any institution
10 that provides for additional recreation equipment,
11 special meals, you know, something outside the
12 ordinary that really wasn't included in a
13 contractual pricing.
14        And generally they're overseen by the
15 client as well so there has to be prior
16 authorization to utilize any of those funds, but
17 that's really just an industry practice.
18    Q   Should there be any expenditure of detainee
19 welfare fund monies on items that are covered in the
20 resident related expenses line item?
21        MR. BARNACLE:  Object to the form.
22        THE WITNESS:  What type of items?
23 BY MR. FREE:
24    Q   Well, you've told me about resident related
25 items earlier today in the deposition.  That's a

Page 90

1  Keefe commissary agreement, but what -- you know,
2  what happens with those funds are outside of the
3  terms of that agreement.
4        MR. FREE:  Thanks for your objection.
5        You can answer the question.
6        THE WITNESS:  There might be, in terms of
7  types of thinks purchased, some overlap.
8        So you could have recreation equipment
9  that's purchased through resident funds, or the
10 expenses listed.  But generally speaking, the
11 detainee welfare fund would be to enhance or add
12 additional equipment that hasn't been previously
13 provided.
14        And -- their special meals for holidays at
15 the designation of the client that they might
16 request to be paid for.
17        If we're bringing food in from an outside
18 vendor, for example, that is not GEO preparing the
19 food which, is something -- something that would be
20 contained in the original contract.
21        So the types of items can definately
22 overlap, but there would be reasons why detainee
23 welfare funds would be utilized; because it would be
24 something either additional, or of a more
25 substantial nature than what might be provided

Page 92

1  cost; right, that GEO incurs every year?
2        You've told me those are -- in general I'm
3  not going to quote back.
4        But you basically told me these are the
5  things that GEO is buying for people who are in the
6  Adelanto Facility as detainees, and that includes
7  everything that you've testified to earlier.  I'm
8  not going to summarize your testimony.
9        If I understand your testimony correctly,
10 the resident related operating cost shouldn't cover
11 things that are being paid for -- there should be no
12 overlap in the sorts of things that are purchased
13 that GEO gets money from ICE to do.
14        As opposed to money that GEO is taking from
15 detainee's expenditures of the commissary; do I
16 understand that correctly, or am I wrong about that
17 cost?
18        MR. BARNACLE:  Before you answer the
19 question -- sorry.  I didn't mean to cut you off.
20        MR. FREE:  That's all right.
21        MR. BARNACLE:  I'm going to lodge a general
22 objection that any questioning about a detainee
23 welfare fund is outside the scope of any of the
24 30(b)(6) topics that he's been designated for.
25        It's -- we certainly can talk about the

Page 91

1  without those funds.
2  BY MR. FREE:
3     Q   But all of that is dependent upon the
4  people who are inside Adelanto as detainees spending
5  money at the commissary, thus creating revenue
6  through the 15 percent commission that GEO can put
7  into its account; right?
8        Without the expenditures at the commissary,
9  by detainees, those funds don't exist?
10    A   Correct.  If detainees didn't purchase
11 items through the commissary, there would be no
12 detainee welfare fund that purchases can be made
13 from.
14    Q   Does GEO profit from commissary
15 operations?
16    A   No.
17    Q   GEO on its corporate website has stated:
18        "Any minimal commission from each
19        commissary sale almost entirely goes into a
20        welfare fund, which is used for
21        recreational equipment for detainees with a
22        small portion used to cover costs only."
23        That was from January 18, 2019.
24        What are the costs that commissions from
25 commissary sales would cover?

Page 93

24 (Pages 90 - 93)

1    A    So that's a general statement for the
2  entire company.  As I previously testified, at state
3  facilities there's certain items that are
4  reimbursable through commissary commissions or
5  profits.
6    Q    Can I just stop you?  I'm sorry.
7         This is regarding the Adelanto ICE
8  Processing Center.
9         So I'm asking specifically -- again, just
10 as we discussed before, we're not talking about all
11 of GEO's facilities.
12        This is a statement from GEO regarding the
13 Adelanto ICE Processing Center, in which they say --
14 GEO says:
15        "Any minimal commission from each
16        commissary sale almost entirely goes into a
17        welfare fund, which is used for recreation
18        equipment for detainees, with a small
19        portion used to cover costs only."
20        What operating costs is GEO covering with
21 commissions from the commissary?
22        MR. BARNACLE:  Object to the form.
23        THE WITNESS:  I would assume they'd be
24 referencing the 2.5 percent reimbursement for the
25 trash expenses, the waste removal.

