**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| **RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

This matter came before the Court on the Motion for Partial Summary Judgment filed by Plaintiffs on December 21, 2020. Having considered the motion, the memoranda in support and in opposition, and all evidence and arguments proffered by the parties, the Court finds there is no genuine issue of material fact and that Plaintiffs are entitled to partial summary judgment as a matter of law.

Specifically, the Court holds that Plaintiffs are entitled to summary judgment as to liability on Counts I, II, and III of the Third Amended Complaint (Dkt. 184), as to each of GEO's affirmative defenses, and for dismissal of GEO's conditional counterclaim.

Accordingly, the Court **GRANTS** partial summary judgment in favor of Plaintiffs and declares, as a matter of law, that the Adelanto Wage Class members are entitled to summary judgment on their claims arising under the California Minimum Wage Law and Wage Order No. 5, the California common law of unjust enrichment, and the California Unfair Competition Law, saving only the quantum of damages for determination at trial.

The Court further declares, as a matter of law, that Plaintiffs are entitled to dismissal of each of GEO's affirmative defenses and GEO's conditional counterclaim.

1    **IT IS SO ORDERED** this _____ day of _____, 20___.

2

3    _____

4    Hon. Jesus G. Bernal
     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28