**AKERMAN LLP**
ELLEN S. ROBBINS (SBN 298044)
ALICIA Y. HOU (SBN 254157)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone:  (213) 688-9500
Facsimile:  (213) 627-6342
Email:   alicia.hou@akerman.com
Email:   ellen.robbins@akerman.com

LAWRENCE D. SILVERMAN (admitted *pro hac vice*)
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Telephone:  (305) 374-5600
Facsimile:  (305) 374-5095
Email:   lawrence.silverman@akerman.com

ADRIENNE SCHEFFEY (admitted *pro hac vice*)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  (303) 260-7712
Facsimile:  (303) 260-7714
Email:   adrienne.scheffey@akerman.com

Attorneys for Defendant
THE GEO GROUP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. 5:17-cv-02514-JGB-SHKx<br><br>**DEFENDANT THE GEO GROUP, INC.'S APPLICATION TO FILE EXHIBITS TO SUMMARY JUDGMENT UNDER SEAL** |

| | |
|---|---|
| THE GEO GROUP, INC., <br><br>　　　　Counter-Claimant, <br>　　vs. <br><br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated, <br><br>　　　　Counter-Defendant. | TAC Filed:　　September 16, 2019 <br> SAC Filed:　　December 24, 2018 <br> FAC Filed:　　July 6, 2018 <br> Complaint Filed:　December 19, 2017 <br> Trial Date:　　March 30, 2021 |

# APPLICATION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT UNDER SEAL

Defendant The GEO Group, Inc. ("GEO"), by and through the undersigned counsel, hereby respectfully submits Defendant The GEO Group's Application for Leave to File Motion for Summary Judgment Under Seal ("Application"). This Application is made pursuant to Local Rule 79-5.2.2 (a) governing submission of documents under seal within a non-sealed civil case.

Under Local Rule 79-5.2.2 (a), a person seeking leave of Court to file some or all of a document under seal (the "Filing Party") must file an Application for Leave to File Under Seal and supporting declaration establishing good cause. Here, and as discussed in greater detail within the attached Declaration of Ellen S. Robbins, GEO seeks leave of Court to file certain exhibits to its Motion for Summary Judgment Under Seal. By and through this Application and supporting declaration, GEO seeks to prevent disclosure of confidential and sensitive government information, security related information, and proprietary and competitive business information related to the operation of its civil immigration detention facilities. In support of this Application, GEO submits the attached (1) Declaration of Ellen S. Robbins, (2) GEO's Proposed Order Granting GEO's Application for Leave to File Defendant The GEO Group, Inc.'s Motion for Summary Judgment Under Seal, and (3) Redacted versions of documents of which GEO seeks to file only a portion under seal; and (4) unredacted versions of the documents GEO proposes to file entirely under seal.

GEO seeks to file the following as partially under seal and hereby submits redacted copies of the same:

1. **Exhibit D-[05]** - Deposition of Plaintiff Abdiaziz Karim. Portions of Mr. Karim's deposition are also filed as **Exhibit S** to GEO's Motion to Decertify.

2. **Exhibit D-[07]** - Deposition of Plaintiff Ramon Mancia. Portions of Mr. Mancia's deposition are also filed as **Exhibit R** to GEO's Motion to Decertify.

3. **Exhibit E-[C]** - Segregation Reports.

4. **Exhibit E-[E]** - Detainee File for Plaintiff Raul Novoa. Portions of Mr. Novoa's deposition are also filed as **Exhibit D** to GEO's Motion to Decertify.

5. **Exhibit E-[F]** - Detainee File for Plaintiff Jaime Campos Fuentes.

6. **Exhibit E-[G]** - Detainee File for Plaintiff Abdiaziz Karim.

7. **Exhibit E-[H]** - Detainee File for Plaintiff Ramon Mancia.

8. **Exhibit E-[M]** - Dorm Inspections.

9. **Exhibit R-[2-6]** - Segregation Reports.

GEO seeks to file the following as entirely under seal:

1. **Exhibit C-[A]** - Intergovernmental Services Agreement.

2. **Exhibit C-[C]** - May 31, 2011 Amendment of Solicitation / Modification of Contract.

3. **Exhibit C-[E]** - December 19, 2019 "Direct" ICE Contract.

4. **Exhibit C-[F]** - Summary of Hygiene Expenses between November 2013 and April 2020.

5. **Exhibit C-[H]** - GEO's Policy on Rules of Detainee Conduct.

6. **Exhibit D-[22]** - Deposition of Jay Brooks, as designee of the Department of Homeland Security Immigration and Customs Enforcement ("ICE"), which was taken in this matter on December 11, 2020 pursuant to Federal Rule of Civil Procedure 30(b)(6). Excerpts of the deposition are also filed as **Exhibit A** to GEO's Motion to Decertify.

7. **Exhibit E-[D]** - Summary of Hygiene Expenses between November 2013 and April 2020.

8. **Exhibit E-[I]** - May 2011 Services Agreement between GEO and the City of Adelanto.

9. **Exhibit E-[J]** - June 2019 Bridge Contract.

For the reasons stated above, and as discussed in greater detail within the attached supporting declaration, GEO respectfully requests that the Court grant this Application and allow GEO to file its Motion for Summary Judgment and accompanying exhibits under seal.

Dated: December 21, 2020

**AKERMAN LLP**

By: */s/ Ellen S. Robbins*
    Ellen S. Robbins
    Alicia Y. Hou
    Adrienne Scheffey
    Attorneys for Defendant
    THE GEO GROUP, INC.