AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. 5:17-cv-02514-JGB-SHKx<br><br>**[PROPOSED] ORDER GRANTING GEO'S APPLICATION FOR LEAVE TO FILE DEFENDANT THE GEO GROUP, INC.'S EXHIBITS TO MOTION FOR SUMMARY JUDGMENT UNDER SEAL** |
| THE GEO GROUP, INC.,<br><br>Counter-Claimant,<br>vs.<br><br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Counter-Defendant. | TAC Filed:       September 16, 2019<br>SAC Filed:       December 24, 2018<br>FAC Filed:       July 6, 2018<br>Complaint Filed: December 19, 2017<br>Trial Date:      March 30, 2021 |

The Court, having considered Defendant The GEO Group, Inc.'s ("**GEO**") Application for Leave to File Exhibits to Defendant The GEO Group, Inc.'s Motion for Summary Judgment and Motion for Decertification Under Seal, and having found good cause, HEREBY ORDERS AS FOLLOWS:

The Court hereby **GRANTS** GEO's Application for Leave to File Defendant The GEO Group, Inc.'s exhibits to its Motion for Summary Judgment and Motion for Decertification Under Seal. GEO shall file the following documents under seal:

| DOCUMENT | PORTION TO BE FILED UNDER SEAL |
|---|---|
| 1. **Exhibit C-[A]** - Intergovernmental Services Agreement | Entire document |
| 2. **Exhibit C-[C]** - May 31, 2011 Amendment of Solicitation / Modification of Contract | Entire document |
| 3. **Exhibit C-[E]** - December 19, 2019 "Direct" ICE Contract | Entire document |
| 4. **Exhibit C-[F]** - Summary of Hygiene Expenses between November 2013 and April 2020 | Entire document |
| 5. **Exhibit C-[H]** - GEO's Policy on Rules of Detainee Conduct | Entire Document |
| 6. **Exhibit D-[05]** - Deposition of Plaintiff Abdiaziz Karim. Portions of Mr. Karim's deposition are also filed as **Exhibit S** to GEO's Motion to Decertify. | Detainee A-Number and personally identifiable information redacted |
| 7. **Exhibit D-[07]** - Deposition of | Detainee A-Number and personally |

**DECLARATION ISO APPLICATION FOR LEAVE TO FILE DEFENDANT THE GEO GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL**

| | | |
|---|---|---|
| | Plaintiff Ramon Mancia. Portions of Mr. Mancia's deposition are also filed as **Exhibit R** to GEO's Motion to Decertify. | identifiable information redacted |
| 8. | **Exhibit D-[22]** - Deposition of Jay Brooks, as designee of the Department of Homeland Security Immigration and Customs Enforcement ("ICE"), which was taken in this matter on December 11, 2020 pursuant to Federal Rule of Civil Procedure 30(b)(6). Excerpts of the deposition are also filed as **Exhibit A** to GEO's Motion to Decertify. | ICE has not provided any redactions to this transcript, as it is entitled to under the protective order governing this case. Accordingly, as Plaintiffs have similarly sought to do in ECF 407, GEO also files this deposition under seal to protect ICE's rights. |
| 9. | **Exhibit E-[C]** - Segregation Reports | Detainee A-Number and personally identifiable information redacted |
| 10. | **Exhibit E-[D]** - Summary of Hygiene Expenses between November 2013 and April 2020 | Entire Document |
| 11. | **Exhibit E-[E]** - Detainee File for Plaintiff Raul Novoa. Portions of Mr. Novoa's deposition are also filed as **Exhibit D** to GEO's Motion to Decertify. | Detainee A-Number and personally identifiable information redacted |
| 12. | **Exhibit E-[F]** - Detainee File for Plaintiff Jaime Campos Fuentes | Detainee A-Number and personally identifiable information redacted |

| | |
|---|---|
| 13. **Exhibit E-[G]** - Detainee File for Plaintiff Abdiaziz Karim | Detainee A-Number and personally identifiable information redacted |
| 14. **Exhibit E-[H]** - Detainee File for Plaintiff Ramon Mancia | Detainee A-Number and personally identifiable information redacted |
| 15. **Exhibit E-[I]** - May 2011 Services Agreement between GEO and the City of Adelanto | Entire Document |
| 16. **Exhibit E-[J]** - June 2019 Bridge Contract | Entire Document |
| 17. **Exhibit E-[M]** - Dorm Inspections | Document redacted for detainee privacy and to redact confidential business and security related information |
| 18. **Exhibit R-[2-6]** - Segregation Reports | Detainee A-Number and personally identifiable information redacted |

**IT IS SO ORDERED.**

DATED: _____     _____

HON. JESUS G BERNAL
UNITED STATES DISTRICT JUDGE