# REDACTED VERSION OF DOCUMENT TO BE FILED UNDER SEAL

# EXHIBIT D-[07]

1            UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

3

4   RAUL NOVOA, JAIME CAMPOS      )
    FUENTES, ABDIAZIZ KARIM,      )
5   and RAMON MANCIA,            )
    individually and on behalf    )
6   of all others similarly       )
    situated,                     )
7                                 )
           Plaintiffs,            ) CASE NO.
8                                 ) 5:17-cv-02514-JGB-SHK
                                  )
9   vs.                           )
                                  )
10                                )
    THE GEO GROUP,                )
11                                )
           Defendant.             )
12  _____ )
                                  )
13  And all related counterclaims
    _____ )

14

15

16            DEPOSITION OF RAMON MANCIA

17             MONDAY, OCTOBER 21, 2019

18                  1:02 P.M.

19

20

21

22

23

24   REPORTED BY:  KATHERINE FERGUSON, CSR NO. 12332

25             JOB NO. 170398

1          A    6373 1/2 Converse, Los Angeles, California,

2     90001.

3          Q    And how long have you lived at that

4     address?

5          A    Two weeks now.

6          Q    Where were you before that?

7          A    In Adelanto.

8          Q    And how long were you at Adelanto?

9          A    Six months.

10         Q    And where were you living before that?

11         A    14152 Gladeside Drive, that's La Mirada,

12    California.

13              (End of confidential testimony.)

14

15

16

17

18

19

20

21

22

23

24

25

Page 22

```
1          Q    Okay.  Did you talk to anyone other than
2     your attorneys about your declaration?
3          A    No.
4          Q    If you don't mind, please turn to paragraph
5     6.  Paragraph 6 states, "I learned about the work
6     program upon my entry to the Adelanto facility and
7     requested to take part in the program"; did I read
8     that correctly?
9          A    Correct.
10         Q    Can you tell me what you did to request to
11    take part in the program?
12         A    I filled out a job -- what they called a
13    job application in Adelanto to work.
14         Q    Okay.  Do you remember, sitting here right
15    now, what your first day at Adelanto was?
16         A    April 2nd -- as I recall right now, April
17    2nd.
18         Q    April 2nd of '19?
19         A    Yes.
20         Q    Do you remember how quickly, upon your
21    arrival at Adelanto, you filled out that application?
22         A    Yes.  Same day.
23         Q    Same day.  Okay.  Easy enough.
24              BARNACLE:  This will be 57.
25              (Exhibit 57 was marked for identification.)
```

TSG Reporting - Worldwide - 877-702-9580

1   name would be on, that they would write down whether

2   or not you worked as a porter on a given day?

3        A    No.

4        Q    Was there -- are you aware of anything that

5   the supervisor for you being a porter, are you aware

6   that that supervisor was writing down, in any way,

7   that you were working as a porter?

8        A    The only thing I got to see is we had to be

9   checked out from the dorm.  So he would let the

10  officer in charge of the dorm know I'm taking X and Y

11  out, let them know they're going out as a porter or

12  whatever.  That's the only thing I got to hear.

13       Q    Okay.  You said that part of your job as a

14  porter was refilling the water jugs.

15            Can you tell me what those water jugs are?

16       A    They're those Gatorade orange jugs.  So

17  there's two per dorm.  There's two, three, four, five

18  sides, so there's three different sides that we used

19  to collect the water jugs from every dorm, and their

20  trash, take them to the kitchen, refill them with ice

21  and water, throw away the trash and come back and put

22  the jugs back in the dorms.

23       Q    That would be drinking water for the dorms?

24       A    Correct.

25       Q    And how many times a day would you refill

Page 32

1    those jugs?

2         A    Myself?

3         Q    Yeah.

4         A    Twice a day.

5         Q    And do you know if they were being refilled

6    by other people at different times during the day?

7         A    I believe so, yes.

8         Q    Okay.  And you were getting that water from

9    the kitchen?

10        A    Correct.

11        Q    Okay.  If you don't mind turning to

12   paragraph 12.  It says, "Because of my detainee

13   status, Geo does not permit me to seek employment

14   from another employer outside the walls of the

15   Adelanto facility"; do you see that?

16        A    Yes, sir.

17        Q    Did you request, at any time to anyone at

18   Geo, that you be allowed to go outside of Adelanto

19   and find work?

20        A    No, I did not.

21        Q    Okay.  Why didn't you do that?

22        A    Because I was detained.  Couldn't leave.

23        Q    Okay.  If you don't mind looking at

24   paragraph 14.  And it says, "I participate in the

25   work program in order to buy daily necessities that

Page 47

1    food.

2    BY MR. BARNACLE:

3         Q    And who would say that to you?

4         A    The Geo officer.

5         Q    Did you ever refuse to do any of your

6    voluntary work program jobs?

7         A    No, I did not.

8         Q    Were you ever, during your time at

9    Adelanto, put into administrative segregation?

10        A    No, I wasn't.  I was threatened to be sent

11   to segregation, but it never happened.

12        Q    Were you ever put into disciplinary

13   segregation?

14        A    No.

15        Q    You said you were threatened to be put into

16   administrative segregation; what were you threatened

17   for?

18        A    The specific time, an officer from Geo, Ms.

19   Lacy, which I think she's a sergeant for Geo, went

20   into her room and the light had toothpaste, it had

21   toothpaste on the light.  And she said if you guys

22   don't clean it by the time I come back, there's going

23   to be some consequences.

24            MR. FREE:  Let the record reflect the

25   witness was pointing at the ceiling while he was

Page 48

1    providing his testimony.

2         A    She told us that and walked away.  She

3    said, Make sure the room is clean when I come back.

4    We had to take off the toothpaste from the light,

5    toothpaste from the walls to make sure there were no

6    consequences.

7         Q    Okay.  Are you aware of any detainee that

8    was put into administrative segregation for refusing

9    to clean?

10        A    Not that I spoke with.

11        Q    Okay.  Are you aware of any detainees that

12   were put into administrative segregation for refusing

13   to work at all?

14        A    I have heard stories from other inmates.

15        Q    Were you personally disciplined for

16   anything during your time at Adelanto?

17        A    No, I was not.

18             MR. BARNACLE:  Do you mind if we take a

19   break?

20             MR. FREE:  Yeah.

21             (Brief recess.)

22   BY MR. BARNACLE:

23        Q    Mr. Mancia, if you could, turn back to

24   Exhibit 57 for me, please.  If you could turn to page

25   30078.

Page 49

1      A    30 -- I'm sorry.

2      Q    30078.

3           Do you recognize what this document is?

4      A    Yes.

5      Q    What is it?

6      A    It's a Kite.

7      Q    What is a Kite?

8      A    Where you're able to request certain

9    things, for example, a change of shirts.

10     Q    Generally, what kind of things were you

11   allowed to request via a Kite?

12     A    A new shirt, boxers, socks, shoes.  That's

13   about it that I can remember at this moment.

14     Q    Okay.  So if we look at this one, it looks

15   like it's dated 6/24 of '19; is that correct?

16     A    Correct.

17     Q    It looks like you're saying "can I please

18   get a 3XL shirt"; is that correct?

19     A    Correct.

20     Q    And then it says, "all these soups are

21   making me fat"; can you tell me what you meant by

22   that?

23     A    I gained weight.

24     Q    When you're talking about the soup, what

25   soups are you talking about?

Page 50

1     A    The noddles that we order from commissary.

2     Q    Okay.  Did they give you a new T-shirt,

3    3XL; do you remember?

4     A    Yes, they did.

5     Q    Okay.  If you could turn to 30080.

6          And is this another Kite that you

7    submitted?

8     A    Yes, sir.

9     Q    And can you tell me what it was that you

10   were requesting on this one?

11    A    From my understanding, it was only three

12   people can visit you at a time.  So I was requesting

13   for my four kids and my wife to come see me for

14   Father's Day weekend.

15    Q    Okay.  And were all of your children and

16   wife allowed to come and see you?

17    A    Yes, they were.

18    Q    If we could turn to 30081, the next page.

19          Is this another Kite that you submitted?

20    A    Yes.

21    Q    And can you tell me what you were

22   requesting in this Kite?

23    A    Extra time, requesting extra time for my

24   family to spend more time with me.  Instead of an

25   hour, they approved me 30 more minutes, so I got 90

Page 51

1    minutes instead of 60 minutes.

2         Q    Is the standard visit time 60 minutes?

3              MR. FREE:   Object to form.

4         A    Correct.

5    BY MR. BARNACLE:

6         Q    And you asked for an additional 30 in this

7    Kite form?

8         A    Yes.

9         Q    And they granted you that request?

10        A    Yes, they did.

11        Q    So if you worked in the kitchen from about

12   June of '19, did you work in the kitchen from June of

13   '19 all the way through the end of your stay at

14   Adelanto?

15        A    Yes, sir, I did.

16        Q    And how many other individuals, on a daily

17   basis, would work in the kitchen with you?

