# REDACTED VERSION OF DOCUMENT TO BE FILED UNDER SEAL

# EXHIBIT E-[E]



DEFENDANT'S
EXHIBIT

53
Novoa

GEO
Corrections

# DETAINEE FILE ACTIVATION SHEET

**DETAINEE NAME:** Novoa Raul

**ALIEN NUMBER:** 72228072

**DATE ACTIVATED:** 6-19-12

**ACTIVATED BY:** Guzmán

**DEACTIVATION DATE:** ~~2/8/15~~ 2/3/15

**DEACTIVATED BY:** Aldape

# THIS INFORMATION SHEET SHALL REMAIN ON TOP OF THIS SECTION

Confidential

## ORDER TO DETAIN OR RELEASE ALIEN

TO: (NAME and TITLE of Person in Charge of Facility)
GEO CORRECTIONS

(Name of Facility)
ADELANTO DETENTION FACILITY

| Please | ☐ Detain | ☑ Release | STREET RELEASE | Date 02/03/2015 | Time |
|---|---|---|---|---|---|

Name of Alien
NOVOA, RAUL

| Age | Date of Birth (Mo.Day.Yr.) | Sex M | Nationality MEXICO | Foreign Address |
|---|---|---|---|---|

Nature of Proceedings
BOND OUT

Signature of Officer Receiving Alien

REMARKS:

| Signature of Officer Authorizing Action | Title IEA | Office Adelanto, CA |
|---|---|---|

Form I-203 (Rev. 08/01/07)

### UNITED STATES DEPARTMENT OF HOMELAND SECURITY

Confidential

## ORDER TO DETAIN OR RELEASE ALIEN

TO: (NAME and TITLE of Person in Charge of Facility)
GEO CORRECTIONS

(Name of Facility)
ADELANTO DETENTION FACILITY

Please  ☑ Detain   ☐ Release

| Date | Time |
| 06/19/2012 | |

Name of Alien
NOVOA, RAUL

| Age | Date of Birth (Mo.Day.Yr.) | Sex | Nationality | Foreign Address | File Number |
| | ███████ | M | MEXICO | | ███████ |

Nature of Proceedings

Signature of Officer Receiving Alien
*Guzman*

REMARKS:
6/19/12
@ 1800

Signature of Officer Auth:
*[signature]*

| Title | Office |
| IEA | ADELANTO, CA |

Form I-203 (Rev. 08/01/07)

### UNITED STATES DEPARTMENT OF HOMELAND SECURITY

Confidential

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

NOVOA, E) B) 02/03/2015

TIME/DATE STAMP

Detainee Name

Nationality

Dorm _____ Date 2/3/15

ICE A.#

Officer Signature

**MARK YOUR REQUEST**
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL
Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Other Request:

RESPONSE: Took to property on 2-3-15

Completed YES ☒   NO ☐   BY: _____   DATE: 2-3-15

Confidential

GEO-Novoa_00029802

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Novoa, Ravi

Dorm: 14 EL

Date: 1/11/15

Nationality: Mexico

ICE A#: [redacted]

Officer Signature: C. Dale

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:
1- Battery Charge
- No Tunes

RESPONSE:
Batteries issued

Completed YES ☑  NO ☐   BY: _____

Thank you

DATE: 1-20-15

TIME/DATE STAMP

Confidential

GEO-Novoa_00029803

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name

Dorm _____ Date _____

Nationality _____

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Telephone number/Numero de teléfono _____

Other Request:

I would like to join
of voting eg.

1- kotew

thank you!

ICE A#

Officer Signature

TIME/DATE STAMP

RESPONSE:

Batteries issued

Completed YES ☐   NO ☐   BY: _____   DATE: 11-18-14

GEO-Novoa_00029804

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Novoa Krael

Dorm: 11.68

Date: 9/30/14

Nationality: Mexico

ICE A#: _____

Officer Signature: Roons

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono: _____

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

My commissary money has not been move out. I would like my money

I need to leave store (university) please. Thank you.

Paul   DATE: 10-2-14

RESPONSE:

Reworked on 10/8

Completed YES ☑   NO ☐   BY: _____

TIME/DATE STAMP

**ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)**

Detainee Name: _Imagio P. Lewis C_

Date: _9/17/14_

Dorm: _A.6_

Nationality: _Mexico_

ICE A#: [redacted]

Officer Signature: _WHITE_

TIME/DATE STAMP

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request: My family is traveling from Los Angeles. I would like an extra hour to see our of them please. Visiting day this Sunday 9/21

Thank you..

RESPONSE: _DENIED_

Completed YES ☒   NO ☐

BY: [signature]   DATE: _9/19/14_

**ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)**

Detainee Name _Novoa, Raul_ _llovara_

Nationality _Mexico_

Dorm _14-bb_   Date _10/12/14_

ICE A# ▮▮▮▮▮▮▮

Officer Signature _____

TIME/DATE STAMP

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono _____

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

_I need an extra hour for law library, here a legal line._ _Thank you_

RESPONSE:

_Offered on 10-14-14 but detainee didn't want_

Completed YES ☒   NO ☐   BY: _____   DATE: _10-14-14_

GEO-Novoa_00029807

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

TIME/DATE STAMP

Detainee Name

Dorm                    Date                    Nationality

**MARK YOUR REQUEST**          **MARQUE SU PEDIMIENTO**
☐ ICE                          ☐ INMIGRACIÓN
☐ COURT                        ☐ CORTE
☐ LIBRARY                      ☐ BIBLIOTECA
☐ PHONE CALL                   ☐ LLAMADAS TELEFÓNICAS
Telephone number/Numero de teléfono

ICE A#

Officer Signature

Other Request:

RESPONSE: Sign the Shoe list on Saturdays.

Completed YES ☐ NO ☐   BY:                    DATE: 9/25/14

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name

Dorm                    Date

Nationality

ICE A#

Officer Signature

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

RESPONSE:

Completed YES ☐    NO ☐    BY:                              DATE:

TIME/DATE STAMP

Confidential

GEO-Novoa_00029809

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Novoa Raul

Nationality: Mexico

Dorm: A16

Date: 9/9/14

ICE Aff: ████████

Officer Signature: _____

TIME/DATE STAMP

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono: _____

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

I am in reservation status twice I was required for night time shift and was not satisfied. This also happened today w/ another Date 9/9 shift. I would like to please be covered for 9/5/14 and today 9/9/14.

Thank you

RESPONSE:

You have been paid everyday but 9/5 which you did not sign the sheet on that day.

Completed YES ☐   NO ☐   BY: Rill   DATE: 9-10-14

Confidential

GEO-Novoa_00029810

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: _____

Dorm: 11-15   Date: 8/18/14   Nationality: Nicar.

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Número de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Officer Signature: _____

TIME/DATE STAMP

Other Request:

I was not worked on 8/14 & 8/13. I worked both days. I need these days.

RESPONSE:

the payroll sheet for 8/13 has D/W you were paid for 8/14

Completed YES ☑   NO ☐   BY: _____   DATE: 8-19-14

**ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)**

Detainee Name _____

Dorm: A-66   Date: 8/10/14   Nationality _____

**MARK YOUR REQUEST**

☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Numero de teléfono _____

**MARQUE SU PEDIMENTO**

☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

RESPONSE: Batteries issued

Completed YES ☑   NO ☐   BY: _____

Officer Signature _____

Other Request: Need new batteries please 1-new battery

Emergent

Thank you.

_____ DATE: 8-26-14

TIME/DATE STAMP

GEO-Novoa_00029812

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: _____

Nationality: México

Dorm: DA-66

Date: 6/8/14

ICE A#: ▮▮▮▮▮▮

**MARK YOUR REQUEST**

☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Número de teléfono

**MARQUE SU PEDIMENTO**

☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Officer Signature: _____

Other Request: _____

RESPONSE: _____

Completed YES ☐   NO ☐

BY: _____

DATE: 8-7-14

TIME/DATE STAMP

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Novoa Raul

**Detainee Name**

Mexico

**Nationality**

1A-68

**Dorm**

7/25/14

**Date**

**MARK YOUR REQUEST**

- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**

- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Need new batteries

Indigent.

Thank you!

**Officer Signature**

**Other Request:**

**TIME/DATE STAMP**

**RESPONSE:**

Batteries issued

Completed YES ☐ NO ☐

BY: Paul

DATE: 7-30-14

GEO-Novoa_00029814

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Novoa

Nationality:

Dorm:

Date: 6/6/14

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

ICE A#

Officer Signature

Other Request:

MUST EXCHANGE OUT OID

RESPONSE:

Completed  YES ☐   NO ☑   BY: R

DATE: 7/10/14

TIME/DATE STAMP

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name

Nationality: Mexico

Dorm: 1A 108

Date: 7/16/19

ICE A#: [redacted]

Officer Signature:

TIME/DATE STAMP

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

Need new batteries. battery. Thank you.

RESPONSE:

Batteries issued

Completed YES ☑   NO ☐   BY: Prod   DATE: 7-17-19

GEO-Novoa_00029816



ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Mr. Mr. Year!

Novoa, Raul
Detainee Name

Mexico
Nationality

M.68
Dorm

6/28/14
Date

ICE A#

TIME/DATE STAMP

Officer Signature

**MARK YOUR REQUEST**
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL
Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Other Request:

RESPONSE:

Completed YES ☒  NO ☐   BY: _____   DATE: _____

GEO-Novoa_00029817

**ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)**

Detainee Name

Dorm _____ Date _____

Nationality _____

TIME/DATE STAMP

ICE A# _____

Officer Signature _____

**MARK YOUR REQUEST**

☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**

☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Other Request: _____

RESPONSE: _____

Completed YES ☐ NO ☐ BY: _____

DATE: 7-9-14

GEO-Novoa_00029818

MMr. Notary

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Raul Ramos

Nationality: Mexico

Dorm: ll-68

Date: 6/23/14

ICE A#: [redacted]

Officer Signature: [signature]

**MARK YOUR REQUEST**

- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**

- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

I would like to notarize some legal Documents. As soon as possible. Thank you!

RESPONSE:

No Notary Certified Do not reach

Completed YES ☐   NO ☑   BY: [signature]

DATE: [handwritten]

TIME/DATE STAMP

14 JUN 24 AM 8 55

Confidential

GEO-Novoa_00029819

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Karl B. Novoa

Nationality: Mexico

Dorm: _____

Date: 12/23/14

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Número de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

ICE A#

Officer Signature

Other Request: Transfer need new batteries Thank you!

TIME/DATE STAMP

RESPONSE:

Completed YES ☒  NO ☐   BY: _____   DATE: 12/25/14

Confidential

Novoa

**ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)**

@ Novoa, Raul

Detainee Name _____   Nationality  Mexico

A1 460

Dorm _____   Date  6/17/14

**MARK YOUR REQUEST / MARQUE SU PEDIMENTO**

☐ ICE / INMIGRACIÓN
☐ COURT / CORTE
☐ LIBRARY / BIBLIOTECA
☐ PHONE CALL / LLAMADAS TELEFÓNICAS

Telephone number/Numero de teléfono

_____   ICE A#

Officer Signature

Other Request:

exchange
1- towel
2- pair socks

RESPONSE:

REMEMBER TO GIVE YOUR EXCH.
TO LAUNDRY.

1 TOWEL
2 PAIR SOCKS

Completed YES ☑   NO ☐   BY: _____   DATE: 6/17/14

TIME/DATE STAMP

GEO-Novoa_00029821

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Mihai Nicoava

Nationality: Mikiae

Dorm: FI-A-108

Date: 6/11/14

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

ICE A#: ▓▓▓▓▓

Officer Signature: _____

TIME/DATE STAMP

Other Request: I would like some documents notarized as soon as possible. Thank you.

RESPONSE:

Completed YES ☑   NO ☐   BY: _____   DATE: 6/19/14

Confidential

NOVOA

**ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)**

TIME/DATE STAMP

Detainee Name

Dorm _____ Date _____

Nationality

**MARK YOUR REQUEST**
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

ICE A#

Officer Signature

Other Request:

I've been Indigent
for over 40 days and
I was charged for
legal mail I need
I've my credit back.
Thank you.

RESPONSE:

DONE

Completed YES ☑   NO ☐   BY: _____   PBILL   DATE: 6-10-14

Confidential

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name

Nationality: Mexico

Date: 6/14/14

Dorm: 1A 60

**MARK YOUR REQUEST**

- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☑ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**

- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

Indigent
need one battery (pair)
Thank you

Officer Signature

ICE A#

TIME/DATE STAMP

**RESPONSE:**

Batteries removed

Completed  YES ☑   NO ☐        BY: _____  DATE: 6/16/14

Novoa

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Nunez, Raul
Detainee Name

Mex.
Nationality

12-66
Dorm

6/8/14
Date

**MARK YOUR REQUEST**
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Officer Signature

ICE #

Other Request:

Clothing
1- 2x Orange TShirt for XL T-Shirt
1- 1x Voxer for 2x

Thank you!

TIME/DATE STAMP

RESPONSE: 1 Orange T-shirt (XL)
1 Boxer (2x)

Completed YES ☑    NO ☐

BY: _____

DATE: 6-11-14

GEO-Novoa_00029825

NOVOA   Allie Mathias   8072

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Nace Noull

Nationality: Mexico

Dorm: M-102

Date: 5/28/14

ICE A#: _____

Officer Signature: _____

## MARK YOUR REQUEST

☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Numero de teléfono

## MARQUE SU PEDIMENTO

☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Other Request:

_Necesito llevar Pa camisas y pantalon dica junio_

DATE: 5 28 14

RESPONSE: 1 Towel
1 Boxer (2xL)

Completed YES ☒   NO ☐   BY: _____

TIME/DATE STAMP

GEO-Novoa_00029826

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

8092

Detainee Name: Novoa Raul

Date: 5/29/14

Nationality: Mexico

ICE A#: ▮▮▮▮

TIME/DATE STAMP

2014 MAY 29 PM 8 33

Dorm: 16-Vb

**MARK YOUR REQUEST**
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Batteries manual

Other Request:

No funds

need a pair of
1- batteries Thank you

Officer Signature: _____

RESPONSE:

Completed YES ☑ NO ☐  BY: _____

Pino   DATE: 5-30-14

GEO-Novoa_00029827

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Novoa, Raul

Nationality: Mexico

Dorm: IN-66

Date: 1/9/14

TIME/DATE STAMP

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Officer Signature

Other Request:

I've been on investment funds
for about 351 days now,
and I just received balances on
investment funds, but it was
charged for legal mail
today. I would like the
money credited back.
Please - Thank you!

RESPONSE:

OK!

Completed YES ☑   NO ☐    BY: _____

DATE: 6-3-14

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

**Detainee Name** _____

**Dorm** 11-13C   **Date** 4/9/14

**Nationality** _____

ICE A# ▮▮▮▮▮

TIME/DATE STAMP

APR 10 '14 8:18

Officer Signature _____

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono _____

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

I would like an
extra hour a day
for my legal work
in the computer.

RESPONSE: Medical: Offered on 4-14-14 but detainee had to go to
ICM. Offered on 4-15-14 but detainee didn't
want. Offered on 4-17-14 but didn't want.

Completed YES ☒   NO ☐   BY: _____   DATE: 4-17-14

GEO-Novoa_00029829

NOVOA

Mr. Neavl

**ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM)**

Detainee Name: Novoa, Raul O

Nationality: Mex.

Dorm: 10 BL

Date: 4/0/A

TIME/DATE STAMP

ICE A#

Officer Signature

**MARK YOUR REQUEST**
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Other Request:

Insigent new new batteries work etc.

RESPONSE:

Batteries issued

Completed YES ☑   NO ☐   BY: _____ DATE: 4/0-14

Confidential

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE/FORM 2)

**Detainee Name**

**Date**

**Nationality**

**Dorm**

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

**ICE A#**

**Officer Signature**

**Other Request:**

TIME/DATE STAMP

**RESPONSE:**

Completed YES ☐  NO ☐   BY: _____   DATE: _____

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: _____

Dorm: _____   Date: 3/14/14   Nationality: _____

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

ICE A#

Officer Signature

Other Request:

TIME/DATE STAMP

RESPONSE:

Completed YES ☐   NO ☐   BY: _____   DATE: 3-20-14

Confidential

GEO-Novoa_00029832

Attn: Ms. Pearl

**ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)**

Detainee Name _____     Date _3/5/14_     Nationality _MM_

Dorm _A-12_

ICE A#: [redacted]

**MARK YOUR REQUEST**          **MARQUE SU PEDIMENTO**

☐ ICE          ☐ INMIGRACION
☐ COURT        ☐ CORTE
☐ LIBRARY      ☐ BIBLIOTECA
☐ PHONE CALL   ☐ LLAMADAS TELEFÓNICAS

Telephone number/Número de teléfono _____

Officer Signature _____

Other Request:

Meel,
- pair or balbeures
Balleures issued

please. Thank you.

TIME/DATE STAMP

2014 MAR 5 AM 8 07

**RESPONSE:**

Completed YES ☑   NO ☐   BY: _P.R.L.L_   DATE: _3/6/14_

(Novoa) Mr. Jaml

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Novoa, Raul

Nationality: _____

Dorm: 14-13

Date: 2/20/14

Time/Date Stamp: FEB 24 AM 11 12

ICE A#: ▮▮▮▮

Officer Signature: _____

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request: Transfer of funds

Please [illegible] funds Joaquín [illegible]

RESPONSE:

Bulletin issued

Completed YES ☑  NO ☐

BY: [signature]

DATE: 2/25/14

Confidential

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name

Dorm

Date

Nationality

ICE A#

Officer Signature

TIME/DATE STAMP

## MARK YOUR REQUEST     MARQUE SU PEDIMENTO

☐ ICE          ☐ INMIGRACION
☐ COURT        ☐ CORTE
☐ LIBRARY      ☐ BIBLIOTECA
☐ PHONE CALL   ☐ LLAMADAS TELEFÓNICAS

Telephone number/Numero de teléfono

Other Request:

RESPONSE:

Completed YES ☐     NO ☐     BY:                    DATE:

Confidential

GEO-Novoa_00029835

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM / KITE)

**Detainee Name** Novoa Paul Almanis Hernandez

**Dorm** E1A

**Date** 2/5/14

**Nationality** White

**ICE A#** [redacted]

**Officer Signature** Ramirez

TIME/DATE STAMP

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

**Other Request:**

I would like to
Place a written grievance
a write up on this
Jot from work

RESPONSE: I am not aware if you have to write up
received any write ups check by my supervisor. I
w/ a supervisor and have them look it up. I would like to
look it up. I received a written
complaint from an officer on Almanis this grievance
1/24 which got you terminated. I have/took a your
received numerous complaints about you from officers,
detainees, and a sgt. I'm sorry but you won't be rehired.

**Completed YES ☒ NO ☐   BY:** [signature]   **DATE:** 2/18/14

Confidential

GEO-Novoa_00029836

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name

Date

Dorm

Nationality

**MARK YOUR REQUEST**

☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**

☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Officer Signature

ICE A#

Other Request:

Would like to put legal mail in my
envelope.

Thank you.

RESPONSE:

Completed YES ☑ NO ☐   BY: Cervantes   DATE: 2/4/14

TIME/DATE STAMP

# ADELANTO ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Novoa

**Detainee Name:** Maria Novoa

**Dorm:** 10-126

**Date:** 2/10/14

**Nationality:** Mexico

**ICE A#:** [redacted]

**Officer Signature:** _____

**TIME/DATE STAMP**

## MARK YOUR REQUEST
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Número de teléfono

## MARQUE SU PEDIMENTO
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

**Other Request:**

No Ionds
Need new earphones
- I parirt batteries
Thank you.

**RESPONSE:**

Batteries/HP ordered

**Completed YES** ☐ **NO** ☐   **BY:** _____   **DATE:** 2-7-14

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: _____

Dorm: _____

Date: 2/15/14

Nationality: Mexico

ICE A#: [redacted]

Officer Signature: _____

TIME/DATE STAMP

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono: _____

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

Transfront towels

Dacil mattress

Need:

1- your bathcovers

Thank you

RESPONSE:

Bathroom manual

Completed YES ☑   NO ☐   BY: _____

DATE: 2/14/14

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: _____

Nationality: Mexico

Dorm: _____   Date: 1/29/14

**MARK YOUR REQUEST**

☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**

☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Other Request:

I would like to know
why my time as
a barber is not on
my job.

Thank you

ICE A#: _____

Officer Signature: _____

TIME/DATE STAMP

RESPONSE:

You were fired as a barber

Completed YES ☑   NO ☐   BY: _____   DATE: 1/30/14

Confidential

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name

Dorm   Date   Nationality   México   1/17/14

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Número de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

ICE Officer Signature

Other Request:
would like to continue
1 - years (evening C XL)
g- hours By
g. BOOKS

thank you!

RESPONSE:

Completed YES ☐   NO ☐   BY:   DATE: 1-22-2014

TIME/DATE STAMP

GEO-Novoa_00029841

NOVA Vauler

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name ____ Nowa Vaul ____   Nationality ____ Myre ____

Dorm ____ K-12L ____   Date ____ 1/15 ____

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

**Other Request:**

Need new Vaules
- 1 Pair —
    9x40 Size

ICE A# ____

Officer Signature ____ Mici Snelos ____

TIME/DATE STAMP

RESPONSE: Somebody Needs To Put in
For a barber, I Got All
The other Stuff

1- Bottle (M),
1- 6 oz, (M)

1- 9x40 bottle is also
Indeed weed replacd.

Completed YES ☐   NO ☐   BY: ____   DATE: 11/16/14

Thank you,

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name

Nationality

Dorm        Date

TIME/DATE STAMP

**MARK YOUR REQUEST**
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL
Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Other Request:

Officer Signature

RESPONSE:

Completed YES ☐   NO ☐      BY:_____   DATE:_____

GEO-Novoa_00029843

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Novoa Raúl

Dorm: N 19L   Date: 1/21/14   Nationality: Mex

**MARK YOUR REQUEST**
**MARQUE SU PEDIMENTO**

- ☐ ICE / INMIGRACIÓN
- ☐ COURT / CORTE
- ☐ LIBRARY / BIBLIOTECA
- ☐ PHONE CALL / LLAMADAS TELEFÓNICAS

Telephone number/Numero de teléfono

ICE A#

Officer Signature

Other Request:

No Novela
Need new batteries

Thank you

RESPONSE:

Batteries issued

Completed YES ☑   NO ☐   BY:

DATE: 1-22-14

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name _____

Nationality: _Mexico_

Date: _1/16/14_

Dorm: _10.12L_

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Número de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

_Would like:_
_1- prints (varvos) 2x_

_B Friding_

_2- boxer 2x_
_7 socks, pair_

ICE A# _____

Officer Signature _____

TIME/DATE STAMP

RESPONSE:

Completed YES ☐ NO ☐ BY: _____ DATE: _1.20.14_

GEO-Novoa_00029845

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

TIME/DATE STAMP

**Detainee Name** Maria Luis

**Nationality** Mexican

**Dorm** U 12L

**Date** 11/1/14

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

ICE A#

Officer Signature

Other Request:

**RESPONSE:**

This information goes on the Barber Inventory

Completed YES ☐ NO ☐   BY: _____

DATE: 1-10-14

GEO-Novoa_00029846

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Noxon _Kaur_

Nationality: _Nih_

Dorm: _IA-12L_

Date: _1/5/14_

ICE A#: ▮▮▮▮▮

Officer Signature: _ICE_

TIME/DATE STAMP

**MARK YOUR REQUEST**

☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**

☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Other Request:

Have no funds.
Need a pair of earphones
and one pair batteries.

RESPONSE:

Issued 1-6-14

1- battery
1- earphones
Thank you!

Completed YES ☐    NO ☐    BY: _____    _____    DATE: _1-6-14_

GEO-Novoa_00029847

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name

Dorm                    Date

Nationality

**MARK YOUR REQUEST**
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL
Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

ICE A#

Officer Signature

Other Request:

TIME/DATE STAMP

RESPONSE:

Completed YES ☐   NO ☐   BY:

DATE:

Confidential

Barker

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Nava Raul

Dorm: 11.1A

Date: 11/16/13

Nationality: Mex

TIME/DATE STAMP

Officer Signature: J. Torres

ICE A#:

### MARK YOUR REQUEST / MARQUE SU PEDIMENTO

- ☐ ICE / INMIGRACIÓN
- ☐ COURT / CORTE
- ☐ LIBRARY / BIBLIOTECA
- ☐ PHONE CALL / LLAMADAS TELEFÓNICAS

Telephone number/Numero de teléfono

**Other Request:**

Officer Torres J. accidentally dropped all my/metal sizes. Took all 8 days are now unchanged (too _____). It was a total

accident on his behalf. We would like this/all sizes privaged except for 3/12. Thank you!

**RESPONSE:**

They will all be changed by tomorrow

Completed YES ☑   NO ☐   BY: ___   DATE: 11/2/13

GEO-Novoa_00029849

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Novoa Raul

Dorm: M-13L

Date: 11/1/15

Nationality: MX

ICE A#: [redacted]

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

The small runner is not working at all. thank you!

Officer Signature

TIME/DATE STAMP

RESPONSE:

OK we will check it - on all runner

Completed YES ☐   NO ☐   BY: _____

DATE: 11/2/15

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

**Detainee Name** Novoa Raul

**Nationality** Willtec

**Dorm** E10A

**Date** 10/21/13

**ICE A#** _____

**TIME/DATE STAMP**

2013 OCT 22  PM 3 02

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

**Other Request:**
I would like for barber position reinstated please, our Dorm is over 100 people and we I need this.

**Officer Signature** Mr. Endikmat

**RESPONSE:** You will start tomorrow 10/24 Thursday as a barber.

Completed YES ☒  NO ☐   BY: R. Williams   DATE: 10/23/13

Confidential

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

(Mhi teil) Yauber

Detainee Name

Nuvo Raul

Dorm: 111-17L

Date: 10/30/18

Nationality: Mexico

MARK YOUR REQUEST

☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Numero de teléfono

MARQUE SU PEDIMENTO

☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

TIME/DATE STAMP

Officer Signature

Other Request:

No small bumper
is not working right
both ws/brews are
very loose

Mark up v.

RESPONSE:

OK

Completed YES ☑   NO ☐   BY: _____   DATE: 11/7/17

Confidential

GEO-Novoa_00029852

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: (Novoa) kruel

Nationality: Mexico

Dorm: 1A-12L

Date: 9/16/13

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Número de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

My shoes and shoes sandals are torn.
Neens (size's -10) please

Officer Signature

TIME/DATE STAMP

SEP 17 2013 8 07

RESPONSE:

, Thank you!

Completed YES ☑   NO ☐

BY: _____

DATE: 092213

Confidential

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Nana Kaul

Nationality: India

Dorm: A-12L

Date: 9/30/15

ICE A#: [redacted]

Officer Signature: [signature]

TIME/DATE STAMP

**MARK YOUR REQUEST**
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Other Request:

Need portals
size 10 or 11.

Thank you

RESPONSE: No, received one on 9/19/15

Completed YES ☐   NO ☐   BY: Hamed

DATE: 10-2-15

NOVOA

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: NUNO, Raul

Nationality: MEXICO

Dorm: H-1-52-L

Date: 9/20/19

### MARK YOUR REQUEST / MARQUE SU PEDIMENTO

- ☐ ICE / INMIGRACIÓN
- ☐ COURT / CORTE
- ☐ LIBRARY / BIBLIOTECA
- ☐ PHONE CALL / LLAMADAS TELEFÓNICAS

Telephone number/Número de teléfono

ICE A#: [redacted]

Officer Signature: [signature]

Other Request:

Dont have a voicre
under the one I have
I need anything that
Thank you

RESPONSE:

None of this one still on order

Completed YES ☑ NO ☐   BY: [signature]

DATE: 10.3.13

TIME/DATE STAMP

2019 OCT 1 AM 8 24

Confidential

GEO-Novoa_00029855

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Novoa, Raul

Nationality: Mexico

Dorm: W-17-L

Date: 10/6/13

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

ICE A#: [redacted]

Officer Signature: _____

Other Request:

Have not recived shower sandals -size 10 or 11

Also shoes have worn out w/hole on bottom please

Need (shoes size 10)

-Thank you

DATE: 10/6/13

TIME/DATE STAMP

**RESPONSE:**

✓ Recieved shower sandals on 9/19/13

Shoes approved

Complete

Completed YES ☒   NO ☐   BY: Carlson, I

**ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)**

Detainee Name: Novoa Raul

Dorm: 12-124

Date: 01/01/15

Nationality: CH2-7784672

ICE A#: [redacted]

Officer Signature: _____

TIME/DATE STAMP

**MARK YOUR REQUEST**
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Número de teléfono

**MARQUE SU PEDIMENTO**
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Other Request:

I have less than $10 —
on my account and
I truly need earphones
and a radio w/ batteries.

Thank you.

RESPONSE:

Approved

Completed YES ☐   NO ☐   BY: _____ Townes   DATE: 01/15/13

Confidential

GEO-Novoa_00029857

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Novoa Raul

Dorm: 18.13c

Date: 9/9/13

Nationality: Mexico

ICE A#: _____

Officer Signature: _____

## MARK YOUR REQUEST

- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

## MARQUE SU PEDIMENTO

- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

My shoes and shower sandals are torn.

I need sizes 10's

Thank you. XXXXXXXXXXX

RESPONSE:

Completed YES ☑ NO ☐   BY: Torres   DATE: 9/11/13

TIME/DATE STAMP

2013 SEP 10 07 10 27

GEO-Novoa_00029858

**ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)**

Detainee Name: _____

Dorm: _____   Nationality: _____

Date: 2/4/13

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono: _____

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request: _____

ICE A#: _____

Officer Signature: _____

TIME/DATE STAMP

**RESPONSE:**

_Handwritten response, partially illegible_

Completed YES ☑  NO ☐  BY _____  DATE: _____

GEO-Novoa_00029859

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: _____

Dorm: JA 12L    Date: 9/4/13

Nationality: Mexico

ICE A#: [redacted]

Officer Signature: _____

TIME/DATE STAMP

**MARK YOUR REQUEST**
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone numbr/Numero de teléfono

**MARQUE SU PEDIMENTO**
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Other Request:

_Barber — we have your Clipper machine is broke, right not working right —_

Need a new one, rather. Mank you.

DATE: 9/10/13

RESPONSE: That was fixed on 9/4/13

Completed YES ☑   NO ☐   BY: _____

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Novoa Jkcus

Nationality: Mexico

Date: 9/3/13

Dorm: 1A-12L

ICE #: ▓▓▓▓▓▓▓

Officer Signature:

TIME/DATE STAMP: 2013 SEP 4 AM 8 43

## MARK YOUR REQUEST:
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Numero de teléfono

## MARQUE SU PEDIMENTO
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Other Request:
My shoes are torn
New size?
I would like size 10s
please thank you!

RESPONSE:

Completed YES ☐   NO ☐   BY: _____   DATE: 9/5/13

*NOVOA

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

**Detainee Name** Navor Koul

**Nationality** Mexico

**Dorm** H-12L

**Date** 2/24/13

## MARK YOUR REQUEST
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Numero de teléfono

## MARQUE SU PEDIMENTO
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

**ICE A#** [redacted]

**Officer Signature** J Torres

**Other Request:**

My radio was stolen a week ago. I would like another radio to listen to. thank you.

**TIME/DATE STAMP**

2013 FEB 24  PM 12:02

**RESPONSE:**

On order none at this time

Completed YES ☑   NO ☐   BY: [signature]

DATE: 2.27.13

GEO-Novoa_00029862

Verifier

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE) SEP 17 '20 8:07   TIME/DATE STAMP

Detainee Name: Nixon J. Kaul
Nationality: México

Dorm: 14-12L   Date: 9/16/13

**MARK YOUR REQUEST**
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Número de teléfono

**MARQUE SU PEDIMENTO**
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Other Request:

I will no lovaer be
puting your the bius
on hover lequest una-el
in priva one for a bit.

Officer Signature

RESPONSE:

You Are No Lunger A Carsta.

given the law, one, I will
be compload Tupia-Torrado-
Estrada. Thank you.

DATE: 9/16/13

Completed YES ☒   NO ☐   BY: ___

**ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)**

TIME/DATE STAMP

Detainee Name: Novoa, Raul

Nationality: Mexico

Dorm: 10.12L

Date: 9/6/13

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

ICE A#:

Officer Signature

Other Request:

Barber - We expect to have the scissors on the machine written on Friday, we've relieved it the same way.

**RESPONSE:**
We had maintenance tighten the screws on Friday. When we returned it Hit does fixed.

Completed YES ☑  NO ☐   BY: _____

from you w/out fence into. We would like the hair machine clipper fixed. ASAP
Thank you.

DATE: 9/12/13



## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Nara Kaul

Nationality: Mexico

Date: 9/16/13

Dorm: 1A-13L

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

ICE A#: [redacted]

Officer Signature

Other Request:

My radio was stolen I want this a new one please. thank you.

RESPONSE: Sorry there is no radios at this time.

Completed YES ☒   NO ☐   BY: _____   DATE: 7/20/13

TIME/DATE STAMP

GEO-Novoa_00029865

NOVOA

**ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)**

2013 SEP 6 AM 9 53

TIME/DATE STAMP

Detainee Name: Novoa, [illegible]

Nationality

Dorm: [illegible]    Date: 8/14/[illegible]

ICE A#: ▮▮▮▮▮

Officer Signature

**MARK YOUR REQUEST**
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Número de teléfono: 562-867-7256

**MARQUE SU PEDIMENTO**
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Other Request: [illegible handwriting]

RESPONSE:

START TIME: _____

END TIME: _____

CALL WAS NOT CONNECTED - CWS

Completed YES ☐  NO ☒   BY: _____   DATE: 8/14/[illegible]

Confidential

GEO-Novoa_00029866

NOVOA  AAM. NOI

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Nam Kuli
Detainee Name

Jia
Nationality

Mich
Dorm

8/4/13
Date

ICE A#

Officer Signature

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

Return to meal
Meek swift

RESPONSE:

OK

Completed YES ☑  NO ☐  BY: _____  DATE: 8/13/13

TIME/DATE STAMP

NOVOA

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name _____   Nationality _____

Date _____

Dorm _____

Telephone number/Numero de teléfono _____

**MARK YOUR REQUEST**    **MARQUE SU PEDIMENTO**

☐ ICE    ☐ INMIGRACIÓN
☐ COURT    ☐ CORTE
☐ LIBRARY    ☐ BIBLIOTECA
☐ PHONE CALL    ☐ LLAMADAS TELEFÓNICAS

**RESPONSE:**

I have already talked to you about these blades. Putting in kites after kites won't make the process any faster.

Completed YES ☑   NO ☐   BY: _____

Officer Signature _____

**Other Request:**

_[handwritten notes, partly illegible]_

DATE: 8/13/12

TIME/DATE STAMP

Attn: LT's or Sergeants

**ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)**

Novoa

Detainee Name: Novoa, Raul

Dorm: JA-134L

Date: 4/22/13

Nationality: Mexico

ICE A#: [redacted]

Officer Signature

TIME/DATE STAMP

2013 APR 23   PM 3 17

**MARK YOUR REQUEST**
- ☑ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Número de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

Barber has clippers size 4,8,10
were taken away, these clips
essential for detainee's with
long hair, we need these

RESPONSE:

Talk to barber
lady. I dont have
anything to do with barber equipment

Clippers back or replace of
4,8,10,2 it was not notified of
the change. Thank you!

Completed YES ☑   NO ☐   BY: SGT. BROWN   DATE: 4-23-13

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Mari Karl

Nationality: Mexico

Dorm: 1A.12-L

Date: 8/27/13

ICE A#: _____

Officer Signature: _____

TIME/DATE STAMP

## MARK YOUR REQUEST
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

## MARQUE SU PEDIMENTO
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

I would like a new pair of shoe's, I've been waiting for over a month now on size's 10 or 11.

"Thank you"

RESPONSE:

Completed.

Completed YES ☒   NO ☐   BY: _____   DATE: 8/27/13

GEO-Novoa_00029870

Attn: Neil

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Novoa Raul

Nationality: Mexico

Dorm: D.12 L                Date: 8/Ac/13

**MARK YOUR REQUEST**

- [ ] ICE
- [ ] COURT
- [ ] LIBRARY
- [ ] PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**

- [ ] INMIGRACIÓN
- [ ] CORTE      Barber
- [ ] BIBLIOTECA
- [ ] LLAMADAS TELEFÓNICAS

ICE A#

Officer Signature: J. Torres

**Other Request:**

We need a new
hour hope for his
detainees, hes ever
we have ohes hppred.

Thank you!

**RESPONSE:**

OK

Completed YES ☑    NO ☐    BY: _____    DATE: 3/31/13

TIME/DATE STAMP

Confidential

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name

Nationality

Dorm                    Date

**MARK YOUR REQUEST**

☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**

☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Other Request:

ICE A#

Officer Signature

TIME/DATE STAMP

RESPONSE:

OK

Completed YES ☐   NO ☐   BY: _____   DATE: 8/20/13

Novoa

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM – KITE)

Detainee Name: Novoa, Raul Alvarez

Nationality: Mexico

Dorm: _____   Date: 2/1/13

**MARK YOUR REQUEST**
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

ICE A#: _____

Officer Signature: _____

Other Request: Replace worn out razor blades (shaving)

RESPONSE: These blades have already been switched out several times

Completed YES ☑   NO ☐   BY: _____   DATE: 8/7/13

TIME/DATE STAMP

GEO-Novoa_00029873

Novoa

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Novoa, Raul                          MEX
Detainee Name                        Nationality

10-17                      7/31/15
Dorm                       Date

**MARK YOUR REQUEST**          **MARQUE SU PEDIMENTO**
☐ ICE                          ☐ INMIGRACIÓN
☐ COURT                        ☐ CORTE
☐ LIBRARY                      ☐ BIBLIOTECA
☐ PHONE CALL                   ☐ LLAMADAS TELEFÓNICAS

Telephone number/Numero de teléfono

ICE A#

_____
Officer Signature

Other Request:

No Nothing list for
two weeks www.
Need your 2-orange L

Submit request on clothing list, books
Thank you
Martinez

RESPONSE:

Completed YES ☑   NO ☐   BY: _____ DATE: _____

TIME/DATE STAMP
JUL 25  AM  2428.013

Mhu Noi Tuckini

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Nova Kruc

Nationality: Waico

Date: 7/3/13

Dorm: A.1.L

ICE A#:

Officer Signature: Do Rein

### MARK YOUR REQUEST
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Número de teléfono

### MARQUE SU PEDIMENTO
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

Nation we used cups
also we used cups for (1)(1A)(1/2)
Also a new trimmer,

We all we believe is better
is few people (Vhoim)
Also a new barber Shirt.
Thank you!

RESPONSE:

OK.

Completed YES ☑ NO ☐ BY: [signature]

DATE: 7/4/13

TIME/DATE STAMP

Confidential

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: _Mark Krul_

Nationality: _Mexican_

Dorm: _A 19L_

Date: _7/2/13_

TIME/DATE STAMP

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Número de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

ICE #

Officer Signature

RESPONSE:

_I changed these shirt twice_
_blade twice this two months_
_last couple weeks_
_I am not during 16 cheance_
_them again DRC_

Completed YES ☐ NO ☐    BY: _____    DATE: _7/10/13_

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

**Detainee Name:** Nava, Kevin

**Date:** 7/7/13

**Nationality:** Mexico

**Dorm:** A-14

**ICE A#:** [redacted]

**Officer Signature:** [signature]

**TIME/DATE STAMP:** [stamp]

## MARK YOUR REQUEST
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

## MARQUE SU PEDIMENTO
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

**Other Request:** Visitacion I was not monitored for 7/8/13, this is a second time + [writing]

**RESPONSE:** [handwritten notes]

Officer - Ibañez - Mark YIV. Please check again.

Completed YES ☐   NO ☐   BY: _____

**DATE:** 7/10/13

Confidential

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Novoa, Raul

Nationality: Mexico

Date: 7/6/13

Dorm: [A.12L]

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Número de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

ICE A#: [redacted]

Officer Signature: [signature]

Other Request:

I was informed
by 7/7 I'm sorry
it's now 3 days I'm working

TIME/DATE STAMP

2013 JUL 8 PM 12:10

RESPONSE:

Please look
on tu Kiosk again

I look but I brown not
Thank you!

Completed YES ☐   NO ☐   BY: [signature]   DATE: 7/8/13

Confidential

GEO-Novoa_00029878

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

TIME/DATE STAMP

2013 JUL 2 AM 10 55

Detainee Name _____

Nationality _____

IA-A1,2
Dorm

Date 7/2/13

ICE A#

Officer Signature _____

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

_handwritten request text_

RESPONSE:

The ____ & ____ & 1" blade
where errwere changed on
7/1/13, we will replace the
#2, trimmer, & jacket

Completed YES ☐   NO ☐   BY: _____

DATE: 7/2/13

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name _____

Nationality _____

Dorm _____ Date _____

**MARK YOUR REQUEST**
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL
Telephone number/Número de teléfono

**MARQUE SU PEDIMENTO**
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

ICE A# ▮▮▮▮▮▮▮▮▮

Officer Signature _____

Other Request: _____

RESPONSE:

OK

Completed YES ☒   NO ☐   BY: _____   DATE: _____

TIME/DATE STAMP

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Novoa Jose L

Dorm: D-E-L   Date: 6/17/13

Nationality: Mexico

MARK YOUR REQUEST
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Numero de teléfono

MARQUE SU PEDIMENTO
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

ICE A#: [redacted]

Officer Signature

Other Request: Phone Net 1
Yonick the need A 1616
Hig home 20615

RESPONSE: OK

broken. Thank you

Completed YES ☒   NO ☐   BY: _____

TIME/DATE STAMP

DATE: 7/1/13

Confidential

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

**Detainee Name** _Alvarez Kara_

**Dorm** _ID 20L_   **Date** _6/27/17_   **Nationality** _Nigeria_

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

**Other Request:**

_Kitchen: We need New bags_

_Warming (not working) chips_
_sizes (med) (xxxs), (L), (xl))_
_Hyper Mush._

**ICE A#** [redacted]

**Officer Signature** _[signature]_

**TIME/DATE STAMP**

2018 JUN 28  8:37

RESPONSE:

_[illegible handwriting] <-- Also need two more_
_Also really really better chairs (new)_
_back._

OK

Completed YES ☑   NO ☐   BY: _[signature]_   DATE: _7/1/13_

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: _Xavier Kaul_

Nationality: _Mexico_

Date: _6/30/13_

Dorm: _1A 21D_

**MARK YOUR REQUEST**

- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Número de teléfono

**MARQUE SU PEDIMENTO**

- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request: Xavier we need a pen we don't have one

Thank you

ICE #: [redacted]

Officer Signature: _Kaul_

TIME/DATE STAMP: 13 JUL 1 AM 8 25

**RESPONSE:**

OK

Completed YES ☒   NO ☐   BY: _____   DATE: _7/1/13_

Confidential

Mr. Neil

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

TIME/DATE STAMP

13 JUL 1 AM 9 25

Detainee Name: Nova, Raul

Nationality: Mexico

Date: 6/28/13

Dorm: 12-91

**MARK YOUR REQUEST**
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Número de teléfono

**MARQUE SU PEDIMENTO**
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Other Request:

You Ask - I need a new

power suit.

- "hugo size (001),(0000)

- Clownan Jourdes

Thank you

ICE Air

Officer Signature

RESPONSE:

OK

Completed YES ☒  NO ☐   BY: _____  DATE: 7/11/13

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name _____    Nationality _____

ICE A# ███████████

Dorm _____    Date _____

## MARK YOUR REQUEST

- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

## MARQUE SU PEDIMENTO

- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request: _____

_____

Officer Signature _____

TIME/DATE STAMP

RESPONSE: _____

Please see printed

Completed YES ☐   NO ☐   BY: _____   DATE: _____

Confidential

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

TIME/DATE STAMP

2013 JUN 17 AM 8 03

Detainee Name _____

Nationality _____

Date _____

Dorm _____

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono _____

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

ICE A# _____

Officer Signature _____

Other Request: _____

RESPONSE: _____

Completed   YES ☐   NO ☐   BY: _____

DATE: _____

GEO-Novoa_00029886

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

**Detainee Name** _Novoa, Raul_

**Dorm** _18.12L_

**Date** _6/11/13_

**Nationality** _Mexico_

**ICE A#** ▮▮▮▮▮▮

**TIME/DATE STAMP**

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

**Other Request:**

_(handwritten notes)_

**Officer Signature** _(signature)_

**RESPONSE:** _Please see attachment_

Completed YES ☑  NO ☐   BY: _JM_

DATE: _6/13/13_

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name _____

Nationality _____   Mexico

Dorm _____   Date _____   6/6/13

ICE A# _____

_____ Officer Signature

TIME/DATE STAMP

**MARK YOUR REQUEST**        **MARQUE SU PEDIMENTO**
☐ ICE                        ☐ INMIGRACIÓN
☐ COURT                      ☐ CORTE
☐ LIBRARY                    ☐ BIBLIOTECA
☐ PHONE CALL                 ☐ LLAMADAS TELEFÓNICAS
Telephone number/Número de teléfono

Other Request:

RESPONSE:

Completed YES ☐   NO ☐   BY: _____   DATE: _____   6/10/13

Confidential

GEO-Novoa_00029888

Novoa

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name

Date

Dorm

Nationality

ICE A#

Officer Signature

TIME/DATE STAMP

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

Need a new CPAP machine. Thank you.

RESPONSE:

Completed   YES ☑   NO ☐   BY:

DATE: 6-11-13

Confidential

GEO-Novoa_00029889

SALGADO

Novoa, Raul

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name _____ NOVOA RAUL

Nationality _____ Mexico

Form _____ Date _____ 6/7/17

### MARK YOUR REQUEST / MARQUE SU PEDIMENTO

- ☐ ICE / INMIGRACIÓN
- ☐ COURT / CORTE
- ☐ LIBRARY / BIBLIOTECA
- ☐ PHONE CALL / LLAMADAS TELEFÓNICAS

Telephone number/Número de teléfono

Officer Signature _____

ICE A# [redacted]

Other Request:

TIME/DATE STAMP

**RESPONSE:**

DETAINEE NOVOA
WAS OBSERVED WORKING ON THIS
DAY. LT. SALGADO
_____

Completed YES ☐   NO ☐   BY: _____

DATE: _____

GEO-Novoa_00029890

Novoa, Raul

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

TIME/DATE STAMP

Detainee Name

Nationality: _____ MALE

Date: 6/15/13

Dorm: 13-17L

ICE A#: ███████████

Officer Signature

**MARK YOUR REQUEST**
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Other Request:

RESPONSE: OK

Completed YES ☒  NO ☐  BY: _____  DATE: 6/17/13

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name _____

Dorm _____  Date _____  Nationality _____

**MARK YOUR REQUEST**
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Número de teléfono

**MARQUE SU PEDIMENTO**
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

ICE A# _____

Officer Signature _____

Other Request:

TIME/DATE STAMP

RESPONSE:

OK

Completed YES ☒   NO ☐   BY: _____   DATE: _____

Confidential

GEO-Novoa_00029892

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

TIME/DATE STAMP

Detainee Name: Novoa Raul

Nationality: Mexican

Date: 5/22/13

Dorm: 10/17L

ICE A#

Officer Signature

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Número de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request: 5.72

5years Sandals
12
Thank you

RESPONSE: Will issue when recieved

Completed YES ☐   NO ☐   BY: SGT. BROWN   DATE: 5-24-13

Confidential

Novoa, Raul

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

TIME/DATE STAMP

Detainee Name: Novoa, Raul

Date: 6/16/13

Nationality: Hn (Arg)

ICE A#: [redacted]

Officer Signature

## MARK YOUR REQUEST / MARQUE SU PEDIMENTO

- [ ] ICE / INMIGRACIÓN
- [ ] COURT / CORTE
- [ ] LIBRARY / BIBLIOTECA
- [ ] PHONE CALL / LLAMADAS TELEFÓNICAS

Telephone number/Número de teléfono

Form: 10/17L

Other Request:

I will bring a new filter on 3/17/13

RESPONSE:

I will bring a new filter on 3/17/13

Completed YES ☑   NO ☐   BY: DBC

DATE: 2/16/13

Confidential

GEO-Novoa_00029894

Nova, Raul

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Nova Raul

Nationality: Mexico

Date: 5/16/13

Dorm: 12/191

TIME/DATE STAMP

ICE A#: [redacted]

Officer Signature: _____

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Número de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request: I would like ____ ____ thank you

RESPONSE: OK will change on 5/17/13

Completed YES ☒   NO ☐   BY: ____   DATE: 5/16/13

1 Patel, Khodubhai

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

TIME/DATE STAMP

**Detainee Name** PATEL KHODU BHAI ___ INDIA
**Nationality**

**Dorm** E-2-A-17 **Date** 6/29/13

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

Laundry

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA (Medicom)
- ☐ LLAMADAS TELEFÓNICAS

**Other Request:**

Sir, Can I have White T-Shirt Pare c, 2×4 and preccessory — 1×3 pant per day Thank you

ICE/Officer Signature

**RESPONSE:**

Completed YES ☐ NO ☐ BY: ___ DATE: 7-14-13

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Nunes Raul

Dorm: 10/17L   Date: 5/9/12

Nationality: Mexico

TIME/DATE STAMP

ICE A#: ▮▮▮▮

Officer Signature: [signature]

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Número de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request: Razor - our rodaor + 5/9/11
is not working properly
Thank you. Raul

RESPONSE: I will redico it on 5/14/12 if new one

Completed YES ☒   NO ☐   BY: [signature]   DATE: 5/12/12

Confidential

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name

Date

Dorm

Nationality

**MARK YOUR REQUEST**

☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**

☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

ICE A#

Officer Signature

Other Request:

TIME/DATE STAMP

RESPONSE: Will replace

thank you

Completed YES ☒   NO ☐   BY: _____   DATE: _____

Confidential

GEO-Novoa_00029898

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

**Detainee Name** Nina Isaac

**Dorm** n.17L

**Date** 4/29/13

**Nationality** Mexico

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Mw Laundry

ICE A# [redacted]

Officer Signature

**Other Request:**

I would like a new:
1 XL pants (orange)
Shoes size 10 (blue)

**RESPONSE:**

Refused
Pants and Pillow
case

Pillow case / don't have one

Thank you

Completed YES ☑  NO ☐

BY: _____

DATE: 05-03-13

TIME/DATE STAMP

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Noori Kaul

Dorm: 10-17L

Date: 4/10/13

Nationality: India

ICE A#: [redacted]

Officer Signature: _____

TIME/DATE STAMP: 2013 APR 10 AM 8:32

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

I work the a
Into Sheel tonite think bork.
Thank you.

RESPONSE:

W. T SWEETS

Completed YES ☑  NO ☐   BY: _____

DATE: 01-26-13

Confidential

GEO-Novoa_00029900

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

TIME/DATE STAMP

Detainee Name: Novoa Raul

Nationality: Mima

Dorm: 11-17 L

Date: 4/25/13

**MARK YOUR REQUEST**

☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**

☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

**Other Request:**

I was not voir to r
4/30/13 (wals)
Thank you

ICE Aff

Officer Signature

RESPONSE:

Yes you were !!!

⊕Not Puell...

DATE: 04/29/13

Completed  YES ☑   NO ☐   BY: _____

GEO-Novoa_00029901

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Nova Raul

Dorm: 17L

Date: 4/10/13

Nationality: Mexico

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

I would like some aquil tenzial.
Thank you

ICE A#

Officer Signature

TIME/DATE STAMP

2013 FEB 11 AM 8 19

RESPONSE:

Completed YES ☐   NO ☐   BY:

DATE: 04/10/13

GEO-Novoa_00029902



ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Novoa Raul

Nationality: Mexico

Dorm: 11/14

Date: 4/8/16

ICE A#:

Officer Signature:

**MARK YOUR REQUEST**
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Other Request:

I would like a document. Notarized. Thank you.

RESPONSE:

Completed YES ☒   NO ☐   BY: _____   DATE: 04/18/13

TIME/DATE STAMP

GEO-Novoa_00029903



ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name

Dorm _____ Date _____

Nationality _Mexico_

TIME/DATE STAMP

**MARK YOUR REQUEST**
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Other Request:

ICE A#

Officer Signature

RESPONSE:

Completed  YES ☑  NO ☐     BY: _____     DATE: 04.10.15

GEO-Novoa_00029904

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name

Dorm _____ Date _2/1/13_

Nationality _Marivo_

ICE A# ▮▮▮▮▮▮

Officer Signature _____

TIME/DATE STAMP

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Número de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:
I would like a blue pair of
1- pair's/oranges XL
pair of blues, size 10
Thank you

RESPONSE:

NO ORANGE PANTS

Completed YES ☐   NO ☐      BY: _____   DATE: _04-10-13_

Confidential

GEO-Novoa_00029905

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

TIME/DATE STAMP

Detainee Name
Nava, Karl

Nationality
Mexico

Dorm
12/12L

Date
4/3/13

ICE A#

Officer Signature

**MARK YOUR REQUEST**
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL
Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Other Request:
I would like a warden to re-authorize phone. Mark you

RESPONSE:

Completed YES ☐   NO ☒   BY:

DATE: 04/08/13

GEO-Novoa_00029906

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Nancy Kroll

Nationality: Ukraine

Dorm: 10/17L

Date: 11/2/16

TIME/DATE STAMP

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

ICE A#: _____

Officer Signature: Campos

**Other Request:**

ATTN: KALLENBERGER

I was not pre-natinced of my chaving bring detained. I would really appreciate

**RESPONSE:**
We could not give you your chaving packet you could mail to you family get your own expense

if if you intend it. Thank you.

Completed YES ☒   NO ☐   BY: Bob Miller

DATE: 11/2/16

Confidential

NOVOA

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Nidir Ikbal

Nationality: Algeria

Dorm: 11

Date: 3/8/13

ICE A#: _____

Officer Signature: _____

TIME/DATE STAMP

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Número de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:
1 - 2 x blanket
1 - towel

RESPONSE:

Completed YES ☑  NO ☐   BY: _____   DATE: 03-29-13

GEO-Novoa_00029908

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name _____

Nationality _____

Dorm _____   Date 3/10/13

**MARK YOUR REQUEST**
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Numero de teléfono _____

**MARQUE SU PEDIMENTO**
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Other Request:

I would appreciate
it if you could:
1- Laundry pants (XL)
1- Vip center
1- Cotton shirts
1- your boxer shorts (size LG)

Thank You
(appreciate)

Officer Signature _____

TIME/DATE STAMP

RESPONSE: _____

Completed   YES ☐   NO ☐   BY: _____   DATE: _____

Confidential

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Novoa Raul

Nationality: Mexico

Dorm: IC 134 Date: 2/6/13

ICE A#: [redacted]

Officer Signature: [signature]

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:
I would like a boxer;
XL boxers (evans)
2x, try shirt (evans)
3 pair socks

TIME/DATE STAMP

RESPONSE: Received this only topshirt

for exchange.
Thank you

Completed YES ☑ NO ☐ BY: _____ DATE: 2/7/13

GEO-Novoa_00029910

A#: Nuj. Brown

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Novoa, Raul

Dorm: 10/7W   Date: 3/15/13

Nationality: Mexico

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

ICE Aff

Officer Signature.

TIME/DATE STAMP

**Other Request:**

Ms. Brown I wrote a kite as
you asked me, he have permission
granted on keeping my family two of
he an expanding file folder. I
was denied by (Sgt Jones) was
told to use the three ringbinders

but I want to make it fit is
all my files either by the three ringbinder
purse in a file or by expanding file
I was being specific in the
expanding file and that permission.
Thank you.

**RESPONSE:**

You can have the
paper expanding folder
plastic is No Longer
allowed

Completed YES/☑   NO ☐   BY: _____   DATE: 3-19-13

Confidential

GEO-Novoa_00029911

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

ATTN: Sargento

Detainee Name: Nima, Raul

Nationality: Mexico

Dorm: H-Plus

Date: 3/15/13

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

ICE A#

Officer Signature

Other Request:
I am requesting permission for a family member to send me can copy/night retain for the legal documents.

thank you
(all phase)(a)/two lab

N_____ FWD. INTAKE

DATE: 03.18.2013

RESPONSE:
LT Salcido approved detainee to receive, has one already and it is full of legal docs. Needs one more. I have already checked his bunk.

Completed  YES ☐   NO ☐   BY: _____

TIME/DATE STAMP

**ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)**

Detainee Name: _____

Name: Ms. Novoa

Dorm: _____  Date: 6/7/15

Nationality: Mexico

**MARK YOUR REQUEST**

- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**

- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

Name: Ms. Novoa   I will continue to use legal pleas, most grant me permission to use legally to wait until our examining.

ICE A#: _____

Officer Signature: _____

RESPONSE:

Denied, use Yellow Envolores.

Completed YES ☐   NO ☐   BY: SGT _____

TIME/DATE STAMP

DATE: _____

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Nova Raul

Date: 3/9/13

Dorm: 16-114

Nationality: Mexico

ICE A#: _____

Officer Signature: _____

TIME/DATE STAMP

**MARK YOUR REQUEST**
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

*Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Other Request:

I have a fracture hand (left) and have not recieved surgery, I would like to be moved to a lower.

RESPONSE:

Do You HAVE CHRONO From MEDICAL ?

Vonk (2oL) I almost fell today.

Thank you.

Completed YES ☐   NO ☐   BY: SGT C Jenser   DATE: 3/11/13

GEO-Novoa_00029914

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

TIME/DATE STAMP

Detainee Name _____

Nationality _____

Dorm _____    Date _____

**MARK YOUR REQUEST**
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Other Request:

Officer Signature

ICE #:

RESPONSE:

Completed  YES ☐   NO ☐   BY: _____   DATE: 03-04-13



ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

TIME/DATE STAMP

Detainee Name

Dorm: _____ Date: _____

Nationality: _____

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Officer Signature

Other Request:

RESPONSE:

Completed  YES ☑  NO ☐   BY: _____   DATE: 03-04-13

Confidential

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Attn: Mr. Shirkland

Detainee Name: Novoa Kevin

Dorm: E. 1A 17up

Date: 2/27/13

Nationality: Aumo

**MARK YOUR REQUEST**
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

ICE A#: [redacted]

Officer Signature: _____ Toscano

**Other Request:**

I would like to speak to Mr. Shirkland (Warden) A.S.A.P. Thank you

TIME/DATE STAMP

RESPONSE: Notification has been made to Mr. Shirkland and/or who ever on his record, uncertain for the record. H Gomez Asst 13

Completed: YES ☑   NO ☐   BY: _____

DATE: 2/28/13

Novoa

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

TIME/DATE STAMP

Novoa, Raul
Detainee Name

Mexico
Nationality

311-103-B
Dorm

1/31/13
Date

ICE A#

C. Mi.hlu
Officer Signature

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL:

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

My shower sandals are ripped, I would like a new pair please thank you
(B-10)

RESPONSE:

Taken care of as in other kites.

Completed YES ☒   NO ☐   BY: ___ Davenport   DATE: 2-5-13

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name Novoa Karl

Nationality Mex

Dorm _102-1low/low20

Date 9/17/12

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL
- Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

I would like to place if
people to be with two
from bunk bed 102-1low to
102. Thank you

E. Fonseca
Officer Signature

ICE A#

TIME/DATE STAMP

RESPONSE:

VERIFIED

Completed YES ☒   NO ☐   BY: _____

DATE: 9-26-12

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Novoa Raul

Nationality: MN

Dorm: U.2D/123.10w

Date: 9/10/12

ICE A#: [redacted]

E. Fonseca
Officer Signature

TIME/DATE STAMP

### MARK YOUR REQUEST

- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

### MARQUE SU PEDIMENTO

- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

I would like to phase be moved with 2D-11ow to 2D2-11ow, with 103-11ow to 2D2-11ow. Thank you.

RESPONSE:

DENIED

Completed YES ☐   NO ☐   BY: [signature]

DATE: 9-26-12

GEO-Novoa_00029920

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Novoa, Raul

Nationality: MEX

Dorm: W2D/W2-1000

Date: 3/12/12

ICE A#: [redacted]

Officer Signature: [signature]

TIME/DATE STAMP: [stamp]

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono:

**MARQUE SU PEDIMIENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

**Other Request:**

I would please like to exchange my 2x-large pants to a size 1x. Also buck large palm button really loose and like to baggy. Thank you

RESPONSE:

UTILIZE CLOTHING LIST. TUESDAY

Completed YES ☒   NO ☐   BY: [signature]   DATE: 4-15-12

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

**Detainee Name:** Ndwa, Kevi

**Nationality:** MU

**Dorm:** W2DN2hw

**Date:** 9/5/12

## MARK YOUR REQUEST
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

## MARQUE SU PEDIMENTO
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

**Other Request:**

I would like some legal books for immigration purposes and to see my legal book so i can prepare for my immigration hearing.

ICE A#: ▓▓▓▓▓

Officer Signature

**RESPONSE:**

Approved legal - request form attached ie to Faulty

Completed YES ☑  NO ☐

BY: _____

DATE: 9/6/12

GEO-Novoa_00029922

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Nava, Raul
**Detainee Name**

Nationality: Mex

Date: 6/29/12

Dorm: WAD/103.11ow

TIME/DATE STAMP

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Número de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

ICE A#

Officer Signature

**Other Request:**

please is it possible to
switch from 103.11ow to 103.2low
please. I would really appreciate.
Merlik you so much.

**RESPONSE:**

DENIED

Completed YES ☑  NO ☐    BY: _____   DATE: 6-30-12

GEO-Novoa_00029923

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name _____    Nationality _____

Dorm _____    Date _____

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono _____

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

ICE A# _____

Officer Signature _____

Other Request: _____

RESPONSE:

UTILIZE SHOE LIST.

Completed YES ☐  NO ☐    BY: _____    DATE: _____

TIME/DATE STAMP

GEO-Novoa_00029924

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name _____  Nationality _____

Dorm UGD-103-low   Date 6/18/12

## MARK YOUR REQUEST / MARQUE SU PEDIMENTO

- ☐ ICE / INMIGRACIÓN
- ☐ COURT / CORTE
- ☐ LIBRARY / BIBLIOTECA
- ☐ PHONE CALL / LLAMADAS TELEFÓNICAS

Telephone number/Número de teléfono _____

Officer Signature _____   ICE A# _____

Other Request:

I would like to get my headphones from property please. Thank you.

2D-103-1L

TIME/DATE STAMP 51

RESPONSE:

returned hand phones

Completed YES ☑ NO ☐   BY: _____   DATE: _____

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

**Detainee Name** _Marui, Kul_

**Nationality** _Na_

**Date** _6/23/17_

**Dorm** _2D 123-Low_

**ICE A#** [redacted]

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

**Other Request:**

I would like my headphones from my property please.

Thank you I'm in request!

**Officer Signature** [signature] M. Brown

**TIME/DATE STAMP** 2017 JUN 24 AM 9 08

1202

**RESPONSE:** received headphones

**Completed YES** ☐ **NO** ☐   **BY:** [signature] Wagoo   **DATE:** 8/24/17

GEO-Novoa_00029926

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name _____

Nationality _____

Dorm _____   Date _____

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono _____

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

ICE A# _____

Officer Signature _____

Other Request:
I would like to know the total on my books please. thank you

TIME/DATE STAMP

RESPONSE: _____

Completed YES ☑   NO ☐   BY: _____   DATE: _____

Confidential

GEO-Novoa_00029927

SGT.

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name

Dorm _____ Date _____

Nationality _____

ICE A# _____

Officer Signature _____

TIME/DATE STAMP

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Número de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

RESPONSE:

Work Request has been submitted

Completed YES ☑   NO ☐   BY: _____   DATE: 08/17/12

Confidential

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

TIME/DATE STAMP

AUG 17   AM 10 48

Detainee Name

Nationality

ICE A#

Dorm

Date

Officer Signature

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

RESPONSE:  Size 10 given

Completed YES ☒   NO ☐   BY:                    DATE:

Confidential

GEO-Novoa_00029929

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

**Detainee Name** Raul Novoa

**Dorm** D/420p **Date** 7/24/12

**Nationality** Mexico

**ICE A#** ▮▮▮▮▮▮▮▮

**Officer Signature** _____

**TIME/DATE STAMP**

2012 JUL 25 AM 8 08

### MARK YOUR REQUEST
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono _____

### MARQUE SU PEDIMENTO
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

**Other Request:**

Laundry came in for oranges and my bag along with my clothes was missing. Please give me another bag with a pair of oranges (xxl). Thank you.

**RESPONSE:** Need Laundry + Bag stils.

*Due to lack of communication on security side of awareness to which mix to Archive received only white soap.

Completed YES ☒   NO ☐   BY: _____   DATE: 7-26-12

GEO-Novoa_00029930

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: RAUL Novoa

Dorm: 1 D/4240   Date: 7/11/12

Nationality: Mexico

**MARK YOUR REQUEST**
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Other Request:

I need a new sweeter
Towel and a wash
cloth. Thank you

Officer Signature

2012 JUL 31 PM 1

TIME/DATE STAMP

DATE: 07-13-12

RESPONSE:

✳ Due to lack of communication on security side of quarters to which kite is third, we received only white soap.

Completed YES ☑   NO ☐   BY: _____

Confidential

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Raul Novoa

Date: Wednesday 8/10/17

Dorm:

Nationality: USA

ICE A#: [REDACTED]

Officer Signature:

TIME/DATE STAMP

**MARK YOUR REQUEST** / **MARQUE SU PEDIMENTO**

- ☐ ICE / INMIGRACIÓN
- ☐ COURT / CORTE
- ☐ LIBRARY / BIBLIOTECA
- ☐ PHONE CALL / LLAMADAS TELEFÓNICAS

Telephone number/Número de teléfono

Other Request: I want a law library
Thank you!

RESPONSE: APPROVED

Completed YES ☒   NO ☐     BY:

DATE: 8-10-17

GEO-Novoa_00029932

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Novoa Raul

Nationality: M/X

Date: 9/10/12

Dorm: 3A-162-2low

ICE A#

**MARK YOUR REQUEST** / **MARQUE SU PEDIMENTO**

- ☐ ICE / INMIGRACIÓN
- ☐ COURT / CORTE
- ☐ LIBRARY / BIBLIOTECA
- ☐ PHONE CALL / LLAMADAS TELEFÓNICAS

Telephone number/Número de teléfono

Officer Signature

Other Request:

* Our toilet is not flushing properly

* Our sink is also getting blocked

Please fix sheer issues!
Thank you!

**RESPONSE:**

HAVE DORM OFFICER FILL OUT REQUEST

BY:

Completed YES ☑  NO ☐   DATE: 9/07/12

TIME/DATE STAMP

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: NAVA, RAUL

Dorm: 7H 102-2W

Date: 1/17/11

Nationality: Mex

**MARK YOUR REQUEST**
- [ ] ICE
- [ ] COURT
- [ ] LIBRARY
- [ ] PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- [ ] INMIGRACIÓN
- [ ] CORTE
- [ ] BIBLIOTECA
- [ ] LLAMADAS TELEFÓNICAS

Other Request:

His mother's phone number has been blocked from her calling her. I would like it unblocked ASAP please.

The number is (323) 877-2172

ICE A#

Officer Signature

RESPONSE:

You need to contact your family thank you.

Completed YES [ ]   NO [X]   BY: _____

DATE: 10/18/12

TIME/DATE STAMP

Confidential

GEO-Novoa_00029934

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Novoa Raul

Nationality: Mix

Dorm: 3b/nb3lew   Date: 9/28/18

ICE A#: _____

Officer Signature: _____

TIME/DATE STAMP

## MARK YOUR REQUEST
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

## MARQUE SU PEDIMENTO
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request: I need a new tooth brush for taking back clean up. Thank you and my toe nail to Michaugo. Thank you

RESPONSE: Winter Clothing List Posted

Completed YES ☐   NO ☐   BY: _____   DATE: 10-1-2

Confidential

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Novoa, Raul
Detainee Name

Nationality

103-Ilcw / 2D          9/25/12
Dorm                      Date

MARK YOUR REQUEST          MARQUE SU PEDIMENTO
☐ ICE                     ☐ INMIGRACIÓN
☐ COURT                   ☐ CORTE
☐ LIBRARY                 ☐ BIBLIOTECA
☐ PHONE CALL              ☐ LLAMADAS TELEFÓNICAS

Telephone number/Numero de teléfono

Other Request:

I would please like to be switched from 103-Ilcw to 202-Ilcw it's an empty bunk. Thank you

I spoke to sgt ninika about the matter.

Officer Signature

TIME/DATE STAMP

RESPONSE:

DENIED

Completed YES ☑   NO ☐   BY: _____   DATE: 9.27.12

Confidential

GEO-Novoa_00029936

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

TIME/DATE STAMP

**Detainee Name** Nuno, Raul

**Nationality** Mex

**Dorm** 20/103-104L

**Date** 9/23/12

ICE A#  ▮▮▮▮▮

Officer Signature _____

## MARK YOUR REQUEST
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Número de teléfono

## MARQUE SU PEDIMENTO
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

**Other Request:**
I need a new wrist band phase blues w/ a clear lens. Thank you.

**RESPONSE:** New wrist band given.

Completed YES ☒   NO ☐   BY: _____   DATE: 9/23/12

Confidential

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

**Detainee Name** Novoa, Raul

**Date** 11/21/13

**Dorm** 11/12.16

**Nationality** Mexico

**ICE A#** [redacted]

**Officer Signature** [signature]

## MARK YOUR REQUEST

- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☒ PHONE CALL

Telephone number/Numero de teléfono

## MARQUE SU PEDIMENTO

- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

**Other Request:**

I would like 2hrs of my legal law Library. I have a fractured left hand I can't type so I help by a friend. This one legal right and I sometime we have termainon issues. I have a deadl-

Line for an Appeal Brief. I would appriciate it Thank you

**RESPONSE:**

Approved. Time to
law detainer on file Brisas.

BY: [signature]

Completed  YES ☐   NO ☐   DATE: 12.13

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

TIME/DATE STAMP

Detainee Name: Novoa, Raul

Nationality: Mex

Dorm: 3A-102-lL

Date: 1/4/13

ICE A#: ▮▮▮▮

**MARK YOUR REQUEST**

☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**

☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Other Request:

My wrist band is old in town I need a new one please. Thank you.

Officer Signature

RESPONSE:  New wrist band given

Completed YES ☒   NO ☐   BY: _____   DATE: 1/9/13

Confidential

GEO-Novoa_00029939

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Novoa Victor

Date: 1/1/13

Dorm: _____

Nationality: MEX

ICE A#: _____

Officer Signature: _____

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Número de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

I received a court summons on 12/20/13. I would like to know if I will be in court soon. Thank you.

Name Novoa Victor # 2c 543717494k
[#0973)

RESPONSE:

Please see attachment

Completed YES ☐   NO ☐   BY: _____

DATE: 1/31/13

TIME/DATE STAMP

Confidential

GEO-Novoa_00029940

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Novoa, Raul

Date: 10/12/12

Nationality: USA

Dorm: Aug 24

ICE A#: [redacted]

Officer Signature: _____

TIME/DATE STAMP

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request: I'm writing to be placed by myself in 3/16/17 to request because everything and I would like to get another roommate too one. Some people will not treat me fair. Thank you.

RESPONSE: NO BEDS AVAILABLE

Completed YES ☒ NO ☐     BY: _____     DATE: 10/8/12

Confidential

# ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

**Detainee Name**
**Nationality**
**ICE A#**

**Dorm**    **Date**

**MARK YOUR REQUEST** / **MARQUE SU PEDIMENTO**

- ☐ ICE / INMIGRACIÓN
- ☐ COURT / CORTE
- ☐ LIBRARY / BIBLIOTECA
- ☐ PHONE CALL / LLAMADAS TELEFÓNICAS

Telephone number/Número de teléfono

**Officer Signature**

**Other Request:**

*(handwritten)*

**RESPONSE:**

THE DORM OFFICER WILL PUT IN A MAINT.
REQUEST.

Completed YES ☑ NO ☐    BY: _____    DATE: 10/13/12

TIME/DATE STAMP

GEO-Novoa_00029942

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name: Novoa Raul

Nationality: MEXIC

Date: 2-11-13

Dorm: 1.C.174

ICE A#: [redacted]

Officer Signature: [signature]

TIME/DATE STAMP

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

**Other Request:**

Raymaldo Anguiano 3M-206-1L (near Clorphens from store)
3M-102-(clear cut) Near pld room
Cervantes (antyone) "Aux Nations"

Golingan Franz Lysander

RESPONSE: Tell tilman to give my book to the Lady "It's never too late"

Completed YES ☐   NO ☐   BY: _____   m cervaites   DATE: 2/12/13

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

TIME/DATE STAMP

2:12 PM 6 AUG 8 00

Detainee Name: Novoa, Raul

Nationality: NIC

Dorm: 13/424

Date: 8/3/17

ICE A#: [redacted]

Officer Signature: _____

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Número de teléfono

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Other Request:

I need your shower sandals. I've been requesting them for two weeks a they don't come. Thank you

RESPONSE: GFFT ON 7 8 1155?

Completed  YES ☐    NO ☐    BY: _____    DATE: _____

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

TIME/DATE STAMP

Detainee Name: Raul Novoa

Nationality: Mex

Dorm: 11D 142up    Date: 7/30/12

### MARK YOUR REQUEST / MARQUE SU PEDIMENTO

- [ ] ICE / INMIGRACIÓN
- [ ] COURT / CORTE
- [ ] LIBRARY / BIBLIOTECA
- [x] PHONE CALL / LLAMADAS TELEFÓNICAS

Telephone number/Numero de teléfono

ICE A#

Officer Signature: C. Salas

Other Request:

I put minis twice on my payrol. In two, twirly because the mini fees next each i twice i had minis phone $135 dollars

RESPONSE:

[handwritten notes]

Completed YES [x]    NO [ ]    BY: [signature]    DATE: 07/31/12

Confidential

ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name

Nationality

ICE A#

Dorm _____ Date _____

Telephone number/Numero de teléfono

**MARK YOUR REQUEST**
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

**MARQUE SU PEDIMENTO**
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Officer Signature

Other Request:

RESPONSE:

Completed YES ☑   NO ☐   BY: _____   DATE: _____

TIME/DATE STAMP

Confidential

GEO-Novoa_00029946

Novoa

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name _____

Date _____

Nationality _____

Dorm _____

ICE A# _____

Officer Signature _____

**MARK YOUR REQUEST / MARQUE SU PEDIMENTO**

- ☐ ICE / INMIGRACIÓN
- ☐ COURT / CORTE
- ☐ LIBRARY / BIBLIOTECA
- ☐ PHONE CALL / LLAMADAS TELEFÓNICAS

Telephone number/Numero de teléfono _____

Other Request: _____

RESPONSE:

Granted

Completed YES ☑   NO ☐   BY: _____   DATE: 7-26-12

TIME/DATE STAMP

GEO-Novoa_00029947



ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name

Date

Dorm

Nationality

ICE A#

MARK YOUR REQUEST
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL
Telephone number/Numero de teléfono

MARQUE SU PEDIMENTO
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Other Request:

Officer Signature

TIME/DATE STAMP

RESPONSE:

Completed YES ☑   NO ☐   BY:

DATE:

## ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee Name

Dorm _____   Date _____

Nationality _____

### MARK YOUR REQUEST
- ☐ ICE
- ☐ COURT
- ☐ LIBRARY
- ☐ PHONE CALL

Telephone number/Numero de teléfono

### MARQUE SU PEDIMENTO
- ☐ INMIGRACIÓN
- ☐ CORTE
- ☐ BIBLIOTECA
- ☐ LLAMADAS TELEFÓNICAS

Officer Signature

Other Request: _____

TIME/DATE STAMP

RESPONSE: No Sizes show it the + time end codes
in order

Completed YES ☑   NO ☐   BY: _____

DATE: _____

Confidential

NoNoca

**ADELANTO / ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)**

TIME/DATE STAMP

2012 JAN 21 AM 8 55

Detainee Name

Dorm _____ Date _____ Nationality _____

ICE A#

Officer Signature

**MARK YOUR REQUEST**
☐ ICE
☐ COURT
☐ LIBRARY
☐ PHONE CALL
Telephone number/Numero de teléfono

**MARQUE SU PEDIMENTO**
☐ INMIGRACIÓN
☐ CORTE
☐ BIBLIOTECA
☐ LLAMADAS TELEFÓNICAS

Other Request:

RESPONSE: _____

Radios are on order

Completed YES ☑ NO ☐ BY: _____ DATE: 12/21/12

GEO-Novoa_00029950

Rel 2-37

# ICE
## DETAINEE REQUEST FORM

JAN 2 0 2015

DETAINEE NAME Raul ☒ Novoa 1/19/15   DEPORTATION OFFICER Herrera

A-NUMBER ███████████

BOOKING NUMBER ████████   NATIONALITY Mexico

BARRACKS/ BED EJA 6IL

☐ When is my next court date?

☐ Do I qualify for a bond?
☐ I would like to request to have my bond reduced to _____

☐ When will I be deported? I was ordered deported on _____
☐ How soon can I be deported?   ☐ I want to be deported as soon as possible.

☐ Am I eligible for Voluntary Departure?

☐ Do I qualify for Parole?   ☐ What is the Status of my Parole request?
☐ I have documents for my Parole request. (explain below)

☐ I already have a Deportation Order, when is my custody review?  ☐ What is the Status of the review?

☐ When will I see the consulate?

☐ I need a copy of my: ☐ Notice to Appear ☐ _____

☐ I have some paperwork to add to my file (explain below)

☐ Property issues (explain below) ☐ I'm missing _____ from _____

☐ Other (explain below)

Please Specify In Detail: I need a color picture for my photo I.D. that my Consulate is requesting. It needs to be sent to Miguel Escobar (Mexican Consulate). Thank you.

Officer Response: COMPLETE

OFFICER SIGNATURE MARSHALL   DATE 1/20/14

☐ Interview ☐ Interpreter Interviewed: _____

☒ Written Response Only   Received: _____

ADE-DETAINEE
08-2011

Confidential

GEO-Novoa_00029951

# ICE
## DETAINEE REQUEST FORM

APR 1 2 2013

**DETAINEE NAME** Na m. Ra____    **DEPORTATION OFFICER** Bonneau

**A-NUMBER** ████████████

**BOOKING N** ████████████    **NATIONALITY** U IV T[O]

**BARRACKS/ BED** 10 17 L

- [ ] When is my next court date?
- [ ] Do I qualify for a bond?
- [ ] I would like to request to have my bond reduced to _____
- [ ] When will I be deported? I was ordered deported on _____
- [ ] How soon can I be deported? [ ] I want to be deported as soon as possible.
- [ ] Am I eligible for Voluntary Departure?
- [ ] Do I qualify for Parole? [ ] What is the Status of my Parole request?
- [ ] I have documents for my Parole request: (explain below)
- [ ] I already have a Deportation Order, when is my custody review? [ ] What is the Status of the review?
- [X] When will I see the consulate?
- [ ] I need a copy of my: [ ] Notice to Appear [ ]
- [ ] I have some paperwork to add to my file (explain below)
- [ ] Property issues (explain below) [ ] I'm missing _____ from _____
- [X] Other (explain below)

Please Specify In Detail: I would like to speak to my
consulate.

Officer Response: I WILL FORWARD YOUR REQUEST, BUT YOU CAN
ALSO LOOK FOR THE CONSULATE'S CONTACT # AND TRY
CALLING YOURSELF.

OFFICER SIGNATURE _____ DATE 4-15-13

- [ ] Interview [ ] Interpreter Interviewed: _____
- [ ] Written Response Only  Received _____

ADELA FAIRER
06-2011

GEO-Novoa_00029952

# ICE
JAN 2 2 2013

## DETAINEE REQUEST FORM
1/18/13

DEPORTATION OFFICER ~~Sanchez~~ GWO

DETAINEE NAME Novoa, Raul
A-NUMBER ███████        NATIONALITY Mexico
BOOKING NUMBER ███████   BARRACKS/ BED 3A·102·1L

☐ When is my next court date?

☐ Do I qualify for a bond?
☐ I would like to request to have my bond reduced to _____

☐ When will I be deported? I was ordered deported on _____
☐ How soon can I be deported?  ☐ I want to be deported as soon as possible.

☐ Am I eligible for Voluntary Departure?

☐ Do I qualify for Parole?  ☐ What is the Status of my Parole request?
☐ I have documents for my Parole request. (explain below)

☐ I already have a Deportation Order, when is my custody review?  ☐ What is the Status of the review?

☐ When will I see the consulate?

☑ I need a copy of my:  ☐ Notice to Appear  ☐ All my court hearings.

☐ I have some paperwork to add to my file (explain below)

☐ Property issues (explain below)  ☐ I'm missing _____ from _____

☐ Other (explain below)
Please Specify In Detail: Copy of all the court dates I attended.

Thank you

Officer Response: You need to send your request with the court or you can FOIA (copy enclosed)

OFFICER SIGNATURE _____  DATE 1/22/13

☐ Interview  ☐ Interpreter  Interviewed: _____

☐ Written Response Only  Received _____

ADE-DETAINEE
08-2011

# ICE
## DETAINEE REQUEST FORM

NOV 0 9 2012

DEPORTATION OFFICER _Peterson_

DETAINEE NAME _Novoa, Raul_

A-NUMBER ███████         NATIONALITY _Mexico_

BOOKING NUMBER ███████    BARRACKS/BED _102 202/3A_

☐ When is my next court date?

☐ Do I qualify for a bond?
☐ I would like to request to have my bond reduced to _____.

☐ When will I be deported? I was ordered deported on _____.
☐ How soon can I be deported?  ☐ I want to be deported as soon as possible.

☐ Am I eligible for Voluntary Departure?

☐ Do I qualify for Parole?  ☐ What is the Status of my Parole request?
☐ I have documents for my Parole request. (explain below)

☐ I already have a Deportation Order, when is my custody review? ☐ What is the Status of the review?

☐ When will I see the consulate?

☒ I need a copy of my: ☐ Notice to Appear ☐ _finger prints_

☐ I have some paperwork to add to my file (explain below)

☐ Property issues (explain below) ☐ I'm missing _____ from _____

☐ Other (explain below)
Please Specify In Detail: _I would like to be finger printed_
_and given a copy as required by my application for_
_Cancelation of Removal biometric information. Spoke_
_to my officer who said he doesn't know any about it_
_I need help in getting this info resolved. Thank you._
Officer Response: _You need to speak w/ your lawyer_
_and get a Judge to ok it, then you must pay_
_for it._

OFFICER SIGNATURE _____ DATE _11-9-12_

☐ Interview ☐ Interpreter  Interviewed: _____

☐ Written Response Only  Received _____

ADE-DETAINEE
08-2011

Confidential

# ICE
## DETAINEE REQUEST FORM

NOV 0 6 2012

DEPORTATION OFFICER ~~Huguvt~~ PETERSON

**DETAINEE NAME** Novoa , Raul

**A-NUMBER** ▉▉▉▉▉    **NATIONALITY** Mex

**BOOKING NUMBER** ▉▉▉▉    **BARRACKS/ BED** 102 209 - 3A

☐ When is my next court date?

☐ Do I qualify for a bond?
☐ I would like to request to have my bond reduced to _____.

☐ When will I be deported? I was ordered deported on _____
☐ How soon can I be deported?  ☐ I want to be deported as soon as possible.

☐ Am I eligible for Voluntary Departure?

☐ Do I qualify for Parole?  ☐ What is the Status of my Parole request?
☐ I have documents for my Parole request. (explain below)

☐ I already have a Deportation Order, when is my custody review? ☐ What is the Status of the review?

☐ When will I see the consulate?

☐ I need a copy of my: ☐ Notice to Appear ☐ _____

☐ I have some paperwork to add to my file (explain below)

☐ Property issues (explain below) ☐ I'm missing _____ from _____

☐ Other (explain below)
Please Specify In Detail: I need to speak to my deportation officer. Thank you.

_____

Officer Response: NEXT COURT DATE IS 11/16/12
NO finger prints

OFFICER SIGNATURE _____ DATE NOV 6 - 2012

☐ Interview ☐ Interpreter Interviewed: _____

☐ Written Response Only  Received _____

ADE-DETAINEE
08-2011

GEO-Novoa_00029955

# ICE
## DETAINEE REQUEST FORM    OCT 2 5 2012

DEPORTATION OFFICER _LUQUIN_

**DETAINEE NAME** Novoa, B Raul

**A-NUMBER** ███████    **NATIONALITY** Mex. Jalisco

**BOOKING NUMBER** ██████    **BARRACKS/BED** 102 2up

W-3A

☐ When is my next court date?

☐ Do I qualify for a bond?
☐ I would like to request to have my bond reduced to _____

☐ When will I be deported? I was ordered deported on _____
☐ How soon can I be deported?  ☐ I want to be deported as soon as possible.

☐ Am I eligible for Voluntary Departure?

☐ Do I qualify for Parole?  ☐ What is the Status of my Parole request?
☐ I have documents for my Parole request. (explain below)

☐ I already have a Deportation Order, when is my custody review? ☐ What is the Status of the review?

☐ When will I see the consulate?

☐ I need a copy of my: ☐ Notice to Appear ☐ _____

☐ I have some paperwork to add to my file (explain below)

☐ Property issues (explain below) ☐ I'm missing _____ from _____

☒ Other (explain below)
Please Specify In Detail: My mother's phone number was blocked from
Calling. There was never a 3-way call made. She is not going
to pay for something she didn't do and doesn't know how to
do. I would like it unblocked H.S.A.P. please. thank you.

Officer Response: THIS FORM IS FOR IMMIGRATION
RELATED QUESTIONS, REFER YOUR QUESTION TO
GEO.

OFFICER SIGNATURE _____ DATE 10-25-2012

☐ Interview ☐ Interpreter. Interviewed: _____

☒ Written Response Only  Received _____

ADE-DETAINEE
08-2011

GEO-Novoa_00029956

# ICE
## DETAINEE REQUEST FORM

OCT 2 3 2012

10·22·12      **DEPORTATION OFFICER** Luquin

**DETAINEE NAME** Nava B. Raul

**A-NUMBER** ▮▮▮▮      **NATIONALITY** Mex

**BOOKING NUMBER** ▮▮▮▮▮      **BARRACKS/ BED** 3A·103·2up /02

- ☑ When is my next court date?

- ☐ Do I qualify for a bond?
- ☐ I would like to request to have my bond reduced to _____

- ☐ When will I be deported? I was ordered deported on _____
- ☐ How soon can I be deported? ☐ I want to be deported as soon as possible.

- ☐ Am I eligible for Voluntary Departure?

- ☐ Do I qualify for Parole? ☐ What is the Status of my Parole request?
- ☐ I have documents for my Parole request. (explain below)

- ☐ I already have a Deportation Order, when is my custody review? ☐ What is the Status of the review?

- ☐ When will I see the consulate?

- ☐ I need a copy of my: ☐ Notice to Appear ☐ _____

- ☐ I have some paperwork to add to my file (explain below)

- ☐ Property issues (explain below) ☐ I'm missing _____ from _____

- ☐ Other (explain below)
Please Specify In Detail: I'm getting a different court date on the phone, through phone info. Please verify. Thank you

Officer Response: COURT DATE SET FOR 11-16-2012

OFFICER SIGNATURE _____ DATE 10-23-12

☐ Interview ☐ Interpreter Interviewed: _____

☑ Written Response Only Received _____

ADE-DETAINEE
08-2011

GEO-Novoa_00029957

# ICE
## DETAINEE REQUEST FORM

AUG 29 2012

DEPORTATION OFFICER _Luquin_

DETAINEE NAME _Raul Novoa_
A-NUMBER ▮▮▮▮▮▮▮  NATIONALITY _Mex_
BOOKING NUMBER ▮▮▮▮▮▮▮  BARRACKS/BED _WD2 / 103 · 1Low_

☐ When is my next court date?

☐ Do I qualify for a bond?
☐ I would like to request to have my bond reduced to _____.

☐ When will I be deported? I was ordered deported on _____.
☐ How soon can I be deported?  ☐ I want to be deported as soon as possible.

☐ Am I eligible for Voluntary Departure?

☐ Do I qualify for Parole?  ☐ What is the Status of my Parole request?
☐ I have documents for my Parole request. (explain below)

☐ I already have a Deportation Order, when is my custody review?  ☐ What is the Status of the review?

☐ When will I see the consulate?

☐ I need a copy of my:  ☐ Notice to Appear  ☐ _____.

☐ I have some paperwork to add to my file (explain below)

☐ Property issues (explain below)  ☐ I'm missing _____ from _____

☒ Other (explain below)
Please Specify In Detail: _I would like to speak to my officer,_
_over some concerns I have. Thank you_

Officer Response: _REFERRED SUBJECT TO GEO PERSONNEL FOR_
_CONCERNS._

OFFICER SIGNATURE _____ DATE _8-30-2017_

☒ Interview  ☐ Interpreter  Interviewed: _____

☐ Written Response Only  Received: _____

ADE-DETAINEE
08-2011

Confidential

GEO-Novoa_00029958



**GEO Corrections**

Adelanto
Detention Facility
10400 Rancho Road
Adelanto, Ca 92301

## TRANSPORT/ESCORT AUTHORIZATION

Detainee Name_____ Novoa Raul                    ID#_____

Housing Location___ 1C 17L    Custody Level____    2    Alien Number_____ ████████

Doctor's Fed. Tax ID#_____

**PURPOSE OF TRIP**

Authorization #_____    Emergency,Medical_____ Other____ x

Basis for Escorted Trip  (Explain Briefly)_____ CONSULT

Date of Trip_____ 4/23/13 @ 1515    **Destination  (complete Address)**
Time:                                   Ultimate Sports/ Summit Orthopedic
Phone:___ 760-242-4808                  15990 Tuscola Rd Apple Valley CA 92307
                                        Physician:_____ DR. REDIX

Reviewed by HSA or Designee: _Sherwood RN_  L. Sherwood  Date: 4-19-13

Restraints Required:  Handcuffs ( X )  Belly Chain ( X )  Leg Irons ( X )  Black Box ( )

Reviewed by Classification:_____    Date:_____

**Additional Information  (provide any significant information regarding detainee's prior record, unusual circumstances, special precautions to be taken, etc.**

COME IN THE BACK OF BUILDING AND CALL THE OFFICE UPON ARRIVAL

Reviewed By Captain  (comments and recommendations)_____ UNIVERSAL PROCAUTIONS

Captain's Signature: _____    Date: 4-19-13

Reviewed By Assistant Warden-Security  (comments and recommendations)_____

Assistant Warden's Signature:_____    Date:_____

**APPROVAL / DISAPPROVAL**

Warden    _____Approved    _____Disapproved

(Comments) _____

Warden's Signature:_____    Date:_____
COTR Signature:_____    Date:_____

Confidential



**GEO Corrections**

Adelanto
Detention Facility
10400 Rancho Road
Adelanto, Ca 92301

## TRANSPORT/ESCORT AUTHORIZATION

Detainee Name___Novoa Raul _____     ID#_____

Housing Location___1C 17L____   Custody Level___2___     Alien Number___███████

**PURPOSE OF TRIP**

Doctor's Fed. Tax ID#_____
Authorization #_____     Emergency, Medical_____   Other_____ x

Basis for Escorted Trip  (Explain Briefly)_____ Surgery of hand

Date of Trip 4/16/13 @ 0830          Destination  (complete Address)
                                     Barstow Hospital
Phone:___ 760-256-0308               820 E Mountain View St.
                                     Barstow Ca 92311
Reviewed by HSA or Designee:___ *SBlau* ___     L. Blau     Date: 4/11/13
                                                 RN

Restraints Required:  Handcuffs (x  )  Belly Chain (x  )  Leg Irons (x  )  Black Box (  )

Reviewed by Classification:_____   Date:_____

Additional Information (provide any significant information regarding detainee's prior record, unusual circumstances, special precautions to be taken, etc.

Reviewed By Captain  (comments and recommendations)_____

_____

Captain's Signature:_____     Date:___ 4-11-13_____

Reviewed By Assistant Warden-Security  (comments and recommendations)_____

_____

Assistant Warden's Signature:_____     Date:_____

**APPROVAL / DISAPPROVAL**

**Warden**            _____Approved    _____Disapproved

(Comments) _____

Warden's Signature:_____     Date:_____
COTR Signature:_____     Date:_____

Confidential                                          GEO-Novoa_00029960

GEO Corrections

**SCORT AUTHORIZATION**

Adelanto
Detention Facility
10400 Rancho Road
Adelanto, Ca 92301

ID#_____

|_____|   2   | Alien Number_____ |████████|

**RPOSE OF TRIP**

ergency, Medical_____   Other____ x

**MEXICO**

| Ethnicity | Height | Weight | Hair | Eyes |
| HISPANIC | 68 | 187 | BLACK | BROWN |

_____CONSULT

**Adelanto Detention Center**

Date of Trip_____ 04/09/13@330
Time:
Phone:___ 760-242-4808

**Destination (complete Address)**
Ultimate Sports/ Summit Orthopedic
15990 Tuscola Rd Apple Valley CA 92307
Physician:_____ DR. REDIX

Reviewed by HSA or Designee:___ *Shlew*   L. Blau   Date: 3/29/13
                                              RN

**Restraints Required:** Handcuffs ( X ) Belly Chain ( X ) Leg Irons ( X ) Black Box ( )

**Reviewed by Classification:**_____ Date:_____

**Additional Information (provide any significant information regarding detainee's prior record, unusual circumstances, special precautions to be taken, etc.**
COME IN THE BACK OF BUILDING AND CALL THE OFFICE UPON ARRIVAL

**Reviewed By Captain (comments and recommendations)**_____ UNIVERSAL PROCAUTIONS

Captain's Signature: *Grant For Captain Davis*   Date: 3-29-13

**Reviewed By Assistant Warden-Security (comments and recommendations)**_____

Assistant Warden's Signature:_____ Date:_____

**APPROVAL / DISAPPROVAL**

Warden        _____Approved   _____Disapproved

(Comments)  _____

Warden's Signature:_____ Date:_____
COTR Signature:_____ Date:_____

NOVOA, RAUL

ARRIVAL DATE:                    BIRTH DATE:

Adelanto
Detention Facility
10400 Rancho Road
Adelanto, Ca 92301

...ections

...RT AUTHORIZATION

ID#_____

2     Alien Number_____  72228072

: OF TRIP

y, Medical_____   Other_____ x

_____ CONSULT

**MEXICO**

| Ethnicity | Height | Weight | Hair | Eyes |
|-----------|--------|--------|------|------|
| HISPANIC  | 68     | 187    | BLACK | BROWN |

**Adelanto Detention Center**

Date of Trip_____    05/19/13 @ 100

Time:_____

Phone:____ 760-242-4808

Destination (complete Address)

Ultimate Sports/ Summit Orthopedic

15990 Tuscola Rd Apple Valley CA 92307

Physician:_____ DR. REDIX

Reviewed by HSA or Designee: _____  Date: 2/27/13

Restraints Required:  Handcuffs ( X )  Belly Chain ( X )  Leg Irons ( )  Black Box ( )

Reviewed by Classification:_____  Date:_____

Additional Information  (provide any significant information regarding detainee's prior record, unusual circumstances, special precautions to be taken, etc.

COME IN THE BACK OF BUILDING AND CALL THE OFFICE UPON ARRIVAL

Reviewed By Captain  (comments and recommendations)_____ UNIVERSAL PROCAUTIONS

Captain's Signature: _____   Date: 2-27-13

Reviewed By Assistant Warden-Security  (comments and recommendations)_____

Assistant Warden's Signature:_____  Date:_____

APPROVAL / DISAPPROVAL

Warden          _____Approved      _____Disapproved

(Comments) _____

Warden's Signature:_____  Date:_____

COTR Signature:_____  Date:_____

Confidential

NOVOA  RAUL

ARRIVAL DATE:                                    BIRTH DATE:

Adelanto
Detention Facility
10400 Rancho Road
Adelanto,Ca 92301

**...ctions**

**...T AUTHORIZATION**

ID#_____

2        Alien Number_____  72228072

OF TRIP

**MEXICO**

y,Medical_____    Other____ x

_____CONSULT

| Ethnicity | Height | Weight | Hair | Eyes |
|-----------|--------|--------|------|------|
| HISPANIC | 68 | 187 | BLACK | BROWN |

**Adelanto Detention Center**

Date of Trip:_____  02/19/13@1000_____  ...tion (complete Address)

Time:                                        Ultimate Sports/ Summit Orthopedic

Phone:_ 760-242-4808                         15990 Tuscola Rd Apple Valley CA 92307

Physician:_____  DR. REDIX

Reviewed by HSA or Designee:_____  Date: 2/14/13

**Restraints Required:  Handcuffs ( X )  Belly Chain ( X )  Leg Irons ( )  Black Box ( )**

**Reviewed by Classification:**_____  Date:_____

**Additional Information  (provide any significant information regarding detainee's prior record, unusual circumstances, special precautions to be taken, etc.**

COME IN THE BACK OF BUILDING AND CALL THE OFFICE UPON ARRIVAL

**Reviewed By Captain (comments and recommendations)**_____  UNIVERSAL PROCAUTIONS

**Captain's Signature:** _____  Date: 2/4/13

**Reviewed By Assistant Warden-Security (comments and recommendations)**_____

**Assistant Warden's Signature:**_____  Date:_____

**APPROVAL / DISAPPROVAL**

**Warden**        _____Approved   _____Disapproved

**(Comments)** _____

**Warden's Signature:**_____  Date:_____

**COTR Signature:**_____  Date:_____

Confidential

GEO-Novoa_00029963

Dorm Offir Please pull out the highlighter areas.



# Form for Items Returned

**DATE:** 02/03/2015

**DETAINEE NAME:** Novoa, Paul

**DETAINEE #** ███████████

| ITEMS ISSUED | QTY | COST | ITEMS RETURNED | AMOUNT OWED |
|---|---|---|---|---|
| UNIFORM SHIRT (UP TO XL) | 2 | $3.75/EACH | 2 | $ 0 |
| UNIFORM SHIRT (2XL-UP) | 2 | $5.26/EACH | 0 | $ |
| UNIFORM PANTS | 2 | $5.04/EACH | 2 | $ |
| SWEATSHIRT | 1 | $5.18 | 1 | $ |
| T-SHIRT | 2 | $3.97/EACH | 2 | $ |
| BOXERS | 3 | $0.83/EACH | 3 | $ |
| SOCKS | 3 | $0.40/ PAIR | 3 | $ |
| BLANKET (WHITE) | 1 | $6.02 | 2 | $ |
| BLANKET (BLACK) | 1 | $9.02 | 0 | $ |
| SHEET | 2 | $3.70/EACH | 2 | $ |
| TOWEL | 1 | $1.45 | 1 | $ |
| PILLOW CASE | 1 | $0.57 | 0 | $ |
| SHOES | 1 | $5.13 | 1 | $ |
| SHOWER SHOES | 1 | $2.11 | 1 | $ |
| RADIO HEADSET | 1 | $8.10 | 1 | $ |
| CUP | 1 | $1.20 | 0 | $ |
| SPORK | 1 | $0.26 | 1 | $ |
| LAUNDRY BAG | 1 | $3.02 | 1 | $ |
| | | | TOTAL AMOUNT OWED | $ 0 |

**DETENTION OFFICER:** B. Arriott /B.

**DETENTION OFFICER:** _____

**DETAINEE SIGNATURE:** _____

Confidential

```
                              Resident Account Summary
                            Tuesday, February 03, 2015  @14:40

For CIN:  ███████      NOVOA, RAUL B
------------------------------------------------------------------------------------------------
   Date      Transaction Description              Amount    Balance    Owed    Held    Reference
------------------------------------------------------------------------------------------------
02/03/2015  REL WITH CA RELEASE OR CLOSEOUT TRANS   -1.81     0.00     0.00    0.00    02/03/2015
02/03/2015  DET PAYROLL REC   2/2/15                 1.00     1.81     0.00    0.00    02/03/2015
02/02/2015  PHONE TIME  PHONE TIME 2/2/15           -3.00     0.81     0.00    0.00    02/02/2015
02/02/2015  DET PAYROLL REC   2/1/15                 1.00     3.81     0.00    0.00    02/02/2015
02/02/2015  DET PAYROLL REC   1/31/15                1.00     2.81     0.00    0.00    02/02/2015
02/02/2015  DET PAYROLL REC   1/30/15                1.00     1.81     0.00    0.00    02/02/2015
01/30/2015  PHONE TIME  PHONE TIME 1/30/15          -3.00     0.81     0.00    0.00    01/30/2015
01/30/2015  DET PAYROLL REC   1/29/15                1.00     3.81     0.00    0.00    01/30/2015
01/29/2015  DET PAYROLL REC   1/28/15                1.00     2.81     0.00    0.00    01/29/2015
01/29/2015  EPR         OID:100119058-ComisaryPur  -38.75     1.81     0.00    0.00    01/29/2015
01/29/2015  SECUREDEPOS 77724674 gutierrez josie    32.05    40.56     0.00    0.00    01/29/2015
01/28/2015  PHONE TIME  PHONE TIME 1/28/15          -4.00     8.51     0.00    0.00    01/28/2015
01/28/2015  DET PAYROLL REC   1/27/15                1.00    12.51     0.00    0.00    01/28/2015
01/27/2015  DET PAYROLL REC   1/26/15                1.00    11.51     0.00    0.00    01/27/2015
01/26/2015  DET PAYROLL REC   1/25/15                1.00    10.51     0.00    0.00    01/26/2015
01/26/2015  DET PAYROLL REC   1/24/15                1.00     9.51     0.00    0.00    01/26/2015
01/26/2015  DET PAYROLL REC   1/23/15                1.00     8.51     0.00    0.00    01/26/2015
01/23/2015  PHONE TIME  PHONE TIME 1/23/15         -15.00     7.51     0.00    0.00    01/23/2015
01/23/2015  DET PAYROLL REC   1/22/15                1.00    22.51     0.00    0.00    01/23/2015
01/23/2015  DEPOSIT CAS 040016                      20.00    21.51     0.00    0.00    01/23/2015
01/22/2015  DET PAYROLL REC   1/21/15                1.00     1.51     0.00    0.00    01/22/2015
01/21/2015  PHONE TIME  PHONE TIME 1/21/15          -5.00     0.51     0.00    0.00    01/21/2015
01/21/2015  DET PAYROLL REC   1/20/15                1.00     5.51     0.00    0.00    01/21/2015
01/20/2015  DEBIT INM A BATT                         0.00     4.51     0.00    0.00    01/21/2015
01/20/2015  DET PAYROLL REC   1/19/15                1.00     4.51     0.00    0.00    01/20/2015
01/20/2015  DET PAYROLL REC   1/18/15                1.00     3.51     0.00    0.00    01/20/2015
01/20/2015  DET PAYROLL REC   1/17/15                1.00     2.51     0.00    0.00    01/20/2015
01/20/2015  DET PAYROLL REC   1/16/15                1.00     1.51     0.00    0.00    01/20/2015
01/20/2015  PHONE TIME  PHONE TIME 01/20/15         -2.00     0.51     0.00    0.00    01/20/2015
01/16/2015  DET PAYROLL REC   1/15/15                1.00     2.51     0.00    0.00    01/16/2015
01/15/2015  EPR         OID:100117360-ComisaryPur  -11.62     1.51     0.00    0.00    01/15/2015
01/15/2015  DET PAYROLL REC   1/14/15                1.00    13.13     0.00    0.00    01/15/2015
01/14/2015  DET PAYROLL REC   1/13/15                1.00    12.13     0.00    0.00    01/14/2015
01/13/2015  DET PAYROLL REC   1/12/15                1.00    11.13     0.00    0.00    01/13/2015
01/12/2015  DET PAYROLL REC   1/11/15                1.00    10.13     0.00    0.00    01/12/2015
01/12/2015  DET PAYROLL REC   1/10/15                1.00     9.13     0.00    0.00    01/12/2015
01/12/2015  DET PAYROLL REC   1/9/15                 1.00     8.13     0.00    0.00    01/12/2015
01/12/2015  PHONE TIME  PHONE TIME 01/12/15        -15.00     7.13     0.00    0.00    01/12/2015
01/10/2015  SECUREDEPOS 35748356 luviano maria El   20.00    22.13     0.00    0.00    01/10/2015
01/09/2015  DET PAYROLL REC   1/8/15                 1.00     2.13     0.00    0.00    01/09/2015
01/08/2015  EPR         OID:100116390-ComisaryPur  -14.14     1.13     0.00    0.00    01/08/2015
01/08/2015  DET PAYROLL REC   1/7/15                 1.00    15.27     0.00    0.00    01/08/2015
01/07/2015  DET PAYROLL REC   1/6/15                 1.00    14.27     0.00    0.00    01/07/2015
01/06/2015  DET PAYROLL REC   1/5/15                 1.00    13.27     0.00    0.00    01/06/2015
01/05/2015  DET PAYROLL REC   1/4/15                 1.00    12.27     0.00    0.00    01/05/2015
01/05/2015  DET PAYROLL REC   1/3/15                 1.00    11.27     0.00    0.00    01/05/2015
01/05/2015  DET PAYROLL REC   1/2/15                 1.00    10.27     0.00    0.00    01/05/2015
01/02/2015  PHONE TIME  PHONE TIME 1/2/15          -14.00     9.27     0.00    0.00    01/02/2015
01/02/2015  DET PAYROLL REC   12/31/14               1.00    23.27     0.00    0.00    01/02/2015
12/31/2014  DET PAYROLL REC   12/30/14               1.00    22.27     0.00    0.00    12/31/2014
12/30/2014  SECUREDEPOS 47883408 luviano maria El   20.00    21.27     0.00    0.00    12/30/2014
12/30/2014  DET PAYROLL REC   12/29/14               1.00     1.27     0.00    0.00    12/30/2014
12/30/2014  EPR         OID:100115726-ComisaryPur  -10.60     0.27     0.00    0.00    12/30/2014
12/29/2014  DET PAYROLL REC   12/27/14               1.00    10.87     0.00    0.00    12/29/2014
12/29/2014  DET PAYROLL REC   12/26/14               1.00     9.87     0.00    0.00    12/29/2014
12/29/2014  DET PAYROLL REC   12/25/14               1.00     8.87     0.00    0.00    12/29/2014
12/29/2014  DET PAYROLL REC   12/24/14               1.00     7.87     0.00    0.00    12/29/2014
12/24/2014  DEBIT INM A POSTAGE 1 PER MAN           -0.42     6.87     0.00    0.00    12/24/2014
12/24/2014  DET PAYROLL REC   12/23/14               1.00     7.29     0.00    0.00    12/24/2014
12/23/2014  DET PAYROLL REC   12/23/14               1.00     6.29     0.00    0.00    12/23/2014
12/23/2014  DET PAYROLL REC   12/22/14               1.00     5.29     0.00    0.00    12/23/2014
12/23/2014  DET PAYROLL REC   12/20/14               1.00     4.29     0.00    0.00    12/23/2014
12/22/2014  DET PAYROLL REC   12/19/14               1.00     3.29     0.00    0.00    12/22/2014
------------------------------------------------------------------------------------------------
                                      Page 1
```

GEO-Novoa_00029965

Resident Account Summary
Tuesday, February 03, 2015 @14:40

For CIN: ████████   NOVOA, RAUL B

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|------|-------------|-------------|--------|---------|------|------|-----------|
| 12/22/2014 | DET PAYROLL | REC 12/18/14 | 1.00 | 2.29 | 0.00 | 0.00 | 12/22/2014 |
| 12/22/2014 | DET PAYROLL | REC 12/17/14 | 1.00 | 1.29 | 0.00 | 0.00 | 12/22/2014 |
| 12/18/2014 | EPR | OID:100114241-ComisaryPur | -6.85 | 0.29 | 0.00 | 0.00 | 12/18/2014 |
| 12/17/2014 | DET PAYROLL | REC 12/16/14 | 1.00 | 7.14 | 0.00 | 0.00 | 12/17/2014 |
| 12/16/2014 | DET PAYROLL | REC 12/15/14 | 1.00 | 6.14 | 0.00 | 0.00 | 12/16/2014 |
| 12/15/2014 | DET PAYROLL | REC 12/14/14 | 1.00 | 5.14 | 0.00 | 0.00 | 12/15/2014 |
| 12/15/2014 | DET PAYROLL | REC 12/13/14 | 1.00 | 4.14 | 0.00 | 0.00 | 12/15/2014 |
| 12/12/2014 | DET PAYROLL | E REC 12/11/14 | 1.00 | 3.14 | 0.00 | 0.00 | 12/15/2014 |
| 12/11/2014 | PHONE TIME | PHONE TIME 12/11/14 | -11.00 | 2.14 | 0.00 | 0.00 | 12/12/2014 |
| 12/11/2014 | EPR | OID:100113604-ComisaryPur | -9.32 | 1.14 | 0.00 | 0.00 | 12/11/2014 |
| 12/11/2014 | DEPOSIT CAS | 009603 | 20.00 | 12.14 | 0.00 | 0.00 | 12/11/2014 |
| 12/11/2014 | DET PAYROLL | E REC 12/10/14 | 1.00 | 21.46 | 0.00 | 0.00 | 12/11/2014 |
| 12/10/2014 | PHONE TIME | PHONE TIME 12/10/14 | -6.00 | 0.46 | 0.00 | 0.00 | 12/10/2014 |
| 12/10/2014 | DET PAYROLL | E REC 12/7/14 | 1.00 | 6.46 | 0.00 | 0.00 | 12/10/2014 |
| 12/09/2014 | DET PAYROLL | E REC 12/8/14 | 1.00 | 5.46 | 0.00 | 0.00 | 12/09/2014 |
| 12/08/2014 | DET PAYROLL | E REC 12/7/14 | 1.00 | 4.46 | 0.00 | 0.00 | 12/08/2014 |
| 12/08/2014 | DET PAYROLL | E REC 12/6/14 | 1.00 | 3.46 | 0.00 | 0.00 | 12/08/2014 |
| 12/08/2014 | DET PAYROLL | E REC 12/5/14 | 1.00 | 2.46 | 0.00 | 0.00 | 12/08/2014 |
| 12/05/2014 | DEBIT INM A | POSTAGE 1 ENV | -0.48 | 1.46 | 0.00 | 0.00 | 12/05/2014 |
| 12/05/2014 | DET PAYROLL | REC 12/4/14 | 1.00 | 1.94 | 0.00 | 0.00 | 12/05/2014 |
| 12/04/2014 | EPR | OID:100112667-ComisaryPur | -7.49 | 0.94 | 0.00 | 0.00 | 12/04/2014 |
| 12/03/2014 | DET PAYROLL | REC 12/2/14 | 1.00 | 8.43 | 0.00 | 0.00 | 12/03/2014 |
| 12/02/2014 | DET PAYROLL | REC 12/1/14 | 1.00 | 7.43 | 0.00 | 0.00 | 12/02/2014 |
| 12/01/2014 | DET PAYROLL | REC 11/30/1495809823 | 1.00 | 6.43 | 0.00 | 0.00 | 12/01/2014 |
| 12/01/2014 | DET PAYROLL | REC 11/29/14 | 1.00 | 5.43 | 0.00 | 0.00 | 12/01/2014 |
| 12/01/2014 | DET PAYROLL | REC 11/28/14 | 1.00 | 4.43 | 0.00 | 0.00 | 12/01/2014 |
| 12/01/2014 | DET PAYROLL | REC 11/27/14 | 1.00 | 3.43 | 0.00 | 0.00 | 12/01/2014 |
| 12/01/2014 | DET PAYROLL | REC 11/26/14 | 1.00 | 2.43 | 0.00 | 0.00 | 12/01/2014 |
| 11/26/2014 | EPR | OID:100112072-ComisaryPur | -34.71 | 1.43 | 0.00 | 0.00 | 11/26/2014 |
| 11/26/2014 | DET PAYROLL | REC 11/25/14 | 1.00 | 36.14 | 0.00 | 0.00 | 11/26/2014 |
| 11/25/2014 | ERF | OID:100111280-ComisaryRef | 8.50 | 35.14 | 0.00 | 0.00 | 11/25/2014 |
| 11/25/2014 | DET PAYROLL | REC 11/24/14 | 1.00 | 26.64 | 0.00 | 0.00 | 11/25/2014 |
| 11/24/2014 | SECUREDEPOS | 40177342 luviano maria E1 | 20.00 | 25.64 | 0.00 | 0.00 | 11/24/2014 |
| 11/24/2014 | DET PAYROLL | REC 11/23/14 | 1.00 | 5.64 | 0.00 | 0.00 | 11/24/2014 |
| 11/24/2014 | DET PAYROLL | REC 11/22/14 | 1.00 | 4.64 | 0.00 | 0.00 | 11/24/2014 |
| 11/24/2014 | DET PAYROLL | REC 11/21/14 | 1.00 | 3.64 | 0.00 | 0.00 | 11/24/2014 |
| 11/21/2014 | DET PAYROLL | REC 11/20/14 | 1.00 | 2.64 | 0.00 | 0.00 | 11/21/2014 |
| 11/20/2014 | PHONE TIME | PHONE TIME 11/20/14 | -13.00 | 1.64 | 0.00 | 0.00 | 11/20/2014 |
| 11/20/2014 | EPR | OID:100111280-ComisaryPur | -15.75 | 14.64 | 0.00 | 0.00 | 11/20/2014 |
| 11/20/2014 | DET PAYROLL | REC 11/19/14 | 1.00 | 30.39 | 0.00 | 0.00 | 11/20/2014 |
| 11/20/2014 | DEPOSIT CAS | 009402 | 20.00 | 29.39 | 0.00 | 0.00 | 11/20/2014 |
| 11/19/2014 | DET PAYROLL | REC 11/18/14 | 1.00 | 9.39 | 0.00 | 0.00 | 11/19/2014 |
| 11/19/2014 | DET PAYROLL | REC 11/17/14 | 1.00 | 8.39 | 0.00 | 0.00 | 11/19/2014 |
| 11/19/2014 | DET PAYROLL | REC 11/16/14 | 1.00 | 7.39 | 0.00 | 0.00 | 11/19/2014 |
| 11/18/2014 | DEBIT INM A | BATT | 0.00 | 6.39 | 0.00 | 0.00 | 11/18/2014 |
| 11/18/2014 | DET PAYROLL | REC 11/15/14 | 1.00 | 6.39 | 0.00 | 0.00 | 11/18/2014 |
| 11/18/2014 | DET PAYROLL | REC 11/14/14 | 1.00 | 5.39 | 0.00 | 0.00 | 11/18/2014 |
| 11/14/2014 | DET PAYROLL | REC 11/13/14 | 1.00 | 4.39 | 0.00 | 0.00 | 11/14/2014 |
| 11/13/2014 | EPR | OID:100110466-ComisaryPur | -15.15 | 3.39 | 0.00 | 0.00 | 11/13/2014 |
| 11/13/2014 | DET PAYROLL | BARBER 11/12/14 | 1.00 | 18.54 | 0.00 | 0.00 | 11/13/2014 |
| 11/12/2014 | DET PAYROLL | REC 11/11/14 | 1.00 | 17.54 | 0.00 | 0.00 | 11/12/2014 |
| 11/12/2014 | DET PAYROLL | REC 11/10/14 | 1.00 | 16.54 | 0.00 | 0.00 | 11/12/2014 |
| 11/10/2014 | PHONE TIME | PHONE TIME 11/10/14 | -11.00 | 15.54 | 0.00 | 0.00 | 11/10/2014 |
| 11/10/2014 | DET PAYROLL | REC 11/9/14 | 1.00 | 26.54 | 0.00 | 0.00 | 11/10/2014 |
| 11/10/2014 | DET PAYROLL | REC 11/8/14 | 1.00 | 25.54 | 0.00 | 0.00 | 11/10/2014 |
| 11/10/2014 | DET PAYROLL | REC 11/7/14 | 1.00 | 24.54 | 0.00 | 0.00 | 11/10/2014 |
| 11/07/2014 | DET PAYROLL | REC 11/6/14 | 1.00 | 23.54 | 0.00 | 0.00 | 11/07/2014 |
| 11/07/2014 | DEPOSIT CAS | 009250 | 20.00 | 22.54 | 0.00 | 0.00 | 11/07/2014 |
| 11/06/2014 | DET PAYROLL | REC 11/4/14 | 1.00 | 2.54 | 0.00 | 0.00 | 11/06/2014 |
| 11/06/2014 | DET PAYROLL | REC 11/5/14 | 1.00 | 1.54 | 0.00 | 0.00 | 11/06/2014 |
| 11/06/2014 | EPR | OID:100109956-ComisaryPur | -2.05 | 0.54 | 0.00 | 0.00 | 11/06/2014 |
| 11/04/2014 | PHONE TIME | PHONE TIME 11/4/14 | -3.00 | 2.59 | 0.00 | 0.00 | 11/04/2014 |

Confidential

GEO-Novoa_00029966

```
                    Resident Account Summary
                 Tuesday, February 03, 2015  @14:40
```

For CIN: ███████     NOVOA, RAUL B

| Date | Transaction Description | Amount | Balance | Owed | Held | Reference |
|------|------------------------|--------|---------|------|------|-----------|
| 11/04/2014 | DET PAYROLL REC  11/3/14 | 1.00 | 5.59 | 0.00 | 0.00 | 11/04/2014 |
| 11/03/2014 | DET PAYROLL REC  11/2/14 | 1.00 | 4.59 | 0.00 | 0.00 | 11/03/2014 |
| 11/03/2014 | DET PAYROLL REC  11/1/14 | 1.00 | 3.59 | 0.00 | 0.00 | 11/03/2014 |
| 11/03/2014 | DET PAYROLL REC  10/31/14 | 1.00 | 2.59 | 0.00 | 0.00 | 11/03/2014 |
| 10/31/2014 | DET PAYROLL REC  10/30/14 | 1.00 | 1.59 | 0.00 | 0.00 | 10/31/2014 |
| 10/31/2014 | DEBIT INM A POSTAGE 1 LEG ENV | -0.48 | 0.59 | 0.00 | 0.00 | 10/31/2014 |
| 10/30/2014 | EPR         OID:100109129-ComisaryPur | -11.95 | 1.07 | 0.00 | 0.00 | 10/30/2014 |
| 10/30/2014 | DET PAYROLL REC  10/29/14 | 1.00 | 13.02 | 0.00 | 0.00 | 10/30/2014 |
| 10/29/2014 | DET PAYROLL REC  10/28/14 | 1.00 | 12.02 | 0.00 | 0.00 | 10/29/2014 |
| 10/28/2014 | PHONE TIME  PHONE TIME 10/28/14 | -14.00 | 11.02 | 0.00 | 0.00 | 10/28/2014 |
| 10/28/2014 | DET PAYROLL REC 10/27/14 | 1.00 | 25.02 | 0.00 | 0.00 | 10/28/2014 |
| 10/28/2014 | DET PAYROLL REC  10/26/14 | 1.00 | 24.02 | 0.00 | 0.00 | 10/28/2014 |
| 10/28/2014 | DET PAYROLL REC  10/25/14 | 1.00 | 23.02 | 0.00 | 0.00 | 10/28/2014 |
| 10/28/2014 | DET PAYROLL REC  10/24/14 | 1.00 | 22.02 | 0.00 | 0.00 | 10/28/2014 |
| 10/28/2014 | DEPOSIT CAS 009132 | 20.00 | 21.02 | 0.00 | 0.00 | 10/28/2014 |
| 10/24/2014 | DET PAYROLL REC  10/23/14 | 1.00 | 1.02 | 0.00 | 0.00 | 10/24/2014 |
| 10/23/2014 | DEBIT INM A POSTAGE 1 MAN ENV | -1.19 | 0.02 | 0.00 | 0.00 | 10/23/2014 |
| 10/23/2014 | EPR         OID:100108351-ComisaryPur | -7.80 | 1.21 | 0.00 | 0.00 | 10/23/2014 |
| 10/23/2014 | DET PAYROLL REC  10/22/14 | 1.00 | 9.01 | 0.00 | 0.00 | 10/23/2014 |
| 10/22/2014 | DET PAYROLL REC  10/21/14 | 1.00 | 8.01 | 0.00 | 0.00 | 10/22/2014 |
| 10/21/2014 | DET PAYROLL REC  10/20/14 | 1.00 | 7.01 | 0.00 | 0.00 | 10/21/2014 |
| 10/20/2014 | DET PAYROLL REC  10/19/14 | 1.00 | 6.01 | 0.00 | 0.00 | 10/20/2014 |
| 10/20/2014 | DET PAYROLL REC  10/18/14 | 1.00 | 5.01 | 0.00 | 0.00 | 10/20/2014 |
| 10/20/2014 | DET PAYROLL REC  10/17/14 | 1.00 | 4.01 | 0.00 | 0.00 | 10/20/2014 |
| 10/17/2014 | DET PAYROLL REC  10/16/14 | 1.00 | 3.01 | 0.00 | 0.00 | 10/17/2014 |
| 10/16/2014 | EPR         OID:100107504-ComisaryPur | -17.72 | 2.01 | 0.00 | 0.00 | 10/16/2014 |
| 10/16/2014 | DET PAYROLL REC  10/15/14 | 1.00 | 19.73 | 0.00 | 0.00 | 10/16/2014 |
| 10/15/2014 | ERF         OID:100106804-ComisaryRef | 4.20 | 18.73 | 0.00 | 0.00 | 10/15/2014 |
| 10/15/2014 | DET PAYROLL REC  10/14/14 | 1.00 | 14.53 | 0.00 | 0.00 | 10/15/2014 |
| 10/15/2014 | DET PAYROLL REC  10/13/14 | 1.00 | 13.53 | 0.00 | 0.00 | 10/15/2014 |
| 10/14/2014 | PHONE TIME  PHONE TIME 10/14/14 | -10.00 | 12.53 | 0.00 | 0.00 | 10/14/2014 |
| 10/13/2014 | DET PAYROLL REC  10/12/14 | 1.00 | 22.53 | 0.00 | 0.00 | 10/13/2014 |
| 10/13/2014 | DET PAYROLL REC  10/11/14 | 1.00 | 21.53 | 0.00 | 0.00 | 10/13/2014 |
| 10/13/2014 | DEPOSIT CAS 008983 | 20.00 | 20.53 | 0.00 | 0.00 | 10/13/2014 |
| 10/10/2014 | PHONE TIME  PHONE TIME 10/10/14 | -4.00 | 0.53 | 0.00 | 0.00 | 10/10/2014 |
| 10/10/2014 | DET PAYROLL REC  10/9/14 | 1.00 | 4.53 | 0.00 | 0.00 | 10/10/2014 |
| 10/09/2014 | EPR         OID:100106804-ComisaryPur | -27.25 | 3.53 | 0.00 | 0.00 | 10/09/2014 |
| 10/09/2014 | DET PAYROLL REC  10/8/14 | 1.00 | 30.78 | 0.00 | 0.00 | 10/09/2014 |
| 10/08/2014 | ERF         OID:100105847-ComisaryRef | 28.57 | 29.78 | 0.00 | 0.00 | 10/08/2014 |
| 10/08/2014 | DET PAYROLL REC  10/7/14 | 1.00 | 1.21 | 0.00 | 0.00 | 10/08/2014 |
| 10/07/2014 | PHONE TIME  PHONE TIME 10/07/14 | -5.00 | 0.21 | 0.00 | 0.00 | 10/07/2014 |
| 10/07/2014 | DET PAYROLL REC  10/6/14 | 1.00 | 5.21 | 0.00 | 0.00 | 10/07/2014 |
| 10/06/2014 | DET PAYROLL REC  10/3/14 | 1.00 | 4.21 | 0.00 | 0.00 | 10/06/2014 |
| 10/06/2014 | DET PAYROLL REC  10/4/14 | 1.00 | 3.21 | 0.00 | 0.00 | 10/06/2014 |
| 10/06/2014 | DET PAYROLL REC  10/5/14 | 1.00 | 2.21 | 0.00 | 0.00 | 10/06/2014 |
| 10/03/2014 | DET PAYROLL REC  10/2/14 | 1.00 | 1.21 | 0.00 | 0.00 | 10/03/2014 |
| 10/02/2014 | PHONE TIME  PHONE TIME 10/2/14 | -1.00 | 0.21 | 0.00 | 0.00 | 10/02/2014 |
| 10/02/2014 | EPR         OID:100105847-ComisaryPur | -28.57 | 1.21 | 0.00 | 0.00 | 10/02/2014 |
| 10/02/2014 | DET PAYROLL REC  10/1/14 | 1.00 | 29.78 | 0.00 | 0.00 | 10/02/2014 |
| 10/01/2014 | DET PAYROLL REC  9/30/14 | 1.00 | 28.78 | 0.00 | 0.00 | 10/01/2014 |
| 10/01/2014 | DEPOSIT CAS 008841 | 20.00 | 27.78 | 0.00 | 0.00 | 10/01/2014 |
| 09/30/2014 | DET PAYROLL REC  9/29/14 | 1.00 | 7.78 | 0.00 | 0.00 | 09/30/2014 |
| 09/29/2014 | DET PAYROLL REC  9/28/14 | 1.00 | 6.78 | 0.00 | 0.00 | 09/29/2014 |
| 09/29/2014 | DET PAYROLL REC  9/27/14 | 1.00 | 5.78 | 0.00 | 0.00 | 09/29/2014 |
| 09/26/2014 | DET PAYROLL REC  9/25/14 | 1.00 | 4.78 | 0.00 | 0.00 | 09/26/2014 |
| 09/25/2014 | EPR         OID:100105089-ComisaryPur | -14.59 | 3.78 | 0.00 | 0.00 | 09/25/2014 |
| 09/25/2014 | DET PAYROLL REC  9/24/14 | 1.00 | 18.37 | 0.00 | 0.00 | 09/25/2014 |
| 09/24/2014 | PHONE TIME  PHONE TIME 9/24/14 | -5.00 | 17.37 | 0.00 | 0.00 | 09/24/2014 |
| 09/24/2014 | DEBIT INM A POSTAGE 1 MAN ENV | -2.31 | 22.37 | 0.00 | 0.00 | 09/24/2014 |
| 09/24/2014 | DET PAYROLL REC  9/22/14 | 1.00 | 24.68 | 0.00 | 0.00 | 09/24/2014 |
| 09/24/2014 | DET PAYROLL REC  9/22/14 | 1.00 | 23.68 | 0.00 | 0.00 | 09/24/2014 |
| 09/23/2014 | DET PAYROLL E REC 9/21/14 | 1.00 | 22.68 | 0.00 | 0.00 | 09/23/2014 |
| 09/22/2014 | DET PAYROLL E REC 09/20/14 | 1.00 | 21.68 | 0.00 | 0.00 | 09/22/2014 |

```
                           Page 3
```

GEO-Novoa_00029967

Resident Account Summary
Tuesday, February 03, 2015  @14:40

For CIN: █████████        NOVOA, RAUL B

| Date | Transaction Description | Amount | Balance | Owed | Held | Reference |
|------|------------------------|--------|---------|------|------|-----------|
| 09/22/2014 | DET PAYROLL E REC 09/19/14 | 1.00 | 20.68 | 0.00 | 0.00 | 09/22/2014 |
| 09/19/2014 | PHONE TIME  PHONE TIME 9/19/14 | -8.00 | 19.68 | 0.00 | 0.00 | 09/19/2014 |
| 09/19/2014 | DET PAYROLL REC  9/18/14 | 1.00 | 27.68 | 0.00 | 0.00 | 09/19/2014 |
| 09/18/2014 | PHONE TIME  PHONE TIME 9/18/14 | -10.00 | 26.68 | 0.00 | 0.00 | 09/18/2014 |
| 09/18/2014 | EPR        OID:100104564-ComisaryPur | -9.00 | 36.68 | 0.00 | 0.00 | 09/18/2014 |
| 09/18/2014 | DET PAYROLL REC  9/17/14 | 1.00 | 45.68 | 0.00 | 0.00 | 09/18/2014 |
| 09/18/2014 | SECUREDEPOS 51209123 Quezada Roberto | 20.00 | 44.68 | 0.00 | 0.00 | 09/18/2014 |
| 09/18/2014 | DEPOSIT CAS 008709 | 20.00 | 24.68 | 0.00 | 0.00 | 09/18/2014 |
| 09/17/2014 | PHONE TIME  PHONE TIME 9/17/14 | -4.00 | 4.68 | 0.00 | 0.00 | 09/17/2014 |
| 09/17/2014 | DET PAYROLL REC  9/16/14 | 1.00 | 8.68 | 0.00 | 0.00 | 09/17/2014 |
| 09/16/2014 | DET PAYROLL REC  9/15/14 | 1.00 | 7.68 | 0.00 | 0.00 | 09/16/2014 |
| 09/15/2014 | DET PAYROLL REC  9/14/14 | 1.00 | 6.68 | 0.00 | 0.00 | 09/15/2014 |
| 09/15/2014 | DET PAYROLL REC  9/13/14 | 1.00 | 5.68 | 0.00 | 0.00 | 09/15/2014 |
| 09/15/2014 | DET PAYROLL REC  9/12/14 | 1.00 | 4.68 | 0.00 | 0.00 | 09/15/2014 |
| 09/15/2014 | DEBIT INM A POSTAGE 1 ENV | -0.48 | 3.68 | 0.00 | 0.00 | 09/15/2014 |
| 09/12/2014 | DET PAYROLL REC  9/11/14 | 1.00 | 4.16 | 0.00 | 0.00 | 09/12/2014 |
| 09/12/2014 | DET PAYROLL REC  9/5/14 | 1.00 | 3.16 | 0.00 | 0.00 | 09/12/2014 |
| 09/11/2014 | EPR        OID:100103825-ComisaryPur | -4.60 | 2.16 | 0.00 | 0.00 | 09/11/2014 |
| 09/11/2014 | DET PAYROLL REC  9/10/14 | 1.00 | 6.76 | 0.00 | 0.00 | 09/11/2014 |
| 09/10/2014 | DET PAYROLL REC  9/9/14 | 1.00 | 5.76 | 0.00 | 0.00 | 09/10/2014 |
| 09/09/2014 | DET PAYROLL REC  9/8/14 | 1.00 | 4.76 | 0.00 | 0.00 | 09/09/2014 |
| 09/08/2014 | DET PAYROLL REC  9/7/14 | 1.00 | 3.76 | 0.00 | 0.00 | 09/08/2014 |
| 09/08/2014 | DEBIT INM A POSTAGE 1 ENV | -0.48 | 2.76 | 0.00 | 0.00 | 09/08/2014 |
| 09/05/2014 | DET PAYROLL REC  9/4/14 | 1.00 | 1.76 | 0.00 | 0.00 | 09/05/2014 |
| 09/04/2014 | EPR        OID:100102819-ComisaryPur | -6.00 | 2.24 | 0.00 | 0.00 | 09/04/2014 |
| 09/04/2014 | DET PAYROLL REC  9/3/14 | 1.00 | 1.24 | 0.00 | 0.00 | 09/04/2014 |
| 09/03/2014 | DET PAYROLL REC  9/2/14 | 1.00 | 7.24 | 0.00 | 0.00 | 09/03/2014 |
| 09/03/2014 | DET PAYROLL REC  9/1/14 | 1.00 | 6.24 | 0.00 | 0.00 | 09/03/2014 |
| 09/03/2014 | DEBIT INM A POSTAGE 1 LEG ENV | -0.48 | 5.24 | 0.00 | 0.00 | 09/03/2014 |
| 09/03/2014 | DEBIT INM A POSTAGE 1 ENV | -0.48 | 4.24 | 0.00 | 0.00 | 09/03/2014 |
| 09/02/2014 | DET PAYROLL REC  8/31/14 | 1.00 | 4.72 | 0.00 | 0.00 | 09/02/2014 |
| 09/02/2014 | DET PAYROLL REC  8/30/14 | 1.00 | 5.20 | 0.00 | 0.00 | 09/02/2014 |
| 09/02/2014 | DET PAYROLL REC  8/29/14 | 1.00 | 4.20 | 0.00 | 0.00 | 09/02/2014 |
| 09/02/2014 | DEBIT INM A POSTAGE 1 ENV | -0.48 | 3.20 | 0.00 | 0.00 | 09/02/2014 |
| 08/29/2014 | DET PAYROLL E RECREATION 08/28/14 | 1.00 | 2.20 | 0.00 | 0.00 | 08/29/2014 |
| 08/28/2014 | EPR        OID:100102235-ComisaryPur | -6.72 | 2.68 | 0.00 | 0.00 | 08/28/2014 |
| 08/28/2014 | DET PAYROLL REC  8/27/14 | 1.00 | 1.68 | 0.00 | 0.00 | 08/28/2014 |
| 08/27/2014 | DET PAYROLL REC  8/26/14 | 1.00 | 8.40 | 0.00 | 0.00 | 08/27/2014 |
| 08/26/2014 | DEBIT INM A BATT | 0.00 | 7.40 | 0.00 | 0.00 | 08/26/2014 |
| 08/26/2014 | PHONE TIME  PHONE TIME 8/26/14 | -20.00 | 6.40 | 0.00 | 0.00 | 08/26/2014 |
| 08/26/2014 | DET PAYROLL REC  8/25/14 | 1.00 | 26.40 | 0.00 | 0.00 | 08/26/2014 |
| 08/25/2014 | DET PAYROLL REC  8/24/14 | 1.00 | 25.40 | 0.00 | 0.00 | 08/25/2014 |
| 08/25/2014 | DET PAYROLL REC  8/23/14 | 1.00 | 24.40 | 0.00 | 0.00 | 08/25/2014 |
| 08/25/2014 | DET PAYROLL REC  8/22/14 | 1.00 | 23.40 | 0.00 | 0.00 | 08/25/2014 |
| 08/24/2014 | SECUREDEPOS 57649729 luviano maria El | 20.00 | 22.40 | 0.00 | 0.00 | 08/24/2014 |
| 08/22/2014 | DET PAYROLL REC  8/21/14 | 1.00 | 2.40 | 0.00 | 0.00 | 08/22/2014 |
| 08/21/2014 | EPR        OID:100101403-ComisaryPur | -6.49 | 1.40 | 0.00 | 0.00 | 08/21/2014 |
| 08/21/2014 | DET PAYROLL REC  8/20/14 | 1.00 | 7.89 | 0.00 | 0.00 | 08/21/2014 |
| 08/20/2014 | ERF        OID:100100705-ComisaryRef | 0.80 | 6.89 | 0.00 | 0.00 | 08/20/2014 |
| 08/20/2014 | DET PAYROLL REC  8/19/14 | 1.00 | 6.09 | 0.00 | 0.00 | 08/20/2014 |
| 08/19/2014 | DET PAYROLL REC  8/18/14 | 1.00 | 5.09 | 0.00 | 0.00 | 08/19/2014 |
| 08/19/2014 | DET PAYROLL REC  8/17/14 | 1.00 | 4.09 | 0.00 | 0.00 | 08/19/2014 |
| 08/18/2014 | DET PAYROLL REC  8/16/14 | 1.00 | 3.09 | 0.00 | 0.00 | 08/18/2014 |
| 08/18/2014 | DET PAYROLL REC  8/15/14 | 1.00 | 2.09 | 0.00 | 0.00 | 08/18/2014 |
| 08/18/2014 | DET PAYROLL REC  8/14/14 | 1.00 | 1.09 | 0.00 | 0.00 | 08/18/2014 |
| 08/14/2014 | EPR        OID:100100705-ComisaryPur | -4.00 | 0.09 | 0.00 | 0.00 | 08/14/2014 |
| 08/13/2014 | DET PAYROLL REC  8/12/14 | 1.00 | 4.09 | 0.00 | 0.00 | 08/13/2014 |
| 08/12/2014 | DET PAYROLL REC  8/11/14 | 1.00 | 3.09 | 0.00 | 0.00 | 08/12/2014 |
| 08/11/2014 | DET PAYROLL REC  8/10/14 | 1.00 | 2.09 | 0.00 | 0.00 | 08/11/2014 |
| 08/11/2014 | DET PAYROLL REC  8/9/14 | 1.00 | 1.09 | 0.00 | 0.00 | 08/11/2014 |
| 08/07/2014 | DEBIT INM A BATT | 0.00 | 0.09 | 0.00 | 0.00 | 08/07/2014 |
| 08/07/2014 | EPR        OID:100099943-ComisaryPur | -4.25 | 0.09 | 0.00 | 0.00 | 08/07/2014 |

Page 4

GEO-Novoa_00029968

```
                        Resident Account Summary
                      Tuesday, February 03, 2015  @14:40

For CIN: ▓▓▓▓▓▓      NOVOA, RAUL B
----------------------------------------------------------------------------
  Date    Transaction Description          Amount   Balance    Owed    Held   Reference
----------------------------------------------------------------------------
08/06/2014 DET PAYROLL REC  8/5/14           1.00      4.34    0.00    0.00   08/06/2014
08/05/2014 DET PAYROLL REC  8/4/14           1.00      3.34    0.00    0.00   08/05/2014
08/04/2014 DET PAYROLL REC  8/2/14           1.00      2.34    0.00    0.00   08/04/2014
08/01/2014 DET PAYROLL REC  7/31/14          1.00      1.34    0.00    0.00   08/01/2014
07/31/2014 EPR          OID:100099085-ComisaryPur  -5.40   0.34    0.00    0.00   07/31/2014
07/30/2014 DEBIT INM A BATT                  0.00      5.74    0.00    0.00   07/30/2014
07/29/2014 DET PAYROLL REC  7/28/14          1.00      5.74    0.00    0.00   07/29/2014
07/29/2014 DET PAYROLL REC  7/27/14          1.00      4.74    0.00    0.00   07/29/2014
07/29/2014 DET PAYROLL REC  7/26/14          1.00      3.74    0.00    0.00   07/29/2014
07/25/2014 DET PAYROLL REC  7/24/14          1.00      2.74    0.00    0.00   07/25/2014
07/24/2014 EPR          OID:100098330-ComisaryPur  -5.30   1.74    0.00    0.00   07/24/2014
07/24/2014 DET PAYROLL REC  7/23/14          1.00      7.04    0.00    0.00   07/24/2014
07/23/2014 DET PAYROLL REC  7/22/14          1.00      6.04    0.00    0.00   07/23/2014
07/22/2014 DET PAYROLL REC  7/21/14          1.00      5.04    0.00    0.00   07/22/2014
07/22/2014 DET PAYROLL REC  7/20/14          1.00      4.04    0.00    0.00   07/22/2014
07/21/2014 DET PAYROLL REC  7/19/14          1.00      3.04    0.00    0.00   07/21/2014
07/21/2014 DEBIT INM A POSTAGE 1 PER MAN     0.00      2.04    0.00    0.00   07/21/2014
07/18/2014 DET PAYROLL REC  7/17/14\         1.00      2.04    0.00    0.00   07/18/2014
07/17/2014 DEBIT INM A BATT                  0.00      1.04    0.00    0.00   07/17/2014
07/17/2014 EPR          OID:100097491-ComisaryPur  -5.50   1.04    0.00    0.00   07/17/2014
07/16/2014 DET PAYROLL REC  7/15/14          1.00      6.54    0.00    0.00   07/16/2014
07/15/2014 DET PAYROLL REC  7/14/14          1.00      5.54    0.00    0.00   07/15/2014
07/14/2014 DET PAYROLL REC  7/13/14          1.00      4.54    0.00    0.00   07/14/2014
07/14/2014 DET PAYROLL REC  7/12/14          1.00      3.54    0.00    0.00   07/14/2014
07/11/2014 DET PAYROLL REC  7/10/14          1.00      2.54    0.00    0.00   07/11/2014
07/10/2014 EPR          OID:100096363-ComisaryPur  -7.30   1.54    0.00    0.00   07/10/2014
07/10/2014 DET PAYROLL REC  7/9/14           1.00      8.84    0.00    0.00   07/10/2014
07/09/2014 PHONE TIME  PHONE TIME 7/9/14    -4.00      7.84    0.00    0.00   07/09/2014
07/09/2014 DEBIT INM A BATT                  0.00     11.84    0.00    0.00   07/09/2014
07/09/2014 DET PAYROLL REC  7/8/14           1.00     11.84    0.00    0.00   07/09/2014
07/08/2014 DET PAYROLL REC  7/7/14           1.00     10.84    0.00    0.00   07/08/2014
07/07/2014 DET PAYROLL REC  7/6/14           1.00      9.84    0.00    0.00   07/07/2014
07/07/2014 DET PAYROLL REC  7/5/14           1.00      8.84    0.00    0.00   07/07/2014
07/07/2014 DET PAYROLL REC  7/4/14           1.00      7.84    0.00    0.00   07/07/2014
07/07/2014 DET PAYROLL REC  7/3/14           1.00      6.84    0.00    0.00   07/07/2014
07/03/2014 DET PAYROLL REC  7/2/14           1.00      5.84    0.00    0.00   07/03/2014
07/03/2014 PHONE TIME  PHONE TIME 7/2/14    -4.00      4.84    0.00    0.00   07/03/2014
07/02/2014 DEBIT INM A BATT                  0.00      8.84    0.00    0.00   07/02/2014
07/02/2014 DET PAYROLL REC  7/1/14           1.00      8.84    0.00    0.00   07/02/2014
06/30/2014 DET PAYROLL REC  6/29/14          1.00      7.84    0.00    0.00   06/30/2014
06/30/2014 DET PAYROLL REC  6/28/14          1.00      6.84    0.00    0.00   06/30/2014
06/26/2014 DET PAYROLL REC  6/25/14          1.00      5.84    0.00    0.00   06/26/2014
06/26/2014 EPR          OID:100095110-ComisaryPur  -3.95   4.84    0.00    0.00   06/26/2014
06/25/2014 DEBIT INM A BATT                  0.00      8.79    0.00    0.00   06/25/2014
06/25/2014 DET PAYROLL E RECREATION 06/24/14 1.00      8.79    0.00    0.00   06/25/2014
06/24/2014 DET PAYROLL E RECREATION 6/23/14  1.00      7.79    0.00    0.00   06/24/2014
06/23/2014 DET PAYROLL E RECREATION 6/22/14  1.00      6.79    0.00    0.00   06/23/2014
06/23/2014 DET PAYROLL E RECREATION 6/21/14  1.00      5.79    0.00    0.00   06/23/2014
06/23/2014 DET PAYROLL E RECREATION 6/20/14  1.00      4.79    0.00    0.00   06/23/2014
06/20/2014 DEBIT INM A 1 LEG ENV             0.00      3.79    0.00    0.00   06/20/2014
06/20/2014 DET PAYROLL REC  6/19/14          1.00      3.79    0.00    0.00   06/20/2014
06/19/2014 EPR          OID:100094257-ComisaryPur  -3.95   2.79    0.00    0.00   06/19/2014
06/19/2014 DET PAYROLL REC  6/18/14          1.00      6.74    0.00    0.00   06/19/2014
06/18/2014 DET PAYROLL REC  6/17/14          1.00      5.74    0.00    0.00   06/18/2014
06/16/2014 DEBIT INM A BATT                  0.00      4.74    0.00    0.00   06/16/2014
06/16/2014 DET PAYROLL REC  6/14/14          1.00      4.74    0.00    0.00   06/16/2014
06/16/2014 DET PAYROLL REC  6/13/14          1.00      3.74    0.00    0.00   06/16/2014
06/13/2014 DET PAYROLL REC  6/12/14          1.00      2.74    0.00    0.00   06/13/2014
06/12/2014 DEBIT INM A 1 LEG ENV             0.00      1.74    0.00    0.00   06/12/2014
06/12/2014 EPR          OID:100093364-ComisaryPur  -5.77   1.74    0.00    0.00   06/12/2014
06/12/2014 DET PAYROLL REC  6/11/14          1.00      7.51    0.00    0.00   06/12/2014
06/11/2014 DET PAYROLL REC  6/10/14          1.00      6.51    0.00    0.00   06/11/2014
06/10/2014 DEBIT INM A VOID-POSTAGE 1 MAN    2.59      5.51    0.00    0.00   06/10/2014
----------------------------------------------------------------------------
                                Page 5
```

Confidential

GEO-Novoa_00029969

Resident Account Summary
Tuesday, February 03, 2015  @14:40

For CIN: ██████   NOVOA, RAUL B

| Date | Transaction Description | Amount | Balance | Owed | Held | Reference |
|------|------------------------|--------|---------|------|------|-----------|
| 06/09/2014 | DET PAYROLL REC  6/8/14 | 1.00 | 2.92 | 0.00 | 0.00 | 06/09/2014 |
| 06/09/2014 | DET PAYROLL REC  6/7/14 | 1.00 | 1.92 | 0.00 | 0.00 | 06/09/2014 |
| 06/06/2014 | DEBIT INM A POSTAGE 1 MAN | -2.59 | 0.92 | 0.00 | 0.00 | 06/06/2014 |
| 06/05/2014 | EPR         OID:100092506-ComisaryPur | -4.10 | 3.51 | 0.00 | 0.00 | 06/05/2014 |
| 06/05/2014 | DET PAYROLL REC  6/4/14 | 1.00 | 7.61 | 0.00 | 0.00 | 06/05/2014 |
| 06/04/2014 | DET PAYROLL REC  6/3/14 | 1.00 | 6.61 | 0.00 | 0.00 | 06/04/2014 |
| 06/03/2014 | DEBIT INM A VOID-POSTAGE 2 LEG MAN  O | 3.61 | 5.61 | 0.00 | 0.00 | 06/03/2014 |
| 06/03/2014 | DEBIT INM A POSTAGE 2 LEG MAN | 0.00 | 2.00 | 0.00 | 0.00 | 06/03/2014 |
| 06/03/2014 | DET PAYROLL REC  6/2/14 | 1.00 | 2.00 | 0.00 | 0.00 | 06/03/2014 |
| 06/02/2014 | DET PAYROLL REC  6/1/14 | 1.00 | 1.00 | 0.00 | 0.00 | 06/02/2014 |
| 06/02/2014 | DEBIT INM A POSTAGE 2 LEG MAN   OWES P | -3.61 | 0.00 | 0.00 | 0.00 | 06/02/2014 |
| 05/30/2014 | DEBIT INM A BATT | 0.00 | 3.61 | 0.00 | 0.00 | 05/30/2014 |
| 05/30/2014 | DET PAYROLL REC  5/29/14 | 1.00 | 3.61 | 0.00 | 0.00 | 05/30/2014 |
| 05/29/2014 | EPR         OID:100091523-ComisaryPur | -4.25 | 2.61 | 0.00 | 0.00 | 05/29/2014 |
| 05/29/2014 | DET PAYROLL REC  5/28/14 | 1.00 | 6.86 | 0.00 | 0.00 | 05/29/2014 |
| 05/28/2014 | DET PAYROLL REC  5/27/14 | 1.00 | 5.86 | 0.00 | 0.00 | 05/28/2014 |
| 05/28/2014 | DEBIT INM A POSTAGE 1 ENV | -0.48 | 4.86 | 0.00 | 0.00 | 05/28/2014 |
| 05/27/2014 | PHONE TIME  PHONE TIME 5/24/14 | -3.00 | 5.34 | 0.00 | 0.00 | 05/27/2014 |
| 05/27/2014 | DET PAYROLL REC  5/26/14 | 1.00 | 8.34 | 0.00 | 0.00 | 05/27/2014 |
| 05/27/2014 | DET PAYROLL REC  5/25/14 | 1.00 | 7.34 | 0.00 | 0.00 | 05/27/2014 |
| 05/27/2014 | DET PAYROLL REC  5/24/14 | 1.00 | 6.34 | 0.00 | 0.00 | 05/27/2014 |
| 05/23/2014 | DET PAYROLL REC 5/22/14 | 1.00 | 5.34 | 0.00 | 0.00 | 05/23/2014 |
| 05/22/2014 | EPR         OID:100090720-ComisaryPur | -6.51 | 4.34 | 0.00 | 0.00 | 05/22/2014 |
| 05/22/2014 | DET PAYROLL REC  5/21/14 | 1.00 | 10.85 | 0.00 | 0.00 | 05/22/2014 |
| 05/21/2014 | ERF         OID:100089018-ComisaryRef | 3.95 | 9.85 | 0.00 | 0.00 | 05/21/2014 |
| 05/21/2014 | DET PAYROLL REC  5/20/14 | 1.00 | 5.90 | 0.00 | 0.00 | 05/21/2014 |
| 05/20/2014 | DEBIT INM A POSTAGE 1 MAN ENV | -0.23 | 4.90 | 0.00 | 0.00 | 05/20/2014 |
| 05/19/2014 | DET PAYROLL REC  5/18/14 | 1.00 | 5.13 | 0.00 | 0.00 | 05/19/2014 |
| 05/19/2014 | DET PAYROLL REC  5/17/14 | 1.00 | 4.13 | 0.00 | 0.00 | 05/19/2014 |
| 05/19/2014 | DET PAYROLL REC  5/16/14 | 1.00 | 3.13 | 0.00 | 0.00 | 05/19/2014 |
| 05/16/2014 | DET PAYROLL REC  5/15/14 | 1.00 | 2.13 | 0.00 | 0.00 | 05/16/2014 |
| 05/15/2014 | DET PAYROLL REC  5/14/14 | 1.00 | 1.13 | 0.00 | 0.00 | 05/15/2014 |
| 05/15/2014 | EPR         OID:100089974-ComisaryPur | -9.65 | 0.13 | 0.00 | 0.00 | 05/15/2014 |
| 05/14/2014 | PHONE TIME  PHONE TIME  5/14/14 | -4.00 | 9.78 | 0.00 | 0.00 | 05/14/2014 |
| 05/14/2014 | DET PAYROLL REC  5/13/14 | 1.00 | 13.78 | 0.00 | 0.00 | 05/14/2014 |
| 05/13/2014 | DET PAYROLL REC  5/12/14 | 1.00 | 12.78 | 0.00 | 0.00 | 05/13/2014 |
| 05/12/2014 | DET PAYROLL REC  5/11/14 | 1.00 | 11.78 | 0.00 | 0.00 | 05/12/2014 |
| 05/12/2014 | DET PAYROLL REC  5/9/14 | 1.00 | 10.78 | 0.00 | 0.00 | 05/12/2014 |
| 05/09/2014 | DET PAYROLL REC  5/8/14 | 1.00 | 9.78 | 0.00 | 0.00 | 05/09/2014 |
| 05/08/2014 | EPR         OID:100089018-ComisaryPur | -3.95 | 8.78 | 0.00 | 0.00 | 05/08/2014 |
| 05/08/2014 | DET PAYROLL REC  5/7/14 | 1.00 | 12.73 | 0.00 | 0.00 | 05/08/2014 |
| 05/07/2014 | ERF         OID:100088382-ComisaryRef | 3.00 | 11.73 | 0.00 | 0.00 | 05/07/2014 |
| 05/07/2014 | DET PAYROLL REC  5/6/14 | 1.00 | 8.73 | 0.00 | 0.00 | 05/07/2014 |
| 05/06/2014 | DEBIT INM A POSTAGE 1 MAN ENV | -0.05 | 7.73 | 0.00 | 0.00 | 05/06/2014 |
| 05/06/2014 | DET PAYROLL REC  5/5/14 | 1.00 | 7.78 | 0.00 | 0.00 | 05/06/2014 |
| 05/05/2014 | DET PAYROLL REC  5/4/14 | 1.00 | 6.78 | 0.00 | 0.00 | 05/05/2014 |
| 05/05/2014 | DET PAYROLL REC  5/2/14 | 1.00 | 5.78 | 0.00 | 0.00 | 05/05/2014 |
| 05/02/2014 | DET PAYROLL REC  5/1/14 | 1.00 | 4.78 | 0.00 | 0.00 | 05/02/2014 |
| 05/01/2014 | DET PAYROLL REC  4/30/14 | 1.00 | 3.78 | 0.00 | 0.00 | 05/01/2014 |
| 05/01/2014 | EPR         OID:100088382-ComisaryPur | -11.94 | 2.78 | 0.00 | 0.00 | 05/01/2014 |
| 04/30/2014 | DET PAYROLL REC  4/29/14 | 1.00 | 14.72 | 0.00 | 0.00 | 04/30/2014 |
| 04/29/2014 | DET PAYROLL REC  4/28/14 | 1.00 | 13.72 | 0.00 | 0.00 | 04/29/2014 |
| 04/28/2014 | DET PAYROLL REC  4/27/14 | 1.00 | 12.72 | 0.00 | 0.00 | 04/28/2014 |
| 04/28/2014 | DET PAYROLL REC  4/26/14 | 1.00 | 11.72 | 0.00 | 0.00 | 04/28/2014 |
| 04/25/2014 | DET PAYROLL REC  4/24/14 | 1.00 | 10.72 | 0.00 | 0.00 | 04/25/2014 |
| 04/24/2014 | PHONE TIME  PHONE TIME 04/15/14 | -20.00 | 9.72 | 0.00 | 0.00 | 04/24/2014 |
| 04/24/2014 | PHONE TIME  VOID-PHONE TIME 04/15/14 | 20.00 | 29.72 | 0.00 | 0.00 | 04/24/2014 |
| 04/24/2014 | EPR         OID:100087295-ComisaryPur | -17.77 | 9.72 | 0.00 | 0.00 | 04/24/2014 |
| 04/24/2014 | DET PAYROLL REC  4/23/14 | 1.00 | 27.49 | 0.00 | 0.00 | 04/24/2014 |
| 04/23/2014 | ERF         OID:100086517-ComisaryRef | 9.50 | 26.49 | 0.00 | 0.00 | 04/23/2014 |
| 04/23/2014 | DET PAYROLL REC  4/22/14 | 1.00 | 16.99 | 0.00 | 0.00 | 04/23/2014 |
| 04/22/2014 | DET PAYROLL REC  4/21/14 | 1.00 | 15.99 | 0.00 | 0.00 | 04/22/2014 |
| 04/21/2014 | DET PAYROLL REC  4/20/14 | 1.00 | 14.99 | 0.00 | 0.00 | 04/21/2014 |

Confidential

GEO-Novoa_00029970

Resident Account Summary
Tuesday, February 03, 2015  @14:40

For CIN: ███████  NOVOA, RAUL B

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|------|-------------|-------------|--------|---------|------|------|-----------|
| 04/21/2014 | DET PAYROLL | REC  4/19/14 | 1.00 | 13.99 | 0.00 | 0.00 | 04/21/2014 |
| 04/21/2014 | DET PAYROLL | REC  4/18/14 | 1.00 | 12.99 | 0.00 | 0.00 | 04/21/2014 |
| 04/18/2014 | DET PAYROLL | REC 04/17/14 | 1.00 | 11.99 | 0.00 | 0.00 | 04/18/2014 |
| 04/17/2014 | DET PAYROLL | REC 04/16/14 | 1.00 | 10.99 | 0.00 | 0.00 | 04/17/2014 |
| 04/17/2014 | EPR | OID:100086517-ComisaryPur | -21.55 | 9.99 | 0.00 | 0.00 | 04/17/2014 |
| 04/16/2014 | DET PAYROLL | REC 04/15/14 | 1.00 | 31.54 | 0.00 | 0.00 | 04/16/2014 |
| 04/16/2014 | DET PAYROLL | REC 04/14/14 | 1.00 | 30.54 | 0.00 | 0.00 | 04/16/2014 |
| 04/15/2014 | PHONE TIME | PHONE TIME 04/15/14 | -20.00 | 29.54 | 0.00 | 0.00 | 04/15/2014 |
| 04/14/2014 | DET PAYROLL | REC 04/13/14 | 1.00 | 49.54 | 0.00 | 0.00 | 04/14/2014 |
| 04/14/2014 | DET PAYROLL | REC 04/12/14 | 1.00 | 48.54 | 0.00 | 0.00 | 04/14/2014 |
| 04/14/2014 | DET PAYROLL | REC 04/11/14 | 1.00 | 47.54 | 0.00 | 0.00 | 04/14/2014 |
| 04/14/2014 | SECUREDEPOS | 62244901 luviano maria El | 40.00 | 46.54 | 0.00 | 0.00 | 04/14/2014 |
| 04/11/2014 | DET PAYROLL | REC  4/10/14 | 1.00 | 6.54 | 0.00 | 0.00 | 04/11/2014 |
| 04/10/2014 | DEBIT INM A | BATT | 0.00 | 5.54 | 0.00 | 0.00 | 04/10/2014 |
| 04/10/2014 | DET PAYROLL | REC  4/9/14 | 1.00 | 5.54 | 0.00 | 0.00 | 04/10/2014 |
| 04/09/2014 | DET PAYROLL | REC  4/8/14 | 1.00 | 4.54 | 0.00 | 0.00 | 04/09/2014 |
| 04/08/2014 | DET PAYROLL | REC  4/7/14 | 1.00 | 3.54 | 0.00 | 0.00 | 04/08/2014 |
| 04/07/2014 | PHONE TIME | PHONE TIME 4/7/14 | -2.00 | 2.54 | 0.00 | 0.00 | 04/07/2014 |
| 04/07/2014 | DET PAYROLL | REC  4/6/14 | 1.00 | 4.54 | 0.00 | 0.00 | 04/07/2014 |
| 04/07/2014 | DET PAYROLL | REC  4/5/14 | 1.00 | 3.54 | 0.00 | 0.00 | 04/07/2014 |
| 04/04/2014 | PHONE TIME | PHONE TIME 4/4/14 | -2.00 | 2.54 | 0.00 | 0.00 | 04/04/2014 |
| 04/04/2014 | DET PAYROLL | REC  4/3/14 | 1.00 | 4.54 | 0.00 | 0.00 | 04/04/2014 |
| 04/03/2014 | DET PAYROLL | REC  4/2/14 | 1.00 | 3.54 | 0.00 | 0.00 | 04/03/2014 |
| 04/02/2014 | DEBIT INM A | BATT | 0.00 | 2.54 | 0.00 | 0.00 | 04/02/2014 |
| 04/02/2014 | DET PAYROLL | REC  4/1/14 | 1.00 | 2.54 | 0.00 | 0.00 | 04/02/2014 |
| 04/01/2014 | DEBIT INM A | 1 LEG MAN ENV | 0.00 | 1.54 | 0.00 | 0.00 | 04/01/2014 |
| 04/01/2014 | DEBIT INM A | 1 LEG MAN ENV | 0.00 | 1.54 | 0.00 | 0.00 | 04/01/2014 |
| 04/01/2014 | PHONE TIME | PHONE TIME 4/1/14 | -5.00 | 1.54 | 0.00 | 0.00 | 04/01/2014 |
| 04/01/2014 | DET PAYROLL | REC  3/31/14 | 1.00 | 6.54 | 0.00 | 0.00 | 04/01/2014 |
| 03/31/2014 | DET PAYROLL | REC  3/30/14 | 1.00 | 5.54 | 0.00 | 0.00 | 03/31/2014 |
| 03/31/2014 | DET PAYROLL | REC  3/29/14 | 1.00 | 4.54 | 0.00 | 0.00 | 03/31/2014 |
| 03/31/2014 | DET PAYROLL | REC  3/28/14 | 1.00 | 3.54 | 0.00 | 0.00 | 03/31/2014 |
| 03/28/2014 | DET PAYROLL | REC  3/27/14 | 1.00 | 2.54 | 0.00 | 0.00 | 03/28/2014 |
| 03/27/2014 | DET PAYROLL | REC  3/26/14 | 1.00 | 1.54 | 0.00 | 0.00 | 03/27/2014 |
| 03/26/2014 | PHONE TIME | PHONE TIME 3/26/14 | -2.00 | 0.54 | 0.00 | 0.00 | 03/26/2014 |
| 03/26/2014 | DET PAYROLL | REC  3/25/14 | 1.00 | 2.54 | 0.00 | 0.00 | 03/26/2014 |
| 03/25/2014 | PHONE TIME | PHONE TIME 3/25/14 | -5.00 | 1.54 | 0.00 | 0.00 | 03/25/2014 |
| 03/25/2014 | DET PAYROLL | REC  3/24/14 | 1.00 | 6.54 | 0.00 | 0.00 | 03/25/2014 |
| 03/24/2014 | DET PAYROLL | REC  3/23/14 | 1.00 | 5.54 | 0.00 | 0.00 | 03/24/2014 |
| 03/24/2014 | DET PAYROLL | REC  3/22/14 | 1.00 | 4.54 | 0.00 | 0.00 | 03/24/2014 |
| 03/24/2014 | DET PAYROLL | REC  3/21/14 | 1.00 | 3.54 | 0.00 | 0.00 | 03/24/2014 |
| 03/21/2014 | DET PAYROLL | REC  3/20/14 | 1.00 | 2.54 | 0.00 | 0.00 | 03/21/2014 |
| 03/20/2014 | DEBIT INM A | BATT | 0.00 | 1.54 | 0.00 | 0.00 | 03/20/2014 |
| 03/20/2014 | DET PAYROLL | REC  3/19/14 | 1.00 | 1.54 | 0.00 | 0.00 | 03/20/2014 |
| 03/06/2014 | DEBIT INM A | BATT | 0.00 | 0.54 | 0.00 | 0.00 | 03/06/2014 |
| 03/04/2014 | DEBIT INM A | 1 LEG 3 ENV | 0.00 | 0.54 | 0.00 | 0.00 | 03/04/2014 |
| 03/03/2014 | DEBIT INM A | 2 ENV | 0.00 | 0.54 | 0.00 | 0.00 | 03/03/2014 |
| 02/25/2014 | DEBIT INM A | BATT | 0.00 | 0.54 | 0.00 | 0.00 | 02/25/2014 |
| 02/20/2014 | DEBIT INM A | POSTAGE 4 LEG ENV | 0.00 | 0.54 | 0.00 | 0.00 | 02/20/2014 |
| 02/18/2014 | DEBIT INM A | 1 ENV | 0.00 | 0.54 | 0.00 | 0.00 | 02/18/2014 |
| 02/14/2014 | DEBIT INM A | BATT | 0.00 | 0.54 | 0.00 | 0.00 | 02/14/2014 |
| 02/07/2014 | DEBIT INM A | BATT / HP | 0.00 | 0.54 | 0.00 | 0.00 | 02/07/2014 |
| 01/30/2014 | EPR | OID:100076922-ComisaryPur | -8.70 | 0.54 | 0.00 | 0.00 | 01/30/2014 |
| 01/28/2014 | DET PAYROLL | BARBER 1/27/14 | 1.00 | 9.24 | 0.00 | 0.00 | 01/28/2014 |
| 01/27/2014 | PHONE TIME | PHONE TIME 1/27/14 | -2.00 | 8.24 | 0.00 | 0.00 | 01/27/2014 |
| 01/27/2014 | DET PAYROLL | BARBER 1/26/14 | 1.00 | 10.24 | 0.00 | 0.00 | 01/27/2014 |
| 01/27/2014 | DET PAYROLL | BARBER 1/25/14 | 1.00 | 9.24 | 0.00 | 0.00 | 01/27/2014 |
| 01/27/2014 | DET PAYROLL | BARBER 1/24/14 | 1.00 | 8.24 | 0.00 | 0.00 | 01/27/2014 |
| 01/24/2014 | DET PAYROLL | BARBER 1/23/14 | 1.00 | 7.24 | 0.00 | 0.00 | 01/24/2014 |
| 01/23/2014 | DET PAYROLL | BARBER  1/22/14 | 1.00 | 6.24 | 0.00 | 0.00 | 01/23/2014 |
| 01/22/2014 | DEBIT INM A | BATT | 0.00 | 5.24 | 0.00 | 0.00 | 01/22/2014 |
| 01/22/2014 | DET PAYROLL | BARBER 1/21/14 | 1.00 | 5.24 | 0.00 | 0.00 | 01/22/2014 |
| 01/21/2014 | DET PAYROLL | BARBER 1/20/14 | 1.00 | 4.24 | 0.00 | 0.00 | 01/21/2014 |

Confidential

GEO-Novoa_00029971

Resident Account Summary
Tuesday, February 03, 2015  @14:40

For CIN: ███████      NOVOA, RAUL B

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|------|-------------|-------------|--------|---------|------|------|-----------|
| 01/21/2014 | DET PAYROLL | BARBER  1/19/14 | 1.00 | 3.24 | 0.00 | 0.00 | 01/21/2014 |
| 01/21/2014 | DET PAYROLL | BARBER  1/17/14 | 1.00 | 2.24 | 0.00 | 0.00 | 01/21/2014 |
| 01/16/2014 | EPR | OID:100075594-ComisaryPur | -8.25 | 1.24 | 0.00 | 0.00 | 01/16/2014 |
| 01/16/2014 | DET PAYROLL | BARBER  1/15/14 | 1.00 | 9.49 | 0.00 | 0.00 | 01/16/2014 |
| 01/15/2014 | DET PAYROLL | BARBER  1/14/14 | 1.00 | 8.49 | 0.00 | 0.00 | 01/15/2014 |
| 01/14/2014 | DET PAYROLL | BARBER  1/13/14 | 1.00 | 7.49 | 0.00 | 0.00 | 01/14/2014 |
| 01/13/2014 | DET PAYROLL | BARBER  1/12/14 | 1.00 | 6.49 | 0.00 | 0.00 | 01/13/2014 |
| 01/13/2014 | DET PAYROLL | BARBER  1/11/14 | 1.00 | 5.49 | 0.00 | 0.00 | 01/13/2014 |
| 01/10/2014 | DET PAYROLL | BARBER  1/9/14 | 1.00 | 4.49 | 0.00 | 0.00 | 01/10/2014 |
| 01/09/2014 | EPR | OID:100074810-ComisaryPur | -5.45 | 3.49 | 0.00 | 0.00 | 01/09/2014 |
| 01/09/2014 | DET PAYROLL | BARBER  1/8/14 | 1.00 | 8.94 | 0.00 | 0.00 | 01/09/2014 |
| 01/09/2014 | DET PAYROLL | BARBER  1/3/14 | 1.00 | 7.94 | 0.00 | 0.00 | 01/09/2014 |
| 01/09/2014 | DET PAYROLL | BARBER  1/5/14 | 1.00 | 6.94 | 0.00 | 0.00 | 01/09/2014 |
| 01/08/2014 | PAYROLL | VOID-BARBER  1/5/14 | -1.00 | 5.94 | 0.00 | 0.00 | 01/08/2014 |
| 01/08/2014 | PAYROLL | VOID-BARBER  1/3/14 | -1.00 | 6.94 | 0.00 | 0.00 | 01/08/2014 |
| 01/08/2014 | DET PAYROLL | BARBER  1/7/14 | 1.00 | 7.94 | 0.00 | 0.00 | 01/08/2014 |
| 01/07/2014 | DET PAYROLL | BARBER  1/6/14 | 1.00 | 6.94 | 0.00 | 0.00 | 01/07/2014 |
| 01/06/2014 | PAYROLL | BARBER  1/5/14 | 1.00 | 5.94 | 0.00 | 0.00 | 01/06/2014 |
| 01/06/2014 | PAYROLL | BARBER  1/3/14 | 1.00 | 4.94 | 0.00 | 0.00 | 01/06/2014 |
| 01/06/2014 | DEBIT INM A | BATTERY/EARPHONES  1/6/14 | 0.00 | 3.94 | 0.00 | 0.00 | 01/06/2014 |
| 01/03/2014 | DET PAYROLL | BARBER  1/2/14 | 1.00 | 3.94 | 0.00 | 0.00 | 01/03/2014 |
| 01/02/2014 | DET PAYROLL | BARBER  1/1/2014 | 1.00 | 2.94 | 0.00 | 0.00 | 01/02/2014 |
| 01/02/2014 | DET PAYROLL | BARBER  12/31/13 | 1.00 | 1.94 | 0.00 | 0.00 | 01/02/2014 |
| 01/02/2014 | EPR | OID:100073701-ComisaryPur | -7.54 | 0.94 | 0.00 | 0.00 | 01/02/2014 |
| 12/31/2013 | DET PAYROLL | BARBER  12/30/13 | 1.00 | 8.48 | 0.00 | 0.00 | 12/31/2013 |
| 12/31/2013 | DET PAYROLL | BARBER  12/29/13 | 1.00 | 7.48 | 0.00 | 0.00 | 12/31/2013 |
| 12/30/2013 | DET PAYROLL | BARBER  12/27/13 | 1.00 | 6.48 | 0.00 | 0.00 | 12/30/2013 |
| 12/27/2013 | PHONE TIME | PHONE TIME 12/27/13 | -3.00 | 5.48 | 0.00 | 0.00 | 12/27/2013 |
| 12/27/2013 | DET PAYROLL | BARBER  12/26/13 | 1.00 | 8.48 | 0.00 | 0.00 | 12/27/2013 |
| 12/26/2013 | DET PAYROLL | BARBER  12/25/13 | 1.00 | 7.48 | 0.00 | 0.00 | 12/26/2013 |
| 12/26/2013 | DET PAYROLL | BARBER  12/24/13 | 1.00 | 6.48 | 0.00 | 0.00 | 12/26/2013 |
| 12/26/2013 | CREDIT INM | 3RD PLACE PRIZE ART CONTE | 5.00 | 5.48 | 0.00 | 0.00 | 12/26/2013 |
| 12/26/2013 | EPR | OID:100073059-ComisaryPur | -4.25 | 0.48 | 0.00 | 0.00 | 12/26/2013 |
| 12/24/2013 | PHONE TIME | PHONE TIME 12/24/13 | -3.00 | 4.73 | 0.00 | 0.00 | 12/24/2013 |
| 12/24/2013 | DET PAYROLL | BARBER  12/23/13 | 1.00 | 7.73 | 0.00 | 0.00 | 12/24/2013 |
| 12/24/2013 | DEBIT INM A | POSTAGE-1 ENV | -0.66 | 6.73 | 0.00 | 0.00 | 12/24/2013 |
| 12/24/2013 | DEBIT INM A | VOID-POSTAGE-1 ENV | 0.46 | 7.39 | 0.00 | 0.00 | 12/24/2013 |
| 12/24/2013 | DEBIT INM A | POSTAGE-1 ENV | -0.46 | 6.93 | 0.00 | 0.00 | 12/24/2013 |
| 12/23/2013 | DET PAYROLL | BARBER  12/22/13 | 1.00 | 7.39 | 0.00 | 0.00 | 12/23/2013 |
| 12/23/2013 | DET PAYROLL | BARBER  12/21/13 | 1.00 | 6.39 | 0.00 | 0.00 | 12/23/2013 |
| 12/23/2013 | DET PAYROLL | BARBER  12/20/13 | 1.00 | 5.39 | 0.00 | 0.00 | 12/23/2013 |
| 12/23/2013 | DEBIT INM A | POSTAGE-1 ENV | -0.46 | 4.39 | 0.00 | 0.00 | 12/23/2013 |
| 12/20/2013 | DET PAYROLL | BARBER  12/19/13 | 1.00 | 4.85 | 0.00 | 0.00 | 12/20/2013 |
| 12/20/2013 | DET PAYROLL | BARBER  12/18/13 | 1.00 | 3.85 | 0.00 | 0.00 | 12/20/2013 |
| 12/20/2013 | DET PAYROLL | BARBER  12/17/13 | 1.00 | 2.85 | 0.00 | 0.00 | 12/20/2013 |
| 12/19/2013 | EPR | OID:100072281-ComisaryPur | -3.47 | 1.85 | 0.00 | 0.00 | 12/19/2013 |
| 12/18/2013 | DET PAYROLL | BARBER  12/12/13 | 1.00 | 5.32 | 0.00 | 0.00 | 12/18/2013 |
| 12/17/2013 | DET PAYROLL | BARBER  12/16/13 | 1.00 | 4.32 | 0.00 | 0.00 | 12/17/2013 |
| 12/16/2013 | DET PAYROLL | BARBER  12/13/13 | 1.00 | 3.32 | 0.00 | 0.00 | 12/16/2013 |
| 12/16/2013 | DET PAYROLL | BARBER  12/15/13 | 1.00 | 2.32 | 0.00 | 0.00 | 12/16/2013 |
| 12/16/2013 | DET PAYROLL | BARBER  12/10/13 | 1.00 | 1.32 | 0.00 | 0.00 | 12/16/2013 |
| 12/12/2013 | EPR | OID:100071371-ComisaryPur | -5.05 | 0.32 | 0.00 | 0.00 | 12/12/2013 |
| 12/11/2013 | PHONE TIME | PHONE TIME 12/11/13 | -4.00 | 5.37 | 0.00 | 0.00 | 12/11/2013 |
| 12/10/2013 | DET PAYROLL | BARBER  12/08/13 | 1.00 | 9.37 | 0.00 | 0.00 | 12/10/2013 |
| 12/10/2013 | DET PAYROLL | BARBER  12/07/13 | 1.00 | 8.37 | 0.00 | 0.00 | 12/10/2013 |
| 12/10/2013 | DET PAYROLL | BARBER  12/06/13 | 1.00 | 7.37 | 0.00 | 0.00 | 12/10/2013 |
| 12/10/2013 | DET PAYROLL | BARBER  12/09/13 | 1.00 | 6.37 | 0.00 | 0.00 | 12/10/2013 |
| 12/10/2013 | DET PAYROLL | BARBER  12/05/13 | 1.00 | 5.37 | 0.00 | 0.00 | 12/10/2013 |
| 12/09/2013 | DET PAYROLL | BARBER  12/04/13 | 1.00 | 4.37 | 0.00 | 0.00 | 12/09/2013 |
| 12/09/2013 | DET PAYROLL | BARBER  12/02/13 | 1.00 | 3.37 | 0.00 | 0.00 | 12/09/2013 |
| 12/09/2013 | DET PAYROLL | BARBER  11/30/13 | 1.00 | 2.37 | 0.00 | 0.00 | 12/09/2013 |
| 12/05/2013 | DET PAYROLL | BARBER  12/03/13 | 1.00 | 1.37 | 0.00 | 0.00 | 12/05/2013 |
| 12/05/2013 | EPR | OID:100070315-ComisaryPur | -12.65 | 0.37 | 0.00 | 0.00 | 12/05/2013 |

Page 8

Confidential

GEO-Novoa_00029972

Resident Account Summary
Tuesday, February 03, 2015  @14:40

For CIN: ████████      NOVOA, RAUL B

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|------|-------------|-------------|--------|---------|------|------|-----------|
| 12/04/2013 | PHONE TIME | PHONETIME 120413 | -4.00 | 13.02 | 0.00 | 0.00 | 12/04/2013 |
| 12/03/2013 | DET PAYROLL | BARBER 12/01/13 | 1.00 | 17.02 | 0.00 | 0.00 | 12/03/2013 |
| 12/03/2013 | DET PAYROLL | BARBER 11/29/13 | 1.00 | 16.02 | 0.00 | 0.00 | 12/03/2013 |
| 12/03/2013 | CREDIT INM | 1ST PLACE PRIZE | 15.00 | 15.02 | 0.00 | 0.00 | 12/03/2013 |
| 12/02/2013 | PHONE TIME | PHONETIME 12/02/12 | -3.00 | 0.02 | 0.00 | 0.00 | 12/02/2013 |
| 12/02/2013 | DET PAYROLL | BARBER 11/27/13 | 1.00 | 3.02 | 0.00 | 0.00 | 12/02/2013 |
| 12/02/2013 | DET PAYROLL | BARBER 11/26/13 | 1.00 | 2.02 | 0.00 | 0.00 | 12/02/2013 |
| 12/02/2013 | DET PAYROLL | BARBER 11/28/13 | 1.00 | 1.02 | 0.00 | 0.00 | 12/02/2013 |
| 11/27/2013 | EPR | OID:100069666-ComisaryPur | -6.05 | 0.02 | 0.00 | 0.00 | 11/27/2013 |
| 11/26/2013 | DET PAYROLL | BARBER 11/25/13 | 1.00 | 6.07 | 0.00 | 0.00 | 11/26/2013 |
| 11/25/2013 | DET PAYROLL | BARBER 11/24/13 | 1.00 | 5.07 | 0.00 | 0.00 | 11/25/2013 |
| 11/25/2013 | DET PAYROLL | BARBER 11/23/13 | 1.00 | 4.07 | 0.00 | 0.00 | 11/25/2013 |
| 11/25/2013 | DEBIT INM A | 1 ENV | 0.00 | 3.07 | 0.00 | 0.00 | 11/25/2013 |
| 11/22/2013 | DET PAYROLL | BARBER 11/21/13 | 1.00 | 3.07 | 0.00 | 0.00 | 11/22/2013 |
| 11/21/2013 | DET PAYROLL | BARBER 11/20/13 | 1.00 | 2.07 | 0.00 | 0.00 | 11/21/2013 |
| 11/21/2013 | EPR | OID:100068795-ComisaryPur | -5.85 | 1.07 | 0.00 | 0.00 | 11/21/2013 |
| 11/20/2013 | DET PAYROLL | BARBER 11/18/13 | 1.00 | 6.92 | 0.00 | 0.00 | 11/20/2013 |
| 11/20/2013 | DET PAYROLL | BARBER 11/19/13 | 1.00 | 5.92 | 0.00 | 0.00 | 11/20/2013 |
| 11/20/2013 | DET PAYROLL | BARBER 11/17/13 | 1.00 | 4.92 | 0.00 | 0.00 | 11/20/2013 |
| 11/20/2013 | DET PAYROLL | BARBER 11/16/13 | 1.00 | 3.92 | 0.00 | 0.00 | 11/20/2013 |
| 11/20/2013 | DET PAYROLL | BARBER 11/15/13 | 1.00 | 2.92 | 0.00 | 0.00 | 11/20/2013 |
| 11/18/2013 | PHONE TIME | PHONETIME 11/18/13 | -2.00 | 1.92 | 0.00 | 0.00 | 11/18/2013 |
| 11/15/2013 | DET PAYROLL | BARBER 11/14/13 | 1.00 | 3.92 | 0.00 | 0.00 | 11/15/2013 |
| 11/15/2013 | DET PAYROLL | BARBER 11/13/13 | 1.00 | 2.92 | 0.00 | 0.00 | 11/15/2013 |
| 11/15/2013 | DEBIT INM A | 1 LEG ENV | 0.00 | 1.92 | 0.00 | 0.00 | 11/15/2013 |
| 11/15/2013 | DEBIT INM A | 1 LEG ENV | 0.00 | 1.92 | 0.00 | 0.00 | 11/15/2013 |
| 11/14/2013 | EPR | OID:100067895-ComisaryPur | -3.70 | 1.92 | 0.00 | 0.00 | 11/14/2013 |
| 11/13/2013 | DET PAYROLL | BARBER 11/12/13 | 1.00 | 5.62 | 0.00 | 0.00 | 11/13/2013 |
| 11/13/2013 | DET PAYROLL | BARBER 11/11/13 | 1.00 | 4.62 | 0.00 | 0.00 | 11/13/2013 |
| 11/12/2013 | PHONE TIME | PHONETIME 11/12/13 | -2.00 | 3.62 | 0.00 | 0.00 | 11/12/2013 |
| 11/12/2013 | DET PAYROLL | BARBER  11/09/13 | 1.00 | 5.62 | 0.00 | 0.00 | 11/12/2013 |
| 11/12/2013 | DET PAYROLL | BARBER 11/08/13 | 1.00 | 4.62 | 0.00 | 0.00 | 11/12/2013 |
| 11/08/2013 | DET PAYROLL | BARBER 11/07/13 | 1.00 | 3.62 | 0.00 | 0.00 | 11/08/2013 |
| 11/08/2013 | DET PAYROLL | BARBER 11/06/13 | 1.00 | 2.62 | 0.00 | 0.00 | 11/08/2013 |
| 11/07/2013 | EPR | OID:100067055-ComisaryPur | -9.86 | 1.62 | 0.00 | 0.00 | 11/07/2013 |
| 11/07/2013 | DET PAYROLL | BARBER 11/05/13 | 1.00 | 11.48 | 0.00 | 0.00 | 11/07/2013 |
| 11/06/2013 | PHONE TIME | PHONETIME 11/06/13 | -2.00 | 10.48 | 0.00 | 0.00 | 11/06/2013 |
| 11/05/2013 | DET PAYROLL | BARBER 11/04/13 | 1.00 | 12.48 | 0.00 | 0.00 | 11/05/2013 |
| 11/05/2013 | DET PAYROLL | BARBER 11/03/13 | 1.00 | 11.48 | 0.00 | 0.00 | 11/05/2013 |
| 11/04/2013 | PHONE TIME | PHONETIME 11/04/13 | -4.00 | 10.48 | 0.00 | 0.00 | 11/04/2013 |
| 11/04/2013 | DET PAYROLL | BARBER 11/01/13 | 1.00 | 14.48 | 0.00 | 0.00 | 11/04/2013 |
| 11/04/2013 | DET PAYROLL | BARBER 11/02/13 | 1.00 | 13.48 | 0.00 | 0.00 | 11/04/2013 |
| 11/01/2013 | CREDIT INM | 2ND PLACE ART CONTEST | 10.00 | 12.48 | 0.00 | 0.00 | 11/01/2013 |
| 10/31/2013 | EPR | OID:100066198-ComisaryPur | -5.36 | 2.48 | 0.00 | 0.00 | 10/31/2013 |
| 10/31/2013 | DET PAYROLL | BARBER 10/30/13 | 1.00 | 7.84 | 0.00 | 0.00 | 10/31/2013 |
| 10/30/2013 | DET PAYROLL | BARBER 10/29/13 | 1.00 | 6.84 | 0.00 | 0.00 | 10/30/2013 |
| 10/29/2013 | DET PAYROLL | BARBER 10/28/13 | 1.00 | 5.84 | 0.00 | 0.00 | 10/29/2013 |
| 10/28/2013 | DET PAYROLL | BARBER 10/26/13 | 1.00 | 4.84 | 0.00 | 0.00 | 10/28/2013 |
| 10/28/2013 | DET PAYROLL | BARBER 10/24/13 | 1.00 | 3.84 | 0.00 | 0.00 | 10/28/2013 |
| 10/21/2013 | DEBIT INM A | POSTAGE-1 ENV | 0.00 | 2.84 | 0.00 | 0.00 | 10/21/2013 |
| 10/21/2013 | DEBIT INM A | POSTAGE- 1 ENV | 0.00 | 2.84 | 0.00 | 0.00 | 10/21/2013 |
| 10/10/2013 | DEBIT INM A | POSTAGE-1 ENV | 0.00 | 2.84 | 0.00 | 0.00 | 10/10/2013 |
| 10/09/2013 | DEBIT INM A | POSTAGE-1 LEGAL ENV | 0.00 | 2.84 | 0.00 | 0.00 | 10/09/2013 |
| 10/03/2013 | PHONE TIME | PHONETIME 10/03/13 | -2.00 | 2.84 | 0.00 | 0.00 | 10/03/2013 |
| 09/26/2013 | DEBIT INM A | POSTAGE-1 MAN | 0.00 | 4.84 | 0.00 | 0.00 | 09/26/2013 |
| 09/26/2013 | DEBIT INM A | POSTAGE-2 LEGAL MAN | 0.00 | 4.84 | 0.00 | 0.00 | 09/26/2013 |
| 09/26/2013 | DEBIT INM A | POSTAGE-1 LEGAL ENV | 0.00 | 4.84 | 0.00 | 0.00 | 09/26/2013 |
| 09/24/2013 | DEBIT INM A | POSTAGE-1 ENV | 0.00 | 4.84 | 0.00 | 0.00 | 09/24/2013 |
| 09/20/2013 | DET PAYROLL | BARBER 091913 | 1.00 | 4.84 | 0.00 | 0.00 | 09/20/2013 |
| 09/19/2013 | EPR | OID:100060904-ComisaryPur | -2.62 | 3.84 | 0.00 | 0.00 | 09/19/2013 |
| 09/19/2013 | DET PAYROLL | BARBER 091813 | 1.00 | 6.46 | 0.00 | 0.00 | 09/19/2013 |
| 09/18/2013 | DET PAYROLL | BARBER 091713 | 1.00 | 5.46 | 0.00 | 0.00 | 09/18/2013 |
| 09/18/2013 | DET PAYROLL | BARBER 091613 | 1.00 | 4.46 | 0.00 | 0.00 | 09/18/2013 |

Confidential

GEO-Novoa_00029973

Resident Account Summary
Tuesday, February 03, 2015  @14:40

For CIN: ███████    NOVOA, RAUL B

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|------|-------------|-------------|--------|---------|------|------|-----------|
| 09/17/2013 | DET PAYROLL | BARBER 091513 | 1.00 | 3.46 | 0.00 | 0.00 | 09/17/2013 |
| 09/17/2013 | DET PAYROLL | BARBER 091413 | 1.00 | 2.46 | 0.00 | 0.00 | 09/17/2013 |
| 09/16/2013 | DET PAYROLL | BARBER 91313 | 1.00 | 1.46 | 0.00 | 0.00 | 09/16/2013 |
| 09/16/2013 | PHONE TIME | PT 09/16/13 | -2.00 | 0.46 | 0.00 | 0.00 | 09/16/2013 |
| 09/13/2013 | DET PAYROLL | BARBER 091213 | 1.00 | 2.46 | 0.00 | 0.00 | 09/13/2013 |
| 09/12/2013 | EPR | OID:100059986-ComisaryPur | -4.60 | 1.46 | 0.00 | 0.00 | 09/12/2013 |
| 09/12/2013 | DET PAYROLL | BARBER 091113 | 1.00 | 6.06 | 0.00 | 0.00 | 09/12/2013 |
| 09/10/2013 | PHONE TIME | PT 09/10/13 | -1.00 | 5.06 | 0.00 | 0.00 | 09/10/2013 |
| 09/10/2013 | DET PAYROLL | BARBER 090913 | 1.00 | 6.06 | 0.00 | 0.00 | 09/10/2013 |
| 09/10/2013 | DET PAYROLL | BARBER 090813 | 1.00 | 5.06 | 0.00 | 0.00 | 09/10/2013 |
| 09/10/2013 | DET PAYROLL | BARBER 090713 | 1.00 | 4.06 | 0.00 | 0.00 | 09/10/2013 |
| 09/10/2013 | DET PAYROLL | BARBER 090613 | 1.00 | 3.06 | 0.00 | 0.00 | 09/10/2013 |
| 09/09/2013 | PHONE TIME | PT 09/09/13 | -1.00 | 2.06 | 0.00 | 0.00 | 09/09/2013 |
| 09/06/2013 | DET PAYROLL | BARBER 090513 | 1.00 | 3.06 | 0.00 | 0.00 | 09/06/2013 |
| 09/05/2013 | EPR | OID:100059115-ComisaryPur | -5.60 | 2.06 | 0.00 | 0.00 | 09/05/2013 |
| 09/05/2013 | DET PAYROLL | BARBER 090413 | 1.00 | 7.66 | 0.00 | 0.00 | 09/05/2013 |
| 09/04/2013 | DET PAYROLL | BARBER 090313 | 1.00 | 6.66 | 0.00 | 0.00 | 09/04/2013 |
| 09/04/2013 | DET PAYROLL | BARBER 090213 | 1.00 | 5.66 | 0.00 | 0.00 | 09/04/2013 |
| 09/03/2013 | PHONE TIME | PT 09/03/13 | -1.00 | 4.66 | 0.00 | 0.00 | 09/03/2013 |
| 09/03/2013 | DET PAYROLL | BARBER 090113 | 1.00 | 5.66 | 0.00 | 0.00 | 09/03/2013 |
| 09/03/2013 | DET PAYROLL | BARBER 083113 | 1.00 | 4.66 | 0.00 | 0.00 | 09/03/2013 |
| 09/03/2013 | DET PAYROLL | BARBER 083013 | 1.00 | 3.66 | 0.00 | 0.00 | 09/03/2013 |
| 09/03/2013 | DET PAYROLL | BARBER 082913 | 1.00 | 2.66 | 0.00 | 0.00 | 09/03/2013 |
| 09/03/2013 | DEBIT INM A | POSTAGE-1 ENV | 0.00 | 1.66 | 0.00 | 0.00 | 09/03/2013 |
| 09/03/2013 | DEBIT INM A | POSTAGE-2 LEGAL MAN | 0.00 | 1.66 | 0.00 | 0.00 | 09/03/2013 |
| 08/30/2013 | PHONE TIME | PT 08/30/13 | -1.00 | 1.66 | 0.00 | 0.00 | 08/30/2013 |
| 08/29/2013 | EPR | OID:100058311-ComisaryPur | -2.57 | 2.66 | 0.00 | 0.00 | 08/29/2013 |
| 08/29/2013 | DET PAYROLL | BARBER 082813 | 1.00 | 5.23 | 0.00 | 0.00 | 08/29/2013 |
| 08/28/2013 | DET PAYROLL | BARBER 082713 | 1.00 | 4.23 | 0.00 | 0.00 | 08/28/2013 |
| 08/28/2013 | DEBIT INM A | POSTAGE-1 ENV | 0.00 | 3.23 | 0.00 | 0.00 | 08/28/2013 |
| 08/27/2013 | PHONE TIME | PT 08/27/13 | -3.00 | 3.23 | 0.00 | 0.00 | 08/27/2013 |
| 08/26/2013 | DET PAYROLL | BARBER 082413 | 1.00 | 6.23 | 0.00 | 0.00 | 08/26/2013 |
| 08/23/2013 | DET PAYROLL | BARBER 082213 | 1.00 | 5.23 | 0.00 | 0.00 | 08/23/2013 |
| 08/22/2013 | EPR | OID:100057379-ComisaryPur | -2.27 | 4.23 | 0.00 | 0.00 | 08/22/2013 |
| 08/22/2013 | DET PAYROLL | BARBER 082113 | 1.00 | 6.50 | 0.00 | 0.00 | 08/22/2013 |
| 08/21/2013 | DET PAYROLL | BARBER 082013 | 1.00 | 5.50 | 0.00 | 0.00 | 08/21/2013 |
| 08/21/2013 | PHONE TIME | PT 08/21/13 | -1.00 | 4.50 | 0.00 | 0.00 | 08/21/2013 |
| 08/20/2013 | DET PAYROLL | BARBER 081913 | 1.00 | 5.50 | 0.00 | 0.00 | 08/20/2013 |
| 08/19/2013 | PHONE TIME | PT 08/19/13 | -3.00 | 4.50 | 0.00 | 0.00 | 08/19/2013 |
| 08/19/2013 | DET PAYROLL | BARBER 081613 | 1.00 | 7.50 | 0.00 | 0.00 | 08/19/2013 |
| 08/19/2013 | DET PAYROLL | BARBER 081813 | 1.00 | 6.50 | 0.00 | 0.00 | 08/19/2013 |
| 08/16/2013 | DET PAYROLL | BARBER 81513 | 1.00 | 5.50 | 0.00 | 0.00 | 08/16/2013 |
| 08/16/2013 | DEBIT INM A | POSTAGE-2 LEGAL ENV | 0.00 | 4.50 | 0.00 | 0.00 | 08/16/2013 |
| 08/15/2013 | EPR | OID:100056612-ComisaryPur | -2.37 | 4.50 | 0.00 | 0.00 | 08/15/2013 |
| 08/13/2013 | DET PAYROLL | BARBER 81213 | 1.00 | 6.87 | 0.00 | 0.00 | 08/13/2013 |
| 08/13/2013 | DET PAYROLL | BARBER 81113 | 1.00 | 5.87 | 0.00 | 0.00 | 08/13/2013 |
| 08/13/2013 | DET PAYROLL | BARBER 81013 | 1.00 | 4.87 | 0.00 | 0.00 | 08/13/2013 |
| 08/12/2013 | PHONE TIME | PT 08/12/13 | -3.00 | 3.87 | 0.00 | 0.00 | 08/12/2013 |
| 08/12/2013 | DET PAYROLL | BARBER 080913 | 1.00 | 6.87 | 0.00 | 0.00 | 08/12/2013 |
| 08/12/2013 | DET PAYROLL | BARBER 080813 | 1.00 | 5.87 | 0.00 | 0.00 | 08/12/2013 |
| 08/12/2013 | DET PAYROLL | BARBER 080713 | 1.00 | 4.87 | 0.00 | 0.00 | 08/12/2013 |
| 08/12/2013 | EPR | OID:100055847-ComisaryPur | -3.07 | 3.87 | 0.00 | 0.00 | 08/12/2013 |
| 08/07/2013 | DET PAYROLL | BARBER 080613 | 1.00 | 6.94 | 0.00 | 0.00 | 08/07/2013 |
| 08/06/2013 | DET PAYROLL | BARBER 080513 | 1.00 | 5.94 | 0.00 | 0.00 | 08/06/2013 |
| 08/06/2013 | DET PAYROLL | BARBER 080313 | 1.00 | 4.94 | 0.00 | 0.00 | 08/06/2013 |
| 08/05/2013 | PHONE TIME | PT 08/05/13 | -2.00 | 3.94 | 0.00 | 0.00 | 08/05/2013 |
| 08/05/2013 | DET PAYROLL | BARBER 080213 | 1.00 | 5.94 | 0.00 | 0.00 | 08/05/2013 |
| 08/01/2013 | PHONE TIME | PT 08/01/13 | -2.00 | 4.94 | 0.00 | 0.00 | 08/01/2013 |
| 07/31/2013 | DET PAYROLL | BARBER 07/30/13 | 1.00 | 6.94 | 0.00 | 0.00 | 07/31/2013 |
| 07/30/2013 | PHONE TIME | PT 07/30/13 | -3.00 | 5.94 | 0.00 | 0.00 | 07/30/2013 |
| 07/30/2013 | EPR | OID:100054519-ComisaryPur | -2.60 | 8.94 | 0.00 | 0.00 | 07/30/2013 |
| 07/29/2013 | PHONE TIME | PT 07/29/13 | -5.00 | 11.54 | 0.00 | 0.00 | 07/29/2013 |
| 07/29/2013 | DET PAYROLL | BARB 07/28/13 | 1.00 | 16.54 | 0.00 | 0.00 | 07/29/2013 |

Confidential

GEO-Novoa_00029974

Resident Account Summary
Tuesday, February 03, 2015  @14:40

For CIN: ▓▓▓▓▓▓▓   NOVOA, RAUL B

| Date | Transaction Description | Amount | Balance | Owed | Held | Reference |
|------|------------------------|--------|---------|------|------|-----------|
| 07/29/2013 | DET PAYROLL BARB 07/27/13 | 1.00 | 15.54 | 0.00 | 0.00 | 07/29/2013 |
| 07/26/2013 | DET PAYROLL BARB 07/23/13 | 1.00 | 14.54 | 0.00 | 0.00 | 07/26/2013 |
| 07/25/2013 | ERF        OID:100054116-ComisaryRef | 4.25 | 13.54 | 0.00 | 0.00 | 07/25/2013 |
| 07/25/2013 | EPR        OID:100054116-ComisaryPur | -21.30 | 9.29 | 0.00 | 0.00 | 07/25/2013 |
| 07/24/2013 | SECUREDEPOS 78642195 Astorga Fortino | 30.00 | 30.59 | 0.00 | 0.00 | 07/24/2013 |
| 07/22/2013 | PHONE TIME  PT 07/22/13 | -2.00 | 0.59 | 0.00 | 0.00 | 07/22/2013 |
| 07/22/2013 | DEBIT INM A POSTAGE- 1 ENV | -0.46 | 2.59 | 0.00 | 0.00 | 07/22/2013 |
| 07/22/2013 | DEBIT INM A POSTAGE- 1 ENV | -0.46 | 3.05 | 0.00 | 0.00 | 07/22/2013 |
| 07/18/2013 | EPR        OID:100053271-ComisaryPur | -4.27 | 3.51 | 0.00 | 0.00 | 07/18/2013 |
| 07/17/2013 | DET PAYROLL BARB 07/16/13 | 1.00 | 7.78 | 0.00 | 0.00 | 07/17/2013 |
| 07/16/2013 | DET PAYROLL BARB  07/15/13 | 1.00 | 6.78 | 0.00 | 0.00 | 07/16/2013 |
| 07/15/2013 | DET PAYROLL BARB 07/14/13 | 1.00 | 5.78 | 0.00 | 0.00 | 07/15/2013 |
| 07/15/2013 | DET PAYROLL BARB 07/12/13 | 1.00 | 4.78 | 0.00 | 0.00 | 07/15/2013 |
| 07/12/2013 | DET PAYROLL BARB  07/11/13 | 1.00 | 3.78 | 0.00 | 0.00 | 07/12/2013 |
| 07/11/2013 | DET PAYROLL BARB 07/10/13 | 1.00 | 2.78 | 0.00 | 0.00 | 07/12/2013 |
| 07/11/2013 | EPR        OID:100052594-ComisaryPur | -6.10 | 1.78 | 0.00 | 0.00 | 07/11/2013 |
| 07/10/2013 | DET PAYROLL BARB 07/09/13 | 1.00 | 7.88 | 0.00 | 0.00 | 07/10/2013 |
| 07/09/2013 | DET PAYROLL BARB 07/08/13 | 1.00 | 6.88 | 0.00 | 0.00 | 07/09/2013 |
| 07/09/2013 | DET PAYROLL BARB 07/07/13 | 1.00 | 5.88 | 0.00 | 0.00 | 07/09/2013 |
| 07/08/2013 | DET PAYROLL BARB 07/06/13 | 1.00 | 4.88 | 0.00 | 0.00 | 07/08/2013 |
| 07/05/2013 | PHONE TIME  PT070513 | -3.00 | 3.88 | 0.00 | 0.00 | 07/05/2013 |
| 07/05/2013 | DET PAYROLL BARB  07/03/13 | 1.00 | 6.88 | 0.00 | 0.00 | 07/05/2013 |
| 07/05/2013 | DET PAYROLL BARB 07/03/13 | 1.00 | 5.88 | 0.00 | 0.00 | 07/05/2013 |
| 07/03/2013 | DET PAYROLL BARB 07/02/13 | 1.00 | 4.88 | 0.00 | 0.00 | 07/03/2013 |
| 07/02/2013 | EPR        OID:100051437-ComisaryPur | -3.25 | 3.88 | 0.00 | 0.00 | 07/02/2013 |
| 07/02/2013 | DET PAYROLL BARB 07/01/13 | 1.00 | 7.13 | 0.00 | 0.00 | 07/02/2013 |
| 07/02/2013 | DET PAYROLL BARB 06/25/13 | 1.00 | 6.13 | 0.00 | 0.00 | 07/02/2013 |
| 07/01/2013 | DET PAYROLL BARB 06/30/13 | 1.00 | 5.13 | 0.00 | 0.00 | 07/01/2013 |
| 07/01/2013 | DET PAYROLL BARB  06/29/13 | 1.00 | 4.13 | 0.00 | 0.00 | 07/01/2013 |
| 06/28/2013 | DET PAYROLL BARB  06/27/13 | 1.00 | 3.13 | 0.00 | 0.00 | 06/28/2013 |
| 06/27/2013 | DET PAYROLL BARB 06/26/13 | 1.00 | 2.13 | 0.00 | 0.00 | 06/27/2013 |
| 06/27/2013 | EPR        OID:100051155-ComisaryPur | -8.10 | 1.13 | 0.00 | 0.00 | 06/27/2013 |
| 06/27/2013 | DEBIT INM A 1 LEGAL MAN | 0.00 | 9.23 | 0.00 | 0.00 | 06/27/2013 |
| 06/27/2013 | DEBIT INM A 4 LEGAL MAN | 0.00 | 9.23 | 0.00 | 0.00 | 06/27/2013 |
| 06/25/2013 | DET PAYROLL BARB 06/24/13 | 1.00 | 9.23 | 0.00 | 0.00 | 06/25/2013 |
| 06/24/2013 | DET PAYROLL BARB 06/23/13 | 1.00 | 8.23 | 0.00 | 0.00 | 06/24/2013 |
| 06/24/2013 | DET PAYROLL BARB 06/22/13 | 1.00 | 7.23 | 0.00 | 0.00 | 06/24/2013 |
| 06/24/2013 | DET PAYROLL BARB 06/21/13 | 1.00 | 6.23 | 0.00 | 0.00 | 06/24/2013 |
| 06/21/2013 | DEBIT INM A 1 PER MAN | 0.00 | 5.23 | 0.00 | 0.00 | 06/21/2013 |
| 06/21/2013 | DET PAYROLL BARB 06/20/13 | 1.00 | 5.23 | 0.00 | 0.00 | 06/21/2013 |
| 06/20/2013 | PHONE TIME  PT062013 | -2.00 | 4.23 | 0.00 | 0.00 | 06/20/2013 |
| 06/20/2013 | EPR        OID:100050472-ComisaryPur | -2.10 | 6.23 | 0.00 | 0.00 | 06/20/2013 |
| 06/20/2013 | DET PAYROLL BARB 06/19/13 | 1.00 | 8.33 | 0.00 | 0.00 | 06/20/2013 |
| 06/18/2013 | DET PAYROLL BARB 06/17/13 | 1.00 | 7.33 | 0.00 | 0.00 | 06/18/2013 |
| 06/17/2013 | DET PAYROLL BARB 061613 | 1.00 | 6.33 | 0.00 | 0.00 | 06/17/2013 |
| 06/17/2013 | DET PAYROLL BARB 061413 | 1.00 | 5.33 | 0.00 | 0.00 | 06/17/2013 |
| 06/14/2013 | DEBIT INM A 1 LEGAL ENV | 0.00 | 4.33 | 0.00 | 0.00 | 06/14/2013 |
| 06/14/2013 | DET PAYROLL BARB 06/13/13 | 1.00 | 4.33 | 0.00 | 0.00 | 06/14/2013 |
| 06/14/2013 | DET PAYROLL UNIT 1C 06/07/13 | 1.00 | 3.33 | 0.00 | 0.00 | 06/14/2013 |
| 06/13/2013 | EPR        OID:100049690-ComisaryPur | -5.70 | 2.33 | 0.00 | 0.00 | 06/13/2013 |
| 06/13/2013 | DET PAYROLL BARB 06/12/13 | 1.00 | 8.03 | 0.00 | 0.00 | 06/13/2013 |
| 06/13/2013 | DET PAYROLL BARB 06/04/13 | 1.00 | 7.03 | 0.00 | 0.00 | 06/13/2013 |
| 06/12/2013 | DET PAYROLL BARB  06/11/13 | 1.00 | 6.03 | 0.00 | 0.00 | 06/12/2013 |
| 06/12/2013 | DEBIT INM A 1 ENV | 0.00 | 5.03 | 0.00 | 0.00 | 06/12/2013 |
| 06/10/2013 | DET PAYROLL BARB 06/09/13 | 1.00 | 5.03 | 0.00 | 0.00 | 06/10/2013 |
| 06/07/2013 | DET PAYROLL BARB 06/06/13 | 1.00 | 4.03 | 0.00 | 0.00 | 06/07/2013 |
| 06/06/2013 | DET PAYROLL BARB 06/05/13 | 1.00 | 3.03 | 0.00 | 0.00 | 06/06/2013 |
| 06/06/2013 | EPR        OID:100048879-ComisaryPur | -3.10 | 2.03 | 0.00 | 0.00 | 06/06/2013 |
| 06/04/2013 | DET PAYROLL BARB 06/03/2013 | 1.00 | 5.13 | 0.00 | 0.00 | 06/04/2013 |
| 06/04/2013 | PHONE TIME  PT060413 | -2.00 | 4.13 | 0.00 | 0.00 | 06/04/2013 |
| 06/03/2013 | DET PAYROLL BARB 06/02/13 | 1.00 | 6.13 | 0.00 | 0.00 | 06/03/2013 |
| 06/03/2013 | DET PAYROLL BARB 06/01/13 | 1.00 | 5.13 | 0.00 | 0.00 | 06/03/2013 |
| 05/31/2013 | DET PAYROLL BARB  05/30/13 | 1.00 | 4.13 | 0.00 | 0.00 | 05/31/2013 |

Page 11

Confidential

GEO-Novoa_00029975

Resident Account Summary
Tuesday, February 03, 2015  @14:40

For CIN: ██████  NOVOA, RAUL B

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|------|-------------|-------------|--------|---------|------|------|-----------|
| 05/30/2013 | DET PAYROLL | BARB 05/29/13 | 1.00 | 3.13 | 0.00 | 0.00 | 05/30/2013 |
| 05/30/2013 | DET PAYROLL | BARB 05/28/13 | 1.00 | 2.13 | 0.00 | 0.00 | 05/30/2013 |
| 05/30/2013 | EPR | OID:100048078-ComisaryPur | -2.75 | 1.13 | 0.00 | 0.00 | 05/30/2013 |
| 05/30/2013 | PHONE TIME | PT053013 | -3.00 | 3.88 | 0.00 | 0.00 | 05/30/2013 |
| 05/28/2013 | DET PAYROLL | BARB 05/27/13 | 1.00 | 6.88 | 0.00 | 0.00 | 05/28/2013 |
| 05/28/2013 | DET PAYROLL | BARB 05/26/13 | 1.00 | 5.88 | 0.00 | 0.00 | 05/28/2013 |
| 05/28/2013 | DET PAYROLL | BARB 05/25/13 | 1.00 | 4.88 | 0.00 | 0.00 | 05/28/2013 |
| 05/28/2013 | DET PAYROLL | BARB 05/24/13 | 1.00 | 3.88 | 0.00 | 0.00 | 05/28/2013 |
| 05/23/2013 | EPR | OID:100047281-ComisaryPur | -9.69 | 2.88 | 0.00 | 0.00 | 05/23/2013 |
| 05/23/2013 | DET PAYROLL | BARB052213 | 1.00 | 12.57 | 0.00 | 0.00 | 05/23/2013 |
| 05/22/2013 | DET PAYROLL | BARB052113 | 1.00 | 11.57 | 0.00 | 0.00 | 05/22/2013 |
| 05/21/2013 | PHONE TIME | PT052113 | -4.00 | 10.57 | 0.00 | 0.00 | 05/21/2013 |
| 05/21/2013 | DEBIT INM A | POSTAGE | -0.46 | 14.57 | 0.00 | 0.00 | 05/21/2013 |
| 05/21/2013 | DET PAYROLL | BARB052013 | 1.00 | 15.03 | 0.00 | 0.00 | 05/21/2013 |
| 05/20/2013 | DET PAYROLL | BARB051713 | 1.00 | 14.03 | 0.00 | 0.00 | 05/20/2013 |
| 05/20/2013 | DET PAYROLL | BARB051613 | 1.00 | 13.03 | 0.00 | 0.00 | 05/20/2013 |
| 05/20/2013 | DET PAYROLL | BARB051913 | 1.00 | 12.03 | 0.00 | 0.00 | 05/20/2013 |
| 05/17/2013 | DET PAYROLL | BARB051613 | 1.00 | 11.03 | 0.00 | 0.00 | 05/17/2013 |
| 05/16/2013 | ERF | OID:100046454-ComisaryRef | 7.60 | 10.03 | 0.00 | 0.00 | 05/16/2013 |
| 05/16/2013 | EPR | OID:100046454-ComisaryPur | -7.60 | 2.43 | 0.00 | 0.00 | 05/16/2013 |
| 05/16/2013 | DET PAYROLL | BARB051513 | 1.00 | 10.03 | 0.00 | 0.00 | 05/16/2013 |
| 05/15/2013 | EPR | OID:100045816-ComisaryPur | -2.28 | 9.03 | 0.00 | 0.00 | 05/15/2013 |
| 05/15/2013 | DET PAYROLL | BARB051413 | 1.00 | 11.31 | 0.00 | 0.00 | 05/15/2013 |
| 05/14/2013 | DET PAYROLL | BARB051313 | 1.00 | 10.31 | 0.00 | 0.00 | 05/14/2013 |
| 05/13/2013 | PHONE TIME | PT051313 | -3.00 | 9.31 | 0.00 | 0.00 | 05/13/2013 |
| 05/13/2013 | DET PAYROLL | BARB050913 | 1.00 | 12.31 | 0.00 | 0.00 | 05/13/2013 |
| 05/13/2013 | DET PAYROLL | BARB051013 | 1.00 | 11.31 | 0.00 | 0.00 | 05/13/2013 |
| 05/13/2013 | DET PAYROLL | BARB0511213 | 1.00 | 10.31 | 0.00 | 0.00 | 05/13/2013 |
| 05/13/2013 | DET PAYROLL | BARB050813 | 1.00 | 9.31 | 0.00 | 0.00 | 05/13/2013 |
| 05/13/2013 | DEBIT INM A | 4 LEGAL ENV | 0.00 | 8.31 | 0.00 | 0.00 | 05/13/2013 |
| 05/10/2013 | DEBIT INM A | 2 LEGAL MAN | 0.00 | 8.31 | 0.00 | 0.00 | 05/10/2013 |
| 05/09/2013 | DET PAYROLL | BARB050713 | 1.00 | 8.31 | 0.00 | 0.00 | 05/09/2013 |
| 05/08/2013 | EPR | OID:100045090-ComisaryPur | -3.00 | 7.31 | 0.00 | 0.00 | 05/08/2013 |
| 05/07/2013 | DET PAYROLL | BARB050613 | 1.00 | 10.31 | 0.00 | 0.00 | 05/07/2013 |
| 05/06/2013 | DET PAYROLL | BARB050413 | 1.00 | 9.31 | 0.00 | 0.00 | 05/06/2013 |
| 05/06/2013 | DET PAYROLL | BARB050413 | 1.00 | 8.31 | 0.00 | 0.00 | 05/06/2013 |
| 05/06/2013 | DET PAYROLL | BARB050513 | 1.00 | 7.31 | 0.00 | 0.00 | 05/06/2013 |
| 05/03/2013 | DET PAYROLL | BARB050213 | 1.00 | 6.31 | 0.00 | 0.00 | 05/03/2013 |
| 05/02/2013 | EPR | OID:100044540-ComisaryPur | -7.18 | 5.31 | 0.00 | 0.00 | 05/02/2013 |
| 05/02/2013 | DEBIT INM A | POSTAGE | -1.38 | 12.49 | 0.00 | 0.00 | 05/02/2013 |
| 05/02/2013 | DET PAYROLL | BARB050113 | 1.00 | 13.87 | 0.00 | 0.00 | 05/02/2013 |
| 05/01/2013 | PAYROLL | BARB043013 | 1.00 | 12.87 | 0.00 | 0.00 | 05/01/2013 |
| 04/30/2013 | DET PAYROLL | BARB042913 | 1.00 | 11.87 | 0.00 | 0.00 | 04/30/2013 |
| 04/29/2013 | DET PAYROLL | BARB042613 | 1.00 | 10.87 | 0.00 | 0.00 | 04/29/2013 |
| 04/29/2013 | DET PAYROLL | BARB042813 | 1.00 | 9.87 | 0.00 | 0.00 | 04/29/2013 |
| 04/29/2013 | DET PAYROLL | BARB042713 | 1.00 | 8.87 | 0.00 | 0.00 | 04/29/2013 |
| 04/29/2013 | DEBIT INM A | POSTAGE | -1.32 | 7.87 | 0.00 | 0.00 | 04/29/2013 |
| 04/29/2013 | DEBIT INM A | POSTAGE | -1.12 | 9.19 | 0.00 | 0.00 | 04/29/2013 |
| 04/29/2013 | DEBIT INM A | VOID-POSTAGE | 1.10 | 10.31 | 0.00 | 0.00 | 04/29/2013 |
| 04/29/2013 | DEBIT INM A | POSTAGE | -1.10 | 9.21 | 0.00 | 0.00 | 04/29/2013 |
| 04/29/2013 | DEBIT INM A | POSTAGE | -1.12 | 10.31 | 0.00 | 0.00 | 04/29/2013 |
| 04/26/2013 | DET PAYROLL | BARB042513 | 1.00 | 11.43 | 0.00 | 0.00 | 04/26/2013 |
| 04/25/2013 | EPR | OID:100043845-ComisaryPur | -5.50 | 10.43 | 0.00 | 0.00 | 04/25/2013 |
| 04/25/2013 | DET PAYROLL | BARB042413 | 1.00 | 15.93 | 0.00 | 0.00 | 04/25/2013 |
| 04/25/2013 | DEBIT INM A | VOID-BARB042413 | 1.00 | 14.93 | 0.00 | 0.00 | 04/25/2013 |
| 04/25/2013 | DEBIT INM A | BARB042413 | -1.00 | 13.93 | 0.00 | 0.00 | 04/25/2013 |
| 04/24/2013 | DET PAYROLL | BARB042413 | 1.00 | 14.93 | 0.00 | 0.00 | 04/24/2013 |
| 04/24/2013 | DEBIT INM A | POSTAGE | -0.46 | 13.93 | 0.00 | 0.00 | 04/24/2013 |
| 04/23/2013 | DET PAYROLL | BARB042213 | 1.00 | 14.39 | 0.00 | 0.00 | 04/23/2013 |
| 04/22/2013 | DET PAYROLL | BARB042013 | 1.00 | 13.39 | 0.00 | 0.00 | 04/22/2013 |
| 04/22/2013 | DET PAYROLL | BARB041913 | 1.00 | 12.39 | 0.00 | 0.00 | 04/22/2013 |
| 04/22/2013 | DET PAYROLL | BARB042113 | 1.00 | 11.39 | 0.00 | 0.00 | 04/22/2013 |
| 04/19/2013 | PHONE TIME | PT041913 | -5.00 | 10.39 | 0.00 | 0.00 | 04/19/2013 |

Confidential

GEO-Novoa_00029976

Resident Account Summary
Tuesday, February 03, 2015  @14:40

For CIN: ███████  NOVOA, RAUL B

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|------|-------------|-------------|--------|---------|------|------|-----------|
| 04/19/2013 | DEBIT INM A | POSTAGE | -0.66 | 15.39 | 0.00 | 0.00 | 04/19/2013 |
| 04/19/2013 | DET PAYROLL | BARB041813 | 1.00 | 16.05 | 0.00 | 0.00 | 04/19/2013 |
| 04/18/2013 | EPR | OID:100043200-ComisaryPur | -8.92 | 15.05 | 0.00 | 0.00 | 04/18/2013 |
| 04/18/2013 | DEBIT INM A | POSTAGE | -1.38 | 23.97 | 0.00 | 0.00 | 04/18/2013 |
| 04/17/2013 | SECUREDEPOS | 72571262 luviano maria El | 20.00 | 25.35 | 0.00 | 0.00 | 04/17/2013 |
| 04/11/2013 | EPR | OID:100042120-ComisaryPur | -10.56 | 5.35 | 0.00 | 0.00 | 04/11/2013 |
| 04/09/2013 | DEBIT INMAT | POSTAGE | -0.92 | 15.91 | 0.00 | 0.00 | 04/09/2013 |
| 04/08/2013 | PHONE TIME | PT040813 | -4.00 | 16.83 | 0.00 | 0.00 | 04/08/2013 |
| 04/08/2013 | DEBIT INM A | POSTAGE | -0.46 | 20.83 | 0.00 | 0.00 | 04/08/2013 |
| 04/05/2013 | SECUREDEPOS | 76485323 luviano maria El | 20.00 | 21.29 | 0.00 | 0.00 | 04/05/2013 |
| 04/05/2013 | DEBIT INM A | 2 LEGAL MAN | 0.00 | 1.29 | 0.00 | 0.00 | 04/05/2013 |
| 04/04/2013 | DEBIT INM A | 2 LEGAL ENV | 0.00 | 1.29 | 0.00 | 0.00 | 04/04/2013 |
| 04/04/2013 | DEPOSIT CAS | 25005 | 1.29 | 1.29 | 0.00 | 0.00 | 04/04/2013 |
| 04/04/2013 | BAL FWD | INITIAL DEPOSIT - REINSTA | 0.00 | 0.00 | 0.00 | 0.00 | 04/04/2013 |
| 04/02/2013 | REL WITH CA | RELEASE OR CLOSEOUT TRANS | -1.29 | 0.00 | 0.00 | 0.00 | 04/02/2013 |
| 04/02/2013 | DEBIT INM A | 032513 REMAINING POSTAGE | -0.46 | 1.29 | 0.00 | 0.00 | 04/02/2013 |
| 04/02/2013 | BAL FWD | VOID-032513 REMAINING POS | -0.46 | 1.75 | 0.00 | 0.00 | 04/02/2013 |
| 03/28/2013 | BAL FWD | 032513 REMAINING POSTAGE | 0.46 | 2.21 | 0.00 | 0.00 | 03/28/2013 |
| 03/28/2013 | EPR | OID:100040720-ComisaryPur | -7.98 | 1.75 | 0.00 | 0.00 | 03/28/2013 |
| 03/26/2013 | PHONE TIME | PT032613 | -8.00 | 9.73 | 0.00 | 0.00 | 03/26/2013 |
| 03/26/2013 | DEBIT INM A | POSTAGE | -0.46 | 17.73 | 0.00 | 0.00 | 03/26/2013 |
| 03/26/2013 | DEBIT INM A | POSTAGE | -2.92 | 18.19 | 0.00 | 0.00 | 03/26/2013 |
| 03/25/2013 | SECUREDEPOS | 77597515 luviano maria El | 20.00 | 21.11 | 0.00 | 0.00 | 03/25/2013 |
| 03/25/2013 | DEBIT INM A | POSTAGE | -0.86 | 1.11 | 0.00 | 0.00 | 03/25/2013 |
| 03/20/2013 | DEBIT INM A | POSTAGE | -1.32 | 1.97 | 0.00 | 0.00 | 03/20/2013 |
| 03/14/2013 | EPR | OID:100039325-ComisaryPur | -8.58 | 3.29 | 0.00 | 0.00 | 03/14/2013 |
| 03/13/2013 | PHONE TIME | PT031313 | -9.00 | 11.87 | 0.00 | 0.00 | 03/13/2013 |
| 03/11/2013 | SECUREDEPOS | 73269429 luviano maria El | 20.00 | 20.87 | 0.00 | 0.00 | 03/11/2013 |
| 03/11/2013 | PHONE TIME | PT031113 | -2.00 | 0.87 | 0.00 | 0.00 | 03/11/2013 |
| 03/08/2013 | DEBIT INM A | POSTAGE | -0.92 | 2.87 | 0.00 | 0.00 | 03/08/2013 |
| 03/07/2013 | EPR | OID:100038655-ComisaryPur | -7.20 | 3.79 | 0.00 | 0.00 | 03/07/2013 |
| 03/05/2013 | PHONE TIME | PT030513 | -7.00 | 10.99 | 0.00 | 0.00 | 03/05/2013 |
| 03/01/2013 | DEBIT INM A | POSTAGE | -0.46 | 17.99 | 0.00 | 0.00 | 03/01/2013 |
| 03/01/2013 | DEBIT INM A | POSTAGE | -0.01 | 18.45 | 0.00 | 0.00 | 03/01/2013 |
| 02/28/2013 | EPR | OID:100038149-ComisaryPur | -13.45 | 18.46 | 0.00 | 0.00 | 02/28/2013 |
| 02/28/2013 | DEBIT INM A | POSTAGE | -0.20 | 31.91 | 0.00 | 0.00 | 02/28/2013 |
| 02/28/2013 | DEBIT INM A | POSTAGE | -0.92 | 32.11 | 0.00 | 0.00 | 02/28/2013 |
| 02/27/2013 | PHONE TIME | PT022713 | -7.00 | 33.03 | 0.00 | 0.00 | 02/27/2013 |
| 02/27/2013 | SECUREDEPOS | 20198426 luviano maria El | 40.00 | 40.03 | 0.00 | 0.00 | 02/27/2013 |
| 02/21/2013 | EPR | OID:100037362-ComisaryPur | -20.16 | 0.03 | 0.00 | 0.00 | 02/21/2013 |
| 02/19/2013 | PHONE TIME | PT021913 | -8.00 | 20.19 | 0.00 | 0.00 | 02/19/2013 |
| 02/18/2013 | SECUREDEPOS | 23656943 luviano maria El | 20.00 | 28.19 | 0.00 | 0.00 | 02/18/2013 |
| 02/15/2013 | DEBIT INM A | POSTAGE | -18.11 | 8.19 | 0.00 | 0.00 | 02/15/2013 |
| 02/15/2013 | DEBIT INM A | POSTAGE | -5.05 | 26.30 | 0.00 | 0.00 | 02/15/2013 |
| 02/14/2013 | EPR | OID:100036641-ComisaryPur | -10.57 | 31.35 | 0.00 | 0.00 | 02/14/2013 |
| 02/13/2013 | SECUREDEPOS | 26682490 luviano maria El | 40.00 | 41.92 | 0.00 | 0.00 | 02/13/2013 |
| 02/13/2013 | PHONE TIME | PT021313 | -3.00 | 1.92 | 0.00 | 0.00 | 02/13/2013 |
| 02/07/2013 | EPR | OID:100036233-ComisaryPur | -17.65 | 4.92 | 0.00 | 0.00 | 02/07/2013 |
| 01/31/2013 | EPR | OID:100035566-ComisaryPur | -19.31 | 22.57 | 0.00 | 0.00 | 01/31/2013 |
| 01/23/2013 | SECUREDEPOS | 54566070 luviano maria El | 40.00 | 41.88 | 0.00 | 0.00 | 01/23/2013 |
| 01/22/2013 | DEBIT INMAT | POSTAGE | -2.20 | 1.88 | 0.00 | 0.00 | 01/22/2013 |
| 01/22/2013 | DEBIT INM A | VOID-POSTAGE | 2.20 | 4.08 | 0.00 | 0.00 | 01/22/2013 |
| 01/22/2013 | DEBIT INM A | POSTAGE | -2.20 | 1.88 | 0.00 | 0.00 | 01/22/2013 |
| 01/18/2013 | ERF | OID:100034012-ComisaryRef | 0.90 | 4.08 | 0.00 | 0.00 | 01/18/2013 |
| 01/17/2013 | EPR | OID:100034012-ComisaryPur | -99.39 | 3.18 | 0.00 | 0.00 | 01/17/2013 |
| 01/11/2013 | DEPOSIT MO | 28910 | 100.00 | 102.57 | 0.00 | 0.00 | 01/11/2013 |
| 01/10/2013 | EPR | OID:100033559-ComisaryPur | -10.88 | 2.57 | 0.00 | 0.00 | 01/10/2013 |
| 01/04/2013 | PHONE TIME | 010413 | -7.00 | 13.45 | 0.00 | 0.00 | 01/04/2013 |
| 01/03/2013 | EPR | OID:100032926-ComisaryPur | -61.71 | 20.45 | 0.00 | 0.00 | 01/03/2013 |
| 01/02/2013 | SECUREDEPOS | 59788471 luviano maria El | 20.00 | 82.16 | 0.00 | 0.00 | 01/02/2013 |
| 01/02/2013 | DEPOSIT MO | 28731 | 50.00 | 62.16 | 0.00 | 0.00 | 01/02/2013 |
| 12/27/2012 | EPR | OID:100031965-ComisaryPur | -61.98 | 12.16 | 0.00 | 0.00 | 12/27/2012 |
| 12/22/2012 | SECUREDEPOS | 57671350 luviano maria El | 20.00 | 74.14 | 0.00 | 0.00 | 12/22/2012 |

Confidential

GEO-Novoa_00029977

```
                              Resident Account Summary
                          Tuesday, February 03, 2015  @14:40


For CIN:  ███████    NOVOA, RAUL B
-----------------------------------------------------------------------------------------------
  Date      Transaction Description              Amount   Balance    Owed     Held    Reference
-----------------------------------------------------------------------------------------------
12/21/2012  DEPOSIT CHE 28647                     50.00    54.14     0.00     0.00   12/21/2012
12/20/2012  EPR         OID:100031248-ComisaryPur -34.65    4.14     0.00     0.00   12/20/2012
12/13/2012  EPR         OID:100030534-ComisaryPur -75.79   38.79     0.00     0.00   12/13/2012
12/07/2012  DEPOSIT MO  28455                     100.00  114.58     0.00     0.00   12/07/2012
12/06/2012  EPR         OID:100030181-ComisaryPur -11.94   14.58     0.00     0.00   12/06/2012
12/06/2012  DEBIT INMAT POSTAGE                    -2.20   26.52     0.00     0.00   12/06/2012
12/06/2012  BAL FWD     VOID-POSTAGE               -2.20   28.72     0.00     0.00   12/06/2012
12/06/2012  BAL FWD     POSTAGE                     2.20   30.92     0.00     0.00   12/06/2012
12/06/2012  SECUREDEPOS 54302565 luviano maria El  20.00   28.72     0.00     0.00   12/06/2012
11/29/2012  EPR         OID:100029264-ComisaryPur -12.69    8.72     0.00     0.00   11/29/2012
11/21/2012  SECUREDEPOS 55333257 luviano maria El  20.00   21.41     0.00     0.00   11/21/2012
11/15/2012  DEBIT INMAT POSTAGE                    -0.45    1.41     0.00     0.00   11/15/2012
11/08/2012  EPR         OID:100027301-ComisaryPur -10.21    1.86     0.00     0.00   11/08/2012
11/01/2012  EPR         OID:100026617-ComisaryPur  -9.57   12.07     0.00     0.00   11/01/2012
10/25/2012  ERF         OID:100025764-ComisaryRef   1.71   21.64     0.00     0.00   10/25/2012
10/25/2012  EPR         OID:100025764-ComisaryPur -18.49   19.93     0.00     0.00   10/25/2012
10/25/2012  DEBIT INMAT POSTAGE                    -0.65   38.42     0.00     0.00   10/25/2012
10/24/2012  SECUREDEPOS 55567747 luviano maria El  20.00   39.07     0.00     0.00   10/24/2012
10/18/2012  DEBIT INM A 101612 POSTAGE             -0.93   19.07     0.00     0.00   10/18/2012
10/17/2012  SECUREDEPOS 59373439 luviano maria El  20.00   20.00     0.00     0.00   10/17/2012
10/16/2012  DEBIT INMAT POSTAGE OWES .93           -2.87    0.00     0.00     0.00   10/16/2012
10/11/2012  EPR         OID:100024444-ComisaryPur -13.06    2.87     0.00     0.00   10/11/2012
10/11/2012  PHONE TIME  PT101112                   -5.00   15.93     0.00     0.00   10/11/2012
10/02/2012  SECUREDEPOS 55879255 luviano maria El  20.00   20.93     0.00     0.00   10/02/2012
09/27/2012  EPR         OID:100023340-ComisaryPur -11.80    0.93     0.00     0.00   09/27/2012
09/27/2012  DEBIT INMAT POSTAGE                    -1.10   12.73     0.00     0.00   09/27/2012
09/26/2012  DEBIT INMAT POSTAGE                    -1.30   13.83     0.00     0.00   09/26/2012
09/25/2012  DEBIT INMAT POSTAGE                    -0.45   15.13     0.00     0.00   09/25/2012
09/20/2012  EPR         OID:100022575-ComisaryPur  -9.90   15.58     0.00     0.00   09/20/2012
09/19/2012  SECUREDEPOS 59232498 luviano maria El  20.00   25.48     0.00     0.00   09/19/2012
09/14/2012  DEBIT INMAT POSTAGE                    -0.45    5.48     0.00     0.00   09/14/2012
09/13/2012  EPR         OID:100021985-ComisaryPur -17.35    5.93     0.00     0.00   09/13/2012
09/12/2012  SECUREDEPOS 55133570 luvianc maria El  20.00   23.28     0.00     0.00   09/12/2012
09/12/2012  DEBIT INMAT POSTAGE                    -0.90    3.28     0.00     0.00   09/12/2012
09/06/2012  EPR         OID:100021378-ComisaryPur -11.98    4.18     0.00     0.00   09/06/2012
09/05/2012  DEBIT INMAT POSTAGE                    -0.90   16.16     0.00     0.00   09/05/2012
08/31/2012  DEBIT INMAT VOID-POSTAGE               -0.90   17.06     0.00     0.00   08/31/2012
08/31/2012  DEBIT INMAT POSTAGE                     0.00   17.06     0.00     0.00   08/31/2012
08/31/2012  DEBIT INMAT POSTAGE                    -0.45   17.06     0.00     0.00   08/31/2012
08/31/2012  DEBIT INMAT POSTAGE                     0.00   17.51     0.00     0.00   08/31/2012
08/31/2012  DEBIT INMAT POSTAGE                    -1.10   17.51     0.00     0.00   08/31/2012
08/30/2012  EPR         OID:100020804-ComisaryPur -14.33   18.61     0.00     0.00   08/30/2012
08/29/2012  SECUREDEPOS 51121823 luviano maria El  20.00   32.94     0.00     0.00   08/29/2012
08/23/2012  EPR         OID:100020289-ComisaryPur -14.85   12.94     0.00     0.00   08/23/2012
08/20/2012  SECUREDEPOS 51683319 luviano maria El  20.00   27.79     0.00     0.00   08/20/2012
08/20/2012  DEBIT INM A POSTAGE                    -2.60    7.79     0.00     0.00   08/20/2012
08/16/2012  EPR         OID:100019845-ComisaryPur -12.80   10.39     0.00     0.00   08/16/2012
08/16/2012  DEBIT INM A POSTAGE                    -4.60   23.19     0.00     0.00   08/16/2012
08/13/2012  DEBIT INM A POSTAGE                    -1.30   27.79     0.00     0.00   08/13/2012
08/09/2012  ERF         OID:100019260-ComisaryRef   2.48   29.09     0.00     0.00   08/09/2012
08/09/2012  EPR         OID:100019260-ComisaryPur -17.98   26.61     0.00     0.00   08/09/2012
08/08/2012  DEBIT INM A POSTAGE                    -0.45   44.59     0.00     0.00   08/08/2012
08/07/2012  DEBIT INM A POSTAGE                    -0.90   45.04     0.00     0.00   08/07/2012
08/07/2012  PHONE TIME  8/7/12                     -5.00   45.94     0.00     0.00   08/07/2012
08/03/2012  SECUREDEPOS 8852646 luviano maria Ele  50.00   50.94     0.00     0.00   08/03/2012
08/02/2012  EPR         OID:100018930-ComisaryPur  -6.60    0.94     0.00     0.00   08/02/2012
07/31/2012  PHONE TIME  7/31/12                    -3.00    7.54     0.00     0.00   07/31/2012
07/30/2012  PHONE TIME  PT073012                   -3.00   10.54     0.00     0.00   07/30/2012
07/27/2012  DEBIT INM A POSTAGE                    -1.10   13.54     0.00     0.00   07/27/2012
07/26/2012  EPR         OID:100018472-ComisaryPur -24.92   14.64     0.00     0.00   07/26/2012
07/25/2012  SECUREDEPOS 4123033 luviano maria Ele  20.00   39.56     0.00     0.00   07/25/2012
07/25/2012  DEBIT INM A POSTAGE                    -0.45   19.56     0.00     0.00   07/25/2012
07/24/2012  DEBIT INM A POSTAGE                    -0.45   20.01     0.00     0.00   07/24/2012
07/22/2012  SECUREDEPOS 9492381 luviano maria Ele  20.00   20.46     0.00     0.00   07/22/2012
-----------------------------------------------------------------------------------------------
                              Page
```

Confidential

GEO-Novoa_00029978

```
                          Resident Account Summary
                       Tuesday, February 03, 2015  @14:40

For CIN:  ███████        NOVOA, RAUL B
-----------------------------------------------------------------------------
  Date      Transaction Description          Amount   Balance   Owed    Held    Reference
-----------------------------------------------------------------------------
07/19/2012 EPR         OID:100018031-ComisaryPur   -7.65     0.46    0.00    0.00   07/19/2012
07/16/2012 PHONE TIME  7-16-12                      -5.00     8.11    0.00    0.00   07/16/2012
07/12/2012 EPR         OID:100017617-ComisaryPur  -17.73    13.11    0.00    0.00   07/12/2012
07/10/2012 SECUREDEPOS 77983720 luviano maria El   20.00    30.84    0.00    0.00   07/10/2012
07/10/2012 DEBIT INM A POSTAGE                      -0.45    10.84    0.00    0.00   07/10/2012
07/05/2012 EPR         OID:100017184-ComisaryPur  -20.88    11.29    0.00    0.00   07/05/2012
07/03/2012 PHONE TIME  07/03/12                    -10.00    32.17    0.00    0.00   07/03/2012
07/02/2012 DEBIT INM A POSTAGE                      -2.10    42.17    0.00    0.00   07/02/2012
06/28/2012 EPR         OID:100016764-ComisaryPur  -20.25    44.27    0.00    0.00   06/28/2012
06/26/2012 PHONE TIME  6/26/12                     -10.00    64.52    0.00    0.00   06/26/2012
06/25/2012 SECUREDEPOS 75299119 luviano maria El   50.00    74.52    0.00    0.00   06/25/2012
06/25/2012 PHONE TIME  06/25/12                     -5.00    24.52    0.00    0.00   06/25/2012
06/22/2012 DEBIT INM A POSTAGE                      -0.90    29.52    0.00    0.00   06/22/2012
06/21/2012 EPR         OID:100016134-ComisaryPur  -17.88    30.42    0.00    0.00   06/21/2012
06/21/2012 PHONE TIME  6/21/12                      -2.00    48.30    0.00    0.00   06/21/2012
06/21/2012 DEPOSIT CAS 6221                         50.30    50.30    0.00    0.00   06/21/2012
```

Confidential

GEO-Novoa_00029979

**GEO GROUP**
**Adelanto Detention Facility - East**
**PROPERTY RECEIPT**

009603

Facility: ATFE
Date: 12/16/1N
Name: Novoa

| Quantity | Description |
|---|---|
| | Cash |
| | 20.00 |

Detention Officer
Detention Officer
Detainee



**GEO GROUP**
**Adelanto Detention Facility -**
**PROPERTY RECEIPT**

040016

Novoa

Facility
Date: 1/22/15
Name: Raul B. Novoa

| Quantity | Description |
|---|---|
| | |

Detention Officer
Detention Officer
Detainee
CAMPOS

GEO-Novoa_00029980



GEO-Novoa_00029981



Confidential









Confidential





Confidential





Confidential









Confidential

GEO-Novoa_00029988



All three-way calls are prohibited.  A block will be placed on all three-way call numbers. A $25.00 charge is necessary to remove block.

Todas las llamadas de tres vías está prohibido. Un bloque se colocará en todos los números de llamada de tres vías. Un cargo de $ 25.00 es necesario quitar bloque.

_____
Detainee Signature

6-19-12
_____
Date

Confidential

E.I.A.12L

## Detainee Personal Property Inventory Form Receipt

Name: _Novoa, Raul_      A#_____      Date: _7-14-13_

A#_____   Country _MEXIC_   I-77____

**Purpose of Inventory** (check one that applies)   a:____ Admission   b:____ Other (Specify)_____

Disposition:   **R** - Retained by Detainee.   **S** - Retained by ICE.   **P** - Property Room,   **C** - Contraband,   **D** - Damaged,   **T** - Trash

| Clothing on person at time of inventory | | Type of Property: | | Continued | | Hygiene, etc | | Tobacco Items | |
|---|---|---|---|---|---|---|---|---|---|
| # Article | Disp. | # Article | Disp. | # Article | Disp. | # Article | Disp. | # Article | |
| __ Belt | | __ Batteries | | __ Nail clippers | | __ Deodorant | | __ Canned tobacco | |
| __ Boots | | __ Belt | | __ Pants/slacks | | __ Dental floss | | __ Cigarettes | |
| __ Bra | | 1 Books, reading | P | __ Pencils/Pens | | __ Hair oil | | __ Cigars | |
| __ Dress | | __ hard___ , soft___ | | __ Photo album | | __ Powder | | __ Matches/Lighter | |
| __ Pants | | __ Books, religious | | __ Photos | | __ Razor | | __ Pipes | |
| __ Socks | | __ hard___ , soft___ | | __ Playing cards | | __ Razor Blades | | __ Pipe cleaner/filters | |
| __ Shirt | | __ Boots | | __ Purse | | __ Shampoo | | | |
| __ Shoes | | __ Bra | | __ Radio (w/earplug) | | __ Shaving lotion | | | |
| __ T-shirt | | __ Cap, hat | | __ Shirt/blouse | | __ Skin Lotion | | | |
| __ Underwear | | __ Coat | | __ Shoes | | __ Soap | | | |
| | | __ Comb | | __ Shorts | | __ Soap dish | | **Food Items** | |
| | | __ Combination lock | | __ Skirt | | __ Toothbrush | | **All perishable food items** | |
| | | __ Dress | | __ Slip | | __ Toothpaste | | **will be disposed of.** | |
| | | __ Earplug(s) | | __ Socks | | | | | |
| | | __ Eyeglass case | | __ Suit | | | | | |
| | | __ Eyeglasses | | __ Sunglasses | | | | | |
| | | __ Gloves | | __ Sweater | | | | | |
| **Other** | | __ Hair brush/pick | | __ Television | | | | | |
| __ Back pack | | __ Handkerchief | | __ T-shirt | | | | | |
| __ Briefcase | | __ Jacket | | __ Underwear | | | | | |
| __ Suitcase | | __ Jogging suit | | __ Wallet | | | | | |
| __ Plastic Bag | | __ Knives | | | | | | | |
| | | 1 Legal materials | P | | | **Miscellaneous** (List any damaged property and from | | | |
| | | __ Letters | | | | where it was received; e.g., U.S Marshal) | | | |
| **Identification** | | __ Magazines | | | | | | | |
| __ Birth certificate | | __ Mirror | | | | _PB# 596_ | | | |
| __ Driver's license | | | | | | | | | |
| __ Passport | | | | | | | | | |
| __ Social Security Card | | | | | | | | | |
| __ ID Card | | | | | | | | | |

**Claim Release**: The receiving officer, as soon after receipt of the property as possible, will review the inventory with the detainee to verify its accuracy. Property that is stored or kept in possesion of the detainee is to be marked in the appropriate section of this inventory form. The receiving officers certify receipt, review, disposition and an accurate inventory of the property by signing below. The detainee by signing below certifies the accuracy of the inventory.receipt of all allowable items. and receipt of a copy of the inventory. When a detainee claims a discrepancy in the inventory, the receiving officers shall attempt to resolve that discrepancy. If the detainee states that there is missing property, this information should be noted below.

Comments:

Officer: _M Cervantes_   Officer: _____   Detainee: _____

Officer (Print Name) _M Cervantes_   Officer (Print Name) _____

The above listed property was returned to me:

Officer: _____   Detainee: _____   Date: _2/3/15_

## Detainee Personal Property Inventory Form / Receipt

Name: Novoa Raul                          A                        Date: 4-3-13

A#_____   Country: MEXICO   I-77_____

**Purpose of Inventory** (check one that applies)   a:_____ Admission   b:_____ Other (Specify)_____

Disposition:   **R** - Retained by Detainee,   **S** - Retained by ICE,   **P** - Property Room,   **C** - Contraband,   **D** - Damaged,   **T** - Trash

| Clothing on person at time of inventory | | Type of Property: | | Continued | | Hygiene, etc | | Tobacco Items | |
|---|---|---|---|---|---|---|---|---|---|
| # Article | Disp. | # Article | Disp. | # Article | Disp. | # Article | Disp. | # Article | |
| ___Belt | | ___Batteries | | ___Nail clippers | | ___Deodorant | | ___Canned tobacco | |
| ___Boots | | ___Belt | P | ___Pants/slacks | P | ___Dental floss | | ___Cigarettes | |
| ___Bra | | 2 Books, reading | R | ___Pencils/Pens | | ___Hair oil | | ___Cigars | |
| ___Dress | | ___hard___, soft | | ___Photo album | | ___Powder | R | ___Matches/Lighter | |
| ___Pants | | ___Books, religious | R | ___Photos | | ___Razor | | ___Pipes | |
| ___Socks | | ___hard___, soft | | ___Playing cards | | ___Razor Blades | | ___Pipe cleaner/filters | |
| ___Shirt | | ___Boots | | ___Purse | | ___Shampoo | | | |
| ___Shoes | | ___Bra | | ___Radio (w/earplug) | | ___Shaving lotion | | | |
| ___T-shirt | | ___Cap, hat | | ___Shirt/blouse | ✓ | ___Skin Lotion | | | |
| ___Underwear | | ___Coat | | ___Shoes | ✓ | ___Soap | | | |
| | | ___Comb | | ___Shorts | | ___Soap dish | | | |
| | | ___Combination lock | | ___Skirt | | ___Toothbrush | | **Food Items** | |
| | | ___Dress | | ___Slip | | ___Toothpaste | | All perishable food items will be disposed of. | |
| | | ___Earplug(s) | | ___Socks | P | 1 ___body oil R | | 6 soups | |
| | | ___Eyeglass case | | ___Suit | | | | | |
| | | ___Eyeglasses | | ___Sunglasses | | | | | |
| | | ___Gloves | | ___Sweater | | | | | |
| **Other** | | ___Hair brush/pick | | ___Television | | | | | |
| ___Back pack | | ___Handkerchief | | ___T-shirt | P | | | | |
| ___Briefcase | | ___Jacket | | ___Underwear | | | | | |
| ___Suitcase | | ___Jogging suit | | ___Wallet | | | | | |
| ___Plastic Bag | | ___Knives | | 1 Shoe laces P | | | | | |
| | | 3 Legal materials | R | 1 Bowl | R | | | | |
| | | ___Letters | | 1 Lid | R | **Miscellaneous** (List any damaged property and from where it was received; e.g., U.S Marshal) | | | |
| | | ___Magazines | | 1 Cup | | | | | |
| | | ___Mirror | | 1 headphones R | | PB 596 | | | |
| **Identification** | | | | 1 commissary | | RT# 3606379 | | | |
| ___Birth certificate | | | | ___radio | | VP 882927 | | | |
| ___Driver's license | | | | 4 pictures R | | | | | |
| ___Passport | | | | 1 earplugs R | | | | | |
| ___Social Security Card | | | | 1 flashlight R | | | | | |
| ___ID Card | | | | # 240 | | Returned 4/3/13 | | | |

**Claim Release:** The receiving officer, as soon after receipt of the property as possible, will review the inventory with the detainee to verify its accuracy. Property that is stored or kept in possession of the detainee is to be marked in the appropriate section of this inventory form. The receiving officers certify receipt, review, disposition and an accurate inventory of the property by signing below. The detainee by signing below certifies the accuracy of the inventory, receipt of all allowable items, and receipt of a copy of the inventory. When a detainee claims a discrepancy in the inventory, the receiving officers shall attempt to resolve that discrepancy. If the detainee states that there is missing property, this information should be noted below.

Comments:


Officer: _____   Officer: _____   Detainee: _____

Officer (Print Name) _____   Officer (Print Name) _____

The above listed property was returned to me:

Officer: _____   Detainee: _____   Date: _____

GEO-Novoa_00029991

# Detainee Personal Property Inventory Form Receipt

Name: _Novoa Raul_    A#: ▓▓▓▓▓    Date: _2-11-13_

A#: _____   Country: _MEXIC_   I-77: _____

**Purpose of Inventory** (check one that applies)   a: _____ Admission   b: _____ Other (Specify) _____

Disposition: **R** - Retained by Detainee,   **S** - Retained by ICE,   **P** - Property Room,   **C** - Contraband,   **D** - Damaged,   **T** - Trash

| Clothing on person at time of inventory | | Type of Property: | | Continued | | Hygiene, etc | | Tobacco Items | |
|---|---|---|---|---|---|---|---|---|---|
| # Article | Disp. | # Article | Disp. | # Article | Disp. | # Article | Disp. | # Article | |
| Belt | | Batteries | | Nail clippers | | Deodorant | | Canned tobacco | |
| Boots | | Belt | | Pants/slacks | | Dental floss | | Cigarettes | |
| Bra | | Books, reading | | Pencils/Pens | | Hair oil | | Cigars | |
| Dress | | hard___, soft___ | | Photo album | | Powder | | Matches/Lighter | |
| Pants | | Books, religious | | Photos | | Razor | | Pipes | |
| Socks | | hard___, soft___ | | Playing cards | | Razor Blades | | Pipe cleaner/filters | |
| Shirt | | Boots | | Purse | | Shampoo | | | |
| Shoes | | Bra | | Radio (w/earplug) | | Shaving lotion | | | |
| T-shirt | | Cap, hat | | Shirt/blouse | | Skin Lotion | | | |
| Underwear | | Coat | | Shoes | | Soap | | | |
| | | Comb | | Shorts | | Soap dish | | **Food Items** | |
| | | Combination lock | | Skirt | | Toothbrush | | All perishable food items | |
| | | Dress | | Slip | | Toothpaste | | will be disposed of. | |
| | | Earplug(s) | | Socks | | | | | |
| | | Eyeglass case | | Suit | | | | | |
| | | Eyeglasses | | Sunglasses | | | | | |
| | | Gloves | | Sweater | | | | | |
| **Other** | | Hair brush/pick | | Television | | | | | |
| Back pack | | Handkerchief | | T-shirt | | | | | |
| Briefcase | | Jacket | | Underwear | | | | | |
| Suitcase | | Jogging suit | | Wallet | | | | | |
| Plastic Bag | | Knives | | | | | | | |
| | | Legal materials | | | | | | | |
| | | Letters | | | | **Miscellaneous** (List any damaged property and from where it was received; e.g., U.S Marshal) | | | |
| **Identification** | | Magazines | | | | | | | |
| Birth certificate | | Mirror | | | | PB 252 | | | |
| Driver's license | | 1 Flashdrive | R | | | Flashdrive was | | | |
| Passport | | # 240 | | | | pulled from PB | | | |
| Social Security Card | | | | | | Per LT. Salgado | | | |
| ID Card | | | | | | given to D/T Novoa | | | |

**Claim Release:** The receiving officer, as soon after receipt of the property as possible, will review the inventory with the detainee to verify its accuracy. Property that is stored or kept in possession of the detainee is to be marked in the appropriate section of this inventory form. The receiving officers certify receipt, review, disposition and an accurate inventory of the property by signing below. The detainee by signing below certifies the accuracy of the inventory, receipt of all allowable items, and receipt of a copy of the inventory. When a detainee claims a discrepancy in the inventory, the receiving officers shall attempt to resolve that discrepancy. If the detainee states that there is missing property, this information should be noted below.

Comments:

Officer: _____   Officer: _____   Detainee: _____

Officer (Print Name) _M C Alvares_   Officer (Print Name) _____

The above listed property was returned to me:

Officer: _M Alvares_   Detainee: _____   Date: _2-11-13_

Confidential

## Detainee Personal Property Inventory Form Receipt

Name: *Novoa Paul*          A: [redacted]          Date: 2-11-13

A#: _____  Country: MEXIC          I-77 _____

**Purpose of Inventory** (check one that applies)   a:_____ Admission   b:_____ Other (Specify)_____

Disposition:  **R** - Retained by Detainee,   **S** - Retained by ICE,   **P** - Property Room,   **C** - Contraband,   **D** - Damaged,   **T** - Trash

| Clothing on person at time of inventory | | Type of Property: | | Continued | | Hygiene, etc | | Tobacco Items | |
|---|---|---|---|---|---|---|---|---|---|
| # Article | Disp. | # Article | Disp. | # Article | Disp. | # Article | Disp. | # Article | |
| __ Belt | ___ | __ Batteries | ___ | __ Nail clippers | ___ | __ Deodorant | ___ | __ Canned tobacco | |
| __ Boots | ___ | __ Belt | ___ | __ Pants/slacks | ___ | __ Dental floss | ___ | __ Cigarettes | |
| __ Bra | ___ | __ Books, reading | ___ | __ Pencils/Pens | ___ | __ Hair oil | ___ | __ Cigars | |
| __ Dress | ___ | __ hard___ , soft___ | ___ | __ Photo album | ___ | __ Powder | ___ | __ Matches/Lighter | |
| __ Pants | ___ | __ Books, religious | ___ | __ Photos | ___ | __ Razor | ___ | __ Pipes | |
| __ Socks | ___ | __ hard___ , soft___ | ___ | __ Playing cards | ___ | __ Razor Blades | ___ | __ Pipe cleaner/filters | |
| __ Shirt | ___ | __ Boots | ___ | __ Purse | ___ | __ Shampoo | ___ | | |
| __ Shoes | ___ | __ Bra | ___ | __ Radio (w/earplug) | ___ | __ Shaving lotion | ___ | | |
| __ T-shirt | ___ | __ Cap, hat | ___ | __ Shirt/blouse | ___ | __ Skin Lotion | ___ | | |
| __ Underwear | ___ | __ Coat | ___ | __ Shoes | ___ | __ Soap | ___ | | |
| | | __ Comb | ___ | __ Shorts | ___ | __ Soap dish | ___ | **Food Items** | |
| | | __ Combination lock | ___ | __ Skirt | ___ | __ Toothbrush | ___ | All perishable food items | |
| | | __ Dress | ___ | __ Slip | ___ | __ Toothpaste | ___ | will be disposed of. | |
| | | __ Earplug(s) | ___ | __ Socks | ___ | | | | |
| | | __ Eyeglass case | ___ | __ Suit | ___ | | | | |
| | | __ Eyeglasses | ___ | __ Sunglasses | ___ | | | | |
| | | __ Gloves | ___ | __ Sweater | ___ | | | | |
| **Other** | | __ Hair brush/pick | ___ | __ Television | ___ | | | | |
| __ Back pack | ___ | __ Handkerchief | ___ | __ T-shirt | ___ | | | | |
| __ Briefcase | ___ | __ Jacket | ___ | __ Underwear | ___ | | | | |
| __ Suitcase | ___ | __ Jogging suit | ___ | __ Wallet | ___ | | | | |
| __ Plastic Bag | ___ | __ Knives | ___ | | | | | | |
| | | __ Legal materials | ___ | | | | | | |
| | | __ Letters | ___ | | | | | | |
| **Identification** | | __ Magazines | ___ | | | | | | |
| __ Birth certificate | ___ | __ Mirror | ___ | | | | | | |
| __ Driver's license | ___ | 1 Flashdrive # 240 | R | | | | | | |
| __ Passport | ___ | | | | | | | | |
| __ Social Security Card | ___ | | | | | | | | |
| __ ID Card | ___ | | | | | | | | |

Miscellaneous (List any damaged property and from where it was received; e.g., U.S Marshal)

PB 252
Flashdrive was
Pulled from PB
Per LT. Salgado
given To D/T Novoa

**Claim Release:** The receiving officer, as soon after receipt of the property as possible, will review the inventory with the detainee to verify its accuracy. Property that is stored or kept in possession of the detainee is to be marked in the appropriate section of this inventory form. The receiving officers certify receipt, review, disposition and an accurate inventory of the property by signing below. The detainee by signing below certifies the accuracy of the inventory, receipt of all allowable items, and receipt of a copy of the inventory. When a detainee claims a discrepancy in the inventory, the receiving officers shall attempt to resolve that discrepancy. If the detainee states that there is missing property, this information should be noted below.

Comments:

Officer: M Cervantes     Officer: _____     Detainee: _____

Officer (Print Name): M Cervantes     Officer (Print Name): _____

The above listed property was returned to me:

Officer: M Cervantes     Detainee: _____     Date: 2-11-13

Confidential

## Detainee Personal Property Inventory Form Receipt

Name: NOVOA    RAUL    A#: [redacted]    Date: 8/8/12

A#: _____    Country: _____    I-77 _____    _____

Purpose of Inventory (check one that applies)  a: _X_ Admission   b: ____ Other (Specify) _____

Disposition:  **R** - Retained by Detainee,  **S** - Retained by ICE,  **P** - Property Room,  **C** - Contraband,  **D** - Damaged,  **T** - Trash

| Clothing on person at time of inventory | | Type of Property: | | Continued | | Hygiene, etc | | Tobacco Items | |
|---|---|---|---|---|---|---|---|---|---|
| # Article | Disp. | # Article | Disp. | # Article | Disp. | # Article | Disp. | # Article | Disp. |
| __Belt | ___ | __Batteries | ___ | __Nail clippers | ___ | __Deodorant | ___ | __Canned tobacco | ___ |
| __Boots | ___ | __Belt | ___ | __Pants/slacks | ___ | __Dental floss | ___ | __Cigarettes | ___ |
| __Bra | ___ | __Books, reading | ___ | __Pencils/Pens | ___ | __Hair oil | ___ | __Cigars | ___ |
| __Dress | ___ | __hard___, soft___ | ___ | __Photo album | ___ | __Powder | ___ | __Matches/Lighter | ___ |
| __Pants | ___ | 2_Books, religious | ___ | __Photos | ___ | __Razor | ___ | __Pipes | ___ |
| __Socks | ___ | __hard___, soft___ | ___ | __Playing cards | ___ | __Razor Blades | ___ | __Pipe cleaner/filters | ___ |
| __Shirt | ___ | __Boots | ___ | __Purse | ___ | __Shampoo | ___ | | |
| __Shoes | ___ | __Bra | ___ | __Radio (w/earplug) | ___ | __Shaving lotion | ___ | | |
| __T-shirt | ___ | __Cap, hat | ___ | __Shirt/blouse | ___ | __Skin Lotion | ___ | | |
| __Underwear | ___ | __Coat | ___ | __Shoes | ___ | __Soap | ___ | | |
| | | __Comb | ___ | __Shorts | ___ | 1_Soap dish | ___ | **Food Items** | |
| | | __Combination lock | ___ | __Skirt | ___ | __Toothbrush | ___ | **All perishable food items** | |
| | | __Dress | ___ | __Slip | ___ | __Toothpaste | ___ | **will be disposed of.** | |
| | | __Earplug(s) | ___ | __Socks | ___ | mustard | | | |
| | | __Eyeglass case | ___ | __Suit | ___ | | | | |
| | | __Eyeglasses | ___ | __Sunglasses | ___ | | | | |
| | | __Gloves | ___ | __Sweater | ___ | | | | |
| **Other** | | __Hair brush/pick | ___ | __Television | ___ | | | | |
| __Back pack | ___ | __Handkerchief | ___ | __T-shirt | ___ | | | | |
| __Briefcase | ___ | __Jacket | ___ | __Underwear | ___ | | | | |
| __Suitcase | ___ | __Jogging suit | ___ | __Wallet | ___ | | | | |
| __Plastic Bag | ___ | __Knives | ___ | COFFEE | | | | | |
| | | X_Legal materials | ___ | 1_SOUP | | | | | |
| | | __Letters | ___ | | | **Miscellaneous** (List any damaged property and from | | | |
| | | __Magazines | ___ | | | where it was received; e.g., U.S Marshal) | | | |
| **Identification** | | __Mirror | ___ | | | | | | |
| __Birth certificate | ___ | 1_CUP | | | | | | | |
| __Driver's license | ___ | | | | | | | | |
| __Passport | ___ | 1_BOWL | | | | | | | |
| __Social Security Card | ___ | | | | | | | | |
| __ID Card | ___ | 1_Earphones | | | | | | | |

Claim Release: The receiving officer, as soon after receipt of the property as possible, will review the inventory with the detainee to verify its accuracy. Property that is stored or kept in possesion of the detainee is to be marked in the appropriate section of this inventory form. The receiving officers certify receipt, review, disposition and an accurate inventory of the property by signing below. The detainee by signing below certifies the accuracy of the inventory, receipt of all allowable items, and receipt of a copy of the inventory. When a detainee claims a discrepancy in the inventory, the receiving officers shall attempt to resolve that discrepancy. If the detainee states that there is missing property, this information should be noted below.

Comments:

Officer: _____    Officer: _____    Detainee: _____

Officer (Print Name): _____    Officer (Print Name): J. Guzman    

The above listed property was returned to me:

Officer: _____    Detainee: _____    Date: 4/2/13

GEO-Novoa_00029994

The GEO Group, inc.

## Segregation/S.M.U Detention 30 Minute Check

| Detainee Name: | Novoa, Raul | Detainee A#: | |
| Housing/cell | ▓▓▓▓ | Date: | October 05, 2018 |

| 30 Min | 0600-1430 (1st Shift) Actual Time Initials | 30 Min | 1400-2230 (2nd Shift) Actual Time Initials | 30 Min | 2200-0630 (3rd Shift) Actual Time Initials |
|---|---|---|---|---|---|
| 0700-0730 | 0701 0729 | 1500-1530 | 1515 | 2300-2330 | 2303 ASL |
| 0730-0800 | 0752 | 1530-1600 | 1537 1555 SMW | 2330-2400 | 2330 ASL |
| 0800-0830 | 0815 c.c. | 1600-1630 | 1603 SMW | 2400-0030 | 0005 CT |
| 0830-0900 | 0841 c.c. | 1630-1700 | 1632 1655 | 0030-0100 | 0031 CT |
| 0900-0930 | 0906 c.c. | 1700-1730 | 1710 | 0100-0130 | 0100 |
| 0930-1000 | 0930-0957 c.c. | 1730-1800 | 1740 SMW | 0130-0200 | 0130 CT |
| 1000-1030 | 1016 | 1800-1830 | 1800 1830 SMW | 0200-0230 | 0200 |
| 1030-1100 | 1045 c.c. | 1830-1900 | 1844 | 0230-0300 | 0230 0250 CT |
| 1100-1130 | 1103 | 1900-1930 | 1914 | 0300-0330 | 0320 CT |
| 1130-1200 | 1130-1155 c.c. | 1930-2000 | 1944 1954 | 0330-0400 | 0350 |
| 1200-1230 | 1220 | 2000-2030 | 2020 YC | 0400-0430 | 0420 |
| 1230-1300 | 1245 | 2030-2100 | 2047 YC | 0430-0500 | 0450 CT |
| 1300-1330 | 1317 | 2100-2130 | 2112 | 0500-0530 | 0520 CT |
| 1330-1400 | 1430 1352 c.c. | 2130-2200 | 2137 | 0530-0600 | 0545 VSN |
| 1400-1430 | 1416 | 2200-2230 | 2202 2226 SMW | 0600-0630 | 060 |
| 1430-1500 | 1446 SW 1447 SMW | 2230-2300 | 2238 ASL | 0630-0700 | 0635 |

Confidential

The GEO Group, Inc.

## Segregation/S.M.U Detention 30 Minute Check

| Detainee Name: | Novoa, Raul | | Detainee A#: | |
| Housing/cell: | ▮▮▮▮▮▮ | | Date: | October 04, 2012 |

| | 0600-1430 (1st Shift) | | | 1400-2230 (2nd Shift) | | | 2200-0630 (3rd Shift) | |
|---|---|---|---|---|---|---|---|---|
| 30 Min | Actual Time | Initials | 30 Min | Actual Time | Initials | 30 Min | Actual Time | Initials |
| 0700-0730 | 0714 | | 1500-1530 | 1515 | | 2300-2330 | 2326 | |
| 0730-0800 | 0740 | | 1530-1600 | 1544 | | 2330-2400 | 2317 | |
| 0800-0830 | 0806  0829 | | 1600-1630 | 1613 | | 2400-0030 | | |
| 0830-0900 | 0857  c.c. | | 1630-1700 | 1630  1657 | | 0030-0100 | 0050  J.Q. | |
| 0900-0930 | 0923 | | 1700-1730 | 1718 | | 0100-0130 | 0110 | |
| 0930-1000 | 0748 | | 1730-1800 | 1748 | | 0130-0200 | 0130  0150 | |
| 1000-1030 | 1014  c.c. | | 1800-1830 | 1815 | | 0200-0230 | 0210 | |
| 1030-1100 | 1046 | | 1830-1900 | 1845 | | 0230-0300 | 0255 | |
| 1100-1130 | 1105  1123 | | 1900-1930 | 1912 | | 0300-0330 | 0304 | |
| 1130-1200 | 1148  c.c. | | 1930-2000 | 1933 | | 0330-0400 | 0330  0355 | |
| 1200-1230 | 1216 | | 2000-2030 | 2005 | | 0400-0430 | 0410  0430 | |
| 1230-1300 | 1244 | | 2030-2100 | 2032 | | 0430-0500 | 0448  SB  SB | |
| 1300-1330 | 1305 | | 2100-2130 | 2100  2130  SB | | 0500-0530 | 0511 | |
| 1330-1400 | 1335 | | 2130-2200 | 2156 | | 0530-0600 | 0556  0554 | |
| 1400-1430 | 1404 | | 2200-2230 | 2222 | | 0600-0630 | 0600  0625  c.c. | |
| 1430-1500 | 1432  1450 | | 2230-2300 | 2252 | | 0630-0700 | 0658 | |

The GEO Group, Inc.

## Segregation/S.M.U Detention 30 Minute Check

| Detainee Name: Novoa, Raul | Detainee A#: ███████ |
| Housing/cell: ███████ | Date: October 01, 2012 |

| 0600-1430 (1ˢᵗ Shift) | | | 1400-2230 (2nd Shift) | | | 2200-0630 (3rd Shift) | | |
|---|---|---|---|---|---|---|---|---|
| 30 Min | Actual Time | Initials | 30 Min | Actual Time | Initials | 30 Min | Actual Time | Initials |
| 0700-0730 | | | 1500-1530 | | | 2300-2330 | 2317 | |
| 0730-0800 | | | 1530-1600 | | | 2330-2400 | 2340 | 2317 S.Q. |
| 0800-0830 | | | 1600-1630 | | | 2400-0030 | 0000 | 0020 S.Q. |
| 0830-0900 | | | 1630-1700 | | | 0030-0100 | 0070 | S.Q. |
| 0900-0930 | | | 1700-1730 | | | 0100-0130 | | S.Q. |
| 0930-1000 | | | 1730-1800 | | | 0130-0200 | | |
| 1000-1030 | | | 1800-1830 | | | 0200-0230 | | |
| 1030-1100 | | | 1830-1900 | | | 0230-0300 | | |
| 1100-1130 | | | 1900-1930 | | | 0300-0330 | | |
| 1130-1200 | | | 1930-2000 | | | 0330-0400 | | |
| 1200-1230 | | | 2000-2030 | | | 0400-0430 | | |
| 1230-1300 | | | 2030-2100 | | | 0430-0500 | | |
| 1300-1330 | | | 2100-2130 | | | 0500-0530 | | |
| 1330-1400 | | | 2130-2200 | | | 0530-0600 | | |
| 1400-1430 | | | 2200-2230 | | | 0600-0630 | | |
| 1430-1500 | | | 2230-2300 | 2247 g | | 0630-0700 | | |

GEO-Novoa_00030035

ADELANTO DETENTION FACILITY
SPECIAL MANAGEMENT UNIT CELL INSPECTION FORM

Detainee Name: Novoa - Paul   A# [redacted]   Cell # [redacted]   Date: 10-4-12

Before admitting, releasing, cell moves, disciplinary moves, etc., inspect the cell for and damage and document on this form. Upon completion of your inspection, move the inmate into the cell and have the inmate acknowledge the condition of the cell by signing below. If the inmate refuses to sign, have a staff witness sign, documenting the inmate refused to sign.

| AREA | CONDITION ON ADMISSION | CONDITION ON RELEASE |
|---|---|---|
| FLOOR | FAIR / POOR / NEEDS WORK | BETTER / SAME / WORSE |
| WALLS | FAIR / POOR / NEEDS WORK | BETTER / SAME / WORSE |
| CEILING | FAIR / POOR / NEEDS WORK | BETTER / SAME / WORSE |
| DOOR | FAIR / POOR / NEEDS WORK | BETTER / SAME / WORSE |
| LIGHT / FIXTURE | FAIR / POOR / NEEDS WORK | BETTER / SAME / WORSE |
| TOILET/SINK | FAIR / POOR / NEEDS WORK | BETTER / SAME / WORSE |
| WINDOW | FAIR / POOR / NEEDS WORK | BETTER / SAME / WORSE |
| PILLOW | FAIR / POOR / NEEDS WORK | BETTER / SAME / WORSE |
| MATTRESS | FAIR / POOR / NEEDS WORK | BETTER / SAME / WORSE |
| BUNK | FAIR / POOR / NEEDS WORK | BETTER / SAME / WORSE |
| FIRE SPRINKLER | FAIR / POOR / NEEDS WORK | BETTER / SAME / WORSE |
| CELL / TRAY DOOR | FAIR / POOR / NEEDS WORK | BETTER / SAME / WORSE |
| OTHER | FAIR / POOR / NEEDS WORK | BETTER / SAME / WORSE |
| OTHER | FAIR / POOR / NEEDS WORK | BETTER / SAME / WORSE |

| COMMENTS: | |
|---|---|
| | |

**Admission**
Print/Signature Name of Staff: BRISENO

Print/Signature of Inmate: X [signature]   Date: 10-4-12

**Release**
Print/Signature Name of Staff: A. Johnson [signature]

Confidential                                                          GEO-Novoa_00030036

# Appendix 2.2.A: ICE Custody Classification Worksheet

## ICE Custody Classification Worksheet

Save
42

| Part 1. Basic Information | Initial ___ Reclassification | Special Classification |
|---|---|---|
| Field/Sub Office: ADE | Facility: GEO 196 | Date: 9/29/14 |
| Officer Name: DARMANDZHYAN | Language(s) Used during the Interview: N/A | |

| Alien Number: ▓▓▓▓▓ | DOB: ▓▓▓▓ | Gender: ☐ F  ☒ M |
|---|---|---|
| Last Name: NOVOA | | First Name: RAUC |

## Part 2. Special Vulnerabilities and Management Concerns

| Does a Special Vulnerability exist? Inquire, observe, and review all documentation. If based on your assessment the vulnerability exists, select the appropriate boxes below. Also indicate whether there are other management concerns that may affect the custody decision. | ☐ Y  ☒ N |
|---|---|

☐ serious physical illness
☐ serious mental illness
☐ disability
☐ elderly
☐ pregnancy
☐ nursing
☐ sole caretaking responsibility
☐ risk based on sexual orientation/gender identity
☐ victim of persecution/torture
☐ victim of sexual abuse or violent crime
☐ victim of human trafficking
☐ other (specify):

Provide further explanation as necessary:

*If any boxes are checked, consult with the local ICE Field Office regarding appropriate placement and other management considerations, and record the date and time of consultation here:*

2.2 | Custody Classification System

78

PBNDS 2011
*(As Modified by February 2013 Errata)*

| | Custody Level Guideline Ranges | | | | |
|---|---|---|---|---|---|
| | If there is no arrest or conviction for a violent offense, use this table. | | | If the person has an arrest or conviction for a violent offense, use this table. | |
| | Low Custody | 0-2 | | | |
| | Medium-Low Custody | 3-5 | | | |
| | Medium-High Custody | 6-11 | | | 0-6 |
| | High Custody | 12+ | | | 7+ |

If the Officer makes a custody recommendation outside of the custody level guideline ranges above, provide the rationale and include aggravating/ mitigating circumstances that were considered in the decision:

| Recommendation Outside the Guideline Ranges | Low | Medium-Low | Medium-High | High |
|---|---|---|---|---|

| Officer Signature | | Date | 9/29/14 |
|---|---|---|---|

In the section below, check the custody level of the individual's housing assignment, following the guidance provided in the instructions, F. Housing Assignment.

For purposes of housing medium-custody individuals with low-or high level custody individuals, use the following guidelines:

Medium-Low may be housed with low custody individuals;

Medium-High may be housed with high-custody individuals; but,

Low custody individuals may never be housed with high-custody individuals, or medium custody individuals who have any history of assaultive or combative behavior.

If the individual is to be placed in administrative segregation, a copy of the administrative segregation order shall be immediately provided to the Field Office Director or his designee, as required by Standard 2.12 "Special Management Units."

| Final Housing Assignment  Custody Level | Low | Medium-Low | Medium-High | High | Administrative |
|---|---|---|---|---|---|

If the Supervisor decides to override the Officer's custody level recommendation, provide the rationale below:

| Supervisor Signature | E Tapia | Date | 9.30.14 |
|---|---|---|---|

2.2 | Custody Classification System       80       PBNDS 2011
(As Modified by February 2013 Errata)

Confidential      GEO-Novoa_00030038

# Appendix 2.2.A: ICE Custody Classification Worksheet



2↑
SAME

## ICE Custody Classification Worksheet

| Part 1. Basic Information | | Initial | Reclassification | Special Classification |
|---|---|---|---|---|
| Field/Sub Office: GEO-19b | Facility: ADE | | | Date: 04-29-14 |
| Officer Name: JIMENEZ | Language(s) Used during the Interview: | | | |

| Alien Number: ▮ | | DOB: ▮ | | Gender: ☐ F  ☒ M |
|---|---|---|---|---|
| Last Name: NOVOA | | | First Name: RAUL | |

### Part 2. Special Vulnerabilities and Management Concerns

| | Does a Special Vulnerability exist? Inquire, observe, and review all documentation. If based on your assessment the vulnerability exists, select the appropriate boxes below. Also indicate whether there are other management concerns that may affect the custody decision. | ☐ Y  ☒ N |
|---|---|---|
| | ☐ serious physical illness<br>☐ serious mental illness<br>☐ disability<br>☐ elderly<br>☐ pregnancy<br>☐ nursing<br>☐ sole caretaking responsibility<br>☐ risk based on sexual orientation/gender identity<br>☐ victim of persecution/torture<br>☐ victim of sexual abuse or violent crime<br>☐ victim of human trafficking<br>☐ other (specify): | |
| | Provide further explanation as necessary: | |
| | *If any boxes are checked, consult with the local ICE Field Office regarding appropriate placement and other management considerations, and record the date and time of consultation here:* | |

Confidential

GEO-Novoa_00030039

| Custody Level Guideline Ranges | | | | | |
|---|---|---|---|---|---|
| If there is no arrest or conviction for a violent offense, use this table. | | | If the person has an arrest or conviction for a violent offense, use this table. | | |
| | Low Custody | 0-2 | | | |
| | Medium-Low Custody | 3-5 | | | |
| | Medium-High Custody | 6-11 | | | 0-6 |
| | High Custody | 12+ | | | 7+ |

If the Officer makes a custody recommendation outside of the custody level guideline ranges above, provide the rationale and include aggravating/ mitigating circumstances that were considered in the decision:

| Recommendation Outside the Guideline Ranges | Low | Medium-Low | Medium-High | High |
|---|---|---|---|---|
| Officer Signature  _Asimina_ | | | Date | 04-29-14 |

In the section below, check the custody level of the individual's housing assignment, following the guidance provided in the instructions, F. Housing Assignment.

For purposes of housing medium-custody individuals with low or high level custody individuals, use the following guidelines:

Medium-Low may be housed with low custody individuals;

Medium-High may be housed with high custody individuals; but,

Low custody individuals may never be housed with high custody individuals, or medium custody individuals who have any history of assaultive or combative behavior.

If the individual is to be placed in administrative segregation, a copy of the administrative segregation order shall be immediately provided to the Field Office Director or his designee, as required by Standard 2.12 "Special Management Units."

| Final Housing Assignment  Custody Level | Low | Medium-Low | Medium-High | High | Administrative |
|---|---|---|---|---|---|

If the Supervisor decides to override the Officer's custody level recommendation, provide the rationale below:

| Supervisor Signature | _E Tapia_ | | Date | 04-30-14 |
|---|---|---|---|---|

**2.2 | Custody Classification System**

**PBNDS 2011**
*(As Modified by February 2013 Errata)*

Confidential

GEO-Novoa_00030040

(M-H)

# Appendix 2.2.A: ICE Custody Classification Worksheet

## ICE Custody Classification Worksheet

| Part 1. Basic Information | | Initial | Reclassification | | Special Classification |
|---|---|---|---|---|---|
| Field/Sub Office: ADELANTO | | Facility: LEO 196 | | | Date: 12/30/13 |
| Officer Name: BANUELOS | | Language(s) Used during the Interview: | | | |

| Alien Number: ■■■■ | DOB: ■■■■ | Gender: | ☐ F  ☒ M |
|---|---|---|---|
| Last Name: NOVOA | | First Name: RAUL | |

### Part 2. Special Vulnerabilities and Management Concerns

|  | Does a Special Vulnerability exist? Inquire, observe, and review all documentation. If based on your assessment the vulnerability exists, select the appropriate boxes below. Also indicate whether there are other management concerns that may affect the custody decision. | ☐ Y ☒ N |
|---|---|---|

- ☐ serious physical illness
- ☐ serious mental illness
- ☐ disability
- ☐ elderly
- ☐ pregnancy
- ☐ nursing
- ☐ sole caretaking responsibility
- ☐ risk based on sexual orientation/gender identity
- ☐ victim of persecution/torture
- ☐ victim of sexual abuse or violent crime
- ☐ victim of human trafficking
- ☐ other (specify):

Provide further explanation as necessary:

*If any boxes are checked, consult with the local ICE Field Office regarding appropriate placement and other management considerations, and record the date and time of consultation here:*

2.2 | Custody Classification System · 78 · PBNDS 2011 *(As Modified by February 2013 Errata)*

Confidential   GEO-Novoa_00030041

| | Custody Level Guideline Ranges | | |
|---|---|---|---|
| | If there is no arrest or conviction for a violent offense, use this table. | | If the person has an arrest or conviction for a violent offense, use this table. |
| | Low Custody | 0-2 | |
| | Medium-Low Custody | 3-5 | |
| X | Medium-High Custody | 6-11 | |
| | High Custody | 12+ | |

| | | | | 0-6 |
|---|---|---|---|---|
| | | | | 7+ |

If the Officer makes a custody recommendation outside of the custody level guideline ranges above, provide the rationale and include aggravating/ mitigating circumstances that were considered in the decision:

| Recommendation Outside the Guideline Ranges | Low | Medium-Low | Medium-High | High |
|---|---|---|---|---|
| Officer Signature _(signature)_ | | | Date | 12/30/13 |

In the section below, check the custody level of the individual's housing assignment, following the guidance provided in the instructions, F. Housing Assignment.

For purposes of housing medium-custody individuals with low-or high level custody individuals, use the following guidelines:

Medium-Low may be housed with low custody individuals;

Medium-High may be housed with high-custody individuals; but,

Low custody individuals may never be housed with high-custody individuals, or medium custody individuals who have any history of assaultive or combative behavior.

If the individual is to be placed in administrative segregation, a copy of the administrative segregation order shall be immediately provided to the Field Office Director or his designee, as required by Standard 2.12 "Special Management Units."

| Final Housing Assignment   Custody Level | Low | Medium-Low | Medium-High | High | Administrative |
|---|---|---|---|---|---|

If the Supervisor decides to override the Officer's custody level recommendation, provide the rationale below:

| Supervisor Signature  E. Tapia | | | Date | 1/6/14 |
|---|---|---|---|---|

2.2 | Custody Classification System                80

PBNDS 2011
*(As Modified by February 2013 Errata)*

Confidential

NOVOA

## ICE Custody Classification Worksheet

| Part 1. Basic Information | Initial | Reclassification | Special Classification |
|---|---|---|---|
| Field/Sub Office: GEO 196 | Facility: ADELANTO | | Date: 9/28/13 |
| Officer Name: E.BANUELOS | Language(s) Used during the Interview: | | |

| Alien Number: ▮▮▮ | | DOB: ▮▮▮ | | Gender: | ☐ F  ☒ M |
|---|---|---|---|---|---|
| Last Name: NOVOA | | | First Name: RAUL B | | |

| Part 2. Special Vulnerabilities and Management Concerns | |
|---|---|
| | Does a Special Vulnerability exist? Inquire, observe, and review all documentation. If based on your assessment the vulnerability exists, select the appropriate boxes below. Also indicate whether there are other management concerns that may affect the custody decision.   ☐ Y  ☒ N |
| | ☐ serious physical illness |
| | ☐ serious mental illness |
| | ☐ disability |
| | ☐ elderly |
| | ☐ pregnancy |
| | ☐ nursing |
| | ☐ sole caretaking responsibility |
| | ☐ risk based on sexual orientation/gender identity |
| | ☐ victim of persecution/torture |
| | ☐ victim of sexual abuse or violent crime |
| | ☐ victim of human trafficking |
| | ☐ other (specify): |
| | Provide further explanation as necessary: |
| | |
| | *If any boxes are checked, consult with the local ICE Field Office regarding appropriate placement and other management considerations, and record the date and time of consultation here:* |

PBNDS 2011
*(As Modified by February 2013 Errata)*

Confidential

GEO-Novoa_00030043

| | Custody Level Guideline Ranges | | |
|---|---|---|---|
| | If there is no arrest or conviction for a violent offense, use this table. | | |
| | Low Custody | 0-2 | If the person has an arrest or conviction for a violent offense, use this table. |
| | Medium-Low Custody | 3-5 | |
| ✗ | Medium-High Custody | 6-11 | |
| | High Custody | 12+ | |

| | | 0-6 |
|---|---|---|
| | | 7+ |

If the Officer makes a custody recommendation outside of the custody level guideline ranges above, provide the rationale and include aggravating/ mitigating circumstances that were considered in the decision:

| Recommendation Outside the Guideline Ranges | Low | Medium-Low | Medium-High | High |
|---|---|---|---|---|
| Officer Signature _(signature)_ | | | Date 9/24/13 | |

In the section below, check the custody level of the individual's housing assignment, following the guidance provided in the instructions, F. Housing Assignment.

For purposes of housing medium-custody individuals with low-or high level custody individuals, use the following guidelines:

Medium-Low may be housed with low custody individuals;

Medium-High may be housed with high-custody individuals; but,

Low custody individuals may never be housed with high-custody individuals, or medium custody individuals who have any history of assaultive or combative behavior.

If the individual is to be placed in administrative segregation, a copy of the administrative segregation order shall be immediately provided to the Field Office Director or his designee, as required by Standard 2.12 "Special Management Units."

| Final Housing Assignment  Custody Level | Low | Medium-Low | Medium-High | High | Administrative |
|---|---|---|---|---|---|
| If the Supervisor decides to override the Officer's custody level recommendation, provide the rationale below: | | | | | |

| Supervisor Signature   _E. Tapia_ | Date   9/24/13 |
|---|---|

2.2 | Custody Classification System

PBNDS 2011
_(As Modified by February 2013 Errata)_

Confidential

GEO-Novoa_00030044

↑2 same

Appendix 2.2.A: ICE Custody Classification Worksheet

## ICE Custody Classification Worksheet

| Part 1. Basic Information | | Initial | Reclassification | Special Classification |
|---|---|---|---|---|
| Field/Sub Office: Adelanto | | Facility: Geo 196 | | Date: 7·26·13 |
| Officer Name: Nash | | Language(s) Used during the Interview: | | |

| Alien Number: ■■■■■■ | | DOB: ■■■■■■ | | Gender: | ☐ F  ☒ M |
|---|---|---|---|---|---|
| Last Name: Novoa | | | First Name: Raul B. | | |

### Part 2. Special Vulnerabilities and Management Concerns

Does a Special Vulnerability exist? Inquire, observe, and review all documentation. If based on your assessment the vulnerability exists, select the appropriate boxes below. Also indicate whether there are other management concerns that may affect the custody decision.    ☐ Y  ☒ N

- ☐ serious physical illness
- ☐ serious mental illness
- ☐ disability
- ☐ elderly
- ☐ pregnancy
- ☐ nursing
- ☐ sole caretaking responsibility
- ☐ risk based on sexual orientation/gender identity
- ☐ victim of persecution/torture
- ☐ victim of sexual abuse or violent crime
- ☐ victim of human trafficking
- ☐ other (specify):

Provide further explanation as necessary:

*If any boxes are checked, consult with the local ICE Field Office regarding appropriate placement and other management considerations, and record the date and time of consultation here:*

2.2 | Custody Classification System          78          PBNDS 2011
*(As Modified by February 2013 Errata)*

| | Custody Level Guideline Ranges | | |
|---|---|---|---|
| | If there is no arrest or conviction for a violent offense, use this table. | | If the person has an arrest or conviction for a violent offense, use this table. |
| | Low Custody | 0-2 | |
| | Medium-Low Custody | 3-5 | |
| ✓ | Medium-High Custody | 6-11 | 0-6 |
| | High Custody | 12+ | 7+ |

If the Officer makes a custody recommendation outside of the custody level guideline ranges above, provide the rationale and include aggravating/ mitigating circumstances that were considered in the decision:

| Recommendation Outside the Guideline Ranges | Low | Medium-Low | Medium-High | High |
|---|---|---|---|---|
| Officer Signature  *Jennifer Nash* | | | Date  7-26-13 | |

In the section below, check the custody level of the individual's housing assignment, following the guidance provided in the instructions, F. Housing Assignment.

For purposes of housing medium-custody individuals with low or high level custody individuals, use the following guidelines:

Medium-Low may be housed with low custody individuals;

Medium-High may be housed with high-custody individuals; but,

Low custody individuals may never be housed with high-custody individuals, or medium custody individuals who have any history of assaultive or combative behavior.

If the individual is to be placed in administrative segregation, a copy of the administrative segregation order shall be immediately provided to the Field Office Director or his designee, as required by Standard 2.12 "Special Management Units."

| Final Housing Assignment  Custody Level | Low | Medium-Low | Medium-High | High | Administrative |
|---|---|---|---|---|---|
| If the Supervisor decides to override the Officer's custody level recommendation, provide the rationale below: | | | | | |

| Supervisor Signature  *E. Tapia* | | Date  7-29-13 |
|---|---|---|

2.2 | Custody Classification System                80                PBNDS 2011
*(As Modified by February 2013 Errata)*

Confidential                GEO-Novoa_00030046

**↑2** *moved ↑*

Appendix 2.2.A: ICE Custody Classification Worksheet

ICE Custody Classification Worksheet

| Part 1. Basic Information | | Initial | Reclassification | Special Classification |
|---|---|---|---|---|
| Field/Sub Office: Adelanto | Facility: 600 | | 796 | Date: 7.2.13 |
| Officer Name: Nowicki | Language(s) Used during the Interview: N/A | | | |

| Alien Number: ▮▮▮ | DOB: ▮▮▮ | | Gender: ☐ F ☒ M |
|---|---|---|---|
| Last Name: NOVOA | | First Name: Raul | |

## Part 2. Special Vulnerabilities and Management Concerns

Does a Special Vulnerability exist? Inquire, observe, and review all documentation. If based on your assessment the vulnerability exists, select the appropriate boxes below. Also indicate whether there are other management concerns that may affect the custody decision.   ☐ Y  ☒ N

- ☐ serious physical illness
- ☐ serious mental illness
- ☐ disability
- ☐ elderly
- ☐ pregnancy
- ☐ nursing
- ☐ sole caretaking responsibility
- ☐ risk based on sexual orientation/gender identity
- ☐ victim of persecution/torture
- ☐ victim of sexual abuse or violent crime
- ☐ victim of human trafficking
- ☐ other (specify):

Provide further explanation as necessary:

*If any boxes are checked, consult with the local ICE Field Office regarding appropriate placement and other management considerations, and record the date and time of consultation here.*

2.2 | Custody Classification System                78                PBNDS 2011

(As Modified by February 2013 Errata)

Confidential

Custody Level Guideline Ranges

| If there is no arrest or conviction for a violent offense, use this table. | | If the person has an arrest or conviction for a violent offense, use this table. | |
|---|---|---|---|
| Low Custody | 0-2 | | |
| Medium-Low Custody | 3-5 | | |
| ✓ Medium-High Custody    8 | 6-11 ⃝ | | 0-6 |
| High Custody | 12+ | | 7+ |

If the Officer makes a custody recommendation outside of the custody level guideline ranges above, provide the rationale and include aggravating/ mitigating circumstances that were considered in the decision:

| Recommendation Outside the Guideline Ranges | Low | Medium-Low | Medium-High | High |
|---|---|---|---|---|

Officer Signature _Manuel Nandez_    Date 7-2-13

In the section below, check the custody level of the individual's housing assignment, following the guidance provided in the instructions, F. Housing Assignment.

For purposes of housing medium-custody individuals with low or high level custody individuals, use the following guidelines:

Medium-Low may be housed with low custody individuals;

Medium-High may be housed with high custody individuals; but,

Low custody individuals may never be housed with high custody individuals, or medium custody individuals who have any history of assaultive or combative behavior.

If the individual is to be placed in administrative segregation, a copy of the administrative segregation order shall be immediately provided to the Field Office Director or his designee, as required by Standard 2.12 "Special Management Units."

| Final Housing Assignment Custody Level | Low | Medium-Low | Medium-High | High | Administrative |
|---|---|---|---|---|---|

If the Supervisor decides to override the Officer's custody level recommendation, provide the rationale below:

Supervisor Signature _E Tapia_    Date

Confidential                                                                 GEO-Novoa_00030048

(M-1)

## DETAINEE CLASSIFICATION SYSTEM – SECONDARY ASSESSMENT FORM

Name: **NOVOA, RAUL**                              A#: ▮▮▮▮▮

Date of Birth: ▮▮▮▮▮          Country of Citizenship: **MEXICO**

Classified By:   **E. BANUELOS**        ID#: _____   Date: **3/12/13**

Language: (English (Y) N) Other: **SPANISH CHRISTIAN**

### INITIAL SECURITY EVALUATION:

1. Severity of Most Recent Charge/Conviction: (Use severity of offense scale; rate most serious charge/conviction)                      SCORE: **2**

   LOW.................................................................   0 [  ]
   MODERATE....................................................   2 [✗]
   HIGH...............................................................   5 [  ]
   HIGHEST.........................................................   7 [  ]

2. Serious Offense History: (Use severity of offense scale; rate most serious prior conviction)                                       SCORE: **1**

   NONE OR LOW................................................   0 [  ]
   MODERATE....................................................   1 [✗]
   HIGH...............................................................   4 [  ]
   HIGHEST.........................................................   7 [  ]

3. Escape History: (Excluding current charges)                    SCORE: **0**
   NONE (No escapes or attempts)                                 0 [✗]
   WALKAWAY OR ATTEMPTED ESCAPE from minimum security facility or failure to return from authorized absence                      4 [  ]
   ESCAPE OR ATTEMPTED ESCAPE FROM A SECURE FACILITY.....................................................   7 [  ]

### MAXIMUM CUSTODY SCORE (Add items 1, 2, and 3)........   SCORE: **3**

### SCORE OF 7 OR HIGHER ASSIGN LEVEL 3 CUSTODY:
(Always complete remaining items, but do not total score if detainee has already been assigned to Level 3 custody)

4. Number of Disciplinary Convictions: (Since last Classification)................................................   SCORE: **0**
   NONE...............................................................   0 [✗]
   ONE.................................................................   2 [  ]
   TWO.................................................................   4 [  ]
   THREE.............................................................   6 [  ]

5. Most Serious Disciplinary Charge Sustained: (Use disciplinary Severity of Offense Scale; rate during this period of Confinement)                                               SCORE: **0**
   NONE...............................................................   0 [✗]
   LOW.................................................................   1 [  ]
   MODERATE....................................................   1 [  ]
   HIGH...............................................................   2 [  ]
   HIGHEST.........................................................   5 [  ]
   HIGHEST.........................................................   7 [  ]

6. Prior Felony Convictions:                                      SCORE: **2**
   NONE...............................................................   0 [  ]
   ONE..................................................................   1 [  ]

## DETAINEE CLASSIFICATION SYSTEM – SECONDARY ASSESSMENT FORM

Name: NOVOA , RAUL          A#: ▓▓▓▓▓▓

Date of Birth: ▓▓▓▓▓▓       Country of Citizenship: MEXICO

Classified By: PARMANOCHYAN    ID#: _____   Date: 1/17/13

Language: (English Y / N) Other: _____

*SAME*
*(42)*

### INITIAL SECURITY EVALUATION:

1. Severity of Most Recent Charge/Conviction: (Use severity of offense scale; rate most serious charge/conviction)                                   SCORE: 2
   - LOW.............................................................. 0 [ ]
   - MODERATE................................................ 2 [X]
   - HIGH............................................................ 5 [ ]
   - HIGHEST...................................................... 7 [ ]

2. Serious Offense History: (Use severity of offense scale; rate most serious prior conviction)                                  SCORE: 1
   - NONE OR LOW.............................................. 0 [ ]
   - MODERATE................................................ 1 [X]
   - HIGH............................................................ 4 [ ]
   - HIGHEST...................................................... 7 [ ]

3. Escape History: (Excluding current charges)          SCORE: 0
   - NONE (No escapes or attempts)                           0 [X]
   - WALKAWAY OR ATTEMPTED ESCAPE from minimum security facility or failure to return from authorized absence                4 [ ]
   - ESCAPE OR ATTEMPTED ESCAPE FROM A SECURE FACILITY................................................. 7 [ ]

MAXIMUM CUSTODY SCORE (Add items 1, 2, and 3)........   SCORE: 3

### SCORE OF 7 OR HIGHER ASSIGN LEVEL 3 CUSTODY:
(Always complete remaining items, but do not total score if detainee has already been assigned to Level 3 custody)

4. Number of Disciplinary Convictions: (Since last Classification)...........................................   SCORE: 2
   - NONE........................................................... 0 [ ]
   - ONE............................................................. 2 [X]
   - TWO............................................................ 4 [ ]
   - THREE......................................................... 6 [ ]

5. Most Serious Disciplinary Charge Sustained: (Use disciplinary Severity of Offense Scale; rate during this period of Confinement)                                           SCORE: 1
   - NONE........................................................... 0 [ ]
   - LOW............................................................. 1 [X]
   - MODERATE................................................ 2 [ ]
   - HIGH............................................................ 5 [ ]
   - HIGHEST...................................................... 7 [ ]

6. Prior Felony Convictions:                              SCORE: 2
   - NONE........................................................... 0 [ ]
   - ONE............................................................. 1 [ ]

GEO-Novoa_00030050

M-H
NO CHANGE

## DETAINEE CLASSIFICATION SYSTEM – SECONDARY ASSESSMENT FORM

Name: NOVOA, RAUL B          A#: ▆▆▆▆▆

Date of Birth: ▆▆▆▆▆      Country of Citizenship: MEXICO

Classified By: E. BARNEWS      ID#: _____   Date: #5 10/1/12

Language: (English Y / N) Other: SPANISH / CHRISTIAN

### INITIAL SECURITY EVALUATION:

1.  Severity of Most Recent Charge/Conviction: (Use severity of offense scale; rate most serious charge/conviction)      **SCORE: 2**
    LOW.................................................. 0 [ ]
    MODERATE........................................ 2 [✗]
    HIGH................................................. 5 [ ]
    HIGHEST............................................ 7 [ ]

2.  Serious Offense History: (Use severity of offense scale; rate most serious prior conviction)      **SCORE: 1**
    NONE OR LOW..................................... 0 [ ]
    MODERATE........................................ 1 [✗]
    HIGH................................................. 4 [ ]
    HIGHEST............................................ 7 [ ]

3.  Escape History: (Excluding current charges)      **SCORE: 0**
    NONE (No escapes or attempts)                0 [✗]
    WALKAWAY OR ATTEMPTED ESCAPE from minimum
    security facility or failure to return from authorized absence      4 [ ]
    ESCAPE OR ATTEMPTED ESCAPE FROM A SECURE
    FACILITY............................................ 7 [ ]

**MAXIMUM CUSTODY SCORE (Add items 1, 2, and 3)........      SCORE: 3**

### SCORE OF 7 OR HIGHER ASSIGN LEVEL 3 CUSTODY:
(Always complete remaining items, but do not total score if detainee has already been assigned to Level 3 custody)

4.  Number of Disciplinary Convictions: (Since last Classification)...........................................      **SCORE: 0**
    NONE............................................... 0 [✗]
    ONE.................................................. 2 [ ]
    TWO................................................. 4 [ ]
    THREE.............................................. 6 [ ]

5.  Most Serious Disciplinary Charge Sustained: (Use disciplinary Severity of Offense Scale; rate during this period of Confinement)      **SCORE: 0**
    NONE............................................... 0 [✗]
    LOW................................................. 1 [ ]
    MODERATE........................................ 2 [ ]
    HIGH................................................. 5 [ ]
    HIGHEST............................................ 7 [ ]

6.  Prior Felony Convictions:      **SCORE: 1**
    NONE............................................... 0 [ ]
    ONE.................................................. 1 [ ]

GEO-Novoa_00030051

## DETAINEE CLASSIFICATION SYSTEM – SECONDARY ASSESSMENT FORM

M-H
n/c

Name: Novoa, Raul B          A#: ▮▮▮▮▮▮▮▮

Date of Birth: ▮▮▮▮▮▮          Country of Citizenship: Mex

Classified By: ___          ID#: ___          Date: 9·5·12

Language: (English Y / N) Other: Spa

### INITIAL SECURITY EVALUATION:

1.  Severity of Most Recent Charge/Conviction: (Use severity of offense scale; rate most serious charge/conviction)

    | | SCORE: 2 |
    |---|---|
    | LOW......................................................... | 0 [ ] |
    | MODERATE............................................... | 2 [✓] |
    | HIGH........................................................ | 5 [ ] |
    | HIGHEST.................................................. | 7 [ ] |

2.  Serious Offense History: (Use severity of offense scale; rate most serious prior conviction)

    | | SCORE: 1 |
    |---|---|
    | NONE OR LOW............................................ | 0 [ ] |
    | MODERATE............................................... | 1 [✓] |
    | HIGH........................................................ | 4 [ ] |
    | HIGHEST.................................................. | 7 [ ] |

3.  Escape History: (Excluding current charges)

    | | SCORE: 0 |
    |---|---|
    | NONE (No escapes or attempts) | 0 [✓] |
    | WALKAWAY OR ATTEMPTED ESCAPE from minimum security facility or failure to return from authorized absence | 4 [ ] |
    | ESCAPE OR ATTEMPTED ESCAPE FROM A SECURE FACILITY.................................................. | 7 [ ] |

**MAXIMUM CUSTODY SCORE (Add items 1, 2, and 3).........**          SCORE: 3

### SCORE OF 7 OR HIGHER ASSIGN LEVEL 3 CUSTODY:
(Always complete remaining items, but do not total score if detainee has already been assigned to Level 3 custody)

4.  Number of Disciplinary Convictions: (Since last Classification)....................................................

    | | SCORE: 0 |
    |---|---|
    | NONE........................................................ | 0 [✓] |
    | ONE.......................................................... | 2 [ ] |
    | TWO......................................................... | 4 [ ] |
    | THREE...................................................... | 6 [ ] |

5.  Most Serious Disciplinary Charge Sustained: (Use disciplinary Severity of Offense Scale; rate during this period of Confinement)

    | | SCORE: 0 |
    |---|---|
    | NONE........................................................ | 0 [✓] |
    | LOW.......................................................... | 1 [ ] |
    | MODERATE............................................... | 2 [ ] |
    | HIGH........................................................ | 5 [ ] |
    | HIGHEST.................................................. | 7 [ ] |

6.  Prior Felony Convictions:

    | | SCORE: 2 |
    |---|---|
    | NONE........................................................ | 0 [ ] |
    | ONE.......................................................... | 1 [ ] |

**Detainee Classification System – Primary Assessment Form**

NAME: Novoa, Raul B          A#: ▮▮▮▮▮▮▮

D.O.B: ▮▮▮▮▮▮▮          Country of Citizenship: Mex

CLASSIFIED BY: ▮▮▮          (ID #)          DATE: 6 19 12

DIST/SPC: ▮▮▮          LANGUAGE: (ENGLISH Y/N) OTHER: Spnsh Chriet

### INITIAL SECURITY EVALUATION :

**A.** Severity of Most Recent Charge / Conviction: (Use severity of offense scale; rate most serious charge / conviction)

SCORE: 2

| | |
|---|---|
| LOW | 0 [ ] |
| MODERATE | 2 [✓] |
| HIGH | 5 [ ] |
| HIGHEST | 7 [ ] |

**B.** Serious Offense History: ( Use severity of offense Scale;  rate most serious prior conviction)

SCORE: 1

| | |
|---|---|
| NONE OR LOW | 0 [ ] |
| MODERATE | 1 [✓] |
| HIGH | 4 [ ] |
| HIGHEST | 7 [ ] |

**C.** Escape History: (Excluding current charges).

SCORE: 0

| | |
|---|---|
| NONE (No escapes or attempts) | 0 [✓] |
| WALKAWAY OR ATTEMPTED ESCAPE from minimum security facility or failure to return from authorized absence. | 4 [ ] |
| ESCAPE OR ATTEMPTED ESCAPE FROM SECURE FACILITY | 7 [ ] |

**MAXIMUM CUSTODY SCORE** (Add items A, B, and C) ............ **TOTAL SCORE: 3**

### SCORE OF 7 OR HIGHER ASSIGN TO LEVEL 3 CUSTODY:
(Always complete remaining items, but do not total score if detainee has already been assigned to Level 3 custody)

**D.** Immigration Violations History:

SCORE: 0

| | |
|---|---|
| NONE or single entry without inspection (misd) | 0 [✓] |
| Re-Entry after deport or other Immigration charge (Felony) | 2 [ ] |
| 3 or more previous immigration violations | 4 [ ] |

**E.** Prior Convictions:  (Excluding last conviction)

SCORE: 2

| | |
|---|---|
| NONE | 0 [ ] |
| One to four misdemeanors or One Felony | 2 [✓] |
| Five or more misdemeanors or Two or More Felonies | 4 [ ] |

**F.** Number of Disciplinary Convictions: (Previous Institution)

SCORE: 0

| | |
|---|---|
| NONE | 0 [✓] |
| ONE | 1 [ ] |
| TWO | 3 [ ] |
| THREE | 5 [ ] |

**G.** History / Pattern of Assaults

SCORE: 0

| | |
|---|---|
| Assault (Within one year) | 4 [ ] |
| Assault (Over 1 Year/Less than 10) | 2 [ ] |
| Assault (Over 10 Years) | 0 [✓] |

**COMPREHENSIVE CUSTODY SCORE** (Items A-G) ............ **TOTAL SCORE: 5**

Confidential

SCALE SUMMARY AND RECOMMENDATIONS:

1.    CUSTODY LEVEL INDICTED BY SCALE _____    CODE: 2

    1 = Level 1       2 = Level 2       3 = Level 3

## CUSTODY CLASSIFICATION

7 or more points on items A through C Section I _____ . LEVEL 3
4 or fewer points on items A through G Section I _____ . LEVEL 1
4 or fewer points on items A through G Section 1 w/ detainer or warrant _____ LEVEL 2
5 to 10 points on items A through G Section I _____ LEVEL 2
11 or more points on items A through G Section I _____ LEVEL 3

2.    CHECK [X] ALL THE SPECIAL MANAGEMENT CONCERNS WHICH APPLY TO THIS DETAINEE:

| | | | |
|---|---|---|---|
| [ ] | Protective Custody | [ ] | Known Management Problem |
| [ ] | Psychological Impairment | [ ] | Suspected Drug/Alien Trafficker |
| [ ] | Mental Deficiency | [ ] | Suicide Risk |
| [ ] | Suicide Risk | [ ] | Medical Problem (PHS Form J-794) |
| [ ] | Serious Violence Threat | [ ] | Physical Impairment (PHS Form J-794) |
| [ ] | Known Gang Affiliation | [ ] | Other (Specify): |
| [ ] | Substance Abuse Program | [ ] | Terrorist Threat/Terrorist (Auto. L-3) |

3.    OVERRIDE OF SCALE CUSTODY IS RECOMMENDED:   [ ]   YES   [X]   NO

IF YES, GIVE RATIONALE (REQUIRED): _____

4.    RECOMMENDED CUSTODY LEVEL:

    [ ]   LEVEL 1    [X]   LEVEL 2    [ ]   LEVEL 3

Classification Officer Signature : _____   Date: 6/19/12

SUPERVISORY APPROVAL OF OVERRIDE:

1.    RECOMMENDED CUSTODY LEVEL:   [ ]   APPROVED   [ ]   DISAPPROVED
2.    FINAL CUSTODY LEVEL (If override disapproved) _____

    [ ]   LEVEL 1    [ ]   LEVEL 2    [ ]   LEVEL 3

Rationale  (required if different from recommendation): _____
_____
_____

HOUSING ASSIGNMENT:

[ ] LEVEL 1   [ ] LEVEL 2   [ ] LEVEL 3   [ ] ADMIN. SEGREGATION (Memo req.)

SDEO SIGNATURE: _____   DATE: 6/20/12

Confidential

U.S. Department of Homeland Security        Subject ID : 343430056                    **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | | Sex M | Hair BLK | Eyes BRO | Cmplxn MED |
|---|---|---|---|---|---|---|---|
| NOVOA, Raul B | | | | Height 68 | Weight 187 | | Occupation Laborer |

Country of Citizenship: MEXICO        Passport Number and Country of Issue        File Number

Scars and Marks: None Visible

U.S. Address

F.B.I. Number                ☒ Single   ☐ Married
                             ☐ Divorced   ☐ Separated
                             ☐ Widower

Date, Place, Time, and Manner of Last Entry
2/12/1997, Unknown Time, LOS, Legal permanent resident        Passenger Boarded at

Method of Location/Apprehension
287 511.2.1

Number, Street, City, Province (State) and Country of Permanent Residence

At/Near
Los Angeles, California,        Date/Hour 06/12/2012

Date of Birth        Age: 27        Date of Action 06/13/2012        Location Code LOS/LOS

By A. MAGDALENO

City, Province (State) and Country of Birth
MEXICO        AR ☒   Form : (Type and No.) Lifted ☐ Not Lifted ☐

Status at Entry
Legal Permanent        Status When Found IN INSTITUTION

NIV Issuing Post and NIV Number        Social Security Account Name

Length of Time Illegally in U.S.
NOT APPLICABLE

Date Visa Issued        Social Security Number

Immigration Record
POSITIVE - See Narrative        Criminal Record See Narrative

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate)        Number and Nationality of Minor Children
SUBJECT STATED (1) USC

Father's Name, Nationality, and Address, if Known
NOVOA, Raul NATIONALITY: MEXICO        Mother's Present and Maiden Names, Nationality, and Address, if Known
GARCIA, Adelina NATIONALITY: MEXICO

Monies Due/Property in U.S. Not in Immediate Possession
None Claimed        Fingerprinted? ☒ Yes ☐ No        System Checks See Narrative        Charge Code Word(s) See Narrative

Name and Address of (Last)(Current) U.S. Employer        Type of Employment        Salary $        Employed from/to Hr

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation.)

FINS:

Left Index fingerprint              Right Index fingerprint



NCIC Level 1


OTHER ALIASES KNOWN BY:
------------------------
NOVOA, RAUL
NOVOA, RAUL BENJAMIN

RECORDS CHECKED
...(CONTINUED ON I-831)


                            A. MAGDALENO
                            DESIGNATED IMMIGRATION OFFICER
Alien has been advised of communication privileges _____ (Date/Initials)        (Signature and Title of Immigration Officer)

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| FILE | Officer: A. MAGDALENO |
| STAT | on: June 13, 2012 at 0624 _____ (time) |
| | Disposition: Warrant of Arrest/Notice to Appear |
| | Examining Officer: JAMES A. HAMM |

Form I-213 (Rev. 08/01/07)

                                    GEO-Novoa_00030055

U.S. Department of Homeland Security          Continuation Page for Form   I213

| Alien's Name | File Number | Date |
|---|---|---|
| NOVOA, Raul B | ████████ | 06/13/2012 |

---------------
CIS Pos
CLAIM Pos
EARM Pos

CHARGE CODES
------------
R2C
R2A3


Record of Deportable/Excludable Alien:
I, A. Magdaleno., a Custody Assistant with the Los Angeles County Sheriff?s Department
(LASD), have been trained by Immigration and Customs Enforcement (ICE) Instructors from the
Federal Law Enforcement Training Center in Immigration Law.  I am authorized to enforce
Immigration Law pursuant to Section 287(g) of the INA.

On June 12, 2012, during a routine assigned duty to review suspected criminal aliens in the
custody of LASD, I encountered the Subject (NOVOA, Raul, A072-228-072), and I introduced
myself as a Custody Assistant for LASD working under the 287(g) Program for ICE.  Subject
came to the attention of ICE subsequent to his arrest and or incarceration with LASD.

The Subject was arrested for Possession of a Firearm by Felon/etc, in violation of Section
12021(a)(1) of the California Penal Code (PC).  For that offense, the Subject was sentenced
to 270 days of incarceration.


Immigrant Admission
Subject claims to be a native and citizen of Mexico who was admitted into the United States
at an Los Angeles, California on an February 12, 1997, as a Legal Permanent Resident (SL6).


Criminal History:
Date: May 14, 3012
Charge: 12021(a)(1) PC - Possession of a Firearm by Felon/etc
Classification: Felony
Disposition: Convicted
Sentence: 270 days in Los Angeles County Jail and 3 years of Formally Probation

Date:  May 16, 2012
Charge:  148.9(a) PC False ID to Peace Officer
Classification: Misdemeanor
Disposition: Convicted
Sentence: 30 days in Los Angeles County Jail

Date: April 10, 2003
Charge: 11378 HS Possession of a Controlled Substance for Sale
Classification: Felony
Disposition: Convicted
Sentence: 6 months in the Los Angeles County Jail and 36 months Probation.

...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| A. MAGDALENO | DESIGNATED IMMIGRATION OFFICER |

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security                    Continuation Page for Form   I213

| Alien's Name<br>NOVOA, Raul B | File Number | Date<br>06/13/2012 |
|---|---|---|

Immigration History:
No Additional Immigration History.

Additional Information:
Subject claimed he has no petitions or applications pending before United States Citizenship and Immigration Services.

Subject claims he has no fear of torture or persecution, if returned to his country of citizenship (Mexico).

Subject stated that he has never served in the United States Military.

Subject claimed no gang affiliation or medical problems at the time of his interview.

Subject was advised of his rights to communicate with the consular or diplomatic officer from his country of citizenship (MEXICO); at that time he declined to excercise said right.

Based on the above mentioned information, the Subject was issued an I-247 Detainer and provided a copy of that detainer.

Subject is being processed with a Notice to Appear (I-862) before an Immigration Judge for removal proceedings under Section 240 of the INA.

| Signature<br>A. MAGDALENO | Title<br>DESIGNATED IMMIGRATION OFFICER |
|---|---|

_____3_____ of _____3_____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Confidential

FINS: 1059335564

Event No: LOS1206000227

| 1. FAMILY NAME (Capital Letters)       First Name | Middle Name | 2. Age | 3. Country of Citizenship |
|---|---|---|---|
| NOVOA, RAUL B | | 27 | MEXICO |

| 4. Alias   NOVOA, RAUL<br>NOVOA, RAUL BENJAMIN | 5. Date Apprehended<br>June 12, 2012 | 6. Office |
|---|---|---|

| 7. Birth Date ▉ | 8. Birth Place ▉ | |
|---|---|---|

| 9. Sex<br>☒ Male   ☐ Female | 10. OSC/WA Served<br>☐ Yes   ☐ No   (Explain) | ▉ |
|---|---|---|
| 11. File Number ▉ | 12. Bond<br>$          Date Posted | |
| 13. CINS<br>☒ Yes   ☐ No | 14 Medical Alert   ☐ No   ☐ Yes   (Explain) | 14 A. |

| 15. TRANSFER DATE | FROM | TO |
|---|---|---|
| A  6/19/12 | LOS | ADE |
| B | | |
| C | | |

| 16. ADMITTED BY:  Guzman Melendrez | 19. RELEASED TO: ☐ V/R  ☐ Deport | 22. Rt. Index Print – In | 23. Rt. Index Print - Out |
|---|---|---|---|
| 17. SEARCHED IN BY: | 20. RELEASED BY: | | |
| 18. DATE ADMITTED:  6/19/12 | 21. DATE RELEASED: | | |

24. Remarks:

FORM I-385 (08/01/07)                    ALIEN BOOKING RECORD
UNITED STATES DEPARTMENT OF HOMELAND SECURITY

Confidential

GEO-Novoa_00030058

## Detainee Personal Property Inventory For Receipt

Name: Novoa Raul    A# [redacted]    Date: 6-19-12

A#_____ Country_____ I-77 [redacted]_____

**Purpose of Inventory** (check one that applies)  a:____ Admission  b:____ Other (Specify)_____

Disposition:  **R** - Retained by Detainee,  **S** - Retained by ICE,  **P** - Property Room,  **C** - Contraband,  **D** - Damaged,  **T** - Trash

| Clothing on person at time of inventory | | Type of Property: | | Continued | | Hygiene, etc | | Tobacco Items | |
|---|---|---|---|---|---|---|---|---|---|
| # Article | Disp. | # Article | Disp. | # Article | Disp. | # Article | Disp. | # Article | |
| __Belt | | __Batteries | | __Nail clippers | | __Deodorant | | __Canned tobacco | |
| __Boots | | __Belt | P | __Pants/slacks | | __Dental floss | | __Cigarettes | |
| __Bra | | __Books, reading | | __Pencils/Pens | | __Hair oil | | __Cigars | |
| __Dress | | hard__, soft__ | P | __Photo album | | __Powder | | __Matches/Lighter | |
| __Pants | | __Books, religious | | __Photos | | __Razor | | __Pipes | |
| 1 Socks | P | hard__, soft__ | | __Playing cards | | __Razor Blades | | __Pipe cleaner/filters | |
| 1 Shirt | P | __Boots | | __Purse | | __Shampoo | | | |
| 1 Shoes | P | __Bra | | __Radio (w/earplug) | | __Shaving lotion | | | |
| __T-shirt | | __Cap, hat | | __Shirt/blouse | | __Skin Lotion | | | |
| 1 Underwear | P | __Coat | | __Shoes | | __Soap | | | |
| 1 Shorts | P | __Comb | | __Shorts | | __Soap dish | | | |
| | | __Combination lock | | __Skirt | | __Toothbrush | | **Food Items** | |
| | | __Dress | | __Slip | | __Toothpaste | | All perishable food items will be disposed of. | |
| | | __Earplug(s) | | __Socks | | | | | |
| | | __Eyeglass case | | __Suit | | | | | |
| | | __Eyeglasses | | __Sunglasses | | | | | |
| | | __Gloves | | __Sweater | | | | | |
| **Other** | | __Hair brush/pick | | __Television | | | | | |
| __Back pack | | __Handkerchief | | __T-shirt | | | | | |
| __Briefcase | | __Jacket | | __Underwear | | | | | |
| __Suitcase | | __Jogging suit | | __Wallet | | | | | |
| __Plastic Bag | | __Knives | | 1 Keys | P | | | | |
| | | X Legal materials | P | | | **Miscellaneous** (List any damaged property and from where it was received; e.g., U.S Marshal) | | | |
| | | X Letters | P | | | RT 6716671 | | | |
| | | __Magazines | | | | PB 505 | | | |
| **Identification** | | __Mirror | | | | VP 883210 | | | |
| __Birth certificate | | | | | | | | | |
| __Driver's license | | | | | | | | | |
| __Passport | | | | | | | | | |
| __Social Security Card | | | | | | | | | |
| __ID Card | | | | | | | | | |

**Claim Release:** The receiving officer, as soon after receipt of the property as possible, will review the inventory with the detainee to verify its accuracy. Property that is stored or kept in possession of the detainee is to be marked in the appropriate section of this inventory form. The receiving officers certify receipt, review, disposition and an accurate inventory of the property by signing below. The detainee by signing below certifies the accuracy of the inventory, receipt of all allowable items, and receipt of a copy of the inventory. When a detainee claims a discrepancy in the inventory, the receiving officers shall attempt to resolve that discrepancy. If the detainee states that there is missing property, this information should be noted below.

Comments:

Officer:_____  Officer:_____  Detainee: X_____

Officer (Print Name) Camacho    Officer (Print Name) Guzman

The above listed property was returned to me:

Officer:_____  Detainee:_____  Date:_____

Confidential

Office of Enforcement and Removal Operations
U.S. Department of Homeland Security
10400 Rancho Road
Adelanto, CA  92301



**U.S. Immigration and Customs Enforcement**

# PROPERTY RELEASE FORM

DETAINEE NAME:  NOVOA, RAUL

A-NUMBER: ▮▮▮▮▮▮▮▮▮

Current Housing Location:  Adelanto, CA

Property to be released to:  ▮▮▮▮▮▮▮▮

Point of Contact Name:  ▮▮▮▮▮▮▮▮

Point of Contact Phone Number:  ▮▮▮▮▮▮

Mailing Address:  ▮▮▮▮▮▮▮▮

I authorize Immigration and Customs Enforcement (ICE) to mail my property to the address listed above:

Alien Signature: _____

Date: 06/20/2012

GEO-Novoa_00029996

# PROPERTY NOTIFICATION FORM

*Raul Novoa*

**Name**

█████████████████

**A#**

**NOTICE:** Property boxes will not be re-opened until you are being released from custody. It is your responsibility to maintain phone numbers, legal paperwork and any other documents required for Immigration proceedings. Please verify that you have these items before the intake officer seals your property.

I have read and understood this notice.

**SIGNATURE**

8/29/1?

**DATE**

**AVISO:** Los cuadros de la propiedad no se volverá a abrir hasta que están siendo liberados de la custodia. Es su responsabilidad mantener los números de teléfono, trámites legales y cualesquiera otros documentos necesarios para los procedimientos de inmigración. Por favor, compruebe que dispone de estos elementos antes de las juntas de admisión oficial de su propiedad.

He leído y entendido este aviso.

**FIRMA**

**FECHA**

GEO-Novoa_00029997



# ADF- Combination Lock Form

**Detainee A# :** ████████████

**Detainee Name:** NOVOA    RAUL

**Housing Assignment :** ███████████

**Statement:**

     I have received this combination lock and understand that I am responsible to maintain and return upon my departure of the facility. Failure to turn in the lock will result in a $5.15 replacement fee. The combination lock must remain locked at all times, failure to do so will result in disciplinary action.

He recibido este candado y entiendo que soy responsable de mantener y devolver a mi salida de la instalacion. Si no devuelvo el candado devere pagar $5.15 para remplasarlo. El candado debe estar cerrado todo el tiempo, si no puede resultar en accion disciplinaria.

**Detainee Signature** ✗ _____

**Serial #** _25-04223_

**Combination Lock #** _22-04-18_

I verify that I have received the GEO Handbook # 274 and ICE Handbook #_____ and have been shown the orientation video in Intake. I understand that I need to return the handbook to staff upon my release from the facility.

Yo verifico que recibi el numero _____ del Manual de ICE y numero _____ del Manual de GEO, y que vi el video de orientation presentado durante mi proceso inicial. Yo entiendo que necesito regresar este manual a los empleados cuando salga de la facilidad.

Detainee has received Spanish/English copies

Officer Signature: _____

Detainee
Signature: _____

A#: _____

Date: 6-19-12

GEO-Novoa_00029999

## EMERGENCY NOTIFICATION AND PROPERTY DISPOSITION FORM

I wish to provide emergency contact/property disposition: YES ___ NO ___

Name/Nombre: ███████████

Street Address/Dirección: ███████████     Telephone/Teléfono: ███████████

City/Ciudad: ███████████     Country/País: *OH*

State/Estado: ████     Zip Code/ Código Postal: ███████████

Detainee Signature/Firma Del Detenido: *Raul Novoa*     Date: 6-19-12

By my signature I authorize the facility to send my personal property to the above designated person in the event of an emergency or in lieu of authorization, I agree to the following. *Por mi firma, yo autorizo a la facilidad para enviar mi propiedad personal a la persona designada arriba en el acontecimiento de una emergencia, o en lugar de la autorización, convengo el siguiente.*

___ I understand that failing to provide an address could/will result in the disposal of my property at no cost to the Government or GEO Group. *Yo entiendo que en no presente una dirección resultara a la disposición de mi propiedad, siendo ningún costo al gobierno o al grupo de GEO.*

___ I understand if I leave the facility without my property, for any reason, the property will be held for a period of 30 days, and then considered abandoned and turned over to I.C.E. for final disposition. *Yo entiendo si dejo la facilidad sin mi propiedad, por cualquier razón, la propiedad será detenida por un periodo 30 días, después de este tiempo es considerado abandonado, remitido a ICE para la disposición final.*

___ I volunteer to discard the following items: *Yo voluntariamente estos tirando estos artículos a la basura:*

### CLOTHING, BEDDING, LINEN, HYGIENE ISSUE RECEIPT

| ITEM | QTY | ITEM | QTY | ITEM | QTY | ITEM | QTY | ITEM | QTY |
|------|-----|------|-----|------|-----|------|-----|------|-----|
| Uniform | 2 | Shoes | 1 | Soap | 1 | Towel | 1 | Pillowcase | 1 |
| T-Shirt | 2 | Sweatshirt | 1 | Toothpaste/Brush | 1 | Hand Towel | 1 | Toilet Paper | 1 |
| Socks | 3 | Lotion | 1 | Shower Shoes | 1 | Sheet | 1 | ICE Handbook | 1 |
| Boxers | 3 | Shampoo | 1 | Radio Headset | 1 | Blanket | 2 | GEO Handbook | 1 |

CROSS OUT ITEMS NOT RECEIVED /NOTATE ANY DISCREPANCIES:

Detainee signature/Firma de Detenido: _____     Date: 6-19-12     Officer: _____

### DETAINEE AUTHORIZATION TO RECEIVE MAIL

I do hereby authorize this facility to receive my mail, both personal and legal, during my stay here.  I understand that authorized personal may open, examine, and censor mail to me.  I understand that I have the right to refuse my consent to receive my mail and it will be returned to sender unopened and marked "refused"

*Yo por este medio autorizo a esta facilidad a recibir mi correspondencia, personal y legal, mientras que estoy detenido en este institución. Yo entiendo que personal autorizado por esta facilidad puede abrir, examinar, y censurar correspondencia que está dirigida a mí. Yo entiendo que tengo el derecho de rechazar mi permiso para recibir correspondencia en esta facilidad. En ese caso, mi correspondencia será regresada sin abrirse y marcada "rechazada."*

___ I voluntarily give my consent for the facility to accept all mail addressed to me while I am housed at this institution.  *Yo voluntariamente doy mi permiso a esta facilidad de aceptar correspondencia que está dirigida a mí, mientras que estoy detenido en esta institución.*

___ I do not want to give my consent for staff at the facility to accept mail addressed to me during my stay here.  *Yo no deseo dar mi permiso a esta facilidad de aceptar correspondencia que está dirigida a mí, mientras que estoy detenido en esta institución.*

Detainee signature/Firma de Detenido: _____     Date: 6-19-12     Officer: _____

### ACKNOWLEDGEMENT OF RECEIPT OF PHONE CARD PIN NUMBER

I hereby acknowledge receipt of a phone card PPIN number to allow me the opportunity to make a free 3-minute phone call
*He recibido un numero de pin para mi llamada gratis de 3 minutos.*

Detainee signature/Firma de Detenido: _____



# FOOD SERVICES/BARBER SHOP/WORK ASSIGNMENT CLEARANCE

Date: 6 / 19 / 12

Inmate
Name: NOVOA, RAUL

Inmate Number: ████████

☒ Cleared                    ☐ Not Cleared

| | | Yes | No |
|---|---|---|---|
| 1. | TB test and/or chest x-ray is up to date? If positive and treatment was provided, inmate is asymptomatic | ☒ Yes / ☒ Yes | ☐ No / ☐ No |
| 2. | History & Physical is current (last twelve months)? | | |
| 3. | Limitations, if any, are noted on the Health Summary for classification. | ☒ Yes | ☐ No |
| | | ☒ Yes | ☐ No |
| 4. | Visual assessment fails to reveal open sores, boils, infected wounds, and/or lesions on the exposed extremities and arms. | ☒ Yes | ☐ No |
| 5. | This inmate has been found to be free of infectious disease and/or ectoparasitic infection. | ☒ Yes | ☐ No |
| 6. | Inmate has no signs of an acute respiratory infection. | ☒ Yes | ☐ No |

**\*\*Yes must be answered to all of the above questions prior to clearing inmate for kitchen or barbershop duty.**

MUKIAWA, M
RN ADELANTO EAST                    RN
Nurse's Signature, Title                6/19/12
SHERWOOD, S                          Date
LVN ADELANTO EAST

Rev 05/07, 4/11

HS-148

Confidential                    GEO-Novoa_00030001

# DETAINEE BARBER RULES





(Novoa Raid)

Not My Barber

Novoa Got Fired

You are to maintain a professional and careful attitude at all times toward every detainee regardless of race, religion or affiliation. You must follow all rules and do what is requested by any Officer or personnel staff at all times.

1. All combs, clipper heads (except clippers) will be thoroughly washed with hot water and H-42 disinfectant to remove film and debris and effectively disinfected immediately **after use on each persons** and **before being used for the service of any other persons.**

2. After conducting a haircut, the clipper blades will be sprayed with the disinfectant solution H-42 clean clipper and let stand for a period of **not less than 60 seconds** before use on any other persons.

3. No barber will use for the service of another person; any headrest cover, neck strap, towel, or washcloth that has been used for another person, unless the named above have been properly laundered since its last use.

4. The common use of brushes, neck dusters, shaving mugs and shaving brushes is **prohibited.**

5. The removal or treatment of blackheads, carbuncles, infected hairs, or any sores or lesions is **prohibited.**

6. The pulling of hair from ears, nostrils, eyebrows, and moustaches is **prohibited.**

7. No barber will serve any person when the skin of the person's face, neck, or scalp is inflamed, scaling, contains pus, or is erupted, unless service of such detainee is performed in accordance with the specific authorization of the Health Services Administrator.

8. No person will be served if infested with head lice.

9. Barbicide is to remain in the locked cabinet at all times and should never be brought in to a dorm at any time. The chemical will only be changed or emptied by a staff member. Do not dump it out for any reason.

10. You must have each person's haircut signed off immediately after each haircut by the dorm Officer.

11. All cut hair must be removed from all surfaces including; the chair, clippers, tool boxes, attachments combs and floor.

12. After completing your last cut for the time slot you have been given, the first step is to clean all hair from the clipper heads and combs and then to place the clipper heads and two combs in to the Barbicide jar and return to the dorm to clean remaining equipment. When all is cleaned and checked by the dorm Officer, (no less than 10 minutes) you can return the equipment back to the utility closet and return the clipper heads and two combs back to the barber kit.

13. Under **no** circumstances may you use a clipper brush to brush out a person's hair or clothing. The clipper brush provided to you must only be used for the cleaning of the clipper heads and other equipment. Even if you are asked to do so by a detainee or by an Officer, you cannot brush someone's hair with the clipper brush.

14. You **may not** accept any form of payment, you will be fired! No use of payment can be requested by a barber in order to "hook" one up, pay for a haircut, to complete a haircut or "as a favor" to the barber.

15. Under no circumstances can another detainee, that is not an approved barber, help in the cutting of hair, direction or use of equipment.

**Agreement:** I the undersigned do promise to uphold the above rules and follow them at all times. I understand that if at any time I have a question, concern or am not sure how to proceed, I will ask for direction from an officer, Lt., or another person responsible on the staff to help me with the process. And I do not wish to hold any detainee back from a haircut for any reasons other than the approved reasons listed above.

Detainee A# ████████████

Signature _____   Detainee Bed# 17L   Dorm 1C

Date: 06 / 11 / 2013



GEO-Novoa_00030003

# DETAINEE BARBER RULES



(Novoa) Paul

Not My Barber
Novoa Got First

You are to maintain a professional and careful attitude at all times toward every detainee regardless of race, religion or affiliation. You must follow all rules and do what is requested by any Officer or personnel staff at all times.

1. All combs, clipper heads (except clippers) will be thoroughly washed with hot water and H-42 disinfectant to remove film and debris and effectively disinfected immediately **after use on each persons** and **before being used for the service of any other persons**.
2. After conducting a haircut, the clipper blades will be sprayed with the disinfectant solution H-42 clean clipper and let stand for a period of **not less than 60 seconds** before use on any other persons.
3. No barber will use for the service of another person; any headrest cover, neck strap, towel, or washcloth that has been used for another person, unless the named above have been properly laundered since its last use.
4. The common use of brushes, neck dusters, shaving mugs and shaving brushes is **prohibited**.
5. The removal or treatment of blackheads, carbuncles, infected hairs, or any sores or lesions is **prohibited**.
6. The pulling of hair from ears, nostrils, eyebrows, and moustaches is **prohibited**.
7. No barber will serve any person when the skin of the person's face, neck, or scalp is inflamed, scaling, contains pus, or is erupted, unless service of such detainee is performed in accordance with the specific authorization of the Health Services Administrator.
8. No person will be served if infested with head lice.
9. Barbicide is to remain in the locked cabinet at all times and should never be brought in to a dorm at any time. The chemical will only be changed or emptied by a staff member. Do not dump it out for any reason.
10. You must have each person's haircut signed off immediately after each haircut by the dorm Officer.
11. All cut hair must be removed from all surfaces including; the chair, clippers, tool boxes, attachments combs and floor.
12. After completing your last cut for the time slot you have been given, the first step is to clean all hair from the clipper heads and combs and then to place the clipper heads and two combs in to the Barbicide jar and return to the dorm to clean remaining equipment. When all is cleaned and checked by the dorm Officer, (no less than 10 minutes) you can return the equipment back to the utility closet and return the clipper heads and two combs back to the barber kit.
13. Under **no** circumstances may you use a clipper brush to brush out a person's hair or clothing. The clipper brush provided to you must only be used for the cleaning of the clipper heads and other equipment. Even if you are asked to do so by a detainee or by an Officer, you cannot brush someone's hair with the clipper brush.
14. You **may not** accept any form of payment, you will be fired! No use of payment can be requested by a barber in order to "hook" one up, pay for a haircut.
15. Under no circumstances can another detainee, that is not an approved barber, help in the cutting of hair, direction or use of equipment.

**Agreement:** I the undersigned do promise to uphold the above rules and follow them at all times. I understand that if at any time I have a question, concern or am not sure how to proceed, I will ask for direction from an officer, Lt., or another person responsible on the staff to help me with the process. And I do not wish to hold any detainee back from a haircut for any reasons other than the approved reasons listed above.

Detainee A# ▓▓▓▓▓▓▓▓▓▓

Signature _____

Detainee Bed# 17L     Dorm 1C

Date: 06 / 11 / 2013

GEO-Novoa_00030004

# BARBER SHOP    EQUIPMENT TRAINING

An initial training session was held concerning the safe operations/use of the below listed equipment utilizing existing Standard Operating Procedures (SOPs).The Supervisor or Assistant has given knowledge/instruction on the proper use of equipment, tools and /or machinery I will be using to complete my assigned job duties. I have been advised of specific hazards involved with my job so that I may preform my job under general supervision.

(Trainee initials next to equipment)

(Tool Safety)

_RN_ Clipper

_RN_ Trimmer

_RN_ Detachable Clipper Blades

_RN_ Vest/Smock

_RN_ Tool Box

_RN_ Brush

(Chemicals Safety/Use)

_RN_ Barbacide

_RN_ H42

_RN_ Andis Clipper Oil

_RN_ Talc

_RN_ Hair Clipper Oil

_RN_ Blensacide

I, the undersigned, have received an initial training session on the above equipment, tools and /or machinery in detail by my Supervisor and/or Assistant. I acknowledge that I have been instructed to talk to my supervisors prior to use of any equipment, tools and/or machinery on which I have not been properly trained.

X _____
Signature of Trainee        ID#        Date: 06·11·13

X _____
Signature of Trainer                    Date: 06·11·13

Confidential

GEO-Novoa_00030005

# TRUSTEE SAFETY TRAINING

Name: Novoa          ID# ▮▮▮▮▮▮          Position: Barber

## ALL POSITIONS

| Chemicals/HazCom./Eyewash Station | Date | Detainee Initials | Trainer's Initials |
|---|---|---|---|
| Proper Lifting Techniques | Oct 1·13 | | BS |
| PPE (Personal Protective Equipment,( i.e. gloves, rubber boots goggles, splash aprons') | | | BS |
| Wet Floor Signs/Hazards | | RN | BS |
| Fire Safety | | | BS |
| First Aid/Eye Wash station | | | BS |
| Use of Safety Devices for Equipment in Dept. | | | BS |
| Use & Storage of Hazardous Material | | RN | BS |
| Familiarization  of Fire Extinguisher | | | BS |
| Accident Prevention | | RN | BS |

## KITCHEN

| Hand Washing/Hygiene | Date | Detainee Initials | Trainer's Initials |
|---|---|---|---|
| Fire Safety | | | |
| Proper Storage for Food Service | | | |
| Slicer/Mixer | | | |
| Utensil Control | | | |
| Hot Surfaces | | | |

## LAUNDRY

| Washers | Date | Detainee Initials | Trainer's Initials |
|---|---|---|---|
| Dryers | | | |

## FACILITY CLEAN-UP

| Buffers | Date | Detainee Initials | Trainer's Initials |
|---|---|---|---|

The above detainee has received all required safety training for the assigned position and is authorized to start working.

_____ Oct 1·13
Detention Officer Completing Training

_____ 7-1-13
Supervisor Approval/Date

Detainee Voluntary Work Program Agreement

## Detainee Voluntary Work Program Agreement

Detainees that participate in the volunteer work program will not be permitted to work in excess of eight (8) hours daily or 40 hours weekly.

Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work-related training. Unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program. Detainees must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment. Compensation shall be $1.00 per day.

I, NOVOa _____, A# ▇▇▇▇▇▇▇ have read, understand and
(Detainee Name)
agree to comply with the above. I have received and understand relevant safety training regarding my work assignment.

Barber
Work Assignment

▇▇▇▇▇▇▇▇▇▇▇

Detainee Signature

6/11/13
Date

## WORK DETAIL ORIENTATION

1. Work detail members will wear complete and clean uniforms.

2. Work detail members will report directly to their job assignment on time. Work detail members will also remain on their job assignment (except as excused and escorted to the dorms or other location) until their work assignment is completed.

3. Work detail members will take extra care to follow all facility rules and job assignment requirements.

4. Work detail members will not aid anyone in passing notes or any other items from one detainee to another.

5. Work detail members charged with a rule violation will be suspended pending the outcome of a disciplinary hearing. You will be required to wait 60 days to reapply for a job assignment.

6. Work detail members who fail to perform to the job's expectation will be terminated from their job assignment.

7. Work detail members will receive $1.00 per work day. The maximum paid out will be $1.00 per day. You must sign the detainee pay sheet on the day the work is performed. Failure to sign the sheet may result in not getting paid for that day.

8. All work detail members serve at the pleasure of the facility and may be removed from their work status without prior notice or justification.

Confidential

# General Incident Report

## The GEO Group, Inc. – Adelanto/I.C.E. Processing Center

**Subject:** *Please check one of the appropriate boxes*

- [ ] Security Breach
- [ ] Major Fire
- [ ] Med. Emergency
- [ ] Contraband
- [ ] Rules Violation
- [ ] Minor Fire
- [ ] Maintenance
- [ ] Hunger Strike
- [ ] Detainee on Detainee Assault
- [ ] Self Harm
- [ ] Major Disturbance
- [ ] Other:
- [x] Detainee on Staff Assault
- [ ] Detainee Injury
- [ ] Minor Disturbance

**To:** MEZA **Title:** SGT. **Date:** 1/24/15 **Time:** 1348
**From:** K. CHAVEZ **Title:** 0/0 **Location:** E1A.

**Detainee:** NOVOA
Print Name / ID# / Dorm

**Detainee:**
Print Name / ID# / Dorm

Print Name / ID# / Dorm

Print Name / ID# / Dorm

## Details of Incident
*(Please Print - Who, What, When, Where, How & Why. You Must State Facts And Absolutely No Editorializing)*

TODAY SATURDAY 01/24/15 I CAME INTO THE DORM TO RELIEVE 0/0 OLIVARES FOR BREAK, WE HAD AN ISSUE WITH THE BARBER ALLOWING A DETAINEE TO CUT HIS OWN HAIR. I ADVICED THE BARBER I WAS GOING TO WRITE HIM UP AND DETAINEE NOVOA A# 7222807L WAS INTERFEARING WITH MY DECITION AND HE TOLD ME THAT THIS WAS NOT EVEN MY DORM TO BE DOING THINGS LIKE THIS, AND IF I WAS GOING TO CRY TO SGT. I HAD ISSUES WITH THIS DETAINEE IN THE PAST BECAUSE HE WAS THE BARBER AND HE USED TO ALLOWED DETAINEES TO CUT THEIR OWN HAIR.

## Supervisor's Assessment
*(Please Print and Include: Date/Time, if AOD was notified, when and by whom)*

AOD was not notified. I spoke to Dt Novoa and advised him that he needs not to interfer with an officer/staff duties. Also advised Novoa that this is his 1st and only warning and next time he will be going to SEG. Also advised him he needs to fellow our rules and directions nothing further to report.

K. CHAVEZ / KM
*Staff Signature And Printed Name and Title*

**Use of force report submitted?:** [ ] Yes [x] No

Meza Sgt. 1/30/15 0630
*Supervisor's Signature, Printed Name and Title, Date And Time*

GEO-Novoa_00030008

01/24/14

MRS. HERNANDEZ, I GOT INFORMED BY THREE DETAINEES AND ONE OF THE BARBERS FROM E1A. THAT THE BARBERS:

~~NOVOA~~ A# 72228072 (E1A-12L)

SALGADO ~~P#~~ ~~78044240~~ (E1A-22L)

ARE CHARGING $3.00 PER HAIRCUT.

WHEN I WAS IN THE DORM, I NOTICE THAT A DETAINEE DIDN'T CUT HIS HAIR BECAUSE HE DIDN'T HAD ANY MONEY OR COMMISSARY TO PAY THEM.

CAN YOU DO SOMETHING IN REGARD OF THIS MATTER. THANK YOU. K. CHAVEZ

Confidential

# General Incident Report

The GEO Group, Inc. – Adelanto/I.C.E. Processing Center

Novoa, Paul

**Subject:** Please check one of the appropriate boxes

- [ ] Security Breach
- [ ] Major Fire
- [ ] Med. Emergency
- [ ] Contraband
- [x] Rules Violation
- [ ] Minor Fire
- [ ] Maintenance
- [ ] Hunger Strike
- [ ] Detainee on Detainee Assault
- [ ] Self Harm
- [ ] Major Disturbance
- [x] Other: 314 (INTERFEW) R.V. INTERFERIN
- [ ] Detainee on Staff Assault
- [ ] Detainee Injury
- [ ] Minor Disturbance

**To:** WHITTAKER   **Title:** LT
**From:** MRAMIREZ   **Title:** DO
**Date:** 040814   **Time:** 2300
**Location:** 1-A-EAST

**Detainee:** RAUL NOVOA 1A
Print Name   ID#

**Detainee:**
Print Name   ID#   Dorm

Print Name   ID#   Dorm
Print Name   ID#   Dorm

## Details of incident
(Please Print · Who, What, When, Where, How & Why. You Must State Facts And Absolutely No Editorializing)

ON 040814 AT APPROXIMATELY 2300 HOURS I ADVISED D/T NOVOA A# 72228072 TO SIT ON HIS BUNK FOR COUNT D/T NOVOA REFUSED TO DO WHAT WAS ASKED THE SECOND TIME AROUND I ADVISED D/T NOVOA HE WAS INTERFERING WITH COUNT PROCEDURES AND WAS COMPLIANT AFTER THE ADVICE GIVEN.

## Supervisor's Assessment
(Please Print and Include: Date/Time, if AOD was notified, when and by whom)

N/A

Staff Signature And Printed Name and Title

Use of Force Report submitted?: [ ] Yes [x] No

Supervisor's Signature, Printed Name and Title, Date And Time   L WHITTAKER LT 4-9-14

East

## DETAINEE GRIEVANCE FORM

CASE #

Novoa benjamin Kaul
Detainee Name (Nombre de detenido)

___ ID Number

Detainee Signature (Firma)

1A-12L
Dorm (Dormitorio)

Welche

Grievance Coordinator Signature

8/22/13
Date Grievance is Written

8-23-13
Date Grievance is Received

**Statement of Grievance:** I am the barber here in dorm
1A-fast facility. Without notification to me or detainees
clip-on sizes 4,6,8,10 were taken away. These sizes
are mandatory essential size's for detainees with long
hair. We are left with size 3/8 which is smaller than
1/2 inch, it being our biggest clip. I would as all detainee's
want these size's back. Being presentable in court in
front of a judge and family is a major benefit. I would
really like this matter solved with our past clip-on size's back.

**Relief Sought:** Thank you.

**Grievance Findings:** Resolved - informal the
clip-on's were returned to the
barber supplies on 8-26-13

**Department Head Signature/Date:** Welche 8-26-13

Reviewed By/Date: _____
Assistant Facility Administrator

Reviewed By/Date: _____
Facility Administrator

Confidential

## DETAINEE GRIEVANCE FORM
### CASE # 13-0646E

Detainee ID Number ▮▮▮

Detainee Name (Nombre de detenido) _Novoa, B. Raul_

Dorm (Dormitorio) ▮▮▮

Detainee Signature (Firma)

Date Grievance is Written _6/25/13_

Grievance Coordinator Signature _Woolbo_

Date Grievance is Received _6/26/13_

**Statement of Grievance:** I have not been receiving my legal right to the law library. There has been known days were there is no liberian to give us nor being low one have a day law library. It is and has been effecting my legal right to Due process. I was not given one know todays nor on friday June 21 and many other days this year. I would like a legitimel answer no excuses. Thank you.

**Relief Sought:**

**Grievance Findings:** See ATTACHment.

**Department Head Signature/Date:** _Woolbo   6-26-13_

Reviewed By/Date: _____
Assistant Facility Administrator

Reviewed By/Date: _a. Neil Clar   6-28-13_
Facility Administrator

Confidential

# MEMORANDUM



**GEO Corrections**

The GEO Group, Inc.
GEO Corrections
Adelanto Detention Facility
10400 Rancho Road
P. O. Box 6005
Adelanto, California 92301
www.geogroup.com

Date:    June 26, 2013

To:    Novoa, Raul B. ███████████

From:    L. Woelke, Grievance Coordinator

## RE:    GRIEVANCE FORM 3 13-0646E

This is in response to your grievance dated June 25, 2013, wherein, you state that you have been receiving library time that should be allowed to you 1 hour 5 days a week. The library was not available to you on the June 21, 2013, and the 25th.

You are correct the library was closed on June 21, 2013 and the 25th your dorm was moved into 1-D Dorm which caused your dorm to be over looked. That is not an excuse but fact. Our records indicate that you are using the library 5 days a week and getting your 1 hour or more a week with the exception of those two days. We are aware of one problem that we will correct to prevent the library from being closed except Weekends and Holidays. Thanks for bringing this to our attention.

*an*
6-28-13

*Received*

Confidential

GEO-Novoa_00030013

## DETAINEE GRIEVANCE FORM
### CASE #   13-0076W

Detainee ID Number _____

Detainee Name (Nombre de detenido) ___Novoa, Raul___

Dorm (Dormitoria) ___39-107-1L___

Detainee Signature (Firma) _____

Date Grievance is Written ___1/18/13___

Grievance Coordinator Signature _____

Date Grievance is Received ___1-22-13___

**Statement of Grievance:** Today for lunch our menu stated we would have tacos when our dorm (39) arrived we were served frozen corn tortilla. When I asked the Asian lady cook "why are they frozen" she said "I don't know deal with it". I won't deal with it, and I hope we don't have to put up with this again it's happen way to many time in the past. So I hope we can get this resolved Thank you.

**Relief Sought:** _____

**Grievance Findings:** According to the Kitchen Supervisor tortilla are never frozen just refrigerated. The supervisor has been informed of this problem. Please be reminded you may not file grievances on the behalf of others.

**Department Head Signature/Date:** ___Welche, 1-22-13___

**Reviewed By/Date:** _____
Assistant Facility Administrator

**Reviewed By/Date:** ___1-22-13___
Facility Administrator

GEO-Novoa_00030014

Date: 1-22-13

To:    Novoa, Raul ███████████

From:   L. Woelke, Grievance Coordinator

The GEO Group, Inc.
GEO Corrections
Adelanto Detention Facility
10400 Rancho Road
P. O. Box  6005
Adelanto, California 92301
www.geogroup.com

RE:     **GRIEVANCE FORM # 13-0071W**

GEO enables the maximum use of the library as possible.  We have to take into consideration the security needs of the institution without interfering with our operation of the facility.  There is no directive that states GEO has to have the Law Library opened Monday through Sunday.  The library is opened Monday through Friday from 7:50AM till 4:00 PM as stated in the Detainee Handbook.  Sign up sheets are available in the Units.  Sometimes Unexpected needs of the facility interfere with the hours of operations.  We are sorry for any inconvenience but we are not out of compliance.  Additional time may be requested and special priority can be grant provided you can provide the library technician with deadline information in advance and it doesn't interfere with the orderly operation of the facility.  Please be informed you can't file a grievance on the behalf of others.

*Woelke*

Confidential

DETAINEE GRIEVANCE FORM
CASE # 13-0071W

▮▮▮▮▮▮▮▮                    Novoa, Raul                    3A 107 1L
Detainee ID Number    Detainee Name (Nombre de detenido)    Dorm (Dormitoria)

_[signature]_                          1/18/13
Detainee Signature (Firma)             Date Grievance is Written

_Wael20_                               1-22-13
Grievance Coordinator Signature        Date Grievance is Received

Statement of Grievance: We as Civil detainee's have the
right to have access to the law libary from Mon-
Sunday It's a law! I as well as other detainees are
(pro-se) I have a dead line on a motion I have
to turn in and today it was delayed because the
person in charge of the libary felt we didn't have
need for it. I'm addressing this matter to the
DHS inspector General Our right is being violated,
I will also file this along with my brief. Thank You!
Relief Sought:

_____
_____
_____
_____

Grievance Findings:

        SEE ATTACHMENT!

_____
_____

Department Head Signature/Date:    _Wael20_   1-22-13

Reviewed By/Date: _____
                  Assistant Facility Administrator
Reviewed By/Date: _____  1-22-13
                  Facility Administrator

## DETAINEE GRIEVANCE FORM
### CASE # 13-0054W

_____ Novoa, Raul _____ 74 103 lL
Detainee ID Number    Detainee Name (Nombre de detenido)    Dorm (Dormitorio)

_____                    _____
Detainee Signature (Firma)         Date Grievance is Written

_____Abel RO_____                  _____1-15-13_____
Grievance Coordinator Signature    Date Grievance is Received

**Statement of Grievance:** I would like to know why our water (cold Jug) has been getting delayed everyday/night today we only recieved two filled jug. Our detainee's such as detainee's are drinking Cold water even if it's dirty tap water we act sound. I would like our water jug schedule back Asap. Thank you

**Relief Sought:**

**Grievance Findings:** It is not a requirement that Geo provide detainee with cold water jug's. We do our best to replenish the jugs, but Security priorities comes first. This has been noted.

**Department Head Signature/Date:** _____Abel RO_____  1-15-13

**Reviewed By/Date:** _____
        Assistant Facility Administrator
**Reviewed By/Date:** _____  1-15-13
        Facility Administrator

GEO-Novoa_00030017

DETAINEE GRIEVANCE FORM

CASE # 12-0653W

Detainee ID Number: ▮▮▮▮▮▮

Detainee Name (Nombre de detenido): Novoa, Raul

Dorm (Dormitorio): 3A-102-1L

Detainee Signature (Firma): _____

Date Grievance is Written: 12/20/12

Grievance Coordinator Signature: Woelke

Date Grievance is Received: 12/20/12

**Statement of Grievance:** I would like to know why we Raul not have a filter for our drinking water. Because it seems no Lt. or Sergent seems to care about the detainee drinking water they all carry water bottles. I can't emphasis enough on how contaminated are drinking water is. A detainee like me is always force to drink the cold water from the jug after working out because there is no other water. I'm hardly drinking water and I'm tired

**Relief Sought:** of this. I would like to see something done about this please. Thank you.

**Grievance Findings:** All water at this facility is tested and meets all state and federal standards

Department Head Signature/Date: _____ 12/20/12

Reviewed By/Date: _____
Assistant Facility Administrator

Reviewed By/Date: _____
Facility Administrator

Confidential

## DETAINEE GRIEVANCE FORM
### CASE # 12-0583W

Detainee ID Number ▇▇▇▇▇▇

Detainee Name (Nombre de detenido): Raul Nova

Dorm (Dormitorio): 3A 102-low

Detainee Signature (Firma)

Date Grievance is Written: 11/28/12 1:30 pm

Grievance Coordinator Signature: Woolbo

Date Grievance is Received: 11-29-12

**Statement of Grievance:** It has been since the 21st of November that Miss Rejeda (Library Lady) has been calling the printer company to fix the printer machine that is not printing. It is very important for all detainers to have the proper tools for (in prose) reasons. I (we) need this printer to start or get fixed ASAP. The federal Law provides detainers with the proper tools to fighting one owns Case. I would like this problem resolved. Thank you.

**Relief Sought:**

**Grievance Findings:** On 11-28-12 Repair man came to repair the printer. Parts are needed. He is due to return soon. Be patient. I've been available to help assist with copies. See me in the dorm.

**Department Head Signature/Date:** Woolbo 11-29-12

**Reviewed By/Date:** _____
Assistant Facility Administrator

**Reviewed By/Date:** MA 11-30-12
Facility Administrator

Confidential

# DETAINEE GRIEVANCE FORM
## CASE # 12-0568W

**Detainee ID Number** [redacted]

Detainee Name (Nombre de detenido): Novoa, Karl

Dorm (Dormitorio): 3/107.Low

Detainee Signature (Firma): [signature]

Date Grievance is Written: 11/24/11   11:30 Am.

Grievance Coordinator Signature: Walker

Date Grievance is Received: 11-26-12

**Statement of Grievance:** On 11/20/11 at about 1:30nm a shake down was done in my dorm 3A Officers searched all rooms for possible contraband. I went to return my usb drive that was my personal documents to continue my case to the library earlier. I came back about 2 hours later and was told they didn't gave it back. I would like my usb drive returned ASAP. I'm currently working on a brief and I need my stuff. Thank you

**Relief Sought:**

**Grievance Findings:** Your USB drive was located. I personally gave it to the librarian mrs Grapool. Please be advised your USB drive is not to be taken to your dorm when not in use return it to the librarian.

**Department Head Signature/Date:** Walker   11-26-12

**Reviewed By/Date:** _____
**Assistant Facility Administrator**

**Reviewed By/Date:** [signature]   11-26-12
**Facility Administrator**

Confidential

GEO-Novoa_00030020

# DETAINEE GRIEVANCE FORM

## CASE # 12-0728

**Detainee ID Number** ▬▬▬

Detainee Name (Nombre de detenido): Novoa, Raul

Dorm (Dormitorio): 3A 102-20D

Detainee Signature (Firma): _____

Date Grievance is Written: 10/13/12

Grievance Coordinator Signature: _____

Date Grievance is Received: 10-15-12

**Statement of Grievance:** I have some issues with people here in 3side (west facility. These are people that were with me in county Jail and had problems with me. I would please like to be moved to 2side As soon As possible. Thank you.

**Relief Sought:**

**Grievance Findings:**

Withdrawn

_____ 9/16/12

**Department Head Signature/Date:** _____ 9-16-12

Reviewed By/Date: _____
Assistant Facility Administrator

Reviewed By/Date: _____ 10/16/12
Facility Administrator

## DETAINEE GRIEVANCE FORM
CASE # _12-0299_

**Detainee ID Number** ▓▓▓▓▓

Detainee Name (Nombre de detenido) _Novoa, Raul_

Dorm (Dormitorio) _W20/103.1 Low_

Detainee Signature (Firma)

Date Grievance is Written _9/3/12_

Grievance Coordinator Signature _Waelde_

Date Grievance is Received _9-4-12_

**Statement of Grievance:** I have requested to see the doctor on four separate occasions and they just won't attend me. I have a severe pain that's went from my right arm to my neck and right side of my head. I would like to know exactly what's going on, this is too much already. I need to see a doctor ASAP. I hope to get an answer soon. Thank you!

**Relief Sought:**

**Grievance Findings:** You were seen 9/4/12. The ONLY kite you placed was dated 9/3/12.

**Department Head Signature/Date:** _Ardeng    9/7/12_

**Reviewed By/Date:** _____
Assistant Facility Administrator    9/7/12

**Reviewed By/Date:** _____
Facility Administrator

Confidential

## DETAINEE GRIEVANCE FORM
### CASE # 12 - 0293

Detainee ID Number

Detainee Name (Nombre de detenido): Novoa, Raul

Dorm (Dormitorio): WD2.103.1Low

Detainee Signature (Firma)

Date Grievance is Written: 8/28/12

Grievance Coordinator Signature: Woel

Date Grievance is Received: 8/30/12

**Statement of Grievance:** On Aug 28 I was taken to intake for court along with about 19 Detainee's. We recieved our meal between 1700-1800 hrs. it was brought by officers, Gutierrez and Bacon with no spoons. We were told to wait, 15 mins passed & I politely addressed it to officer Flores, who then screamed at me "I told you to wait" Almost 20 mins later officer Bacon returns and when I said to him "these men ate with their hands, why weren't we brought spoons with our meals or on time". He replied "We have other things to do". Officer Flores then says to me "who told you to eat with your freaken hands, and

**Relief Sought:** walked away, without giving me a spoon, till I later again addressed it to her. I really hope this matter gets resolved. Thank you.

**Grievance Findings:** Your concerns have been noted. All staff is reminded to act professional at all times. And Spoons will be provided for all Detainee at meal time.

**Department Head Signature/Date:** Woel    8-31-12

Reviewed By/Date: _____ 8/31/12
Assistant Facility Administrator

Reviewed By/Date: _____ for M.H. 8/31/2012
Facility Administrator

GEO-Novoa_00030023

## DETAINEE GRIEVANCE FORM
### CASE # 13-0251

| | |
|---|---|
| ▮▮▮▮▮ | Nova, Raul |
| Detainee ID Number | Detainee Name (Nombre de detenido) |

W2D / 103 llow
Dorm (Dormitorio)

Detainee Signature (Firma)

8/21/12
Date Grievance is Written

Crawder/Woelke
Grievance Coordinator Signature

8/22/12
Date Grievance is Received

**Statement of Grievance:** I put in a sick call about a week in a half ago because I had a severe flu. The nurse told me she couldn't help me at that moment but that as soon as a doctor gave her permission she can then give me what he prescribes. I was really sick and like this for a few days. I'm not the only detainee that this has happened to. Instead of hearing different excuses I want to know what's going on & why wasn't I attended?

**Relief Sought:**

**Grievance Findings:** 0 relief sought. Thank you we will investigate

**Department Head Signature/Date:** _____ 8/24/12

Reviewed By/Date: _____
Assistant Facility Administrator

Reviewed By/Date: _____ 8/24/12
Facility Administrator

## ADMINISTRATIVE SEGREGATION REVIEW

On ___October 8, 2012_____ , Administration Lieutenant, ___Lt. K. Brown_____ , conducted a formal
review of the Special
    (Date)
                                      (C/S Name)
housing status of ___Novoa, Raul___   A# ▓▓▓▓ who is presently in Administrative Segregation.
          (Detainee Name)            ID#

Authorizing Supervisor: ___Lt. A. Chaney_____

Authorizing Medical Officer (if segregation is for medical reasons): _____

Detainee has been in Administrative Segregation for _____ 3 _____ days.

**Detainee Interview:** On October 08, 2012 I conducted a **72 hour review** with Detainee Novoa, Raul A# ▓▓▓▓ noted that Detainee Novoa
is offered shower, recreation and access to the law library on request and when available on a daily basis, and the staff is properly filling out the
special housing activity sheets. Detainee Novoa was placed in segregation housing after being involved in a **minor disturbance** that took place
on October 4, 2012 at Adelanto West in housing dorm 2/D. Detainee Novoa stated that he is doing fine. Detainee has no other concerns at this
time. There is no change in his status.

## DOCUMENT REVIEW:

| | YES | NO |
|---|---|---|
| 1. Is the detainee offered three showers / weekly and taking showers? | [ x ] | [ ] |
| 2. Is the detainee being offered outside exercise at least one hour daily, 5 days a week? | [ x ] | [ ] |
| 3. Is the detainee being offered three meals daily and consuming at least one meal daily? | [ x] | [ ] |
| 4. Is the detainee receiving daily visits from medical staff? | [ x] | [ ] |
| 5. Are the special housing officers signing and properly filling out the special housing assignment activity sheets? | [ x ] | [ ] |

I have received a copy of this review _____ / ▓▓▓▓▓▓▓
                        (Detainee Signature)         (ID#)

I state the initial reason for my placement in Protective Custody (PC) no longer remains valid. I am requesting removal from PC status.
Translation into the Spanish language was provided by ____N/A____.

Detainee Signature:_____ N/A _____ ID#: ___N/A___

Date/Time:_____ N/A _____

For the reasons above, I recommend [ ] do not recommend [X] removal from AS status.

Administration Lt.: ___H. K. A_____ Date: _10-8-12_

[ ✓ ] Concur with Recommendation
[ ] Release
[ ] Continue Status

Warden's Signature: __Clu Stim_____ Date: _10/8/12_
        (Facility Administrator or Designee)

Rev. 01/12

Confidential

# MEMORANDUM



Date: 10-3-12

To: CHIEF J. DAVIS

From: L.T. A. CHANEY

## RE: ADMINISTRATIVE SEGREGATION ORDER

NOVOA
Detainee Name      ID#      W2D-103-Low
                         Previous Housing Unit

The above named detainee is to be admitted to **Administrative Segregation** for the following reason(s):

X      (A)      Is pending an investigation/hearing for the commission of a prohibited act or rule violation and requires pre-hearing detention.

_____      (B)      Is under medical observation (medical staff must comment and sign this order).

_____      (C)      Is waiting for bed space in general population commensurate with their classification level. (ex: no level three beds available etc.)

_____      (D)      Is terminating confinement in Disciplinary Segregation and has been ordered in Administrative Segregation by the Institutional Disciplinary Panel for institutional security.

_____      (E)      Protective Custody, (must have a due process hearing within 72 hours if detainee contests housing).

_____      (F)      Detainee has requested or an order for admission for Protective Custody exists, I hereby request placement in the Administrative Segregation unit for my own protection.

Detainee Signature      ID#      Date

_____      (G)      Placed in Administrative Segregation pending Classification.

Record a brief outline of the circumstances and names of any witnesses to events leading to this placement:
Pending Investigation - fighting 2-D West
24 Detainee's Involved

Medical Staff Signature: ROBERTS, R      Date: 10-3-12

Supervisor Signature: A. CHANEY      Date: 10-3-12

Admitted by: LT. A. CHANEY      Title: LT.
Admitted: (Date) 10.03.12      Time: 2200

Released by: LT ROEDER      Title: LT
Released: (Date) 10/9/12      Time: 2224

Reviewed by: _____      Date: 10.04.12
     (Facility Administrator or Designee)

I have received a copy of this Administrative Segregation Order _____      10/4/12
                         Detainee Signature / ID# / Date

Corrections · Detainee Housing Record

Name of Detainee: Novoa, Raul  A#: ____  Room#: WIA-203-1L

Violation or Reason: "Fight" pending Investigation  Date Received: 10.03.12  Time Received: 2145

Admittance Authorized by: Lt. Chaney  Date Released: ____  Time Released: ____

Pertinent Information: pending Investigation

Administrative Segregation ☑   Protective Custody/Special Management ☐   Disciplinary Segregation ☐   Medical Observation ☐

| Date | Shift | B | L | D | LAW | Sh | Rec | Medical* | Housing Officer | Comments- Use Reverse side if required |
|------|-------|---|---|---|-----|----|----|----------|-----------------|----------------------------------------|
| 10-03-12 | 1st | | | | | | ✓ | 8PM | N/A | N/A |
|  | 2nd | | | | | | | | N/A | N/A |
|  | 3rd | ✓ | | | | | | Pill Call Y/N | Valadez/Busero | No comment. |
| 10-04-12 | 1st | | | Y/1100 | N | N | N | | Colwell Shelton | See Reverse |
|  | 2nd | | Y | N | N | N | | | HARRIS SHIELDS | Lockdown |
|  | 3rd | | | | | | | Pill Call Y/N | Valadez Tucker | no comment. |
| 10-05-12 | 1st | | | Y/1145 | N | N | N | | Colwell Shelton | See Reverse |
|  | 2nd | | | | | | | | Shields Nowlin | No comment |
|  | 3rd | Y | | | | | | Pill Call Y/N | Valadez Lanuza | No comment. |
| 10-06-12 | 1st | | Y/205 | | | | | | Cordova Gersten | REC SHOWER MON-FRI |
|  | 2nd | | Y/210 | | | | N | | Shields Gersten | NO Comment |
|  | 3rd | Y | | | | | | Pill Call Y/N | LANUZA | No comment |
| 10/7/12 | 1st | | Y/11:52 | | N | N | N | | GERSTEN CORDOVA | NO COMMENT |
|  | 2nd | | | | N | N | N | | Nowlin Patterson | NO COMMENT |
|  | 3rd | Y | | | | | | Pill Call Y/N | Casillas | NO COMMENT |
| 10/8 | 1st | | Y | N | N | N | | | Colwell Shelton | See Reverse. |
|  | 2nd | | Y | N | N | N | | | Nowlin Harris | NO COMMENT |
|  | 3rd | Y | | | | | | Pill Call Y/N | Casillas | NO COMMENT |
| 10/9 | 1st | | Y/1145 | N | N | 2015 | | | Colwell Shelton | See Reverse |
|  | 2nd | | Y | N | N | R | | | Shields Briseno | NO COMMENT |
|  | 3rd | Y | | | | | | Pill Call Y/N | Johnson | No Comment |

**Pertinent information** - Epileptic, Diabetic, Suicidal, Assaultive, etc.

**B** (Breakfast)    **L** (Lunch)    **D** (Dinner)    **Shower**–Indicate Yes (Y); No (N); Refused (R )
**Rec** (Recreation) -- log in actual time, i.e., 0900/1000

Medical staff will sign the segregation log and the housing unit record each time a detainee is seen. At a minimum, the unit record must be signed at last once each day by a qualified medical staff member.

Comments: Conduct, Attitude, Issued Razor, Telephone etc. Comments on reverse side must include date, signature, and title

Housing Unit Officer Signature: Assigned officer must sign all record sheets each shift.

Rev. 02-28-12

Confidential

**GEO**

The GEO Group, Inc.

## Segregation/S.M.U Detention 30 Minute Check

| Detainee Name: | NOVOA, RAUL |
|---|---|
| Housing/cell: | A 203-1C |

| Detainee A#: | ███████ |
|---|---|
| Date: | |

| 0600-1430 (1st Shift) | | | 1400-2230 (2nd Shift) | | | 2200-0630 (3rd Shift) | | |
|---|---|---|---|---|---|---|---|---|
| 30 Min | Actual Time | Initials | 30 Min | Actual Time | Initials | 30 Min | Actual Time | Initials |
| 0700-0730 | | | 1500-1530 | | | 2300-2330 | 2315 | af |
| 0730-0800 | | | 1530-1600 | | | 2330-2400 | 0008 | af |
| 0800-0830 | | | 1600-1630 | | | 2400-0030 | 0036 | af |
| 0830-0900 | | | 1630-1700 | | | 0030-0100 | 010 | |
| 0900-0930 | | | 1700-1730 | | | 0100-0130 | | |
| 0930-1000 | | | 1730-1800 | | | 0130-0200 | | |
| 1000-1030 | | | 1800-1830 | | | 0200-0230 | | |
| 1030-1100 | | | 1830-1900 | | | 0230-0300 | | |
| 1100-1130 | | | 1900-1930 | | | 0300-0330 | | |
| 1130-1200 | | | 1930-2000 | | | 0330-0400 | | |
| 1200-1230 | | | 2000-2030 | | | 0400-0430 | | |
| 1230-1300 | | | 2030-2100 | | | 0430-0500 | | |
| 1300-1330 | | | 2100-2130 | | | 0500-0530 | | |
| 1330-1400 | | | 2130-2200 | | | 0530-0600 | | |
| 1400-1430 | | | 2200-2230 | | | 0600-0630 | | |
| 1430-1500 | | | 2230-2300 | | | 0630-0700 | | |

Confidential

The GEO Group, Inc.

## Segregation/S.M.U Detention 30 Minute Check

| Detainee Name: | Novoa Raul | | Detainee A#: | ▮▮▮▮▮▮▮ |
|---|---|---|---|---|
| Housing/cell: | A 203 - 1L | | Date: | 10/9/12 |

| 0600-1430 (1st Shift) | | 1400-2230 (2nd Shift) | | 2200-0630 (3rd Shift) | |
|---|---|---|---|---|---|
| 30 Min | Actual Time / Initials | 30 Min | Actual Time / Initials | 30 Min | Actual Time / Initials |
| 0700-0730 | 0717 c.c. | 1500-1530 | 1510  1622 | 2300-2330 | |
| 0730-0800 | 0741 | 1530-1600 | 1553 SB  SB | 2330-2400 | |
| 0800-0830 | 0806 | 1600-1630 | 1619 SB | 2400-0030 | 0005 |
| 0830-0900 | 0831 0853 | 1630-1700 | 1635 SB | 0030-0100 | 0035 |
| 0900-0930 | 0920 | 1700-1730 | 1700 1715 SB SB | 0100-0130 | 0105 AC |
| 0930-1000 | 0941 | 1730-1800 | 1735 1745 SB RC | 0130-0200 | 0135 AC |
| 1000-1030 | 1005 c.c. | 1800-1830 | 1802 SB | 0200-0230 | 0205 AC |
| 1030-1100 | 1030 1054 c.c. | 1830-1900 | 1833 1855 SB SB | 0230-0300 | 0235 AC |
| 1100-1130 | 1120 | 1900-1930 | 1918 SB | 0300-0330 | 0305 AC |
| 1130-1200 | 1147 | 1930-2000 | 1947 | 0330-0400 | 0335 AC |
| 1200-1230 | 1207 | 2000-2030 | 2008 | 0400-0430 | 0405 AC |
| 1230-1300 | 1235 | 2030-2100 | 2075 | 0430-0500 | 0435 AC |
| 1300-1330 | 1302 1371 | 2100-2130 | 2103 2126 SB | 0500-0530 | 0505 AC |
| 1330-1400 | 1351 | 2130-2200 | 2154 SB | 0530-0600 | 0535 AC |
| 1400-1430 | 1412 | 2200-2230 | 2212 SB | 0600-0630 | 0605 AC |
| 1430-1500 | 1443 | 2230-2300 | 2243 AJ | 0630-0700 | 0632 0657 |

GEO-Novoa_00030029

**The GEO Group, Inc.**

## Segregation/S.M.U Detention 30 Minute Check

| Detainee Name: | NOVOA , PAUL | | Detainee A#: | ▮▮▮▮▮▮▮ |
|---|---|---|---|---|
| Housing/cell: | A 203 - 1L | | Date: | 10/8/12 |

| 30 Min | 0600-1430 (1st Shift) Actual Time Initials | 30 Min | 1400-2230 (2nd Shift) Actual Time Initials | 30 Min | 2200-0630 (3rd Shift) Actual Time Initials |
|---|---|---|---|---|---|
| 0700-0730 | 0717 | 1500-1530 | 1506 | 2300-2330 | 2305 AE |
| 0730-0800 | 0740 CC | 1530-1600 | 543 | 2330-2400 | 2335 AE |
| 0800-0830 | 0808  0814 | 1600-1630 | 619 | 2400-0030 | 0005 |
| 0830-0900 | 0834 R.W. | 1630-1700 | 1630 | 0030-0100 | 0035 AE |
| 0900-0930 | 0903 | 1700-1730 | 1701 1725 | 0100-0130 | 0105 |
| 0930-1000 | 0931 0756 | 1730-1800 | 1735 | 0130-0200 | 0135  AT |
| 1000-1030 | 1017 CC | 1800-1830 | 1800 | 0200-0230 | 0205 AE |
| 1030-1100 | 1039 CC | 1830-1900 | 1830  1858 | 0230-0300 | 0235 AE |
| 1100-1130 | 1107 CC | 1900-1930 | 1926 | 0300-0330 | 0305 AE |
| 1130-1200 | 1135 | 1930-2000 | 1950 | 0330-0400 | 0335 AE |
| 1200-1230 | 1201 -1227 CC | 2000-2030 | 2015 | 0400-0430 | 0405 AE |
| 1230-1300 | 1249 CC | 2030-2100 | 2045 | 0430-0500 | 0435 AE |
| 1300-1330 | 1319 CC | 2100-2130 | 2115 | 0500-0530 | 0505 |
| 1330-1400 | 1341 CC | 2130-2200 | 2135 | 0530-0600 | 0535 AE |
| 1400-1430 | 1407 CC | 2200-2230 | 2205 | 0600-0630 | 0605 AE |
| 1430-1500 | 1445  1452 | 2230-2300 | 2235 AE | 0630-0700 | 0650-0652 CC |

GEO-Novoa_00030030

**GEO**

The GEO Group, Inc.

## Segregation/S.M.U Detention 30 Minute Check

| Detainee Name: | Novoa, Raul | | Detainee A#: | ▉▉▉▉ |
|---|---|---|---|---|
| Housing/cell: | A-203 | | Date: | 10.7.12 |

| 30 Min | 0600-1430 (1st Shift) Actual Time / Initials | 30 Min | 1400-2230 (2nd Shift) Actual Time / Initials | 30 Min | 2200-0630 (3rd Shift) Actual Time / Initials |
|---|---|---|---|---|---|
| 0700-0730 | 0710 JG | 1500-1530 | 1509 Jr | 2300-2330 | 2305 RC |
| 0730-0800 | 0730 JG | 1530-1600 | 1533 RP | 2330-2400 | 2335 RC |
| 0800-0830 | 0800 RC | 1600-1630 | 1615 RP | 2400-0030 | 0003 ASL |
| 0830-0900 | 0830 RC | 1630-1700 | 1655 RP | 0030-0100 | 0031 0055 ASL |
| 0900-0930 | 0900 RC | 1700-1730 | 1702 1725 RP | 0100-0130 | 0121 ASL |
| 0930-1000 | 0924 RC | 1730-1800 | 1745 Br | 0130-0200 | 0146 ASL |
| 1000-1030 | 10:00 RC / 1015 L | 1800-1830 | 1800 RS | 0200-0230 | 0213 ASL |
| 1030-1100 | 1040 JG | 1830-1900 | 1840 RS | 0230-0300 | 0241 ASL |
| 1100-1130 | 11:00 RC | 1900-1930 | 1905 RS | 0300-0330 | 0308 ASL |
| 1130-1200 | 11:30 RC | 1930-2000 | 1930 1955 m | 0330-0400 | 0336 ASL |
| 1200-1230 | 12:00 RC | 2000-2030 | 2025 SM | 0400-0430 | 0404 ASL |
| 1230-1300 | 12:30 RC | 2030-2100 | 2045 SM | 0430-0500 | 0430 0457 ASL |
| 1300-1330 | 13:00 RC | 2100-2130 | 2105 SM | 0500-0530 | 0521 ASL |
| 1330-1400 | 13:30 RC | 2130-2200 | 2135 SM | 0530-0600 | 0541 ASL |
| 1400-1430 | 14:00 RC / 1428 JG | 2200-2230 | 2205 BP | 0600-0630 | 0608 ASL |
| 1430-1500 | 1453 BP | 2230-2300 | 2235 RC | 0630-0700 | 0635 JG |

Confidential

The GEO Group, Inc.

## Segregation/S.M.U Detention 30 Minute Check

| Detainee Name: Novoa Raul | | Detainee A#: ▮▮▮▮ |
| Housing/cell: WIIA-203-1L | | Date: October 06, 2012 |

| 30 Min | Actual Time 0600-1430 (1st Shift) Initials | 30 Min | Actual Time 1400-2230 (2nd Shift) Initials | 30 Min | Actual Time 2200-0630 (3rd Shift) Initials |
|---|---|---|---|---|---|
| 0700-0730 | 0700 RC | 1500-1530 | 1505 JG | 2300-2330 | 2311 NG |
| 0730-0800 | 0730 RC | 1530-1600 | 1531 RC 1554 | 2330-2400 | 2336 ASL |
| 0800-0830 | RC | 1600-1630 | 1618 JG | 2400-0030 | 0000/0021 ASL |
| 0830-0900 | 0830 | 1630-1700 | 1645 JG | 0030-0100 | 0050 ASL |
| 0900-0930 | 0900 RC | 1700-1730 | 1710 JG | 0100-0130 | 0116 ASL |
| 0930-1000 | 0930 RC | 1730-1800 | 1730 1758 JG | 0130-0200 | 0141 ASL |
| 1000-1030 | 1000 JG | 1800-1830 | 1812 | 0200-0230 | 0206 XXV |
| 1030-1100 | 1052 JG | 1830-1900 | 1846 | 0230-0300 | 0230 XXV |
| 1100-1130 | 1109 JG | 1900-1930 | 1914 ASL | 0300-0330 | 0300 0322 ASL |
| 1130-1200 | 1134 | 1930-2000 | 1937 ASL | 0330-0400 | 0354 ASL |
| 1200-1230 | 12:00 RC | 2000-2030 | 2005 | 0400-0430 | 0415 ASL |
| 1230-1300 | 12:30 RC | 2030-2100 | 2032 | 0430-0500 | 0445 ASL |
| 1300-1330 | 1309 JG | 2100-2130 | 2100 RM 2120 ASL | 0500-0530 | 0514 ASL |
| 1330-1400 | 13:30 RC | 2130-2200 | 2145 JG | 0530-0600 | 0575 XXV |
| 1400-1430 | 1400 RC | 2200-2230 | 2215 ASL | 0600-0630 | 0605 XXV |
| 1430-1500 | 1436 JG | 2230-2300 | 2244 ASL | 0630-0700 | 0630 JG RC |