# REDACTED VERSION OF DOCUMENT TO BE FILED UNDER SEAL

# EXHIBIT C-[A]