**AKERMAN LLP**
ELLEN S. ROBBINS (SBN 298044)
ALICIA Y. HOU (SBN 254157)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342
Email: ellen.robbins@akerman.com
Email: alicia.hou@akerman.com

LAWRENCE D. SILVERMAN (admitted *pro hac vice*)
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Telephone: (310) 374-5600
Facsimile: (305) 374-5095
Email: lawrence.silverman@akerman.com

ADRIENNE SCHEFFEY (admitted *pro hac vice*)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email: adrienne.scheffey@akerman.com

Attorneys for Defendant
THE GEO GROUP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. 5:17-cv-02514-JGB-SHK<br><br>Assigned to Hon. Jesus G. Bernal<br><br>**DEFENDANT THE GEO GROUP, INC.'S COMPENDIUM OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date: February 1, 2021<br>Time: 9:00 a.m.<br>Place:  Courtroom 1<br>          3470 Twelfth Street<br>          Riverside, California 92501<br><br>ORAL ARGUMENT REQUESTED |

| Tab / [Exhibit] | Documentary Evidence |
|---|---|
| A. | **Request for Judicial Notice** |
| [1] | California Prison Industries Program https://www.calpia.ca.gov/about/ |
| [2] | 2019 Cal AG Report: "Immigration Detention in California |
| B. | **Declaration of Tae Johnson** |
|  | *[No Exhibits]* |
| C. | **Declaration of Amber Martin** |
| [A] | May 17, 2011 Intergovernmental Service Agreement |
| [B] | 2008 Performance Based National Detention Standards |
| [C] | May 31, 2011 Amendment of Solicitation / Modification of Contract |
| [D] | 2011 Performance Based National Detention Standards |
| [E] | December 19, 2019 "Direct" ICE Contract |
| [F] | Summary of Hygiene Expenses between November 2013 and April 2020 |
| [G] | ICE National Detainee Handbook |
| [H] | GEO Policy on Rules of Detainee Conduct |
| D. | **Declaration of Alicia Hou** |
| [1] | August 11, 2020 Deposition of GEO 30(b)(1) Witness Amber Martin |
| [2] | December 11, 2019 Deposition of GEO 30(b)(1) Witness James Janecka |
| [3] | June 26, 2019 Deposition of GEO 30(b)(1) Witness James Janecka |
| [4] | Deposition of Plaintiff Raul Novoa and applicable exhibits. |
| [5] | Deposition of Plaintiff Abdiaziz Karim and applicable exhibits. |

| Tab / [Exhibit] | Documentary Evidence |
|---|---|
| [6] | Deposition of Plaintiff Jaime Campos Fuentes and applicable exhibits. |
| [7] | Deposition of Plaintiff Ramon Mancia and applicable exhibits. |
| [8] | Deposition of GEO 30(b)(1) Witness Randy Tate |
| [9] | Deposition of GEO 30(b)(1) Witness Ron Warren |
| [10] | Deposition of GEO 30(b)(1) Witness Mary Wise McCormick |
| [11] | Deposition of GEO 30(b)(1) Witness Pamela Spagnoulo |
| [12] | Deposition of GEO 30(b)(1) Witness Brian Evans |
| [13] | Deposition of GEO 30(b)(6) Witness Brian Evans |
| [14] | Deposition of GEO 30(b)(6) Witness James Charles Hill |
| [15] | Documents obtained from Orange County Theo Lacy Facility in response to GEO's Subpoena Duces Tecum |
| [16] | Documents obtained from Yuba County Facility in response to GEO's Subpoena Duces Tecum |
| [Composite 17] | Plaintiffs' Responses to GEO's Special Interrogatories |
| [Composite 18] | Plaintiffs' Responses to GEO's Second Set of Requests for Production of Documents Nos. 42-43. |
| [19] | Deposition of Expert Witness Craig Haney |
| [20] | September 14, 2020 hearing transcript re: Plaintiffs' Motion to Approve Class Notice |
| [21] | Deposition of GEO 30(b)(6) Witness Daniel Ragsdale |
| [22] | Deposition of Jay Brooks |
| **E.** | **Declaration of James Janecka** |
| [A] | Adelanto Facility supplemental handbook |
| [B] | Adelanto Facility Sanitation Procedures |

