**AKERMAN LLP**
ELLEN S. ROBBINS (SBN 298044)
ALICIA Y. HOU (SBN 254157)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone:  (213) 688-9500
Facsimile:  (213) 627-6342
Email:  alicia.hou@akerman.com
Email:  ellen.robbins@akerman.com

LAWRENCE D. SILVERMAN (admitted *pro hac vice*)
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Telephone:  (305) 374-5600
Facsimile:  (305) 374-5095
Email:  lawrence.silverman@akerman.com

ADRIENNE SCHEFFEY (admitted *pro hac vice*)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  (303) 260-7712
Facsimile:  (303) 260-7714
Email:  adrienne.scheffey@akerman.com

Attorneys for Defendant
THE GEO GROUP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. 5:17-cv-02514-JGB-SHKx<br><br>Assigned to Hon. Jesus G. Bernal<br><br>**DECLARATION OF ELLEN S. ROBBINS IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S MOTION FOR CLASS DECERTIFICATION**<br><br>Date: February 1, 2021<br>Time: 9:00 a.m.<br>Place:   Courtroom 1<br>    3470 Twelfth Street<br>    Riverside, California 92501<br><br>ORAL ARGUMENT REQUESTED |

# DECLARATION OF ELLEN S. ROBBINS

I, ELLEN S. ROBBINS, declare as follows:

1. I am over 18 years of age and have personal knowledge of the facts and circumstances set forth in this declaration, and if called upon to do so, I could and would competently testify thereto.

2. I am an attorney licensed to practice law in the State of California. I am an attorney in the Los Angeles office of the law firm Akerman LLP, attorneys of record for Defendant The GEO Group, Inc. (**GEO**) in this action.

3. This declaration is made in support of GEO's Motion for Class Decertification, filed contemporaneously herewith.

4. Attached hereto as **Exhibit A** are true and correct copies of excerpts from Jay Brooks' deposition transcript dated December 11, 2020, relevant to, and cited in GEO's Motion for Class Decertification.

5. Attached hereto as **Exhibit B** are true and correct copies of excerpts from James Janecka's deposition transcript dated June 26, 2019, relevant to, and cited in GEO's Motion for Class Decertification.

6. Attached hereto as **Exhibit C** are true and correct copies of excerpts from Mary Wise-McCormick's deposition transcript dated July 22, 2020, relevant to, and cited in GEO's Motion for Class Decertification.

7. Attached hereto as **Exhibit D** are true and correct copies of excerpts from Raul Novoa's deposition transcript dated October 20, 2019, relevant to, and cited in GEO's Motion for Class Decertification.

8. Attached hereto as **Exhibit E** are true and correct copies of excerpts from Raynaldo Castro's deposition transcript dated November 11, 2020, relevant to, and cited in GEO's Motion for Class Decertification.

55798318;2

2                                    CASE NO. 5:17-cv-02514-JGB-SHKx
DECLARATION OF ELLEN S. ROBBINS IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S MOTION FOR CLASS DECERTIFICATION

9. Attached hereto as **Exhibit F** are true and correct copies of excerpts from Bruce Plumley's deposition transcript dated November 10, 2020, relevant to, and cited in GEO's Motion for Class Decertification.

10. Attached hereto as **Exhibit G** are true and correct copies of excerpts from Ronald Warren's deposition transcript dated November 13, 2020, relevant to, and cited in GEO's Motion for Class Decertification.

11. Attached hereto as **Exhibit H** are true and correct copies of excerpts from Lisa Bowen's deposition transcript dated November 17, 2020, relevant to, and cited in GEO's Motion for Class Decertification.

12. Attached hereto as **Exhibit I** are true and correct copies of excerpts from Nathan Allen's deposition transcript dated November 12, 2020, relevant to, and cited in GEO's Motion for Class Decertification.

13. Attached hereto as **Exhibit J** are true and correct copies of excerpts from Randy Tate's deposition transcript dated November 4, 2020, relevant to, and cited in GEO's Motion for Class Decertification.

14. Attached hereto as **Exhibit K** are true and correct copies of excerpts from Bruce Scott's deposition transcript dated November 19, 2020, relevant to, and cited in GEO's Motion for Class Decertification.

15. Attached hereto as **Exhibit L** are true and correct copies of excerpts from Eric Staiger's deposition transcript dated November 18, 2020, relevant to, and cited in GEO's Motion for Class Decertification.

16. Attached hereto as **Exhibit M** are true and correct copies of excerpts from Indalecio Ramos' deposition transcript dated November 5, 2020, relevant to, and cited in GEO's Motion for Class Decertification.

17. Attached hereto as **Exhibit N** are true and correct copies of excerpts from Amber Martin's deposition transcript dated August 11, 2020, relevant to, and cited in GEO's Motion for Class Decertification.

55798318;2

3                                                                CASE NO. 5:17-cv-02514-JGB-SHKx
DECLARATION OF ELLEN S. ROBBINS IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S MOTION FOR CLASS DECERTIFICATION

18.     Attached hereto as **Exhibit O** are true and correct copies of excerpts from Dan Greenwalt's deposition transcript dated November 13, 2020, relevant to, and cited in GEO's Motion for Class Decertification.

19.     Attached hereto as **Exhibit P** are true and correct copies of excerpts from Hugo Hernandez-Ceren's deposition transcript dated June 24, 2020, relevant to, and cited in GEO's Motion for Class Decertification.

20.     Attached hereto as **Exhibit Q** are true and correct copies of excerpts from Pamela Spagnuolo's deposition transcript dated November 3, 2020, relevant to, and cited in GEO's Motion for Class Decertification.

21.     Attached hereto as **Exhibit R** are true and correct copies of excerpts from Ramon Mancia's deposition transcript dated October 21, 2019, relevant to, and cited in GEO's Motion for Class Decertification.

22.     Attached hereto as **Exhibit S** are true and correct copies of excerpts from Abdiaziz Karim's deposition transcript dated October 23, 2019, relevant to, and cited in GEO's Motion for Class Decertification.

23.     Attached hereto as **Exhibit T** are true and correct copies of excerpts from Jaime Campos Fuentes' deposition transcript dated October 20, 2019, relevant to, and cited in GEO's Motion for Class Decertification.

24.     Attached hereto as **Exhibit U** are true and correct copies of excerpts from Craig Haney's deposition transcript, and Exhibit 1 thereto, dated September 25, 2020, relevant to, and cited in GEO's Motion for Class Decertification.

25.     Attached hereto as **Exhibit V** are true and correct copies of excerpts of Raul Novoa's Responses to GEO's First Set of Interrogatories.

26.     Attached hereto as **Exhibit W** are true and correct copies of excerpts from Dagoberto Vizguerra's deposition transcript dated February 21, 2018, relevant to, and cited in GEO's Motion for Class Decertification.

4   CASE NO. 5:17-cv-02514-JGB-SHKx
DECLARATION OF ELLEN S. ROBBINS IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S MOTION FOR CLASS DECERTIFICATION

1  I declare under the penalty of perjury under the laws of the United States of
2  America and the State of California that the foregoing is true and correct.
3  Executed on December 21, 2020 at Hermosa Beach, California.

/s/ *Ellen S. Robbins*
Ellen S. Robbins

**AKERMAN LLP**
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

55798318;2

5                               CASE NO. 5:17-cv-02514-JGB-SHKx
DECLARATION OF ELLEN S. ROBBINS IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S MOTION FOR CLASS DECERTIFICATION