**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| **RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant.* | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**DECLARATION OF DANIEL H. CHAREST IN SUPPORT OF PLAINTIFFS' OPPOSITION TO GEO'S MOTION FOR SUMMARY JUDGMENT** |

I, Daniel H. Charest, declare that the following is true and correct based upon my personal knowledge:

1. I am an attorney for the Plaintiffs in the above-captioned action.

2. Attached hereto are the following additional exhibits in support of Plaintiffs' Opposition to GEO's Motion for Summary Judgment:

3. Attached as **Exhibit A** is a true and correct copy of the transcript of the deposition of Dan Greenawalt, Facility Administrator at The GEO Group, Inc.'s ("GEO") Folkston ICE Processing Center, which was taken in this litigation on November 13, 2020.

4. Attached as **Exhibit B** is a true and correct copy of the transcript of the deposition of Lisa Bowen, Assistant Facility Administrator at GEO's LaSalle ICE Processing Center, which was taken in this litigation on November 17, 2020.

5. Attached as **Exhibit C** is a true and correct copy of the transcript of the deposition of Bruce Scott, Facility Administrator at GEO's Northwest ICE Processing Center, which was taken in this litigation on November 19, 2020.

1  6. Attached as **Exhibit D** is a true and correct copy of the transcript of the deposition of Eric William Staiger, Facility Administrator at GEO's Pine Prairie ICE Processing Center, which was taken in this litigation on November 18, 2020.

7. Attached as **Exhibit E** is a true and correct copy of the transcript of the deposition of Dawn Ceja, Assistant Facility Administrator at GEO's Aurora ICE Processing Center, which was taken in this litigation on December 18, 2020.

8. Attached as **Exhibit F** is a true and correct copy of the transcript of the deposition of Randy Tate, Facility Administrator at GEO's Montgomery Processing Center, which was taken in this litigation on November 4, 2020.

9. Attached as **Exhibit G** is a true and correct copy of the transcript of the deposition of Indalecio Ramos, Facility Administrator at GEO's South Louisiana ICE Processing Center, which was taken in this litigation on November 5, 2020.

10. Attached as **Exhibit H** is a true and correct copy of the transcript of the deposition of Bruce Plumley, Facility Administrator at GEO's Broward Transitional Center, which was taken in this litigation on November 10, 2020.

11. Attached as **Exhibit I** is a true and correct copy of the transcript of the deposition of Raynaldo Castro, Facility Administrator at GEO's South Texas ICE Processing Center, which was taken in this litigation on November 11, 2020.

12. Attached as **Exhibit J** is a true and correct copy of the transcript of the deposition of Ronald Roderick Warren, Assistant Facility Administrator at GEO's Folkston ICE Processing Center, which was taken in this litigation on November 13, 2020.

13. Attached as **Exhibit K** is a true and correct copy of the transcript of the deposition of Nathan Allen, Facility Administrator at GEO's Mesa Verde ICE Processing Center, which was taken in this litigation on November 12, 2020.

14. Attached as **Exhibit L** is a true and correct copy of the BSCC California, Title 15 Minimum Standards for Local Detention Facilities, April 1, 2017,

(https://sheriff.co.yuba.ca.us/Documents/Jail/Adult%20Titles%2015%20-%20Effect%204%201%2017.pdf).

15. Attached as **Exhibit M** is a true and correct copy of the Mesa Verde ICE Processing Center Local Supplement Detainee Handbook (rev. 06/2018) bates labeled as GEO-Novoa_00073217. This document was initially marked as confidential by GEO, but per an email from GEO's counsel of today's date, this document can be filed publicly.

16. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Dated: January 11, 2021

*/s/ Daniel H. Charest*
Daniel H. Charest (admitted *pro hac vice*)
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002