**AKERMAN LLP**
ELLEN S. ROBBINS (SBN 298044)
ALICIA Y. HOU (SBN 254157)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone:   (213) 688-9500
Facsimile:   (213) 627-6342
Email:   alicia.hou@akerman.com
Email:   ellen.robbins@akerman.com

LAWRENCE D. SILVERMAN (admitted *pro hac vice*)
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Telephone:   (305) 374-5600
Facsimile:   (305) 374-5095
Email:   lawrence.silverman@akerman.com

ADRIENNE SCHEFFEY (admitted *pro hac vice*)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:   (303) 260-7712
Facsimile:   (303) 260-7714
Email:   adrienne.scheffey@akerman.com

Attorneys for Defendant
THE GEO GROUP, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. 5:17-cv-02514-JGB-SHKx<br><br><br>**[PROPOSED] ORDER RE DEFENDANTS' STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT  IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

**AKERMAN LLP**
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

THE GEO GROUP, INC.,

    Counter-Claimant,

vs.

RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,

    Counter-Defendant.

| | |
|---|---|
| TAC Filed: | September 16, 2019 |
| SAC Filed: | December 24, 2018 |
| FAC Filed: | July 6, 2018 |
| Complaint Filed: | December 19, 2017 |
| Trial Date: | March 30, 2021 |

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

Case No. 5:17-cv-02514-JGB-SHKx

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

This Court, having considered Defendant THE GEO GROUP, INC.'S (**Defendant**) evidentiary objections to Plaintiffs RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA'S (**Plaintiffs**) Statement of Undisputed Facts in Support of Motion for Partial Summary Judgment, hereby rules as follows:

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| 1. | GEO is a for-profit, multinational corporation providing correctional, detention, and community reentry services.<br><br>Dkt. 200 (GEO's Answer to Third Amended Complaint, hereinafter "Answer") at ¶ 21 (admitting that "Defendant GEO is a for-profit multinational corporation providing correctional, detention, and community reentry services."). | Irrelevant F.R.E. 402. | __ Sustained<br><br>__ Overruled |
| 2. | GEO provides services | None. | __ Sustained |

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | pursuant to contracts with governmental entities in the United States and internationally.<br><br>• Dkt. 193-31 (Venturella Decl. 2015) at ¶¶ 3, 4.<br>• Dkt. 200 (Answer) at ¶ 21 (admitting that "Defendant GEO is a for-profit multinational corporation providing correctional, detention, and community reentry services."). | | __ Overruled |
| 3. | GEO's revenues in 2016, 2017, and 2018 were over $2 billion.<br><br>• Dkt. 200 (Answer) at ¶ 31 (admitting that "GEO's revenues in 2016, 2017, and 2018 were over $2 billion, and its | Irrelevant F.R.E. 402. | __ Sustained<br><br>__ Overruled |

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | stock is publicly traded on the New York Stock Exchange."). | | |
| **4.** | GEO's stock is publicly traded on the New York Stock Exchange.<br><br>• Dkt. 200 (Answer) at ¶ 31 (admitting that "GEO's revenues in 2016, 2017, and 2018 were over $2 billion, and its stock is publicly traded on the New York Stock Exchange."). | Irrelevant F.R.E. 402. | __ Sustained<br><br>__ Overruled |
| **5.** | GEO is organized as a real estate investment trust ("REIT").<br><br>• Dkt. 193-19 (Venturella Dep.) at 30:25-31:25.<br>• **Exhibit A,** (Evans Dep.) | Irrelevant F.R.E. 402. | __ Sustained<br><br>__ Overruled |

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

Case No. 5:17-cv-02514-JGB-SHKx
**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | at 51:15-53:5. | | |
| **6.** | GEO has a fiduciary duty to its shareholders to deliver profit.<br><br>• **Dkt. 193-19 (Venturella Dep.) at 34:8-16; 252:14-24.** | Inadmissible legal conclusion. *Miramontes v. Mills*, No. CV 11-8603 MMM (SSX), 2015 WL 7566491, at *9 n. 44 (C.D. Cal. Nov. 24, 2015) (collecting cases); *Sanders v. Douglas*, 565 F. Supp. 78, 80 (C.D. Cal. 1983) (In considering a motion for summary judgment facts couched as "legal conclusions 'are totally ineffectual, and are not to be given any consideration or weight | __ Sustained<br><br>__ Overruled |

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

Case No. 5:17-cv-02514-JGB-SHKx
**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | | whatsoever.'"). | |
| **7.** | GEO owns or operates at least fourteen civil immigration detention facilities (the "Facilities") in the United States under performance-based contracts with ICE.<br><br>• Dkt. 193-31 (Venturella Decl., 2015) at ¶¶ 4-6.<br>• Dkt. 200 (Answer) at ¶ 66 (admitting that "GEO owns or operates at least fourteen civil immigration detention centers nationwide, including Adelanto, under contracts with ICE").<br>• Dkt. 408-4 (ICE 30(b)(6) Dep.) at 70:24-71:14. | None. | __ Sustained<br><br>__ Overruled |

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| **8.** | At its Facilities, GEO provides detention services and bed space to individuals awaiting removal proceedings.<br><br>• Dkt. 193-31 (Venturella Decl., 2015) at ¶¶ 4-6. | None. | __ Sustained<br><br>__ Overruled |
| **9.** | To bid for an ICE contract, GEO calculates a per diem or bed-day rate, which includes all daily operating costs, such as personnel, food, health care, supplies, utilities, maintenance, infrastructure, depreciation, cost of capital, overhead and profit.<br><br>• Dkt. 193-19 (Venturella Dep.) at 250:5-24.<br>• Dkt. 193-31 (Venturella Decl., 2015) | Irrelevant F.R.E. 402. | __ Sustained<br><br>__ Overruled |

Case No. 5:17-cv-02514-JGB-SHKx

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | at ¶¶ 12, 24. | | |
| 10. | GEO's contracts with ICE typically include up to 15% in profits for GEO.<br><br>• **Exhibit A, (Evans Dep.) at 113:1-23.** | Irrelevant F.R.E. 402. | __ Sustained<br><br>__ Overruled |
| 11. | A staffing plan is the most important component of a contractor's overall pricing model because the costs associated with the overall staffing of a facility constitute approximately 65% or more of the facility's total operating costs.<br>• Dkt. 193-19 (Venturella Dep.) at 240:18-241:4.<br>• Dkt. 193-31 (Venturella Decl., 2015) at ¶¶ 12, 14, 24. | Irrelevant F.R.E. 402. | __ Sustained<br><br>__ Overruled |
| 12. | A facility staffing plan contains every position | Irrelevant because cited evidence | __ Sustained<br><br>__ Overruled |

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|----------|-----------|-------------|---------|
|  | that the contractor intends to employ or retain for the operation of the facility and includes calculations of the hourly or annual wages, payroll tax, and benefit costs for each position.<br><br>• Dkt. 193-19 (Venturella Dep.) at. 225:7-25.<br>• Dkt. 193-31 (Venturella Decl., 2015) at ¶ 14. | does not relate to the Adelanto facility. FRE 402. |  |
| **13.** | The calculations and considerations contained in a facility staffing plan can and will affect the overall cost calculation associated with a facility's labor costs.<br><br>• Dkt. 193-19 (Venturella Dep.) at 226:1-7. | Irrelevant because cited evidence does not relate to the Adelanto facility. FRE 402. | __ Sustained<br><br>__ Overruled |

