AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE GEO GROUP, INC., <br><br> Defendant. <br><br>———————————————— <br> THE GEO GROUP, INC., <br><br> Counter-Claimant, <br><br> vs. <br><br> RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated, <br><br> Counter-Defendant. | Case No. 5:17-cv-02514-JGB-SHK <br><br><br> **ORDER RE JOINT STIPULATION FOR EXTENSION OF DEADLINES** <br><br><br> TAC Filed:  September 16, 2019 <br> SAC Filed:  December 24, 2018 <br> FAC Filed:  July 6, 2018 <br> Complaint Filed:  December 19, 2017 <br> Trial Date:  March 30, 2021 |

This Court, having considered the Joint Stipulation for Extension of Deadlines, and good cause appearing therefore, hereby approves the Stipulation and ORDERS as follows:

1

CASE NO. 5:17-cv-02514-JGB-SHK

**ORDER RE JOINT STIPULATION FOR EXTENSION OF DEADLINES**

56329956;1

1. The Final Pretrial Conference and hearing on Motions in Limine will be continued to **Monday, March 29, 2021.**

2. The trial date will be continued to **Tuesday, April 13, 2021.**

**IT IS SO ORDERED.**

DATED: February 3, 2021

Hon. Jesus G. Bernal
United States District Judge

**AKERMAN LLP**

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

2                    CASE NO. 5:17-CV-02514-JGB-SHK

**ORDER RE JOINT STIPULATION FOR EXTENSION OF DEADLINES**

56329956;1