# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| **RAUL NOVOA, et al.,** | **Civil Action No. 5:17-cv-02514-JGB-SHK** |
| **Plaintiffs,** | |
| **v.** | **CLASS ACTION** |
| **THE GEO GROUP, INC.** | **EXPERT DECLARATION OF PROFESSOR MICHAEL CHILDERS** |
| **Defendant.** | |

I, Michael Childers, declare as follows:

## I.    Professional Qualifications, Education and Experience.

1.    I am a Professor in the Department of Labor Education at the University of Wisconsin-Madison. I hold an MS and PhD in Workforce Education and Development from Southern Illinois University Carbondale, and a BS in Industrial Engineering from the University of Illinois at Urbana-Champaign. I am a member of the Institute of Industrial Engineers, the Labor and Employment Relations Association, and the United Association of Labor Educators. My CV is attached as **Exhibit 1**.

2.    I joined the University of Wisconsin-Madison after completing my graduate degrees and post-doctorate fellowship. I teach, conduct research and engage in public service activities in several fields, one of which is Industrial Engineering. I teach the graduate level Labor Relations course at the Wisconsin School of Business as well as courses in work measurement, bargaining, financial officer, and leadership.

3.    In the area of Industrial Engineering, I teach courses regarding time study, production standards, lean production, job evaluation, and incentive & gainsharing pay systems. My work over the past 15 years creating and conducting educational programs for both union and management industrial engineers includes training hundreds of people to conduct time studies and apply the principles of work measurement.  In the 10 years prior to my academic career, I worked directly as an Industrial Engineer and Plant Manager in the private sector where I was responsible for both labor standards and the success of manufacturing operations.

1

4. During my career, I have worked with dozens of unions and companies on issues related to production standards, workloads, and staffing levels in which I have developed estimates of the time that should be allowed to perform work activities. I have conducted hundreds of time studies in manufacturing, warehousing, service, and government organizations. Some of these projects have involved collecting, analyzing, and drawing conclusions from large amounts of data.

5. I have worked on numerous FLSA projects independently and with my colleague Ken Mericle, including studies of donning, doffing, and related work activities at beef, chicken, and hog plants. I have also done similar projects in food-processing plants, as well as in office and industrial environments.

6. I have been asked by Plaintiffs' counsel to render my opinion with respect to an estimate of work time that Defendant The GEO Group, Inc. ("GEO") should expect an employee to spend on work activities performed by immigrant detainee participants in the Voluntary Work Program ("VWP") designed and administered by GEO at the Adelanto ICE Processing Center ("Adelanto"). In addition, I have been asked to determine the expected cost to GEO to compensate a third-party to provide those services.

7. My opinions, as outlined herein, are informed by my knowledge, skill, experience, training, and education, as well as my review of numerous documents in the record of this case including the Third Amended Complaint, the Motion and Memorandum for Class Certification and its exhibits, the deposition transcripts and declarations of the class representatives and other witnesses, and materials produced in discovery between the parties. A list of materials I have reviewed and relied upon in making this declaration is attached as **Exhibit 2**. Where it seemed appropriate, I have referenced certain materials I have reviewed and relied upon in the footnotes of this declaration.

8. My work on this matter is ongoing and my opinions are based on the information I have studied and researched to date. Based on the information I have reviewed I am confident in the opinions contained in this declaration. It is my understanding that additional documents and information may be forthcoming during the course of this litigation, and that discovery is ongoing. I reserve the right to supplement my opinions as additional information becomes available.

## II.     Assumptions, Methodology, and Conclusions

## A.     Assumptions and Methodology

9.      Plaintiffs allege detainee participation in the work programs at Adelanto enabled GEO to become unjustly enriched through reduced operational costs relative to the operational costs that would have been incurred but-for the detainee work program.  It is alleged that by utilizing detainee labor for various job responsibilities in lieu of active recruiting and use of traditional labor market resources, GEO reduced its costs and increased it profits. I have been asked to provide computations for GEO's gains associated with these avoided costs.

10.     Absent the detainee work program, GEO would have incurred substantially higher payroll expenses in order to replace detainee labor with paid labor. GEO, however, would be unlikely to hire employees at a one-to-one rate to replace all detainee labor.  As such, the rate at which GEO would substitute market labor for detainee labor but-for the work program can be calculated by the methodologies I have used herein

11.     In forming my opinions in this matter, I have been instructed to assume the following background facts regarding work performed by immigrant detainees pursuant to GEO's Adelanto VWP as detailed in the documents I have reviewed.

  a.  GEO operates the Adelanto immigrant detention facility and is required to do so in accordance standards issued by the Department of Homeland Security ("DHS") and U.S. Immigrations and Customs Enforcement ("ICE").[1]

  b.  The ICE standards, known as the Performance Based National Detention Standards ("PBNDS") require GEO to create a detainee Voluntary Work Program ("VWP") that complies with the PBNDS, and that GEO has done so for Adelanto. [2]

---

[1]Until last year, GEO operated the Adelanto facility pursuant to the terms of an Intergovernmental Services Agreement and a Services Contract arrangement involving the City of Adelanto which began in 2011. In June 2019, ICE and GEO entered into a "Bridge Contract," which was replaced in December 2019 by a direct contract between ICE and GEO governing Adelanto. Each set of documents require GEO to adhere to the ICE standards known as the Performance Based National Detention Standards ("PBNDS"), which in turn require GEO to create a detainee Voluntary Work Program ("VWP") that complies with the PBNDS. GEO has done that for Adelanto.

[2]Except in secured areas as noted in 17.1.2-AUR Sanitation & Housing Attachment A (exhibit 164).

c. GEO pays each immigrant detainee participant at a rate of one dollar per day ($1/day) for the work they perform pursuant to the VWP.[3]

12. In addition, I have reviewed documents that confirm GEO had a regimented, documented process to recruit and train and maintain a ready labor pool via the VWP and utilized these individuals to accomplish the work necessary to provide food, laundry, barber, maintenance and general cleaning services for the facility.[4]

13. To calculate the amount of time GEO should expect its employees to spend on work activities, I relied on various case materials including Prod 19 – Blueprints for information regarding the physical spaces.[5]

14. For the information regarding the time required by area size and sanitation level, I relied on the Association of Physical Plant Administrators (APPA) Custodial Staffing Guidelines (2nd Edition)[6]. Created in 1914 as the Association of Superintendents of Buildings and Grounds, the APPA is recognized globally as a leader in professional development programs, credentialing, research, publications, networking, and information services for the educational facilities profession.

15. For each area cleaned, the cleaning standards were determined by examination of Housekeeping/Maintenance Plan 17.1.2-AUR Sanitation & Housing Attachment A (Exhibit 164) and matching that with the APPA Custodial Service Levels descriptions as set forth here:

**APPA CUSTODIAL SERVICE LEVELS**

Level 1 - Orderly Spotlessness

Level 1 establishes cleaning at the highest level. It was developed for the corporate suite, the donated building, or the historical focal point. This is show-quality cleaning for that prime facility.

- Floors and base moldings shine and/or are bright and clean; colors are fresh. There is no buildup in corners or along walls.

---

[3] GEO-Novoa_00016506; GEO-Novoa_00000704

[4] In particular the depositions of Mary Wise-McCormick and Amber Martin and their exhibits.

[5] GEO-Novoa_00041372

[6] Retrieved from https://dcsglobal.ca/wp-content/uploads/2015/05/APPA.pdf

- All vertical and horizontal surfaces have a freshly cleaned or polished appearance and have no accumulation of dust, dirt, marks, streaks, smudges, or fingerprints.
- Washroom and shower tile and fixtures gleam and are odor-free. Supplies are adequate.
- Trash containers and pencil sharpeners are empty, clean, and odor-free.

## Level 2 - Ordinary Tidiness

Level 2 is the base upon which this study is established. This is the level at which cleaning should be maintained. Lower levels for washrooms, changing/locker rooms, and similar type facilities are not acceptable.

- Floors and base moldings shine and/or are bright and clean. There is no buildup in corners or along walls, but there can be up to two days' worth of dirt, dust, stains, or streaks.
- All vertical and horizontal surfaces are clean, but marks, dust, smudges, and fingerprints are noticeable with close observation.
- Washroom and shower tile and fixtures gleam and are odor-free. Supplies are adequate.
- Trash containers and pencil sharpeners are empty, clean, and odor-free.

## Level 3 - Casual Inattention

This level reflects the first budget cut, or some other staffing-related problem. It is a lowering of normal expectations. While not totally acceptable, it has yet to reach an unacceptable level of cleanliness.

- Floors are swept clean, but upon close observation dust, dirt, and stains, as well as a buildup of dirt, dust, and/or floor finish in corners and along walls, can be seen.
- There are dull spots and/or matted carpet in walking lanes, and streaks and splashes on base molding.
- All vertical and horizontal surfaces have obvious dust, dirt, marks, smudges, and fingerprints.
- Lamps all work, and all fixtures are clean.
- Trash containers and pencil sharpeners are empty, clean, and odor-free.

