# EXHIBIT B

# CUSTODIAL STAFFING GUIDELINES

## FOR EDUCATIONAL FACILITIES

second edition

Published by



The Association of
Higher Education
Facilities Officers

DEFENDANT'S 4
M. CHILDERS
1/21/20
GG12091

**Disclaimer**

*The concepts and guidelines presented in this publication are intended to assist facilities and custodial managers in the efficient and effective staffing of their custodial operations. These are guidelines only and are not necessarily industry standards. Opinions expressed in this book are those of the authors and do not necessarily reflect the opinions of APPA. Mention of companies and products are for informational purposes only and are not intended by the publisher as an endorsement of any kind.*

Copyright © 1998 by APPA: The Association of Higher Education Facilities Officers. All rights reserved.

Reprinted 2002
Printed in the United States of America.
International Standard Book Number: 1-890956-06-6

Except as permitted under law, no part of this publication may be reproduced, stored in a retrieval system, distributed, or transmitted, in any form or by any means—electronic, mechanical, photocopying, recording, or otherwise—without the prior written permission of APPA: The Association of Higher Education Facilities Officers.

Design and typography: Edington-Rand, Inc.
Cover design: The AD Group
Printing: Digital Graphix

# Contents

List of Figures ............................................................. v
Foreword.................................................................. vii
Preface .................................................................... ix
Contributors ............................................................. xiii

## Part I  Staffing

 1 General Methods / *Jack C. Dudley* ................................. 1
 2 The Mathematics of Change / *Jack C. Dudley* ................... 7
 3 The Space Inventory / *Jack C. Dudley* .......................... 15
 4 Barton Hall—The Macro Staffing Solution / *Jack C. Dudley* ........... 19
 5 Custodial Areas and Scheduling—
    The Micro Staffing Solution / *Jack C. Dudley* ................. 29

## Part II  Evaluation

 6 Cost of Cleaning / *Jack C. Dudley* .............................. 43
 7 How Clean Are You? Determining Your Facility's Level
    of Cleanliness / *Philip L. Brown* .............................. 45
 8 Contracting the Cleaning / *Jack C. Dudley* ..................... 55

## Part III  Special Considerations

 9 Residence Halls / *Julia Wertz*.................................. 59
10 Healthcare Facilities / *Jim Adams* ............................. 63
11 K-12 Facilities / *Tom Spearing* ................................ 71
12 Community and Vocational/Technical Colleges / *Jack C. Dudley* ...... 75

## Part IV  Staff Development Tools

13 Hiring, Orientation, and Standard Operating
    Procedures / *Judy A. Stead* .................................... 77
14 Training the Staff / *Paul Courtney* ............................ 91
15 Team or Specialized Cleaning / *Jim Adams* ..................... 95

## Part V  Case Studies

16 Analysis and Reorganization / *Julia Wertz* .................... 101
17 Case Study: The Georgetown Experience /
    *Henry L. Wells and Richard P. Payant* ......................... 105
18 Case Study: The Toledo Experience / *Judy A. Stead* ........... 117
19 Case Study: The Wooster Experience / *Julia Wertz* ............ 129
20 Case Study: The Georgia State Experience / *James E. Sears* ...... 135

## Appendices

Appendix A, Custodial Requirements and Unique Factors /
    *Alan S. Bigger, J. Kirk Campbell, Paul Courtney,*
    *Jack C. Dudley, Jonathan L. Ford, Robert A. Getz,*
    *and Judy A. Stead* ........................................................................143
Appendix B, Space Classification / *Jonathan L. Ford* ............................153
Appendix C, Standard Space Descriptions / *Jack C. Dudley* .................159
Appendix D, Standard Space Category Matrices ...................................165
Appendix E, Normalized Base Times and Standard Activity List ..........233
Appendix F, Audit Forms / *Judy A. Stead, Jimmy J. D. Davis,*
    *and Jack C. Dudley* ........................................................................241
Appendix G, Bibliography ...................................................................259

