**AKERMAN LLP**
ELLEN S. ROBBINS (SBN 298044)
ALICIA Y. HOU (SBN 254157)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Email: alicia.hou@akerman.com
Email: ellen.robbins@akerman.com

LAWRENCE D. SILVERMAN (admitted *pro hac vice*)
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
Email: lawrence.silverman@akerman.com

ADRIENNE SCHEFFEY (admitted *pro hac vice*)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email: adrienne.scheffey@akerman.com

Attorneys for Defendant
THE GEO GROUP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. 5:17-cv-02514-JGB-SHKx<br>Assigned to Hon. Jesus G. Bernal<br><br>**DECLARATION OF ELLEN S. ROBBINS IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S MOTION TO EXCLUDE TESTIMONY OF CRAIG WILLIAM HANEY**<br><br>**Hearing Information:**<br><br>Date: March 29, 2021<br>Time: 11:00 a.m.<br>Place: Courtroom 1<br>   3470 Twelfth Street<br>   Riverside, California 92501 |

| | | |
|---|---|---|
| 1 | THE GEO GROUP, INC., | TAC Filed: September 16, 2019 |
| 2 | Counter-Claimant, | SAC Filed: December 24, 2018 |
| 3 | vs. | FAC Filed: July 6, 2018 |
| 4 | RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated, | Complaint Filed: December 19, 2017 |
| 5 | | Trial Date: April 13, 2021 |
| 6 | Counter-Defendant. | |

**AKERMAN LLP**
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

2
CASE NO. 5:17-cv-02514-JGB-SHKx
DECLARATION OF ELLEN S. ROBBINS IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S MOTION TO EXCLUDE TESTIMONY OF CRAIG WILLIAM HANEY

# DECLARATION OF ELLEN S. ROBBINS

I, ELLEN S. ROBBINS, declare as follows:

1. I am over 18 years of age and have personal knowledge of the facts and circumstances set forth in this declaration, and if called upon to do so, I could and would competently testify thereto.

2. I am an attorney licensed to practice law in the State of California. I am an attorney in the Los Angeles office of the law firm Akerman LLP, attorneys of record for Defendant The GEO Group, Inc. (**GEO**) in this action.

3. This declaration is made in support of GEO's Motion to Exclude Testimony of Craig William Haney, filed contemporaneously herewith.

4. Attached hereto as **Exhibit A** is a true and correct copy of the Expert Declaration of Craig Haney, both dated and disclosed to GEO on August 31, 2020 December 11, 2020.

5. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiffs' Initial Expert Disclosures dated August 17, 2020, relevant to, and cited in GEO's Motion to Exclude Testimony of Craig William Haney.

6. Attached hereto as **Exhibit C** are true and correct copies of excerpts from Dr. Haney's deposition transcript dated September 25, 2020, relevant to, and cited in GEO's Motion to Exclude Testimony of Craig William Haney.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on March 1, 2021 at Hermosa Beach, California.

/s/ *Ellen S. Robbins*
Ellen S. Robbins

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342