**AKERMAN LLP**
ELLEN S. ROBBINS (SBN 298044)
ALICIA Y. HOU (SBN 254157)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone:  (213) 688-9500
Facsimile:  (213) 627-6342
Email:   alicia.hou@akerman.com
Email:   ellen.robbins@akerman.com

LAWRENCE D. SILVERMAN (admitted *pro hac vice*)
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Telephone:  (305) 374-5600
Facsimile:  (305) 374-5095
Email:   lawrence.silverman@akerman.com

ADRIENNE SCHEFFEY (admitted *pro hac vice*)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  (303) 260-7712
Facsimile:  (303) 260-7714
Email:   adrienne.scheffey@akerman.com

Attorneys for Defendant
THE GEO GROUP, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. 5:17-cv-02514-JGB-SHKx<br><br>**DECLARATION OF ELLEN S. ROBBINS IN SUPPORT OF DEFENDANT THE GEO GROUP INC.'S MOTION TO EXCLUDE TESTIMONY OF MARGO SCHLANGER**<br><br>**Hearing Information:**<br><br>Date:    March 29, 2021<br>Time:   11:00 a.m.<br>Place:   Courtroom 1<br>            3470 Twelfth Street<br>            Riverside, California 92501 |

| | |
|---|---|
| THE GEO GROUP, INC.,<br><br>Counter-Claimant,<br><br>vs.<br><br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Counter-Defendant. | TAC Filed:        September 16, 2019<br>SAC Filed:        December 24, 2018<br>FAC Filed:        July 6, 2018<br>Complaint Filed: December 19, 2017<br>Trial Date:       April 13, 2021 |

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# DECLARATION OF ELLEN S. ROBBINS

I, Ellen S. Robbins, hereby declare:

1. I am over the age of eighteen (18) and have personal knowledge of the facts and circumstances set forth in this declaration, and if called upon to do so, I could and would competently testify thereto.

2. I am an attorney licensed to practice law in the State of California with the law firm of Akerman LLP, attorneys of record for Defendant The GEO Group, Inc. (**GEO**).

3. This declaration is made in support of GEO's Motion to Exclude Testimony of Margo Schlanger (the "Motion"), filed contemporaneously herewith.

4. Attached as **Exhibit A** is a true and correct copy of the Expert Declaration of Margo Schlanger dated August 17, 2020.

5. Attached as **Exhibit B** are true and correct copies of excerpts from the deposition of Margo Schlanger taken September 25, 2020.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 1, 2021, at Hermosa Beach, California.

>                  */s/ Ellen S. Robbins*
>                  Ellen S. Robbins