**AKERMAN LLP**
ELLEN S. ROBBINS (SBN 298044)
ALICIA Y. HOU (SBN 254157)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone:   (213) 688-9500
Facsimile:   (213) 627-6342
Email:   alicia.hou@akerman.com
Email:   ellen.robbins@akerman.com

LAWRENCE D. SILVERMAN (admitted *pro hac vice*)
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Telephone:   (305) 374-5600
Facsimile:   (305) 374-5095
Email:   lawrence.silverman@akerman.com

ADRIENNE SCHEFFEY (admitted *pro hac vice*)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:   (303) 260-7712
Facsimile:   (303) 260-7714
Email:   adrienne.scheffey@akerman.com

Attorneys for Defendant
THE GEO GROUP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. 5:17-cv-02514-JGB-SHKx<br><br>**DEFENDANT THE GEO GROUP, INC.'S APPLICATION TO FILE EXHIBITS TO GEO'S MOTION TO EXCLUDE EXPERT TESTIMONY OF JODY BLAND UNDER SEAL** |

| | |
|---|---|
| THE GEO GROUP, INC.,<br><br>        Counter-Claimant,<br><br>vs.<br><br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>        Counter-Defendant. | TAC Filed:    September 16, 2019<br>SAC Filed:    December 24, 2018<br>FAC Filed:    July 6, 2018<br>Complaint Filed:    December 19, 2017<br>Trial Date:    April 13, 2021 |

## APPLICATION TO FILE EXHIBITS TO GEO'S MOTION TO EXCLUDE EXPERT TESTIMONY OF JODY BLAND UNDER SEAL

Defendant The GEO Group, Inc. ("GEO"), by and through the undersigned counsel, hereby respectfully submits Defendant The GEO Group, Inc.'s Application to File Exhibits to GEO's Motion to Exclude Expert Testimony of Jody Bland Under Seal ("Application").

Under Local Rule 79-5.2.2(b), the party that has designated materials as confidential pursuant to a protective order is the "Designating Party." Here, Plaintiffs have designated (1) the Expert Report of Jody Bland, dated August 17, 2020, and (2) the Amended Expert Report of Jody Bland, dated September 2, 2020 (collectively, the "Reports") as confidential. Plaintiffs are accordingly the Designating Party.

As discussed in greater detail within the attached supporting declaration, GEO respectfully requests that the Court grant this Application and permit GEO to file the Exhibits to GEO's Motion to Exclude Expert Testimony of Jody Bland under seal.

Dated: March 1, 2021

**AKERMAN LLP**

By: _/s/ Ellen S. Robbins_
    Ellen S. Robbins
    Alicia Y. Hou
    Adrienne Scheffey
    Attorneys for Defendant
    THE GEO GROUP, INC.

**AKERMAN LLP**
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342