AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. 5:17-cv-02514-JGB-SHKx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE GEO GROUP, INC.'S APPLICATION TO FILE EXHIBITS TO GEO'S MOTION TO EXCLUDE EXPERT TESTIMONY OF JODY BLAND UNDER SEAL** |
| THE GEO GROUP, INC.,<br><br>Counter-Claimant,<br><br>vs.<br><br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Counter-Defendant. | TAC Filed:        September 16, 2019<br>SAC Filed:        December 24, 2018<br>FAC Filed:        July 6, 2018<br>Complaint Filed: December 19, 2017<br>Trial Date:        March 30, 2021 |

The Court, having considered Defendant The GEO Group, Inc.'s (**"GEO"**) Application to File Exhibits to GEO's Motion to Exclude Expert Testimony of Jody Bland Under Seal, and having found good cause, HEREBY ORDERS AS FOLLOWS:

The Court hereby **GRANTS** GEO's Application to File Exhibits to GEO's Motion to Exclude Expert Testimony of Jody Bland Under Seal. GEO shall file the following documents under seal:

| DOCUMENT | PORTION TO BE FILED UNDER SEAL |
|---|---|
| 1. **Exhibit A** to Robbins Decl. | Entire document |
| 2. **Exhibit C** to Robbins Decl. | Entire document |

**IT IS SO ORDERED.**

DATED: _____          _____

HON. JESUS G BERNAL
UNITED STATES DISTRICT JUDGE

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342