# REDACTED VERSION OF DOCUMENT TO BE FILED UNDER SEAL

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | | |
|---|---|---|
| **RAUL NOVOA, JAMIE CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,** | § § § § § § § § § § § § | **CIVIL ACTION NO. 5:17-cv-02514-JGB-SHKx** |
| **Plaintiffs,** | | |
| **v.** | | |
| **THE GEO GROUP, INC.,** | | |
| **Defendant.** | | |

---

## AMENDED EXPERT REPORT OF
## JODY BLAND

**September 2, 2020**

---

**CONFIDENTIAL**
**ATTORNEY EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

**REDACTED**

# REDACTED

REDACTED

**bva**group ®

Valuation.
Disputes.
Advisory.

7250 Dallas Parkway
Suite 200
Plano, Texas 75024
+1.972.377.0300

1000 Louisiana Street
Suite 6925
Houston, Texas 77002
+1.713.457.3125

340 Madison Avenue
19th Floor
New York, New York 10173
+1.212.364.1926

**REDACTED**

bvagroup®   Valuation.
Disputes.
Advisory.

7250 Dallas Parkway
Suite 200
Plano, Texas 75024
+1.972.377.0300

1000 Louisiana Street
Suite 6925
Houston, Texas 77002
+1.713.457.3125

340 Madison Avenue
19th Floor
New York, New York 10173
+1.212.364.1926

# REDACTED

bvagroup®  |  Valuation.
Disputes.
Advisory.

7250 Dallas Parkway
Suite 200
Plano, Texas 75024
+1.972.377.0300

1000 Louisiana Street
Suite 6925
Houston, Texas 77002
+1.713.457.3125

340 Madison Avenue
19th Floor
New York, New York 10173
+1.212.364.1926

**REDACTED**

**bva**group ®  |  Valuation.
Disputes.
Advisory.

7250 Dallas Parkway
Suite 200
Plano, Texas 75024
+1.972.377.0300

1000 Louisiana Street
Suite 6925
Houston, Texas 77002
+1.713.457.3125

340 Madison Avenue
19th Floor
New York, New York 10173
+1.212.364.1926

# REDACTED

**bva**group ®   |   Valuation. Disputes. Advisory.

7250 Dallas Parkway
Suite 200
Plano, Texas 75024
+1.972.377.0300

1000 Louisiana Street
Suite 6925
Houston, Texas 77002
+1.713.457.3125

340 Madison Avenue
19th Floor
New York, New York 10173
+1.212.364.1926

# REDACTED

**REDACTED**

**bva**group®

**REDACTED**

bvagroup®

# REDACTED

**REDACTED**

# REDACTED

REDACTED



REDACTED



REDACTED



REDACTED



REDACTED



REDACTED



REDACTED



REDACTED



**REDACTED**



REDACTED



REDACTED

