# REDACTED VERSION OF DOCUMENT TO BE FILED UNDER SEAL

# EXHIBIT C

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA, JAMIE CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA,** individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>**THE GEO GROUP, INC.,**<br><br>        Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§      **CIVIL ACTION NO. 5:17-cv-02514-JGB-SHKx** |

---

## EXPERT REPORT OF
## JODY BLAND

### August 17, 2020

---

**CONFIDENTIAL**
**ATTORNEY EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



# REDACTED



REDACTED

# REDACTED

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

bvagroup®

# REDACTED

# REDACTED

**REDACTED**

**REDACTED**

**REDACTED**

# REDACTED

REDACTED

REDACTED

# REDACTED

**REDACTED**

# REDACTED

**REDACTED**

# REDACTED

**REDACTED**

bvagroup ®    Valuation.
Disputes.
Advisory.

7250 Dallas Parkway
Suite 200
Plano, Texas 75024
+1.972.377.0300

1000 Louisiana Street
Suite 6925
Houston, Texas 77002
+1.713.457.3125

340 Madison Avenue
19th Floor
New York, New York 10173
+1.212.364.1926

# REDACTED

**bva**group ®   Valuation.
Disputes.
Advisory.

7250 Dallas Parkway
Suite 200
Plano, Texas 75024
+1.972.377.0300

1000 Louisiana Street
Suite 6925
Houston, Texas 77002
+1.713.457.3125

340 Madison Avenue
19th Floor
New York, New York 10173
+1.212.364.1926

REDACTED

bvagroup®  |  Valuation.
Disputes.
Advisory.

7250 Dallas Parkway
Suite 200
Plano, Texas 75024
+1.972.377.0300

1000 Louisiana Street
Suite 6925
Houston, Texas 77002
+1.713.457.3125

340 Madison Avenue
19th Floor
New York, New York 10173
+1.212.364.1926

**REDACTED**

bvagroup ® | Valuation. Disputes. Advisory.

7250 Dallas Parkway
Suite 200
Plano, Texas 75024
+1.972.377.0300

1000 Louisiana Street
Suite 6925
Houston, Texas 77002
+1.713.457.3125

340 Madison Avenue
19th Floor
New York, New York 10173
+1.212.364.1926

**REDACTED**

**bva**group®  |  Valuation.
Disputes.
Advisory.

7250 Dallas Parkway
Suite 200
Plano, Texas 75024
+1.972.377.0300

1000 Louisiana Street
Suite 6925
Houston, Texas 77002
+1.713.457.3125

340 Madison Avenue
19th Floor
New York, New York 10173
+1.212.364.1926

**REDACTED**

REDACTED

bvagroup®

**REDACTED**

REDACTED

**REDACTED**

bvagroup®

REDACTED

**bva**group®

REDACTED



REDACTED



REDACTED



REDACTED



REDACTED



REDACTED



REDACTED



REDACTED



REDACTED



REDACTED





REDACTED