**AKERMAN LLP**
ELLEN S. ROBBINS (SBN 298044)
ALICIA Y. HOU (SBN 254157)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone:  (213) 688-9500
Facsimile:  (213) 627-6342w
Email:  ellen.robbins@akerman.com
Email:  alicia.hou@akerman.com

LAWRENCE D. SILVERMAN (admitted *pro hac vice*)
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Telephone:  (305) 374-5600
Facsimile:  (305) 374-5095
Email:  lawrence.silverman@akerman.com

ADRIENNE SCHEFFEY (admitted *pro hac vice*)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  (303) 260-7712
Facsimile:  (303) 260-7714
Email:  adrienne.scheffey@akerman.com

Attorneys for Defendant
THE GEO GROUP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. 5:17-cv-02514-JGB-SHKx<br><br>**DECLARATION OF ELLEN S. ROBBINS IN SUPPORT OF DEFENDANT THE GEO GROUP INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY OF JODY BLAND**<br><br>**Hearing Information:**<br><br>Date:  March 29, 2021<br>Time: 11:00 a.m.<br>Place: Courtroom 1<br>3470 Twelfth Street<br>Riverside, California 92501 |

| | |
|---|---|
| THE GEO GROUP, INC.,<br><br>    Counter-Claimant,<br><br>vs.<br><br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>    Counter-Defendant. | TAC Filed: September 16, 2019<br>SAC Filed: December 24, 2018<br>FAC Filed: July 6, 2018<br>Complaint Filed: December 19, 2017<br>Trial Date: April 13, 2021 |

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

2

CASE NO. 5:17-CV-02514-JGB-SHKx

**DECLARATION OF ELLEN S. ROBBINS ISO MOTION TO EXCLUDE EXPERT TESTIMONY OF JODY BLAND**

56742899;1

# DECLARATION OF ELLEN S. ROBBINS

I, Ellen S. Robbins, hereby declare:

1. I am over the age of eighteen (18). The statements contained herein are made to the best of my knowledge upon review of the record in this case, and if called upon to do so, I could and would competently testify thereto.

2. I am an attorney licensed to practice law in the State of California with the law firm of Akerman LLP, attorneys of record for Defendant The GEO Group, Inc. ("GEO"), and I make this declaration in support of Defendant The GEO Group Inc.'s Motion to Exclude Expert Testimony of Jody Bland ("Motion to Exclude").

3. A true and correct copy of the Amended Expert Report of Jody Bland, dated September 2, 2020, is attached as **Exhibit A** to this Declaration.

4. A true and correct copy of the transcript of the deposition of Jody Bland, which was taken on September 23, 2020, is attached as **Exhibit B** to this Declaration.

5. A true and correct copy of the Expert Report of Jody Bland, dated August 17, 2020, is attached as **Exhibit C** to this Declaration.

6. A true and correct copy of the Rebuttal Expert Report of Serena Morones, dated August 31, 2020, is attached as **Exhibit D** to this Declaration.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I executed this Declaration on the 1st day of March, 2021, in Hermosa Beach, California.

Dated March 1, 2021

**AKERMAN LLP**

By: */s/ Ellen S. Robbins*
Ellen S. Robbins
Alicia Y. Hou
Adrienne Scheffey
Attorneys for Defendant
THE GEO GROUP, INC.