# REDACTED VERSION OF DOCUMENT TO BE FILED UNDER SEAL

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | | |
|---|---|---|
| RAUL NOVOA, JAMIE CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated, | § § § § § § § § § § § § § | CIVIL ACTION NO. 5:17-cv-02514-JGB-SHKx |
|     Plaintiffs, | | |
| v. | | |
| THE GEO GROUP, INC., | | |
|     Defendant. | | |

---

## AMENDED EXPERT REPORT OF
## JODY BLAND

**September 2, 2020**

---

<span style="color:red">**CONFIDENTIAL**
**ATTORNEY EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**</span>



# REDACTED

**REDACTED**

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

**REDACTED**

bvagroup®   Valuation.
Disputes.
Advisory.

7250 Dallas Parkway
Suite 200
Plano, Texas 75024
+1.972.377.0300

1000 Louisiana Street
Suite 6925
Houston, Texas 77002
+1.713.457.3125

340 Madison Avenue
19th Floor
New York, New York 10173
+1.212.364.1926

# REDACTED

**bva**group ®   Valuation.
Disputes.
Advisory.

7250 Dallas Parkway
Suite 200
Plano, Texas 75024
+1.972.377.0300

1000 Louisiana Street
Suite 6925
Houston, Texas 77002
+1.713.457.3125

340 Madison Avenue
19th Floor
New York, New York 10173
+1.212.364.1926

**REDACTED**

bvagroup® | Valuation. Disputes. Advisory.

7250 Dallas Parkway
Suite 200
Plano, Texas 75024
+1.972.377.0300

1000 Louisiana Street
Suite 6925
Houston, Texas 77002
+1.713.457.3125

340 Madison Avenue
19th Floor
New York, New York 10173
+1.212.364.1926

# REDACTED

**bva**group ® | Valuation.
Disputes.
Advisory.

7250 Dallas Parkway
Suite 200
Plano, Texas 75024
+1.972.377.0300

1000 Louisiana Street
Suite 6925
Houston, Texas 77002
+1.713.457.3125

340 Madison Avenue
19th Floor
New York, New York 10173
+1.212.364.1926

# REDACTED

**bva**group ®   Valuation.
Disputes.
Advisory.

7250 Dallas Parkway
Suite 200
Plano, Texas 75024
+1.972.377.0300

1000 Louisiana Street
Suite 6925
Houston, Texas 77002
+1.713.457.3125

340 Madison Avenue
19th Floor
New York, New York 10173
+1.212.364.1926

# REDACTED

REDACTED

bvagroup®

**REDACTED**

REDACTED

bvagroup®

**REDACTED**

# REDACTED

**bva**group®

REDACTED



REDACTED



REDACTED



REDACTED



REDACTED



REDACTED



REDACTED



REDACTED



REDACTED



REDACTED



REDACTED

