**AKERMAN LLP**
ELLEN S. ROBBINS (SBN 298044)
ALICIA Y. HOU (SBN 254157)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Email: ellen.robbins@akerman.com
Email: alicia.hou@akerman.com

LAWRENCE D. SILVERMAN (admitted *pro hac vice*)
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
Email: lawrence.silverman@akerman.com

ADRIENNE SCHEFFEY (admitted *pro hac vice*)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email: adrienne.scheffey@akerman.com

Attorneys for Defendant
THE GEO GROUP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. 5:17-cv-02514-JGB-SHKx<br><br>**DECLARATION OF ELLEN S. ROBBINS IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE OR ARGUMENT REGARDING ALLEGED COLLATERAL CONDITIONS THAT ARE NOT CLASSWIDE OR INCLUDED IN THE COMPLAINT** |

| | |
|---|---|
| THE GEO GROUP, INC., <br><br> Counter-Claimant, <br><br> vs. <br><br> RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated, <br><br> Counter-Defendant. | TAC Filed: September 16, 2019 <br> SAC Filed: December 24, 2018 <br> FAC Filed: July 6, 2018 <br> Complaint Filed: December 19, 2017 <br> Trial Date: April 13, 2021 |

**DECLARATION OF ELLEN S. ROBBINS IN SUPPORT OF MOTION IN LIMINE TO PRECLUDE EVIDENCE OR ARGUMENT REGARDING ALLEGED COLLATERAL CONDITIONS THAT ARE NOT CLASSWIDE OR INCLUDED IN THE COMPLAINT**

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# DECLARATION OF ELLEN S. ROBBINS

I, Ellen S. Robbins, hereby declare:

1. I am over the age of eighteen (18) and have personal knowledge of the facts and circumstances set forth in this declaration, and if called upon to do so, I could and would competently testify thereto.

2. I am an attorney licensed to practice law in the State of California with the law firm of Akerman LLP, attorneys of record for Defendant The GEO Group, Inc. (**GEO**).

3. This declaration is made in support of GEO's Motion *in Limine* to Preclude Evidence or Argument Regarding Alleged Collateral Condition that Are Not Classwide or Included in the Complaint (the "Motion"), filed contemporaneously herewith.

4. Attached as **Exhibit A** are true and correct copies of excerpts from Osny Sorto-Vasquez Kidd's depositions transcript dated November 10, 2020, relevant to, and cited in GEO's Motion.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 1, 2021, at Hermosa Beach, California.

*/s/ Ellen S. Robbins*
Ellen S. Robbins