Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
E. Lawrence Vincent (admitted *pro hac vice*)
lvincent@burnscharest.com
TX Bar # 20585590
Mallory Biblo (admitted *pro hac vice*)
mbiblo@burnscharest.com
TX Bar # 24087165
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
**Class Counsel**
*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br>**THE GEO GROUP, INC.**,<br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br><br>**PLAINTIFFS' WITNESS LIST** |

Pursuant to Local Rule 16-5 and Rule 26(a)(3)(A) of the Federal Rules of Civil Procedure, Plaintiffs by and through undersigned counsel, hereby submits its preliminary list of witnesses that may be called to testify at trial. Further, Plaintiffs hereby cross-designate any witnesses on Defendant The GEO Group, Inc.'s ("GEO") witness list (whether removed or not).

| Witness | Date to Testify |
|---|---|
| Abdiaziz Karim | |
| Alexander Hernandez Torres | |
| Amber Martin | |
| Bruce Plumley | |
| Bruce Scott | |
| Craig Haney | |
| Cynthia Herrera | |
| Dan Greenawalt | |
| Daniel Ragsdale | |
| David J. Vernturella | |
| Dawn Ceja | |
| Dr. Michael Childers | |
| Eric Staiger | |
| Fernando Munoz Aguilera | |
| Gabriel Elliot | |
| Gabriel Valdez | |
| Gagandeep Victor Marhawa | |
| George C. Zoley | |
| Hugo Alexander Hernandez Cerren | |
| Indalecio Ramos | |
| Jaime Roberto Campos-Fuentes | |
| James Hill | |
| James Janecka | |
| Jay Brooks | |

| Witness | Date to Testify |
|---|---|
| Jessie Flores | |
| Jody Bland | |
| Lisa Bowen | |
| Manuel Guzman-Vazquez | |
| Margo Schlanger | |
| Mary Wise-McCormick | |
| Nathan Allen | |
| Osny Kidd (nee Sorto Vasquez) | |
| Pamela Spagnuolo | |
| Ramon Mancia | |
| Randy Tate | |
| Raul Novoa | |
| Ray Carmago | |
| Ray Castro | |
| Regina Duran | |
| Ronald Warren | |
| Selene Saavedra-Roman | |
| Sharon Buczkowske | |
| Socorro Cisneros | |
| Stevevonna Evans | |

Dated: March 8, 2021

Respectfully submitted,

_/s/ Daniel H. Charest_

Daniel H. Charest (admitted _pro hac vice_)
dcharest@burnscharest.com
TX Bar # 24057803
Warren Burns (admitted _pro hac vice_)
wburns@burnscharest.com
TX Bar # 24053119
Will Thompson (CA Bar # 289012)
wthompson@burnscharest.com
E. Lawrence Vincent (admitted _pro hac vice_)
lvincent@burnscharest.com
TX Bar # 20585590
Mallory Biblo (admitted _pro hac vice_)
mbiblo@burnscharest.com
TX Bar # 24087165
Lauren Cross (admitted _pro hac vice_)
lcross@burnscharest.com
TX Bar # 24105759
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

Korey A. Nelson (admitted _pro hac vice_)
knelson@burnscharest.com
LA Bar # 30002
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

R. Andrew Free (admitted _pro hac vice_)
andrew@immigrantcivilrights.com
TN Bar # 030513
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Nicole Ramos (admitted *pro hac vice*)
nicole@alotrolado.org
NY Bar # 4660445
**AL OTRO LADO**
511 E. San Ysidro Blvd., # 333
San Ysidro, CA 92173
Telephone: (619) 786-4866

Robert Ahdoot (CA Bar # 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Theodore W Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone:  (310) 474-9111
Fax:  (310) 474-8585

*Class Counsel*

# CERTIFICATE OF SERVICE

I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

Dated: March 8, 2021

/s/ Daniel H. Charest

Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
mbiblo@burnscharest.com