Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
E. Lawrence Vincent (admitted *pro hac vice*)
lvincent@burnscharest.com
TX Bar # 20585590
Mallory Biblo (admitted *pro hac vice*)
mbiblo@burnscharest.com
TX Bar # 24087165
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
**Class Counsel**
*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br><br>**JOINT EXHIBIT LIST** |

Pursuant to Local Rule 16-6.1 and Rule 26(a)(3)(A)(iii) of the Federal Rules of Civil Procedure, Plaintiffs Raul Novoa, Jaime Campos Fuentes, Abdiaziz Karim, and Ramon Mancia ("Plaintiffs") and Defendant The GEO Group, Inc. ("GEO) by and through undersigned counsel, hereby submits the preliminary joint list of exhibits for use at trial attached as Exhibit A. To the extent not included in Plaintiff's portion of this exhibit list, Plaintiffs cross-designate any exhibits on the portion of the exhibit list prepared by Defendant The GEO Group, Inc.'s ("GEO") (whether later removed or

not). To the extent not included in GEO's portion of this exhibit list, GEO cross-designates any exhibits on the portion of the exhibit list prepared by Plaintiffs (whether later removed or not).

Dated: March 8, 2021                    Respectfully submitted,

                                        */s/ Daniel H. Charest*
                                        Daniel H. Charest (admitted *pro hac vice*)
                                        dcharest@burnscharest.com
                                        TX Bar # 24057803
                                        Warren Burns (admitted *pro hac vice*)
                                        wburns@burnscharest.com
                                        TX Bar # 24053119
                                        Will Thompson (CA Bar # 289012)
                                        wthompson@burnscharest.com
                                        E. Lawrence Vincent (admitted *pro hac vice*)
                                        lvincent@burnscharest.com
                                        TX Bar # 20585590
                                        Mallory Biblo (admitted *pro hac vice*)
                                        mbiblo@burnscharest.com
                                        TX Bar # 24087165
                                        Lauren Cross (admitted *pro hac vice*)
                                        lcross@burnscharest.com
                                        TX Bar # 24105759
                                        **BURNS CHAREST LLP**
                                        900 Jackson St., Suite 500
                                        Dallas, Texas 75202
                                        Telephone: (469) 904-4550
                                        Facsimile: (469) 444-5002

                                        Korey A. Nelson (admitted *pro hac vice*)
                                        knelson@burnscharest.com
                                        LA Bar # 30002
                                        **BURNS CHAREST LLP**
                                        365 Canal Street, Suite 1170
                                        New Orleans, LA 70130
                                        Telephone: (504) 799-2845
                                        Facsimile: (504) 881-1765

                                        R. Andrew Free (admitted *pro hac vice*)

andrew@immigrantcivilrights.com
TN Bar # 030513
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959

Nicole Ramos (admitted *pro hac vice*)
nicole@alotrolado.org
NY Bar # 4660445
**AL OTRO LADO**
511 E. San Ysidro Blvd., # 333
San Ysidro, CA 92173
Telephone: (619) 786-4866

Robert Ahdoot (CA Bar # 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Theodore W Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone:  (310) 474-9111
Fax:  (310) 474-8585

***Class Counsel***

Dated: March 8, 2021

*/s/ Ellen S. Robbins*

Ellen S. Robbins (SBN 298044)
ellen.robbins@akerman.com
Alicia Y. Hou (SBN 254157)
alicia.hou@akerman.com
**AKERMAN LLP**
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Lawrence D. Silverman (admitted pro hac vice)
lawrence.silverman@akerman.com
**AKERMAN LLP**
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095

Adrienne Scheffey (admitted pro hac vice)
adrienne.scheffey@akerman.com
**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714

***Attorneys for Defendant***
***The GEO Group, INC.***

# CERTIFICATE OF SERVICE

I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

Dated: March 8, 2021

*/s/ Daniel H. Charest*

Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
mbiblo@burnscharest.com