Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
E. Lawrence Vincent (admitted *pro hac vice*)
lvincent@burnscharest.com
TX Bar # 20585590
Mallory Biblo (admitted *pro hac vice*)
mbiblo@burnscharest.com
TX Bar # 24087165
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
**Class Counsel**
*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br> **THE GEO GROUP, INC.**, <br> *Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx <br><br> **PLAINTIFFS' MEMORANDUM IN OPPOSITION TO ECF 456:** <br><br> **DEFENDANT THE GEO GROUP, INC.'S MOTION IN LIMINE TO PRECLUDE EVIDENCE OR ARGUMENT REGARDING GEO'S INVOLVEMENT IN OTHER LAWSUITS** <br><br> Hearing Date: March 29, 2021 <br> Time: 9 a.m. PT <br> Courtroom: 1 <br> Judge Hon. Jesus G. Bernal |

Plaintiffs Raul Novoa, Jaime Campos Fuentes, Abdiaziz Karim, and Ramon Mancia (collectively, "Plaintiffs") oppose the request by Defendant The GEO Group, Inc. ("GEO") to preclude the presentation of evidence about other lawsuits currently pending against GEO in other jurisdictions (ECF 456). While Plaintiffs do not intend to introduce evidence of other litigation in its case in chief, Plaintiffs oppose GEO's request to the extent it could be used to exclude documents or information that refer in passing to other litigation against GEO.

As written, GEO's motion would have collateral reach far beyond its simple terms. Evidence of GEO's attempts to obtain reimbursement from ICE merely because such requests reference other lawsuits involving GEO should not be excluded. For example, GEO's May 30, 2018, letter to ICE references other similar litigation in Colorado and Washington, but it also outlines GEO's "estimation of the costs necessary to achieve compliance with the Plaintiffs [in this and other related matters]." Declaration of Daniel H. Charest in Support of Plaintiffs' Memorandum in Opposition to ECF 456: Defendant The GEO Group, Inc.'s Motion in Limine to Preclude Evidence or Argument Regarding GEO's Involvement in Other Lawsuits ¶ 3, Ex. A (ICE-FOIA2018_0001357). Such evidence is relevant because it not only shows GEO has already done the calculation necessary to pay detainee workers the minimum wage, it also suggests that GEO is financially able to pay detainee workers the minimum wage and it undermines GEO's assertion of derivative sovereign immunity since it demonstrates that GEO is not absolutely limited to the reimbursement set forth in the GEO-ICE contract.

Further, as to the claim on behalf of the certified Nationwide HUSP Class under the Federal Trafficking Victims Protection Act, evidence of conduct that has occurred at other GEO facilities (which may or may not be the subject of other litigation) is relevant to the pattern or "scheme" by GEO to operate its facilities in a climate of fear. *See* 18 U.S.C. § 1589; *United States v. Bradley*, 390 F.3d 145, 150 (1st Cir. 2004) (discussing "scheme, plan or pattern" intended to cause a plaintiff to believe that, if they did not

perform such labor or services, they or someone else would suffer harm or physical restraint); *see also United States v. Kozminski*, 487 U.S. 931 at 956-57 (Brennan, J., concurring in judgment) (discussing range of coercive tactics that contributed to climate of fear in various involuntary servitude cases including "disorienting the victims with frequent verbal abuse . . . denying medical care and subjecting the victims to substandard food, clothing, and living conditions" requiring victims to work long hours with no days off, "leaving them tired and without free time to seek alternative work" "isolation from friends, family, transportation or other sources of food, shelter, clothing, or jobs; denying pay or creating debt that is greater than the worker's income; . . . [and] controlling every detail of their lives"); *United States v. King*, 840 F.2d 1276, 1281 (6th Cir. 1988) (force, threats, and other coercion created "pervasive climate of fear"); *United States v. Warren*, 772 F.2d 827, 833-34 (11th Cir. 1985) (finding "grotesque" the "use, or threatened use, of physical force to create a climate of fear"); *United States v. Harris*, 701 F.2d 1095, 1100 (4th Cir. 1983) (evidence that the defendant beat people other than victim was relevant because it contributed to a "reign of physical terror"); *United States v. Booker*, 655 F.2d 562, 566 (4th Cir. 1981) (assaults and threats created "climate of fear").

For the foregoing reasons, GEO's Motion in Limine ECF 456 should be denied.

Dated: March 8, 2021                              Respectfully submitted,

/s/ *Daniel H. Charest*
Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
Warren Burns (admitted *pro hac vice*)
wburns@burnscharest.com
TX Bar # 24053119
Will Thompson (CA Bar # 289012)
wthompson@burnscharest.com
E. Lawrence Vincent (admitted *pro hac vice*)
lvincent@burnscharest.com
TX Bar # 20585590

3

Mallory Biblo (admitted *pro hac vice*)
mbiblo@burnscharest.com
TX Bar # 24087165
Lauren Cross (admitted *pro hac vice*)
lcross@burnscharest.com
TX Bar # 24105759
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
LA Bar # 30002
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

R. Andrew Free (admitted *pro hac vice*)
andrew@immigrantcivilrights.com
TN Bar # 030513
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959

Nicole Ramos (admitted *pro hac vice*)
nicole@alotrolado.org
NY Bar # 4660445
**AL OTRO LADO**
511 E. San Ysidro Blvd., # 333
San Ysidro, CA 92173
Telephone: (619) 786-4866

Robert Ahdoot (CA Bar # 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com

Theodore W Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone: (310) 474-9111
Fax: (310) 474-8585

*Class Counsel*

### CERTIFICATE OF SERVICE

I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

Dated: March 8, 2021

*/s/ Daniel H. Charest*
Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
mbiblo@burnscharest.com