# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**DECLARATION OF DANIEL H. CHAREST IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO ECF 457:**<br><br>**DEFENDANT THE GEO GROUP, INC.'S MOTION IN LIMINE TO PRECLUDE EVIDENCE OR ARGUMENT REGARDING GEO'S SIZE, CORPORATE STATUS, AND PROFITS** |

I, Daniel H. Charest, declare that the following is true and correct based upon my personal knowledge:

1. I am an attorney for the Plaintiffs in the above-captioned action.

2. Attached hereto is the following exhibit in support of Plaintiffs' Memorandum in Opposition to ECF 457: Defendant The GEO Group, Inc.'s Motion in Limine to Preclude Evidence or Argument Regarding GEO's Size, Corporate Status, and Profits.

3. Attached as **Exhibit A** is a true and correct copy of the transcript of the deposition of David Venturella taken on June 13, 2019.

4. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

| | |
|---|---|
| 1 | Dated: March 8, 2021 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

/s/ *Daniel H. Charest*
_____
Daniel H. Charest (admitted *pro hac vice*)
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
