Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
E. Lawrence Vincent (admitted *pro hac vice*)
lvincent@burnscharest.com
TX Bar # 20585590
Mallory Biblo (admitted *pro hac vice*)
mbiblo@burnscharest.com
TX Bar # 24087165
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

**Class Counsel**
*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**PLAINTIFFS' APPLICATION TO FILE EXHIBIT TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO GEO'S MOTION TO EXCLUDE EXPERT TESTIMONY OF MICHAEL CHILDERS UNDER SEAL** |

Pursuant to Local Rules 79-5.2.2(a) and (b), Plaintiffs hereby file this application for leave to file under seal an exhibit to accompany Plaintiffs' Memorandum in Opposition to GEO's Motion To Exclude Expert Testimony Of Michael Childers:

1

(1) Excerpts from a document entitled "Final Conformed Proposal Submission" which GEO produced in this litigation and designated as Confidential-Attorneys' Eyes Only. (GEO-Novoa_00041372, GEO-Novoa_00041402, and GEO-Novoa_00041406). GEO has represented that this document must be fully redacted if filed publicly and requested that it be filed under seal.

This application is made pursuant to L.R. 79-5.2.2(b), which governs materials designated by another as confidential pursuant to a protective order. GEO has designated the document listed above as "Confidential-Attorneys' Eyes Only." GEO is therefore the "Designating Party."

On March 8, 2021, Plaintiffs conferred with GEO and in an attempt to eliminate or minimize the need for filing under seal by means of redaction. L.R. 79-5.2.2(b). GEO has represented that this document must be fully redacted if filed publicly and requested that it be filed under seal.

Based on the foregoing, Plaintiffs respectfully request that the Court grant the instant application to file this exhibit to accompany Plaintiffs' Memorandum in Opposition to GEO's Motion To Exclude Expert Testimony Of Michael Childers.

To the extent the Court finds that support is lacking to file the requested documents under seal, Plaintiffs request that the Court order that Plaintiffs may file the documents publicly.

Dated: March 8, 2021            Respectfully submitted,

*/s/ Daniel H. Charest*
Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
Warren Burns (admitted *pro hac vice*)
wburns@burnscharest.com
TX Bar # 24053119
Will Thompson (CA Bar # 289012)
wthompson@burnscharest.com
E. Lawrence Vincent (admitted *pro hac vice*)

lvincent@burnscharest.com
TX Bar # 20585590
Mallory Biblo (admitted *pro hac vice*)
mbiblo@burnscharest.com
TX Bar # 24087165
Lauren Cross (admitted *pro hac vice*)
lcross@burnscharest.com
TX Bar # 24105759
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
LA Bar # 30002
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

R. Andrew Free (admitted *pro hac vice*)
andrew@immigrantcivilrights.com
TN Bar # 030513
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959

Nicole Ramos (admitted *pro hac vice*)
nicole@alotrolado.org
NY Bar # 4660445
**AL OTRO LADO**
511 E. San Ysidro Blvd., # 333
San Ysidro, CA 92173
Telephone: (619) 786-4866

Robert Ahdoot (CA Bar # 172098)
rahdoot@ahdootwolfson.com

Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Theodore W Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone: (310) 474-9111
Fax: (310) 474-8585

*Class Counsel*

# CERTIFICATE OF SERVICE

I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

Dated: March 8, 2021

*/s/ Daniel H. Charest*

Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
mbiblo@burnscharest.com