# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**[PROPOSED] ORDER DENYING GEO'S MOTION TO EXCLUDE EXPERT TESTIMONY OF MICHAEL CHILDERS** |

The Court, having considered Defendant The GEO Group, Inc.'s ("GEO") Motion to Exclude Expert Testimony of Michael Childers ("the Motion"), and good cause appearing therefore, hereby **DENIES** the Motion.

**IT IS SO ORDERED.**

Dated this _____ day of _____ , 2021.

Hon. Jesus Bernal<br>
United States District Judge

5:17-CV-02514-JGB