# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant.* | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**DECLARATION OF DANIEL H. CHAREST IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO GEO'S MOTION TO EXCLUDE EXPERT TESTIMONY OF MICHAEL CHILDERS** |

I, Daniel H. Charest, declare that the following is true and correct based upon my personal knowledge:

1. I am an attorney for the Plaintiffs in the above-captioned action.

2. Attached hereto are the following additional exhibits in support of Plaintiffs' Memorandum n Opposition to GEO's Motion to Exclude Expert Testimony of Michael Childers:

3. Attached as **Exhibit A** is a true and correct copy of the deposition of James Janecka taken June 26, 2019.

4. Attached as **Exhibit B** is a true and correct copy of excerpts of Deposition Exhibit 6 (pages 1, 31, and 35) from the deposition of Michael Childers taken on September 21, 2021 (GEO-Novoa_00041372, GEO-Novoa_00041402, and GEO-Novoa_00041406).

5. Attached as **Exhibit C** is a true and correct copy of an email from Daniel Charest to Ellen Robbins dated September 30, 2020.

6. Attached as **Exhibit D** is a true and correct copy of an email from Julianna Gravois to Adrienne Scheffey, et al. dated September 16, 2020.

7. Attached as **Exhibit E** is a true and correct copy of the deposition of Michael Childers taken on September 21, 2021.

8. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Dated: March 8, 2021

/s/ *Daniel H. Charest*
Daniel H. Charest (admitted *pro hac vice*)
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002