# EXHIBIT B
# FILED UNDER SEAL

**Proposal Submitted to:**

United States Department of Homeland Security, U.S. Immigration and Customs Enforcement

**Request for:**

California Contract Detention Facilities, Solicitation Number 70CDCR20R00000002

**FINAL CONFORMED PROPOSAL SUBMISSION- DECEMBER 19, 2019**

# REQUIREMENT D



Adelanto ICE Processing Center

DEFENDANT'S 6
M. CHILDERS
9/21/20
GG12901



Desert View Modified
Community Correctional Facility

# VOLUME I: DEMONSTRATED
# MANAGEMENT/TECHNICAL CAPABILITIES

David J. Venturella

4955 Technology Way

Boca Raton, Florida 33431

Tel: 866.301.4436/561.893.0101

dventurella@geogroup.com



The GEO Group, Inc. ®

Highly Confidential-Attorneys' Eyes Only

