# EXHIBIT C

| | |
|---|---|
| **Subject:** | Re: Novoa, et al. v The GEO Group, Inc., Case No. 5:17-cv-02514 |
| **Date:** | Thursday, October 1, 2020 at 11:53:49 AM Eastern Daylight Time |
| **From:** | Daniel Charest |
| **To:** | Adrienne Scheffey, Ellen Robbins, Julianna Gravois, Novoa-OC |
| **CC:** | Novoa - External |
| **Attachments:** | image001.jpg |

To clarify No. 4 below, Kraft was in the initial list but was more than four years ago. Thanks.

**Daniel H. Charest**
469.904.4555 direct
214.681.8444 mobile

---

**From:** Daniel Charest <dcharest@burnscharest.com>
**Date:** Thursday, October 1, 2020 at 10:52 AM
**To:** Adrienne Scheffey <Adrienne.scheffey@akerman.com>, Ellen Robbins <ellen.robbins@akerman.com>, Julianna Gravois <jgravois@burnscharest.com>, Novoa-OC <novoa-OC@burnscharest.com>
**Cc:** Novoa - External <Novoa-External@burnscharest.com>
**Subject:** Re: Novoa, et al. v The GEO Group, Inc., Case No. 5:17-cv-02514

Thanks for the specifics, Adrienne. That helps on our end to know what to ask. In short, we understand that the cases identified below are the only testimony (trial or deposition) Childers has provided in the past four years.

Pursuant to the rules, that is all an expert is required to disclose. But, to put this issue to rest, I understand the following based on our further inquiry to the expert on the heels of your email below:

1. "Valley Pride" concluded before testimony.
2. "Rohm and Hass" has not yet reached the point of testimony.
3. "TJX" is work as a consultant, not a case.
4. "Kraft" (not sure you mentioned it, but he did) was more than four years ago.

I trust this addresses any concerns GEO has with respect to Childers. If not, please let us know. All the best.

**Daniel H. Charest**
469.904.4555 direct
214.681.8444 mobile

---

**From:** Adrienne Scheffey <adrienne.scheffey@akerman.com>
**Date:** Wednesday, September 30, 2020 at 10:35 PM
**To:** Daniel Charest <dcharest@burnscharest.com>, Ellen Robbins <ellen.robbins@akerman.com>,

Julianna Gravois <jgravois@burnscharest.com>, Novoa-OC <novoa-OC@burnscharest.com>
**Cc:** Novoa - External <Novoa-External@burnscharest.com>
**Subject:** RE: Novoa, et al. v The GEO Group, Inc., Case No. 5:17-cv-02514

Thanks Dan.

While I have not yet received a transcript from the reporter, my notes from Mr. Childers' deposition also indicate that he testified about providing expert services in a "Valley Pride" case out of Wisconsin involving a meat packing plant. He also testified about a case he provided a report for approximately two years ago in Louisville, Kentucky which he described as involving the "Rome and Hass chemical plant." Additionally, he mentioned another case involving the "TJX" company.  Can you please provide all relevant information about these cases?

Best,

Adrienne Scheffey
Akerman LLP | 1900 Sixteenth Street, Suite 1700 | Denver, CO 80202
D: 303 640 2512 | T: 303 260 7712
adrienne.scheffey@akerman.com

---

**From:** Daniel Charest <dcharest@burnscharest.com>
**Sent:** Wednesday, September 30, 2020 6:21 PM
**To:** Robbins, Ellen (Ptnr-Lax) <ellen.robbins@akerman.com>; Julianna Gravois <jgravois@burnscharest.com>; Novoa-OC <novoa-OC@burnscharest.com>
**Cc:** Novoa - External <Novoa-External@burnscharest.com>
**Subject:** Re: Novoa, et al. v The GEO Group, Inc., Case No. 5:17-cv-02514

Childers reports that he has given testimony, and only by deposition, in two other matters:
1. *Slaton v Dole*, Case No. CVM016111, In the Superior Court of California, County of Merced
2. *Peters v Kraft*, Case No. 10-cv-00142, In the United States District Court for the Southern District of Iowa

Please let me know if anyone has any questions. Thanks.

### Daniel H. Charest
469.904.4555 direct
214.681.8444 mobile

---

**From:** Daniel Charest <dcharest@burnscharest.com>
**Date:** Wednesday, September 30, 2020 at 5:54 PM
**To:** Ellen Robbins <ellen.robbins@akerman.com>, Julianna Gravois <jgravois@burnscharest.com>, Novoa-OC <novoa-OC@burnscharest.com>
**Cc:** Novoa - External <Novoa-External@burnscharest.com>
**Subject:** Re: Novoa, et al. v The GEO Group, Inc., Case No. 5:17-cv-02514





**Daniel H. Charest**
469.904.4555 direct
214.681.8444 mobile

**From:** Daniel Charest <dcharest@burnscharest.com>
**Date:** Wednesday, September 30, 2020 at 5:03 PM
**To:** Ellen Robbins <ellen.robbins@akerman.com>, Julianna Gravois <jgravois@burnscharest.com>, Novoa-OC <novoa-OC@burnscharest.com>
**Cc:** Novoa - External <Novoa-External@burnscharest.com>

**Subject:** Re: Novoa, et al. v The GEO Group, Inc., Case No. 5:17-cv-02514

### Daniel H. Charest
469.904.4555 direct
214.681.8444 mobile

**From:** Ellen Robbins <ellen.robbins@akerman.com>
**Date:** Wednesday, September 30, 2020 at 5:03 PM
**To:** Daniel Charest <dcharest@burnscharest.com>, Julianna Gravois <jgravois@burnscharest.com>, Novoa-OC <novoa-OC@burnscharest.com>
**Cc:** Novoa - External <Novoa-External@burnscharest.com>
**Subject:** RE: Novoa, et al. v The GEO Group, Inc., Case No. 5:17-cv-02514

vCard | Profile

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Daniel Charest <dcharest@burnscharest.com>
**Sent:** Wednesday, September 30, 2020 3:00 PM
**To:** Julianna Gravois <jgravois@burnscharest.com>; Novoa-OC <novoa-OC@burnscharest.com>
**Cc:** Novoa - External <Novoa-External@burnscharest.com>
**Subject:** Re: Novoa, et al. v The GEO Group, Inc., Case No. 5:17-cv-02514

**Daniel H. Charest**
469.904.4555 direct
214.681.8444 mobile

---

**From:** Julianna Gravois <jgravois@burnscharest.com>
**Date:** Wednesday, September 30, 2020 at 4:53 PM
**To:** Novoa-OC <novoa-OC@burnscharest.com>
**Cc:** Novoa - External <Novoa-External@burnscharest.com>
**Subject:** Novoa, et al. v The GEO Group, Inc., Case No. 5:17-cv-02514

[redacted]

[redacted]

[redacted]

**Julianna Gravois**
Burns Charest LLP
900 Jackson Street
Suite 500
Dallas, Texas 75202
469.458.9890 direct
469.904.4550 main
469.444.5002 fax