# EXHIBIT D

| | |
|---|---|
| **Subject:** | Novoa, et al. v The GEO Group, Inc., Case No. 5:17-cv-02514 - Service of Objections & Responses to Expert Subpoenas |
| **Date:** | Wednesday, September 16, 2020 at 7:54:04 PM Eastern Daylight Time |
| **From:** | Julianna Gravois |
| **To:** | Adrienne Scheffey, Alicia Hou, Colin Barnacle, Damien Delaney, David Van Pelt, Ellen Robbins, Jonathan Turner, Lawrence Silverman, Michael Gallion, Robert Diwa |
| **CC:** | Novoa - External |
| **Attachments:** | 2020-09-16 Novoa - Responses & Objections to GEO's Subpoena to Jody Bland.pdf, 2020-09-16 Novoa - Responses & Objections to GEO's Subpoena to Margo Schlanger.pdf, 2020-09-16 Novoa - Responses & Objections to GEO's Subpoena to Michael Childers.pdf, 2020-09-16 Novoa - Responses & Objections to GEO's Subpoena to Craig Haney.pdf |

Counsel,

Attached for service are Plaintiffs' Objections and Responses to Defendant's Subpoena to Michael Childers, Plaintiffs' Objections and Responses to Defendant's Subpoena to Margo Schlanger, Plaintiffs' Objections and Responses to Defendant's Subpoena to Craig Haney and Plaintiffs' Objections and Responses to Defendant's Subpoena to Jody Bland. Responsive document production can be found at the below link. The password will follow under a separate cover.

Link to Document Production: https://bc.egnyte.com/fl/GLGC6sydWc.

Best regards,

**Julianna Gravois**
Burns Charest LLP
900 Jackson Street
Suite 500
Dallas, Texas 75202
469.458.9890 direct
469.904.4550 main
469.444.5002 fax