# EXHIBIT F

1
2

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION**

3
4
5
6
7
8
9
10
11

| | |
|---|---|
| **RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant.* | Civil Action No. 5:17-cv-02514-JGB-SHK<br><br>**DECLARATION OF MICHAEL CHILDERS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO GEO'S MOTION TO EXCLUDE TESTIMONY OF MICHAEL CHILDERS** |

12
13

    I, Michael Childers, declare that the following is true and correct based upon my personal knowledge:

14
15

    1.    I am over 18 years of age. I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

16
17
18

    2.    I prepared an expert report and declaration in this matter, dated August 17, 2020. I am submitting this declaration in support of Plaintiffs' Opposition to GEO's Motion to Exclude my testimony in this case.

19
20
21

    3.    I have been asked by Counsel to provide additional information on a number of topics discussed within Defendant's Motion to Exclude the Testimony of Michael Childers.

22
23
24
25
26

    4.    As explained in my expert report, I have extensive experience in both management and work measurement. Work measurement is broadly defined as the systematic examination of the methods of carrying on activities so as to improve the effective use of resources, and to set up standards of performance for the activities being carried out. I worked as a supervisor, engineer, and manager in various private sector

27
28

settings for over a decade before completing my advanced degrees and becoming a professor at UW-Madison.

5.      In my roles as a supervisor and plant manager, I have supervised up to 150 people and routinely engaged in the planning and scheduling of staff to accomplish the needs of the business. Over the last 15 years as a professor, I have participated in dozens of projects where I have assisted companies, workers, and unions in creating, maintaining, and negotiating production standards and compensations systems. These diverse experiences have spanned industries from school system secretaries to slaughterhouse workers, from steel mills and chemical plants to candy factories and Steinway piano manufacturing facilities.

6.      I have taught the Labor-Management Relations course for the UW-Madison Wisconsin School of Business for the last decade. I am recognized as a resident expert at UW-Madison on unions, production standards, and labor-management relations and a Fellow in the Teaching Academy (top 4% of all teaching faculty), the campus organization recognizing excellence in teaching and commitment to improving the quality of teaching and learning across campus.

7.      I used the Association of Physical Plant Administrators (APPA) Custodial Staffing Guidelines for Educational Facilities as a means to independently confirm the results of the detailed hourly analysis performed by Mr. Bland. After obtaining the necessary information to generate an estimate using APPA, I compared these results to the Bland analysis for reasonableness and consistency as a sanity check of Mr. Bland's analysis. This comparison found them to be very close in total hours, as explained in paragraph 20 of my initial declaration.

8.      I proceeded to use Mr. Bland's findings regarding hours as the starting point for the calculations I performed in the computing the additional profits retained by GEO in paragraphs 25 and 27 of my report. In other words, the APPA-related calculations described before paragraph 20 in my initial declaration were not inputs to

DECLARATION OF MICHAEL CHILDERS

2

5:17-cv-02514-JGB-SHK

the damage calculations that begin with Para 21. No aspect of the APPA methodology and analysis impacts the results that are shown in paragraphs 25 and 27.

9.     In 1992, APPA published the seminal work, Custodial Staffing Guidelines for Educational Facilities. It was first to correlate the productivity of custodial operations (the amount of space cleaned) with the level of cleanliness (levels of appearance) and what a stakeholder could reasonably expect of the custodial function. Due to the popularity of this publication it was revised in 1998 and republished in 2012. I utilized the 2nd edition ISBN 1890956066.

10.    The strength of this tool is that it provides a simple, macro level approach to estimating workload in custodial operations while at the same time being robust. It relies on general parameters and characteristics which can be applied in any situation and has been widely adopted, used, and updated since its first publication. The Guidelines are based upon these simple elements:

    a.  The cleanliness level required/desired in the space;

    b.  The physical size of the space; and

    c.  The type of space (washroom, office, etc.) to be cleaned and its characteristics (such as type of floor coverings, etc.)

11.    These elements are used to make projections about how much a custodian can clean (cleanable square feet) and at what quality or level of appearance a manager can reasonably expect for the effort and resources expended for the custodial operation. APPA has collected data from member institutions over many decades to develop these estimates.

12.    The use of APPA guidelines is not confined to only educational institutions. In fact, in 2008 the US Green Building Council (USGBC) revised its Leadership in Energy and Environmental Design (LEED) for Existing Buildings standard to make green cleaning a prerequisite. The USGBC added credits for institutions conducting audits of their facilities using the APPA's Custodial Staffing

Guidelines for Educational Facilities, recognizing buildings that have superior cleaning programs. Institutions now earn up to two LEED points for using APPA's guidelines as part of the Quality Cleaning section of LEED's Operations and Maintenance guide to determine the appearance level of the facility. This standard applies universally for any buildings in any setting. https://www.esmagazine.com/articles/93399-appa-guidelines-adopted-for-leed-eb-green-cleaning-standard.

13.     With regard to the application of the APPA method to the specific case, the first and second sheet of my Exhibit 3 Excel workbook contain this information. Sheet 1 shows the APPA Staffing Service Levels table, and sheet 2 shows the data used and calculations.

14.     While I understand there are questions regarding Corridors, Visitation, and Kitchen/Laundry areas, the selection of the most appropriate match with the 33 standard spaces as defined in the APPA was determined based on the information available to me and my experience and judgement. Overall these areas contribute only 2.7, 1.7, and 12.3% of the total amount of labor from the analysis, respectively.

15.     I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Dated: March 7, 2021

/s/ _____

Michael Childers