# EXHIBIT A
# FILED UNDER SEAL



Confidential

GEO-Novoa_00006269



Confidential

GEO-Novoa_00006270