# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  Jessus G. Bernal

From: APEDRO _____, Deputy Clerk    Date Received: 12/08/2020

Case No.: EDCV17-2514-JGB-SHKx)       Case Title: Raul Novoa v. The GEO Group, Inc.

Document Entitled: Motion/letter

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ Local Rule 11-3.1 | Document not legible |
| ☐ Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ Local Rule 11-4.1 | No copy provided for judge |
| ☐ Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ Local Rule 83-2.5 | No letters to the judge |
| ☑ Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☑ Other: | Not a party to the case |

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐  The document is to be filed and processed.  The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk.  Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____        _____
Date          U.S. District Judge / U.S. Magistrate Judge

☑  The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.*  Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

March 15, 2021
_____        _____
Date          U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

|  |  |  |  |
|---|---|---|---|
| COPY 1 -ORIGINAL-OFFICE | COPY 2 -JUDGE | COPY 3 -SIGNED & RETURNED TO FILER | COPY 4 -FILER RECEIPT |



RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

DEC - 8 2020

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

Motion to set aside demurrer
and introduce letter or
evidence. case

Novoa et al v. The Geo Group Inc.

case: 5:17-cv-02514

November 22nd 2020

To whom it might concern:

I've been working for most of the time while in custody. Every month their is a deficit of around $20 missing on payroll for detainees. We got kites and givances as supporting evidence. We also complaint that we are entitled to $50.00 a month for wellfare in our accounts and never got the money, the law library has the information stating so.

I swear under penalty of perjury that my testimony is true to our fact findings. My detainee account is the evidence. If I didn't ask for my monthly account summary and to be on top of my finances. They would keep it.

The issue is to frequent. With a lot of effort I've been able to save over $100.00. Please stop them.

Sincerely

```
===================================================================
                      Resident Account Summary
                  Friday, November 13, 2020  @13:44

===================================================================
For CIN: 58752299    HERRERA ARGUETTA, GUILLERMO
-------------------------------------------------------------------
```

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|------|-------------|-------------|--------|---------|------|------|-----------|
| 11/13/2020 | DET PAYROLL | PAYROLL 11/12/20 | 1.00 | 103.97 | 0.00 | 0.00 | 11/13/2020 |
| 11/13/2020 | POSTAGE PUR | POSTAGE 1 INTL | -1.15 | 102.97 | 0.00 | 0.00 | 11/13/2020 |
| 11/10/2020 | DET PAYROLL | PAYROLL 11/9/20 | 1.00 | 104.12 | 0.00 | 0.00 | 11/10/2020 |
| 11/09/2020 | DET PAYROLL | PAYROLL 11/8/20 | 1.00 | 103.12 | 0.00 | 0.00 | 11/09/2020 |
| 11/09/2020 | DET PAYROLL | PAYROLL 11/7/20 | 1.00 | 102.12 | 0.00 | 0.00 | 11/09/2020 |
| 11/04/2020 | POSTAGE PUR | POSTAGE 1 PER | -0.80 | 101.12 | 0.00 | 0.00 | 11/04/2020 |
| 11/04/2020 | DET PAYROLL | PAYROLL 11/3/20 | 1.00 | 101.92 | 0.00 | 0.00 | 11/04/2020 |
| 11/03/2020 | DET PAYROLL | PAYROLL 11/2/20 | 1.00 | 100.92 | 0.00 | 0.00 | 11/03/2020 |
| 11/03/2020 | POSTAGE PUR | POSTAGE 1 PER | -0.50 | 99.92 | 0.00 | 0.00 | 11/03/2020 |
| 11/02/2020 | DET PAYROLL | PAYROLL 11/1/20 | 1.00 | 100.42 | 0.00 | 0.00 | 11/02/2020 |
| 11/02/2020 | DET PAYROLL | PAYROLL 10/31/20 | 1.00 | 99.42 | 0.00 | 0.00 | 11/02/2020 |
| 10/30/2020 | DET PAYROLL | PAYROLL 10/29/20 | 1.00 | 98.42 | 0.00 | 0.00 | 10/30/2020 |
| 10/29/2020 | DET PAYROLL | PAYROLL 10/27/20 | 1.00 | 97.42 | 0.00 | 0.00 | 10/29/2020 |
| 10/27/2020 | PHONE PURCH | PHONE TIME PURCHASE | -2.25 | 96.42 | 0.00 | 0.00 | 10/27/2020 |
| 10/26/2020 | DET PAYROLL | PAYROLL 10/24/20 | 1.00 | 98.67 | 0.00 | 0.00 | 10/26/2020 |
| 10/26/2020 | DET PAYROLL | PAYROLL 10/23/20 | 1.00 | 97.67 | 0.00 | 0.00 | 10/26/2020 |
| 10/22/2020 | DET PAYROLL | PAYROLL 10/21/20 | 1.00 | 96.67 | 0.00 | 0.00 | 10/22/2020 |
| 10/22/2020 | POSTAGE PUR | POSTAGE 1 LEGAL | -0.50 | 95.67 | 0.00 | 0.00 | 10/22/2020 |
| 10/22/2020 | POSTAGE PUR | POSTAGE 1 PER | -0.50 | 96.17 | 0.00 | 0.00 | 10/22/2020 |
| 10/20/2020 | DET PAYROLL | PAYROLL 10/19/20 | 1.00 | 96.67 | 0.00 | 0.00 | 10/20/2020 |
| 10/20/2020 | DET PAYROLL | PAYROLL 10/18/20 | 1.00 | 95.67 | 0.00 | 0.00 | 10/20/2020 |
| 10/20/2020 | DET PAYROLL | PAYROLL 10/6/20 | 1.00 | 94.67 | 0.00 | 0.00 | 10/20/2020 |
| 10/20/2020 | DET PAYROLL | PAYROLL 10/5/20 | 1.00 | 93.67 | 0.00 | 0.00 | 10/20/2020 |
| 10/20/2020 | DET PAYROLL | PAYROLL 10/4/20 | 1.00 | 92.67 | 0.00 | 0.00 | 10/20/2020 |
| 10/20/2020 | DET PAYROLL | PAYROLL 10/3/20 | 1.00 | 91.67 | 0.00 | 0.00 | 10/20/2020 |
| 10/20/2020 | DET PAYROLL | PAYROLL 10/2/20 | 1.00 | 90.67 | 0.00 | 0.00 | 10/20/2020 |
| 10/20/2020 | DET PAYROLL | PAYROLL 9/30/20 | 1.00 | 89.67 | 0.00 | 0.00 | 10/20/2020 |
| 10/20/2020 | DET PAYROLL | PAYROLL 9/29/20 | 1.00 | 88.67 | 0.00 | 0.00 | 10/20/2020 |
| 10/20/2020 | DET PAYROLL | PAYROLL 9/28/20 | 1.00 | 87.67 | 0.00 | 0.00 | 10/20/2020 |
| 10/20/2020 | DET PAYROLL | PAYROLL 9/27/20 | 1.00 | 86.67 | 0.00 | 0.00 | 10/20/2020 |
| 10/20/2020 | DET PAYROLL | PAYROLL 9/26/20 | 1.00 | 85.67 | 0.00 | 0.00 | 10/20/2020 |
| 10/20/2020 | DET PAYROLL | PAYROLL 9/25/20 | 1.00 | 84.67 | 0.00 | 0.00 | 10/20/2020 |
| 10/20/2020 | DET PAYROLL | PAYROLL 9/21/20 | 1.00 | 83.67 | 0.00 | 0.00 | 10/20/2020 |
| 10/19/2020 | DET PAYROLL | PAYROLL 10/16/20 | 1.00 | 82.67 | 0.00 | 0.00 | 10/19/2020 |
| 10/19/2020 | POSTAGE PUR | POSTAGE 1 INTER | -1.15 | 81.67 | 0.00 | 0.00 | 10/19/2020 |
| 10/16/2020 | DET PAYROLL | PAYROLL 10/15/20 | 1.00 | 82.82 | 0.00 | 0.00 | 10/16/2020 |
| 10/15/2020 | DET PAYROLL | PAYROLL 10/12/20 | 1.00 | 81.82 | 0.00 | 0.00 | 10/15/2020 |
| 10/15/2020 | DET PAYROLL | PAYROLL 10/13/20 | 1.00 | 80.82 | 0.00 | 0.00 | 10/15/2020 |
| 10/15/2020 | DET PAYROLL | PAYROLL 10/14/20 | 1.00 | 79.82 | 0.00 | 0.00 | 10/15/2020 |
| 10/12/2020 | DET PAYROLL | PAYROLL 10/9/20 | 1.00 | 78.82 | 0.00 | 0.00 | 10/12/2020 |
| 10/08/2020 | POSTAGE PUR | POSTAGE 1 INTER | -1.15 | 77.82 | 0.00 | 0.00 | 10/08/2020 |
| 10/08/2020 | DET PAYROLL | PAYROLL 10/7/20 | 1.00 | 78.97 | 0.00 | 0.00 | 10/08/2020 |
| 10/07/2020 | POSTAGE PUR | POSTAGE 2 LEGAL | -1.00 | 77.97 | 0.00 | 0.00 | 10/07/2020 |
| 10/06/2020 | BATT HEADPH | BATTERIES | -1.00 | 78.97 | 0.00 | 0.00 | 10/06/2020 |
| 10/05/2020 | POSTAGE PUR | POSTAGE 1 PER | -0.50 | 79.97 | 0.00 | 0.00 | 10/05/2020 |
| 10/02/2020 | DET PAYROLL | PAYROLL 10/01/20 | 1.00 | 80.47 | 0.00 | 0.00 | 10/02/2020 |
| 10/02/2020 | POSTAGE PUR | POSTAGE 1 PER | -0.50 | 79.47 | 0.00 | 0.00 | 10/02/2020 |
| 09/30/2020 | EPR | OID:100429584-ComisaryPur | -1.98 | 79.97 | 0.00 | 0.00 | 09/30/2020 |
| 09/29/2020 | POSTAGE PUR | POSTAGE 1 LEGAL | -0.50 | 81.95 | 0.00 | 0.00 | 09/29/2020 |
| 09/29/2020 | DET PAYROLL | PAYROLL 9/20/20 | 1.00 | 82.45 | 0.00 | 0.00 | 09/29/2020 |
| 09/28/2020 | DET PAYROLL | PAYROLL 9/24/20 | 1.00 | 81.45 | 0.00 | 0.00 | 09/28/2020 |
| 09/24/2020 | DET PAYROLL | PAYROLL 9/22/20 | 1.00 | 80.45 | 0.00 | 0.00 | 09/24/2020 |
| 09/24/2020 | DET PAYROLL | PAYROLL 9/23/20 | 1.00 | 79.45 | 0.00 | 0.00 | 09/24/2020 |
| 09/23/2020 | POSTAGE PUR | POSTAGE 1 PER INTER | -1.15 | 78.45 | 0.00 | 0.00 | 09/23/2020 |
| 09/23/2020 | POSTAGE PUR | POSTAGE 1 LEGAL | -0.50 | 79.60 | 0.00 | 0.00 | 09/23/2020 |
| 09/22/2020 | DET PAYROLL | PAYROLL 9/17/20 | 1.00 | 80.10 | 0.00 | 0.00 | 09/22/2020 |
| 09/21/2020 | DET PAYROLL | PAYROLL 9/13/20 | 1.00 | 79.10 | 0.00 | 0.00 | 09/21/2020 |
| 09/21/2020 | DET PAYROLL | PAYROLL 9/6/20 | 1.00 | 78.10 | 0.00 | 0.00 | 09/21/2020 |

