**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| **RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br><br><br>**ORDER GRANTING STIPULATION FOR ENTRY OF TRIAL DATE** |

The Court, having considered the Parties Joint Motion for Entry of Trial Date, finds as follows:

1. This case is hereby set for trial on January 18, 2022 at 9 a.m.

2. The pretrial hearing is hereby set for November 15, 2021 at 11 a.m.

**IT IS SO ORDERED** this 13th day of April, 2021.

Hon. Jesus G. Bernal
United States District Judge

5:17-CV-02514-JGB