Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
Warren Burns (admitted *pro hac vice*)
wburns@burnscharest.com
TX Bar # 24053119
E. Lawrence Vincent (admitted *pro hac vice*)
lvincent@burnscharest.com
TX Bar # 20585590
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

Counsel for Plaintiffs
*Additional Counsel on Signature Page*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-CV-02514-JGB-(SHKx)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTIONS FOR SUMMARY JUDGMENT AND HEARING ON THE GEO GROUP, INC.'S MOTION TO DECERTIFY THE CLASS**<br><br>Assigned to Hon. Jesus G. Bernal |

1

ORDER GRANTING STIPULATION TO CONTINUE  HEARING ON
MOTIONS FOR SUMMARY JUDGMENT AND HEARING ON THE GEO
GROUP, INC.'S MOTION TO DECERTIFY THE CLASS

5:17-CV-02514-JGB

## ORDER

The Court, having considered the Parties Stipulation to Continue Hearing on Motions for Summary Judgment and Hearing on The GEO Group, Inc.'s Motion to Decertify the Class (the "Stipulation"), and good cause appearing therefore, herby **APPROVES** the Stipulation and **ORDERS** as follows

The hearing on the Parties' motions for summary judgment and Defendant's Motion to Decertify the Class is continued to August 9, 2021 at 9 a.m.

**IT IS SO ORDERED.**

Dated this 15th day of July, 2021.

_____
Hon. Jesus G. Bernal
United States District Judge

2

ORDER GRANTING STIPULATION TO CONTINUE  HEARING ON
MOTIONS FOR SUMMARY JUDGMENT AND HEARING ON THE GEO
GROUP, INC.'S MOTION TO DECERTIFY THE CLASS

5:17-CV-02514-JGB