Michael W. Kirk
Cooper & Kirk, PLLC
1523 New Hampshire Avenue., NW
Washington, DC 20036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL NOVOA, individually and on behalf of all others similarly situated<br><br>Plaintiff(s)<br><br>v.<br>THE GEO GROUP, INC.,<br><br>Defendant(s). | CASE NUMBER<br><br>5:17-cv-02514-JGB-SHK<br><br>(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

KIRK, MICHAEL W.                              of
*Applicant's Name (Last Name, First Name & Middle Initial*
(202) 220-9600                    (202) 220-9601
*Telephone Number          Fax Number*
mkirk@cooperkirk.com
*E-Mail Address*

Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

THE GEO GROUP, INC.

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

HOU, ALICIA Y.                              of
*Designee's Name (Last Name, First Name & Middle Initial*
254157                    (213) 688-9500          (213) 627-6342

*Designee's Cal. Bar No.      Telephone Number      Fax Number*

*E-Mail Address*

Akerman LLP
601 West Fifth Street
Suite 300
Los Angeles, California 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:     ☐  for failure to pay the required fee.

☐  for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐  for failure to complete Application: _____

☐  pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐  pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐  because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid** ☐ be refunded  ☐ not be refunded.

**Dated: July 30, 2021**                              _____

**U.S. District Judge/~~U.S. Magistrate Judge~~**