Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
Warren Burns (admitted *pro hac vice*)
wburns@burnscharest.com
TX Bar # 24053119
E. Lawrence Vincent (admitted *pro hac vice*)
lvincent@burnscharest.com
TX Bar # 20585590
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

Counsel for Plaintiffs
***Additional Counsel on Signature Page***

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION**

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant.* | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTIONS FOR SUMMARY JUDGMENT AND HEARING ON THE GEO GROUP, INC.'S MOTION TO DECERTIFY THE CLASS** |

1

ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTIONS FOR
SUMMARY JUDGMENT AND HEARING ON THE GEO GROUP, INC.'S MOTION TO
DECERTIFY THE CLASS

## ORDER

The Court, having considered the Parties Stipulation to Continue Hearing on Motions for Summary Judgment and Hearing on The GEO Group, Inc.'s Motion to Decertify the Class (the "Stipulation"), and good cause appearing therefore, hereby **APPROVES** the Stipulation and **ORDERS** as follows

The hearing on the Parties' Motions for Summary Judgment [ECF 411, 414] and Defendant's Motion to Decertify the Class [ECF 427] is continued to August 23, 2021 at 9 a.m.     **IT IS SO ORDERED.**

Dated: August 12, 2021.

Hon. Jesus G. Bernal
United States District Judge

2

ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTIONS FOR SUMMARY JUDGMENT AND HEARING ON THE GEO GROUP, INC.'S MOTION TO DECERTIFY THE CLASS

5:17-CV-02514-JGB