Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL NOVOA, individually and on behalf of all others similarly situated | CASE NUMBER |
| Plaintiff(s) | 5:17-cv-02514-JGB-SHK |
| v. | |
| THE GEO GROUP, INC., | (~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

| | |
|---|---|
| Cooper, Charles J. | of Cooper & Kirk, PLLC |
| *Applicant's Name (Last Name, First Name & Middle Initial* | 1523 New Hampshire Ave., NW Washington, DC 20036 |
| (202) 220-9600          (202) 220-9601 | |
| *Telephone Number          Fax Number* | |
| ccooper@cooperkirk.com | |
| *E-Mail Address* | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

The Geo Group, Inc.

*Name(s) of Party(ies) Represent*          ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

| | |
|---|---|
| Hou, Alicia Y. | of Akerman LLP |
| *Designee's Name (Last Name, First Name & Middle Initial* | 601 West Fifth Street Suite 300 Los Angeles, CA 90071 |
| 254157          (213)688-9500          213-627- 342 | |
| *Designee's Cal. Bar No.     Telephone Number     Fax Number* | |
| alicia.hou@akerman.com | |
| *E-Mail Address* | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:

    ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application: _____

    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid,** ☐ be refunded ☐ not be refunded.

**Dated: August 4, 2021**

_____
**U.S. District Judge/~~U.S. Magistrate Judge~~**