Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
E. Lawrence Vincent (admitted *pro hac vice*)
lvincent@burnscharest.com
TX Bar # 20585590
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

Class Counsel
*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**PLAINTIFFS' NOTICE OF SUPLEMENTAL AUTHORITY WITH RESPECT TO CROSS MOTIONS FOR SUMMARY JUDGMENT**<br><br>Hearing Date: August 23, 2021<br>Time: 9 a.m.<br>Courtroom: 1<br>Judge Hon. Jesus G. Bernal |

As a supplemental authority in support of both Plaintiffs' Motion for Partial Summary Judgment (ECF 411) and Plaintiffs' Memorandum in Opposition to GEO's Motion for Summary Judgment (ECF 432), Plaintiffs respectfully submit the Order on Defendant's Motion for an Order Certifying Interlocutory Appeal and to Stay (the "September 20 Order"), attached as Exhibit A, *State of Washington v. The GEO Group* and

1

*Ugochukwu Goodluck Nwauzor, et al. v. The GEO Group, Inc.,* No. 3:17-cv-05769-RJB, issued on September 20, 2021, in the United States District Court of the Western District of Washington at Tacoma.

In the September 20 Order, the *Nwauzor* Court denied a motion by The GEO Group, Inc. ("GEO") in which GEO sought to appeal the *Nwauzor* Court's previous rulings that (a) Washington state minimum wage law and jurisprudence (as opposed to federal law applying the Fair Labor Standards Act ("FLSA")) should provide the definition of "employee" and (b) a determination that federal detainees are "employees" under the applicable minimum wage law violated the principles of intergovernmental sovereign immunity ("IGI"). *See* September 20 Order, at 2 (identifying GEO's proposed points of interlocutory appeal).

Finding a lack of "substantial ground for difference of opinion," the *Nwauzor* Court rejected both proposed issues. With respect to the first issue (application of state law over FSLA standards), the *Nwauzor* Court concluded that "the Washington statute and courts have provided the necessary guidance." September 20 Order, at 3. As to the second issue, (the *Nwauzor* Court's rejection of GEO's IGI defense), the *Nwauzor* Court pointed out that GEO disagreed with the *Nwauzor* Court but failed to show the substantial ground for difference of opinion. *See* September 20 Order, at 4 ("While GEO clearly does not agree with the Court's rulings on the issues presented in the proposed questions, "a party's strong disagreement with the Court's ruling is not sufficient for there to be a substantial ground for difference." (quoting *Couch v. Telescope Inc.*, 611 F.3d 629, 633 (9th Cir. 2010))).

With respect to the "materially advance" prong, the *Nwauzor* Court pointed to the short time to trial and found no reason not to wait until the conclusion of trial for an appeal (if needed) in due course. *See* September 20 Order, at 4. And, on the bases of these conclusions, the *Nwauzor* Court denied GEO's motion (along with the requested stay). *See* September 20 Order, at 3.

Dated: September 21, 2021

Respectfully Submitted,

*/s/ Daniel H. Charest*

Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
Warren Burns (admitted *pro hac vice*)
wburns@burnscharest.com
TX Bar # 24053119
E. Lawrence Vincent (admitted *pro hac vice*)
lvincent@burnscharest.com
TX Bar # 20585590
Mallory Biblo (admitted *pro hac vice*)
mbiblo@burnscharest.com
TX Bar # 24087165
Lauren Cross (admitted *pro hac vice*)
lcross@burnscharest.com
TX Bar # 24105759
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
LA Bar # 30002
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

R. Andrew Free (admitted *pro hac vice*)
andrew@immigrantcivilrights.com
TN Bar # 030513
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959

3

|   |   |
|---|---|
| 1 | Nicole Ramos (admitted *pro hac vice*) |
| 2 | nicole@alotrolado.org |
|   | NY Bar # 4660445 |
| 3 | **AL OTRO LADO** |
|   | 511 E. San Ysidro Blvd., # 333 |
| 4 | San Ysidro, CA 92173 |
| 5 | Telephone: (619) 786-4866 |

Robert Ahdoot (CA Bar # 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Theodore W Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone: (310) 474-9111
Fax: (310) 474-8585

*Class Counsel*

4

# CERTIFICATE OF SERVICE

I, Daniel H. Charest, electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

Dated: September 21, 2021

/*s*/ *Daniel H. Charest*
Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002