**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Raul Novoa,               Plaintiff(s)<br><br>v.<br><br>The GEO Group, Inc.,        Defendant(s). | CASE NUMBER:<br><br>5:17-cv-02514-JGB-SHK<br><br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

___The GEO Group, Inc._____ ☐ Plaintiff ☒ Defendant ☐ Other _____
*Name of Party*

to substitute _____Alicia Y. Hou and all attorneys who have appeared from Akerman LLP_____ who is

☐ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

601 West Fifth Street Suite 300_____
*Street Address*

Los Angeles, CA 90071_____     ____alicia.hou@akerman.com____
*City, State, Zip*                                              *E-Mail Address*

___213-688-9500___          ___213-627-6342___          ___254157___
*Telephone Number*              *Fax Number*                  *State Bar Number*

as attorney of record instead of _____Charles J. Cooper and Michael W. Kirk, Cooper & Kirk, PLLC____
*List **all** attorneys from same firm or agency who are withdrawing*
1523 New Hampshire Ave., NW, Washington, DC 20036

**is hereby**     ☒ **GRANTED**          ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated ____September 22, 2021____          _____
                                                                    U. S. District Judge/~~U.S. Magistrate Judge~~