**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Raul Novoa | CASE NUMBER |
| Plaintiff(s) | 5:17-cv-02514-JGB-SHK |
| v. | |
| The GEO Group, Inc. | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

The Court hereby orders that the request of:

The GEO Group, Inc.                    ☐ Plaintiff  ☒ Defendant  ☐ Other _____
_____
*Name of Party*

to substitute   Alicia Y. Hou and all attorneys who have appeared from Akerman LLP    who is

☒ Retained Counsel        ☐ Counsel appointed by the Court (Criminal cases only)        ☐ Pro Se

601 West Fifth Street Suite 300
_____
*Street Address*

Los Angeles, CA 90071                         alicia.hou@akerman.com
_____                    _____
*City, State, Zip*                                 *E-Mail Address*

213-688-9500                 213-627-6342                 254157
_____        _____        _____
*Telephone Number*            *Fax Number*               *State Bar Number*

as attorney of record instead of   Charles A. Deacon and Mark Emery, Norton Rose Fulbright US LLP
_____
List **all** attorneys from same firm or agency who are withdrawing.

111 W. Houston St., Ste. 1800, San Antonio, TX 78205 and 799 9th St NW #1000, Washington, DC 20001

**is hereby**        ☒ **GRANTED**        ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated     September 28, 2021                    _____
                                                U.S. District Judge/U.S. Magistrate Judge

G–01 ORDER (09/17)        **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**