AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | CASE NO. 5:17-cv-02514-JGB-SHKx<br><br>**ORDER GRANTING STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE AND RELATED DATES** |
| THE GEO GROUP, INC.,<br><br>Counter-Claimant,<br><br>vs.<br><br>RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Counter-Defendant. | TAC Filed:  September 16, 2019<br>SAC Filed:  December 24, 2018<br>FAC Filed:  July 6, 2018<br>Complaint Filed:   December 19, 2017<br>Trial Date: January 18, 2022 |

The Court having considered the Parties' Stipulation to Continue Final Pretrial Conference and Related Dates, and good cause appearing therefore, hereby approves the Stipulation and ORDERS as follows:

ORDER GRANTING STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE AND RELATED DATES

60640641;1

The Final Pretrial Conference scheduled for November 15, 2021 is taken off calendar and will be continued to a later date.   A stipulation and proposed order setting forth a new pretrial conference and trial date shall be filed no later than November 15, 2021.

**IT IS SO ORDERED.**

Dated: November 4, 2021.

Hon. Jesus G. Bernal
United States District Judge

**ORDER GRANTING STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE AND RELATED DATES**

60640641;1

AKERMAN LLP

601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342