# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated, | Case No. 5:17-cv-02514-JGB-SHKx |
| *Plaintiffs*, | **ORDER GRANTING STIPULATION FOR ENTRY OF TRIAL DATE** |
| v. | |
| **THE GEO GROUP, INC.**, | |
| *Defendant*. | |

The Court, having considered the Parties Joint Motion for Entry of Trial Date, finds as follows:

1. This case is hereby set for trial on May 10, 2022 at 9 a.m.

2. The pretrial hearing is hereby set for April 11, 2022 at 11 a.m.

**IT IS SO ORDERED**

**Dated:** November 16, 2021

Hon. Jesus G. Bernal
United States District Judge

5:17-CV-02514-JGB