# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br><br>**ORDER GRANTING STIPULATION TO RESET PRETRIAL CONFERENCE** |

The Court, having considered the Parties' Stipulation to Reset Pretrial Conference, and good cause appearing therefore, hereby approves the Stipulation and ORDERS as follows:

1. The Pretrial Conference is hereby set for April 25, 2022 at 11 a.m.

**IT IS SO ORDERED**.

Dated: January 25, 2022.

Hon. Jesus G. Bernal
United States District Judge

5:17-CV-02514-JGB