**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAUL NOVOA, et al. <br><br> Plaintiff(s) <br><br> v. <br><br> THE GEO GROUP, INC. <br><br> Defendant(s). | CASE NUMBER: <br><br> 5:17-cv-02514-JGB-SHKx <br><br> **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

THE GEO GROUP, INC._____ ☐ Plaintiff  ☒ Defendant  ☐ Other _____
*Name of Party*

to substitute  Susan E. Coleman of Burke of Williams & Sorensen LLP _____ who is

   ☒  Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

444 South Flower Street, Suite 2400 _____
                  *Street Address*

Los Angeles, CA  90071 _____       scoleman@bwslaw.com _____
        *City, State, Zip*                             *E-Mail Address*

(213) 236-0600 _____    (213) 236-2700 _____    171832 _____
    *Telephone Number*                    *Fax Number*                   *State Bar Number*

as attorney of record instead of Ellen S. Robbins; Michael L. Gallion; David T. Van Pelt; Damien P. DeLaney;
             *List **all** attorneys from same firm or agency who are withdrawing*
Alicia Y Hou; and Jonathan M. Turner of Akerman LLP _____

**is hereby**    ☒ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

   Dated  February 4, 2022 _____

                        U. S. District Judge/~~U.S. Magistrate Judge~~