Name and address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RAUL NOVOA, et al,

Plaintiff(s)

v.

THE GEO GROUP, INC.

Defendant(s).

CASE NUMBER
5:17-cv-02514-JGB-SHK

(~~PROPOSED~~) ORDER ON APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HAC VICE*

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Calabrese, Wayne H.

*Applicant's Name (Last Name, First Name & Middle Initial)*

561-999-7344          561-999-7647

*Telephone Number          Fax Number*

wcalabrese@geogroup.com

*E-Mail Address*

of

The GEO Group, Inc.

4955 Technology Way

Boca Raton, FL 33431

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

The GEO Group, Inc.

*Name(s) of Party(ies) Represented*          ☐ *Plaintiff(s)*  ☒ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Susan E. Coleman

*Designee's Name (Last Name, First Name & Middle Initial)*

171832          213-236-0600          213-236-2700

*Designee's Cal. Bar No.    Telephone Number          Fax Number*

scoleman@bwsalw.com

*E-Mail Address*

of

Burke, Williams & Sorensen, LLP

444 South Flower Street, Suite 2400

Los Angeles, CA  90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

      ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

      ☐ for failure to complete Application:

      ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

      ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

      ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated**  February 10, 2022

U.S. District Judge/~~U.S. Magistrate Judge~~


American LegalNet, Inc.
www.FormsWorkFlow.com