Name and address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RAUL NOVOA, et al, | CASE NUMBER |
|---|---|
| | 5:17-cv-02514-JGB-SHK |
| Plaintiff(s) | |
| v. | |
| THE GEO GROUP, INC. | **(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Negron, Jr., Joseph                                     of

*Applicant's Name (Last Name, First Name & Middle Initial)*

561-999-7535                    561-999-7647

*Telephone Number          Fax Number*

jnegron@geogroup.com

*E-Mail Address*

The GEO Group, Inc.
4955 Technology Way
Boca Raton, FL 33431

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

The GEO Group, Inc.

*Name(s) of Party(ies) Represented*      ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Susan E. Coleman                                     of

*Designee's Name (Last Name, First Name & Middle Initial)*

171832              213-236-0600              213-236-2700

*Designee's Cal. Bar No.    Telephone Number         Fax Number*

scoleman@bwsalw.com

*E-Mail Address*

Burke, Williams & Sorensen, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated**  February 10, 2022

U.S. District Judge/U.S. Magistrate Judge


American LegalNet, Inc.
www.FormsWorkFlow.com