UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM, and RAMON MANCIA, individually and on behalf of all others similarly situated, | Case No. 5:17-CV-02514-JGB-SHKx |
| Plaintiffs, | **ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO CONTINUE THE PRETRIAL AND TRIAL DATES BY 60 DAYS** |
| v. | |
| THE GEO GROUP, INC., | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, this Court hereby grants the *Ex Parte* application of Defendant THE GEO GROUP, INC. to continue the pretrial and trial dates, as follows:

1.  the Pretrial Conference is continued from April 25, 2022, to June 27, 2022 at 11:00 a.m.;

2.  the Trial date is continued from May 10, 2022 to July 12, 2022, at 9:00 a.m.;

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

SD #4882-3088-5142 v1
DRAFT

- 1 -

5:17-CV-02514-JGB-SHKX
EPA TO CONTINUE PRETRIAL AND TRIAL DATES

3.    All other pretrial dates shall be moved in accordance with this Court's standing order and Local Rules.

IT IS SO ORDERED.

Dated: ___March 17, 2022___

_____
Honorable Jesus G. Bernal
United States District Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

SD #4882-3088-5142 v1
DRAFT

- 2 -

5:17-CV-02514-JGB-SHKX
EPA TO CONTINUE PRETRIAL AND
TRIAL DATES