# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**ORDER GRANTING STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATE** |

The Court, having considered the Parties' Stipulation to Continue the Pretrial Conference and Trial Date, and good cause appearing therefore, hereby approves the Stipulation and ORDERS as follows:

1. The Pretrial Conference is hereby **CONTINUED** to **September 19, 2022 at 11 a.m.**, and

2. The Trial date is hereby **CONTINUED** to **October 4, 2022 at 9 a.m.**

    **IT IS SO ORDERED**.

Dated: March 31, 2022.

Hon. Jesus G. Bernal
United States District Judge