Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
E. Lawrence Vincent (admitted *pro hac vice*)
lvincent@burnscharest.com
TX Bar # 20585590
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

**Class Counsel**
*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**JOINT STATUS REPORT** |

Per the Court's Order (Dkt 561), Raul Novoa, Jaime Campos Fuentes, Abdiaziz Karim, and Ramon Mancia, and The GEO Group, Inc., (collectively, the "Parties") hereby file this Joint Status Report regarding the appellate proceedings in *Nwauzor v.The GEO Group, Inc.*, No. 3:17-cv-05769-RJB (W.D. Wash.), appeal docketed, No. 21-36024

(9th Cir. Jan. 11, 2022), and *Washington v. The GEO Group, Inc.*, No. 3:17-cv-05806-RJB (W.D. Wash.), appeal docketed, No. 21-36025 (9th Cir. Jan.11, 2022).

1. On January 11, 2022, the Court granted Defendant-Appellant The GEO Group, Inc.'s ("GEO") Request to Consolidate and ordered Appeal Nos. 21-36024 and 21-36025 to be consolidated ("the Consolidated Washington Appeals").

2. On March 21, 2022 , GEO filed its Opening Brief.

3. On May 20, 2022, Plaintiff-Appellee the State of Washington filed its Answering Brief.

4. On May 24, 2022, Plaintiffs-Appellees Ugochukwo Goodluck Nwauzor and Fernando Aguirre-Urbina filed their Answering Brief.

5. On June 14, 2022, GEO filed its Reply Brief.

6. On June 17, 2022, the United States Court of Appeals for the Ninth Circuit issued a notice on its docket regarding the Consolidated Washington Appeals which stated, in pertinent part:

> This case is being considered for an upcoming oral argument calendar in Seattle.
> Please review the Seattle sitting dates for October 2022 and the 2 subsequent sitting months in that location at http://www.ca9.uscourts.gov/court_sessions. If you have an unavoidable conflict on any of the dates, please file Form 32 **within 3 business days of this notice** using the CM/ECF filing type **Response to Case Being Considered for Oral Argument**. Please follow the form's instructions carefully.
>
> When setting your argument date, the court will try to work around unavoidable conflicts; the court is not able to accommodate mere scheduling preferences. You will receive notice that your case has been assigned to a calendar approximately 10 weeks before the scheduled oral argument date.

In response to the notice, GEO's appellate counsel indicated to the Court that they had no unavoidable conflicts with any of the proffered Seattle sitting dates.

2

**JOINT STATUS REPORT** 5:17-CV-02514-JGB

7. To date, oral argument has not been set.

Dated: June 30, 2022                    Respectfully submitted,

/s/ *Daniel H. Charest*

Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
Warren Burns (admitted *pro hac vice*)
wburns@burnscharest.com
TX Bar # 24053119
E. Lawrence Vincent (admitted *pro hac vice*)
lvincent@burnscharest.com
TX Bar # 20585590
Lauren Cross (admitted *pro hac vice*)
lcross@burnscharest.com
TX Bar # 24105759
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
LA Bar # 30002
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

Nicole Ramos (admitted *pro hac vice*)
nicole@alotrolado.org
NY Bar # 4660445
**AL OTRO LADO**
511 E. San Ysidro Blvd., # 333
San Ysidro, CA 92173
Telephone: (619) 786-4866

Robert Ahdoot (CA Bar # 172098)

1 | rahdoot@ahdootwolfson.com
2 | Tina Wolfson (CA Bar # 174806)
  | twolfson@ahdootwolfson.com
3 | Theodore W Maya (CA Bar # 223242)
  | tmaya@ahdootwolfson.com
4 | **AHDOOT & WOLFSON, PC**
5 | 10728 Lindbrook Drive
  | Los Angeles, California 90024-3102
6 | Telephone: (310) 474-9111
  | Fax: (310) 474-8585
7 |
8 | *Class Counsel*

4

| | |
|---|---|
| 1  Dated: June 30, 2022 | |
| 2 | */s/ Wayne Calabrese* |
| 3 | Wayne Calabrese (admitted *pro hac vice*) |
| | wcalabrese@geogroup.com |
| 4 | Joseph Negron (admitted *pro hac vice*) |
| | jnegron@geogroup.com |
| 5 | THE GEO GROUP, INC. |
| | 4955 Technology Way |
| 6 | Boca Raton, Florida 33431 |
| 7 | Telephone: (561) 999-7344 |
| | Fax: (561) 999-7647 |
| 8 | |
| 9 | Susan E. Coleman (SBN: 171832) |
| | scoleman@bwslaw.com |
| 10 | BURKE WILLIAMS & SORENSEN, LLP |
| 11 | 444 South Flower Street, Suite 2400 |
| | Los Angeles, California 90071 |
| 12 | Telephone: (213) 236-0600 |
| 13 | Facsimile: (213) 236-2700 |
| 14 | |
| 15 | ***Attorneys for Defendant*** |
| | ***The GEO Group, INC.*** |

# CERTIFICATE OF SERVICE

I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

Dated: June 30, 2022

/s/ *Daniel H. Charest*
Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002