Amanda Klevorn
Burns Charest LLP
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL NOVOA, et al., individually and on behalf of all others similarly situated<br><br>Plaintiff(s)<br><br>v.<br><br>THE GEO GROUP, INC.<br><br>Defendant(s). | CASE NUMBER<br><br>5:17-CV-02514-JGB-SHKx<br><br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Klevorn, Amanda                                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(504) 799-2845              (504) 881-1765

*Telephone Number*        *Fax Number*

aklevorn@burnscharest.com

*E-Mail Address*

Burns Charest, LLP
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Raul Novoa, Jamie Campos Fuentes, Abdiaziz Karim, Ramon Mancia, and all others similarly situated

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Ahdoot, Robert R.                                    of

*Designee's Name (Last Name, First Name & Middle Initial)*

172098          (310) 474-9111          (310) 474-8585

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

rahdoot@ahdootwolfson.com

*E-Mail Address*

Ahdooot & Wolfson, APC
2600 W. Olive Avenue, Suite 500
Burbank, California 91505

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated**  August 4, 2022

_____
**Hon. Jesus G. Bernal, U.S. District Judge**

G–64 ORDER (5/16)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1