Spencer Cox
Burns Charest LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL NOVOA, et al., individually and on behalf of all others similarly situated | CASE NUMBER |
| | 5:17-CV-02514-JGB-SHKx |
| v.                                    Plaintiff(s) | |
| THE GEO GROUP, INC. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Cox, Spencer                                               of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(469) 904-4550                    (469) 444-5002

*Telephone Number*          *Fax Number*

scox@burnscharest.com

*E-Mail Address*

Burns Charest, LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Raul Novoa, Jamie Campos Fuentes, Abdiaziz Karim, Ramon Mancia, and all others similarly situated

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Ahdoot, Robert R.                                            of

*Designee's Name (Last Name, First Name & Middle Initial)*

172098          (310) 474-9111          (310) 474-8585

*Designee's Cal. Bar No.*   *Telephone Number*      *Fax Number*

rahdoot@ahdootwolfson.com

*E-Mail Address*

Ahdooot & Wolfson, APC
2600 W. Olive Avenue, Suite 500
Burbank, California 91505

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

　　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

　　　　　　☐ for failure to complete Application: _____

　　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

　　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

　　　　　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** ___August 4, 2022___

_____
**Hon. Jesus G. Bernal, U.S. District Judge**