# EXHIBIT A

# THE SUPREME COURT
## STATE OF WASHINGTON

**ERIN L. LENNON**
SUPREME COURT CLERK

**SARAH R. PENDLETON**
DEPUTY CLERK/
CHIEF STAFF ATTORNEY



**TEMPLE OF JUSTICE**
P.O. BOX 40929
OLYMPIA, WA 98504-0929

(360) 357-2077
e-mail: supreme@courts.wa.gov
www.courts.wa.gov

March 9, 2023

**LETTER SENT BY E-MAIL**

Adam J. Berger
Jamal N. Whitehead
Lindsay L. Halm
Rebecca Jane Roe
Schroeter Goldmark & Bender
401 Union Street, Suite 3400
Seattle, WA 98101

Andrea Brenneke
Lane Polozola
Marsha J. Chien
Washington Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

Devin T. Theriot-Orr
Open Sky Law, PLLC
20415 72nd Ave. S., Suite 110
Kent, WA 98032

Jennifer D. Bennett
Gupta Wessler PLLC
100 Pine Street, Suite 1250
San Francisco, CA 94111

Meena Pallipamu Menter
Menter Immigration Law PLLC
4444 Woodland Park Ave. N., Unit 203
Seattle, WA 98103-7499

Charles Cooper
Jose Joel Alicea
Joseph Masterman
Michael Kirk
Cooper & Kirk, PLLC
1523 New Hampshire Ave. NW
Washington, DC 20036

Hon. Molly C. Dwyer, Clerk
**(sent by U.S. mail only)**
U.S. Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103

Re:   Supreme Court No. 101786-3 – Ugochukwu Goodluck Nwauzor et al. v. The Geo Group, Inc.
United States Court of Appeals for the Ninth Circuit, No. 21-36024 (consolidated with No. 21-36025)

Clerk and Counsel:

The "ORDER CERTIFYING QUESTIONS TO WASHINGTON SUPREME COURT" entered by the United States Court of Appeals for the Ninth Circuit on March 7, 2023, was

Page 2
No. 101786-3
March 9, 2023

received and filed on March 8, 2023.  The certified record was also filed on March 8, 2023.  The matter has been assigned the above referenced Supreme Court cause number.

Pursuant to RCW 2.60.030 and RAP 16.16(e), briefs are due in accordance with the following schedule:

1.     The Defendant-Appellant's opening brief should be served and filed by April 7, 2023.

2.     The Plaintiffs-Appellees' answering brief should be served and filed within 20 days after service of the Defendant-Appellant's opening brief.

3.     The Defendant-Appellant's reply brief should be served and filed within 10 days after service of the Plaintiffs-Appellees' answering brief.

Briefs should be in the form provided by RAP 10.3 and RAP 10.4, and should be served and filed in accordance with RAP 10.2(h).

**Counsel are advised that future correspondence from this Court regarding this matter will most likely only be sent by an e-mail attachment, not by regular mail.  This office uses the e-mail address that appears on the Washington State Bar Association lawyer directory.  Counsel are responsible for maintaining a current business-related e-mail address in that directory.  Any out-of-state counsel should advise this Court of their e-mail address and keep this office informed of any changes.**

Sincerely,

Sarah R. Pendleton
Supreme Court Deputy Clerk

SRP:jm

cc:  Michael Johnston, Court Commissioner