1    Susan E. Coleman (SBN 171832)
     E-mail: scoleman@bwslaw.com
2    BURKE, WILLIAMS & SORENSEN, LLP
     444 South Flower Street, Suite 2400
3    Los Angeles, CA  90071-2953
     Tel:  213.236.0600     Fax:  213.236.2700

4

5    Wayne Calabrese
     *(Admitted Pro Hac Vice)*
     E-mail: wcalabrese@geogroup.com
6    Joseph Negron
     *(Admitted Pro Hac Vice)*
7    E-mail:  jnegron@geogroup.com
     THE GEO GROUP, INC.
8    4955 Technology Way
     Boca Raton, Florida 33431
9    Tel: (561) 999-7344     Fax: (561) 999-7647

10   Attorneys for Defendant
     THE GEO GROUP, INC.

11

12              UNITED STATES DISTRICT COURT

13            CENTRAL DISTRICT OF CALIFORNIA

14                 EASTERN DIVISION

15

16   RAUL NOVOA, JAIME CAMPOS     Case No.  5:17-cv-02514-JGB-SHKx
     FUENTES, ABDIAZIZ KARIM, and
17   RAMON MANCIA, individually and     **JOINT STATUS REPORT**
     on behalf of all others similarly
18   situated,

19               Plaintiffs,

20   v.                           Judge:  Honorable Jesus G. Bernal

21   THE GEO GROUP, INC.,

22               Defendant.

23

24        Pursuant to the Court's Order requiring the Parties to file periodic Joint

25   Status Reports (Dkt. No. 561), Raul Novoa, Jaime Campos Fuentes, Abdiaziz

26   Karim, and Ramon Mancia, and The GEO Group, Inc., (collectively, the "Parties")

27   hereby file this Joint Status Report regarding the appellate proceedings in *Nwauzor*

28   *v. The GEO Group, Inc.*, No. 3:17-cv-05769-RJB (W.D. Wash.), appeal docketed,

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

5:17-CV-02514-JGB- SHKx
JOINT STATUS REPORT

No. 21-36024 (9th Cir. Jan. 11, 2022), and *Washington v. The GEO Group, Inc*., No. 3:17-cv-05806-RJB (W.D. Wash.), appeal docketed, No. 21-36025 (9th Cir. Jan.11, 2022) (collectively the "Ninth Circuit Appeal").

Since the last Joint Status Report was filed on April 4, 2023, the Washington Supreme Court has ordered Oral Argument to be held (on the questions which were certified by the Ninth Circuit) on October 17, 2023.

Dated:  June 30, 2022                                    BURKE, WILLIAMS & SORENSEN, LLP


                                                       By:  */s/ Susan E. Coleman[1]*
                                                             Susan E. Coleman

                                                       Attorneys for Defendant
                                                       THE GEO GROUP, INC.


Dated:  June 30, 2022                                    THE GEO GROUP, INC.


                                                       By:  */s/ Wayne Calabrese*
                                                             Wayne Calabrese
                                                             Joseph Negron

                                                       Attorneys for Defendant
                                                       THE GEO GROUP, INC.

///
///
///
///
///
///

_____
[1] As the filer of this Joint Status Report, I, Susan E. Coleman, attest that all counsel listed as signatories herein concur in the content of the Joint Status Report and have authorized its filing.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

5:17-CV-02514-JGB- SHKx
JOINT STATUS REPORT

1   Dated:  June 30, 2022

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_/s/ Daniel H. Charest_
Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
Warren Burns (admitted *pro hac vice*)
wburns@burnscharest.com
TX Bar # 24053119
E. Lawrence Vincent (admitted *pro hac vice*)
lvincent@burnscharest.com
TX Bar # 20585590
Lauren Cross (admitted *pro hac vice*)
lcross@burnscharest.com
TX Bar # 24105759
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
LA Bar # 30002
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130