Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
E. Lawrence Vincent (admitted *pro hac vice*)
lvincent@burnscharest.com
TX Bar # 20585590
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

**Class Counsel**
*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**JOINT STATUS REPORT**<br><br>Judge: Honorable Jesus G. Bernal |

Per the Court's Order (Dkt. No. 561), Raul Novoa, Jaime Campos Fuentes, Abdiaziz Karim, and Ramon Mancia, and The GEO Group, Inc., (collectively, the "Parties") hereby file this Joint Status Report regarding the appellate proceedings in *Nwauzor v. The GEO Group, Inc.*, No. 3:17-cv-05769-RJB (W.D. Wash.), appeal docketed,

1

No. 21-36024 (9th Cir. Jan. 11, 2022), and *Washington v. The GEO Group, Inc.*, No. 3:17-cv-05806-RJB (W.D. Wash.), appeal docketed, No. 21-36025 (9th Cir. Jan.11, 2022) (collectively, the "Consolidated Washington Appeals").

    1.    Oral Argument with the Washington Supreme Court has been scheduled for October 17, 2023 on the questions which were certified by the Ninth Circuit.

    2.    Since the last Joint Status Report was filed on June 30, 2023, there has been no substantive activity in the Consolidated Washington Appeals, and no order has been issued.

Dated: September 28, 2023                Respectfully submitted,

*/s/ Daniel H. Charest*
Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
Warren Burns (admitted *pro hac vice*)
wburns@burnscharest.com
TX Bar # 24053119
E. Lawrence Vincent (admitted *pro hac vice*)
lvincent@burnscharest.com
TX Bar # 20585590
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
LA Bar # 30002
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

Nicole Ramos (admitted *pro hac vice*)

nicole@alotrolado.org
NY Bar # 4660445
**AL OTRO LADO**
511 E. San Ysidro Blvd., # 333
San Ysidro, CA 92173
Telephone: (619) 786-4866

Robert Ahdoot (CA Bar # 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Theodore W Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone: (310) 474-9111
Fax: (310) 474-8585

*Class Counsel*

Dated: September 28, 2023

*/s/ Susan E. Coleman*
Joseph Negron (admitted *pro hac vice*)
jnegron@geogroup.com
THE GEO GROUP, INC.
4955 Technology Way
Boca Raton, Florida 33431
Telephone: (561) 999-7344
Fax: (561) 999-7647

Susan E. Coleman (SBN: 171832)
scoleman@bwslaw.com
BURKE WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071
Telephone: (213) 236-0600
Facsimile: (213) 236-2700

***Attorneys for Defendant***
***The GEO Group, INC.***

**CERTIFICATE OF SERVICE**

I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

Dated: September 28, 2023

                                              */s/ Daniel H. Charest*
                                              Daniel H. Charest (admitted *pro hac vice*)
                                              dcharest@burnscharest.com
                                              TX Bar # 24057803
                                              **BURNS CHAREST LLP**
                                              900 Jackson St., Suite 500
                                              Dallas, Texas 75202
                                              Telephone: (469) 904-4550
                                              Facsimile: (469) 444-5002