Susan E. Coleman (SBN: 171832)
scoleman@bwslaw.com
BURKE WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071
Telephone: (213) 236-0600
Facsimile: (213) 236-2700

Attorneys for Defendant
The GEO Group, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **RAUL NOVOA**, **JAIME CAMPOS FUENTES**, **ABDIAZIZ KARIM**, and **RAMON MANCIA**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE GEO GROUP, INC.**,<br><br>*Defendant*. | Civil Action No. 5:17-cv-02514-JGB-SHKx<br><br>**JOINT STATUS REPORT**<br><br>Judge: Honorable Jesus G. Bernal |

Per the Court's Order (Dkt. No. 561), Raul Novoa, Jaime Campos Fuentes, Abdiaziz Karim, and Ramon Mancia, and The GEO Group, Inc., (collectively, the "Parties") hereby file this Joint Status Report regarding the appellate proceedings in *Nwauzor v. The GEO Group, Inc.*, No. 3:17-cv-05769-RJB (W.D. Wash.), appeal docketed, No. 21-36024 (9th Cir. Jan. 11, 2022), and *Washington v. The GEO Group, Inc.*, No. 3:17-cv-05806-RJB (W.D. Wash.), appeal docketed, No. 21-36025 (9th Cir. Jan.11, 2022) (collectively, the "Consolidated Washington Appeals").

///
///

1. Since the last status update on December 27, 2023, the case has been returned to the Ninth Circuit.

2. No opinion has been issued at this time and the case remains under review by the Ninth Circuit.

Dated: March 26, 2024

/s/ *Joseph Negron*
Joseph Negron (admitted *pro hac vice*)
jnegron@geogroup.com
THE GEO GROUP, INC.
4955 Technology Way
Boca Raton, Florida 33431
Telephone: (561) 999-7344
Fax: (561) 999-7647

/s/ *Susan E. Coleman*
Susan E. Coleman (SBN: 171832)
scoleman@bwslaw.com
BURKE WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071
Telephone: (213) 236-0600
Facsimile: (213) 236-2700

**Attorneys for Defendant
The GEO Group, INC.**

2

JOINT STATUS REPORT                                           5:17-CV-02514-JGB

| | | |
|---|---|---|
| 1 | Dated: December 27, 2023 | Respectfully submitted, |
| 2 | | */s/ Daniel H. Charest* |
| 3 | | Daniel H. Charest (admitted *pro hac vice*) |
| | | dcharest@burnscharest.com |
| 4 | | TX Bar # 24057803 |
| 5 | | Warren Burns (admitted *pro hac vice*) |
| | | wburns@burnscharest.com |
| 6 | | TX Bar # 24053119 |
| 7 | | E. Lawrence Vincent (admitted *pro hac vice*) |
| | | lvincent@burnscharest.com |
| 8 | | TX Bar # 20585590 |
| 9 | | **BURNS CHAREST LLP** |
| | | 900 Jackson St., Suite 500 |
| 10 | | Dallas, Texas 75202 |
| 11 | | Telephone: (469) 904-4550 |
| | | Facsimile: (469) 444-5002 |
| 12 | | |
| 13 | | Korey A. Nelson (admitted *pro hac vice*) |
| | | knelson@burnscharest.com |
| 14 | | LA Bar # 30002 |
| 15 | | **BURNS CHAREST LLP** |
| | | 365 Canal Street, Suite 1170 |
| 16 | | New Orleans, LA 70130 |
| 17 | | Telephone: (504) 799-2845 |
| | | Facsimile: (504) 881-1765 |
| 18 | | |
| 19 | | Nicole Ramos (admitted *pro hac vice*) |
| | | nicole@alotrolado.org |
| 20 | | NY Bar # 4660445 |
| 21 | | **AL OTRO LADO** |
| | | 511 E. San Ysidro Blvd., # 333 |
| 22 | | San Ysidro, CA 92173 |
| 23 | | Telephone: (619) 786-4866 |
| 24 | | Robert Ahdoot (CA Bar # 172098) |
| | | rahdoot@ahdootwolfson.com |
| 25 | | Tina Wolfson (CA Bar # 174806) |
| 26 | | twolfson@ahdootwolfson.com |
| | | Theodore W Maya (CA Bar # 223242) |
| 27 | | tmaya@ahdootwolfson.com |
| 28 | | **AHDOOT & WOLFSON, PC** |

| | |
|---|---|
| 1 | 10728 Lindbrook Drive |
| 2 | Los Angeles, California 90024-3102 |
|   | Telephone: (310) 474-9111 |
| 3 | Fax: (310) 474-8585 |
| 4 | **Class Counsel** |

## CERTIFICATE OF SERVICE

I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

Dated: March 26, 2024

*/s/ Susan E. Coleman*
Susan E. Coleman (SBN: 171832)
scoleman@bwslaw.com
BURKE WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071
Telephone: (213) 236-0600
Facsimile: (213) 236-2700

**Attorneys for Defendant**
**The GEO Group, INC.**