Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for DEFENDANT THE GEO GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. 5:17-cv-02514-JGB-SHKx<br><br>**JOINT STATUS REPORT**<br><br>Judge: Jesus G. Bernal<br><br>Trial Date: None Set |

Per the Court's Order (Dkt. No. 561), Raul Novoa, Jaime Campos Fuentes, Abdiaziz Karim, and Ramon Mancia, and The GEO Group, Inc., (collectively, the "Parties") hereby file this Joint Status Report regarding the appellate proceedings in *Nwauzor v. The GEO Group, Inc.*, No. 3:17-cv-05769-RJB (W.D. Wash.), appeal docketed, No. 21-36024 (9th Cir. Jan. 11, 2022), and *Washington v. The GEO Group, Inc.*, No. 3:17-cv-05806-RJB (W.D. Wash.), appeal docketed, No. 21-36025 (9th Cir. Jan.11, 2022) (collectively, the "Consolidated Washington Appeals"):

///
///
///
///

1  Since the last status report, there have been no material updates or developments.

2  Dated: December 12, 2024

3  /s/ Joseph Negron
4  Joseph Negron (admitted *pro hac vice*)
   jnegron@geogroup.com
5  THE GEO GROUP, INC.
   4955 Technology Way
6  Boca Raton, Florida 33431
   Telephone: (561) 999-7344
7  Fax: (561) 999-7647

8

9  /s/ Susan E. Coleman
   Susan E. Coleman
10 BURKE WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
11 Los Angeles, California 90071
   Telephone: (213) 236-0600
12 Facsimile: (213) 236-2700
   *Attorneys for Defendant*
13 *The GEO Group, INC.*

14 Dated: December 12, 2024     BURNS CHAREST LLP

15

16 /s/ Daniel H. Charest
   Daniel H. Charest (admitted *pro hac vice*)
17 dcharest@burnscharest.com
   TX Bar # 24057803
18 Warren Burns (admitted *pro hac vice*)
   wburns@burnscharest.com
19 TX Bar # 24053119
   E. Lawrence Vincent (admitted *pro hac vice*)
20 lvincent@burnscharest.com
   TX Bar # 20585590
21 **BURNS CHAREST LLP**
   900 Jackson St., Suite 500
22 Dallas, Texas 75202
   Telephone: (469) 904-4550
23 Facsimile: (469) 444-5002

24 Korey A. Nelson (admitted *pro hac vice*)
   knelson@burnscharest.com
25 LA Bar # 30002
   **BURNS CHAREST LLP**
26 365 Canal Street, Suite 1170
   New Orleans, LA 70130
27 Telephone: (504) 799-2845
   Facsimile: (504) 881-1765

28

Nicole Ramos (admitted *pro hac vice*)
nicole@alotrolado.org
NY Bar # 4660445
**AL OTRO LADO**
511 E. San Ysidro Blvd., # 333
San Ysidro, CA 92173
Telephone: (619) 786-4866

Robert Ahdoot (CA Bar # 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Theodore W Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone: (310) 474-9111
Fax: (310) 474-8585

*Class Counsel*

## CERTIFICATE OF SERVICE

I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

Dated: December 12, 2024

/s/ *Susan E. Coleman*
Susan E. Coleman (SBN: 171832)
scoleman@bwslaw.com
BURKE WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071
Telephone: (213) 236-0600
Facsimile: (213) 236-2700

*Attorneys for Defendant*
*The GEO Group, INC.*

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4923-0501-6839 v1

3

Case No. 5:17-cv-02514-JGB-SHKx
JOINT STATUS REPORT