Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2953
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for DEFENDANT THE GEO GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| RAUL NOVOA, JAIME CAMPOS FUENTES, ABDIAZIZ KARM, and RAMON MANCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | Case No. 5:17-cv-02514-JGB-SHKx<br><br>**JOINT STATUS REPORT**<br><br>Judge:  Jesus G. Bernal<br><br>Trial Date:          None Set |

Pursuant to this Court's Order Granting Stay Pending Related Appeals (Dkt. No. 561), Raul Novoa, Jaime Campos Fuentes, Abdiaziz Karim, and Ramon Mancia, and The GEO Group, Inc., (collectively, the "Parties") hereby file this Joint Status Report regarding the appellate proceedings in *Nwauzor v. The GEO Group, Inc.*, No. 3:17-cv-05769-RJB (W.D. Wash.), appeal docketed, No. 21-36024 (9th Cir. Jan. 11, 2022), and *Washington v. The GEO Group, Inc.*, No. 3:17-cv-05806-RJB (W.D. Wash.), appeal docketed, No. 21-36025 (9th Cir. Jan.11, 2022) (collectively, the "Consolidated Washington Appeals"):

///

///

ATTORNEYS AT LAW
LOS ANGELES

4908-6306-7470 v1                               1                    Case No. 5:17-cv-02514-JGB-SHKx
                                                                     JOINT STATUS REPORT

Per this Court's Order (Dkt No. 561), the parties were ordered "to file a joint report on the status of these cases every 90 days, and within 10 days of any case being resolved." On January 16, 2025, a divided 2-1 panel of the Ninth Circuit issued an opinion finding that: (1) the application of Washington's Minimum Wage Act to immigration detainees held in GEO's privately operated federal detention center did not violate the doctrine of intergovernmental immunity; (2) that Washington's Minimum Wage Act was not preempted by federal law; and (3) that GEO did not have derivative sovereign immunity under the government contractor defense. (9th Cir. Dkt. No. 136.) However, Judge Bennett dissented and opined that Washington's Minimum Wage Act: (1) violated the Supremacy Clause and was unconstitutional as applied to the Northwest ICE Processing Center; and (2) was preempted by federal immigration law as applied to the Facility. (*Id.*) Because Judge Bennett would reverse on both intergovernmental immunity and preemption grounds, he did not reach GEO's derivative sovereign immunity argument. (*Id.*)

A mandate has not issued from the Ninth Circuit because on February 6, 2025, Appellant GEO filed a Petition for Panel Rehearing or Rehearing En Banc. (9th Cir. Dkt. No. 145.) On February 25, 2025, the Ninth Circuit ordered Appellees to file a response to GEO's Petition for Panel Rehearing or Rehearing En Banc. (Dkt. 154.) On March 20, 2025, the United States of America filed an Amicus brief supporting GEO's Petition for Rehearing or Rehearing En Banc. (Dkt. 157.) On April 17, 2025, Appellees filed a response to GEO's Petition for Panel Rehearing or Rehearing En Banc. (Dkt. 159-160.) At this time, the parties are awaiting a decision from the Ninth Circuit on GEO's Petition for Panel Rehearing or Rehearing En Banc.

Dated: June 14, 2025

*/s/ Joseph Negron*

Joseph Negron (admitted *pro hac vice*)
jnegron@geogroup.com
THE GEO GROUP, INC.
4955 Technology Way
Boca Raton, Florida 33431
Telephone: (561) 999-7344
Fax: (561) 999-7647

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4908-6306-7470 v1

2

Case No. 5:17-cv-02514-JGB-SHKx
JOINT STATUS REPORT

| | |
|---|---|
| | /s/ Susan E. Coleman |
| | Susan E. Coleman |
| | BURKE WILLIAMS & SORENSEN, LLP |
| | 444 South Flower Street, 40th Floor |
| | Los Angeles, California 90071 |
| | Telephone: (213) 236-0600 |
| | Facsimile: (213) 236-2700 |
| | *Attorneys for Defendant* |
| | *The GEO Group, INC.* |

Dated: June 14, 2025                BURNS CHAREST LLP

/s/ Daniel H. Charest
Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
TX Bar # 24057803
Warren Burns (admitted *pro hac vice*)
wburns@burnscharest.com
TX Bar # 24053119
E. Lawrence Vincent (admitted *pro hac vice*)
lvincent@burnscharest.com
TX Bar # 20585590
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

Korey A. Nelson (admitted *pro hac vice*)
knelson@burnscharest.com
LA Bar # 30002
**BURNS CHAREST LLP**
201 Saint Charles Avenue, Suite 2900
New Orleans, Louisiana 70170
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

Nicole Ramos (admitted *pro hac vice*)
nicole@alotrolado.org
NY Bar # 4660445
**AL OTRO LADO**
511 E. San Ysidro Blvd., # 333
San Ysidro, CA 92173
Telephone: (619) 786-4866

Robert Ahdoot (CA Bar # 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (CA Bar # 174806)
twolfson@ahdootwolfson.com
Theodore W Maya (CA Bar # 223242)
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone:  (310) 474-9111
Fax:  (310) 474-8585

*Class Counsel*

# CERTIFICATE OF SERVICE

I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

Dated: June 14, 2025

/s/ Susan E. Coleman
Susan E. Coleman (SBN: 171832)
scoleman@bwslaw.com
BURKE WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071
Telephone: (213) 236-0600
Facsimile: (213) 236-2700

*Attorneys for Defendant*
*The GEO Group, INC.*

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4908-6306-7470 v1

4

Case No. 5:17-cv-02514-JGB-SHKx
JOINT STATUS REPORT