Page 94

1      I'm not aware of any other expenses at
2  Adelanto that are reimbursed to GEO from the
3  commissary commissions.
4  BY MR. FREE:
5    Q    Well, you've said reimbursement, and that's
6  the part that I don't understand.
7         Is the 2.5 percent reimbursement on gross
8  sales, or is it commission on an individual sale,
9  if you know?
10   A    I don't know the distinction whether that's
11 gross sale, or on an individual sale.
12   Q    But if we had the contract that you
13 referred to earlier specifying the 2.5 percent, we
14 would know the answer to that question today;
15 right?
16   A    It should be delineated in that
17 amendment.
18   Q    And you knew that it existed before today,
19 and we don't have it; right?
20   A    Yes.  I reviewed it --
21   Q    All right.
22   A    -- and it's not here.
23   Q    Who sets the prices for commissary?
24   A    Commissary prices are negotiated between
25 GEO and Keefe, generally, on a annual basis; unless

Page 95

1  there's been a significant increase in an individual
2  item.
3    Q    How is the result of the negotiation
4  memorialized; in other words, what the agreement
5  looks like once they finish their negotiations?
6    A    Usually it's just a new menu, or commissary
7  menu is created that would say, okay, here's what
8  the costs are now.
9    Q    So the commissary order form or price list
10 would reflect the negotiation between Keefe and
11 GEO?
12   A    Yes.
13        MR. FREE:  I'm going to show you document
14 74.
15        (Exhibit 74 was marked for identification
16 by the court reporter and is attached hereto.)
17        MR. FREE:  I'm going to represent to you
18 this was a document that was filed in this case at
19 docket 205-3, I believe by GEO.
20 BY MR. FREE:
21   Q    Is this the commissary price list that we
22 were just discussing?
23   A    Yeah.  This is a commissary order form that
24 contains the prices of each item.
25   Q    Okay.  Is there any way to identify, from

Page 96

1  this commissary order form, which items are on-site
2  special commissary item sales sold by the facility;
3  as described in B to the Keefe agreement, which is
4  Exhibit 73?
5    A    In my experience with Keefe, any on-site
6  special items would be denoted with a nine-thousand
7  level item number, and I do not see any on this
8  document.
9    Q    You see on this the first page, it's 9805,
10 in the far left column, that's a personal mirror for
11 a $1.50; do you see that?
12   A    Yes.  I'm sorry.
13   Q    So that's one that's non-commissioned GEO
14 special selected item.
15        Do you see any others?
16        I don't see any.
17   A    I don't see any others.
18   Q    Okay.  Does GEO have the ability, under its
19 contract with Keefe, to specific certain items that
20 should be included on its list?
21   A    We can request certain items be added to
22 the list.  Certainly.
23   Q    Could those items be added, not as special
24 non-commissary items, but as just part of the menu
25 if GEO requested those things?

Page 97

25 (Pages 94 - 97)

1    A    That would be dependent on Keefe's ability
2 to procure the product through their warehouse.
3        That's why there are special facility level
4 products. If Keefe can't produce the product or get
5 it in its supply chain, then that's why there's a
6 special ability to have facility added products.
7    Q    Okay. And the account that the commissary
8 commission goes into, does the 2.5 percent
9 reimbursement go into it as well?
10   A    No.
11   Q    Where does that go?
12   A    That comes to GEO. I believe that's from a
13 Keefe corporate office to the GEO corporate office.
14 It's not handled locally, to my knowledge.
15       MR. FREE: Okay. We're going to take a
16 five-minute break, until 11:00 a.m.
17       At which point, I will ask you maybe three
18 or four more questions, but we're almost done.
19       Okay?
20       THE WITNESS: Okay.
21       MR. FREE: All right.
22       Okay. Thank you.
23       THE VIDEOGRAPHER: The time is 11:55, and
24 we're going off the record.
25       (Off the record.)