18        A    During my shift?

19        Q    Yes.

20        A    No more than eight.

21        Q    Okay.  How many would it typically be?

22        A    It was a seven-man crew typically.

23        Q    Was it the same seven-person crew

24   throughout your time in the kitchen?

25        A    No.

1      A    No.

2      Q    But you didn't follow through with this

3  request at the time?

4           MR. FREE:  Object to form.

5      A    We decided not to get married in Adelanto.

6  BY MR. BARNACLE:

7      Q    And then when you were released, then you

8  got married; is that correct?

9      A    The following day after I got released.

10     Q    Okay.  If you go to the same document,

11 30094.

12          And do you recognize this document?

13     A    I don't.

14     Q    Are these -- if you see on the left side,

15 there are initials; are those your initials?

16          MR. FREE:  Object to form.

17     A    I believe so.

18 BY MR. BARNACLE:

19     Q    And then if you look towards the bottom

20 right side, it says "detainee's signature"; do you

21 see that?

22     A    Yeah.

23     Q    Is that your signature?

24     A    Yeah, sure.

25     Q    Do you recall, when you entered Adelanto,

Page 59

1    receiving a -- what is called a "Geo Supplemental

2    Detainee Handbook"?

3        A    Yes, I do recall that.

4        Q    And do you remember receiving something

5    called the "ICE Enrichment and Removal Operation

6    National Detainee Handbook"?

7        A    No.

8        Q    So what do you recall receiving when you

9    entered Adelanto?

10            MR. FREE:  Object to form.

11       A    A blue folder.

12   BY MR. BARNACLE:

13       Q    What was in the blue folder?

14       A    I believe it was the handbook.

15       Q    Okay.  And you signed this form?

16            MR. FREE:  Object to form.

17       A    Yes.

18            MR. BARNACLE:  Okay.  I don't have any

19   further questions.

20            MR. FREE:  Okay.  I might have a couple.

21            MS. WRIGHT:  Why don't we take a break.

22            MR. BARNACLE:  Okay.

23            (Brief recess.)

24

25                        EXAMINATION

Page 76

1   STATE OF CALIFORNIA       )
                              ) ss
2   COUNTY OF LOS ANGELES     )

3        I, KATHERINE FERGUSON, Certified Shorthand

4   Reporter, for the State of California, do hereby

5   certify:

6        That prior to being examined, the witness named in

7   the foregoing deposition, was by me duly sworn to

8   testify the truth, the whole truth and nothing but the

9   truth;

10       That the testimony of the witness and all

11  objections made at the time of the examination were

12  recorded stenographically by me;

13       That the foregoing transcript is a true record of

14  the testimony and all objections made at the time of the

15  examination.

16       Before completion of the deposition, review of the

17  transcript [ ] was [x] was not requested.  If requested,

18  any changes made by the deponent (and provided to the

19  reporter) during the period allowed are appended hereto.

20       I hereby certify that I am not interested in the

21  event of the action.

22       IN WITNESS WHEREOF, I have subscribed my name this

23  22nd day of October, 2019.

24       _____

25            Katherine Ferguson, CSR 12332

# Commissary Activity for Inmate

from 1/1/2019 to 10/15/2019

## PURCHASE Activity

| SITE ID | DATE | ORDER ID | FullName | ITEM | DESCRIPTION | QTY | PRICE | EXT | TAX |
|---------|------|----------|----------|------|-------------|-----|-------|-----|-----|
| 29034P | 4/3/2019 | 351278 | MANCIA, RAMON ALEJANDRO | 0120 | SCENTED LADY'S STICK | 1 | 3.35 | 3.35 | 0.27 |
| 29034P | 4/3/2019 | 351278 | MANCIA, RAMON ALEJANDRO | 0200 | 4OZ BABY POWDER | 1 | 0.95 | 0.95 | 0.08 |
| 29034P | 4/3/2019 | 351278 | MANCIA, RAMON ALEJANDRO | 2041 | FRENCH VANILLA CAPPUCCNO | 1 | 3.50 | 3.50 | 0.08 |
| 29034P | 4/3/2019 | 351278 | MANCIA, RAMON ALEJANDRO | 2071 | 10 OZ. HOT COCOA CLR (KF) | 2 | 2.60 | 5.20 | 0.00 |
| 29034P | 4/3/2019 | 351278 | MANCIA, RAMON ALEJANDRO | 2080 | SUGAR TWIN PACKET | 100 | 0.05 | 5.00 | 0.00 |
| 29034P | 4/3/2019 | 351278 | MANCIA, RAMON ALEJANDRO | 2283 | KEEFE COLOMBIAN BLEND | 1 | 4.25 | 4.25 | 0.00 |
| 29034P | 4/3/2019 | 351278 | MANCIA, RAMON ALEJANDRO | 2330 | 6OZ TR PUNCH KOOLAID CLR | 1 | 2.17 | 2.17 | 0.00 |
| 29034P | 4/3/2019 | 351278 | MANCIA, RAMON ALEJANDRO | 2726 | CINNAMON ROLL | 2 | 1.08 | 2.16 | 0.00 |
| 29034P | 4/3/2019 | 351278 | MANCIA, RAMON ALEJANDRO | 2789 | TAPATIO HOT SAUCE | 1 | 1.75 | 1.75 | 0.00 |
| 29034P | 4/3/2019 | 351278 | MANCIA, RAMON ALEJANDRO | 4010 | SNICKERS BAR | 2 | 0.98 | 1.96 | 0.00 |
| 29034P | 4/3/2019 | 351278 | MANCIA, RAMON ALEJANDRO | 5776 | COLONNA BROS SEASONED SALT | 1 | 3.04 | 3.04 | 0.00 |
| 29034P | 4/3/2019 | 351278 | MANCIA, RAMON ALEJANDRO | 6016 | LIME CHILI W/SHRIMP RAMEN | 20 | 0.58 | 11.60 | 0.00 |
| 29034P | 4/3/2019 | 351278 | MANCIA, RAMON ALEJANDRO | 6500 | PICKLE (HOT) | 1 | 0.95 | 0.95 | 0.00 |
| 29034P | 4/3/2019 | 351278 | MANCIA, RAMON ALEJANDRO | 6600 | FLOUR TORTILLAS | 1 | 1.75 | 1.75 | 0.00 |
| 29034P | 4/10/2019 | 352220 | MANCIA, RAMON ALEJANDRO | 1015 | MANILLA ENVELOPE | 1 | 0.25 | 0.25 | 0.02 |
| 29034P | 4/10/2019 | 352220 | MANCIA, RAMON ALEJANDRO | 2041 | FRENCH VANILLA CAPPUCCNO | 1 | 3.50 | 3.50 | 0.00 |
| 29034P | 4/10/2019 | 352220 | MANCIA, RAMON ALEJANDRO | 2071 | 10 OZ. HOT COCOA CLR (KF) | 3 | 2.60 | 7.80 | 0.00 |
| 29034P | 4/10/2019 | 352220 | MANCIA, RAMON ALEJANDRO | 2330 | 6OZ TR PUNCH KOOLAID CLR | 2 | 2.17 | 4.34 | 0.00 |
| 29034P | 4/10/2019 | 352220 | MANCIA, RAMON ALEJANDRO | 2726 | CINNAMON ROLL | 4 | 1.08 | 4.32 | 0.00 |
| 29034P | 4/10/2019 | 352220 | MANCIA, RAMON ALEJANDRO | 6016 | LIME CHILI W/SHRIMP RAMEN | 20 | 0.58 | 11.60 | 0.00 |
| 29034P | 4/10/2019 | 352220 | MANCIA, RAMON ALEJANDRO | 6046 | CHICKEN RAMEN | 5 | 0.58 | 2.90 | 0.00 |
| 29034P | 4/10/2019 | 352220 | MANCIA, RAMON ALEJANDRO | 6048 | BEEF RAMEN | 5 | 0.58 | 2.90 | 0.00 |
| 29034P | 4/10/2019 | 352220 | MANCIA, RAMON ALEJANDRO | 6050 | KK INSTANT RICE | 1 | 1.08 | 1.08 | 0.00 |
| 29034P | 4/10/2019 | 352220 | MANCIA, RAMON ALEJANDRO | 6165 | BBQ CHIPS 6OZ | 2 | 1.65 | 3.30 | 0.00 |
| 29034P | 4/10/2019 | 352220 | MANCIA, RAMON ALEJANDRO | 6171 | HOT CORN CHIPS | 2 | 2.72 | 5.44 | 0.00 |
| 29034P | 4/10/2019 | 352220 | MANCIA, RAMON ALEJANDRO | 6429 | CA JALAP CHEESE SQUEEZE | 1 | 0.73 | 0.73 | 0.00 |
| 29034P | 4/10/2019 | 352220 | MANCIA, RAMON ALEJANDRO | 6600 | FLOUR TORTILLAS | 2 | 1.75 | 3.50 | 0.00 |
| 29034P | 4/10/2019 | 352220 | MANCIA, RAMON ALEJANDRO | 6673 | RICE NOODLES | 1 | 1.10 | 1.10 | 0.00 |
| 29034P | 4/10/2019 | 352220 | MANCIA, RAMON ALEJANDRO | 6700 | SV REFRIED BEANS | 1 | 2.09 | 2.09 | 0.00 |
| 29034P | 4/17/2019 | 353305 | MANCIA, RAMON ALEJANDRO | 0200 | 4OZ BABY POWDER | 1 | 0.95 | 0.95 | 0.08 |
| 29034P | 4/17/2019 | 353305 | MANCIA, RAMON ALEJANDRO | 0750 | NAIL CLIPPER NO FILE | 1 | 0.70 | 0.70 | 0.06 |
| 29034P | 4/17/2019 | 353305 | MANCIA, RAMON ALEJANDRO | 0760 | COTTON SWABS 100CT BOX | 1 | 1.10 | 1.10 | 0.09 |
| 29034P | 4/17/2019 | 353305 | MANCIA, RAMON ALEJANDRO | 1166 | EAR BUD | 1 | 3.98 | 3.98 | 0.31 |
| 29034P | 4/17/2019 | 353305 | MANCIA, RAMON ALEJANDRO | 2726 | CINNAMON ROLL | 4 | 1.08 | 4.32 | 0.00 |
| 29034P | 4/17/2019 | 353305 | MANCIA, RAMON ALEJANDRO | 3031 | ZC ORNO-PNAPPLE CRMS 6OZ | 2 | 1.05 | 2.10 | 0.00 |
| 29034P | 4/17/2019 | 353305 | MANCIA, RAMON ALEJANDRO | 6016 | LIME CHILI W/SHRIMP RAMEN | 20 | 0.58 | 11.60 | 0.00 |
| 29034P | 4/17/2019 | 353305 | MANCIA, RAMON ALEJANDRO | 6171 | HOT CORN CHIPS | 2 | 2.72 | 5.44 | 0.00 |