| Tab / [Exhibit] | Documentary Evidence |
|---|---|
| [Composite C] | Segregation Reports reflecting detainees who were placed in segregated housing or "protective custody" based upon their own requests |
| [D] | Summary of Hygiene Expenses between November 2013 and April 2020 |
| [E] | Detainee File for Plaintiff Raul Novoa |
| [F] | Detainee File for Plaintiff Jaime Campos Fuentes |
| [G] | Detainee File for Plaintiff Abdiaziz Karim |
| [H] | Detainee File for Plaintiff Ramon Mancia |
| [I] | May 2011 Services Agreement between GEO and the City of Adelanto |
| [J] | June 2019 Bridge Contract |
| [K] | Menu Planning (GEO-Novoa_00004532, GEO-Novoa_00002580) |
| [L] | Menu Specifications (GEO-Novoa_00006637; GEO-Novoa_00032625) |
| [M] | Dorm Inspections (GEO-Novoa_00009072) |
| **F.** | **Declaration of Jay Brooks** |
|  | *[No Exhibits]* |
| **G.** | **Declaration of Natasha Nguyen** |
|  | *[No Exhibits]* |
| **H.** | **Declaration of Bruce Plumley** |
| [A] | Broward Facility Supplemental Handbook |
| [B] | Broward Facility Sanitation Procedures |
| **I.** | **Declaration of Ray Castro** |
| [A] | South Texas Facility Supplemental Handbook |

| Tab / [Exhibit] | Documentary Evidence |
|---|---|
| [B] | South Texas Facility Sanitation Procedures |
| **J.** | **Declaration of Bruce Scott** |
| [A] | Northwest Facility Supplemental Handbook |
| [B] | Northwest Facility Sanitation Procedures |
| **K.** | **Declaration of Eric Staiger** |
| [A] | Pine Prairie Facility Supplemental Handbook |
| [B] | Pine Prairie Facility Sanitation Procedures |
| **L.** | **Declaration of Lisa Bowen** |
| [A] | LaSalle Facility Supplemental Handbook |
| [B] | LaSalle Facility Sanitation Procedures |
| **M.** | **Declaration of Dan Greenawalt** |
| [A] | Folkston Facility Supplemental Handbook |
| [B] | Folkston Facility Sanitation Procedures |
| **N.** | **Declaration of Nathan Allen** |
| [A] | Mesa Verde Facility Supplemental Handbook |
| [B] | Mesa Verde Facility Sanitation Procedures |
| **O.** | **Declaration of Randy Tate** |
| [A] | Montgomery Facility Supplemental Handbook |
| [B] | Montgomery Facility Sanitation Procedures |
| **P.** | **Declaration of Indalecio Ramos** |
| [A] | South Louisiana Facility Supplemental Handbook |
| [B] | South Louisiana Facility Sanitation Procedures |
| **Q.** | **Declaration of Dawn Ceja** |
| [A] | Aurora Facility Supplemental Handbook |
| [B] | Aurora Facility Sanitation Procedures |

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

55779623;6

4

CASE NO. 5:17-cv-02514-JGB-SHKx

**PROOF OF SERVICE**

| Tab / [Exhibit] | Documentary Evidence |
|---|---|
| **R.** | **Declaration of Nicholas J. Erickson** |
| [1] | Spreadsheet reflecting segregation records produced by GEO |
| [2-6] | Segregation reports |

Dated: December 21, 2020

Respectfully submitted,

**AKERMAN LLP**

By: */s/ Alicia Y. Hou*
        Ellen S. Robbins
        Alicia Y. Hou
        Attorneys for Defendant
        THE GEO GROUP, INC.

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

5
CASE NO. 5:17-CV-02514-JGB-SHKx
**PROOF OF SERVICE**
55779623;6