Case No. 5:17-cv-02514-JGB-SHKx
**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | • Dkt. 193-31 (Venturella Decl., 2015) at ¶ 14. | | |
| **14.** | GEO includes detainee payroll in its per diem calculation at the rate of $1 per day.<br><br>• Dkt. 193-2 (IGSA) at 5. (GOWER-GEO 0000480).<br>• Dkt. 408-4, ICE 30(b)(6) Dep. (Brooks) at 99:21-25.<br>• **Exhibit B,** GEO 30(b)(6) Dep. (Martin) at 63:4-9. | None. | __ Sustained<br><br>__ Overruled |
| **15.** | ICE reimburses GEO for detained immigrant payroll at the rate of $1 per day.<br><br>• **Exhibit C,** GEO 30(b)(6) Dep. (Janecka) at 238:10-13.<br>• 8 U.S.C. § 1555(d); Appropriations Act, Immigration and | None. | __ Sustained<br><br>__ Overruled |

Case No. 5:17-cv-02514-JGB-SHKx
**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | Naturalization Service Salaries and Expenses, Pub. L. No. 95-431, 92 Stat. 1021 (1978). | | |
| **16.** | The winning proposal in almost every federal procurement competition in the detention or prison contracting area is awarded to the lowest bidder, unless that bidder has an unsatisfactory performance record.<br><br>• Dkt. 193-19 (Venturella Dep.) at 269:25-270:18.<br>• Dkt. 193-31 (Venturella Decl., 2015) at ¶¶ 16, 17, 25, 27.<br>• **Exhibit D,** (Venturella Decl., 2017) at ¶ 9. | Lack of personal knowledge F.R.E. 602 as the cited information is from an individual who does not have knowledge of "almost every federal contract" and cannot speak to the position of the federal government as to why others have won contracts. | __ Sustained<br>__ Overruled |

Case No. 5:17-cv-02514-JGB-SHKx
**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| **17.** | GEO can lower its per diem rate, and thus increase its competitive advantage, by reducing its staffing and labor costs.<br><br>• Dkt. 193-19 (Venturella Dep.) at 251:1-18; 252:14-24.<br>• Dkt. 193-31 (Venturella Decl., 2015) at ¶¶ 16-17; 22, 25.<br>• **Exhibit D,** (Venturella Decl., 2017) at ¶ 15-16.<br>• **Exhibit E,** GEO 30(b)(6) Dep. (Evans) at 32:22-33:18; 50:6-22. | Irrelevant F.R.E. 402. | __ Sustained<br>__ Overruled |
| **18.** | The per diem or bed-day rates and staffing plans contained in the contractor's proposal or bid are incorporated into the final contract, unless they are revised as a result | Irrelevant because cited declaration does not relate to the Adelanto facility. FRE 402. | __ Sustained<br>__ Overruled |

Case No. 5:17-cv-02514-JGB-SHKx

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP<br>601 WEST FIFTH STREET, SUITE 300<br>LOS ANGELES, CALIFORNIA 90071<br>TEL.: (213) 688-9500 – FAX: (213) 627-6342

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | of subsequent negotiations with ICE.<br><br>• Dkt. 193-19 (Venturella Dep.) at 222:11-19.<br>• Dkt. 193-31 (Venturella Decl., 2015) at ¶ 13.<br>• **Exhibit D,** (Venturella Decl., 2017) at ¶ 11. | | |
| 19. | GEO can submit a request for an equitable adjustment of its contract with ICE related to "out-of-scope costs" incurred in performing its contract.<br><br>• Dkt. 231-2 (GEO's Request for Equitable Adjustment).<br>• Dkt. 231-5 (Zoley Decl.) at ¶ 8.<br>• Dkt. 408-4, ICE 30(b)(6) Dep. | Inadmissible legal conclusion. *Miramontes v. Mills*, No. CV 11-8603 MMM (SSX), 2015 WL 7566491, at *9 n. 44 (C.D. Cal. Nov. 24, 2015) (collecting cases); *Sanders v. Douglas*, 565 F. Supp. 78, 80 (C.D. Cal. 1983) (In | __ Sustained<br><br>__ Overruled |

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | (Brooks) at 235:14-236:9. • Dkt. 408-3 (June 21, 2018 Letter). | considering a motion for summary judgment facts couched as "legal conclusions 'are totally ineffectual, and are not to be given any consideration or weight whatsoever.'"). | |
| 20. | ICE is not required to grant GEO's requests for equitable adjustments. • Dkt. 231-4 (ICE's denial of GEO's Request for Equitable Adjustment). • Dkt. 408-3 (June 21, 2018 Letter). | Inadmissible legal conclusion. *Miramontes v. Mills*, No. CV 11-8603 MMM (SSX), 2015 WL 7566491, at *9 n. 44 (C.D. Cal. Nov. 24, 2015) (collecting cases); *Sanders v. Douglas*, 565 F. Supp. 78, 80 (C.D. Cal. 1983) (In | ___ Sustained ___ Overruled |

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | | considering a motion for summary judgment facts couched as "legal conclusions 'are totally ineffectual, and are not to be given any consideration or weight whatsoever.'"). | |
| 21. | GEO's contracts to operate Adelanto are fixed-cost or fixed- priced contracts, so the amount ICE pays to GEO to operate the facility does not depend on the resources GEO actually uses.<br><br>• Dkt. 193-19 (Venturella Dep.) at 49:23-50:5; 266:12-267:9.<br>• Dkt. 408-4, ICE 30(b)(6) | Inadmissible legal conclusion. *Miramontes v. Mills*, No. CV 11-8603 MMM (SSX), 2015 WL 7566491, at *9 n. 44 (C.D. Cal. Nov. 24, 2015) (collecting cases); *Sanders v. Douglas*, 565 F. Supp. 78, 80 (C.D. Cal. 1983) (In | __ Sustained<br><br>__ Overruled |

DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | Dep. (Brooks) at 72:3-12; 92:7-18. | considering a motion for summary judgment facts couched as "legal conclusions 'are totally ineffectual, and are not to be given any consideration or weight whatsoever.'"). | |
| 22. | If GEO's actual costs are higher than the per diem rate set forth in the contract, the company is responsible for those costs unless ICE agrees to increase the per diem rate.<br><br>• Dkt. 193-19 (Venturella Dep.) at 85:4-10; 79:24-80:20; 266:16-19.<br>• Dkt. 193-31 (Venturella Decl., 2015) at ¶ 13. | Inadmissible legal conclusion. *Miramontes v. Mills*, No. CV 11-8603 MMM (SSX), 2015 WL 7566491, at *9 n. 44 (C.D. Cal. Nov. 24, 2015) (collecting cases); *Sanders v. Douglas*, 565 F. Supp. 78, 80 (C.D. Cal. 1983) (In | __ Sustained<br><br>__ Overruled |

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

Case No. 5:17-cv-02514-JGB-SHKx

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | • Dkt. 408-4, ICE 30(b)(6) Dep. (Brooks) at 92:7-18. | considering a motion for summary judgment facts couched as "legal conclusions 'are totally ineffectual, and are not to be given any consideration or weight whatsoever.'"); Irrelevant FRE 402. | |
| **23.** | If GEO's actual costs are lower than the established per diem rate, GEO can pocket the difference.<br><br>• Dkt. 193-19 (Venturella Dep.) at 81:7-12. | Inadmissible legal conclusion. *Miramontes v. Mills*, No. CV 11-8603 MMM (SSX), 2015 WL 7566491, at *9 n. 44 (C.D. Cal. Nov. 24, 2015) (collecting cases); *Sanders v. Douglas*, 565 F. | __ Sustained<br><br>__ Overruled |