16.    I have gathered data about work activities performed by immigrant detainee participants in the VWP and their duration from APPA data compute the time that a worker would spend to perform the various labor activities.

17.    I researched the US Department of Labor Bureau of Labor Statistics (BLS) for information related to the average wages and fringe benefit costs.

18.    Using a computer to perform calculations and tabulate results, I utilized the data sources and methodology above to compute and prepare the conclusions. This work product is attached as **Exhibit 3**.

    a.  To calculate the cost for GEO to directly hire the full-time workers necessary to complete the work, I used the BLS data and results of the APPA and work hour analysis.

    b.  To compute the amount that GEO would expect to pay a third-party provider to provide the services performed by immigrant detainee participants in the VWP, I used the assumptions of a lowest cost employer, paying minimum wage and providing no benefits.

## B.    Conclusions

19.    **Table 1** reflects the number of full-time workers needed to perform the custodial work currently performed by immigrant detainees pursuant to GEO's Adelanto VWP, summarized by area and service level.

### Table 1 – Custodial Work

| Task Area | APPA Service Level | Adelanto East square ft | Adelanto West square ft | Full Time Custodians Required |
|---|---|---|---|---|
| Medical | 1 | 3535 | 9561 | 4.52 |
| Intake | 1 | 4849 | 8830 | 1.82 |
| Kitchen/Laundry | 1 | 6331 | 9,305 | 7.82 |
| Visitation | 1 | 2773 | 3,027 | 1.12 |
| Housing | 2 | 50856 | 139,940 | 46.54 |
| Corridors | 2 | 3075 | 4,329 | 1.72 |

20.     The total number of staff to clean these areas is 63.53 full-time custodial workers. Reflected as total hours worked, this would be 132,143.6 hours of cleaning annually. An analysis of hours worked derived from payroll records provided by GEO showed an average of 136,029 hours worked annually from 2016-2019, placing results from the two studies at less than a 3% difference.[7] This work hours data was utilized to complete calculations for the work tasks in the tables that follow.

21.     **Table 2** provides the average wage in the Riverside-San Bernardino-Ontario, CA labor market as summarized from BLS data.

### Table 2 –Average Hourly Wages, San Bernardino County[8]

| Job | OES | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|---|
| **Janitor** | 37-2011 | 16.77 | 16.14 | 15.45 | 14.67 | 13.80 |
| **Food Prep** | 35-2021 | 13.67 | 12.93 | 12.40 | 11.62 | 10.58 |
| **Laundry** | 51-6011 | 13.56 | 12.81 | 13.02 | 12.88 | 12.37 |
| **Barber** | 39-5012 | 14.78 | 15.19 | 15.06 | 16.04 | 13.85 |

### Table 2 (continued)

| Job | OES | 2014 | 2013 | 2012 | 2011 |
|---|---|---|---|---|---|
| **Janitor** | 37-2011 | 13.10 | 13.09 | 12.86 | 12.88 |
| **Food Prep** | 35-2021 | 10.03 | 9.84 | 9.92 | 9.95 |
| **Laundry** | 51-6011 | 11.77 | 11.22 | 10.78 | 10.12 |
| **Barber** | 39-5012 | 11.74 | 10.26 | 9.89 | 10.14 |

22.     I also collected the relevant information about labor market standards from the BLS. For US private sector workers, the average benefit costs beyond wages for the period 2011-2020 are 30.33% of payroll.[9]

---

[7] Exhibit 3a of Expert Report of Jody Bland, Senior Vice President, BVA Group LLC.

[8] Retrieved from https://www.bls.gov/oes/current/oes_40140.htm

[9] Retrieved from https://www.bls.gov/regions/southwest/news-release/employercostsforemployeecompensation_regions.htm

23.     Using this data, I computed the wage and benefit cost for GEO Group to compensate employees to complete this work as summarized in **Table 3**.

### Table 3 – 2019 Cost of Employees by Occupation

| Job | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|
| Janitor | 323,408.79 | 572,151.07 | 1,238,928.57 | 1,395,446.31 | 1,646,198.49 |
| Food Prep | 187,475.99 | 331,182.50 | 698,882.43 | 801,751.05 | 947,091.56 |
| Laundry | 11,791.32 | 22,254.53 | 49,235.73 | 58,122.66 | 68,421.01 |
| Barber | 14,669.16 | 25,289.47 | 55,867.62 | 71,928.79 | 95,036.96 |
| | | | | | |
| **TOTAL** | 537,345.26 | 950,877.57 | 2,042,914.34 | 2,327,248.80 | 2,756,748.02 |

### Table 3 (continued)

| Job | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|
| Janitor | 2,545,596.62 | 2,867,666.30 | 2,717,818.96 | 3,045,812.26 |
| Food Prep | 1,513,117.04 | 1,727,166.00 | 1,633,904.12 | 1,863,111.71 |
| Laundry | 103,639.88 | 112,046.08 | 100,021.38 | 114,191.66 |
| Barber | 160,110.87 | 160,770.47 | 147,112.45 | 154,410.40 |
| | | | | |
| **TOTAL** | 4,322,464.41 | 4,867,648.86 | 4,598,856.91 | 5,177,526.02 |

24.     The total annual cost of employing full-time GEO staff to perform the duties provided by VWP immigrant detainees in the period from 2011-2019 would be $ 27,581,630.20.

25.    **Table 4** summarizes the annual additional profit earned by GEO from its use of detainee labor instead of hiring and assigning their employees to perform the work by calculating the difference between the costs GEO would incur and the actual amount paid to immigrant detainees in the VWP. This total is $ 26,735,048.20.

### Table 4 – GEO Profits from detainee labor

| Year | Cost of GEO Employees | Amount GEO paid immigrant detainees | Extra profits realized by GEO |
|------|------|------|------|
| 2011 | 537,345.26 | 6,843.00 | 530,502.26 |
| 2012 | 950,877.57 | 36,374.00 | 914,503.57 |
| 2013 | 2,042,914.34 | 77,382.00 | 1,965,532.34 |
| 2014 | 2,327,248.80 | 87,092.00 | 2,240,156.80 |
| 2015 | 2,756,748.02 | 91,980.00 | 2,664,768.02 |
| 2016 | 4,322,464.41 | 121,316.00 | 4,201,148.41 |
| 2017 | 4,867,648.86 | 151,745.00 | 4,715,903.86 |
| 2018 | 4,598,856.91 | 137,673.00 | 4,461,183.91 |
| 2019 | 5,177,526.02 | 136,177.00 | 5,041,349.02 |
| **TOTAL** | 27,581,630.20 | 846,582.00 | 26,735,048.20 |

26.     To compute a lowest legal cost contractor expenses, I computed the labor costs at California minimum wage, with 10% added for workers compensation, unemployment insurance,[10] and Medicare/Social Security withholding. This also assumes all supplies, equipment, tools, uniforms, etc. would continue to be provided to the workers by GEO as is currently done in the VWP. This cost for the period 2011-2018 would be $ 20,334,440.28.

27.     **Table 5** summarizes the annual additional profit earned by GEO from its use of detainee labor instead of hiring a lowest legal cost subcontractor to perform the work by calculating the difference between the costs GEO would incur from subcontracting and the actual amount paid to immigrant detainees in the VWP. This total is $19,487,858.28.

**Table 5 – GEO Profits from detainee labor if sub-contracting**

| Year | Cost to GEO of Subcontracted Employees | Amount GEO paid immigrant detainees | Extra profits realized by GEO |
|---|---|---|---|
| 2011 | 377277.12 | 6,843.00 | 370,434.12 |
| 2012 | 668437.44 | 36,374.00 | 632,063.44 |
| 2013 | 1422030.72 | 77,382.00 | 1,344,648.72 |
| 2014 | 1700458.32 | 87,092.00 | 1,613,366.32 |
| 2015 | 2016309.24 | 91,980.00 | 1,924,329.24 |
| 2016 | 3258921.6 | 121,316.00 | 3,137,605.60 |
| 2017 | 3660176.52 | 151,745.00 | 3,508,431.52 |
| 2018 | 3478745.16 | 137,673.00 | 3,341,072.16 |
| 2019 | 3752084.16 | 136,177.00 | 3,615,907.16 |
| **TOTAL** | 20,334,440.28 | 846,582.00 | 19,487,858.28 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed on July 17, 2020 at Madison, Wisconsin.

Michael Childers

---

[10] Retrieved from https://www.dir.ca.gov/iwc/minimumwagehistory.htm and https://www.wcirb.com/news/insurance-commissioner-issues-decision-regarding-2020-pure-premium-rate-filing and https://edd.ca.gov/Payroll_Taxes/What_Are_State_Payroll_Taxes.htm#:~:text=The%20tax%20rate%20is%20set,001).