# List of Figures

1 Staffing Service Levels.................................................................. 4
2 Classroom with Hard Floor Standard Space Matrix........................... 8
3 New Classroom with Hard Floor Matrix, Routine Activities,
  for Example 1 ...........................................................................11
4 Classroom with Hard Floor and Laboratory Sink for Example 2 ......12
5 Staff Assignable Areas for Routine Cleaning Activities in the
  Standard Classroom at 405 Productive Shift Minutes .....................12
6 Example Room ...........................................................................17
7 Automotive Shop, Room 102, with Sink and Trash Can
  in One Corner............................................................................18
8 Barton Hall Exterior ...................................................................20
9 Barton Hall First Floor Plan ........................................................21
10 Barton Hall Second Floor Plan ....................................................22
11 Barton Hall Space Inventory........................................................23
12 Barton Hall Staffing Summary .....................................................26
13 Classroom with Hard Floors, Special Matrix .................................31
14 Minutes to Clean for Barton Hall, First Floor .................................32
15 Minutes to Clean for Barton Hall, Second Floor .............................34
16 Barton Hall, Public Area Project Times .........................................37
17 Proposed Cleaning Assignments, Barton Hall .................................38
18 Carpeted Office Floor Vacuuming Summary, Second Floor
  of Barton Hall ...........................................................................40
19 Costs to Clean Barton Hall...........................................................44
20 Hypothetical Assessment Worksheet for Barton Hall .......................46
21 Classroom Matrix With Floor Care Activities Isolated.....................47
22 Time Averaged Weighting for Appearance Items (Percent) ..............48
23 Blank Audit Instrument: Offices ...................................................49
24 Completed Audit Instrument: Offices ............................................50
25 Hypothetical Audit Worksheet for Barton Hall ...............................51
26 Custodial Closet Inspection Form .................................................66
27 Equipment Preventive Maintenance Form ......................................67
28 Labor Distribution Sheet .............................................................72
29 Six-Month Labor Analysis ...........................................................73
30 Campus Hiring Procedures...........................................................82
31 Sample Interview Questions for Specific Position ............................83
32 Sample Interview Response Log for Specific Position .......................84
33 Welcome Letter for New Employees ..............................................86
34 Orientation Checklist—Meeting with Facilities Director
  or Representative .......................................................................87
35 Orientation Checklist—Meeting with Department Supervisor .........88
36 New Employee Checklist ..............................................................89
37 Sample Team Specialist Work Routine ...........................................96

38 Staffing Requirement Worksheet for Basic Science Building (Level 1) ...................................................................... 106

39 Staffing Requirement Worksheet for Basic Science Building (Level 2) ...................................................................... 107

40 Staffing Requirement Worksheet for Basic Science Building (Level 3) ...................................................................... 107

41 Staffing Requirement Worksheet for Basic Science Building (Level 4) ...................................................................... 107

42 Staffing Requirement Worksheet for Basic Science Building (Level 5) ...................................................................... 107

43 1992 Georgetown Cleaning Department Organization .................. 109

44 Georgetown Cleaning Department—1993 Reorganization ........... 110

45 Building Audit Sheet for General Classroom Building .................. 137

46 Audit for Offices ......................................................................... 139

47 Staffing Level Summary .............................................................. 140

48 APPA Staffing Guide ................................................................... 141

49 Cleaning Priorities ...................................................................... 142

# Foreword

More than six years have passed since the publication of the first edition of *Custodial Staffing Guidelines for Educational Facilities*. APPA, the original steering committee, and other participants were aware that a need existed for a professional reference that would establish custodial staffing level recommendations. None of us, however, were expecting the level of acceptance by the industry for the methods employed in the first edition.

The unique method by which that first effort was organized is perhaps worthy of review. It incorporated the ideas of both a large number of people as well as individuals with great varieties of responsibilities and experience within the cleaning industry. When the effort began in 1987, there was such a need for some endorsed staffing norms that when the initial APPA-appointed committee began looking for people to get involved, there was a groundswell of expressed interest and enthusiasm.

The "operations committee" for the first edition consisted of Alan S. Bigger, now of the University of Notre Dame; J. Kirk Campbell, now of Carleton College; Jack C. Dudley of INFORMED, Inc. (then at the University of Wisconsin/Parkside); and Robert A. Getz, now of William Rainey Harper College. We thank them for their innovative work. Out-of-pocket expenses for the five committee meetings between 1988 and 1990 came from APPA's Higher Education Facilities Trust. Parent institutions were asked to support the travel costs of participants of the Advisory and Employee Involvement committee meetings.