Resident Account Summary
Friday, November 13, 2020  @13:44

For CIN: 58752299    HERRERA ARGUETTA, GUILLERMO

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 09/21/2020 | DET PAYROLL | PAYROLL 9/8/2020 | 1.00 | 77.10 | 0.00 | 0.00 | 09/21/2020 |
| 09/21/2020 | DET PAYROLL | PAYROLL 9/5/20 | 1.00 | 76.10 | 0.00 | 0.00 | 09/21/2020 |
| 09/21/2020 | DET PAYROLL | PAYROLL 9/2/20 | 1.00 | 75.10 | 0.00 | 0.00 | 09/21/2020 |
| 09/21/2020 | DET PAYROLL | PAYROLL 9/1/20 | 1.00 | 74.10 | 0.00 | 0.00 | 09/21/2020 |
| 09/21/2020 | DET PAYROLL | PAYROLL 8/28/20 | 1.00 | 73.10 | 0.00 | 0.00 | 09/21/2020 |
| 09/21/2020 | DET PAYROLL | PAYROLL 8/26/20 | 1.00 | 72.10 | 0.00 | 0.00 | 09/21/2020 |
| 09/21/2020 | DET PAYROLL | PAYROLL 8/25/2020 | 1.00 | 71.10 | 0.00 | 0.00 | 09/21/2020 |
| 09/21/2020 | POSTAGE PUR | POSTAGE 1 PER | -0.50 | 70.10 | 0.00 | 0.00 | 09/21/2020 |
| 09/21/2020 | POSTAGE PUR | POSTAGE 1 LEGAL | -0.50 | 70.60 | 0.00 | 0.00 | 09/21/2020 |
| 09/21/2020 | DET PAYROLL | PAYROLL 9/19/20 | 1.00 | 71.10 | 0.00 | 0.00 | 09/21/2020 |
| 09/21/2020 | DET PAYROLL | PAYROLL 9/18/20 | 1.00 | 70.10 | 0.00 | 0.00 | 09/21/2020 |
| 09/21/2020 | DET PAYROLL | PAYROLL 9/17/20 | 1.00 | 69.10 | 0.00 | 0.00 | 09/21/2020 |
| 09/17/2020 | DET PAYROLL | PAYROLL 9/16/20 | 1.00 | 68.10 | 0.00 | 0.00 | 09/17/2020 |
| 09/15/2020 | DET PAYROLL | PAYROLL 9/12/20 | 1.00 | 67.10 | 0.00 | 0.00 | 09/15/2020 |
| 09/15/2020 | DET PAYROLL | PAYROLL 9/14/20 | 1.00 | 66.10 | 0.00 | 0.00 | 09/15/2020 |
| 09/14/2020 | DET PAYROLL | PAYROLL 9/11/20 | 1.00 | 65.10 | 0.00 | 0.00 | 09/14/2020 |
| 09/11/2020 | DET PAYROLL | PAYROLL 9/9/20 | 1.00 | 64.10 | 0.00 | 0.00 | 09/11/2020 |
| 09/11/2020 | DET PAYROLL | PAYROLL 9/10/20 | 1.00 | 63.10 | 0.00 | 0.00 | 09/11/2020 |
| 09/10/2020 | POSTAGE PUR | POSTAGE 1 PER | -0.50 | 62.10 | 0.00 | 0.00 | 09/10/2020 |
| 09/10/2020 | POSTAGE PUR | POSTAGE 2 LEGAL 1 INTER | -2.15 | 62.60 | 0.00 | 0.00 | 09/10/2020 |
| 09/08/2020 | DET PAYROLL | PAYROLL 9/7/20 | 1.00 | 64.75 | 0.00 | 0.00 | 09/08/2020 |
| 09/08/2020 | DET PAYROLL | PAYROLL 9/4/20 | 1.00 | 63.75 | 0.00 | 0.00 | 09/08/2020 |
| 09/04/2020 | DET PAYROLL | PAYROLL 9/3/20 | 1.00 | 62.75 | 0.00 | 0.00 | 09/04/2020 |
| 09/04/2020 | POSTAGE PUR | POSTAGE 1 PER | -0.50 | 61.75 | 0.00 | 0.00 | 09/04/2020 |
| 09/04/2020 | POSTAGE PUR | POSTAGE 2 PER | -1.00 | 62.25 | 0.00 | 0.00 | 09/04/2020 |
| 09/02/2020 | POSTAGE PUR | POSTAGE 1 INTER | -1.15 | 63.25 | 0.00 | 0.00 | 09/02/2020 |
| 09/02/2020 | POSTAGE PUR | POSTAGE 1 PER | -0.50 | 64.40 | 0.00 | 0.00 | 09/02/2020 |
| 09/01/2020 | BATT HEADPH | BATTERIES | -1.00 | 64.90 | 0.00 | 0.00 | 09/01/2020 |
| 09/01/2020 | DET PAYROLL | PAYROLL 8/31/20 | 1.00 | 65.90 | 0.00 | 0.00 | 09/01/2020 |
| 08/31/2020 | DET PAYROLL | PAYROLL 08/30/20 | 1.00 | 64.90 | 0.00 | 0.00 | 08/31/2020 |
| 08/31/2020 | DET PAYROLL | PAYROLL 08/29/20 | 1.00 | 63.90 | 0.00 | 0.00 | 08/31/2020 |
| 08/28/2020 | DET PAYROLL | PAYROLL 8/27/20 | 1.00 | 62.90 | 0.00 | 0.00 | 08/28/2020 |
| 08/28/2020 | POSTAGE PUR | POSTAGE 1 LGL | -0.50 | 61.90 | 0.00 | 0.00 | 08/28/2020 |
| 08/28/2020 | POSTAGE PUR | POSTAGE 1 LGL | -0.50 | 62.40 | 0.00 | 0.00 | 08/28/2020 |
| 08/26/2020 | DET PAYROLL | PAYROLL 8/19/20 | 1.00 | 62.90 | 0.00 | 0.00 | 08/26/2020 |
| 08/26/2020 | DET PAYROLL | PAYROLL 8/17/20 | 1.00 | 61.90 | 0.00 | 0.00 | 08/26/2020 |
| 08/26/2020 | DET PAYROLL | PAYROLL 8/16/20 | 1.00 | 60.90 | 0.00 | 0.00 | 08/26/2020 |
| 08/26/2020 | DET PAYROLL | PAYROLL 8/11/20 | 1.00 | 59.90 | 0.00 | 0.00 | 08/26/2020 |
| 08/26/2020 | DET PAYROLL | PAYROLL 8/7/20 | 1.00 | 58.90 | 0.00 | 0.00 | 08/26/2020 |
| 08/26/2020 | DET PAYROLL | PAYROLL 8/6/20 | 1.00 | 57.90 | 0.00 | 0.00 | 08/26/2020 |
| 08/26/2020 | DET PAYROLL | PAYROLL 8/5/20 | 1.00 | 56.90 | 0.00 | 0.00 | 08/26/2020 |
| 08/26/2020 | DET PAYROLL | PAYROLL 8/4/20 | 1.00 | 55.90 | 0.00 | 0.00 | 08/26/2020 |
| 08/26/2020 | DET PAYROLL | PAYROLL 8/3/20 | 1.00 | 54.90 | 0.00 | 0.00 | 08/26/2020 |
| 08/26/2020 | DET PAYROLL | PAYROLL 8/1/20 | 1.00 | 53.90 | 0.00 | 0.00 | 08/26/2020 |
| 08/26/2020 | DET PAYROLL | PAYROLL 7/29/20 | 1.00 | 52.90 | 0.00 | 0.00 | 08/26/2020 |
| 08/26/2020 | DET PAYROLL | PAYROLL 7/20/20 | 1.00 | 51.90 | 0.00 | 0.00 | 08/26/2020 |
| 08/26/2020 | DET PAYROLL | PAYROLL 7/17/20 | 1.00 | 50.90 | 0.00 | 0.00 | 08/26/2020 |
| 08/26/2020 | DET PAYROLL | PAYROLL 7/15/20 | 1.00 | 49.90 | 0.00 | 0.00 | 08/26/2020 |
| 08/26/2020 | DET PAYROLL | PAYROLL 7/13/20 | 1.00 | 48.90 | 0.00 | 0.00 | 08/26/2020 |
| 08/26/2020 | DET PAYROLL | PAYROLL 8/23/20 | 1.00 | 47.90 | 0.00 | 0.00 | 08/26/2020 |
| 08/26/2020 | DET PAYROLL | PAYROLL 8/22/20 | 1.00 | 46.90 | 0.00 | 0.00 | 08/26/2020 |
| 08/26/2020 | DET PAYROLL | PAYROLL 8/21/20 | 1.00 | 45.90 | 0.00 | 0.00 | 08/26/2020 |
| 08/26/2020 | EPR | OID:100426661-ComisaryPur | -4.50 | 44.90 | 0.00 | 0.00 | 08/26/2020 |
| 08/25/2020 | DET PAYROLL | PAYROLL 8/24/20 | 1.00 | 49.40 | 0.00 | 0.00 | 08/25/2020 |
| 08/25/2020 | POSTAGE PUR | POSTAGE 1 LEGAL | -0.50 | 48.40 | 0.00 | 0.00 | 08/25/2020 |
| 08/24/2020 | POSTAGE PUR | POSTAGE 1 LEGAL | -0.50 | 48.90 | 0.00 | 0.00 | 08/24/2020 |
| 08/24/2020 | POSTAGE PUR | POSTAGE 2 LEGAL | -1.00 | 49.40 | 0.00 | 0.00 | 08/24/2020 |
| 08/24/2020 | POSTAGE PUR | POSTAGE 1 MANILA LEGAL | -2.20 | 50.40 | 0.00 | 0.00 | 08/24/2020 |