Page 98

1 based on those comparisons?
2    A    GEO senior management reviews flash records
3 or consolidated reports to get an understanding of
4 what is happening at the local facility level for
5 all of our facilities.
6        They use that to keep a understanding of
7 localized pressures, you know, population levels,
8 trends, statistics; and from that, senior management
9 can make decisions on direction to -- to either the
10 region office or to the facility level.
11   Q    Which senior managers were you referring to
12 specifically?
13   A    Senior managers -- I'm talking from the CEO
14 on down through the corporate office, also to the
15 region office, which is my level.
16   Q    Okay. So Mr. Donahue?
17   A    Mr. Donahue is a senior executive.
18   Q    Mr. Zoley?
19   A    Dr. Zoley is a CEO.
20   Q    I shouldn't have called him -- what's he a
21 doctor of? Sorry.
22   A    I don't know.
23   Q    Nobody does.
24       Mr. Venturella?
25   A    He is a senior level executive.

Page 100

1        THE VIDEOGRAPHER: The time is 11:08, and
2 we're back on the record.
3 BY MR. FREE:
4    Q    Mr. Hill, was there anything that you
5 recalled or remembered that caused you to have to
6 change any of your testimony so far?
7    A    No, sir.
8    Q    Everything you said is true?
9    A    Yes, to my knowledge.
10   Q    Anything to add?
11   A    No, sir.
12   Q    Okay. If I wanted to know the, either
13 actual or projected profitability of Adelanto to
14 GEO, I could use a flash report, as you've described
15 earlier, to measure the monthly revenue versus the
16 operating cost; right?
17       MR. BARNACLE: Object to the form.
18       THE WITNESS: Flash reports are generally
19 produced monthly looking at, you know, facility
20 level operations and how the gross margin compares
21 to what our budget was.
22       So that would be a monthly facility level
23 report that would compare the two scenarios.
24 BY MR. FREE:
25   Q    Okay. Does GEO make operational changes

Page 99

1    Q    Okay. Mr. Ragsdale?
2    A    Senior level executive.
3    Q    All right. So those reports show gross
4 margins?
5    A    Those reports show of summary of revenue,
6 consolidated expense line items, and gross margin.
7    Q    So you can look, if you're a GEO senior
8 manager, and see how profitable the facility's
9 looking from month to month; is that right?
10       MR. BARNACLE: Object to the form.
11       THE WITNESS: You can see the trends in the
12 gross margin from month to month.
13 BY MR. FREE:
14   Q    And if I wanted to know whether the use of
15 detained immigrant labor at Adelanto and its
16 fluctuation from month to month --
17       In other words, the amount in reimbursement
18 sought from ICE, from Voluntary Work Program shifts,
19 are not the same every month; right, they go up and
20 down?
21       If I wanted to know whether GEO was
22 employing more detained immigrant workers in a month
23 that followed a poor profitability month at
24 Adelanto, I could compare the flash report with the
25 gross margin, on the one hand, and then look the

Page 101

26 (Pages 98 - 101)

1 next month with additional detainee workers;
2 right?
3    A   The flash report would not contain any, you
4 know, specific information about a detainee in a
5 work program.  So you would have to probably look at
6 individual reimbursement requests invoices --
7    Q   Right.
8    A   -- to determine what was done from a
9 payment to detainees, but I don't think there's any
10 correlation between about how the facility performs
11 in a month and, you know, detainee work program.
12    Q   Is that based on anything you've actually
13 reviewed?
14    A   I've never reviewed a detainee work program
15 trend line in terms of how the facility was
16 performing, but there's very relatively low change
17 in the month of the bill from month to month.
18       I mean, there might be some fluctuations,
19 based on the number of days, but you're not seeing
20 like a 10,000 details worked to 20,000 details
21 worked, or a drop to 5,000 details worked.
22       I mean, there's relatively little variance
23 in the number of details worked from a
24 month-to-month basis.
25    Q   So if I were to test your proposition that

Page 102

1 there's no correlation between the profitability and
2 the average number of workers per month, I would
3 need something like the flash summary that you've
4 described, and I would also need to know the number
5 of workers per month; is that right?
6       And I could figure the numbers -- let me
7 finish the question.
8       And I could figure the numbers of worked --
9 numbers of shifts worked per month, in part at
10 least, from the reimbursements that are submitted
11 from those shifts; right?
12    A   If you wanted to test the correlation, you
13 would have to take the information from two separate
14 sources; either a monthly profit and loss type
15 statement or flash report, and compare it to a trend
16 line of the detainee participation in the work
17 program that you could get from the reimbursements
18 and/or look at adding whatever detainee pay was from
19 the expense account.
20    Q   Have you ever seen a month profit and loss
21 statement from Adelanto?
22    A   Yes.
23    Q   When's the last time you saw one of
24 those?
25    A   Last week.