Commissary Activity for Inmate over Date Range
10/15/2019



Confidential

GEO-Novoa_0030149

Commissary Activity for Inmate   from 11/1/2019  to  10/15/2019

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 29034P | 4/17/2019 | 353305 | | MANCIA, RAMON ALEJANDRO | 6172 | BC CHILI NO BEANS | 1 | 2.35 | 2.35 | 0.00 |
| 29034P | 4/17/2019 | 353305 | | MANCIA, RAMON ALEJANDRO | 6202 | SRIACHA HOT SAUCE | 1 | 4.97 | 4.97 | 0.00 |
| 29034P | 4/17/2019 | 353305 | | MANCIA, RAMON ALEJANDRO | 6600 | FLOUR TORTILLAS | 2 | 1.75 | 3.50 | 0.00 |
| 29034P | 4/17/2019 | 353305 | | MANCIA, RAMON ALEJANDRO | 6700 | SV REFRIED BEANS | 1 | 2.09 | 2.09 | 0.00 |
| 29034P | 4/24/2019 | 354313 | | MANCIA, RAMON ALEJANDRO | 6174 | BC HOT CHILI W/ BEANS | 1 | 2.35 | 2.35 | 0.00 |
| 29034P | 5/1/2019 | 355589 | | MANCIA, RAMON ALEJANDRO | 1200 | AAA 4/PK ION3 BATTERIES | 1 | 1.65 | 1.65 | 0.13 |
| 29034P | 5/1/2019 | 355589 | | MANCIA, RAMON ALEJANDRO | 1415 | GEN_CUP W/LID_22 OZ_240/CS_WHITE | 1 | 0.65 | 0.65 | 0.05 |
| 29034P | 5/1/2019 | 355589 | | MANCIA, RAMON ALEJANDRO | 2071 | 10 OZ. HOT COCOA CLR (KF) | 2 | 2.60 | 5.20 | 0.00 |
| 29034P | 5/1/2019 | 355589 | | MANCIA, RAMON ALEJANDRO | 2726 | CINNAMON ROLL | 2 | 1.08 | 2.16 | 0.00 |
| 29034P | 5/1/2019 | 355589 | | MANCIA, RAMON ALEJANDRO | 6016 | LIME CHILI W/SHRIMP RAMEN | 20 | 0.58 | 11.60 | 0.00 |
| 29034P | 5/1/2019 | 355589 | | MANCIA, RAMON ALEJANDRO | 6105 | BBQ POTATO CHIPS | 2 | 0.95 | 1.90 | 0.00 |
| 29034P | 5/1/2019 | 355589 | | MANCIA, RAMON ALEJANDRO | 6172 | BC CHILI NO BEANS | 1 | 2.35 | 2.35 | 0.00 |
| 29034P | 5/8/2019 | 356720 | | MANCIA, RAMON ALEJANDRO | 0363 | STYLING GEL W/ALOE VERA | 1 | 3.45 | 3.45 | 0.28 |
| 29034P | 5/8/2019 | 356720 | | MANCIA, RAMON ALEJANDRO | 1120 | THANK YOU CARD W/O STAMP | 3 | 0.85 | 2.55 | 0.20 |
| 29034P | 5/8/2019 | 356720 | | MANCIA, RAMON ALEJANDRO | 2071 | 10 OZ. HOT COCOA CLR (KF) | 3 | 2.60 | 7.80 | 0.00 |
| 29034P | 5/8/2019 | 356720 | | MANCIA, RAMON ALEJANDRO | 2330 | 6OZ TR. PUNCH KOOLAID CLR | 1 | 2.17 | 2.17 | 0.00 |
| 29034P | 5/8/2019 | 356720 | | MANCIA, RAMON ALEJANDRO | 6127 | HOT SPICY PORK RINDS | 3 | 1.55 | 4.65 | 0.00 |
| 29034P | 5/8/2019 | 356720 | | MANCIA, RAMON ALEJANDRO | 6150 | KEEFE 10 OZ NACHO CHIPS | 1 | 2.60 | 2.60 | 0.00 |
| 29034P | 5/8/2019 | 356720 | | MANCIA, RAMON ALEJANDRO | 6171 | HOT CORN CHIPS | 1 | 2.72 | 2.72 | 0.00 |
| 29034P | 5/8/2019 | 356720 | | MANCIA, RAMON ALEJANDRO | 6501 | PICKLE (MILD) | 2 | 0.95 | 1.90 | 0.00 |
| 29034P | 5/8/2019 | 356720 | | MANCIA, RAMON ALEJANDRO | 6700 | SV REFRIED BEANS | 1 | 2.09 | 2.09 | 0.00 |
| 29034P | 5/15/2019 | 357851 | | MANCIA, RAMON ALEJANDRO | 0050 | HAIRDRESS 5 OZ | 1 | 2.30 | 2.30 | 0.18 |
| 29034P | 5/15/2019 | 357851 | | MANCIA, RAMON ALEJANDRO | 1015 | MANILLA ENVELOPE | 1 | 0.25 | 0.25 | 0.02 |
| 29034P | 5/15/2019 | 357851 | | MANCIA, RAMON ALEJANDRO | 2392 | COKE 20 OZ. | 1 | 1.77 | 1.77 | 0.14 |
| 29034P | 5/15/2019 | 357851 | | MANCIA, RAMON ALEJANDRO | 3031 | ZC ORNG-PNAPPLE CRMS 6OZ | 2 | 1.05 | 2.10 | 0.00 |
| 29034P | 5/15/2019 | 357851 | | MANCIA, RAMON ALEJANDRO | 3035 | ZC CHOC CHIP COOKIES 6OZ | 2 | 1.05 | 2.10 | 0.00 |
| 29034P | 5/15/2019 | 357851 | | MANCIA, RAMON ALEJANDRO | 6105 | BBQ POTATO CHIPS | 1 | 0.95 | 0.95 | 0.00 |
| 29034P | 5/15/2019 | 357851 | | MANCIA, RAMON ALEJANDRO | 6150 | KEEFE 10 OZ NACHO CHIPS | 1 | 2.60 | 2.60 | 0.00 |
| 29034P | 5/15/2019 | 357851 | | MANCIA, RAMON ALEJANDRO | 6159 | CHEETOS FLMN HOT 1.75-OZ | 3 | 1.00 | 3.00 | 0.00 |
| 29034P | 5/15/2019 | 357851 | | MANCIA, RAMON ALEJANDRO | 6178 | FC MACKEREL | 2 | 1.58 | 3.16 | 0.00 |
| 29034P | 5/22/2019 | 358996 | | MANCIA, RAMON ALEJANDRO | 0821 | PALM BRUSH | 1 | 0.35 | 0.35 | 0.03 |
| 29034P | 5/22/2019 | 358996 | | MANCIA, RAMON ALEJANDRO | 1200 | AAA 4/PK ION3 BATTERIES | 1 | 1.65 | 1.65 | 0.13 |
| 29034P | 5/22/2019 | 358996 | | MANCIA, RAMON ALEJANDRO | 6016 | LIME CHILI W/SHRIMP RAMEN | 20 | 0.58 | 11.60 | 0.00 |
| 29034P | 5/22/2019 | 358996 | | MANCIA, RAMON ALEJANDRO | 6127 | HOT SPICY PORK RINDS | 1 | 1.55 | 1.55 | 0.00 |
| 29034P | 5/22/2019 | 358996 | | MANCIA, RAMON ALEJANDRO | 6150 | KEEFE 10 OZ NACHO CHIPS | 1 | 2.60 | 2.60 | 0.00 |
| 29034P | 5/22/2019 | 358996 | | MANCIA, RAMON ALEJANDRO | 6171 | HOT CORN CHIPS | 1 | 2.72 | 2.72 | 0.00 |
| 29034P | 5/22/2019 | 358996 | | MANCIA, RAMON ALEJANDRO | 6178 | FC MACKEREL | 2 | 1.58 | 3.16 | 0.00 |
| 29034P | 5/29/2019 | 360332 | | MANCIA, RAMON ALEJANDRO | 2071 | 10 OZ. HOT COCOA CLR (KF) | 1 | 2.60 | 2.60 | 0.00 |
| 29034P | 6/5/2019 | 361234 | | MANCIA, RAMON ALEJANDRO | 0273 | LIP BALM | 1 | 1.10 | 1.10 | 0.09 |