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | | Supp. 78, 80 (C.D. Cal. 1983) (In considering a motion for summary judgment facts couched as "legal conclusions 'are totally ineffectual, and are not to be given any consideration or weight whatsoever.'"). | |
| **24.** | GEO's labor expenses would increase if the company did not use detained immigrants to clean, maintain, and feed Adelanto.<br><br>• **Exhibit E,** GEO 30(b)(6) Dep. (B. Evans) at 32:22-33:18.<br>• Dkt. 408-1; 408-2 (Spreadsheet) | Lack of Personal knowledge, calls for speculation. FRE 602.<br><br>ECF 408-1 and 408-2 are inadmissible under FRE 408 because they were made in preparation for a settlement | __ Sustained<br><br>__ Overruled |

Case No. 5:17-cv-02514-JGB-SHKx
**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | (GEO-Novoa_00178340). | conference in front of Federal Magistrate Judge Hegarty. **Ex. O**. | |
| **25.** | GEO uses detainee labor to perform duties that must otherwise be completed by GEO staff.<br><br>• Dkt. 193-4 (Janecka Dep.) at 196:20-25; 217:12-14; 221:10-223:3.<br>• Dkt. 408-1; 408-2 (Spreadsheet) (GEO-Novoa_00178340).<br>• **Exhibit F,** (Spagnuolo Dep.) at 20:13-15; 107:13-18; 117:21-118:2. | Lacks foundation (F.R.E. 901-902; 1000-1004); Lack of personal knowledge re non-Adelanto facilities. (F.R.E. 602.) | __ Sustained<br><br>__ Overruled |
| **26.** | GEO must pay staff overtime if the task cannot be completed within normal business hours. | Inadmissible legal conclusion. *Miramontes v. Mills*, No. CV 11- | __ Sustained<br><br>__ Overruled |

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | • Dkt. 193-4 (Janecka Dep.) at 221:10-19. | 8603 MMM (SSX), 2015 WL 7566491, at *9 n. 44 (C.D. Cal. Nov. 24, 2015) (collecting cases); *Sanders v. Douglas*, 565 F. Supp. 78, 80 (C.D. Cal. 1983) (In considering a motion for summary judgment facts couched as "legal conclusions 'are totally ineffectual, and are not to be given any consideration or weight whatsoever.'"). | |
| 27. | GEO is contractually required to comply with the 2011 Performance Based National Detention | None. | __ Sustained<br>__ Overruled |

21

Case No. 5:17-cv-02514-JGB-SHKx

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | Standards ("PBNDS") at every civil immigration detention facility GEO operates in the United States. | | |
| | • Dkt. 200 (Answer) at ¶ 67 (admitting that "[a]t each facility, GEO is contractually required to comply with some version of ICE's 2011 PBNDS"); ¶ 68 (admitting that "GEO's contracts with ICE to operate civil immigration detention facilities, including Adelanto, incorporate the PBNDS.") • Dkt. 193-34 (Deemed Admissions) at No. 27 (admitting | | |

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | that "GEO is required by its contracts with ICE to comply with some version of the 2011 PBNDS at every civil immigration detention facility GEO operates in the United States"). | | |
| 28. | The PBNDS establish "performance outcomes" and "minimum requirements" which GEO must meet or exceed.<br><br>• Dkt. 193-02 (IGSA) at 10 (GOWER-GEO_0000485).<br>• Dkt. 408-4, ICE 30(b)(6) Dep. (Brooks) at 77:1-8. | None. | __ Sustained<br><br>__ Overruled |

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| **29.** | In cases where other standards conflict with ICE Policy or Standards, ICE Policy and Standards prevail.<br><br>• Dkt. 193-2 (IGSA) at 56 (GOWER-GEO_0000531).<br>• **Exhibit B,** GEO 30(b)(6) Dep. (Martin) at 33:17-36:8. | Inadmissible legal conclusion. *Miramontes v. Mills*, No. CV 11-8603 MMM (SSX), 2015 WL 7566491, at *9 n. 44 (C.D. Cal. Nov. 24, 2015) (collecting cases); *Sanders v. Douglas*, 565 F. Supp. 78, 80 (C.D. Cal. 1983) (In considering a motion for summary judgment facts couched as "legal conclusions 'are totally ineffectual, and are not to be given any consideration or weight whatsoever.'"). | __ Sustained<br><br>__ Overruled |

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| **30.** | ICE requires GEO to operate a Voluntary Work Program in accordance with PBNDS § 5.8.<br><br>• Dkt. 193-2 (IGSA) at 63 (GOWER-GEO 0000538).<br>• Dkt. 200 (Conditional Counterclaim) at ¶ 12. | None. | __ Sustained<br><br>__ Overruled |
| **31.** | The 2011 PBNDS state: "Detainees shall be able to volunteer for work assignments but otherwise shall not be required to work, except to do personal housekeeping."<br><br>• Dkt. 206-5 (PBNDS) at § 5.8.II.2. | None. | __ Sustained<br><br>__ Overruled |
| **32.** | The Personal Housekeeping Requirement of the PBNDS, § 5.8.V.C, provides: "Work assignments are voluntary; | None. | __ Sustained<br><br>__ Overruled |

Case No. 5:17-cv-02514-JGB-SHKx

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | however, all detainees are responsible for personal housekeeping.  Detainees are required to maintain their immediate living areas in a neat and orderly manner by: (1) making their beds daily; (2) stacking loose papers; (3) keeping the floor free of debris and dividers free of clutter; and (4) refraining from hanging/draping clothing, pictures, keepsakes, or other objects from beds, overhead lighting fixtures or other furniture.”<br><br>• Dkt. 206-5 (PBNDS) at § 5.8.V.C.<br>• Dkt. 200 (Answer) at ¶ 70 (admitting that PBNDS § 5.8.V.C so states). | | |
| **33.** | The 2011 PBNDS state: | None. | __ Sustained |

Case No. 5:17-cv-02514-JGB-SHKx
**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | "The facility administrator shall develop site-specific rules for selecting work detail volunteers. These site-specific rules shall be recorded in a facility procedure that shall include a voluntary work program agreement. The voluntary work program agreement shall document the facility's program and shall be in compliance with this detention standard." <br><br> • Dkt. 206-5 (PBNDS) at § 5.8.V.D. | | __ Overruled |
| **34.** | The 2011 PBNDS states: "Detainees shall receive monetary compensation for work completed in accordance with the facility's standard policy. The compensation is at least $1.00 (USD) per day. | None. | __ Sustained <br><br> __ Overruled |

Case No. 5:17-cv-02514-JGB-SHKx
**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | The facility shall have an established system that ensures detainees receive the pay owed them before being transferred or released." <br><br> • Dkt. 206-5 (PBNDS) at § 5.8.V.K. | | |
| **35.** | The 2008 PBNDS state: "Detainees shall receive monetary compensation for work completed in accordance with the facility's standard policy. In SPCs and CDFs, the compensation is $1.00 per day." <br> • Dkt. 193-5 (Ragsdale Dep.) at 147:4-13. <br> • Dkt. 408-4, ICE 30(b)(6) Dep. (Brooks) at 101:19-102:5. <br> • **Exhibit B,** GEO 30(b)(6) Dep. | None. | __ Sustained <br><br> __ Overruled |