# EXHIBIT 1

**CURRICULUM VITAE**

Michael R. Childers
7642 Mid Town Rd #312
Madison, WI 53719
(c) 618-534-4140  (h) 608-535-9367
michaelrchilders@gmail.com

**EDUCATION**

Southern Illinois University Carbondale, College of Education     2004
Ph.D., Department of Workforce Education and Development

Southern Illinois University Carbondale, College of Education     2001
M.S.Ed., Department of Workforce Education and Development

University of Illinois at Urbana-Champaign, College of Engineering     1990
B.S., Industrial Engineering

*Honors and awards*: Phi Kappa Phi – National Interdisciplinary Honor Society; Omicron Tau Theta – International Honor Society in Career and Technical Education; SIUC Graduate School Scholarship; SIU Workforce Education and Development Post-Doctoral Fellowship; University of Wisconsin System –Wisconsin Teaching Scholar 2018

**UNIVERSITY EXPERIENCE**

**University of Wisconsin-Madison**     **2005 to Present**

Current Title: Professor & Department Chair (2012-present), Department of Labor Education
- Manage academic department, including annual planning, budgeting, scheduling, and staff management for department with $900,000 annual budget.
- Teach educational courses for company staff, union officers & staff, stewards, and rank and file members. Topics of instruction include union leadership, using technology to increase union effectiveness, collective bargaining, strategic campaigns/planning, contract costing, budget and financial analysis, steward training, research, job evaluation, new work systems, internal organizing and member engagement, and stopwatch time study.
- Provide expert consulting, technical assistance as well as arbitration and court testimony for international and local unions and FLSA plaintiff attorneys on various industrial engineering, bargaining, and organizing topics and projects.
- MHR 612 – Labor-Management Relations. Spring 2012-2020. Upper level / graduate student course focused on the relationship between employers and their workers and the laws, contracts, rules and practices that influence and regulate the employment relationship, including unionized organizations and the role played by collective bargaining in establishing and enforcing workplace rules and rights.
- University service including Faculty Senate, University Committee, Executive Board of Phi Kappa Phi and Zillman Summer Research Award evaluation committee, Wisconsin Union Program And Leadership Advisory Board, Ph.D. dissertation committee.

**Southern Illinois University Carbondale   2000 to 2005**
Position Titles: Visiting Assistant Professor, Fall 2005 & Fall 2007 / Post-Doctoral Fellow, Fall 2004 / Graduate Research Assistant, Fall  2000 – Summer 2004
First Post-Doctoral Fellow awarded in the department. Taught graduate level courses WED 463, WED 590, WED 593. Worked as primary M.S. advisor in for WED Graduate Programs Office. Interviewed and evaluated applicants to the program and assisted M.S. students with planning their programs of study (elective choices). Coordinator of the department's 2-week summer option M.S. degree as well as off-campus delivery at University Center of Lake County IL.

**GS Metals Corp.**                                                          **1997 To 1999**
*Market leader in premium plank grating and electrical products for the construction industry.*
Position Title: Director of Manufacturing & Engineering
P&L responsibility for a $50 million, 155 employee operation.  Responsible for directing manufacturing and maintenance personnel, plant, process and applications engineering, and production planning, as well as annual forecasts and capital expenditure planning.

**Mattel Toys / Fisher-Price**                                              **1995 To 1997**
*World leader in the manufacture and distribution of children's toys.*
Position Title: Senior Plastics Process Engineer
Engineering specialist for three rotational molding facilities, including both process and product engineering.  Acted as the manufacturing representative for design group at headquarters to ensure manufacturability of designs.  Responsible for forecasting of manufacturing rates for the plants and involved in budgeting capital improvements.

**Solar Plastics - Quad Cities Division**                                   **1993 to 1995**
*Rotational molder of high quality custom engineered plastic products.*
Position Title: Manufacturing Engineer
Engineer for a 50 employee rotational molding facility, including process, product, and facilities engineering.  Provided direction for quality and maintenance functions.  Acted as safety director, responsible for OSHA training and EPA compliance at the division.

**Coltec Industries - Quincy Compressor**                                   **1992 to 1993**
*Industry leader in the manufacture of high quality reciprocating and rotary screw air compressors for demanding industrial and commercial applications.*
Position Title: Manufacturing Engineer, Machining Area
Supervision and engineering support for a 44 employee machine shop, including CNC machining centers, CNC lathes and turning centers, and all types of machine tools.

**LTV Steel Company**                                                        **1990 to 1992**
*Leading producer of quality flat rolled steel for the automotive, appliance and electric motor industries.*
Position Title: Supervisor, Finishing Department - Hennepin Works
Responsibility for the 76-inch shear line, including direct supervision of 20 hourly employees, customer complaint investigation, budgeting, forecasting, SPC implementation, training, and department safety performance

## SELECTED PUBLICATIONS

<u>Finding Their Voice: The Struggle of the Illinois Court Reporters to Win Union Recognition</u>. John Lund, Neill DeClercq, and Michael Childers. Labor Studies Journal, December 2008 v33: p431-452.

*Book Review:* <u>*The Return of Depression Economics and the Crisis of 2008*</u>. *By Paul Krugman. New York: Norton, 2009. 214 pp. $24.95 paper.* Michael Childers. Labor Studies Journal March 2010 v35: p136.

*Book Review:* <u>*The Gloves-Off Economy: Workplace Standards at the Bottom of America's Labor Market*</u>. *Edited by Annette Bernhardt, Heather Boushey, Laura Dresser, and Chris Tilly. Champaign, IL: Labor and Employment Relations Association, 2008. 319 pp. $24.95 paper* Michael Childers. Labor Studies Journal March 2010 v35: p137.

<u>Change in the workplace</u>. Michael Childers. Steward Update 2009 20(5): Union Communication Service, Annapolis MD.

*Book Review:* <u>*"Go To The Worker": America's Labor Apostles*</u>. *By Kimball Baker. Milwaukee, WI: Marquette University Press, 2010. 276 pp. $30.00 paper.* Michael Childers. Labor Studies Journal June 2011 v36: p315-316.

*Book Review:* <u>*A Worker Justice Reader: Essential Writings On Religion And Labor*</u>. *Edited by Joy Heine and Cynthia Brooke. Maryknoll, NY: Orbis Books, 2010. 224 pp. $24.00 paper* Michael Childers. Labor Studies Journal June 2011 v36: p317.

<u>Succeeding with Standards Grievances</u>. Michael Childers. Steward Update 2011 21(11): Union Communication Service, Annapolis MD.

*Book Review:* <u>*Martin Luther King Jr., All Labor Has Dignity, ed. Michael Honey. Boston: Beacon Press, 2011. 240 pp. $18.00 (paper).*</u>Michael Childers. Labor Studies Journal March 2012 v37: p131.

*Book Review:* <u>*The new Scarlet Letter? Negotiating the US Labor Market with a Criminal Record*</u>. <u>*Steven Raphael. Kalamazoo, MI: WE Upjohn Institute for Employment*</u> . Michael Childers. Labor Studies Journal June 2016 v41 no. 2 pp. 223-224.

<u>The State Of The Unions 2016: A Profile of Unionization in Wisconsin and in the United States</u>. Manzo, Taylor, Childers, Manzo and Bruno. Midwest Policy Research Institute 2016. Online at https://midwestepi.files.wordpress.com/2016/07/state-of-the-unions-wisconsin-2016-final.pdf

<u>The State Of The Unions 2017: A Profile of Unionization in Wisconsin and in the United States</u>. Manzo, Taylor, Childers, Manzo and Bruno. Midwest Policy Research Institute 2017. Online at https://midwestepi.files.wordpress.com/2017/08/the-state-of-the-unions-2017-wi-final.pdf

The State Of The Unions 2018: A Profile of Unionization in Wisconsin and in the United States. Manzo, Childers, Taylor, Manzo and Bruno. Midwest Policy Research Institute 2018. Online at https://midwestepi.files.wordpress.com/2018/09/the-state-of-the-unions-wisconsin-2018-final.pdf

The Recent Evolution of Wisconsin Public Worker Unionism since Act 10.  Nack, Childers, Kulwiec, Ibarra.  Labor Studies Journal July DOI: 10.1177/0160449X19860585

## SELECTED PRESENTATIONS

The National Association of Workforce Improvement 2005 conference – Seamless Transitions in Career and Technical Education. San Diego, CA April 27-29, 2005.
Finding Their Way – Community College to University: Transfer and Articulation in Illinois.

2007 United Association for Labor Education Conference - The New Faces of the American Worker: What Implications for Organized Labor? March 8-11, 2007
Presentation: Partnering with worker centers to help educate new immigrants.

2007 Outreach Scholarship Conference – Access through Engagement.  Madison WI, October 7-9, 2007. Presentation: Partnering with Worker Centers: Improving the work life of new Latino immigrants and low wage Latino workers.