Other than knowing that there was a need to establish a correlation between the appearance of buildings and cleaning staff levels, we really had no idea as to where the study would lead us. Fortunately, the original Advisory Committee—consisting of 28 cleaning professionals from educational institutions, professional associations, and contractor associations—did give real direction to the study. Additionally, another ad hoc group consisting of first-line supervisors and working custodians, the Employee Involvement Committee, gave good direction as well as strong reinforcement of the Advisory Committee's recommendations.

As the project progressed, responses to news releases built up a mailing list of "support committee" members from more than 400 North American institutions. These colleagues were ultimately contacted to help provide data for the various cleaning times assembled in the publications. With the help of this "grass roots" effort and the various committee meetings, the concepts of Five Levels of Clean, Standard Spaces, and Standard Space Matrices evolved

and were assembled in the first edition, initially printed by APPA in 1992. In the intervening years, the data has been used as a tool to compare many institution's cleaning operations to other North American operations, evaluate contract cleaning, create balanced cleaning work assignments, justify staffing levels, defend against Workers Compensation claims, and even to reorganize major cleaning operations.

The initial Advisory Committee, knowing that studies can be endless, recommended that the first edition be printed with data for a limited number of "standard" spaces, and continue collecting data for additional spaces to be published in subsequent editions. This has been accomplished, and data for many new ones were presented in a supplement published by APPA in 1996.

A new committee, the APPA Custodial Analysis and Staffing Task Force, met in March 1996 with two goals:

- To develop a survey tool that would accumulate data from participating APPA institutions and enable custodial managers to analyze their respective operations in a more professional manner. They would also be able to more accurately compare the specifics of their operation to another custodial operation.
- Develop the format of the second edition of *Custodial Staffing Guidelines* and make writing assignments to contributors who were well versed in the particular subject matter.

This task force wanted to go a step further than simply providing the staffing data and calculation techniques. We also wanted to share real-world examples of the many ways the custodial guidelines have been used by various organizations during the years since the first edition was published. The purpose of these examples is to make the guidelines more useful and to provide "best practices" to managers for their reference and when analyzing and defending their operations. We hope we have accomplished this goal.

**Greg Fichter**
Indiana University
*Chair, APPA Custodial Analysis*
*and Staffing Task Force*

# Preface

Every educational institution is unique; no two campuses are the same in construction or environment. Maintenance standards and staffing levels can be significantly affected by such factors as traffic density, frequency of use of the facility, age of the facility, materials used in construction, level of vandalism, climatic conditions, location of custodial space, and the organization and training of staff and the material and equipment available to them. Nonetheless, experience by users of the first edition of *Custodial Staffing Guidelines for Educational Facilities* found more similarities than differences. They also found that differences in appearance could largely be attributed to staffing levels, and in many instances they were able to defend or improve the staffing levels of the custodial operation with the senior administration based on the North American "norms" presented in the book. Many users also reorganized their entire custodial operation based on those same "norms." Several of these experiences are recorded in this edition.

For this second edition, most of the features of the first edition have been retained. Included are the five levels of cleaning as well as the APPA recommendation that Cleaning Level 2 be the targeted appearance goal in an institution's buildings. After the first edition was published, some of the original authors continued to develop data for more space types than the original ten identified. That information was published by APPA in an addendum in the summer of 1996 and is included here. Subsequently, we accumulated data on healthcare spaces at the Yale University School of Medicine and included it here.

The format of the matrices was modified to take into account the fact that some institutions can stop performing routine cleaning activities and do project tasks during break periods. When an institution is utilized year-round with no breaks in the routine cleaning, additional staff is required to concurrently perform the project tasks. The new "created" space categories are ones that were not directly studied, but borrow data from similar space types that *were* studied. This provided more options for the "treat like" exercise. In the first edition, only one "created" standard space, the Research Lab with Hazardous Waste, was included. In this edition, several more are included.

We wanted this edition to include ways that the APPA guidelines have been used by a variety of institutions in the intervening six years. Therefore, this edition looks at a variety of categories of educational institutions with special circumstances, such as K-12 schools and community colleges, which

can be easily analyzed with the guidelines. We have also examined special operational modes such as team and contract cleaning and how they can be evaluated with the guideline's techniques. Finally, the ultimate goal of a thorough operational evaluation is increased operational efficiency and effectiveness. To achieve this, it is frequently necessary to bring about organizational change. Steps and considerations necessary to facilitate change are described, and we include the actual change experiences of four operations.