Resident Account Summary
Friday, November 13, 2020  @13:44

For CIN: 58752299     HERRERA ARGUETTA, GUILLERMO

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|------|-------------|-------------|--------|---------|------|------|-----------|
| 08/24/2020 | DET PAYROLL | PAYROLL 8/20/20 | 1.00 | 52.60 | 0.00 | 0.00 | 08/24/2020 |
| 08/19/2020 | DET PAYROLL | PAYROLL 8/18/20 | 1.00 | 51.60 | 0.00 | 0.00 | 08/19/2020 |
| 08/19/2020 | EPR | OID:100426017-ComisaryPur( | -8.58 | 50.60 | 0.00 | 0.00 | 08/19/2020 |
| 08/17/2020 | DET PAYROLL | PAYROLL 8/13/20 | 1.00 | 59.18 | 0.00 | 0.00 | 08/17/2020 |
| 08/17/2020 | DET PAYROLL | PAYROLL 8/8/20 | 1.00 | 58.18 | 0.00 | 0.00 | 08/17/2020 |
| 08/17/2020 | DET PAYROLL | PAYROLL 8/15/20 | 1.00 | 57.18 | 0.00 | 0.00 | 08/17/2020 |
| 08/17/2020 | POSTAGE PUR( | POSTAGE 1 LEGAL | -0.50 | 56.18 | 0.00 | 0.00 | 08/17/2020 |
| 08/17/2020 | DET PAYROLL | PAYROLL 8/14/20 | 1.00 | 56.68 | 0.00 | 0.00 | 08/17/2020 |
| 08/13/2020 | DET PAYROLL | PAYROLL 8/12/20 | 1.00 | 55.68 | 0.00 | 0.00 | 08/13/2020 |
| 08/12/2020 | DET PAYROLL | PAYROLL 8/10/20 | 1.00 | 54.68 | 0.00 | 0.00 | 08/12/2020 |
| 08/12/2020 | POSTAGE PUR( | POSTAGE 2 LEGAL 1 IS INTEI | -1.65 | 53.68 | 0.00 | 0.00 | 08/12/2020 |
| 08/12/2020 | POSTAGE PUR( | POSTAGE 3 PER | -1.50 | 55.33 | 0.00 | 0.00 | 08/12/2020 |
| 08/12/2020 | POSTAGE PUR( | POSTAGE 1 MANILA LEGAL | -2.20 | 56.83 | 0.00 | 0.00 | 08/12/2020 |
| 08/12/2020 | EPR | OID:100425415-ComisaryPur( | -10.39 | 59.03 | 0.00 | 0.00 | 08/12/2020 |
| 08/11/2020 | DET PAYROLL | PAYROLL 8/9/20 | 1.00 | 69.42 | 0.00 | 0.00 | 08/11/2020 |
| 08/04/2020 | DET PAYROLL | PAYROLL 8/2/20 | 1.00 | 68.42 | 0.00 | 0.00 | 08/04/2020 |
| 08/03/2020 | DET PAYROLL | PAYROLL 7/31/20 | 1.00 | 67.42 | 0.00 | 0.00 | 08/03/2020 |
| 08/03/2020 | POSTAGE PUR( | POSTAGE 1 INTER | -1.15 | 66.42 | 0.00 | 0.00 | 08/03/2020 |
| 08/03/2020 | POSTAGE PUR( | POSTAGE 2 LEGAL | -1.30 | 67.57 | 0.00 | 0.00 | 08/03/2020 |
| 08/03/2020 | POSTAGE PUR( | POSTAGE 3 INTER PER | -3.45 | 68.87 | 0.00 | 0.00 | 08/03/2020 |
| 07/31/2020 | DET PAYROLL | PAYROLL 7/30/20 | 1.00 | 72.32 | 0.00 | 0.00 | 07/31/2020 |
| 07/29/2020 | DET PAYROLL | PAYROLL 7/28/20 | 1.00 | 71.32 | 0.00 | 0.00 | 07/29/2020 |
| 07/29/2020 | EPR | OID:100424150-ComisaryPur( | -7.72 | 70.32 | 0.00 | 0.00 | 07/29/2020 |
| 07/28/2020 | DET PAYROLL | PAYROLL 7/27/20 | 1.00 | 78.04 | 0.00 | 0.00 | 07/28/2020 |
| 07/27/2020 | DET PAYROLL | PAYROLL 7/25/2020 | 1.00 | 77.04 | 0.00 | 0.00 | 07/27/2020 |
| 07/27/2020 | DET PAYROLL | PAYROLL 7/24/20 | 1.00 | 76.04 | 0.00 | 0.00 | 07/27/2020 |
| 07/27/2020 | DET PAYROLL | PAYROLL 7/26/20 | 1.00 | 75.04 | 0.00 | 0.00 | 07/27/2020 |
| 07/24/2020 | DET PAYROLL | PAYROLL 7/23/20 | 1.00 | 74.04 | 0.00 | 0.00 | 07/24/2020 |
| 07/23/2020 | DET PAYROLL | PAYROLL 7/22/20 | 1.00 | 73.04 | 0.00 | 0.00 | 07/23/2020 |
| 07/22/2020 | EPR | OID:100423509-ComisaryPur( | -3.30 | 72.04 | 0.00 | 0.00 | 07/22/2020 |
| 07/22/2020 | DET PAYROLL | PAYROLL 7/21/20 | 1.00 | 75.34 | 0.00 | 0.00 | 07/22/2020 |
| 07/21/2020 | DET PAYROLL | PAYROLL 7/18/20 | 1.00 | 74.34 | 0.00 | 0.00 | 07/21/2020 |
| 07/20/2020 | DET PAYROLL | PAYROLL 7/19/2020 | 1.00 | 73.34 | 0.00 | 0.00 | 07/20/2020 |
| 07/20/2020 | POSTAGE PUR( | POSTAGE 1 PER | -0.50 | 72.34 | 0.00 | 0.00 | 07/20/2020 |
| 07/20/2020 | DET PAYROLL | PAYROLL 7/16/20 | 1.00 | 72.84 | 0.00 | 0.00 | 07/20/2020 |
| 07/15/2020 | DET PAYROLL | PAYROLL 7/14/20 | 1.00 | 71.84 | 0.00 | 0.00 | 07/15/2020 |
| 07/14/2020 | DET PAYROLL | PAYROLL 6/22/20 | 1.00 | 70.84 | 0.00 | 0.00 | 07/14/2020 |
| 07/14/2020 | DET PAYROLL | PAYROLL 6/19/20 | 1.00 | 69.84 | 0.00 | 0.00 | 07/14/2020 |
| 07/14/2020 | DET PAYROLL | PAYROLL 6/18/20 | 1.00 | 68.84 | 0.00 | 0.00 | 07/14/2020 |
| 07/14/2020 | DET PAYROLL | PAYROLL 6/17/20 | 1.00 | 67.84 | 0.00 | 0.00 | 07/14/2020 |
| 07/14/2020 | DET PAYROLL | PAYROLL 6/12/20 | 1.00 | 66.84 | 0.00 | 0.00 | 07/14/2020 |
| 07/14/2020 | DET PAYROLL | PAYROLL 6/7/20 | 1.00 | 65.84 | 0.00 | 0.00 | 07/14/2020 |
| 07/14/2020 | DET PAYROLL | PAYROLL 7/6/20 | 1.00 | 64.84 | 0.00 | 0.00 | 07/14/2020 |
| 07/14/2020 | DET PAYROLL | PAYROLL 7/3/20 | 1.00 | 63.84 | 0.00 | 0.00 | 07/14/2020 |
| 07/14/2020 | DET PAYROLL | PAYROLL 7/11/20 | 1.00 | 62.84 | 0.00 | 0.00 | 07/14/2020 |
| 07/14/2020 | DET PAYROLL | PAYROLL 7/9/20 | 1.00 | 61.84 | 0.00 | 0.00 | 07/14/2020 |
| 07/13/2020 | DET PAYROLL | PAYROLL 7/12/20 | 1.00 | 60.84 | 0.00 | 0.00 | 07/13/2020 |
| 07/13/2020 | DET PAYROLL | PAYROLL 7/10/20 | 1.00 | 59.84 | 0.00 | 0.00 | 07/13/2020 |
| 07/10/2020 | POSTAGE PUR( | POSTAGE 1 LEGAL | -0.65 | 58.84 | 0.00 | 0.00 | 07/10/2020 |
| 07/09/2020 | DET PAYROLL | PAYROLL 7/8/20 | 1.00 | 59.49 | 0.00 | 0.00 | 07/09/2020 |
| 07/08/2020 | DET PAYROLL | PAYROLL 7/7/20 | 1.00 | 58.49 | 0.00 | 0.00 | 07/08/2020 |
| 07/07/2020 | DET PAYROLL | PAYROLL 7/5/20 | 1.00 | 57.49 | 0.00 | 0.00 | 07/07/2020 |
| 07/06/2020 | DET PAYROLL | PAYROLL 7/4/20 | 1.00 | 56.49 | 0.00 | 0.00 | 07/06/2020 |
| 07/06/2020 | DET PAYROLL | PAYROLL 7/2/20 | 1.00 | 55.49 | 0.00 | 0.00 | 07/06/2020 |
| 07/02/2020 | DET PAYROLL | PAYROLL 6/27/20 | 1.00 | 54.49 | 0.00 | 0.00 | 07/02/2020 |
| 07/02/2020 | DET PAYROLL | PAYROLL 7/1/20 | 1.00 | 53.49 | 0.00 | 0.00 | 07/02/2020 |
| 07/02/2020 | POSTAGE PUR( | POSTAGE 1 PER | -0.50 | 52.49 | 0.00 | 0.00 | 07/02/2020 |
| 07/01/2020 | DET PAYROLL | PAYROLL 6/30/20 | 1.00 | 52.99 | 0.00 | 0.00 | 07/01/2020 |