Page 103

1    Q   In what context, were you looking at that
2 with your lawyers, or in some other context?
3    A   No.  That's just my capacity of my
4 responsibility as direct of business management.
5       At every month end close, I'm reviewing
6 profit and loss statements for my region for
7 completeness, and to look at any specific variances
8 that arise to a certain level that senior management
9 might need to be notified or that we need to
10 highlight in any consolidated reports.
11    Q   But you don't have any of those documents
12 with you today; right?
13    A   No.
14    Q   Why not?
15    A   I wasn't aware that I was bringing -- I
16 wasn't directed to bring them.
17    Q   Okay.  How'd you prepare for today's
18 deposition?
19    A   I spoke to internal counsel.
20    Q   Is that a GEO lawyer or?
21    A   GEO internal counsel.
22    Q   Okay.
23    A   I spoke to our counsel here (indicating).
24 I spoke to Greg Hillers at the facility just for
25 some information on the detainee work program, and I

Page 104

1 reviewed documents that were provided by -- by
2 Counsel that they thought would be produced and
3 discussed occurring this, so.
4    Q   Okay.  What's Mr. Hillers job title?
5    A   Business manager.
6    Q   Did you speak with him in the presence of
7 your counsel?
8    A   No.
9    Q   Okay.  What did Mr. Hillers tell you?
10    A   I asked if we had records of consolidated
11 kind of statement of detainee pay reimbursement.
12       And when -- you know, what occurred in 2014
13 that GEO started incurring the cost.  So he
14 refreshed my memory on, you know, the CORE made the
15 distinction that they'd only pay for five days in a
16 workweek -- five shifts in a work week, and there
17 were times when people were working seven days.
18       So that was primary just to refresh my
19 memory on what had occurred in 2014, why there was a
20 change in, you know, the line item for detainee pay,
21 why it wasn't all related.
22    Q   So your testimony earlier about the
23 detainee payroll line item, is based on
24 conversations you had with Mr. Hillers; is that
25 correct?

Page 105

27 (Pages 102 - 105)

1    A    In part, yes.
2    Q    Anything else?
3    A    No.
4    Q    What else is it based on?
5    A    Oh, no.  Just my recollection.
6    Q    Okay.
7    A    And my capacity.
8    Q    What else did you and Mr. Hillers talk
9  about?
10   A    That was the crux of the conversation I had
11 with him.
12   Q    I understand that was the crux, and that
13 might have been the majority; but what else did you
14 all talk about?
15   A    Specific to this lawsuit and this
16 testimony?
17   Q    I'm just asking you to tell me what the
18 conversation included.
19   A    It was a review; why did we start having a
20 separate line item for detainee pay and how that
21 determination was culminate, and he responded that
22 that was coming through the CORE through
23 conversations with him.  I didn't have all the
24 detail of it, but that was the conversation.
25   Q    Okay.  Aside from the instruction from the

Page 106

1  CORE, and the detainee payroll line item; what else
2  did you and Mr. Hillers talk about?
3    A    Nothing.
4    Q    Did you mention to Mr. Hillers that you had
5  already testified in one of these cases?
6    A    I don't believe so.
7    Q    Did you discuss with Mr. Hillers, either of
8  your understandings, whether your own or his, about
9  what this case, Novoa versus GEO, is about?
10   MR. BARNACLE:  Object to the form.
11   THE WITNESS:  We're both aware that there
12 was suit, but we didn't discuss any specifics.
13   I was just trying to get the specific
14 information on why there was a change in our
15 financials.
16 BY MR. FREE:
17   Q    What documents did you review in
18 preparation for today's deposition?
19   A    There were the 30(b)(6) document; there
20 were the actual budget exhibits that were included;
21 there were the contract document for Keefe, which
22 was provided, I saw the amendment, you know, just in
23 my review.  What else was I looking at?
24   And that was, I think, the extent of my
25 review.