Confidential

GEO-Novoa_00030150

Commissary Activity for Inmate ▓▓▓▓▓▓ from 4/1/2019   to   10/15/2019

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 29034P | 6/5/2019 | 361234 | | MANCIA, RAMON ALEJANDRO | 0500 8-OZ MOUTHWASH_ORAL HEALTH RI | 1 | 1.15 | 1.15 | 0.09 |
| 29034P | 6/5/2019 | 361234 | | MANCIA, RAMON ALEJANDRO | 0750 NAIL CLIPPER NO FILE | 1 | 0.70 | 0.70 | 0.06 |
| 29034P | 6/5/2019 | 361234 | | MANCIA, RAMON ALEJANDRO | 1015 MANILLA ENVELOPE | 1 | 0.25 | 0.25 | 0.02 |
| 29034P | 6/5/2019 | 361234 | | MANCIA, RAMON ALEJANDRO | 1040 FLEX PEN | 1 | 0.55 | 0.55 | 0.04 |
| 29034P | 6/5/2019 | 361234 | | MANCIA, RAMON ALEJANDRO | 1120 THANK YOU CARD W/O STAMP | 1 | 0.85 | 0.85 | 0.07 |
| 29034P | 6/5/2019 | 361234 | | MANCIA, RAMON ALEJANDRO | 3035 ZC CHOC CHIP COOKIES 6OZ | 2 | 1.05 | 2.10 | 0.00 |
| 29034P | 6/5/2019 | 361234 | | MANCIA, RAMON ALEJANDRO | 6127 HOT SPICY PORK RINDS | 2 | 1.55 | 3.10 | 0.00 |
| 29034P | 6/5/2019 | 361234 | | MANCIA, RAMON ALEJANDRO | 6159 CHEETOS FLMN HOT 1.75-OZ | 2 | 1.00 | 2.00 | 0.00 |
| 29034P | 6/5/2019 | 361234 | | MANCIA, RAMON ALEJANDRO | 6171 HOT CORN CHIPS | 1 | 2.72 | 2.72 | 0.00 |
| 29034P | 6/5/2019 | 361234 | | MANCIA, RAMON ALEJANDRO | 6262 MAYONNAISE 12PK | 1 | 1.12 | 1.12 | 0.00 |
| 29034P | 6/5/2019 | 361234 | | MANCIA, RAMON ALEJANDRO | 6500 PICKLE (HOT) | 2 | 0.95 | 1.90 | 0.00 |
| 29034P | 6/5/2019 | 361234 | | MANCIA, RAMON ALEJANDRO | 6600 FLOUR TORTILLAS | 2 | 1.75 | 3.50 | 0.00 |
| 29034P | 6/12/2019 | 362376 | | MANCIA, RAMON ALEJANDRO | 2071 10 OZ. HOT COCOA CLR (KF) | 2 | 2.60 | 5.20 | 0.00 |
| 29034P | 6/12/2019 | 362376 | | MANCIA, RAMON ALEJANDRO | 3035 ZC CHOC CHIP COOKIES 6OZ | 5 | 1.05 | 5.25 | 0.00 |
| 29034P | 6/12/2019 | 362376 | | MANCIA, RAMON ALEJANDRO | 3245 (EA)ZC D-DUNX | 5 | 0.42 | 2.10 | 0.00 |
| 29034P | 6/12/2019 | 362376 | | MANCIA, RAMON ALEJANDRO | 6016 LIME CHILI W/SHRIMP RAMEN | 20 | 0.58 | 11.60 | 0.00 |
| 29034P | 6/12/2019 | 362376 | | MANCIA, RAMON ALEJANDRO | 6127 HOT SPICY PORK RINDS | 3 | 1.55 | 4.65 | 0.00 |
| 29034P | 6/19/2019 | 363726 | | MANCIA, RAMON ALEJANDRO | 1040 FLEX PEN | 2 | 0.55 | 1.10 | 0.09 |
| 29034P | 6/19/2019 | 363726 | | MANCIA, RAMON ALEJANDRO | 1103 BIRTHDAY CARD | 1 | 0.85 | 0.85 | 0.07 |
| 29034P | 6/19/2019 | 363726 | | MANCIA, RAMON ALEJANDRO | 6016 LIME CHILI W/SHRIMP RAMEN | 20 | 0.58 | 11.60 | 0.00 |
| 29034P | 6/26/2019 | 365026 | | MANCIA, RAMON ALEJANDRO | 2080 SUGAR TWIN PACKET | 100 | 0.05 | 5.00 | 0.00 |
| 29034P | 6/26/2019 | 365026 | | MANCIA, RAMON ALEJANDRO | 3245 (EA)ZC D-DUNX | 10 | 0.42 | 4.20 | 0.00 |
| 29034P | 6/26/2019 | 365026 | | MANCIA, RAMON ALEJANDRO | 6016 LIME CHILI W/SHRIMP RAMEN | 20 | 0.58 | 11.60 | 0.00 |
| 29034P | 6/26/2019 | 365026 | | MANCIA, RAMON ALEJANDRO | 6178 FC MACKEREL | 3 | 1.58 | 4.74 | 0.00 |
| 29034P | 8/14/2019 | 372954 | | MANCIA, RAMON ALEJANDRO | 1101 JUVENILE BIRTHDAY CARD W/O STAM | 1 | 0.85 | 0.85 | 0.07 |
| 29034P | 8/14/2019 | 372954 | | MANCIA, RAMON ALEJANDRO | 3245 (EA)ZC D-DUNX | 20 | 0.42 | 8.40 | 0.00 |

Confidential

GEO-Novoa_00030151

*Commissary Activity for Inmate over Date Range*
*10/15/2019*

Commissary Activity for Inmate ▆▆▆▆ from 1/1/2019 to 10/15/2019

Confidential

|         |           | PURCHASE | Total  |
|---------|-----------|----------|--------|
| 351278  | 4/3/2019  | 47.63    | 47.63  |
|         |           | 0.35     | 0.35   |
| 352220  | 4/10/2019 | 54.85    | 54.85  |
|         |           | 0.02     | 0.02   |
| 353305  | 4/17/2019 | 43.10    | 43.10  |
|         |           | 0.54     | 0.54   |
| 354313  | 4/24/2019 | 2.35     | 2.35   |
|         |           | 0.00     | 0.00   |
| 355589  | 5/1/2019  | 25.51    | 25.51  |
|         |           | 0.18     | 0.18   |
| 356720  | 5/8/2019  | 29.93    | 29.93  |
|         |           | 0.48     | 0.48   |
| 357851  | 5/15/2019 | 18.23    | 18.23  |
|         |           | 0.34     | 0.34   |
| 358996  | 5/22/2019 | 23.63    | 23.63  |
|         |           | 0.16     | 0.16   |
| 360332  | 5/29/2019 | 2.60     | 2.60   |
|         |           | 0.00     | 0.00   |
| 361234  | 6/5/2019  | 21.04    | 21.04  |
|         |           | 0.37     | 0.37   |
| 362376  | 6/12/2019 | 28.80    | 28.80  |
|         |           | 0.00     | 0.00   |
| 363726  | 6/19/2019 | 13.55    | 13.55  |
|         |           | 0.16     | 0.16   |
| 365026  | 6/26/2019 | 25.54    | 25.54  |
|         |           | 0.00     | 0.00   |
| 372954  | 8/14/2019 | 9.25     | 9.25   |
|         |           | 0.07     | 0.07   |
| Total   |           | 346.01   | 346.01 |
|         |           | 2.67     | 2.67   |

*Commissary Activity for Inmate over Date Range*
*10/15/2019*

10/15/2019

3

GEO-Novoa_00030152

```
                              Resident Account Summary
                           Tuesday, October 15, 2019  @09:05
```