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | (Martin) at 82:13-17.  • **Exhibit G,** 2008 PBNDS at § 5.8.V.K. | | |
| **36.** | ICE does not prohibit GEO from paying detained workers more than $1 per day.  • Dkt. 408-4, ICE 30(b)(6) Dep. (Brooks) at 100:1-4; 102:17-20; 103:17-22; 107:4-16.  • **Exhibit B,** GEO 30(b)(6) Dep. (Martin) at 64:20-24. | Inadmissible legal conclusion. *Miramontes v. Mills*, No. CV 11-8603 MMM (SSX), 2015 WL 7566491, at *9 n. 44 (C.D. Cal. Nov. 24, 2015) (collecting cases); *Sanders v. Douglas*, 565 F. Supp. 78, 80 (C.D. Cal. 1983) (In considering a motion for summary judgment facts couched as "legal conclusions 'are totally ineffectual, and | __ Sustained  __ Overruled |

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | | are not to be given any consideration or weight whatsoever.'"). | |
| **37.** | GEO could pay its detained workers higher wages, but the company would have to bear the costs of doing so.<br><br>• Dkt. 193-19 (Venturella Dep.) at 85:4-10; 79:24-80:20.<br>• **Exhibit B,** GEO 30(b)(6) Dep. (Martin) at 67:4-8. | Inadmissible legal conclusion. *Miramontes v. Mills*, No. CV 11-8603 MMM (SSX), 2015 WL 7566491, at *9 n. 44 (C.D. Cal. Nov. 24, 2015) (collecting cases); *Sanders v. Douglas*, 565 F. Supp. 78, 80 (C.D. Cal. 1983) (In considering a motion for summary judgment facts couched as "legal conclusions 'are totally ineffectual, and | __ Sustained<br><br>__ Overruled |

Case No. 5:17-cv-02514-JGB-SHKx

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | | are not to be given any consideration or weight whatsoever.'"). | |
| **38.** | In May 2011, ICE entered into an intergovernmental service agreement ("IGSA") with the City of Adelanto to house detained immigrants.<br><br>• Dkt. 231-5 (Zoley Decl.) at ¶ 5.<br>• Dkt. 193-2 (IGSA) (GOWERGEO_ 0000477-0000544). | None. | __ Sustained<br>__ Overruled |
| **39.** | The City of Adelanto contracted with GEO to carry out the IGSA.<br><br>• Dkt. 231-5 (Zoley Decl.) at ¶ 5.<br>• Dkt. 193-3 (Services Contract) (GOWER-GEO_0000468- | None. | __ Sustained<br>__ Overruled |

Case No. 5:17-cv-02514-JGB-SHKx

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | 0000476). | | |
| **40.** | GEO undertook, without limitation, the City of Adelanto's responsibilities and obligations as set forth in the IGSA.<br><br>• Dkt. 193-3 (Services Contract) at § 2.0 (GOWER-GEO_0000468)<br>• **Exhibit B,** GEO 30(b)(6) Dep. (Martin) at 16:9-13.<br>• **Exhibit H,** (Valdez Decl.) at ¶ 12. | Inadmissible legal conclusion. *Miramontes v. Mills*, No. CV 11-8603 MMM (SSX), 2015 WL 7566491, at *9 n. 44 (C.D. Cal. Nov. 24, 2015) (collecting cases); *Sanders v. Douglas*, 565 F. Supp. 78, 80 (C.D. Cal. 1983) (In considering a motion for summary judgment facts couched as "legal conclusions 'are totally ineffectual, and are not to be given any consideration or weight | __ Sustained<br><br>__ Overruled |

Case No. 5:17-cv-02514-JGB-SHKx

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | | whatsoever.'"). | |
| **41.** | The City of Adelanto notified ICE and GEO on March 27, 2019 that it would be terminating its contract with ICE effective June 2019.<br><br>• Dkt. 231-5 (Zoley Decl.) at ¶ 6. | None. | __ Sustained<br><br>__ Overruled |
| **42.** | On June 25, 2019, ICE entered into a temporary contract (the "Bridge Contract") directly with GEO to continue operating the Adelanto Facility.<br><br>• Dkt. 231-5 (Zoley Decl.) at ¶ 6.<br>• Dkts. 375-1; 375-2; 375-3; 375-4;<br>375-5 (the "Bridge Contract")<br>(GEO-Novoa_00035044-00035249). | None. | __ Sustained<br><br>__ Overruled |

AKERMAN LLP<br>601 WEST FIFTH STREET, SUITE 300<br>LOS ANGELES, CALIFORNIA 90071<br>TEL.: (213) 688-9500 – FAX: (213) 627-6342

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | | | |
| **43.** | On December 19, 2019, ICE entered into a new contract (the "Direct Contract") with GEO to continue running the Adelanto Facility, with a period of performance starting December 20, 2019 and ending December 19, 2034.<br><br>• Dkt. 375-6 (the "Direct Contract") (GEONovoa_00040872-00040885; GEO-Novoa_00041323-00041368). | None. | __ Sustained<br><br>__ Overruled |
| **44.** | The IGSA, the Bridge Contract, and the Direct Contract are performance-based contracts.<br><br>• Dkt. 408-4, ICE 30(b)(6) Dep. (Brooks) at 26:3-8; 71:4-8.<br>• **Exhibit H,** (Valdez | Inadmissible legal conclusion. *Miramontes v. Mills*, No. CV 11-8603 MMM (SSX), 2015 WL 7566491, at *9 n. 44 (C.D. Cal. Nov. 24, 2015) | __ Sustained<br><br>__ Overruled |

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | Decl.) at ¶ 8. | (collecting cases); *Sanders v. Douglas*, 565 F. Supp. 78, 80 (C.D. Cal. 1983) (In considering a motion for summary judgment facts couched as "legal conclusions 'are totally ineffectual, and are not to be given any consideration or weight whatsoever.'"). | |
| 45. | A performance-based contract is a results-oriented method of contracting focused on outputs, quality, and outcomes. Performance-based contracts do not designate *how* a contractor is to perform the work, but | Inadmissible legal conclusion. *Miramontes v. Mills*, No. CV 11-8603 MMM (SSX), 2015 WL 7566491, at *9 n. 44 (C.D. Cal. Nov. 24, 2015) | __ Sustained __ Overruled |

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | rather establishes the expected outcomes and results that the government expects. It is then the responsibility of the contractor to meet the government's requirements at the price the vender quoted.<br><br>• Dkt. 408-4, ICE 30(b)(6) Dep. (Brooks) at 70:24-71:23.<br>• **Exhibit H,** (Valdez Decl.) at ¶ 8.<br>• **Exhibit I,** (Johnson Decl.) at ¶ 8.<br>Case 5:17-cv-02514-JGB-SHK Document 411-2 Filed 12/21/20 Page 10 of 21 Page ID #:9429 | (collecting cases); *Sanders v. Douglas*, 565 F. Supp. 78, 80 (C.D. Cal. 1983) (In considering a motion for summary judgment facts couched as "legal conclusions 'are totally ineffectual, and are not to be given any consideration or weight whatsoever.'"). | |
| **46.** | The IGSA, the Bridge Contract, and the Direct Contract do not reserve to ICE any direct control of | Inadmissible legal conclusion. *Miramontes v. Mills*, No. CV 11- | __ Sustained<br><br>__ Overruled |

Case No. 5:17-cv-02514-JGB-SHKx
**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | any part of the contracted work.<br><br>• Dkt. 408-4, ICE 30(b)(6) Dep. (Brooks) at 71:24-72:2; 77:1-8.<br>• **Exhibit H,** (Valdez Decl.) at ¶¶ 8, 17, 18. | 8603 MMM (SSX), 2015 WL 7566491, at *9 n. 44 (C.D. Cal. Nov. 24, 2015) (collecting cases); *Sanders v. Douglas*, 565 F. Supp. 78, 80 (C.D. Cal. 1983) (In considering a motion for summary judgment facts couched as "legal conclusions 'are totally ineffectual, and are not to be given any consideration or weight whatsoever.'"). | |
| **47.** | The IGSA, the Bridge Contract, and the Direct Contract are each fixed-price contracts. | None. | ___ Sustained<br><br>___ Overruled |