2008 United Association for Labor Education Conference – Workers Rights as Human Rights: Implications for Labor Education. April 8-11, 2008, Minneapolis, MN
Roundtable: Using technology and new media to build union consciousness.

2009 United Association for Labor Education Conference – Imagining Alternatives: The Challenge to Labor. March 16-18, 2009, National Labor College Campus, Silver Spring, MD
Discussion Panel: Labor and the Economic Meltdown – What can working people do?

2011 United Association for Labor Education Conference – Unfinished Business: Workers' Rights for the Next Generation. March 24 - 26, 2011 New Orleans, Louisiana
Discussion Panel: Healthcare Reform and Collective Bargaining –the impact of the Affordable Care Act.

2013 United Association for Labor Education Conference – Across Boundries -  What are workers doing? April 17-20, 2013 Toronto, Alberta Canada
Presentation and discussion: We Are Wisconsin. The current state and future direction of labor in Wisconsin.

2014 Labor Research Action Network Conference, Georgetown University, Washington DC.
Chair and presenter on panel: *Reclaiming Jobs for the Middle Class: Challenges and strategies in turning Low-Wage Jobs into Good Jobs*.

2015 United Association for Labor Education Conference – Local to Global: Working in a changing world. March 25 - 28, 2015 Orlando, FL
Teaching Demonstration: *Winning production standard grievances*.

2016 Labor Research Action Network Conference, DePaul University, Chicago IL. Panel: *The Impact of Privatization On The Public Good.*

2016 American Postal Workers Union / United States Postal Service, Washington, D.C. Conducted research project and testified as expert witness about findings and conclusions at National Interest Arbitration Hearing.

2018 UW System Office of Professional & Instructional Development Spring Conference on Teaching & Learning - The Joy of Teaching in an Age of Digital Learning. Conference planning committee and session moderator.

2019 United Association for Labor Education Conference – Labor & Social Movements: Labor Education And Organizing For Unity And Empowerment. April 2 – 5, 2019, Philadelphia PA. Paper Presentation: *The Recent History of Wisconsin Public Worker Unions and the Post-Janus Decision Era*.

2019 AFSCME Council 32 Convention, Osthoff Resort, Elkhart Lake, WI, April 6, 2019. Keynote presentation, State of the Wisconsin Public Sector Unions.

2019 UW System Office of Professional & Instructional Development Spring Conference on Teaching & Learning - Intersecting Identities & Pedagogies. Poster presentation.

2019 American Postal Workers Union / United States Postal Service, Washington, D.C. Conducted research project and testified as expert witness about findings and conclusions at National Interest Arbitration Hearing.


**GRANTS RECEIVED**

UW Continuing EDvantage Grant, UW-Extension
Project Title: Increasing Latino Worker Success in the Wisconsin Economy
Amount Awarded: $25,219.30

**PROGRAM MATERIALS DEVELOPED**

**Courses developed and taught:**  MHR 612 Labor and Employment Relations, Contract Costing for Collective Bargaining, Time Study, Understanding Warehouse Production Standards, Working as a Union in Lean Manufacturing, Introduction to Job Evaluation Systems, Basic & Intermediate Excel for Unions, Using Word and PowerPoint for Union Communications, Research for Bargaining, Researching Politics & Campaign Finance, Social Media for Unions, Union Financial Officer Training, Union Leadership

**Additional courses taught:**  Basic & Advanced Steward Training, Grievance Arbitration, Researching and Analyzing Municipal Budgets, Managing Change, Organizational Communication, Communication Skills, Conflict Management, Effective Meetings, Facilitator Training, Parliamentary Procedure, Time Management, Problem Solving Skills, Strategic

Planning, Stress Management, Understanding Systemic Racism, Climate Change, Debunking Immigration Myths

## LABOR MANAGEMENT FACILITATIONS

- TJX & Workers United / UNITEHERE! – nationwide training and implementation support of new warehouse production standards system
- Sheboygan Area School District & American Federation of State, County and Municipal Employees (AFSCME) – design and implementation of new job evaluation system
- SCA Tissue & United Steelworkers – high performance teams implementation
- Goodyear & United Steelworkers – high performance teams implementation, design of maintenance training system
- MasterLock & United Auto Workers – job evaluation system training and implementation
- Lincoln Windows and United Brotherhood of Carpenters – job evaluation system training and implementation
- Levi Strauss and Western Joint Board of Workers United – production standards implementation

## UNIVERSITY SERVICE

| Organization | Description |
|---|---|
| University Academic Department Chair | 2012 – Present |
| UW System, Office of Professional & Instructional Development | Advisory Council, 2017 – Present |
| UW-Extension Faculty Senate | Senator, 2007 – 2009 University Committee 2011 – 2012 |
| University of Nebraska Omaha Brennan Labor Institute program review committee | External academic committee member, 2018 |
| Tenure and Promotion Committee, Outside Reviewer | Indiana University 2013, West Virginia University 2014, 2016 |
| UW Partners in Giving - Annual Workplace Charitable Giving Campaign | University Coordinating Committee Member, 2010 – 2017 |
| UW-Extension Systemwide Extension Council | Representative, 2006 |
| UW-Extension Status of Women Committee | Member, 2006 – 2009 |
| UW Economic Development Web Portal Advisory Committee | Member, 2007 – 2008 |
| UW-Extension Division of Continuing Education, Outreach, and E-Learning | IT Coordinating Committee Member, 2007 |
| UW School for Workers Search and Screen Committee | Member 2008, Co-Chair 2010, 2013, 2014, 2016 |
| AFSCME Council 40 Scholarship committee | Member and Co-Chair, 2007 – 2015 |

## PROFESSIONAL SERVICE

| Organization | Description |
| --- | --- |
| United Association for Labor Education (UALE) | Member, 2005 – Present |
| UALE Academic Standards / Program Review Committee | Member, 2014 – Present |
| Interfaith Coalition for Worker Justice of South Central Wisconsin | Board of Directors, Treasurer 2007 – 2010, Chair 2010 – 2016 |
| Institute of Industrial Engineers | Senior Member, 1987 – Present |
| Wisconsin State AFL-CIO Labor Education & Training Center | Board of Directors 2006 – Present |
| Labor and Employment Research Association | Member, 2006 – Present |
| Catholic Campaign for Human Development | Grant Review Committee, 2011 – 2013 |
| Association for Career and Technical Education | Engineering and Technology Education Committee Membership Chair, 2005 – 2007 |

## PROFESSIONAL DEVELOPMENT

UW Program Evaluation Training, 2006
UW Leadership Academy, 2007-2008
UW Multicultural Awareness Training, 2008
UALE National conferences 2005, 2007, 2008, 2009, 2011, 2013, 2015
Federal Mediation & Conciliation Service, 13th National Labor-Management Conference, 2006
National Institute for Occupational Safety & Health Prevention through Design Conference, 2007
Climate Reality Project Train the Trainer, 2014
YWCA Racial Justice Certificate, 2013; Race-to-Equity Volunteer Facilitator Training, 2014
Crossroads Anti-Racism Training, 2014; Pax Christi Anti-Racism Training 2016
Changing Weather and Climate in the Great Lakes Region, UW-Madison, 2015
Accenture MOST Certification, 2015
Dane County Restorative Justice Peacemaker 2018
University of Wisconsin System –Wisconsin Teaching Scholar 2018
Fulbright Scholar Program Finalist / Alternate – 2019
Labor Notes Conference – 2018, 2020

# EXHIBIT 2

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA, et al.,** | **Civil Action No. 5:17-cv-02514-JGB-SHK** |
| **Plaintiffs,** | |
| **v.** | **CLASS ACTION** |
| **THE GEO GROUP, INC.** | **EXHIBIT 2 TO THE EXPERT DECLARATION OF PROFESSOR MICHAEL CHILDERS** |
| **Defendant.** | |

1.      Various pleadings filed in *Novoa, et al. v. The GEO Group, Inc.*, Civil Action No. 5:17-cv-02514-JGB-SHK (Dkt 184, Dkt 192, Dkt 192-1, Dkt 205, Dkt 223, Dkt 229)

2.      The deposition transcript of Mary Wise-McCormick taken in *Novoa, et al. v. The GEO Group, Inc.*, Civil Action No. 5:17-cv-02514-JGB-SHK.

3.      Proposal submitted to ICE from The GEO Group, Inc. (GEO-Novoa_00041372-GEO-Novoa_00041623)

4.      The deposition transcript and marked exhibits of Amber Martin taken in *Novoa, et al. v. The GEO Group, Inc.*, Civil Action No. 5:17-cv-02514-JGB-SHKx.

5.      Detainee Payroll Sheets (Deposition Exhibit 102 (GEO-Novoa_00011001), Deposition Exhibit 103 (GEO-Novoa_00011181)).