Chapter 1 describes the general concepts behind the methods and defines the five cleaning levels, the assignable area per custodian in each space type at each level of clean, and some examples to demonstrate how required number of cleaning staff is calculated.

Chapter 2 contains the summary of the data collected on cleaning presented in the matrix format developed for the first edition of the guidelines. Included are instructions for using them to both compare your operation to North American "norms" and modify them to model and predict staffing levels needed.

Chapter 3 provides explicit methods on how to use the APPA concepts, which start with a detailed inventory of all space to be cleaned.

To illustrate a comprehensive overview of how a staffing model is developed, Chapter 4 revisits Barton Hall, the 40,000-square-foot example of the first edition, and develops the staffing requirements at each of the five APPA levels of clean. Effects of employee leave requirements and non-cleaning activities are also discussed here.

Chapter 5 examines how balanced employee cleaning schedules are created using the guideline methods. Although the arithmetic may look complex, it does provide a mathematical rationale to justify staffing assignments. It should be noted that the organizational changes reported on in the last three chapters were accomplished without the detailed calculations.

Chapter 6 provides a method to arrive at the total costs of cleaning, using the guidelines staffing model. Chapter 7 provides an evaluation tool for inspecting your buildings so you can determine whether you are getting the level of clean your staffing should be able to provide. The result of an inspection using these methods is an actual numerical level corresponding to the APPA level of clean. Chapter 8 identifies some elements necessary for a successful contract cleaning specification.

Chapters 9 through 12 look at special considerations to take into account when using the APPA custodial staffing guidelines to create staffing models in residence halls, healthcare facilities, K-12, and community college facilities.

Chapter 13 provides tools to review hiring, training, and standard operating procedures. Chapter 14 reviews helpful considerations for organizing a training program. Chapter 15 looks at methods to evaluate organizing parts or all of the cleaning effort into a specialized or "team" cleaning operation.

Chapter 16 identifies the circumstances that exist in the change process and points out issues to consider when planning a change. Chapters 17 through 20 are actual change experiences by custodial and facilities managers in which a major organizational change process was successfully managed to bring about increased operational efficiency based on methods delineated in the first edition of *Custodial Staffing Guidelines*.

Many individuals helped in the development and revision of this second edition. Greg Fichter led the task force and kept it directed in its work. Jack Dudley served as primary author of the book, with significant contributions and input from other task force members and authors. Steve Glazner of the APPA staff served as editor and managed the publication through its completion. Special thanks to Peggy Ann Brown, who provided substantive copyediting and proofreading services, and Bob Rand, who provided layout and desktop publishing services. Dave Zinn designed the cover. All task force members contributed to and evaluated several versions of the manuscript, and they made valuable comments and suggestions to improve the book. The following deserve special mention: Paul Courtney, Jack Dudley, Greg Fichter, Bob Lawrence, John Marker, and Judy Stead.

The entire task force believes that this book will continue in the tradition of the first edition in establishing the best professional reference for institutional custodial operations that exist to date. We hope you agree!

*APPA Custodial Analysis and Staffing Task Force*

Greg Fichter, *Chair,* Indiana University
Linda Carter, Mercer University/Macon
Paul Courtney, University of California/Riverside
Jimmy J.D. Davis, University of Arkansas
Jack C. Dudley, INFORMED, Inc.
Jonathan L. Ford, Montana State University
Robert C. Lawrence, University of Maine/Farmington
John L. Marker, University of Nebraska
Bernadine Roybal, University of Wyoming
Judy A. Stead, University of Toledo
Steve Glazner, APPA Staff Liaison

# Contributors

**Jim Adams** is Associate Director, Building Services and Operations at the Yale University School of Medicine, New Haven, Connecticut