Resident Account Summary
Friday, November 13, 2020  @13:44

For CIN: 58752299    HERRERA ARGUETTA, GUILLERMO

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|------|-------------|-------------|--------|---------|------|------|-----------|
| 07/01/2020 | EPR | OID:100421489-ComisaryPur( | -4.29 | 51.99 | 0.00 | 0.00 | 07/01/2020 |
| 06/30/2020 | DET PAYROLL | PAYROLL 6/29/20 | 1.00 | 56.28 | 0.00 | 0.00 | 06/30/2020 |
| 06/30/2020 | DET PAYROLL | PAYROLL 6/28/20 | 1.00 | 55.28 | 0.00 | 0.00 | 06/30/2020 |
| 06/29/2020 | DET PAYROLL | PAYROLL 6/26/20 | 1.00 | 54.28 | 0.00 | 0.00 | 06/29/2020 |
| 06/26/2020 | DET PAYROLL | PAYROLL 6/25/20 | 1.00 | 53.28 | 0.00 | 0.00 | 06/26/2020 |
| 06/25/2020 | DET PAYROLL | PAYROLL 6/24/20 | 1.00 | 52.28 | 0.00 | 0.00 | 06/25/2020 |
| 06/24/2020 | DET PAYROLL | PAYROLL 6/23/20 | 1.00 | 51.28 | 0.00 | 0.00 | 06/24/2020 |
| 06/24/2020 | EPR | OID:100420780-ComisaryPur( | -0.27 | 50.28 | 0.00 | 0.00 | 06/24/2020 |
| 06/23/2020 | DET PAYROLL | PAYROLL 6/20/20 | 1.00 | 50.55 | 0.00 | 0.00 | 06/23/2020 |
| 06/22/2020 | DET PAYROLL | PAYROLL 6/21/20 | 1.00 | 49.55 | 0.00 | 0.00 | 06/22/2020 |
| 06/18/2020 | DET PAYROLL | PAYROLL 6/16/20 | 1.00 | 48.55 | 0.00 | 0.00 | 06/18/2020 |
| 06/17/2020 | EPR | OID:100420074-ComisaryPur( | -13.30 | 47.55 | 0.00 | 0.00 | 06/17/2020 |
| 06/16/2020 | DET PAYROLL | PAYROLL 6/10/20 | 1.00 | 60.85 | 0.00 | 0.00 | 06/16/2020 |
| 06/16/2020 | DET PAYROLL | PAYROLL 6/13/20 | 1.00 | 59.85 | 0.00 | 0.00 | 06/16/2020 |
| 06/16/2020 | DET PAYROLL | PAYROLL 6/14/20 | 1.00 | 58.85 | 0.00 | 0.00 | 06/16/2020 |
| 06/16/2020 | DET PAYROLL | PAYROLL 6/15/20 | 1.00 | 57.85 | 0.00 | 0.00 | 06/16/2020 |
| 06/12/2020 | DET PAYROLL | PAYROLL 6/9/20 | 1.00 | 56.85 | 0.00 | 0.00 | 06/12/2020 |
| 06/12/2020 | DET PAYROLL | PAYROLL 6/11/20 | 1.00 | 55.85 | 0.00 | 0.00 | 06/12/2020 |
| 06/09/2020 | POSTAGE PUR( | POSTAGE 1 MANILA LEGAL | -7.50 | 54.85 | 0.00 | 0.00 | 06/09/2020 |
| 06/08/2020 | DET PAYROLL | PAYROLL 6/6/20 | 1.00 | 62.35 | 0.00 | 0.00 | 06/08/2020 |
| 06/08/2020 | DET PAYROLL | PAYROLL 6/5/20 | 1.00 | 61.35 | 0.00 | 0.00 | 06/08/2020 |
| 06/05/2020 | DET PAYROLL | PAYROLL 6/4/20 | 1.00 | 60.35 | 0.00 | 0.00 | 06/05/2020 |
| 06/05/2020 | POSTAGE PUR( | POSTAGE 1 PER | -0.50 | 59.35 | 0.00 | 0.00 | 06/05/2020 |
| 06/04/2020 | DET PAYROLL | PAYROLL 6/3/20 | 1.00 | 59.85 | 0.00 | 0.00 | 06/04/2020 |
| 06/03/2020 | DET PAYROLL | PAYROLL 6/2/20 | 1.00 | 58.85 | 0.00 | 0.00 | 06/03/2020 |
| 06/02/2020 | DET PAYROLL | PAYROLL 6/1/20 | 1.00 | 57.85 | 0.00 | 0.00 | 06/02/2020 |
| 06/02/2020 | DET PAYROLL | PAYROLL 5/31/20 | 1.00 | 56.85 | 0.00 | 0.00 | 06/02/2020 |
| 06/02/2020 | POSTAGE PUR( | POSTAGE 1 LEGAL MANILA | -9.60 | 55.85 | 0.00 | 0.00 | 06/02/2020 |
| 06/01/2020 | DET PAYROLL | PAYROLL 5/30/20 | 1.00 | 65.45 | 0.00 | 0.00 | 06/01/2020 |
| 06/01/2020 | DET PAYROLL | PAYROLL 5/29/20 | 1.00 | 64.45 | 0.00 | 0.00 | 06/01/2020 |
| 05/28/2020 | DET PAYROLL | UNIT W1A 5/27/20 | 1.00 | 63.45 | 0.00 | 0.00 | 05/28/2020 |
| 05/27/2020 | DET PAYROLL | UNIT W1A 5/26/20 | 1.00 | 62.45 | 0.00 | 0.00 | 05/27/2020 |
| 05/27/2020 | EPR | OID:100417787-ComisaryPur( | -2.84 | 61.45 | 0.00 | 0.00 | 05/27/2020 |
| 05/27/2020 | DET PAYROLL | UNIT W1A 5/4/20 | 1.00 | 64.29 | 0.00 | 0.00 | 05/27/2020 |
| 05/27/2020 | DET PAYROLL | UNIT W1A 5/6/20 | 1.00 | 63.29 | 0.00 | 0.00 | 05/27/2020 |
| 05/27/2020 | DET PAYROLL | UNIT W1A 5/2/20 | 1.00 | 62.29 | 0.00 | 0.00 | 05/27/2020 |
| 05/27/2020 | DET PAYROLL | UNIT W1A 4/19/20 | 1.00 | 61.29 | 0.00 | 0.00 | 05/27/2020 |
| 05/27/2020 | DET PAYROLL | UNIT W1A 4/15/20 | 1.00 | 60.29 | 0.00 | 0.00 | 05/27/2020 |
| 05/27/2020 | DET PAYROLL | UNIT W1A 5/25/20 | 1.00 | 59.29 | 0.00 | 0.00 | 05/27/2020 |
| 05/26/2020 | DET PAYROLL | PAYROLL 5/24/20 | 1.00 | 58.29 | 0.00 | 0.00 | 05/26/2020 |
| 05/26/2020 | DET PAYROLL | UNIT W1A  5/23/20 | 1.00 | 57.29 | 0.00 | 0.00 | 05/26/2020 |
| 05/26/2020 | DET PAYROLL | UNIT W1A 5/22/20 | 1.00 | 56.29 | 0.00 | 0.00 | 05/26/2020 |
| 05/22/2020 | DET PAYROLL | UNIT W1A 5/21/20 | 1.00 | 55.29 | 0.00 | 0.00 | 05/22/2020 |
| 05/21/2020 | DET PAYROLL | UNIT W1A 5/20/20 | 1.00 | 54.29 | 0.00 | 0.00 | 05/21/2020 |
| 05/20/2020 | DET PAYROLL | UNIT W1A  5/17/20 | 1.00 | 53.29 | 0.00 | 0.00 | 05/20/2020 |
| 05/20/2020 | DET PAYROLL | UNIT W1A 5/15/20 | 1.00 | 52.29 | 0.00 | 0.00 | 05/20/2020 |
| 05/20/2020 | DET PAYROLL | UNIT W1A 5/19/20 | 1.00 | 51.29 | 0.00 | 0.00 | 05/20/2020 |
| 05/20/2020 | POSTAGE PUR( | POSTAGE 1 MANILA LEGAL | -3.40 | 50.29 | 0.00 | 0.00 | 05/20/2020 |
| 05/20/2020 | EPR | OID:100417302-ComisaryPur( | -1.12 | 53.69 | 0.00 | 0.00 | 05/20/2020 |
| 05/19/2020 | DET PAYROLL | UNITW1A 5/18/20 | 1.00 | 54.81 | 0.00 | 0.00 | 05/19/2020 |
| 05/18/2020 | DET PAYROLL | UNIT W1A 5/16/20 | 1.00 | 53.81 | 0.00 | 0.00 | 05/18/2020 |
| 05/15/2020 | DET PAYROLL | UNITW1A 5/14/20 | 1.00 | 52.81 | 0.00 | 0.00 | 05/15/2020 |
| 05/14/2020 | DET PAYROLL | UNITW1A 5/13/20 | 1.00 | 51.81 | 0.00 | 0.00 | 05/14/2020 |
| 05/13/2020 | EPR | OID:100416120-ComisaryPur( | -3.36 | 50.81 | 0.00 | 0.00 | 05/13/2020 |
| 05/13/2020 | DET PAYROLL | UNITW1A 5/12/20 | 1.00 | 54.17 | 0.00 | 0.00 | 05/13/2020 |
| 05/12/2020 | DET PAYROLL | UNITW1A 5/11/20 | 1.00 | 53.17 | 0.00 | 0.00 | 05/12/2020 |
| 05/11/2020 | DET PAYROLL | PAYROLL 5/10/20 | 1.00 | 52.17 | 0.00 | 0.00 | 05/11/2020 |
| 05/11/2020 | DET PAYROLL | PAYROLL 5/9/20 | 1.00 | 51.17 | 0.00 | 0.00 | 05/11/2020 |

```
                          Resident Account Summary
                     Friday, November 13, 2020  @13:44

================================================================================