Page 107

1    Q    Did you bring any documents with you
2  today?
3    A    I brought one.
4    Q    What did you bring?
5    A    It's a breakdown by month --
6    Q    May I?  Thanks.
7    A    -- of detainee payroll.
8    MR. FREE:  We'll make this Exhibit No. 75.
9    (Exhibit 75 was marked for identification
10 by the court reporter and is attached hereto.)
11   THE WITNESS:  Oh, no.  I'm sorry.  That's
12 all one document.
13 BY MR. FREE:
14   Q    Oh, this is all one document?
15   A    It's just by year and by month, which would
16 show what was billed to ICE and what the total
17 payment were.
18   So when you see ICE, that was reimbursed by
19 ICE; and what was GEO, that's what GEO's expense for
20 the detainee program was, and then the total.
21   Q    Who created this document?
22   A    That was created -- part of it by myself
23 and part of it at the facility level filling in some
24 of the detail.
25   Q    When did you create this document?

Page 108

1    A    Thursday or Friday of last week.
2    Q    Who at the facility -- at the Adelanto
3  Facility assisted you in creating this document?
4    A    Greg Hillers directed one of his employees
5  to produce part of it.
6    Q    Who?
7    A    I don't know specifically who.
8    Q    How do you know that Mr. Hillers directed
9  his employee to help you?
10   A    I guess I assume that's what happened.  It
11 could have been Mr. Hillers himself.
12   I just asked if he had the ability to fill
13 in any blanks that I had because I had the ICE part,
14 and he filled in the GEO part -- or his employees
15 did.
16   Q    So this document and the assumptions that
17 go into it regarding GEO's portion of reimbursement,
18 was part of your conversation with Mr. Hillers?
19   A    Yeah.  Why the change in the -- that GEO
20 was starting incurring costs related to the
21 Voluntary Work Program.  And so he said, no.  We did
22 start incurring costs because of the five day versus
23 seven day distinction.
24   And so pertinent to No. 9, I though I
25 should have at least a representation by month of

Page 109

28 (Pages 106 - 109)

1  what the delineation was between the ICE
2  reimbursement and what GEO's responsibility was.
3      Q    You said pertinent to No. 9, were you
4  talking about Topic No. 9?
5      A    I believe that was Topic No. 9.
6      Q    Okay.  Okay.  So you don't have any
7  specific information today regarding GEO's quarterly
8  profits at the Adelanto Facility; correct?
9      A    That's correct.
10     Q    You do not have any information today
11 regarding any monthly operating at Adelanto;
12 correct?
13     A    That's correct.
14     Q    And with respect pre-2013 monthly operating
15 costs, those may not be available at all; correct?
16     A    Not available to me.
17     Q    Okay.
18     A    I mean, there's a separate data base that
19 stores that information that is accessible by our
20 corporate finance team, but they would have to
21 produce that information because that information is
22 not available in our current financial reporting
23 system.
24     Q    So it's knowable, but not accessible
25 immediately to you?

Page 110

1      A    Correct.
2      Q    With respect to the monthly profit and loss
3  statements that you discussed, are there annual or
4  quarterly analogs to those profit and loss
5  statements?
6          You remember earlier telling me about the
7  P&L for Adelanto?
8      A    Yes.
9      Q    Okay.  Are those just monthly, or can you
10 run them for a quarter?
11     A    The system allows you to manipulate time
12 frames to look at different time frames, specific
13 time frames.
14         So if you wanted to look at monthly or
15 annual or quarterly, there's the ability within the
16 system to generate a report like that.
17     Q    And the symptom is the Hyperion system?
18     A    The Hyperion system, yes.
19     Q    How long would it take me to do that if I
20 had access to that data base?
21     A    It's a bit of a slow system.  So each
22 report would probably take anywhere from three to
23 five minutes to go through the prompts and
24 generate.
25     Q    Okay.  So for the quarter -- just producing

Page 111

1  one quarter would take between three and five
2  minutes to get that P&L?
3      A    Yeah, in general.
4      Q    All right.  So four quarters a year about,
5  you know, eight years of data.  May through
6  September -- May 2011 through September 2019.
7          The amount of time that would have taken
8  you or someone at GEO to do that would have been
9  three to five minutes times around thirty-two
10 quarters; right?
11     A    Roughly speaking.
12         MR. FREE:  Okay.  All right.  We'll enter
13 what you brought with you as Exhibit 75.
14 BY MR. FREE:
15     Q    Did Mr. Hillers tell you where he got the
16 information in the GEO column of this document,
17 Exhibit 75?
18     A    He did not.
19     Q    Did you ask?
20     A    I did not.
21     Q    Okay.  But my question earlier about if I
22 wanted to know the answer to Topic 9, about total
23 VWP reimbursements versus total monies --
24 reimbursements from ICE to GEO versus total monies
25 paid by GEO to detained immigrant, this document,