For CIN: ███████████   MANCIA, RAMON ALEJANDRO

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|------|-------------|-------------|--------|---------|------|------|-----------|
| 10/11/2019 | CASH KIOSK | RELEASE OR CLOSEOUT TRANSA | -3.14 | 0.00 | 0.00 | 0.00 | 10/11/2019 |
| 10/11/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -0.26 | 3.14 | 0.00 | 0.00 | 10/11/2019 |
| 10/11/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -0.17 | 3.40 | 0.00 | 0.00 | 10/11/2019 |
| 10/11/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -0.17 | 3.57 | 0.00 | 0.00 | 10/11/2019 |
| 10/11/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -0.09 | 3.74 | 0.00 | 0.00 | 10/11/2019 |
| 10/10/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -1.30 | 3.83 | 0.00 | 0.00 | 10/10/2019 |
| 10/10/2019 | DET PAYROLL | KITCHEN 10/9/19 | 1.00 | 5.13 | 0.00 | 0.00 | 10/10/2019 |
| 10/07/2019 | DET PAYROLL | PAYROLL 10/06/19 | 1.00 | 4.13 | 0.00 | 0.00 | 10/07/2019 |
| 10/07/2019 | DET PAYROLL | KITCHEN 10/5/19 | 1.00 | 3.13 | 0.00 | 0.00 | 10/07/2019 |
| 09/26/2019 | POST BATT H | POSTAGE 1 PER | -0.50 | 2.13 | 0.00 | 0.00 | 09/26/2019 |
| 09/13/2019 | POST BATT H | POSTAGE 1 PER | -0.65 | 2.63 | 0.00 | 0.00 | 09/13/2019 |
| 09/10/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -3.03 | 3.28 | 0.00 | 0.00 | 09/10/2019 |
| 09/10/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -3.89 | 6.31 | 0.00 | 0.00 | 09/10/2019 |
| 09/10/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -0.09 | 10.20 | 0.00 | 0.00 | 09/10/2019 |
| 09/09/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -3.80 | 10.29 | 0.00 | 0.00 | 09/09/2019 |
| 09/09/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -0.26 | 14.09 | 0.00 | 0.00 | 09/09/2019 |
| 09/09/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -3.63 | 14.35 | 0.00 | 0.00 | 09/09/2019 |
| 09/08/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -2.07 | 17.98 | 0.00 | 0.00 | 09/08/2019 |
| 09/08/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -1.99 | 20.05 | 0.00 | 0.00 | 09/08/2019 |
| 09/08/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -1.04 | 22.04 | 0.00 | 0.00 | 09/08/2019 |
| 09/08/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -2.25 | 23.08 | 0.00 | 0.00 | 09/08/2019 |
| 09/07/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -0.09 | 25.33 | 0.00 | 0.00 | 09/07/2019 |
| 09/07/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -0.78 | 25.42 | 0.00 | 0.00 | 09/07/2019 |
| 09/07/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -3.89 | 26.20 | 0.00 | 0.00 | 09/07/2019 |
| 09/07/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -0.95 | 30.09 | 0.00 | 0.00 | 09/07/2019 |
| 09/07/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -1.90 | 31.04 | 0.00 | 0.00 | 09/07/2019 |
| 09/06/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -3.63 | 32.94 | 0.00 | 0.00 | 09/06/2019 |
| 09/06/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -0.26 | 36.57 | 0.00 | 0.00 | 09/06/2019 |
| 09/06/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -0.69 | 36.83 | 0.00 | 0.00 | 09/06/2019 |
| 09/06/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -0.69 | 37.52 | 0.00 | 0.00 | 09/06/2019 |
| 09/06/2019 | POST BATT H | POSTAGE 1 PER | -0.50 | 38.21 | 0.00 | 0.00 | 09/06/2019 |
| 09/06/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -2.16 | 38.71 | 0.00 | 0.00 | 09/06/2019 |
| 09/06/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -0.17 | 40.87 | 0.00 | 0.00 | 09/06/2019 |
| 09/05/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -2.25 | 41.04 | 0.00 | 0.00 | 09/05/2019 |
| 09/05/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -1.21 | 43.29 | 0.00 | 0.00 | 09/05/2019 |
| 09/05/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -0.35 | 44.50 | 0.00 | 0.00 | 09/05/2019 |
| 09/05/2019 | POST BATT H | POSTAGE 1 PER | -0.50 | 44.85 | 0.00 | 0.00 | 09/05/2019 |
| 09/05/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -0.95 | 45.35 | 0.00 | 0.00 | 09/05/2019 |
| 09/04/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -2.68 | 46.30 | 0.00 | 0.00 | 09/04/2019 |
| 09/04/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -0.69 | 48.98 | 0.00 | 0.00 | 09/04/2019 |
| 09/04/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -1.12 | 49.67 | 0.00 | 0.00 | 09/04/2019 |
| 09/04/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -2.85 | 50.79 | 0.00 | 0.00 | 09/04/2019 |
| 09/04/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -1.47 | 53.64 | 0.00 | 0.00 | 09/04/2019 |
| 09/03/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -1.21 | 55.11 | 0.00 | 0.00 | 09/03/2019 |
| 09/03/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -1.04 | 56.32 | 0.00 | 0.00 | 09/03/2019 |
| 09/03/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -0.17 | 57.36 | 0.00 | 0.00 | 09/03/2019 |
| 09/03/2019 | SECUREDEPOS | 33008043 Salguero Roxana I | 50.00 | 57.53 | 0.00 | 0.00 | 09/03/2019 |
| 09/03/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -0.95 | 7.53 | 0.00 | 0.00 | 09/03/2019 |
| 09/03/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -0.78 | 8.48 | 0.00 | 0.00 | 09/03/2019 |
| 09/03/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -3.89 | 9.26 | 0.00 | 0.00 | 09/03/2019 |
| 09/02/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -0.26 | 13.15 | 0.00 | 0.00 | 09/02/2019 |
| 08/31/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -1.90 | 13.41 | 0.00 | 0.00 | 08/31/2019 |
| 08/31/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -2.25 | 15.31 | 0.00 | 0.00 | 08/31/2019 |
| 08/31/2019 | SECUREDEPOS | 36668867 Cabrera Lorena | 10.00 | 17.56 | 0.00 | 0.00 | 08/31/2019 |
| 08/31/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -0.35 | 7.56 | 0.00 | 0.00 | 08/31/2019 |
| 08/30/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -1.73 | 7.91 | 0.00 | 0.00 | 08/30/2019 |
| 08/30/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -0.09 | 9.64 | 0.00 | 0.00 | 08/30/2019 |
| 08/30/2019 | PHONE PURCH. | PHONE TIME PURCHASE | -3.03 | 9.73 | 0.00 | 0.00 | 08/30/2019 |