Case No. 5:17-cv-02514-JGB-SHKx

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP<br>601 WEST FIFTH STREET, SUITE 300<br>LOS ANGELES, CALIFORNIA 90071<br>TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | • Dkt. 193-2 (IGSA) at 4 (GOWER GEO 0000479). • Dkt. 408-4, ICE 30(b)(6) Dep. (Brooks) at 72:3-72:12. • **Exhibit H,** (Valdez Decl.) at ¶ 8. • **Exhibit I,** (Johnson Decl.) at ¶ 8. | | |
| **48.** | Under the IGSA, the Bridge Contract, and the Direct Contract, GEO agreed to furnish detention services and bed space  for immigrants detained at Adelanto in accordance with all applicable laws and regulations.  • Dkt. 193-2 (IGSA) at 7 (GOWER-GEO_0000482); 63 (GOWER-GEO 0000538). • Dkt. 375-4 (Bridge Contract) at | Lacks foundation. F.R.E. 901-902; 1000-1004. | __ Sustained __ Overruled |

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

Case No. 5:17-cv-02514-JGB-SHKx
**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | 12 (GEO-Novoa_00035202).<br><br>• Dkt. 408-4, ICE 30(b)(6) Dep. (Brooks) at 91:13-18; 92:3-18; 295:25-296:7.<br><br>• **Exhibit B,** GEO 30(b)(6) Dep. (Martin) at 39:14-20.<br><br>• **Exhibit J,** (Performance Work Statement to Direct Contract) at 57 (GEO-Novoa_00041305). | | |
| 49. | GEO developed and implemented a detainee work plan at Adelanto.<br><br>• Dkt. 192-3 (Novoa Decl.) at ¶¶ 11, 17.<br>• Dkt. 192-4 (Campos Fuentes Decl.) at ¶¶ 9, 13.<br>• Dkt. 192-5 (Karim Decl.) at ¶ 16. | • Dkt. 192-3 (Novoa Decl.) at ¶17. Lacks personal knowledge (F.R.E. 602; *see also Block v. City of L.A.*, 253 F.3d 410, 419 (9th Cir 2001 (holding declaration inadmissible when it | __ Sustained<br><br>__ Overruled |

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | • Dkt. 192-6 (Mancia Decl.) at ¶¶ 7, 13.<br>• Dkt. 192-7 (Marwaha Decl.) at ¶¶ 7, 8, 15, 16.<br>• Dkt. 192-8 (Aguilara Decl.) at ¶¶ 8, 12.<br>• Dkt. 193-15 (Voluntary Work Program Policy).<br>• Dkt. 200 (GEO's Conditional Counterclaim) at 34, ¶ 12 ("At all times relevant to these proceedings, GEO administered a Voluntary Work Program at the Adelanto Facility as required by the ICE contract. That Voluntary Work Program was, and is, subject to federal detention standards."). | relies on information and belief rather than firsthand participation or experience.)); Lacks foundation. F.R.E. 901-902; 1000-1004.<br><br>• Dkt. 192-4 (Campos Fuentes Decl.) at ¶ 13. Lacks personal knowledge (F.R.E. 602; *see also Block v. City of L.A.*, 253 F.3d 410, 419 (9th Cir 2001 (holding declaration inadmissible when it relies on information and belief rather than firsthand participation or experience.)); | |

Case No. 5:17-cv-02514-JGB-SHKx
**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | | Lacks foundation. F.R.E. 901-902; 1000-1004.<br><br>• Dkt. 192-5 (Karim Decl.) at ¶ 16. Lacks personal knowledge (F.R.E. 602; *see also Block v. City of L.A.*, 253 F.3d 410, 419 (9th Cir 2001 (holding declaration inadmissible when it relies on information and belief rather than firsthand participation or experience.)); Lacks foundation. F.R.E. 901-902; 1000-1004. | |
| **50.** | • Dkt. 192-6 (Mancia Decl.) at ¶¶ 7, 13. | Lacks personal knowledge (F.R.E. 602; *see also Block* | __ Sustained<br><br>__ Overruled |

Case No. 5:17-cv-02514-JGB-SHKx

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | • Dkt. 192-7 (Marwaha Decl.) at ¶16. | *v. City of L.A.*, 253 F.3d 410, 419 (9th Cir 2001 (holding declaration inadmissible when it relies on information and belief rather than firsthand participation or experience.)); Lacks foundation. F.R.E. 901-902; 1000-1004. Lacks foundation (F.R.E. 901-902; 1000-1004); Hearsay (F.R.E. 802)  • Dkt. 192-8 (Aguilara Decl.) at ¶¶ 8, 12.  Lacks personal knowledge (F.R.E. 602; *see also Block* | |

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
|  |  | v. *City of L.A.*, 253 F.3d 410, 419 (9th Cir 2001 (holding declaration inadmissible when it relies on information and belief rather than firsthand participation or experience.)); Lacks foundation. F.R.E. 901-902; 1000-1004. |  |
| **51.** | Through the VWP, "physically and mentally able detainees are gainfully employed while contributing to the orderly operation of the facility."<br><br>• Dkt. 193-15 (Work Program Policy) at 1 (GEONovoa_ 00000221). | Document has not been authenticated by a competent witness. FRE 901; *Beyene v. Coleman Sec. Servs., Inc.*, 854 F.2d 1179, 1182 (9th Cir.1988) (quoting Canada v. Blain's Helicopters, Inc., | __ Sustained<br><br>__ Overruled |

Case No. 5:17-cv-02514-JGB-SHKx

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | | 831 F.2d 920, 925 (9th Cir.1987)("'[D]ocuments which have not had a proper foundation laid to authenticate them cannot support [or defend against] a motion for summary judgment.'"). | |
| **52.** | GEO developed the parameters of the VWP based on the needs of the facility and availability of detained immigrant labor. <br><br> • Dkt. 193-4 (Janecka Dep.) at 191:7-11; 200:1-201:10; 245:10-13. <br> • **Exhibit C,** GEO 30(b)(6) | Evidence does not support fact for which it is offered. | __ Sustained <br> __ Overruled |

Case No. 5:17-cv-02514-JGB-SHKx

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | (Janecka) at 53:25-54:22.<br><br>• **Exhibit K,** (Wise-McCormick Dep.) at 115:17-23, 141:13-21; 148:19-24; 152:15-19; 164:20-165:4. | | |
| **53.** | The day-to-day operations of Adelanto's VWP are carried out by GEO officers and employees.<br><br>• Dkt. 231-5 (Zoley Decl.) at ¶ 3 ("These day-to-day responsibilities are instead carried out by lower-level GEO officers and employees.").<br>• **Exhibit K,** (Wise-McCormick Dep.) at 220:11-16. | None. | __ Sustained<br><br>__ Overruled |
| **54.** | GEO's Supplemental Detainee Handbook sets forth the specific rules, | None. | __ Sustained<br><br>__ Overruled |