6.      Detainee Job Descriptions (GEO-Novoa_00000786, GEO-Novoa_00000779, GEO-Novoa_00000089, GEO-Novoa_00000780, GEO-Novoa_00000788, GEO-Novoa_00000781, GEO-Novoa_00000115, GEO-Novoa_00000787, GEO-Novoa_00000782, GEO-Novoa_00000790, GEO-Novoa_00000783, GEO-Novoa_00000791, GEO-Novoa_00000784, GEO-Novoa_00000792 GEO-Novoa_00000785).

7.      Barber Shop Operations Manual (GEO-Novoa_00000199).

8.      Detainee Work Application (GEO-Novoa_00000143).

9.      2019 Bridge Contract between the United States Department of Homeland Security U.S., Immigration and Customs Enforcement and GEO Group (GEO-Novoa_00035044)

10.     *Performance-Based National Detention Standards 2011*, U.S. Immigr. & Customs Enforcement (rev. Dec. 2016), https://www.ice.gov/doclib/detention-standards/2011/pbnds2011r2016.pdf (NOVOA_0008062 - NOVOA_0008516)

11.     17.1.2-AUR Sanitation & Housing, (Rev. August 2017) (GEO-Novoa_00070034-GEO-Novoa_00070039).

12.     Intergovernmental Service Agreement between ICE and the City of Adelanto (GEO-Novoa_00016506).

13.     Adelanto ICE Processing Center – Kitchen Facts (GEO-Novoa_00000704).

14.     Association of Physical Plant Administrators (APPA) Custodial Staffing Guidelines (2nd Edition), https://dcsglobal.ca/wp-content/uploads/2015/05/APPA.pdf.

15.     Exhibit 3a of Expert Report of Jodi Bland, Senior Vice President, BVA Group LLC in *Novoa, et al. v. The GEO Group, Inc.*, Civil Action No. 5:17-cv-02514-JGB-SHK.

16.     Average Hourly Wages, San Bernardino County, https://www.bls.gov/oes/current/oes_40140.htm., https://www.bls.gov/regions/southwest/news-release/employercostsforemployeecompensation_regions.htm.

17.     History of California Minimum Wage, https://www.dir.ca.gov/iwc/minimumwagehistory.htm, https://www.wcirb.com/news/insurance-commissioner-issues-decision-regarding-2020-pure-premium-rate-filing and https://edd.ca.gov/Payroll_Taxes/What_Are_State_Payroll_Taxes.htm#:~:text=The%20tax%20rate%20is%20set,001).

# EXHIBIT 3

4 • Staffing

## Figure 1 Staffing Service Levels

| APPA Standard Space | Level #1 | Level #2 | Level #3 | Level #4 | Level #5 |
|---|---|---|---|---|---|
| Classroom with Hard Floor | 8,500 | 16,700 | 26,500 | 39,500 | 45,600 |
| Entranceway | 4,300 | 7,500 | 12,300 | 20,700 | 35,000 |
| Locker/Changing Room - No Shower | 11,800 | 12,100 | xxxx | xxxx | xxxx |
| Office with Carpet Floor | 9,600 | 18,200 | 32,000 | 53,000 | 87,000 |
| Public (Circulation) with Hard Floor | 7,500 | 20,500 | 30,500 | 38,400 | 41,800 |
| Research Lab with Hazardous Waste | 5,200 | 7,000 | 8,200 | 11,400 | 28,200 |
| Research Lab without Hazardous Waste | 6,900 | 10,600 | 13,500 | 25,000 | 87,200 |
| Stairwell | 7,500 | 15,100 | 17,400 | 24,500 | 75,300 |
| Storeroom | 77,000 | 210,000 | 395,300 | 1,832,700 | 3,360,000 |
| Washroom | 2,000 | 2,600 | xxxx | xxxx | xxxx |
| Shower Room | 5,200 | 5,200 | xxxx | xxxx | xxxx |
| Public (Circulation) with Carpet Floor | 17,700 | 40,400 | 53,500 | 80,900 | 93,600 |
| Office with Hard Floor | 8,400 | 14,600 | 25,100 | 36,000 | 49,500 |
| Classroom with Carpet Floor | 9,700 | 21,700 | 24,000 | 34,700 | 37,200 |
| Classroom with Carpet Floor-High Use | 5,100 | 12,700 | 13,400 | 17,900 | 18,800 |
| Classroom with Hard Floor-High Use | 4,700 | 9,600 | 10,100 | 21,000 | 22,900 |
| Washroom-High Use | 1,000 | 1,300 | xxxx | xxxx | xxxx |
| Utility | 4,100 | 5,500 | 9,800 | 17,700 | 45,700 |
| Vending | 4,800 | 11,100 | 16,000 | 17,700 | 19,500 |
| Dormitory Lounge | 5,200 | 8,700 | 17,800 | 42,900 | 136,500 |
| Cafeteria with Carpet | 9,900 | 15,400 | xxxx | xxxx | xxxx |
| Cafeteria with Hard Floor | 11,200 | 16,400 | xxxx | xxxx | xxxx |
| Library with Carpet | 17,900 | 36,900 | 72,600 | 106,400 | 126,800 |
| Library with Hard Floor | 10,900 | 20,200 | 23,500 | 47,000 | 57,000 |
| Auditorium Seating & Foyer | 5,700 | 14,000 | 32,600 | 67,200 | 408,000 |
| Auditorium Stage & Wings | 18,600 | 27,500 | 82,800 | 239,500 | xxxx |
| Gymnasium (Wood Floor) | 17,300 | 36,500 | 80,700 | 257,400 | 1,108,200 |
| Dormitory Washroom | 1,500 | 1,800 | xxxx | xxxx | xxxx |
| Dormitory Sleep/Study | 3,900 | 4,100 | 8,000 | 18,700 | 24,700 |
| Patient Conference Room | 8,300 | 8,300 | xxxx | xxxx | xxxx |

| | | | | |
|---|---|---|---|---|
| Patient Treatment Area —— Carpeted | 3,300 | 3,300 | xxxx | xxxx | xxxx |
| Patient Treatment Area —— Hard Floor | 2,900 | 2,900 | xxxx | xxxx | xxxx |
| Nursing Station —— Hard Floor | 5,700 | 5,700 | xxxx | xxxx | xxxx |

facility details

| Area | EAST | WEST | APPA | # Custodians | |
|---|---|---|---|---|---|
| Medical | 3535 | 9561 | 2900 | 4.51586207 | |
| Intake | 4849 | 8830 | 7500 | 1.82386667 | |
| Kitchen/Laur | 6331 | 9,305 | 2000 | 7.818 | |
| Visitation | 2773 | 3,027 | 5200 | 1.11538462 | |
| Housing | 50856 | 139,940 | 4100 | 46.5356098 | |
| Corridors | 3075 | 4,329 | 4300 | 1.72186047 | |
| | | | | 63.5305836 | 132143.61 hours/yr |