**Alan S. Bigger** is Director of Building Services at the University of Notre Dame, Notre Dame, Indiana

**Philip L. Brown** is Associate Director, Physical Plant Operations at Purdue University/Calumet, Hammond, Indiana

**J. Kirk Campbell** is Director of Maintenance and Custodial Services at Carleton College, Northfield, Minnesota

**Paul Courtney** is Assistant Director of Physical Plant at the University of California/Riverside

**Jimmy J.D. Davis** is Director of Housekeeping at the University of Arkansas, Fayetteville, Arkansas

**Jack C. Dudley** is President of INFORMED, Inc., Racine, Wisconsin

**Greg Fichter** is Assistant Director for Building Services at Indiana University, Bloomington, Indiana

**Jonathan L. Ford** is Manager, Environmental Services at Montana State University, Bozeman, Montana

**Robert A. Getz** is Director of Physical Plant at William Rainey Harper College, Palatine, Illinois

**Richard P. Payant** is Director of Facilities Management at Georgetown University, Washington, D.C.

**James E. Sears** is Assistant Director for Building Services at Georgia State University, Atlanta, Georgia

**Tom Spearing** is Maintenance Supervisor at Frick, York International, Waynesboro, Pennsylvania

**Judy A. Stead** is Director of Training and Development at the University of Toledo, Toledo, Ohio

**Henry L. Wells** is Services Branch Manager at SSI Services, Washington, D.C.

**Julia Wertz** is Director of Custodial Services at the College of Wooster, Wooster, Ohio

⊕ **CHAPTER 1**

# General Methods

Jack C. Dudley

**G**round Rules: The APPA method to evaluate custodial staffing is based on three ground rules. They are:

1. **Appearance Levels**—If cleaning activities are accomplished with decreasing frequency, appearance will suffer. Five appearance levels have been defined.
2. **Standard Spaces**—Not all spaces are created equal. Different types of space require different types and amount of cleaning effort. Thirty-three distinct standard space types have been identified for which cleaning data have been accumulated.
3. **All Data Presented in Assignable Square Feet (cleanable square feet, CSF) Per Worker**—This is an industry standard of measure by which comparisons can be made.

## Appearance Levels

Although the concept appears elementary, it is often difficult to explain to senior administrators. There is a direct correlation between the available amount of resources and the appearance of the facilities. Therefore, the five levels are mathematically tied, through the accumulated data, to the number of workers required to produce a given level of appearance. Subsequently, the authors determined that these guidelines should describe cleaning requirements to produce five levels of cleanliness. The levels and their appearance factors are:

### Level 1—Orderly Spotlessness

■ Floors and base moldings shine and/or are bright and clean; colors are fresh. There is no buildup in corners or along walls.
■ All vertical and horizontal surfaces have a freshly cleaned or polished appearance and have no accumulation of dust, dirt, marks, streaks, smudges, or fingerprints. Lights all work and fixtures are clean.
■ Washroom and shower fixtures and tile gleam and are odor-free. Supplies are adequate.
■ Trash containers and pencil sharpeners hold only daily waste, are clean and odor-free.

### Level 2—Ordinary Tidiness

- Floors and base moldings shine and/or are bright and clean. There is no buildup in corners or along walls, but there can be up to two days worth of dust, dirt, stains, or streaks.
- All vertical and horizontal surfaces are clean, but marks, dust, smudges, and fingerprints are noticeable upon close observation. Lights all work and fixtures are clean.
- Washroom and shower fixtures and tile gleam and are odor-free. Supplies are adequate.
- Trash containers and pencil sharpeners hold only daily waste, are clean and odor-free.

### Level 3—Casual Inattention

- Floors are swept or vacuumed clean, but upon close observation there can be stains. A buildup of dirt and/or floor finish in corners and along walls can be seen.
- There are dull spots and/or matted carpet in walking lanes. There are streaks or splashes on base molding.
- All vertical and horizontal surfaces have obvious dust, dirt, marks, smudges, and fingerprints. Lamps all work and fixtures are clean.
- Trash containers and pencil sharpeners hold only daily waste, are clean and odor-free.

### Level 4—Moderate Dinginess

- Floors are swept or vacuumed clean, but are dull, dingy, and stained. There is a noticeable buildup of dirt and/or floor finish in corners and along walls.
- There is a dull path and/or obviously matted carpet in the walking lanes. Base molding is dull and dingy with streaks or splashes.
- All vertical and horizontal surfaces have conspicuous dust, dirt, smudges, fingerprints, and marks. Lamp fixtures are dirty and some lamps (up to 5 percent) are burned out.
- Trash containers and pencil sharpeners have old trash and shavings. They are stained and marked. Trash containers smell sour.