For CIN: 58752299    HERRERA ARGUETTA, GUILLERMO
--------------------------------------------------------------------------------
  Date    Transaction  Description          Amount   Balance   Owed    Held    Reference
--------------------------------------------------------------------------------
05/11/2020 DET PAYROLL PAYROLL 5/8/20          1.00    50.17   0.00    0.00   05/11/2020
05/08/2020 DET PAYROLL PAYROLL 5/7/20          1.00    49.17   0.00    0.00   05/08/2020
05/06/2020 POSTAGE PUR POSTAGE 1 LEGAL        -0.50    48.17   0.00    0.00   05/06/2020
05/06/2020 POSTAGE PUR POSTAGE 1 LEGAL MANILA -2.40    48.67   0.00    0.00   05/06/2020
05/06/2020 POSTAGE PUR POSTAGE 5 LEGAL MANILA -35.60   51.07   0.00    0.00   05/06/2020
05/06/2020 EPR         OID:100415264-ComisaryPur -1.66  86.67  0.00    0.00   05/06/2020
05/06/2020 DET PAYROLL PAYROLL 5/5/20          1.00    88.33   0.00    0.00   05/06/2020
05/04/2020 DET PAYROLL PAYROLL 5/3/2020        1.00    87.33   0.00    0.00   05/04/2020
05/04/2020 DET PAYROLL PAYROLL 5/1/20          1.00    86.33   0.00    0.00   05/04/2020
05/01/2020 DET PAYROLL PAYROLL 4/29/20         1.00    85.33   0.00    0.00   05/01/2020
05/01/2020 DET PAYROLL PAYROLL 4/30/20         1.00    84.33   0.00    0.00   05/01/2020
05/01/2020 POSTAGE PUR POSTAGE 1 PER          -0.50    83.33   0.00    0.00   05/01/2020
05/01/2020 POSTAGE PUR POSTAGE 1 MANILA PER   -2.40    83.83   0.00    0.00   05/01/2020
04/30/2020 DET PAYROLL PAYROLL 4/18/20         1.00    86.23   0.00    0.00   04/30/2020
04/29/2020 DET PAYROLL PAYROLL 4/28/20         1.00    85.23   0.00    0.00   04/29/2020
04/29/2020 EPR         OID:100414403-ComisaryPur -3.49  84.23  0.00    0.00   04/29/2020
04/28/2020 DET PAYROLL PAYROLL 4/27/20         1.00    87.72   0.00    0.00   04/28/2020
04/27/2020 DET PAYROLL PAYROLL 4/26/2020       1.00    86.72   0.00    0.00   04/27/2020
04/27/2020 DET PAYROLL PAYROLL 04/25/20        1.00    85.72   0.00    0.00   04/27/2020
04/27/2020 DET PAYROLL PAYROLL 04/24/20        1.00    84.72   0.00    0.00   04/27/2020
04/24/2020 DET PAYROLL PAYROLL 4/23/20         1.00    83.72   0.00    0.00   04/24/2020
04/23/2020 DET PAYROLL PAYROLL 4/22/20         1.00    82.72   0.00    0.00   04/23/2020
04/22/2020 DET PAYROLL PAYROLL 4/20/2020       1.00    81.72   0.00    0.00   04/22/2020
04/22/2020 DET PAYROLL PAYROLL 4/21/20         1.00    80.72   0.00    0.00   04/22/2020
04/20/2020 DET PAYROLL PAYROLL 4/17/20         1.00    79.72   0.00    0.00   04/20/2020
04/19/2020 PHONE PURCH PHONE TIME PURCHASE    -1.38    78.72   0.00    0.00   04/19/2020
04/17/2020 DET PAYROLL PAYROLL 4/16/20         1.00    80.10   0.00    0.00   04/17/2020
04/17/2020 POSTAGE PUR POSTAGE 1 PER          -0.50    79.10   0.00    0.00   04/17/2020
04/16/2020 POSTAGE PUR POSTAGE 1 PER          -0.50    79.60   0.00    0.00   04/16/2020
04/15/2020 PHONE PURCH PHONE TIME PURCHASE    -0.78    80.10   0.00    0.00   04/15/2020
04/15/2020 DET PAYROLL PAYROLL 4/14/20         1.00    80.88   0.00    0.00   04/15/2020
04/15/2020 EPR         OID:100412666-ComisaryPur -1.12  79.88  0.00    0.00   04/15/2020
04/14/2020 DET PAYROLL PAYROLL 4/13/20         1.00    81.00   0.00    0.00   04/14/2020
04/13/2020 DET PAYROLL PAYROLL 4/12/2020       1.00    80.00   0.00    0.00   04/13/2020
04/13/2020 DET PAYROLL PAYROLL 4/11/20         1.00    79.00   0.00    0.00   04/13/2020
04/13/2020 DET PAYROLL PAYROLL 4/10/20         1.00    78.00   0.00    0.00   04/13/2020
04/10/2020 DET PAYROLL PAYROLL 4/9/20          1.00    77.00   0.00    0.00   04/10/2020
04/09/2020 POSTAGE PUR POSTAGE 1 MANILA LEGAL -2.80    76.00   0.00    0.00   04/09/2020
04/09/2020 DET PAYROLL PAYROLL 4/8/20          1.00    78.80   0.00    0.00   04/09/2020
04/08/2020 EPR         OID:100411637-ComisaryPur -1.30  77.80  0.00    0.00   04/08/2020
04/08/2020 DET PAYROLL PAYROLL 4/7/20          1.00    79.10   0.00    0.00   04/08/2020
04/07/2020 DET PAYROLL PAYROLL 4/6/20          1.00    78.10   0.00    0.00   04/07/2020
04/06/2020 DET PAYROLL PAYROLL 4/5/2020        1.00    77.10   0.00    0.00   04/06/2020
04/06/2020 DET PAYROLL PAYROLL 4/4/20          1.00    76.10   0.00    0.00   04/06/2020
04/06/2020 DET PAYROLL PAYROLL 4/3/20          1.00    75.10   0.00    0.00   04/06/2020
04/03/2020 DET PAYROLL PAYROLL 4/2/2020        1.00    74.10   0.00    0.00   04/03/2020
04/02/2020 DET PAYROLL PAYROLL 4/1/20          1.00    73.10   0.00    0.00   04/02/2020
04/01/2020 DET PAYROLL PAYROLL 3/31/20         1.00    72.10   0.00    0.00   04/01/2020
04/01/2020 EPR         OID:100410582-ComisaryPur -5.25  71.10  0.00    0.00   04/01/2020
03/31/2020 DET PAYROLL PAYROLL 3/30/20         1.00    76.35   0.00    0.00   03/31/2020
03/31/2020 DET PAYROLL PAYROLL 3/29/20         1.00    75.35   0.00    0.00   03/31/2020
03/30/2020 PHONE PURCH PHONE TIME PURCHASE    -1.47    74.35   0.00    0.00   03/30/2020
03/30/2020 DET PAYROLL PAYROLL 3/27/20         1.00    75.82   0.00    0.00   03/30/2020
03/27/2020 DET PAYROLL PAYROLL 3/26/20         1.00    74.82   0.00    0.00   03/27/2020
03/26/2020 DET PAYROLL PAYROLL 3/25/20         1.00    73.82   0.00    0.00   03/26/2020
03/25/2020 DET PAYROLL PAYROLL 3/24/20         1.00    72.82   0.00    0.00   03/25/2020
03/25/2020 EPR         OID:100409461-ComisaryPur -3.57  71.82  0.00    0.00   03/25/2020
03/24/2020 DET PAYROLL PAYROLL 3/23/20         1.00    75.39   0.00    0.00   03/24/2020
--------------------------------------------------------------------------------
                                   Page 5
```