Page 112

1  Exhibit 75, provides that answer; correct?
2      A    If you were to add up the annual amounts,
3  you would have the amounts ICE reimbursed versus
4  what GEO paid and then a total.
5      Q    Understood.  Okay.  Based on your -- I'm
6  sorry.
7          Did you give this to your counsel?
8      A    I don't believe so.
9      Q    Exhibit 75?
10     A    I just have this.
11     Q    Okay.  Thanks for bringing it.
12         All right.  Is there anything else that you
13 wanted to testify to about today, or any answer that
14 you need to expand upon that I didn't give you an
15 opportunity to expand upon?
16     A    No, sir.
17     Q    Everything you said is true?
18     A    Yes, sir.
19         MR. FREE:  All right.  Mr. Hill we're going
20 to see each other again.  We're going to hold the
21 deposition open, pending the production of the
22 documents that you've discussed and some others that
23 GEO has agreed to produce.
24         And once we get those documents, we'll come
25 and ask you some more questions about them.  So

Page 113

29 (Pages 110 - 113)

1      we're going to hold the deposition open.
2      We're going to go off the record at 11:26,
3 which makes two hours and twenty -- I'm sorry.
4      Two hours and ten minutes on the record of
5 your deposition.
6      Thanks for coming in.
7      THE WITNESS:  Okay.
8      THE VIDEOGRAPHER:  The time is 11:26, and
9 we're going off the record.
10      (Whereupon, at 11:26 a.m., the videotaped
11 examination of JAMES CHARLES HILL (PMQ) was
12 concluded.)
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 114

1      I, KATHLEEN M. ALONA, CSR NO. 14219, do
2 hereby certify:
3      That prior to being examined, the witness
4 named in the foregoing deposition was by me duly
5 sworn to testify the truth, the whole truth, and
6 nothing but the truth.
7      That said deposition was taken before me at
8 the time and place herein set forth and was taken
9 down by me in shorthand and thereafter was
10 transcribed into typewriting under my direction and
11 supervision, and I hereby certify the foregoing
12 transcript is a full, true and correct transcript of
13 my shorthand notes so taken.
14      I further certify that I am neither counsel
15 for nor related to any party to said action, nor in
16 any way interested in the outcome thereof.
17      In witness whereof, I have hereunto
18 subscribed my name this 17th day of December, 2019.
19
20
21
22      KATHLEEN M. ALONA, CSR NO. 14219
23
24
25

Page 116

1      I, JAMES CHARLES HILL (PMQ), hereby declare
2 that I am the witness in the within matter, that I
3 have read the foregoing deposition and know the
4 contents thereof, and I declare that the same is
5 true of my own knowledge except as to those matters
6 which are therein stated upon my information and
7 belief, and as to those matters, I believe them to
8 be true.
9      I declare under penalty of perjury that the
10 foregoing is true and correct.
11      Executed on this _____ of _____,
12 2019, at _____, California.
13
14
15      _____
16      JAMES CHARLES HILL (PMQ)
17
18
19
20
21
22
23
24
25

Page 115

1      CHANGES AND SIGNATURE
     TO THE ORAL DEPOSITION OF
2      James Hill
     Volume 1
3      December 11, 2019
4 PAGE   LINE   CHANGE     REASON
5 _____
6 _____
7 _____
8 _____
9 _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 Job No. TX3789116

Page 117

30 (Pages 114 - 117)

1 ADRIENNE.SCHEFFEY.COM
2            December 18, 2019
3 RE: Novoa, Raul, Et Al v. The Geo Group, Inc.
4 DEPOSITION OF: James Hill (# 3789116)
5     The above-referenced witness transcript is
6 available for read and sign.
7     Within the applicable timeframe, the witness
8 should read the testimony to verify its accuracy. If
9 there are any changes, the witness should note those
10 on the attached Errata Sheet.
11     The witness should sign and notarize the
12 attached Errata pages and return to Veritext at
13 errata-tx@veritext.com.
14     According to applicable rules or agreements, if
15 the witness fails to do so within the time allotted,
16 a certified copy of the transcript may be used as if
17 signed.
18            Yours,
19            Veritext Legal Solutions
20 cc:  All counsel
21
22
23
24
25
                              Page 118

Veritext Legal Solutions
800-336-4000

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

# VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.