Page 1




DEPOSITION EXHIBIT
59
PENGAD 800-631-6989

Resident Account Summary
Tuesday, October 15, 2019   @09:05

For CIN: ███████████   MANCIA, RAMON ALEJANDRO

| Date | Transaction Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|
| 08/29/2019 | PHONE PURCH. PHONE TIME PURCHASE | -3.20 | 12.76 | 0.00 | 0.00 | 08/29/2019 |
| 08/29/2019 | PHONE PURCH. PHONE TIME PURCHASE | -0.26 | 15.96 | 0.00 | 0.00 | 08/29/2019 |
| 08/29/2019 | PHONE PURCH. PHONE TIME PURCHASE | -1.21 | 16.22 | 0.00 | 0.00 | 08/29/2019 |
| 08/29/2019 | PHONE PURCH. PHONE TIME PURCHASE | -3.89 | 17.43 | 0.00 | 0.00 | 08/29/2019 |
| 08/28/2019 | PHONE PURCH. PHONE TIME PURCHASE | -1.21 | 21.32 | 0.00 | 0.00 | 08/28/2019 |
| 08/28/2019 | PHONE PURCH. PHONE TIME PURCHASE | -0.69 | 22.53 | 0.00 | 0.00 | 08/28/2019 |
| 08/28/2019 | PHONE PURCH. PHONE TIME PURCHASE | -3.89 | 23.22 | 0.00 | 0.00 | 08/28/2019 |
| 08/27/2019 | PHONE PURCH. PHONE TIME PURCHASE | -3.63 | 27.11 | 0.00 | 0.00 | 08/27/2019 |
| 08/27/2019 | POST BATT H POSTAGE 1 PER | -0.50 | 30.74 | 0.00 | 0.00 | 08/27/2019 |
| 08/27/2019 | PHONE PURCH. PHONE TIME PURCHASE | -2.33 | 31.24 | 0.00 | 0.00 | 08/27/2019 |
| 08/27/2019 | PHONE PURCH. PHONE TIME PURCHASE | -0.86 | 33.57 | 0.00 | 0.00 | 08/27/2019 |
| 08/27/2019 | PHONE PURCH. PHONE TIME PURCHASE | -0.78 | 34.43 | 0.00 | 0.00 | 08/27/2019 |
| 08/26/2019 | DET PAYROLL PAYROLL 8/24/19 | 1.00 | 35.21 | 0.00 | 0.00 | 08/26/2019 |
| 08/26/2019 | PHONE PURCH. PHONE TIME PURCHASE | -0.09 | 34.21 | 0.00 | 0.00 | 08/26/2019 |
| 08/26/2019 | PHONE PURCH. PHONE TIME PURCHASE | -1.82 | 34.30 | 0.00 | 0.00 | 08/26/2019 |
| 08/26/2019 | PHONE PURCH. PHONE TIME PURCHASE | -0.52 | 36.12 | 0.00 | 0.00 | 08/26/2019 |
| 08/26/2019 | POST BATT H POSTAGE 1 PER PARCEL | -3.50 | 36.64 | 0.00 | 0.00 | 08/26/2019 |
| 08/26/2019 | PHONE PURCH. PHONE TIME PURCHASE | -0.09 | 40.14 | 0.00 | 0.00 | 08/26/2019 |
| 08/26/2019 | PHONE PURCH. PHONE TIME PURCHASE | -1.21 | 40.23 | 0.00 | 0.00 | 08/26/2019 |
| 08/26/2019 | DET PAYROLL KITCHEN 8/23/19 | 1.00 | 41.44 | 0.00 | 0.00 | 08/26/2019 |
| 08/25/2019 | PHONE PURCH. PHONE TIME PURCHASE | -2.68 | 40.44 | 0.00 | 0.00 | 08/25/2019 |
| 08/25/2019 | SECUREDEPOS 96588682 Ramirez Victoria | 16.00 | 43.12 | 0.00 | 0.00 | 08/25/2019 |
| 08/24/2019 | PHONE PURCH. PHONE TIME PURCHASE | -3.03 | 27.12 | 0.00 | 0.00 | 08/24/2019 |
| 08/24/2019 | PHONE PURCH. PHONE TIME PURCHASE | -0.69 | 30.15 | 0.00 | 0.00 | 08/24/2019 |
| 08/23/2019 | PHONE PURCH. PHONE TIME PURCHASE | -0.69 | 30.84 | 0.00 | 0.00 | 08/23/2019 |
| 08/23/2019 | PHONE PURCH. PHONE TIME PURCHASE | -0.86 | 31.53 | 0.00 | 0.00 | 08/23/2019 |
| 08/23/2019 | DET PAYROLL KITCHEN 8/22/19 | 1.00 | 32.39 | 0.00 | 0.00 | 08/23/2019 |
| 08/22/2019 | PHONE PURCH. PHONE TIME PURCHASE | -2.16 | 31.39 | 0.00 | 0.00 | 08/22/2019 |
| 08/22/2019 | DET PAYROLL KITCHEN 8/21/19 | 1.00 | 33.55 | 0.00 | 0.00 | 08/22/2019 |
| 08/20/2019 | DET PAYROLL KITCHEN 8/19/19 | 1.00 | 32.55 | 0.00 | 0.00 | 08/20/2019 |
| 08/19/2019 | DET PAYROLL PAYROLL 8/17/19 | 1.00 | 31.55 | 0.00 | 0.00 | 08/19/2019 |
| 08/19/2019 | DET PAYROLL KITCHEN 8/16/19 | 1.00 | 30.55 | 0.00 | 0.00 | 08/19/2019 |
| 08/18/2019 | SECUREDEPOS 98569231 ORTEGA MATY | 20.00 | 29.55 | 0.00 | 0.00 | 08/18/2019 |
| 08/16/2019 | PHONE PURCH. PHONE TIME PURCHASE | -1.99 | 9.55 | 0.00 | 0.00 | 08/16/2019 |
| 08/16/2019 | POST BATT H POSTAGE 1 PER | -0.65 | 11.54 | 0.00 | 0.00 | 08/16/2019 |
| 08/15/2019 | PHONE PURCH. PHONE TIME PURCHASE | -0.61 | 12.19 | 0.00 | 0.00 | 08/15/2019 |
| 08/15/2019 | PHONE PURCH. PHONE TIME PURCHASE | -1.47 | 12.80 | 0.00 | 0.00 | 08/15/2019 |
| 08/15/2019 | POST BATT H POSTAGE 1 LEGAL | -0.85 | 14.27 | 0.00 | 0.00 | 08/15/2019 |
| 08/15/2019 | POST BATT H POSTAGE 1 PER | -0.80 | 15.12 | 0.00 | 0.00 | 08/15/2019 |
| 08/14/2019 | PHONE PURCH. PHONE TIME PURCHASE | -3.89 | 15.92 | 0.00 | 0.00 | 08/14/2019 |
| 08/14/2019 | PHONE PURCH. PHONE TIME PURCHASE | -2.33 | 19.81 | 0.00 | 0.00 | 08/14/2019 |
| 08/14/2019 | POST BATT H POSTAGE 1 PER | -0.50 | 22.14 | 0.00 | 0.00 | 08/14/2019 |
| 08/14/2019 | EPR          OID:100372954-ComisaryPurc | -9.32 | 22.64 | 0.00 | 0.00 | 08/14/2019 |
| 08/13/2019 | PHONE PURCH. PHONE TIME PURCHASE | -2.16 | 31.96 | 0.00 | 0.00 | 08/13/2019 |
| 08/13/2019 | PHONE PURCH. PHONE TIME PURCHASE | -2.16 | 34.12 | 0.00 | 0.00 | 08/13/2019 |
| 08/12/2019 | PHONE PURCH. PHONE TIME PURCHASE | -2.33 | 36.28 | 0.00 | 0.00 | 08/12/2019 |
| 08/12/2019 | PHONE PURCH. PHONE TIME PURCHASE | -1.30 | 38.61 | 0.00 | 0.00 | 08/12/2019 |
| 08/11/2019 | PHONE PURCH. PHONE TIME PURCHASE | -1.47 | 39.91 | 0.00 | 0.00 | 08/11/2019 |
| 08/11/2019 | PHONE PURCH. PHONE TIME PURCHASE | -2.16 | 41.38 | 0.00 | 0.00 | 08/11/2019 |
| 08/10/2019 | PHONE PURCH. PHONE TIME PURCHASE | -1.56 | 43.54 | 0.00 | 0.00 | 08/10/2019 |
| 08/10/2019 | PHONE PURCH. PHONE TIME PURCHASE | -0.17 | 45.10 | 0.00 | 0.00 | 08/10/2019 |
| 08/10/2019 | PHONE PURCH. PHONE TIME PURCHASE | -1.04 | 45.27 | 0.00 | 0.00 | 08/10/2019 |
| 08/09/2019 | PHONE PURCH. PHONE TIME PURCHASE | -1.56 | 46.31 | 0.00 | 0.00 | 08/09/2019 |
| 08/09/2019 | PHONE PURCH. PHONE TIME PURCHASE | -1.30 | 47.87 | 0.00 | 0.00 | 08/09/2019 |
| 08/09/2019 | PHONE PURCH. PHONE TIME PURCHASE | -1.04 | 49.17 | 0.00 | 0.00 | 08/09/2019 |
| 08/08/2019 | PHONE PURCH. PHONE TIME PURCHASE | -3.37 | 50.21 | 0.00 | 0.00 | 08/08/2019 |
| 08/08/2019 | PHONE PURCH. PHONE TIME PURCHASE | -1.04 | 53.58 | 0.00 | 0.00 | 08/08/2019 |
| 08/08/2019 | DET PAYROLL KITCHEN 8/7/19 | 1.00 | 54.62 | 0.00 | 0.00 | 08/08/2019 |