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

Case No. 5:17-cv-02514-JGB-SHKx
**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
|  | regulations, policies, and procedures that detained workers must follow.<br><br>• Dkt. 193-16 (Adelanto Supplemental Detainee Handbook) at 15-16.<br>• **Exhibit B,** GEO 30(b)(6) Dep. (Martin) at 111:7-113:4. |  |  |
| **55.** | GEO creates work details (also known as "work crews").<br><br>• **Exhibit C**, GEO 30(b)(6) Dep. (Janecka) at 245:6-15.<br>• **Exhibit F**, (Spagnuolo Dep.) at 57:10-13.<br>• **Exhibit K**, (Wise-McCormick Dep.) at 102:16-104:22; 149:1-18. | Lack of personal knowledge re non-Adelanto GEO facilities. F.R.E. 602. | __ Sustained<br><br>__ Overruled |
| **56.** | GEO maintains job | Lack of personal | __ Sustained |

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | descriptions for each position in the VWP.<br><br>• **Exhibit F,** (Spagnuolo Dep.) at 70:20-24; 71:6-10.<br>• **Exhibit K,** (Wise-McCormick Dep.) at 204:19-205:10. | knowledge re non-Adelanto GEO facilities. F.R.E. 602. | __ Overruled |
| **57.** | Available work assignments at Adelanto include food service, laundry, dorm cleaning, cores/hallway, court/visit, recreation, floor crew, barbershop, intake, medical detail, paint detail, and warehouse.<br><br>• Dkt. 193-17 (Work Detail Application). | Document has not been authenticated by a competent witness. FRE 901; *Beyene v. Coleman Sec. Servs., Inc.*, 854 F.2d 1179, 1182 (9th Cir.1988) (quoting Canada v. Blain's Helicopters, Inc., 831 F.2d 920, 925 (9th Cir.1987)("'[D]ocuments which have not had a | __ Sustained<br>__ Overruled |

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

Case No. 5:17-cv-02514-JGB-SHKx
**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | | proper foundation laid to authenticate them cannot support [or defend against] a motion for summary judgment.'"). | |
| **58.** | Detained immigrants interested in participating in the VWP apply for the program by filling out and submitting a Work Detail Application.<br><br>• Dkt. 193-17 (Work Detail Application).<br>• Dkt. 193-4 (Janecka Dep.) at 94:5-9.<br>• **Exhibit C,** GEO 30(b)(6) (Janecka) at 131:10-15. | Document has not been authenticated by a competent witness. FRE 901; *Beyene v. Coleman Sec. Servs., Inc.*, 854 F.2d 1179, 1182 (9th Cir.1988) (quoting Canada v. Blain's Helicopters, Inc., 831 F.2d 920, 925 (9th Cir.1987)("'[D]ocuments which have not had a proper foundation | __ Sustained<br><br>__ Overruled |

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

Case No. 5:17-cv-02514-JGB-SHKx

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

Case 5:17-cv-02514-JGB-SHK    Document 434-3    Filed 01/11/21    Page 49 of 69    Page ID #:16492

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | | laid to authenticate them cannot support [or defend against] a motion for summary judgment.'"). Further, to the extent Plaintiffs rely on Mr. Janecka's testimony re non-Adelanto facilities, Mr. Janecka lacks personal knowledge. F.R.E. 602. | |
| **59.** | A GEO classification officer reviews the Work Detail Applications and determines which job, if any, applicant will perform.<br><br>• **Exhibit C,** GEO | Lack of personal knowledge re non-Adelanto GEO facilities. F.R.E. 602. | __ Sustained<br><br>__ Overruled |

DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | 30(b)(6) (Janecka) at 245:16-18.<br><br>• **Exhibit K,** Wise-McCormick Dep. at 95:11-96:1; 107:9-14;<br>131:7-133:17; 134:10-14; 156:21-157:11; 160:1-25; 220:11-16.<br><br>• **Exhibit F,** (Spagnuolo Dep.) at 57:2-9. | | |
| **60.** | GEO recruits some detained immigrants to participate in the Work Program.<br><br>• **Exhibit K,** (Wise-McCormick Dep.) at 175:15-24; 177:6-21;<br>178:17-179:9.<br><br>• **Exhibit F,** (Spagnuolo Dep.) at 48:23-40:9. | Lack of personal knowledge re non-Adelanto GEO facilities. F.R.E. 602;<br>Lacks foundation (F.R.E. 901-902; 1000-1004);<br>Prejudice (F.R.E. 403) | __ Sustained<br><br>__ Overruled |

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | | | |
| **61.** | GEO assigns detained workers to shifts.<br><br>• **Exhibit K,** (Wise-McCormick Dep.) at 165:17-168:2.<br>• **Exhibit F,** (Spagnuolo Dep.) | Lack of personal knowledge re non-Adelanto GEO facilities. F.R.E. 602;<br>Lacks foundation (F.R.E. 901-902; 1000-1004);<br>Prejudice (F.R.E. 403) | __ Sustained<br><br>__ Overruled |
| **62.** | GEO sets detained immigrant work schedules.<br><br>• Dkt. 193-4 (Janecka Dep.) at 187:1-4.<br>• Dkt. 193-5 (Ragsdale Dep.) at 134:13-135:2.<br>• **Exhibit C,** GEO 30(b)(6) Dep. (Janecka) at 245:19-21.<br>• **Exhibit F,** (Spagnuolo Dep.) at 59:17-19. | To the extent Plaintiffs rely on testimony from Mr. Janecka, Ms. McCormick and Ms. Spagnulo they lack personal knowledge re non-Adelanto GEO facilities. (F.R.E. 602);<br>Lacks foundation (F.R.E. 901-902; 1000-1004);<br>Prejudice (F.R.E. 403) | __ Sustained<br><br>__ Overruled |

Case No. 5:17-cv-02514-JGB-SHKx
**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | • **Exhibit K,** (Wise-McCormick Dep.) at 139:7-140:1. | | |
| **63.** | GEO provides detained workers with all equipment, tools, and supplies necessary to complete their jobs.<br><br>• Dkt. 193-4 (Janecka Dep.) at 147:25-148:24; 158:12-159:16.<br>• Dkt. 200 (Answer) at ¶ 51 ("Defendant admits that it provides detainees with personal protection equipment and work uniforms as appropriate under the Voluntary Work Program.").<br>• **Exhibit C,** GEO 30(b)(6) Dep. | To the extent Plaintiffs rely on testimony from Mr. Janecka, Ms. McCormick and Ms. Spagnulo they lack personal knowledge re non-Adelanto GEO facilities. (F.R.E. 602). | __ Sustained<br><br>__ Overruled |

Case No. 5:17-cv-02514-JGB-SHKx
**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | (Janecka) at 245:22-24.<br><br>• **Exhibit F,** (Spagnuolo Dep.) at<br><br>57:21-24.<br><br>• **Exhibit K,** (Wise-McCormick<br><br>Dep.) at 208:11-20. | | |
| **64.** | GEO provides detained workers with work uniforms necessary to complete their jobs.<br><br>• Dkt. 200 (Answer) at ¶ 51 ("Defendant admits that it provides detainees with personal protection equipment and work uniforms as appropriate under the Voluntary Work Program.").<br><br>• **Exhibit F,** (Spagnuolo Dep.) at 57:21-24. | To the extent Plaintiffs rely on testimony from Ms. Spagnulo she lacks personal knowledge re non-Adelanto GEO facilities. (F.R.E. 602);<br>Lacks foundation (F.R.E. 901-902; 1000-1004);<br>Prejudice (F.R.E. 403) | __ Sustained<br><br>__ Overruled |

AKERMAN LLP<br>601 WEST FIFTH STREET, SUITE 300<br>LOS ANGELES, CALIFORNIA 90071<br>TEL.: (213) 688-9500 – FAX: (213) 627-6342