| Count of DUTY ASSIGNMENT | Column Labels | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Row Labels | Barber | Custodial | Custodial/Kitchen | Custodial/Laundry | Kitchen | Kitchen/Barber | Kitchen/Custodial | Laundry | Laundry/Custodial | Laundry/Kitchen | No duty | (blank) | Grand Total |
| 11/1/17 | 50 | 422 | 4 | 1 | 86 | 2 | 45 | 17 | | 1 | 11 | 6 | 645 |
| 11/2/17 | 35 | 310 | | 2 | 63 | 1 | 20 | 7 | 1 | | | | 439 |
| 11/3/17 | 32 | 308 | 1 | 2 | 58 | 1 | 24 | 7 | 1 | | | | 434 |
| 11/4/17 | 41 | 326 | | 2 | 55 | 1 | 22 | 7 | 1 | | | | 455 |
| 11/5/17 | 39 | 308 | | 2 | 60 | 2 | 23 | 1 | | | | | 435 |
| 11/6/17 | 47 | 290 | 1 | 1 | 56 | 1 | 25 | 6 | | | | | 427 |
| 11/7/17 | 37 | 324 | | 1 | 55 | 1 | 22 | 7 | 1 | | | | 448 |
| 11/8/17 | 39 | 344 | 1 | | 55 | 2 | 26 | 8 | 1 | | | | 476 |
| 11/9/17 | 40 | 352 | 1 | 1 | 48 | 2 | 23 | 5 | 1 | | | | 473 |
| 11/10/17 | 55 | 496 | 2 | 3 | 110 | 2 | 42 | 10 | 1 | 1 | 1 | 15 | 738 |
| 11/11/17 | 40 | 351 | 1 | 2 | 58 | 1 | 20 | 14 | 1 | 1 | | | 489 |
| 11/12/17 | 35 | 305 | 1 | 2 | 96 | 1 | 38 | 2 | | | | 2 | 482 |
| 11/13/17 | 39 | 330 | 1 | 1 | 23 | | 18 | 4 | | | | 2 | 418 |
| 11/14/17 | 37 | 320 | | 1 | 64 | 2 | 17 | 1 | | | | 3 | 445 |
| 11/15/17 | 33 | 302 | 2 | 2 | 63 | 2 | 16 | 5 | 1 | | | 1 | 427 |
| 11/16/17 | 39 | 344 | 2 | 2 | 66 | 2 | 22 | 6 | 1 | | | | 484 |
| 11/17/17 | 50 | 363 | 3 | 1 | 66 | 2 | 19 | 7 | 1 | | | 8 | 520 |
| 11/18/17 | 43 | 352 | 3 | 1 | 57 | 1 | 24 | 7 | 1 | | | 3 | 492 |
| 11/19/17 | 49 | 332 | 2 | 1 | 61 | 1 | 25 | 3 | | | | 6 | 480 |
| 11/20/17 | 45 | 316 | | 1 | 59 | 2 | 23 | 13 | 2 | | | 8 | 469 |
| 11/21/17 | 34 | 320 | 3 | 1 | 58 | 1 | 18 | 6 | 1 | | | 6 | 448 |
| 11/22/17 | 43 | 336 | 3 | 2 | 40 | 2 | 10 | 3 | | | | | 439 |
| 11/23/17 | 61 | 373 | 2 | 1 | 49 | 1 | 7 | 3 | | | | 3 | 500 |
| 11/24/17 | 42 | 271 | 1 | | 60 | 1 | 25 | 4 | 1 | | | 1 | 406 |
| 11/25/17 | 47 | 341 | 2 | 3 | 67 | | 18 | 2 | | | | 2 | 482 |
| 11/26/17 | 44 | 332 | 2 | 1 | 72 | 1 | 29 | | | | | 4 | 485 |
| 11/27/17 | 45 | 314 | 3 | 2 | 70 | 1 | 26 | 3 | | | | 2 | 466 |
| 11/28/17 | 48 | 310 | 2 | 1 | 66 | 1 | 24 | 3 | | | | 7 | 462 |
| 11/29/17 | 43 | 331 | 3 | 1 | 64 | 1 | 24 | 7 | 1 | | | | 475 |
| 11/30/17 | 48 | 352 | 2 | 2 | 65 | | 23 | 7 | 1 | | | 1 | 501 |
| 12/1/17 | 120 | 981 | 6 | | 204 | 2 | | 30 | | | | 32 | 1375 |
| 12/2/17 | 60 | 490 | 3 | | 102 | 1 | | 15 | | | | 16 | 687 |
| 12/3/17 | | 16 | | | | | | 9 | | | | | 25 |
| 12/5/17 | 60 | 490 | 3 | | 102 | 1 | | 15 | | | | 16 | 687 |
| 12/8/17 | | 5 | | | | | | | | | | | 5 |
| 12/9/17 | | 5 | | | | | | | | | | | 5 |
| 12/10/17 | 60 | 492 | 3 | | 102 | 1 | | 15 | | | | 16 | 689 |
| 12/11/17 | 60 | 490 | 3 | | 102 | 1 | | 15 | | | | 16 | 687 |
| 12/12/17 | 2 | 45 | | | 30 | | | | | | | 1 | 78 |
| 12/13/17 | 60 | 490 | 3 | | 102 | 1 | | 15 | | | | 16 | 687 |
| 12/14/17 | 118 | 934 | 6 | | 204 | 2 | | 30 | | | | 31 | 1325 |
| 12/15/17 | 60 | 490 | 3 | | 102 | 1 | | 15 | | | | 16 | 687 |
| 12/16/17 | 60 | 490 | 3 | | 102 | 1 | | 15 | | | | 16 | 687 |
| 12/17/17 | 120 | 980 | 6 | | 204 | 2 | | 30 | | | | 32 | 1374 |

| Row Labels | Barber | Custodial | Custodial/Kitchen | Custodial/Laundry | Kitchen | Kitchen/Barber | Kitchen/Custodial | Laundry | Laundry/Custodial | Laundry/Kitchen | No duty | (blank) | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/18/17 | 120 | 980 | 6 | | 204 | 2 | 30 | | | | | 32 | 1374 |
| 12/19/17 | 60 | 490 | 3 | | 102 | 1 | 15 | | | | | 16 | 687 |
| 12/20/17 | 120 | 980 | 6 | | 204 | 2 | 30 | | | | | 32 | 1374 |
| 12/21/17 | 60 | 490 | 3 | | 102 | 1 | 15 | | | | | 16 | 687 |
| 12/23/17 | 120 | 980 | 6 | | 204 | 2 | 30 | | | | | 32 | 1374 |
| 12/24/17 | 60 | 490 | 3 | | 102 | 1 | 15 | | | | | 16 | 687 |
| 12/25/17 | 60 | 490 | 3 | | 102 | 1 | 15 | | | | | 16 | 687 |
| 12/26/17 | | | | | 62 | | | | | | | | 62 |
| 12/27/17 | 1 | 13 | | | | | | | | | | | 14 |
| 12/28/17 | 60 | 490 | 3 | | 102 | 1 | 15 | | | | | 16 | 687 |
| 12/29/17 | 60 | 490 | 3 | | 102 | 1 | 15 | | | | | 16 | 687 |
| 12/30/17 | 60 | 490 | 3 | | 102 | 1 | 15 | | | | | 16 | 687 |
| 12/31/17 | 60 | 490 | 3 | | 102 | 1 | 15 | | | | | 16 | 687 |
| 1/1/18 | 44 | 331 | 2 | 1 | 44 | 1 | 16 | 7 | 2 | | | | 448 |
| 1/2/18 | 40 | 308 | 2 | 1 | 40 | | 16 | 9 | 2 | | | | 418 |
| 1/3/18 | 40 | 327 | 3 | 1 | 37 | | 19 | 10 | 1 | | | | 438 |
| 1/4/18 | 8 | 99 | 1 | 1 | 19 | | 2 | 7 | 1 | | | | 138 |
| 1/10/18 | 12 | 153 | 2 | 2 | 31 | 1 | 3 | | | | | 2 | 206 |
| 1/11/18 | 64 | 495 | 3 | | 101 | 1 | 43 | 7 | | | | 10 | 724 |
| 1/12/18 | 54 | 469 | 3 | | 36 | 1 | | 7 | | | | 14 | 584 |
| 1/13/18 | 61 | 475 | 3 | | 92 | 1 | 14 | | 1 | | | 8 | 655 |
| 1/14/18 | 60 | 493 | 2 | | 97 | 1 | | | | | | 10 | 663 |
| 1/15/18 | 59 | 497 | 3 | | 101 | 1 | | | | | | 17 | 678 |
| 1/16/18 | 11 | 165 | 2 | | 49 | 1 | 8 | | | | | 1 | 237 |
| 1/17/18 | 60 | 490 | 3 | | 102 | 1 | 15 | | | | | 16 | 687 |
| 1/18/18 | 60 | 490 | 3 | | 102 | 1 | 15 | | | | | 16 | 687 |
| **Grand Total** | **3474** | **28138** | **161** | **49** | **5567** | **75** | **797** | **688** | **25** | **3** | **71** | **547** | **39595** |
| | 52.64 | 407.80 | 2.78 | 1.48 | 84.35 | 1.29 | 22.14 | 11.28 | 1.14 | 1.00 | 3.94 | 16.58 | 565.64 |