### Level 5—Unkempt Neglect

- Floors and carpets are dull, dirty, dingy, scuffed, and/or matted. There is a conspicuous buildup of old dirt and/or floor finish in corners and along walls. Base molding is dirty, stained, and streaked. Gum, stains, dirt, dust balls, and trash are broadcast.
- All vertical and horizontal surfaces have major accumulations of dust, dirt, smudges, and fingerprints, all of which will be difficult to remove. Lack of attention is obvious.
- Light fixtures are dirty with dust balls and flies. Many lamps (more than 5 percent) are burned out.

■ Trash containers and pencil sharpeners overflow. They are stained and marked. Trash containers smell sour.

## Standard Spaces

The second ground rule: We established 33 standard area types and identified cleaning activities required to attain each respective level of cleanliness. Hundreds of respondents from educational institutions contributed data to establish cleaning times for the activities in each space category. The size of each standard space is defined by "cleanable square feet" (CSF) and the fixed and movable contents of the area. Cleanable square feet is wall-to-wall area.

## Staffing Level Summary

The third ground rule is the requirement that the format of the results must be cleanable square feet assigned to each custodian. Figure 1 summarizes the basic data used in the guidelines for staff predictions in units of assignable square feet per custodian rounded to the nearest hundred square feet. Although actual staffing can vary, these are good figures to make a rough estimate of staff required. They dramatically demonstrate the variable cleaning requirements for different space types and cleaning levels. The results presented assume 420 productive minutes per shift per custodian. The details of how the summary is developed from the survey data will be presented in Chapter 2. Subsequent chapters will address the process for identifying variables that exist in your institution.

## Synopsis of the Methods

In order to use the material in this book you must create an inventory of each space for which you are responsible. The more accurate the inventory is, the more accurate your results will be. Each space in the inventory must be measured in CSF or wall-to-wall area in square feet and be assigned one of the APPA space categories. If you do not see an exact match of an APPA category for your space, choose one that is similar and assign that category. Later, in the Barton Hall staffing example in Chapter 4, there is a "Treat Like" exercise that explains this in detail. For example, a Conference Room can be "Treated Like" an Office. If there is no close match, you may have to develop your own data for a given space.

Each standard space has cleanable square feet that can be assigned to a custodian. The number of staff required to clean a given number of square feet is calculated by dividing that measurement by the square feet assigned to each custodian. The result will be different for each cleaning level, since the CSF assignment will increase with a poorer appearance classification. The method assumes that cleaning time is directly proportional to the area of a given space. Although the staffing level summary is simplistic, its accuracy