Resident Account Summary
Friday, November 13, 2020  @13:44

For CIN: 58752299    HERRERA ARGUETTA, GUILLERMO

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|------|-------------|-------------|--------|---------|------|------|-----------|
| 03/23/2020 | DET PAYROLL | PAYROLL 3/22/20 | 1.00 | 74.39 | 0.00 | 0.00 | 03/23/2020 |
| 03/23/2020 | DET PAYROLL | SEG  3/21/20 | 1.00 | 73.39 | 0.00 | 0.00 | 03/23/2020 |
| 03/23/2020 | DET PAYROLL | SEG  3/20/20 | 1.00 | 72.39 | 0.00 | 0.00 | 03/23/2020 |
| 03/23/2020 | DET PAYROLL | SEG 3/19/20 | 1.00 | 71.39 | 0.00 | 0.00 | 03/23/2020 |
| 03/19/2020 | DET PAYROLL | SEG 3/18/20 | 1.00 | 70.39 | 0.00 | 0.00 | 03/19/2020 |
| 03/18/2020 | EPR | OID:100408297-ComisaryPur‹ | -2.45 | 69.39 | 0.00 | 0.00 | 03/18/2020 |
| 03/18/2020 | DET PAYROLL | SEG  3/17/20 | 1.00 | 71.84 | 0.00 | 0.00 | 03/18/2020 |
| 03/17/2020 | BATT HEADPH | BATTERIES | -1.00 | 70.84 | 0.00 | 0.00 | 03/17/2020 |
| 03/17/2020 | DET PAYROLL | SEG  3/16/20 | 1.00 | 71.84 | 0.00 | 0.00 | 03/17/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 2/14/20 | 1.00 | 70.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 2/12/20 | 1.00 | 69.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 2/7/20 | 1.00 | 68.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 2/4/20 | 1.00 | 67.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 2/2/20 | 1.00 | 66.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 1/28/20 | 1.00 | 65.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 1/27/20 | 1.00 | 64.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 1/18/20 | 1.00 | 63.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 1/17/20 | 1.00 | 62.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 1/16/20 | 1.00 | 61.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 1/15/20 | 1.00 | 60.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 1/14/20 | 1.00 | 59.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 1/13/20 | 1.00 | 58.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 1/12/20 | 1.00 | 57.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 1/11/20 | 1.00 | 56.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 1/10/20 | 1.00 | 55.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 1/9/20 | 1.00 | 54.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 1/8/20 | 1.00 | 53.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 1/7/20 | 1.00 | 52.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 1/6/20 | 1.00 | 51.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 1/5/20 | 1.00 | 50.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 1/4/20 | 1.00 | 49.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 1/3/20 | 1.00 | 48.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 1/2/20 | 1.00 | 47.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 1/1/20 | 1.00 | 46.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 12/24/20 | 1.00 | 45.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 12/23/20 | 1.00 | 44.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 12/22/20 | 1.00 | 43.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 12/21/20 | 1.00 | 42.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 12/20/20 | 1.00 | 41.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 12/19/20 | 1.00 | 40.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 12/18/20 | 1.00 | 39.84 | Owed | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 12/17/20 | 1.00 | 38.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 12/16/20 | 1.00 | 37.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 12/15/20 | 1.00 | 36.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 12/14/20 | 1.00 | 35.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 12/13/20 | 1.00 | 34.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 12/12/20 | 1.00 | 33.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 12/11/20 | 1.00 | 32.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 12/10/20 | 1.00 | 31.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | PAYROLL 3/15/20 | 1.00 | 30.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | SEG  3/14/20 | 1.00 | 29.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/16/2020 | DET PAYROLL | SEG  3/13/20 | 1.00 | 28.84 | 0.00 | 0.00 | 03/16/2020 |
| 03/14/2020 | PHONE PURCH | PHONE TIME PURCHASE | -1.90 | 27.84 | 0.00 | 0.00 | 03/14/2020 |
| 03/13/2020 | DET PAYROLL | SEG  3/12/20 | 1.00 | 29.74 | 0.00 | 0.00 | 03/13/2020 |
| 03/12/2020 | DET PAYROLL | SEG  3/11/20 | 1.00 | 28.74 | 0.00 | 0.00 | 03/12/2020 |
| 03/11/2020 | DET PAYROLL | SEG  3/10/20 | 1.00 | 27.74 | 0.00 | 0.00 | 03/11/2020 |
| 03/11/2020 | EPR | OID:100407147-ComisaryPur‹ | -1.89 | 26.74 | 0.00 | 0.00 | 03/11/2020 |
| 03/10/2020 | DET PAYROLL | SEG 3/9/20 | 1.00 | 28.63 | 0.00 | 0.00 | 03/10/2020 |

```
==========================================================================
                         Resident Account Summary
                     Friday, November 13, 2020  @13:44

==========================================================================
For CIN: 58752299    HERRERA ARGUETTA, GUILLERMO
--------------------------------------------------------------------------
   Date    Transaction Description          Amount   Balance   Owed   Held   Reference