Confidential

GEO-Novoa_00030154

Resident Account Summary
Tuesday, October 15, 2019   809:05

For CIN:               MANCIA, RAMON ALEJANDRO

| Date | Transaction Description | Amount | Balance | Owed | Held | Reference |
|------|------------------------|--------|---------|------|------|-----------|
| 08/07/2019 | PHONE PURCH. PHONE TIME PURCHASE | -0.26 | 53.62 | 0.00 | 0.00 | 08/07/2019 |
| 08/07/2019 | PHONE PURCH. PHONE TIME PURCHASE | -1.82 | 53.88 | 0.00 | 0.00 | 08/07/2019 |
| 08/07/2019 | DET PAYROLL KITCHEN 8/6/19 | 1.00 | 55.70 | 0.00 | 0.00 | 08/07/2019 |
| 08/06/2019 | PHONE PURCH. PHONE TIME PURCHASE | -1.38 | 54.70 | 0.00 | 0.00 | 08/06/2019 |
| 08/06/2019 | DET PAYROLL KITCHEN 8/5/19 | 1.00 | 56.08 | 0.00 | 0.00 | 08/06/2019 |
| 08/06/2019 | DET PAYROLL KITCHEN 8/4/19 | 1.00 | 55.08 | 0.00 | 0.00 | 08/06/2019 |
| 08/05/2019 | PHONE PURCH. PHONE TIME PURCHASE | -2.42 | 54.08 | 0.00 | 0.00 | 08/05/2019 |
| 08/05/2019 | PHONE PURCH. PHONE TIME PURCHASE | -1.47 | 56.50 | 0.00 | 0.00 | 08/05/2019 |
| 08/05/2019 | DET PAYROLL PAYROLL 7/26/19 | 1.00 | 57.97 | 0.00 | 0.00 | 08/05/2019 |
| 08/05/2019 | DET PAYROLL PAYROLL 7/25/19 | 1.00 | 56.97 | 0.00 | 0.00 | 08/05/2019 |
| 08/05/2019 | DET PAYROLL PAYROLL 7/20/19 | 1.00 | 55.97 | 0.00 | 0.00 | 08/05/2019 |
| 08/05/2019 | DET PAYROLL PAYROLL 7/12/19 | 1.00 | 54.97 | 0.00 | 0.00 | 08/05/2019 |
| 08/05/2019 | DET PAYROLL PAYROLL 7/6/19 | 1.00 | 53.97 | 0.00 | 0.00 | 08/05/2019 |
| 08/05/2019 | DET PAYROLL PAYROLL 6/29/19 | 1.00 | 52.97 | 0.00 | 0.00 | 08/05/2019 |
| 08/04/2019 | PHONE PURCH. PHONE TIME PURCHASE | -1.04 | 51.97 | 0.00 | 0.00 | 08/04/2019 |
| 08/03/2019 | PHONE PURCH. PHONE TIME PURCHASE | -1.12 | 53.01 | 0.00 | 0.00 | 08/03/2019 |
| 08/03/2019 | PHONE PURCH. PHONE TIME PURCHASE | -3.89 | 54.13 | 0.00 | 0.00 | 08/03/2019 |
| 08/02/2019 | PHONE PURCH. PHONE TIME PURCHASE | -3.03 | 58.02 | 0.00 | 0.00 | 08/02/2019 |
| 08/02/2019 | POST BATT H LEGAL | -1.45 | 61.05 | 0.00 | 0.00 | 08/02/2019 |
| 08/02/2019 | DET PAYROLL KITCHEN 8/1/19 | 1.00 | 62.50 | 0.00 | 0.00 | 08/02/2019 |
| 08/01/2019 | PHONE PURCH. PHONE TIME PURCHASE | -2.85 | 61.50 | 0.00 | 0.00 | 08/01/2019 |
| 08/01/2019 | PHONE PURCH. PHONE TIME PURCHASE | -0.78 | 64.35 | 0.00 | 0.00 | 08/01/2019 |
| 08/01/2019 | DET PAYROLL KITCHEN 7/31/19 | 1.00 | 65.13 | 0.00 | 0.00 | 08/01/2019 |
| 07/31/2019 | DET PAYROLL PAYROLL 7/30/19 | 1.00 | 64.13 | 0.00 | 0.00 | 07/31/2019 |
| 07/30/2019 | PHONE PURCH. PHONE TIME PURCHASE | -1.12 | 63.13 | 0.00 | 0.00 | 07/30/2019 |
| 07/30/2019 | DET PAYROLL PAYROLL 7/28/19 | 1.00 | 64.25 | 0.00 | 0.00 | 07/30/2019 |
| 07/30/2019 | DET PAYROLL KITCHEN 7/29/19 | 1.00 | 63.25 | 0.00 | 0.00 | 07/30/2019 |
| 07/30/2019 | PHONE PURCH. PHONE TIME PURCHASE | -0.09 | 62.25 | 0.00 | 0.00 | 07/30/2019 |
| 07/29/2019 | DET PAYROLL PAYROLL 7/27/19 | 1.00 | 62.34 | 0.00 | 0.00 | 07/29/2019 |
| 07/29/2019 | POST BATT H POSTAGE 1 PER | -0.50 | 61.34 | 0.00 | 0.00 | 07/29/2019 |
| 07/28/2019 | PHONE PURCH. PHONE TIME PURCHASE | -2.94 | 61.84 | 0.00 | 0.00 | 07/28/2019 |
| 07/28/2019 | PHONE PURCH. PHONE TIME PURCHASE | -0.86 | 64.78 | 0.00 | 0.00 | 07/28/2019 |
| 07/28/2019 | PHONE PURCH. PHONE TIME PURCHASE | -1.30 | 65.64 | 0.00 | 0.00 | 07/28/2019 |
| 07/26/2019 | PHONE PURCH. PHONE TIME PURCHASE | -0.52 | 66.94 | 0.00 | 0.00 | 07/26/2019 |
| 07/26/2019 | PHONE PURCH. PHONE TIME PURCHASE | -0.43 | 67.46 | 0.00 | 0.00 | 07/26/2019 |
| 07/25/2019 | DET PAYROLL KITCHEN 7/24/19 | 1.00 | 67.89 | 0.00 | 0.00 | 07/25/2019 |
| 07/24/2019 | DET PAYROLL KITCHEN 7/23/19 | 1.00 | 66.89 | 0.00 | 0.00 | 07/24/2019 |
| 07/23/2019 | POST BATT H POSTAGE 2 PER | -1.00 | 65.89 | 0.00 | 0.00 | 07/23/2019 |
| 07/23/2019 | POST BATT H POSTAGE 2 CERT LEGAL | -7.25 | 66.89 | 0.00 | 0.00 | 07/23/2019 |
| 07/23/2019 | DET PAYROLL PAYROLL 7/22/19 | 1.00 | 74.14 | 0.00 | 0.00 | 07/23/2019 |
| 07/22/2019 | DET PAYROLL PAYROLL 7/21/19 | 1.00 | 73.14 | 0.00 | 0.00 | 07/22/2019 |
| 07/19/2019 | DET PAYROLL KITCHEN 7/19/19 | 1.00 | 72.14 | 0.00 | 0.00 | 07/19/2019 |
| 07/18/2019 | DET PAYROLL KITCHEN 7/18/19 | 1.00 | 71.14 | 0.00 | 0.00 | 07/18/2019 |
| 07/17/2019 | DET PAYROLL KITCHEN 7/17/19 | 1.00 | 70.14 | 0.00 | 0.00 | 07/17/2019 |
| 07/17/2019 | DET PAYROLL KITCHEN 7/16/19 | 1.00 | 69.14 | 0.00 | 0.00 | 07/17/2019 |
| 07/16/2019 | DET PAYROLL KITCHEN 7/11/19 | 1.00 | 68.14 | 0.00 | 0.00 | 07/16/2019 |
| 07/16/2019 | DET PAYROLL KITCHEN 7/15/19 | 1.00 | 67.14 | 0.00 | 0.00 | 07/16/2019 |
| 07/16/2019 | SECUREDEPOS 93579505 Castillo Maria M | 30.00 | 66.14 | 0.00 | 0.00 | 07/16/2019 |
| 07/15/2019 | DET PAYROLL PAYROLL 7/14/19 | 1.00 | 36.14 | 0.00 | 0.00 | 07/15/2019 |
| 07/15/2019 | DET PAYROLL KITCHEN 7/13/19 | 1.00 | 35.14 | 0.00 | 0.00 | 07/15/2019 |
| 07/12/2019 | PHONE PURCH. PHONE TIME PURCHASE | -0.17 | 34.14 | 0.00 | 0.00 | 07/12/2019 |
| 07/12/2019 | DET PAYROLL KITCHEN 7/10/19 | 1.00 | 34.31 | 0.00 | 0.00 | 07/12/2019 |
| 07/12/2019 | PHONE PURCH. PHONE TIME PURCHASE | -3.80 | 33.31 | 0.00 | 0.00 | 07/12/2019 |
| 07/11/2019 | PHONE PURCH. PHONE TIME PURCHASE | -0.52 | 37.11 | 0.00 | 0.00 | 07/11/2019 |
| 07/11/2019 | POST BATT H POSTAGE 1 PER | -0.50 | 37.63 | 0.00 | 0.00 | 07/11/2019 |
| 07/10/2019 | DET PAYROLL KITCHEN 7/9/19 | 1.00 | 38.13 | 0.00 | 0.00 | 07/10/2019 |
| 07/09/2019 | DET PAYROLL KITCHEN 7/8/19 | 1.00 | 37.13 | 0.00 | 0.00 | 07/09/2019 |
| 07/09/2019 | DET PAYROLL PAYROLL 7/5/19 | 1.00 | 36.13 | 0.00 | 0.00 | 07/09/2019 |