Case No. 5:17-cv-02514-JGB-SHKx
**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
|  |  |  |  |
| **65.** | GEO provides detained workers with job training. <br><br> • **Exhibit F,** (Spagnuolo Dep.) at 57:17-20; 62:11-16. <br> • **Exhibit K,** (Wise-McCormick Dep.) at 204:23-205:23; 206:15-25; 207:21-208:10; 224:8-225:15. | To the extent Plaintiffs rely on testimony from Ms. McCormick and Ms. Spagnulo they lack personal knowledge re non-Adelanto GEO facilities. (F.R.E. 602). | ___ Sustained <br><br> ___ Overruled |
| **66.** | GEO provides detained workers with instructions for how to perform their jobs. <br><br> • **Exhibit C,** GEO 30(b)(6) Dep. (Janecka) at 245:25-246:2. <br> • **Exhibit F,** (Spagnuolo Dep.) at 57:17-20. <br> • **Exhibit K,** (Wise-McCormick | To the extent Plaintiffs rely on testimony from Mr. Janecka, Ms. McCormick and Ms. Spagnulo they lack personal knowledge re non-Adelanto GEO facilities. (F.R.E. 602); Lacks foundation (F.R.E. 901-902; | ___ Sustained <br><br> ___ Overruled |

AKERMAN LLP<br>601 WEST FIFTH STREET, SUITE 300<br>LOS ANGELES, CALIFORNIA 90071<br>TEL.: (213) 688-9500 – FAX: (213) 627-6342

Case No. 5:17-cv-02514-JGB-SHKx
**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | Dep.) at 155:1-14; 204:23-205:23; 206:15-207:3. | 1000-1004); Prejudice (F.R.E. 403) | |
| **67.** | GEO supervises detained workers.<br><br>• Dkt. 193-2 (IGSA) at 63 (GOWER-GEO_0000538).<br>• **Exhibit C,** GEO 30(b)(6) Dep. (Janecka) at 245:25-246:2.<br>• **Exhibit K,** (Wise-McCormick Dep.) at 64:23-65:9. | To the extent Plaintiffs rely on testimony from Ms. McCormick she lacks personal knowledge re non-Adelanto GEO facilities. (F.R.E. 602). | __ Sustained<br><br>__ Overruled |
| **68.** | GEO evaluates detained worker job performance.<br><br>• **Exhibit C,** GEO 30(b)(6) Dep. (Janecka) at 246:7-9.<br>• **Exhibit F,** (Spagnuolo Dep.) at 57:14-16.<br>• **Exhibit K,** (Wise- | To the extent Plaintiffs rely on testimony from Mr. Janecka, Ms. McCormick and Ms. Spagnulo they lack personal knowledge re non-Adelanto GEO facilities. (F.R.E. | __ Sustained<br><br>__ Overruled |

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

Case No. 5:17-cv-02514-JGB-SHKx

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|----------|-----------|-------------|---------|
| | McCormick Dep.) at 208:21-209:6. | 602); Lacks foundation (F.R.E. 901-902; 1000-1004); Prejudice (F.R.E. 403) | |
| **69.** | GEO may suspend a detained worker from a work detail.<br><br>• **Exhibit F,** (Spagnuolo Dep.) at 57:25-58:4.<br>• **Exhibit K,** (Wise-McCormick Dep.) at 215:2-18; 219:15-24. | To the extent Plaintiffs rely on testimony from Mr. Janecka, Ms. McCormick and Ms. Spagnulo they lack personal knowledge re non-Adelanto GEO facilities. (F.R.E. 602); Lacks foundation (F.R.E. 901-902; 1000-1004); Prejudice (F.R.E. 403) | __ Sustained<br><br>__ Overruled |
| **70.** | GEO determines the length of a detained worker's suspension from | To the extent Plaintiffs rely on testimony from | __ Sustained<br><br>__ Overruled |

AKERMAN LLP<br>601 WEST FIFTH STREET, SUITE 300<br>LOS ANGELES, CALIFORNIA 90071<br>TEL.: (213) 688-9500 – FAX: (213) 627-6342

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
|  | a work crew.<br><br>• **Exhibit K,** (Wise-McCormick Dep.) at 215:2-21. | Ms. McCormick she lacks personal knowledge re non-Adelanto GEO facilities. (F.R.E. 602);<br>Lacks foundation (F.R.E. 901-902; 1000-1004);<br>Prejudice (F.R.E. 403);<br>Irrelevant (FRE 401-403); |  |
| **71.** | GEO may fire detained workers.<br><br>• Dkt. 193-18 ("Housekeeping Plan") at 3.<br>• **Exhibit F,** (Spagnuolo Dep.) at 57:25-58:4; 139:9-140:4; 144:16-19;148:20-23.<br>• **Exhibit K,** (Wise-McCormick | To the extent Plaintiffs rely on testimony from Mr. Janecka, Ms. McCormick and Ms. Spagnulo they lack personal knowledge re non-Adelanto GEO facilities. (F.R.E. 602) | __ Sustained<br><br>__ Overruled |

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | Dep.) at 107:15-17; 108:7-109:2; 111:14-112:5; 112:22-113:9; 210:14-211:10; 218:20-22. | | |
| 72. | GEO tracks detained worker hours.<br><br>• Dkt. 193-4 (Janecka Dep.) at 117:7-21; 144:11-15.<br>• **Exhibit C,** GEO 30(b)(6) Dep. (Janecka) at 102:20-103:7; 103:16-22.<br>• **Exhibit F,** (Spagnuolo Dep.) at 58:13-24; 60:6-13. | To the extent Plaintiffs rely on testimony from Mr. Janecka, Ms. McCormick and Ms. Spagnulo they lack personal knowledge re non-Adelanto GEO facilities. (F.R.E. 602). | __ Sustained<br><br>__ Overruled |
| 73. | GEO maintains detained worker payroll records.<br><br>• Dkt. 193-4 (Janecka Dep.) at 144:11-23.<br>• **Exhibit C,** GEO | To the extent Plaintiffs rely on testimony from Mr. Janecka, Ms. McCormick and Ms. Spagnulo they lack personal | __ Sustained<br><br>__ Overruled |

Case No. 5:17-cv-02514-JGB-SHKx

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | 30(b)(6) Dep. (Janecka) at 103:16-22; 133:18-25; 141:2-6.<br><br>• **Exhibit F,** (Spagnuolo Dep.) at 58:13-24; 78:5-15. | knowledge re non-Adelanto GEO facilities. (F.R.E. 602). | |
| **74.** | GEO pays detained workers by depositing money into their commissary (or "trust") accounts.<br><br>• Dkt. 193-4 (Janecka Dep.) at 142:3-5.<br>• Dkt. 200 (Answer) at ¶ 53 (admitting "it pays detainees $1 per day to their commissary accounts for participation in the Voluntary Work Program.").<br>• **Exhibit L,** GEO 30(b)(6) Dep. (Hill) at 68:2-8. | None. | __ Sustained<br><br>__ Overruled |
| **75.** | GEO pays detained | None. | __ Sustained |

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | workers at Adelanto $1 per day for their labor.<br><br>• Dkt. 193-4 (Janecka Dep.) at 118:3-25.<br>• Dkt. 193-19 (Venturella Dep.) at 292:18-20.<br>• Dkt. 200 (Answer) at ¶ 53 (admitting "it pays detainees $1 per day to their commissary accounts for participation in the Voluntary Work Program."). | | __ Overruled |
| 76. | GEO pays more than $1 per day at several of its civil immigration facilities.<br>• Dkt. 193-19 (Venturella Dep.) at 292:18-20.<br>• **Exhibit B,** GEO 30(b)(6) Dep. (Martin) at 65:1-17; 66:2-67:8; 67:4-8. | Irrelevant F.R.E. 402.<br><br>Evidence does not support fact for which it is offered; Prejudice F.R.E. 403 (detainees could volunteer for positions before acceptance into the VWP but does not support | __ Sustained<br>__ Overruled |