| Month | Year | Custodial | Kitchen | Laundry | Recreation | Multiple | Other |
|---|---|---|---|---|---|---|---|
| 11-Sep | 2011 | 584 | 438 | 27 | 89 | 306 | 34 |
| 11-Oct | 2011 | 1,727 | 1,296 | 80 | 265 | 904 | 99 |
| 11-Nov | 2011 | 1,979 | 1,485 | 92 | 303 | 1,037 | 114 |
| 11-Dec | 2011 | 2,132 | 1,600 | 99 | 327 | 1,117 | 123 |
| 12-Jan | 2012 | 2,460 | 1,846 | 114 | 377 | 1,288 | 141 |
| 12-Feb | 2012 | 2,278 | 1,709 | 106 | 349 | 1,193 | 131 |
| 12-Mar | 2012 | 2,127 | 1,596 | 99 | 326 | 1,114 | 122 |
| 12-Apr | 2012 | 1,916 | 1,438 | 89 | 294 | 1,004 | 110 |
| 12-May | 2012 | 2,013 | 1,511 | 93 | 309 | 1,054 | 116 |
| 12-Jun | 2012 | 1,960 | 1,470 | 91 | 300 | 1,026 | 113 |
| 12-Jul | 2012 | 2,372 | 1,780 | 110 | 364 | 1,242 | 136 |
| 12-Aug | 2012 | 1,868 | 1,401 | 87 | 286 | 978 | 107 |
| 12-Sep | 2012 | 3,219 | 2,416 | 149 | 493 | 1,686 | 185 |
| 12-Oct | 2012 | 4,243 | 3,184 | 197 | 650 | 2,222 | 244 |
| 12-Nov | 2012 | 4,678 | 3,511 | 217 | 717 | 2,450 | 269 |
| 12-Dec | 2012 | 5,003 | 3,754 | 232 | 767 | 2,620 | 288 |
| 13-Jan | 2013 | 5,876 | 4,409 | 272 | 901 | 3,077 | 338 |
| 13-Feb | 2013 | 5,233 | 3,927 | 243 | 802 | 2,741 | 301 |
| 13-Mar | 2013 | 5,614 | 4,213 | 260 | 860 | 2,940 | 323 |
| 13-Apr | 2013 | 6,205 | 4,657 | 288 | 951 | 3,250 | 357 |
| 13-May | 2013 | 6,416 | 4,815 | 298 | 983 | 3,360 | 369 |
| 13-Jun | 2013 | 6,151 | 4,616 | 285 | 943 | 3,221 | 354 |
| 13-Jul | 2013 | 5,593 | 4,197 | 259 | 857 | 2,929 | 322 |
| 13-Aug | 2013 | 5,757 | 4,320 | 267 | 882 | 3,015 | 331 |
| 13-Sep | 2013 | 6,549 | 4,914 | 304 | 1,004 | 3,430 | 377 |
| 13-Oct | 2013 | 7,489 | 5,620 | 347 | 1,148 | 3,922 | 431 |
| 13-Nov | 2013 | 6,735 | 5,054 | 312 | 1,032 | 3,527 | 387 |
| 13-Dec | 2013 | 5,003 | 3,754 | 232 | 767 | 2,620 | 288 |
| 14-Jan | 2014 | 5,876 | 4,409 | 272 | 901 | 3,077 | 338 |
| 14-Feb | 2014 | 6,254 | 4,693 | 290 | 959 | 3,275 | 360 |
| 14-Mar | 2014 | 7,737 | 5,806 | 359 | 1,186 | 4,052 | 445 |
| 14-Apr | 2014 | 7,139 | 5,357 | 331 | 1,094 | 3,739 | 411 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14-May | 2014 | 6,749 | 5,065 | 313 | 1,034 | 3,535 | 388 |
| 14-Jun | 2014 | 7,272 | 5,457 | 337 | 1,115 | 3,809 | 418 |
| 14-Jul | 2014 | 7,343 | 5,510 | 340 | 1,125 | 3,845 | 422 |
| 14-Aug | 2014 | 6,708 | 5,034 | 311 | 1,028 | 3,513 | 386 |
| 14-Sep | 2014 | 7,133 | 5,353 | 331 | 1,093 | 3,736 | 410 |
| 14-Oct | 2014 | 6,602 | 4,954 | 306 | 1,012 | 3,458 | 380 |
| 14-Nov | 2014 | 5,653 | 4,242 | 262 | 866 | 2,961 | 325 |
| 14-Dec | 2014 | 7,267 | 5,453 | 337 | 1,114 | 3,806 | 418 |
| 15-Jan | 2015 | 6,966 | 5,228 | 323 | 1,068 | 3,648 | 401 |
| 15-Feb | 2015 | 6,535 | 4,904 | 303 | 1,002 | 3,422 | 376 |
| 15-Mar | 2015 | 7,190 | 5,395 | 333 | 1,102 | 3,765 | 414 |
| 15-Apr | 2015 | 7,110 | 5,335 | 330 | 1,090 | 3,724 | 409 |
| 15-May | 2015 | 6,228 | 4,673 | 289 | 954 | 3,262 | 358 |
| 15-Jun | 2015 | 6,611 | 4,961 | 307 | 1,013 | 3,462 | 380 |
| 15-Jul | 2015 | 6,776 | 5,085 | 314 | 1,038 | 3,549 | 390 |
| 15-Aug | 2015 | 7,289 | 5,470 | 338 | 1,117 | 3,817 | 419 |
| 15-Sep | 2015 | 8,005 | 6,007 | 371 | 1,227 | 4,192 | 460 |
| 15-Oct | 2015 | 8,721 | 6,545 | 404 | 1,337 | 4,567 | 502 |
| 15-Nov | 2015 | 9,553 | 7,169 | 443 | 1,464 | 5,003 | 549 |
| 15-Dec | 2015 | 10,545 | 7,913 | 489 | 1,616 | 5,522 | 607 |
| 16-Jan | 2016 | 9,188 | 6,895 | 426 | 1,408 | 4,812 | 528 |
| 16-Feb | 2016 | 9,158 | 6,872 | 425 | 1,404 | 4,796 | 527 |
| 16-Mar | 2016 | 9,831 | 7,378 | 456 | 1,507 | 5,149 | 566 |
| 16-Apr | 2016 | 9,322 | 6,995 | 432 | 1,429 | 4,882 | 536 |
| 16-May | 2016 | 11,663 | 8,752 | 541 | 1,788 | 6,108 | 671 |
| 16-Jun | 2016 | 11,197 | 8,402 | 519 | 1,716 | 5,864 | 644 |
| 16-Jul | 2016 | 11,620 | 8,720 | 539 | 1,781 | 6,086 | 668 |
| 16-Aug | 2016 | 14,456 | 10,848 | 670 | 2,216 | 7,571 | 832 |
| 16-Sep | 2016 | 11,329 | 8,502 | 525 | 1,736 | 5,933 | 652 |
| 16-Oct | 2016 | 11,236 | 8,432 | 521 | 1,722 | 5,885 | 646 |
| 16-Nov | 2016 | 12,758 | 9,574 | 592 | 1,955 | 6,682 | 734 |
| 16-Dec | 2016 | 11,384 | 8,543 | 528 | 1,745 | 5,962 | 655 |
| 17-Jan | 2017 | 12,882 | 9,667 | 597 | 1,974 | 6,747 | 741 |

| 17-Feb | 2017 | 11,297 | 8,478 | 524 | 1,732 | 5,917 | 650 |
| 17-Mar | 2017 | 12,690 | 9,523 | 588 | 1,945 | 6,646 | 730 |
| 17-Apr | 2017 | 11,617 | 8,718 | 539 | 1,781 | 6,084 | 668 |
| 17-May | 2017 | 12,644 | 9,488 | 586 | 1,938 | 6,622 | 727 |
| 17-Jun | 2017 | 11,860 | 8,900 | 550 | 1,818 | 6,211 | 682 |
| 17-Jul | 2017 | 11,194 | 8,400 | 519 | 1,716 | 5,863 | 644 |
| 17-Aug | 2017 | 11,850 | 8,893 | 549 | 1,816 | 6,206 | 682 |
| 17-Sep | 2017 | 10,265 | 7,703 | 476 | 1,573 | 5,376 | 590 |
| 17-Oct | 2017 | 11,682 | 8,767 | 542 | 1,790 | 6,118 | 672 |
| 17-Nov | 2017 | 12,695 | 9,526 | 589 | 1,946 | 6,648 | 730 |
| 17-Dec | 2017 | 11,739 | 8,810 | 544 | 1,799 | 6,148 | 675 |
| 18-Jan | 2018 | 12,916 | 9,693 | 599 | 1,980 | 6,764 | 743 |
| 18-Feb | 2018 | 10,076 | 7,562 | 467 | 1,544 | 5,277 | 580 |
| 18-Mar | 2018 | 10,448 | 7,840 | 484 | 1,601 | 5,472 | 601 |
| 18-Apr | 2018 | 10,221 | 7,670 | 474 | 1,567 | 5,353 | 588 |
| 18-May | 2018 | 7,395 | 5,550 | 343 | 1,133 | 3,873 | 425 |
| 18-Jun | 2018 | 10,020 | 7,519 | 465 | 1,536 | 5,248 | 576 |
| 18-Jul | 2018 | 12,361 | 9,276 | 573 | 1,894 | 6,473 | 711 |
| 18-Aug | 2018 | 12,437 | 9,333 | 577 | 1,906 | 6,513 | 715 |
| 18-Sep | 2018 | 10,372 | 7,783 | 481 | 1,590 | 5,432 | 597 |
| 18-Oct | 2018 | 12,450 | 9,343 | 577 | 1,908 | 6,520 | 716 |
| 18-Nov | 2018 | 10,177 | 7,637 | 472 | 1,560 | 5,330 | 585 |
| 18-Dec | 2018 | 10,330 | 7,752 | 479 | 1,583 | 5,410 | 594 |
| 19-Jan | 2019 | 11,317 | 8,493 | 525 | 1,735 | 5,927 | 651 |
| 19-Feb | 2019 | 10,288 | 7,721 | 477 | 1,577 | 5,388 | 592 |
| 19-Mar | 2019 | 10,725 | 8,048 | 497 | 1,644 | 5,617 | 617 |
| 19-Apr | 2019 | 11,480 | 8,615 | 532 | 1,760 | 6,012 | 660 |
| 19-May | 2019 | 11,730 | 8,802 | 544 | 1,798 | 6,143 | 675 |
| 19-Jun | 2019 | 9,859 | 7,398 | 457 | 1,511 | 5,163 | 567 |
| 19-Jul | 2019 | 13,209 | 9,912 | 613 | 2,024 | 6,918 | 760 |
| 19-Aug | 2019 | 13,045 | 9,789 | 605 | 1,999 | 6,832 | 750 |
| 19-Sep | 2019 | 13,045 | 9,789 | 605 | 1,999 | 6,832 | 750 |
| 19-Oct | 2019 | 12,255 | 9,196 | 568 | 1,878 | 6,418 | 705 |