## Figure 1   Staffing Service Levels

| APPA Standard Space | Level #1 | Level #2 | Level #3 | Level #4 | Level #5 |
|---|---|---|---|---|---|
| Classroom with Hard Floor | 8,500 | 16,700 | 26,500 | 39,500 | 45,600 |
| Entranceway | 4,300 | 7,500 | 12,300 | 20,700 | 35,000 |
| Locker/Changing Room - No Shower | 11,800 | 12,100 | xxxx | xxxx | xxxx |
| Office with Carpet Floor | 9,600 | 18,200 | 32,000 | 53,000 | 87,000 |
| Public (Circulation) with Hard Floor | 7,500 | 20,500 | 30,500 | 38,400 | 41,800 |
| Research Lab with Hazardous Waste | 5,200 | 7,000 | 8,200 | 11,400 | 28,200 |
| Research Lab without Hazardous Waste | 6,900 | 10,600 | 13,500 | 25,000 | 87,200 |
| Stairwell | 7,500 | 15,100 | 17,400 | 24,500 | 75,300 |
| Storeroom | 77,000 | 210,000 | 395,300 | 1,832,700 | 3,360,000 |
| Washroom | 2,000 | 2,600 | xxxx | xxxx | xxxx |
| Shower Room | 5,200 | 5,200 | xxxx | xxxx | xxxx |
| Public (Circulation) with Carpet Floor | 17,700 | 40,400 | 53,500 | 80,900 | 93,600 |
| Office with Hard Floor | 8,400 | 14,600 | 25,100 | 36,000 | 49,500 |
| Classroom with Carpet Floor | 9,700 | 21,700 | 24,000 | 34,700 | 37,200 |
| Classroom with Carpet Floor-High Use | 5,100 | 12,700 | 13,400 | 17,900 | 18,800 |
| Classroom with Hard Floor-High Use | 4,700 | 9,600 | 10,100 | 21,000 | 22,900 |
| Washroom-High Use | 1,000 | 1,300 | xxxx | xxxx | xxxx |
| Utility | 4,100 | 5,500 | 9,800 | 17,700 | 45,700 |
| Vending | 4,800 | 11,100 | 16,000 | 17,700 | 19,500 |
| Dormitory Lounge | 5,200 | 8,700 | 17,800 | 42,900 | 136,500 |
| Cafeteria with Carpet | 9,900 | 15,400 | xxxx | xxxx | xxxx |
| Cafeteria with Hard Floor | 11,200 | 16,400 | xxxx | xxxx | xxxx |
| Library with Carpet | 17,900 | 36,900 | 72,600 | 106,400 | 126,800 |
| Library with Hard Floor | 10,900 | 20,200 | 23,500 | 47,000 | 57,000 |
| Auditorium Seating & Foyer | 5,700 | 14,000 | 32,600 | 67,200 | 408,000 |
| Auditorium Stage & Wings | 18,600 | 27,500 | 82,800 | 239,500 | xxxx |
| Gymnasium (Wood Floor) | 17,300 | 36,500 | 80,700 | 257,400 | 1,108,200 |
| Dormitory Washroom | 1,500 | 1,800 | xxxx | xxxx | xxxx |
| Dormitory Sleep/Study | 3,900 | 4,100 | 8,000 | 18,700 | 24,700 |
| Patient Conference Room | 8,300 | 8,300 | xxxx | xxxx | xxxx |
| Patient Treatment Area — Carpeted | 3,300 | 3,300 | xxxx | xxxx | xxxx |
| Patient Treatment Area — Hard Floor | 2,900 | 2,900 | xxxx | xxxx | xxxx |
| Nursing Station — Hard Floor | 5,700 | 5,700 | xxxx | xxxx | xxxx |

can be highly developed using methods described in Chapter 2. Even so, the summary can be used to quickly answer many questions such as:

- How many custodians do I theoretically need to clean my facility at a specific level of cleanliness?
- Given CSF for each type of area and FTE, what is my theoretical cleaning level?
- How many custodians do I need to improve service? (This can be a double-edged sword.)
- How many minutes should it take to clean a specific room?

Results here are theoretical because they are based on "averages." Your results may differ from the calculations because of a number of variables; these will be discussed in later chapters. Take a few minutes to go through the following exercises; it is an important process that will help to fix the concepts in your mind.

## Example 1

Your campus has 251,876 square feet of space assigned to classrooms with hard floors, and 6 custodians to clean that space. Identify your current theoretical cleaning level on Figure 1 and calculate the number of custodians required to clean at Level 2.

### Current position:

✦  251,876 CSF divided by 6 custodians = 41,979 sq. ft. per custodian. Refer to Figure 1, Classroom with Hard Floor. Level 4 is 39,500 CSF, and Level 5 is 45,600 CSF, so your level will fall between these two levels and you would expect a corresponding appearance.

### Additional custodians required to clean at Level 2:

✦  251,876 CSF divided by 16,700 (assignable CSF per custodian at Level 2) = 15.08 (round off to 15.1), since you already have 6 custodians, an additional 9.1 custodians will be required.

## Example 2

You have a 2,640 CSF room which is designated as a Chemistry Lab. How long should it take to clean that space at Level 2?

✦  Assume the space can be "Treated Like" a Research Lab without Hazardous Waste, with a 10,600 CSF per custodian assignment at Level 2. 2,640 CSF divided by 10,600 CSF per custodian = 0.249 FTE. Since the summary is based on 420 minutes per shift, it will take 0.249 x 420 = 104.6 minutes to clean that space.

## Example 3

You have a Workers Compensation hearing scheduled in which a worker is claiming job stress due to overwork and wants to be awarded a disability. He is assigned 18,000 CSF of carpeted offices in his 7-productive-hour shift (420 minutes), with activities to be performed at Level 2 frequencies. As shown in Figure 1, the APPA guidelines say the worker can do 18,200 CSF. This was an actual experience. The claim was denied.