--------------------------------------------------------------------------
03/09/2020 DET PAYROLL PAYROLL 3/8/20         1.00    27.63    0.00   0.00   03/09/2020
03/09/2020 DET PAYROLL SEG  3/7/20            1.00    26.63    0.00   0.00   03/09/2020
03/09/2020 DET PAYROLL SEG 3/6/20             1.00    25.63    0.00   0.00   03/09/2020
03/06/2020 DET PAYROLL SEG  3/5/20            1.00    24.63    0.00   0.00   03/06/2020
03/05/2020 DET PAYROLL SEG  3/4/20            1.00    23.63    0.00   0.00   03/05/2020
03/05/2020 DET PAYROLL SEG 3/3/20             1.00    22.63    0.00   0.00   03/05/2020
03/04/2020 DET PAYROLL SEG 2/29/20            1.00    21.63    0.00   0.00   03/04/2020
03/04/2020 DET PAYROLL SEG  2/28/20           1.00    20.63    0.00   0.00   03/04/2020
03/03/2020 DET PAYROLL PAYROLL 3/2/20         1.00    19.63    0.00   0.00   03/03/2020
03/02/2020 DET PAYROLL SEG  3/1/20            1.00    18.63    0.00   0.00   03/02/2020
03/02/2020 DET PAYROLL SEG  2/27/20           1.00    17.63    0.00   0.00   03/02/2020
02/28/2020 PHONE PURCH. PHONE TIME PURCHASE  -0.35    16.63    0.00   0.00   02/28/2020
02/27/2020 DET PAYROLL SEG  2/26/20           1.00    16.98    0.00   0.00   02/27/2020
02/26/2020 DET PAYROLL SEG  2/25/20           1.00    15.98    0.00   0.00   02/26/2020
02/26/2020 DET PAYROLL SEG 2/24/20            1.00    14.98    0.00   0.00   02/26/2020
02/25/2020 DET PAYROLL SEG  2/23/20           1.00    13.98    0.00   0.00   02/25/2020
02/24/2020 DET PAYROLL PAYROLL 2/22/20        1.00    12.98    0.00   0.00   02/24/2020
02/24/2020 POSTAGE PUR POSTAGE 1 PER          0.00    11.98    0.00   0.00   02/24/2020
02/24/2020 DET PAYROLL SEG  2/21/20           1.00    11.98    0.00   0.00   02/24/2020
02/21/2020 DET PAYROLL SEG 2/20/20            1.00    10.98    0.00   0.00   02/21/2020
02/20/2020 DET PAYROLL PAYROLL 2/16/20        1.00     9.98    0.00   0.00   02/20/2020
02/20/2020 DET PAYROLL PAYROLL 2/15/20        1.00     8.98    0.00   0.00   02/20/2020
02/20/2020 DET PAYROLL SEG 2/19/20            1.00     7.98    0.00   0.00   02/20/2020
02/19/2020 DET PAYROLL PAYROLL 2/18/20        1.00     6.98    0.00   0.00   02/19/2020
02/19/2020 DET PAYROLL SEG 2/17/20            1.00     5.98    0.00   0.00   02/19/2020
02/18/2020 DET PAYROLL PAYROLL 2/16/20        0.00     4.98    0.00   0.00   02/18/2020
02/18/2020 DET PAYROLL PAYROLL 2/15/20        0.00     4.98    0.00   0.00   02/18/2020
02/18/2020 POSTAGE PUR POSTAGE 3 MANILA LEGAL 0.00     4.98    0.00   0.00   02/18/2020
02/17/2020 PHONE PURCH. PHONE TIME PURCHASE  -1.04     4.98    0.00   0.00   02/17/2020
02/17/2020 PHONE PURCH. PHONE TIME PURCHASE  -0.09     6.02    0.00   0.00   02/17/2020
02/14/2020 DET PAYROLL SEG 2/13/20            1.00     6.11    0.00   0.00   02/14/2020
02/13/2020 PHONE PURCH. PHONE TIME PURCHASE  -1.56     5.11    0.00   0.00   02/13/2020
02/12/2020 ERF        OID:100402311-ComisaryReft 1.20  6.67    0.00   0.00   02/12/2020
02/12/2020 DET PAYROLL SEG 2/11/20            1.00     5.47    0.00   0.00   02/12/2020
02/12/2020 EPR        OID:100402311-ComisaryPurc -7.77 4.47    0.00   0.00   02/12/2020
02/11/2020 DET PAYROLL SEG 2/10/20            1.00    12.24    0.00   0.00   02/11/2020
02/10/2020 PHONE PURCH. PHONE TIME PURCHASE  -0.69    11.24    0.00   0.00   02/10/2020
02/10/2020 DET PAYROLL PAYROLL 2/9/20         1.00    11.93    0.00   0.00   02/10/2020
02/10/2020 DET PAYROLL SEG 2/8/20             1.00    10.93    0.00   0.00   02/10/2020
02/07/2020 POST BATT H POSTAGE 3 PER          0.00     9.93    0.00   0.00   02/07/2020
02/07/2020 POST BATT H POSTAGE 1 LEGAL IN HOUSE 0.00   9.93    0.00   0.00   02/07/2020
02/07/2020 DET PAYROLL SEG 2/6/20             1.00     9.93    0.00   0.00   02/07/2020
02/06/2020 PHONE PURCH. PHONE TIME PURCHASE  -1.82     8.93    0.00   0.00   02/06/2020
02/06/2020 ERF        OID:100401088-ComisaryReft 6.14 10.75    0.00   0.00   02/06/2020
02/06/2020 DET PAYROLL SEG 2/5/20             1.00     4.61    0.00   0.00   02/06/2020
02/05/2020 EPR        OID:100401088-ComisaryPurc -6.14 3.61    0.00   0.00   02/05/2020
02/04/2020 DET PAYROLL SEG 2/3/20             1.00     9.75    0.00   0.00   02/04/2020
02/03/2020 DET PAYROLL SEG 2/1/20             1.00     8.75    0.00   0.00   02/03/2020
02/03/2020 DET PAYROLL SEG 1/31/20            1.00     7.75    0.00   0.00   02/03/2020
02/03/2020 DET PAYROLL SEG 1/30/20            1.00     6.75    0.00   0.00   02/03/2020
01/30/2020 DET PAYROLL SEG 1/29/20            1.00     5.75    0.00   0.00   01/30/2020
01/29/2020 DET PAYROLL PAYROLL 1/23/20        1.00     4.75    0.00   0.00   01/29/2020
01/29/2020 EPR        OID:100399891-ComisaryPurc -4.25 3.75    0.00   0.00   01/29/2020
01/27/2020 DET PAYROLL PAYROLL 1/26/20        1.00     8.00    0.00   0.00   01/27/2020
01/27/2020 DET PAYROLL PAYROLL 1/25/20        1.00     7.00    0.00   0.00   01/27/2020
01/27/2020 POST BATT H POSTAGE 1 PER          0.00     6.00    0.00   0.00   01/27/2020
01/27/2020 DET PAYROLL SEG 1/24/20            1.00     6.00    0.00   0.00   01/27/2020
01/23/2020 DET PAYROLL SEG 1/22/20            1.00     5.00    0.00   0.00   01/23/2020
--------------------------------------------------------------------------
                                  Page 7
```