Page 3

Confidential

GEO-Novoa_00030155

Resident Account Summary
Tuesday, October 15, 2019   09:05

For CIN: ████████    MANCIA, RAMON ALEJANDRO

| Date | Transaction Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|
| 07/09/2019 | DET PAYROLL PAYROLL 7/7/19 | 1.00 | 35.13 | 0.00 | 0.00 | 07/09/2019 |
| 07/08/2019 | POST BATT H POSTAGE 1 PER | -0.50 | 34.13 | 0.00 | 0.00 | 07/08/2019 |
| 07/05/2019 | DET PAYROLL PAYROLL 7/4/19 | 1.00 | 34.63 | 0.00 | 0.00 | 07/05/2019 |
| 07/05/2019 | DET PAYROLL KITCHEN 7/3/19 | 1.00 | 33.63 | 0.00 | 0.00 | 07/05/2019 |
| 07/03/2019 | DET PAYROLL KITCHEN 7/2/19 | 1.00 | 32.63 | 0.00 | 0.00 | 07/03/2019 |
| 07/02/2019 | DET PAYROLL PAYROLL 7/1/19 | 1.00 | 31.63 | 0.00 | 0.00 | 07/02/2019 |
| 07/02/2019 | DET PAYROLL PAYROLL 6/30/19 | 1.00 | 30.63 | 0.00 | 0.00 | 07/02/2019 |
| 07/01/2019 | POST BATT H POSTAGE 1 PER | -0.50 | 29.63 | 0.00 | 0.00 | 07/01/2019 |
| 07/01/2019 | DET PAYROLL KITCHEN 6/28/19 | 1.00 | 30.13 | 0.00 | 0.00 | 07/01/2019 |
| 06/28/2019 | POST BATT H POSTAGE 1 PER | -0.65 | 29.13 | 0.00 | 0.00 | 06/28/2019 |
| 06/28/2019 | DET PAYROLL PAYROLL 6/27/19 | 1.00 | 29.78 | 0.00 | 0.00 | 06/28/2019 |
| 06/27/2019 | DET PAYROLL PAYROLL 6/26/19 | 1.00 | 28.78 | 0.00 | 0.00 | 06/27/2019 |
| 06/26/2019 | EPR          OID:100365026-ComisaryPurc | -25.54 | 27.78 | 0.00 | 0.00 | 06/26/2019 |
| 06/26/2019 | DET PAYROLL KITCHEN 6/25/19 | 1.00 | 53.32 | 0.00 | 0.00 | 06/26/2019 |
| 06/25/2019 | SECUREDEPOS 98328141 Salguero Roxana F | 50.00 | 52.32 | 0.00 | 0.00 | 06/25/2019 |
| 06/19/2019 | POST BATT H POSTAGE 1 LGL | -0.50 | 2.32 | 0.00 | 0.00 | 06/19/2019 |
| 06/19/2019 | EPR          OID:100363726-ComisaryPurc | -13.71 | 2.82 | 0.00 | 0.00 | 06/19/2019 |
| 06/17/2019 | POST BATT H POSTAGE 1 PER | -0.50 | 16.53 | 0.00 | 0.00 | 06/17/2019 |
| 06/13/2019 | POST BATT H POSTAGE 1 PER | -0.50 | 17.03 | 0.00 | 0.00 | 06/13/2019 |
| 06/12/2019 | EPR          OID:100362376-ComisaryPurc | -28.80 | 17.53 | 0.00 | 0.00 | 06/12/2019 |
| 06/11/2019 | PHONE PURCH PHONE TIME PURCHASE | -0.61 | 46.33 | 0.00 | 0.00 | 06/11/2019 |
| 06/11/2019 | POST BATT H POSTAGE 1 PER | -0.50 | 46.94 | 0.00 | 0.00 | 06/11/2019 |
| 06/10/2019 | POST BATT H POSTAGE 2 PER | -1.00 | 47.44 | 0.00 | 0.00 | 06/10/2019 |
| 06/08/2019 | SECUREDEPOS 90092896 Mancia Jessie | 20.00 | 48.44 | 0.00 | 0.00 | 06/08/2019 |
| 06/07/2019 | POST BATT H POSTAGE 1 PER | -0.50 | 28.44 | 0.00 | 0.00 | 06/07/2019 |
| 06/06/2019 | POST BATT H POSTAGE 1 PER | -0.50 | 28.94 | 0.00 | 0.00 | 06/06/2019 |
| 06/05/2019 | EPR          OID:100361234-ComisaryPurc | -21.41 | 29.44 | 0.00 | 0.00 | 06/05/2019 |
| 06/04/2019 | POST BATT H POSTAGE 1 PER | -0.50 | 50.85 | 0.00 | 0.00 | 06/04/2019 |
| 06/01/2019 | SECUREDEPOS 90662264 SALGUERO ROXANA | 50.00 | 51.35 | 0.00 | 0.00 | 06/01/2019 |
| 05/29/2019 | POST BATT H POSTAGE 1 PER | -0.50 | 1.35 | 0.00 | 0.00 | 05/29/2019 |
| 05/29/2019 | POST BATT H VOID-POSTAGE 1 PER | 0.00 | 1.85 | 0.00 | 0.00 | 05/29/2019 |
| 05/29/2019 | POST BATT H POSTAGE 1 PER | 0.00 | 1.85 | 0.00 | 0.00 | 05/29/2019 |
| 05/29/2019 | EPR          OID:100360332-ComisaryPurc | -2.60 | 1.85 | 0.00 | 0.00 | 05/29/2019 |
| 05/22/2019 | EPR          OID:100358996-ComisaryPurc | -23.79 | 4.45 | 0.00 | 0.00 | 05/22/2019 |
| 05/21/2019 | POST BATT H POSTAGE 1 PER | -0.50 | 28.24 | 0.00 | 0.00 | 05/21/2019 |
| 05/21/2019 | POST BATT H POSTAGE 1 PER | -0.50 | 28.74 | 0.00 | 0.00 | 05/21/2019 |
| 05/21/2019 | POST BATT H POSTAGE 3 PER | -1.50 | 29.24 | 0.00 | 0.00 | 05/21/2019 |
| 05/15/2019 | EPR          OID:100357651-ComisaryPurc | -18.57 | 30.74 | 0.00 | 0.00 | 05/15/2019 |
| 05/14/2019 | POST BATT H POSTAGE 2 PER | -1.00 | 49.31 | 0.00 | 0.00 | 05/14/2019 |
| 05/13/2019 | SECUREDEPOS 92180375 Salguero Roxana F | 50.00 | 50.31 | 0.00 | 0.00 | 05/13/2019 |
| 05/08/2019 | EPR          OID:100356720-ComisaryPurc | -30.41 | 0.31 | 0.00 | 0.00 | 05/08/2019 |
| 05/07/2019 | SECUREDEPOS 98667979 Moran Roxana De | 30.00 | 30.72 | 0.00 | 0.00 | 05/07/2019 |
| 05/01/2019 | EPR          OID:100355589-ComisaryPurc | -25.69 | 0.72 | 0.00 | 0.00 | 05/01/2019 |
| 04/29/2019 | SECUREDEPOS 96513206 Salguero Roxana F | 25.00 | 26.41 | 0.00 | 0.00 | 04/29/2019 |
| 04/24/2019 | EPR          OID:100354313-ComisaryPurc | -2.35 | 1.41 | 0.00 | 0.00 | 04/24/2019 |
| 04/17/2019 | EPR          OID:100353305-ComisaryPurc | -43.64 | 3.76 | 0.00 | 0.00 | 04/17/2019 |
| 04/15/2019 | PHONE PURCH PHONE TIME PURCHASE | -1.47 | 47.40 | 0.00 | 0.00 | 04/15/2019 |
| 04/15/2019 | PHONE PURCH PHONE TIME PURCHASE | -0.52 | 48.87 | 0.00 | 0.00 | 04/15/2019 |
| 04/12/2019 | PHONE PURCH PHONE TIME PURCHASE | -2.59 | 49.39 | 0.00 | 0.00 | 04/12/2019 |
| 04/12/2019 | PHONE PURCH PHONE TIME PURCHASE | -0.35 | 51.98 | 0.00 | 0.00 | 04/12/2019 |
| 04/11/2019 | SECUREDEPOS 96823520 Salguero Roxana F | 50.00 | 52.33 | 0.00 | 0.00 | 04/11/2019 |
| 04/10/2019 | PHONE PURCH PHONE TIME PURCHASE | -0.17 | 2.33 | 0.00 | 0.00 | 04/10/2019 |
| 04/10/2019 | EPR          OID:100352220-ComisaryPurc | -54.87 | 2.50 | 0.00 | 0.00 | 04/10/2019 |
| 04/10/2019 | PHONE PURCH PHONE TIME PURCHASE | -0.69 | 57.37 | 0.00 | 0.00 | 04/10/2019 |
| 04/09/2019 | SECUREDEPOS 92274760 Salguero Roxana F | 40.00 | 58.06 | 0.00 | 0.00 | 04/09/2019 |
| 04/08/2019 | PHONE PURCH PHONE TIME PURCHASE | -2.94 | 18.06 | 0.00 | 0.00 | 04/08/2019 |
| 04/08/2019 | PHONE PURCH PHONE TIME PURCHASE | -0.35 | 21.00 | 0.00 | 0.00 | 04/08/2019 |
| 04/07/2019 | PHONE PURCH PHONE TIME PURCHASE | -0.95 | 21.35 | 0.00 | 0.00 | 04/07/2019 |

Page 4

GEO-Novoa_00030156

Resident Account Summary
Tuesday, October 15, 2019   @09:05

For CIN: ███████   MANCIA, RAMON ALEJANDRO

| Date | Transaction Description | Amount | Balance | Owed | Held | Reference |
|------|------------------------|--------|---------|------|------|-----------|
| 04/03/2019 | EPR          OID:100351278-ComisaryPur | -47.98 | 22.30 | 0.00 | 0.00 | 04/03/2019 |
| 04/02/2019 | DEPOSIT CAS. 96740 | 70.28 | 70.28 | 0.00 | 0.00 | 04/02/2019 |

Confidential

GEO-Novoa_00030157