AKERMAN LLP<br>601 WEST FIFTH STREET, SUITE 300<br>LOS ANGELES, CALIFORNIA 90071<br>TEL.: (213) 688-9500 – FAX: (213) 627-6342

Case No. 5:17-cv-02514-JGB-SHKx
**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | | that detainees in the VWP were not paid). | |
| **77.** | GEO permits detained immigrants at Adelanto to work in VWP details for no compensation.<br><br>• Dkt. 193-34 at No. 25 (admitting that GEO permits detainees at the Adelanto Facility to work for no compensation if all paid Work Program positions are filled.)<br>• Dkt. 193-21 (December 29, 2013 email).<br>• Dkt. 193-22 (Nov. 6, 2012 email re: "Detainee Workers").<br>• Dkt. 192-4 (Campos Fuentes Decl.) at ¶ 9.<br>• Dkt. 192-5 (Karim Decl.) at ¶¶ 7, 10.<br>• Dkt. 192-6 (Mancia Decl.) at ¶ 8.<br>• Dkt. 192-8 (Aguilera | Evidence does not support the fact for which it is offered; GEO 30(b)(6) deponent testified there are more than 40 positions and that statement is not accurate. | __ Sustained<br><br>__ Overruled |

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | Decl.) at ¶ 9.<br>• **Exhibit F,** (Spagnuolo Dep.) at 132:3-6.<br>• **Exhibit K,** Wise-McCormick Dep. at 39:13-40:10; 42:4-7; 198:7-199:2; 229:17-25; 230:21-25; 232:3-233:3; 236:7-22; 240:5-9. | | |
| 78. | GEO's Work Detail Application states: "There are 40 paid positions in the work member detail program."<br><br>• Dkt. 193-17 (Work Detail Application).<br>• **Exhibit C,** GEO 30(b)(6) Dep. (Janecka) at 126:15-22. | None. | __ Sustained<br><br>__ Overruled |
| 79. | Hundreds of detained immigrants may participate in work crews each day. | None. | __ Sustained<br><br>__ Overruled |

Case No. 5:17-cv-02514-JGB-SHKx
**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | • **Exhibit C,** GEO 30(b)(6) Dep. (Janecka) at 132:1-2.<br><br>• **Exhibit K,** (Wise-McCormick Dep.) at 162:20-163:5; 165:14-16; 196:12-17. | | |
| **80.** | In all aspects other than compensation, GEO's control over detained immigrant labor in the UWP identical to GEO's control of detained immigrant labor in the VWP.<br><br>• **Exhibit K,** (Wise-McCormick Dep.) at 198:7-199:2; 230:21-25; 236:7-22. | Inadmissible legal conclusion. *Miramontes v. Mills*, No. CV 11-8603 MMM (SSX), 2015 WL 7566491, at *9 n. 44 (C.D. Cal. Nov. 24, 2015) (collecting cases); *Sanders v. Douglas*, 565 F. Supp. 78, 80 (C.D. Cal. 1983) (In considering a motion for summary judgment facts couched as | __ Sustained<br><br>__ Overruled |

AKERMAN LLP<br>601 WEST FIFTH STREET, SUITE 300<br>LOS ANGELES, CALIFORNIA 90071<br>TEL.: (213) 688-9500 – FAX: (213) 627-6342

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | | "legal conclusions 'are totally ineffectual, and are not to be given any consideration or weight whatsoever.'"). Evidence does not support fact for which it is offered. | |
| **81.** | GEO tracks unpaid detained workers using the same Detainee Payroll Rosters it uses to track paid detained workers.<br><br>• Dkt. 193-22 (Detainee Payroll Rosters) at GEONovoa_00011182; GEONovoa_00011736.<br><br>• **Exhibit K,** (Wise-McCormick Dep.) at 203:5-204:11; 228:23-230:25; 234:21-240:9. | Evidence does not support fact for which is it offered; Prejudice F.R.E. 403. | __ Sustained<br>__ Overruled |

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

Case No. 5:17-cv-02514-JGB-SHKx
**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | | | |
| **82.** | Detained immigrants are responsible for cleaning common use areas in their housing units for no compensation.<br><br>• Dkt. 193-18 (Adelanto Housekeeping Plan).<br>• Dkt. 193-23 (Adelanto Sanitation Procedures and Housekeeping Plan).<br>• Dkt. 193-24 (Housing Unit Post Orders).<br>• Dkt. 193-34 (deemed Admissions) at No. 23.<br>• **Exhibit C,** GEO 30(b)(6) (Janecka) at 152:7-22; 153:22-154:3. | Evidence does not support fact for which it is offered. | __ Sustained<br><br>__ Overruled |
| **83.** | There are a range of permissible sanctions for the refusal to clean assigned living area, which a GEO officer may recommend based upon his or her discretion. | None. | __ Sustained<br><br>__ Overruled |

Case No. 5:17-cv-02514-JGB-SHKx
**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | • Dkt. 193-16 (Adelanto Supplemental Detainee Handbook) at 31-32 (GEONovoa_00003853-00003854.<br><br>• **Exhibit C,** GEO 30(b)(6) (Janecka) at 157:17-21 | | |
| **84.** | The Adelanto Handbook provides that "refusal to clean assigned living area" is punishable by any combination of the following penalties: (1) initiate criminal proceedings; (2) recommend disciplinary transfer; (3) disciplinary segregation up to 72 hours; (4) make monetary restitution, if funds are available; (5) loss of privileges (e.g. commissary, vending machines, movies, | None. | __ Sustained<br><br>__ Overruled |

AKERMAN LLP<br>601 WEST FIFTH STREET, SUITE 300<br>LOS ANGELES, CALIFORNIA 90071<br>TEL.: (213) 688-9500 – FAX: (213) 627-6342

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
| | recreation, etc.); (6) change housing; (7) remove from program and/or group activity; (8) loss of job; (9) impound and store detainee's personal property; (10) confiscate contraband; (11) restrict to living/housing unit; (12) reprimand; (13) warning.<br><br>• Dkt. 193-16 (Adelanto Supplemental Detainee Handbook) at 30-31.<br><br>• **Exhibit B,** GEO 30(b)(6) Dep. (Martin) 122:24-123: 17.<br><br>• **Exhibit C,** GEO 30(b)(6) (Janecka) at 158:20-159:11. | | |
| **85.** | The Adelanto Handbook provides that "being unsanitary or untidy, | None. | __ Sustained<br><br>__ Overruled |

Case No. 5:17-cv-02514-JGB-SHKx

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| FACT NO. | EVIDENCE: | OBJECTIONS: | RULING: |
|---|---|---|---|
|  | failing to keep self and living area in accordance with standards" is punishable by any combination of the following penalties: (1) loss of privileges (e.g. commissary, movies, recreation, etc.); (2) change housing; (3) removal from program and/or group activity; (4) loss of job; (5) impound and store detainee's personal property; (6) confiscate contraband; (7) restrict to housing unit; (8) reprimand; (9) warning.<br><br>• Dkt. 193-16 (Adelanto Supplemental Detainee Handbook) at 31-32 (GEONovoa_00003854-00003855). |  |  |

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

68

Case No. 5:17-cv-02514-JGB-SHKx

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

IT IS SO ORDERED.


DATED: _____                    _____

The Honorable Jesus G. Bernal
United States District Court Judge

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

**DEFENDANT THE GEO GROUP, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**