| 19-Nov | 2019 | 10,790 | 8,097 | 500 | 1,654 | 5,651 | 621 |

| Values | Column Labels | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | Grand Total |
| Sum of Custodial | 6422 | 34137 | 72621 | 81733 | 91529 | 133142 | 142415 | 129203 | 127743 | 818945 |
| Sum of Kitchen | 4819 | 25616 | 54496 | 61333 | 68685 | 99913 | 106873 | 96958 | 95860 | 614553 |
| Sum of Laundry | 298 | 1584 | 3367 | 3789 | 4244 | 6174 | 6603 | 5991 | 5923 | 37973 |
| Sum of Other | 370 | 1962 | 4178 | 4701 | 5265 | 7659 | 8191 | 7431 | 7348 | 47105 |

| Year | (Multiple Items) |
|---|---|

| | | | | 16-19 | Average | 136029 |
| | | | | | APPA | 132143.6 |
| | | | | | | 2.90% |

| Values | | |
|---|---|---|
| Average of Custodial | 11243.33333 | 134920.00 |
| Average of Kitchen | 8437.333333 | |
| Average of Laundry | 521.3333333 | |
| Average of Other | 646.6944444 | |

| | 133142.00 | 142415.00 | 129203.00 | 139356.00 | 136029.00 |
|---|---|---|---|---|---|

| Year | 2011 | 2019 | 2011 | 2019 |
|---|---|---|---|---|
| Values | | | Annualized | Annualized |
| Average of Custodial | 1605.50 | 11613.00 | 19266.00 | 139356.00 |
| Average of Kitchen | 1204.75 | 8714.55 | 14457.00 | 104574.55 |
| Average of Laundry | 74.50 | 538.45 | 894.00 | 6461.45 |
| Average of Other | 92.50 | 668.00 | 1110.00 | 8016.00 |

Wage $/hr

| Job | OES | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| Janitor | 37-2011 | 16.77 | 16.14 | 15.45 | 14.67 | 13.8 | 13.1 | 13.09 | 12.86 | 12.88 |
| Food Prep | 35-2021 | 13.67 | 12.93 | 12.4 | 11.62 | 10.58 | 10.03 | 9.84 | 9.92 | 9.95 |
| Laundry | 51-6011 | 13.56 | 12.81 | 13.02 | 12.88 | 12.37 | 11.77 | 11.22 | 10.78 | 10.12 |
| Barber | 39-5012 | 14.78 | 15.19 | 15.06 | 16.04 | 13.85 | 11.74 | 10.26 | 9.89 | 10.14 |
| | | | | | | | | | | |
| BLS Fringe % | 30 | 30 | 30 | 30 | 30 | 31.6 | 31.7 | 30 | 29.7 | 30.3333333 |

Wage and Fringe/hr

| Job | OES | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| Janitor | 37-2011 | 21.86 | 21.04 | 20.14 | 19.12 | 17.99 | 17.07 | 17.06 | 16.76 | 16.79 |
| Food Prep | 35-2021 | 17.82 | 16.85 | 16.16 | 15.14 | 13.79 | 13.07 | 12.82 | 12.93 | 12.97 |
| Laundry | 51-6011 | 17.67 | 16.70 | 16.97 | 16.79 | 16.12 | 15.34 | 14.62 | 14.05 | 13.19 |
| Barber | 39-5012 | 19.26 | 19.80 | 19.63 | 20.90 | 18.05 | 15.30 | 13.37 | 12.89 | 13.22 |

| HOURS | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Custodial | 19266 | 34137 | 72621 | 81733 | 91529 | 133142 | 142415 | 129203 | 139356 | |
| Kitchen | 14457 | 25616 | 54496 | 61333 | 68685 | 99913 | 106873 | 96958 | 104575 | |
| Laundry | 894 | 1584 | 3367 | 3789 | 4244 | 6174 | 6603 | 5991 | 6461 | |
| Barber | 1110 | 1962 | 4178 | 4701 | 5265 | 7659 | 8191 | 7431 | 8016 | 1563928.00 |
| TOTAL | 35727 | 63299 | 134662 | 151556 | 169723 | 246888 | 264082 | 239583 | 258408 | 1563928.00 |

| Wage and Fringe | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|
| Custodial | 16.786504 | 16.760438 | 17.060197 | 17.07323 | 17.98554 | 19.119411 | 20.135985 | 21.035262 | 21.856341 |
| Kitchen | 12.967835 | 12.928736 | 12.824472 | 13.072099 | 13.788914 | 15.144346 | 16.16092 | 16.851669 | 17.816111 |
| Laundry | 13.189396 | 14.049574 | 14.623026 | 15.339841 | 16.121821 | 16.786504 | 16.968966 | 16.695273 | 17.672748 |
| Barber | 13.215462 | 12.889637 | 13.371858 | 15.300742 | 18.050705 | 20.904932 | 19.627698 | 19.797127 | 19.262774 |

| Total Cost | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Custodial | 323,408.79 | 572,151.07 | 1,238,928.57 | 1,395,446.31 | 1,646,198.49 | 2,545,596.62 | 2,867,666.30 | 2,717,818.96 | 3,045,812.26 | |
| Kitchen | 187,475.99 | 331,182.50 | 698,882.43 | 801,751.05 | 947,091.56 | 1,513,117.04 | 1,727,166.00 | 1,633,904.12 | 1,863,111.71 | |
| Laundry | 11,791.32 | 22,254.53 | 49,235.73 | 58,122.66 | 68,421.01 | 103,639.88 | 112,046.08 | 100,021.38 | 114,191.66 | |
| Barber | 14,669.16 | 25,289.47 | 55,867.62 | 71,928.79 | 95,036.96 | 160,110.87 | 160,770.47 | 147,112.45 | 154,410.40 | 27581630.20 |
| | 537,345.26 | 950,877.57 | 2,042,914.34 | 2,327,248.80 | 2,756,748.02 | 4,322,464.41 | 4,867,648.86 | 4,598,856.91 | 5,177,526.02 | 27581630.20 |

| Minimum wage | 8 | 8 | 8 | 8.5 | 9 | 10 | 10.5 | 11 | 11 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cost of low bid | 377277.12 | 668437.44 | 1422030.72 | 1700458.32 | 2016309.24 | 3258921.6 | 3660176.52 | 3478745.16 | 3752084.16 | 20,334,440.28 |

| Year | Cost of GEO Empl | Amount GEO paid | Extra profits realized by GEO |
|---|---|---|---|
| 2011 | 537,345.26 | 6,843.00 | 530,502.26 |
| 2012 | 950,877.57 | 36,374.00 | 914,503.57 |
| 2013 | 2,042,914.34 | 77,382.00 | 1,965,532.34 |
| 2014 | 2,327,248.80 | 87,092.00 | 2,240,156.80 |
| 2015 | 2,756,748.02 | 91,980.00 | 2,664,768.02 |
| 2016 | 4,322,464.41 | 121,316.00 | 4,201,148.41 |
| 2017 | 4,867,648.86 | 151,745.00 | 4,715,903.86 |
| 2018 | 4,598,856.91 | 137,673.00 | 4,461,183.91 |
| 2019 | 5,177,526.02 | 136,177.00 | 5,041,349.02 |
| TOTAL | 27,581,630.20 | 846,582.00 | 26,735,048.20 |

| Year | Cost of GEO Subco | Amount GEO paid | Extra profits realized by GEO |
|---|---|---|---|
| 2011 | 377,277.12 | 6,843.00 | 370,434.12 |
| 2012 | 668,437.44 | 36,374.00 | 632,063.44 |
| 2013 | 1,422,030.72 | 77,382.00 | 1,344,648.72 |
| 2014 | 1,700,458.32 | 87,092.00 | 1,613,366.32 |
| 2015 | 2,016,309.24 | 91,980.00 | 1,924,329.24 |
| 2016 | 3,258,921.60 | 121,316.00 | 3,137,605.60 |
| 2017 | 3,660,176.52 | 151,745.00 | 3,508,431.52 |
| 2018 | 3,478,745.16 | 137,673.00 | 3,341,072.16 |
| 2019 | 3,752,084.16 | 136,177.00 | 3,615,907.16 |
| TOTAL | 20,334,440.28 | 846,582.00 | 19,487,858.28 |