Resident Account Summary

Friday, November 13, 2020  @13:44

For CIN: 58752299    HERRERA ARGUETTA, GUILLERMO

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 01/22/2020 | DET PAYROLL | SEG 1/21/20 | 1.00 | 4.00 | 0.00 | 0.00 | 01/22/2020 |
| 01/22/2020 | DET PAYROLL | SEG 1/20/20 | 1.00 | 3.00 | 0.00 | 0.00 | 01/22/2020 |
| 01/22/2020 | DET PAYROLL | SEG 1/19/20 | 1.00 | 2.00 | 0.00 | 0.00 | 01/22/2020 |
| 01/21/2020 | POST BATT H | POSTAGE 2 PER | 0.00 | 1.00 | 0.00 | 0.00 | 01/21/2020 |
| 01/15/2020 | POST BATT H | POSTAGE 1 LEG | 0.00 | 1.00 | 0.00 | 0.00 | 01/15/2020 |
| 01/09/2020 | POST BATT H | POSTAGE 1 PER | 0.00 | 1.00 | 0.00 | 0.00 | 01/09/2020 |
| 12/10/2019 | DET PAYROLL | PAYROLL 12/9/19 | 1.00 | 1.00 | 0.00 | 0.00 | 12/10/2019 |
| 12/04/2019 | POST BATT H | POSTAGE 1 LEG MAN | 0.00 | 0.00 | 0.00 | 0.00 | 12/04/2019 |
| 11/06/2019 | POST BATT H | POSTAGE 1 LEG | 0.00 | 0.00 | 0.00 | 0.00 | 11/06/2019 |
| 11/06/2019 | POST BATT H | POSTAGE 1 LEG | 0.00 | 0.00 | 0.00 | 0.00 | 11/06/2019 |
| 08/21/2019 | POST BATT H | POSTAGE 1 PER | 0.00 | 0.00 | 0.00 | 0.00 | 08/21/2019 |

# ADELANTO ICE PROCESSING CENTER
# DETAINEE GRIEVANCE FORM
## CASE # _____

58752299
**DETAINEE ID NUMBER**
**(NUMERO DE IDENTIFICACIÓN)**

Guillermo N Argueta
**DETAINEE NAME (NOMBRE DE DETENIDO)**

1Alpha 02-11
**DORM (DORMITORIO)**

**DETAINEE SIGNATURE (FIRMA DE DETENIDO)**

11/22/70
**DATE GRIEVANCE WRITTEN**
**(FECHA DE QUEJA FORMAL ESCRITO)**

**GRIEVANCE COORDINATOR SIGNATURE**
**(FIRMA DEL COORDINADOR DE QUEJAS)**

**DATE GRIEVANCE RECEIVED**
**(FECHA DE QUEJA RECIBIDA)**

**STATEMENT OF GRIEVANCE: (DECLARACIÓN DE AGRAVIO)**

Every month I am obligated to ask for my acct summary, there is always $10 to $20 missing. if I want on top of would be defrauded. I haven't been paid for 10/8/20, 10/10/20, 10/11/20 10/17/20, 10/20/20, 10/22/20, 10/25/20, 10/26/20, 10/28/20, 10/30/20 11/4/20, 11/5/20, 11/6/20, 11/10/20, 11/11/20, 11/13/20, 11/14/20, 11/15/20, 11/16/20, 11/17/20, 11/18/20, 11/19/20, 11/20/20, 11/21/20

**RELIEF SOUGHT: (ALIVIO BUSCADO)**

We also never got the repply from grievance department for the claim on the $ 5.00 a month for welfare. pennies make dimes and dimes make dollars at a prolengued period of time this adds up to a significant capital amount. under oath my testimony true. Can I please get paid, with judge interuald and I wish to liquidify for damages. Regards.

**GRIEVANCE FINDINGS: (EL RESULTADO DE QUEJAS)**

_____
_____
_____
_____
_____

**DEPARTMENT HEAD SIGNATURE/DATE:** _____

**REVIEWED BY/DATE:** _____
**ASSISTANT FACILITY ADMINISTRATOR**

**REVIEWED BY/DATE:** _____
**FACILITY ADMINISTRATOR**

White:    Grievance Copy
Canary:   Detainee Records Copy
Pink:     Detainee Copy

Rev 04/24/15

